

# United States Department of the Interior

BUREAU OF RECLAMATION
Mid-Pacific Regional Office
2800 Cottage Way
Sacramento, California 95825-1898



RECEIVED
JAN 1 4 2008

84-5600

IN REPLY
REFER TO: MP-440
WTR-4.00

DEC 2 7 2007

Mr. Jean Sagouspe
President
Westlands Water District
P. O. Box 6056
Fresno, California  93703-6056

Subject:  Interim Renewal Contract No. 14-06-200-495A-IR1 Between the United States and
Westlands Water District (District) Providing for Project Water Service - Central Valley
Project, California

Dear Mr. Sagouspe:

Enclosed is an executed original of the subject contract for your records.  The District's efforts to
expedite the execution of this contract were appreciated.

As a reminder, the attached Exhibit B reflects water rates through February 29, 2008.  A new
water rate Exhibit for the 2008 water year will be forwarded to the District that reflects rates
effective for the period March 1, 2008, through February 28, 2009.

If there are any questions, please contact Mr. Richard Stevenson, Chief, Water Rights and
Contracts Branch, at 916-978-5250.

Sincerely,

//S// JOHN F. DAVIS

John F. Davis
Acting Regional Director

Enclosure

cc:  Mr. Thomas W. Birmingham
     Manager-Attorney
     Westlands Water District
     P. O. Box 6056
     Fresno, California  93703-6056

bc:  Deputy Director, Office of Program and Policy Services, Denver, CO
        Attention:  84-56000 (M. Kelly)
     Assistant Solicitor, Water and Power Branch, Washington, DC
     Regional Solicitor, Pacific Southwest Region, Sacramento, CA
        Attention:  Jim Turner
     MP-440 (lab), SCC-440 (sc) (ea w/cy of encl.)
     MP-3600 (w/original contract)

WBR:Aslaughter:lab:12/20/2007:916-978-5252:amunson:12/26/2007:ext. 5281
T:\PUB440\CONTRACTS\Water Service Contracts\Interim Renewal Contracts\westlands
executed transmittal letter 12-26-2007.doc
Surname:  MP-440, MP-400, MP-1150, MP-115, MP-105, MP-100

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF RECLAMATION
Central Valley Project, California

INTERIM RENEWAL CONTRACT BETWEEN THE UNITED STATES
AND
WESTLANDS WATER DISTRICT
PROVIDING FOR PROJECT WATER SERVICE
SAN LUIS UNIT AND DELTA DIVISION

## Table of Contents

| Article No. | Title | Page No. |
|---|---|---|
| | Preamble | 1 |
| | Explanatory Recitals | 1-7 |
| 1 | Definitions | 7-11 |
| 2 | Term of Contract and Right to Use of Water | 11-13 |
| 3 | Water to be Made Available and Delivered to the Contractor | 13-19 |
| 4 | Time for Delivery of Water | 19-20 |
| 5 | Point of Diversion and Responsibility for Distribution of Water | 20-22 |
| 6 | Measurement of Water Within the Contractor's Service Area | 22-24 |
| 7 | Rates and Method of Payment for Water | 24-29 |
| 8 | Non-Interest Bearing Operation and Maintenance Deficits | 29 |
| 9 | Sales, Transfers, or Exchanges of Water | 30-31 |
| 10 | Application of Payments and Adjustments | 31-32 |
| 11 | Temporary Reductions--Return Flows | 32-33 |
| 12 | Constraints on the Availability of Water | 33-36 |
| 13 | Unavoidable Groundwater Percolation | 36 |
| 14 | Rules and Regulations | 36 |
| 15 | Water and Air Pollution Control | 37 |
| 16 | Quality of Water | 37-38 |
| 17 | Water Acquired by the Contractor Other Than From the United States | 38-41 |
| 18 | Opinions and Determinations | 41 |
| 19 | Coordination and Cooperation | 42-43 |
| 20 | Charges for Delinquent Payments | 43-44 |

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

## Table of Contents - continued

| Article No. | Title | Page No. |
|---|---|---|
| 21 | Equal Opportunity | 44-45 |
| 22 | General Obligation--Benefits Conditioned Upon Payment | 45 |
| 23 | Compliance With Civil Rights Laws and Regulations | 46 |
| 24 | Privacy Act Compliance | 46-47 |
| 25 | Contractor to Pay Certain Miscellaneous Costs | 47 |
| 26 | Water Conservation | 48-49 |
| 27 | Existing or Acquired Water or Water Rights | 49-50 |
| 28 | Operation and Maintenance by San Luis and Delta-Mendota Water Authority | 50-51 |
| 28.1 | Operation and Maintenance by California Department of Water Resources | 52-53 |
| 28.2 | Operation and Maintenance by the Contractor | 54-56 |
| 28.3 | Pumping Plants, Power for Pumping Plants, and Transfer of Operation and Maintenance to the Contractor | 56-60 |
| 29 | Contingent on Appropriation or Allotment of Funds | 60 |
| 30 | Books, Records, and Reports | 60-61 |
| 31 | Assignment Limited--Successors and Assigns Obligated | 61 |
| 32 | Severability | 61-62 |
| 33 | Resolution of Disputes | 62-63 |
| 34 | Officials Not to Benefit | 63 |
| 35 | Changes in Contractor's Service Area | 63 |
| 36 | Federal Laws | 63-64 |
| 37 | Notices | 64 |
| | Signature Page | 65 |

Exhibit A - Map of Contractor's Service Area

Exhibit B - Rates and Charges

Exhibit C - Central Valley Project Water Needs Assessments Purpose and Methodology

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1              UNITED STATES
2         DEPARTMENT OF THE INTERIOR
3           BUREAU OF RECLAMATION
4         Central Valley Project, California

5   INTERIM RENEWAL CONTRACT BETWEEN THE UNITED STATES
6           AND WESTLANDS WATER DISTRICT
7        PROVIDING FOR PROJECT WATER SERVICE FROM
8           SAN LUIS UNIT AND DELTA DIVISION

9        THIS CONTRACT, made this __27__ day of _December_, 2008, in pursuance generally

10   of the Act of June 17, 1902 (32 Stat. 388), and acts amendatory or supplementary thereto, including,

11   but not limited to, the Acts of August 26, 1937 (50 Stat. 844), as amended and supplemented, August

12   4, 1939 (53 Stat. 1187), as amended and supplemented, July 2, 1956 (70 Stat. 483), June 3, 1960

13   (74 Stat. 156), June 21, 1963 (77 Stat. 68), October 12, 1982 (96 Stat. 1263), October 27, 1986

14   (100 Stat. 3050), as amended, and Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706), all

15   collectively hereinafter referred to as Federal Reclamation law, between THE UNITED STATES OF

16   AMERICA, hereinafter referred to as the United States, and the WESTLANDS WATER DISTRICT,

17   hereinafter referred to as the Contractor, a public agency of the State of California, duly organized,

18   existing, and acting pursuant to the laws thereof;

19        WITNESSETH, That:

20              EXPLANATORY RECITALS

21        [1st]   WHEREAS, the United States has constructed and is operating the California Central

22   Valley Project (Project), for diversion, storage, carriage, distribution and beneficial use, for flood

23   control, irrigation, municipal, domestic, industrial, fish and wildlife mitigation, protection and

24    restoration, generation and distribution of electric energy, salinity control, navigation and other

25    beneficial uses, of waters of the Sacramento River, the American River, the Trinity River, and the

26    San Joaquin River and their tributaries; and

27         [2nd]  WHEREAS, the United States constructed the Delta Division Facilities, including the

28    San Luis Unit facilities (which include the San Luis Canal, the Coalinga Canal, the Pleasant Valley

29    Pumping Plant, and the Dos Amigos Pumping Plant), which will be used in part for the furnishing of

30    water to the Contractor pursuant to the terms of this Contract; and

31         [3rd]  WHEREAS, the rights to Project Water were acquired by the United States pursuant to

32    California law for operation of the Project; and

33         [4th]  WHEREAS, the terms and conditions pursuant to which Project Water is to be

34    delivered to the Contractor through December 31, 2007, are addressed in the Contract Between the

35    United States and Westlands Water District Providing for Water Service, dated June 5, 1963, and the

36    Stipulated Judgment in the lawsuit entitled Barcellos and Wolfsen, Inc., v. Westlands Water District,

37    Civ. No. F-79-106-EDP (E.D. Cal.), as consolidated with Westlands Water District v. United States

38    of America, Civ. No. F-81-245-EDP (E.D. Cal.), entered on December 30, 1986, hereinafter referred

39    to as the Existing Contract; and

40         [5th]  WHEREAS, the United States and the Contractor have pursuant to

41    Subsection 3404(c)(3) of the Central Valley Project Improvement Act (CVPIA), subsequently entered

42    into binding agreements identified as Binding Agreement No. 14-06-200-495A-BA, and Binding

43    Agreement No. CV 79-106-EDP-BA, which sets out the terms pursuant to which the Contractor

2

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

44    agreed to renew the Existing Contract before the expiration date after completion of the

45    Programmatic Environmental Impact Statement (PEIS) and other appropriate environmental

46    documentation and negotiation of a renewal contract; and which also sets out the consequences of a

47    subsequent decision not to renew; and

48    [6th]    WHEREAS, Section 3404(c) of the CVPIA provides for long-term renewal of the

49    Existing Contract following completion of appropriate environmental documentation, including the

50    PEIS, which was required by Section 3409 of the CVPIA, pursuant to the National Environmental

51    Policy Act (NEPA) analyzing the direct and indirect impacts and benefits of implementing the

52    CVPIA and the potential renewal of all existing contracts for Project Water; and

53    [7th]    WHEREAS, rights of renewal of Existing Contract and to convert said contract to a

54    contract as provided by subsection (d), Section 9 of the Act of August 4, 1939 (53 Stat. 1187), are set

55    forth in said contract; and

56    [8th]    WHEREAS, the United States has completed the PEIS, but since all the environmental

57    documentation necessary to execute a long-term renewal contract has not been completed,  the

58    Contractor has requested an interim renewal contract pursuant to Section 3404(c)(1) of the CVPIA;

59    and

60    [9th]    WHEREAS, the United States has determined that the Contractor has fulfilled all of

61    its obligations under the Existing Contract; and

3

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

62    [10th]   WHEREAS, the Contractor has demonstrated to the satisfaction of the Contracting

63    Officer that the Contractor has utilized the Project Water supplies available to it for reasonable and

64    beneficial use and expects to utilize fully for reasonable and beneficial use the quantity of Project

65    Water to be made available to it pursuant to this Contract; and

66    [11th]   WHEREAS, water obtained from the Project has been relied upon by urban and

67    agricultural areas within California for more than 50 years, and is considered by the Contractor as an

68    essential portion of its water supply; and

69    [12th]   WHEREAS, the economies of regions within the Project, including the Contractor's,

70    depend upon the continued availability of water, including water service from the Project; and

71    [12.1]   WHEREAS, the United States Court of Appeals for the Ninth Circuit has held that

72    Section 1(a) of the San Luis Act, Public Law (P.L.) 86-488 (74 Stat. 156) imposes on the Secretary of

73    the Interior (Secretary) a duty to provide drainage service to the San Luis Unit; and

74    [12.2]   WHEREAS, the Contractor and the Contracting Officer recognize that adequate

75    drainage service is required to maintain agricultural production within certain areas served with

76    Project Water made available under this Contract, and all renewals thereof; and

77    [12.3] WHEREAS, the Contacting Officer intends, to the extent appropriated funds are

78    available, to develop and implement effective solutions to drainage problems in the San Luis Unit; and

79    [12.4]   WHEREAS, the Contracting Officer and the Contractor acknowledge that such

80    drainage solutions may involve actions not originally contemplated and/or the construction or use of

81    facilities, other than the San Luis Drain; that the Contractor is investing in drainage solutions for

4

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

82    lands within its boundaries that should be considered by the Contracting Officer in determining

83    drainage solutions; and that the existing ratesetting policy as it relates to the allocation and collection

84    of drainage costs may require amendment to recognize those investments by the Contractor and other

85    relevant circumstances; and

86         [12.5] WHEREAS, the Department of the Interior (Interior), Bureau of Reclamation published

87    in June 2006 the San Luis Drainage Feature Re-evaluation Final Environmental Impact Statement,

88    which considers alternatives to provide agricultural drainage service to the San Luis Unit; and

89         [12.6] WHEREAS, on March 9, 2007, the Record of Decision was signed for the San Luis

90    Drainage Feature Re-evaluation Final Environmental Impact Statement identifying the retirement of

91    up to 194,000 acres of land from irrigated agricultural productions as the selected alternative; and

92         [13th] WHEREAS, the Secretary intends through coordination, cooperation, and partnerships

93    to pursue measures to improve water supply, water quality, and reliability of the Project for all Project

94    purposes; and

95         [14th] WHEREAS, the mutual goals of the United States and the Contractor include:  to

96    provide for reliable Project Water supplies; to control costs of those supplies; to achieve repayment of

97    the Project as required by law; to guard reasonably against Project Water shortages; to achieve a

98    reasonable balance among competing demands for use of Project Water; and to comply with all

99    applicable environmental statutes, all consistent with the legal obligations of the United States

100   relative to the Project; and

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

101        [14.1]  WHEREAS, the parties intend by this Contract to develop a more cooperative

102    relationship in order to achieve their mutual goals; and

103        [15th]  WHEREAS, the Contractor has utilized or may utilize transfers, contract assignments,

104    rescheduling and conveyance of Project Water and non-Project water under this Contract as tools to

105    minimize the impacts of Conditions of Shortage and to maximize the beneficial use of water; and

106        [15.1]  WHEREAS, the parties desire and intend that this Contract not provide a disincentive

107    to the Contractor in continuing to carry out the beneficial activities set out in the Explanatory Recital

108    immediately above; and

109        [15.2]  WHEREAS, in order to continue water service provided under Project water service

110    contracts that expire prior to the completion of the PEIS, the United States intends to execute interim

111    renewal contracts for a period not to exceed three (3) Years in length, and for successive interim

112    periods of not more than two (2) Years in length, until appropriate environmental documentation,

113    including the PEIS, is finally completed, at which time the Secretary shall, pursuant to Federal

114    Reclamation law, upon request of the Contractor, enter into a long-term renewal contract for a period

115    of twenty-five (25) Years; and may thereafter renew such long-term renewal contracts for successive

116    periods not to exceed twenty-five (25) Years each; and

117        [15.3]  WHEREAS, the Secretary intends to assure uninterrupted water service and continuity

118    of contract through the process set forth in Article 2 hereof; and

119        [16th]  WHEREAS, the United States and the Contractor are willing to enter into this

120    Contract pursuant to Federal Reclamation law on the terms and conditions set forth below;

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

101        [14.1]  WHEREAS, the parties intend by this Contract to develop a more cooperative

102    relationship in order to achieve their mutual goals; and

103        [15th]  WHEREAS, the Contractor has utilized or may utilize transfers, contract assignments,

104    rescheduling and conveyance of Project Water and non-Project water under this Contract as tools to

105    minimize the impacts of Conditions of Shortage and to maximize the beneficial use of water; and

106        [15.1]  WHEREAS, the parties desire and intend that this Contract not provide a disincentive

107    to the Contractor in continuing to carry out the beneficial activities set out in the Explanatory Recital

108    immediately above; and

109        [15.2]  WHEREAS, in order to continue water service provided under Project water service

110    contracts that expire prior to the completion of the PEIS, the United States intends to execute interim

111    renewal contracts for a period not to exceed three (3) Years in length, and for successive interim

112    periods of not more than two (2) Years in length, until appropriate environmental documentation,

113    including the PEIS, is finally completed, at which time the Secretary shall, pursuant to Federal

114    Reclamation law, upon request of the Contractor, enter into a long-term renewal contract for a period

115    of twenty-five (25) Years; and may thereafter renew such long-term renewal contracts for successive

116    periods not to exceed twenty-five (25) Years each; and

117        [15.3]  WHEREAS, the Secretary intends to assure uninterrupted water service and continuity

118    of contract through the process set forth in Article 2 hereof; and

119        [16th]  WHEREAS, the United States and the Contractor are willing to enter into this

120    Contract pursuant to Federal Reclamation law on the terms and conditions set forth below;

121       NOW, THEREFORE, in consideration of the mutual and dependent covenants herein

122  contained, it is hereby mutually agreed by the parties hereto as follows:

123                 <u>DEFINITIONS</u>

124     1.    When used herein unless otherwise distinctly expressed, or manifestly incompatible

125  with the intent of the parties as expressed in this Contract, the term:

126    (a)   "Calendar Year" shall mean the period January 1 through December 31, both dates

127  inclusive;

128      (b)   "Charges" shall mean the payments required by Federal Reclamation law in

129  addition to the Rates as determined annually by the Contracting Officer pursuant to this Contract;

130      (c)   "Condition of Shortage" shall mean a condition respecting the Project during

131  any Year such that the Contracting Officer is unable to deliver sufficient water to meet the Contract;

132      (d)   "Contracting Officer" shall mean the Secretary of the Interior's duly authorized

133  representative acting pursuant to this Contract or applicable Federal Reclamation law or regulation;

134      (e)   "Contract Total" shall mean the maximum amount of water to which the

135  Contractor is entitled under subdivision (a) of Article 3 of this Contract;

136      (f)   "Contractor's Service Area" shall mean the area to which the Contractor is

137  permitted to provide Project Water under this Contract as described in Exhibit "A" attached hereto,

138  which may be modified from time to time in accordance with Article 35 of this Contract without

139  amendment of this Contract;

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

140    (g)  "CVPIA" shall mean the Central Valley Project Improvement Act,

141 Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706);

142    (g)  (1)  "Delta Division Facilities" shall mean those existing and future Project

143 facilities in and south of the Sacramento-San Joaquin Rivers Delta, including, but not limited to, the

144 C.W. "Bill" Jones Pumping Plant, the O'Neill Forebay, the O'Neill Pumping/Generating Plant, and

145 the San Luis Reservoir, used to divert, store, and convey water to those Project Contractors entitled to

146 receive water conveyed through the Delta-Mendota Canal;

147    (h)  "Eligible Lands" shall mean all lands to which Irrigation Water may be

148 delivered in accordance with Section 204 of the Reclamation Reform Act of October 12, 1982

149 (96 Stat. 1263), as amended, hereinafter referred to as RRA;

150    (i)  "Excess Lands" shall mean all lands in excess of the limitations contained in

151 Section 204 of the RRA, other than those lands exempt from acreage limitation under Federal

152 Reclamation law;

153    (j)  Omitted.

154    (k)  "Ineligible Lands" shall mean all lands to which Irrigation Water may not be

155 delivered in accordance with Section 204 of the RRA;

156    (l)  Omitted.

157    (m)  "Irrigation Water" shall mean water made available from the Project that is

158 used primarily in the production of agricultural crops or livestock, including domestic use incidental

159 thereto, and watering of livestock;

8

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

160         (n)    "Landholder" shall mean a party that directly or indirectly owns or leases

161   nonexempt land, as provided in 43 CFR 426.2;

162         (o)    "Municipal and Industrial (M&I) Water" shall mean Project Water, other than

163   Irrigation Water, made available to the Contractor.  M&I Water shall include water used for human

164   use and purposes such as the watering of landscaping or pasture for animals (e.g., horses) which are

165   kept for personal enjoyment or water delivered to landholdings operated in units of less than five

166   acres unless the Contractor establishes to the satisfaction of the Contracting Officer that the use of

167   water delivered to any such landholding is a use described in subdivision (m) of this Article;

168         (p)    Omitted.

169         (q)    "Operation and Maintenance" or "O&M" shall mean normal and reasonable

170   care, control, operation, repair, replacement (other than capital replacement), and maintenance of

171   Project facilities;

172         (r)    "Operating Non-Federal Entity" shall mean the entity(ies), its (their) successors

173   or assigns, which has (have) the obligation to operate and maintain all or a portion of the Delta

174   Division Facilities pursuant to written agreement(s) with the United States.  When this Contract was

175   entered into, the Operating Non-Federal Entities were the San Luis and Delta-Mendota Water

176   Authority and, with respect to San Luis Unit facilities, the California Department of Water Resources,

177   and the Contractor;

178         (s)    "Project" shall mean the Central Valley Project owned by the United States and

179   managed by the Department of the Interior, Bureau of Reclamation;

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

180         (t)    "Project Contractors" shall mean all parties who have water service contracts

181  for Project Water from the Project with the United States pursuant to Federal Reclamation law;

182         (u)    "Project Water" shall mean all water that is developed, diverted, stored, or

183  delivered by the Secretary in accordance with the statutes authorizing the Project and in accordance

184  with the terms and conditions of water rights acquired pursuant to California law;

185         (v)    "Rates" shall mean the payments determined annually by the Contracting

186  Officer in accordance with the then current applicable water ratesetting policies for the Project, as

187  described in subdivision (a) of Article 7 of this Contract;

188         (w)    Omitted.

189         (x)    "Secretary" shall mean the Secretary of the Interior, a duly appointed

190  successor, or an authorized representative acting pursuant to any authority of the Secretary and

191  through any agency of the Interior;

192         (y)    Omitted

193         (z)    "Water Delivered" or "Delivered Water" shall mean Project Water diverted for

194  use by the Contractor at the point(s) of delivery approved by the Contracting Officer;

195         (aa)    "Water Made Available" shall mean the estimated amount of Project Water

196  that can be delivered to the Contractor for the upcoming Year as declared by the Contracting Officer,

197  pursuant to subdivision (a) of Article 4 of this Contract;

198        (bb)   "Water Scheduled" shall mean Project Water made available to the Contractor

199   for which times and quantities for delivery have been established by the Contractor and Contracting

200   Officer, pursuant to subdivision (b) of Article 4 of this Contract; and

201        (cc)   "Year" shall mean the period from and including March 1 of each Calendar

202   Year through the last day of February of the following Calendar Year.

203                TERM OF CONTRACT - RIGHT TO USE OF WATER

204   2.    (a)     This Contract shall be effective from January 1, 2008 and shall remain in

205   effect through February 28, 2010, and thereafter will be renewed as described in this Article.  Except

206   as provided in subdivision (b) of this Article, until completion of all appropriate environmental

207   review, and provided that the Contractor has complied with all the terms and conditions of the interim

208   renewal contract in effect for the period immediately preceding the requested successive interim

209   renewal contract, this Contract will be renewed, upon request of the Contractor, for successive

210   interim periods each of which shall be no more than two (2) Years in length.  Also, except as

211   provided in subdivision (b) of this Article, in order to promote orderly and cost-effective contract

212   administration, the terms and conditions in subsequent interim renewal contracts shall be identical to

213   the terms and conditions in the interim renewal contract immediately preceding the subsequent

214   interim renewal contract: Provided, however, That each party preserves the right to propose

215   modification(s) in any interim renewal contract other than those described in subdivision (b) of this

216   Article, in which case the parties shall negotiate in good faith appropriate modification(s) to be

217   included in any successive interim renewal contracts.  Said modification(s) of each successive interim

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

218    renewal contract shall be agreed upon within a reasonable time prior to the expiration of the then

219    existing interim renewal contract.  Nothing in this Article shall in any way alter the obligation that,

220    upon final completion of any necessary environmental documentation, the Secretary shall, pursuant to

221    Federal Reclamation law, upon request of the Contractor, enter into a long-term renewal contract for a

222    period of twenty-five (25) Years and may thereafter renew such long-term renewal contracts for

223    successive periods not to exceed twenty-five (25) Years each.

224                 (b)      The parties have engaged and if necessary will continue to engage in

225    good faith negotiations intended to permit the execution of a twenty-five (25) Year long-term renewal

226    contract contemplated by Section 3404 (c) of the CVPIA, hereinafter referred to as a long-term

227    renewal contract. The parties recognize the possibility that this schedule may not be met without

228    further negotiations.  Accordingly:  In the event (i) the Contractor and Contracting Officer have

229    reached agreement on the terms of the Contractor's long-term renewal contract or (ii) the Contractor

230    and Contracting Officer have not completed the negotiations on the Contractor's long-term renewal

231    contract, believe that further negotiations on that contract would be beneficial, and mutually commit

232    to continue to negotiate to seek to reach agreement, but (iii) all environmental documentation

233    required to allow execution of the Contractor's long-term renewal contract by both parties has not

234    been completed in time to allow execution of the Contractor's long-term renewal contract by

235    February 28, 2010, then (iv), the parties will expeditiously complete the environmental

236    documentation required of each of them in order to execute the Contractor's long-term renewal

237    contract at the earliest practicable date.  In addition, the Contractor's then current interim renewal

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

238    contract will be renewed without change upon the request of either party through the agreed-upon

239    effective date of the Contractor's long-term renewal contract or, in the absence of agreement on the

240    terms of the Contractor's long-term renewal contract, through the succeeding February 28.

241            (c)     The omission of language in this Contract providing for conversion of this

242    interim renewal contract or any subsequent renewals thereof to a repayment contract, pursuant to the

243    Act of July 2, 1956 (70 Stat. 483), shall not prejudice the Contractor's right to assert a right to have

244    such language included in subsequent renewals of this Contract or to exercise such conversion, all as

245    provided by law, or to negotiate the language regarding such conversion to be included in subsequent

246    renewal contracts.

247    <u>WATER TO BE MADE AVAILABLE AND DELIVERED TO THE CONTRACTOR</u>

248    3.     (a)     During each Year, consistent with all applicable State water rights permits, and

249    licenses, Federal law, and subject to the provisions set forth in Articles 11 and 12 of this Contract, the

250    Contracting Officer shall make available for delivery to the Contractor 1,150,000 acre-feet of Project

251    Water for irrigation and M&I purposes. <u>Provided, however</u>, during the two (2) month period of

252    January and February of Year, 2008, the Contracting Officer shall make available for delivery to the

253    Contractor that portion of the 2007 allocation of Project Water unused by the Contractor under the

254    Existing Contract. Water Delivered to the Contractor in accordance with this subdivision shall be

255    scheduled and paid for pursuant to the provisions of Articles 4 and 7 of this Contract.

256            (a)     (1)     Notwithstanding any other provisions of this Contract, in the event the

257    Secretary implements a program to retire land from irrigated agricultural production within the

13

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

258    Contractor's Service Area as a means of addressing drainage in the San Luis Unit, the Contracting

259    Officer shall conduct a water needs assessment to determine whether the Contract Total will be

260    reduced.  An initial water needs assessment shall be conducted upon the retirement of 25 percent of

261    the land projected to be retired under such land retirement program.  Subsequent assessments shall be

262    conducted upon the retirement of 50 percent and 75 percent of the land projected to be retired and a

263    final assessment will be conducted at the conclusion of the land retirement program.  Any water needs

264    assessment performed pursuant to this paragraph (1) shall update the water needs assessment used to

265    compute the quantity of Project Water to be made available under this Contract, which was submitted

266    to the Contractor on November 2, 2000, and shall be conducted pursuant to the methodology attached

267    to this Contract as Exhibit "C."  The Contractor may request the Contracting Officer update the

268    methodology employed based upon Contractor-specific information made available to the

269    Contracting Officer by the Contractor.  Upon completion of any water needs assessment performed

270    pursuant to this paragraph, the Contracting Officer may make a determination to reduce the quantity

271    of water to be made available under this Contract, and the Contract Total shall be reduced according

272    to that determination; Provided, so long as the then-existing Contract Total can be put to reasonable

273    and beneficial use as determined by the water needs assessment on Eligible Lands within the

274    Contractor's Service Area that are not retired, the retirement of land shall not affect the quantity of

275    Project Water to be made available pursuant to this Contract.

276              (b)      Because the capacity of the Project to deliver Project Water has been

277    constrained in recent years and may be constrained in the future due to many factors including

14

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

278  hydrologic conditions and implementation of Federal and State laws, the likelihood of the Contractor

279  actually receiving the amount of Project Water set out in subdivision (a) of this Article in any given

280  Year is uncertain.  The Contracting Officer's modeling referenced in the PEIS projected that the

281  Contract Total set forth in this Contract will not be available to the Contractor in many years.

282  Nothing in this subdivision (b) of this Article shall affect the rights and obligations of the parties

283  under any provision of this Contract.

284          (c)     The Contractor shall utilize the Project Water in accordance with all applicable

285  legal requirements.

286          (c)   (1)     In the event any Project Contractor (other than a Cross Valley

287  Contractor) that receives Project Water through the Delta Division Facilities obtains a contractual

288  agreement that the Contracting Officer shall make Project Water available at a point or points of

289  delivery in or north of the Delta, at the request of the Contractor and upon completion of any required

290  environmental documentation, this Contract shall be amended to provide for deliveries in or north of

291  the Delta on mutually agreeable terms.  Such amendments to this Contract shall be limited solely to

292  those changes made necessary by the addition of such alternate points of delivery in or north of the

293  Delta; Provided, That the Contracting Officer's use of the Harvey O. Banks Pumping Plant to deliver

294  Project Water does not trigger this right of amendment.

295          (d)     The Contractor shall make reasonable and beneficial use of all water furnished

296  pursuant to this Contract.  Ground-water recharge programs (direct, indirect, or in lieu), ground-

297  water banking programs, surface water storage programs, and other similar programs utilizing Project

15

Irrigation and M&I
Contract No. 14-06-200-495A-IRI

298   Water or other water furnished pursuant to this Contract conducted within the Contractor's Service

299   Area which are consistent with applicable State law and result in use consistent with Federal

300   Reclamation law will be allowed; Provided, That any direct recharge program(s) is (are) described in

301   the Contractor's water conservation plan submitted pursuant to Article 26 of this Contract; Provided,

302   further, That such water conservation plan demonstrates sufficient lawful uses exist in the

303   Contractor's Service Area so that using a long-term average, the quantity of Delivered Water is

304   demonstrated to be reasonable for such uses and in compliance with Federal Reclamation law.

305   Ground-water recharge programs, ground-water banking programs, surface water storage programs,

306   and other similar programs utilizing Project Water or other water furnished pursuant to this Contract

307   conducted outside the Contractor's Service Area may be permitted upon written approval of the

308   Contracting Officer, which approval will be based upon environmental documentation, Project Water

309   rights, and Project operational concerns.  The Contracting Officer will address such concerns in

310   regulations, policies, or guidelines.

311          (e)    The Contractor shall comply with requirements applicable to the Contractor in

312   biological opinion(s) prepared as a result of a consultation regarding the execution of this Contract

313   undertaken pursuant to Section 7 of the Endangered Species Act of 1973 (ESA), as amended, that are

314   within the Contractor's legal authority to implement.  The Existing Contract, which evidences in

315   excess of 40 years of diversions for irrigation and/or M&I purposes of the quantities of Project Water

316   provided in subdivision (a) of Article 3 of this Contract, will be considered in developing an

317   appropriate baseline for the biological assessment(s) prepared pursuant to the ESA, and any other

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

318   needed environmental review.  Nothing herein shall be construed to prevent the Contractor from

319   challenging or seeking judicial relief in a court of competent jurisdiction with respect to any

320   biological opinion or other environmental documentation referred to in this Article.

321          (f)    Following the declaration of Water Made Available under Article 4 of this

322   Contract, the Contracting Officer will make a determination whether Project Water, or other water

323   available to the Project, can be made available to the Contractor in addition to the Contract Total

324   under this Article during the Year without adversely impacting other Project Contractors.  At the

325   request of the Contractor, the Contracting Officer will consult with the Contractor prior to making

326   such a determination.  If the Contracting Officer determines that Project Water, or other water

327   available to the Project, can be made available to the Contractor, the Contracting Officer will

328   announce the availability of such water and shall so notify the Contractor as soon as practical.  The

329   Contracting Officer will thereafter meet with the Contractor and other Project Contractors capable of

330   taking such water to determine the most equitable and efficient allocation of such water.  If the

331   Contractor requests the delivery of any quantity of such water, the Contracting Officer shall make

332   such water available to the Contractor in accordance with applicable statutes, regulations, guidelines,

333   and policies.  Subject to existing interim renewal and long-term contractual commitments, water

334   rights and operational constraints, interim renewal and long-term Project Contractors shall have a first

335   right to acquire such water, including Project Water made available pursuant to Section 215 of the

336   RRA.

17

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

337        (g)      The Contractor may request permission to reschedule for use during the

338      subsequent Year some or all of the Water Made Available to the Contractor during the current Year,

339      referred to as "rescheduled water." The Contractor may request permission to use during the current

340      Year a quantity of Project Water which may be made available by the United States to the Contractor

341      during the subsequent Year referred to as "preuse." The Contracting Officer's written approval may

342      permit such uses in accordance with applicable statutes, regulations, guidelines, and policies.

343        (h)      The Contractor's right pursuant to Federal Reclamation law and applicable

344      State law to the reasonable and beneficial use of Water Delivered pursuant to this Contract during the

345      term thereof and any subsequent interim renewal contracts, as described in Article 2 of this Contract,

346      during the terms thereof shall not be disturbed so long as the Contractor shall fulfill all of its

347      obligations under this Contract and any renewals thereof. Nothing in the preceding sentence shall

348      affect the Contracting Officer's ability to impose shortages under Article 11 or subdivision (b) of

349      Article 12 of this Contract or applicable provisions of any subsequent interim renewal contracts.

350        (i)      Project Water furnished to the Contractor pursuant to this Contract may be

351      delivered for purposes other than those described in subdivisions (m) and (o) of Article 1 of this

352      Contract upon written approval by the Contracting Officer in accordance with the terms and

353      conditions of such approval.

354        (j)      The Contracting Officer shall make reasonable efforts to protect the water

355      rights necessary for the Project and to provide the water available under this Contract and any renewal

356      thereof. The Contracting Officer shall not object to participation by the Contractor, in the capacity

18

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

357   and to the extent permitted by law, in administrative proceedings related to the Project Water rights;

358   <u>Provided,</u> that the Contracting Officer retains the right to object to the substance of the Contractor's

359   position in such a proceeding; <u>Provided, further</u>, That in such proceedings the Contracting Officer

360   shall recognize the Contractor has a legal right under the terms of this Contract to use Project Water.

361   <u>TIME FOR DELIVERY OF WATER</u>

362       4.    (a)    On or about February 20 each Calendar Year, the Contracting Officer shall

363   announce the Contracting Officer's expected declaration of the Water Made Available.  Such

364   declaration will be expressed in terms of Water Made Available and will be updated monthly, and

365   more frequently if necessary, based on the then-current operational and hydrologic conditions and a

366   new declaration with changes, if any, to the Water Made Available will be made.  The Contracting

367   Officer shall provide forecasts of Project operations and the basis of the estimate, with relevant

368   supporting information, upon the written request of the Contractor.

369       (b)    On or before each March 1 and at such other times as necessary, the Contractor

370   shall submit to the Contracting Officer a written schedule, satisfactory to the Contracting Officer,

371   showing the monthly quantities of Project Water to be delivered by the United States to the

372   Contractor pursuant to this Contract for the Year commencing on such March 1.  The Contracting

373   Officer shall use all reasonable means to deliver Project Water according to the approved schedule for

374   the Year commencing on such March 1.

375              (c)     The Contractor shall not schedule Project Water in excess of the quantity of

376    Project Water the Contractor intends to put to reasonable and beneficial use within the Contractor's

377    Service Area or to sell, transfer, or exchange pursuant to Article 9 of this Contract during any Year.

378              (d)     Subject to the conditions set forth in subdivision (a) of Article 3 of this

379    Contract, the United States shall deliver Project Water to the Contractor in accordance with the initial

380    schedule submitted by the Contractor pursuant to subdivision (b) of this Article, or any written

381    revision(s) thereto satisfactory to the Contracting Officer, submitted within a reasonable time prior to

382    the date(s) on which the requested change(s) is (are) to be implemented.

383    <u>POINT OF DIVERSION AND RESPONSIBILITY FOR DISTRIBUTION OF WATER</u>

384    5.     (a)     Project Water scheduled pursuant to subdivision (b) of Article 4 of this

385    Contract shall be delivered to the Contractor at Project facilities and any additional point or points of

386    delivery either on Project facilities or another location or locations mutually agreed to in writing by

387    the Contracting Officer and the Contractor.

388              (b)     The Contracting Officer, either directly or indirectly through its written

389    agreements(s) with the Operating Non-Federal Entity(ies), shall make all reasonable efforts to

390    maintain sufficient flows and levels of water in the Project facilities to deliver Project Water to the

391    Contractor at the point or points of delivery established pursuant to subdivision (a) of this Article.

392              (c)     The Contractor shall deliver Irrigation Water in accordance with any applicable

393    land classification provisions of Federal Reclamation law and the associated regulations.  The

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

394    Contractor shall not deliver Project Water to land outside the Contractor's Service Area unless

395    approved in advance by the Contracting Officer.

396              (d)     All Water Delivered to the Contractor pursuant to this Contract shall be

397    measured and recorded with equipment furnished, installed, operated, and maintained by the

398    Contracting Officer either directly or indirectly through its written agreements(s) with the Operating

399    Non-Federal Entity(ies), unless undertaken by the Contractor with the consent of the Contracting

400    Officer at the point or points of delivery established pursuant to subdivision (a) of this Article.  Upon

401    the request of either party to this Contract, the Contracting Officer shall investigate, or cause to be

402    investigated by the appropriate Operating Non-Federal Entity(ies) the accuracy of such measurements

403    and shall take any necessary steps to adjust any errors appearing therein.  For any period of time when

404    accurate measurements have not been made, the Contracting Officer shall consult with the Contractor

405    and the appropriate Operating Non-Federal Entity(ies), if any, prior to making a final determination of

406    the quantity delivered for that period of time.

407              (e)     Absent a separate contrary written agreement with the Contractor, neither the

408    Contracting Officer nor any Operating Non-Federal Entity(ies) shall be responsible for the control,

409    carriage, handling, use, disposal, or distribution of Water Delivered to the Contractor pursuant to this

410    Contract beyond the point or points of delivery established pursuant to subdivision (a) of this Article.

411    The Contractor shall indemnify the United States, its officers, employees, agents, and assigns on

412    account of damage or claim of damage of any nature whatsoever for which there is legal

413    responsibility, including property damage, personal injury, or death arising out of or connected with

21

414 the control, carriage, handling, use, disposal, or distribution of such Water Delivered beyond such

415 point or points of delivery except for any damage or claim arising out of:  (i) acts or omissions of the

416 Contracting Officer or any of its officers, employees, agents, and assigns, including the Operating

417 Non-Federal Entity(ies) with the intent of creating the situation resulting in any damage or claim;

418 (ii) willful misconduct of the Contracting Officer or any of its officers, employees, agents, and

419 assigns, including the Operating Non-Federal Entity(ies); (iii) negligence of the Contracting Officer

420 or any of its officers, employees, agents, and assigns including the Operating Non-Federal Entity(ies);

421 (iv) a malfunction of facilities owned and/or operated by the United States or the Operating

422 Non-Federal Entity(ies); or (v) failure of the United States, its officers, employees, agents, and

423 assigns, including the Operating Non-Federal Entity(ies), to provide drainage service.

424 <u>MEASUREMENT OF WATER WITHIN THE CONTRACTOR'S SERVICE AREA</u>

425  6. (a) The Contractor has established a measuring program satisfactory to the

426 Contracting Officer.  The Contractor shall ensure that all surface water delivered for irrigation

427 purposes within the Contractor's Service Area is measured at each agricultural turnout and such water

428 delivered for M&I purposes is measured at each M&I service connection.  The water measuring

429 devices or water measuring methods of comparable effectiveness must be acceptable to the

430 Contracting Officer.  The Contractor shall be responsible for installing, operating, maintaining, and

431 repairing all such measuring devices and implementing all such water measuring methods at no cost

432 to the United States.  The Contractor shall use the information obtained from such water measuring

433 devices or water measuring methods to ensure its proper management of the water; to bill water users

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

434 for water delivered by the Contractor; and, if applicable, to record water delivered for M&I purposes

435 by customer class as defined in the Contractor's water conservation plan provided for in Article 26 of

436 this Contract.  Nothing herein contained, however, shall preclude the Contractor from establishing

437 and collecting any charges, assessments, or other revenues authorized by California law.  The

438 Contractor shall include a summary of all its annual surface water deliveries in the annual report

439 described in subdivision (c) of Article 26 of this Contract.

440     (b)  To the extent the information has not otherwise been provided, upon execution

441 of this Contract, the Contractor shall provide to the Contracting Officer a written report describing the

442 measurement devices or water measuring methods being used or to be used to implement subdivision

443 (a) of this Article and identifying the agricultural turnouts and the M&I service connections or

444 alternative measurement programs approved by the Contracting Officer, at which such measurement

445 devices or water measuring methods are being used, and, if applicable, identifying the locations at

446 which such devices and/or methods are not yet being used including a time schedule for

447 implementation at such locations.  The Contracting Officer shall advise the Contractor in writing

448 within 60 days as to the adequacy and necessary modifications, if any, of the measuring devices or

449 water measuring methods identified in the Contractor's report and if the Contracting Officer does not

450 respond in such time, they shall be deemed adequate.  If the Contracting Officer notifies the

451 Contractor that the measuring devices or methods are inadequate, the parties shall within 60 days

452 following the Contracting Officer's response, negotiate in good faith the earliest practicable date by

453 which the Contractor shall modify said measuring devices and/or measuring methods as required by

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

454    the Contracting Officer to ensure compliance with subdivision (a) of this Article.

455    (c)    All new surface water delivery systems installed within the Contractor's

456    Service Area after the effective date of this Contract shall also comply with the measurement

457    provisions described in subdivision (a) of this Article.

458    (d)    The Contractor shall inform the Contracting Officer and the State of California

459    in writing by April 30 of each Year of the monthly volume of surface water delivered within the

460    Contractor's Service Area during the previous Year.

461    (e)    The Contractor shall inform the Contracting Officer and the Operating

462    Non-Federal Entity(ies) on or before the 20th calendar day of each month of the quantity of Irrigation

463    Water and M&I Water taken during the preceding month.

464    <u>RATES AND METHOD OF PAYMENT FOR WATER</u>

465    7.    (a)    The Contractor shall pay the United States as provided in this Article for all

466    Delivered Water at Rates and Charges established in accordance with: (i) the Secretary's ratesetting

467    policy for Irrigation Water adopted in 1988 and the Secretary's then-existing ratesetting policy for

468    M&I Water.  Such ratesetting policies shall be amended, modified, or superseded only through a

469    public notice and comment procedure; (ii) applicable Federal Reclamation law and associated rules

470    and regulations, or policies; and (iii) other applicable provisions of this Contract.  Payments shall be

471    made by cash transaction, electronic funds transfer, or any other mechanism as may be agreed to in

472    writing by the Contractor and the Contracting Officer.  The Rates and Charges applicable to the

473    Contractor upon execution of this Contract are set forth in Exhibit "B," as may be revised annually.

24

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

474        (b)     The Contracting Officer shall notify the Contractor of the Rates and Charges as

475   follows:

476            (1)     Prior to July 1 of each Calendar Year, the Contracting Officer shall

477   provide the Contractor an estimate of the Charges for Project Water that will be applied to the period

478   October 1, of the current Calendar Year, through September 30, of the following Calendar Year, and

479   the basis for such estimate. The Contractor shall be allowed not less than two months to review and

480   comment on such estimates. On or before September 15 of each Calendar Year, the Contracting

481   Officer shall notify the Contractor in writing of the Charges to be in effect during the period

482   October 1 of the current Calendar Year, through September 30, of the following Calendar Year, and

483   such notification shall revise Exhibit "B."

484            (2)     Prior to October 1 of each Calendar Year, the Contracting Officer shall

485   make available to the Contractor an estimate of the Rates for Project Water for the following Year

486   and the computations and cost allocations upon which those Rates are based. The Contractor shall be

487   allowed not less than two months to review and comment on such computations and cost allocations.

488   By December 31 of each Calendar Year, the Contracting Officer shall provide the Contractor with the

489   final Rates to be in effect for the upcoming Year, and such notification shall revise Exhibit "B."

490        (c)     At the time the Contractor submits the initial schedule for the delivery of

491   Project Water for each Year pursuant to subdivision (b) of Article 4 of this Contract, the Contractor

492   shall make an advance payment to the United States equal to the total amount payable pursuant to the

493   applicable Rate(s) set under subdivision (a) of this Article, for the Project Water scheduled to be

25

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

494    delivered pursuant to this Contract during the first two calendar months of the Year.  Before the end

495    of the first month and before the end of each calendar month thereafter, the Contractor shall make an

496    advance payment to the United States, at the Rate(s) set under subdivision (a) of this Article, for the

497    Water Scheduled to be delivered pursuant to this Contract during the second month immediately

498    following.  Adjustments between advance payments for Water Scheduled and payments at Rates due

499    for Water Delivered shall be made before the end of the following month; Provided, That any revised

500    schedule submitted by the Contractor pursuant to Article 4 of this Contract which increases the

501    amount of Water Delivered pursuant to this Contract during any month shall be accompanied with

502    appropriate advance payment, at the Rates then in effect, to assure that Project Water is not delivered

503    to the Contractor in advance of such payment.  In any month in which the quantity of Water Delivered

504    to the Contractor pursuant to this Contract equals the quantity of Water Scheduled and paid for by the

505    Contractor, no additional Project Water shall be delivered to the Contractor unless and until an

506    advance payment at the Rates then in effect for such additional Project Water is made.  Final

507    adjustment between the advance payments for the Water Scheduled and payments for the quantities

508    of Water Delivered during each Year pursuant to this Contract shall be made as soon as practicable

509    but no later than April 30th of the following Year, or 60 days after the delivery of Project Water

510    rescheduled under subdivision (g) of Article 3 of this Contract if such water is not delivered by the

511    last day of February.

512          (d)     The Contractor shall also make a payment in addition to the Rate(s) in

513    subdivision (c) of this Article to the United States for Water Delivered, at the Charges then in effect,

26

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

514   before the end of the month following the month of delivery.  The payments shall be consistent with

515   the quantities of Irrigation Water and M&I Water Delivered as shown in the water delivery report for

516   the subject month prepared by the Operating Non-Federal Entity(ies) or, if there is no Operating

517   Non-Federal Entity, by the Contracting Officer.  The water delivery report shall be deemed a bill for

518   the payment of Charges for Water Delivered.  Adjustment for overpayment or underpayment of

519   Charges shall be made through the adjustment of payments due to the United States for Charges for

520   the next month.  Any amount to be paid for past due payment of Charge shall be computed pursuant

521   to Article 20 of this Contract.

522            (e)      The Contractor shall pay for any Water Delivered under subdivision (a), (f), or

523   (g) of Article 3 of this Contract as determined by the Contracting Officer pursuant to applicable

524   statutes, associated regulations, any applicable provisions of guidelines or ratesetting policies;

525   Provided, That the Rate for Water Delivered under subdivision (d) of Article 3 of this Contract shall

526   be no more than the otherwise applicable Rate for Irrigation Water or M&I Water under subdivision

527   (a) of this Article.

528            (f)      Payments to be made by the Contractor to the United States under this Contract

529   may be paid from any revenues available to the Contractor.

530            (g)      All revenues received by the United States from the Contractor relating to the

531   delivery of Project Water or the delivery of non-Project water through Project facilities shall be

532   allocated and applied in accordance with Federal Reclamation law and the associated rules or

533   regulations, and the then-current Project ratesetting policies for M&I Water or Irrigation Water.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

534         (h)     The Contracting Officer shall keep its accounts pertaining to the administration

535   of the financial terms and conditions of its long-term contracts, in accordance with applicable Federal

536   standards, so as to reflect the application of Project costs and revenues.  The Contracting Officer

537   shall, each Year upon request of the Contractor, provide to the Contractor a detailed accounting of all

538   Project and Contractor expense allocations, the disposition of all Project and Contractor revenues,

539   and a summary of all water delivery information.  The Contracting Officer and the Contractor shall

540   enter into good faith negotiations to resolve any discrepancies or disputes relating to accountings,

541   reports, or information.

542         (i)     The parties acknowledge and agree that the efficient administration of this

543   Contract is their mutual goal.  Recognizing that experience has demonstrated that mechanisms,

544   policies, and procedures used for establishing Rates and Charges and/or for making and allocating

545   payments, other than those set forth in this Article may be in the mutual best interest of the parties, it

546   is expressly agreed that the parties may enter into agreements to modify the mechanisms, policies,

547   and procedures for any of those purposes while this Contract is in effect without amending this

548   Contract.

549         (j)     Omitted.

550         (k)     For the term of this Contract, Rates applied under the respective ratesetting

551   policies will be established to recover only reimbursable O&M (including any deficits) and capital

552   costs of the Project, as those terms are used in the then-current Project ratesetting policies, and

553   interest, where appropriate, except in instances where a minimum Rate is applicable in accordance

28

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

554    with the relevant Project ratesetting policy.  Changes of significance in practices which implement the

555    Contracting Officer's ratesetting policies will not be implemented until the Contracting Officer has

556    provided the Contractor an opportunity to discuss the nature, need, and impact of the proposed

557    change.

558           (l)      Except as provided in subsections 3405(a)(1)(B) and 3405(f) of the CVPIA,

559    the Rates for Project Water transferred by the Contractor shall be the Contractor's Rates, in

560    accordance with the applicable Project ratesetting policy, adjusted upward or downward to reflect the

561    changed costs, if any, incurred by the Contracting Officer in the delivery of the transferred Project

562    Water to the transferee's point of delivery.  If the Contractor is receiving lower Rates and Charges

563    because of inability to pay and is transferring Project Water to another entity whose Rates and

564    Charges are not adjusted due to inability to pay, the Rates and Charges for transferred Project Water

565    shall not be adjusted to reflect the Contractor's inability to pay.

566           (m)    Pursuant to the Act of October 27, 1986 (100 Stat. 3050), the Contracting

567    Officer is authorized to adjust determinations of ability to pay every five years.

568                      NON-INTEREST BEARING O&M DEFICITS

569      8.     The Contractor and the Contracting Officer concur that, as of the effective date of this

570    Contract the Contractor has no non-interest bearing O&M deficits and shall have no further liability

571    therefore.

29

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

572 SALES, TRANSFERS, OR EXCHANGES OF WATER

573    9.    (a)    The right to receive Project Water provided for in this Contract may be sold,

574    transferred, or exchanged to others for reasonable and beneficial uses within the State of California if

575    such sale, transfer, or exchange is authorized by applicable Federal and State laws, and applicable

576    guidelines or regulations then in effect.  No sale, transfer, or exchange of Project Water under this

577    Contract may take place without the prior written approval of the Contracting Officer, except as

578    provided for in subdivision (b) of this Article, and no such sales, transfers, or exchanges shall be

579    approved absent all appropriate environmental documentation, including, but not limited to,

580    documents prepared pursuant to the NEPA and ESA.  Such environmental documentation should

581    include, as appropriate, an analysis of ground-water impacts and economic and social effects,

582    including environmental justice, of the proposed water transfers on both the transferor and transferee.

583             (b)    In order to facilitate efficient water management by means of water transfers of

584    the type historically carried out among Project Contractors located within the same geographical area

585    and to allow the Contractor to participate in an accelerated water transfer program during the term of

586    this Contract, the Contracting Officer shall prepare, as appropriate, all necessary environmental

587    documentation, including, but not limited to, documents prepared pursuant to the NEPA and ESA,

588    analyzing annual transfers within such geographical areas and the Contracting Officer shall determine

589    whether such transfers comply with applicable law.  Following the completion of the environmental

590    documentation, such transfers addressed in such documentation shall be conducted with advance

591    notice to the Contracting Officer, but shall not require prior written approval by the Contracting

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

592    Officer. Such environmental documentation and the Contracting Officer's compliance determination

593    shall be reviewed every five years and updated, as necessary, prior to the expiration of the then

594    existing five-year period. All subsequent environmental documentation shall include an alternative to

595    evaluate not less than the quantity of Project Water historically transferred within the same

596    geographical area.

597            (c)    For a water transfer to qualify under subdivision (b) of this Article, such water

598    transfer must: (i) be for irrigation purposes for lands irrigated within the previous three years, for

599    M&I use, ground-water recharge, ground-water banking, or similar groundwater activities, surface

600    water storage, or fish and wildlife resources; not lead to land conversion; and be delivered to

601    established cropland, wildlife refuges, ground-water basins, or M&I use; (ii) occur within a single

602    Year; (iii) occur between a willing seller and a willing buyer; (iv) convey water through existing

603    facilities with no new construction or modifications to facilities and be between existing Project

604    Contractors and/or the Contractor and the United States, Department of the Interior; and (v) comply

605    with all applicable Federal, State, and local or tribal laws and requirements imposed for protection of

606    the environment and Indian Trust Assets, as defined under Federal law.

607                 APPLICATION OF PAYMENTS AND ADJUSTMENTS

608    10.   (a)    The amount of any overpayment by the Contractor of the Contractor's O&M,

609    capital, and deficit (if any) obligations for the Year shall be applied first to any current liabilities of

610    the Contractor arising out of this Contract then due and payable. Overpayments of more than $1,000

611    shall be refunded at the Contractor's request. In lieu of a refund, any amount of such overpayment, at

31

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

612    the option of the Contractor, may be credited against amounts to become due to the United States by

613    the Contractor.  With respect to overpayment, such refund or adjustment shall constitute the sole

614    remedy of the Contractor or anyone having or claiming to have the right to the use of any of the

615    Project Water supply provided for herein.  All credits and refunds of overpayments shall be made

616    within 30 days of the Contracting Officer obtaining direction as to how to credit or refund such

617    overpayment in response to the notice to the Contractor that it has finalized the accounts for the Year

618    in which the overpayment was made.

619            (b)     All advances for miscellaneous costs incurred for work requested by the

620    Contractor pursuant to Article 25 of this Contract shall be adjusted to reflect the actual costs when the

621    work has been completed.  If the advances exceed the actual costs incurred, the difference will be

622    refunded to the Contractor.  If the actual costs exceed the Contractor's advances, the Contractor will

623    be billed for the additional costs pursuant to Article 25 of this Contract.

624            TEMPORARY REDUCTIONS--RETURN FLOWS

625    11.    (a)     Subject to:  (i) the authorized purposes and priorities of the Project and the

626    requirements of Federal law, and (ii) the obligations of the United States under existing contracts, or

627    renewals thereof, providing for water deliveries from the Project, the Contracting Officer shall make

628    all reasonable efforts to optimize Project Water deliveries to the Contractor as provided in this

629    Contract.

630            (b)     The Contracting Officer or Operating Non-Federal Entity(ies) may temporarily

631    discontinue or reduce the quantity of Water Delivered to the Contractor as herein provided for the

32

632    purposes of investigation, inspection, maintenance, repair, or replacement of any of the Project

633    facilities or any part thereof necessary for the delivery of Project Water to the Contractor, but so far as

634    feasible the Contracting Officer or Operating Non-Federal Entity(ies) will give the Contractor due

635    notice in advance of such temporary discontinuance or reduction, except in case of emergency, in

636    which case no notice need be given; Provided, That the United States shall use its best efforts to avoid

637    any discontinuance or reduction in such service.  Upon resumption of service after such reduction or

638    discontinuance, and if requested by the Contractor, the United States will, if possible, deliver the

639    quantity of Project Water which would have been delivered hereunder in the absence of such

640    discontinuance or reduction.

641          (c)    The United States reserves the right to all seepage and return flow water

642    derived from Water Delivered to the Contractor hereunder which escapes or is discharged beyond the

643    Contractor's Service Area; Provided, That this shall not be construed as claiming for the United States

644    any right to seepage or return flow being put to reasonable and beneficial use pursuant to this

645    Contract within the Contractor's Service Area by the Contractor or those claiming by, through, or

646    under the Contractor.

647                  CONSTRAINTS ON THE AVAILABILITY OF WATER

648        12.    (a)    In its operation of the Project, the Contracting Officer will use all reasonable

649    means to guard against a Condition of Shortage in the quantity of water to be made available to the

650    Contractor pursuant to this Contract.  In the event the Contracting Officer determines that a Condition

651 of Shortage appears probable, the Contracting Officer will notify the Contractor of said determination

652 as soon as practicable.

653      (b)   If there is a Condition of Shortage because of errors in physical operations of

654 the Project, drought, other physical causes beyond the control of the Contracting Officer or actions

655 taken by the Contracting Officer to meet legal obligations then, except as provided in subdivision

656 (a) of Article 18 of this Contract, no liability shall accrue against the United States or any of its

657 officers, agents, or employees for any damage, direct or indirect, arising therefrom.

658      (c)   In any Year in which there may occur a Condition of Shortage for any of the

659 reasons specified in subdivision (b) of this Article, and subject to subdivision (d) of this Article, the

660 Contracting Officer will first allocate the available Project Water consistent with the Project M&I

661 Water Shortage in its form applicable under Article 12(c) of water service contracts in effect on the

662 date of this contract which provide water service from Delta Division Facilities for determining the

663 amount of Project Water Available for delivery to the Project Contractors.  Subject to the foregoing

664 allocation, in any year in which there may occur a Condition of Shortage, the Contracting Officer

665 shall then apportion Project Water among the Contractor and others entitled to Project Water from

666 Delta Division Facilities under long-term water service or repayment contracts (or renewals thereof or

667 binding commitments therefore) in force on February 28, 2005, as follows:

668      (1)   The Contracting Officer shall make an initial and subsequent

669 determination as necessary of the total quantity of Project Water estimated to be scheduled or actually

670 scheduled under subdivision (b) of Article 4 of this Contract and under all other interim renewal,

34

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

671  long-term water service or repayment contracts then in force for the delivery of Project Water by the

672  United States from Delta Division Facilities during the relevant Year, the quantity so determined

673  being hereinafter referred to as the scheduled total;

674                    (2)    A determination shall be made of the total quantity of Project Water

675  that is available for meeting the scheduled total, the quantity so determined being hereinafter referred

676  to as the available supply;

677                    (3)    The total quantity of Project Water estimated to be scheduled or

678  actually scheduled by the Contractor during the relevant Year, under subdivision (b) of Article 4

679  hereof, shall be divided by the scheduled total, the quotient thus obtained being hereinafter referred to

680  as the Contractor's proportionate share; and

681                    (4)    The available supply shall be multiplied by the Contractor's

682  proportionate share and the result shall be the quantity of Project Water made available by the

683  United States to the Contractor for the relevant Year in accordance with the schedule developed by

684  the Contracting Officer under subdivision (c) (1) of this Article 12, but in no event shall such amount

685  exceed the Contract Total.  In the event the Contracting Officer subsequently determines that the

686  Contracting Officer can increase or needs to decrease the available supply for delivery from Delta

687  Division Facilities to interim renewal, long-term water service, and repayment contractors during the

688  relevant Year, such additions or reductions to the available supply shall be apportioned consistent

689  with subparagraphs (1) through (4), inclusive.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

690           (d)     By entering into this Contract, the Contractor does not waive any legal rights or

691   remedies it may have to file or participate in any administrative or judicial proceeding contesting

692   (i) the sufficiency of the Project M&I Water Shortage Policy; (ii) the substance of such a policy;

693   (iii) the applicability of such a policy; or (iv) the manner in which such policy is implemented in order

694   to allocate Project Water between M&I and irrigation purposes; <u>Provided, That</u> the Contractor has

695   commenced any such judicial challenge or any administrative procedures necessary to institute any

696   judicial challenge within six months of the policy becoming final.  By agreeing to the foregoing, the

697   Contracting Officer does not waive any legal defenses or remedies that it may have to assert in such a

698   proceeding.  Nothing contained herein shall be interpreted to validate or invalidate the Project M&I

699   Water Shortage Policy.

700           (e)     Omitted.

701                     <u>UNAVOIDABLE GROUND-WATER PERCOLATION</u>

702       13.     To the extent applicable, the Contractor shall not be deemed to have delivered

703   Irrigation Water to Excess Lands or Ineligible Lands within the meaning of this Contract if such lands

704   are irrigated with ground water that reaches the underground strata as an unavoidable result of the

705   delivery of Irrigation Water by the Contractor to Eligible Lands.

706                       <u>RULES AND REGULATIONS</u>

707       14.     The parties agree that the delivery of Irrigation Water or use of Federal facilities
708   pursuant to this Contract is subject to Federal Reclamation law, including but not limited to, the RRA
709   (43 U.S.C.390 aa et seq.). as amended and supplemented, and the rules and regulations promulgated
710   by the Secretary under Federal Reclamation law.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

711                     WATER AND AIR POLLUTION CONTROL

712         15.     The Contractor, in carrying out this Contract, shall comply with all applicable water
713    and air pollution laws and regulations of the United States and the State of California, and shall
714    obtain all required permits or licenses from the appropriate Federal, State, or local authorities.

715                                  QUALITY OF WATER

716         16.     (a)     Project facilities used to deliver Project Water to the Contractor pursuant to

717    this Contract shall be operated and maintained to enable the United States to deliver Project Water to

718    the Contractor in accordance with the water quality standards specified in subsection 2(b) of the Act

719    of August 26, 1937 (50 Stat. 865), as added by Section 101 of the Act of October 27, 1986

720    (100 Stat. 3050) or other existing Federal laws. The United States is under no obligation to construct

721    or furnish water treatment facilities to maintain or to improve the quality of Water Delivered to the

722    Contractor pursuant to this Contract. The United States does not warrant the quality of Water

723    Delivered to the Contractor pursuant to this Contract.

724                 (b)     The O&M of Project facilities shall be performed in such manner as is

725    practicable to maintain the quality of raw water made available through such facilities at the highest

726    level reasonably attainable as determined by the Contracting Officer. The Contractor shall be

727    responsible for compliance with all Federal and State water quality standards applicable to surface

728    and subsurface agricultural drainage discharges generated through the use of Federal or Contractor

729    facilities or Project Water provided by the Contractor within the Contractor's Service Area.

730                 (c)     The Contracting Officer shall notify the Contractor in writing when drainage

731    service becomes available. Thereafter, the Contracting Officer shall provide drainage service to the

732    Contractor at rates established pursuant to the then-existing ratesetting policy for Irrigation Water;

37

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

733   Provided, That such ratesetting policy shall be amended, modified, or superseded only through the

734   process described in subdivision (a) of Article 7 of this Contract.

735   WATER ACQUIRED BY THE CONTRACTOR OTHER THAN FROM THE UNITED STATES

736       17.    (a)      Water or water rights now owned or hereafter acquired by the Contractor other

737   than from the United States and Irrigation Water furnished pursuant to the terms of this Contract may

738   be simultaneously transported through the same distribution facilities of the Contractor subject to the

739   following:  (i) if the facilities utilized for commingling Irrigation Water and non-Project water were

740   constructed without funds made available pursuant to Federal Reclamation law, the provisions of

741   Federal Reclamation law will be applicable only to the Landholders of lands which receive Irrigation

742   Water; (ii) the eligibility of land to receive Irrigation Water must be established through the

743   certification requirements as specified in the Acreage Limitation Rules and Regulations

744   (43 CFR Part 426); (iii) the water requirements of Eligible Lands within the Contractor's Service Area

745   can be established and the quantity of Irrigation Water to be utilized is less than or equal to the

746   quantity necessary to irrigate such Eligible Lands; and (iv) if the facilities utilized for commingling

747   Irrigation Water and non-Project water are (were) constructed with funds made available pursuant to

748   Federal Reclamation law, the non-Project water will be subject to the acreage limitation provisions of

749   Federal Reclamation law, unless the Contractor pays to the United States the incremental fee

750   described in 43 CFR 426.15.  In determining the incremental fee, the Contracting Officer will

751   calculate annually the cost to the Federal Government, including interest, of storing or delivering non-

752   Project water, which for purposes of this Contract shall be determined as follows:  The quotient shall

38

753    be the unpaid distribution system costs divided by the total irrigable acreage within the Contractor's

754    Service Area.  The incremental fee per acre is the mathematical result of such quotient times the

755    interest rate determined using Section 202 (3) of the Act of October 12, 1982 (96 Stat. 1263).  Such

756    incremental fee will be charged to each acre of excess or full-cost land within the Contractor's

757    Service Area that receives non-Project water through Federally-financed or -constructed facilities.

758    The incremental fee calculation methodology will continue during the term of this Contract absent the

759    promulgation of a contrary Reclamation-wide rule, regulation, or policy adopted after the Contractor

760    has been afforded the opportunity to review and comment on the proposed rule, regulation, or policy.

761    If such rule, regulation, or policy is adopted, it shall supersede this provision.

762            (b)    Water or water rights now owned or hereafter acquired by the Contractor, other

763    than from the United States may be stored, conveyed, and/or diverted through Project facilities,

764    subject to the completion of appropriate environmental documentation, with the approval of the

765    Contracting Officer and the execution of any contract determined by the Contracting Officer to be

766    necessary, consistent with the following provisions:

767            (1)    The Contractor may introduce non-Project water into Project facilities

768    and deliver said water to lands within the Contractor's Service Area, including Ineligible Lands,

769    subject to payment to the United States and/or to any applicable Operating Non-Federal Entity of an

770    appropriate rate as determined by the applicable Project ratesetting policy, the RRA, and the Project

771    use power policy, if such Project use power policy is applicable, each as amended, modified, or

772    superseded from time to time.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

773               (2)     Delivery of such non-Project water in and through Project facilities

774   shall only be allowed to the extent such deliveries do not: (i) interfere with other Project purposes as

775   determined by the Contracting Officer; (ii) reduce the quantity or quality of water available to other

776   Project Contractors; (iii) interfere with the delivery of contractual water entitlements to any other

777   Project Contractors; or (iv) interfere with the physical maintenance of the Project facilities.

778               (3)     Neither the United States nor the Operating Non-Federal Entity(ies)

779   shall be responsible for control, care or distribution of the non-Project water before it is introduced

780   into or after it is delivered from the Project facilities. The Contractor hereby releases and agrees to

781   defend and indemnify the United States and the Operating Non-Federal Entity(ies), and their

782   respective officers, agents, and employees, from any claim for damage to persons or property, direct

783   or indirect, resulting from the act(s) of the Contractor, its officers, employees, agents, or assigns, in

784   (i) extracting or diverting non-Project water from any source, or (ii) diverting such non-Project water

785   into Project facilities.

786               (4)     Diversion of such non-Project water into Project facilities shall be

787   consistent with all applicable laws, and if involving ground water, consistent with any applicable

788   ground-water management plan for the area from which it was extracted.

789               (5)     After Project purposes are met, as determined by the Contracting

790   Officer, the United States and Project Contractors entitled to Project Water from Delta Division

791   Facilities shall share priority to utilize the remaining capacity of the facilities declared to be available

792   by the Contracting Officer for conveyance and transportation of non-Project water prior to any such

40

793   remaining capacity being made available to non-Project contractors.  Other Project Contractors shall

794   have a second priority to any remaining capacity of facilities declared to be available by the

795   Contracting Officer for conveyance and transportation of non-Project water prior to any such

796   remaining capacity being made available to non-Project contractors.

797                                OPINIONS AND DETERMINATIONS

798        18.    (a)      Where the terms of this Contract provide for actions to be based upon the

799   opinion or determination of either party to this Contract, said terms shall not be construed as

800   permitting such action to be predicated upon arbitrary, capricious, or unreasonable opinions or

801   determinations.  Both parties, notwithstanding any other provisions of this Contract, expressly reserve

802   the right to seek relief from and appropriate adjustment for any such arbitrary, capricious, or

803   unreasonable opinion or determination.  Each opinion or determination by either party shall be

804   provided in a timely manner.  Nothing in this subdivision (a) of this Article is intended to or shall

805   affect or alter the standard of judicial review applicable under Federal law to any opinion or

806   determination implementing a specific provision of Federal law embodied in statute or regulation.

807            (b)      The Contracting Officer shall have the right to make determinations necessary

808   to administer this Contract that are consistent with the provisions of this Contract, the laws of the

809   United States and of the State of California, and the rules and regulations promulgated by the

810   Secretary.  Such determinations shall be made in consultation with the Contractor to the extent

811   reasonably practicable.

812                    COORDINATION AND COOPERATION

813         19.    (a)    In order to further their mutual goals and objectives, the Contracting Officer

814    and the Contractor shall communicate, coordinate, and cooperate with each other, and with other

815    affected Project Contractors, in order to improve the O&M of the Project.  The communication,

816    coordination, and cooperation regarding O&M shall include, but not be limited to, any action which

817    will or may materially affect the quantity or quality of Project Water supply, the allocation of Project

818    Water supply, and Project financial matters including, but not limited to, budget issues.  The

819    communication, coordination, and cooperation provided for hereunder shall extend to all provisions

820    of this Contract.  Each party shall retain exclusive decision making authority for all actions, opinions,

821    and determinations to be made by the respective party.

822              (b)    Within 120 days following the effective date of this Contract, the Contractor,

823    other affected Project Contractors, and the Contracting Officer shall arrange to meet with interested

824    Project Contractors to develop a mutually agreeable, written Project-wide process, which may be

825    amended as necessary separate and apart from this Contract.  The goal of this process shall be to

826    provide, to the extent practicable, the means of mutual communication and interaction regarding

827    significant decisions concerning Project O&M on a real-time basis.

828              (c)    In light of the factors referred to in subdivision (b) of Article 3 of this Contract,

829    it is the intent of the Secretary to improve water supply reliability.  To carry out this intent:

830                   (1)    The Contracting Officer will, at the request of the Contractor, assist in

831    the development of integrated resource management plans for the Contractor.  Further, the

42

832    Contracting Officer will, as appropriate, seek authorizations for implementation of partnerships to

833    improve water supply, water quality, and reliability.

834                      (2)      The Secretary will, as appropriate, pursue program and project

835    implementation and authorization in coordination with Project Contractors to improve the water

836    supply, water quality, and reliability of the Project for all Project purposes.

837                      (3)      The Secretary will coordinate with Project Contractors and the State of

838    California to seek improved water resource management.

839                      (4)      The Secretary will coordinate actions of agencies within the

840    Department of the Interior that may impact the availability of water for Project purposes.

841                      (5)      The Contracting Officer shall periodically, but not less than annually,

842    hold division-level meetings to discuss Project operations, division-level water management

843    activities, and other issues as appropriate.

844                      (d)      Without limiting the contractual obligations of the Contracting Officer under

845    the other Articles of this Contract, nothing in this Article shall be construed to limit or constrain the

846    Contracting Officer's ability to communicate, coordinate, and cooperate with the Contractor or other

847    interested stakeholders or to make decisions in a timely fashion as needed to protect health, safety, or

848    the physical integrity of structures or facilities.

849                      <u>CHARGES FOR DELINQUENT PAYMENTS</u>

850    20.    (a)      The Contractor shall be subject to interest, administrative, and penalty charges
851    on delinquent installments or payments.  When a payment is not received by the due date, the
852    Contractor shall pay an interest charge for each day the payment is delinquent beyond the due date.
853    When a payment becomes 60 days delinquent, the Contractor shall pay an administrative charge to

Irrigation and M&I
Contract No. 14-06-200-495A-IRl

854   cover additional costs of billing and processing the delinquent payment. When a payment is
855   delinquent 90 days or more, the Contractor shall pay an additional penalty charge of six percent per
856   year for each day the payment is delinquent beyond the due date. Further, the Contractor shall pay
857   any fees incurred for debt collection services associated with a delinquent payment.

858         (b)   The interest charge rate shall be the greater of the rate prescribed quarterly in
859   the Federal Register by the Department of the Treasury for application to overdue payments, or the
860   interest rate of one-half of one percent per month prescribed by Section 6 of the Reclamation Project
861   Act of 1939 (Public Law 76-260). The interest charge rate shall be determined as of the due date and
862   remain fixed for the duration of the delinquent period.

863         (c)   When a partial payment on a delinquent account is received, the amount
864   received shall be applied, first to the penalty, second to the administrative charges, third to the
865   accrued interest, and finally to the overdue payment.

866                         EQUAL OPPORTUNITY

867   21.   During the performance of this Contract, the Contractor agrees as follows:

868         (a)   The Contractor will not discriminate against any employee or applicant for
869   employment because of race, color, religion, sex, or national origin. The Contractor will take
870   affirmative action to ensure that applicants are employed, and that employees are treated during
871   employment, without regard to their race, color, religion, sex, or national origin. Such action shall
872   include, but not be limited to, the following: Employment, upgrading, demotion, or transfer;
873   recruitment or recruitment advertising; layoff or termination, rates of payment or other forms of
874   compensation; and selection for training, including apprenticeship. The Contractor agrees to post in
875   conspicuous places, available to employees and applicants for employment, notices to be provided by
876   the Contracting Officer setting forth the provisions of this nondiscrimination clause.

877         (b)   The Contractor will, in all solicitations or advertisements for employees placed
878   by or on behalf of the Contractor, state that all qualified applicants will receive consideration for
879   employment without discrimination because of race, color, religion, sex, or national origin.

880         (c)   The Contractor will send to each labor union or representative of workers with
881   which it has a collective bargaining agreement or other contract or understanding, a notice, to be
882   provided by the Contracting Officer, advising the said labor union or workers' representative of the
883   Contractor's commitments under Section 202 of Executive Order 11246 of September 24, 1965, and
884   shall post copies of the notice in conspicuous places available to employees and applicants for
885   employment.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

886           (d)     The Contractor will comply with all provisions of Executive Order
887    No. 11246 of September 24, 1965, as amended, and of the rules, regulations, and relevant orders of
888    the Secretary of Labor.

889           (e)     The Contractor will furnish all information and reports required by said
890    amended Executive Order and by the rules, regulations, and orders of the Secretary of Labor, or
891    pursuant thereto, and will permit access to its books, records, and accounts by the Contracting Officer
892    and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules,
893    regulations, and orders.

894           (f)     In the event of the Contractor's noncompliance with the nondiscrimination
895    clauses of this Contract or with any of the said rules, regulations, or orders, this Contract may be
896    canceled, terminated, or suspended, in whole or in part, and the Contractor may be declared ineligible
897    for further Government contracts in accordance with procedures authorized in said amended
898    Executive Order, and such other sanctions may be imposed and remedies invoked as provided in said
899    Executive Order, or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided
900    by law.

901           (g)     The Contractor will include the provisions of paragraphs (a) through (g) in
902    every subcontract or purchase order unless exempted by the rules, regulations, or orders of the
903    Secretary of Labor issued pursuant to Section 204 of said amended Executive Order, so that such
904    provisions will be binding upon each subcontractor or vendor. The Contractor will take such action
905    with respect to any subcontract or purchase order as may be directed by the Secretary of Labor as a
906    means of enforcing such provisions, including sanctions for noncompliance: Provided, however,
907    That in the event the Contractor becomes involved in, or is threatened with, litigation with a
908    subcontractor or vendor as a result of such direction, the Contractor may request the United States to
909    enter into such litigation to protect the interests of the United States.

910          GENERAL OBLIGATION--BENEFITS CONDITIONED UPON PAYMENT

911       22.    (a)     The obligation of the Contractor to pay the United States as provided in this
912    Contract is a general obligation of the Contractor notwithstanding the manner in which the obligation
913    may be distributed among the Contractor's water users and notwithstanding the default of individual
914    water users in their obligations to the Contractor.

915           (b)     The payment of charges becoming due hereunder is a condition precedent to
916    receiving benefits under this Contract. The United States shall not make water available to the
917    Contractor through Project facilities during any period in which the Contractor may be in arrears in
918    the advance payment of water rates due the United States. The Contractor shall not furnish water

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

919 made available pursuant to this Contract for lands or parties which are in arrears in the advance
920 payment of water rates levied or established by the Contractor.

921        (c)    With respect to subdivision (b) of this Article, the Contractor shall have no
922 obligation to require advance payment for water rates which it levies.

923 <u>COMPLIANCE WITH CIVIL RIGHTS LAWS AND REGULATIONS</u>

924     23.   (a)    The Contractor shall comply with Title VI of the Civil Rights Act of 1964
925 (42 U.S.C. 2000d), Section 504 of the Rehabilitation Act of 1975 (P.L. 93-112, as amended), the Age
926 Discrimination Act of 1975 (42 U.S.C. 6101, et seq.), and any other applicable civil rights laws, as
927 well as with their respective implementing regulations and guidelines imposed by the United States
928 Department of the Interior and/or Reclamation.

929        (b)    These statutes require that no person in the United States shall, on the grounds
930 of race, color, national origin, handicap, or age, be excluded from participation in, be denied the
931 benefits of, or be otherwise subjected to discrimination under any program or activity receiving
932 financial assistance from Reclamation. By executing this Contract, the Contractor agrees to
933 immediately take any measures necessary to implement this obligation, including permitting officials
934 of the United States to inspect premises, programs, and documents.

935        (c)    The Contractor makes this agreement in consideration of and for the purpose of
936 obtaining any and all Federal grants, loans, contracts, property discounts, or other Federal financial
937 assistance extended after the date hereof to the Contractor by Reclamation, including installment
938 payments after such date on account of arrangements for Federal financial assistance, which were
939 approved before such date. The Contractor recognizes and agrees that such Federal assistance will be
940 extended in reliance on the representations and agreements made in this Article, and that the United
941 States reserves the right to seek judicial enforcement thereof.

942 <u>PRIVACY ACT COMPLIANCE</u>

943     24.   (a)    The Contractor shall comply with the Privacy Act of 1974 (5 U.S.C. 552a) (the
944 Act) and the Interior rules and regulations under the Act (43 CFR 2.45 et seq.) in maintaining
945 Landholder acreage certification and reporting records, required to be submitted to the Contractor for
946 compliance with Sections 206 and 228 of the RRA (96 Stat. 1266), and pursuant to 43 CFR 426.18.

947        (b)    With respect to the application and administration of the criminal penalty
948 provisions of the Act (5 U.S.C. 552a(i)), the Contractor and the Contractor's employees responsible
949 for maintaining the certification and reporting records referenced in (a) above are considered to be
950 employees of the Department of the Interior (See 5 U.S.C. 552a(m)).

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

951         (c)    The Contracting Officer or a designated representative shall provide the
952 Contractor with current copies of the Interior Department Privacy Act regulations and Reclamation
953 Federal Register Privacy Act System of Records Notice (Acreage Limitation--Interior,
954 Reclamation-31) which govern the maintenance, safeguarding, and disclosure of information
955 contained in the Landholder's certification and reporting records.
956         (d)    The Contracting Officer shall designate a full-time employee of Reclamation to
957 be the System Manager who shall be responsible for making decisions on denials pursuant to
958 43 CFR 2.61 and 2.64 amendment requests pursuant to 43 CFR 2.72. The Contractor is authorized to
959 grant requests by individuals for access to their own records.

960         (e)    The Contractor shall forward promptly to the System Manager each proposed
961 denial of access under 43 CFR 2.64; and each request for amendment of records filed under
962 43 CFR 2.71; notify the requester accordingly of such referral; and provide the System Manager with
963 information and records necessary to prepare an appropriate response to the requester. These
964 requirements do not apply to individuals seeking access to their own certification and reporting forms
965 filed with the Contractor pursuant to 43 CFR 426.18, unless the requester elects to cite the Privacy
966 Act as a basis for the request.

967     <u>CONTRACTOR TO PAY CERTAIN MISCELLANEOUS COSTS</u>

968     25.    In addition to all other payments to be made by the Contractor pursuant to this
969 Contract, the Contractor shall pay to the United States, within 60 days after receipt of a bill and
970 detailed statement submitted by the Contracting Officer to the Contractor for such specific items of
971 direct cost incurred by the United States for work requested by the Contractor associated with this
972 Contract plus indirect costs in accordance with applicable Bureau of Reclamation policies and
973 procedures. All such amounts referred to in this Article shall not exceed the amount agreed to in
974 writing in advance by the Contractor. This Article shall not apply to costs for routine contract
975 administration.

47

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

976                           WATER CONSERVATION

977          26.    (a)      Prior to the delivery of water provided from or conveyed through Federally-

978    constructed or Federally-financed facilities pursuant to this Contract, the Contractor shall be

979    implementing an effective water conservation and efficiency program based on the Contractor's water

980    conservation plan that has been determined by the Contracting Officer to meet the conservation and

981    efficiency criteria for evaluating water conservation plans established under Federal law.  The water

982    conservation and efficiency program shall contain definite water conservation objectives, appropriate

983    economically feasible water conservation measures, and time schedules for meeting those objectives.

984    Continued Project Water delivery pursuant to this Contract shall be contingent upon the Contractor's

985    continued implementation of such water conservation program.  In the event the Contractor's water

986    conservation plan or any revised water conservation plan completed pursuant to subdivision (d) of

987    this Article 26 have not yet been determined by the Contracting Officer to meet such criteria, due to

988    circumstances which the Contracting Officer determines are beyond the control of the Contractor,

989    water deliveries shall be made under this Contract so long as the Contractor diligently works with the

990    Contracting Officer to obtain such determination at the earliest practicable date, and thereafter the

991    Contractor immediately begins implementing its water conservation and efficiency program in

992    accordance with the time schedules therein.

993                   (b)      Should the amount of M&I Water delivered pursuant to subdivision (a) of

994    Article 3 of this Contract equal or exceed 2,000 acre-feet per Year, the Contractor shall implement the

995    Best Management Practices identified by the time frames issued by the California Urban Water

48

996   Conservation Council for such M&I Water unless any such practice is determined by the Contracting

997   Officer to be inappropriate for the Contractor.

998          (c)    The Contractor shall submit to the Contracting Officer a report on the status of

999   its implementation of the water conservation plan on the reporting dates specified in the then-existing

1000   conservation and efficiency criteria established under Federal law.

1001          (d)    At five-year intervals, the Contractor shall revise its water conservation plan to

1002   reflect the then-current conservation and efficiency criteria for evaluating water conservation plans

1003   established under Federal law and submit such revised water management plan to the Contracting

1004   Officer for review and evaluation.  The Contracting Officer will then determine if the water

1005   conservation plan meets Reclamation's then-current conservation and efficiency criteria for

1006   evaluating water conservation plans established under Federal law.

1007          (e)    If the Contractor is engaged in direct ground-water recharge, such activity shall

1008   be described in the Contractor's water conservation plan.

1009                    EXISTING OR ACQUIRED WATER OR WATER RIGHTS

1010   27.    Except as specifically provided in Article 17 of this Contract, the provisions of this

1011   Contract shall not be applicable to or affect non-Project water or water rights now owned or hereafter

1012   acquired by the Contractor or any user of such water within the Contractor's Service Area.  Any such

1013   water shall not be considered Project Water under this Contract.  In addition, this Contract shall not

1014   be construed as limiting or curtailing any rights which the Contractor or any water user within the

49

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1015   Contractor's Service Area acquires or has available under any other contract pursuant to Federal

1016   Reclamation law.

1017   <u>O&M BY THE SAN LUIS AND DELTA-MENDOTA WATER AUTHORITY</u>

1018   28.   (a)   The O&M of a portion of the Project facilities which serve the Contractor, and

1019   responsibility for funding a portion of the costs of such O&M, have been transferred to the San Luis

1020   and Delta-Mendota Water Authority, an Operating Non-Federal Entity by separate agreement

1021   (8-07-20-X0354) between the United States and Operating Non-Federal Entity San Luis and Delta-

1022   Mendota Water Authority. That separate agreement shall not interfere with or affect the rights or

1023   obligations of the Contractor or the United States hereunder.

1024   (b)   The Contracting Officer has previously notified the Contractor in writing that

1025   the O&M of a portion of the Project facilities which serve the Contractor has been transferred to

1026   Operating Non-Federal Entity San Luis and Delta-Mendota Water Authority, and therefore, the

1027   Contractor shall pay directly to Operating Non-Federal Entity San Luis and Delta-Mendota Water

1028   Authority, or to any successor approved by the Contracting Officer under the terms and conditions of

1029   the separate agreement between the United States and Operating Non-Federal Entity San Luis and

1030   Delta-Mendota Water Authority, described in subdivision (a) of this Article, all rates, charges, or

1031   assessments of any kind, including any assessment for reserve funds, which Operating Non-Federal

1032   Entity San Luis and Delta-Mendota Water Authority, or such successor determines, sets, or

1033   establishes for the O&M of the portion of the Project facilities operated and maintained by Operating

1034   Non-Federal Entity San Luis and Delta-Mendota Water Authority, or such successor. Such direct

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1035    payments to Operating Non-Federal Entity San Luis and Delta-Mendota Water Authority, or such

1036    successor shall not relieve the Contractor of its obligation to pay directly to the United States the

1037    Contractor's share of the Project Rates and Charges except to the extent the Operating Non-Federal

1038    Entity collects payments on behalf of the United States in accordance with subdivision (a) of this

1039    Article.

1040    (c)    For so long as the O&M of any portion of the Project facilities serving the

1041    Contractor is performed by Operating Non-Federal Entity San Luis and Delta-Mendota Water

1042    Authority, or any successor thereto, the Contracting Officer shall adjust those components of the

1043    Rates for Water Delivered under this Contract representing the cost associated with the activity being

1044    performed by Operating Non-Federal Entity San Luis and Delta-Mendota Water Authority, or its

1045    successor.

1046    (d)    In the event the O&M of the Project facilities operated and maintained by

1047    Operating Non-Federal Entity San Luis and Delta-Mendota Water Authority is re-assumed by the

1048    United States during the term of this Contract, the Contracting Officer shall so notify the Contractor,

1049    in writing, and present to the Contractor a revised Exhibit "B" which shall include the portion of the

1050    Rates to be paid by the Contractor for Project Water under this Contract representing the O&M costs

1051    of the portion of such Project facilities which have been re-assumed.  The Contractor shall, thereafter,

1052    in the absence of written notification from the Contracting Officer to the contrary, pay the Rates and

1053    Charges specified in the revised Exhibit "B" directly to the United States in compliance with Article 7

1054    of this Contract.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1055        O&M BY THE CALIFORNIA DEPARTMENT OF WATER RESOURCES

1056        28.1    (a)      The O&M of a portion of the Project facilities which serve the Contractor, and

1057        responsibility for funding a portion of the costs of such O&M, have been transferred to the California

1058        Department of Water Resources, an Operating Non-Federal Entity by a separate agreement

1059        (14-06-200-9755) between the United States and Operating Non-Federal Entity California

1060        Department of Water Resources. This separate agreement shall not interfere with or affect the rights

1061        or obligations of the Contractor or the United States hereunder.

1062        (b)      The Contracting Officer has previously notified the Contractor in writing that

1063        the O&M of a portion of the Project facilities which serve the Contractor has been transferred to

1064        Operating Non-Federal Entity California Department of Water Resources, and the Contractor shall

1065        pay directly to Operating Non-Federal Entity San Luis and Delta-Mendota Water Authority, or to any

1066        successor approved by the Contracting Officer under the terms and conditions of the separate

1067        agreement between the United States and Operating Non-Federal Entity San Luis and Delta-Mendota

1068        Water Authority, described in subdivision (a) of Article 28 of this Contract, all rates, charges, or

1069        assessments of any kind, including any assessment for reserve funds, which Operating Non-Federal

1070        Entity California Department of Water Resources, or such successor determines, sets, or establishes

1071        for the O&M conveyance and conveyance pumping portion of the Project facilities operated and

1072        maintained by Operating Non-Federal Entity California Department of Water Resources, or such

1073        successor. Such direct payments to Operating Non-Federal Entity San Luis and Delta-Mendota Water

1074        Authority, or such successor shall not relieve the Contractor of its obligation to pay directly to the

52

1075    United States the Contractor's share of the Project Rates and Charges except to the extent the

1076    Operating Non-Federal Entity San Luis and Delta-Mendota Water Authority collects payments on

1077    behalf of the United States in accordance with the separate agreement identified in subdivision (a) of

1078    Article 28 of this Contract.

1079            (c)     For so long as the O&M of any portion of the Project facilities serving the

1080    Contractor is performed by Operating Non-Federal Entity California Department of Water Resources,

1081    or any successor thereto, the Contracting Officer shall adjust those components of the Rates for Water

1082    Delivered under this Contract representing the cost associated with the activity being performed by

1083    Operating Non-Federal Entity California Department of Water Resources, or its successor.

1084            (d)     In the event the O&M of the Project facilities operated and maintained by

1085    Operating Non-Federal Entity California Department of Water Resources is re-assumed by the

1086    United States during the term of this Contract, the Contracting Officer shall so notify the Contractor,

1087    in writing, and present to the Contractor a revised Exhibit "B" which shall include the portion of the

1088    Rates and Charges, to be paid by the Contractor for Project Water under this Contract representing the

1089    O&M costs of the portion of such Project facilities which have been re-assumed.  The Contractor

1090    shall, thereafter, in the absence of written notification from the Contracting Officer to the contrary,

1091    pay the Rates and Charges specified in the revised Exhibit "B" directly to the United States in

1092    compliance with Article 7 of this Contract.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1093                                    O&M BY THE CONTRACTOR

1094          28.2    (a)        During the term of this Contract, the Contractor shall act as the Operating

1095    Non-Federal Entity for a portion of the Project facilities which serves the Department of Fish and

1096    Game, the City of Huron, and the City of Coalinga, including but not limited to the Coalinga Canal

1097    System, which consists in part of the Coalinga Canal and turnouts and Pleasant Valley Pumping

1098    Plant.  The Contractor, without expense to the United States, shall care for, operate, and maintain

1099    such portion of the Project facilities for the furnishing of water to the Department of Fish and Game,

1100    the City of Huron, and the City of Coalinga in full compliance with Federal Reclamation law and in

1101    such manner that they will remain in good and efficient condition; Provided, That the United States

1102    shall finance the costs of all major replacements of such facilities that the Contracting Officer

1103    determines are needed; Provided further, That if the Department of Fish and Game, the City of Huron,

1104    or the City of Coalinga fails to pay to the Contractor in advance such entity's share of the O&M costs,

1105    consistent with any agreements between the Contractor and the Department of Fish and Game, the

1106    City of Huron, or the City of Coalinga, respectively, the Contractor shall be relieved of its obligation

1107    to the O&M of such facilities for the benefit of the non-paying entity.

1108                  (b)        The Contracting Officer previously notified the Department of Fish and Game,

1109    the City of Huron, and the City of Coalinga in writing that the O&M of a portion of the Project

1110    facilities which serves the Department of Fish and Game, the City of Huron, and the City of Coalinga

1111    has been transferred to the Contractor.  Therefore, the Department of Fish and Game and the City of

1112    Huron have entered, and the City of Coalinga is expected to enter, separate agreements with the

54

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1113   Contractor providing the terms and conditions pursuant to which the Contractor will operate and

1114   maintain a portion of the Project facilities which serves the Department of Fish and Game, the City of

1115   Huron, and the City of Coalinga, including the amount(s) the Department of Fish and Game, the City

1116   of Huron, and the City of Coalinga are to pay the Contractor for that service.  Consistent with any

1117   such agreements, the Department of Fish and Game, the City of Huron, and the City of Coalinga shall

1118   pay directly to the Contractor all rates, charges, or assessments of any kind, including any assessment

1119   for reserve funds, which the Contractor sets, or establishes for a portion of the Project facilities which

1120   serves the Department of Fish and Game, the City of Huron, and the City of Coalinga and is operated

1121   and maintained by the Contractor.  Such direct payments to the Contractor shall not relieve the

1122   Contractor of its obligation to pay directly to the United States the Department of Fish and Game, the

1123   City of Huron, and the City of Coalinga its share of the Project Rates and Charges referred to in this

1124   Contract.

1125                    (c)        For so long as the O&M for a portion of the Project facilities which serves the

1126   Department of Fish and Game, the City of Huron, and the City of Coalinga is performed by the

1127   Contractor, the Contracting Officer shall adjust those components of the Rates for Water Delivered

1128   under the Contracts representing the cost associated with the activity being performed by the

1129   Contractor.

1130                    (d)        The United States may re-assume O&M for a portion of the Project facilities

1131   which serves the Department of Fish and Game, the City of Huron, and the City of Coalinga.  In that

1132   event, the Contracting Officer shall so notify the Department of Fish and Game. the City of Huron,

55

Irrigation and M&I
Contract No. 14-06-200-495A-IRI

1133    and the City of Coalinga, in writing, and present to the Contractor a revised Exhibit "B" which shall

1134    include the portion of the Rates and Charges to be paid by the Department of Fish and Game, the City

1135    of Huron, and the City of Coalinga for Project Water under this Contract representing the O&M costs

1136    for a portion of the Project facilities which serves the Department of Fish and Game, the City of

1137    Huron, and the City of Coalinga. The Department of Fish and Game, the City of Huron, and the City

1138    of Coalinga shall, thereafter, in the absence of written notification from the Contracting Officer to the

1139    contrary, pay the Rates and Charges specified in the revised Exhibit "B" directly to the United States

1140    in compliance with Article 7 of their contracts. The Contractor shall, thereafter, be relieved of all of

1141    its obligations under this Article 28.2.

1142                      PUMPING PLANTS, POWER FOR PUMPING PLANTS, AND TRANSFER
1143                                      OF O&M TO THE CONTRACTOR

1144        28.3.    (a)      The United States shall furnish and install pumping plants and furnish the

1145    amount of Project power the Contracting Officer determines is necessary to deliver Project Water to

1146    the Contractor from the Delta-Mendota, San Luis, and Coalinga Canals, including the Pleasant Valley

1147    Pumping Plant, at the point(s) of delivery identified pursuant to subdivision (a) of Article 5 of this

1148    Contract at heads and elevations sufficient to irrigate by gravity the areas within the Contractor's

1149    Service Area below 700 feet mean sea level elevation.

1150                      (b)      With advance approval of the Contracting Officer, the Contractor may, at its

1151    own expense, furnish and install pumping facilities, and related electrical equipment, to enable it to

1152    divert and deliver Project Water from the Delta-Mendota, San Luis, and Coalinga Canals and the

1153    Pleasant Valley Pumping Plant before the United States furnishes and installs all the pumping plants

56

1154    referred to in subdivision (a) of this Article.  The United States shall furnish the amount of Project

1155    power needed to operate such pumping facilities; Provided, That the Contractor maintains an

1156    agreement with an entity to convey such power to such facilities, and the Contractor agrees to pay any

1157    and all charges assessed by that entity for such service.

1158                    (c)        The furnishing of power by the United States shall be in conformance with

1159    operating criteria, rules, and regulations, including the project use power policy, established by the

1160    Contracting Officer; Provided, That any such operating criteria, rules, and regulations, including the

1161    project use power policy, established by the Contracting Officer shall not excuse the United States

1162    from its obligation under subdivision (a) of this Article.  Such operating criteria, rules, and

1163    regulations shall be developed in cooperation with the Contractor and shall be based on acceptable

1164    irrigation management practices and the power generation capacity available to the United States for

1165    the furnishing of Project Water to the Contractor.

1166                    (d)        The Contractor hereby agrees to operate and maintain, at its own expense, all

1167    of the pumping facilities described in subdivisions (a) and (b) of this Article in such a manner that

1168    remain in good and efficient condition; Provided, That the United States shall finance the costs of all

1169    major replacements that the Contracting Officer determines are needed.

1170                    (e)        The Contracting Officer or his representative shall at all times have access to

1171    and may inspect and investigate the pumping facilities for the purpose of ascertaining if they are

1172    being kept in safe and proper operating condition.

1173           (f)      No change in any of the pumping facilities, which in the opinion of the

1174     Contracting Officer is substantial, shall be made by the Contractor without first obtaining the written

1175     consent of the Contracting Officer.  The Contractor shall promptly make any and all repairs and

1176     replacements to the pumping facilities which in the opinion of the Contracting Officer are necessary.

1177     In the event the Contractor neglects or fails to make such repairs and replacements or in the event of

1178     operation by the United States of the pumping facilities pursuant to subdivision (g) of this Article, the

1179     United States may cause the repairs and replacements to be made and the cost thereof, as determined

1180     by the Contracting Officer, shall be paid by the Contractor to the United States upon notice of the

1181     payment due but not later than April 1 of the year following that during which such work was

1182     completed.

1183           (g)      In the event the Contracting Officer determines that the Contractor has not

1184     properly cared for, operated, and maintained said pumping facilities or has failed to comply with any

1185     of the provisions of this Article, then at the election of the Contracting Officer the United States may

1186     take over from the Contractor the care and O&M of the pumping facilities by giving written notice to

1187     the Contractor of such election and the effective date thereof.  Thereafter, during the period of

1188     operation by the United States, the Contractor shall pay to the United States in advance of the use of

1189     such pumping facilities the Contractor's share of the cost of O&M thereof and replacements

1190     therefore, as fixed in notices from the Contracting Officer.  In the event such advances are inadequate

1191     to properly care for, operate, and maintain the pumping facilities to the end of any year, the

1192     Contracting Officer may give written notice of a supplemental O&M charge and the Contractor shall

1193   pay such amount on or before the date specified in said notice.  Any amount of such advances

1194   remaining unexpended or unobligated, at the option of the Contractor, either shall be refunded or

1195   credited upon amounts to become due to the United States from the Contractor under the provisions

1196   of this Contract in subsequent years.  The pumping facilities so taken back by the United States may

1197   be returned to the Contractor upon the furnishing to the Contractor of a written 90-day notice of

1198   intention to retransfer.

1199            (h)      The Contractor shall hold the United States, its officers, and employees

1200   harmless from every and all claim for damages to persons or property arising out of or connected with

1201   the Contractor's O&M of the pumping facilities referred to in this Article; Provided, That nothing

1202   contained herein shall be construed as an assumption of liability by the Contractor to parties other

1203   than the United States with respect to such matters.

1204            (i)      During the time the pumping facilities are operated and maintained by the

1205   Contractor, in addition to all other payments to be made by the Contractor under this Contract, the

1206   Contractor shall pay to the United States pursuant to Article 25 hereof, costs incurred by the

1207   United States for work associated with the pumping facilities under this Contract normally charged by

1208   the United States to water users and properly and equitably chargeable to the Contractor.

1209            (j)      The Contracting Officer may make review of any part or all of the pumping

1210   facilities being operated by the Contractor pursuant to this Article to assist the Contractor in assessing

1211   the condition of facilities and the adequacy of the maintenance program(s).  The Contracting Officer

1212   shall prepare reports based on the examinations, inspections or audits, and furnish copies of such

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1213    reports and any recommendations to the Contractor.  The Contractor shall reimburse the actual cost

1214    incurred by the United States in making O&M examinations, inspections, and audits, and preparing

1215    associated reports and recommendations.

1216                    (k)     If deemed necessary by the Contracting Officer or requested by the Contractor,

1217    special inspections of the pumping facilities being operated by the Contractor and of the Contractor's

1218    books and records may be made to ascertain the extent of any O&M deficiencies, to determine the

1219    remedial measures required for their correction, and to assist the Contractor in solving specific

1220    problems.  Any special inspection or audit shall, except in a case of emergency, be made after written

1221    notice to the Contractor and the actual cost thereof shall be paid by the Contractor to the United

1222    States.

1223            <u>CONTINGENT ON APPROPRIATION OR ALLOTMENT OF FUNDS</u>

1224            29.     The expenditure or advance of any money or the performance of any obligation of the
1225    United States under this Contract shall be contingent upon appropriation or allotment of funds.
1226    Absence of appropriation or allotment of funds shall not relieve the Contractor from any obligations
1227    under this Contract.  No liability shall accrue to the United States in case funds are not appropriated
1228    or allotted.

1229                    <u>BOOKS, RECORDS, AND REPORTS</u>

1230            30.     (a)     The Contractor shall establish and maintain accounts and other books and
1231    records pertaining to administration of the terms and conditions of this Contract including: the
1232    Contractor's financial transactions, water supply data, and Project land and right-of-way agreements;
1233    the water users' land-use (crop census), land ownership, land-leasing and water use data; and other
1234    matters that the Contracting Officer may require.  Reports thereon shall be furnished to the
1235    Contracting Officer in such form and on such date or dates as the Contracting Officer may require.
1236    Subject to applicable Federal laws and regulations, each party to this Contract shall have the right
1237    during office hours to examine and make copies of the other party's books and records relating to
1238    matters covered by this Contract.

1239     (b)  Notwithstanding the provisions of subdivision (a) of this Article, no books,

1240 records, or other information shall be requested from the Contractor by the Contracting Officer unless

1241 such books, records, or information are reasonably related to the administration or performance of

1242 this Contract. Any such request shall allow the Contractor a reasonable period of time within which

1243 to provide the requested books, records, or information.

1244     (c)  At such time as the Contractor provides information to the Contracting Officer

1245 pursuant to subdivision (a) of this Article, a copy of such information shall be provided to the

1246 Operating Non-Federal Entity (ies).

1247    ASSIGNMENT LIMITED--SUCCESSORS AND ASSIGNS OBLIGATED

1248   31. (a)  The provisions of this Contract shall apply to and bind the successors and
1249 assigns of the parties hereto, but no assignment or transfer of this Contract or any right or interest
1250 therein shall be valid until approved in writing by the Contracting Officer.

1251     (b)  The assignment of any right or interest in this Contract by either party shall not
1252 interfere with the rights or obligations of the other party to this Contract absent the written
1253 concurrence of said other party.

1254     (c)  The Contracting Officer shall not unreasonably condition or withhold approval

1255 of any proposed assignment.

1256        SEVERABILITY

1257   32. In the event that a person or entity who is neither (i) a party to a Project contract, nor

1258 (ii) a person or entity that receives Project Water from a party to a Project contract, nor (iii) an

1259 association or other form of organization whose primary function is to represent parties to Project

1260 contracts, brings an action in a court of competent jurisdiction challenging the legality or

1261   enforceability of a provision included in this Contract and said person, entity, association, or

1262   organization obtains a final court decision holding that such provision is legally invalid or

1263   unenforceable and the Contractor has not intervened in that lawsuit in support of the plaintiff(s), the

1264   parties to this Contract shall use their best efforts to (i) within 30 days of the date of such final court

1265   decision identify by mutual agreement the provisions in this Contract which must be revised and

1266   (ii) within three months thereafter promptly agree on the appropriate revision(s).  The time periods

1267   specified above may be extended by mutual agreement of the parties.  Pending the completion of the

1268   actions designated above, to the extent it can do so without violating any applicable provisions of

1269   law, the United States shall continue to make the quantities of Project Water specified in this Contract

1270   available to the Contractor pursuant to the provisions of this Contract which were not found to be

1271   legally invalid or unenforceable in the final court decision.

1272                                          RESOLUTION OF DISPUTES

1273          33.     Should any dispute arise concerning any provisions of this Contract, or the parties'

1274   rights and obligations thereunder, the parties shall meet and confer in an attempt to resolve the

1275   dispute.  Prior to the Contractor commencing any legal action, or the Contracting Officer referring

1276   any matter to the Department of Justice, the party shall provide to the other party 30 days' written

1277   notice of the intent to take such action; Provided, That such notice shall not be required where a delay

1278   in commencing an action would prejudice the interests of the party that intends to file suit.  During

1279   the 30-day notice period, the Contractor and the Contracting Officer shall meet and confer in an

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1280     attempt to resolve the dispute. Except as specifically provided, nothing herein is intended to waive or

1281     abridge any right or remedy that the Contractor or the United States may have.

1282     <u>OFFICIALS NOT TO BENEFIT</u>

1283         34.     No Member of or Delegate to Congress, Resident Commissioner, or official of the
1284     Contractor shall benefit from this Contract other than as a water user or landowner in the same
1285     manner as other water users or landowners.

1286     <u>CHANGES IN CONTRACTOR'S SERVICE AREA</u>

1287         35.     (a)     While this Contract is in effect, no change may be made in the Contractor's
1288     Service Area, by inclusion or exclusion of lands, dissolution, consolidation, merger, or otherwise,
1289     except upon the Contracting Officer's written consent.

1290             (b)     Within 30 days of receipt of a request for such a change, the Contracting

1291     Officer will notify the Contractor of any additional information required by the Contracting Officer

1292     for processing said request, and both parties will meet to establish a mutually agreeable schedule for

1293     timely completion of the process. Such process will analyze whether the proposed change is likely to:

1294     (i) result in the use of Project Water contrary to the terms of this Contract; (ii) impair the ability of the

1295     Contractor to pay for Project Water furnished under this Contract or to pay for any Federally-

1296     constructed facilities for which the Contractor is responsible; and (iii) have an impact on any Project

1297     Water rights applications, permits, or licenses. In addition, the Contracting Officer shall comply with

1298     the NEPA and the ESA. The Contractor will be responsible for all costs incurred by the Contracting

1299     Officer in this process, and such costs will be paid in accordance with Article 25 of this Contract.

1300     <u>FEDERAL LAWS</u>

1301         36.     By entering into this Contract, the Contractor does not waive its rights to contest the
1302     validity or application in connection with the performance of the terms and conditions of this

63

1303  Contract of any Federal law or regulation; <u>Provided, That</u> the Contractor agrees to comply with the
1304  terms and conditions of this Contract unless and until relief from application of such Federal law or
1305  regulation to the implementing provision of the Contract is granted by a court of competent
1306  jurisdiction.

1307                                              <u>NOTICES</u>

1308        37.      Any notice, demand, or request authorized or required by this Contract shall be
1309  deemed to have been given, on behalf of the Contractor, when mailed, postage prepaid, or delivered
1310  to the Area Manager, South-Central California Area Office, 1243 N Street, Fresno, California 93721,
1311  and on behalf of the United States, when mailed, postage prepaid, or delivered to the Board of
1312  Directors of the Westlands Water District, P.O. Box 6056, Fresno, California 93703-6056.  The
1313  designation of the addressee or the address may be changed by notice given in the same manner as
1314  provided in this Article for other notices.

Irrigation and M&I
Contract No. 14-06-200-495A-IR1

1315       IN WITNESS WHEREOF, the parties hereto have executed this Interim Renewal Contract as
1316  of the day and year first above written.

1317

1318  APPROVED AS TO LEGAL
      FORM AND SUFFICIENCY            THE UNITED STATES OF AMERICA

      OFFICE OF REGIONAL SOLICITOR
      DEPARTMENT OF THE INTERIOR
1319                      By:
1320                            Regional Director, Mid-Pacific Region
1321                            Bureau of Reclamation

1322

1323                      WESTLANDS WATER DISTRICT _____

1324                      By:
1325                          President of the Board of Directors

1326  Attest:

1327  By: _____
1328          Secretary of the Board of Directors