JEAN E. WILLIAMS, Acting Assistant Attorney General
Environment & Natural Resources Division
JEFFREY S. THOMAS, Trial Attorney (VA Bar No. 86439)
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile: (202) 305-0506
 jeffrey.thomas2 @usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; BRENDA BURMAN, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST CONANT, in his official capacity as U.S. Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>    Defendants. | Case No. 1:20−cv−01814−DAD-EPG |

## FEDERAL DEFENDANTS' STATUS REPORT

On March 4, 2021, the Court entered a Minute Order requiring the Federal Defendants to notify the Court whether or not they wished to continue to pursue their motion to dismiss in light of the recent change of administration. In response to the Court's Order, the Federal Defendants moved for a 60-day stay. The Court granted the motion to stay, and gave the Federal Defendants

until May 12, 2021 to file a status report detailing whether they wish to continue pursuing their motion to dismiss.

The Federal Defendants intend to defend this case and two other closely related cases: *North Coast Rivers Alliance v. United States Department of the Interior*, No. 1:16-cv-00307-DAD-SKO (hereinafter, "North Coast") and *Center for Biological Diversity v. United States Bureau of Reclamation*, No. 1:20-cv-00706-DAD-EPG (hereinafter, "CBD"). Therefore, the Federal Defendants are not withdrawing their pending motion to dismiss and will be filing a motion to consolidate this case with the *North Coast* and *CBD* cases in the near future.

Dated: May 12, 2021

                                                  Respectfully submitted,

                                                  JEAN E. WILLIAMS
                                                  Acting Assistant Attorney General
                                                  United States Department of Justice
                                                  Environment & Natural Resources Division

                                                  */s/ J. Scott Thomas*
                                                  JEFFREY SCOTT THOMAS
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  *Counsel of Record for the Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all parties.

                                                  */s/ J. Scott Thomas*
                                                  JEFFREY SCOTT THOMAS