UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>                Defendants, | CASE NO.  1:20−cv−01814−DAD-EPG<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO CONSOLIDATE**<br><br>DISTRICT JUDGE DALE A. DROZD<br><br>MAGISTRATE JUDGE S. OBERTO |

      The matter is before the court on Federal Defendants' Motion to Consolidate this case with two other closely-related cases: *North Coast Rivers Alliance v. United States Department of the Interior*, No. 1:16-cv-00307-DAD-SKO (hereinafter, "N. Coast") and *Center for Biological Diversity et al. v. United States Dept. of the Interior et. al.*, 1:20-cv-706-DAD-EPG ("CBD"). This Court possesses broad discretion under Federal Rule of Civil Procedure 42(a) to consolidate cases. *See Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008).  Here, the three cases involve common parties and common issues of fact and law.  Further, the benefits of consolidation outweigh any concerns of "inconvenience, delay, confusion, or prejudice that may result."  *See Hanks v. Briad Rest. Grp.*, LLC, No. 214CV00786GMNPAL, 2017 WL 1650024, at *1 (D. Nev. May 1, 2017).  The three cases are essentially at the same stage of litigation and

consolidation will help avoid duplicative efforts by the Court and the attorneys. *See Turney v. Atencio*, No. 1:18-CV-00001-BLW, 2019 WL 254238, at *1 (D. Idaho Jan. 17, 2019) (citing 9 Wright & Miller, Federal Practice and Procedure § 2383 (2006)); *Rollolazo v. BMW of N. Am., LLC*, No. CV1600966BROSSX, 2016 WL 9173465, at *3 (C.D. Cal. Sept. 15, 2016).

Accordingly, it is hereby ORDERED that Federal Defendants' motion to consolidate is GRANTED.

Dated:_____      _____
                             DALE A. DROZD
                             UNITED STATES DISTRICT JUDGE