| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-01814-DAD-EPG<br><br>ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THE MOTION TO CONSOLIDATE<br><br>(ECF No. 59) |

Before the Court is the Federal Defendants' motion to extend the deadline to file a reply in support of their motion to consolidate. (ECF No. 59.) According to the motion, Plaintiff's opposition raises complex substantive and procedural issues and the Federal Defendants' counsel is currently on vacation with limited internet access until the day before the reply is due. (*Id.*) The Federal Defendants accordingly request an additional seven days to file their reply. (*Id.*) The motion states that Plaintiff does not oppose this request. (*Id.*)

Having considered the motion, the Court will grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defendants' motion for an extension of time (ECF No. 59) is GRANTED; and

///

1

2. The Federal Defendants shall file a reply in support of their motion to consolidate on or before July 6, 2021.

IT IS SO ORDERED.

Dated: **June 24, 2021**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE

2