UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No.  1:20-cv-01814-DAD-EPG<br><br>ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO CONTINUE THE SETTLEMENT CONFERENCE<br><br>(ECF No. 65) |

Before the Court is the Federal Defendants' motion to continue the settlement conference currently set for August 4, 2021. (ECF No. 65.) According to the motion, the Federal Defendants are still engaged in internal deliberations about several issues that could affect the outcome of the parties' settlement negotiations. (*Id.*) The Federal Defendants request that the Court delay the settlement conference until August 11, 2021, which the Court had previously set aside for a follow-up settlement conference. (*Id.*) The motion states that Plaintiff does not oppose the continuance. (*Id.*)

Having considered the motion, the Court will grant the requested continuance.

\\\
\\\
\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defendants' motion to continue the settlement conference (ECF No. 65) is GRANTED; and

2. The settlement conference currently set for August 4, 2021, is continued to August 11, 2021, at 1:00 PM before Magistrate Judge Erica P. Grosjean.[1] All other terms of the Court's orders regarding the settlement conference (ECF Nos. 62, 63) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **July 28, 2021**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for Proposed Intervenor Westlands Water District should be on stand-by and available should the conference require their participation.