UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-01814-DAD-EPG<br><br>ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO EXTEND STAY<br><br>(ECF No. 77) |

On August 31, 2021, the Court entered an order staying this case until January 3, 2022. (ECF No. 73.) Before the Court is the Federal Defendants' motion to extend the stay for an additional three months in order to continue settlement negotiations. (ECF No. 77 at 1-2.) According to the motion, Plaintiff does not oppose extending the stay. (*Id.* at 1.)

Having considered the motion, and for the same reasons explained in the Court's August 31, 2021 order granting the stay, the Court finds that extending the stay of this case is appropriate. (*See* ECF No. 73.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defendants' motion to extend stay (ECF No. 77) is granted;
2. This case is stayed through April 4, 2022; and

///

3. On or before April 4, 2022, the parties shall file a joint status report regarding the status of the case.

IT IS SO ORDERED.

Dated: **January 3, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE