UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, | Case No. 1:20-cv-01814-DAD-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING FEDERAL DEFENDANTS' SECOND MOTION TO EXTEND STAY |
| UNITED STATES BUREAU OF RECLAMATION, et al., | |
| | (ECF No. 80) |
| Defendants. | |

On August 31, 2021, the Court entered an order staying this case until January 3, 2022. (ECF No. 73.) On January 3, 2022, the Court granted the Federal Defendants' motion to extend the stay through April 4, 2022. (ECF Nos, 77, 78.) Before the Court is the Federal Defendants' second motion to extend the stay until June 4, 2022 in order to continue settlement negotiations. (ECF No. 80.) According to the motion, Plaintiff does not oppose extending the stay. (*Id.* at 2.)

Having considered the motion, and for the same reasons explained in the Court's August 31, 2021 order granting the stay, the Court finds that further extending the stay of this case is appropriate. (*See* ECF No. 73.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defendants' motion to extend stay (ECF No. 80) is granted;
2. This case is stayed through June 4, 2022; and

1

3. On or before June 4, 2022, the parties shall file a joint status report regarding the status of the case.

IT IS SO ORDERED.

Dated: **April 4, 2022**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE