# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, | Case No. 1:20-cv-01814-DAD-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING FEDERAL DEFENDANTS' THIRD MOTION TO EXTEND STAY |
| UNITED STATES BUREAU OF RECLAMATION, et al., | |
| | (ECF No. 83) |
| Defendants. | |

On August 31, 2021, the Court entered an order staying this case to allow the parties to engage in settlement discussions. (ECF No. 73.) The Court previously granted two requests by the Federal Defendants to extend the stay, which currently expires on June 4, 2022. (ECF Nos. 77-78, 80-81.) Before the Court is the Federal Defendants' third motion to extend the stay until July 18, 2022 in order to continue settlement negotiations. (ECF No. 83.) According to the motion, Plaintiff does not oppose extending the stay. (*Id.*)

Having considered the motion, and for the same reasons explained in the Court's August 31, 2021 order granting the stay, the Court finds that further extending the stay of this case is appropriate. (*See* ECF No. 73.)

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defendants' motion to extend stay (ECF No. 83) is granted;
2. This case is stayed through July 18, 2022; and
3. On or before July 18, 2022, the parties shall file a joint status report regarding the status of the case.

IT IS SO ORDERED.

Dated:  **June 6, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE