UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>            Defendants. | Case No.  1:20-cv-01814-DAD-EPG<br><br>ORDER GRANTING THIRD MOTION TO EXTEND STAY<br><br>(ECF No. 85) |

      On August 31, 2021, the Court entered an order staying this case to allow the parties to engage in settlement discussions. (ECF No. 73.) The Court previously granted three requests by the Federal Defendants to extend the stay, which expired on July 18, 2022. (ECF Nos. 77-78, 80-84.) Before the Court is a fourth motion to extend the stay for one additional week "because the Tribe believes an extension may conserve the resources of the Court and the parties." (ECF No. 85.) The Federal Defendants do not oppose extending the stay for one week. (*Id.*)

      In light of the limited extension requested and the parties' agreement, the Court will grant the motion. However, any future requests to continue the stay must be supported by additional explanation as to why a party contends extension of the stay is warranted under the relevant factors. (*See* ECF No. 73.)

///

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to extend stay (ECF No. 85) is granted;
2. This case is stayed through July 25, 2022; and
3. On or before July 25, 2022, the parties shall file a joint status report regarding the status of the case.

IT IS SO ORDERED.

Dated:   **July 19, 2022**                         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE