EXHIBIT 3

Pacific Ocean
OR
CA
Klamath Reservation (1954)
Mazama Tree Forest
Chiloquin
Upper Klamath Lake
Klamath Irrigation Project
Lower Klamath Lake
Tule Lake
Klamath River Basin
Iron Gate Fish Hatchery
Karuk Reservation
USGS KNK Gage - RM7.5
2002 Chinook Salmon Die Off - RM16.4
Yurok Reservation
Hoopa Reservation
Del Norte County
Humboldt County
Trinity County
Klamath River
Scott
Shasta
Salmon
Trinity
N.Fork Trinity
S.Fork Trinity
Mad River
Arcata
Eureka
Redding
Trinity River Restoration Program
Trinity Lake
Trinity Dam
Lewiston Dam
Clear Creek Tunnel
Trinity Fish Hatchery
Whiskeytown Lake
Spring Creek Tunnel
Shasta Lake
0 20 Miles
Sacramento River
Sacramento
Twin Tunnels Project
San Joaquin River
Delta Mendota Canal
San Luis Reservoir
Los Banos
Mammoth Pool Reservoir
Millerton Lake
Fresno
Westlands Water District
Klamath River Dams
1 Link River Dam
2 Keno Dam
3 John Boyle Dam
4 Copco Lake Dam
5 Iron Gate Dam
SWP & CVP Pumping Plants 6
Congressional Districts (113th)
MAP
Klamath Basin & Central Valley water supplies and facilities
0 25 100 200
Miles
N
HOOPA VALLEY TRIBE – Department of Natural Resources – Forestry Division - 2014 JEC - 2nd ed.

