EXHIBIT 6



ADDRESS ONLY THE DIRECTOR,
FISH AND WILDLIFE SERVICE

UNITED STATES
DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE
WASHINGTON 25, D. C.

FILE COPY
Surname:

Johnson 9/7
McBroom 9/10
_____ 9/11
_____ 9/11
_____ OCT 10 1956
Wells
Bagley 9/11
Larson 12/19
Rolman
Beasley
Aandahl
_____
Fritz
_____

to Secretary
OCT 10 1956
for signature

Memorandum

4-REC-
Trinity
River

SECRETARY'S MAIL CENTER
OCT 11 1956
INTERIOR DEPT.
Reclamation
SECRETARY'S MAIL CENTER
OCT 12 1956
INTERIOR DEPT.
BF

To: Secretary of the Interior

From: Director, Fish and Wildlife Service

Subject: Fish Protective Facilities, Trinity River Division, Central Valley Project

This supplements our memorandum of September 12 on the above subject.

The Trinity River, in Northern California, supports a substantial run of anadromous fish. These fish are important in both the sport and commercial fisheries of the region.

SECRETARY'S MAIL CENTER
DEC 11 1956
INTERIOR DEPT.

Public Law 386, 84th Congress, authorized construction of the Trinity River Division, Central Valley Project. One of the authorized features of the Trinity River Division is the Lewiston Dam on the main stem of the Trinity River. It will be a high structure which will effectively block migration of fish at the dam site.

to Secretary
DEC 18 1956
for signature

SECRETARY'S MAIL CENTER
DEC 18 1956
INTERIOR DEPT.

During the investigation of the Trinity River Division by the Fish and Wildlife Service, prior to its authorization, there were developed a number of proposed means and measures for the conservation of this fishery resource. These proposed conservation measures were set forth in a report issued by the Service in November 1951. This report was incorporated, along with the report of the Bureau of Reclamation and other agencies, in House Document 53, 83d Congress, which comprises the feasibility report on the project. It was on the basis of this document that the Trinity River Division was authorized.

SECRETARY'S MAIL CENTER
DEC 26 1956
INTERIOR DEPT.

The Service's key recommendation, as contained in House Document No. 53, was that barriers and/or special stilling facilities be constructed in the Trinity River downstream from Lewiston Dam to prevent injury to fish and to insure suitable distribution of spawning fish in the available spawning area, if subsequent investigations and studies confirmed the necessity of such measures.

SECRETARY'S MAIL CENTER
DEC 27 1956
INTERIOR DEPT.

SECRETARY'S MAIL CENTER
JAN 22 1957
INTERIOR DEPT.

Subsequent to the completion of the Service's report, additional surveys, conducted by the California Department of Fish and Game with improved technique, showed that runs of about 40,000 king salmon now pass the site of Lewiston Dam annually. In addition, runs of silver salmon and fairly large runs of steelhead trout pass upstream beyond Lewiston. As indicated earlier, this constitutes a substantial fishery resource.

Past estimates of the Department on the construction costs of the Trinity River Division have included an item of $47,000 for fishery conservation facilities. To conserve the fishery run of the Trinity River, it has been recommended by the Fish and Wildlife Service and the California Department of Fish and Game, since those estimates were made, that a hatchery be constructed, as a facility of the Central Valley Project, to assure conservation of the fish runs. The construction cost of the hatchery, now recommended in lieu of the fish barriers as a more efficient measure for the conservation of the fish, is estimated at $1,200,000.

This is obviously a great deal more than the $47,000 included in previous Department estimates. It is, however, substantially less that the probable cost of the four or five barriers mentioned in the Service's 1951 report. The cost of such barriers would range as high as $7,000,000. The additional studies contemplated in that report, have shown the need and justification for the expenditure of funds of this magnitude properly to conserve the fishery resources; that is to say, the best available data now on hand demonstrates the need for hatchery construction.

General agreement on the present desirability of constructing this hatchery has been reached at field level between the Fish and Wildlife Service and the Bureau of Reclamation, as well as the California Department of Fish and Game.

The Commissioner of Reclamation, in his memorandum to you of August 24, has requested your approval of the construction of the hatchery at an estimated construction cost of $1,200,000 as a prerequisite to scheduling it for construction. He notes, too, that the legislation authorizing the construction of the Trinity River Division authorizes and directs the Secretary of the Interior to adopt appropriate measures to insure the preservation and propagation of fish and wildlife resources. Costs of such measures are non-reimbursable.

It is appropriate, we think, that the proposed hatchery be constructed as a part of the Trinity River Division and that the cost of its construction and its operation and maintenance be treated as a non-reimbursable project cost. The sole reason for constructing the hatchery is to compensate for the interference with the fish run in prospect as a result of the construction of the Lewiston Dam.

The hatchery and its appurtenances would consist of the following:

> (1) Facilities capable of attracting and trapping all fish ascending the Trinity River to the vicinity of Lewiston Dam.

2

    (2) Holding ponds with an approximate capacity of 6,000 adult salmon to accommodate the trapped fish.

    (3) A hatchery and rearing establishment adequate for the offspring of the trapped fish. The estimated required capacity of the hatchery is 41,000,000 eggs.

    (4) Housing for personnel attached to the hatchery; ten houses, plus possibly a bunk house, will be required.

    (5) Other necessary appurtenant facilities, including rearing tanks, raceways, and utility buildings such as shop, warehouse, food storage and preparation building, etc.

A word of justification for the housing facilities noted above in item (4) is appropriate. The probable site for the hatchery is remote from areas where housing for personnel will be available. Moreover, it is essential that some of the personnel employed at the hatchery be on call 24 hours a day, 7 days a week. In case of fire or failure of water supply, immediate action is necessary. Without this immediate action in case of a water supply failure all of the eggs in the hatchery might be lost. Construction of the housing at the hatchery site would be a more satisfactory solution to the problem than hiring of hatchery personnel on a 24-hour, 7 day week basis. Hatchery personnel, when quartered on the grounds of a hatchery, arrange among themselves to have someone on hand to deal with emergencies at all times, without any extra cost to the Government. Furthermore, these personnel do not wait for emergencies, but normally conduct inspection tours of the hatchery facilities on off-duty hours as a reflection of their interest in their jobs. There would, of course, be rentals collected from the hatchery personnel which would more than offset the housing maintenance cost.

    It is planned that the hatchery will be operated by the California Department of Fish and Game, in accordance with a contract similar to that which was executed between that Department and the Bureau of Reclamation, in behalf of the United States, for operation of the hatchery at Nimbus Dam on the American River, California.

    It is, therefore, recommended that, by your signature in the space provided below, you approve the construction of a hatchery to conserve the fishery resources of the Trinity River as a part of the project costs of the Trinity River Division, Central Valley Project, and that you direct that continuing operation and maintenance costs

of this hatchery also be project costs, with both construction and operation and maintenance costs to be on a non-reimbursable basis.

Approved:  JAN 22 1957

(sgd) Fred A. Seaton

Secretary of the Interior

Copy to: Commissioner, Bureau of Reclamation
         Director, Division of Budget and Finance

JTMcBroom:dvw:ml
10/8/56

Mailed
Mail