EXHIBIT 10

Case 1:20-cv-01814-JLT-EPG   Document 97-10   Filed 10/31/22   Page 2 of 7



MENU

# Reclamation Manual

*Reclamation / Reclamation Manual*

RECLAMATION MANUAL

# Reclamation Manual

What is the Reclamation Manual?

The Reclamation Manual consists of a series of Policy and Directives and Standards. Collectively, these releases assign program responsibility and establish and document Bureau of Reclamation-wide methods of doing business. All requirements in the Reclamation Manual are mandatory.  For more information on the Reclamation Manual, see **RCD P03** and **RCD 03-01**.

## Search Reclamation Manual:

Enter Search Term(s): [          ]  Search

# Draft Delegations, Policy, and Directives and Standards for External Review

To access a specific *DRAFT* Reclamation Manual release, use the links below.  Each *DRAFT* release will provide an e-mail address for stakeholders to submit comments.  Reclamation will review and consider the comments received during the revision process of each Policy and Directive and Standard; however, Reclamation will not provide responses to submitted comments.  All Reclamation employees will continue to submit consolidated comments through their organizational directorate.

**To receive notifications when external reviews are available for review, please complete this form.**

**Draft Delegations**

- There are currently no Draft Delegations out for review.

**Draft Policy**

- There are currently no Draft Policies out for review.

**Draft Directives and Standards**

- CMP 07-01 Project Management (comments by 10/27/2022)

**Draft Facilities Instructions, Standards, and Techniques (FIST)**

- There are currently no Draft FIST out for review.

**Draft Reclamation Safety and Health Standards (RSHS)**

- RSHS 23 Tunnel and Shaft Construction (comments by 8/12/2022)
- RSHS 43 Lone Worker and Remote Worker Safety (comments by 8/15/2022)

**Draft Reclamation Public Protection Guidelines**

- Public Protection Guidelines: a Risk Informed Framework to Support Dam Safey Decision-Making (comments by 8/31/2022)

**Draft Reclamation Design Standards**

- There are currently no Draft Reclamation Design Standards.

# Reclamation Manual Release Development Efforts

To view the inventory of current Reclamation Manual release development efforts, **click here**. Please note that all dates are subject to change.

## Reclamation Manual Components

Delegations of Authority
This release delegates authority from the Commissioner to other positions within Reclamation. In addition, this release establishes limitations on authority delegated from the Commissioner and a process and requirements for further delegating authority.

Policies
Policy reflects the Commissioner's leadership philosophy and principles and defines the general framework in which Reclamation pursues its mission.  Policy is structured to encourage innovation to accomplish implementation at the local level. Policies are signed by the Commissioner.

Directives and Standards
Directives and Standards provide the level of detail necessary to ensure consistent application of Policy Reclamation-wide.  However, Directives and Standards are also structured to provide flexibility to local offices, allowing the unique aspects of each Reclamation project and program to be taken into consideration. Directives and Standards are signed by the Senior Executive of the program function as delegated by the Commissioner.

Temporary Reclamation Manual Releases
Temporary Reclamation Manual Releases are issued to accelerate the release of Policy and Directives and Standards or make temporary changes in requirements.  Temporary Reclamation Manual Releases will either be incorporated permanently into the Reclamation Manual within 1 year or expire.  Requirements for final approval of Temporary Reclamation Manual Releases are identical to those for permanent releases.  Temporary Reclamation Manual Releases have the full force of permanent Policy or Directives and Standards.

## Supplements to Department of the Interior and Government-wide Regulations

These are issued when necessary to clarify Reclamation's procedures in implementing higher-level regulations. The same format and numbering system as the higher-level regulation are used. These supplements are signed by the Senior Executive of the program function, unless

further delegated. While not officially part of the Reclamation Manual, for links to these supplements, **click here**.

## Reclamation Manual Series

Policies and Directives and Standards within the Reclamation Manual fall into two series: Program and Administrative. Those in the Program series primarily direct and define Reclamation's processes for the operation, maintenance, and use of its projects and facilities. Those in the Administrative series primarily direct and define Reclamation's internal processes and procedures. Each series is divided into subject areas identified by a three-letter alpha code:

| **Program** | | **Administrative** | |
|---|---|---|---|
| CMP | Comprehensive | ACM | Acquisition and Financial Assistance |
| ENV | Environmental Management | ADM | Administrative Management |
| FAC | Project Planning and Facility Operations, Maintenance, and Rehabilitation | BGT | Budget Management |
| LND | Land Management and Development | CRM | Civil Rights Management |
| LON | Loans, Grants, Rehabilitation and Betterment, and Distribution | ETH | Ethics |
| NIA | Native American and International Affairs | FIN | Financial Management |
| PEC | Program Economics, Revenues, and Contracts | HRM | Human Resources Management |
| RES | Research, Testing, and Technical | IRM | Information Resources Management |
| SLE | Security and Law Enforcement | PRM | Property Management |
| WTR | Water Management and Development | RCD | Records Management |
| | | SAF | Safety Management |

## Release Numbers

Release numbers are assigned by the Reclamation Manual manager once a release has been signed by the approving official. This number is issued consecutively and appears in the bottom left-hand corner of the footer of each page of the release (e.g., (160)).

## Reclamation Manual Contacts

- Stephanie McPhee
  smcphee@usbr.gov
  303-445-2897

- Reclamation Manual Coordinators

## Feedback

Comments and feedback regarding accessibility and material to the Reclamation Manual are encouraged (i.e., How easy was the site to use? Were you able to find what you were looking for? What could be done to improve the site? What could be done to improve the Reclamation Manual?). Please submit your comments on this website to the Reclamation Manual manager.



*Last Updated: 9/27/22*

STAY IN TOUCH

Contact Us | Site Index

Accessibility | Disclaimer | DOI | FOIA | No Fear Act | Notices | Privacy Policy |
Quality of Information | Recreation.gov | USA.gov

