Thane D. Somerville, WSBA 31468 (*pro hac vice*)
Thomas P. Schlosser, WSBA 06276 (*pro hac vice*)
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
811 First Avenue, Suite 218
Seattle, WA 98104
Tel: 206-386-5200
Fax: 206-386-7322
E-mail:   t.somerville@msaj.com
          t.schlosser@msaj.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>                  Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST CONANT, in his official capacity as U.S. Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>                  Defendants. | Case No. 1:20−cv−01814−JLT-EPG |

## JOINT STATUS REPORT

The Federal Defendants do not oppose the Hoopa Valley Tribe's filing of its amended complaint, and consent to the filing of that amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). See Exhibit A (October 28, 2022 e-mail from J. Scott Thomas); see also Dkt. 97, p. 61 (Certificate of Consent to File).

As required by the Court's August 12, 2022 Order, ECF No. 91, the parties are filing this joint status report to set forth a proposed briefing schedule. The parties have agreed to the following schedule:

- The Federal Defendants' answer or motion to dismiss will be due on **December 30, 2022**;

- If the Federal Defendants file a motion to dismiss, the Hoopa Valley Tribe's response to said motion will be due on **February 28, 2023**;

- The Federal Defendants' reply in support of a motion to dismiss will be due on **March 14, 2023**.

- If Federal Defendants file an answer instead of a motion to dismiss, the parties request that the Court set a scheduling conference as soon as possible.

- The parties reserve the right to file a motion for summary judgment, or partial summary judgment, pursuant to FRCP 56, subsequent to the date of this joint status report. The parties will confer with one another in advance of such filing, if any. The parties reserve all available arguments in defense of any summary judgment motion.

Accordingly, the parties respectfully request that the Court enter an order setting the agreed upon briefing schedule.

DATED: November 7, 2022.

Respectfully submitted,

FOR PLAINTIFF:

MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE

*/s/ Thane D. Somerville*
Thane D. Somerville

Thomas P. Schlosser
811 First Avenue, Suite 218
Seattle, WA 98104
Tel: 206-386-5200
t.somerville@msaj.com
t.schlosser@msaj.com
*Attorneys for Hoopa Valley Tribe*

FOR FEDERAL DEFENDANTS:

TODD KIM, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division


*/s/ J. Scott Thomas*     (as authorized on 11/04/22)
JEFFREY SCOTT THOMAS
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division

*Counsel of Record for the Federal Defendants*




**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, I electronically filed the foregoing Joint Status

Report with the Clerk of the Court using the CM/ECF system, which will send notification of filing

to all parties.



*/s/ Thane D. Somerville*
THANE D. SOMERVILLE