EXHIBIT A

# Thane D. Somerville

| | |
|---|---|
| **From:** | Thomas, Jeffrey Scott (ENRD) <Jeffrey.Thomas2@usdoj.gov> |
| **Sent:** | Friday, October 28, 2022 10:26 AM |
| **To:** | Thane D. Somerville; Thomas P. Schlosser; Membrino, Joseph |
| **Cc:** | Bartell, Stephen (ENRD) |
| **Subject:** | Hoopa Valley Amended Complaint |

Thane, Tom, and Joe,

As we discussed on our call, the United States does not oppose the Tribe filing the amended complaint that was circulated to us (including with the possible addition of a paragraph clarifying the Tribe is challenging all WIIN Act contracts). This email should satisfy Rule 15(a)(2)'s written consent requirement.

I will follow up with a proposed JSR that we will circulate to this group.

Best,
Scott



**U.S. DEPARTMENT OF JUSTICE**
ENVIRONMENT & NATURAL RESOURCES DIVISION

J. Scott Thomas, Trial Attorney
Natural Resources Section
Mobile: (202) 353-5731
jeffrey.thomas2@usdoj.gov

CONFIDENTIALITY NOTICE: This communication may contain sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.