# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST CONANT, in his official capacity as U.S. Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>    Defendants. | Case No. 1:20−cv−01814−JLT-EPG |

## **[PROPOSED] ORDER**

On October 31, 2022, the Hoopa Valley Tribe filed its amended complaint with the consent of the Federal Defendants. Pursuant to the Court's August 12, 2022 Order, ECF No. 91, the parties filed a joint status report setting forth an agreed briefing schedule. The Court hereby **ADOPTS** the parties proposed schedule:

- The Federal Defendants' answer or motion to dismiss will be due on **December 30, 2022**;

- If the Federal Defendants file a motion to dismiss, the Hoopa Valley Tribe's response to said motion will be due on **February 28, 2023**;

- The Federal Defendants' reply in support of a motion to dismiss will be due on **March 14, 2023**.
- If Federal Defendants file an answer instead of a motion to dismiss, the Court will set a scheduling conference as soon as possible thereafter.
- If either party files a motion for summary judgment, or partial summary judgment, pursuant to FRCP 56, subsequent to the date of this order, the parties will confer with one another in advance of such filing.

**IT IS SO ORDERED.**

DATED:

_____

**United States Magistrate Judge Erica P. Grosjean**