UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, | Case No. 1:20-cv-01814-JLT-EPG |
| Plaintiff, | |
| v. | ORDER SETTING CASE DEADLINES, DIRECTING CLERK OF COURT TO TERMINATE MOTION TO DISMISS AS MOOT |
| UNITED STATES BUREAU OF RECLAMATION, et al., | |
| Defendants. | (ECF Nos. 19, 91, 99, 100) |

    This matter is before the Court on the parties' joint status report, which responds to two of the Court's orders. (ECF No. 100).

    First, in response to the Court's November 2, 2022, order directing Plaintiff to file proof of Defendants' written consent for leave to file the first amended complaint, the joint status report contains Defendants' written consent to the filing of the first amended complaint. (ECF Nos. 99, 100).

    Second, in response to the Court's August 15, 2022, order directing the parties to propose a briefing schedule on any motion to dismiss in response to the first amended complaint, the parties propose the following schedule: Defendants will file an answer or motion to dismiss by no later than December 30, 2022; Plaintiff's response to any motion to dismiss will be due by no later than February 28, 2023; and, Defendants' reply in support of any motion to dismiss will be

due by no later than March 14, 2023.

Upon review of the parties' joint status report, IT IS ORDERED as follows:

1. The Court deems Plaintiff satisfied the requirement in its November 2, 2022, order for Plaintiff to file proof of Defendants' written consent for leave to file the first amended complaint.
2. The parties' proposed case deadlines are approved.
    a. Defendants' answer or motion to dismiss is due by no later than December 30, 2022.
    b. Plaintiff's response to any motion to dismiss is due by no later than February 28, 2023.
    c. Defendants' reply in support of any motion to dismiss is due no later than March 14, 2023.
3. If Defendants file an answer instead of a motion to dismiss, the Court will set a scheduling conference soon thereafter.
4. With the filing of the first amended complaint, the Clerk of Court is respectfully directed to terminate Defendants' pending motion to dismiss (ECF No. 19) as moot.

IT IS SO ORDERED.

Dated: __November 8, 2022__        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE