CYNTHIA J. LARSEN (SBN 123994)
clarsen@orrick.com
JUSTIN GIOVANNETTONE (SBN 293794)
jgiovannettone@orrick.com
MARK C. SMITH (SBN 319003)
mark.smith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     +1 916 447 9200
Facsimile:      +1 916 329 4900

Attorneys for Proposed Intervenor-Defendant
Westlands Water District

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; BRENDA BURMAN, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST CONANT, in his official capacity as U.S. Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>            Defendants. | Case No. 1:20-cv-01814-JLT-EPG<br><br>**WESTLANDS WATER DISTRICT'S NOTICE OF CLARIFICATION REGARDING ITS NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>Hearing Date:   December 23, 2022<br>Time:                 9:00 a.m.<br>Courtroom:      4 – 7th Floor, Fresno<br>Judge:              Hon. Jennifer L. Thurston<br><br>Trial Date:        None<br>Action Filed:    August 13, 2020 |

**NOTICE OF CLARIFICATION REGARDING WESTLANDS WATER DISTRICT'S NOTICE OF MOTION AND MOTION TO INTERVENE**

TO THE COURT AND ALL PARTIES HEREIN:

Westlands Water District ("Westlands") files this notice of clarification regarding its Notice of Motion and Motion to Intervene as Defendant ("Motion") filed on November 18, 2022. Westlands, through counsel, advised the Court in the Motion that "[c]ounsel for defendants indicated that they will not oppose this motion." Motion at 3:14. Since the filing of the Motion, defendants' counsel has made clear to Westlands that they take no position on the motion, and thus will neither oppose it nor support it.

Dated: November 30, 2022

Respectfully submitted,
CYNTHIA J. LARSEN
JUSTIN GIOVANNETTONE
MARK C. SMITH
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:        */s/ Cynthia J. Larsen*
           CYNTHIA J. LARSEN
    Attorneys for Westlands Water District

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed WESTLANDS WATER DISTRICT'S NOTICE OF CLARIFICATION REGARDING ITS NOTICE OF MOTION AND MOTION TO INTERVENE with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

*/s/ Betty J. Orozco*
Betty J. Orozco