Thane D. Somerville WSBA #31468 *pro hac vice*
Thomas P. Schlosser WSBA #06276 *pro hac vice*
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
811 First Avenue, Suite 218
Seattle, WA 98104
Tel:   206-386-5200
Fax:  206-386-7322
t.somerville@msaj.com
t.schlosser@msaj.com
Attorneys for Plaintiff Hoopa Valley Tribe

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR <br><br> Defendants. | Civ. No. 1:20-cv-1814-JLT-EPG <br><br> DECLARATION OF THANE D. SOMERVILLE RE:  PLAINTIFF'S RESPONSE IN OPPOSITION TO WESTLANDS WATER DISTRICT'S MOTION TO INTERVENE AS DEFENDANT <br><br> Hearing Date: December 23, 2022 <br> Time:         9:00 AM <br> Courtoom:   4 – 7th Floor, Fresno <br> Judge:        Hon. Jennifer L. Thurston <br><br> Trial Date: None <br> Action Filed: August 13, 2020 |

DECLARATION OF THANE D. SOMERVILLE - 1

I, Thane D. Somerville, state and declare as follows:

1. I am legal counsel of record for Plaintiff Hoopa Valley Tribe in this proceeding.
2. Attached as Exhibit 1 is a true and correct copy of the March 15, 2022 Judgment in *Westlands Water District v. All Persons Interested*, Fresno County Superior Court Case No. 19CECG03887 (including exhibits attached to judgment, which are Minute Orders of October 27, 2021 and March 16, 2020)
3. Attached as Exhibit 2 is a true and correct copy of a letter dated January 5, 2021 from Hoopa Chairman Byron Nelson, Jr., to Secretary-Designate Deb Haaland
4. Attached as Exhibit 3 is a true and correct copy of a letter dated February 4, 2021 from Hoopa Chairman Byron Nelson, Jr. to Secretary-Designate Deb Haaland
5. Attached as Exhibit 4 is a true and correct copy of Repayment Contract No. 14-06-200-495A-IR1-P between the United States and Westlands Water District, dated February 28, 2020
6. Attached as Exhibit 5 is a true and correct copy of a Memorandum dated July 9, 1984 from Associate Solicitor, Energy and Resources, Larry Jensen to Regional Solicitor, Rocky Mountain Region re Court Confirmation of Amendments to Repayment and Water Service Contracts
7. Attached as Exhibit 6 is a true and correct copy of the North Coast Rivers Alliance et al.'s Respondents Brief dated November 28, 2022 in *Westlands Water District v. All Persons Interested*, California Fifth Appellate District Case No. F086362
8. Attached as Exhibit 7 is a true and correct copy of County of San Joaquin, County of Trinity, Central Delta Water Agency, and South Delta Water Agency's Brief dated November 28, 2022 in *Westlands Water District v. All Persons Interested*, California Fifth Appellate District Case No. F086362

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DECLARATION OF THANE D. SOMERVILLE - 2

1  DATED this 9th day of December, 2022.

*/s/ Thane D. Somerville*

Thane D. Somerville

DECLARATION OF THANE D. SOMERVILLE - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Thane D. Somerville*
Thane D. Somerville