UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-01814-JLT-EPG<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR 14-DAY EXTENSION<br><br>(ECF No. 106). |

This matter is before the Court on Defendants' motion for a 14-day extension from December 30, 2022, to January 13, 2023, to file their answer or motion to dismiss and a 14-day extension of the accompanying deadlines. (ECF No. 106; *see* ECF No. 101). Generally, Defendants state that lead counsel's involvement in other matters necessitates this extension. The motion represents that defense counsel tried to contact Plaintiff's counsel about an extension but did not receive a response before filing the motion.

Upon review, IT IS ORDERED as follows:

1. Defendants' motion for extension of time (ECF No. 106) is granted.
2. Defendants' answer or motion to dismiss is due by no later than January 13, 2023.
3. Plaintiff's response to any motion to dismiss is due by no later than March 14, 2023.
4. Defendants' reply in support of any motion to dismiss is due no later than March 28,

1

2023.

5. If Defendants file an answer instead of a motion to dismiss, the Court will set a scheduling conference soon thereafter.

IT IS SO ORDERED.

Dated:  **December 15, 2022**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE