Thane D. Somerville WSBA #31468 *pro hac vice*
Thomas P. Schlosser WSBA #06276 *pro hac vice*
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
811 First Avenue, Suite 218
Seattle, WA 98104
Tel:   206-386-5200
Fax:   206-386-7322
t.somerville@msaj.com
t.schlosser@msaj.com
Attorneys for Plaintiff Hoopa Valley Tribe

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, | Civ. No. 1:20-cv-1814-JLT-EPG |
| Plaintiff, | |
| v. | PLAINTIFF HOOPA VALLEY TRIBE'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION |
| UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR | Date:  January 20, 2023<br>Time:  9:00 AM<br>Courtroom:  4 – 7th Floor, Fresno<br>Hon. Jennifer L. Thurston |
| Defendants. | |

PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION - 1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on January 20, 2023, at 9:00 AM, in Courtroom 4 of the above-entitled Court, located at 2500 Tulare Street, Fresno, California, the Plaintiff Hoopa Valley Tribe ("Plaintiff" or "Hoopa"), pursuant to Rule 65 of the Federal Rules of Civil Procedure, Local Rule 231, and all other applicable rules, will and hereby does apply and move for a preliminary injunction enjoining the Defendants from implementing the Trinity River Winter Flow Variability Project (WFV Project) in the absence of the concurrence of the Hoopa Valley Tribe. Hoopa's concurrence is mandated by Section 3406(b)(23) of the Central Valley Project Improvement Act (CVPIA), Public Law 102-575 (1992).

Defendants were scheduled to implement the WFV Project as early as December 15, 2022. Plaintiff's counsel advised Defendants' counsel that Plaintiff intended to seek a temporary restraining order to enjoin implementation. Following conferrals between Plaintiff's and Defendants' representatives that occurred between December 12 and December 16, 2022, Defendants have committed as follows: "[the Interior Department/Defendants] commit to give [Hoopa] at least 5 business days notice before any decision is made with respect to the Trinity River (sic) Council's vote to recommend the winter flows, and at least 10 business days notice before the implementation of any such decision." Declaration of Thane Someville, Exh. 7. While Defendant's commitment to defer any implementation of the WFV Project for a minimum of 15 business days (3 full weeks) after providing written notice to Plaintiff relieves Plaintiff of the need to file for a TRO at this time, the specter of implementation of the WFV Project in absence of Hoopa concurrence and corresponding irreparable harm remains. Thus, Plaintiff seeks this preliminary injunction.[1]

This Motion for Preliminary Injunction is made on the grounds that Plaintiff has demonstrated a strong likelihood of success on the merits of its claim that the Defendants have

---

[1] Plaintiff reserves its right to seek a TRO in the event circumstances change that warrant more immediate relief.

PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION - 2

violated the statutory delegation of sovereignty contained in CVPIA § 3406(b)(23) by approving the WFV Project, which will result in significant modifications of flows mandated by CVPIA § 3406(b)(23) and the 2000 Trinity River Record of Decision (ROD), without the required concurrence of the Hoopa Valley Tribe. This claim regarding "Violation of Hoopa's Delegated Sovereignty in CVPIA" is raised in the Ninth Claim for Relief of Plaintiff's First Amended and Supplemental Complaint for Declaratory and Injunctive Relief, ECF #97, filed 10/31/22. Defendants' approval of the WFV Project without Hoopa's concurrence, as required by CVPIA section 3406(b)(23) is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," "in excess of statutory jurisdiction, authority, or limitations," and/or "without observance of procedure required by law." 5 U.S.C. § 706(2)(A), (C), (D).

Hoopa will suffer irreparable harm unless Defendants are restrained from implementing the Trinity River WFV Project because once such water is released, it will be unavailable for use to implement the flows that are mandated by CVPIA § 3406(b)(23) and the ROD. Declaration of Michael Orcutt; Declaration of Joe Davis. Hoopa will also suffer irreparable harm to its sovereignty as reflected in CVPIA section 3406(b)(23). The balance of hardships and the public interest strongly favors injunctive relief.

Hoopa bases its Motion for Preliminary Injunction on this notice of motion and motion, the accompanying memorandum in support of the Motion for Preliminary Injunction, and the supporting declarations of Joe Davis, Michael Orcutt, and Thane Somerville, all of which are filed and served herewith, its First Amended and Supplemental Complaint for Declaratory and Injunctive Relief (Ninth Claim for Relief) (Dkt. #97, filed 10/31/22), all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the time of hearing.

Plaintiff's counsel certifies that they have satisfied required meet and confer requirements in advance of filing this motion. Declaration of Thane Somerville. Counsel for Plaintiff notified Defendants' counsel, via video conference call on December 12, 2022, of Hoopa's intent to file Motions for TRO and Preliminary Injunction. *Id.* Between December 13 and December

15, Plaintiff's and Defendants' representatives and counsel exchanged correspondence regarding the injunction motions. Declaration of Thane Somerville. On December 15, 2022, Defendants' counsel sent an email committing that: "[the Interior Department/Defendants] commit to give [Hoopa] at least 5 business days notice before any decision is made with respect to the Trinity River (sic) Council's vote to recommend the winter flows, and at least 10 business days notice before the implementation of any such decision." Declaration of Thane Somerville. Plaintiff's and Defendants' representatives and legal counsel conferred again on the morning of December 16, 2022 and Defendants' counsel again confirmed that no action would be taken by Defendants to implement the WFV Project for a minimum of 15-business days (3 full weeks) following delivery of a written notice from Defendants to the Tribe. *Id.*

      Hoopa submits this Motion for Preliminary Injunction on the papers described above. However, Hoopa requests an opportunity to present live testimony at a hearing on this motion if the Court concludes that material facts are in dispute and that resolution of the conflict will determine the outcome on the motion, or if relief would be denied based on the written evidence and argument alone. Hoopa expects a hearing, if necessary, may take 2-3 hours.

      Because counsel for both Plaintiff and Defendants are located out-of-state, Plaintiff proposes that any hearing on this motion be conducted virtually or telephonically if possible.

      DATED this 16th day of December, 2022.

                              MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE

                              */s/ Thane D. Somerville*
                              Thane D. Somerville WSBA #31468
                              Thomas P. Schlosser WSBA #06276
                              MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
                              811 First Avenue, Suite 218
                              Seattle, WA 98104
                              Tel: 206-386-5200/Fax: 206-386-7322
                              t.somerville@msaj.com
                              t.schlosser@msaj.com
                              Attorneys for Plaintiff Hoopa Valley Tribe

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                           */s/ Thane D. Somerville*
                                           Thane D. Somerville