UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>    Defendants. | Civ. No. 1:20-cv-1814-JLT-EPG<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF HOOPA VALLEY TRIBE'S MOTION FOR PRELIMINARY INJUNCTION |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 1

This matter came on regularly for hearing on January 20, 2023. Plaintiff Hoopa Valley Tribe was represented by Thane Somerville of Morisset, Schlosser, Jozwiak & Somerville PC. Defendants were represented by J. Scott Thomas of the United States Department of Justice, Environmental and Natural Resources Division.

The Court has fully considered the briefs and evidence filed in support and in opposition to the Motion for Preliminary Injunction, and the oral argument, testimony, and documents presented at the hearing. The Court finds that: (a) Plaintiff will likely succeed on the merits of its Ninth Claim for Relief in its First Amended and Supplemental Complaint for Declaratory and Injunctive Relief (Dkt. #97), at issue in this motion for preliminary injunction, because federal Defendants have unlawfully disregarded the statutory delegation of sovereignty and right of concurrence found in CVPIA § 3406(b)(23); (b) implementation of the Trinity River Winter Flow Variability Project will result in irreparable harm to the Trinity River and its fishery below Lewiston Dam and accordingly to Hoopa, as well as to Hoopa's sovereignty; (c) the balance of hardships favors injunctive relief; and (d) an injunction is in the public interest.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction is hereby GRANTED, and the Court HEREBY RESTRAINS AND ENJOINS Defendants, and their officers, agents, employees, and any other parties, persons, or entities who are in active concert or participation with them, from any implementation of the Trinity River Winter Flow Variability Project in the absence of the concurrence of the Hoopa Valley Tribe.

This Preliminary Injunction shall take effect immediately. The requirement for bond or security is waived.

Dated this _____ day of _____, 20\_\_\_.

_____
Honorable Jennifer L. Thurston
U.S. District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 2