Thane D. Somerville WSBA #31468 *pro hac vice*
Thomas P. Schlosser WSBA #06276 *pro hac vice*
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
811 First Avenue, Suite 218
Seattle, WA 98104
Tel:   206-386-5200
Fax:   206-386-7322
t.somerville@msaj.com
t.schlosser@msaj.com
Attorneys for Plaintiff Hoopa Valley Tribe

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR <br><br> Defendants. | Civ. No. 1:20-cv-1814-JLT-EPG <br><br> DECLARATION OF MICHAEL ORCUTT IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION <br><br> Date: January 20, 2023 <br> Time: 9:00 am <br> Courtroom: 4 – 7th floor, Fresno <br> Hon. Jennifer L. Thurston |

DECLARATION OF MICHAEL ORCUTT RE
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 1

I, Michael Orcutt state and declare as follows:

1. I am a fisheries biologist and an enrolled member of the Hoopa Valley Tribe (Tribe). I am presently employed by the Tribe, located on the Hoopa Valley Indian Reservation in Northern California, where I continue my tenure of over 35years as Director of the Fisheries Department.

2. In my work with the Hoopa Valley Tribe Fisheries Department, and in my role as Fisheries Director, I am intimately involved and have substantial personal knowledge of fisheries management issues in the Trinity River Basin, including operations of the Trinity River Restoration Program (TRRP) and Trinity Management Council (TMC), and implementation of the 2000 Trinity River Record of Decision (ROD). My professional duties include representing the Hoopa Valley Tribe before state and federal agencies and the U.S. Congress in matters involving restoration of the Trinity River fishery. I also have fished and hunted on the Hoopa Valley Reservation for most of my life and I have witnessed the devastation that the Trinity River Division of the CVP has had on the fishery resources that the Hupa People have depended upon since time immemorial.

3. The Hoopa Valley Tribe was a co-author of the 1999 Trinity River Flow Evaluation Report (the "Flow Study"). The Flow Study recommended a total minimum annual volume of water dependent on water year type but also provided detailed recommendations for specific volumes of releases at specific times of year, along with a discussion of the purpose and benefits of providing those specific volumes at specific times. The Flow Study designed Trinity River Division (TRD) flow release schedules to restore, preserve and propagate natural fish production by reestablishing habitat for the life history stages of anadromous salmonids that inhabit the Trinity River.

4. The flow recommendations in the Flow Study were carefully developed by Hoopa and its partner agency, the U.S. Fish and Wildlife Service, to achieve specific management objectives and habitat restoration purposes on the mainstem Trinity River.

DECLARATION OF MICHAEL ORCUTT RE
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 2

5. The Flow Study allocated all available annual flow amounts in the recommended flow regimes to meet the intended management objectives.

6. In other words, the timing of the flow releases (the time of year in which the releases occur) is of critical importance to the effectiveness of the flows and to meeting the goals and management objectives discussed in the Flow Study.

7. The Flow Study recommendations were adopted in the Trinity River ROD, which was approved by Secretary of the Interior Bruce Babbitt and which the Hoopa Valley Tribe concurred in, through the signature of its Chairman Duane Sherman on December 19, 2000.

8. The ROD, pursuant to the recommendations in the Flow Study, sets a uniform base flow of 300 cubic feet per second (cfs) across all water years for the time period of October 16 through April 1.

9. Since approval of the ROD, there has been no change to winter base flows prescribed in ROD. Until now, the Bureau of Reclamation (BOR) has strictly adhered to the October 16 through April 1 ROD flow schedule.

10. ROD TRD flow releases for each water year (October 1 to September 30 annually) are limited to a long term annual average water budget. That budget is further limited by predicted annual hydrology. Annual hydrology estimates are based on California Department of Water Resources Bulletin 120. The ROD has five annual hydrological categories: Extremely Wet, Wet, Normal, Dry, and Critically Dry. The ROD assigns each water year type a volume of TRD water. Pursuant to CVPIA Section 3406(b)(23) the ROD used the best availabile scientific data to quantity and allocate the annual water budget throughout each water year type. The ROD winter TRD base flow allocation is a direct outcome of compliance with the CVPIA's best available scientific data requirement. The ROD winter base flow enables higher flows to meet habitat requirements in Spring and Summer months, after the water-year type is determined.

DECLARATION OF MICHAEL ORCUTT RE
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 3

11. The ROD does not provide for supplemental flow releases during the October 16 through April 1. Accordingly, increasing ROD base flows will decrease flows that the ROD deems necessary for fishery restoration in other times of year.

12. The Trinity River Winter Flow Variability (WFV) Project, which is authorized for immediate implementation by the Department of the Interior, Bureau of Reclamation, would shift substantial amounts of water (60,000 Acre Feet to 220,000 Acre Feet) for use in winter months. Since the total annual water volumes are fixed, and since all water is allocated to specific purposes, the re-allocation of water to winter months will deprive other months of water and undermine the management objectives recommended in the Flow Study and approved in the ROD with Hoopa's concurrence.

13. Since the initial proposal of the WFV Project, I have personally repeatedly advised officials of the Department of the Interior and Bureau of Reclamation, and members of the Trinity Management Council (TMC), of Hoopa's objection and non-concurrence with the WFV Project. Moreover, the Hoopa Valley Tribal Council has written directly to Secretary Haaland and other officials raising concerns about the WFV Project's violation of Hoopa's rights and interest under CVPIA Section 3406(b)(23).

14. Hoopa has informed the Secretary that the WFV Project does not comply with the restoration program requirements in the Trinity River ROD and has not undergone sufficient scientific and technical review. There is a lack of data over a sufficiently diverse period of record to reach conclusions on the progress of restoration. Reports are currently being prepared by federal and tribal scientists and need to go through an interdisciplinary scientific process that will synthesize accumulated information. The synthesis reports from that process will inform any refinements that may be proposed to the restoration program. Any such refinements would require the concurrence of the Hoopa Valley Tribe under CVPIA section 3406(b)(23) prior to their implementation.

DECLARATION OF MICHAEL ORCUTT RE
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 4

15. Based on Hoopa's knowledge and experience, Hoopa believes that that the WFV Project will significantly undermine and impair the Trinity ROD's goals and objectives by depriving the river of allocated water in Spring and Summer. Once water is released in winter months under the WFV Project, it will be lost permanently. If fishery managers determine later in the year that water previously released in winter is necessary to meet management objectives in Spring or Summer, it will be too late. That water will have already been used.

16. At the December 7 meeting of the Trinity Management Council (TMC) (an advisory body to the Secretary of the Interior), I again voiced Hoopa's opposition and non-concurrence to the WFV Project. Despite this opposition and Hoopa's non-concurrence, the TMC voted 7-1 in favor of implementing the WFV Project, commencing in this current water year.

17. On December 9, 2022, I received a letter from the Chair of the TMC directed to Defendant Ernest Conant, Reclamation California Great Basin Regional Director and Paul Souza, US Fish and Wildlife Service Regional Director that included the TMC's recommended 2023 flow schedule incorporating the WFV Project. A true and correct copy of this letter is attached as Exhibit 1.

18. The December 9 letter confirms that, commencing as early as December 15, 2022, between 16 – 27% of the entire annual water volume under the ROD will be shifted from summer releases to winter releases depending on water year type. This equates to a minimum winter release of 60,000 acre-feet in a critically dry year to 220,000 acre-feet in an extremely wet year. This is an extremely substantial, significant, and dangerous re-allocation and re-purposing of water and it is in conflict with the Flow Study and the ROD. Significantly, the final water year determination is not known until after the winter months. Thus, releases will be made in winter without having full information about what releases will be necessary or allowable in Spring and Summer months. Once the water year is known, however, the winter releases will

DECLARATION OF MICHAEL ORCUTT RE
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 5

already have been made – and that water will no longer be available for its intended purposes in Spring and Summer months.

19. Based on my decades of experience working for the Hoopa Valley Fisheries Department, including as Fisheries Director, and my specific experience in working with implementation of the Trinity River ROD and the Trinity River Restoration Program, it is my belief that the Hoopa Valley Tribe, the Trinity River, and the long term health of the Trinity River fishery will suffer irreparable harm if the WFV project is not enjoined. By sending water releases down the river in winter months (between 16-27% of total annual ROD volumes), and given the limited amount of water available pursuant to the ROD, implementation of the WFV project will necessarily lower and limit the amount of water available to meet ROD objectives in later months. Once the water is sent down the river in the winter, it will be lost forever and unavailable for future use.

20. Implementation of the WFV Project by the Defendants in this case is authorized to commence immediately. Thus, time is of the essence. An injunction is necessary as soon as possible in order to stop the federal Defendants from releasing water down the river pursuant to the WFV Project.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this __15__ day of December, 2022.

_MW Orcutt_
Michael Orcutt, Fisheries Director

DECLARATION OF MICHAEL ORCUTT RE
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 6

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                  */s/ Thane D. Somerville*
                                                  Thane D. Somerville

DECLARATION OF MICHAEL ORCUTT RE
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 7