EXHIBIT 1



## Trinity River Restoration Program

P.O. Box 1300, 1313 South Main Street, Weaverville, California 96093
Telephone: 530-623-1800, Fax: 530-623-5944

December 9, 2022

Mr. Ernest Conant
Regional Director
Interior Region 10 – California Great Basin
Bureau of Reclamation
2800 Cottage Way, MP-100
Sacramento, California 95825

Mr. Paul Souza
Regional Director
Pacific Southwest Region
US Fish and Wildlife Service
2800 Cottage Way, W-2606
Sacramento, California 95825

Subject:  Trinity Management Council (TMC) Recommendation for Water Year 2023 Trinity
River Flow Schedule

Dear Messrs. Conant and Souza:

In accordance with section 1.6 of Appendix C – Implementation Plan for the Preferred Alternative
of the Trinity River Environmental Impact Study/Environmental Impact Report (EIS/EIR), which
is incorporated by reference in the December 19, 2000, Record of Decision (ROD) that established
the Trinity River Restoration Program (TRRP), I am transmitting to you the initial water year 2023
(WY23) fishery restoration flow schedule recommended by the TMC.

The TMC is recommending that WY23 restoration releases be implemented using the winter
flow variability ruleset analyzed and detailed here
(https://www.trrp.net/library/document/?id=2566). The decision tree summarizing the
recommendation is shown below in Figure 1.



Figure 1. WY23 flow schedule decision tree, from Abel et al. 2022, p20.

In summary, we recommend that a peak flow of 6,500 cubic feet per second (cfs) be released between December 15 and February 15 to coincide with a storm event predicted to raise flows at the Trinity River above the North Fork Trinity River gage to 4,500 cfs or greater. Fixed volumes will be released during the elevated baseflow period of February 15-April 15 based upon the California Department of Water Resources (DWR) February 1 and March 1 Bulletin 120 forecasts. Based on DWR's April 1 water year forecast, the TMC will subsequently recommend a spring restoration release schedule that best achieves ROD objectives for the remaining water for the specified water year determination. Accordingly, the proposed flow management ruleset is inherently water volume neutral relative to previous management. The proportion of water shifted to use earlier than the start of the April 15 spring restoration flow release is shown below.

| Water Year Type | ROD Water Volume (af) | ROD Volume Shifted to Winter Period under Proposed Action (af) | Percent ROD Volume Shifted from Summer to Winter under Proposed Action |
|---|---|---|---|
| Critically Dry | 369,000 | 60,000 | 16% |
| Dry | 453,000 | 80,000 | 18% |
| Normal | 647,000 | 120,000 | 19% |
| Wet | 701,000 | 180,000 | 26% |
| Extremely Wet | 815,000 | 220,000 | 27% |

Table 1. Water volumes shifted to winter/early spring period in acre-feet for each forecasted water year type, from Abel et al. 2022, p29.

TRRP technical experts have consulted with CVO to ensure specific ramping schedules that protect sensitive species are observed and to confirm that the recommendation can be implemented using existing infrastructure. Detailed schedules will be communicated to Reclamation's Central Valley Operations Office upon approval.

The TMC recommends this hydrograph for your concurrence and implementation. The TRRP will continue to monitor salmonid production, river temperatures, and sediment transport to assess the goals of the Program. Extensive monitoring will be in place to assess the efficacy of this proposed hydrograph, and initial findings will be presented to the TMC prior to any water year recommendation for WY24.

If you have any questions regarding this matter, please contact me at (707) 825-5100, or tanya_sommer@fws.gov.

Sincerely,

**TANYA SOMMER**
Digitally signed by TANYA SOMMER
Date: 2022.12.09 12:51:38 -08'00'

Tanya Sommer
Chair, Trinity Management Council

cc: (via electronic mail only)
    Mr. Don Bader, dbader@usbr.gov
    Dr. Mike Dixon, mdixon@usbr.gov
    Ms. Kristin White, knwhite@usbr.gov
    Ms. Mary Lee Knecht, mknecht@usbr.gov
    Mr. Justin Ly, justin.ly@noaa.gov
    Ms. Kari Otto, kari.otto@usda.gov
    Mr. Mike Orcutt, mworcutt@gmail.com
    Mr. Tim Hayden, thayden@yuroktribe.nsn.us
    Mr. Brett Kormos, brett.kormos@wildlife.ca.gov
    Mr. Liam Gogan, lgogan@trinitycounty.org