EXHIBIT 5



MAP
Klamath Basin & Central Valley
water supplies and facilities

**Legend:**
- Klamath River Dams
1. Link River Dam
2. Keno Dam
3. John Boyle Dam
4. Copco Lake Dam
5. Iron Gate Dam
6. SWP & CVP Pumping Plants
- Congressional Districts (113th)

Map labels:
- Pacific Ocean
- Klamath Reservation (1954)
- Mazama Tree Forest
- Karuk Reservation
- USGS KNK Gage - RM7.5
- 2002 Chinook Salmon Die Off - RM16.4
- Yurok Reservation
- Hoopa Reservation
- OR
- Chiloquin
- Upper Klamath Lake
- Klamath Irrigation Project
- Lower Klamath Lake
- Tule Lake
- Klamath River Basin
- Del Norte County
- Iron Gate Fish Hatchery
- Klamath River
- Scott
- Salmon
- Shasta
- Arcata
- Eureka
- Mad River
- Trinity
- New River Tunnel
- Trinity County
- Redding
- Trinity River Restoration Program
- Humboldt County
- Trinity Lake
- Trinity Dam
- Lewiston Dam
- Clear Creek Tunnel
- Trinity Fish Hatchery
- Whiskeytown Lake
- Spring Creek Tunnel
- Shasta Lake
- Redding
- Sacramento River
- CA
- Sacramento
- Twin Tunnels Project
- San Joaquin River
- Delta Mendota Canal
- San Luis Reservoir
- Los Banos
- Mammoth Pool Reservoir
- Millerton Lake
- Fresno
- Westlands Water District

HOOPA VALLEY TRIBE – Department of Natural Resources – Forestry Division – 2014 JEC - 2nd ed.