EXHIBIT 6

| From: | Thomas, Jeffrey Scott (ENRD) |
|---|---|
| To: | Thane D. Somerville; Thomas P. Schlosser; Joe Membrino |
| Cc: | Bartell, Stephen (ENRD) |
| Subject: | Hoopa Valley case |
| Date: | Tuesday, December 13, 2022 4:00:56 PM |
| Attachments: | image001.png |

Dear Thane, Tom, and Joe:

We have spoken with our client and no decision has been reached on whether to implement the winter flows recently approved by the Trinity River Council (TRC). To avoid you having to move for a TRO, the Department of the Interior will commit that if it does decide to implement the winter flows as recommended by the TRC, it will give the Tribe at least three (3) business days written notice before doing so. Per Thane's representations on our call yesterday, this should give the Tribe sufficient time to file its request for a TRO before any adjustments in flow are implemented. Please let us know if this proposal is amenable to the Tribe or if you have any questions.

Also, given a number of unexpected events and the need for internal review during the holiday season, we will be filing a motion with the Court asking for a fourteen-day extension of time to file our responsive pleading to your amended complaint. We will of course request a reciprocal extension of time for the Tribe's response. Please let us know whether the Tribe will oppose that motion, which I will need to file tomorrow since I will be out of the country from December 15th through December 20th. Stephen Bartell should be your contact at Justice while I am away.

Thank you very much. I look forward to hearing back from you at your earliest convenience.

Scott Thomas



J. Scott Thomas, Trial Attorney
Natural Resources Section
Mobile: (202) 353-5731
jeffrey.thomas2@usdoj.gov

**CONFIDENTIALITY NOTICE**: This communication may contain sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.