**From:** Mike Orcutt <mworcutt@gmail.com>
**Sent:** Friday, November 18, 2022 18:21
**To:** Dixon, Michael D <MDixon@usbr.gov>
**Cc:** jalvarez@hoopa-nsn.gov <jalvarez@hoopa-nsn.gov>; Bader, Donald P <DBader@usbr.gov>; Conant, Ernest A <econant@usbr.gov>; Dutschke, Amy <Amy.Dutschke@bia.gov>
**Subject:** [EXTERNAL] Re: Meeting to discuss winter flow variability

Mike, please see October 5 HVT's letter to ASIA Newland that we have not received a response! As you note, the issue of concurrence, ESA Re consultation and litigation are all interrelated to the TRRP Winter Flow Variability proposal. Accordingly, until we receive a response to our letter to ASIA Newland, we cannot engage in separate discussions until we hear from senior DOI policy representatives. In this regard, can you remind your superiors of the need to respond to the HVT request. Regards, Mike Orcutt, Hoopa Valley Tribe

**On Wed, Nov 16, 2022 at 9:58 AM Dixon, Michael D <MDixon@usbr.gov> wrote:**

Good morning, Mike and Justin,
December is fast approaching. I know that winter flow variability is interrelated with many other topics (litigation, reconsultation, concurrence) of great interest to the Hoopa Valley Tribe right now, but I'd really like to have a conversation with you about moving the proposal forward for this water year. We have updated how we apply all of our other ROD tools (channel rehabilitation, gravel augmentation, and tributary restoration have all evolved substantially), but tweaking how we use our restoration flow volume is the most powerful way to increase our effectiveness because it ties all of those other tools together. I think that we have the monitoring in place to measure the impacts of doing this for one water year and revisiting for the next year based on what we have learned.

It is very important to me that the Hoopa Valley Tribe is on board if/when the program moves this action forward. Would you be willing to meet with Donnie and I to discuss how we could advance this proposal for one year? I am happy to meet on the coast or in Hoopa. Please let me know if you are open to this meeting and, if so, when you would be available.

Mike

**Mike Dixon**, PhD (he/him) **|** Executive Director | Trinity River Restoration Program | U. S. Bureau of Reclamation | 1313 S. Main St., Weaverville, CA 96093 | 530-623-1811 (desk) | 530-351-4760 (mobile) | mdixon@usbr.gov | "The most dangerous worldviews are the worldviews of those who have never viewed the world." - Alexander von Humboldt