**Lead Agencies:**

U.S. Fish and Wildlife Service
U.S. Bureau of Reclamation
Hoopa Valley Tribe
Trinity County

FINAL

# Trinity River Mainstem Fishery Restoration

## Environmental Impact Statement/ Report

*The original distribution of this EIS was split among numerous files to suit the capabilities of typical computers at that time. Without foreknowledge of how electronic workflows would evolve, navigation tools that now seem awkward were built-in and the document was secured in a way that inhibited copying text. The larger, but fewer files provided here were derived from those prior files, with navigation and security stripped away. They have been briefly reviewed for general visual consistency, but we make no guarantees that the document has been recreated with perfection. If questions arise, the original hardcopy EIS should be considered the authoritative version.*

**State Clearinghouse No. 1994123009**

October 2000

# Abstract

The construction of the Trinity River Diversion (TRD) on the Trinity River and the export of approximately 74 percent of the Trinity's water above Lewiston dramatically reduced instream flows in the mainstem of the Trinity River. This reduction has resulted in substantial detrimental changes to the river, with associated declines in anadromous fish production. In its authorization for the construction and operation of the TRD, Congress also directed the Secretary of the Interior (Secretary) to ensure the preservation and propagation of Trinity fish and wildlife resources. In 1981, the Secretary, citing statutory requirements and Federal Tribal Trust obligations, directed the U.S. Fish and Wildlife Service (Service) to conduct the Trinity River Flow Evaluation Study (TRFES). The TRFES was initiated to determine the effectiveness of restoration of flows and other measures for the purpose of restoring salmon and steelhead populations to the river. In 1992, Congress enacted the Central Valley Project Improvement Act (CVPIA) (Public Law 102-575) which, in part, directed the Secretary to complete the TRFES, and with the concurrence of the Hoopa Valley Tribe, implement its recommendations for restoring and maintaining the Trinity River fishery.

In 1994, the Secretary, in accordance with the National Environmental Policy Act (NEPA) and Trinity County, in accordance with the California Environmental Quality Act (CEQA), initiated the Trinity River Environmental Impact Statement/Report (EIS/EIR) to evaluate a range of alternatives to restore the natural production of anadromous fish on the mainstem of the Trinity River. The Service was designated as the lead agency and the Hoopa Valley Tribe, Trinity County, and the U.S. Bureau of Reclamation (Reclamation) agreed to function as co-leads. On October 12, 1994, the Service published in the Federal Register a Notice of Intent (NOI) to prepare the Trinity River Mainstem Fishery Restoration EIS/EIR. Trinity County filed a Notice of Preparation (NOP) of an EIR on November 15, 1994. The Draft EIS/EIR (DEIS/EIR) was released for public comment in October 1999.

This Final EIS/EIR (FEIS/EIR) amends the DEIS/EIR in response to public comment and incorporates additional information, corrections, and changes. As such, this FEIS/EIR hereby incorporates the DEIS/EIR by reference. The FEIS/EIR represents the environmental analysis to be used by the Secretary in making subsequent federal decisions necessary to restore and maintain the Trinity River fishery. Further, under CEQA, the FEIS/EIR will provide Trinity County with an environmental reference for basing its decision on the issuance of permits for potential Trinity River channel modification projects that occur within the County's jurisdictional boundaries. In accordance with NEPA and CEQA, this FEIS/EIR has identified a number of alternatives that, based on public input, scientific information, and professional judgment, are considered feasible and satisfy the stated purpose and need and goal and objectives of the proposed action. The FEIS/EIR examines the affected environment and the environmental consequences for six alternatives: (1) No Action Alternative, (2) Maximum Flow Alternative, (3) Flow Evaluation (Preferred Alternative), (4) Percent Inflow Alternative, (5) Mechanical Restoration Alternative, and (6) State Permit Alternative (this alternative was determined not to meet the stated purpose and need of the action, but is included to account for Reclamation's existing diversion permit). In

addition, all alternatives were compared to the No Action and Existing Conditions scenarios, as is required by NEPA and CEQA, respectively. A brief summary of each alternative, along with a description of associated environmental impacts, follows.

The No Action Alternative represents ongoing activities and operations and the anticipated future condition of the affected environment in the year 2020 in the absence of project imple-mentation. The No Action Alternative performed poorly in meeting the healthy river system attributes and habitat requirements necessary for restoring the natural production of anadromous salmonids in the mainstem Trinity River. Compared to 1995 existing conditions, the No Action Alternative showed adverse temperature-related impacts to Sacramento River salmon, caused by increased water demands in 2020. Modeling results indicated that fishery habitat in the mainstem Trinity River in the year 2020 would not provide the conditions necessary to restore and maintain salmonid populations, including the threatened (federal ESA) coho salmon population.

The Maximum Flow Alternative would use all of the Trinity River inflows above the Trinity Dam to restore the river ecosystem through managed flows. The Maximum Flow Alternative would enhance recreation, result in very substantial improvements to habitat for native anadromous salmonids in the Trinity River, and benefit anadromous fish in the lower Klamath River and coastal areas relative to the No Action Alternative. While this alter-native would meet the purpose and need of the proposed action, the Maximum Flow Alternative would eliminate all water exports to the Central Valley, and was the only alternative that substantially increased temperature violations in the Sacramento River above the No Action levels. Further, the Maximum Flow Alternative shows significant adverse impacts related to TRD and CVP system power generation, Trinity River flooding, Sacramento River winter and spring chinook salmon and delta smelt, Central Valley water supply and associated impacts to Central Valley agricultural and municipal and industrial (M&I) uses, and Delta water quality.

The Flow Evaluation Alternative is based on the recommendations in the TRFES and includes increased releases from Lewiston Dam, mechanical restoration, and imple-mentation of an adaptive environmental assessment and management (AEAM) program. Projected significant adverse impacts include impacts to Sacramento River winter chinook and delta smelt, a reduction in water deliveries to the Central Valley and associated impacts to Central Valley agricultural land use, power generation, and modeled impacts to Delta water quality above the No Action Alternative. The lead agencies chose the Flow Evaluation Alternative as the Preferred Alternative because it best met the purpose and need of restoring and maintaining the Trinity River fishery, in accordance with the statutory and federal trust obligations, while allowing for the continued operation of the TRD, including continuing to export the majority of Trinity Reservoir inflow and limiting flooding impacts on the Trinity River.

The Percent Inflow Alternative would approximate natural flow patterns, at a reduced scale, by releasing water into the Trinity River at a proportion of the rate it flows into the Trinity Reservoir. The Percent Inflow Alternative would meet the purpose and need of the proposed action and benefit the Trinity River fishery, albeit at a much lower percentage than the Maximum Flow and Flow Evaluation Alternatives. However, the Percent Inflow Alternative would include significant adverse impacts to the Trinity and Sacramento River

temperature objectives, the Sacramento River fishery, TRD power generation, Central Valley agricultural land use, and Delta water quality.

The Mechanical Restoration Alternative would use the same water management as the No Action Alternative, but would build upon No Action by constructing 47 new channel projects, mechanically maintaining both new and existing projects, dredging 10 pools in the Trinity River mainstem, and initiating an ambitious watershed protection program. Mechanical Restoration would result in some benefits to native anadromous species relative to the No Action Alternative. While this alternative would minimally meet the purpose and need of the proposed action, the benefits would be largely limited to restoration sites and would be substantially less than those seen under the Maximum Flow and Flow Evaluation Alternatives. Other anticipated impacts would be similar to the No Action Alternative.

The State Permit Alternative was evaluated because it identifies the minimum flow levels identified by Congress in 1955 and specified in Reclamation's seven California water permits issued in 1959. Under the State Permit Alternative, Trinity River instream flows would be reduced from the No Action levels of approximately 340 thousand acre feet (taf) of water per year to 120 taf. The State Permit Alternative would not meet the purpose and need of the proposed action, but could slightly benefit Sacramento River water quality and fisheries and Sacramento and Central Valley water resources and supply.

# Contents

**Page**

**Abstract**............................................................................................................**iii**
**U.S. Department of the Interior, U.S. Fish and Wildlife Service Cover Letter**..................**ix**
**Title Page**..........................................................................................................**xi**
**Cover Sheet**......................................................................................................**xiii**

**Chapter**

**1   Context**........................................................................................................**1-1**
    1.1    History of the Project.............................................................................1-1
    1.2    Relationship to Other Documents and Necessary Decisions.........................1-3
    1.3    Description of the FEIS/ EIR Format.............................................................1-4

**2   Changes to the DEIS/EIR**.........................................................................**2-1**
    2.1    Changes to the DEIS/ EIR—Executive Summary ..........................................2-1
    2.2    Changes to the DEIS/ EIR.........................................................................2-21
    2.3    Changes to the DEIS/ EIR—Tables and Figures .........................................2-87
    2.4    Changes to the DEIS/ EIR—Technical Appendices ....................................2-157

**3   Index to the FEIS/EIR**...............................................................................**3-1**

**4   Appendices**...............................................................................................**4-1**
    A.    DEIS/ EIR Distribution Report and FEIS/ EIR Distribution List
    B.    Biological Assessment
    C.    Implementation Plan and AEAM Plan
    D.    DEIS/ EIR List of Commentors, Thematic Responses, Comments and Responses to Comments
            D1.    List of Commentors
            D2.    Thematic Responses
            D3.    Comments and Responses to Comments (bound separately)

**5   Attachments**.............................................................................................**5-1**
    1.    Sacramento River Flow Below Freeport (PROSIM)
    2.    Summary of Water Quality Data for the Spring Creek Debris Dam, January 3, 1996, through January 31, 2000
    3.    Transcripts
    4.    X2 Position
    5.    Figures for Response 6314-68
    6.    References for Responses to Comments
    7.    List of Abbreviations and Acronyms



# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

California/Nevada Operations Office
2800 Cottage Way, Suite W-2606
Sacramento, California 95825-1846

Dear Interested Party,

I am pleased to transmit to you the **Final Environmental Impact Statement (FEIS)/Report for the Trinity River Mainstem Fishery Restoration**. This EIS/R is prepared in compliance with the National Environmental Policy Act (NEPA) and the California Environmental Quality Act (CEQA). This document was prepared by the U.S. Bureau of Reclamation, U.S. Fish and Wildlife Service, the Hoopa Valley Tribe and Trinity County.

The purpose of the FEIS is to evaluate various alternatives against a No Action alternative to identify the benefits and impacts of implementing the preferred alternative. This document will be considered by the Secretary of the Interior in making a decision as to what actions will be taken to restore the mainstem Trinity River.

Included in this mailing as an enclosure are two relevant Biological Opinions (from Fish and Wildlife Service and National Marine Fisheries Service) addressing Endangered Species Act compliance for the proposed preferred alternative.

For further information regarding this FEIS, please contact any of the four co-leads:

U.S. Bureau of Reclamation
2800 Cottage Way
Sacramento, CA 95825-1898

U.S. Fish and Wildlife Service
2800 Cottage Way
Sacramento, CA 95825-1898

Trinity County Natural Resources Division
P.O. Box 156/98 A Clinic Ave
Hayfork, CA 96041-0156

Hoopa Valley Tribe
P.O. Box 417 Fisheries Building
Loop Road
Hoopa, CA 95546

Sincerely,

Mary Ellen Mueller

Mary Ellen Mueller
Fisheries Supervisor
California/ Nevada Operations Office

*Report*

# Trinity River Mainstem Fishery Restoration

## Final Environmental Impact Statement/Report

**Lead Agencies:**

**U.S. Fish and Wildlife Service**
**U.S. Bureau of Reclamation**
**Hoopa Valley Tribe**
**Trinity County**

**State Clearinghouse**
**No. 1994123009**

October 2000

# Cover Sheet

Title of Proposed Action:   Trinity River Mainstem Fishery Restoration

Responsible Officials:      Mr. Michael Spear               Mr. Tom Stokely
(Lead Agencies)             U.S. Fish and Wildlife Service  Trinity County Natural
                            Fisheries Supervisor            Resources Division
                            2800 Cottage Way                P.O. Box 156/ 98 A Clinic Ave
                            Suite W-2606                    Hayfork, CA 96041-0156
                            Sacramento, CA 95825

                            Mr. Lester Snow                 Mr. Mike Orcutt
                            U.S. Bureau of Reclamation      Hoopa Valley Tribe
                            2800 Cottage Way                P.O. Box 417 Fisheries Building
                            Suite E-1604                    Loop Road
                            Sacramento, CA 95825            Hoopa, CA  95546

Contacts:                   Mary Ellen Mueller             Mr. Tom Stokely
(Lead Agencies)             U.S. Fish and Wildlife Service  Trinity County Natural
                            Fisheries Supervisor            Resources Division
                            2800 Cottage Way                P.O. Box 156/ 98 A Clinic Ave
                            Suite W-2606                    Hayfork, CA 96041-0156
                            Sacramento, CA 95825

Legal Mandate:              National Environmental Policy Act of 1969, 42 U.S.C. 4321 et
                            seq., and the California Environmental Quality Act, California
                            Public Resources Code, Sections 21000 et seq.

Location of Proposed        Trinity County, California
Action:

# Chapter 1
# Context

CHAPTER 1
# Context

## 1.1   History of the Project

In 1994, the U.S. Fish and Wildlife Service (Service), Hoopa Valley Tribe, Trinity County, and U.S. Bureau of Reclamation (Reclamation) began work on the Trinity River Mainstem Fishery Restoration Draft Environmental Impact Statement/ Environmental Impact Report (DEIS/ EIR). The DEIS/ EIR was initiated as a result of congressional mandates and statutory requirements to restore and maintain the natural production of anadromous fish on the Trinity River mainstem downstream of the Lewiston Dam. Since the construction of the dam, a number of studies, including an Environmental Impact Statement (EIS) released by the Service in November 1980 and the Trinity River Flow Evaluation Study (TRFES) released in June 1999, documented habitat loss and declining anadromous fish populations in the mainstem Trinity River.

The DEIS/ EIR was undertaken to evaluate and disclose the potential environmental benefits and adverse impacts resulting from proposed actions to restore the fishery. These actions include mechanical restoration, implementation of the recommendations contained in the TRFES, and a range of other reasonable alternatives. The DEIS/ EIR was prepared with the support of the Hoopa, Karuk, and Yurok Tribes and thirteen local, state, and federal agencies (either cooperating, responsible, or trustee agencies)[1]. The effort to collect, analyze, and present technical information was further complimented by six technical teams lead by representatives of the Service, Reclamation, Western Area Power Administration (Western), U.S. Army Corps of Engineers (Corps), and the U.S. Bureau of Land Management (BLM).

The Service, the designated lead agency under the National Environmental Policy Act (NEPA), began the public process on October 12, 1994, when it published a Notice of Intent (NOI) to prepare an EIS in the Federal Register (59 FR 25141). Shortly thereafter, Trinity County, the responsible California Environmental Quality Act (CEQA) agency, followed this action by forwarding a Notice of Preparation (NOP) of an EIR to the State Clearinghouse on November 16, 1994.

Soon after the publication of the NOI, a series of joint NEPA/ CEQA scoping meetings were held in Willows, Weaverville, Hoopa, and Eureka, California from October 27, 1994 through November 3, 1994. Public input received during the meetings and subsequent follow-up letters helped the agencies identify potential environmental impacts and areas of concern. These concerns included: fishery resources, Tribal trust obligations, Central Valley Project (CVP) agricultural and municipal and industrial (M&I) water contractors, vegetation and wildlife resources, water quality and inriver temperature, water management, CVP power generation, recreation and recreation economics, socioeconomics, land use, Trinity River

---

[1] See Section 5.2 in Chapter 2 of this FEIS/EIR, Changes to the DEIS/EIR, for a list of involved agencies and individuals.

flooding, aesthetics (related to reservoir drawdown), ocean sport and commercial fishing, and upland watershed rehabilitation.

As the DEIS/EIR was being prepared, additional public meetings were held from March 25 through April 4, 1996, in Orleans, Eureka, Hoopa, Weaverville, Willows, Fresno, and Sausalito, California, and Coos Bay (Oregon). This series of meetings provided the public with additional opportunities for comment and included a discussion of preliminary TRFES recommendations, EIS/EIR alternatives, impact areas, and analytical methods. In addition, the meetings provided updates on the project schedule and recent legislative actions.

An update on the alternatives and information on preliminary analysis results was held at a second round of public meetings on October 28, 29, and 30, 1997, at Hoopa, Weaverville, and Sacramento, respectively. In addition, a public meeting was held in Weaverville on February 17, 1998, to present information on proposed significance criteria that had been developed to help identify the significance of the various impacts. A series of newsletters were mailed out to a large number of interested parties in January 1996, September 1996, and October 1997 to provide additional sources of public information. Distribution of news and information concerning the DEIS/EIR was supplemented in the fall of 1998 when the Service posted an Internet web page at http://www.ccfwo.r1.fws.gov/ccfwo/treis.htm. Trinity County also provided electronic access to information concerning Trinity River activities by maintaining a public list server known as "env-trinity" available through subscription to majordomo@igc.apc.org.

On October 19, 1999, the Service published a notice in the Federal Register announcing the availability of the draft document and the commencement of the public comment period (64 FR 56364). In addition, news releases and articles announcing the availability of the DEIS/EIR were published in several area newspapers including the Trinity Journal, Sacramento Bee, San Francisco Chronicle, Eureka Times-Standard, and the San Jose Mercury News. The document was made available for public review at libraries and other public places in California and in Coos Bay and Portland, Oregon. In addition, 754 hard copies of the document, as well as 470 copies of the Executive Summary and 225 electronic versions of the DEIS/EIR on CD-ROM, were distributed to interested individuals, organizations, and agencies. A complete series of technical appendices were also included as part of the CD-ROM, and hardcopy versions of the appendices were also made available to the public and interested agencies upon request.

The public comment period included a series of joint NEPA/CEQA public hearings held in Redding, Sacramento, and Eureka on November 16, 18, and 23, 1999, respectively. In addition, the Trinity County Board of Supervisors held a CEQA meeting in Weaverville, California, on December 7, 1999. These meetings provided the public with an opportunity to submit both written and oral comment to the lead agencies. The comment period was originally scheduled to end on December 8, 1999. However, on December 2, 1999, the Service extended the period until December 20, 1999 (64 FR 67584). Public technical workshops were held in Sacramento on December 6, 1999, and in Weaverville on December 7, 1999. On December 27, 1999, the Service published a notice in the Federal Register to reopen the public comment period until January 20, 2000 (64 FR 72357). Public notices regarding the hearings and extensions were also published in the aforementioned newspapers and the Redding Record Searchlight.

In response to the public outreach effort, the lead agencies received a substantial number of letters and postcards commenting on the DEIS/EIR. In total, the lead agencies received written comments from 6,445 people and organizations (1,009 letters and 5,436 preprinted postcards). A list of the commentors and the response of the agencies to each of those comments is presented in Chapter 4 of this FEIS/EIR, Appendix D.

## 1.2   Relationship to Other Documents and Necessary Decisions

This Final Environmental Impact Statement/Environmental Impact Report (FEIS/EIR) amends the DEIS/EIR in response to public comment and incorporates additional information, corrections, and changes. As such, this FEIS/EIR hereby incorporates the DEIS/EIR by reference. All portions of the DEIS/EIR should be considered valid and applicable except for those changes made explicitly herein. Although a number of revisions have been made in developing the FEIS/EIR, none of the revisions are sufficiently substantial or significant so as to require recirculation. For further information regarding recirculation, see thematic response titled "Requests for Recirculation" in Appendix D of this FEIS/EIR.

This FEIS/EIR functions as both a project-level FEIS/EIR and a programmatic FEIS/EIR. As both a project-level and programmatic FEIS/EIR, this document is intended to provide full environmental review for policy decisions associated with changing Trinity River flows, managing the Trinity River Division (TRD) to meet such flows, and the impact such flows could have on dependent uses of Trinity River water. However, as a programmatic FEIS/EIR, this document is intended to provide only first-tier review for the mechanical rehabilitation projects, dam modifications, spawning gravel placement, modifications to structures in the floodplain, and other site-specific activities.

The Secretary of the Interior will issue a Record of Decision (ROD) no less than 30 days after the date on which this FEIS/EIR becomes available to the public. Because the Trinity River FEIS/EIR is a non-delegated NEPA action, signatory approval is required from both the Assistant Secretary for Water and Science and the Assistant Secretary for Fish, Wildlife, and Parks. The lead CEQA agency will certify the EIR no less than 10 days after providing written response to comments received from responsible state agencies and other commenting agencies.

As required under the Endangered Species Act (ESA) (16 U.S.C. 1531 et seq.), implementation of the selected alternative required consultation with the Service and the National Marine Fisheries Service (NMFS) on impacts to endangered, threatened, and proposed species. Furthermore, implementation of the selective alternative could require a number of permits and agency consultation and approval under other "cross-cutting" local, state, and federal laws. Agencies with potential permit and approval requirements include, but are not limited to, Trinity County, the California North Coast Regional Water Quality Control Board (NCRWQCB), the State Lands Commission (SLC), and the Corps.

A number of other projects with a direct and/or indirect relationship to the Trinity River are currently under environmental review. These projects include the CVPIA Final Programmatic EIS and ROD, the CALFED San Francisco Bay/Sacramento-San Joaquin Delta (Bay-

Delta) program, and ongoing issues related to the operation of the Klamath Project. However, this FEIS/ EIR is not tiered to these projects. Nevertheless, the Service, Reclamation, and other involved parties are making efforts to fully coordinate the analyses, models, data and assumptions for this FEIS/ EIR and other potentially related projects that are currently under review.

## 1.3   Description of the FEIS/EIR Format

This FEIS/ EIR contains much of the typical introductory material that preceded this section (e.g., title page, cover sheet, abstract, and table of contents). Following this section is the body of the FEIS/ EIR. The outline is identical to that of the DEIS/ EIR. For each section that does not differ from the DEIS/ EIR to the FEIS/ EIR, the term "*NO CHANGE*" is used to designate that section. Where a change is being incorporated from what was presented in the DEIS/ EIR, that change is presented and discussed. First, the nature of the change is often discussed (e.g., a paragraph being appended, a sentence is being revised, a table or figure is corrected). Next, the reason for the change may be discussed briefly. Last, the change itself is presented in redline/ strikeout format. Shaded (highlighted) words and characters are additions, and the words and characters that are lined through (~~strikeout~~) are deletions. Following Chapter 2, Changes to the DEIS/ EIR, Chapter 3 lists the index to this FEIS/ EIR document.

There are four appendices to this document. Appendix A includes the distribution list for the FEIS/ EIR and the DEIS/ EIR distribution report, which lists the names of organizations and individuals who received the document for review and comment. Appendix B contains the Biological Assessment. Appendix C includes the Trinity River Implementation Plan and AEAM Plan. Appendix D consists of three sections: (D1) the names of organizations and individuals who submitted comments to the DEIS/ EIR ("commentors"), (D2) thematic responses (responses designed to address certain types of comments submitted by individuals and various organizations that are substantially similar in their subject matter and the concerns they raise), and (D3) the public comments received and the agencies' and tribes' responses to those comments.

RDD/003670863.DOC (CLR588.DOC)

# Chapter 2
# Changes to the DEIS/EIR

# Chapter 2 Contents

Page

**Section**

**Changes to the DEIS/EIR** ........................................................................................ **2-1**
    2.1    Changes to the DEIS/EIR—Executive Summary ............................................. 2-1
    2.2    Changes to the DEIS/EIR ............................................................................ 2-21
    2.3    Changes to the DEIS/EIR—Tables and Figures............................................. 2-87
    2.4    Changes to the DEIS/EIR—Technical Appendices ...................................... 2-157
          2.4.1    Technical Appendix A—Water Resources/Water Quality ........... 2-157
          2.4.2    Technical Appendix B—Fishery Resources ..................................... 2-327
          2.4.3    Technical Appendix C—Vegetation, Wildlife, and Wetlands
                   Resources .............................................................................. 2-353
          2.4.4    Technical Appendix D—Recreation Resources................................ 2-357
          2.4.5    Technical Appendix E—Land Use .................................................... 2-385
          2.4.6    Technical Appendix F—Power Resources ....................................... 2-407
          2.4.7    Technical Appendix G—Socioeconomics and Environmental
                   Justice................................................................................... 2-415

**Tables**

ES-1    Summary of Impacts ............................................................................... 2-7

ES-3    Cumulative Impact Water Deliveries ........................................................ 2-11

ES-4    Summary of Significant Adverse Environmental Impacts and Proposed
          Mitigation........................................................................................... 2-12

2-2    Operations, Policies, and Regulatory Requirements Assumed in the No Action
          Alternative ......................................................................................... 2-94

2-4    Annual Volumes and Peak Releases—Maximum Flow Alternative........................ 2-96

2-5    Annual Volumes and Peak Releases—Flow Evaluation Alternative ...................... 2-96

2-6    Annual Volumes and Peak Releases—Percent Inflow Alternative .......................... 2-96

2-9    Summary Description of Alternatives ......................................................... 2-97

3-3    Comparison of Impacts on Water Resources................................................ 2-99

3-5A    Water Temperature Criteria  (°C)  of the Hoopa Valley Tribe WQCP for the
          Mainstem Trinity River ......................................................................... 2-102

3-8A    Percentage of the Year that Water Temperatures of the Trinity River Would
          Meet the Water Temperature Objectives Identified in the Hoopa Valley
          Tribe WQCP....................................................................................... 2-102

3-9    Water Quality Summary Table Sacramento River Impacts..................................... 2-103

# Chapter 2 Contents, continued

Page

3-10 Life History and Habitat Needs for Anadromous Salmonid Fish in the Trinity River Basin ............................................................................. 2-103

3-13A Estimates of Yurok and Hoopa Valley Tribal Harvest of Adult Coho Salmon, 1984-1999 ............................................................................. 2-104

3-19 Fish Harvest Estimates by Alternative ........................................... 2-105

3-20 Ocean Salmon Sportfishing Trips and Angler Benefits (in 1997 dollars) ............... 2-106

3-24 Special-status Plant Species Occurring or Potentially Occurring in Riparian, Wetland, and Riverine Habitat along the Trinity and Lower Klamath Rivers ....... 2-108

3-25 Special-status Plant Species Potentially Occurring in the Central Valley ............... 2-108

3-32 Preferred Recreation Flow Ranges/Thresholds ................................. 2-109

3-33 Riverine Recreation Opportunities – Trinity River ............................ 2-111

3-36 Summary of Impacts to Trinity, Shasta, and Folsom Reservoir Recreation Opportunities ........................................................................ 2-115

3-37 Summary of Impacts to Reservoir Use and Benefits ......................... 2-117

3-38 Trinity, Shasta, and Folsom Reservoir Recreation Opportunities, Use, and Benefits ................................................................................ 2-119

3-46 Property Value Impact Ranking Summary ...................................... 2-121

3-49 Power Resources Summary Table .................................................. 2-123

3-54 Trinity River Basin Region (Defined as Trinity County for Up-front Impacts, and Trinity and Shasta Counties for Annual Impacts) ............................ 2-125

3-55 Lower Klamath River Basin/Coastal Area Regions ............................ 2-126

4-3A Modeling Assumptions ................................................................ 2-129

4-4 Summary of Significant Adverse Environmental Impacts and Proposed Mitigation ............................................................................... 2-130

B-3 Life History and Habitat Needs for Anadromous Salmonid Fish in the Trinity River Basin ........................................................................... 2-336

D-2 Preferred Recreation Flow Ranges/Thresholds ................................. 2-362

D-3 Riverine Recreation Opportunities – Trinity River ............................ 2-363

D-6 Impacts to Trinity and Shasta Reservoir Recreation Opportunities ......... 2-367

D-7 Impacts to Reservoir Use and Benefits ........................................... 2-368

# Chapter 2 Contents, continued

Page

D-8     Reservoir Recreation Opportunities, Use and Benefits ............................................. 2-369

TA-54  Trinity River Basin Region (Defined as Trinity County for Up-front Impacts,
        and Trinity and Shasta Counties for Annual Impacts) ............................................. 2-423

TA-55  Lower Klamath River Basin/Coastal Area Regions ................................................. 2-424

**Figures**

2-4     Trinity River Existing and Potential Channel Rehabilitation Sites .......................... 2-139

2-8     Long-term Average Annual Exports and Releases for Maximum Flow, Flow
        Evaluation, Percent Inflow, and State Permit Alternatives ..................................... 2-141

3-5     1960 Aerial Photo of Junction City Pre-dam Geomorphology ............................... 2-143

3-7     1989 Aerial Photo of Junction City Post-dam Geomorphology ............................. 2-145

3-8     Flows Required for Creation of Alluvial River Attributes ....................................... 2-147

3-35    Temporal Distribution of Anandromous Salmonid Reproduction ........................ 2-149

3-37    Geographic Location of Coastal Study Area ........................................................... 2-151

4-6     PROSIM Average (1983-1993) CVP Allocations South of the Delta ...................... 2-153

4-7     PROSIM Average (1983-1993) CVP Allocations North of the Delta ...................... 2-155

B-2     Temporal Distribution of Anadromous Salmonid Reproduction .......................... 2-337

CHAPTER 2
# Changes to the DEIS/EIR

## 2.1   Changes to the DEIS/EIR—Executive Summary

**Introduction**                                                   *(NO CHANGE)*
**Purpose and Need for the Action**                    *(SEE SUBSECTIONS)*

**Tribal Trust**
**pg. ii**

The Hoopa Valley Indian Reservation was established in 1864.  The reservation generally consists of a ~~12-mile-square~~ 144-square-mile block of land bisected by the lower Trinity River.  In 1988, Congress, via the Hupa-Yurok Settlement Act (P.L. 100-580), established the Yurok Indian Reservation, which is bisected by the lower Klamath River.  Several court rulings have established that an important  Indian purpose  for the reservations was to reserve the tribes=rights to take fish from the Klamath and Trinity Rivers.

**Description of Alternatives**                          *(SEE SUBSECTIONS)*

**Preferred Alternative**
**pg. iv**

The Flow Evaluation Alternative, coupled with additional watershed protection efforts (described in the Mechanical Restoration Alternative), was identified as the preferred alternative because it best meets the purpose, need, goals, and objectives, while also minimizing adverse impacts.  In addition, the preferred alternative achieved the following screening criteria, which were jointly developed by the four co-leads (Service, Reclamation, Hoopa Valley Tribe, and Trinity County)  The preferred alternative:

- Substantially increases natural production of anadromous fish on the Trinity River mainstem

- Substantially restores inriver and ocean fishing opportunities

- Improves tribal access to trust resources

- Balances environmental and social beneficial and adverse impacts across the Trinity River Basin, Lower Klamath River Basin/Coastal Area, and the Central Valley Basin while meeting the mandate from the SWRCB in Water Rights Orders 90-05 and 90-01 to cause no harm to the Trinity River fishery as a result of diversions to the Sacramento River for temperature control

- Allows for the continued operation of the TRD including water exports

- Limits flooding impacts on the Trinity River

**pg. v**

**The following text has been added immediately above No Action Alternative:**

The 600 thousand acre-feet (taf) carryover storage level associated with the Flow Evaluation Alternative would be maintained for the Preferred Alternative except in exceedingly dry years if deemed necessary to avoid potentially infeasible operations at Shasta Dam.  In such years (identified as potentially occurring in the future per the modeling analysis under the cumulative scenario), carryover storage would be reduced to 400 taf.

**pgs. vi through viii**

**Table ES-1 has been modified to include Hoopa Valley Tribe temperature standards and additional information, and to correct some values.  See revised Table ES-1 at the end of this section.**

**Affected Environment and Environmental Consequences**          *(SEE SUBSECTIONS)*

**Water Resources**                                         **(CHANGES FOLLOW)**
**pg. xi**

**Central Valley.**  Under No Action and Mechanical Restoration the TRD would divert approximately ~~900~~ 870 taf annually to the Central Valley (actual diversions may be less due to spills and Safety of Dam criteria).  Under Maximum Flow, Flow Evaluation, Percent Inflow, and State Permit the TRD would divert ~~0, 655, 750, and 1130 taf~~ 0, 630, 730, and 1,070 taf, respectively.  Maximum Flow, Flow Evaluation, and Percent Inflow would reduce the amount of water delivered to CVP contractors and Delta inflow.  Under No Action conditions, groundwater pumping, and associated land subsidence, would increase in some parts of the Central Valley (e.g., Yolo, San Joaquin/Tulare areas due to increased water demand driven by population growth.  Maximum Flow would substantially exacerbate these effects.  Flow Evaluation and Percent Inflow would result in localized groundwater elevation declines and land subsidence compared to No Action.  Impacts would be most substantial in the vicinity of areas dominated by water service contractors who are assumed to increase groundwater pumping in response to reduced CVP deliveries.

**Water Quality**                                           **(CHANGES FOLLOW)**
**pgs. xi and xii**

The primary water quality concerns in the DEIS/EIR are Trinity and Sacramento River water temperatures, Trinity River turbidity, and Bay-Delta salinity levels.  Criteria regarding Trinity River temperature, turbidity, and sediment are administered by the North Coast Regional Water Quality Control Board and the Hoopa Valley Tribe.  The temperature criteria were established to maintain cool water temperatures for the benefit of the fishery.  In regards to the Sacramento River, the 1993 biological opinion on CVP operational impacts to the endangered winter run chinook salmon is a significant management criteria.  The opinion requires certain temperatures at various points in the Sacramento River for the conservation of the species, and that Shasta Reservoir be operated to maintain at least 1.9 maf of storage on September 30.  TRD exports are used in conjunction with Shasta releases to assist in meeting the criteria.

**Trinity River Basin.**  Flow Evaluation meets the state temperature criteria 99 percent or more of the time in all water-year classes except critically dry, where the criteria are met 94 percent of the time.  That compliance rate is substantially better than all the other alternatives including No Action.  The improvement is in large part, due to shifting TRD diversions from spring to summer, thereby not allowing water to warm in Lewiston Reservoir.  Use of Trinity Powerplant bypass operations increases Flow Evaluation compliance with state temperature criteria to 100 percent in all water-year classes, but no improvement was seen with bypasses for Percent Inflow and Maximum Flow.  Flow Evaluation meets the Hoopa Valley Tribe's temperature criteria an average of 92 percent of the time, with Maximum Flow showing the best compliance at 96 percent.  No Action, State Permit, and Percent Inflow meet tribal temperature criteria an average of 83 percent, 78 percent, and 82 percent of the time, respectively.  Short-term exceedance of the state turbidity criteria could occur as a result of the channel rehabilitation projects in Flow Evaluation, Percent Inflow, and Mechanical Restoration.  These projects would undergo site-specific environmental review that could include mitigating measures to reduce turbidity.  The watershed protection work in Mechanical Restoration would reduce sediment inputs into tributaries, and subsequently, into the Trinity River by 240,000–480,000 $yd^3/yr$, which is approximately 9-17 percent of the average annual sediment produced in the basin.

**Central Valley.**  Model simulations indicate that increased water demands due to population growth and other factors not related to the alternatives in the DEIS/EIR would increase temperature violations in the Sacramento River from 14 to ~~20~~ 16 percent from 1995 to 2020.  Flow Evaluation increased the violation frequency to 20.5 percent, with all other alternatives having less impact, except Maximum Flow, which increased to 22.8 percent.  ~~Maximum Flow was the only alternative that substantially increased violations above No Action levels.  Similarly, only~~ Maximum Flow ~~was the only alternative that~~ increased Shasta carryover violations.  Maximum Flow would result in the largest reduction in Delta inflows, and therefore, the most adverse impacts to Delta water quality conditions.  The Flow Evaluation and Percent Inflow alternatives were also identified to have modeled impacts to Delta water quality.

**Fishery Resources**                                    **(CHANGES FOLLOW)**
**pg. xiii**

Implementation of the alternatives for purposes of restoring the natural production of anadromous fish in the Trinity River could also effect other fish populations in the river, in the TRD reservoirs, and in the Central Valley and Bay-Delta.  Federally listed species that could be indirectly impacted include the endangered Sacramento River winter run chinook, and threatened Sacramento River spring run chinook salmon, Delta smelt, and Sacramento splittail, ~~and the proposed spring and fall runs of the Central Valley chinook.~~ Species proposed for federal listing that could be indirectly impacted include the fall run of the Central Valley chinook salmon.

**Tribal Trust**                                         **(CHANGES FOLLOW)**
**pg. xiv**

The importance of the Trinity and Klamath Rivers to the Hoopa and Yurok Tribes is evident by the location and shape of the reservations.  The ~~12-mile-square~~ 144-square-mile Hoopa

Valley Indian Reservation is bisected by the lower portion of the Trinity River and the Yurok Reservation is bisected by the Klamath River from its mouth to the confluence with the Trinity. A wide variety of trust assets, ranging from fish to riparian plants to wildlife, could be affected by the alternatives. Therefore, it was decided to use the healthy alluvial river model as a tool for assessing impacts to tribal assets. The DEIS/EIR focuses on the Hoopa Valley and Yurok Tribes; however, the alternatives could indirectly affect other tribes in the region.

**Vegetation, Wildlife, and Wetlands**                                    *(NO CHANGE)*

**Recreation**                                                  **(CHANGES FOLLOW)**
**pg. xv**

**Trinity River Basin.** All of the alternatives showed some benefits and some adverse impacts to recreation opportunities on the Trinity River, depending on the activity, time of year, and water-year class. Maximum Flow showed substantial improvement in terms of river use and benefits, but adverse impacts at Trinity Reservoir due to the large fluctuations in reservoir levels which makes boat ramps unusable substantially more often than is expected under No Action. Flow Evaluation was the only alternative to show increases in recreation use and benefits at both the river and ~~the~~ reservoir, with reservoir recreation use and benefits changing less than 1 percent. State Permit showed the most adverse impacts on the river by a substantial amount (it essentially ended sport fishing), but it showed the largest increase in reservoir use and benefits, although by a comparatively smaller margin. The Trinity River is designated a federal and state Wild and Scenic River, primarily due to its fishery. Maximum Flow and Flow Evaluation would be substantially better at meeting the purposes of the designation than would the other alternatives.

**Land Use**                                                   **(CHANGES FOLLOW)**
**pg. xvi**

**Trinity River Basin.** Scheduled peak releases under No Action would not flood existing residences and structures along the Trinity River; however, uncontrolled operational spills have historically inundated such areas and could occur again in the future. Maximum Flow would cause the most flood damage, followed by Percent Inflow, Flow Evaluation, State Permit, and Mechanical Restoration, in that order. Maximum Flow would make inaccessible 79 properties due to road and bridge flooding. Flooding impacts associated with Percent Inflow would be larger than Flow Evaluation (even though their peak releases are comparable) because the peak releases would likely coincide with high tributary inflows. Impacts under State Permit could be slightly higher than No Action (even though scheduled peak releases are less) due to the increased likelihood of major spill events. No impacts to M&I or agricultural lands are anticipated. ~~Based on the assumption that real estate values along the Trinity River would improve indirectly with increases in fish production, Maximum Flow and Flow Evaluation ranked highest in increasing property values.~~ Based on the assumption that the value of real estate adjacent to the Trinity Reservoir would increase with decreasing range of reservoir surface-water fluctuations, Flow Evaluation ranked first overall in increasing property values, followed by Maximum Flow, Percent Inflow and State Permit (tied), and No Action and Mechanical Restoration (tied).

| | |
|---|---|
| **Power Resources** | *(NO CHANGE)* |
| **Socioeconomics** | *(NO CHANGE)* |
| **Cultural Resources** | *(NO CHANGE)* |

**Air Quality**                                                                                  **(CHANGES FOLLOW)**
**pgs. xviii and xix**

**Trinity River Basin.**  Flow Evaluation, Percent Inflow, and Mechanical Restoration could all result in some increase to airborne particulate matter (PM) as a result of activities associated with the channel rehabilitation sites (e.g., access road building), acquisition and transportation of spawning gravel, dam improvements (Maximum Flow Alternative only) and other actions involving heavy machinery.  Mechanical Restoration impacts would likely be greater since the alternative includes an extensive watershed protection program and perpetual mechanical maintenance of channel rehabilitation sites.

| | |
|---|---|
| **Environmental Justice** | *(NO CHANGE)* |
| **Other Impacts and Commitments** | *(SEE SUBSECTIONS)* |

**Cumulative Impacts**                                                                     **(CHANGES FOLLOW)**
**pg. xix**

Cumulative impacts are the impacts on the environment which result from the incremental impacts of the proposed action when added to other past, present, and reasonably foreseeable future actions, regardless of what agency (federal or non-federal) or entity undertakes such other actions.  The proposed action in the DEIS/EIR may be implemented in an interactive manner with other concurrent projects.  In addition, those other projects may affect the impacts of the proposed action.  The cumulative impact analysis addressed impacts associated with several related actions including:

- Implementation of CVPIA, including evaluation of the 3406(b)(2) water management for upstream and Delta actions similar to those defined in the November 20, 1997 Administrative Paper released by Reclamation and the Service, as well as the October 5, 1999 Decision on Implementation of Section 3406(b)(2) of the CVPIA

- SWRCB water rights process

- CALFED Bay-Delta Program

- Deregulation of the electric industry in California

- Changes in federal farm support programs

- Changes in demand for agricultural products

- Changes to fisheries management

- Changes in demand/supply for timber products

- Changes in demand for recreational activities in the Trinity River Basin not related to the Trinity River or the mainstem reservoirs

- Changes in Trinity River Basin Consumptive Water Use

pg. xxi

Table ES-3 has been modified to correct CVP deliveries with cumulative impacts under each period.  See revised Table ES-3 at the end of this section.

Table ES-4 has been modified to correct an omission and now includes environmental impacts and proposed mitigation for groundwater, water quality, and fishery resources. See revised Table ES-4 at the end of this section.

TABLE ES-1
Summary of Impacts

| Issue | Hydrologic Conditions or Other Variable | No Action in Year 2020 | Compared to No Action | | | | | Preferred Alternative to Existing Conditions |
|---|---|---|---|---|---|---|---|---|
| | | | Maximum Flow | Flow Study | Percent Inflow | Mechanical Restoration | State Permit | |
| Releases into Trinity River | Critically Dry | 340,000 af | +36% | +9% | -51% | 0% | -65% | +9% |
| | Dry | 340,000 af | +160% | +33% | -5% | 0% | -65% | +33% |
| | Normal | 340,000 af | +250% | +~~87~~ 90% | +30% | 0% | -65% | +87% |
| | Wet | 340,000 af | +340% | +110% | +93% | 0% | -65% | +110% |
| | Extremely Wet | 340,000 af | +530% | +140% | +190% | 0% | -65% | +140% |
| Trinity River Exports to Central Valley | Dry Periods | 540,000 af | -100% | -30% | -2% | 0% | +39% | -28% |
| | Long-term Average | 870,000 af | -100% | -28% | -16% | 0% | +23% | -28% |
| Trinity Reservoir Elevation on Sept. 30 | Dry Periods | ~~2,207'~~ 2,214' msl | +~~64'~~ 57' | +~~18'~~ 11' | +~~25'~~ 18' | No Change | +~~11'~~ 4' | +8' |
| | Long-term Average | ~~2,282'~~ 2,285' msl | -~~9'~~ 12' | +~~2'~~ -1' | +~~4'~~ 1' | No Change | +~~11'~~ 8' | -3' |
| Shasta Reservoir Elevation on Sept. 30 | Dry Periods | 933' msl | -65' | -11' | -1' | No Change | +3' | -17' |
| | Long-term Average | 992' msl | -15' | -3' | No Change | No Change | +4' | -6" |
| Delta Inflow | Dry Periods | 11,830,000 af | -2% | -1% | 0% | 0% | +2% | -1 ~~0~~% |
| | Long-term Average | 22,570,000 af | -4% | -1% | -1% | 0% | +1% | -1% |
| Delta Outflow | Dry Periods | 6,320,000 af | -1% | 0% | 0% | 0% | -1% | 0% |
| | Long-term Average | 14,710,000 af | -3% | -1% | -1% | 0% | +1% | -4% |
| Exports at Tracy and Banks Pumping Plants in the Delta | Dry Periods | 3,670,000 af | -5% | -2% | 0% | 0% | +6% | -3% |
| | Long-term Average | 5,950,000 af | -6% | -1% | 0% | 0% | +1% | +6% |
| CVP Deliveries North of Delta | Dry Periods | 2,680,000 af | -6% | -4% | 0% | 0% | +2% | +8% |
| | Long-term Average | 3,120,000 af | -4% | -1% | 0% | 0% | +1% | 11% |
| CVP Deliveries South of Delta | Dry Periods | 1,580,000 af | -13% | -3% | +1% | 0% | +13% | -6% |
| | Long-term Average | 2,570,000 af | -13% | -2% | 0% | 0% | +2% | -3% |

**TABLE ES-1**
Summary of Impacts

| Issue | Hydrologic Conditions or Other Variable | No Action in Year 2020 | Compared to No Action | | | | | Preferred Alternative to Existing Conditions |
|---|---|---|---|---|---|---|---|---|
| | | | Maximum Flow | Flow Study | Percent Inflow | Mechanical Restoration | State Permit | |
| Days with Trinity River Temperature Violations—State standards (percent of the year in violation of Hoopa Valley Tribe temperature standards) | Critically Dry | 78% (12%) | 29% (0%) | 6% (8%) | 100% (13%) | 78% (12%) | 100% (12%) | 84% (12%) |
| | Dry | 24% (8%) | 29% (2%) | 1% (6%) | 87% (12%) | 24% (8%) | 43% (15%) | 0% (8%) |
| | Normal | 2% (31%) | 28% (6%) | 1% (15%) | 86% (29%) | 2% (31%) | 61% (35%) | 3% (31%) |
| | Wet | 0% (27%) | 28% (6%) | 0% (8%) | 72% (23%) | 0% (27%) | 86% (31%) | 0% (27%) |
| | Extremely Wet | 0% (0%) | 73% (10%) | 0% (0%) | 53% (6%) | 0% (0%) | 59% (6%) | 0% (0%) |
| Months Sac. River Temp. Violations | Long-term Average | ~~20~~16% | 23% | 20% | 20% | 20% | 16% | 14% |
| Years Shasta Res. Carryover Violations | Long-term Average | 12% | 14% | 12% | 12% | 12% | 10% | 9% |
| Trinity Escapement as % of TRRP[a] Goals | - | .08 | .81 | .66 | .23 | .18 | .00 | .08 |
| Trinity River Fish Harvested | - | 11,300 | +909% | +741% | +186% | +117% | -100% | 0% |
| Ocean Sportfishing Benefits (millions) | - | $~~35.2~~42.2 | +~~16~~15% | +~~15~~14% | +12% | +~~12~~11% | ~~-10~~11% | 40% |
| Gross Commercial Salmon Revenue (millions) | - | $19.0 | +45% | +41% | +28% | +26% | -37% | - |
| Index of Restoration of Trinity River Tribal Assets | - | .08 | .81 | .66 | .23 | .18 | .00 | .08 |
| Rank of ability to Restore Vegetation to Pre-Dam Conditions | - | 5 | 1 (Best) | 2 | 3 | 4 | 6 | 5 |
| Trinity River Visitor Days | - | 317,200 | +33% | +22% | -2% | 0% | -39% | +79% |

**TABLE ES-1**
Summary of Impacts

| Issue | Hydrologic Conditions or Other Variable | No Action in Year 2020 | Compared to No Action | | | | | Preferred Alternative to Existing Conditions |
|---|---|---|---|---|---|---|---|---|
| | | | Maximum Flow | Flow Study | Percent Inflow | Mechanical Restoration | State Permit | |
| Lower Klamath River Visitor Days | - | 13,200 | +28% | +24% | +8% | +5% | -5% | +84% |
| Trinity Reservoir Visitor Days | - | ~~706,200~~ 803,600 | ~~-4~~ 5% | ~~+4~~ 0% | ~~+2~~ 1% | 0% | ~~+6~~ 5% | +66% |
| Shasta Reservoir Visitor Days | - | 5,682,700 | -8% | -2% | 0% | 0% | +2% | +60% |
| Flooding Impacts to Trinity River (excluding spills) | Properties/Cost (millions) | 0/0 | 112/$14.3 | 1/$5.0 | 16/$6.0 | 0/0 | 0/0 | 0/0 |
| CVP M&I Deliveries to Sacramento Valley | Dry Periods | 82,000 af | -17.8% | -12.2% | +1.5% | 0% | +7.9% | -9% |
| | Long-term Average | 106,000 af | -13.3% | -3.5% | -0.6% | 0% | +2.4% | -22% |
| CVP M&I Deliveries to San Joaquin Valley | Dry Periods | 21,000 af | -1.2% | -0.4% | +0.4% | 0% | +2.1% | -14% |
| | Long-term Average | 27,000 af | -2.2% | -0.4% | -0.1% | 0% | +0.5% | -11% |
| CVP M&I Deliveries to Bay Area | Dry Periods | 231,000 af | -35.6% | -22.4% | +4.7% | 0% | +20.7% | +8% |
| | Long-term Average | 279,000 af | -24.8% | -5.1% | -0.3% | 0% | +5.1% | -6% |
| San Joaquin Valley Agriculture (millions) | Dry Periods | $5,168 | +0.1% | +0.1% | 0.0% | 0% | +0.1% | +15.6% |
| | Long-term Average | $5,195 | -0.2% | 0.0% | 0.0% | 0% | +0.0% | +15.6% |
| Tulare Basin Agriculture (millions) | Dry Periods | $4,513 | +0.2% | +0.1% | 0.1% | 0% | +0.1% | +18.4% |
| | Long-term Average | $4,557 | -0.1% | 0.0% | 0.0% | 0% | +0.0% | +17.8% |
| San Felipe Unit Agriculture (millions) | Dry Periods | $63 | -25.8% | -9.9% | +3.6% | 0% | +37.8% | -16.4% |
| | Long-term Average | $98 | -31.1% | -6.0% | -1.6% | 0% | +5.2% | -9.8% |
| CVP Hydropower Energy | Dry Periods | 2,946 GWh | -25% | -7% | +1% | 0% | +9% | - |
| | Long-term Average | 5,169 GWh | -21% | -6% | -3% | 0% | +4% | - |
| Value of Hydro-power (millions) | Long-term Average | | -$26.0 | -$5.6 | -$7.0 | $0 | +$5.9 | $9,029 |
| Cost per MWh for Ave. Customer | Synthetic Ave. Year | | +$0.96 | +$0.21 | +$0.26 | $0 | -$0.22 | $0.33 |

**TABLE ES-1**
Summary of Impacts

| Issue | Hydrologic Conditions or Other Variable | No Action in Year 2020 | Compared to No Action | | | | | Preferred Alternative to Existing Conditions |
| | | | Maximum Flow | Flow Study | Percent Inflow | Mechanical Restoration | State Permit | |
|---|---|---|---|---|---|---|---|---|
| Implementation Costs 1998-2020 (excluding mitigation and ongoing TRRP[a] projects) | Total Cost 1998-2020 (millions) | $1.5 | $30.3-$80.2 | $71.8-$115.8 | $13.8 | $74.3 | $1.6 | - |
| | Major Expense | Spawning Gravel | Modify Dams and Spawning Gravel | Channel Rehab. and Adaptive Manage. | Channel Rehab-ilitation | Channel Rehab. and Watershed Protection | Spawning Gravel | - |

[A]Trinity River Restoration Program

[B]~~Trinity River Restoration Program~~

[c]Mitigation includes residence and bridge relocation/modification, reservoir boat ramp modification, and other costs.  Other TRRP projects include dredging of sediment ponds, operation of Buckhorn Dam, operation of the Trinity River Salmon and Steelhead Hatchery, and other projects.

**TABLE ES-3**
Cumulative Impact Water Deliveries

| Type of Period | Simulated Annual CVP Deliveries[a] (taf) | | | |
| | 1995 Existing Conditions | No Action in 2020 | Preferred Alternative in 2020 | With Cumulative Impacts |
| --- | --- | --- | --- | --- |
| Long-term Average | 5,380 | 5,690 | 5,600 | ~~5,580~~ 5,460 |
| Dry Period | 4,020 | 4,260 | 4,100 | ~~3,980~~ 3,870 |
| Wet Period | 5,860 | 6,200 | 6,180 | ~~6,380~~ 6,270 |

[a]CVP deliveries include deliveries to Agricultural and M&I Water Service Contractors, Sacramento River water rights contractors, other water rights contractors, and San Joaquin River Exchange Contractors.  CVP deliveries do not include refuge water supplies.

**TABLE ES-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | **Water Resources** | |
| ***Groundwater*** | | | |
| Maximum Flow Flow Evaluation Percent Inflow | Significant declines in groundwater levels could occur in the Sacramento Valley and Tulare Basin regions, primarily in areas receiving CVP agricultural service contract water. | Although changes to surface water supply *per se* were not considered an impact, the development of additional water supplies to meet demands would lessen the associated impacts (e.g., groundwater impacts). A number of demand- and supply-related programs are currently being studied across California, many of which are being addressed through the ongoing CALFED and CVPIA programs and planning processes. Although none of these actions would be directly implemented as part of the alternatives discussed in this DEIS/EIR, each could assist in offsetting impacts resulting from decreased Trinity River exports. Examples of actions being assessed in the CALFED and CVPIA planning processes include:<br><br>• Develop and implement additional groundwater and/or surface-water storage. Such programs could include the construction of new surface reservoirs and groundwater storage facilities, as well as expansion of existing facilities. Potential locations include sites throughout the Sacramento and San Joaquin Valley watersheds, as well as the Delta.<br><br>• Purchase long- and/or short-term water supplies from willing sellers (both in-basin and out-of-basin) through actions including, but not limited to, temporary or permanent land fallowing.<br><br>• Facilitate willing buyer/willing seller inter- and intra-basin water transfers that derive supplies from activities such as conservation, crop modification, land fallowing, land retirement, groundwater substitution, and reservoir re-operation.<br><br>• Promote and/or provide incentive for additional water conservation to reduce demand.<br><br>• Decrease demand through purchasing and/or promoting the temporary fallowing of agricultural lands.<br><br>• Increase water supplies by promoting additional water recycling. | Significant |
| Maximum Flow Flow Evaluation Percent Inflow | The groundwater level declines could result in increased land subsidence within limited areas within the San Joaquin Valley and Tulare Basin regions. | See above. | Significant |
| Maximum Flow | Additional groundwater pumping could | See above. | Significant |

TABLE ES-4
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| Flow Evaluation Percent Inflow | result in upwelling of groundwater high in ~~TSD~~ TDS into productive groundwater zones within limited areas within the San Joaquin Valley and Tulare Basin regions. | | |
| **Water Quality** | | | |
| Flow Evaluation Mechanical Restoration Percent Inflow | The channel rehabilitation projects would result in short-term Trinity River turbidity impacts. | • A 401 water quality certification would be obtained from the NCRWQCB, and a construction procedure would be developed to meet the Basin Plan turbidity requirements. Monitoring would be conducted as specified by the NCRWQCB, and efforts would be taken to reduce levels if they are 20 percent or more over background (e.g., isolating the work area and/or slowing or halting construction until the 20-percent level is achieved).  • Notify individual diverters with state diversion permits within 2 miles downstream of any mechanical channel rehabilitation activity at least 2 days in advance of activities likely to produce turbidity. | Less than significant |
| Maximum Flow Flow Evaluation Percent Inflow | Violate temperature objectives and carryover storage criteria established in the Sacramento River winter run chinook salmon Biological Opinion. | Significant[a] impacts identified for the increased frequency of temperature and carryover storage violations ~~would need to be~~ were evaluated by ~~the~~ NMFS. ~~Such consultation could result in modification of the existing Biological Opinion. Given the result of this consultation is unknown, this significant impact is considered to be unmitigable at this time.~~ See mitigation for water quality fish-related impacts under Fishery Resources.  (See also water supply related impacts under Groundwater.) | Significant[a] |
| Maximum Flow Percent Inflow State Permit | Violate state temperature objectives established for the Trinity River. | Significant impacts identified for violation of state temperature objectives would be evaluated by the NCRWQCB. Consultation with NMFS would occur pursuant to Trinity River coho salmon. Bypassing the Trinity Powerplant could offset impacts to temperature in the Trinity River. Preliminary analysis of powerplant bypasses indicates that pulling colder water from lower in the reservoir could alleviate temperature impacts. Further evaluation of the benefits and costs would be needed before a full assessment could be made. Given the result of consultations and bypass analysis is unknown, this significant impact is considered to be unmitigable at this time. | Significant |
| Maximum Flow Percent Inflow State Permit | Violate Hoopa Valley Tribe temperature objectives established for the Trinity River. | Significant impacts identified for violation of tribal temperature objectives would be evaluated by the Hoopa Valley EPA. Consultation with NMFS would occur pursuant to Trinity River coho salmon. Bypassing the Trinity Powerplant could offset impacts to temperature in the Trinity River. Preliminary analysis of powerplant bypasses indicates that pulling colder water from lower in the reservoir could alleviate temperature impacts. Further | Significant |

TABLE ES-4
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | evaluation of the benefits and costs would be needed before a full assessment could be made. Given the result of consultations and bypass analysis is unknown, this significant impact is considered to be unmitigable at this time. | |

| | | **Fishery Resources** | |

*Native Anadromous Species*

| State Permit | Would affect native anadromous species utilizing the Trinity River due to inadequate habitat conditions and water temperature. | Anticipated significant impacts to native anadromous salmonids in the Trinity River from implementation of this alternative would be unmitigable. | Significant |
| Maximum Flow Flow Evaluation Percent Inflow | Violate temperature objectives and carryover storage criteria established in the Sacramento River winter run chinook salmon Biological Opinion. | (See mitigation for water quality related impacts under Water Quality.) ~~Consult with NMFS and implement any required conservation measures. Given the result of this consultation is unknown, this significant impacts is considered to be unmitigable at this time.~~ Significant impacts requiring mitigation for adverse effects to anadromous salmonids in the Sacramento River system associated with Maximum Flow and Percent Inflow Alternatives would need to be addressed during reconsultation with NMFS. Significant impacts related to temperature objectives and carryover storage criteria established in the Sacramento River winter-run chinook salmon BO for the Flow Evaluation (Preferred Alternative) were addressed through reconsultation under ESA with NMFS.<br><br>Per the NMFS' Biological Opinion (2000; under separate cover), implementation of the Preferred Alternative is not likely to jeopardize Southern Oregon/Northern California Coast (SONCC) coho salmon, Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, or Central Valley steelhead. The NMFS does anticipate that SONCC coho salmon habitat adjacent to and downstream of the channel rehabilitation projects associated with the Preferred Alternative may be temporarily degraded during construction. Construction of these projects, which will create a substantial amount of additional suitable habitat, may temporarily displace an unknown number of juvenile coho salmon but is not expected to result in a lethal take. The NMFS does not anticipate that the implementation of the proposed action will incidentally take Central Valley spring-run chinook or Central Valley steelhead, but that the Preferred Alternative will result in a minute increase in the level of Sacramento River winter-run chinook incidentally taken in all years except critically dry years. In such years, Reclamation would be required to reinitiate consultation per the | Significant[a] |

**TABLE ES-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | existing Winter-run Central Valley Project Operations Criteria and Plan to develop year-specific temperature control plans.  Implementation of the following reasonable and prudent measures specified in the NMFS BO to minimize the effects of incidental take shall be non-discretionary and will result in minimizing impacts of incidental take of SONCC coho salmon and Sacramento River winter-run chinook salmon in all years including critically dry years: | |
| | | The Service and Reclamation shall: | |
| | | 1.   Implement the flow regimes included in the proposed action (as described in the DEIS/EIR, page 2-19, Table 2-5) as soon as possible. | |
| | | 2.   Ensure that NMFS is provided the opportunity to be represented during implementation of the Adaptive Environmental Assessment and Management program. | |
| | | 3.   Ensure that the replacement bridges and other infrastructure modifications, needed to fully implement the proposed flow schedule, are designed and completed as soon as possible. | |
| | | 4.   Periodically coordinate with NMFS during the advanced development and scheduling of the habitat rehabilitation projects described in the DEIS/EIR. | |
| | | 5.   Complete "the first phase of the channel rehabilitation projects" (U.S. Fish and Wildlife Service and U.S. Bureau of Reclamation, 2000) in a timely fashion. | |
| | | 6.   Implement emergency consultation procedures during implementation of flood control or "safety of dams" releases from Lewiston Dam to the Trinity River. | |
| | | 7.   In dry and critically dry water-year classes, Reclamation and Service shall work cooperatively with the upper Sacramento River Temperature Task Group to develop temperature control plans that provide for compliance with temperature objectives in both the Trinity and Sacramento Rivers. | |
| | | Implementation of these measures will be non-discretionary. | |

**TABLE ES-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| *Resident Native and Non-native Fish* | | | |
| State Permit | Increased water temperatures, which would reduce non-native Trinity River fish habitat. | Anticipated significant impacts to resident fish in the Trinity River from implementation of this alternative would be unmitigable. | Significant |
| Maximum Flow Flow Evaluation Percent Inflow | Impacts to Delta smelt and Sacramento splittail as a result of changes in Delta inflow to export ratios. | ~~Consult with Service and implement any required conservation measures. Given the result of this consultation is unknown, this significant impact is considered to be unmitigable at this time.~~ Significant impacts requiring mitigation related to changes in Delta inflow and export ratios associated with Maximum Flow and Percent Inflow Alternatives would need to be addressed during reconsultation with NMFS. Significant impacts related to changes in Delta inflow and export ratios for the Flow Evaluation (Preferred Alternative) were addressed through consultation under ESA with the Service.<br><br>Per the Service's Biological Opinion (2000; under separate cover), implementation of the Preferred Alternative is not likely to jeopardize delta smelt and Sacramento splittail or adversely modify critical habitat for delta smelt. The Service has concurred with the determination that implementing the Preferred Alternative will not likely adversely affect the bald eagle and northern spotted owl. It is anticipated that delta smelt and Sacramento splittail will be adversely affected by implementing the Preferred Alternative and that incidental take may be affected in manner or extent not analyzed in the March 6, 1995 Biological Opinion on the Long-term Operation of the CVP and SWP. Therefore, the following reasonable and prudent measure to minimize the effects of incidental take was developed:<br><br>1. U.S. Bureau of Reclamation (Reclamation) shall minimize the effects of reoperating the Central Valley Project resulting from the implementation of the Preferred Alternative within the Trinity River Basin on listed fish in the Delta.<br><br>Implementation of this measure will be non-discretionary. | Significant[a] |
| *Reservoirs* | | | |
| Maximum Flow | Impacts to largemouth and smallmouth bass spawning in Trinity Reservoir due to reduced water surface levels. | A smallmouth and largemouth bass stocking program shall be instituted similar to the existing stocking program for coldwater species. | Less than significant |

**TABLE ES-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| *Ocean Fisheries Economics* | | | |
| State Permit | Reduced angler benefits and net income of charter boat operators in the Mendocino Region. | No mitigation is available. | N/A |
| State Permit | Reduced commercial fishing harvests and related economic benefits. | No mitigation is available. | N/A |
| *Tribal Trust* | | | |
| State Permit | Reduced flows would lead to further decline in tribal access to trust resources. | No mitigation is available. | Significant |
| *Vegetation, Wildlife, and Wetlands* | | | |
| *Vegetation* | | | |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Ground disturbing activities could result in a loss of vegetation and special-status plant populations. | Conduct site-specific environmental reviews prior to mechanical ground-disturbing activities.  Such reviews shall, when appropriate, include surveys for federal and state endangered, threatened, and proposed species, or for other species if required by permitting agencies (e.g., USFS).  If such species are present, actions shall be taken to avoid impacts. | Less than significant |
| | | Develop and implement a revegetation plan for all ground-disturbing activities (excluding channel rehabilitation sites).  Revegetation shall use plant species found adjacent to the impact area or from similar habitats, subject to land-owner and/or agency concurrence.  Replacement ratios and monitoring plans, if determined necessary, will be developed in cooperation with the Corps, Service, and CDFG. | |
| State Permit | Further degradation of riparian vegetation due to reduced flows. | No mitigation is available. | Significant |
| *Wildlife* | | | |
| Flow Evaluation Percent Inflow Mechanical Restoration | Direct mortality of foothill yellow-legged frogs or egg masses, adult western pond turtles and hatchlings, or willow flycatcher nests and young during construction (and maintenance for the Mechanical Restoration) of the channel rehabilitation sites. | Conduct site-specific environmental reviews prior to mechanical ground-disturbing activities.  Such reviews shall, when appropriate, include surveys for federal and state endangered, threatened, and proposed species, or for other species if required by permitting agencies (e.g., USFS).  If such species are present, actions shall be taken to avoid impacts (e.g., delay construction until after willow flycatcher chicks fledge). | Less than significant |

**TABLE ES-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| State Permit | Continued degradation and reduction of habitat as a result of reduced flows. | No mitigation is available. | Significant |
| **Wetlands** | | | |
| Flow Evaluation Percent Inflow Mechanical Restoration | The mechanical channel rehabilitation projects could impact wetland resources. | Conduct pre-construction delineation of wetland areas at sites that may contain wetlands.  Consult with the Corps on potential impacts to wetland resources. No mitigation is available. | Less than significant |
| **Recreation** | | | |
| **Riverine** | | | |
| Maximum Flow Flow Evaluation Mechanical Restoration State Permit Percent Inflow | Impacts from flows to a number of recreation activities for at least a portion of the recreation season. | Flow-related significant impacts would be unmitigable without changing the flow release schedule which is inherent to the alternative. | Significant |
| Maximum Flow Flow Evaluation State Permit Percent Inflow | Impacts to public safety from river flows that are too high or too low (i.e., outside the preferred range for boating). | Post signs at river access points showing daily flows.  Offer a toll-free tele-phone number so recreationalists can call to obtain daily flow information.  Post daily flows on the Internet. | Less than significant |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Impacts to recreation activities from turbidity associated with the construction (and maintenance for Mechanical Restoration) of the channel rehabilitation sites. | (See mitigation for water quality related impacts under Water Quality.) | Less than significant |
| **Reservoirs** | | | |
| Maximum Flow Flow Evaluation | Increase the frequency at which Trinity Reservoir boat ramps are unusable, which would indirectly impact marinas and campgrounds. | All affected boat ramps should be extended a sufficient distance to accommodate the new water levels.

Marina owners should be compensated for additional costs associated with moving their facilities or to construct new facilities to accommodate the new water levels.

Campground facilities should be modified or funding provided to accommodate the revised operational approach. | Less than significant |

**TABLE ES-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | **Land Use** | |
| ***Residential/Municipal and Industrial*** | | | |
| Maximum Flow Flow Evaluation Percent Inflow | Increased flooding of Trinity River structures and/or residences. | Property owners could be compensated at fair market value for all flood-related structure/improvement losses incurred, or funding would be provided to retrofit structures/improvements to withstand peak flows.<br><br>Property owners who have parcels with buildable sites outside of the current 100-year floodplain that would be regularly inundated could be compensated at fair market value for the loss of development rights to that parcel.<br><br>Given funding for these efforts is not yet been determined, this significant impact is considered to be unmitigable at this time. | Significant |
| Maximum Flow | Potentially significant M&I related impacts as a result of decreased surface-water supplies. | (See water supply related impacts under Groundwater.) | Significant |
| ***Agriculture*** | | | |
| Maximum Flow Flow Evaluation | Substantially decrease irrigated acreage within the San Felipe Unit. | (See water supply related impacts under Groundwater.) | Significant |
| | | **Power** | |
| Maximum Flow Flow Evaluation Percent Inflow | Potentially significant power-related impacts from decreased surface-water supplies. | (See water supply related impacts under Groundwater. Power-related benefits associated with such programs would only occur if operations were conducted to provide increased generation; otherwise, implementation of such programs could negatively affect power resources.)<br><br>Operating criteria would be established to allow Western to respond to various emergency situations in accordance with their obligations to the North American Electric Reliability Council.  This commitment would also provide for exemptions to a given alternative's operating criteria during search and rescue situations, special studies and monitoring, dam and powerplant maintenance, and spinning reserves.  Such exemptions for responding to various emergency situations would be consistent with the Presidential Memorandum, dated August 3, 2000, directing federal agencies to work with the State of California to develop procedures governing the use of backup power generation in power shortage emergencies. | Significant |

**TABLE ES-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | **Cultural Resources** | |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Impacts to cultural resources. | Conduct cultural resource surveys of project areas (including areas of ancillary activities, such as staging areas, gravel mining areas, etc.) prior to ground disturbance. | Less than significant |
| | | Areas containing cultural resources shall be demarcated and activities planned to avoid these areas. | |
| | | If cultural resources cannot be avoided, additional research or test excavations (as appropriate) will be undertaken to determine whether the resources meet CEQA and/or NRHP significance criteria. | |
| | | Unavoidable impacts on significant resources would be mitigated for in a manner that is deemed appropriate.  Mitigation for significant resources may include, but is not limited to, data recovery, public interpretation, performance of a Historic American Building Survey or Historic American Engineering Record, or preservation by other means. | |
| | | **Air Quality** | |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Spawning gravel placement and other heavy equipment work associated with the alternatives would result in potentially significant $PM_{10}$ impacts as a result of fugitive dust. | Implement a dust control program, which includes: watering of stockpiles, roads, etc. as necessary, and identify an individual to monitor dust control and to respond to citizen complaints. | Less than significant |

[a]These impacts were identified as "significant" per the CEQA-related significance threshold standards described in Chapter 3.

## 2.2   Changes to the DEIS/EIR

| | | |
|---|---|---|
| 1.0 | Introduction and Purpose and Need | *(SEE SUBSECTIONS)* |
| 1.1 | Introduction | *(NO CHANGE)* |
| 1.2 | Purpose and Need for the Action | *(SEE SUBSECTIONS)* |
| 1.2.1 | Purpose and Need Statement | *(NO CHANGE)* |

**1.2.2   Goals and Objectives**  **(CHANGES FOLLOW)**
pg. 1-5

The following are project objectives for CEQA compliance that apply to state ***responsible*** and ***trustee agencies*** such as the North Coast Regional Water Quality Control Board (NCRWQCB), the State Lands Commission (SLC), the California Department of Fish and Game (CDFG) and (possibly) the State Water Resources Control Board (SWRCB): ~~a~~

- Comply with the Water Code to ensure the highest reasonable quality of waters of the state, while allocating those waters to achieve the optimum balance of beneficial uses.

- Protect the public trust assets of the Trinity River watershed.

- Conserve, restore, and manage fish, wildlife, and native plant resources.

- Double populations of <mark>naturally produced</mark> salmon, steelhead, and anadromous fish in the waters of California, including the Trinity and Sacramento Rivers and the Delta, pursuant to the Fish and Game Code Section 6900-6924, the Salmon, Steelhead Trout, and Anadromous Fisheries Program Act.

**Trinity River Restoration Program Goals.**
pg. 1-7

In the future, quantitative population objectives for Trinity River salmonids may be established by the National Marine Fisheries Service (NMFS) as part of the recovery planning process under the Endangered Species Act (ESA).  Currently, Trinity River <mark>naturally produced</mark> coho salmon are listed as threatened, and both the chinook and steelhead are candidates for listing.

| | | |
|---|---|---|
| 1.3 | General Setting and Location | *(NO CHANGE)* |
| 1.4 | Legislative and Management History | *(NO CHANGE)* |
| 1.5 | Indian Tribes | *(NO CHANGE)* |
| 1.6 | Project Facilities | *(SEE SUBSECTIONS)* |
| 1.6.1 | Trinity River Division | *(NO CHANGE)* |

**1.6.2   Central Valley Project**  **(CHANGES FOLLOW)**
pg. 1-19

The CVP provides water for irrigation, municipal and industrial (M&I), hydropower, and fish and wildlife purposes in and outside of the Central Valley of California.  The CVP supplies ***irrigation water*** to approximately 200 water districts, individuals, and companies pursuant to annual ~~contracts~~ <mark>demand</mark> for approximately 4.5 million acre-feet (maf) of ~~developed contract~~ water.  These supplies are provided to entities with pre-1914 water rights, as well as through contracts to water service, water rights settlement, and exchange water contract

holders.  M&I water is supplied to about 40 districts and utilities under contracts of about 0.5 maf.  Except in times of water shortage, Reclamation operates the CVP to deliver the amounts of water specified in its water service contracts and other water rights agreements. Major structures of the CVP include 20 reservoirs, with combined storage capacity of 11 maf; 9 powerplants and 2 pumping-generating plants with a maximum capacity of about 2.0 million kW; and approximately 500 miles of major canals and aqueducts (see Figure 3-11 for a graphic depicting the major facilities in the CVP).

**1.6.3    State Water Project**                                      *(NO CHANGE)*

**1.7    Similarities and Differences between NEPA and CEQA**    **(CHANGES FOLLOW) pg. 1-20**

CEQA requires that this DEIS/EIR propose mitigation measures for each significant effect of the project subject to the approval of an agency governed by California law, even where the mitigation measure cannot be adopted by the "lead agency" (Trinity County for this project), but can only be imposed by another responsible agency.  At present, it is unclear whether the SWRCB will function as a responsible agency.  As the CEQA lead agency, however, Trinity County has decided that the EIR portion of the EIS/EIR must be sufficient for any future action taken by SWRCB, should it get involved in some fashion.  For this reason, the DEIS/EIR must contemplate action by the SWRCB.  Many of the proposed mitigation measures could ultimately ~~by~~ be within the jurisdiction of the SWRCB.

**1.8    Scoping and Public Involvement**                          **(CHANGES FOLLOW) pg. 1-22**

The Service began the public process by preparing an NOI to prepare an EIS, which was published in the Federal Register on October 12, 1994.  Trinity County forwarded a Notice of Preparation (NOP) of an EIR to the State Clearinghouse (No. 94123009) on November 15, 1994.  The new State Clearinghouse number is 1994123009.

**1.9    Other Related Environmental Processes**         *(NO CHANGE)*
**1.10   Preparers of the DEIS/EIR**                     *(NO CHANGE)*
**1.11   Areas of Controversy**                          *(NO CHANGE)*

**2.0    Description of Alternatives**                   *(SEE SUBSECTIONS)*
**2.1    Alternatives**                                  *(SEE SUBSECTIONS)*

**2.1.1   Selection of the Preferred Alternative**       **(CHANGES FOLLOW) pg. 2-3**

The Flow Evaluation Alternative, coupled with additional watershed protection efforts (described in the Mechanical Restoration Alternative), was identified as the Preferred Alternative in terms of best meeting the purpose and need and goals and objectives, while also minimizing adverse impacts.  The selection of the Preferred Alternative also utilized the following screening criteria, which were jointly developed by the four co-leads (Service, Reclamation, Hoopa Valley Tribe, and Trinity County).  The Preferred Alternative:

- Substantially increases natural production of anadromous fish on the Trinity River mainstem

- Substantially restores inriver and ocean fishing opportunities

- Improves tribal access to trust resources

- Balances environmental and social beneficial and adverse impacts across the Trinity River Basin, Lower Klamath River Basin/Coastal Area, and Central Valley Basin while meeting the mandate from the SWRCB in Water Rights Orders 90-05 and 90-01 to cause no harm to the Trinity River fishery as a result of diversions to the Sacramento River for temperature control

- Allows for the continued operation of the TRD, including water exports

- Limits flooding impacts on the Trinity River

**pg. 2-4**

**The following text has been added immediately above 2.1.2 No Action Alternative:**

The 600 thousand acre-feet (taf) carryover storage level associated with the Flow Evaluation Alternative would be maintained for the Preferred Alternative except in exceedingly dry years if deemed necessary to avoid potentially infeasible operations at Shasta Dam.  In such years (identified as potentially occurring in the future per the modeling analysis under the cumulative scenario), carryover storage would be reduced to 400 taf.

### 2.1.2   No Action Alternative                              (CHANGES FOLLOW)

The No Action Alternative represents ongoing activities and operations and is intended to meet the state CEQA Guidelines, §15126, as "a condition that would be reasonably expected to occur if the project were not approved."  Components of this alternative are approved programs that have obtained all environmental clearances and permits.  The No Action Alternative reflects conditions in the year 2020 and includes projections concerning future growth and land use changes per the DWR Water Plan Update (Bulletin 160-93).  The year 2020 was identified as the planning horizon because of the inter-relationship with the DWR Bulletin 160-93, data from the Trinity County General Plan, and the Central Valley DPEIS. The No Action Alternative includes assumptions concerning concurrent but separate issues, such as the assumption that ocean harvest limitations for sport and commercial salmon fishing would be consistent with ~~1992~~ policies that have been in place since 1992 and would be evaluated in a separate process by NMFS and other groups.  The No Action Alternative does not assume implementation of any of the provisions or programs of the CVPIA, and is therefore identical to the No Action Alternative in the CVPIA Programmatic Environmental Impact Statement (PEIS) process.

**pgs. 2-5 and 2-6**

**Table 2-2 has been modified.  The reference to the CVPIA under Trinity River has been deleted.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 2-2.**

**Water Operations.**
**pg. 2-7**

**The following text has been added immediately above Watershed Protection:**

Subsequent to the modeling analyses conducted for the Draft EIS/EIR, the California Court of Appeal for the Third Appellate Court struck down a portion of the Monterey Agreement signed by the Department of Water Resources and State Water Project (SWP) contractors in 1994. The agreement amendments changed the prior method of allocating water supply deficiencies, which reduced supplies to agricultural contractors before those to urban contractors were cut. The No Action and all other Trinity alternatives assume the Monterey Agreement is in place, and SWP supplies are allocated among agricultural and municipal and industrial (M&I) contractors evenly in proportion to their entitlement. The Monterey Agreement, as simulated in the No Action Alternative, has no effect on the level of SWP delivery, rather it only affects the delivery allocation to contractors south of the Delta once an overall delivery level has been determined. Therefore, the Monterey Agreement does not have any impact on the amount of water the SWP exports from the Delta. The amount of water exported is a function of demand, available supply, and export restrictions.

Accordingly, it is not anticipated that this court decision will have any significant impact on the results of the modeling analyses conducted for the Draft EIS/EIR.

**pgs. 2-8 and 2-11**

**Fish Population Management.** Fishing would continue under current harvest plans approved by the Klamath Fishery Management Council (KFMC), and the PFMC, Hoopa Valley Tribe, Yurok Tribe, and California Fish and Game Commission. Fisheries that do not have comprehensive management plans would continue to be managed by the responsible agencies or tribes. The TRSSH would continue to produce fish at current levels, as shown in Table 2-3.

**2.1.3    Maximum Flow Alternative                    (CHANGES FOLLOW)**
**pg. 2-12**

**Table 2-4 has been modified to correct a unit error. See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 2-4.**

**2.1.4    Flow Evaluation                              (CHANGES FOLLOW)**
**pgs. 2-16 and 2-17**

As described in the TRFES, tThe aAdaptive Environmental Assessment and mManagement (AEAM) program would be administered by an executive director hired by the Trinity Management Council, the decision-making group within the AEAM program appointed by the Secretary. The director would oversee a Trinity management council composed of fishery agency representatives. The cCouncil would serve as a policy group that reviews, modifies, accepts, or remands recommendations made by a technical modeling and analysis team. Also included in the process would be a scientific advisory board, a stakeholder's group, a regulatory agency group, a contracting and environmental compliance group, an and external peer reviewers. group, and a liaison to the Secretary of the Interior. The AEAM adaptive management program would typically convene in the winter several times during the year to make decisions concerning the coming year's dam releases, budgeting

activities, and other management actions.  A detailed description of the adaptive management program was given in the Trinity River Flow Evaluation Study, pages 278 through 289.  Appendix F of the Trinity River Mainstem Fishery Restoration FEIS/EIR further refines the structure of the AEAM program.  (for a complete description of the adaptive management program see U.S. Fish and Wildlife Service and Hoopa Valley Tribe, 1999).

The adaptive management program could result in minor modifications to the Flow Evaluation hydrographs described in this DEIS/EIR.  Any mModifications to the proposed restoration activities (flow schedules and channel rehabilitation projects) resulting from the AEAM adaptive management program would could be subject to additional NEPA and CEQA analysis as required by law.  All mechanical ground-disturbing actions originating from the adaptive management program, regardless of whether they are described in this document, would be subject to site-specific environmental review.

**pg. 2-17**

**Table 2-5 has been modified to correct a unit error and number of acre-feet under the normal water-year class.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 2-5.**

**Water Management.**
**pg. 2-18**

**Fluvial geomorphic/salmonid smolt temperature control flows (late April/mid-May through June 30)**—These were developed to provide fluvial geomorphic processes and suitable temperature and flow conditions for outmigrating salmonid smolts.  Peak flows of 11,000 cfs would be released for 5 days beginning May 24 during extremely wet water years to assist in geomorphic processes such as mobilizing sediment, scouring the riverbed, reshaping the channel, and removing encroaching vegetation.  These higher magnitude flows are geomorphically more efficient (more sediment transport per unit of water, greater depth of scour, etc.) than lower flows, and the magnitude of 11,000-cfs flows was found to cause scour depths on exposed point bars sufficient to scour away 2- to 3-year-old willow seedlings, which is a critical process to prevent future riparian encroachment and habitat simplification.  The peak levels would vary for each water-year class, down to a minimum of 1,500 cfs in critically dry years.  During such years, these flows would not be sufficient to recontour the channel, but would help prevent the germination of unwanted vegetation.

**pg. 2-21**

**Fish Habitat Management**.  Forty-seven mechanical rehabilitation projects would be constructed because the flow schedule associated with this alternative is too low to remove the existing riparian berms along the river.  Figure 2-4 shows the location of each proposed rehabilitation site as well as existing sites.  Once portions of the berms are mechanically removed, high flows and gravel transport would naturally create and maintain dynamic alluvial features and floodplain riparian communities.  Consequently, no mechanical maintenance would be planned for the proposed or existing channel rehabilitation projects.

The proposed mechanical rehabilitation projects would involve the following:

- A total of 47 mechanical rehabilitation projects would be constructed between the Lewiston Dam and the confluence with the North Fork Trinity River. The sites would encompass approximately 665 acres. Construction would be scheduled between July 15 and September 15 to minimize impacts to fall chinook, coho, and steelhead.

- Of these 47 mechanical rehabilitation projects, 44 would be channel rehabilitation projects, and the remaining three would be side-channel projects. Twenty-four of the channel projects would be built in the first 3 years, with the remainder to be completed contingent upon an evaluation by the adaptive management program. A typical mainstem rehabilitation project would be approximately 150 feet wide (measured from the water's edge) and 500-5,000 feet long. A typical side-channel improvement would be 80 feet wide and 800 feet long.

- A typical project would take 6 weeks to construct and would require the use of front-end loaders, bulldozers, screens, and trucks.

- Each bank rehabilitation project will remove the confining riparian berms, remove the large volumes of sand stored within the berms from frequently flooded areas, reconstruct functional floodplains that are frequently inundated by the proposed high flow regime, and revegetate portions of the newly constructed floodplains with native woody riparian vegetation that increases overall riparian structure, cover, and diversity within the Trinity River corridor.

- Several bank rehabilitation projects may include reclaiming historic gravel mining pits and gold dredger tailings into off-channel riparian and aquatic wetlands.

**Figure 2-4 has been revised to more clearly indicate the location of potential side channels. See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 2-4.**

**2.1.5    Percent Inflow Alternative                    (CHANGES FOLLOW) pg. 2-25**

**Table 2-6 has been modified to correct a unit error. See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 2-6.**

| | | |
|---|---|---|
| **2.1.6** | **Mechanical Restoration Alternative** | *(NO CHANGE)* |
| **2.1.7** | **State Permit Alternative** | *(NO CHANGE)* |
| **2.2** | **Alternatives Considered but Eliminated** | *(SEE SUBSECTIONS)* |
| **2.2.1** | **Remove Trinity and Lewiston Dams** | *(NO CHANGE)* |
| **2.2.2** | **Harvest Management** | *(NO CHANGE)* |
| **2.2.3** | **Fish Passage Facilities** | *(NO CHANGE)* |
| **2.2.4** | **Truck Fish around the Dams** | *(NO CHANGE)* |
| **2.2.5** | **Predator Control** | *(NO CHANGE)* |
| **2.2.6** | **Increase Hatchery Production** | *(NO CHANGE)* |
| **2.2.7** | **Pumped Storage Project** | *(NO CHANGE)* |
| **2.2.8** | **Channel Augmentation Using Weaver Creek** | *(NO CHANGE)* |

pg. 2-45

**A note has been added to Figure 2-8 to more clearly explain the figure's content.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 2-8.**

pg. 2-47

**Table 2-9 has been modified to correct the number of acre-feet under the normal water-year class.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 2-9.**

| | | |
|---|---|---|
| **3.0** | **Affected Environment and Environmental Consequences** | *(SEE SUBSECTIONS)* |
| **3.1** | **Introduction** | *(SEE SUBSECTIONS)* |

| | | |
|---|---|---|
| **3.1.1** | **Trinity River Basin** | **(CHANGES FOLLOW)** |

pg. 3-6

The Hoopa Valley Indian Reservation is located north of Willow Creek along the Trinity River and State Highway 96.  The reservation is approximately ~~14~~ 144 square miles, with the northern border lying near Weitchpec at the confluence with the Klamath River.

| | | |
|---|---|---|
| **3.1.2** | **Lower Klamath River Basin/Coastal Area** | *(NO CHANGE)* |
| **3.1.3** | **Central Valley** | *(NO CHANGE)* |
| **3.2** | **Geomorphic Environment** | *(SEE SUBSECTIONS)* |

| | | |
|---|---|---|
| **3.2.1** | **Channel Geomorphology and Fluvial Processes** | **(CHANGES FOLLOW)** |

pg. 3-17

**A note has been added to Figure 3-5 to compare Figure 3-5 to Figure 3-7.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 3-5.**

pg. 3-23

**A note has been added to Figure 3-7 to compare Figure 3-7 to Figure 3-5.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 3-7.**

| | | |
|---|---|---|
| **3.2.2** | **Attributes of a Healthy Alluvial River** | **(CHANGES FOLLOW)** |

pg. 31

**Figure 3-8 has been revised to more accurately identify alluvial river characteristics.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 3-8.**

| | | |
|---|---|---|
| **3.3** | **Water Resources** | *(SEE SUBSECTIONS)* |

| | | |
|---|---|---|
| **3.3.1** | **Surface-water Hydrology and Management** | **(CHANGES FOLLOW)** |

**Environmental Consequences.**

<u>Methodology</u>.

pg. 3-62

The No Action Alternative is used as the baseline for comparison of alternatives.  No Action and the other alternatives reflect future conditions at the year 2020 level of development.  These future conditions are based on projections concerning future growth, land use changes, and changes in CVP operational policies that are being considered and are under-

going separate environmental documentation.  The hydrology and demands included in
these simulations reflect DWR Bulletin 160-93.  At the year 2020 level of development,
~~annual~~ CVP contracts are assumed to total 6.5 maf per year (with annual demands ranging
from 6.2-6.5 maf), and ~~annual~~ SWP entitlements assumed to total 4.2 maf per year (with
annual demands ranging from 3.4-4.2 maf).  The greatest increases in CVP demands are
assumed to occur north of the Delta in association with M&I water rights and water service
contracts with the CVP's American River Division (approximately a  320,000 af increase in
annual demand).

**The following text has been added immediately following the third paragraph on
page 3-62:**

Subsequent to the modeling analyses conducted for the Draft EIS/EIR, the California  Court
of Appeal for the Third Appellate District struck down a portion of the Monterey
Agreement signed by the Department of Water Resources and SWP contractors in 1994.  The
agreement amendments changed the prior method of allocating water supply deficiencies,
which reduced supplies to agricultural contractors before those to urban contractors were
cut.  The No Action and all other Trinity alternatives assume the Monterey Agreement is in
place, and SWP supplies are allocated among agricultural and M&I contractors evenly in
proportion to their entitlement.  The Monterey Agreement, as simulated in the No Action
Alternative, has no effect on the level of SWP delivery, rather it only affects the delivery
allocation to contractors south of the Delta once an overall delivery level has been
determined.  Therefore, the Monterey Agreement does not have any impact on the amount
of water the SWP exports from the Delta.  The amount of water exported is a function of
demand, available supply, and export restrictions.

Accordingly, it is not anticipated that this court decision will have any significant impact on
the results of the modeling analyses conducted for the Draft EIS/EIR.

**pg. 3-63**

~~There are no major water management issues downstream of the confluence of the Klamath
and Trinity Rivers.~~  As noted previously, the influence of tributaries downstream of the
North Fork reduces the effects of changes in Lewiston releases.  Accordingly, impacts to the
Lower Klamath River Basin/Coastal Area are not discussed.  Impacts related to flooding are
addressed in Residential/Municipal and Industrial (Section 3.9.1).

**pg. 3-64**

**Table 3-3 has been modified to more accurately represent Trinity Reservoir elevations.
See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-3.**

**pg. 3-79**

**The DEIS/EIR header incorrectly labeled pages 3-79 through 3-124 as "3.4 Water
Resources."  This numbering problem has been corrected.  The header on pages 3-79
through 3-124 now reads: "3.3 Water Resources."**

Flow Evaluation.
**pg. 3-80**

Shasta Reservoir storage would be only slightly impacted due to reduced TRD exports in the long-term average, while dry period effects would be more substantial. In this alternative, long-term average end-of-water-year storage is only slightly less than the No Action Alternative (60,000 af decrease, or 2 percent), while dry-period levels drop 130,000 af (8 percent). The Biological Opinion end-of-water year minimum storage criterion of 1.9 maf is met with the same frequency as under No Action (12 percent for both alternatives). ~~However, during the dry period, minimum storage levels drop approximately 350,000 af below the No Action level.~~

Long-term average annual CVP deliveries decrease by 90,000 af (2 percent). Reductions during the dry period average 160,000 af (4 percent). Annual Delta exports through the Tracy Pumping Plant are reduced by 60,000 af (2 percent) over the entire long-term period and 90,000 af (~~4~~ 5 percent) during the dry period. Annual Delta inflow would decrease by 220,000 af (1 percent) over the long-term period and 90,000 af (1 percent) during the dry period. Average annual Delta outflow would decrease by 150,000 af (1 percent) over the long-term period, but would be similar to no Action for the dry period.

**pg. 3-81**

State Permit. Compared to the No Action Alternative, this alternative would increase long-term average annual exports to the Central Valley by ~~200,000~~ 210,000 af (23 percent) and dry-period exports by 210,000 af (~~41~~ 39 percent). Under this alternative, the prescribed minimum storage in Trinity Reservoir would be the same as the No Action Alternative (400,000 af). Average end-of-water-year storage in Trinity Reservoir would increase during the dry period by 40,000 af (~~4~~ 5 percent) and over the long-term by 80,000 af (6 percent).

**pg. 3-82**

Existing Conditions versus Preferred Alternative. A large portion of the change in water impacts between 1995 existing conditions and the year 2020 under the Preferred Alternative is attributed to growth and development. In other words, existing conditions assumes a 1995 level of social and economic development, whereas the Preferred Alternative assumes a 2020 level of development (as do the other alternatives). For example, between 1995 and 2020, annual M&I water service contracts and water rights demands are assumed to increase 320,000 af north of the Delta, due primarily to increased M&I demand in the CVP American River Division (major contractors within this division include the City of Sacramento and Placer County). Similarly, agricultural water service contracts and water rights demands north of the Delta are expected to increase 40,000 af over the long-term average. (CVP ~~demands~~ contract amounts south of the Delta in the year 2020 are anticipated to remain comparable to 1995 levels.)

**pg. 3-83**

Shasta Reservoir end-of-water-year storage would be less than existing conditions by 100,000 af (4 percent). This reduction is attributable to decreased TRD exports as well as increased demand levels in 2020. The Biological Opinion storage threshold of 1.9 maf would be met less frequently than in existing conditions (12 percent of years compared

to ~~10~~ 9 percent).  The reduced frequency of meeting the threshold is attributable to non-project changes between 1995 and 2020.  During the dry period, minimum storage levels under the Preferred Alternative drop more than 500,000 af below existing condition levels.

**3.3.2   Groundwater**                                                     **(CHANGES FOLLOW)**

**Affected Environment.**
**pg. 3-85**

**The following new text has been added to Affected Environment as the third paragraph on page 3-85 immediately following Lower Klamath River Basin/Coastal Area:**

Santa Clara and San Benito Counties.  Imported surface water from the CVP San Felipe Unit is provided to areas in Santa Clara and San Benito Counties.  Water conveyed to these areas is intended to supplement available supplies, minimize groundwater mining, stabilize groundwater level, arrest land subsidence, and improve water quality conditions.

Three interconnected groundwater basins are located within the Santa Clara County area: Santa Clara Valley Basin, Coyote Basin, and Llagas Basin (U.S. Bureau of Reclamation, 1976b).  Extensive groundwater pumping for agricultural purposes produces overdraft conditions in these groundwater basins, and resulted in land subsidence, increased pumping costs, and seawater intrusion from the San Francisco Bay.  To reverse these conditions, surface water was initially imported to the area in the 1960s through the SWP South Bay Aqueduct.  Continued growth during the late 1960s and 1970s threatened to return the area to overdraft conditions.  These concerns were dampened by additional surface-water imports to the area from the San Felipe Unit of the CVP in the 1980s.  Much of this imported water is distributed to percolation ponds for groundwater recharge, and the remainder is further distributed for direct use and storage.

Groundwater resources in the San Benito County (Hollister area) consist of numerous sub-basins partially separated by barriers, generally fault zones, that criss-cross the area.  Irrigation of agricultural lands in this area has relied on groundwater as the primary supply.  As historical agricultural development expanded, groundwater withdrawals began to exceed groundwater recharge, causing severe declines in groundwater levels.  In the 1980s, surface water was imported to this area from the San Felipe Unit of the CVP for the purposes of alleviating the degenerating groundwater conditions.  Because of the complex geological fault system, direct groundwater recharge is limited, and imported water is distributed primarily for direct use and storage.

*Central Valley.*

~~Prior to development of the CVP, g~~*Groundwater overdraft* conditions have occurred in portions of the San Joaquin Valley and Tulare Basin as a result of extensive groundwater development and the reliance on groundwater during drought years.  In some areas, regional groundwater elevations declined by more than 300 feet during the 1940s and 1950s.  The development of surface-water supplies in the 1950s and 1960s reduced reliance on groundwater, thus lessening overdraft conditions, and helped control the rapid rate of groundwater-level decline.  However, the long-term effects of continued groundwater use have resulted in regional land subsidence.  The largest example of human-induced land subsidence in the world occurs in the San Joaquin Valley.  Approximately 5,200 square miles

have experienced land subsidence of more than 1 foot.  The maximum subsidence of 29.6 feet, recorded between 1925 and 1977, is within western Fresno County (U.S. Geological Survey, 1991).  The geographic extent of land subsidence generally coincides with areas where groundwater elevations have declined significantly as a result of historical overdraft conditions (Figure 3-21).

*Sacramento Valley.*
**pg. 3-86**

Surface-water and groundwater resources in this region are interdependent.  A majority of streambeds in the Sacramento Valley are hydraulically connected with the underlying aquifer.  Many streams in this region have historically been gaining streams, a condition where groundwater is discharged into the stream.  ~~Only when the aquifer water level falls below the elevation of the streambed would the system be considered hydraulically disconnected.~~  When aquifer water levels fall below the elevation of the streambed, the stream changes from a gaining to a losing stream.  Some stream reaches south of the Sutter Buttes have changed to losing streams as groundwater levels have declined due to groundwater pumping.

*San Joaquin Valley.*
**pg. 3-89**

The Corcoran Clay Member that divides the groundwater system into two major aquifers underlies much of the western portion of this region.  ~~Aquifer recharge to the semi-confined upper aquifer historically occurs from stream seepage, deep *percolation* of rainfall, and subsurface inflow along the basin boundary.~~  Post-development aquifer recharge to the semi-confined upper aquifer historically occurs mostly from deep *percolation* of irrigation water, but also from deep percolation of rainfall, stream seepage, and subsurface inflow along the basin boundaries.  The lower confined aquifer is recharged from subsurface inflow coming from the east boundary of the Corcoran Clay Member.  Annual groundwater pumping in the San Joaquin Valley exceeds recent estimates of perennial yield by 200,000 af.  Prior to the mid 1950s, ~~the interaction of groundwater and surface water in the San Joaquin Valley resulted in net gains to the streams.  Under more recent conditions however, a net loss from streams to the groundwater system has become the predominant condition, a result of groundwater declines from increased pumping~~ the southern portion of the San Joaquin Valley in Madera County experienced net losses from streams, while the northern portion of the San Joaquin Valley generally experienced gains from streams.  This situation has not changed.  Currently, portions of the San Joaquin Valley continue to experience net gains from streams, while the Madera County portions of the Valley experience losses from streams.  Depth to groundwater is approximately 50-100 feet.

*Tulare Basin.*
**pg. 3-90**

A significant limitation on groundwater use in municipalities within the Tulare Basin has been caused by the presence of toxins such as dibromochloropropane (DBCP) and ethylene dibromide (EDB) which exceed drinking water standards.  DBCP levels resulting from historical agricultural use exceed the maximum standard in large areas of eastern Fresno County and Tulare County and limit groundwater use in Fresno and other urban areas.  EDB contamination, also resulting from historical agricultural use, limits groundwater use

in many areas of Kern County.  In addition to DBCP and EDB, several other toxic com-
pounds limit the use of water for municipal purposes in parts of the Tulare Basin.

**Environmental Consequences.**
**pgs. 3-90 and 3-93**

Methodology.  ~~The groundwater analysis assumed groundwater pumping would increase to replace reductions in CVP or SWP deliveries.~~  The groundwater analysis assumes groundwater pumping would increase to replace reductions in CVP or SWP deliveries, with no change in land use or water application rate.  It therefore estimates the largest impact on groundwater pumping for a given change in surface-water delivery and provides a very conservative, worst-case result.  The agricultural analysis, described in Section 3.9.2, estimates the least costly combination of groundwater pumping, land fallowing, crop changes, and irrigation efficiency changes.  Groundwater conditions were simulated using the Central Valley Groundwater-Surface Water Simulation Model (CVGSM), a monthly planning model developed by Reclamation, DWR, and the SWRCB for the Central Valley regional aquifer system.  The CVGSM delineates the Central Valley into 21 subregions and hydrologic and water service boundaries (see Figure 3-22).  The CVGSM model is a monthly groundwater planning tool that can be used to evaluate the groundwater conditions of the Central Valley regional aquifer under different management scenarios.  For the Trinity hydrologic modeling efforts (includes surface-water and groundwater modeling) a static land use approach was taken.  For static model runs the projected land use conditions are fixed over time.  Two projected land use conditions were used as the basis for these static conditions: (1) a 1995 projected level and (2) a 2020 projected level.  These projected-level conditions are the driving force behind the development of much of the projected-level data and assumptions required for the use of CVGSM for Trinity hydrologic modeling.

**pg. 3-94**

**The following text has been added to Methodology on page 3-94 as a new paragraph immediately before Significance Criteria:**

Groundwater resources in Santa Clara and San Benito Counties are managed through local groundwater regulations to minimize groundwater overdraft, land subsidence, and ground-water quality degradation.  This groundwater management task is facilitated by CVP project water imports via the San Felipe Unit.  It is assumed that these management practices will remain in place and that groundwater regulations will limit the potential for groundwater pumping.  Because of these actions, no significant impacts to groundwater resources are anticipated and, therefore, are not analyzed under environmental consequences.  However, possible reductions in CVP deliveries to the San Felipe Unit are projected to result in other impacts related to land use.  These potential impacts are discussed elsewhere in the docu-ment (see Sections 3.9 Land Use, 3.11 Socioeconomics, and 4.1 Cumulative Impacts).

_San Joaquin Valley and Tulare Basin._
**pg. 3-96**

Historically, groundwater supplies have been augmented with surface water imported through the San Luis Canal and Friant-Kern Canal.  Although this would continue under the No Action Alternative, pumping would still occur at a rate in excess of groundwater replenishment.  It is assumed that additional land subsidence, ranging from 1-5 feet over a

69-year simulation period, would occur in areas along the west side of the San Joaquin Valley as a result of continued increases in groundwater extractions required to compensate for ~~possible~~ modeled reductions in SWP and CVP supplies.

**pg. 3-109**

_Existing Conditions versus Preferred Alternative_.  The comparison of the Preferred Alternative (i.e., Flow Evaluation) to 1995 existing conditions to without-project conditions in 2020 (i.e., No Action) indicates that most impacts to groundwater elevations between 1995 and  2020 would be attributed to growth and development ~~changes unrelated to the project~~.  For example, the largest declines in groundwater elevations are seen in the urban areas of Sacramento and Fresno~~, the result of population growth~~ (Figure 3-31).  There would be some reduction in surface-water supply attributed to the Preferred Alternative (see pages 3-82 through 3-84 for additional discussion).  These reductions occur in CVP service areas along the west sides of the Tulare Basin, resulting in impacts to groundwater levels.  These impacts are discussed further below.  ~~Impacts as a result of the Preferred Alternative are not as great (Figure 3-26).~~

**3.4    Water Quality                                          (CHANGES FOLLOW)**

**Affected Environment.**

Trinity River Basin.
**pg. 3-126**

**The following text has been added immediately above Lower Klamath River Basin/Coastal Area:**

On May 17, 1996, the EPA granted program authorization to the Hoopa Valley Tribe with respect to Section 303 of the CWA.  Since that time, the Hoopa Valley Tribe has pursued development of a Water Quality Control Plan (Hoopa Valley WQCP) through the Hoopa EPA.  An important component of the Hoopa Valley WQCP is water temperature criteria for waters within the Reservation, which includes part of the mainstem Trinity River, as well as several tributaries to the river.  The temperature criteria presented in Table 3-5A were adopted by the Hoopa Valley Tribal Council (HVTC) on June 8, 2000; but at the time this document was prepared, the criteria remain to be approved by EPA.  Water temperature in this Hoopa Valley WQCP is measured near the confluence of the Trinity River at Weitchpec.

**See Section 2.3 Changes to the DEIS/EIR Tables and Figures for new Table 3-5A.**

**Environmental Consequences.**
**pg. 3-135**

For each alternative, simulations of the RTM and BETTER models were performed for five specific years (1983, 1986, 1989, 1990, and 1977) representing five different water-year classes (extremely wet, wet, normal, dry, and critically dry).  ~~Lewiston Dam release temperatures predicted from the BETTER model were subsequently modeled in the SNTEMP model under projected cold-wet, median, and hot-dry hydrometeorological conditions.  Model results identified the percentage of time that NCRWQCB temperature objectives would be met.  Table 3-7 presents the combinations of flows and temperatures necessary to meet temperature objectives under median weather conditions.  Table 3-8 presents the modeling~~

~~results for each alternative under median conditions.  Cold-wet and hot-dry conditions are presented in the Water Resources/Water Quality Technical Appendix A.~~ The water temperature standards developed for the Hoopa Valley WQCP were designed to conform with the flow regime specified by the TRFES, which is the basis of the Preferred Alternative of this EIS/EIR, and explicitly rejects the notion that additional flows would be required to satisfy temperature objectives beyond those described in the TRFES:

> "The Hoopa Valley Tribe's temperature objectives agree precisely with those outlined in the TRFE preferred alternative and are consistent with temperature objectives as specified in the NCRWQCB temperature standards for the Trinity River below Lewiston Dam and downstream to Douglas City and the confluence of the North Fork Trinity.  *The Tribe's temperature objectives do not require additional flows over and above those required by TRFE"* (Hoopa Valley Tribe, 2000, emphasis added).

It is an established regulatory practice to forego enforcement of water temperature standards during periods of unusually warm ambient air temperature.  The Hoopa Valley WQCP follows this practice and explicitly exempts the regulatory entities from responsibility for providing additional cool water to meet temperature objectives in such circumstances:

> "If temperature standards cannot be met due to unusually excessive ambient air temperatures coupled with TRFE level flows, enforcement action will not be pursued against USBR.  Excessive air temperature will be determined if the measured 7-day average air temperature during the previous seven-day period of the year exceeds the 90th percentile of the 7-day average daily maximum air temperature calculated in a June 16th through September 14th series over the historic record available with the basin" (Hoopa Valley Tribe, 2000).

The Hoopa Valley Tribe also expressed that they would engage in the biennial review required by the CWA, and would seek to ensure that the water temperature standards are consistent with the TRFES, particularly as it may be modified through the Adaptive Environmental Assessment and Management (AEAM) process.  As stated in the Tribe-s temperature standards:

> "The Tribe also recognizes that the development and implementation of control technologies and best management practices to reduce human caused warming are ongoing and the achievement of the optimal temperature standard will be an evolutionary process.  The Hoopa Tribe will initiate Clean Water Act biennial review amendments, which are consistent with the Adaptive Environmental Assessment and Management (AEAM) principles, outlined in the TRFE as appropriate" (Hoopa Valley Tribe, 2000).

Each alternative was evaluated for its ability to meet the water temperature objectives of the NCRWQCB Plan.  Implicit in this evaluation was the inclusion of upstream water temperature conditions that result from different water operations (i.e., withdrawal zone and diversions) of alternatives.  The BETTER model, a two-dimensional water temperature model of Lewiston Reservoir, was used to predict Lewiston Dam-release water temperatures.  The SNTEMP model subsequently used each alternative's flow schedule and predicted dam-release water temperatures to determine the percentage of time the objectives would be met.

Hydrometeorological conditions used for the evaluations of inriver effects of each alternative were evaluated with cold-wet, median, and hot-dry hydrometeorological conditions. Table 3-7 presents the combinations of flows and release water temperatures necessary to meet temperature objectives under median weather conditions.  Table 3-8 presents modeling results for each alternative under median conditions.  Cold-wet and hot-dry conditions are presented in the Water Resources/Water Quality Technical Appendix A.

Each alternative was also evaluated for its ability to meet the water temperature objectives of the Hoopa Valley Tribe's WQCP (Hoopa Valley Tribe, 2000).  This evaluation relied upon model-predicted dam-release water temperatures from the BETTER model, as well as hydrometeorological conditions of representative years modeled by BETTER.  These years included 1977 (critically dry), 1990 (dry), 1989 (normal), 1986 (wet), and 1983 (extremely wet).  This evaluation provided estimates of the percentage of time the objectives would be met.  These results are provided in Table 3-8A.  Additional details of this evaluation are provided in the Water Resources/Water Quality Technical Appendix A.

Each alternative's effect on turbidity, sediment, and water quality of the lower Klamath River were analyzed qualitatively.  An evaluation of the flow schedules of the Preferred Alternative (U.S. Fish and Wildlife Service and Hoopa Valley Tribe, 1999) provided information to provide qualitative assessments of the likely effects of alternative flows on water quality in the lower Klamath River.  Flow alternatives were assessed for their ability to provide temperatures beneficial to salmonids in the Klamath River and their ability to provide dilution for potentially polluted Klamath River water.

**See Section 2.3 Changes to the DEIS/EIR Tables and Figures for new Table 3-8A.**

**pg. 3-141**

Significance Criteria.  The following impacts were considered significant for both the Trinity Basin and the Central Valley:

- Substantial degradation of water quality, such that existing beneficial uses are precluded specifically due to adverse water quality.

- Violate any water quality standards or waste discharge requirements.

- Substantial alterations of the course of a stream or river in a manner that would result in substantial erosion or siltation on- or off-site.

- Short- or long-term increases in turbidity of 20 percent or more over naturally occurring background levels.

- Contamination of a public water supply.

- Variation in instream temperatures so as to adversely impact state or federally listed aquatic species (see the Fishery Resources section [3.5]).  This is defined as an increase in the number of months with modeled temperatures exceeding the 1993 Winter-run Biological Opinion by more than ~~0.5°F, or a change in carryover storage at Shasta Reservoir compared to No Action.  Notably, the use of a 0.5°F change in temperature as a significant impact represents a very conservative approach, in that the~~ any modeled temperature greater than the 56°F threshold criterion (or 60°F depending on date), or a

change in carryover storage at Shasta Reservoir compared to No Action.  Notably, the use of no change in temperature greater than the threshold criterion of 56°F (or 60°F) as a significant impact represents a very conservative approach, in that the Central Valley Regional Water Quality Control Board normally considers a temperature change to be significant if a 1.0 degree change occurs.

- Degradation of water quality for a water quality constituent in a waterbody listed as impaired (e.g., under California's Clean Water Act 303(d) list).

- Increases in Delta water quality concentrations for EC, bromide, and DOC of greater than 5 percent, based on the accuracy of analytical methods.

No Action.  Exports to the Central Valley would be similar to current operations and would generally maintain current temperatures in the Trinity River (Table 3-8).  Modeled violations of Hoopa Valley Tribe water standards ranged from zero violations in the modeled extremely wet year (100 percent compliance) to 31 percent violations in the modeled normal year (69 percent compliance).  This is reflective of the two-tiered nature of Hoopa EPA standards, with extremely wet, wet, and normal years being subject to one set of temperature standards, and the dry and critically dry years subject to a different set of standards. Compliance improves in the dry and critically dry water years because the standards are relaxed.  Temperature compliance for Hoopa EPA standards is presented in Table 3-8A. Under the No Action Alternative, Sacramento River temperature objectives established in the Biological Opinion would not be met in some months (Table 3-8).  These months are distributed across wet to dry hydrology due to the variable nature of the standards depending on water-year class.  Carryover violations at Shasta Reservoir would occur in 12 percent of the years (Table 3-9).  Existing Trinity River channel rehabilitation projects would be maintained, resulting in occasional, short-term increases in turbidity.  Because this alternative does not provide dam releases sufficient in magnitude or duration to emulate pre-TRD flow patterns during the spring and early summer, except possibly in critically dry years, there would be times when water temperatures would be warmer than the Klamath River. Minimum Bay-Delta water quality standards are assumed to be met on a monthly basis.

**pg. 3-142**

**Table 3-9 has been modified to more accurately reflect percent of Sacramento River violations under No Action.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-9.**

Maximum Flow.

_Trinity River Basin_.  The elimination of TRD exports resulted in additional modeled Trinity River temperature violations of NCRWQCB temperature standards in all five water-year classes, compared to No Action levels.  The increased frequency of violations reflects the slower rate at which water moves through Lewiston Reservoir (i.e., lack of diversions to the Central Valley), and the associated warming effect (due to the reservoir's relatively shallow depth).  The resultant Trinity River temperature impact would be significant.  Alternately, this alternative would achieve better compliance with Hoopa EPA temperature standards than No Action in four of the five water-year classes.  Maximum Flow would have increased frequency of violations with Hoopa EPA standards in the extremely wet water year.  Violations occur because of a combination of higher Lewiston release temperatures and lower

flows.  The relatively high flows scheduled in May in the Maximum Flow Alternative preclude the need for spills later in the year, as are needed under the No Action Alternative. Increased violations of Hoopa EPA temperature criteria would be a significant effect.  Since this alternative does not include mechanical channel rehabilitation there would be no associated impacts to turbidity.

**pg. 3-143**

*Central Valley*.  The elimination of TRD exports would significantly reduce the ability to meet temperature criteria in the Sacramento River.  This is evidenced by an increase of ~~3~~ 7 percentage points in the frequency that Sacramento River temperatures would exceed the Biological Opinion temperature objectives, compared to the No Action Alternative. Shasta Reservoir carryover storage violations would increase 2 percentage points compared to No Action due to increased reliance on the reservoir to meet river temperature require-ments in spring and early summer.  Relative to No Action, modeled X2 position would increase 0.4 km in the average condition, 0.9 km in the wet condition, and 0.1 km in the dry condition.  However, as previously noted, PROSIM operates the system to meet water qual-ity standards in the Delta.  PROSIM results also project reductions in Delta outflow in a number of months when No Action flows were already low – conditions when Delta water quality is especially susceptible to degradation.  DSM2 Delta water quality results show varying increases in average monthly EC, bromide, and DOC concentrations during the months of March through September at Contra Costa Canal Intake, Old River at Highway 4, Delta-Mendota Canal Intake, and Clifton Court Forebay.  The greatest increase is at the Delta-Mendota Canal Intake, where EC and bromide levels rise up to 23 percent in critical dry years and 30 percent under average conditions in the high export months of June and July.  DOC concentrations are similar to No Action, except in October and November of critical dry years when levels increase up to 9 percent at the Delta-Mendota Canal Intake. Greens Landing and North Bay Aqueduct concentrations are similar to the No Action Alternative for the three constituents.  The decreased ability to meet the Biological Opinion criteria and the potential for Delta water quality impacts would be significant impacts.

Flow Evaluation.

*Trinity River Basin*.  ~~The frequency of Trinity River modeled temperature violations decreased in all water-year classes compared to No Action levels.~~ The frequency of Trinity River modeled temperature violations decreased in all water-year classes compared to No Action levels, as measured by compliance with the NCRWQCB and Hoopa EPA water quality criteria, except in extremely wet years where there are no modeled violations of the Hoopa EPA standards for either the Flow Evaluation or the No Action Alternative.  This improvement in water temperature is the result of changing TRD export patterns from spring/summer to a summer only.  Construction of the 47 new channel rehabilitation projects associated with this alternative would result in potentially significant short-term turbidity impacts in relation to NCRWQCB objectives (actual implementation of the projects would undergo a site-specific environmental review).

**pg. 3-144**

_Central Valley_.  Sacramento River modeled temperature violations occurred at a ~~slightly~~ higher frequency than under the No Action Alternative (20.5 percent versus ~~19.7~~15.9).  Violations occurred in both wet and dry conditions due to the variable nature of the standards.  This impact would be significant.  Modeled frequency of Shasta Reservoir carryover violations was the same as under No Action.  The relatively small increase in frequency of temperature violations and the lack of change in carryover storage violations is at least partially attributable to the increase in demand for water under the 2020 condition.  Because demand is forecast to occur downstream of compliance points in the Sacramento River, water deliveries assist in meeting temperature standards.  Increased demand in the 2020 period results in lower carryover storage in the Central Valley reservoirs as system wide resources are used to meet demand.

Percent Inflow.
**pg. 3-145**

_Trinity River Basin_.  Modeled Trinity River water temperature violations increased substantially in comparison to No Action.  These violations are due in large part to the fact that summer releases would be as low as 27 cfs.  Such low summer flows would be unable to meet temperature objectives, in spite of a shift in TRD exports from spring/summer to summer only.  The resultant Trinity River temperature increases would be significant. Likewise, modeled violations of Hoopa EPA temperature standards relative to No Action increase in three of the five modeled water years; extremely wet, dry, and critically dry.  The increased violations are a result of lower summer flows.  Additional violations of the Hoopa EPA water quality standards would be a significant impact.  Construction of 47 new channel rehabilitation projects would result in potentially significant short-term turbidity impacts in relation to NCRWQCB objectives (actual implementation of the projects would undergo a site-specific environmental review).

_Central Valley_.  Sacramento River modeled temperature violations would occur slightly more frequently than No Action levels (20.1 percent versus ~~19.7~~15.9), resulting in a significant impact.  The months with violations occur across wet and dry conditions due to the variable nature of the standards.  The modeled frequency of Shasta carryover violations was the same as under No Action.  In comparison with No Action, modeled position of X2 would increase 0.1 km over the period of record.  In the wet condition, X2 would increase approximately 0.2 km.  X2 would remain unchanged in the dry period.  Delta standards continue to be met under this alternative.  PROSIM results also project reductions in Delta outflow in a number of months when No Action flows were already low – conditions when Delta water quality is especially susceptible to degradation.  DSM2 Delta water quality results are very similar to the No Action Alternative.  The only exception is the increase in average monthly Bromide concentrations of up to 8 percent during the months of April through July, at the Delta-Mendota Canal under average and critical dry conditions.  The decreased ability to meet the Biological Opinion criteria and the potential for Delta water quality impacts would be significant impacts.

State Permit.
**pg. 3-146**

*Trinity River Basin.* The State Permit Alternative had significantly more modeled water temperature violations due to the fact that summer release rates are too low. These modeled violations occurred in all five water-year classes. More frequent violations of Hoopa EPA temperature standards relative to No Action would occur in four of the five modeled water years. The additional violations are largely a result of lower flows than under No Action. The increased frequency of violations would be a significant impact. This alternative would not result in direct increases in turbidity, as no mechanical restoration projects are proposed.

**pgs. 3-146 and 3-147**

*Central Valley.* This alternative would result in a slight increase in temperature violations compared to the No Action Alternative (16.4 percent versus 15.9). Conditions would improve with regard to meeting ~~both Sacramento River temperature and~~ Shasta Reservoir carryover storage objectives as a result of the increased TRD exports compared to No Action levels. These months with temperature violations occurred across both wet and dry conditions due to the variable nature of the standards. Modeled X2 position decreased by 0.1 km in the average and wet conditions, and remained essentially unchanged in the dry period. In general Delta outflow would increase, resulting in improvements in Delta water quality. However, there are some critical dry years when modeled Delta outflows in November and December are reduced due to increased Delta exports to fill San Luis Reservoir (increased Delta pumping is associated with more water being available with this alternative). In these months, average monthly EC and bromide levels increase up to 11 percent at Contra Costa Canal Intake, Old River at Highway 4, Delta-Mendota Canal Intake, and Clifton Court Forebay. Such a potential impact would not be a result of the alternative, in that the effect is attributable to a modeled assumed increase in pumping rather than the alternative itself.

Existing Conditions versus Preferred Alternative.
**pg. 3-147**

*Trinity River Basin.* The modeled Preferred Alternative in the year 2020 has fewer temperature violations in the Trinity River than the modeled 1995 existing conditions. This is largely due to the diversion pattern under the Preferred Alternative that reduces Lewiston Reservoir warming in mid- to late-summer and the difference in minimum carryover storage. The most drastic improvement is modeled to occur in the critically dry water-year class. Construction of the channel rehabilitation projects would result in an increase in short-term turbidity impacts compared to existing conditions, resulting in potentially significant short-term turbidity impacts in relation to NCRWQCB objectives (actual implementation of the projects would undergo a site-specific environmental review). The Preferred Alternative would improve compliance over existing conditions in all water-year classes except extremely wet, where compliance would be the same as existing conditions. However, the watershed protection component of the Preferred Alternative would reduce sediment inputs into tributaries, and subsequently, into the Trinity River by 240,000-480,000 $yd^3/yr$, which is approximately 9-17 percent of the average annual sediment produced in the basin. Implementation of this alternative is assumed to result in beneficial effects.

**pgs. 3-147 and 3-148**

*Central Valley*.  Modeled Sacramento River temperature violations would occur more frequently under the Preferred Alternative than under 1995 existing conditions (20 percent of the months compared to 14 percent).  ~~However, most (87 percent) of the non-compliance is attributed to the increase in water demand assumed for the 2020 level of development.~~  Preferred Alternative carryover storage violations also increased compared to 1995 existing conditions, but all of the increase was attributed to non-project changes (e.g., population growth and higher contract demand).  (In other words, the Preferred Alternative and No Action impacts are identical.)  While PROSIM operates system resources to meet Delta water quality standards, there is a slight increase in modeled X2 position between existing conditions and the Preferred Alternative.  Over the period of record average X2 position would increase approximately 0.4 km.  In the wet period, X2 would increase approximately 0.9 km, while in the dry period, X2 is essentially unchanged.  PROSIM results also project general reductions in Delta inflow and outflow, as well as a substantial increase in SWP exports at Banks Pumping Plant to meet increased 2020 level demands in the Preferred Alternative relative to existing conditions.  Due to these changes in Delta conditions, DSM2 Delta water quality results show increases in average monthly EC, bromide, and DOC concentrations.  EC and bromide levels generally increase during the months of October through March at Contra Costa Canal Intake, Old River at Highway 4, Delta-Mendota Canal Intake, and Clifton Court Forebay.  The greatest increase is at the Delta-Mendota Canal Intake, where EC and bromide levels rise up to 20 percent in April of critical dry years.  DOC concentrations increase up to 8 percent in April and May of critical dry years at the same locations.  Greens Landing and North Bay Aqueduct concentrations are similar to the No Action  Alternative for the three constituents.  The decreased ability to meet the Biological Opinion criteria and the potential for Delta water quality impacts would be significant impacts.

**Mitigation.**
**pgs. 3-149 and 3-150**

Significant impacts identified for the increased frequency of Sacramento Basin temperature and carryover storage violations for the Maximum Flow~~, Flow Evaluation,~~ and Percent Inflow Alternatives would need to be evaluated by the NMFS pursuant to the ESA.  Such consultation could result in modification of the existing Biological Opinion.  Given the result of this consultation is unknown, this significant impact is considered to be unmitigable at this time.

The following mitigation could reduce impacts of temperature violations in the Sacramento River:

- Bypassing the Trinity Powerplant in order to provide colder water for diversion to the Sacramento River (see above).

- Reducing wet-season instream flow requirements for the Sacramento River to increase dry season carryover storage in Shasta Reservoir.

- If approved by EPA, rescheduling the wet season portion of the 200-cfs Iron Mountain Mine dilution flows to spring/summer in a way that would improve Sacramento River temperatures.

Impacts related to implementation of the Flow Evaluation Alternative (Preferred Alternative) were addressed during reconsultation with NMFS (see mitigation for water quality fish-related impacts under Fishery Resources).

**The last paragraph on page 3-150 has been revised as follows:**

~~Because the outcome of the planning processes described above remains unknown, water quality impacts to salmonid species in the Sacramento River are considered at present to be significant and unavoidable.~~  Additional discussion of these impacts are addressed in Section 3.5, Fishery Resources.

**3.5      Fishery Resources**                                      *(SEE SUBSECTIONS)*

**3.5.1    Native Anadromous Species**                        **(CHANGES FOLLOW)**
**pg. 3-152**

**Table 3-10 has been modified to include summer and fall rearing for chinook salmon. See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-10.**

**pg. 3-155**

**Figure 3-35 has been modified to more accurately depict downstream migration of juvenile chinook salmon and to include the juvenile rearing periods of chinook and coho salmon and steelhead.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 3-35.**

**Affected Environment**.

Trinity River Basin.
**pgs. 3-159 and 3-160**

*Coho Salmon Populations*.  Trinity River coho salmon populations were historically much smaller than chinook salmon populations.  Pre-dam estimates for coho salmon spawning above Lewiston were 5,000 fish (U.S. Fish and Wildlife Service/California Department of Fish and Game, 1956).  Returns to Trinity River Hatchery for the period 1973-1980 averaged 3,300 adults (Leidy and Leidy, 1984).  An average of 2,700 coho salmon returned to Trinity River Hatchery from 1991 through 1995.  During this period, an average of 5,600 coho salmon spawned inriver, of which approximately 98 percent (5,500) were hatchery returns.  From 1991 through 1995, naturally produced coho salmon spawning in the Trinity River upstream of the Willow Creek weir averaged 200 fish, ranging from 0 to 14 percent of the total annual escapement (an annual average of 3 percent).  ~~Total run size for Trinity River coho salmon below Lewiston Dam for 1973 through 1980 averaged 3,300 adults (Leidy and Leidy, 1984).  The estimate includes hatchery produc-tion.  From 1991 through 1995 naturally produced coho salmon spawning in the Trinity River upstream of the Willow Creek weir averaged 200 fish, ranging from 0 to 14 percent of the total annual escapement (an annual average of 3 percent).  Approximately 8,100 of the coho salmon spawning inriver are produced by the hatchery.~~  The average of 200 naturally produced coho salmon represents approximately 14 percent of the TRRP goal (Table 3-13).

**pgs. 3-160 and 3-163**

_Species Listed and Proposed for Listing under the endangered Species Act (ESA) and California Endangered Species Act (CESA)_.  The Southern Oregon/Northern California ESU of naturally produced coho salmon was listed as threatened pursuant to the ESA on April 25, 1997.  This listing includes naturally produced coho from the Trinity River and Klamath River Basins.  Critical habitat for the ESU was designted on May 5, 1999.

**pg. 3-163**

_Fish Harvest_.  The harvest of Klamath River Basin fall chinook salmon (including Trinity River Basin) is managed jointly by the CDFG, Oregon Department of Fish and Wildlife, California Fish and Game Commission, Yurok Tribe, Hoopa Valley Tribe, NMFS, and BIA.  The PFMC and the KFMC are allocation forums for the ocean and ocean/inriver fisheries, respectively.  The mixed-stock ocean population is harvested by commercial and sport fisheries; and the inriver population is harvested by tribal (ceremonial, subsistence, and commercial) and sport fisheries.  Chinook salmon harvest (both fall and spring) includes both naturally produced and hatchery-produced fish.  ~~Coho salmon harvest has been prohibited along the west coast since 1994.~~  Coho harvest in the ocean commercial troll fishery has been prohibited in California and Oregon, and reduced in Washington, since 1994.  Coho harvest has also been prohibited in the California ocean sport fishery, and reduced in Oregon.  Coho harvest is allowed in the tribal inriver fisheries and currently occurs as incidental take during the harvest of chinook salmon.  Table 3-13A presents Yurok and Hoopa Valley tribal harvest from 1984-1999.  Steelhead are rarely caught in the ocean commercial and sport fisheries, but are harvested by the inriver tribal and sport fisheries.

**See Section 2.3 Changes to the DEIS/EIR Tables and Figures for new Table 3-13A.**

_Central Valley_.
**pg. 3-168**

Many factors affect the abundance of anadromous fishery resources in the Central Valley.  Many of the same factors that resulted in declines in fishery resources over the past 150 years continue to plague existing populations.  Those factors include:  modification and loss of habitat, reduction in magnitude and change in timing of streamflows, damming and diversions, deterioration of water quality (including temperature), ~~increases in~~ sport and commercial harvest, and competition and genetic introgression with hatchery-produced fish.  The direct cause and effect relationships of any one or all of these factors as they may have and continue to affect anadromous fish populations are unknown.  Cumulatively, they have taken their toll on these species' ability to exist in the Central Valley.  Ongoing efforts to arrest the decline and restore native anadromous fish populations, including projects resulting from the 1992 CVPIA, are ongoing in an attempt to reverse the decline of those populations.

### 3.5.2   Resident Native and Non-Native Fish                    (CHANGES FOLLOW)

**Affected Environment**.

Trinity River Basin.
**pgs. 3-178 and 3-179**

Non-native fish species found in the Trinity and Klamath River Basins include striped bass, American shad, brown trout, and brook trout.  Striped bass have only recently been reported to occur in the Trinity and Klamath River Basins; reports are rare.  American shad are known to occur in the lowermost portions of the Trinity River Basin, but are primarily found in the lower Klamath River Basin.  Anadromous brown trout were propagated in the TRSSH until 1977 when this practice was discontinued because of the small numbers and the lack of anadromous characteristics of fish entering the hatchery.  Currently, brown trout are largely limited to the upper portions of the river, although the California Department of Fish and Game, on occasion, capture brown trout in the estuary during the spring some brown trout exhibit anadromous characteristics.  Brook trout provide a significant sport fishery in the tributary streams and high elevation lakes of the Trinity River Basin.  Its life cycle and habitat requirements are similar to that of brown trout.

**Mitigation.**
**pg. 3-178.**

Anticipated significant impacts to anadromous salmonids in the Trinity River from implementation of the State Permit Alternative would be unmitigable.  Significant impacts requiring mitigation for adverse effects to anadromous salmonids in the Sacramento River system associated with the Maximum Flow, Flow Evaluation, and Percent Inflow Alternatives would include reconsultation with NMFS under the 1993 Biological Opinion for Winter Chinook Salmon.  In those years (primarily drought conditions) when carryover storage in Shasta Reservoir is less than 1.9 maf, Reclamation and NMFS would re-initiate consultation in an attempt to minimize losses of winter chinook salmon.  Reclamation would re-operate Shasta Dam in an effort to reduce losses of winter chinook salmon to less than that resulting in a jeopardy opinion.

Impacts related to implementation of the Flow Evaluation Alternative (Preferred Alternative) were addressed during reconsultation with NMFS.

Per the NMFS' Biological Opinion (2000; under separate cover), implementation of the Preferred Alternative is not likely to jeopardize Southern Oregon/Northern California Coast (SONCC) coho salmon, Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, or Central Valley steelhead.  The NMFS does anticipate that SONCC coho salmon habitat adjacent to and downstream of the channel rehabilitation projects associated with the Preferred Alternative may be temporarily degraded during construction.  Construction of these projects, which will create a substantial amount of additional suitable habitat, may temporarily displace an unknown number of juvenile coho salmon but is not expected to result in a lethal take.  The NMFS does not anticipate that the implementation of the proposed action will incidentally take Central Valley spring-run chinook or Central Valley steelhead, but that the Preferred Alternative will result in a minute increase in the level of Sacramento River winter-run chinook incidentally taken in all years except critically dry years.  In such years, Reclamation would be required to reinitiate

consultation per the existing Winter-run Central Valley Project Operations Criteria and Plan to develop year-specific temperature control plans. Implementation of the following reasonable and prudent measures specified in the NMFS BO to minimize the effects of incidental take shall be non-discretionary and will result in minimizing impacts of incidental take of SONCC coho salmon and Sacramento River winter-run chinook salmon in all years including critically dry years:

The Service and Reclamation shall:

1. Implement the flow regimes included in the proposed action (as described in the DEIS/EIR, page 2-19, Table 2-5) as soon as possible.

2. Ensure that NMFS is provided the opportunity to be represented during implementation of the Adaptive Environmental Assessment and Management program.

3. Ensure that the replacement bridges and other infrastructure modifications, needed to fully implement the proposed flow schedule, are designed and completed as soon as possible.

4. Periodically coordinate with NMFS during the advanced development and scheduling of the habitat rehabilitation projects described in the DEIS/EIR.

5. Complete "the first phase of the channel rehabilitation projects" (U.S. Fish and Wildlife Service and U.S. Bureau of Reclamation, 2000) in a timely fashion.

6. Implement emergency consultation procedures during implementation of flood control or "safety of dams" releases from Lewiston Dam to the Trinity River.

7. In dry and critically dry water-year classes, Reclamation and Service shall work cooperatively with the upper Sacramento River Temperature Task Group to develop temperature control plans that provide for compliance with temperature objectives in both the Trinity and Sacramento Rivers.

Implementation of these measures will be non-discretionary.

Lower Klamath River Basin/Coastal Area.
**pg. 3-179**

**The following text has been added on page 3-179 as a new paragraph immediately after the first paragraph under Lower Klamath River Basin/Coastal Area:**

Non-native species known to occur in the lower Klamath are similar to those found in upstream areas including the reservoirs. Some of these species include yellow perch, black crappie, green sunfish, gold shiner, and brown bullhead.

**Mitigation**
**pg. 3-184**

Anticipated significant impacts to resident fish in the Trinity River from implementation of the State Permit Alternative would be unmitigable. Mitigation for impacts to the Delta smelt and Sacramento splittail associated with the Maximum Flow and Percent Inflow Alternatives would consist of consulting with the Service on impacts and implementing any required conservation measures.

Implementation of the Flow Evaluation Alternative (Preferred Alternative) was addressed through reconsultation with the Service.

Per the Service's Biological Opinion (2000; under separate cover), implementation of the Preferred Alternative is not likely to jeopardize delta smelt and Sacramento splittail or adversely modify critical habitat for delta smelt.  The Service has concurred with the determination that implementing the Preferred Alternative will not likely adversely affect the bald eagle and northern spotted owl.  It is anticipated that delta smelt and Sacramento splittail will be adversely affected by implementing the Preferred Alternative and that incidental take may be affected in manner or extent not analyzed in the March 6, 1995 Biological Opinion on the Long-term Operation of the CVP and SWP.  Therefore, the following reasonable and prudent measure to minimize the effects of incidental take was developed:

1.   Reclamation shall minimize the effects of reoperating the resulting from the CVP implementation of the Preferred Alternative within the Trinity River Basin on listed fish in the Delta.

Implementation of this measure will be non-discretionary.

### 3.5.3   Reservoirs                                   *(NO CHANGE)*

### 3.5.4   Ocean Fisheries Economics                    **(CHANGES FOLLOW)**

**Affected Environment**.

Trinity River Basin.
**pg. 3-192**

*Ocean Sportfishing*.  Ocean sport salmon fishing takes place pri-marily from privately owned pleasure craft or charter boats.  In 1996, there were 225,500 salmon angler trips for salmon in California and 43,900 in Oregon.  About 80 percent of the California trips occurred in the San Francisco and Monterey Regions.  About 65 percent of the angler trips for salmon in Oregon coastal waters occurred in the Northern/Central Oregon Coastal Region, which includes the port areas of Coos Bay, Newport, and Tillamook.

*Ocean Commercial Fishing*.  Commercial salmon fishing in the coastal regions has been regulated by the PFMC since 1977.  Prior to 1977, the fisheries were regulated by their respective states. since 1977 in California and 1979 in Oregon.  Regulation of commercial salmon fishing to protect various stocks of salmon has substantially affected the fishing effort along the West Coast in some years by reducing the number of days when fishing is allowed.  This has led to reductions in total catch and associated gross and net income received by the salmon harvesting industry.  This has been especially true since 1991 in the Klamath Management Zone (KMZ), a special management area established primarily to protect Klamath and Trinity River salmon (Figure 3-37).

**pgs. 3-192 and 3-195**

Salmon harvest trends have been somewhat different south of the KMZ, with average harvest levels remaining relatively high through the late 1980s.  Since 1989, however, commercial salmon harvest levels in the Mendocino Region (equivalent to the PFMC and CDFG statistical area of Fort Bragg) have fallen, almost disappearing between 1992 and

1995, before increasing to 20,000 salmon in 1996.  The 1996 harvest was still 90 percent lower than the 1971-1990 average.  Commercial salmon harvests in the San Francisco Region have remained relatively constant over the last 25 years averaging 193,500 salmon harvested per year, although harvests dropped dramatically to 67,000 in 1992 when harvest levels along the West Coast fell substantially.  Harvests have rebounded to some extent, with 152,000 salmon harvested in the San Francisco Region in 1996.  In 1996, 181,000 salmon were harvested in the Monterey Region, exceeding the average of 104,000 for 1971-1990.

**pg. 3-193**

**Figure 3-37 has been modified to correct a spelling error:  "Haceta Head" has been changed to "Heceta Head."  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 3-37.**

**pg. 3-195**

The Oregon ocean commercial salmon fishing industry generated approximately $3.0 million in gross revenue in 1996, with approximately 93 percent of this revenue generated in the Northern/Central Oregon Region and the remainder in the KMZ-Oregon Region.  In California, gross revenues from commercial salmon fishing totaled $5.7 million in 1996, which is lower than the $7.8 ~~substantially lower than the $22.7~~ million (in 1997 dollars) in average annual gross income generated by the industry between 1971 and 1990.  Net income received by the salmon harvesting industry has historically averaged approximately 33 percent of gross salmon revenues in Oregon and 39 percent of gross salmon revenues in California.

**pgs. 3-196 through 3-203**

**Tables 3-19 and 3-20 were inserted in the DEIS/EIR in reverse order.  The table numbers and placement in text have been corrected.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised table numbers.**

**Environmental Consequences.**
**pg. 3-199**

No Action.  Angler benefits associated with ocean sportfishing for salmon are shown by region in Tables 3-20 and 3-21.  Across all regions, this alternative generates an estimated ~~$35.2~~$42.2 million in angler benefits, with San Francisco and Monterey accounting for ~~nearly 56~~ more than 46 percent of all angler benefits.  Harvest levels, gross revenues, and net income associated with ocean commercial fishing for salmon are shown in Table 3-21.  Under the No Action Alternative, net income associated with ocean commercial fishing for salmon across all regions is estimated at $6.8 million, with the Northern/Central Oregon Coastal Region accounting for nearly 40 percent of this total.

**3.6    Tribal Trust**                                            *(NO CHANGE)*

**3.7    Vegetation, Wildlife, and Wetlands**                 *(SEE SUBSECTIONS)*

### 3.7.1   Vegetation                                    (CHANGES FOLLOW)
pg. 3-230

**Table 3-24 has been modified to more accurately define the classifications under the Califonia Native Plant Society.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-24.**

pg. 3-233

**Table 3-25 has been modified to more clearly and accurately define the classifications under the California Native Plant Society.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-25.**

**Environmental Consequences**.
pg. 3-238

<u>Significance Criteria</u>.  Impacts on vegetation would be significant if project implementation would result in any of the following:

- Potential for reductions in the number, or restrictions of the range, of an endangered or threatened plant species or a plant species that is a candidate for state listing or proposed for federal listing as endangered or threatened

- Potential for substantial reductions in the habitat of any native plant species including those that are listed as endangered or threatened or are candidates (CESA) or proposed (ESA) for endangered or threatened status

- Potential for causing a native plant population to drop below self-sustaining levels

- Potential to eliminate a native plant community

- Substantial adverse effect, either directly or through habitat modifications, on any plant identified as a sensitive or special-status species in local or regional plans, policies, or regulations

- Substantial adverse effect on any riparian habitat or other sensitive natural community identified in local, ~~or~~ regional, or state plans, policies, or regulations

- Substantial adverse effect on federally protected wetlands as defined by Section 404 of the Clean Water Act (including, but not limited to marsh, vernal pool, coastal, etc.) through direct removal, filling, hydrological interruption, or other means

- A conflict with any local policies or ordinances protecting vegetation resources

- A conflict with, or violation of, the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved local, regional, state, or federal habitat conservation plan relating to the protection of plant resources

### 3.7.2   Wildlife                                        (NO CHANGE)
### 3.7.3   Wetlands                                       (NO CHANGE)

3.8     **Recreation**                                    *(SEE SUBSECTIONS)*

3.8.1   **Riverine**                                      **(CHANGES FOLLOW)**

**Affected Environment.**

Trinity River Basin.
**pg. 3-262**

*Federal, State, and Local Plans/Wild and Scenic River Designations*.  Congress enacted the
National Wild and Scenic Rivers Act in 1968, in an effort to protect free-flowing rivers with
"outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural
or other similar values."  The entire mainstem of the Trinity River was designated a
National Wild and Scenic River by the Secretary in 1981, primarily because of the river's
anadromous fishery (46 FR 7484).  In addition, the reach of the river downstream from
Lewiston Dam was classified as having distinctive scenic quality and high peak flow viewer
sensitivity[11].  Approximately 97.5 miles of the river are also classified as recreational under
the Act.

**pg. 3-263**

*Recreation Resources and Opportunities*.  During the primary recreation season, water-depend-
ent and water-enhanced Trinity River recreation includes boating, kayaking, canoeing,
rafting, inner-tubing, fishing, swimming, wading, camping, gold panning, nature study,
picnicking, hiking, and sight-seeing[12].  In addition, fishing for chinook salmon, steelhead,
and rainbow and brown trout is a major recreational activity on the Trinity River through-
out the remainder of the year as well as some boating activities.

**Environmental Consequences.**

Methodology.
**pg. 3-264**

*Recreation Opportunities Methodology*.  The mainstem of the Trinity River is the primary focus
of the recreational opportunities analysis.  During the primary recreation season, Trinity
River flows are most influenced by Lewiston releases in the summer months given tributary
flow is generally not much of a factor during this period.  Many of the recreation activities,
in particular white-water kayaking and rafting, are most prevalent downstream of the
river's confluence with the North Fork of the Trinity River.  At this location, Lewiston
releases play a minor role in Trinity River flows compared to inflows from the North Fork.
Impacts to recreational opportunities within the lower Klamath River Basin, aside from
sportfishing, are considered to be less than significant as the limited amount of recreation
that does occur in this reach of the river is not substantially influenced by Lewiston Dam
releases.  (Impacts to ocean sportfishing are discussed in Section 3.5.4, Ocean Fishery
Economics.)

---

[11] At peak flows, the scenic qualities of the river are enhanced.

[12] The primary recreation season is defined as Memorial Day to Labor Day, or approximately the last week of May to the end of
the first week in September.

**pg. 3-265**

*Recreation Use and Benefits Methodology*.  The methodology for determining recreation use and benefits within the Trinity River Basin and the Lower Klamath River Basin/Coastal Area is based on river flow and fish population conditions.  Annual recreation use relationships were estimated for four activities that occur along the river:  boating, swimming, fishing, and hiking and other river-enhanced activities (i.e., off-river activities).  The relationship of river flow and fish populations to these activities was generally found to be positive, implying the greater the flow or fish population, the greater the expected inriver recreation use.  Due to model limitations, the recreation use and benefit analyses do not account for species substitution.

**pg. 3-267**

**Table 3-32 has been modified to more accurately reflect white-water activities and preferred flow ranges.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-32.**

Flow Evaluation.

*Trinity River Basin*.
**pg. 3-269**

Despite the adverse temporary impacts to recreation opportunities as listed above, overall annual recreation use on the Trinity River is expected to increase by 91,600 visitor days, or about 22 percent, as compared to No Action levels (Table 3-34).  Boating and fishing activities are expected to increase the most.  Annual recreation benefits are estimated to increase by $3.3 million.

**pgs. 3-273 and 3-275**

**Table 3-33 has been modified to more accurately reflect white-water conditions.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-33.**

**3.8.2    Reservoirs                                    (CHANGES FOLLOW)**

**Environmental Consequences.**
**pg. 3-282**

No Action.

*Trinity River Basin*.  Under the No Action Alternative, use of certain boating facilities, such as the Stuart Fork boat ramps, Fairview Ramp, and major marinas would continue to be moderately constrained during the recreation season (See Table 3-36).  Recreation use of Trinity Reservoir is expected to be about ~~796,000~~ 803,600 visitor days in 2020.  Annual recreation benefits are estimated to be ~~$8.7~~ 8.8 million (Table 3-37 at end of Section 3.8.2).

Maximum Flow.

*Trinity River Basin*.  Under the Maximum Flow Alternative, Trinity Reservoir levels would generally be lower than No Action levels during the recreation season.  A number of major recreation facilities would be less available compared to No Action levels (Table 3-36).  This decrease in facility availability would be a significant impact.  Annual recreation use of

Trinity Reservoir is expected to decrease by ~~30,000~~37,400 visitor days, or about ~~4~~5 percent, compared to No Action levels.  Recreation benefits would decrease by $~~327,000~~ 408,000 annually.

**pg. 3-283**

Flow Evaluation.

*Trinity River Basin*.  Trinity Reservoir water-surface elevations would not be significantly below threshold levels for any of the major facilities under this alternative.  Projected recreation facility availability would decrease slightly for Stuart Fork Ramps and Fair View Ramp.  Major marina relocations would be required 2 percent less often as compared to the No Action Alternative.  Under the Flow Evaluation Alternative, the availability of Trinity Center Ramp and Minersville Ramp would remain unchanged from No Action, and campground availability would increase by 1 percent.  Annual recreation use is expected to be essentially the same as under the No Action Alternative.  Recreation use and benefits would change by less than 1 percent.  ~~Recreation facility availability would increase slightly compared to No Action levels.  Annual recreation use is expected to increase by 6,600 visitor days, or about 1 percent, compared to No Action levels.  Recreation benefits would increase by $71,900 annually.~~

Percent Inflow.

*Trinity River Basin*.  Under the Percent Inflow Alternative, Trinity Reservoir levels would drop slightly in summer months compared to No Action levels, resulting in a slight decrease in the usability of certain recreation facilities, including the Stuart Fork Ramp, the Fairview Ramp, and the Trinity Center Ramp.  However, no significant decrease in facility availability is anticipated.  However, campground use is predicted to increase slightly compared to No Action conditions because of better access conditions.  ~~Overall, annual recreation use of Trinity Reservoir is expected to increase by 13,500 visitor days, or about 2 percent, compared to No Action levels.  Recreation benefits would increase by $147,200 annually.~~  Overall, annual recreation use of Trinity Reservoir is expected to be essentially the same as under No Action (model predictions show use and benefits increasing by less than 1 percent).

**pg. 3-284**

State Permit.

*Trinity River Basin*.  Under the State Permit Alternative, Trinity Reservoir levels would be slightly higher during the primary recreation season as compared to the No Action Alternative.  The availability of all recreation facilities would increase compared to No Action levels, except for the Minersville Ramp, which would remain available during the entire recreation season for both alternatives.  Annual recreation use of Trinity Reservoir would increase by ~~44,800~~37,400 visitor days, or about ~~6~~5 percent.  Recreation benefits would increase by $~~488,300~~408,000 annually.

**pg. 3-287**

**Table 3-36 has been modified to correct Trinity Reservoir recreation facility availability data.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-36.**

**pg. 3-289**

**Table 3-37 has been modified to more accurately reflect Trinity Reservoir recreation benefits and visitor days under the No Action Alternative.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-37.**

**pg. 3-291**

**Table 3-38 has been modified to more accurately reflect Trinity Reservoir recreation benefits and visitor days under the No Action Alternative.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-38.**

**3.9    Land Use**                                    *(SEE SUBSECTIONS)*

**3.9.1    Residential/Municipal and Industrial**          **(CHANGES FOLLOW)**

**Environmental Consequences.**

Methodology.
**pg. 3-302**

Any new supplies acquired to eliminate shortfall in the average condition are assumed to be available to reduce shortage in the dry condition.  Therefore, ~~incremental costs in the dry condition are reduced by supplies acquired to meet demand in the average condition~~ dry condition costs, which are above and beyond average condition costs, consider the yield of all supplies developed to meet average demand.

No Action.

*Central Valley/CVP Service Area.*
**pg. 3-305**

Regionwide, the Bay Area would have more than adequate supplies (an assumed excess of 8,800 af) due in part to a surplus in the South Bay subregion (14,600 af).  This does not imply that additional supplies during average years will never have economic value.  Rather, it is expected that most additional water supplies obtained in above-average years will not be needed.  However, the CCWD is assumed to need to acquire 5,800 af of new supplies to meet demand.

Existing Conditions versus Preferred Alternative.
**pg. 3-310**

*Central Valley*.  Table 3-42 at the end of Section 3.9.1 compares the Preferred Alternative in 2020 to existing conditions (i.e., 1995).  Population across all regions in the year 2020 is assumed to be approximately double that of the existing conditions population, resulting in an increase in demand.  As described in Section 2.1.2, ~~CVP supplies for M&I use are assumed to increase to meet this demand~~ maximum deliveries unconstrained by supply are able to increase up to current contract or water rights amounts unless local environmental documentation for increased use is not completed.

**3.9.2   Agriculture**                                    *(NO CHANGE)*

**3.9.3   Real Estate**                              **(CHANGES FOLLOW)**

**pg. 3-329**

This section assesses each of the alternatives from the perspective of residential real estate impacts.  The evaluation focuses on residential properties adjacent to reservoirs ~~and rivers~~.  River properties were not evaluated due to the ambiguous nature of the overall impact.  Since some river properties may benefit from the improved fishery and others may suffer from flooding, no clear relationship could be assumed.

**Affected Environment**.

Trinity River Basin.  Trinity Reservoir is the only reservoir in this region where residential real estate impacts are expected.  Lakeside development is limited to Trinity Center and Covington Mill, both of which are located on the west side of the reservoir along Route 3.  ~~The potentially affected reach of the Trinity River consists of the portion downstream of Lewiston Dam.  A number of small residential communities are found along this reach including Lewiston, Douglas City, Junction City, Big Bar, Del Loma, Burnt Ranch, Salyer, and Willow Creek.~~

**pg. 3-330**

Lower Klamath River Basin/Coastal Area.  ~~The affected area in this region is limited to the lower reach of the Klamath River downstream of Weitchpec.  This area falls entirely within the boundaries of the Yurok Reservation.~~  No impacted reservoirs are found in this region.

**Environmental Consequences**.

Methodology.  Real estate impacts were assessed based on the assumed relationship between residential property values and ~~both~~ reservoir water levels ~~and inriver fish harvests~~.  Since information for quantifying changes to property values was unavailable, the speculated relationship allowed only for a ranking of the alternatives.

~~Based on the assumptions that people prefer to live along healthy rivers, and fish harvests reflect river health, naturally produced salmon and steelhead inriver fish harvests were used to rank potential impacts to Trinity River property values.  Implicit in this assumption are higher flows and possible flooding; however, flooding effects were discounted under the assumption that such impacts would be mitigated (see Section 3.9.1).  Impacts to property values along the lower Klamath River were not assessed because of the high level of uncertainty about a relationship between Trinity River fish harvests and lower Klamath land values.~~

Significance Criteria.  Property value significance criteria were not established because of the uncertainty in estimating quantitative relationships between property values and reservoir water levels ~~and inriver fish harvests~~.

**pg. 3-331**

No Action.

*Trinity River Basin.*  The No Action Alternative assumes the current flow schedule would continue.  Based on average water levels and annual monthly fluctuation, this alternative ranked ~~fourth~~ fifth overall from the perspective of Trinity Reservoir property value impacts (Table 3-43).  ~~From a Trinity River property value perspective, this alternative ranked fifth.~~

Maximum Flow.

*Trinity River Basin.*  This alternative ranked second overall in terms of Trinity Reservoir property values.  From the long-term perspective, this alternative ranked first; however, from the short-term perspective, this alternative ranked last.  ~~The alternative ranked first in terms of Trinity River property values (harvest levels were ten times those of No Action).~~

Flow Evaluation.

*Trinity River Basin.*  By placing second in each of the three water level measures, this alternative ranks first overall ~~F~~from a Trinity Reservoir property value perspective~~, this alternative ranks first overall.  From a Trinity River property value perspective, this alternative ranked second~~.

Percent Inflow.

*Trinity River Basin.*  This alternative ranked ~~third~~ fourth overall in terms of Trinity Reservoir property values ~~(tied with State Permit Alternative).  From a Trinity River property value perspective, this alternative ranked third~~.

Mechanical Restoration.

*Trinity River Basin.*  This alternative ranked ~~fourth~~ fifth overall in terms of Trinity Reservoir property values (tied with No Action due to the identical hydrology).  ~~This alternative also ranked fourth from a Trinity River property value perspective.~~

**pg. 3-332**

State Permit.

*Trinity River Basin.*  The State Permit Alternative ranked first based on short-term drawdown to Trinity Reservoir, but last based on long-term fluctuation.  Overall, the alternative tied for third in terms of Trinity Reservoir property values.  ~~From a Trinity River perspective, the alternative ranked last.~~

Existing Conditions versus Preferred Alternative.

*Trinity River Basin.*  In terms of Trinity Reservoir water levels, the Preferred Alternative in the year 2020 was virtually identical to 1995 conditions from the short-term drawdown perspective, but substantially better in terms of long-term fluctuations.  Therefore, the Preferred Alternative would increase property values.  ~~Trinity River fish harvests are expected to increase under the Preferred Alternative compared to 1995; therefore, property values along the river should increase.~~

pg. 3-333

**Table 3-46 has been modified to more accurately reflect Trinity Reservoir property value impact rankings under each alternative.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-46.**

**3.10    Power Resources                                    (CHANGES FOLLOW)**

**Affected Environment.**

pg. 3-335

**The following text has been added immediately after Affected Environment:**

**CVP Generation in Relation to Total California Generation and Demand.**  California's annual energy demand in 1998 was approximately 250,000 gigawatt-hours (GWh) (California Energy Commission, 2000).  Demand for energy is projected to grow at approximately 2.0 percent annually between 2000 and 2010, resulting in a projected demand of 320,000 GWh in 2010.  Peak demand in California typically occurs in late afternoons during the month of August in response to a string of days with high-temperatures (California Energy Commission, 1999).  California's peak demand in 1999 was approximately 51,000 MW and is projected to grow at approximately 1.7 percent annually between 2000 and 2010, resulting in a peak demand of 61,000 MW in 2010.  In comparison, total installed capacity of CVP generation is approximately 2,000 MW, although actual capacity is typically less.  Actual capacity is less than installed capacity because hydrologic variation and competing uses such as water delivery and environmental requirements reduce the ability of the generators to operate at maximum capacity. The total installed CVP generation capacity of 2,000 MW equates to 4 percent of California demand in 1999, and 3 percent of projected 2010 demand.  The TRD accounts for 25 percent (approximately 500 MW) of CVP installed capacity, which equates to approximately 1 percent of current California demand, and less than 1 percent of projected 2010 demand.

Currently, according to the Western Systems Coordinating Council, approximately 3,700 MW (which represents more than the total generation capability of the entire CVP) of new powerplants (six individual projects in total) in California are either under construction or have gained full regulatory approval.  Approximately 7,500 MW of new powerplants (15 projects) have applications under review, and another 2,000 MW of new powerplants (three projects) have begun the application process.  The majority of pending and proposed powerplants are natural gas-fired turbines, and a small minority (approximately 100 MW) would be either wind or geothermal powered.  All of these powerplants have an anticipated "on-line" date prior to June 2004.  Recent demand growth has outstripped current available capacity, leading to several statewide alerts regarding insufficient reserves of available capacity.  Completion of additional powerplants is anticipated to help avoid such alerts in the future.  Construction of additional generating capacity is taking place, and will continue to take place, independent of any decision regarding the Trinity River Mainstem Fishery Restoration.

<u>Power Generation and Purchase</u>.
**pg. 3-340**

*Current Power Marketing*.  ~~The value of CVP hydropower available for sale is determined by the market.~~  Western sets prices for CVP hydropower based on its costs for delivering power to customers.  However, the value of power that Western sells to customers is set by the external power market and can fluctuate based on on- and off-peak supplies.  Although the value and annual project output can fluctuate, Western's costs remain essentially unchanged.  This causes Western's per-unit cost of electricity to vary.  When long-term average generation decreases, Western's customers receive less electricity and are required to pay a higher per-unit cost.  If Western rates are relatively low, Western customers are likely to continue to purchase power from Western as part of their long-term resource mix. For planning purposes, power customers evaluate capacity resources based on dry conditions in order to ensure reliability.

<u>Methodology</u>.
**pg. 3-346**

**The following text has been added as the first paragraph immediately after Methodology:**

A detailed assessment regarding the impact of CVP power supplies on the greater California region has not been made, other than what is presented in the Socioeconomics section.  It is anticipated that as demand for power increases, additional power supplies will be built to meet the increase in total California demand.  As this occurs, the CVP's current total contribution of meeting 4 or less percent of total California electrical demand will constitute a decreasing proportion of the state's overall power generation supply.

The value of energy produced by the CVP was estimated using a marginal ~~unit efficiency heat rate~~ approach, meaning that as low-cost generating resources are ~~decreased~~ loaded (supplying power to their maximum capacity), higher-cost, less efficient resources are brought on-line as they become economically viable.  Value was assigned to generation based on the month and time of day in order to assess on-peak and off-peak generation.

<u>Significance Criteria</u>.
**pg. 3-349**

In order to assess the severity of the impacts, the following significance criteria were developed:

- A 50 MW reduction in synthetic dry-year capability available for sale to preference power customers in January, February, March, June, July, August, September, or December (the months typically most sensitive to reduced capacity).  Capability is defined as the amount of CVP capacity that can be sustained (given flow constraints) that efficiently supplies electricity to meet demands.

- A reduction of 5 percent or more in the annual energy available for sale to preference power customers ~~over the modeled period~~ in the average year.

- A reduction of 5 percent or more in the average energy available for sale to preference power customers during any month ~~over the modeled period~~ in the average year.

- Any decrease in CVP power that results in an increase in either an average preference power customer or a high-allocation preference power customer's average power cost by $0.50 per megawatt-hour (MWh).

**Mitigation**.
**pgs. 3-350 and 3-351**

**The following text has been added as the first paragraph, moving the original first paragraph to the place of second paragraph, immediately following Mitigation:**

Operating criteria would be established to allow Western to respond to various emergency situations in accordance with their obligations to the North American Electric Reliability Council.  This commitment would also provide for exemptions to a given alternative's operating criteria during search and rescue situations, special studies and monitoring, dam and powerplant maintenance, and spinning reserves.  Such exemptions for responding to various emergency situations would be consistent with the Presidential Memorandum, dated August 3, 2000, directing federal agencies to work with the State of California to develop procedures governing the use of backup power generation in power shortage emergencies.

Potentially significant power-related impacts could occur as a result of decreased surface-water supplies associated with the Maximum Flow, Flow Evaluation, and Percent Inflow Alternatives.  Although water supply changes per se were not considered an impact, the development of additional water supplies to meet demands would lessen the associated impacts.  Conceptually, any additional water supply or demand reduction would free up water for use by other, competing uses.  A number of demand-and supply-related programs are currently being studied across California, many of which are being addressed through the on-going CALFED and CVPIA programs and planning processes.  Although none of these actions would be directly implemented as part of the alternatives discussed in this DEIR/EIS, each could assist in offsetting impacts resulting from decreased Trinity River exports.

Power-related benefits associated with such programs would only occur if operations were conducted to provide increased generation; otherwise, implementation of such programs could negatively affect power resources.

Examples of actions being assessed in the CALFED and CVPIA planning processes include:

- Develop and implement additional groundwater and/or surface-water storage.  Such programs could include the construction of new surface reservoirs and groundwater storage facilities, as well as expansion of existing facilities.  Potential locations include sites throughout the Sacramento and San Joaquin Valley watersheds, the Trinity River Basin, and the Delta.

- Purchase long- and/or short-term water supplies from willing sellers (both in-basin and out-of-basin) through actions including, but not limited to, temporary or permanent land fallowing.

- Facilitate willing buyer/willing seller inter- and intra-basin water transfers that derive water supplies from activities such as conservation, crop modification, land fallowing, land retirement, groundwater substitution, and reservoir re-operation.

- Promote and/or provide incentive for additional water conservation to reduce demand.

- Decrease demand through purchasing and/or promoting the temporary fallowing of agricultural lands.

- Increase water supplies by promoting additional water recycling.

- Develop or construct generation for use by CVP customers.

- Purchase replacement power resources to offset losses of CVP generation.

- Modify the current CVP Cost Allocation policy to ensure that costs allocated to CVP preference power customers are reduced in an amount equal to the cost of acquiring replacement power.

**pg. 3-353**

**Table 3-49 has been modified to more clearly and accurately reflect costs comparing existing conditions to the Preferred Alternative.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Table 3-49.**

**3.11    Socioeconomics                                                      (CHANGES FOLLOW)**
**pg. 3-355**

This section presents regional information on socioeconomic conditions and impacts.  As required by NEPA, the impacts of each alternative are compared to the No Action Alternative generally represented by ~~in the year~~ 2020 conditions (except for up-front impacts, which are based on 2001 conditions).  While impacts are generally based on 2020 conditions, for purposes of consistency, all dollar estimates reflect 1997 dollars unless otherwise stated. Although CEQA does not require any discussion of socioeconomic impacts, this section nevertheless, to be consistent with other sections, compares the impacts of the Preferred Alternative in the year 2020 (Flow Evaluation plus watershed protection work from the Mechanical Restoration Alternative) to existing conditions, i.e., 1995.

**Affected Environment**.

Central Valley.
**pg. 3-366**

*Current Social Conditions*.  Central Valley farmers who depend on irrigation are being affected by a wide array of decisions affecting their way of life, many of which are outside their control.  For example, changes in farm subsidies and water supplies are accumulating. While farming has always had risks and uncertainties associated with it, recent changes have increased those elements.  The loss of control some farmers feel has increased their stress and concern for maintaining their way of life.

**Environmental Consequences**.

<u>Maximum Flow</u>.

<u>*Trinity River Basin*</u>.
**pg. 3-375**

*Up-front Impacts*.  The costs associated with the Maximum Flow Alternative are expected to generate $3.6-6.2 million in total industry output, $1.8-3.0 million in place of work income, and 45-77 additional jobs depending on the dam modification option (Table 3-54).  This represents more jobs in Trinity County than any other alternative due primarily to the dam modification component.  These dam modification costs are anticipated to last at most a couple of years, implying only a short-term impact.  After dam modification is complete, job generation drops off dramatically.  The 77 additional jobs reflect an insubstantial 1.5 percent of projected 2001 Trinity County employment.  Despite the fact that the dam modification costs are based on preliminary estimates, it is likely that the up-front cost-based impacts involve a higher degree of certainty compared to the annual 2020 impacts given their near-term nature and recent experience with several of the cost elements.

*Annual Impacts*.
**pgs. 3-375 and 3-376**

2020 Economic Impacts:  Under the Maximum Flow Alternative, the Trinity/Shasta County regional economy would be negatively affected by decreases in spending associated with water-oriented recreation.  Although recreation-related spending associated with use of the Trinity River would increase, these effects would be more than offset by decreases in recreation-related spending associated with use of Trinity and Shasta Reservoirs.  Annual regional economic output would decrease by an estimated ~~$6.3~~ 6.6 million, place of work income by ~~$2.6~~ 2.7 million, and employment by ~~66~~ 70 jobs (Table 3-54).  These changes are not considered substantial.  Revenues specific to businesses in Trinity County are estimated to increase $2.0 million annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places.  Annual employment in these sectors is estimated to decrease by ~~39~~ 41 jobs, with ~~25~~ 26 of those occurring in the retail trade sector.  These impacts are not considered substantial.

<u>Flow Evaluation</u>.

<u>*Trinity River Basin*</u>.

*Annual Impacts*.
**pg. 3-382**

2020 Economic Impacts:  Under the Flow Evaluation Alternative, the Trinity/Shasta County regional economy would be positively affected by increases in spending associated with increases in water-oriented recreation.  Recreation-related spending associated with increases in use of the Trinity River and Trinity Reservoir would more than offset the decreases in recreation-related spending associated with projected declines in use at Shasta Reservoir.  Annual regional economic output would increase by an estimated ~~$3.2~~ $3.0 million, place of work income would increase by ~~$2.0~~ 1.8 million, and employment

would increase by ~~66~~ 62 jobs (Table 3-51).  These increases are not considered substantial.  Revenues specific to businesses in Trinity County are estimated to increase $1.7 million annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places.  Annual employment in these sectors is estimated to increase by ~~43~~ 41 jobs, with ~~41~~ 39 of those occurring in the retail trade and lodging sectors.  These impacts are not considered substantial.

<u>Percent Inflow</u>.

*<u>Trinity River Basin</u>*.

*Annual Impacts*.
**pg. 3-387**

2020 Economic Impacts:  Under the Percent Inflow Alternative, the Trinity/Shasta County regional economy would be negatively affected by decreases in spending associated with declines in water-oriented recreation.  Although recreation-related spending associated with use of Trinity Reservoir would increase, these effects would be more than offset by decreases in recreation-related spending associated with declines in use at Shasta Reservoir and along the Trinity River.  Annual regional economic output would decrease by an esti-mated $~~500,000~~ 800,000, place of work income would decrease by $~~300,000~~ 400,000, and employment would decrease by ~~8~~ 12 jobs (Table 3-54).  These decreases, however, are not considered substantial.  Revenues specific to businesses in Trinity County are estimated to increase by less than $10,000 annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places.  Annual employment in these sectors is estimated to decrease by ~~5~~ 7 jobs, with ~~3~~ 4 of those occurring in the retail trade sector.  These impacts are not considered substantial.

<u>Mechanical Restoration</u>.

*<u>Trinity River Basin</u>*.

*Annual Impacts*.
**pg. 3-392**

2020 Economic Impacts:  The Trinity/Shasta County regional economy would be positively affected by the Mechanical Restoration Alternative.  The only changes in recreation-related spending would be associated with slight increases in use of the Trinity River for sportfish-ing.  Annual regional economic output would increase by an estimated $~~110,000~~ 130,000, place of work income would increase by $~~60,000~~ 70,000, and employment would increase by 2 jobs (Table 3-54).  These increases are not considered substantial.  Revenues specific to businesses in Trinity County are estimated to increase by less than $50,000 annually.

State Permit.

*Trinity River Basin.*

*Annual Impacts.*
**pgs. 3-395 and 3-396**

2020 Economic Impacts:  Under the State Permit Alternative, the Trinity/Shasta County regional economy would be negatively affected by decreases in spending associated with declines in Trinity River recreation.  Although recreation-related spending associated with use of Trinity and Shasta Reservoirs would increase, these effects would be more than offset by decreases in recreation-related spending along the Trinity River.  Annual regional economic output would decrease by $5.9 6.2 million, place of work income would decrease by $3.5 3.6 million, and employment would decrease by 115 119 (Table 3-54) jobs.  These changes are not substantial.  Revenues specific to businesses in Trinity County are estimated to decrease by $1.8 million annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places.  Annual employment in these sectors is estimated to decrease by 74 76 jobs, with 70 72 of those occurring in the retail trade and lodging sectors.  The adverse impacts on the lodging sector are substantial.

No Action versus Preferred Alternative.
**pg. 3-400**

**The following two sentences were erroneously placed under Up-front Impacts in the DEIS/EIR.  They have been deleted from Up-front Impacts and have been added to No Action versus Preferred Alternative.**

The Preferred Alternative consists of the Flow Evaluation Alternative plus the watershed protection component of the Mechanical Restoration Alternative.  Therefore, all socioeconomic impacts associated with the Preferred Alternative, other than costs, are identical to those of the Flow Evaluation Alternative.

*Trinity River Basin.*

*Up-front Impacts.*  The Preferred Alternative consists of the Flow Evaluation Alternative plus the watershed protection component of the Mechanical Restoration Alternative.  Therefore, all socioeconomic impacts associated with the Preferred Alternative, other than costs, are identical to those of the Flow Evaluation Alternative.  The costs associated with the Preferred Alternative are expected to generate $2.1 million in output/sales, $1.1 million in income, and 37 jobs annually in Trinity County (Table 3-54).  The majority of these impacts stem from the combined cost of constructing the channel rehabilitation sites and the watershed protection program.  Impacts taper off gradually until the channel rehabilitation sites are completed in year 6.  At that point, impacts decline by 50 percent and represent primarily the watershed protection program.  Given the peak level of job creation represents less than 1 percent of the projected total employment in Trinity County in 2001, the total impacts associated with the Preferred Alternative are not substantial.

Existing Conditions versus Preferred Alternative.

*Trinity River Basin.*

*Economic Impacts.*
**pg. 3-401**

Annual Impacts:  Under the Preferred Alternative, the Trinity/Shasta County regional economy would be positively affected by increases in spending associated with increases in water-oriented recreation.  Annual regional economic output would increase by $2.6 billion, place of work income would increase by ~~$1.4~~ 1.5 billion, and employment would increase by 35,900 jobs (Table 3-54).  More than 99 percent of these changes in economic activity are attributable to the effects of increased population on recreation use and spending associated with the Trinity River and Trinity and Shasta Reservoirs.  Project-related effects are not substantial.

**pgs. 3-405 through 3-410**

**Tables 3-54 and 3-55 have been modified to more accurately reflect annual economic impacts under each alternative.  See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Tables 3-54 and 3-55.**

**3.12    Cultural Resources                      (CHANGES FOLLOW)**

**Environmental Consequences.**
**pg. 3-417**

Flow Evaluation.  ~~Trinity Reservoir levels would be lower than levels under the No Action Alternative in all months.~~  The increased frequency of water levels fluctuations compared to No Action could result in increased exposure of cultural resources within the inundation zone.  Such an impact could be significant.

**3.13    Air Quality                              *(NO CHANGE)*

**3.14    Environmental Justice                   (CHANGES FOLLOW)**

**Environmental Consequences.**

Maximum Flow.

*Trinity River Basin and Lower Klamath River Basin/Coastal Area.*
**pg. 3-427**

With the exception of the San Francisco Coastal Area, there would be no substantial environmental justice impacts to non-Native Americans in the Trinity River Basin and Lower Klamath River Basin/Coastal Area.  In the San Francisco Coastal Area the adverse impacts on ~~agriculture~~ agricultural employment would be concentrated in the Santa Clara Valley.  The demographics of Santa Clara County indicate that the alternative would have substantial environmental justice impacts.  In 1996, the minority and Hispanic populations were 47 and 23 percent, respectively, of the county's population, with over 80 percent of the farm workers in the county being of Hispanic descent.

*Central Valley.*  Substantial adverse agricultural employment impacts would occur in the Tehama-Colusa service area.  This area includes Glenn, Colusa, and Yolo Counties.  Based

on Census Bureau data, 18.7, 17.3, and 15.5 percent, respectively, of the people in these counties live below the poverty level, compared to 16.5 and 13.8 percent, respectively, for the state of California and the United States.  Only Colusa County has a minority population greater than 40 percent.  With impacts being specific to the agricultural sector, and most of the farm workers being Hispanic, the loss of jobs by Hispanic farm workers in Colusa County would be a substantial environmental justice impact.

Substantial ==adverse== agricultural ==employment== impacts would occur along the San Luis Canal for those users entirely dependent on CVP contracts.  This includes the counties of Merced and Madera.  Census Bureau data indicate that both counties have significant minority populations, low median incomes, and high percentages of people in poverty (25.9 and 20.8 percent, respectively).  Therefore, the substantial impacts to agriculture would have substantial environmental justice impacts in these two counties.

| | | |
|---|---|---|
| **4.0** | **Other Impacts and Commitments** | *(SEE SUBSECTIONS)* |
| **4.1** | **Cumulative Impacts** | *(SEE SUBSECTIONS)* |
| **4.1.1** | **Implementation of Central Valley Project Improvement Act** | *(NO CHANGE)* |
| **4.1.2** | **SWRCB Water Rights Process and CALFED Bay-Delta Program** | *(NO CHANGE)* |
| **4.1.3** | **Deregulation of Electric Industry in California** | *(NO CHANGE)* |
| **4.1.4** | **Changes in Federal Farm Support Programs** | *(NO CHANGE)* |
| **4.1.5** | **Changes in Demand for Agricultural Products** | *(NO CHANGE)* |
| **4.1.6** | **Changes to Fisheries Management** | *(NO CHANGE)* |
| **4.1.7** | **Changes in Demand for Recreational Opportunities** | *(NO CHANGE)* |
| **4.1.8** | **Changes in Trinity River Basin Consumptive Water Use** | *(NO CHANGE)* |
| **4.1.9** | **Five Counties Coho Conservation Program** | *(NO CHANGE)* |
| **4.1.10** | **Total Maximum Daily Load (TMDL)** | *(NO CHANGE)* |
| **4.1.11** | **Lower Klamath Restoration Partnership** | *(NO CHANGE)* |
| **4.1.12** | **Changes in California Forest Practice Rules** | *(NO CHANGE)* |

~~**4.1.13   Tribal Water Quality Control Planning**~~          **(CHANGES FOLLOW)**
pg. 4-11

~~Pursuant to Section 303(c) of the federal Clean Water Act, the EPA is authorized to delegate water quality authority to federally recognized Indian tribes.  The Hoopa Valley Tribal Council (HVTC) has received 303(c) water quality authority from EPA, becoming the first tribe in California to receive such approval.  The Yurok and Karuk Tribes have received Clean Water Act Section 106 grants from EPA to undertake baseline assessments, with the intent of developing water quality control plans and standards, which are expected to be completed in 2001.~~

~~In 1997, the HVTC approved and forwarded to the EPA a Water Quality Control Plan (WQCP), which included temperature objectives for protection of the anadromous fishery.  The HVTC subsequently withdrew the Plan from EPA in 1999 to conduct a bi-annual review as required by the WQCP and the CWA.  The HVTC is now in the process of revising its WQCP and standards to reflect the recent completion of the TRFE recommendation and other scientific findings related to heavy metals.  In the event that the HVTC approves a~~

~~revised plan, it will submit it to EPA for final approval. Ultimate approval and implementation of tribal water quality control plans that include site- and time-specific temperature objectives protective of the anadromous fishery resources could provide an additional tool to provide the water quality necessary to help restore habitat and fish populations in the Trinity and Klamath Rivers.~~

### 4.1.14   Cumulative Impacts Analysis                    (CHANGES FOLLOW)
pg. 4-11

The simulation of the future cumulative condition includes consideration of:

- Projected increase in state-wide population growth and associated increase in demand for ~~CVP~~ water supplies in 2020, incorporating "probable future projects" (i.e., the No Action assumptions).

- Renewal of full contract amounts for all existing ~~All~~ CVP contractors and proposed contract amounts for new contracts provided under Section 206 of P.L. 101-514 per 3404(b) of CVPIA. ~~allocations identified in Table 4-1 are fully used (i.e., the full allocation identified for a given contract is in fact used, which as~~ These full contract amounts, shown ~~o~~in Table 4-1, ~~is~~ are in addition to what is assumed in the No Action ~~a~~Alternative~~, since such full allocation is not expected to occur by 2020)~~.

- Implementation of the CVPIA.

**pgs. 4-11 and 4-12**

Notably, the analysis of project impacts throughout this DEIS/EIR effectively addressed cumulative impacts by relying on models (e.g., PROSIM) that attempt to predict impacts in 2020, both of the Preferred Alternative (and other alternatives), as well as other placing demands on the CVP and SWP systems. ~~Although e~~Each chapter or subchapter of this EIS/EIR, in order to comply with CEQA, includes a section comparing the impacts of the Preferred Alternative to "existing conditions" in 1995 in order to ascertain what are commonly known as "project specific impacts," the remainder of the impact analysis compares the effects of various alternatives with "no action" (2020) conditions, which predict conditions in 2020 without the project.

**pgs. 4-12 and 4-13**

**The following two paragraphs were one paragraph in the DEIS/EIR, but have been separated for sake of clarity.**

Between 1995 and the year 2020, projected annual CVP M&I water service contracts and water rights demands are assumed to increase by approximately 320,000 af ~~north of the Delta~~.  Annual SWP entitlements are projected to increase from 3.5-4.2 maf by the year 2020.

The cumulative impacts analysis includes the re-operation of the CVP in response to the ~~Trinity River DEIS/EIR~~ Preferred Alternative, and then adds the implementation of the following CVPIA measures and programs:

**pg. 4-13**

- Implementation of CVP re-operation and 3406(b)(2) water management for upstream and Delta actions similar to those defined in the November 20, 1997, Administrative

Paper released by Reclamation and the Service. (An additional analysis using the October 5, 1999, Decision on Implementation of Section 3406(b)(2) of the CVPIA is provided following the issue-specific cumulative impact analyses. The additional analysis was not provided in the DEIS/EIR because the DEIS/EIR was released prior to the finalization of the decision on implementation of Section 3406(b)(2).)

- Acquisition of up to 140,000 af/yr from willing sellers on the Stanislaus, Tuolumne, Merced, Calaveras, Mokelumne, and Yuba Rivers to meet instream and Delta fisheries needs. Acquired water may be exported from the Delta if conditions allow.

- Provision of firm Level 2 (typically the amount of water specific refuges received historically) refuge water supplies, including a 25 percent shortage provision in dry years based on the 40-30-30 Index (as described in the SWRCB 1995 Water Quality Control Plan).

- Acquisition of Level 4 (quantity of water specified in Interior reports assumed to allow for optimum management of each refuge specifically included in CVPIA refuge water supplies, including shortage criteria based on the reliability of the source from which the acquisition is made (Table 4-1).

~~In addition to these actions, the cumulative analysis also assumes that all CVP contracts allocations identified in Table 4-1 are fully used (i.e., the full allocation identified for a given contract is in fact used).~~

Additional analysis is presented in the FEIS/EIR to further clarify the cumulative impact assessment presented in the DEIS/EIR. The level of anticipated impact (i.e., significance) for all issue area discussions remains the same as in the DEIS/EIR.

**pg. 4-25**

**The following new section has been added to Section 4.1.14 immediately following SWP Entitlement Water Deliveries:**

**Delta Surface-water Flows.**

Impacts Relative to the No Action Alternative. Delta inflow is projected to decrease due to re-operation of the CVP in the cumulative condition analysis. In comparison to the No Action Alternative, average annual Delta inflow is projected to decrease by 380,000 af, or 2 percent over the period of record; 640,000 af, or 2 percent during the wet period; and 150,000 af, or 1 percent during the dry period. Average annual combined CVP and SWP Delta exports are projected to be reduced 170,000 af during the dry and wet periods, and 330,000 af, or 6 percent over the period of record. Average annual Delta outflow is projected to decrease by 40,000 af during the long-term average period; 470,000 af, or 2 percent during the wet period; and increase 60,000 af, or 1 percent during the dry period.

Impacts Relative to Existing Conditions. Delta operations are projected to change due to increased water demands and re-operation of the CVP at a 2020 level of development in the cumulative condition analysis. In comparison to the existing conditions, average annual Delta inflow is projected to decrease by 360,000 af, or 2 percent over the period of record; 600,000 af, or 2 percent during the wet period; and 170,000 af, or 1 percent during the dry period. Average annual combined CVP and SWP Delta exports are projected to be reduced

210,000 af during the dry period, but increase by 710,000 af during the wet period due to increased SWP demand south of the Delta.  Combined exports increase 60,000 af, or 1 percent over the period of record.  Average annual Delta outflow is projected to decrease by 450,000 af during the long-term average period; 1,350,000 af, or 6 percent during the wet period; and increase 60,000 af, or 1 percent during the dry period.

**pgs. 4-25 and 4-26**

**Fishery Resources**.  Implementation of the Preferred Alternative is expected to result in a cumulatively beneficial impact in terms of increased anadromous fish production within the Trinity River Basin.  As described in Chapter 3, this increase in fish production would result in beneficial recreational impacts, as well as increased economic benefits within the Trinity River Basin and Lower Klamath River Basin/Coastal Area.  Modeled adverse impacts to anadromous fish within the Sacramento River would be expected to occur with regard to increased losses of early life-stages (eggs and sac-fry) of some runs of Sacramento River chinook salmon compared to the No Action Alternative, as well as existing conditions.  These impacts are attributable to a slight anticipated mortality of chinook salmon eggs and sac-fry from increases of Sacramento River water temperature. ~~and would be significant~~

**Trinity River Fisheries.**

<u>Impacts Relative to the No Action Alternative</u>.  Compared to the No Action Alternative, the implementation of the Preferred Alternative in relation to the cumulative condition would result in substantially restoring the diverse fish habitats necessary for the restoration and maintenance of anadromous fishery resources in the Trinity River Basin.  The watershed protection component of the Preferred Alternative would accelerate and enhance habitat improvement and salmonid production through mechanical restoration.  These improvements would be beneficial effects and substantially assist in the restoration of anadromous salmonid populations in the Trinity River.  Increased populations would result in a greater number of fish being available for harvest.

The assumed increase in  fish available for ocean commercial harvest would be a beneficial effect for the Northern/Central Oregon, KMZ-Oregon, KMZ-California, and Mendocino Regions.

<u>Impacts Relative to Existing Conditions</u>.  Similar to the comparison to the No Action Alternative, the cumulative effects scenario would result in substantially restoring the diverse fish habitats necessary for the restoration and maintenance of anadromous  fishery resources in the Trinity River Basin as compared to existing conditions.  (As discussed in Section 3.5 Fishery Resources, while some habitat degradation is assumed to occur under the No Action condition, the majority of such degradation is  assumed to have already occurred, and therefore, fishery habitats for existing conditions and the No Action Alternative are similar.)  The watershed protection component of the Preferred Alternative would accelerate and enhance habitat improvements and salmonid production through mechanical restoration.  Compared to existing conditions, these improvements would be beneficial effects and would substantially assist in the restoration of anadromous salmonid populations in the Trinity River.  As discussed above, the increased availability of fish for ocean commercial harvest for the Northern/Central Oregon, KMZ-Oregon, KMZ-California, and Mendocino Regions would be a beneficial effect.

**Sacramento River Fisheries.**

Impacts Relative to the No Action Alternative.  Implementation of the Preferred Alternative, the CVPIA Preferred Alternative, and full CVP water rights deliveries (cumulative effects) would result in modeled increased losses of early life stages (eggs and sac-fry) of some runs of Sacramento River chinook salmon compared to the No Action Alternative.  These impacts are attributable to mortality of chinook salmon eggs and sac-fry from increases of upper Sacramento River water temperature.  On an annual average basis, losses of fall and spring chinook salmon would increase approximately 1 percent over the No Action Alternative.  These increases in mortality occurred throughout the simulation period of 1922-1990 due to increased water temperatures in the upper Sacramento River.  Losses of late-fall chinook and steelhead would likely remain unchanged from No Action.  Per NMFS' BO (2000), implementation of the Preferred Alternative is not likely to jeopardize Central Valley spring-run chinook salmon given implementation of reasonable and prudent measures specified in the BO.

Losses of winter chinook salmon eggs and fry would increase approximately 6 percent beyond that estimated for No Action.  The modeled increases in mortality occurred during the critically dry waters years of 1924, 1931 through 1935, and 1977.  For those years, increased water temperatures resulted in very large mortality increases (up to nearly 70 percent greater than those for No Action) of incubating and developing sac-fry.  For the entire simulated period (1922-1990), the losses are slightly greater than assumed for the No Action condition, but they would be significant.

The cumulative effects of the implementation of preferred alternatives and full CVP deliveries on Delta species would likely be minor compared to No Action.  The average absolute change in the position of X2 (in km) in the Delta during February through June would be less than 1.7 km, a relative change of less than 3 percent.  These changes in geographic position of X2 may not be sufficiently large as to affect transport of larvae and juveniles into areas in the Delta where they could be entrained into the Delta pumps.  However, reductions in outflows greater than 10 percent less than the No Action Alternative during the months of February through June occurred in up to 14 percent of the years modeled.  These reductions may result in adverse effects to Delta smelt and other native or important sport fish in the Delta, and would be considered a significant impact. ~~in the Delta in comparison to the No-Action, and existing conditions scenario may adversely affect Delta species by relocating them in less productive or areas of lower habitat value within the Delta.  These changes would be considered significant.~~

Impacts Relative to Existing Conditions.  Implementation of the Preferred Alternative, the CVPIA Preferred Alternative, and full CVP water rights deliveries (cumulative effects) would result in even greater losses of early life stages (eggs and sac-fry) of fall, winter, and spring chinook salmon compared to existing conditions.  This would result from increased water temperatures in the upper Sacramento River.  Losses of late-fall chinook and steelhead would likely remain unchanged from No Action.  On an annual average basis, losses of fall, winter, and spring chinook salmon would increase approximately 2, 6, and 4 percent, respectively, over those under existing conditions.  These losses would be significant.

The cumulative effects of the implementation of the Preferred Alternative and full CVP deliveries on Delta species would also be minor compared to No Action.  The average absolute change in the position of X2 (in km) in the Delta during February through June would be less than 1.6 km, a relative change of approximately 2 percent.  These changes are likely not sufficient in magnitude to result in adverse effects to Delta smelt and other native or important sport fish in the Delta.  The changes in the positions of X2 would not be large enough to transport larvae and juvenile smelt and other species into areas where they would be subject to increased entrainment or less suitable habitats.  Reductions in outflows in the Delta during the months of February through June may result in adverse impacts to Delta species.  These impacts are considered potentially significant.

pg. 4-26

**The following new section has been added to Section 4.1.14 immediately before Agricultural Land Use:**

**M&I Land Use.**  Surface-water deliveries to municipal water service contractors north and south of the Delta could be influenced by future demands for water as well as CVP and SWP operational limitations in meeting other needs.

Impacts Relative to the No Action Alternative.  Average M&I surface-water delivery is estimated to decrease by 6,800 af in the Sacramento Valley Region.  Groundwater, other local supplies, and a small amount of price-induced conservation are projected to be used to eliminate this shortfall at a cost of $1.1 to $1.9 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries would be reduced by 15,800 af compared to the No Action Alternative.  Some of the resulting shortage is projected to be eliminated using yield from water supplies acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The costs of drought conservation would increase about $3.6 million annually compared to the No Action Alternative[20].

In the Bay Area, average M&I surface-water delivery is estimated to decrease by 17,200 af.  Conservation, reclamation, and a small amount of price-induced conservation (i.e., conservation resulting from an increase in the retail price) are assumed to be used to eliminate this shortfall at a cost of $2.7 to $4.5 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries would be reduced by 41,100 af compared to the No Action Alternative.  Some of the resulting shortage would be eliminated using yield from water supplies acquired for the average condition.  It is assumed that drought water supplies would be acquired to eliminate the remaining shortage.  The costs of these dry-condition supplies would increase about $44 to $76 million annually compared to the No Action Alternative.

In the San Joaquin Valley, average M&I surface-water delivery is estimated to decrease by 2,100 af.  Groundwater, other local supplies, and a small amount of price-induced conserva-tion are assumed to be used to eliminate this shortfall at a cost of $0.3 to $0.7 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries are projected to be reduced by

---

[20] Dry-condition costs are in addition to the average-condition costs and occur only in dry years (1928 through 1934, or about once every 5 years on average).

2,900  af compared to the No Action Alternative.  Some of the resulting shortage would be eliminated using yield from water supplies acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The costs of drought conservation would increase about $0.2 million annually compared to the No Action Alternative.

Impacts Relative to Existing Conditions.  Average surface-water delivery for municipal use is estimated to increase by 18,600 af in the Sacramento Valley Region.  Average-condition shortfall is projected to increase from zero to 10,100 af.  The shortfall occurs because the increase in surface-water delivery is not enough to meet increased demand in 2020 in affected service areas.  Groundwater, other local supplies, and a small amount of price-induced conservation is assumed to be used to eliminate this shortfall at a cost of $1.7 to $2.7 million annually.  The average retail price increase needed to cover these costs would be more than 1 percent on average, which is significant.  However, as evidenced above in the comparison of the cumulative condition to No Action, the majority of gap between supply and demand is associated with assumed increased population growth.  In the dry condition, CVP contract deliveries would be increased by 2,200 af compared to existing conditions, but shortage would increase by 11,900 af.  Some of the resulting shortage would be eliminated using yield from  water supplies acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The costs of drought conservation would increase about $0.8 million annually compared to existing conditions.

In the Bay Area, average surface-water delivery is estimated to increase by 5,200 af.  Average-condition shortfall is projected to increase from zero to 8,400 af.  The shortfall is projected to occur because the increase in surface-water delivery is not enough to meet 2020 demand in affected service areas.  Conservation, reclamation, and a small amount of price-induced conservation would be used to eliminate this shortfall at a cost of $3.9 to $6.5 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries are projected to be reduced by 36,100 af compared to existing conditions.  Some of the resulting shortage is assumed to be eliminated using the water acquired for the average condition.  It is assumed that drought water supplies would be acquired to eliminate the remaining shortage.  The cost of dry-condition supplies would increase about $78 to $198 million annually compared to existing conditions.

In the San Joaquin Valley, average surface-water delivery is estimated to increase by 900 af.  Average-condition shortfall is projected to increase from zero to 2,400 af.  The shortfall is projected to occur because the increase in surface-water delivery is not enough to meet 2020 demand in affected service areas.  Groundwater, other local supplies, and a small amount of price-induced conservation are assumed to be used to eliminate this shortfall at a cost of $0.4 to $0.8 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries are projected to be increased by 100 af compared to existing conditions.  Some of the resulting shortage is assumed to be eliminated using water acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The costs of drought conservation would increase about $0.8 million annually compared to the existing conditions.

Impacts Relative to the No Action Alternative.
**pg. 4-29**

Additional land retirement is expected to be implemented in SWP service areas within Kings and Kern Counties. In areas not implementing land retirement, changes in surface-water supply are assumed to be largely matched by regional changes in groundwater pumping. Irrigated acreage reductions would be more pronounced in areas with limited usable groundwater. In the San Felipe Unit, irrigated acres would decline by approximately 9,000, with an average gross revenue reduction of about $32 million per year. This reduction in irrigated acreage represents a significant decrease of almost 38 percent within the subregion and would result in a substantial impact on the agricultural economy of the San Felipe Unit.

**pg. 4-31**

~~**Water Quality.** As described in Section 3.4, Water Quality, Trinity River instream temperatures associated with Lewiston releases are identified as improving compared to the No Action and Existing Conditions scenarios. This is in part due to shifting exports to the summer and fall months decrease the potential for warming of water within Lewiston. Under the cumulative scenario, Trinity Reservoir temperatures are assumed to degrade below No Action levels, primarily in normal and dry conditions as a result of greater future CVP demands driving the need to decrease Trinity Reservoir carryover storage. This would be a significant impact with regard to Trinity River temperatures.~~

~~Modeled water temperature impacts within the Sacramento River are modeled to be slightly greater than what is anticipated for the Preferred Alternative. Associated temperature-related impacts to fisheries are discussed previously under Fishery Resources.~~

**Trinity River Temperature.** The cumulative impacts analysis presents the results of Trinity Division temperature model simulations under two versions of the cumulative condition: one that maintains a minimum carryover storage level of 600 taf in Trinity Reservoir ("cumulative (600 taf)"), and a second that maintains carryover storage of 400 taf ("cumulative (400 taf)"). To evaluate compliance with NCRWQCB standards, results of the SNTEMP model are presented as percentage of days that instream temperatures violate Trinity River temperature objectives under median year hydro-meteorological conditions (see Table 3-8 of Section 3.4). The median-year evaluation criteria were developed by the Service for use with the SNTEMP model for the period July 1 through October 15, as presented in Table 3-7. For each alternative, simulations were performed for five specific years (1983, 1986, 1989, 1990, and 1977) representing five different water-year classes (extremely wet, wet, normal, dry, and critically dry), as outlined in Section 3.4 Water Quality. Evaluation of the Hoopa EPA temperature criteria relied upon actual hydro-meteorological conditions of the representative years modeled using BETTER. These years included 1977 (critically dry), 1990 (dry), 1989 (normal), 1986 (wet), and 1983 (extremely wet). This evaluation provided estimates of the percentage of weeks the objectives would be met, as outlined in Section 3.4 Water Quality.

Impacts Relative to the No Action Alternative. In four of the five years analyzed, the cumulative (600 taf) either had the same NCRWQCB compliance as No Action or improved compliance. In the normal water year, cumulative (600 taf) decreased compliance by

6.5 percent (105 days of temperature compliance versus 98 days under cumulative (600 taf)). In the extremely wet and wet water years, cumulative (600 taf) achieves the same compliance as No Action (100 percent compliance). In the dry and critically dry water years, cumulative (600 taf) has 12.1 percent and 68.2 percent better compliance than No Action, respectively (94 days of compliance versus 81 days for dry; 97 days versus 24 days for critically dry). For the Hoopa EPA standards, cumulative (600 taf) improved compliance in four of the five years analyzed. In the extremely wet water year, compliance was the same as the No Action Alternative (100 percent).

In three of the five years analyzed, the cumulative (400 taf) either had the same compliance as No Action or improved compliance. In the normal and dry water years, cumulative (400 taf) decreased compliance by 27.1 percent and 16.8 percent, respectively (105 days of temperature compliance versus 76 days under cumulative (400 taf) for the normal water year; 81 days versus 63 days for the dry water year). In the extremely wet and wet water years, cumulative (400 taf) achieves the same compliance as No Action (100 percent compliance). In the critically dry water year, cumulative (400 taf) has 6.5 percent better compliance than No Action (31 days versus 24 days). For the Hoopa EPA standards, cumulative (400 taf) improved compliance in three of the five years analyzed. In the critically dry and extremely wet water year, compliance was the same as the No Action Alternative (88 percent and 100 percent, respectively.

Reasons for the differences in compliance with temperature objectives between these alternatives are due to the changes in the timing and rate of CVP diversions; cooler water temperatures in Lewiston Reservoir typically result from higher CVP diversion rates (i.e., high flow through Lewiston Reservoir). Historically, temperatures in Lewiston Reservoir have been highly variable because of intermittent operation of the Carr Powerplant. When operating at full capacity, the plant draws about 3,200 cfs through the intake. This rate of flow through Lewiston Reservoir is sufficient to displace its entire volume in only 2.5 days. During summer, high through-flow prevents the formation of a warm surface layer and results in fairly uniform water temperature, usually around 47°F. When the Carr Powerplant is not operating, thermal stratification develops within a few days, and surface summer temperatures can warm to between 60°F and 70°F. Dry-year class operations that divert most of the water to the CVP during the spring months also tend to drain Trinity Reservoir by early summer. The resultant low summer storage in Trinity Reservoir may allow the reservoir's thermocline to intersect the dam outlet intake structure. This adverse effect of low summer storage in Trinity Reservoir can be seen as a drop in compliance with downstream temperature objectives when the Preferred Alternative is operated at a lower minimum reservoir storage (400 taf versus 600 taf). Both cumulative scenarios improve compliance with the Hoopa EPA standards compared to No Action. This is largely a result of the higher instream flows assumed under both cumulative scenarios.

Impacts Relative to Existing Conditions. In three of the five years analyzed, the cumulative (600 taf) either had the same compliance as existing conditions or improved compliance. In the normal and dry water years, cumulative (600 taf) decreased compliance by 5.6 percent and 12.1 percent, respectively (104 days of temperature compliance versus 98 days under cumulative (600 taf) for the normal water year; 107 days versus 94 days for the dry water year). In the extremely wet and wet water years, cumulative (600 taf) achieves the same compliance as existing conditions (100 percent compliance). In the critically dry water year,

cumulative (600 taf) has 74.8 percent better compliance than existing conditions (17 days versus 97 days). For the Hoopa EPA standards, cumulative (600 taf) improved compliance in four of the five years analyzed. In the extremely wet water year, compliance was the same as existing conditions (100 percent).

In three of the five years analyzed, the cumulative (400 taf) either had the same compliance as existing conditions or improved compliance. In the normal and dry water years, cumulative (400 taf) decreased compliance by 26.2 percent and 41.1 percent (104 days of temperature compliance versus 76 days under cumulative (400 taf) for the normal water year; 107 days versus 63 days for the dry water year). In the extremely wet and wet water years, cumulative (400 taf) achieves the same compliance as existing conditions (100 percent compliance). In the critically dry water year, cumulative (400 taf) has 13.1 percent better compliance than existing conditions (17 days versus 31 days). For the Hoopa EPA standards, cumulative (400 taf) improved compliance in three of the five years analyzed. In the critically dry and extremely wet water year, compliance was the same as existing conditions (88 percent and 100 percent, respectively).

Reasons for the differences in compliance with temperature objectives between these alternatives are the same as those listed for the comparison with No Action.

**Sacramento River Temperature.** The following analysis is based on temperature criteria established in the Sacramento River Biological Opinion (1993) for the protection of Sacramento River winter chinook salmon and described in Section 3.4 Water Quality.

<u>Impacts Relative to the No Action Alternative</u>. Model results for the cumulative condition indicated that on average, overall temperature violations from April through October would increase approximately 4 percent from 15.9 percent to 19.9 percent. For individual months, the largest increases in violations over those that were projected to occur under the No Action Alternative occurred during the months of May through June, with violations increasing up to 10 percent (June). Conversely, the model indicates that the Cumulative Impacts scenario would result in 6 percent fewer violations during April when compared to No Action Alternative.

Modeling based on dry-period data revealed, on average, that the number of temperature violations from April through October under the Cumulative Impacts scenario increased approximately 5 percent when compared to the No Action Alternative. During the dry period, approximately 39 percent and 45 percent of the months from April through October would result in violations of the Biological Opinion temperature criteria for No Action and Cumulative Impacts, respectively. Generally, the magnitude of temperature violations is greater under the cumulative condition than under No Action. This is reflected in increased winter-run mortality in dry years. Please see Sacramento River Fisheries for a discussion of cumulative effects on salmon mortality.

Cumulative Impacts during the wet period resulted in a decrease in the number of temperature violations during the months of April through October when compared to the No Action Alternative. For the No Action Alternative, Biological Opinion temperature criteria violations would occur on average, in approximately 20 percent of the months from April through October. This is compared to violations occurring in approximately 9 percent of the months from April through October for the Cumulative Impacts scenario.

Impacts Relative to Existing Conditions.  Modeling of long-term temperature data indicated that the Cumulative Impacts scenario would result in an approximate 6 percent increase in the number of months when the Sacramento River Biological Opinion temperature criteria for winter chinook salmon would be violated when compared to existing conditions.  Overall, the percentage of months from April through October with temperature violations would increase from approximately 14 percent to 20 percent.  The largest increases in violations under the Cumulative Impacts scenario would occur during the months of May through September and would increase up to approximately 12 percent more violations (July) than the No Action Alternative.  Conversely, in April there would be approximately 6-percent fewer violations than that for the No Action Alternative.

For the dry period, on the average and compared to existing conditions, the number of temperature violations during the months of April through October was projected to increase approximately 8 percent for the Cumulative Impacts scenario.  For existing conditions, during the dry period, approximately 37 percent of the months from April through October would result in violations of the Biological Opinion temperature criteria.  For the Cumulative Impacts scenario, this would increase to approximately 45 percent.  For individual months, the greatest increase in the number of monthly temperature violations would occur in April (approximately 29 percent), and the largest decrease in the number of monthly temperature violations would occur in October (approximately 29 percent).  Generally, the magnitude of temperature violations is greater under the cumulative condition than under existing conditions.  This is reflected in increased winter-run mortality in dry years.  Please see Sacramento River Fisheries for a discussion of cumulative effects on salmon mortality.

For the wet period, on the average and compared to existing conditions, the number of temperature violations during the months of April through October were approximately 11 percent fewer for the Cumulative Impacts scenario.  For existing conditions, approximately 20 percent of the months from April through October would result in violations of the Biological Opinion temperature criteria.  This is compared to approximately 9 percent of the months from April through October for the Cumulative Impacts scenario which would violate the Biological Opinion temperature criteria.  For individual months, the greatest decrease in the number of monthly temperature violations would occur during June through September (approximately 20 percent), and there were no months when there were more monthly temperature violations than that for the existing conditions scenario.

**Bay-Delta Drinking Water Quality.**

Impacts Relative to the No Action Alternative. The DSM2 Delta water quality results projected varying increases and decreases in average monthly EC, bromide, and DOC concentrations throughout the year at Contra Costa Canal Intake, Old River at Highway 4, Delta-Mendota Canal Intake, and Clifton Court Forebay.

The greatest potential for increase is at Old River near Highway 4, where EC and bromide concentrations are estimated to increase up to 50 and 80 percent in December and January due to closures of the Cross Channel Gate as part of the Delta 3406(b)(2) actions assumed to be implemented under CVPIA.  Impacts of this magnitude would not be expected to occur in actual operations since the Cross Channel Gate would be re-opened if monitored EC concentrations approach threshold levels as defined in the 1997 CALFED Operations Group

Sacramento River Spring-Run Chinook Salmon Protection Plan.  The decision to re-open the gates would be made on a real-time basis.

Modeled EC and bromide concentrations at the Delta-Mendota Canal Intake were projected to increase up to 24 percent under average and critical dry conditions in the high export months of June and July.  DOC concentrations at the Contra Costa Canal Intake, Old River at Highway 4, Delta-Mendota Canal Intake, and Clifton Court Forebay rise up to 16 percent under average conditions and 12 percent in critical dry years in the months of April through July, due to reduced CVP and SWP exports.  Greens Landing and North Bay Aqueduct concentrations are similar to the No Action Alternative for the three constituents.  These potential changes in Delta water quality would be significant impacts.

Impacts Relative to the Existing Conditions.  As is the case for the No Action comparison, the DSM2 Delta water quality results show varying increases and decreases in average monthly EC, bromide, and DOC concentrations throughout the year at Contra Costa Canal Intake, Old River at Highway 4, Delta Mendota Canal Intake, and Clifton Court Forebay.

Modeled EC and bromide concentrations at Old River near Highway 4 are projected to increase up to 60 and 100 percent in December and January due to closures of the Cross Channel Gate as part of the Delta 3406(b)(2) actions implemented under CVPIA.  As with the No Action analysis, impacts of this magnitude would not be expected to occur in actual operations since the Cross Channel Gate would be re-opened if monitored EC concentrations approach threshold levels as defined in the 1997 CALFED Operations Group Sacramento River Spring-Run Chinook Salmon Protection Plan.

EC and bromide concentrations at the Delta-Mendota Canal Intake increase up to 35 and 25 percent under average and critical dry conditions in the high export months of June and July.  DOC concentrations at the Contra Costa Canal Intake, Old River at Highway 4, Delta-Mendota Canal Intake, and Clifton Court Forebay rise up to 10 percent under average conditions and 13 percent in critical dry years in the months of April through July, due to reduced CVP and SWP exports.  Greens Landing and North Bay Aqueduct concentrations are similar to the No Action Alternative for the three constituents.  These potential changes in Delta water quality would be significant impacts.

**Power Resources.**  As described in Section 3.10, Power Resources, and above under Section 4.1.3, the Preferred Alternative would reduce available CVP hydropower generation annually and in peak power demand periods (i.e., summer months).  If this power is not available for use by Western preference power customers, the customers or Western would need to purchase power from other sources.  ~~Therefore, the cost of power for all users would probably increase due to market forces.  Significant cumulative impacts (primarily air quality impacts) could occur if these reductions in power supplies induced increased generation from either existing gas-fired generators or the construction of new facilities. Such impacts are anticipated to be further exacerbated under the cumulative condition.  The overall cumulative impact from the Preferred Alternative and probable future projects is therefore considered potentially significant.  In addition, the Preferred Alternative's incremental contribution to this condition is considered to be cumulatively considerable.~~

Two important changes to water operations occur under the cumulative condition, both of which affect the value of power resources.  First, the minimum carryover storage at Trinity

Reservoir is reduced from 600 taf to 400 taf, which has a direct effect on the capacity provided by the Trinity Powerplant, reducing its value as a peaking resource. Although the reduction in carryover storage only occurs in the worst-case scenario, for the purposes of power valuation, this reduction in firm capacity would be substantial. Generally, the cumulative run reduced reservoir levels across the CVP, with corresponding reductions in capacity. However, the reduction at Trinity was especially notable in terms of impacts to CVP preference customers because the reduced capacity occurred specifically in dry years, when capacity is especially valuable. Secondly, exports were shifted back towards the spring months under the cumulative scenario in order to alleviate temperature concerns in the Sacramento River. This shift reduces the value of TRD generation by moving it from the higher-value summer months to the lower-value spring months. These changes are important to consider in relation to the Preferred Alternative, where a reduction in generation was offset by an increase of value. For the cumulative condition, a decrease in generation (compared to No Action) is compounded by a reduction in value.

Impacts Relative to the No Action Alternative. Compared to the No Action Alternative, energy production is reduced in the cumulative condition by approximately 8 percent. This decrease reduces the value of energy compared to No Action because generation under the cumulative condition occurs less often in the higher-value summer season. The majority of the generation under the cumulative condition occurs in the lower-value spring season. Average monthly capacity is reduced by approximately 3 percent. However, reductions in firm capacity (capacity supported by energy) account for a substantial decrease in value. These two factors; shift in timing of generation, and reduction in dry year firm capacity, account for the majority of the reduction in value under the cumulative condition compared to the No Action condition. The cumulative condition would reduce the value of CVP power resources by $9,975,000 per year compared to the No Action Alternative. The reduction in value is considered significant.

Impacts Relative to Existing Conditions. The characteristics of Power Resources under existing conditions are similar to those under the No Action Alternative. However, under existing conditions electrical power and energy are jointly managed with PG&E as per Contract 2948-A. The No Action Alternative assumes that this contract is not renewed. While this assumption does not have a major effect on the value of electricity generated, under No Action, electricity generation better matches preference power customer loads. Similar to the comparison to No Action, the reduction in value under the cumulative condition compared to existing condition is considered significant.

**pg. 4-32**

**The following new section has been added to Section 4.1.14 immediately following Mitigation (new Table 4-3A and Figures 4-6 and 4-7 are included in Section 2.3 Changes to the DEIS/EIR Tables and Figures):**

**Reclamation Analysis of Preferred Alternative and October 5, 1999, Decision on Implementation of 3406(b)(2).** Subsequent to the cumulative impact analysis conducted for the DEIS/EIS, Reclamation conducted a PROSIM analysis of the impacts of regulatory actions on CVP and SWP water supplies related to the Preferred Alternative and DOI's interpretation of 3406(b)2 water management as defined in the October 5, 1999, Decision on Implementation of Section 3406(b)(2) of the CVPIA. The study was conducted at a 1995

level of development using the hydrologic period from 1983 through 1993. Hydrologic conditions during this 11-year period range from critically dry to wet.

PROSIM simulations were conducted for four conditions representing increasing levels of regulatory actions. The four simulations included a pre-CVPIA 1995 water quality control plan (Bay-Delta WQCP), 3406(b)(2), and Preferred Alternative conditions. The conditions are additive, in that the 3406(b)(2) condition includes the Bay-Delta WQCP condition, and the Preferred Alternative includes both the Bay-Delta WQCP and 3406(b)(2) conditions. The Bay-Delta WQCP simulation represents conditions that are generally similar to the DEIS/EIR existing conditions. The Preferred Alternative simulation represents conditions that are generally similar to the cumulative impact analysis. The specific assumptions associated with each of the simulations are summarized in Table 4-3A.

The model results for the Preferred Alternative show an average annual allocation of 45 percent of full allocation for north of Delta CVP agricultural and 76 percent for northern M&I water service contractors, compared to 60 percent and 84 percent for the Bay-Delta WQCP condition, respectively. The majority of the decrease in allocations for the agricultural water service contractors is related to the implementation of 3406(b)(2). South of the Delta, agricultural water service contractor average annual allocations would be 36 percent compared to 63 percent for the Bay-Delta WQCP condition, and 74 percent compared to 86 percent for the M&I contractors. Again, the majority of the incremental decrease in allocations between the Bay-Delta WQCP and Preferred Alternative is related to the implementation of Section 3406(b)(2). SWP deliveries south of the Delta were the same between the Preferred Alternative and Bay-Delta WQCP simulations. Figures 4-6 and 4-7 show the comparison of average annual deliveries north and south of the Delta. As also shown on Figures 4-6 and 4-7, CVP deliveries to Sacramento River Settlement Contractors, San Joaquin River Exchange Contractors, and refuges are not affected by b(2) water management or the Preferred Alternative.

Although these results differ from the analyses conducted for the DEIS/EIR (due to differences in level of development and hydrologic period), they are consistent in that both sets of results show substantial reductions in CVP deliveries south of the Delta due to reduced available water supply and b(2) water management export restrictions.

**4.2     Growth-inducing Impacts**                                                   *(NO CHANGE)*
**4.3     Irreversible and Irretrievable Commitments**
          **of Resources and Significant Impacts that Would**
          **Remain Unavoidable Even after Mitigation**                                *(NO CHANGE)*
**4.4     Short-term Uses of the Environment Versus Long-term**
          **Productivity**                                                            *(NO CHANGE)*

**4.5     Environmental Commitments and Mitigation and**
          **Significant Unavoidable Impacts**                                         **(CHANGES FOLLOW)**

pg. 4-38

Table 4-4 has been revised to include Hoopa Valley Tribe temperature objectives and mitigation. See Section 2.3 Changes to the DEIS/EIR Tables and Figures for revised Figure 4-4.

**5.0     Consultation and Coordination**                                             *(SEE SUBSECTIONS)*

**5.1      Lead and Participating Agencies**                    *(SEE SUBSECTIONS)*

**5.1.1    Applicable Laws, Policies, and Programs**            **(CHANGES FOLLOW)**
**pgs. 5-4 and 5-5**

**California Environmental Quality Act.**  This document was prepared to comply with CEQA, based on the Trinity County's determination that the proposed action constitutes a "project" under CEQA (CEQA Guidelines Section 15378[a]).  CEQA and NEPA are similar in many ways in terms of the identification of alternatives, potential mitigation measures, and adverse environmental impacts that cannot be avoided (see Chapter 1).  This joint NEPA/CEQA document is meant to comply with both laws so as to reduce redundancy while providing the necessary documentation for both processes.  Key among the CEQA provisions is the requirement to identify all significant impacts.  Significance thresholds are identified for each issue area to allow the reader to clearly see at what point a given environmental impact was considered significant.  For more information on CEQA, see Chapter 1 and Technical Appendix G.

**pgs. 5-5 and 5-6**

**Fish and Wildlife Coordination Act.**  The FWCA requires consultation with the Service and the fish and wildlife agencies of states when any water body is impounded, diverted, controlled, or modified for any purpose by any agency under a federal permit or license.  The Service and state agencies charged with managing fish and wildlife resources are to conduct surveys and investigations to determine the potential damage to fish and wildlife and the mitigation measure to be taken.  The Service may incorporate the concerns and findings of state agencies and other federal agencies.  Compliance with the FWCA will be coordinated with consultation for ESA, as described above.  By virtue of joint administration of the NEPA/CEQA process and joint development of the DEIS/EIR and FEIS/EIR, the federal and state consultation requirements of this act have been satisfied.

**pg. 5-6**

**National Historic Preservation Act.**  Section 106 of the NHPA requires that federal agencies evaluate the effects of federal undertakings on historical, archeological, and cultural resources and afford the Advisory Council on Historic Preservation (ACHP) the opportunity to comment on the proposed undertaking.  The first step in the process is to identify cultural resources included on (or eligible for inclusion on) the NRHP that are located in or near the project area.  The second step is to identify the possible effects of proposed actions.  The lead agency must examine whether feasible alternatives exist that would avoid such effects.  The lead agencies have consulted under Section 106 of the National Historic Preservation Act with the appropriate tribes, Tribal Historic Preservation Office, and State Historic Preservation Office.  Section 106 compliance in the form of a Programmatic Agreement will be executed prior to the execution of the ROD.  Procedures and conditions contained in the Programmatic Agreement also satisfy the archaeological resources protection provisions of the Antiquities Act of 1906, the Reservoir Salvage Act of 1960, the Archaeological and Historic Preservation Act of 1974, and the Archaeological Resources Protection Act of 1979.  Compliance with the NHPA is discussed in Section 3.12.

**pgs. 5-7 and 5-8**

**Wild and Scenic Rivers Act.** The Wild and Scenic Rivers Act designates qualifying free-flowing river segments as wild, scenic, or recreational. The act establishes requirements applicable to water resource projects affecting wild, scenic, or recreational rivers within the National Wild and Scenic Rivers System, as well as rivers designated on the National Rivers Inventory. The Trinity River was designated a Wild and Scenic River due in part to its "outstandingly remarkable resource," the fishery (46 FR 7484). Implementation of the Preferred Alternative must be demonstrated to be consistent with this Act, under which it is the "policy of the United States that certain selected rivers of the Nation which, with their immediate environments, possess outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural, or other similar values, shall be preserved in free-flowing condition, and that they and their immediate environments shall be protected for the benefit and enjoyment of present and future generations. Therefore, ~~U~~under the act, a federal agency may not assist the construction of a water resources project that would have a direct and adverse effect on the free-flowing, scenic, and natural values of a wild or scenic river. If the project would affect the free-flowing characteristics of a designated river or unreasonably diminish the scenic, recreational, and fish and wildlife values present in the area, such activities should be undertaken in a manner that would minimize adverse impacts, and should be developed in consultation with the NPS. ~~The Trinity River was designated a Wild and Scenic River due in part to its "outstandingly remarkable resource," the fishery (P.L. 90-542).~~ Impacts to the Trinity River are discussed in light of the designation and the Act. Final determinations of consistency must be made by those federal agencies responsible (NPS, BLM, and USFS) for the management of various segments of the Trinity River within the National Wild and Scenic River system. Wild and Scenic Rivers Act compliance will be documented prior to execution of the ROD.

**pg. 5-8**

**The following new text has been added to the end of Section 5.1.1:**

**Clean Air Act (42 U.S.C. 7401) and Amendments of 1977.** The majority of the amendments to the Clean Air Act were enacted in 1977 and are known as the Clean Air Amendments of 1977 (P.L. 95-95; 91 Stat. 685). The primary objective of the Clean Air Act is to establish federal standards for various pollutants from both stationary and mobile sources, and to provide for the regulation of polluting emissions via state implementation plans. In addition, the amendments are designed to prevent significant deterioration in certain areas where air quality exceeds national standards, and to provide for improved air quality in areas that do not meet federal standards ("nonattainment" areas). The Trinity River Basin lies within the North Coast Air Basin (NCAB), which is under the jurisdiction of the North Coast Unified Air Quality Management District (NCUAQMD). The air quality of the Trinity River Basin meets the national Ambient Air Quality Standards (AAQS) for all criteria pollutants. However, it is designated non-attainment by the state with respect to $PM_{10}$ in the Weaverville area during winter months, due to residential wood heating.

Site-specific environmental reviews would be conducted for all non-flow activities, e.g., channel rehabilitation projects, watershed protection projects, and spawning gravel placement. However, air quality impacts resulting from implementation of any of the

alternatives would be de minimus (see Mitigation on page 3-424 of the DEIS/EIR) and thus consistent with this Act.

**Coastal Zone Management Act of 1972, as amended (16 U.S.C 1451-1464, chapter 33; P.L. 92-583).**  Coastal Zone Management Act of 1972, as amended, established a voluntary national program within the Department of Commerce to encourage coastal states to develop and implement coastal zone management plans.  Consistent with the provisions of this act, the State of California's coastal plan has defined boundaries of the coastal zone, identified uses of the area to be regulated by the state, the mechanism (criteria, standards, or regulations) for controlling such uses, and broad guidelines for priorities of uses within the coastal zone.  None of the alternatives would result in changes in land use within the Coastal Zone; thus, the proposed action is consistent with this act.

**Farmland Protection Policy Act of 1981 (7 U.S.C. 420).**  The Farmland Protection Act requires identification of proposed actions that would affect any lands classified as prime and unique farmlands.  The U.S. Natural Resources Conservation Service (formerly Soil Conservation Service) administers this act to preserve farmland.  Consistent with this act, the lead agencies have identified actions that may affect agricultural lands in the DEIS/EIR and FEIS/EIR.

**Federal Water Pollution Control Act (Clean Water Act) (33 U.S.C. 1251 et seq.)(Section 404 and Section 401 Water Quality Certification programs).**  Section 404 authorizes the Corps to issue permits for the discharge of dredged or fill material into navigable waters at specified disposal sites (33 U.S.C. 1344).  EPA is authorized to prohibit the use of a site as a disposal site based on a determination that discharges would have an unacceptable adverse effect on municipal water supplies, shellfish beds and fishery areas, wildlife, or recreational uses.  Applicants for federal permits or licenses for activities involving discharges into navigable waters are to provide a state certification that the proposed activity would not violate applicable water quality standards (33 U.S.C. 1341).  Licenses and permits may not be granted if the state or interstate certification has been denied.  Permits under Sections 401 and 404 are not required prior to the Secretary making a decision; however, permits would be required under Sections 401 and 404 if mechanical restoration projects were part of the program adopted under the Secretary's decision (actual implementation of the project would undergo a site-specific environmental review).

**Federal Water Project Recreation Act (P.L. 89-72).**  This act recognizes recreation as a purpose in water development projects and states that federal agencies must consider potential outdoor recreational opportunities and potential fish and wildlife enhancement when planning navigation, flood control, reclamation, hydroelectric, or multi-purpose water resource projects.  While the proposed project is not intended to develop new water, the Preferred Alternative would result in a modification of a Reclamation project that incorporates a substantial recreation component.  As described in this DEIS/EIR, implementation of the Preferred Alternative would not adversely affect recreational activities on the river or at reservoirs.

**Noise Control Act of 1972; Noise Pollution Abatement Act of 1970 (P.L. 91-604).**  It is not anticipated that project implementation would result in excessive noise because very few sensitive receptors are located within the project area.  However, consistent with these acts, the lead agencies would comply with any state, interstate, and local requirements respecting

control and abatement of environmental noise to the same extent that any person is subject to such requirements.

**Porter-Cologne Water Quality Control Act.**  Together, the federal Clean Water Act (33 U.S.C. § 1251 et. seq.) (CWA) and the state Porter-Cologne Water Quality Control Act (Wat. Code, § 13000 et seq.) (Porter-Cologne) regulate water quality in California's water bodies, including the Trinity River, the Sacramento River, and the Sacramento-San Joaquin Delta. The CWA sets a broad legal framework for protecting water quality throughout the nation, but gives states the opportunity to operate their own regulatory programs, provided that the resulting water quality control is sufficiently stringent to meet or exceed federal criteria. The Porter-Cologne Act and its programs serve this function within California.  Porter-Cologne requires each of the state's nine Regional Water Quality Control Boards to adopt "basin plans" for areas within the affected region.  (Wat. Code, § 13240.)  These plans contain "water quality objectives" that, when approved by SWRCB and EPA, function as "water quality standards" under the CWA.  Although water quality objectives typically regulate ambient waters and most frequently focus on traditional pollutants such as heavy metals, they also regulate permissible saline levels and turbidity, and set water temperatures needed to protect fisheries and other aquatic resources.  In both the Trinity and Sacramento Rivers, the maintenance of temperature objectives is very important to the protection of fisheries.

To achieve and maintain water quality objectives, regional boards issue "waste discharge requirements" (WDRs) limiting pollutants levels in discharges to water bodies (Wat. Code, § 13260 et seq.).  These WDRs are the equivalent of, and function as, National Pollutant Discharge Elimination System (NPDES) permits required by the CWA.

Compliance with the Porter-Cologne Water Quality Control Act and all applicable permits are discussed in Section 3.4 Water Quality.

**Caltrans Encroachment Permits.**  California Streets and Highway Code Sections 670 through 675 authorize the California Department of Transportation (Caltrans) to issue permits allowing various kinds of alterations to state highways.  Among the possible alterations are the making of openings or excavations, or the placing, changing, or renewing of "encroachment[s]."  Through the issuance of such permits, Caltrans can allow the owner or developer of property adjacent to a highway to construct, alter, repair, or improve any portion of the highway for the purpose of improving local traffic access.  In granting such permits, Caltrans has authority to require a permitee to fund the costs of the necessary improvements, and to ensure that the work at issue will not leave the highway worse off from either a physical or a safety standpoint.  It is possible that channel restoration projects envisioned under various alternatives would create the need to obtain new points access to State Highways 3 or 299.

**Trinity County Encroachment Permits.**  Section 12.04.010 of the Trinity County Code authorizes the Trinity County Transportation Department to require encroachment permits for new points of access to county roads or other activities that might damage the surface of county roads.   Section  12.04.020 of the County Code allows the County to require as a permit condition that the county road be left in as good condition as it was before any change was made.  Section 12.04.030 of the County Code allows the permit to be conditioned to require a bond or cash deposit to ensure that the permit conditions are met.

Watershed restoration projects associated with county roads would undergo environmental review through the Trinity or Humboldt County Planning Departments and may require encroachment permits if an entity other than the Counties (Resource Conservation District, etc.) would be performing the work.

**Surface Mining Control and Reclamation Act.**  The Surface Mining and Reclamation Act (Pub. Resources Code, § 2710 et seq.) (SMARA) embodies a comprehensive scheme regulating surface mining and mandating reclamation in California.  SMARA generally requires that, except for those in place before 1976, mining operations must obtain use permits regulating the manner in which mining can occur.  In addition, both old and new operations must obtain reclamation plans governing how mined lands will be eventually restored.  Regulations implementing SMARA are promulgated by the State Mining and Geology Board (See Cal. Code Regs., tit. 14, § 3500 et seq).

Although the Flow Decision does not directly implicate SMARA, it is possible that the spawning gravel needed for  placement below Lewiston Dam may create a demand for newly permitted gravel mining operations.  Any such operations would be subject to their own environmental review process under CEQA, and thus need not be covered either by this first-tier EIS/EIR or by any second-tier document generated in connection with specific channel modification projects.  If existing permitted mining operations are able to supply an adequate amount of spawning gravel, there would be no need to permit new mines.

**Trinity County Floodplain Development Permits.**  Section 29.4 of the Trinity County Zoning Ordinance (Floodplain Management Ordinance) requires issuance of a Floodplain Development Permit for projects that alter the Trinity River floodplain on private lands within the jurisdiction of Trinity County.  The proposed channel restoration projects and spawning gravel replacement projects on private lands would require issuance of Floodplain Development Permits.  Such  permits would be subject to environmental review under CEQA.  The principal requirement of the permit is a certification by a registered professional engineer  or architect that the proposed project will not adversely affect the flood-carrying capacity of the altered or relocated portion of said watercourse, and will not cumulatively raise the 100-year floodplain more than 1 foot.  The Ordinance also requires notification of adjacent communities, CDFG, Corps, NCRWQCB, and DWR prior to such alteration or relocation of a watercourse, and the submission of evidence of such notification to the Federal Insurance Administration and Federal Emergency Management Agency.

## 5.2   Individuals Involved in Preparation of EIS/EIR         (CHANGES FOLLOW) pgs. 5-9 through 5-12

The following agency representatives and individuals were consulted and/or were involved in the preparation of this EIS/EIR.

| Preparer | Agency/Firm | Expertise and Issues Worked On | Title |
|---|---|---|---|
| Duane Neitzel | Battelle-Pacific Northwest Laboratories | • Fisheries | Fish Team[a] |
| Barry Mortimeyer | R.W. Beck, Inc. | • Power Systems | |
| | | • Electric Utilities | |
| Paul Scheuerman | R.W. Beck, Inc. | • Power Systems | |
| | | • Electric Utilities | |
| Bernard Aguilar | California Department of | • Fisheries | Fish Team |

| Preparer | Agency/Firm | Expertise and Issues Worked On | Title |
|---|---|---|---|
| | Fish and Game | | |
| Rich Dixon | California Department of Fish and Game | • Fisheries | |
| Dave Hoopaugh | California Department of Fish and Game | • Fisheries Vegetation and Wildlife | Fish Team |
| Mark Zuspan/Barry Collins | California Department of Fish and Game | • Fisheries | Fish Team |
| Bill Mendenhall | California Department of Water Resources | • Hydrology<br>• Water Management | |
| Lorrie Babcock | CH2M HILL | • Document Production | |
| Kraig Baylor | CH2M HILL | • Document Production | |
| Gwen Buchholz | CH2M HILL | • Power Resources<br>• Water Management | |
| Neal Dixon | CH2M HILL | • Water Resources Engineer | |
| Beth Doolittle | CH2M HILL | • Environmental Planner | |
| Kathy Freas | CH2M HILL | • Biologist | |
| Wilma Griffith | CH2M HILL | • Document Processing | |
| Peter Griggs | CH2M HILL | • Graphic Design | |
| Tim Hamaker | CH2M HILL | • Fisheries | Fish Team |
| Steve Hatchett | CH2M HILL | • Agricultural and Resources Economist | |
| Wendy Haydon | CH2M HILL | • Environmental Planner | |
| Carol Hullinger | CH2M HILL | • Document Production | |
| Roger Mann | CH2M HILL | • Agricultural and Resources Economist | |
| Suzanne Moreland | CH2M HILL | • Technical Editing | Managing Editor |
| Sam Moss | CH2M HILL | • Graphic Design | |
| Vera Nevens | CH2M HILL | • Document Production | |
| Mark Oliver | CH2M HILL | • Planner | Project Leader |
| Mike Pappalardo | CH2M HILL | • Environmental Planner | |
| Cheri Randall | CH2M HILL | • Document Production | |
| Harold Robertson | CH2M HILL | • Graphic Design | |
| Mary Ellen Sharifzadeh | CH2M HILL | • Technical Editing | |
| Doug Simpson | CH2M HILL | • Graphic Design | |
| Kelly Swanson | CH2M HILL | • Environmental Planner | |
| Sandy Taylor | CH2M HILL | • Biologist | |
| Robert Tull | CH2M HILL | • Environmental Engineer/Hydrologist | |
| Mike Urkov | CH2M HILL | • Environmental Planner | |
| Celeste Weaver | CH2M HILL | • Technical Editing | |
| Bing Zhang | CH2M HILL | • Agricultural and Resources Economist | |
| Dana Jacobson | Department of the Interior | • Regulatory Review | Assistant Regional Solicitor |
| Jim Monroe | Department of the Interior | • Regulatory Review | Assistant Regional Solicitor |
| Jason Bass | Dornbusch & Company | • Tribal Trust | |
| Robert Franklin | Hoopa Tribe | • Hoopa Tribe Project Manager<br>• Fisheries | Co-lead—Hoopa Valley Tribe; Fish Team |

| Preparer | Agency/Firm | Expertise and Issues Worked On | Title |
|---|---|---|---|
| Daniel Newberry | Hoopa Tribe | • Hydrology<br>• Hoopa Tribe Project Manager<br>• Fisheries<br>• Hydrology | Co-lead—Hoopa Valley Tribe; Fish Team |
| Mike Orcutt | Hoopa Tribe | • Fisheries | |
| Peter Wilcock | Johns Hopkins University | • Hydrology<br>• Sediment Transport | |
| Trish Fernandez | Jones & Stokes Associates, Inc. | • Archaeologist | |
| Debra Lilly | Jones & Stokes Associates, Inc. | • Publications Specialist | |
| Tim Rimpo | Jones & Stokes Associates, Inc. | • Natural Resource Economist | |
| Gregg Roy | Jones & Stokes Associates, Inc. | • Economics<br>• Cultural Resources<br>• Recreation<br>• Fisheries | |
| Warren Shaul | Jones & Stokes Associates, Inc. | • Fisheries | |
| Shephanie Theis | Jones & Stokes Associates, Inc. | • Ecologist | |
| Roger Trott | Jones & Stokes Associates, Inc. | • Economist | |
| Ray Weiss | Jones & Stokes Associates, Inc. | • Economist | |
| Ronnie Pierce | Karuk Tribe | • Fisheries | Representative—Karuk Tribe; Fish Team |
| Robert Rohde | Karuk Tribe | • Fisheries | |
| Scott McBain | McBain & Trush | • Hydrology<br>• Channel Geomorphology | Fish Team |
| Bill Trush | McBain &Trush | • Hydrology<br>• Channel Geomorphology | Fish Team |
| David Alderete | Montgomery Watson | • Power Resources<br>• Water Resources | |
| Vanessa Nishikawa | Montgomery Watson | • Water Resources Engineer | |
| Roger Putty | Montgomery Watson | • Environmental Engineer/ Hydrogeology | |
| Steven Witter | Montgomery Watson | • Environmental Engineer/ Hydrogeology | |
| Terry Waddle | U.S.G.S., Biological Resources Division | • Fisheries<br>• Wildlife and Vegetation<br>• Water Quality | |
| Sam Williamson | U.S.G.S., Biological Resources Division | • Fisheries | Fish Team |
| Greg Bryant | National Marine Fisheries Service | • Fisheries | |

| Preparer | Agency/Firm | Expertise and Issues Worked On | Title |
|---|---|---|---|
| Jim Seger | National Marine Fisheries Service | • Fisheries | |
| Gary Stern | National Marine Fisheries Service | • Fisheries | |
| Tom Stokely | Trinity County Natural Resources Divisions | • Trinity County Project Manager | Co-lead—Trinity County |
| Arnold Whitridge | Trinity County Natural Resources Division | • Land Use | |
| Thomas Wegge | TCW Economics | • Fishery Economics<br>• Recreation Economics<br>• Socioeconomics | |
| Wade Eakle | U.S. Army Corps of Engineers | • Wetlands<br>• Vegetation and Wildlife<br>• Fisheries | |
| Jane Hicks | U.S. Army Corps of Engineers | • Vegetation and Wildlife<br>• Wetlands | Team Leader—Wildlife[b] |
| Steve Borchard | U.S. Bureau of Land Management | • Fisheries | |
| Jim Fogg | U.S. Bureau of Land Management | • Hydrology | |
| Eric Morgan | U.S. Bureau of Land Management | • Recreation | Team Leader—Recreation[c] |
| Paul Rousch | U.S. Bureau of Land Management | • Watershed Analysis | |
| Susan Black | U.S. Bureau of Reclamation | • Socioeconomics | Team Leader—Tribal Trust |
| Thomas Dang | U.S. Bureau of Reclamation | • Hydropower Modeling<br>• Power Operations and Planning | |
| Paul Fujitani | U.S. Bureau of Reclamation | • Water Management<br>• Power | |
| John Platt | U.S. Bureau of Reclamation | • Economics | Team Leader—Socioeconomics |
| Jeff Sandberg | U.S. Bureau of Reclamation | • Water Resources | |
| Russell Smith | U.S. Bureau of Reclamation | • Trinity River Restoration<br>• Program Project Manager<br>• Water Management Fisheries | Co-lead—Reclamation |
| Bernice Sullivan | U.S. Bureau of Reclamation | | Project Manager 1996-98 |
| Jim West | U.S. Bureau of Reclamation | • Regional Archaeologist | |
| Jay Glase | U.S. Fish and Wildlife Service | • Fisheries | Team Co-leader—Fish |
| Ann Gray | U.S. Fish and Wildlife Service | • Fisheries<br>• Channel Geomorphology | Team Co-leader—Fish |
| Sharon Gross | U.S. Fish and Wildlife Service | • Fisheries | Project Manager—1994-96 |
| Bruce Halstead | U.S. Fish and Wildlife | • Fisheries | Co-lead—Service |

| Preparer | Agency/Firm | Expertise and Issues Worked On | Title |
|---|---|---|---|
|  | Service |  |  |
| Chuck Lane | U.S. Fish and Wildlife Service | • Fisheries |  |
| Dan Licht | US. Fish and Wildlife Service | • Wildlife | Project Manager—1998-99 |
| Mary Ellen Mueller | U.S. Fish and Wildlife Service | • Fisheries | Project Manager—1999 |
| Ina Pisani | U.S. Fish and Wildlife Service | • Vegetation and Wildlife |  |
| Joe Polos | U.S. Fish and Wildlife Service | • Fisheries | Team Co-leader—Fish |
| Paul Zedonis | U.S. Fish and Wildlife Service | • Water Quality<br>• Fisheries | Fish Team |
| Jerry Barnes | U.S. Forest Service | • Fisheries | Fish Team |
| Charley Fitch | U.S. Forest Service | • District Ranger<br>• Fisheries<br>• Vegetation and Wildlife |  |
| Amy Lind | U.S. Forest Service | • Wildlife |  |
| P. Nannette Engelbrite | Western Area Power Administration | • Power Resources<br>• Water Management | Team Leader—Water[d] |
| Mike Belchik | Yurok Tribe | • Fisheries | Fish Team |
| Rose Bond | Yurok Tribe | • Tribal Trust | Representative—Yurok Tribe |
| Troy Fletcher | Yurok Tribe | • Tribal Trust<br>• Fisheries |  |
| Thomas Gates | Yurok Tribe | • Anthropologist |  |
| Steve Hatchett | Private Consultant | • Agricultural Economics | Land Use |
| Greg Kamman | Private Consultant | • Water Quality<br>• Hydrology |  |
| Roger Mann | Private Consultant | • Socioeconomics<br>• Land Use/M&I |  |
| Kent Norville | Private Consultant | • Air Quality |  |

[a] Fish Team = Fisheries and Channel Restoration Team
[b] Wildlife Team = Wildlife-Riparian-Wetlands Team
[c] Recreation Team = Recreation ~~Visual Resources~~ Resources Team
[d] Water Team = Water Management and Operations Team

## 6.0  References                              *(SEE SUBSECTIONS)*

## 6.1  Publications                            **(CHANGES FOLLOW)**

**The following references have been added:**

California Energy Commission.  2000.  California Energy Demand 2000-2010, Staff Report.  June.

California Energy Commission.  1999.  High Temperatures & Electricity Demand: An Assessment of Supply Adequacy in California Trends & Outlook.  A report of the California Energy Commission Staff.  July.

Hoopa Valley Tribe. 2000. Water Quality Control Plan, Hoopa Valley Indian Reservation. Adopted by the Hoopa Valley Tribal Council. June 8.

National Marine Fisheries Service. 2000. Biological Opinion for the Trinity River Mainstem Fishery Restoration EIS and its effects on Southern Oregon/Northern California Coast coho salmon, Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, and Central Valley steelhead. Southwest Region. October.

Rowell, J., U.S. Bureau of Reclamation, Sacramento, CA. 1998. Personal communication with Tim Hamaker, Fisheries Biologist, CH2M HILL, Redding, CA. 10 July.

U.S. Bureau of Reclamation. 1976b. Final Environmental Impact Statement, San Felipe Division, Volume I, Sacramento, CA.

U.S. Fish and Wildlife Service. 2000. Reinitiation of Formal Consultation. Biological Opinion on the Effects of Long-term Operation of the Central Valley Project and State Water Project as Modified by Implementing the Preferred Alternative in the Draft Environmental Impact Statement/Environmental Impact Report for the Trinity River Mainstem Fishery Restoration Program. Also, a Request for Consultation on the Implementation of this Alternative on the Threatened Northern Spotted Owl, Northern Spotted Owl Critical Habitat, and the Endangered Bald Eagle within the Trinity River Basin and where Applicable, Central Valley Reservoirs. Sacramento, CA. October.

## 6.2     Legal Reference                                            *(NO CHANGE)*

**Attachments**                                                      *(SEE SUBSECTIONS)*

**Attachment A Glossary of Terms, Abbreviations, and Acronyms, and Conversion Tables**                         **(CHANGES FOLLOW)**

### pg. A-4

**Cubic feet per second (cfs)**—A measure of the volume rate of water movement. As a rate of streamflow, a cubic foot of water passing a reference section in 1 second of time. One cubic foot per second equals 0.0283 m3/s (~~7.48~~ 448.83 gallons per minute). One cubic foot per second flowing for 24 hours produces approximately 2 af.

### pg. A-14

**The following new glossary term has been added:**

**X2**—An SWRCB water quality criteria for the Bay-Delta relating to the management of water with 2 parts-per-thousand (ppt) concentration of salt. X2 is measured as kilometers (km) from the Golden Gate Bridge. Higher X2 values indicate salt water intrusion into the Delta (greater distance inland from the Golden Gate Bridge).

**pgs. A-15 through A-20**

**The following new acronyms and abbreviations have been added:**

| | |
|---|---|
| AEAM | Adaptive Environmental Assessment and Management |
| Bay-Delta WQCP | Bay-Delta Water Quality Control Plan (1995) |
| CWA | Clean Water Act |
| FPR | Forest Practice Rules |
| Hoopa Valley WQCP | Hoopa Valley Tribe Water Quality Control Plan |
| HVTC | Hoopa Valley Tribal Council |
| LKRP | Lower Klamath Restoration Partnership |
| NCUAMD | North Coast Unified Air Management District |
| NPDES | National Pollutant Discharge Elimination System |
| Porter-Cologne | Porter-Cologne Water Quality Control Act |
| SMARA | Surface Mining and Reclamation Act |
| WDR | Waste Discharge Requirements |

**Attachment B Index**                                    *(NO CHANGE)*

## 2.3    Changes to the DEIS/EIR—Tables and Figures

**Tables**

1-1    Trinity River Restoration Program Goals                    *(NO CHANGE)*

2-1    Water-year Class                    *(NO CHANGE)*

2-2    Operations, Policies, and Regulatory Requirements
Assumed in the No Action Alternative                    **(CHANGES FOLLOW)**

2-3    Trinity River Salmon and Steelhead Hatchery Production                    *(NO CHANGE)*

2-4    Annual Volumes and Peak Releases—Maximum Flow
Alternative                    **(CHANGES FOLLOW)**

2-5    Annual Volumes and Peak Releases—Flow Evaluation
Alternative                    **(CHANGES FOLLOW)**

2-6    Annual Volumes and Peak Releases—Percent Inflow
Alternative                    **(CHANGES FOLLOW)**

2-7    Projected Distribution of Percent Inflow Peak Releases Based on Historical Flows
*(NO CHANGE)*

2-8    Estimated Harvest and Escapement for Trinity River Chinook Salmon at
Varying Reductions of Ocean and Inriver Harvest Rates (numbers rounded to the
nearest 100)                    *(NO CHANGE)*

2-9    Summary Description of Alternatives                    **(CHANGES FOLLOW)**

2-10    Implementation Costs                    *(NO CHANGE)*

3-1    Attributes of a Healthy Alluvial River System                    *(NO CHANGE)*

3-2    Predicted Riverine Conditions by Alluvial River Attribute for Each Alternative
Relative to No Action                    *(NO CHANGE)*

3-3    Comparison of Impacts on Water Resources                    **(CHANGES FOLLOW)**

3-4    Summary of Impacts to Groundwater Resources                    *(NO CHANGE)*

3-5    NCRWQCB Temperature Objectives for the Trinity River                    *(NO CHANGE)*

3-5A    Water Temperature Criteria (°C) of the Hoopa Valley Tribe WQCP for the Mainsten
Trinity River

3-6    Temperature Standards Required by 1993 Biological Opinion for
Winter Chinook Salmon                    *(NO CHANGE)*

3-7    Combinations of Discharge and Water Temperatures Necessary to Meet
SWRCB Temperature Objectives for the Trinity River Under Median Climatic
Conditions                    *(NO CHANGE)*

3-8    Water Quality Summary Table Trinity River Impacts                    **(CHANGES FOLLOW)**

3-8A   Percentage of the Year that Water Temperatures of the Trinity River Would Meet the Water Temperature Objectives Identified in the Hoopa Valley WQCP

3-9   Water Quality Summary Table Sacramento River Impacts   **(CHANGES FOLLOW)**

3-10   Life History and Habitat Needs for Anadromous Salmonid Fish in the Trinity River Basin   **(CHANGES FOLLOW)**

3-11   Life History and Habitat Characteristics of Non-salmonid Native Anadromous Fish in the Trinity River and/or Klamath River Basins   *(NO CHANGE)*

3-12   Trinity River Restoration Program Goals   *(NO CHANGE)*

3-13   Comparison of TRRP Inriver Spawner Escapement Goals to Average Numbers of Naturally Produced Fish   *(NO CHANGE)*

3-13A   Estimates of Yurok and Hoopa Valley Tribal Harvest of Adult Coho Salmon, 1984-1999

3-14   Estimated Spawning Escapement and Production Index for Trinity River Naturally Produced Chinook, Coho, and Steelhead   *(NO CHANGE)*

3-15   Percent Change in Temperature-related Losses of the Early Life Stages of Anadromous Salmonids in the Sacramento River   *(NO CHANGE)*

3-16   Percent of Years with Delta Outflows at Least 10 Percent Less than the Baseline   *(NO CHANGE)*

3-17   Qualitative Impact Analysis for Fishery Resources (compared to the No Action Alternative)   *(NO CHANGE)*

3-18   Percent Changes in Reservoir Water Surface Areas During the Warmwater Fish Spawning and Rearing Months of March through July   *(NO CHANGE)*

3-19   Ocean Salmon Sportfishing Trips and Angler Benefits (in 1997 dollars)   **(CHANGES FOLLOW)**

3-20   Fish Harvest Estimates by Alternative   **(CHANGES FOLLOW)**

3-21   Total Ocean Commercial Salmon Harvest Impacts Compared to No Action (in 1997 dollars)   *(NO CHANGE)*

3-22   Partial List of Tribal Trust Assets   *(NO CHANGE)*

3-23   Impacts to Tribal Trust Resources   *(NO CHANGE)*

3-24   Special-status Plant Species Occurring or Potentially Occurring in Riparian, Wetland, and Riverine Habitat along the Trinity and Lower Klamath Rivers   **(CHANGES FOLLOW)**

3-25   Special-status Plant Species Potentially Occurring in the Central Valley   **(CHANGES FOLLOW)**

3-26   Healthy River Attributes and Associated Riparian Characteristics   *(NO CHANGE)*

3-27    Vegetation Impacts Compared to the No Action Alternative          *(NO CHANGE)*

3-28    Special-status Wildlife Species Occurring or Potentially Occurring in Riparian and
        Riverine  Habitat in the Trinity River Basin          *(NO CHANGE)*

3-29    Special-status Wildlife Species Occurring or Potentially Occurring in the Central
        Valley          *(NO CHANGE)*

3-30    Wildlife Impacts Compared to the No Action Alternative          *(NO CHANGE)*

3-31    Wetland Impacts Compared to the No Action Alternative          *(NO CHANGE)*

3-32    Preferred Recreation Flow Ranges/Thresholds          **(CHANGES FOLLOW)**

3-33    Riverine Recreation Opportunities – Trinity River          **(CHANGES FOLLOW)**

3-34    Summary of Impacts to Riverine Recreation Use and Benefits          *(NO CHANGE)*

3-35    Trinity Reservoir Elevations at which Facility Operations Are
        Adversely Affected          *(NO CHANGE)*

3-36    Summary of Impacts to Trinity, Shasta, and Folsom Reservoir
        Recreation Opportunities          **(CHANGES FOLLOW)**

3-37    Summary of Impacts to Reservoir Use and Benefits          **(CHANGES FOLLOW)**

3-38    Trinity, Shasta and Folsom Reservoir Recreation
        Opportunities, Use, and Benefits          **(CHANGES FOLLOW)**

3-39    Traffic Volume in the Trinity River Basin          *(NO CHANGE)*

3-40    Parcels and Bridges Inundated by Alternative and Site          *(NO CHANGE)*

3-41    Summary of Municipal Water Supply Economics          *(NO CHANGE)*

3-42    Comparison of Preferred Alternative and Existing Conditions
        Alternative Results          *(NO CHANGE)*

3-43    Crop Mix, Value per Acre, and Total Value of Crops Produced on Land Receiving
        CVP Water (1988)          *(NO CHANGE)*

3-44    Central Valley Agricultural Land Use, Water Use, and Revenue          *(NO CHANGE)*

3-45    Summary of Agricultural Land Use Impacts as Compared to the
        No Action Alternative          *(NO CHANGE)*

3-46    Property Value Impact Ranking Summary          **(CHANGES FOLLOW)**

3-47    Hydroelectric Generation Facilities          *(NO CHANGE)*

3-48    Western Customers by Agency and Sub-agency Type and Associated
        Firm Power          *(NO CHANGE)*

3-49    Power Resources Summary Table          **(CHANGES FOLLOW)**

3-50    Employment Data for Trinity River Basin          *(NO CHANGE)*

3-51    Employment Data for Lower Klamath River Basin/Coastal Area Regions, 1992

3-52    Employment Data for Central Valley Regions, 1991                    *(NO CHANGE)*

3-53    Impact Thresholds by Analysis Type and Region                      *(NO CHANGE)*

3-54    Trinity River Basin Region (Defined as Trinity County
        for Up-front Impacts, and Trinity and Shasta Counties for
        Annual Impacts                                                     **(CHANGES FOLLOW)**

3-55    Lower Klamath River Basin/Coastal Area Regions                     **(CHANGES FOLLOW)**

3-56    Central Valley Regions                                             *(NO CHANGE)*

4-1     CVP Contract Allocation Assumed to be Used in Existing Conditions, No Action,
        Preferred Alternative, and Cumulative Impacts Scenarios            *(NO CHANGE)*

4-2     Comparison of CVP Deliveries in the Existing Conditions, No Action, Preferred
        Alternative, and Cumulative Impacts Simulations                    *(NO CHANGE)*

4-3     Comparison of SWP Deliveries in the Existing Conditions, No Action, Preferred
        Alternative, and Cumulative Impacts Simulations                    *(NO CHANGE)*

4-3A    Modeling Assumptions

4-4     Summary of Significant Adverse Environmental Impacts and Proposed
        Mitigation                                                         **(CHANGES FOLLOW)**

5-1     Agency Participation                                               *(NO CHANGE)*

**Figures**

1-1     Trinity River Basin (excluding portion upstream of Trinity
        Reservoir)                                                         *(NO CHANGE)*

1-2     Trinity River Inflows, Instream Releases, and Exports              *(NO CHANGE)*

2-1     No Action Hydrograph                                               *(NO CHANGE)*

2-2     Maximum Flow Hydrograph                                            *(NO CHANGE)*

2-3     Flow Evaluation Hydrograph                                         *(NO CHANGE)*

2-4     Trinity River Existing and Potential Channel Rehabilitation
        Sites                                                              **(CHANGES FOLLOW)**

2-5     Percent Inflow Hydrograph Based on Representative Years            *(NO CHANGE)*

2-6     State Permit Hydrograph                                            *(NO CHANGE)*

2-7     No Action (and Mechanical Restoration) Long-term Average
        Annual Exports and Releases                                        *(NO CHANGE)*

2-8     Long-term Average Annual Exports and Releases for Maximum Flow, Flow
        Evaluation, Percent Inflow, and State Permit Alternatives          **(CHANGES FOLLOW)**

3-1     Relationship of Models Used for Resource Analyses                  *(NO CHANGE)*

3-2    Geographic Scope of EIS/EIR                                      *(NO CHANGE)*

3-3    Resource Linkage Overview                                        *(NO CHANGE)*

3-4    Idealized Geomorphic Environment, Including Riparian and
       Sediment Effects                                                 *(NO CHANGE)*

3-5    1960 Aerial Photo of Junction City Pre-dam
       Geomorphology                                              **(CHANGES FOLLOW)**

3-6    Simplified Geomorphology, Pre-dam versus Current Conditions      *(NO CHANGE)*

3-7    1989 Aerial Photo of Junction City Post-dam
       Geomorphology                                              **(CHANGES FOLLOW)**

3-8    Flows Required for Creation of Alluvial River Attributes   **(CHANGES FOLLOW)**

3-9    Pre-dam Daily Flow Comparisons                                   *(NO CHANGE)*

3-10   Trinity River Division and Neighboring Shasta Division           *(NO CHANGE)*

3-11   Developed Profile, Trinity River Diversion                       *(NO CHANGE)*

3-12   Central Valley Project Facilities, Regulated Rivers, and Divisions   *(NO CHANGE)*

3-13   Central Valley Project River Profile                             *(NO CHANGE)*

3-14   Delta Waterways                                                  *(NO CHANGE)*

3-15   How to Read a Frequency Distribution Curve                       *(NO CHANGE)*

3-16   Simulated Frequency of Annual Flows in the Trinity River Below Lewiston and
       Annual Trinity River Basin Exports                              *(NO CHANGE)*

3-17   Simulated Frequency of End-of-water-year Storage—Shasta, Trinity, and Folsom
       Reservoirs                                                      *(NO CHANGE)*

3-18   Simulated Frequency of Annual Deliveries—CVP Water Service Contractors North
       of the Delta                                                    *(NO CHANGE)*

3-19   Simulated Frequency of Annual Deliveries—CVP Water Service Contractors South
       of the Delta                                                    *(NO CHANGE)*

3-20   Simulated Frequency of Annual Deliveries to SWP Agricultural and M&I
       Entitlement Holders South of the Delta                          *(NO CHANGE)*

3-21   Aerial Extent of Land Subsidence in the Central Valley Due to Groundwater
       Elevations                                                      *(NO CHANGE)*

3-22   Groundwater Study Area                                           *(NO CHANGE)*

3-23   Groundwater Elevations, No Action Alternative                    *(NO CHANGE)*

3-24   Increase in Simulated Land Subsidence in Maximum Flow Alternative from No
       Action Alternative                                              *(NO CHANGE)*

3-25   Differences in Groundwater Elevations for Maximum Flow Alternative as Compared
       to No Action Alternative                                        *(NO CHANGE)*

3-26    Differences in Groundwater Elevations for Flow Evaluation Alternative as Compared to No Action Alternative                                   *(NO CHANGE)*

3-27    Increase in Simulated Land Subsidence in Flow Evaluation Alternative from No Action Alternative                                               *(NO CHANGE)*

3-28    Differences in Groundwater Elevations for Percent Inflow Alternative as Compared to No Action Alternative                                     *(NO CHANGE)*

3-29    Increase in Simulated Land Subsidence in Percent Inflow Alternative from No Action Alternative                                               *(NO CHANGE)*

3-30    Differences in Groundwater Elevations for State Permit Alternative as Compared to No Action Alternative                                      *(NO CHANGE)*

3-31    Differences in Groundwater Elevations for Preferred Alternative as Compared to Existing Conditions                                          *(NO CHANGE)*

3-32    Locations of Winter Chinook Salmon Biological Opinion Temperature Compliance                                                               *(NO CHANGE)*

3-33    Output Locations for Simulated Average Monthly Water Quality       *(NO CHANGE)*

3-34    General Life History of Anadromous Salmonids                       *(NO CHANGE)*

3-35    Temporal Distribution of Anadromous Salmonid Reproduction                                                                     **(CHANGES FOLLOW)**

3-36    Fall Chinook Spawner Escapement in the Mainstem Trinity River (1982-1997)                                                                *(NO CHANGE)*

3-37    Geographic Location of Coastal Study Area                          **(CHANGES FOLLOW)**

3-38    Trinity Basin Indian Reservations                                 *(NO CHANGE)*

3-39    Habitat Change Pre-dam vs. Post-dam                               *(NO CHANGE)*

3-40    Habitat for Riverine Wildlife Species, Pre-dam and Present Conditions                                                                  *(NO CHANGE)*

3-41    Trinity River Basin Land Ownership                                *(NO CHANGE)*

3-42    Flood Damage Study Site Locations                                 *(NO CHANGE)*

3-43    1990 Normalized Irrigated Acres and Central Valley Irrigation Water Deliveries by Source from 1985-1992                                    *(NO CHANGE)*

3-44    1990 Agricultural Land Use in the Central Valley and San Felipe Unit                                                                    *(NO CHANGE)*

3-45    CVP Power Generation Facilities and Associated Transmission Facilities                                                                 *(NO CHANGE)*

3-46    Western Area Power Administration, Sierra Nevada Region, Marketing Area                                                              *(NO CHANGE)*

4-1     Trinity Reservoir Simulated Frequency End-of-water-year Storage, Water Years 1922-1990                                                  *(NO CHANGE)*

4-2     Shasta Reservoir Simulated Frequency of End-of-water-year Storage, Water Years 1922-1990                                                      *(NO CHANGE)*

4-3     Folsom Reservoir Simulated Frequency of End-of-water-year Storage, Water Years 1922-1990                                                      *(NO CHANGE)*

4-4     American River below Natomas Simulated Monthly Flows        *(NO CHANGE)*

4-5     Oroville Reservoir Simulated Frequency of End-of-water-year Storage, Water Years 1922-1990                                                      *(NO CHANGE)*

4-6     PROSIM Average (1983-1993) CVP Allocations South of the Delta

4-7     PROSIM Average (1983-1993) CVP Allocations North of the Delta

**TABLE 2-2**
Operations, Policies, and Regulatory Requirements Assumed in the No Action Alternative

| Issue or Policy | Description |
|---|---|
| Acreage Limitations in Contracts | Existing acreage limitation regulations adopted to implement Reclamation Reform Act of 1982. |
| CVP Operations | Continued operations as presented in CVP-OCAP 1992 and other operational procedures for CVP, adjusted for biological opinions and water quality standards. (Biological Opinion [May 1995] for winter chinook salmon and delta smelt.  Biological Opinion for winter chinook salmon assumptions include maintenance of minimum Shasta Reservoir carryover storage of 1.9 maf in all years, except in driest 10 percent of years where reconsultation is needed.  Monthly temperature targets at Bend Bridge and Jellys Ferry per the Biological Opinion, Bay-Delta Plan Accord, and SWRCB Order 95-06). |
| Contract Amounts for CVP (including shortage criteria) | Contracts would be renewed, per 1956 and 1963 Acts, prior to year 2020, including contracts with CVP and DWR associated with the Cross-Valley Canal. |
| | **Maximum Contract Amount:** Not-to-exceed existing contract amounts.  Water deliveries not-to-exceed capacity of existing conveyance facilities. |
| | **Agricultural Water Service Contracts, Water Rights Contracts, and Exchange Contracts:** CVP water deliveries limited by maximum use between 1980 and 1993; projected use as addressed in environmental documentation; or maximum contract amount, whichever is less.  Shortage criteria per, Operations Criteria and Plan (OCAP). |
| | **Municipal and Industrial Water Service Contracts:** Total demand based upon year 2020 demands in DWR Bulletin 160-93. CVP water deliveries limited by a) maximum use between 1980 and 1993; b) projected use as addressed in approved environmental documentation; or c) maximum contract amount, whichever is less.  Shortage criteria with maximum shortage of 25 percent. |
| | **Refuges:** Delivery of Level 1 and Level 2 water supplies by existing suppliers.  Shortage criteria using SWRCB Sacramento Valley 40-30-30 Index. |
| CVP Conservation Program | A long-term adaptive management program to address biological needs of special-status species, with an emphasis on habitat in areas affected by the CVP. |
| Coordinated Operations of CVP and SWP | Based upon COA framework with additional assumptions to implement new provisions of Bay-Delta Plan. |
| Delta Factors | Continued use of seasonal barriers at Old River and continued operation of Delta Cross-Channel gates. |
| Land Retirement | Retirement of 45,000 acres between 1992 and 2020 under existing State of California *land retirement* programs, per DWR Bulletin 160-93. |
| Minimum Instream Flow Requirements | **Sacramento River:** Per SWRCB Order 91-01 and the Winter-run Chinook Salmon Biological Opinion. |

**TABLE 2-2**
Operations, Policies, and Regulatory Requirements Assumed in the No Action Alternative

| Issue or Policy | Description |
|---|---|
| for CVP Facility | **American River:** Per Modified SWRCB D-1400 strategy of CVP operations with a fixed amount of flood control storage under the Corps interim requirements. |
| | **Stanislaus River:** Per SWRCB D-1422, including water quality standards on the San Joaquin River at Vernalis and **dissolved oxygen** requirements at Ripon; and 155,700 af/yr in all years but critically dry years, then 98,300 af/yr per initial studies conducted under the 1987 agreements with CDFG and the Service. |
| | **Trinity River:** Per Secretary's 1991 Decision ~~and CVPIA 3406(b)(23)~~ a flow not less then 340,000 af/yr in all years. |
| Shortage Criteria for State Water Project | Monterey agreement provisions for SWP. |
| Non-CVP Water Users | Use water demands in DWR Bulletin 160-93. |
| Power Marketing | Existing agreement between United States and Pacific Gas and Electric Company (PG&E) would not be renewed.  Project use load met at all times. |
| Red Bluff Diversion Dam (RBDD) Gate Closure | Mid-May through mid-September per Winter-run Chinook Salmon Biological Opinion. |
| Tracy Direct Loss Mitigation Agreement | Reduces and offsets direct fish loss associated with operations of the Tracy Pumping Plant and Fish Facility. |
| Water Conservation | Water conservation levels based on assumptions presented in DWR Bulletin 160-93 for all water users, plus requirements by 1982 Reclamation Reform Act for CVP contractors. |
| CVP Rate Setting and Water Pricing | Existing rate setting and cost-allocation policies, and ability-to-pay policies per Reclamation Mid-Pacific Region Policies, including 1988 policies, and Reclamation Reform Act draft rules and regulations. |
| Water Transfer | CVP water can be transferred between **CVP water service contractors**.  SWP water can be transferred per the Monterey Agreement, and water rights holders can transfer water under SWRCB guidelines. |
| Water Rights | Total water rights would be delivered in all water-year classes (except in shortage conditions) even if water rights had not been previously fully utilized. |
| U.S. Department of Agriculture (USDA) Farm Commodities Program | Program would remain in place and would follow 1992 policies. |

CHAPTER 2 CHANGES TO THE DEIS/EIR

**TABLE 2-4**
Annual Volumes and Peak Releases—Maximum Flow Alternative

| Water-year class | Acre-feet | Peak Flow ~~(af)~~ (cfs) |
|---|---|---|
| Critically dry | 463,000 | 2,000 |
| Dry | 889,000 | 3,800 |
| Normal | 1,206,000 | 5,429 |
| Wet | 1,508,000 | 6,786 |
| Extremely wet | 2,146,000 | 30,000 |

Peak flow releases and timing: 30,000 cfs/5 days in May (extremely wet years only)

**TABLE 2-5**
Annual Volumes and Peak Releases—Flow Evaluation Alternative

| Water-year Class | Acre-feet | Peak Flow ~~(af)~~ (cfs) |
|---|---|---|
| Critically dry | 369,000 | 1,500 |
| Dry | 453,000 | 4,500 |
| Normal | ~~636,000~~ 647,000 | 6,000 |
| Wet | 701,000 | 8,500 |
| Extremely wet | 815,000 | 11,000 |

Peak flow releases and timing: 11,000 cfs/5 days in May (extremely wet water-year class only)

**TABLE 2-6**
Annual Volumes and Peak Releases—Percent Inflow Alternative

| Water-year Class | Acre-feet | Peak Flow ~~(af)~~ (cfs) |
|---|---|---|
| Critically dry | 165,000 | 696 |
| Dry | 325,000 | 1,306 |
| Normal | 443,000 | 1,740 |
| Wet | 655,000 | 2,476 |
| Extremely wet | 978,000 | 3,745 |

Peak flow over modeled hydrologic record: 11,000 cfs

TABLE 2-9
Summary Description of Alternatives

| Features | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit |
|---|---|---|---|---|---|---|
| | | **Alternatives** | | | | |
| **Water Management**<br>Trinity River instream flows | Not less than 340,000 af in all water-year classes | Critically dry 463,000 af<br>Dry 889,000 af<br>Normal 1,206,000 af<br>Wet 1,508,000 af<br>Extremely wet 2,146,000 af | Critically dry 369,000 af<br>Dry 453,000 af<br>Normal ~~636,000~~ 647,000 af<br>Wet 701,000 af<br>Extremely wet 815,000 af | Critically dry 165,000 cfs<br>Dry 325,000 af<br>Normal 443,000 af<br>Wet 655,000 af<br>Extremely wet 978,000 af | Same as No Action | 120,500 af in all water-year classes |
| Peak flow releases and duration | 2,000 cfs for 17 days in May | 30,000 cfs for 5 days in May (extremely wet water year) | 11,000 cfs for 5 days in May (extremely wet water year) | Estimated peak release of 11,000 cfs for 1 week (based on historical records) | Same as No Action | 250 cfs for 30 days in November |
| **Water Operations** | Maintain current operation of CVP as identified in CVP-OCAP (including current Biological Opinions & December 15, 1994 Bay/Delta Accord Principles). | No diversions through Clear Creek Tunnel; assumes appropriate revisions to OCAP and endangered species consultation as necessary. Water-year determinations would likely need to emphasize storage-based criteria in addition to predicted Trinity inflow. | Timing of diversions through Clear Creek Tunnel would be shifted to the summer/early fall period; assumes appropriate revisions to OCAP and endangered species as necessary. | Timing of diversions through Clear Creek Tunnel would be shifted to the summer/early fall period; assumes appropriate revisions to OCAP and endangered species consultation as necessary. | Same as No Action | Greater quantity of water would be diverted through the Clear Creek Tunnel; assumes appropriate revisions to OCAP and endangered species consultation as necessary. |
| Carryover storage | 400,000 af | Same as No Action | 600,000 af | 600,000 af | Same as No Action | Same as No Action |
| **Watershed Protection** | Maintain sediment control structures<br>Administer existing land management plans and enforce Trinity County grading ordinance<br>Implement South Fork Trinity River Action Plan<br>Enforce CDF Forest Practice Rules | Same as No Action | Same as No Action | Same as No Action | No Action measures plus additional maintenance and rehabilitation of road system within the watershed | Same as No Action |
| **Fish Habitat Management** | | | | | | |
| Mechanical Channel Rehabilitation | | | | | | |
| Maintain 27 existing rehabilitation projects | X | | | | X | |
| Construct 47 additional rehabilitation projects | | | X | X | X | |
| Maintain existing and proposed projects mechanically | | | | | X | |
| Maintain existing and proposed projects with flow | | | X | X | | |
| Place spawning gravel (quantity/ frequency) (note – the figures are estimates, actual volumes could vary by plus/minus 50 percent or greater) | Place 3,400 yd$^3$/yr of gravel (assumes gravel placement associated with Safety of Dam releases) | Water-year Class yd$^3$/yr<br>Critically dry 0<br>Dry 150<br>Normal 1,500<br>Wet 14,550<br>Extremely wet >100,000<br>(assumes that placement of spawning gravel associated with Safety of Dam releases does not occur) | Water-year Class yd$^3$/yr<br>Critically dry 0<br>Dry 200<br>Normal 2,000<br>Wet 14,200<br>Extremely wet 49,100<br>(assumes that placement of spawning gravel associated with Safety of Dam releases does not occur) | Water-year Class yd$^3$/yr<br>Critically dry 0<br>Dry 0<br>Normal 50<br>Wet 1,350<br>Extremely wet 4,650<br>(assumes that placement of spawning gravel associated with Safety of Dam releases does not occur) | Same as No Action | Place 3,700 yd$^3$/yr of gravel (assumes gravel placement associated with Safety of Dam releases) |
| Sediment dredging pools | Grass Valley Creek ponds | Same as No Action | Same as No Action | Same as No Action | No Action measures plus 10 pools in mainstem | Same as No Action |
| **Fish Population Management** | Maintain current fishing policies | Same as No Action | Same as No Action | Same as No Action | Same as No Action | Same as No Action |
| **Trinity Dam Modifications** | No | Yes | No | No | No | No |

**TABLE 3-3**
Comparison of Impacts on Water Resources

| Parameter | Hydrologic Conditions[a] | Alternatives Compared to No Action | | | | | | Existing Conditions | Preferred Alternative to Existing Conditions |
|---|---|---|---|---|---|---|---|---|---|
| | | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | | |
| Trinity Reservoir elevation (ft) | Dry | ~~2,255~~ 2,264 | ~~34~~ 25 | ~~11~~ 2 | ~~19~~ 10 | 0 | ~~22~~ 13 | 2,267 | -1 |
| May 30 | Wet | ~~2,352~~ 2,357 | ~~-43~~ -48 | ~~-3~~ -8 | ~~-8~~ -13 | 0 | ~~6~~ 1 | 2,357 | -8 |
| | Average | ~~2,319~~ 2,325 | ~~-33~~ -39 | ~~4~~ -2 | ~~2~~ -4 | 0 | ~~16~~ 10 | 2,325 | -2 |
| September 30 | Dry | ~~2,207~~ 2,214 | ~~-64~~ 57 | ~~48~~ 11 | ~~25~~ 18 | 0 | ~~11~~ 4 | 2,217 | 8 |
| | Wet | ~~2,318~~ 2,319 | ~~-18~~ -19 | ~~-2~~ -3 | ~~-2~~ -3 | 0 | ~~4~~ 3 | 2,320 | -4 |
| | Average | ~~2,282~~ 2,285 | ~~-9~~ -12 | ~~2~~ -1 | ~~4~~ 1 | 0 | ~~11~~ 8 | 2,287 | -3 |
| Shasta Reservoir elevation (ft) | Dry | 995 | -22 | -7 | -3 | 0 | 0 | 998 | -10 |
| May 30 | Wet | 1,062 | -3 | -3 | -1 | 0 | 1 | 1,062 | -3 |
| | Average | 1,045 | -5 | -3 | -1 | 0 | 1 | 1,046 | -4 |
| September 30 | Dry | 933 | -65 | -11 | -1 | 0 | 3 | 939 | -17 |
| | Wet | 1,020 | -15 | -6 | -2 | 0 | 2 | 1,020 | -6 |
| | Average | 992 | -15 | -3 | 0 | 0 | 4 | 995 | -6 |
| San Luis Res. elevation (ft) | Dry | 467 | 4 | 1 | 1 | 0 | -3 | 463 | 5 |
| May 30 | Wet | 511 | -2 | 1 | 0 | 0 | 1 | 520 | -8 |
| | Average | 487 | 4 | 1 | 0 | 0 | 0 | 491 | -3 |
| September 30 | Dry | 381 | -3 | -2 | 0 | 0 | -5 | 373 | 6 |
| | Wet | 430 | -10 | 1 | -1 | 0 | 1 | 445 | -14 |
| | Average | 396 | -2 | -2 | 0 | 0 | 0 | 401 | -7 |
| Trinity River Exports (af/yr) | Dry | 540,000 | -100% | -30% | -2% | 0% | 39% | 530,000 | -28% |
| | Wet | 1,110,000 | -100% | -33% | -26% | 0% | 17% | 1,100,000 | -33% |
| | Average | 870,000 | -100% | -28% | -16% | 0% | 23% | 870,000 | -28% |
| Trinity Reservoir storage (af) | Dry | 730,000 | 60% | 5% | 14% | 0% | 5% | 750,000 | 3% |
| September 30 | Wet | 1,720,000 | -15% | -2% | -2% | 0% | 2% | 1,730,000 | -2% |
| | Average | 1,390,000 | -12% | -4% | -1% | 0% | 6% | 1,400,000 | -4% |

**TABLE 3-3**
Comparison of Impacts on Water Resources

| Parameter | Hydrologic Conditions[a] | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions | Preferred Alternative to Existing Conditions |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Alternatives Compared to No Action** | | | | | | |
| Shasta Reservoir storage (af) | Dry | 1,690,000 | -30% | -8% | -1% | 0% | 2% | 1,780,000 | -12% |
| September 30 | Wet | 3,290,000 | -10% | -4% | -1% | 0% | 1% | 3,280,000 | -4% |
| | Average | 2,770,000 | -8% | -2% | 0% | 0% | 2% | 2,810,000 | -4% |
| San Luis Reservoir storage (af) | Dry[b] | 390,000 | -5% | -3% | 0% | 0% | -10% | 340,000 | 12% |
| September 30 | Wet | 850,000 | -13% | 0% | -1% | 0% | 1% | 990,000 | -14% |
| | Average | 540,000 | -6% | -4% | -2% | 0% | -2% | 590,000 | -12% |
| CVP deliveries north of Delta[b] (af/yr) | Dry[b] | 2,680,000 | -6% | -4% | 0% | 0% | 2% | 2,390,000 | 8% |
| | Wet | 3,240,000 | -1% | 0% | 0% | 0% | 0% | 2,880,000 | 13% |
| | Average | 3,120,000 | -4% | -1% | 0% | 0% | 1% | 2,780,000 | 11% |
| CVP deliveries south of Delta[b] (af/yr) | Dry[b] | 1,580,000 | -13% | -3% | 1% | 0% | 13% | 1,630,000 | -6% |
| | Wet | 2,960,000 | -3% | -1% | 0% | 0% | 0% | 2,980,000 | -1% |
| | Average | 2,570,000 | -13% | -2% | 0% | 0% | 2% | 2,600,000 | -3% |
| Exports, Tracy Pumping Plant (af/yr) | Dry | 1,810,000 | -13% | -5% | 0% | 0% | 10% | 1,830,000 | -6% |
| | Wet | 2,850,000 | -1% | 0% | 0% | 0% | 0% | 2,870,000 | -1% |
| | Average | 2,640,000 | -12% | -2% | 0% | 0% | 2% | 2,670,000 | -3% |
| Exports, Banks Pumping Plant (af/yr) | Dry | 1,860,000 | -2% | ~~1%~~ 2% | 0% | 0% | 3% | 1,880,000 | 1% |
| | Wet | 4,060,000 | -1% | -1% | 0% | 0% | -1% | 3,160,000 | 27% |
| | Average | 3,310,000 | -1% | 0% | 0% | 0% | 0% | 2,890,000 | 14% |
| Exports, Tracy and Banks Pumping Plants (af/yr) | Dry | 3,670,000 | -5% | -2% | 0% | 0% | 6% | 3,710,000 | -3% |
| | Wet | 6,910,000 | -1% | -1% | 0% | 0% | 0% | 6,030,000 | 14% |
| | Average | 5,950,000 | -6% | -1% | 0% | 0% | 1% | 5,560,000 | 6% |

**TABLE 3-3**
Comparison of Impacts on Water Resources

| Parameter | Hydrologic Conditions[a] | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions | Preferred Alternative to Existing Conditions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Alternatives Compared to No Action | | | | | |
| Delta Inflow (af/yr) | Dry | 11,830,000 | -2% | -1% | 0% | 0% | 2% | 11,850,000 | ~~0%~~ -1% |
| | Wet | 29,730,000 | -4% | -1% | -1% | 0% | 1% | 29,690,000 | -1% |
| | Average | 22,570,000 | -4% | -1% | -1% | 0% | 1% | 22,550,000 | -1% |
| Delta Outflow (af/yr) | Dry | 6,320,000 | -1% | 0% | 0% | 0% | -1% | 6,320,000 | 0% |
| | Wet | 20,890,000 | -5% | -1% | -1% | 0% | 1% | 21,770,000 | -5% |
| | Average | 14,710,000 | -3% | -1% | -1% | 0% | 1% | 15,120,000 | -4% |
| Trinity River releases (af/yr) | Critically dry | 340,000[b] | 36% | 8.5% | -51% | 0% | -65% | 340,000 | 8.5% |
| | Dry | 340,000[b] | 160% | 33% | -4.7% | 0% | -65% | 340,000 | 33% |
| | Normal | 340,000[b] | 250% | ~~87~~ 90% | 30% | 0% | -65% | 340,000 | 87% |
| | Wet | 340,000[b] | 340% | 110% | 93% | 0% | -65% | 340,000 | 110% |
| | Extremely wet | 340,000[b] | 530% | 140% | 190% | 0% | -65% | 340,000 | 140% |

[a]"Dry" is based on hydrology in the dry period (1928-34); "wet" is based on a wet period (1967-71); and "average" is based on the long-term average (1922-90).

[b]Plus additional releases as required by U.S. Bureau of Reclamation Safety of Dams criteria, if needed.

**TABLE 3-5A**

Water Temperature Criteria (°C) of the Hoopa Valley Tribe WQCP for the Mainstem Trinity River

| Water-year Class | | | Time Periods | | |
|---|---|---|---|---|---|
| Extremely Wet, Wet, and Normal | May 23 - Jun 4 | Jun 5 - Jul 9 | Jul 10 - Sep 14 | Sep 15 - Oct 31 | Nov 1 - May 22 |
| Criteria [a] | 15.0 | 17.0 | 22.1 | 19.0 | 13.0 |
| Dry and Critically Dry | May 23 - Jun 4 | Jun 5 – Jun 15 | Jun 16 - Sep 14 | Sep 15 - Oct 31 | Nov 1 - May 22 |
| Criteria [a] | 17.0 | 20.0 | 23.5 | 19.0 | 15.0 |

[a]Criteria represent 7-day running averages and are not to be exceeded.

**TABLE 3-8A**

Percentage of the Year that Water Temperatures of the Trinity River Would Meet the Water Temperature Objectives Identified in the Hoopa Valley Tribe WQCP

| Water Year | Expected No. of Occurrences Per 100 Years | Modeled Year | Alternatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | State Permit | No Action | Percent Inflow | Flow Evaluation | Maximum Flow | Exist. Contd. | Cum. 400K[a] | Cum. 600K[a] |
| C.Dry | 12 | 1977 | 88 | 88 | 87 | 92 | 100 | 88 | 88 | 92 |
| Dry | 28 | 1990 | 85 | 92 | 88 | 94 | 98 | 92 | 94 | 94 |
| Normal | 20 | 1989 | 65 | 69 | 71 | 85 | 94 | 69 | 81 | 87 |
| Wet | 28 | 1986 | 69 | 73 | 77 | 92 | 94 | 73 | 92 | 92 |
| E.Wet | 12 | 1983 | 94 | 100 | 94 | 100 | 90 | 100 | 100 | 100 |
| Wt. Avg. | - | - | 78 | 83 | 82 | 92 | 96 | 83 | 91 | 93 |

[a]Flow schedules are identical to the Flow Evaluation Alternative.  These alternatives, which utilize different minimum carryover storages in Trinity Reservoir, were evaluated for the influence of altered diversion patterns on the Hoopa EPA criteria.

**TABLE 3-9**
Water Quality Summary Table Sacramento River Impacts

|  | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions |
|---|---|---|---|---|---|---|---|
| Sacramento River Violations[a] | | | | | | | |
| Percentage of months with violations | ~~19.7%~~ 15.9% | 22.8% | 20.5% | 20.1% | ~~19.7%~~ 15.9% | 16.4% | 14.3% |
| Shasta Carryover Storage Violations | | | | | | | |
| Percentage of years less than 1.9 maf | 11.6% | 14.5% | 11.6% | 11.6% | 11.6% | 10.1% | 8.7% |
| Average Modeled Position of X2 in Delta, Distance from Golden Gate Bridge (km) | | | | | | | |
| Average Period (1922-1990) | 75.2 | 75.6 | 75.3 | 75.3 | 75.2 | 75.1 | 74.9 |
| Wet Period (1967-1971) | 70.1 | 71.0 | 70.5 | 70.3 | 70.1 | 70.0 | 69.6 |
| Dry Period (1928-1934) | 80.7 | 80.8 | 80.6 | 80.7 | 80.7 | 80.7 | 80.7 |

[a]As established in the Sacramento Winter-run Biological Opinion.  Temperature standards are enforced April through October.

**TABLE 3-10**
Life History and Habitat Needs for Anadromous Salmonid Fish in the Trinity River Basin

| Name | Migration | Spawning | Rearing | Rearing Habitat Description |
|---|---|---|---|---|
| Chinook (spring) | Spring-Summer | Early Fall | Winter-Spring-Summer | Shallow, slow-moving waters adjacent to higher water velocities for feeding. |
| Chinook (fall) | Fall | Fall | Winter-Spring-Summer | Shallow, slow-moving waters adjacent to higher water velocities for feeding. |
| Steelhead (winter) | Fall-winter | February-April | Year round | Areas of clean cobble where there is refuge from high velocities; juveniles overwinter for 1-2 or more years. |
| Steelhead (summer) | Spring-Summer | February-April | Year round | Areas of clean cobble where there is refuge from high velocities; juveniles overwinter for 1-2 or more years. |

**TABLE 3-13A**
Estimates of Yurok and Hoopa Valley Tribal Harvest of Adult Coho Salmon, 1984-1999

| Year | Yurok Harvest[a] | Hoopa Harvest[b] | Total | Escapement above Willow Creek Weir[c] |
|------|------|------|------|------|
| 1984 | 360 | 376 | 736 | 4,486 |
| 1985 | 1,894 | 1,115 | 3,009 | 29,717 |
| 1986 | 163 | 85 | 248 | 9,063 |
| 1987 | 904 | 608 | 1,512 | 51,826 |
| 1988 | 573 | 210 | 783 | 36,173 |
| 189 | 511 | 477 | 988 | 18,462 |
| 1990 | 377 | 88 | 465 | 3,485 |
| 1991 | 391 | 105 | 496 | 8,859 |
| 1992 | 122 | 52 | 174 | 7,961 |
| 1993 | 1,164 | 111 | 1,275 | 5,048 |
| 1994 | 25 | 25 | 50 | 239 |
| 1995 | 826 | 38 | 864 | 1,547 |
| 1996 | 738 | 208 | 946 | 35,391 |
| 1997 | 75 | 58 | 133 | 1,984 |
| 1998 | 180 | 136 | 316 | |
| 1999 | 235 | 101 | 336 | |
| Average | 534 | 237 | 771 | |

[a]Yurok Tribe unpublished data; 1999 annual report in preparation.

[b]Personal communication, George Kautsky, Fishery Biologist, Hoopa Valley Tribe Fisheries Department.

[c]Escapement of adult coho salmon into Trinity River above Willow Creek weir operated by California Department of Fish and Game.  From CDFG Annual Performance Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1997-1998, Includes inriver spawners, hatchery returns, and angler harvest.

**TABLE 3-20 3-19**
Fish Harvest Estimates by Alternative

| | Alternatives | | | | | |
|---|---|---|---|---|---|---|
| | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit |
| **Ocean Salmon Commercial Fishery** | | | | | | |
| Northern /Central Oregon | | | | | | |
|   Trinity River naturally produced | 1,390 | 21,520 | 17,330 | 4,810 | 3,440 | 0 |
|   Total | 369,100 | 580,300 | 565,500 | 517,700 | 511,600 | 197,500 |
| KMZ-Oregon | | | | | | |
|   Trinity River naturally produced | 50 | 1,280 | 990 | 220 | 150 | 0 |
|   Total | 2,500 | 27,100 | 25,200 | 18,800 | 17,900 | 0 |
| KMZ-California | | | | | | |
|   Trinity River naturally produced | 50 | 1,070 | 860 | 190 | 120 | 0 |
|   Total | 2,100 | 23,800 | 22,100 | 16,500 | 15,800 | 0 |
| Mendocino | | | | | | |
|   Trinity River naturally produced | 150 | 3,480 | 2,710 | 630 | 430 | 0 |
|   Total | 13,700 | 96,600 | 85,600 | 49,800 | 45,200 | 0 |
| San Francisco | | | | | | |
|   Trinity River naturally produced | 1,030 | 4,470 | 4,170 | 2,330 | 1,910 | 0 |
|   Total | 199,300 | 208,200 | 208,200 | 208,200 | 208,200 | 144,700 |
| Monterey | | | | | | |
|   Trinity River naturally produced | 800 | 3,480 | 3,240 | 1,820 | 1,490 | 0 |
|   Total | 155,100 | 155,100 | 155,100 | 155,100 | 155,100 | 112,300 |
| **Totals for All Regions** | | | | | | |
|   Trinity River naturally produced | 3,470 | 35,300 | 29,300 | 10,000 | 7,540 | 0 |
|   Total | 741,800 | 1,091,100 | 1,061,700 | 966,100 | 953,800 | 454,500 |
| **Ocean Salmon Sport Fishery** | | | | | | |
|   Northern/Central Oregon | 99,200 | 156,000 | 152,100 | 139,200 | 137,600 | 53,100 |
|   KMZ-Oregon | 3,600 | 38,700 | 36,000 | 26,900 | 25,600 | 3,600 |
|   KMZ-California | 4,000 | 45,200 | 42,000 | 31,300 | 30,000 | 4,000 |
|   Mendocino | 2,200 | 15,600 | 13,800 | 8,000 | 7,300 | 2,200 |
|   San Francisco | 73,800 | 77,100 | 77,100 | 77,100 | 77,100 | 53,600 |
|   Monterey | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 36,200 |
| **Total for All Regions** | **232,800** | **382,600** | **371,000** | **332,300** | **327,600** | **152,700** |

TABLE 3-19 3-20
Ocean Salmon Sportfishing Trips and Angler Benefits (in 1997 dollars)

| Trips and Benefits by Region of Activity | No Action | Change Compared to No Action | | | | | Change to Existing Conditions | |
|---|---|---|---|---|---|---|---|---|
| | | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | 1995 Existing Conditions | 2020 Preferred Alternative |
| **Northern/Central Oregon[a]** | | | | | | | | |
| Total Trips | 186,710 | 207,050 | 205,830 | 201,720 | 201,170 | 161,880 | 150,740 | 205,830 |
| Angler benefits | $13,443,120 | $14,907,600 | $14,819,400 | $14,523,840 | $14,484,240 | $11,655,720 | $10,853,640 | $14,819,400 |
| Net change in angler benefits | | $1,464,480 | $1,376,280 | $1,080,720 | $1,041,120 | -$1,787,400 | | $3,965,760 |
| Percent change in angler benefits | | 11% | 10% | 8% | 8% | -13% | | 37% |
| **KMZ-Oregon[a]** | | | | | | | | |
| Total Trips | 56,970 | 95,970 | 94,390 | 88,280 | 87,300 | 49,330 | 38,960 | 94,390 |
| Angler benefits | $4,101,840 | $6,909,840 | $6,796,080 | $6,356,160 | $6,285,600 | $3,551,760 | $2,805,120 | $6,796,080 |
| Net change in angler benefits | | $2,808,000 | $2,694,240 | $2,254,320 | $2,183,760 | -$550,080 | | $3,990,960 |
| Percent change in angler benefits | | 68% | 66% | 55% | 53% | -13% | | 142% |
| **KMZ-California[a]** | | | | | | | | |
| Private boat trips | 40,930 | 50,080 | 49,540 | 47,430 | 47,130 | 32,890 | 27,720 | 49,540 |
| Private boat angler benefits | $2,516,400 | $3,605,760 | $3,566,880 | $3,414,960 | $3,393,360 | $2,367,360 | $1,879,200 | $3,566,520 |
| Net change in angler benefits[a] | | $1,089,360 | $1,050,480 | $898,560 | $876,960 | -$149,040 | | $1,687,320 |
| Percent change in angler benefits | | 43% | 42% | 36% | 35% | -6% | | 90% |
| Charter boat trips | 1,290 | 2,250 | 2,210 | 2,070 | 2,050 | 1,170 | 1,020 | 2,210 |
| Charter boat angler benefits | $92,880 | $162,000 | $159,120 | $149,040 | $147,600 | $84,240 | $73,440 | $159,120 |
| Net change in angler benefits[a] | | $69,120 | $66,240 | $56,160 | $54,720 | -$8,640 | | $85,680 |
| Percent change in angler benefits | | 74% | 71% | 60% | 59% | -9% | | 117% |
| **Mendocino[a]** | | | | | | | | |
| Private boat trips | 29,700 | 39,680 | 38,970 | 35,970 | 35,440 | 22,170 | 21,060 | 38,970 |
| Private boat angler benefits | $2,137,680 | $2,856,960 | $2,805,840 | $2,589,840 | $2,551,680 | $1,596,240 | $1,516,320 | $2,805,840 |
| Net change in angler benefits | | $719,280 | $668,160 | $452,160 | $414,000 | -$541,440 | | $1,289,520 |
| Percent change in angler benefits | | 34% | 31% | 21% | 19% | -25% | | 85% |
| Charter boat trips | 4,020 | 6,270 | 6,110 | 5,390 | 5,290 | 2,580 | 2,860 | 6,110 |
| Charter boat angler benefits | $290,160 | $451,440 | $439,920 | $388,080 | $380,880 | $185,760 | $205,920 | $439,920 |
| Net change in angler benefits | | $161,280 | $149,760 | $97,920 | $90,720 | -$104,400 | | $234,000 |

TABLE 3-19 3-20
Ocean Salmon Sportfishing Trips and Angler Benefits (in 1997 dollars)

| Trips and Benefits by Region of Activity | No Action | Change Compared to No Action | | | | | Change to Existing Conditions | |
|---|---|---|---|---|---|---|---|---|
| | | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | 1995 Existing Conditions | 2020 Preferred Alternative |
| Percent change in angler benefits | | 56% | 52% | 34% | 31% | -36% | | 114% |
| **San Francisco**[a] | | | | | | | | |
| Private boat trips | 57,100 | 57,100 | 57,100 | 57,100 | 57,100 | 54,330 | 44,800 | 57,100 |
| Private boat angler benefits | $4,110,480 | $4,110,480 | $4,110,480 | $4,110,480 | $4,110,480 | $3,911,760 | $3,225,600 | $4,110,480 |
| Net change in angler benefits | | $0 | $0 | $0 | $0 | -$198,720 | | $884,880 |
| Percent change in angler benefits | | 0% | 0% | 0% | 0% | -5% | | 27% |
| Charter boat trips | 82,310 | 83,390 | 83,390 | 83,390 | 83,390 | 76,930 | 64,600 | 83,390 |
| Charter boat angler benefits | $5,926,320 | $6,004,080 | $6,004,080 | $6,004,080 | $6,004,080 | $5,538,960 | $4,651,200 | $6,004,080 |
| Net change in angler benefits | | $77,760 | $77,760 | $77,760 | $77,760 | -$387,360 | | $1,352,880 |
| Percent change in angler benefits | | 1% | 1% | 1% | 1% | -7% | | 29% |
| **Monterey**[a] | | | | | | | | |
| Private boat trips | 89,070 | 89,070 | 89,070 | 89,070 | 89,070 | 84,890 | 56,040 | 89,070 |
| Private boat angler benefits | $6,413,040 | $6,413,040 | $6,413,040 | $6,413,040 | $6,413,040 | $6,112,080 | $4,034,880 | $6,413,040 |
| Net change in angler benefits | | $0 | $0 | $0 | $0 | -$300,960 | | $2,378,160 |
| Percent change in angler benefits | | 0% | 0% | 0% | 0% | -5% | | 59% |
| Charter boat trips | 43,710 | 43,710 | 43,710 | 43,710 | 43,710 | 40,610 | 27,500 | 43,710 |
| Charter boat angler benefits | $3,147,120 | $3,147,120 | $3,147,120 | $3,147,120 | $3,147,120 | $2,923,920 | $1,980,000 | $3,147,120 |
| Net change in angler benefits | | $0 | $0 | $0 | $0 | -$223,200 | | $1,167,120 |
| Percent change in angler benefits | | 0% | 0% | 0% | 0% | -7% | | 59% |
| **Totals for All Regions** | | | | | | | | |
| Total trips | 591,820 | 674,570 | 670,320 | 654,130 | 651,650 | 526,780 | 435,300 | 670,320 |
| Total angler benefits | $42,179,040 | $48,568,320 | $48,261,960 | $47,096,640 | $46,918,080 | $37,927,800 | $31,225,320 | $48,261,960 |

[a]For Oregon ports, only one model for predicting the number of boat (both private and charter) trips taken by sportfishers was available; for California ports, separate models for predicting trips taken by charter and private boats were available for analyzing benefits of ocean sportfishing activity.

**TABLE 3-24**

Special-status Plant Species Occurring or Potentially Occurring in Riparian, Wetland, and Riverine Habitat along the Trinity and Lower Klamath Rivers

| Common Name | Scientific Name | Status | | |
|---|---|---|---|---|
| | | CNPS | CA | Federal |
| Rattan's milk-vetch[a] | *Astragalus rattanii* var. *rattanii* | 4 | | |
| Bottlebrush sedge[a] | *Carex histricina* | 2 | | |
| Fox sedge | *Carex vulpinoidea* | 2 | | |
| California lady's-slipper[a] | *Cypripedium californicum* | 4 | | |
| Clustered lady's-slipper[a] | *Cypripedium fasciculatum* | 4 | | FSC |
| Heckner's lewisia[a] | *Lewisia cotyledon* var. *heckneri* | 1B | | FSC |
| Showy raillardella[a] | *Raillardella pringlei* | 1B | | FSC |
| Great burnet[a] | *Sanguisorba officinalis* | 2 | | |
| English peak greenbriar[a] | *Smilax jamesii* | 1B | | |

[a]Known to occur in the general area of the project.

Status Definitions:
CNPS   California Native Plant Society
    1B   Plants considered rare, threatened, or endangered ~~throughout their range~~ in California and elsewhere
    2   Plants considered rare, threatened, or endangered in California, but more common elsewhere
    4   Plants of limited distribution
FSC   *Federal Species of Concern*


**TABLE 3-25**

Special-status Plant Species Potentially Occurring in the Central Valley

| Common Name | Scientific Name | Status | | |
|---|---|---|---|---|
| | | CNPS | CA | Federal |
| Suisun marsh aster | *Aster lentus* | 1B | | FSC |
| Fox sedge | *Carex vulpinoidea* | 2 | | |
| Suisun thistle | *Cirsium hydrophilum* var. *hydrophilum* | 1B | | FE |
| Soft bird's beak | *Cordylanthus mollis* ssp. *mollis* | 1B | CR | FE |
| Silky cryptantha | *Crypthantha crinita* | 1B | | FE |
| Rose-mallow | *Hibiscus lasiocarpus* | 2 | | |
| Northern California black walnut | *Juglans californica* var. *hindsi* | 1B | | FSC |
| Mason's lilaeopsis | *Lilaeopsis masoni* | 1B | CR | FSC |
| Delta mudwort | *Limosella subulata* | 2 | | |
| Eel-grass pondweed | *Potamogeton zosteriformes* | 2 | | |
| Sanford's arrowhead | *Sagittaria sanfordii* | 1B | | FSC |

Status Definitions:
FE   Listed and endangered under federal Endangered Species Act
FSC   Federal Species of Concern
CR   Considered as rare by the State of California
CNPS   California Native Plant Society
    1B   ~~List 1B species:~~ Plants considered rare, threatened, or endangered in California and elsewhere ~~throughout their range~~
    2   ~~List 2 species:~~ Plants considered rare, threatened, or endangered in California, but more common elsewhere

**TABLE 3-32**
Preferred Recreation Flow Ranges/Thresholds[a]

| Activity | Preferred Flow Ranges (cfs) |
|---|:---:|
| Canoeing | 200-1,500 |
| Drift-boat and drift-raft fishing | 200-1,500 |
| White-water activities (i.e., kayaking, canoeing, and rafting) | ~~300~~450-8,000 |
| Recreational mining | 350-600 |
| Shore fishing | 300-800 |
| Swimming/inner-tubing | 150-800 |
| Wading | 300-800 |
| **Campground Use Precluded** | **Flow Threshold** |
| Steel Bridge, Douglas City | 8,000 or greater |
| Steiner Flat, North Fork | 10,000 or greater |
| Poker Bar | 12,000 or greater |

[a]Trinity River flows in the Preferred Flow/Threshold range during the primary recreation season (Memorial Day to Labor Day) as measured at the Lewiston gage.

**TABLE 3-33**
Riverine Recreation Opportunities – Trinity River

| | | Recreation Opportunity Constraints During the Primary Recreation Season[a, b] | | | | | |
|---|---|---|---|---|---|---|---|
| Resource Concern | Preferred Flow Range (cfs) | No Action/Existing Conditions | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit |
| Canoeing | 200-1,500 | No constraint[c] | Constrained 8 weeks in **extremely wet** and **wet** years.<br><br>Constrained 6 weeks in **normal** and **dry** years.<br><br>Constrained 5 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet**, **wet** years and **normal** years.<br><br>Constrained 1 week in **dry** years.<br><br>Not constrained during **critically dry** years. | Constrained 9 weeks in **extremely wet**, **wet**, **normal**, and **dry** years.<br><br>Constrained 10 weeks in **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Camping | | | | | | | |
|     Steel Bridge, Douglas City | 8,000 or less | No constraint | No constraint | Constrained 1 week in **extremely wet** years. | No constraint | No constraint | No constraint |
|     Steiner Flat, North Fork | 10,000 or less | No constraint | No constraint | No constraint | No constraint | No constraint | No constraint |
|     Poker Bar | 12,000 or less | No constraint | No constraint | No constraint | No constraint | No constraint | No constraint |
| Drift-boat fishing | 300-1,500 | No constraint | Constrained 8 weeks in **extremely wet** and **wet** years.<br><br>Constrained 6 weeks in **normal** and **dry** years.<br><br>Constrained 5 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet** and **normal** years.<br><br>Constrained 1 week in **dry** years.<br><br>Not constrained during **critically dry** years. | Constrained 9 weeks in **extremely wet**, **wet** and **normal** years.<br><br>Constrained 10 weeks during **dry** years.<br><br>Constrained 12 weeks during **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Drift-raft fishing | 200-1,500 | No constraint | Constrained 8 weeks in **extremely wet** and **wet** years.<br><br>Constrained 6 weeks in **normal** and **dry** years.<br><br>Constrained 5 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet**, **wet** years and **normal** years.<br><br>Constrained 1 week in **dry** years.<br><br>Not constrained during **critically dry** years. | Constrained 8 weeks in **extremely wet**, **wet**, **normal**, and **dry** years.<br><br>Constrained 10 weeks in **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Whitewater (i.e., kayaking, canoeing, and rafting) | 300450-8,000 | No constraint | No constraint | Constrained 1 week in extremely **wet** years.[d]<br><br>Not constrained in wet, normal, dry, and critically dry years. | Constrained 4 6 weeks in **extremely wet** years.<br><br>Constrained 7 9 weeks in **wet** years.<br><br>Constrained 9 10 weeks in **normal** years.<br><br>Constrained 10 11 weeks in **dry** years.<br><br>Constrained 12 14 weeks in **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Recreational mining | 350-600 | Constrained 3 weeks in **all** water-year classes. | Constrained 10 weeks in **extremely wet** years.<br><br>Constrained 15 weeks (entire recreation season) in **wet**, **normal**, **dry**, and **critically dry** years. | Constrained 8 weeks in **extremely wet**, **wet**, and **normal** years.<br><br>Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 13 weeks in **extremely wet**, **wet**, **dry**, and **critically dry** years.<br><br>Constrained 14 weeks in **normal** years. | Constrained 3 weeks in **all** water-year classes. | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |

**TABLE 3-33**
Riverine Recreation Opportunities – Trinity River

| Resource Concern | Preferred Flow Range (cfs) | No Action/Existing Conditions | Recreation Opportunity Constraints During the Primary Recreation Season[a, b] | | | | |
|---|---|---|---|---|---|---|---|
| | | | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit |
| Swimming/inner-tubing | 150-800 | Constrained 2 weeks in **all** water-year classes. | Constrained 9 weeks in **extremely wet** years. Constrained 11 weeks in **wet** years. Constrained 8 weeks in **normal** and **dry** years. Constrained 15 weeks (entire recreation season) in **critically dry** years. | Constrained 7 weeks in **extremely wet, wet,** and **normal** years. Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 9 weeks in **extremely wet** years and **dry** years. Constrained 10 weeks in **wet, normal** and **critically dry** years. | Constrained 2 weeks in **all** water-year classes. | No constraint |
| Shore fishing | 300-800 | Constrained 2 weeks in **all** water-year classes. | Constrained 9 weeks in **extremely wet** years. Constrained 11 weeks in **wet** years. Constrained 8 weeks in **normal** and **dry** years. Constrained 15 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet, wet,** and **normal** years. Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 12 weeks in **all** water-year classes. | Constrained 2 weeks in **all** water-year classes. | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Wading | 300-800 | Constrained 2 weeks in **all** water-year classes. | Constrained 9 weeks in **extremely wet** years. Constrained 11 weeks in **wet** years. Constrained 8 weeks in **normal** and **dry** years. Constrained 15 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet, wet,** and **normal** years. Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 12 weeks in **all** water-year classes. | Constrained 2 weeks in **all** water-year classes. | Constrained 15 weeks (the entire primary recreation season) in all water-year classes. |

[a]See Recreation Resources Technical Appendix D for more specific information about weekly flows impacts to recreation opportunities.

[b]The primary recreation season is defined as Memorial Day to Labor Day (approximately the last week in May to the end of the first week in September).

[c]Flows within preferred range during the entire primary recreation season for all year classes.

[d]White-water kayaking and rafting are constrained during the last week of May during the extremely wet water-year class when the Trinity River flows exceed the upper preferred threshold of 8,000 cfs.  In general, however, those who prefer flows on the higher end of the preferred range would experience improved conditions compared to No Action.

**TABLE 3-36**
Summary of Impacts to Trinity, Shasta, and Folsom Reservoir Recreation Opportunities

| | | Projected Recreation Facility Availability During the Recreation Season[a] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No Action | Maximum Flow | Percent Change | Flow Evaluation | Percent Change | Percent Inflow | Percent Change | Mechanical Restoration | Percent Change | State Permit | Percent Change | Existing Conditions | Preferred Alternative Percent Change from Existing Conditions |
| Facility and Threshold Elevation (msl) | | | | | | | | | | | | | |
| **Trinity Reservoir** | | | | | | | | | | | | | |
| Stuart Fork Ramps (2,320) | ~~42~~ 45 | 9 | ~~-33~~ -36 | 42 | ~~0~~ -3 | 41 | ~~-1~~ -4 | ~~42~~ 45 | 0 | 56 | ~~14~~ 11 | 46 | 4 |
| Fairview Ramp & Major Marina Relocations Required (2,310) | ~~53~~ 52 | 18 | ~~-34~~ -36 | 52 | ~~0~~ -2 | 50 | ~~-3~~ -4 | ~~53~~ 54 | 0 | 62 | ~~10~~ 8 | 55 | 3 |
| Trinity Center Ramp (2,295) | ~~62~~ 63 | 35 | ~~-27~~ -28 | 63 | ~~-1~~ 0 | 59 | ~~-3~~ -4 | ~~62~~ 63 | 0 | 72 | ~~10~~ 9 | 63 | 1 |
| Campground Use (2,270) | ~~74~~ 78 | 64 | ~~-10~~ -14 | 79 | ~~5~~ 1 | 80 | ~~6~~ 2 | ~~74~~ 78 | 0 | 84 | ~~10~~ 6 | 80 | 6 |
| Minersville Ramp (2,170) | ~~99~~ 100 | 99 | ~~0~~ -1 | 100 | ~~1~~ 0 | 100 | ~~1~~ 0 | ~~99~~ 100 | 0 | 100 | ~~1~~ 0 | 100 | 1 |
| **Shasta Reservoir** | | | | | | | | | | | | | |
| McCloud Arm Ramps (952) | 92 | 89 | -3 | 90 | -2 | 90 | -2 | 92 | 0 | 92 | 0 | 93 | 1 |
| Sacramento Arm Ramps (950) | 92 | 89 | -3 | 91 | -1 | 92 | 0 | 92 | 0 | 92 | 0 | 94 | 2 |
| Sacramento Arm Marina (937) | 93 | 89 | -4 | 93 | 0 | 94 | 1 | 93 | 0 | 94 | 1 | 95 | 2 |
| Pit Arm Ramps (907) | 98 | 93 | -5 | 96 | -2 | 98 | 0 | 98 | 0 | 99 | 1 | 98 | 0 |
| Centimudi Ramp (844) | 100 | 97 | -3 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 |
| **Folsom Reservoir** | | | | | | | | | | | | | |
| Last boat ramp out of operation (360) | 98 | 99 | 1 | 98 | 0 | 98 | 0 | 98 | 0 | 98 | 0 | 99 | 1 |
| Limited lake surface area (boating constrained at 400) | 87 | 89 | -10 | 83 | -4 | 86 | -1 | 87 | 0 | 89 | 2 | 89 | 2 |
| Marina closes (405) | 80 | 82 | -8 | 76 | -4 | 79 | -1 | 80 | 0 | 83 | 3 | 82 | 2 |
| Decline in campground/picnicking use (430) | 56 | 56 | -3 | 53 | -3 | 54 | -2 | 56 | 0 | 55 | -1 | 56 | 0 |
| Beach area inundated (450) | 31 | 32 | -2 | 30 | -1 | 30 | -1 | 31 | 0 | 31 | 0 | 32 | 1 |

[a]The primary recreation season is defined as approximately Memorial Day to Labor Day.

**TABLE 3-37**

Summary of Impacts to Reservoir Use and Benefits[a]

| Resource Concern | No Action | Maximum Flow Amount | Percent Change from No Action | Flow Evaluation Amount | Percent Change from No Action | Percent Inflow Amount | Percent Change from No Action | Mechanical Restoration | State Permit Amount | Percent Change from No Action | Existing Conditions[b] Amount | Preferred Alternative Percent Change from Existing Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trinity Reservoir** | | | | | | | | | | | | |
| Recreation Benefits[c] (million $) | ~~8.7~~ 8.8 | 8.4 | ~~-4~~ -5 | ~~8.7~~ 8.8 | ~~1~~ 0 | 8.8 | ~~2~~ 1 | Same as No Action | 9.2 | ~~6~~ 5 | 5.3 | 66 |
| Visitor Days | ~~796,200~~ 803,600 | 766,200 | ~~-4~~ -5 | 802,800 | ~~1~~ 0 | 809,700 | ~~2~~ 1 | Same as No Action | 841,000 | ~~6~~ 5 | 484,900 | 66 |
| **Shasta Reservoir** | | | | | | | | | | | | |
| Recreation Benefits (million $) | 61.9 | 56.9 | -8 | 60.9 | -2 | 61.8 | 0 | Same as No Action | 63.1 | 2 | 38.0 | 60 |
| Visitor Days | 5,682,700 | 5,216,500 | -8 | 5,583,400 | -2 | 5,673,600 | 0 | Same as No Action | 5,786,800 | 2 | 3,483,100 | 60 |

[a] Long-term average water conditions only.
[b] 1995 existing conditions.
[c] All benefits are expressed in 1997 dollars.

Notes:
Impacts shown for long-term average water conditions only.  See Recreational Technical Appendix D for dry water conditions.

**TABLE 3-38**

Trinity, Shasta, and Folsom Reservoir Recreation Opportunities, Use, and Benefits [a,b]

| | Recreation Facility Availability During the Recreation Season | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Existing Conditions | No Action | Maximum Flow | | Flow Evaluation | | Percent Inflow | | Mechanical Restoration | | State Permit | |
| | Facility Availability (Percentage) | Facility Availability (Percentage) | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action |
| **Trinity Reservoir** | | | | | | | | | | | | |
| Stuart Fork Ramps (2,320 msl) | 46 | 42 45 | 9 | -33 -36 | 42 | 0 -3 | 41 | -1 -4 | 42 45 | 0 | 56 | 14 11 |
| Fairview Ramp & major marina relocations (2,310 msl) | 55 | 52 54 | 18 | -34 -36 | 52 | 0 -2 | 50 | -2 -4 | 52 54 | 0 | 62 | 10 8 |
| Trinity Center Ramp (2,295 msl) | 63 | 62 63 | 35 | -27 -28 | 63 | 1 0 | 59 | -3 -4 | 62 63 | 0 | 72 | 10 9 |
| Campground use (2,270 msl) | 80 | 74 78 | 64 | -10 -14 | 79 | 6 +1 | 80 | 6 +2 | 74 78 | 0 | 84 | 10 6 |
| Minersville Ramp (2,170 msl) | 100 | 99 100 | 99 | 0 -1 | 100 | 1 0 | 100 | 1 0 | 99 100 | 0 | 100 | 1 0 |
| **Shasta Reservoir** | | | | | | | | | | | | |
| McCloud Arm Ramps (952 msl) | 93 | 92 | 89 | -3 | 90 | -2 | 90 | -2 | 92 | 0 | 92 | 0 |
| Sacramento Arm Ramps (950 msl) | 94 | 92 | 89 | -3 | 91 | -1 | 92 | 0 | 92 | 0 | 92 | 0 |
| Sacramento Arm Marina (937 msl) | 95 | 93 | 89 | -4 | 93 | 0 | 94 | 1 | 93 | 0 | 94 | 1 |
| Pit Arm Ramps (907 msl) | 98 | 98 | 93 | -5 | 96 | -2 | 98 | 0 | 98 | 0 | 99 | 1 |
| Centimudi Ramp (844 msl) | 100 | 100 | 97 | -3 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 |
| **Folsom Reservoir** | | | | | | | | | | | | |
| Last boat ramp out of operation (360 msl)[c] | 99 | 98 | 95 | -3 | 98 | 0 | 98 | 0 | 98 | 0 | 98 | 0 |
| Limited lake surface area (boating constrained at 400 msl) | 89 | 87 | 77 | -10 | 83 | -4 | 86 | -1 | 87 | 0 | 89 | 2 |
| Marina closes (405 msl) | 82 | 80 | 72 | -8 | 76 | -4 | 79 | -1 | 80 | 0 | 83 | 3 |
| Decline in campground/picnicking use (430 msl) | 56 | 56 | 53 | -3 | 53 | -3 | 54 | -2 | 56 | 0 | 55 | -1 |
| Beach area inundated (450 msl) | 32 | 31 | 29 | -2 | 30 | -1 | 30 | -1 | 31 | 0 | 31 | 0 |

| | Estimated Annual Recreation Use and Change in Benefits Compared to No Action | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Existing Conditions | No Action | Maximum Flow | | Flow Evaluation | | | Percent Inflow | | Mechanical Restoration | | State Permit | |
| | | | Amount | Percent Change from No Action | Amount | Percent Change from No Action | Percent Change from Existing Conditions | Amount | Percent Change from No Action | Amount | Percent Change from No Action | Amount | Percent Change from No Action |
| **Trinity Reservoir** | | | | | | | | | | | | | |
| Recreations Benefits (million $) | 5.3 | 8.7 8.8 | 8.4 | -4 -5 | 8.8 | 1 0 | 66 | 8.8 | 2 1 | 8.7 8.8 | 0 | 9.2 | 6 5 |
| Visitor Days[d] | 484,900 | 796,200 803,600 | 766,200 | -4 -5 | 802,800 | 1 0 | 66 | 809,700 | 2 1 | 796,200 803,600 | 0 | 841,000 | 6 5 |
| **Shasta Reservoir** | | | | | | | | | | | | | |
| Recreations Benefits (million $) | 38.0 | 61.9 | 56.9 | -8 | 60.4 | -2 | 60 | 61.8 | 0 | 61.9 | 0 | 63.1 | 2 |
| Visitor Days | 3,483,100 | 5,682,700 | 5,216,500 | -8 | 5,583,400 | -2 | 60 | 5,673,600 | 0 | 5,682,700 | 0 | 5,786,800 | 2 |

[a] Estimated annual recreation use and change in benefits were identified for only Trinity and Shasta Reservoirs given they were assumed to be the reservoirs most directly affected by the change in Trinity and Shasta Division operations.

[b] Long-term average water conditions.

[c] Data Source: Draft PEIS. U.S. Bureau of Reclamation, 1997.

[d] Number of recreation visitor days (RVDs).

RDD/003670299.DOC (CAH706.DOC)

**TABLE 3-46**
Property Value Impact Ranking Summary

| Locations/Measures | No Action | Compared to the No Action Alternative | | | | | Compared to Existing Conditions | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions | Preferred Alternative |
| **Trinity Reservoir Rankings** | | | | | | | | |
| Short-term Annual Average | | | | | | | | |
| Water level | ~~2,298~~ 2,302 | 2,284 | 2,303 | 2,301 | ~~2,298~~ 2,302 | 2,311 | 2,302 | 2,303 |
| Change in water level | | ~~-14~~ -18 | ~~+5~~ +1 | ~~+3~~ -1 | 0 | ~~+13~~ +9 | | +1 |
| NEPA rank | ~~(4)~~ (3) | (5) | (2) | ~~(3)~~ (4) | ~~(4)~~ (3) | (1) | | |
| Long-term Annual Range | | | | | | | | |
| Water level | ~~159~~ 155 | 102 | 123 | 125 | ~~159~~ 155 | 151 | 154 | 123 |
| Change in water level | | ~~-57~~ -53 | ~~-36~~ -32 | ~~-34~~ -30 | 0 | ~~-8~~ --4 | | -31 |
| NEPA rank | (5) | (1) | (2) | (3) | (5) | (4) | | |
| Monthly Range | | | | | | | | |
| Water level | ~~61~~ 66 | 36 | 60 | 62 | ~~61~~ 66 | 64 | 66 | 60 |
| Change in water level | | ~~-25~~ -30 | ~~-1~~ -6 | ~~+1~~ -4 | 0 | ~~+3~~ --2 | | -6 |
| NEPA rank | ~~(3)~~ (5) | (1) | (2) | ~~(4)~~ (3) | ~~(3)~~ (5) | ~~(5)~~ (4) | | |
| **Overall Rank:** | ~~4~~ 5 | **2** | **1** | ~~3~~ **4** | ~~4~~ **5** | **3** | **n/a** | **n/a** |
| **Shasta Reservoir Rankings:** | | | | | | | | |
| Short-term Annual Average | | | | | | | | |
| Water level | 1,016 | 1,006 | 1,013 | 1,015 | 1,016 | 1,018 | 1,018 | 1,013 |
| Change in water level | | -10 | -3 | -1 | 0 | +2 | | -5 |
| NEPA rank | (2) | (5) | (4) | (3) | (2) | (1) | | |
| Long-term Annual Range | | | | | | | | |
| Water level | 109 | 193 | 125 | 111 | 109 | 111 | 108 | 125 |
| Change in water level | | +84 | +16 | +2 | 0 | +2 | | +17 |
| NEPA rank | (1) | (4) | (3) | (2) | (1) | (2) | | |
| Monthly Range | | | | | | | | |
| Water level | 67 | 86 | 88 | 67 | 67 | 65 | 65 | 88 |
| Change in water level | | +19 | +21 | 0 | 0 | -2 | | +23 |
| NEPA rank | (2) | (3) | (4) | (2) | (2) | (1) | | |
| **Overall Rank:** | **2** | **5** | **4** | **3** | **2** | **1** | **n/a** | **n/a** |
| **~~River Rankings~~** | | | | | | | | |
| ~~Fish harvest~~ | ~~1,820~~ | ~~18,200~~ | ~~15,100~~ | ~~5,250~~ | ~~3,830~~ | ~~0~~ | ~~1,820~~ | ~~15,100~~ |
| ~~Change in harvest~~ | | ~~+16,380~~ | ~~+13,280~~ | ~~+3,430~~ | ~~+2,010~~ | ~~-1,820~~ | | ~~+13,280~~ |
| ~~NEPA rank~~ | ~~(5)~~ | ~~(1)~~ | ~~(2)~~ | ~~(3)~~ | ~~(4)~~ | ~~(6)~~ | ~~n/a~~ | ~~n/a~~ |

[a] Change in annual inriver natural harvest of chinook, coho, and steelhead fish populations.

TABLE 3-49
Power Resources Summary Table

| CVP Operations | | No Action | Percent Change from the No Action Alternative | | | | | Percent Change from Preferred Alternative | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions | Existing Condition Percent Change Compared to Preferred Alternative |
| **Operations** | | | | | | | | | |
| Capacity (MW) | Average (1922-199~~0~~09) | 1,603 | -2% | 0% | 0% | 0% | 4% | 1,668.50 | -4% |
| | Dry (1928-1934) | ~~1,276~~ 1,334 | ~~-10~~ -8% | ~~-3~~ -1% | 1% | 0% | ~~11~~ 9% | 1,394.08 | -10% |
| | Wet (1967-1971) | 1,766 | -2% | 0% | ~~0~~ -2% | 0% | 0% | 1,778.00 | -1% |
| Energy (GWh)ᵃ | Average (1922-199~~0~~09) | 5,169 | -21% | -6% | -3% | 0% | 4% | 5,217.00 | -6% |
| | Dry (1928-1934) | ~~2,946~~ 3,300 | -25% | -7% | ~~4~~ -1% | 0% | ~~9~~ 7% | 2,985.00 | -8% |
| | Wet (1967-1971) | 6,490 | -20% | -7% | -5% | 0% | 3% | 6,525.00 | -8% |
| Project Use (GWh) | Average (1922-199~~0~~09) | 1,394 | -11% | -2% | 0% | 0% | 1% | 1,401.00 | -3% |
| | Dry (1928-1934) | ~~901~~ 990 | ~~-10~~ -13% | ~~-6~~ -5% | 0% | 0% | ~~8~~ 6% | 882.00 | -4% |
| | Wet (1967-1971) | 1,502 | 0% | 1% | 0% | 0% | 0% | 1,519.00 | 0% |
| **Power Marketing** | | | | | | | | | |
| Average Year Energy Available for Sale by Month (GWh) | January | 192 | -7% | -2% | -3% | 0% | 6% | 201 | -6% |
| | February | 212 | 1% | -1% | -3% | – | 6% | 222 | -6% |
| | March | 235 | -1% | -4% | -4% | – | 4% | 240 | -6% |
| | April | 300 | -4% | -7% | -1% | – | 3% | 309 | -10% |
| | May | 473 | -22% | -10% | -10% | – | 3% | 474 | -10% |
| | June | 541 | -27% | -16% | -10% | – | 2% | 535 | -15% |
| | July | 609 | -31% | -7% | -6% | – | 4% | 609 | -7% |
| | August | 492 | -33% | -2% | 2% | – | 6% | 491 | -2% |
| | September | 234 | -34% | 17% | 12% | – | 25% | 236 | -16% |
| | October | 187 | -58% | -22% | -10% | – | 6% | 194 | -24% |
| | November | 127 | -41% | -13% | -5% | – | 8% | 131 | 16% |
| | December | 176 | -30% | -8% | -2% | – | 7% | 182 | -10% |
| | TOTAL | 3,779 | -24% | -7% | -4% | 0% | 6% | 3,825 | -8% |
| Synthetic Dry-year Firm Load-carrying Capacity (MW) | Capability available for sale | 1,229 | -16% | 3% | -3% | – | -2% | 1,167 | 9% |
| | Generation-limited months per year with 50 MW reduction | None | 6 | 1 | 2 | – | – | 1 | – |
| Cost (or benefits) of Changes in Power Production Based on Value of Replacement Power ($1,000) | Bay Area | 40.3% | -$10,493 | -$2,242 | -$2,830 | – | $2,393 | $1,397 | ~~1,397~~ -$3,639 |
| | Other | 4.2% | -$1,093 | -$234 | -$295 | – | $249 | $146 | ~~146~~ -$379 |
| | Sacramento Valley | 45.5% | -$11,850 | -$2,532 | -$3,196 | – | $2,702 | $1,577 | ~~1,577~~ -$4,110 |
| | San Joaquin Valley | 8.8% | -$2,280 | -$487 | -$615 | – | $520 | $303 | ~~303~~ -$791 |
| | Trinity County | 1.2% | -$321 | -$69 | -$87 | – | $73 | $43 | ~~43~~ -$111 |
| | TOTAL | 100.0% | -$26,037 | -$5,564 | -$7,023 | – | $5,937 | $3,466 | ~~3,466~~ -$9,029 |
| Change in Cost per Unit of Electricity ($/MWh) | Average customer | – | $0.96 | $0.21 | $0.26 | – | -$0.22 | -$0.33 | ~~$0.54~~ -$0.33 |
| | High-allocation customer | – | $5.86 | $1.25 | $1.58 | – | -$1.34 | -$3.90 | ~~$5.15~~ -$3.90 |

ᵃGWh = gigawatt hour.

TABLE 3-54

Trinity River Basin Region (Defined as Trinity County for Up-front Impacts, and Trinity and Shasta Counties for Annual Impacts These Analyses)

| Time of Impact/ Impact Measures/ Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | Preferred Alternative | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Existing Conditions | No Action Alternative | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | | Change from Existing Conditions |
| | | | | Change from No Action Alternative in 2020 | | | | | | |
| **Up-front Impacts** | | Year 1995 Totals | Year 2001 Totals | | | | | | | |
| Output/Sales | M$ | 344.2 | 350.6 | 6.2/5.5/3.6ª | 1.28 | 1.23 | 2.14 | 0 | 2.14 | 8.54 |
| Income | M$ | 186.1 | 189.5 | 2.95/2.65/1.75ª | 0.66 | 0.63 | 1.11 | 0 | 1.10 | 4.5 |
| Employment | Jobs | 4,955 | 5,045 | 77/70/45ª | 22 | 21 | 37 | 0 | 37 | 127 |
| Most Impacted Sectors: | | | | | | | | | | |
| Construction | Jobs | 375 | 380 | 18/16/11 | 0 | 0 | 0 | 0 | 0 | 5 |
| Wholesale trade | Jobs | 105 | 105 | 7/6/4ª | 1 | 1 | 2 | 0 | 2 | 2 |
| Eating & drinking | Jobs | 225 | 230 | 8/7/4ª | 3 | 3 | 5 | 0 | 5 | 10 |
| Auto & service stations | Jobs | 55 | 55 | 11/10/6ª | 0 | 0 | 0 | 0 | 0 | 0 |
| **Annual Impacts** | | Year 1995 Totals | Year 2020 Totals | | | | | | | |
| Output/Sales | M$ | 6,078.2 | 8,693.7 | -6.3 -6.6 | 3.2 3.0 | -0.5 -0.8 | -0.11 0.13 | -5.9 -6.2 | 3.2 3.0 | 2,618.7 2,618.5 |
| Income | M$ | 3,377.4 | 4,830.7 | -2.6 -2.7 | 2.0 1.8 | -0.3 -0.4 | -0.06 0.07 | -3.5 -3.6 | 2.0 0.8 | 1,455.3 1,455.1 |
| Employment | Jobs | 83,280 | 119,110 | -66 -70 | 66 62 | -8 -12 | 2 | -115 -119 | 66 62 | 35,896 35,892 |
| Most Impacted Sectors: | | | | | | | | | | |
| Wholesale trade | Jobs | 4,900 | 7,010 | -9 | 2 | -1 | 0 | -4 | 2 | 2,112 |
| Retail trade | Jobs | 15,880 | 22,710 | -25 -26 | 21 20 | -3 -4 | 1 | -38 -39 | 21 20 | 6,851 6,850 |
| Lodging places | Jobs | 1,440 | 2,060 | -5 -6 | 20 19 | -1 -2 | 1 | -32 -33 | 20 19 | 640 639 |

ªThree estimates reflect dam modification options.  See Section 2.1.3.

M$ = million dollars.

**TABLE 3-55**
Lower Klamath River Basin/Coastal Area Regions

| Impact Subregion/Impact Measures/Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Existing Conditions (1995) | No Action Alternative (2020) | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Preferred Alternative | |
| | | | | | | | | | | Change from Existing Conditions |
| | | | | Change from No Action Alternative in 2020 | | | | | | |
| **Monterey Coastal Area** | | | | | | | | | | |
| Total output | M$ | 34,214.6 | 51,714.2 | 0 | 0 | 0 | 0 | -13.3 | 0 | 17,499.6 |
| Income | M$ | 19,297.0 | 29,166.8 | 0 | 0 | 0 | 0 | -5.4 | 0 | 9,869.8 |
| Employment | Jobs | 473,210 | 715,190 | 0 | 0 | 0 | 0 | -166 | 0 | 241,980 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 210 | 210 | 0 | 0 | 0 | 0 | -27 | 0 | 0 |
| Seafood processing | Jobs | 2,450 | 2,450 | 0 | 0 | 0 | 0 | -57 | 0 | 0 |
| Wholesale trade | Jobs | 18,920 | 28,600 | 0 | 0 | 0 | 0 | -8 | 0 | 9,680 |
| Retail trade | Jobs | 77,010 | 116,390 | 0 | 0 | 0 | 0 | -24 | 0 | 39,380 |
| Lodging places | Jobs | 12,390 | 18,720 | 0 | 0 | 0 | 0 | -2 | 0 | 6,330 |
| **San Francisco Coastal Area** | | | | | | | | | | |
| Total output | M$ | 351,700 | 430,900 | -159.6 | -32.6 | -12.3 | 2.28 | 13.2 | -32.6 | 79,167 |
| Income | M$ | 199,900 | 245,000 | -79.2 | -16.2 | -6.4 | 0.91 | 7.9 | -16.2 | 45,084 |
| Employment | Jobs | 3,652,600 | 4,560,500 | -1,540 | -310 | -120 | 25 | 110 | -310 | 907,590 |
| Most Impacted Sectors: | | | | | | | | | | |
| Vegetables | Jobs | 1,423 | 1,776 | -165 | -1 | -9 | 0 | 27 | -1 | 352 |
| Canned fruit and vegetables | Jobs | 3,281 | 4,097 | -125 | -24 | -7 | 0 | 21 | -24 | 792 |
| Retail and wholesale trade | Jobs | 746,600 | 932,218 | -327 | -65 | -30 | 6 | 21 | -65 | 185,553 |
| Services | Jobs | 1,154,925 | 1,441,977 | -420 | -85 | -41 | 6 | 38 | -85 | 286,967 |
| Commercial Fishing | Jobs | 1,276 | 1,593 | 3 | 0 | -3 | 3 | -20 | 0 | 317 |
| **Mendocino Coastal Area** | | | | | | | | | | |
| Total output | M$ | 3,111.5 | 4,267.1 | 11.1 | 9.6 | 4.9 | 4.3 | -2.1 | 9.6 | 1,165.2 |
| Income | M$ | 1,560.4 | 2,140.0 | 5.1 | 4.4 | 2.3 | 2.0 | -1.0 | 4.4 | 584.0 |
| Employment | Jobs | 43,630 | 59,835 | 127 | 110 | 57 | 50 | -25 | 110 | 16,315 |

**TABLE 3-55**
Lower Klamath River Basin/Coastal Area Regions

| Impact Subregion/Impact Measures/Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Existing Conditions (1995) | No Action Alternative (2020) | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Preferred Alternative | Change from Existing Conditions |
| | | | | Change from No Action Alternative in 2020 | | | | | | |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 180 | 180 | 33 | 29 | 14 | 13 | -5 | 29 | 29 |
| Seafood processing | Jobs | 180 | 180 | 31 | 27 | 13 | 12 | -5 | 27 | 27 |
| Wholesale trade | Jobs | 1,360 | 1,870 | 6 | 5 | 3 | 2 | -1 | 5 | 515 |
| Retail trade | Jobs | 8,130 | 11,150 | 18 | 15 | 8 | 7 | -5 | 15 | 3,035 |
| Lodging places | Jobs | 1,710 | 2,350 | 2 | 2 | 1 | 1 | -1 | 2 | 642 |
| **KMZ-California Coastal Area** | | | | | | | | | | |
| Total Output | M$ | 5,086.9 | 6,072.5 | 3.0 | 2.9 | 2.0 | 1.9 | -0.3 | 2.9 | 988.5 |
| Income | M$ | 2,752.4 | 3,285.7 | 1.5 | 1.5 | 1.0 | 0.9 | -0.2 | 1.5 | 534.8 |
| Employment | Jobs | 73,760 | 88,050 | 37 | 36 | 24 | 23 | -4 | 36 | 14,326 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 520 | 520 | 8 | 7 | 5 | 5 | -1 | 7 | 7 |
| Seafood processing | Jobs | 460 | 460 | 7 | 6 | 4 | 4 | -1 | 6 | 6 |
| Wholesale trade | Jobs | 3,210 | 3,830 | 2 | 2 | 2 | 1 | 0 | 2 | 622 |
| Retail trade | Jobs | 13,820 | 16,490 | 8 | 8 | 5 | 5 | -1 | 8 | 2,678 |
| Lodging places | Jobs | 1,390 | 1,650 | 2 | 2 | 1 | 1 | 0 | 2 | 262 |
| **KMZ-Oregon Coastal Area** | | | | | | | | | | |
| Total Output | M$ | 572.4 | 848.4 | 3.9 | 3.7 | 2.8 | 2.6 | -0.5 | 3.7 | 279.7 |
| Income | M$ | 289.9 | 429.7 | 1.7 | 1.6 | 1.2 | 1.0 | -0.2 | 1.6 | 141.4 |
| Employment | Jobs | 9,100 | 13,490 | 62 | 58 | 45 | 43 | -8 | 58 | 4,448 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 130 | 130 | 13 | 12 | 9 | 8 | -1 | 12 | 12 |
| Seafood processing | Jobs | 110 | 110 | 9 | 8 | 6 | 6 | -1 | 8 | 8 |
| Wholesale trade | Jobs | 330 | 490 | 4 | 3 | 3 | 3 | 0 | 3 | 163 |
| Retail trade | Jobs | 2,080 | 3,080 | 18 | 17 | 14 | 13 | -3 | 17 | 1,017 |
| Lodging places | Jobs | 500 | 740 | 3 | 3 | 3 | 2 | -1 | 3 | 243 |

**TABLE 3-55**
Lower Klamath River Basin/Coastal Area Regions

| Impact Subregion/Impact Measures/Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | Preferred Alternative | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Existing Conditions (1995) | No Action Alternative (2020) | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | | Change from Existing Conditions |
| | | | | | | Change from No Action Alternative in 2020 | | | | |
| **Northern/Central Oregon Coastal Area** | | | | | | | | | | |
| Total output | M$ | 20,757.5 | 27,094.0 | 51.1 | 47.5 | 36.0 | 35.7 | -41.8 | 47.5 | 6,384.0 |
| Income | M$ | 10,549.2 | 13,768.8 | 19.3 | 17.9 | 13.6 | 15.4 13.4 | -15.8 | 17.9 | 3,237.5 |
| Employment | Jobs | 290,960 | 379,760 | 601 | 559 | 423 | 419 | -494 | 559 | 89,559 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 900 | 900 | 109 | 102 | 77 | 74 | -89 | 102 | 102 |
| Seafood processing | Jobs | 1,730 | 1,730 | 181 | 168 | 127 | 127 | -147 | 168 | 168 |
| Wholesale trade | Jobs | 11,260 | 14,700 | 36 | 34 | 26 | 26 | -30 | 34 | 3,474 |
| Retail trade | Jobs | 56,410 | 73,630 | 92 | 86 | 65 | 64 | -77 | 86 | 17,306 |
| Lodging places | Jobs | 6,370 | 8,320 | 6 | 5 | 4 | 4 | -5 | 5 | 1,955 |

M$ = million dollars.

**TABLE 4-3A**

Modeling Assumptions

| | Pre-CVPIA | Bay-Delta WQCP | 3406 (b)(2) | Preferred Alternative |
|---|---|---|---|---|
| Trinity River Minimum Instream Flow Requirement | 340 taf annual minimum instream flow pattern all year classes | 340 taf annual minimum instream flow pattern all year classes | 340 taf annual minimum instream flow pattern all year classes | 360-815 taf depending on year type |
| Sacramento River Operations | SWRCB Water Rights Orders 90-05 and 91-01; NMFS Winter-run Biological Opinion | SWRCB Water Rights Orders 90-05 and 91-01; NMFS Winter-run Biological Opinion | SWRCB Water Rights Orders 90-05 and 91-01; NMFS Winter-run Biological Opinion; Nov. 20, 1997, Administrative Paper Actions | SWRCB Water Rights Orders 90-05 and 91-01; NMFS Winter-run Biological Opinion; Nov. 20, 1997, Administrative Paper Actions |
| Delta Operations | SWRCB Decision 1485 and NMFS Winter-run Biological Opinion | NMFS Winter-run Biological Opinion and SWRCB Water Rights Order 95-06 (Bay-Delta Accord) | NMFS Winter-run Biological Opinion; SWRCB Water Rights Order 95-06 (Bay-Delta Plan Accord); Nov. 20, 1997, Administrative Paper Actions[a]. | NMFS Winter-run Biological Opinion; SWRCB Water Rights Order 95-06 (Bay-Delta Plan Accord); Nov. 20, 1997, Administrative Paper Actions[a]. |
| CVP Contract Allocations Ag/M&I/Refuges/ Water Rights | Ag minimum water deliveries can go to zero percent. M&I can go to 75 percent. Refuges cut like Ag. Water Rights only cut in critical year's deliveries to 75 percent. | Ag minimum water deliveries can go to zero percent. M&I can go to 50 percent. Water rights and refuges only cut in critical year's deliveries to 75 percent. | Ag minimum water deliveries can go to zero percent. M&I can go to 50 percent. Water rights and refuges only cut in critical year's deliveries to 75 percent. | Ag minimum water deliveries can go to zero percent. M&I can go to 50 percent. Water Rights and refuges only cut in critical year's deliveries to 75 percent. |

[a]The 1999 3406(b)(2) decision required some accounting and post-processing; additional Delta actions were required to meet the 800 taf. Assumed restricted pumping that affected the south of Delta users.

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | **Water Resources** | |
| ***Groundwater*** | | | |
| Maximum Flow Flow Evaluation Percent Inflow | Significant declines in groundwater levels could occur in the Sacramento Valley and Tulare Basin regions, primarily in areas receiving CVP agricultural service contract water. | Although changes to surface water supply *per se* were not considered an impact, the development of additional water supplies to meet demands would lessen the associated impacts (e.g., groundwater impacts).  A number of demand- and supply-related programs are currently being studied across California, many of which are being addressed through the ongoing CALFED and CVPIA programs and planning processes.  Although none of these actions would be directly implemented as part of the alternatives discussed in this DEIS/EIR, each could assist in offsetting impacts resulting from decreased Trinity River exports.  Examples of actions being assessed in the CALFED and CVPIA planning processes include: | Significant |

- Develop and implement additional groundwater and/or surface-water storage.  Such programs could include the construction of new surface reservoirs and groundwater storage facilities, as well as expansion of existing facilities.  Potential locations include sites throughout the Sacramento and San Joaquin Valley watersheds, as well as the Delta.

- Purchase long- and/or short-term water supplies from willing sellers (both in-basin and out-of-basin) through actions including, but not limited to, temporary or permanent land fallowing.

- Facilitate willing buyer/willing seller inter- and intra-basin water transfers that derive supplies from activities such as conservation, crop modification, land fallowing, land retirement, groundwater substitution, and reservoir re-operation.

- Promote and/or provide incentive for additional water conservation to reduce demand.

- Decrease demand through purchasing and/or promoting the temporary fallowing of agricultural lands.

- Increase water supplies by promoting additional water recycling.

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| Maximum Flow Flow Evaluation Percent Inflow | The groundwater level declines could result in increased land subsidence within limited areas within the San Joaquin Valley and Tulare Basin regions. | See above. | Significant |
| Maximum Flow Flow Evaluation Percent Inflow | Additional groundwater pumping could result in upwelling of groundwater high in ~~TSD~~ TDS into productive groundwater zones within limited areas within the San Joaquin Valley and Tulare Basin regions. | See above. | Significant |
| **Water Quality** | | | |
| Flow Evaluation Mechanical Restoration Percent Inflow | The channel rehabilitation projects would result in short-term Trinity River turbidity impacts. | • A 401 water quality certification would be obtained from the NCRWQCB, and a construction procedure would be developed to meet the Basin Plan turbidity requirements. Monitoring would be conducted as specified by the NCRWQCB, and efforts would be taken to reduce levels if they are 20 percent or more over background (e.g., isolating the work area and/or slowing or halting construction until the 20-percent level is achieved).<br><br>• Notify individual diverters with state diversion permits within 2 miles downstream of any mechanical channel rehabilitation activity at least 2 days in advance of activities likely to produce turbidity. | Less than significant |
| Maximum Flow Flow Evaluation Percent Inflow | Violate temperature objectives and carryover storage criteria established in the Sacramento River winter run chinook salmon Biological Opinion. | Significant[a] impacts identified for the increased frequency of temperature and carryover storage violations ~~would need to be~~ were evaluated by ~~the~~ NMFS. ~~Such consultation could result in modification of the existing Biological Opinion. Given the result of this consultation is unknown, this significant impact is considered to be unmitigable at this time.~~ See mitigation for water quality fish-related impacts under Fishery Resources.<br><br>(See also water supply related impacts under Groundwater.) | Significant[a] |
| Maximum Flow Percent Inflow State Permit | Violate state temperature objectives established for the Trinity River. | Significant impacts identified for violation of state temperature objectives would be evaluated by the NCRWQCB. Consultation with NMFS would occur pursuant to Trinity River coho salmon. Bypassing the Trinity Powerplant could offset impacts to temperature in the Trinity River. Preliminary analysis of powerplant bypasses indicates that pulling colder water from lower in the reservoir could alleviate temperature impacts. Further evaluation of the benefits and costs would be needed before a full assessment could be made. Given the result of consultations and bypass analysis is unknown, this significant impact is considered to be unmitigable at this time. | Significant |

TABLE 4-4
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| Maximum Flow Percent Inflow State Permit | Violate Hoopa Valley Tribe temperature objectives established for the Trinity River. | Significant impacts identified for violation of tribal temperature objectives would be evaluated by the Hoopa Valley EPA.  Consultation with NMFS would occur pursuant to Trinity River coho salmon.  Bypassing the Trinity Powerplant could offset impacts to temperature in the Trinity River.  Preliminary analysis of powerplant bypasses indicates that pulling colder water from lower in the reservoir could alleviate temperature impacts.  Further evaluation of the benefits and costs would be needed before a full assessment could be made. Given the result of consultations and bypass analysis is unknown, this significant impact is considered to be unmitigable at this time. | Significant |

**Fishery Resources**

*Native Anadromous Species*

| State Permit | Would affect native anadromous species utilizing the Trinity River due to inadequate habitat conditions and water temperature. | Anticipated significant impacts to native anadromous salmonids in the Trinity River from implementation of this alternative would be unmitigable. | Significant |
|---|---|---|---|
| Maximum Flow Flow Evaluation Percent Inflow | Violate temperature objectives and carryover storage criteria established in the Sacramento River winter run chinook salmon Biological Opinion. | (See mitigation for water quality related impacts under Water Quality.)  ~~Consult with NMFS and implement any required conservation measures.  Given the result of this consultation is unknown, this significant impacts is considered to be unmitigable at this time.~~  Significant impacts requiring mitigation for adverse effects to anadromous salmonids in the Sacramento River system associated with Maximum Flow and Percent Inflow Alternatives would need to be addressed during reconsultation with NMFS.  Significant impacts related to temperature objectives and carryover storage criteria established in the Sacramento River winter-run chinook salmon BO for the Flow Evaluation (Preferred Alternative) were addressed through reconsultation under ESA with NMFS.  Per the NMFS' Biological Opinion (2000; under separate cover), implementation of the Preferred Alternative is not likely to jeopardize Southern Oregon/Northern California Coast (SONCC) coho salmon, Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, or Central Valley steelhead.  The NMFS does anticipate that SONCC coho salmon habitat adjacent to and downstream of the channel rehabilitation projects associated with the Preferred Alternative may be temporarily degraded during construction.  Construction of these projects, which will create a substantial amount of additional suitable habitat, may temporarily displace an unknown number of juvenile coho salmon but is not | Significant[a] |

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | expected to result in a lethal take.  The NMFS does not anticipate that the implementation of the proposed action will incidentally take Central Valley spring-run chinook or Central Valley steelhead, but that the Preferred Alternative will result in a minute increase in the level of Sacramento River winter-run chinook incidentally taken in all years except critically dry years.  In such years, Reclamation would be required to reinitiate consultation per the existing Winter-run Central Valley Project Operations Criteria and Plan to develop year-specific temperature control plans.  Implementation of the following reasonable and prudent measures specified in the NMFS BO to minimize the effects of incidental take shall be non-discretionary and will result in minimizing impacts of incidental take of SONCC coho salmon and Sacramento River winter-run chinook salmon in all years including critically dry years: | |
| | | The Service and Reclamation shall: | |
| | | 1.  Implement the flow regimes included in the proposed action (as described in the DEIS/EIR, page 2-19, Table 2-5) as soon as possible. | |
| | | 2.  Ensure that NMFS is provided the opportunity to be represented during implementation of the Adaptive Environmental Assessment and Management program. | |
| | | 3.  Ensure that the replacement bridges and other infrastructure modifications, needed to fully implement the proposed flow schedule, are designed and completed as soon as possible. | |
| | | 4.  Periodically coordinate with NMFS during the advanced development and scheduling of the habitat rehabilitation projects described in the DEIS/EIR. | |
| | | 5.  Complete "the first phase of the channel rehabilitation projects" (U.S. Fish and Wildlife Service and U.S. Bureau of Reclamation, 2000) in a timely fashion. | |
| | | 6.  Implement emergency consultation procedures during implementation of flood control or "safety of dams" releases from Lewiston Dam to the Trinity River. | |

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | 7. In dry and critically dry water-year classes, Reclamation and Service shall work cooperatively with the upper Sacramento River Temperature Task Group to develop temperature control plans that provide for compliance with temperature objectives in both the Trinity and Sacramento Rivers.<br><br>Implementation of these measures will be non-discretionary. | |
| *Resident Native and Non-native Fish* | | | |
| State Permit | Increased water temperatures, which would reduce non-native Trinity River fish habitat. | Anticipated significant impacts to resident fish in the Trinity River from implementation of this alternative would be unmitigable. | Significant |
| Maximum Flow Flow Evaluation Percent Inflow | Impacts to Delta smelt and Sacramento splittail as a result of changes in Delta inflow to export ratios. | ~~Consult with Service and implement any required conservation measures. Given the result of this consultation is unknown, this significant impact is considered to be unmitigable at this time.~~ Significant impacts requiring mitigation related to changes in Delta inflow and export ratios associated with Maximum Flow and Percent Inflow Alternatives would need to be addressed during reconsultation with NMFS. Significant impacts related to changes in Delta inflow and export ratios for the Flow Evaluation (Preferred Alternative) were addressed through consultation under ESA with the Service.<br><br>Per the Service's Biological Opinion (2000; under separate cover), implementation of the Preferred Alternative is not likely to jeopardize delta smelt and Sacramento splittail or adversely modify critical habitat for delta smelt. The Service has concurred with the determination that implementing the Preferred Alternative will not likely adversely affect the bald eagle and northern spotted owl. It is anticipated that delta smelt and Sacramento splittail will be adversely affected by implementing the Preferred Alternative and that incidental take may be affected in manner or extent not analyzed in the March 6, 1995 Biological Opinion on the Long-term Operation of the CVP and SWP. Therefore, the following reasonable and prudent measure to minimize the effects of incidental take was developed:<br><br>1. U.S. Bureau of Reclamation (Reclamation) shall minimize the effects of reoperating the Central Valley Project resulting from the implementation of the Preferred Alternative within the Trinity River Basin on listed fish in the Delta.<br><br>Implementation of this measure will be non-discretionary. | Significant[a] |

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| *Reservoirs* | | | |
| Maximum Flow | Impacts to largemouth and smallmouth bass spawning in Trinity Reservoir due to reduced water surface levels. | A smallmouth and largemouth bass stocking program shall be instituted similar to the existing stocking program for coldwater species. | Less than significant |
| *Ocean Fisheries Economics* | | | |
| State Permit | Reduced angler benefits and net income of charter boat operators in the Mendocino Region. | No mitigation is available. | N/A |
| State Permit | Reduced commercial fishing harvests and related economic benefits. | No mitigation is available. | N/A |
| **Tribal Trust** | | | |
| State Permit | Reduced flows would lead to further decline in tribal access to trust resources. | No mitigation is available. | Significant |
| **Vegetation, Wildlife, and Wetlands** | | | |
| *Vegetation* | | | |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Ground disturbing activities could result in a loss of vegetation and special-status plant populations. | Conduct site-specific environmental reviews prior to mechanical ground-disturbing activities.  Such reviews shall, when appropriate, include surveys for federal and state endangered, threatened, and proposed species, or for other species if required by permitting agencies (e.g., USFS).  If such species are present, actions shall be taken to avoid impacts. | Less than significant |
| | | Develop and implement a revegetation plan for all ground-disturbing activities (excluding channel rehabilitation sites).  Revegetation shall use plant species found adjacent to the impact area or from similar habitats, subject to landowner and/or agency concurrence.  Replacement ratios and monitoring plans, if determined necessary, will be developed in cooperation with the Corps, Service, and CDFG. | |
| State Permit | Further degradation of riparian vegetation due to reduced flows. | No mitigation is available. | Significant |
| *Wildlife* | | | |
| Flow Evaluation Percent Inflow Mechanical Restoration | Direct mortality of foothill yellow-legged frogs or egg masses, adult western pond turtles and hatchlings, or willow flycatcher | Conduct site-specific environmental reviews prior to mechanical ground-disturbing activities.  Such reviews shall, when appropriate, include surveys for federal and state endangered, threatened, and proposed species, or for | Less than significant |

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | nests and young during construction (and maintenance for the Mechanical Restoration) of the channel rehabilitation sites. | other species if required by permitting agencies (e.g., USFS).  If such species are present, actions shall be taken to avoid impacts (e.g., delay construction until after willow flycatcher chicks fledge). | |
| State Permit | Continued degradation and reduction of habitat as a result of reduced flows. | No mitigation is available. | Significant |
| *Wetlands* | | | |
| Flow Evaluation Percent Inflow Mechanical Restoration | The mechanical channel rehabilitation projects could impact wetland resources. | Conduct pre-construction delineation of wetland areas at sites that may contain wetlands.  Consult with the Corps on potential impacts to wetland resources. No mitigation is available. | Less than significant |
| | **Recreation** | | |
| *Riverine* | | | |
| Maximum Flow Flow Evaluation Mechanical Restoration State Permit Percent Inflow | Impacts from flows to a number of recreation activities for at least a portion of the recreation season. | Flow-related significant impacts would be unmitigable without changing the flow release schedule which is inherent to the alternative. | Significant |
| Maximum Flow Flow Evaluation State Permit Percent Inflow | Impacts to public safety from river flows that are too high or too low (i.e., outside the preferred range for boating). | Post signs at river access points showing daily flows.  Offer a toll-free tele-phone number so recreationalists can call to obtain daily flow information. Post daily flows on the Internet. | Less than significant |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Impacts to recreation activities from turbidity associated with the construction (and maintenance for Mechanical Restoration) of the channel rehabilitation sites. | (See mitigation for water quality related impacts under Water Quality.) | Less than significant |
| *Reservoirs* | | | |
| Maximum Flow Flow Evaluation | Increase the frequency at which Trinity Reservoir boat ramps are unusable, which would indirectly impact marinas and campgrounds. | All affected boat ramps should be extended a sufficient distance to accom-modate the new water levels.

Marina owners should be compensated for additional costs associated with moving their facilities or to construct new facilities to accommodate the new water levels.

Campground facilities should be modified or funding provided to accom-modate the revised operational approach. | Less than significant |

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| **Land Use** | | | |
| ***Residential/Municipal and Industrial*** | | | |
| Maximum Flow Flow Evaluation Percent Inflow | Increased flooding of Trinity River structures and/or residences. | Property owners could be compensated at fair market value for all flood-related structure/improvement losses incurred, or funding would be provided to retrofit structures/improvements to withstand peak flows. | Significant |
| | | Property owners who have parcels with buildable sites outside of the current 100-year floodplain that would be regularly inundated could be compensated at fair market value for the loss of development rights to that parcel. | |
| | | Given funding for these efforts is not yet been determined, this significant impact is considered to be unmitigable at this time. | |
| Maximum Flow | Potentially significant M&I related impacts as a result of decreased surface-water supplies. | (See water supply related impacts under Groundwater.) | Significant |
| ***Agriculture*** | | | |
| Maximum Flow Flow Evaluation | Substantially decrease irrigated acreage within the San Felipe Unit. | (See water supply related impacts under Groundwater.) | Significant |
| **Power** | | | |
| Maximum Flow Flow Evaluation Percent Inflow | Potentially significant power-related impacts from decreased surface-water supplies. | (See water supply related impacts under Groundwater.) Power-related benefits associated with such programs would only occur if operations were conducted to provide increased generation; otherwise, implementation of such programs could negatively affect power resources).  Operating criteria would be established to allow Western to respond to various emergency situations in accordance with their obligations to the North American Electric Reliability Council.  This commitment would also provide for exemptions to a given alternative's operating criteria during search and rescue situations, special studies and monitoring, dam and powerplant maintenance, and spinning reserves.  Such exemptions for responding to various emergency situations would be consistent with the Presidential Memorandum, dated August 3, 2000, directing federal agencies to work with the State of California to develop procedures governing the use of backup power generation in power shortage emergencies. | Significant |

**TABLE 4-4**
Summary of Significant Adverse Environmental Impacts and Proposed Mitigation

| DEIS/EIR Action Alternative | Description of Significant Impact | Mitigation | Level of Significance after Mitigation |
|---|---|---|---|
| | | **Cultural Resources** | |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Impacts to cultural resources. | Conduct cultural resource surveys of project areas (including areas of ancillary activities, such as staging areas, gravel mining areas, etc.) prior to ground disturbance. | Less than significant |
| | | Areas containing cultural resources shall be demarcated and activities planned to avoid these areas. | |
| | | If cultural resources cannot be avoided, additional research or test excavations (as appropriate) will be undertaken to determine whether the resources meet CEQA and/or NRHP significance criteria. | |
| | | Unavoidable impacts on significant resources would be mitigated for in a manner that is deemed appropriate.  Mitigation for significant resources may include, but is not limited to, data recovery, public interpretation, performance of a Historic American Building Survey or Historic American Engineering Record, or preservation by other means. | |
| | | **Air Quality** | |
| Maximum Flow Flow Evaluation Percent Inflow Mechanical Restoration | Spawning gravel placement and other heavy equipment work associated with the alternatives would result in potentially significant $PM_{10}$ impacts as a result of fugitive dust. | Implement a dust control program, which includes: watering of stockpiles, roads, etc. as necessary, and identify an individual to monitor dust control and to respond to citizen complaints. | Less than significant |

[a]These impacts were identified as "significant" per the CEQA-related significance threshold standards described in Chapter 3.



## LEGEND

- EXISTING CHANNEL REHABILITATION SITES (EXISTING SIDE CHANNEL SITES NOT SHOWN FOR CLARITY)
- POTENTIAL CHANNEL REHABILITATION SITES
- POTENTIAL SIDE CHANNEL SITES
- RM 96    RIVER MILE
- GOLD MINING DREDGER TAILINGS (APPROXIMATED FROM 1975 AIR PHOTOS)
- POTENTIAL DREDGING POOL LOCATIONS

**FIGURE 2-4**
**TRINITY RIVER**
**EXISTING AND POTENTIAL**
**CHANNEL REHABILITATION SITES**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

Source: McBain & Trush

3003_99 (7/12/00)



**NOTES:**

1. Numbers derived from PROSIM simulation including spills.

2. Reservoir storage represents instantaneous storage on September 30. Average annual releases represent the volume of water released over the average water year. An increase in instream releases does not result in a one-for-one reduction in exports because of operational constraints such as flood releases and other periodic operations.

3003_330 (6/27/00)

**FIGURE 2-8**
**LONG-TERM AVERAGE ANNUAL EXPORTS AND RELEASES FOR MAXIMUM FLOW, FLOW EVALUATION, PERCENT INFLOW, AND STATE PERMIT ALTERNATIVES**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR



*Compare to Figure 3-7: Note exposed gravel bars, channel migration into dredge tailings, and patches of riparian vegetation away from low-flow channel margins.*

N

NOT TO SCALE

3003_250 (6/28/00)

**FIGURE 3-5**
**1960 AERIAL PHOTO OF JUNCTION CITY**
**PRE-DAM GEOMORPHOLOGY**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR



*Compare to Figure 3-5: Note thick band of mature riparian vegetation along low-flow channel and separation of low-flow channel to exposed gravel bars and floodplains.*

N

NOT TO SCALE

**FIGURE 3-7**
**1989 AERIAL PHOTO OF JUNCTION CITY**
**POST-DAM GEOMORPHOLOGY**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

3003_31 (6/23/00)



FIGURE 3-8
**FLOWS REQUIRED FOR CREATION OF ALLUVIAL RIVER ATTRIBUTES**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR



**FIGURE 3-35**
**TEMPORAL DISTRIBUTION OF ANADROMOUS SALMONID REPRODUCTION**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

3003_301 (6/29/00)



**FIGURE 3-37**
**GEOGRAPHIC LOCATION**
**OF COASTAL STUDY AREA**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

3003_390 (7/12/00)



02/15/2000

**FIGURE 4-6**
**PROSIM AVERAGE (1983-1993)**
**CVP ALLOCATIONS SOUTH OF THE DELTA**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

3003_998 (7/7/00)



02/15/2000

**FIGURE 4-7**
**PROSIM AVERAGE (1983-1993)**
**CVP ALLOCATIONS NORTH OF THE DELTA**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

3003_999 (7/7/00)

# 2.4    Changes to the DEIS/EIR—Technical Appendices

## 2.4.1   Technical Appendix A—Water Resources/Water Quality

**1.1        Surface-water Hydrology**                                        *(SEE SUBSECTIONS)*

**1.1.1      Affected Environment**                                           **(CHANGES FOLLOW)**
**pgs. A-2 through A-4**

**Table A-1A has been modified to more accurately represent dry-year Delta inflow when comparing the Preferred Alternative to existing conditions.  See Section 2.4.1.1 for revised Table A-1A.**

**1.1.2      Environmental Consequences**                                     *(SEE SUBSECTIONS)*

**1.1.2.1 Methodology**                                                       **(CHANGES FOLLOW)**
**p. A-8**

At the 2020 level of development, ~~annual~~ CVP contracts total approximately ~~6.6~~ 6.5 million acre-feet (maf) per year north and south of the Delta.  The CVP contracts consist of agricultural water service contracts, municipal and industrial (M&I) water service contracts, exchange contracts, water rights contracts, and refuge water supplies.  At the 2020 level of development, ~~annual~~ SWP entitlements amount to approximately 4.2 maf per year, and the variable demands range from 3.4 - 4.2 maf per year.

**1.1.2.2 Significance Criteria**                                             *(NO CHANGE)*
**1.1.2.3 No Action**                                                         *(NO CHANGE)*

**1.1.2.4 Maximum Flow Alternative**                                          **(CHANGES FOLLOW)**
**pg. A-9**

Under this alternative, diversions from the TRD to the Central Valley would be eliminated.  In comparison to the No Action Alternative, simulated long-term average annual releases from Keswick Reservoir would be reduced by approximately 860,000 af or 13 percent.  Releases from Keswick Reservoir include releases from Shasta Reservoir and Spring Creek diversions.  In comparison to the No Action Alternative, simulated long-term average annual delta inflow would be reduced by about ~~780,000~~ 790,000 af, or ~~3~~ 4 percent, and simulated long-term average annual Delta outflow would be reduced by about 420,000 af or 3 percent.

**1.1.2.5 Flow Evaluation Alternative**                                       **(CHANGES FOLLOW)**
**pg. A-10**

This alternative was designed to use a mix of flow and non-flow measures to promote the restoration of Trinity River geomorphology and natural habitat.  The differences between Flow Evaluation Alternative and ~~existing condition~~ No Action Alternative simulation instream flow releases are presented by water-year class in Table A-3.

**Table A-3 has been modified to more accurately represent total acre-feet during the normal water-year class under the Flow Evaluation Alternative.  See Section 2.4.1.1 for revised Table A-3.**

Under this alternative, diversions from the TRD to the Central Valley would be reduced due
to increased instream flow releases and increased minimum Trinity Reservoir storage levels.
In comparison to the existing conditions No Action Alternative simulation, the pattern of
diversions from the TRD would be shifted from a spring and summer emphasis to a sum-
mer and fall emphasis to help meet Trinity River instream temperature requirements.
Simulated long-term average annual diversions from the TRD in the Flow Evaluation
Alternative would be reduced by about 240,000 af, or 28 percent.  In comparison to the
existing conditions No Action Alternative simulation, simulated long-term average annual
releases from Keswick Reservoir would be reduced by approximately 230,000 240,000 af, or
4 percent.  Releases from Keswick Reservoir include releases from Shasta Reservoir and
Spring Creek diversions.  In comparison to the existing conditions No Action Alternative
simulation, simulated long-term average annual Delta inflow would be reduced by about
200,000 220,000 af, or 1 percent, and simulated long-term average annual delta outflow
would be reduced by about 150,000 af, or 4 1 percent.

**1.1.2.6 Percent Inflow Alternative**                                    *(NO CHANGE)*
**1.1.2.7 Mechanical Restoration Alternative**                           *(NO CHANGE)*

**1.1.2.8 State Permit Alternative**                                **(CHANGES FOLLOW)**
**pg. A-12**

Under this alternative, diversions from the TRD to the Central Valley would increase due to
reduced instream flow releases.  In comparison to the No Action Alternative, the pattern of
diversions from the TRD would be shifted from a spring and summer emphasis to a sum-
mer and fall emphasis to help meet Trinity River instream temperature requirements.
Simulated long-term average annual diversions from the TRD in the State Permit Alterna-
tive would increase by about 200,000 af, or 23 percent.  In comparison to the No Action
Alternative, simulated long-term average annual releases from Keswick Reservoir would
increase by approximately 190,000 200,000 af, or 3 percent.  Releases from Keswick Reser-
voir include releases from Shasta Reservoir and Spring Creek diversions.  In comparison to
the No Action Alternative, simulated long-term average annual Delta inflow would increase
by about 170,000 af, or 1 percent, and simulated long-term average annual Delta outflow
would increase by about 130,000 120,000 af, or 1 percent.

**1.1.2.9  Existing Conditions**                                          *(NO CHANGE)*

**1.2      Surface-water Management**                              *(SEE SUBSECTIONS)*
**1.2.1    Affected Environment**                                        *(NO CHANGE)*
**1.2.2    Environmental Consequences**                           *(SEE SUBSECTIONS)*
**1.2.2.2 Significance Criteria**                                        *(NO CHANGE)*
**1.2.2.3 No Action**                                                    *(NO CHANGE)*

**1.2.2.4 Maximum Flow Alternative**                               **(CHANGES FOLLOW)**
**pg. A-19**

The Maximum Flow Alternative would require operating the TRD to retain inflow into
Trinity Reservoir for release to the Trinity River according to the prescribed flow release
schedule.  In comparison to the No Action Alternative, simulated average end-of-water year
storage in Trinity Reservoir for release to the Trinity River according to the prescribed flow
release schedule.  In comparison to the No Action Alternative, simulated average end-of-

water year storage in Trinity Reservoir would increase during the dry period by about
~~430,000~~ 440,000 af, or 60 percent, and decrease over the long-term by about 170,000 af, or
~~23~~ 22 percent.  The elimination of diversions from the TRD would potentially increase
uncontrolled instream releases down the Trinity River in wetter years.

**pg. A-20**

**Table A-8 has been modified to more accurately reflect reservoir storage and CVP
deliveries comparing Maximum Flow and No Action Alternatives.  See Section 2.4.1.1 for
revised Table A-8.**

Shasta Reservoir storage would be influenced by the absence of diversions from the TRD.
There would be no diversions to contribute to the Sacramento River flows used to meet CVP
deliveries, Delta water quality requirements, 1993 Winter-Run Biological Opinion tempera-
ture requirements, and other downstream obligations.  In the Maximum Flow Alternative,
simulate average end-of-water year Shasta Reservoir storage would be less than the No
Action Alternative by approximately ~~200,000~~ 210,000 af, or ~~12~~ 8 percent.  Dry period opera-
tions under this alternative would be infeasible due to decreased end-of-month storages,
which could sometimes be less than the minimum operating pool of approximately ~~500,000~~
550,000 af and could reach a simulated minimum end-of-month storage level of 5,000 af.

**pg. A-21**

In comparison to the No Action Alternative, simulated long-term average annual exports
through Tracy Pumping Plant would be reduced by about 320,000 af, or 12 percent, due to
the elimination of TRD diversions.  Simulated annual exports through Banks Pumping Plant
would be similar to the No Action Alternative.

In comparison to the No Action Alternative, simulated annual CVP deliveries would be
reduced.  The simulated long-term average annual reduction in deliveries north and south
of the Delta would be about ~~480,000~~ 470,000 af.  During the dry period, both the available
water supply and the ability to further reduce CVP deliveries would be limited, so the aver-
age annual reduction in diversions would exceed the average annual reduction in CVP
deliveries.

**1.2.2.5 Flow Evaluation                                                (CHANGES FOLLOW)
pg. A-22**

The TRD would be operated to release additional Trinity Reservoir inflow to the Trinity
River.  Dam operating rules would be adjusted to account for the new instream releases.  In
comparison to the No Action Alternative, simulated average end-of-water year storage in
Trinity Reservoir would increase during the dry period by about ~~30,000~~ 40,000 af, or ~~4~~
5 percent, and decrease over the long-term by about ~~40,000~~ 50,000 af, or ~~3~~ 4 percent.

Shasta Reservoir storage would be influenced by the reductions in diversions from the TRD.
The diversions contribute to the Sacramento River flows used to meet CVP deliveries, Delta
water quality requirements, 1993 Winter-Run Biological Opinion temperature requirements,
and other downstream obligations.  In the Flow Evaluation Alternative, simulated average
end-of-water year storage would be less than the No Action Alternative by approximately
~~50,000~~ 60,000 af, or 2 percent.  During the dry period, these storage reductions could reduce

the ability of the CVP to maintain the coldwater pool for releases to meet 1993 Winter-Run Biological Opinion temperature requirements.

**pg. A-23**

**Table A-9 has been modified to more accurately reflect reservoir storage and CVP deliveries comparing Flow Evaluation and No Action Alternatives. See Section 2.4.1.1 for revised Table A-9.**

In comparison to the No Action Alternative, simulated long-term average annual exports through Tracy Pumping Plant would be reduced by about 60,000 af, or 2 percent, due to the reduction of TRD diversions. Simulated annual exports through Banks Pumping Plant would be similar to the No Action Alternative.

**1.2.2.6  Percent Inflow                                                (CHANGES FOLLOW)**
**pg. A-25**

Each week, the TRD would be operated to release 40 percent of the previous week's average Trinity Reservoir inflow into the Trinity River. In drier years, instream releases would be less than the No Action Alternative, and in wetter years, they would be greater. In comparison to the No Action Alternative, simulated average end-of-water year storage in Trinity Reservoir would increase during the dry period by about ~~90,000~~ 100,000 af, or ~~12~~ 14 percent, and decrease over the long-term by about 20,000 af, or 1 percent.

**Table A-10 has been modified to more accurately reflect reservoir storage and CVP deliveries comparing Percent Inflow and No Action Alternatives. See Section 2.4.1.1 for revised Table A-10.**

**pg. A-26**

In comparison to the No Action Alternative, simulated long-term average annual exports through Tracy Pumping Plant would be reduced by about ~~20,000~~ 10,000 af, or less than 1 percent, due to the reduction of TRD diversions. Simulated annual exports through Banks Pumping Plant would be similar to the No Action Alternative.

In comparison to the No Action Alternative, simulated annual CVP deliveries would be reduced. The simulated long-term average annual reduction in deliveries north and south of the Delta would be about ~~20,000~~ 10,000 af. As in the No Action Alternative, agricultural and M&I water service contractors would be subject to delivery shortages of up to 100 percent and 50 percent of contract amounts, respectively. In both simulations, American River M&I water service contract and water rights deliveries would be reduced below minimum levels in 1977. Simulated annual deliveries to agricultural and M&I water service contractors are discussed below.

**1.2.2.7  Mechanical Restoration                                        *(NO CHANGE)***

**1.2.2.8  State Permit                                                  (CHANGES FOLLOW)**
**pg. A-27**

In comparison to the No Action Alternative, this alternative would increase simulated long-term average annual diversions to the Central Valley by about ~~200,000~~ 210,000 af, or 23 percent, and the diversion pattern would change to help meet Trinity River instream temperature

requirements. Operations of the remaining CVP facilities would need to be rescheduled to maximize the use of this additional water. A comparison of simulated water management characteristics for the State Permit Alternative and No Action Alternative is presented in Table A-10.

The TRD would release less Trinity Reservoir inflow to the Trinity River. Dam operating rules would be adjusted to account for the lower instream releases. In comparison to the No Action Alternative, simulated average end-of-water year storage in Trinity Reservoir would increase during the dry period by about ~~30,000~~ 40,000 af, or ~~14~~ 15 percent, and over the long-term by about 80,000 af, or 6 percent.

**pg. A-28**

In comparison to the No Action Alternative, simulated annual exports through Tracy Pumping Plant would be increased by about ~~50,000~~ 60,000 af, or 2 percent, due to the increased TRD diversions, which would often allow additional CVP pumping. Simulated annual exports through Banks Pumping Plant would be similar to the No Action Alternative.

**pg. A-29**

**Table A-11 has been modified to more accurately reflect reservoir storage and CVP deliveries comparing Maximum Flow and No Action Alternatives. See Section 2.4.1.1 for revised Table A-11.**

**1.3    Groundwater**                                              *(SEE SUBSECTIONS)*
**1.3.1    Affected Environment**                                   *(SEE SUBSECTIONS)*
**1.3.1.1 Data Sources**                                            *(NO CHANGE)*

**1.3.1.2 Historical Perspective and Recent Conditions**           **(CHANGES FOLOW)**
**pg. A-31**

**The following new text has been added to the end of Section 1.3.1.2 immediately before Section 1.3.1.3:**

**Trinity River Basin.** Most usable groundwater in the mountainous Trinity River Basin occurs in widely scattered alluvium-filled valleys, such as those immediately adjacent to the Trinity River. These valleys contain only small quantities of recoverable groundwater, and therefore, are not considered a major source. Groundwater withdrawals in the Trinity River Basin totaled approximately 5,000 af in 1990. The Hoopa Valley is a notable groundwater resource located in the Trinity River Basin. This shallow aquifer supplies mostly domestic water and is recharged from precipitation and infiltration from local streams.

**Lower Klamath River Basin/Coastal Area.** Groundwater conditions in the Lower Klamath River Basin/ Coastal Area are similar to the Trinity River Basin. In general, the mountainous region is not a major source of groundwater, although some alluvial valleys do have usable resources.

**Santa Clara and San Benito Counties.** Imported surface water from the CVP San Felipe Unit is provided to areas in Santa Clara and San Benito Counties. Water conveyed to these areas is intended to supplement available supplies, minimize groundwater mining, stabilize groundwater level, arrest land subsidence, and improve water quality conditions.

Three interconnected groundwater basins are located within the Santa Clara County area: Santa Clara Valley Basin, Coyote Basin, and Llagas Basin (U.S. Bureau of Reclamation, 1976b). Extensive groundwater pumping for agricultural purposes produced overdraft conditions in these groundwater basins, and resulted in land subsidence, increased pumping costs, and seawater intrusion from the San Francisco Bay. To reverse these conditions, surface water was initially imported to the area in the 1960s through the SWP South Bay Aqueduct. Continued growth during the late 1960s and 1970s threatened to return the area to overdraft conditions. These concerns were dampened by additional surface-water imports to the area from the San Felipe Unit of the CVP in the 1980s. Much of this imported water is distributed to percolation ponds for groundwater recharge, and the remainder is further distributed for direct use and storage.

Groundwater resources in the San Benito County (Hollister area) consist of numerous sub-basins partially separated by barriers, generally fault zones, which criss-cross the area. Irrigation of agricultural lands in this area has relied on groundwater as the primary supply. As historical agricultural development expanded, groundwater withdrawals began to exceed groundwater recharge, causing severe declines in groundwater levels. In the 1980s, surface water was imported to this area from the San Felipe Unit of the CVP for the purposes of alleviating the degenerating groundwater conditions. Because of the complex geological fault system, direct groundwater recharge is limited; and imported water is distributed primarily for direct use and storage.

**1.3.1.3 Overview of the Central Valley Regional Aquifer System**          *(NO CHANGE)*

**1.3.1.4 Groundwater Resources of the Sacramento River Region**     **(CHANGES FOLLOW)**

**Hydrogeology.**
**pg. A-32**

Aquifer recharge of the basin has historically occurred in part from deep percoloation of rainfall, the infiltration from stream beds, and subsurface inflow along basin boundaries. Most of the recharge for the Central Valley occurs in the north and east sides of the valley where the precipitation is the greatest. With the introduction of agriculture to the region, aquifer recharge was substantially augmented by deep percolation of applied agricultural water and seepage from irrigation distribution and drainage canals.

**1.3.1.5 Groundwater Resources of the San Joaquin River Region**     **(CHANGES FOLLOW)**

**Hydrogeology.**
**pg. A-39**

Recharge to the semi-confined upper aquifer ~~generally~~ occurs in part from stream seepage, deep percolation of rainfall, and subsurface inflow along basin boundaries. As agricultural practices expanded in the region, recharge was substantially augmented with deep percolation of applied agricultural water and seepage from the distribution systems used to convey this water. Recharge of the lower confined aquifer consists of subsurface inflow from the valley floor and foothill areas to the east of the eastern boundary of the Corcoran Clay Member. Present information indicates that the clay layers, including the Corcoran Clay, are not continuous in some areas, and some seepage from the semi-confined aquifer above does occur through the confining layer.

~~Historically, the interaction of groundwater and surface water resulted in net gains to the streams. This condition existed on a regional basis through about the mid-1950s. Since that time groundwater level declines have resulted in some stream reaches losing flow through seepage to the groundwater systems below.~~ Prior to the mid-1950s, the southern portion of the San Joaquin Valley in Madera County experienced net losses from streams, while the northern portion of the San Joaquin Valley generally experienced gains from streams. This situation has not changed. Currently, portions of the San Joaquin Valley continue to experience net gains from streams, while the Madera County portions of the Valley experience losses from streams. Where the hydraulic connection have been maintained, the amount of seepage has varied as groundwater levels and streamflows have fluctuated. Areas in the San Joaquin River Region where these dynamics have changed include the eastern San Joaquin and Merced counties, and western Madera County, as well as other local areas. Similar to the Sacramento River Region, the largest stream losses have occurred during the drought periods of 1976 to 1977 and 1987 to 1992.

**1.3.1.6 Groundwater Resources of the Tulare Lake Region**          *(NO CHANGE)*
**1.3.1.7 Groundwater Management and Conjunctive Use Programs**     *(NO CHANGE)*

**1.3.2    Environmental Consequences**                              *(SEE SUBSECTIONS)*

**~~1.3.1.2~~ 1.3.2.1   Impact Assessment Methodology**              **(CHANGES FOLLOW)**
**pg. A-54**

**The following new paragraph has been added as paragraph four immediately above Significance Criteria:**

Groundwater resources in Santa Clara and San Benito Counties are managed through local groundwater regulations to minimize groundwater overdraft, land subsidence, and groundwater quality degradation. This groundwater management task is facilitated by CVP project water imports via the San Felipe Unit. It is assumed that these management practices will remain in place and that groundwater ordinances will limit the potential for groundwater pumping. Because of these actions, no significant impacts to groundwater resources are anticipated and, therefore, are not analyzed under environmental conse-quences. However, possible reductions in CVP deliveries to the San Felipe Unit could result in other impacts. These potential impacts are discussed elsewhere in the document (see Sections 3.9 Land Use, 3.11 Socioeconomics, and 4.1 Cumulative Impacts).

**1.3.2.2  Groundwater Storage and Production**                     *(NO CHANGE)*
**1.3.2.3  Groundwater Levels**                                     *(NO CHANGE)*
**1.3.2.4  Land Subsidence**                                        *(NO CHANGE)*
**1.3.2.5  Groundwater Quality**                                    *(NO CHANGE)*
**1.3.2.6  No-action Alternative**                                  *(NO CHANGE)*
**1.3.2.7  Sacramento River Region**                                *(NO CHANGE)*
**1.3.2.8  San Joaquin River Region**                               *(NO CHANGE)*
**1.3.2.9  Tulare Lake Region**                                     *(NO CHANGE)*
**1.3.2.10 Maximum Flow Alternative**                               *(NO CHANGE)*
**1.3.2.11 Sacramento River Region**                                *(NO CHANGE)*
**1.3.2.12 San Joaquin River Region**                               *(NO CHANGE)*
**1.3.2.13 Tulare Lake Region**                                     *(NO CHANGE)*
**1.3.2.14 Flow Evaluation Alternative/Preferred Alternative**      *(NO CHANGE)*

**1.3.2.15 Percent Inflow Alternative**                                        *(NO CHANGE)*
**1.3.2.16 Mechanical Restoration Alternative**                                *(NO CHANGE)*
**1.3.2.17 State Permit Alternative**                                          *(NO CHANGE)*

**The following five new sections have been added to the end of Groundwater:**

pg. A-72

### 1.3.2.18 Existing Conditions versus Preferred Alternative

The comparison of the Preferred Alternative (i.e., Flow Evaluation) to 1995 existing conditions to without-project conditions in 2020 (i.e., No-Action Alternative) indicates that most impacts to groundwater elevations between 1995 and 2020 would be attributed to changes unrelated to the project.  For example, the largest declines in groundwater elevations are seen in the urban areas of Sacramento and Fresno, the result of population growth.  Impacts as a result of the Preferred Alternative are not as great.

### 1.3.2.19 Sacramento River Region

Groundwater elevations under the Preferred Alternative would be lower compared to existing conditions primarily on the east side of the region where long-term elevations would decline by as much as 65 feet in the Sacramento area.  However, these impacts are caused by the increase in development (e.g., population growth) from 1995-2020.  Groundwater-elevation declines of 5 feet on the west side of the region can be attributed to the Preferred Alternative, and would result in a significant impact.  These declines occur in areas receiving agricultural service contract water from the CVP, such as the Tehama-Colusa Canal service area.  No additional impacts with regard to subsidence or decreased water quality would be expected in comparison to existing conditions.

### 1.3.2.20 San Joaquin River Region

Groundwater elevations under the Preferred Alternative would be higher compared to existing conditions on the northeast side of the region where long-term groundwater elevations would increase by as much as 20 feet.  These impacts are caused by the assumed level of development from 1995-2020.  No significant impacts to groundwater elevations, subsidence, or water quality can be attributed to the Preferred Alternative.

### 1.3.2.21 Tulare Lake Region

Groundwater elevations in the south and east side of the region would be 15 and 25 feet lower, respectively, under the Preferred Alternative compared to existing conditions.  Groundwater elevations would increase 5-15 feet along the west side and mid-valley areas.  All of these changes are caused by the assumed level of development from 1995-2020, i.e., they are not related to the project.  Impacts attributable to the Preferred Alternative would occur along the extreme west side area, where the maximum decline in groundwater elevations would be approximately 20 feet.  Additional land subsidence would occur along the west side of the Tulare Lake Region.  The range of changes is from 1 and 10 feet, primarily in areas receiving CVP agricultural service contract water via the San Luis Canal.  The range impacts decreases 1-5 feet towards the axis of the Central Valley.  The area of land subsidence surrounds major conveyance facilities, including the California Aqueduct.  Additional groundwater pumping, causing the upwards migration of lesser quality ground-

water along the west side of the region, could possibly result in upwelling of groundwater high in TDS into productive groundwater zones; resulting in significant impacts to groundwater quality.

### 1.3.2.22 Mitigation

Potentially significant groundwater-related impacts could occur with the implementation of the Maximum Flow, Flow Evaluation, and Percent Inflow Alternatives as a result of decreased surface-water supplies.  Although changes to water supply per se were not considered an impact, the development of additional water supplies to meet demands would lessen the associated impacts (e.g., groundwater impacts).  A number of demand- and supply-related programs are currently being studied across California, many of which are being addressed through the on-going CALFED and CVPIA programs and planning processes.  Although none of these actions would be directly implemented as part of the alternatives discussed in the DEIR/EIS, each could assist in offsetting impacts resulting from decreased Trinity River exports.  Examples of actions being assessed in the CALFED and CVPIA planning processes include:

- Develop and implement additional groundwater and/or surface-water storage.  Such programs could include the construction of new surface reservoirs and groundwater storage facilities, as well as expansion of existing facilities.  Potential locations include sites throughout the Sacramento and San Joaquin Valley watersheds, the Trinity River Basin, and the Delta.

- Purchase long- and/or short-term water supplies from willing sellers (both in-basin and out-of-basin) through actions including, but not limited to, temporary or permanent land fallowing.

- Facilitate willing buyer/willing seller inter- and intra-basin water transfers that derive water supplies from activities such as conservation, crop modification, land fallowing, land retirement, groundwater substitution, and reservoir re-operation.

- Promote and/or provide incentive for additional water conservation to reduce demand.

- Decrease demand through purchasing and/or promoting the temporary fallowing of agricultural lands.

- Increase water supplies by promoting additional water recycling.

| | | |
|---|---|---|
| 1.4 | **Water Quality** | *(SEE SUBSECTIONS)* |
| 1.4.1 | **Temperature** | *(NO CHANGE)* |
| 1.4.2 | **Turbidity** | *(NO CHANGE)* |
| 1.4.3 | **Sediment** | *(NO CHANGE)* |
| 1.4.4 | **Affected Environment** | *(SEE SUBSECTIONS)* |
| 1.4.4.1 | **Trinity River Basin** | *(NO CHANGE)* |
| 1.4.4.2 | **Lower Klamath River Basin/Coastal Area** | *(NO CHANGE)* |

**1.4.4.3  Central Valley**                                    **(CHANGES FOLLOW)**
pg. A-78

**Water Quality Concerns**.  Water in the Sacramento-San Joaquin Delta generally meets public water supply water quality standards identified by the EPA and the California

Department of Health Services.  However, stricter federal standards have been promulgated and are significantly more difficult and costly to meet.  The standards of concern relate to DBPs and the potential requirements for more rigorous disinfection.  In addition, the standard for arsenic, which is found naturally in Delta waters, is under evaluation and will be lowered. A new MCL will be proposed in ~~January~~ spring 2000.

**pg. A-79**

The presence of bromide in a drinking water source complicates the disinfection process.  As with chlorine, bromide forms THMs in the chlorination process and these brominated THMs are also potentially harmful to human health.  Bromide is about twice as heavy as chlorine, and the THM standard is based on weight.  Hence, it takes fewer molecules of brominated THMs to exceed the drinking water standard.  Current EPA statements suggest that bromine compounds may be more harmful than chlorine compounds.  Another method of disinfection, ozone treatment, is also complicated by the presence of bromide because it forms bromate, a compound known to be carcinogenic in laboratory animals and thought to be a potential human carcinogenic.

**Health Effects of Contaminants in Water.**

Parasites.

*Giardia lamblia*.

**pg. A-83**

Ingestion of as few as 10 cysts ~~can~~ may cause infection (Rendtorff and Holt, 1954).  Infection was measured by the excretion of cysts, and illness was not determined.  The ratio of illness to infection is highly variable.  *Giardia lamblia* infections with no symptoms of illness may be as high as 39 percent for children under five years old and 76 percent for adults in certain populations (Craft, 1981; and Wolf, 1979; as reported in Rose, et al., 1991).  At the same time, symptomatic infections have been reported at a rate of 50 to 67 percent and as high as 91 percent in others (Veazie, et al., 1979, as reported in Rose, et al., 1991).  In yet other groups, chronic giardiasis may develop in as many as 58 percent of an infected population.

**pg. A-84**

**Table A-26 has been modified to correct a typographical error it the title.  See Section 2.4.1.1 for revised Table A-26.**

**Results of the State Project/Delta Water Pathogen Monitoring Project.**

A total of 48 samples was collected and analyzed for *Giardia lamblia* cysts, *Cryptosporidium* oocysts, enteric viruses and coliform bacteria.  The percent positive and mean concentrations (cysts(o~~nd~~ocysts)/ 100 ~~l~~ L) at each of the four stations for protozoans are shown in Table II-4.

**Water Quality Rules and Regulations**.
**pg. A-89**

Trihalomethane Regulation.  In 1979, the EPA published an amendment to the NPDWR, which established an MCL for THMs.  The THM regulation applies to all public water systems serving populations greater than 10,000.  Large sized utilities were required to begin monitoring for total trihalomethanes (TTHMs) in November 1980.  The regulation established an MCL of 100 Fg/ l for TTHMs in the distribution system.  TTHMs include the summation of chloroform, bromodichloromethane, dibromochloromethane, and bromoform concentrations.  Because THMs form after the application of the disinfectant, compliance with the MCL is based on a running annual average of at least four sampling points for each treatment plant with 25 percent of the samples taken at locations within the distribution system representing the maximum residence time of water in the system, and with at least 75 percent of the samples being collected from representative sites in the distribution system (considering number of persons served, sources of water, and treatment methods).  The current TTHM MCL is 80 ppb and may be reduced in the future.

Disinfectants/ Disinfection By-Products Regulation.
**pg. A-91**

On December 16, 1998 the USEPA promulgated the "Disinfectant/ Disinfection By-Products Rule" which lowers the MCL for Trihalomethanes from 100 ppb to 80 ppb and adds regulations from other disinfection by-products.  The reduction of the TTHM, HAA, and bromate MCLs from their current levels of 80 ppb, 40 ppb, and 10 ppb is the subject of discussion in the FACA negotiations.  Information on probable levels of regulation for these and other disinfection byproducts are not available at this time.  It also established source water Total Organic Carbon values that will require treatment at different levels depending upon the alkalinity and the background TOC. It can be anticipated that some of the water suppliers taking water out of the Delta will be required to provide more treatment. In that the three alternatives do not show a variance in TOC, as expressed by DOC, this treatment change is not as a results of the proposed project.

**1.4.5   Environmental Consequences**                    *(SEE SUBSECTIONS)*
**1.4.5.1 Methodology**                                   *(NO CHANGE)*

**1.4.5.2 Significance Criteria**                         **(CHANGES FOLLOW)**
**pg. A-93**

The following significance criteria were identified for Water Quality:

- Substantial degradation of water quality, such that existing beneficial uses are precluded specifically due to adverse water quality.

- Violate any water quality standards or waste discharge requirements.

- Substantial alterations of the course of a stream or river in a manner that would result in substantial erosion or siltation on- or off-site.

- Short- or long-term increases in turbidity of 20 percent or more over naturally occurring background levels.

- Contamination of a public water supply.

- Variation in instream temperatures so as to adversely impact state or federally listed aquatic species (see the Fishery Resources section [3.5]). This is defined as an increase in the number of months with modeled temperatures exceeding the 1993 Winter-run Biological Opinion by more than ~~0.5°F, or a change in carryover storage at Shasta Reservoir compared to No Action. Notably, the use of a 0.5°F change in temperature as a significant impact represents a very conservative approach, in that the~~ any modeled temperature greater than the 56°F threshold criterion (or 60°F depending on date), or a change in carryover storage at Shasta Reservoir compared to No Action. Notably, the use of no change in temperature greater than the threshold criterion of 56°F (or 60°F) as a significant impact represents a very conservative approach, in that the Central Valley Regional Water Quality Control Board normally considers a temperature change to be significant if a 1.0 degree change occurs.

- Degradation of water quality for a water quality constituent in a waterbody listed as impaired (e.g., under California's Clean Water Act 303(d) list).

### 1.4.5.3 No Action                                                    *(NO CHANGE)*

### 1.4.5.4 Maximum Flow                                          **(CHANGES FOLLOW)**
pg. A-95

**Central Valley**. The elimination of TRD exports would significantly reduce the ability to meet temperature criteria in the Sacramento River. This is evidenced by an increase of ~~3~~ 7 percentage points in the frequency that Sacramento River temperatures would exceed the Biological Opinion temperature objectives, compared to the No Action Alternative (Table A-31). Shasta Reservoir carryover storage violations would increase 2 percentage points compared to No Action due to increased reliance on the reservoir to meet river temperature requirements in spring and early summer (Table A-31). The decreased ability to meet the Biological Opinion criteria would be a significant impact.

### 1.4.5.5 Flow Evaluation                                         **(CHANGES FOLLOW)**
pg. A-97

**Central Valley**. Sacramento River modeled temperature violations occurred at a slightly higher frequency than under the No Action Alternative (20.5 percent versus ~~19.7~~ 15.9) (Table A-32). Violations occurred in both wet and dry conditions due to the variable nature of the standards. This impact would be significant. Modeled frequency of Shasta Reservoir carryover violations was the same as under No Action (Table A-32).

### 1.4.5.6 Percent Inflow                                          **(CHANGES FOLLOW)**
pg. A-98

**Central Valley**. Sacramento River modeled temperature violations would occur slightly more frequently than No Action levels (20.1 percent versus ~~19.7~~ 15.9), resulting in a significant impact (Table A-33). The months with violations occur across wet and dry conditions due to the variable nature of the standards. The modeled frequency of Shasta carryover violations was the same as under No Action (Table A-33).

**1.4.5.7 Mechanical Restoration**                                    *(NO CHANGE)*

**1.4.5.8 State Permit**                                    **(CHANGES FOLLOW)**
**pg. A-100**

**Central Valley**.  This alternative would result in a slight increase in temperature violations compared to the No Action Alternative (16.4 percent versus 15.9).  Conditions would improve with regard to meeting ~~both Sacramento River temperature and~~ Shasta Reservoir carryover storage objectives as a result of the increased TRD exports compared to No Action levels (Table A-35).  These months with temperature violations occurred across both wet and dry conditions due to the variable nature of the standards.

**1.4.5.9 Existing Conditions versus Preferred Alternative**          **(CHANGES FOLLOW)**
**pg. A-101**

**Central Valley**.  Modeled Sacramento River temperature violations would occur more frequently under the Preferred Alternative than under 1995 existing conditions (20 percent of the months compared to 14 percent).  ~~However, most (87 percent) of the non-compliance is attributed to the increase in water demand assumed for the 2020 level of development.~~ Preferred Alternative carryover storage violations also increased compared to 1995 existing conditions, but all of the increase was attributed to non-project changes (e.g., population growth and higher contract demand).  (In other words, the Preferred Alternative and No Action impacts are identical.)

**1.5     References**                                    *(NO CHANGE)*

## 2.4.1.1 Technical Appendix A—Tables and Figures

**Tables**

A-1A      Comparison of Impacts on Water Resources      **(CHANGES FOLLOW)**

A-1B      Comparison of Impacts on Water Resources to the No Action Alternatives—
Water Quality      *(NO CHANGE)*

A-2      Comparison of No Action and Maximum Flow Alternatives      *(NO CHANGE)*

A-3      Comparison of No Action and Flow Evaluation
Alternatives      **(CHANGES FOLLOW)**

A-4      Comparison of No Action and Percent Inflow Alternatives      *(NO CHANGE)*

A-5      Comparison of No Action and State Permit Alternatives      *(NO CHANGE)*

A-6      Water Projects in the Klamath Basin      *(NO CHANGE)*

A-8      Comparison of Water Management Characteristics between
Maximum Flow      **(CHANGES FOLLOW)**

A-9      Comparison of Water Management Characteristics between
Flow Evaluation and No Action Alternatives      **(CHANGES FOLLOW)**

A-10      Comparison of Water Management Characteristics between
Percent Inflow and No Action Alternatives      **(CHANGES FOLLOW)**

A-11      Comparison of Water Management Characteristics between
State Permit and No Action Alternatives      **(CHANGES FOLLOW)**

A-12      Groundwater Quality Parameters of Concern      *(NO CHANGE)*

A-13      Average Annual Groundwater Budget for the Sacramento
River Region (West) (1922-1990) for Trinity Alternatives)      *(NO CHANGE)*

A-14      Average Annual Groundwater Budget for the Sacramento
River Region (East) (1922-1990) for Trinity Alternatives      *(NO CHANGE)*

A-15      Average Annual Groundwater Budget for the San Joaquin
River Region (1922-1990) for Trinity Alternatives      *(NO CHANGE)*

A-16      Average Annual Groundwater Budget for the Tulare Lake
Region (North) (1922-1990) for Trinity Alternatives      *(NO CHANGE)*

A-17      Average Annual Groundwater Budget for the Tulare Lake
Region (South) (1922-1990) for Trinity Alternatives      *(NO CHANGE)*

A-18      Average Annual Groundwater Budget for Subregion 2
(1922-1990) for Trinity Alternatives      *(NO CHANGE)*

A-19      Average Annual Groundwater Budget for Subregion 3
(1922-1990) for Trinity Alternatives      *(NO CHANGE)*

A-20   Average Annual Groundwater Budget for Subregion 10
(1922-1990) for Trinity Alternatives                           (NO CHANGE)

A-21   Average Annual Groundwater Budget for Subregion 14
(1922-1990) for Trinity Alternatives                           (NO CHANGE)

A-22   Solubility of Oxygen in Water                            (NO CHANGE)

A-23   NCRWQCB Temperature Objectives for the Trinity River     (NO CHANGE)

A-24   Principal Waterborne Bacterial Agents and Associated Health

Effects                                                        (NO CHANGE)

A-25   Enteric Viruses and Their Associated Diseases            (NO CHANGE)

A-26   *Cryptosporidium* Oocysts in Typical U.s. Waters      **(CHANGES FOLLOW)**

A-27   Percent Positive and Mean Concentration Range of *Giardia Lamblia*
Cysts and *Cryptosporidium* Oocysts at Four Sites             (NO CHANGE)

A-28   Mean Concentration and Range for Total Coliforms and Fecal
Coliforms at Four Sites                                        (NO CHANGE)

A-29   Current Federal Regulations                              (NO CHANGE)

A-30   Water Quality Summary Table                              (NO CHANGE)

A-31   Maximum Flow Water Quality                               (NO CHANGE)

A-32   Flow Evaluation Water Quality                            (NO CHANGE)

A-33   Percent Inflow Water Quality                             (NO CHANGE)

A-34   Mechanical Restoration Water Quality Summary Table       (NO CHANGE)

A-35   State Permit Water Quality                               (NO CHANGE)

**Figures**

A-1    Pre-Dam Flow at Lewiston During Different Water-Year
Classifications                                                (NO CHANGE)

A-2    Average Monthly Flows Before and After Dam Construction  (NO CHANGE)

A-3    Trinity River Division and Neighboring Shasta Division   (NO CHANGE)

A-4    Developed Profile Trinity River Diversion                (NO CHANGE)

A-5    Central Valley Project Facilities, Regulated Rivers, and Divisions   (NO CHANGE)

A-6    Groundwater Study Area                                   (NO CHANGE)

A-7    Generalized Geohydrological Cross-sections in the Sacramento River
Regions                                                        (NO CHANGE)

A-8    Historical Cumulative Change in Groundwater Storage for the
       Sacramento River Region (1970-1992)                              *(NO CHANGE)*

A-9    Historical Groundwater Pumping and Irrigated Agricultural Acreage
       for the Sacramento River Region                                  *(NO CHANGE)*

A-10   Groundwater Elevations in the Sacramento Valley, Spring 1993     *(NO CHANGE)*

A-11   Aerial Extent of Land Subsidence in the Central Valley Due to Declines
       in Groundwater Elevations                                        *(NO CHANGE)*

A-12   Estimated Changes in Hydraulic Head in Lower Pumped Zone from
       1860 to 1961                                                     *(NO CHANGE)*

A-13   Aerial Extent of Land Subsidence in the Central Valley Due to
       Groundwater Level Decline                                        *(NO CHANGE)*

A-14   TDS Concentrations in the Groundwater Aquifer of the Central
       Valley                                                           *(NO CHANGE)*

A-15   Potential Nitrate and Boron Problem Areas in the Sacramento Valley *(NO CHANGE)*

A-16   Generalized Geohydrological Cross-sections in the San Joaquin River
       and Tulare Lake Regions                                          *(NO CHANGE)*

A-17   Approximate Boundary of the Corcoran Clay Member                 *(NO CHANGE)*

A-18   Historical Cumulative Change in Groundwater Storage for the San
       Joaquin River and Tulare Lake Regions (1970-1992)                *(NO CHANGE)*

A-19   Historical Groundwater Pumping and Irrigated Agricultural Acreage
       for the San Joaquin River Region                                 *(NO CHANGE)*

A-20   Groundwater Elevations in the San Joaquin Valley, Spring 1993    *(NO CHANGE)*

A-21   Areas of Elevated DBCP Levels in Groundwater of the San Joaquin
       Valley                                                           *(NO CHANGE)*

A-22   Historical Groundwater Pumping and Irrigated Agricultural Acreage
       for the Tulare Lake Region                                       *(NO CHANGE)*

A-23   Groundwater Elevations, No Action Alternative                    *(NO CHANGE)*

A-24   Differences in Groundwater Elevations for Maximum Flow Alternative
       as Compared to No Action Alternative                             *(NO CHANGE)*

A-25   Increase in Simulated Land Subsidence in Maximum Flow Alternative
       from No Action Alternative                                       *(NO CHANGE)*

A-26   Differences in Groundwater Elevations for Flow Evaluation Alternative
       as Compared to No Action Alternative                             *(NO CHANGE)*

A-27   Increase in Simulated Land Subsidence in Flow Evaluation Alternative
       from No Action Alternative                                       *(NO CHANGE)*

A-28    Differences in Groundwater Elevations for Percent Inflow Alternative
        as Compared to No Action Alternative                    *(NO CHANGE)*

A-29    Increase in Simulated Land Subsidence in Percent Inflow Alternative
        from No Action Alternative                              *(NO CHANGE)*

A-30    Differences in Groundwater Elevations for State Permit Alternative
        as Compared to No Action Alternative                    *(NO CHANGE)*

DSM 2-2    Greens Landing Average Monthly Water Quality         *(NO CHANGE)*

DSM 2-3    Sacramento River at Greens Landing Average Monthly Water
           Quality Average of Critical Dry Years Between 1976-1990   *(NO CHANGE)*

DSM 2-4    North Bay Aqueduct Average Monthly Water Quality     *(NO CHANGE)*

DSM 2-5    North Bay Aqueduct Average Monthly Water Quality Average
           of Critical Dry Years Between 1976-1990              *(NO CHANGE)*

SEM 2-6    Contra Costa Canal Intake Average Monthly Water Quality   *(NO CHANGE)*

DSM 2-7    Contra Costa Canal Intake Average Monthly Water Quality
           Average of Critical Dry Years Between 1976-1990      *(NO CHANGE)*

DSM 2-8    Old River at Highway 4 Average Monthly Water Quality *(NO CHANGE)*

DSM 2-9    Old River at Highway 4 Average Monthly Water Quality
           Average of Critical Dry Years Between 1976-1990      *(NO CHANGE)*

DSM 2-10   Delta Mendota Canal Intake Average Monthly Water Quality  *(NO CHANGE)*

DSM 2-11   Delta Mendota Canal Intake Average Monthly Water Quality
           Average of Critical Dry Years Between 1976-1990      *(NO CHANGE)*

DSM 2-12   Clifton Court Forebay Average Monthly Water Quality  *(NO CHANGE)*

DSM 2-13   Clifton Court Forebay Average Monthly Water Quality Average
           of Critical Dry Years Between 1976-1990              *(NO CHANGE)*

| Table A-1A Comparison of Impacts on Water Resources | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Alternatives Compared to No Action | | | | | | | |
| Parameter | Hydrologic Conditions[a] | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions | Preferred Alternative to Existing Conditions |
| Trinity Reservoir elevation (ft) | Dry | 2,255 | 34 | 11 | 19 | 0 | 22 | 2,267 | -1 |
| May 30 | Wet | 2,352 | -43 | -3 | -8 | 0 | 6 | 2,357 | -8 |
| | Average | 2,319 | -33 | 4 | 2 | 0 | 16 | 2,325 | -2 |
| September 30 | Dry | 2,207 | 64 | 18 | 25 | 0 | 11 | 2,217 | 8 |
| | Wet | 2,318 | -18 | -2 | -2 | 0 | 4 | 2,320 | -4 |
| | Average | 2,282 | -9 | 2 | 4 | 0 | 11 | 2,287 | -3 |
| Shasta Reservoir elevation (ft) | Dry | 995 | -22 | -7 | -3 | 0 | 0 | 998 | -10 |
| May 30 | Wet | 1,062 | -3 | -3 | -1 | 0 | 1 | 1,062 | -3 |
| | Average | 1,045 | -5 | -3 | -1 | 0 | 1 | 1,046 | -4 |
| September 30 | Dry | 933 | -65 | -11 | -1 | 0 | 3 | 939 | -17 |
| | Wet | 1,020 | -15 | -6 | -2 | 0 | 2 | 1,020 | -6 |
| | Average | 992 | -15 | -3 | 0 | 0 | 4 | 995 | -6 |
| San Luis Res. elevation (ft) | Dry | 467 | 4 | 1 | 1 | 0 | -3 | 463 | 5 |
| May 30 | Wet | 511 | -2 | 1 | 0 | 0 | 1 | 520 | -8 |
| | Average | 487 | 4 | 1 | 0 | 0 | 0 | 491 | -3 |
| September 30 | Dry | 381 | -3 | -2 | 0 | 0 | -5 | 373 | 6 |
| | Wet | 430 | -10 | 1 | -1 | 0 | 1 | 445 | -14 |
| | Average | 396 | -2 | -2 | 0 | 0 | 0 | 401 | -7 |
| Trinity River Exports (af/ yr) | Dry | 540,000 | -100% | -30% | -2% | 0% | 39% | 530,000 | -28% |
| | Wet | 1,110,000 | -100% | -33% | -26% | 0% | 17% | 1,100,000 | -33% |
| | Average | 870,000 | -100% | -28% | -16% | 0% | 23% | 870,000 | -28% |
| Trinity Reservoir storage (af) | Dry | 730,000 | 60% | 5% | 14% | 0% | 5% | 750,000 | 3% |
| September 30 | Wet | 1,720,000 | -15% | -2% | -2% | 0% | 2% | 1,730,000 | -2% |
| | Average | 1,390,000 | -12% | -4% | -1% | 0% | 6% | 1,400,000 | -4% |

| Parameter | Hydrologic Conditions[a] | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions | Preferred Alternative to Existing Conditions |
|---|---|---|---|---|---|---|---|---|---|
| Table A-1A Comparison of Impacts on Water Resources | | | | | | | | | |
| Alternatives Compared to No Action | | | | | | | | | |
| Shasta Reservoir storage (af) | Dry | 1,690,000 | -30% | -8% | -1% | 0% | 2% | 1,780,000 | -12% |
| September 30 | Wet | 3,290,000 | -10% | -4% | -1% | 0% | 1% | 3,280,000 | -4% |
| | Average | 2,770,000 | -8% | -2% | 0% | 0% | 2% | 2,810,000 | -4% |
| San Luis Reservoir storage (af) | Dry[b] | 390,000 | -5% | -3% | 0% | 0% | -10% | 340,000 | 12% |
| September 30 | Wet | 850,000 | -13% | 0% | -1% | 0% | 1% | 990,000 | -14% |
| | Average | 540,000 | -6% | -4% | -2% | 0% | -2% | 590,000 | -12% |
| CVP deliveries north of Delta[b] (af/ yr) | Dry[b] | 2,680,000 | -6% | -4% | 0% | 0% | 2% | 2,390,000 | 8% |
| | Wet | 3,240,000 | -1% | 0% | 0% | 0% | 0% | 2,880,000 | 13% |
| | Average | 3,120,000 | -4% | -1% | 0% | 0% | 1% | 2,780,000 | 11% |
| CVP deliveries south of Delta[b] (af/ yr) | Dry[b] | 1,580,000 | -13% | -3% | 1% | 0% | 13% | 1,630,000 | -6% |
| | Wet | 2,960,000 | -3% | -1% | 0% | 0% | 0% | 2,980,000 | -1% |
| | Average | 2,570,000 | -13% | -2% | 0% | 0% | 2% | 2,600,000 | -3% |
| Exports, Tracy Pumping Plant (af/ yr) | Dry | 1,810,000 | -13% | -5% | 0% | 0% | 10% | 1,830,000 | -6% |
| | Wet | 2,850,000 | -1% | 0% | 0% | 0% | 0% | 2,870,000 | -1% |
| | Average | 2,640,000 | -12% | -2% | 0% | 0% | 2% | 2,670,000 | -3% |
| Exports, Banks Pumping Plant (af/ yr) | Dry | 1,860,000 | -2% | 2% | 0% | 0% | 3% | 1,880,000 | 1% |
| | Wet | 4,060,000 | -1% | -1% | 0% | 0% | -1% | 3,160,000 | 27% |
| | Average | 3,310,000 | -1% | 0% | 0% | 0% | 0% | 2,890,000 | 14% |
| Exports, Tracy and Banks Pumping Plants (af/ yr) | Dry | 3,670,000 | -5% | -2% | 0% | 0% | 6% | 3,710,000 | -3% |
| | Wet | 6,910,000 | -1% | -1% | 0% | 0% | 0% | 6,030,000 | 14% |
| | Average | 5,950,000 | -6% | -1% | 0% | 0% | 1% | 5,560,000 | 6% |

| | | | | Alternatives Compared to No Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Table A-1A**<br>**Comparison of Impacts on Water Resources** | | | | | | | | | |
| **Parameter** | **Hydrologic Conditions[a]** | **No Action** | **Maximum Flow** | **Flow Evaluation** | **Percent Inflow** | **Mechanical Restoration** | **State Permit** | **Existing Conditions** | **Preferred Alternative to Existing Conditions** |
| Delta Inflow (af/ yr) | Dry | 11,830,000 | -2% | -1% | 0% | 0% | 2% | 11,850,000 | 0% 1% |
| | Wet | 29,730,000 | -4% | -1% | -1% | 0% | 1% | 29,690,000 | -1% |
| | Average | 22,570,000 | -4% | -1% | -1% | 0% | 1% | 22,550,000 | -1% |
| Delta Outflow (af/ yr) | Dry | 6,320,000 | -1% | 0% | 0% | 0% | -1% | 6,320,000 | 0% |
| | Wet | 20,890,000 | -5% | -1% | -1% | 0% | 1% | 21,770,000 | -5% |
| | Average | 14,710,000 | -3% | -1% | -1% | 0% | 1% | 15,120,000 | -4% |
| Trinity River releases (af/ yr) | Critically dry | 340,000b | 36% | 8.5% | -51% | 0% | -65% | 340,000 | 8.5% |
| | Dry | 340,000b | 160% | 33% | -4.7% | 0% | -65% | 340,000 | 33% |
| | Normal | 340,000b | 250% | 87% | 30% | 0% | -65% | 340,000 | 87% |
| | Wet | 340,000b | 340% | 110% | 93% | 0% | -65% | 340,000 | 110% |
| | Extremely wet | 340,000b | 530% | 140% | 190% | 0% | -65% | 340,000 | 140% |

[a] "Dry" is based on hydrology in the dry period (1928-34); "wet" is based on a wet period (1967-71); and "average" is based on the long-term average (1922-90).

[b] Plus additional releases as required by U.S. Bureau of Reclamation Safety of Dams criteria, if needed.

**Table A-3**
**Comparison of No Action and Flow Evaluation Alternatives**

| Water-year Class | No Action Alternative | Flow Evaluation Alternative | Percent Change |
|---|---|---|---|
| Critically dry | 340,000 af | 369,000 af | 9 |
| Dry | 340,000 af | 453,000 af | 25 |
| Normal | 340,000 af | ~~636,000 af~~ 647,000 | 87 |
| Wet | 340,000 af | 701,000 af | 106 |
| Extremely wet | 340,000 af | 815,000 af | 140 |
| Peak flow | 2,000 cfs in May | 11,000 cfs/ 5 days in May (extremely wet year) | 450 |

**Table A-8**
**Comparison of Water Management Characteristics**
**between Maximum Flow and No Action Alternatives**

| Parameter | Water-year Condition | No Action | Maximum Flow | Percent Change |
|---|---|---|---|---|
| Trinity Reservoir storage (af) on September 30 [a] | Dry [b] | ~~733,000~~ 730,000 | ~~1,167,000~~ 1,170,000 | ~~59~~ 60 |
|  | Wet [c] | ~~1,609,000~~ 1,720,000 | ~~1,266,000~~ 1,470,000 | ~~-21~~ -15 |
|  | Average [d] | ~~1,374,000~~ 1,390,000 | ~~1,374,000~~ 1,220,000 | -12 |
| Shasta Reservoir storage (af) on September 30 [a] | Dry [b] | ~~1,688,000~~ 1,690,000 | ~~1,177,000~~ 1,180,000 | -30 |
|  | Wet [c] | ~~3,036,000~~ 3,290,000 | ~~2,790,000~~ 2,970,000 | ~~-8~~ -10 |
|  | Average [d] | ~~2,746,000~~ 2,770,000 | ~~2,541,000~~ 2,560,000 | ~~-7~~ -8 |
| CVP deliveries north of Delta[e] (af/ yr) | Dry [b] | 2,680,000 | ~~2,604,000~~ 2,520,000 | -6 |
|  | Wet [c] | 3,240,000 | ~~3,298,000~~ 3,210,000 | -1 |
|  | Average [d] | 3,120,000 | ~~3,078,000~~ 2,990,000 | -4 |
| CVP deliveries south of Delta[e] (af/ yr) | Dry [b] | 1,580,000 | ~~1,618,000~~ 1,380,000 | -13 |
|  | Wet [c] | 2,960,000 | ~~3,142,000~~ 2,880,000 | -3 |
|  | Average [d] | 2,570,000 | ~~2,480,000~~ 2,230,000 | ~~-14~~ -13 |

[a] September 30 is the end of the October 1-September 30 water year. This estimates carryover storage.

[b] Average annual values for a dry period (1928-34), assuming 2020 development and water demand.

[c] Average annual values for a wet period (1967-71), assuming 2020 development and water demand.

[d] Average annual values for the 69-year period of simulation (1922-90), assuming 2020 development and water demand.

[e] Annual values calculated on a contract year basis (March through February).

| Table A-9<br>Comparison of Water Management Characteristics<br>between Flow Evaluation and No Action Alternatives | | | | |
|---|---|---|---|---|
| **Parameter** | **Water-year Condition** | **No Action** | **Flow Evaluation** | **Percent Change** |
| Trinity Reservoir storage (af) on September 30 [a] | Dry [b] | ~~733,000~~ 730,000 | ~~767,000~~ 770,000 | 5 |
| | Wet [c] | ~~1,609,000~~ 1,720,000 | ~~1,576,000~~ 1,690,000 | -2 |
| | Average [d] | ~~1,374,000~~ 1,390,000 | ~~1,332,000~~ 1,340,000 | ~~-3~~ -4 |
| Shasta Reservoir storage (af) on September 30 [a] | Dry [b] | ~~1,688,000~~ 1,690,000 | ~~1,559,000~~ 1,560,000 | -8 |
| | Wet [c] | ~~3,036,000~~ 3,290,000 | ~~2,968,000~~ 3,160,000 | ~~-2~~ -4 |
| | Average [d] | ~~2,746,000~~ 2,770,000 | ~~2,696,000~~ 2,710,000 | ~~-3~~ -2 |
| CVP deliveries north of Delta [e] (af/yr) | Dry [b] | ~~2,760,000~~ 2,680,000 | ~~2,654,000~~ 2,570,000 | -4 |
| | Wet [c] | ~~3,328,000~~ 3,240,000 | ~~3,328,000~~ 3,240,000 | 0 |
| | Average [d] | ~~3,209,000~~ 3,120,000 | ~~3,180,000~~ 3,090,000 | -1 |
| CVP deliveries south of Delta [e] (af/yr) | Dry [b] | ~~1,820,000~~ 1,580,000 | ~~1,764,000~~ 1,530,000 | ~~-4~~ -3 |
| | Wet [c] | ~~3,222,000~~ 2,960,000 | ~~3,203,000~~ 2,940,000 | -1 |
| | Average [d] | ~~2,828,000~~ 2,570,000 | ~~2,763,000~~ 2,510,000 | -2 |

[a] September 30 is the end of the October 1-September 30 water year.  This estimates carryover storage.

[b] Average annual values for a dry period (1928-34), assuming 2020 development and water demand.

[c] Average annual values for a wet period (1967-71), assuming 2020 development and water demand.

[d] Average annual values for the 69-year period of simulation (1922-90), assuming 2020 development and water demand.

[e] Annual values calculated on a contract year basis (March through February).

| Table A-10 Comparison of Water Management Characteristics between Percent Inflow and No Action Alternatives | | | | |
|---|---|---|---|---|
| **Parameter** | **Water-year Condition** | **No Action** | **Percent Inflow** | **Percent Change** |
| Trinity Reservoir storage (af) on September 30 [a] | Dry [b] | ~~733,000~~ 730,000 | ~~826,000~~ 830,000 | ~~13~~ 14 |
| | Wet [c] | ~~1,609,000~~ 1,720,000 | ~~1,579,000~~ 1,690,000 | -2 |
| | Average [d] | ~~1,374,000~~ 1,390,000 | ~~1,357,000~~ 1,370,000 | -1 |
| Shasta Reservoir storage (af) on September 30 [a] | Dry [b] | ~~1,688,000~~ 1,690,000 | ~~1,666,000~~ 1,670,000 | -1 |
| | Wet [c] | ~~3,036,000~~ 3,290,000 | ~~3,008,000~~ 3,250,000 | -1 |
| | Average [d] | ~~2,746,000~~ 2,770,000 | ~~2,738,000~~ 2,760,000 | 0 |
| CVP deliveries north of Delta [e] (af/ yr) | Dry [b] | ~~2,760,000~~ 2,680,000 | ~~2,771,000~~ 2,690,000 | ~~0~~ 1 |
| | Wet [c] | ~~3,328,000~~ 3,240,000 | ~~3,328,000~~ 3,240,000 | 0 |
| | Average [d] | ~~3,209,000~~ 3,120,000 | ~~3,206,000~~ 3,120,000 | 0 |
| CVP deliveries south of Delta [e] (af/ yr) | Dry [b] | ~~1,820,000~~ 1,580,000 | ~~1,838,000~~ 1,600,000 | 1 |
| | Wet [c] | ~~2,922,000~~ 2,960,000 | ~~2,922,000~~ 2,960,000 | 0 |
| | Average [d] | ~~2,828,000~~ 2,570,000 | ~~2,809,000~~ 2,560,000 | ~~-1~~ 0 |

[a] September 30 is the end of the October 1-September 30 water year.  This estimates carryover storage.
[b] Average annual values for a dry period (1928-34), assuming 2020 development and water demand.
[c] Average annual values for a wet period (1967-71), assuming 2020 development and water demand.
[d] Average annual values for the 69-year period of simulation (1922-90), assuming 2020 development and water demand.
[e] Annual values calculated on a contract year basis (March through February).

| Table A-11 Comparison of Water Management Characteristics between State Permit and No Action Alternatives | | | | |
|---|---|---|---|---|
| **Parameter** | **Water-year Condition** | **No Action** | **State Permit** | **Percent Change** |
| Trinity Reservoir storage (af) on September 30 [a] | Dry [b] | ~~733,000~~ 730,000 | ~~765,000~~ 770,000 | ~~4~~ 5 |
| | Wet [c] | ~~1,609,000~~ 1,720,000 | ~~1,665,000~~ 1,760,000 | ~~3~~ 2 |
| | Average [d] | ~~1,374,000~~ 1,390,000 | ~~1,458,000~~ 1,470,000 | 6 |
| Shasta Reservoir storage (af) on September 30 [a] | Dry [b] | ~~1,688,000~~ 1,690,000 | ~~1,728,000~~ 1,730,000 | 2 |
| | Wet [c] | ~~3,036,000~~ 3,290,000 | ~~3,039,800~~ 3,320,000 | 2 |
| | Average [d] | ~~2,746,000~~ 2,770,000 | ~~2,810,000~~ 2,830,000 | ~~2~~ 1 |
| CVP deliveries north of Delta[e] (af/ yr) | Dry [b] | ~~2,760,000~~ 2,680,000 | ~~2,820,000~~ 2,740,000 | 2 |
| | Wet [c] | ~~3,328,000~~ 3,240,000 | ~~3,328,000~~ 3,240,000 | 0 |
| | Average [d] | ~~3,209,000~~ 3,120,000 | ~~3,231,000~~ 3,140,000 | 1 |
| CVP deliveries south of Delta[e] (af/ yr) | Dry [b] | ~~1,820,000~~ 1,580,000 | ~~2,028,000~~ 1,790,000 | 13 |
| | Wet [c] | ~~3,222,000~~ 2,960,000 | ~~3,222,000~~ 2,960,000 | 0 |
| | Average [d] | ~~2,828,000~~ 2,570,000 | ~~2,884,000~~ 2,630,000 | 2 |

[a] September 30 is the end of the October 1-September 30 water year. This estimates carryover storage.
[b] Average annual values for a dry period (1928-34), assuming 2020 development and water demand.
[c] Average annual values for a wet period (1967-71), assuming 2020 development and water demand.
[d] Average annual values for the 69-year period of simulation (1922-90), assuming 2020 development and water demand.
[e] Annual values calculated on a contract year basis (March through February).

| Table A-26 Oocysts in Typical U.S. Waters | | |
|---|---|---|
| **Water Source** | **Percent of Samples Positive for Oocysts** | **Average Oocysts per Liter (1)** |
| Sewage, raw | 91 | 4 – 5180 |
| Sewage, treated | 91 | 4 – 1297 |
| Streams/ Rivers | 77 | 0.94, 1.09, 1.3 |
| Lakes/ Reservoirs | 75 | 0.58, 0.91 |
| Pristine Rivers | 83 | 0.02, 0.08 |
| Treated Drinking Water | 28 | 0.002, 0.009 |

NOTES:
    (1) Geometric means of samples.
SOURCE:
    Rose, 1988.

### 2.4.1.2 Technical Appendix A—Attachments

Technical Memorandum: CVPIA—PEIS Revised No Action Alternative
and Trinity EIS/ EIR Alternatives Comparisons                    **(CHANGES FOLLOW)**

Technical Memorandum: Existing Conditions and Flow Evaluation
Study Alternative                                                **(CHANGES FOLLOW)**

Further Analysis of Potential Spills for Operations Under Varying Dam
Raises and Minimum Pools                                         *(NO CHANGE)*

Summary of Spills at Trinity Dam: Trinity Dam Restoration EIS/ EIR
Flow Alternatives                                                *(NO CHANGE)*

Reclamation Temperature Model: Sacramento River                 *(NO CHANGE)*

Reclamation Temperature Model: Trinity Dam                      *(NO CHANGE)*

Temperature Analysis of Proposed Trinity River Fish and Wildlife
Restoration Flow Alternatives Using the BETTER model            *(NO CHANGE)*

Addendum to Temperature Analysis of Proposed Trinity River Fish
and Wildlife Restoration Flow Alternatives Using the BETTER
Model—Cumulative Effects Analyses                               *(NO CHANGE)*

Trinity Dam Auxillary Outlet Releases                          *(NO CHANGE)*

Assessment of the Hoopa Valley Tribe Water Temperature Objectives in Relation to
Alternatives of the Trinity River EIS/ EIR

CVRWQCB 1998 Clean Water Act Section 303(d) List               **(CHANGES FOLLOW)**

# Technical Memorandum: CVPIA—PEIS Revised No Action Alternative and Trinity EIS/EIR Alternatives Comparisons

**MODELING BACKGROUND**                                      *(NO CHANGE)*

**ALTERNATIVE ASSUMPTIONS**                                  *(NO CHANGE)*

**INSTREAM FLOWS AND DIVERSIONS FROM
THE TRINITY RIVER BASIN**                                    *(NO CHANGE)*

**STORAGE**                                                  **(CHANGES FOLLOW)**

**Shasta Reservoir**
**pg. 4**

For each of the alternatives, frequency distributions of simulated end-of-water year storages in Shasta Reservoir are presented in Figure TM3a-5. These storages are influenced by the increases and decreases in diversions from the Trinity River Basin in the alternatives as compared to the No-Action Alternative. The diversions contribute to the Sacramento River flows that are used to meet CVP deliveries, Delta water quality requirements, Winter-Run Biological Opinion temperature requirements, and other downstream obligations. In the State Permit Alternative, end-of-water year storages are greater than the No-Action Alternative because increases in Trinity River Basin diversions often decrease the need for Shasta Reservoir releases. In the Flow Evaluation Study and Percent Inflow alternatives, end-of-water year storages are often less than the No-Action Alternative. In these alternatives, Trinity River Basin diversions are less than in the No-Action Alternative so additional releases from Shasta Reservoir are often required. Unless the reservoir refills, these additional releases may reduce storage in Shasta Reservoir in following years as compared to the No-Action Alternative. These storage reductions may reduce the ability of the CVP to maintain the cold water pool for releases to meet Winter-Run Biological Opinion temperature requirements. In the Maximum Flow Alternative, dry period operations are infeasible due to decreased end-of-month storages which are sometimes less than the minimum operating pool of approximately ~~590~~ 550 taf and reach a minimum end-of-month storage level of 5 taf.

**DELTA FLOWS AND EXPORTS**                                  **(CHANGES FOLLOW)**

**Delta Inflow and Outflow**
**pg. 5**

For each of the alternatives, frequency distributions of simulated annual Delta inflow and outflow volumes are presented in Figures TM3a-6 and 8. The average annual Delta inflow and outflow volumes for the dry, wet, and overall simulation periods are presented in Figures TM3a-7 and 9. Due to the magnitude of scale, it is difficult to see the differences amongst the alternatives. For each of the alternatives, average annual inflows and outflows are presented in Table TM3a-1. During the overall simulation period, average annual inflows vary as much as ~~3~~ 4 percent from the No-Action Alternative. This is a reduction of approximately 0.8 maf in the Maximum Flow Alternative as compared to an average annual Delta inflow of ~~22.7~~ 22.6 maf in the No-Action Alternative. The same variance is seen in

Delta outflows.  During the overall simulation period, average annual outflows vary as much as 3 percent from the No-Action Alternative.  This is a reduction of approximately 0.4 maf in the Maximum Flow Alternative as compared to an average annual Delta outflow of ~~14.9~~ 47.7 maf in the No-Action Alternative.

**CVP DELIVERIES**                                                                      *(NO CHANGE)*

# Technical Memorandum: Existing Conditions and Flow Evaluation Study Alternative

| | |
|---|---|
| **MODELING BACKGROUND** | *(NO CHANGE)* |
| **ALTERNATIVE ASSUMPTIONS** | *(NO CHANGE)* |
| **INSTREAM FLOWS AND DIVERSIONS FROM THE TRINITY RIVER BASIN** | *(NO CHANGE)* |
| **STORAGE** | **(CHANGES FOLLOW)** |

**Shasta Reservoir**
**pg. 4**

In the Winter-Run Biological Opinion, the minimum end-of-water year storage in Shasta Reservoir is specified as 1.9 maf, except in the 10 percent driest years when reconsultation between Reclamation and the National Marine Fisheries Service would occur. This 1.9 maf storage criterion is met in over 90 percent of the years in the Existing Conditions Simulation. In the Flow Evaluation Study Alternative, end-of-water year storage in Shasta Reservoir is below 1.9 maf in 12 percent of the years.

**DELTA FLOWS AND EXPORTS**                                                 **(CHANGES FOLLOW)**

**Delta Inflow and Outflow**
**pg. 5**

Frequency distributions of simulated annual Delta inflow and outflow volumes are presented in Figures TM3b-6 and 8. The average annual Delta inflow and outflow volumes for the dry, wet, and overall simulation periods are presented in Figures TM3b-7 and 9. Due to the magnitude of scale, it is difficult to see the differences between the simulations. Average annual inflows and outflows are presented in Table TM3b-1. In comparison to the Existing Conditions Simulation, average annual inflows during the 69-year simulation period are reduced by approximately 220 200 taf or 1 percent, and average annual outflows during the 69-year simulation period are reduced by approximately 560 taf or 4 percent.

**Exports Through Tracy Pumping Plant**

Frequency distributions of simulated annual exports and average annual exports through Tracy Pumping Plant are presented in Figures TM3b-10 and 11. A summary of the average annual exports is presented in Table TM3b-1. Exports in the Flow Evaluation Study Alternative are less than those in the Existing Conditions Simulation due to the reduction in Trinity River Basin diversions. In comparison the Existing Conditions Simulation, average annual exports are reduced by approximately 80 90 taf or 3 percent.

**Exports Through Banks Pumping Plant**

Frequency distributions of simulated annual exports and average annual exports through Banks Pumping Plant are presented in Figures TM3b-12 and 13. A summary of the average annual exports is shown in Table TM3b-1. In comparison to the Existing Conditions Simulation, average annual Banks exports are increased in the Flow Evaluation Study Alternative

in an attempt to meet SWP demands at the 2022 level of development.   In comparison to the Existing Conditions Simulation, average annual exports increase by approximately ~~400~~410 taf or 14 percent.

**CVP DELIVERIES**                                              (CHANGES FOLLOW)

**Total CVP Deliveries**

The average annual total CVP deliveries north and south of the Delta and diversions from the Trinity River Basin for the wet, dry, and overall simulation periods are presented in Table TM3b-1.  CVP water deliveries are a function of hydrologic conditions in both the Trinity River and Sacramento River basins.  In the EIS/EIR, Trinity River Basin diversions to the Sacramento River Basin are determined based on the minimum required Trinity River flows, minimum reservoir storage levels, minimum diversion targets, and CVP requirements (e.g., CVP deliveries, Delta water quality requirements, Winter-Run Biological Opinion temperature requirements, and other obligations).  CVP water deliveries are also a function of the water demands at different projected levels of development.  Between the 1995 and 2022 levels of development, annual M&I water service contracts and water rights increase approximately ~~295~~320 taf north of the Delta.  Although annual agricultural water service and water rights contract amounts do not change between the 1995 and 2022 levels of development, annual demands are based on DWR's Depletion Analysis and increase approximately 40 taf north of the Delta.  Changes in CVP water deliveries are also influenced by differences in carryover storage conditions in Shasta, Folsom, and Whiskeytown reservoirs.

**SWP DELIVERIES**                                              *(NO CHANGE)*

**Assessment of the Hoopa Valley Tribe Water Temperature Objectives
in Relation to Alternatives of the Trinity River EIS/EIR**

# Introduction

On May 17, 1996, the U.S. Environmental Protection Agency (EPA) granted Program
Authorization to the Hoopa Valley Tribe with respect to Section 303 of the Clean Water Act.
Since that time, the Hoopa Valley Tribe has pursued development of a Water Quality
Control Plan (WQCP) through the Hoopa Valley Tribe Environmental Protection Agency
(Hoopa EPA).  An important component of the WQCP is water temperature criteria for
waters within the Reservation, which includes part of the mainstem Trinity River as well as
several tributaries to the river.  Please note that the temperature criteria presented in Table 1
were adopted by the Hoopa Valley Tribal Council (HVTC) on June 8, 2000; but at the time
this document was prepared, the criteria remain to be approved by EPA.

**TABLE 1**
Water Temperature Criteria of the Hoopa Valley Tribe Water Quality Control Plan for the Mainstem Trinity River

| Water-year Class | Time Periods | | | | |
|---|---|---|---|---|---|
| Extremely Wet, Wet, and Normal | May 23 - Jun 4 | Jun 5 - Jul 9 | Jul 10 - Sep 14 | Sep 15 - Oct 31 | Nov 1 - May 22 |
| Criteria [a] | 15.0 | 17.0 | 22.1 | 19.0 | 13.0 |
| Dry and Critically Dry | May 23 - Jun 4 | Jun 5 - Jun 15 | Jun 16 - Sep 14 | Sep 15 - Oct 31 | Nov 1 - May 22 |
| Criteria [a] | 17.0 | 20.0 | 23.5 | 19.0 | 15.0 |

[a]Criteria represent 7-day running averages and are not to be exceeded.

## Methods

The SNTEMP model of the Trinity River (Zedonis, 1997), a 7-day average daily model, was
used to assess water temperatures of the Trinity River at Weitchpec (River Mile 0.0) for the
different alternatives of the Trinity River EIS/ EIR.  SNTEMP output, although representing
independent 7-day average daily water temperatures rather than the criteria of 7-day
running averages as prescribed in the WQCP, was assumed adequate for evaluating relative
differences of alternatives in meeting the water temperature criteria.  Input to the SNTEMP
model included dam-release patterns from the operations model, PROSIM, and Lewiston
Dam release water temperatures predicted from upstream models including the Reservoir
Temperature Model (RTM) and the Box Exchange Transport Temperature and Ecology of
Reservoirs Model (BETTER).  Lewiston Dam release magnitudes typically followed the
prescribed flow pattern of each alternative.  However, in some instances dam releases were
greater than those prescribed by an alternative due to spills or safety-of-dam releases.
Release water temperatures and flows used in the SNTEMP model are provided at the end
of this document in Tables A – E. For more detail on methods and results of these other
models, please refer to the attachment, "Temperature Analysis of Proposed Trinity River

Fish and Wildlife Restoration Flow Alternatives using the BETTER Model," located in the DEIS/EIR Technical Appendix A.

SNTEMP simulations were performed for each alternative and each of five water-year classes identified in the DEIS/EIR. Eight alternatives were evaluated with the SNTEMP model and they included: State Permit, No Action, Percent Inflow, Flow Evaluation, Maximum Flow, Existing Conditions, and two Cumulative Effects alternatives. The Existing Conditions alternative was represented by the No Action river release schedule and reflected a 1995 level of development. Cumulative Effects alternatives were represented by river release schedules similar to those of the Flow Evaluation but differed by having end-of-year carryover storage in Trinity Reservoir of 400 thousand acre-feet (taf) and 600 taf. In total, forty model runs were performed. Simulations were conducted with hydrologic (i.e., tributary accretion) and meteorologic conditions represented by water year 1977 (critically dry), 1990 (dry), 1989 (normal), 1986 (wet), and 1983 (extremely wet). These years were selected from the historic record available to the SNTEMP model of the Trinity River and also were chosen for evaluations using the BETTER model.

**Results**

Critically Dry Year (1977)

Model results for the Critically Dry Year (1977) indicate that relative to the No Action Alternative, which had 6 weeks exceeding the criteria, the Maximum Flow, Flow Evaluation and Cumulative (600K) Alternatives had 0, 4, and 4 weeks that exceeded the criteria, respectively (see Table F). Similar to the No Action Alternative, the Existing Conditions, Cumulative (400K), and State Permit Alternatives had 6 weeks that exceeded the criteria, respectively. The Percent Inflow Alternative had 7 weeks that exceeded the water temperature criteria. All violations occurred during the months of July and August.

Dry Year (1990)

Model results for the Dry Year (1990) indicate that relative to the No Action Alternative, which had 4 weeks exceeding the criteria, the Maximum Flow, Flow Evaluation, and Cumulative (600K and 400K) Alternatives had 1, 3, 3, and 3 weeks that exceeded the criteria, respectively (see Table G). Similar to the No Action Alternative, the Existing Conditions alternative had the same number of weeks (4) that exceeded the criteria. The Percent Inflow and State Permit Alternatives had 6 and 8 weeks that exceeded the criteria, respectively. Temperature violations, where they occurred, were restricted to the first 2 weeks in May, between early July and early August, and during the last week of September.

Normal Year  (1989)

Model results for the Normal Year (1989) indicate that relative to the No Action Alternative, which had 16 weeks exceeding the criteria, the Maximum Flow, Flow Evaluation, and Cumulative (600K and 400K) Alternatives had 3, 8, 7, and 10 weeks that exceeded the criteria, respectively (see Table H). Similar to the No Action Alternative, the Existing Conditions alternative had the same number of weeks (16) that exceeded the criteria. The Percent Inflow and State Permit Alternatives had 15 and 18 weeks that exceeded the criteria, respectively. Temperature violations occurred in April and mid to late August. Examination of the meteorology for April revealed air temperatures were very warm.

<u>Wet (1986)</u>

Model results for the Wet Year (1986) indicate that relative to the No Action Alternative, which had 14 weeks exceeding the criteria, the Maximum Flow, Flow Evaluation, and Cumulative (600K and 400K) Alternatives had 3, 4, 4, and 4 weeks that exceeded the criteria, respectively (see Table I). While the Existing Conditions alternative had the same number of weeks as the No Action Alternative that exceeded the criteria, the Percent Inflow and State Permit Alternatives had 12 and 16 weeks that exceeded the criteria, respectively. There was one exception: weekly violations occurred in early May and mid August.

<u>Extremely Wet (1983)</u>

Model results for the Extremely Wet Year (1983) indicate that the No Action, Flow Evaluation, Existing Conditions, and Cumulative (600K and 400K) Alternatives had zero weeks that exceeded the criteria (see Table J). The Maximum Flow Alternative had the largest number of weeks not meeting the criteria (5); this is explained by the warm Lewiston Dam releases (see Table E) that occur during early July (> 12 º C) and August and September (> 15 º C). The State Permit and Percent Inflow Alternatives both had 3 weeks that exceeded the criteria, with violations occurring in mid May and early August.

**Summary**

Results of the modeling show the variability of meeting the objectives for five differing hydrologic year classes and alternative flow regimes represented by each alternative (Table 2). On average, the No Action, the Maximum Flow, Flow Evaluation, and Cumulative Alternatives (based on Trinity River Flow Evaluation Study [TRFES] flows), met the Hoopa Valley Tribe criteria a larger percentage of time (91 to 96 percent). Other alternatives such as the No Action, Existing Conditions, Percent Inflow, and State Permit met the Hoopa Valley Tribe criteria a smaller percentage of time (78 to 83 percent). The time periods of most frequent violation were July and August.

**References**

Zedonis, P. 1997. A Water Temperature Model of the Trinity River. U.S. Fish and Wildlife Service, Arcata Fish and Wildlife Office, Arcata, CA. 96 pp.

**TABLE 2**
Percentage of the Year that Water Temperatures of the Trinity River Would Meet the Water Temperature Objectives Identified in the Hoopa Valley Tribe WQCP

| Water Year | Expected No. of Occurrences Per 100 Years | Modeled Year | Alternatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | State Permit | No Action | Percent Inflow | Flow Evaluation | Maximum Flow | Exist. Cond. | Cum. 400K[a] | Cum. 600K[a] |
| C.Dry | 12 | 1977 | 88 | 88 | 87 | 92 | 100 | 88 | 88 | 92 |
| Dry | 28 | 1990 | 85 | 92 | 88 | 94 | 98 | 92 | 94 | 94 |
| Normal | 20 | 1989 | 65 | 69 | 71 | 85 | 94 | 69 | 81 | 87 |
| Wet | 28 | 1986 | 69 | 73 | 77 | 92 | 94 | 73 | 92 | 92 |
| E.Wet | 12 | 1983 | 94 | 100 | 94 | 100 | 90 | 100 | 100 | 100 |
| Wt. Avg. | - | - | 78 | 83 | 82 | 92 | 96 | 83 | 91 | 93 |

[a]Flow schedules are identical to the Flow Evaluation Alternative.  These alternatives, which utilize different minimum carryover storages in Trinity Reservoir, were evaluated for the influence of altered diversion patterns on the Hoopa EPA criteria.

Table A.  Lewiston Dam release water temperatures and magnitudes for a CRITICALLY DRY year.  Values are derived from PROSIM 99 and BETTER model output. These data represent input data to SNTEMP for evaluation of HVT Objectives

| Critically Dry Year | State Permit Alternative | | No Action Alternative | | % Inflow Alternative | | Flow Study Alternative | | Max Flow Alternative | | Existing Conditions | | Cumulative 400 TAF Carryover | | Cumulative 600 TAF Carryover | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | |
| Week | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) |
| 10/1/76 | 200 | 13.6 | 300 | 13.6 | 54 | 10.9 | 451 | 10.4 | 300 | 11.4 | 300 | 14.3 | 451 | 12.9 | 451 | 11.0 |
| 10/8/76 | 200 | 9.5 | 300 | 9.6 | 69 | 10.3 | 451 | 9.8 | 300 | 11.7 | 300 | 11.1 | 451 | 10.3 | 451 | 10.1 |
| 10/15/76 | 200 | 8.7 | 300 | 8.9 | 86 | 9.5 | 322 | 9.3 | 300 | 11.7 | 300 | 9.8 | 322 | 9.9 | 322 | 9.3 |
| 10/22/76 | 200 | 8.5 | 300 | 8.7 | 78 | 9.2 | 301 | 8.8 | 300 | 12.0 | 300 | 9.2 | 301 | 9.9 | 301 | 8.8 |
| 10/29/76 | 204 | 8.3 | 300 | 8.5 | 158 | 8.8 | 300 | 8.7 | 300 | 11.3 | 300 | 8.9 | 300 | 9.9 | 300 | 8.7 |
| 11/5/76 | 257 | 8.3 | 300 | 8.5 | 122 | 8.6 | 300 | 8.5 | 300 | 10.7 | 300 | 8.7 | 300 | 9.9 | 300 | 8.5 |
| 11/12/76 | 257 | 8.3 | 300 | 8.6 | 169 | 8.4 | 300 | 8.4 | 300 | 10.3 | 300 | 8.6 | 300 | 10.0 | 300 | 8.4 |
| 11/19/76 | 257 | 8.4 | 300 | 8.7 | 312 | 8.2 | 300 | 8.3 | 300 | 10.1 | 300 | 8.6 | 300 | 10.1 | 300 | 8.3 |
| 11/26/76 | 254 | 8.2 | 300 | 8.5 | 230 | 8.0 | 300 | 8.0 | 300 | 9.6 | 300 | 8.3 | 300 | 9.8 | 300 | 8.0 |
| 12/3/76 | 197 | 7.8 | 300 | 8.0 | 232 | 7.5 | 300 | 7.5 | 300 | 8.8 | 300 | 7.9 | 300 | 9.4 | 300 | 7.5 |
| 12/10/76 | 197 | 7.7 | 300 | 8.0 | 383 | 7.4 | 300 | 7.5 | 300 | 8.3 | 300 | 7.9 | 300 | 9.7 | 300 | 7.5 |
| 12/17/76 | 197 | 7.6 | 300 | 7.9 | 358 | 7.3 | 300 | 7.4 | 300 | 8.0 | 300 | 7.8 | 300 | 9.8 | 300 | 7.4 |
| 12/24/76 | 197 | 7.3 | 300 | 7.5 | 268 | 6.9 | 300 | 7.1 | 300 | 7.5 | 300 | 7.4 | 300 | 9.3 | 300 | 7.1 |
| 12/31/76 | 191 | 6.9 | 300 | 7.1 | 241 | 6.6 | 300 | 6.7 | 299 | 6.9 | 300 | 7.0 | 300 | 8.5 | 300 | 6.7 |
| 1/7/77 | 140 | 6.4 | 300 | 6.6 | 256 | 6.1 | 300 | 6.3 | 299 | 6.3 | 300 | 6.7 | 300 | 7.6 | 300 | 6.3 |
| 1/14/77 | 140 | 6.3 | 300 | 6.7 | 273 | 6.1 | 300 | 6.3 | 299 | 6.1 | 300 | 6.8 | 300 | 7.1 | 300 | 6.4 |
| 1/21/77 | 140 | 6.7 | 300 | 6.9 | 271 | 6.4 | 300 | 6.6 | 299 | 6.2 | 300 | 7.1 | 300 | 7.1 | 300 | 6.7 |
| 1/28/77 | 144 | 7.1 | 300 | 7.3 | 384 | 6.9 | 300 | 7.1 | 1900 | 7.5 | 300 | 7.4 | 300 | 7.3 | 300 | 7.1 |
| 2/4/77 | 150 | 7.3 | 300 | 7.7 | 314 | 7.7 | 300 | 7.7 | 1950 | 7.7 | 300 | 7.7 | 300 | 7.7 | 300 | 7.7 |
| 2/11/77 | 150 | 7.8 | 300 | 7.9 | 519 | 8.1 | 300 | 8.3 | 2000 | 7.9 | 300 | 7.9 | 300 | 8.2 | 300 | 8.3 |
| 2/18/77 | 150 | 7.9 | 300 | 7.8 | 617 | 8.4 | 300 | 8.5 | 2000 | 7.8 | 300 | 7.8 | 300 | 8.3 | 300 | 8.4 |
| 2/25/77 | 150 | 7.8 | 300 | 7.7 | 398 | 8.0 | 300 | 8.4 | 1271 | 7.5 | 300 | 7.6 | 300 | 8.1 | 300 | 8.4 |
| 3/4/77 | 150 | 7.9 | 300 | 7.9 | 210 | 7.3 | 300 | 8.4 | 300 | 7.9 | 300 | 7.9 | 300 | 8.1 | 300 | 8.4 |
| 3/11/77 | 150 | 7.8 | 300 | 8.2 | 381 | 7.1 | 300 | 8.5 | 300 | 8.4 | 300 | 8.2 | 300 | 8.4 | 300 | 8.5 |
| 3/18/77 | 150 | 8.2 | 300 | 8.7 | 429 | 7.3 | 300 | 8.8 | 300 | 9.4 | 300 | 8.7 | 300 | 8.7 | 300 | 8.8 |
| 3/25/77 | 150 | 8.3 | 300 | 9.0 | 567 | 7.4 | 300 | 9.0 | 300 | 9.9 | 300 | 9.0 | 300 | 9.0 | 300 | 9.0 |
| 4/1/77 | 150 | 9.2 | 300 | 9.4 | 491 | 7.8 | 300 | 9.3 | 300 | 10.4 | 300 | 9.4 | 300 | 9.3 | 300 | 9.3 |
| 4/8/77 | 150 | 10.1 | 300 | 9.8 | 565 | 9.0 | 300 | 9.7 | 300 | 11.3 | 300 | 9.8 | 300 | 9.7 | 300 | 9.5 |
| 4/15/77 | 150 | 11.1 | 300 | 10.3 | 542 | 9.9 | 300 | 10.3 | 300 | 11.6 | 300 | 10.3 | 300 | 10.3 | 300 | 10.1 |
| 4/22/77 | 150 | 11.0 | 300 | 10.5 | 518 | 10.1 | 1243 | 9.8 | 300 | 12.0 | 300 | 10.5 | 1243 | 9.8 | 1243 | 9.6 |
| 4/29/77 | 150 | 9.5 | 300 | 9.3 | 578 | 9.0 | 1505 | 8.9 | 300 | 12.4 | 300 | 9.4 | 1505 | 9.1 | 1505 | 8.4 |
| 5/6/77 | 150 | 8.0 | 300 | 7.9 | 696 | 7.7 | 1507 | 8.1 | 300 | 12.1 | 300 | 7.9 | 1507 | 8.7 | 1507 | 7.7 |
| 5/13/77 | 150 | 8.1 | 857 | 7.8 | 608 | 7.7 | 1507 | 8.3 | 1250 | 11.7 | 857 | 7.8 | 1507 | 8.9 | 1507 | 7.8 |
| 5/20/77 | 150 | 8.2 | 4714 | 8.0 | 562 | 7.8 | 1507 | 8.4 | 2000 | 9.4 | 4714 | 8.0 | 1507 | 8.9 | 1507 | 7.9 |
| 5/27/77 | 150 | 8.4 | 1343 | 8.0 | 574 | 8.0 | 1448 | 8.5 | 2000 | 9.4 | 1343 | 8.0 | 1448 | 9.0 | 1448 | 8.1 |
| 6/3/77 | 150 | 8.7 | 800 | 8.5 | 392 | 8.3 | 1097 | 8.3 | 2000 | 10.1 | 800 | 8.4 | 1097 | 8.3 | 1097 | 8.7 |
| 6/10/77 | 150 | 8.8 | 607 | 8.5 | 303 | 8.3 | 804 | 8.3 | 2000 | 10.1 | 607 | 8.5 | 804 | 8.3 | 804 | 8.7 |
| 6/17/77 | 150 | 8.9 | 386 | 8.9 | 267 | 8.4 | 589 | 8.4 | 2000 | 10.1 | 386 | 8.9 | 589 | 8.7 | 589 | 8.8 |
| 6/24/77 | 150 | 9.2 | 300 | 9.9 | 273 | 8.8 | 454 | 8.7 | 2000 | 10.5 | 300 | 9.8 | 454 | 9.6 | 454 | 9.1 |
| 7/1/77 | 150 | 9.5 | 450 | 11.0 | 147 | 9.8 | 450 | 8.7 | 900 | 11.0 | 450 | 11.0 | 450 | 10.8 | 450 | 9.3 |
| 7/8/77 | 150 | 9.8 | 450 | 12.2 | 100 | 10.7 | 450 | 8.6 | 900 | 12.1 | 450 | 12.2 | 450 | 11.8 | 450 | 9.4 |
| 7/15/77 | 150 | 10.5 | 450 | 13.3 | 74 | 12.6 | 450 | 9.0 | 900 | 12.5 | 450 | 13.3 | 450 | 12.7 | 450 | 9.7 |
| 7/22/77 | 150 | 10.7 | 450 | 13.9 | 62 | 12.9 | 450 | 9.0 | 900 | 12.1 | 450 | 13.9 | 450 | 13.4 | 450 | 9.7 |
| 7/29/77 | 150 | 11.6 | 450 | 14.3 | 51 | 13.9 | 450 | 9.2 | 900 | 12.0 | 450 | 14.3 | 450 | 13.7 | 450 | 9.7 |
| 8/5/77 | 150 | 12.7 | 450 | 15.5 | 42 | 16.1 | 450 | 10.5 | 900 | 13.0 | 450 | 15.3 | 450 | 14.7 | 450 | 10.1 |
| 8/12/77 | 150 | 13.2 | 450 | 16.2 | 38 | 16.1 | 450 | 11.0 | 900 | 12.3 | 450 | 16.0 | 450 | 15.3 | 450 | 10.1 |
| 8/19/77 | 150 | 13.9 | 450 | 16.5 | 34 | 16.6 | 450 | 11.2 | 900 | 12.2 | 450 | 16.2 | 450 | 15.6 | 450 | 10.2 |
| 8/26/77 | 150 | 14.5 | 450 | 16.6 | 33 | 16.3 | 450 | 11.3 | 900 | 12.2 | 450 | 16.4 | 450 | 15.7 | 450 | 10.5 |
| 9/2/77 | 150 | 15.5 | 450 | 17.4 | 33 | 15.8 | 450 | 11.7 | 900 | 12.4 | 450 | 17.2 | 450 | 16.5 | 450 | 10.7 |
| 9/9/77 | 150 | 16.2 | 450 | 18.0 | 30 | 16.1 | 450 | 12.1 | 900 | 12.4 | 450 | 17.9 | 450 | 17.2 | 450 | 11.3 |
| 9/16/77 | 150 | 16.0 | 450 | 17.0 | 29 | 13.9 | 450 | 11.4 | 300 | 12.4 | 450 | 17.1 | 450 | 16.5 | 450 | 11.0 |
| 9/23/77 | 150 | 16.6 | 450 | 16.5 | 50 | 13.9 | 450 | 11.1 | 300 | 12.5 | 450 | 16.6 | 450 | 15.9 | 450 | 11.2 |

Table B.  Lewiston Dam release water temperatures and magnitudes for a DRY year.  Values are derived from PROSIM 99 and BETTER model output. These data represent input data to SNTEMP for evaluation of HVT Objectives

| Dry Year | State Permit Alternative | | No Action Alternative | | % Inflow Alternative | | Flow Study Alternative | | Max Flow Alternative | | Existing Conditions | | Cumulative 400 TAF Carryover | | Cumulative 600 TAF Carryover | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | |
| Week | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) |
| 10/1/89 | 200 | 9.2 | 300 | 12.0 | 70 | 10.6 | 451 | 10.2 | 300 | 14.2 | 300 | 9.6 | 451 | 14.2 | 451 | 11.2 |
| 10/8/89 | 200 | 9.2 | 300 | 10.1 | 77 | 10.5 | 451 | 10.1 | 300 | 13.5 | 300 | 9.0 | 451 | 13.3 | 451 | 11.6 |
| 10/15/89 | 200 | 9.0 | 300 | 9.1 | 82 | 10.2 | 322 | 10.3 | 300 | 12.7 | 300 | 8.6 | 322 | 13.0 | 322 | 11.8 |
| 10/22/89 | 200 | 8.3 | 300 | 8.2 | 129 | 8.1 | 301 | 9.7 | 300 | 11.1 | 300 | 7.9 | 301 | 11.9 | 301 | 11.2 |
| 10/29/89 | 204 | 7.9 | 300 | 7.5 | 93 | 8.0 | 300 | 9.2 | 300 | 10.0 | 300 | 7.4 | 300 | 11.0 | 300 | 10.5 |
| 11/5/89 | 257 | 7.8 | 300 | 7.5 | 134 | 7.9 | 300 | 9.2 | 300 | 9.1 | 300 | 7.4 | 300 | 10.8 | 300 | 10.3 |
| 11/12/89 | 257 | 7.7 | 300 | 7.5 | 194 | 7.6 | 300 | 9.3 | 300 | 8.8 | 300 | 7.4 | 300 | 10.9 | 300 | 10.5 |
| 11/19/89 | 257 | 7.5 | 300 | 7.3 | 291 | 7.2 | 300 | 9.3 | 300 | 8.4 | 300 | 7.3 | 300 | 10.9 | 300 | 10.5 |
| 11/26/89 | 254 | 6.9 | 300 | 6.7 | 275 | 6.6 | 300 | 8.5 | 300 | 7.8 | 300 | 6.7 | 300 | 9.8 | 300 | 9.4 |
| 12/3/89 | 197 | 6.7 | 300 | 6.5 | 284 | 6.3 | 300 | 8.1 | 300 | 7.4 | 300 | 6.4 | 300 | 9.1 | 300 | 8.8 |
| 12/10/89 | 197 | 6.6 | 300 | 6.5 | 263 | 6.3 | 300 | 8.1 | 300 | 7.1 | 300 | 6.5 | 300 | 8.7 | 300 | 8.6 |
| 12/17/89 | 197 | 6.7 | 300 | 6.6 | 227 | 6.4 | 300 | 8.0 | 300 | 7.0 | 300 | 6.6 | 300 | 8.2 | 300 | 8.2 |
| 12/24/89 | 197 | 6.7 | 300 | 6.6 | 324 | 6.4 | 300 | 7.8 | 300 | 6.8 | 300 | 6.6 | 300 | 7.7 | 300 | 7.8 |
| 12/31/89 | 191 | 6.3 | 300 | 6.2 | 311 | 6.0 | 300 | 7.1 | 299 | 6.4 | 300 | 6.2 | 300 | 7.0 | 300 | 7.2 |
| 1/7/90 | 140 | 5.9 | 300 | 5.8 | 313 | 5.6 | 300 | 6.4 | 2999 | 6.2 | 300 | 5.7 | 300 | 6.3 | 300 | 6.5 |
| 1/14/90 | 140 | 5.8 | 300 | 5.8 | 770 | 5.9 | 300 | 6.2 | 2999 | 6.2 | 300 | 5.7 | 300 | 6.1 | 300 | 6.2 |
| 1/21/90 | 140 | 5.9 | 300 | 6.0 | 634 | 6.2 | 300 | 6.2 | 2999 | 6.2 | 300 | 6.0 | 300 | 6.0 | 300 | 6.2 |
| 1/28/90 | 144 | 5.9 | 300 | 6.0 | 558 | 5.9 | 300 | 6.1 | 2999 | 5.7 | 300 | 6.1 | 300 | 6.1 | 300 | 6.2 |
| 2/4/90 | 150 | 5.4 | 300 | 5.3 | 635 | 5.2 | 300 | 5.4 | 2999 | 5.6 | 300 | 5.4 | 300 | 5.4 | 300 | 5.5 |
| 2/11/90 | 150 | 5.3 | 300 | 5.2 | 835 | 5.6 | 300 | 5.3 | 2999 | 5.6 | 300 | 5.3 | 300 | 5.2 | 300 | 5.3 |
| 2/18/90 | 150 | 5.2 | 300 | 5.2 | 738 | 5.3 | 300 | 5.2 | 2999 | 5.8 | 300 | 5.2 | 300 | 5.2 | 300 | 5.2 |
| 2/25/90 | 150 | 5.4 | 300 | 5.6 | 854 | 6.7 | 300 | 5.7 | 2571 | 6.5 | 300 | 5.6 | 300 | 5.6 | 300 | 5.7 |
| 3/4/90 | 150 | 5.8 | 300 | 6.3 | 565 | 7.2 | 300 | 6.7 | 2000 | 6.3 | 300 | 6.3 | 300 | 6.4 | 300 | 6.5 |
| 3/11/90 | 150 | 6.5 | 300 | 6.8 | 763 | 7.0 | 300 | 7.4 | 2000 | 6.1 | 300 | 6.8 | 300 | 6.8 | 300 | 6.8 |
| 3/18/90 | 150 | 6.7 | 300 | 6.8 | 792 | 7.2 | 300 | 7.4 | 2000 | 7.1 | 300 | 6.8 | 300 | 6.7 | 300 | 6.7 |
| 3/25/90 | 150 | 7.0 | 300 | 7.1 | 770 | 8.5 | 300 | 7.8 | 2000 | 7.5 | 300 | 7.1 | 300 | 7.0 | 300 | 7.1 |
| 4/1/90 | 150 | 7.4 | 300 | 7.7 | 880 | 8.3 | 229 | 8.5 | 1999 | 7.7 | 300 | 7.7 | 229 | 7.5 | 229 | 7.6 |
| 4/8/90 | 150 | 7.6 | 300 | 8.0 | 1085 | 7.8 | 229 | 8.6 | 2099 | 7.7 | 300 | 8.0 | 229 | 7.8 | 229 | 7.9 |
| 4/15/90 | 150 | 7.8 | 300 | 8.0 | 1235 | 7.6 | 229 | 8.4 | 2499 | 7.5 | 300 | 8.0 | 229 | 7.9 | 229 | 8.0 |
| 4/22/90 | 150 | 7.9 | 300 | 7.8 | 1282 | 7.4 | 486 | 8.1 | 2899 | 7.0 | 300 | 7.8 | 486 | 7.9 | 486 | 7.9 |
| 4/29/90 | 150 | 8.2 | 300 | 8.3 | 1266 | 7.7 | 4107 | 7.3 | 3800 | 7.1 | 300 | 8.2 | 4107 | 7.0 | 4107 | 7.3 |
| 5/6/90 | 150 | 7.5 | 300 | 7.4 | 1306 | 7.7 | 3867 | 7.1 | 2500 | 7.7 | 300 | 7.4 | 3867 | 6.6 | 3867 | 7.2 |
| 5/13/90 | 150 | 7.2 | 857 | 7.0 | 1234 | 7.4 | 2862 | 7.1 | 2300 | 7.7 | 857 | 7.0 | 2862 | 6.6 | 2862 | 7.3 |
| 5/20/90 | 150 | 6.8 | 4714 | 6.2 | 1198 | 7.0 | 2124 | 6.6 | 2100 | 7.1 | 4714 | 6.2 | 2124 | 6.2 | 2124 | 6.8 |
| 5/27/90 | 150 | 6.5 | 1343 | 6.1 | 1051 | 6.7 | 1557 | 6.7 | 2000 | 7.1 | 1343 | 6.1 | 1557 | 6.3 | 1557 | 6.9 |
| 6/3/90 | 150 | 6.7 | 800 | 6.6 | 969 | 7.1 | 1093 | 7.2 | 2000 | 8.2 | 800 | 6.7 | 1093 | 7.0 | 1093 | 7.6 |
| 6/10/90 | 150 | 7.0 | 607 | 6.8 | 723 | 7.4 | 800 | 7.8 | 2000 | 8.8 | 607 | 7.0 | 800 | 7.5 | 800 | 8.6 |
| 6/17/90 | 150 | 7.1 | 386 | 6.7 | 573 | 7.4 | 585 | 7.8 | 2000 | 9.0 | 386 | 6.9 | 585 | 7.7 | 585 | 8.7 |
| 6/24/90 | 150 | 7.2 | 300 | 6.9 | 416 | 7.7 | 450 | 8.0 | 2000 | 9.7 | 300 | 7.1 | 450 | 8.5 | 450 | 8.4 |
| 7/1/90 | 150 | 7.7 | 450 | 7.3 | 285 | 8.8 | 450 | 8.4 | 2000 | 10.1 | 450 | 7.5 | 450 | 9.7 | 450 | 8.9 |
| 7/8/90 | 150 | 7.4 | 450 | 7.4 | 202 | 9.1 | 450 | 7.9 | 1500 | 10.7 | 450 | 7.5 | 450 | 10.6 | 450 | 8.2 |
| 7/15/90 | 150 | 7.4 | 450 | 7.6 | 150 | 9.9 | 450 | 8.1 | 1100 | 12.0 | 450 | 7.7 | 450 | 11.5 | 450 | 8.5 |
| 7/22/90 | 150 | 7.5 | 450 | 7.7 | 118 | 10.6 | 450 | 8.2 | 700 | 12.7 | 450 | 7.7 | 450 | 12.1 | 450 | 8.5 |
| 7/29/90 | 150 | 7.6 | 450 | 8.0 | 93 | 9.9 | 450 | 8.5 | 700 | 13.8 | 450 | 8.0 | 450 | 12.6 | 450 | 8.8 |
| 8/5/90 | 150 | 7.4 | 450 | 8.0 | 83 | 7.8 | 450 | 8.8 | 700 | 13.8 | 450 | 8.5 | 450 | 13.0 | 450 | 8.9 |
| 8/12/90 | 150 | 7.4 | 450 | 8.2 | 72 | 7.9 | 450 | 8.6 | 700 | 13.6 | 450 | 8.5 | 450 | 13.0 | 450 | 8.7 |
| 8/19/90 | 150 | 7.2 | 450 | 8.5 | 65 | 7.7 | 450 | 8.3 | 700 | 13.2 | 450 | 8.1 | 450 | 13.0 | 450 | 8.5 |
| 8/26/90 | 150 | 7.3 | 450 | 9.1 | 58 | 7.9 | 450 | 8.4 | 700 | 13.4 | 450 | 8.0 | 450 | 13.1 | 450 | 8.7 |
| 9/2/90 | 150 | 8.5 | 450 | 10.3 | 55 | 10.3 | 450 | 9.0 | 700 | 13.5 | 450 | 8.7 | 450 | 13.8 | 450 | 9.4 |
| 9/9/90 | 150 | 9.0 | 450 | 11.3 | 52 | 10.5 | 450 | 9.4 | 700 | 13.6 | 450 | 9.3 | 450 | 14.2 | 450 | 10.0 |
| 9/16/90 | 150 | 8.9 | 450 | 11.9 | 50 | 10.1 | 450 | 9.7 | 300 | 14.1 | 450 | 9.3 | 450 | 14.2 | 450 | 10.3 |
| 9/23/90 | 150 | 8.9 | 450 | 12.3 | 50 | 9.7 | 450 | 9.9 | 300 | 14.1 | 450 | 9.5 | 450 | 14.3 | 450 | 10.6 |

Table C.  Lewiston Dam release water temperatures and magnitudes for a NORMAL year.  Values are derived from PROSIM 99 and BETTER model output. These data represent input data to SNTEMP for evaluation of HVT Objectives

| Normal Year | State Permit Alternative | | No Action Alternative | | % Inflow Alternative | | Flow Study Alternative | | Max Flow Alternative | | Existing Conditions | | Cumulative 400 TAF Carryover | | Cumulative 600 TAF Carryover | |
| | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | |
| Week | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/88 | 200 | 8.2 | 300 | 8.9 | 54 | 10.7 | 451 | 9.3 | 300 | 11.4 | 300 | 9.0 | 451 | 12.2 | 451 | 10.7 |
| 10/8/88 | 200 | 8.9 | 300 | 9.7 | 69 | 11.7 | 451 | 10.1 | 300 | 11.9 | 300 | 9.8 | 451 | 13.0 | 451 | 11.9 |
| 10/15/88 | 200 | 9.3 | 300 | 10.4 | 86 | 10.5 | 322 | 10.4 | 300 | 11.6 | 300 | 10.4 | 322 | 13.2 | 322 | 12.4 |
| 10/22/88 | 200 | 9.8 | 300 | 10.7 | 78 | 11.3 | 301 | 10.6 | 300 | 11.3 | 300 | 10.8 | 301 | 13.4 | 301 | 12.6 |
| 10/29/88 | 204 | 9.7 | 300 | 10.7 | 158 | 8.8 | 300 | 10.5 | 300 | 10.6 | 300 | 10.8 | 300 | 13.2 | 300 | 12.5 |
| 11/5/88 | 257 | 9.3 | 300 | 10.6 | 122 | 8.8 | 300 | 10.2 | 300 | 9.8 | 300 | 10.6 | 300 | 12.9 | 300 | 12.0 |
| 11/12/88 | 257 | 8.8 | 300 | 10.1 | 169 | 8.0 | 300 | 9.7 | 300 | 9.1 | 300 | 10.1 | 300 | 12.3 | 300 | 11.4 |
| 11/19/88 | 257 | 8.2 | 300 | 9.5 | 312 | 7.7 | 300 | 9.0 | 300 | 8.6 | 300 | 9.4 | 300 | 11.3 | 300 | 10.5 |
| 11/26/88 | 254 | 7.9 | 300 | 8.8 | 230 | 7.5 | 300 | 7.8 | 300 | 7.8 | 300 | 8.9 | 300 | 10.4 | 300 | 9.6 |
| 12/3/88 | 197 | 7.8 | 300 | 8.8 | 232 | 7.5 | 300 | 8.4 | 300 | 7.3 | 300 | 8.7 | 300 | 9.8 | 300 | 9.3 |
| 12/10/88 | 197 | 7.9 | 300 | 8.5 | 383 | 7.6 | 300 | 8.4 | 300 | 7.1 | 300 | 8.5 | 300 | 9.1 | 300 | 8.8 |
| 12/17/88 | 197 | 7.6 | 300 | 7.8 | 358 | 7.4 | 300 | 7.8 | 300 | 7.0 | 300 | 7.8 | 300 | 8.0 | 300 | 8.1 |
| 12/24/88 | 197 | 6.4 | 300 | 6.4 | 268 | 6.2 | 300 | 6.5 | 300 | 5.9 | 300 | 6.4 | 300 | 6.2 | 300 | 6.5 |
| 12/31/88 | 191 | 5.1 | 300 | 5.0 | 241 | 4.9 | 300 | 5.1 | 299 | 4.5 | 300 | 5.0 | 300 | 4.5 | 300 | 4.9 |
| 1/7/89 | 140 | 4.3 | 300 | 4.3 | 256 | 4.3 | 300 | 4.4 | 299 | 3.8 | 300 | 4.3 | 300 | 3.9 | 300 | 4.1 |
| 1/14/89 | 140 | 4.9 | 300 | 4.6 | 273 | 4.6 | 300 | 4.7 | 299 | 4.1 | 300 | 4.6 | 300 | 4.2 | 300 | 4.4 |
| 1/21/89 | 140 | 5.2 | 300 | 5.2 | 271 | 5.0 | 300 | 5.3 | 299 | 4.6 | 300 | 5.2 | 300 | 4.6 | 300 | 4.9 |
| 1/28/89 | 144 | 5.4 | 300 | 5.7 | 384 | 5.7 | 300 | 5.8 | 1900 | 6.0 | 300 | 5.8 | 300 | 5.3 | 300 | 5.6 |
| 2/4/89 | 150 | 5.2 | 300 | 5.8 | 314 | 5.9 | 300 | 5.9 | 1950 | 5.4 | 300 | 5.8 | 300 | 5.6 | 300 | 5.8 |
| 2/11/89 | 150 | 5.9 | 300 | 5.7 | 519 | 5.6 | 300 | 5.8 | 2000 | 5.9 | 300 | 5.7 | 300 | 5.6 | 300 | 5.8 |
| 2/18/89 | 150 | 6.7 | 300 | 6.2 | 617 | 6.3 | 300 | 6.2 | 2000 | 6.0 | 300 | 6.2 | 300 | 6.0 | 300 | 6.2 |
| 2/25/89 | 150 | 7.4 | 300 | 6.9 | 769 | 6.9 | 300 | 7.0 | 2428 | 6.4 | 300 | 6.9 | 300 | 6.6 | 300 | 6.8 |
| 3/4/89 | 150 | 7.2 | 300 | 7.0 | 1120 | 6.4 | 300 | 7.0 | 2999 | 5.7 | 300 | 7.0 | 300 | 6.7 | 300 | 6.9 |
| 3/11/89 | 150 | 7.6 | 300 | 7.2 | 1311 | 6.4 | 300 | 7.2 | 2999 | 6.2 | 300 | 7.1 | 300 | 6.9 | 300 | 7.1 |
| 3/18/89 | 150 | 8.1 | 300 | 7.6 | 1296 | 6.6 | 300 | 7.6 | 2999 | 6.2 | 300 | 7.6 | 300 | 7.3 | 300 | 7.5 |
| 3/25/89 | 150 | 8.4 | 300 | 7.8 | 1156 | 6.7 | 300 | 7.8 | 2999 | 6.2 | 300 | 7.8 | 300 | 7.5 | 300 | 7.7 |
| 4/1/89 | 150 | 8.6 | 300 | 8.2 | 1306 | 7.1 | 300 | 8.3 | 2999 | 6.7 | 300 | 8.2 | 300 | 8.2 | 300 | 8.2 |
| 4/8/89 | 150 | 9.4 | 300 | 9.2 | 1406 | 8.0 | 300 | 9.2 | 2999 | 7.4 | 300 | 9.1 | 300 | 9.5 | 300 | 9.1 |
| 4/15/89 | 150 | 9.8 | 300 | 9.8 | 1563 | 8.1 | 300 | 9.9 | 2999 | 7.4 | 300 | 9.8 | 300 | 10.6 | 300 | 9.7 |
| 4/22/89 | 150 | 9.6 | 300 | 9.6 | 1740 | 7.1 | 500 | 9.0 | 2999 | 6.5 | 300 | 9.5 | 500 | 10.0 | 500 | 8.9 |
| 4/29/89 | 150 | 9.3 | 300 | 8.9 | 1551 | 7.4 | 2512 | 7.8 | 4214 | 6.7 | 300 | 8.8 | 2512 | 7.5 | 2512 | 7.5 |
| 5/6/89 | 150 | 8.9 | 300 | 8.2 | 1569 | 8.1 | 5700 | 6.5 | 5428 | 6.5 | 300 | 8.1 | 5700 | 6.0 | 5700 | 6.4 |
| 5/13/89 | 150 | 8.9 | 857 | 7.3 | 1613 | 8.1 | 5022 | 6.6 | 3999 | 6.8 | 857 | 7.2 | 5022 | 6.1 | 5022 | 6.4 |
| 5/20/89 | 150 | 9.0 | 4714 | 6.5 | 1555 | 8.5 | 3884 | 6.8 | 2713 | 7.3 | 4714 | 6.5 | 3884 | 6.5 | 3884 | 6.6 |
| 5/27/89 | 150 | 8.2 | 1343 | 6.6 | 1241 | 8.2 | 2995 | 7.1 | 2299 | 7.5 | 1343 | 6.6 | 2995 | 6.9 | 2995 | 6.9 |
| 6/3/89 | 150 | 7.2 | 800 | 7.0 | 1200 | 7.8 | 2291 | 7.3 | 2000 | 8.5 | 800 | 7.3 | 2291 | 7.3 | 2291 | 7.3 |
| 6/10/89 | 150 | 7.2 | 607 | 7.2 | 1041 | 7.9 | 1982 | 7.6 | 2000 | 8.8 | 607 | 7.7 | 1982 | 7.8 | 1982 | 7.6 |
| 6/17/89 | 150 | 7.2 | 386 | 7.2 | 745 | 7.8 | 1982 | 7.5 | 2000 | 8.7 | 386 | 7.8 | 1982 | 8.0 | 1982 | 7.6 |
| 6/24/89 | 150 | 7.1 | 300 | 7.5 | 488 | 8.3 | 1982 | 7.6 | 2000 | 9.0 | 300 | 8.2 | 1982 | 8.5 | 1982 | 7.8 |
| 7/1/89 | 150 | 7.5 | 450 | 7.2 | 342 | 8.1 | 2000 | 7.1 | 2000 | 8.6 | 450 | 7.3 | 2000 | 9.2 | 2000 | 7.6 |
| 7/8/89 | 150 | 7.9 | 450 | 7.6 | 248 | 8.5 | 1543 | 7.4 | 1500 | 9.6 | 450 | 7.4 | 1543 | 10.1 | 1543 | 8.0 |
| 7/15/89 | 150 | 8.2 | 450 | 7.8 | 189 | 9.0 | 696 | 7.7 | 1200 | 10.3 | 450 | 7.4 | 696 | 10.6 | 696 | 8.3 |
| 7/22/89 | 150 | 9.0 | 450 | 7.8 | 147 | 9.6 | 450 | 8.0 | 800 | 11.0 | 450 | 7.5 | 450 | 11.2 | 450 | 8.9 |
| 7/29/89 | 150 | 7.9 | 450 | 8.1 | 115 | 9.9 | 450 | 8.4 | 650 | 11.7 | 450 | 7.8 | 450 | 11.6 | 450 | 9.3 |
| 8/5/89 | 150 | 7.4 | 450 | 8.3 | 96 | 9.2 | 450 | 8.5 | 650 | 11.9 | 450 | 8.2 | 450 | 11.9 | 450 | 9.2 |
| 8/12/89 | 150 | 7.4 | 450 | 8.5 | 84 | 9.6 | 450 | 8.7 | 650 | 11.9 | 450 | 8.5 | 450 | 11.9 | 450 | 9.4 |
| 8/19/89 | 150 | 7.2 | 450 | 8.5 | 75 | 9.3 | 450 | 8.7 | 650 | 11.9 | 450 | 8.5 | 450 | 12.0 | 450 | 9.5 |
| 8/26/89 | 150 | 7.3 | 450 | 8.7 | 70 | 9.6 | 450 | 8.7 | 650 | 11.6 | 450 | 8.7 | 450 | 12.1 | 450 | 9.6 |
| 9/2/89 | 150 | 7.9 | 450 | 8.8 | 64 | 10.3 | 450 | 8.7 | 650 | 11.2 | 450 | 8.8 | 450 | 12.2 | 450 | 9.9 |
| 9/9/89 | 150 | 8.1 | 450 | 9.0 | 58 | 10.8 | 450 | 8.9 | 650 | 11.5 | 450 | 9.0 | 450 | 12.1 | 450 | 10.3 |
| 9/16/89 | 150 | 7.7 | 450 | 8.6 | 55 | 9.2 | 450 | 8.5 | 300 | 11.3 | 450 | 8.6 | 450 | 11.8 | 450 | 10.0 |
| 9/23/89 | 150 | 7.7 | 450 | 8.5 | 73 | 8.8 | 450 | 8.8 | 300 | 11.4 | 450 | 8.5 | 450 | 11.9 | 450 | 10.2 |

Table D.  Lewiston Dam release water temperatures and magnitudes for a WET year.  Values are derived from PROSIM 99 and BETTER model output. These data represent input data to SNTEMP for evaluation of HVT Objectives

| Wet Year | State Permit Alternative | | No Action Alternative | | % Inflow Alternative | | Flow Study Alternative | | Max Flow Alternative | | Existing Conditions | | Cumulative 400 TAF Carryover | | Cumulative 600 TAF Carryover | |
| | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | |
| Week | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/85 | 200 | 7.9 | 300 | 8.6 | 54 | 11.7 | 451 | 8.6 | 300 | 11.4 | 300 | 8.0 | 451 | 9.5 | 451 | 9.3 |
| 10/8/85 | 200 | 7.4 | 300 | 7.9 | 69 | 9.9 | 451 | 8.4 | 300 | 11.0 | 300 | 7.2 | 451 | 9.2 | 451 | 9.6 |
| 10/15/85 | 200 | 7.2 | 300 | 7.8 | 86 | 9.9 | 322 | 8.2 | 300 | 10.4 | 300 | 7.3 | 322 | 9.1 | 322 | 9.8 |
| 10/22/85 | 200 | 6.8 | 300 | 7.6 | 78 | 9.2 | 301 | 7.9 | 300 | 9.6 | 300 | 7.2 | 301 | 8.8 | 301 | 9.5 |
| 10/29/85 | 204 | 7.0 | 300 | 8.0 | 158 | 9.1 | 300 | 7.9 | 300 | 9.5 | 300 | 7.7 | 300 | 8.8 | 300 | 9.6 |
| 11/5/85 | 257 | 7.1 | 300 | 8.4 | 122 | 9.4 | 300 | 7.9 | 300 | 9.2 | 300 | 8.1 | 300 | 8.8 | 300 | 9.7 |
| 11/12/85 | 257 | 6.9 | 300 | 8.2 | 169 | 8.8 | 300 | 7.4 | 300 | 8.5 | 300 | 8.0 | 300 | 8.3 | 300 | 9.1 |
| 11/19/85 | 257 | 6.2 | 300 | 7.4 | 312 | 8.1 | 300 | 6.4 | 300 | 7.3 | 300 | 7.3 | 300 | 7.4 | 300 | 8.1 |
| 11/26/85 | 254 | 5.5 | 300 | 6.6 | 230 | 7.3 | 300 | 5.7 | 300 | 5.8 | 300 | 6.6 | 300 | 6.6 | 300 | 7.2 |
| 12/3/85 | 197 | 5.4 | 300 | 6.4 | 232 | 6.8 | 300 | 5.6 | 300 | 5.1 | 300 | 6.3 | 300 | 6.3 | 300 | 6.8 |
| 12/10/85 | 197 | 5.5 | 300 | 6.3 | 383 | 6.6 | 300 | 5.7 | 300 | 5.1 | 300 | 6.3 | 300 | 6.3 | 300 | 6.6 |
| 12/17/85 | 197 | 6.0 | 300 | 6.5 | 358 | 6.7 | 300 | 6.1 | 300 | 5.4 | 300 | 6.5 | 300 | 6.5 | 300 | 6.7 |
| 12/24/85 | 197 | 6.3 | 300 | 6.8 | 268 | 7.0 | 300 | 6.5 | 300 | 5.8 | 300 | 6.8 | 300 | 6.8 | 300 | 6.9 |
| 12/31/85 | 191 | 6.3 | 300 | 7.0 | 241 | 7.0 | 300 | 6.7 | 299 | 6.1 | 300 | 7.0 | 300 | 6.9 | 300 | 6.9 |
| 1/7/86 | 140 | 6.5 | 300 | 7.0 | 256 | 6.9 | 300 | 6.8 | 299 | 6.4 | 300 | 6.9 | 300 | 6.9 | 300 | 6.8 |
| 1/14/86 | 140 | 6.7 | 300 | 7.0 | 273 | 6.9 | 300 | 6.9 | 299 | 6.6 | 300 | 6.9 | 300 | 6.9 | 300 | 6.8 |
| 1/21/86 | 140 | 6.6 | 300 | 6.8 | 271 | 6.8 | 300 | 6.6 | 299 | 6.6 | 300 | 6.7 | 300 | 6.6 | 300 | 6.6 |
| 1/28/86 | 144 | 6.7 | 300 | 6.8 | 384 | 6.8 | 300 | 6.7 | 1900 | 6.5 | 300 | 6.7 | 300 | 6.7 | 300 | 6.6 |
| 2/4/86 | 150 | 6.6 | 300 | 6.7 | 314 | 6.7 | 300 | 6.6 | 1950 | 6.4 | 300 | 6.6 | 300 | 6.6 | 300 | 6.5 |
| 2/11/86 | 150 | 6.8 | 300 | 6.8 | 519 | 6.9 | 300 | 6.8 | 2000 | 6.3 | 300 | 6.8 | 300 | 6.8 | 300 | 6.7 |
| 2/18/86 | 150 | 6.6 | 300 | 6.7 | 617 | 6.4 | 300 | 6.7 | 2000 | 6.1 | 300 | 6.6 | 300 | 6.7 | 300 | 6.6 |
| 2/25/86 | 150 | 6.9 | 300 | 6.6 | 871 | 7.0 | 300 | 6.6 | 2428 | 7.3 | 300 | 6.6 | 300 | 6.6 | 300 | 6.5 |
| 3/4/86 | 150 | 7.4 | 300 | 7.5 | 1401 | 8.3 | 300 | 7.7 | 2999 | 7.2 | 300 | 7.5 | 300 | 7.5 | 300 | 7.5 |
| 3/11/86 | 150 | 6.9 | 300 | 8.4 | 1156 | 7.2 | 300 | 8.0 | 2999 | 6.5 | 300 | 8.5 | 300 | 8.4 | 300 | 8.4 |
| 3/18/86 | 150 | 7.1 | 300 | 8.4 | 1038 | 7.5 | 300 | 7.9 | 2999 | 7.2 | 300 | 8.5 | 300 | 8.4 | 300 | 8.4 |
| 3/25/86 | 150 | 7.6 | 300 | 8.9 | 1018 | 8.4 | 300 | 8.5 | 2999 | 7.6 | 300 | 8.9 | 300 | 8.9 | 300 | 8.8 |
| 4/1/86 | 150 | 8.2 | 300 | 9.4 | 1429 | 8.4 | 300 | 9.3 | 2999 | 7.3 | 300 | 9.5 | 300 | 9.4 | 300 | 9.6 |
| 4/8/86 | 150 | 8.5 | 300 | 8.7 | 1393 | 8.0 | 300 | 9.2 | 3630 | 7.2 | 300 | 8.7 | 300 | 8.7 | 300 | 9.2 |
| 4/15/86 | 150 | 8.7 | 300 | 8.6 | 1635 | 7.9 | 300 | 8.9 | 4261 | 7.1 | 300 | 8.6 | 300 | 8.6 | 300 | 9.2 |
| 4/22/86 | 150 | 9.0 | 300 | 8.8 | 1873 | 8.1 | 500 | 9.0 | 4892 | 7.0 | 300 | 8.9 | 500 | 8.9 | 500 | 9.1 |
| 4/29/86 | 150 | 8.0 | 300 | 7.8 | 2068 | 7.2 | 2036 | 8.0 | 5523 | 6.8 | 300 | 7.9 | 2036 | 7.6 | 2036 | 7.8 |
| 5/6/86 | 150 | 7.0 | 300 | 6.9 | 1994 | 6.9 | 2550 | 7.1 | 6154 | 6.9 | 300 | 6.9 | 2550 | 7.0 | 2550 | 6.9 |
| 5/13/86 | 150 | 7.4 | 857 | 7.3 | 2287 | 7.3 | 5907 | 7.3 | 6785 | 7.2 | 857 | 7.3 | 5907 | 7.2 | 5907 | 7.2 |
| 5/20/86 | 150 | 7.4 | 4714 | 7.3 | 2476 | 7.2 | 7121 | 7.1 | 6428 | 7.1 | 4714 | 7.3 | 7121 | 7.1 | 7121 | 7.1 |
| 5/27/86 | 150 | 7.8 | 1343 | 7.5 | 2335 | 7.7 | 5306 | 7.6 | 4285 | 8.1 | 1343 | 7.5 | 5306 | 7.5 | 5306 | 7.5 |
| 6/3/86 | 150 | 7.6 | 800 | 7.3 | 1813 | 7.3 | 3309 | 7.9 | 3713 | 8.3 | 800 | 7.3 | 3309 | 7.7 | 3309 | 7.7 |
| 6/10/86 | 150 | 7.4 | 607 | 7.4 | 1414 | 7.3 | 2126 | 8.2 | 2713 | 8.8 | 607 | 7.4 | 2126 | 7.9 | 2126 | 8.0 |
| 6/17/86 | 150 | 7.4 | 386 | 7.3 | 1088 | 7.3 | 1947 | 8.1 | 2399 | 8.9 | 386 | 7.3 | 1947 | 7.8 | 1947 | 7.9 |
| 6/24/86 | 150 | 7.4 | 300 | 7.3 | 857 | 7.4 | 1947 | 8.2 | 1999 | 9.2 | 300 | 7.3 | 1947 | 8.0 | 1947 | 8.0 |
| 7/1/86 | 150 | 7.5 | 450 | 7.4 | 593 | 7.7 | 2000 | 7.6 | 2000 | 9.8 | 450 | 7.4 | 2000 | 7.9 | 2000 | 7.9 |
| 7/8/86 | 150 | 9.5 | 450 | 8.0 | 430 | 9.2 | 1543 | 7.6 | 2000 | 9.9 | 450 | 8.0 | 1543 | 8.0 | 1543 | 8.0 |
| 7/15/86 | 150 | 9.3 | 450 | 8.0 | 313 | 9.7 | 696 | 8.0 | 1800 | 10.0 | 450 | 8.0 | 696 | 8.5 | 696 | 8.5 |
| 7/22/86 | 150 | 9.2 | 450 | 8.0 | 237 | 10.1 | 450 | 8.4 | 1000 | 10.8 | 450 | 8.0 | 450 | 8.9 | 450 | 9.0 |
| 7/29/86 | 150 | 9.4 | 450 | 8.2 | 181 | 10.4 | 450 | 8.5 | 900 | 12.0 | 450 | 8.2 | 450 | 9.4 | 450 | 9.2 |
| 8/5/86 | 150 | 9.7 | 450 | 8.4 | 145 | 10.4 | 450 | 8.5 | 900 | 12.9 | 450 | 8.4 | 450 | 10.6 | 450 | 9.5 |
| 8/12/86 | 150 | 9.3 | 450 | 8.2 | 118 | 10.4 | 450 | 8.3 | 800 | 12.4 | 450 | 8.2 | 450 | 10.5 | 450 | 9.3 |
| 8/19/86 | 150 | 9.0 | 450 | 8.1 | 102 | 10.5 | 450 | 8.2 | 670 | 11.9 | 450 | 8.1 | 450 | 10.3 | 450 | 9.2 |
| 8/26/86 | 150 | 9.2 | 450 | 8.3 | 93 | 11.3 | 450 | 8.4 | 650 | 11.7 | 450 | 8.3 | 450 | 10.3 | 450 | 9.3 |
| 9/2/86 | 150 | 11.4 | 450 | 9.6 | 97 | 15.0 | 450 | 9.0 | 650 | 12.0 | 450 | 9.6 | 450 | 11.0 | 450 | 9.9 |
| 9/9/86 | 150 | 10.3 | 450 | 10.0 | 84 | 14.5 | 450 | 8.7 | 650 | 11.7 | 450 | 10.0 | 450 | 10.8 | 450 | 9.5 |
| 9/16/86 | 150 | 8.2 | 450 | 9.3 | 81 | 10.3 | 450 | 8.0 | 300 | 11.7 | 450 | 9.3 | 450 | 9.9 | 450 | 8.7 |
| 9/23/86 | 150 | 8.3 | 450 | 8.9 | 92 | 10.2 | 450 | 8.1 | 300 | 11.2 | 450 | 8.9 | 450 | 9.5 | 450 | 8.7 |

Table E.  Lewiston Dam release water temperatures and magnitudes for an EXTREMELY WET year.  Values are derived from PROSIM 99 and BETTER model output. These data represent input data to SNTEMP for evaluation of HVT Objectives

| Extremely Wet Year | State Permit Alternative | | No Action Alternative | | % Inflow Alternative | | Flow Study Alternative | | Max Flow Alternative | | Existing Conditions | | Cumulative 400 TAF Carryover | | Cumulative 600 TAF Carryover | |
| | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | | Lewiston Dam Release | |
| Week | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) | Q (cfs) | Temp (°C) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/82 | 200 | 7.6 | 300 | 7.4 | 152 | 7.8 | 451 | 9.5 | 300 | 15.1 | 300 | 7.4 | 451 | 9.6 | 451 | 9.5 |
| 10/8/82 | 200 | 6.4 | 300 | 6.2 | 145 | 6.7 | 451 | 8.3 | 300 | 14.5 | 300 | 6.2 | 451 | 8.2 | 451 | 8.2 |
| 10/15/82 | 200 | 6.4 | 300 | 6.2 | 270 | 6.3 | 322 | 8.4 | 300 | 14.5 | 300 | 6.3 | 322 | 8.4 | 322 | 8.4 |
| 10/22/82 | 200 | 6.0 | 300 | 5.9 | 196 | 6.0 | 301 | 8.0 | 300 | 13.9 | 300 | 5.9 | 301 | 7.9 | 301 | 7.9 |
| 10/29/82 | 204 | 6.0 | 300 | 5.8 | 520 | 5.8 | 300 | 7.5 | 300 | 13.4 | 300 | 5.9 | 300 | 7.4 | 300 | 7.5 |
| 11/5/82 | 257 | 6.3 | 300 | 6.2 | 963 | 6.3 | 300 | 7.4 | 300 | 12.6 | 300 | 6.3 | 300 | 7.4 | 300 | 7.4 |
| 11/12/82 | 257 | 6.2 | 300 | 6.2 | 886 | 6.2 | 300 | 7.1 | 300 | 11.9 | 300 | 6.2 | 300 | 7.0 | 300 | 7.0 |
| 11/19/82 | 257 | 5.8 | 300 | 5.8 | 972 | 5.8 | 300 | 6.5 | 300 | 10.8 | 300 | 5.8 | 300 | 6.5 | 300 | 6.5 |
| 11/26/82 | 254 | 5.7 | 300 | 5.7 | 1060 | 5.8 | 300 | 6.1 | 325 | 9.7 | 300 | 5.7 | 300 | 6.1 | 300 | 6.1 |
| 12/3/82 | 197 | 5.8 | 300 | 5.8 | 879 | 5.8 | 300 | 5.8 | 387 | 8.8 | 300 | 5.8 | 300 | 5.8 | 300 | 5.8 |
| 12/10/82 | 197 | 6.0 | 300 | 5.9 | 1021 | 6.0 | 300 | 5.9 | 387 | 8.2 | 300 | 5.9 | 300 | 5.8 | 300 | 5.8 |
| 12/17/82 | 197 | 6.0 | 300 | 5.8 | 1053 | 5.9 | 300 | 5.8 | 387 | 7.4 | 300 | 5.9 | 300 | 5.8 | 300 | 5.8 |
| 12/24/82 | 197 | 5.8 | 300 | 5.8 | 1748 | 5.9 | 300 | 5.7 | 387 | 6.6 | 300 | 5.8 | 300 | 5.7 | 300 | 5.7 |
| 12/31/82 | 191 | 6.0 | 300 | 6.0 | 1478 | 6.0 | 300 | 5.9 | 822 | 6.3 | 300 | 6.0 | 300 | 5.9 | 300 | 5.9 |
| 1/7/83 | 140 | 6.1 | 300 | 6.0 | 1330 | 6.0 | 300 | 6.0 | 3522 | 5.8 | 300 | 6.0 | 300 | 6.0 | 300 | 6.0 |
| 1/14/83 | 140 | 6.0 | 300 | 5.9 | 1369 | 6.0 | 300 | 5.9 | 3522 | 5.4 | 300 | 5.9 | 300 | 5.9 | 300 | 5.9 |
| 1/21/83 | 140 | 5.9 | 300 | 5.8 | 1817 | 5.8 | 300 | 5.8 | 3522 | 5.3 | 300 | 5.8 | 300 | 5.8 | 300 | 5.8 |
| 1/28/83 | 144 | 5.9 | 300 | 5.8 | 1745 | 5.8 | 300 | 5.8 | 3298 | 5.4 | 300 | 5.8 | 300 | 5.8 | 300 | 5.8 |
| 2/4/83 | 150 | 5.8 | 300 | 5.7 | 1568 | 5.7 | 300 | 5.7 | 2999 | 5.3 | 300 | 5.7 | 300 | 5.7 | 300 | 5.7 |
| 2/11/83 | 150 | 5.8 | 300 | 5.7 | 1706 | 5.8 | 300 | 5.7 | 2999 | 5.5 | 300 | 5.7 | 300 | 5.7 | 300 | 5.7 |
| 2/18/83 | 150 | 5.9 | 300 | 5.8 | 1721 | 5.9 | 300 | 5.8 | 2999 | 5.7 | 300 | 5.8 | 300 | 5.8 | 300 | 5.8 |
| 2/25/83 | 1702 | 5.8 | 1788 | 5.8 | 2632 | 5.8 | 1788 | 5.8 | 2999 | 5.6 | 1788 | 5.8 | 1788 | 5.8 | 1788 | 5.8 |
| 3/4/83 | 3772 | 5.9 | 3772 | 5.9 | 4331 | 5.9 | 3772 | 5.9 | 2999 | 5.9 | 3772 | 5.9 | 3772 | 5.9 | 3772 | 5.9 |
| 3/11/83 | 3772 | 5.8 | 3772 | 5.8 | 3663 | 5.9 | 3772 | 5.8 | 2999 | 5.9 | 3772 | 5.8 | 3772 | 5.8 | 3772 | 5.8 |
| 3/18/83 | 3772 | 6.0 | 3772 | 6.0 | 3535 | 6.0 | 3772 | 6.0 | 2999 | 6.0 | 3772 | 6.0 | 3772 | 6.0 | 3772 | 6.0 |
| 3/25/83 | 3772 | 5.9 | 3772 | 5.9 | 3457 | 5.9 | 3772 | 5.9 | 2999 | 6.0 | 3772 | 5.9 | 3772 | 5.9 | 3772 | 5.9 |
| 4/1/83 | 150 | 6.5 | 300 | 6.3 | 2087 | 6.5 | 300 | 6.3 | 2999 | 6.1 | 300 | 6.3 | 300 | 6.3 | 300 | 6.3 |
| 4/8/83 | 150 | 7.2 | 300 | 7.0 | 1982 | 7.0 | 300 | 7.1 | 4440 | 5.9 | 300 | 7.0 | 300 | 7.0 | 300 | 7.0 |
| 4/15/83 | 150 | 7.4 | 300 | 7.2 | 1788 | 7.2 | 300 | 7.3 | 5881 | 5.9 | 300 | 7.2 | 300 | 7.3 | 300 | 7.3 |
| 4/22/83 | 150 | 7.6 | 300 | 7.3 | 1949 | 7.1 | 500 | 7.2 | 7322 | 6.0 | 300 | 7.3 | 500 | 7.1 | 500 | 7.1 |
| 4/29/83 | 3063 | 6.6 | 2184 | 6.6 | 2606 | 6.4 | 1560 | 6.4 | 8761 | 6.5 | 2184 | 6.6 | 1560 | 6.4 | 1560 | 6.4 |
| 5/6/83 | 4229 | 6.2 | 2938 | 6.2 | 3179 | 6.2 | 2084 | 6.2 | 10202 | 6.9 | 2938 | 6.2 | 2084 | 6.2 | 2084 | 6.2 |
| 5/13/83 | 4229 | 6.4 | 3495 | 6.5 | 3534 | 6.5 | 2084 | 6.4 | 11640 | 7.7 | 3495 | 6.5 | 2084 | 6.4 | 2084 | 6.4 |
| 5/20/83 | 4229 | 6.7 | 7352 | 6.6 | 3730 | 6.8 | 7871 | 6.6 | 27854 | 7.8 | 7352 | 6.6 | 7871 | 6.6 | 7871 | 6.6 |
| 5/27/83 | 4446 | 6.6 | 4488 | 6.7 | 4823 | 6.6 | 9949 | 6.5 | 7926 | 8.8 | 4488 | 6.7 | 9949 | 6.5 | 9949 | 6.5 |
| 6/3/83 | 4989 | 6.7 | 5211 | 6.7 | 5752 | 6.6 | 6752 | 6.6 | 4999 | 9.7 | 5211 | 6.7 | 6752 | 6.6 | 6752 | 6.6 |
| 6/10/83 | 4989 | 6.6 | 5018 | 6.6 | 5163 | 6.6 | 5380 | 6.6 | 4285 | 10.4 | 5018 | 6.6 | 5380 | 6.6 | 5380 | 6.6 |
| 6/17/83 | 4989 | 6.9 | 4797 | 6.9 | 4615 | 6.9 | 3740 | 6.9 | 2642 | 11.4 | 4797 | 6.9 | 3740 | 6.9 | 3740 | 6.9 |
| 6/24/83 | 4989 | 7.1 | 4711 | 7.1 | 4109 | 7.0 | 2631 | 7.0 | 1999 | 11.8 | 4711 | 7.1 | 2631 | 7.0 | 2631 | 7.0 |
| 7/1/83 | 3499 | 7.4 | 3499 | 7.4 | 3973 | 7.3 | 4397 | 7.3 | 2000 | 12.2 | 3499 | 7.4 | 4397 | 7.3 | 4397 | 7.3 |
| 7/8/83 | 3499 | 7.7 | 3499 | 7.7 | 3689 | 7.7 | 3940 | 7.6 | 2000 | 12.6 | 3499 | 7.7 | 3940 | 7.7 | 3940 | 7.6 |
| 7/15/83 | 3499 | 7.8 | 3499 | 7.8 | 3391 | 7.8 | 3093 | 7.8 | 1700 | 12.9 | 3499 | 7.8 | 3093 | 7.8 | 3093 | 7.8 |
| 7/22/83 | 3499 | 8.1 | 3499 | 8.1 | 3152 | 8.1 | 2847 | 8.1 | 1200 | 13.4 | 3499 | 8.1 | 2847 | 8.1 | 2847 | 8.1 |
| 7/29/83 | 1585 | 8.5 | 1757 | 8.3 | 1546 | 8.3 | 1477 | 8.3 | 629 | 14.4 | 1757 | 8.3 | 1477 | 8.3 | 1477 | 8.3 |
| 8/5/83 | 150 | 9.0 | 450 | 8.8 | 312 | 8.8 | 450 | 8.8 | 450 | 15.6 | 450 | 8.8 | 450 | 8.7 | 450 | 8.8 |
| 8/12/83 | 150 | 9.2 | 450 | 9.0 | 233 | 9.0 | 450 | 9.0 | 450 | 15.6 | 450 | 9.0 | 450 | 8.9 | 450 | 9.0 |
| 8/19/83 | 150 | 9.2 | 450 | 8.9 | 187 | 9.1 | 450 | 8.9 | 450 | 15.6 | 450 | 8.9 | 450 | 8.8 | 450 | 8.9 |
| 8/26/83 | 150 | 9.4 | 450 | 9.1 | 172 | 9.3 | 450 | 9.1 | 455 | 15.9 | 450 | 9.1 | 450 | 9.0 | 450 | 9.1 |
| 9/2/83 | 150 | 9.4 | 450 | 9.2 | 148 | 9.4 | 450 | 9.2 | 485 | 15.6 | 450 | 9.2 | 450 | 9.1 | 450 | 9.2 |
| 9/9/83 | 150 | 9.5 | 450 | 9.4 | 150 | 9.5 | 450 | 9.4 | 335 | 15.5 | 450 | 9.4 | 450 | 9.3 | 450 | 9.4 |
| 9/16/83 | 150 | 9.7 | 450 | 9.6 | 168 | 9.7 | 450 | 9.6 | 335 | 15.4 | 450 | 9.6 | 450 | 9.6 | 450 | 9.6 |
| 9/23/83 | 150 | 9.8 | 450 | 9.7 | 116 | 9.9 | 450 | 9.7 | 335 | 15.5 | 450 | 9.7 | 450 | 9.7 | 450 | 9.7 |

Table F.  Predicted water temperatures of the Trinity River at Weitchpec (RM 0.0) for a **CRITICALLY DRY** year (1977).

SNTEMP utilized dam release water temperatures predicted by the BETTER model that used PROSIM 99 output.

Bolded values represent times that the draft Hoopa Valley Tribe water temperature objectives would not be met.

| Date | Predicted Water Temperatures of the Trinity River at Weitchpec - 1977 | | | | | | | | HVTEPA[a] Criteria NTE |
|---|---|---|---|---|---|---|---|---|---|
| | Alternatives | | | | | | | | |
| | State Permit | NO Action | % Inflow | TRFE | Max Flow | E. Cond. | Cum 400K | Cum. 600K | NTE |
| 01-Oct | 15.6 | 15.5 | 15.7 | 15.0 | 15.4 | 15.6 | 15.3 | 15.1 | 19.0 |
| 08-Oct | 14.7 | 14.5 | 14.9 | 14.1 | 14.7 | 14.6 | 14.2 | 14.2 | 19.0 |
| 15-Oct | 12.3 | 12.1 | 12.4 | 12.1 | 12.4 | 12.2 | 12.2 | 12.1 | 19.0 |
| 22-Oct | 10.3 | 10.3 | 10.4 | 10.3 | 10.6 | 10.4 | 10.4 | 10.3 | 19.0 |
| 29-Oct | 9.3 | 9.3 | 9.3 | 9.3 | 9.5 | 9.3 | 9.4 | 9.3 | 19.0 |
| 05-Nov | 8.0 | 8.1 | 8.0 | 8.1 | 8.2 | 8.1 | 8.2 | 8.1 | 15.0 |
| 12-Nov | 7.4 | 7.4 | 7.3 | 7.4 | 7.6 | 7.4 | 7.5 | 7.4 | 15.0 |
| 19-Nov | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 15.0 |
| 26-Nov | 5.8 | 5.8 | 5.8 | 5.8 | 5.9 | 5.8 | 5.9 | 5.8 | 15.0 |
| 03-Dec | 5.4 | 5.5 | 5.4 | 5.4 | 5.5 | 5.4 | 5.5 | 5.4 | 15.0 |
| 10-Dec | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 15.0 |
| 17-Dec | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.1 | 5.0 | 15.0 |
| 24-Dec | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 15.0 |
| 31-Dec | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 5.0 | 4.9 | 15.0 |
| 07-Jan | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 | 15.0 |
| 14-Jan | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 | 15.0 |
| 21-Jan | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 15.0 |
| 28-Jan | 5.7 | 5.8 | 5.8 | 5.8 | 6.2 | 5.8 | 5.8 | 5.8 | 15.0 |
| 04-Feb | 6.1 | 6.1 | 6.1 | 6.1 | 6.3 | 6.1 | 6.1 | 6.1 | 15.0 |
| 11-Feb | 6.7 | 6.7 | 6.8 | 6.7 | 7.0 | 6.7 | 6.7 | 6.7 | 15.0 |
| 18-Feb | 6.7 | 6.7 | 6.8 | 6.7 | 7.0 | 6.7 | 6.7 | 6.7 | 15.0 |
| 25-Feb | 7.0 | 7.0 | 7.0 | 7.0 | 7.1 | 7.0 | 7.0 | 7.0 | 15.0 |
| 04-Mar | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 15.0 |
| 11-Mar | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 15.0 |
| 18-Mar | 8.4 | 8.5 | 8.4 | 8.5 | 8.5 | 8.5 | 8.5 | 8.5 | 15.0 |
| 25-Mar | 9.1 | 9.1 | 9.1 | 9.1 | 9.1 | 9.1 | 9.1 | 9.1 | 15.0 |
| 01-Apr | 10.4 | 10.4 | 10.3 | 10.4 | 10.4 | 10.4 | 10.4 | 10.4 | 15.0 |
| 08-Apr | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 15.0 |
| 15-Apr | 12.2 | 12.1 | 12.1 | 12.1 | 12.2 | 12.1 | 12.1 | 12.1 | 15.0 |
| 22-Apr | 12.6 | 12.6 | 12.5 | 12.4 | 12.6 | 12.6 | 12.4 | 12.4 | 15.0 |
| 29-Apr | 12.3 | 12.3 | 12.2 | 11.9 | 12.4 | 12.3 | 12.0 | 11.9 | 15.0 |
| 06-May | 11.4 | 11.4 | 11.2 | 11.0 | 11.5 | 11.4 | 11.1 | 10.9 | 15.0 |
| 13-May | 13.3 | 12.8 | 12.9 | 12.5 | 13.2 | 12.8 | 12.6 | 12.4 | 15.0 |
| 20-May | 14.9 | 12.1 | 14.5 | 13.8 | 13.7 | 12.1 | 13.9 | 13.7 | 17.0 |
| 27-May | 16.6 | 15.0 | 16.0 | 15.0 | 14.8 | 15.0 | 15.1 | 14.9 | 17.0 |
| 03-Jun | 18.3 | 17.2 | 17.8 | 16.7 | 16.1 | 17.1 | 16.7 | 16.7 | 20.0 |
| 10-Jun | 18.6 | 17.6 | 18.3 | 17.2 | 16.0 | 17.6 | 17.2 | 17.3 | 20.0 |
| 17-Jun | 20.7 | 20.0 | 20.3 | 19.4 | 17.2 | 20.0 | 19.4 | 19.5 | 23.5 |
| 24-Jun | 23.2 | 22.7 | 22.8 | 22.1 | 18.8 | 22.7 | 22.2 | 22.2 | 23.5 |
| 01-Jul | 21.1 | 20.4 | 21.2 | 20.2 | 19.3 | 20.4 | 20.4 | 20.2 | 23.5 |
| 08-Jul | 23.5 | 22.6 | **23.7** | 22.2 | 21.2 | 22.6 | 22.5 | 22.3 | 23.5 |
| 15-Jul | **25.5** | **24.5** | **25.8** | **24.0** | 22.8 | **24.5** | **24.4** | **24.1** | 23.5 |
| 22-Jul | **24.8** | **23.8** | **25.2** | 23.2 | 21.9 | **23.8** | **23.7** | 23.3 | 23.5 |
| 29-Jul | **25.9** | **24.9** | **26.2** | **24.3** | 22.7 | **24.9** | **24.8** | **24.3** | 23.5 |
| 05-Aug | **25.9** | **25.0** | **26.1** | **24.4** | 22.8 | **25.0** | **24.9** | **24.4** | 23.5 |
| 12-Aug | **25.2** | **24.4** | **25.3** | **23.8** | 22.0 | **24.4** | **24.3** | **23.7** | 23.5 |
| 19-Aug | **24.6** | **23.9** | **24.8** | 23.3 | 21.5 | **23.9** | **23.8** | 23.2 | 23.5 |
| 26-Aug | 22.1 | 21.7 | 22.2 | 21.0 | 19.6 | 21.7 | 21.6 | 20.9 | 23.5 |
| 02-Sep | 22.7 | 22.2 | 22.9 | 21.5 | 20.1 | 22.2 | 22.1 | 21.3 | 23.5 |
| 09-Sep | 20.4 | 20.2 | 20.6 | 19.5 | 18.6 | 20.2 | 20.1 | 19.4 | 23.5 |
| 16-Sep | 15.4 | 15.6 | 15.4 | 14.9 | 15.2 | 15.7 | 15.6 | 14.8 | 19.0 |
| 23-Sep | 15.5 | 15.7 | 15.5 | 15.0 | 15.3 | 15.7 | 15.6 | 15.0 | 19.0 |
| **Non-Compliant** | 6 | 6 | 7 | 4 | 0 | 6 | 6 | 4 | |

a - based on Draft Standards of the Water Quality Control Plan of the Hoopa Valley Tribal Environmental

Protection Agency,  June 2000.  NTE = Not to Exceed

Table G.  Predicted water temperatures of the Trinity River at Weitchpec (RM 0.0) for a **DRY** year (1990).

SNTEMP utilized dam release water temperatures predicted by the BETTER model that used PROSIM 99 output.

Bolded values represent times that the draft Hoopa Valley Tribe water temperature objectives would not be met.

| | Predicted Water Temperatures of the Trinity River at Weitchpec - 1990 | | | | | | | | HVTEPA[a] |
| | Alternatives | | | | | | | | Criteria |
| Date | State Permit | NO Action | % Inflow | TRFE | Max Flow | E. Cond. | Cum 400K | Cum. 600K | NTE |
|---|---|---|---|---|---|---|---|---|---|
| 01-Oct | 15.5 | 15.4 | 15.7 | 14.9 | 15.6 | 15.2 | 15.6 | 15.1 | 19.0 |
| 08-Oct | 16.9 | 16.7 | 17.2 | 16.2 | 17.0 | 16.6 | 16.7 | 16.4 | 19.0 |
| 15-Oct | 14.4 | 14.1 | 14.6 | 14.2 | 14.5 | 14.1 | 14.5 | 14.4 | 19.0 |
| 22-Oct | 11.6 | 11.5 | 11.7 | 11.6 | 11.8 | 11.4 | 11.8 | 11.8 | 19.0 |
| 29-Oct | 10.4 | 10.3 | 10.5 | 10.4 | 10.5 | 10.3 | 10.6 | 10.6 | 19.0 |
| 05-Nov | 10.9 | 10.8 | 11.1 | 11.0 | 11.0 | 10.8 | 11.2 | 11.1 | 15.0 |
| 12-Nov | 9.3 | 9.3 | 9.3 | 9.5 | 9.4 | 9.3 | 9.6 | 9.6 | 15.0 |
| 19-Nov | 9.3 | 9.3 | 9.2 | 9.5 | 9.4 | 9.3 | 9.6 | 9.6 | 15.0 |
| 26-Nov | 6.1 | 6.2 | 6.1 | 6.3 | 6.3 | 6.2 | 6.5 | 6.4 | 15.0 |
| 03-Dec | 7.9 | 7.9 | 7.9 | 8.1 | 8.0 | 7.9 | 8.2 | 8.1 | 15.0 |
| 10-Dec | 5.4 | 5.4 | 5.4 | 5.6 | 5.5 | 5.4 | 5.7 | 5.7 | 15.0 |
| 17-Dec | 6.0 | 6.0 | 6.0 | 6.2 | 6.1 | 6.0 | 6.2 | 6.2 | 15.0 |
| 24-Dec | 5.2 | 5.3 | 5.3 | 5.5 | 5.4 | 5.3 | 5.5 | 5.5 | 15.0 |
| 31-Dec | 5.6 | 5.7 | 5.6 | 5.8 | 5.7 | 5.7 | 5.7 | 5.8 | 15.0 |
| 07-Jan | 6.9 | 6.9 | 6.8 | 6.9 | 7.1 | 6.9 | 6.9 | 6.9 | 15.0 |
| 14-Jan | 6.0 | 6.0 | 6.1 | 6.0 | 6.6 | 6.0 | 6.0 | 6.0 | 15.0 |
| 21-Jan | 6.5 | 6.5 | 6.6 | 6.5 | 7.0 | 6.5 | 6.5 | 6.5 | 15.0 |
| 28-Jan | 5.7 | 5.8 | 5.9 | 5.8 | 6.3 | 5.8 | 5.8 | 5.8 | 15.0 |
| 04-Feb | 5.9 | 5.9 | 5.9 | 5.9 | 6.2 | 5.9 | 5.9 | 5.9 | 15.0 |
| 11-Feb | 6.0 | 6.0 | 6.1 | 6.0 | 6.4 | 6.0 | 6.0 | 6.0 | 15.0 |
| 18-Feb | 8.7 | 8.6 | 8.2 | 8.6 | 7.6 | 8.6 | 8.6 | 8.6 | 15.0 |
| 25-Feb | 10.6 | 10.4 | 10.1 | 10.4 | 9.3 | 10.4 | 10.4 | 10.4 | 15.0 |
| 04-Mar | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 15.0 |
| 11-Mar | 8.6 | 8.6 | 8.6 | 8.6 | 8.2 | 8.6 | 8.6 | 8.6 | 15.0 |
| 18-Mar | 11.3 | 11.2 | 11.0 | 11.2 | 10.4 | 11.2 | 11.2 | 11.2 | 15.0 |
| 25-Mar | 11.0 | 10.9 | 10.9 | 10.9 | 10.4 | 10.9 | 10.9 | 10.9 | 15.0 |
| 01-Apr | 12.2 | 12.1 | 11.9 | 12.1 | 11.5 | 12.1 | 12.1 | 12.1 | 15.0 |
| 08-Apr | 13.0 | 13.0 | 12.5 | 13.0 | 12.0 | 13.0 | 13.0 | 13.0 | 15.0 |
| 15-Apr | 14.7 | 14.5 | 13.6 | 14.6 | 12.6 | 14.5 | 14.6 | 14.6 | 15.0 |
| 22-Apr | 13.7 | 13.6 | 12.7 | 13.5 | 11.6 | 13.6 | 13.4 | 13.4 | 15.0 |
| 29-Apr | 14.4 | 14.2 | 13.2 | 11.4 | 11.4 | 14.2 | 11.2 | 11.4 | 15.0 |
| 06-May | **15.5** | **15.3** | 13.9 | 11.8 | 12.9 | **15.3** | 11.5 | 11.9 | 15.0 |
| 13-May | **15.7** | 14.5 | 14.0 | 12.3 | 13.0 | 14.5 | 12.1 | 12.4 | 15.0 |
| 20-May | 15.6 | 10.7 | 13.8 | 12.6 | 12.8 | 10.7 | 12.5 | 12.7 | 17.0 |
| 27-May | 16.8 | 13.7 | 14.5 | 13.5 | 13.1 | 13.7 | 13.4 | 13.6 | 17.0 |
| 03-Jun | 18.4 | 16.6 | 16.3 | 16.1 | 14.9 | 16.6 | 16.0 | 16.2 | 20.0 |
| 10-Jun | 18.7 | 17.3 | 17.1 | 16.9 | 15.0 | 17.3 | 16.9 | 17.1 | 20.0 |
| 17-Jun | 21.7 | 20.8 | 20.1 | 20.1 | 16.6 | 20.8 | 20.1 | 20.2 | 23.5 |
| 24-Jun | 21.9 | 21.4 | 21.0 | 20.8 | 16.9 | 21.4 | 20.9 | 20.9 | 23.5 |
| 01-Jul | 20.9 | 19.9 | 20.6 | 20.0 | 16.5 | 19.9 | 20.1 | 20.0 | 23.5 |
| 08-Jul | **24.2** | 23.1 | **24.2** | 23.1 | 19.4 | 23.1 | 23.4 | 23.1 | 23.5 |
| 15-Jul | **26.1** | **24.7** | **26.1** | **24.7** | 22.3 | **24.7** | **25.1** | **24.8** | 23.5 |
| 22-Jul | **24.0** | 22.7 | **24.1** | 22.7 | 22.2 | 22.7 | 23.2 | 22.8 | 23.5 |
| 29-Jul | **25.0** | **23.6** | **25.1** | **23.6** | 23.2 | **23.6** | **24.1** | **23.7** | 23.5 |
| 05-Aug | **24.4** | 22.9 | **24.4** | 23.0 | 22.6 | 23.0 | 23.5 | 23.0 | 23.5 |
| 12-Aug | 23.3 | 21.9 | 23.3 | 21.9 | 21.6 | 21.9 | 22.5 | 21.9 | 23.5 |
| 19-Aug | 21.7 | 20.3 | 21.8 | 20.2 | 20.1 | 20.2 | 20.9 | 20.3 | 23.5 |
| 26-Aug | 20.3 | 19.1 | 20.4 | 19.0 | 19.0 | 18.9 | 19.7 | 19.0 | 23.5 |
| 02-Sep | 20.3 | 19.2 | 20.3 | 19.0 | 19.0 | 19.0 | 19.7 | 19.1 | 23.5 |
| 09-Sep | 20.3 | 19.2 | 20.4 | 18.9 | 18.9 | 18.9 | 19.7 | 19.0 | 23.5 |
| 16-Sep | 18.5 | 17.8 | 18.5 | 17.4 | 18.4 | 17.3 | 18.1 | 17.5 | 19.0 |
| 23-Sep | **20.3** | **19.5** | **19.8** | **19.1** | **20.2** | **19.0** | **19.8** | **19.2** | 19.0 |
| Non-Compliant | 8 | 4 | 6 | 3 | 1 | 4 | 3 | 3 | |

a - based on Draft Standards of the Water Quality Control Plan of the Hoopa Valley Tribal Environmental

Protection Agency,  June 2000.  NTE = Not to Exceed

Table H.  Predicted water temperatures of the Trinity River at Weitchpec (RM 0.0) for a **NORMAL** year (1989).

SNTEMP utilized dam release water temperatures predicted by the BETTER model that used PROSIM 99 output.

Bolded values represent times that the draft Hoopa Valley Tribe water temperature objectives would not be met.

| | Predicted Water Temperatures of the Trinity River at Weitchpec - 1989 | | | | | | | | HVTEPA[a] |
| | Alternatives | | | | | | | | Criteria |
| Date | State Permit | NO Action | % Inflow | TRFE | Max Flow | E. Cond. | Cum 400K | Cum. 600K | NTE |
|---|---|---|---|---|---|---|---|---|---|
| 01-Oct | 15.5 | 15.3 | 15.8 | 15.0 | 15.5 | 15.3 | 15.4 | 15.2 | 19.0 |
| 08-Oct | 14.4 | 14.3 | 14.7 | 14.1 | 14.5 | 14.3 | 14.5 | 14.4 | 19.0 |
| 15-Oct | 11.5 | 11.6 | 11.6 | 11.6 | 11.7 | 11.6 | 11.9 | 11.8 | 19.0 |
| 22-Oct | 9.8 | 9.8 | 9.8 | 9.8 | 9.9 | 9.8 | 10.0 | 9.9 | 19.0 |
| 29-Oct | 8.5 | 8.6 | 8.5 | 8.6 | 8.6 | 8.6 | 8.8 | 8.7 | 19.0 |
| 05-Nov | 6.3 | 6.5 | 6.2 | 6.5 | 6.4 | 6.5 | 6.7 | 6.6 | 13.0 |
| 12-Nov | 5.4 | 5.5 | 5.2 | 5.5 | 5.5 | 5.5 | 5.7 | 5.7 | 13.0 |
| 19-Nov | 4.0 | 4.2 | 4.1 | 4.2 | 4.1 | 4.2 | 4.3 | 4.3 | 13.0 |
| 26-Nov | 4.0 | 4.1 | 4.0 | 4.1 | 4.1 | 4.1 | 4.2 | 4.2 | 13.0 |
| 03-Dec | 3.9 | 4.1 | 3.9 | 4.0 | 4.0 | 4.1 | 4.1 | 4.1 | 13.0 |
| 10-Dec | 4.6 | 4.9 | 4.9 | 4.8 | 4.7 | 4.9 | 4.9 | 4.9 | 13.0 |
| 17-Dec | 2.4 | 2.7 | 2.8 | 2.7 | 2.6 | 2.7 | 2.7 | 2.7 | 13.0 |
| 24-Dec | 0.9 | 1.1 | 1.0 | 1.2 | 1.1 | 1.1 | 1.1 | 1.2 | 13.0 |
| 31-Dec | 2.6 | 2.8 | 2.7 | 2.8 | 2.7 | 2.8 | 2.7 | 2.8 | 13.0 |
| 07-Jan | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 13.0 |
| 14-Jan | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 13.0 |
| 21-Jan | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 13.0 |
| 28-Jan | 6.4 | 6.4 | 6.4 | 6.4 | 6.6 | 6.4 | 6.4 | 6.4 | 13.0 |
| 04-Feb | 4.4 | 4.4 | 4.4 | 4.4 | 4.9 | 4.4 | 4.4 | 4.4 | 13.0 |
| 11-Feb | 5.5 | 5.5 | 5.5 | 5.5 | 5.9 | 5.5 | 5.5 | 5.5 | 13.0 |
| 18-Feb | 6.5 | 6.5 | 6.6 | 6.5 | 6.7 | 6.5 | 6.5 | 6.5 | 13.0 |
| 25-Feb | 6.9 | 6.9 | 6.9 | 6.9 | 7.0 | 6.9 | 6.9 | 6.9 | 13.0 |
| 04-Mar | 6.5 | 6.5 | 6.6 | 6.5 | 6.6 | 6.5 | 6.5 | 6.5 | 13.0 |
| 11-Mar | 8.4 | 8.4 | 8.3 | 8.4 | 8.1 | 8.4 | 8.4 | 8.4 | 13.0 |
| 18-Mar | 8.6 | 8.6 | 8.4 | 8.6 | 8.2 | 8.6 | 8.6 | 8.6 | 13.0 |
| 25-Mar | 9.4 | 9.3 | 9.1 | 9.3 | 8.6 | 9.3 | 9.3 | 9.3 | 13.0 |
| 01-Apr | 11.0 | 10.9 | 10.4 | 11.0 | 9.7 | 10.9 | 10.9 | 10.9 | 13.0 |
| 08-Apr | **14.1** | **14.0** | 12.9 | **14.0** | 11.6 | **14.0** | **14.0** | **14.0** | 13.0 |
| 15-Apr | **15.8** | **15.6** | **13.9** | **15.6** | 12.4 | **15.6** | **15.6** | **15.6** | 13.0 |
| 22-Apr | 13.0 | 12.9 | 11.4 | 12.7 | 10.5 | 12.9 | 12.8 | 12.7 | 13.0 |
| 29-Apr | **16.6** | **16.4** | **14.0** | **13.2** | 11.4 | **16.4** | 13.0 | 13.0 | 13.0 |
| 06-May | **18.0** | **17.6** | **15.0** | 10.8 | 10.9 | **17.6** | 10.5 | 10.8 | 13.0 |
| 13-May | **19.4** | **17.3** | **15.7** | 11.4 | 12.2 | **17.3** | 11.0 | 11.3 | 13.0 |
| 20-May | **15.9** | 11.6 | 14.4 | 12.1 | 13.1 | 11.6 | 12.0 | 12.0 | 15.0 |
| 27-May | 14.4 | 13.8 | 14.0 | 13.2 | 13.5 | 13.8 | 13.2 | 13.2 | 15.0 |
| 03-Jun | **17.7** | **17.1** | 16.8 | 15.8 | 16.3 | **17.1** | 15.8 | 15.8 | 17.0 |
| 10-Jun | **19.7** | **18.9** | **18.2** | 16.7 | 17.0 | **18.9** | 16.8 | 16.7 | 17.0 |
| 17-Jun | **21.0** | **20.5** | **19.6** | 16.9 | **17.3** | **20.5** | **17.1** | 16.9 | 17.0 |
| 24-Jun | **21.4** | **21.1** | **20.6** | 16.7 | **17.2** | **21.1** | **17.1** | 16.8 | 17.0 |
| 01-Jul | **21.9** | **20.9** | **21.4** | 16.2 | 16.9 | **20.9** | **17.2** | 16.5 | 17.0 |
| 08-Jul | **24.0** | **22.8** | **23.7** | 18.3 | 19.3 | **22.8** | 19.4 | 18.5 | 22.1 |
| 15-Jul | **24.9** | **23.6** | **24.9** | **22.3** | 20.9 | **23.6** | **22.8** | **22.4** | 22.1 |
| 22-Jul | **24.3** | **22.9** | **24.3** | **22.9** | 21.7 | **22.9** | **23.3** | **23.0** | 22.1 |
| 29-Jul | **23.8** | **22.4** | **23.8** | **22.4** | 22.0 | **22.4** | **22.8** | **22.5** | 22.1 |
| 05-Aug | **24.9** | **23.4** | **25.0** | **23.4** | **22.9** | **23.4** | **23.8** | **23.5** | 22.1 |
| 12-Aug | **23.9** | **22.3** | **24.0** | **22.4** | 21.9 | **22.3** | **22.8** | **22.5** | 22.1 |
| 19-Aug | **22.7** | 21.3 | **22.8** | 21.3 | 20.9 | 21.3 | 21.8 | 21.4 | 22.1 |
| 26-Aug | 21.7 | 20.4 | 21.9 | 20.4 | 20.0 | 20.4 | 20.9 | 20.5 | 22.1 |
| 02-Sep | 21.2 | 19.9 | 21.4 | 19.8 | 19.4 | 19.9 | 20.3 | 20.0 | 22.1 |
| 09-Sep | 20.4 | 19.0 | 20.5 | 19.0 | 18.7 | 19.0 | 19.5 | 19.2 | 22.1 |
| 16-Sep | 16.3 | 15.4 | 16.4 | 15.3 | 16.1 | 15.4 | 15.9 | 15.6 | 19.0 |
| 23-Sep | 16.3 | 15.4 | 16.5 | 15.5 | 16.2 | 15.4 | 15.9 | 15.7 | 19.0 |
| Non-Compliant | 18 | 16 | 15 | 8 | 3 | 16 | 10 | 7 | |

a - based on Draft Standards of the Water Quality Control Plan of the Hoopa Valley Tribal Environmental

Protection Agency,  June 2000.  NTE = Not to Exceed

Table I.  Predicted water temperatures of the Trinity River at Weitchpec (RM 0.0) for a **WET** year (1986).

SNTEMP utilized dam release water temperatures predicted by the BETTER model that used PROSIM 99 output.

Bolded values represent times that the draft Hoopa Valley Tribe water temperature objectives would not be met.

| Date | Predicted Water Temperatures of the Trinity River at Weitchpec - 1986 | | | | | | | | HVTEPA[a] Criteria NTE |
|------|--------------|-----------|----------|------|----------|----------|----------|-----------|------|
| | Alternatives | | | | | | | | |
| | State Permit | NO Action | % Inflow | TRFE | Max Flow | E. Cond. | Cum 400K | Cum. 600K | |
| 01-Oct | 15.4 | 15.2 | 15.7 | 14.8 | 15.4 | 15.1 | 14.9 | 14.9 | 19.0 |
| 08-Oct | 12.2 | 12.1 | 12.5 | 11.9 | 12.4 | 12.0 | 12.0 | 12.1 | 19.0 |
| 15-Oct | 10.4 | 10.4 | 10.6 | 10.4 | 10.6 | 10.3 | 10.5 | 10.5 | 19.0 |
| 22-Oct | 8.9 | 8.9 | 9.0 | 8.9 | 9.1 | 8.9 | 9.0 | 9.1 | 19.0 |
| 29-Oct | 8.2 | 8.3 | 8.3 | 8.3 | 8.4 | 8.2 | 8.3 | 8.4 | 19.0 |
| 05-Nov | 6.6 | 6.8 | 6.6 | 6.7 | 6.8 | 6.7 | 6.8 | 6.9 | 13.0 |
| 12-Nov | 4.1 | 4.3 | 4.0 | 4.2 | 4.3 | 4.3 | 4.3 | 4.4 | 13.0 |
| 19-Nov | 3.3 | 3.4 | 3.5 | 3.3 | 3.4 | 3.4 | 3.4 | 3.5 | 13.0 |
| 26-Nov | 3.3 | 3.4 | 3.3 | 3.3 | 3.4 | 3.4 | 3.4 | 3.4 | 13.0 |
| 03-Dec | 4.6 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 13.0 |
| 10-Dec | 2.8 | 3.0 | 3.1 | 2.9 | 2.9 | 3.0 | 3.0 | 3.0 | 13.0 |
| 17-Dec | 3.1 | 3.3 | 3.3 | 3.2 | 3.2 | 3.3 | 3.3 | 3.3 | 13.0 |
| 24-Dec | 3.2 | 3.3 | 3.2 | 3.3 | 3.2 | 3.3 | 3.3 | 3.3 | 13.0 |
| 31-Dec | 5.3 | 5.4 | 5.3 | 5.3 | 5.3 | 5.4 | 5.4 | 5.4 | 13.0 |
| 07-Jan | 4.3 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 13.0 |
| 14-Jan | 4.7 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 13.0 |
| 21-Jan | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 13.0 |
| 28-Jan | 5.7 | 5.7 | 5.7 | 5.7 | 5.9 | 5.7 | 5.7 | 5.7 | 13.0 |
| 04-Feb | 5.6 | 5.7 | 5.7 | 5.6 | 5.9 | 5.6 | 5.6 | 5.6 | 13.0 |
| 11-Feb | 5.6 | 5.6 | 5.6 | 5.6 | 5.8 | 5.6 | 5.6 | 5.6 | 13.0 |
| 18-Feb | 6.5 | 6.5 | 6.5 | 6.5 | 6.6 | 6.5 | 6.5 | 6.5 | 13.0 |
| 25-Feb | 8.3 | 8.3 | 8.3 | 8.3 | 8.4 | 8.3 | 8.3 | 8.3 | 13.0 |
| 04-Mar | 7.1 | 7.1 | 7.3 | 7.1 | 7.3 | 7.1 | 7.1 | 7.1 | 13.0 |
| 11-Mar | 6.9 | 6.9 | 6.9 | 6.9 | 7.0 | 6.9 | 6.9 | 6.9 | 13.0 |
| 18-Mar | 8.7 | 8.7 | 8.7 | 8.7 | 8.6 | 8.7 | 8.7 | 8.7 | 13.0 |
| 25-Mar | 10.0 | 10.0 | 10.0 | 10.0 | 9.7 | 10.0 | 10.0 | 10.0 | 13.0 |
| 01-Apr | 10.5 | 10.5 | 10.3 | 10.5 | 9.9 | 10.5 | 10.5 | 10.5 | 13.0 |
| 08-Apr | 11.5 | 11.4 | 11.0 | 11.4 | 10.3 | 11.4 | 11.4 | 11.4 | 13.0 |
| 15-Apr | 11.6 | 11.5 | 11.0 | 11.5 | 10.1 | 11.5 | 11.5 | 11.5 | 13.0 |
| 22-Apr | 12.8 | 12.7 | 11.9 | 12.7 | 10.5 | 12.8 | 12.6 | 12.7 | 13.0 |
| 29-Apr | 11.6 | 11.6 | 10.6 | 10.9 | 9.6 | 11.6 | 10.7 | 10.8 | 13.0 |
| 06-May | **13.7** | **13.5** | 11.9 | 11.6 | 10.3 | **13.5** | 11.6 | 11.6 | 13.0 |
| 13-May | **16.1** | **14.8** | **13.1** | 11.2 | 10.9 | **14.8** | 11.2 | 11.2 | 13.0 |
| 20-May | **18.4** | 12.0 | 13.6 | 10.9 | 11.1 | 12.0 | 10.9 | 10.9 | 15.0 |
| 27-May | **22.2** | **18.0** | **16.0** | 13.1 | 14.1 | **18.0** | 13.0 | 13.0 | 15.0 |
| 03-Jun | **20.8** | **18.4** | 15.7 | 14.0 | 13.9 | **18.4** | 13.9 | 13.9 | 17.0 |
| 10-Jun | **22.6** | **20.6** | **17.5** | 16.3 | 15.7 | **20.6** | 16.1 | 16.2 | 17.0 |
| 17-Jun | **22.1** | **21.0** | **17.7** | 15.8 | 15.5 | **21.0** | 15.6 | 15.7 | 17.0 |
| 24-Jun | **23.9** | **23.3** | **20.0** | 16.6 | **17.1** | **23.3** | 16.5 | 16.5 | 17.0 |
| 01-Jul | **24.3** | **22.8** | **21.9** | 16.3 | **17.5** | **22.8** | 16.5 | 16.5 | 17.0 |
| 08-Jul | **24.6** | **23.4** | **23.6** | 17.6 | 17.4 | **23.4** | 17.8 | 17.8 | 22.1 |
| 15-Jul | **24.9** | **23.7** | **24.6** | 21.9 | 18.1 | **23.7** | 22.0 | 22.0 | 22.1 |
| 22-Jul | **25.2** | **24.1** | **25.2** | **24.1** | 21.6 | **24.1** | **24.2** | **24.2** | 22.1 |
| 29-Jul | **25.0** | **23.4** | **25.0** | **23.4** | 21.6 | **23.4** | **23.5** | **23.5** | 22.1 |
| 05-Aug | **25.2** | **23.8** | **25.3** | **23.9** | **22.3** | **23.8** | **24.1** | **24.0** | 22.1 |
| 12-Aug | **24.3** | **22.9** | **24.2** | **23.0** | 21.9 | **22.9** | **23.2** | **23.1** | 22.1 |
| 19-Aug | 22.1 | 20.8 | 22.1 | 20.8 | 20.4 | 20.8 | 21.1 | 20.9 | 22.1 |
| 26-Aug | 20.5 | 19.0 | 20.4 | 19.0 | 18.7 | 19.0 | 19.3 | 19.1 | 22.1 |
| 02-Sep | **23.0** | 21.3 | 23.2 | 21.2 | 20.7 | 21.3 | 21.5 | 21.3 | 22.1 |
| 09-Sep | 17.4 | 16.5 | 17.5 | 16.3 | 16.3 | 16.5 | 16.6 | 16.4 | 22.1 |
| 16-Sep | 13.6 | 13.0 | 13.7 | 12.7 | 13.6 | 13.0 | 13.1 | 12.9 | 19.0 |
| 23-Sep | 13.1 | 12.5 | 13.2 | 12.4 | 13.1 | 12.5 | 12.6 | 12.5 | 19.0 |
| Non-Compliant | 16 | 14 | 12 | 4 | 3 | 14 | 4 | 4 | |

a - based on Draft Standards of the Water Quality Control Plan of the Hoopa Valley Tribal Environmental

Protection Agency,  June 2000.  NTE = Not to Exceed

Table J.  Predicted water temperatures of the Trinity River at Weitchpec (RM 0.0) for an **EXTREMELY WET** year (1983).

SNTEMP utilized dam release water temperatures predicted by the BETTER model that used PROSIM 99 output.

Bolded values represent times that the draft Hoopa Valley Tribe water temperature objectives would not be met.

| | Predicted Water Temperatures of the Trinity River at Weitchpec - 1983 | | | | | | | | HVTEPA[a] |
| | Alternatives | | | | | | | | Criteria |
| Date | State Permit | NO Action | % Inflow | TRFE | Max Flow | E. Cond. | Cum 400K | Cum. 600K | NTE |
|---|---|---|---|---|---|---|---|---|---|
| 01-Oct | 12.3 | 12.1 | 12.3 | 12.1 | 12.7 | 12.1 | 12.1 | 12.1 | 19.0 |
| 08-Oct | 12.8 | 12.4 | 12.8 | 12.4 | 13.1 | 12.4 | 12.4 | 12.4 | 19.0 |
| 15-Oct | 11.2 | 10.8 | 10.9 | 11.0 | 11.5 | 10.8 | 11.2 | 11.0 | 19.0 |
| 22-Oct | 9.8 | 9.5 | 9.6 | 9.6 | 10.1 | 9.5 | 9.7 | 9.6 | 19.0 |
| 29-Oct | 7.5 | 7.3 | 7.3 | 7.5 | 7.9 | 7.4 | 7.5 | 7.5 | 19.0 |
| 05-Nov | 6.9 | 6.8 | 6.9 | 6.9 | 7.0 | 6.8 | 6.9 | 6.9 | 13.0 |
| 12-Nov | 6.1 | 6.0 | 6.0 | 6.0 | 6.1 | 6.0 | 6.0 | 6.0 | 13.0 |
| 19-Nov | 6.2 | 6.1 | 6.2 | 6.2 | 6.2 | 6.1 | 6.2 | 6.2 | 13.0 |
| 26-Nov | 5.7 | 5.6 | 5.7 | 5.6 | 5.7 | 5.6 | 5.6 | 5.6 | 13.0 |
| 03-Dec | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 13.0 |
| 10-Dec | 5.6 | 5.6 | 5.7 | 5.6 | 5.7 | 5.6 | 5.6 | 5.6 | 13.0 |
| 17-Dec | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 | 13.0 |
| 24-Dec | 5.3 | 5.3 | 5.4 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 | 13.0 |
| 31-Dec | 5.0 | 5.0 | 5.1 | 5.0 | 5.1 | 5.0 | 5.0 | 5.0 | 13.0 |
| 07-Jan | 5.0 | 5.0 | 5.2 | 5.0 | 5.5 | 5.0 | 5.0 | 5.0 | 13.0 |
| 14-Jan | 4.9 | 4.9 | 5.2 | 4.9 | 5.4 | 4.9 | 4.9 | 4.9 | 13.0 |
| 21-Jan | 5.3 | 5.4 | 5.6 | 5.4 | 5.7 | 5.4 | 5.4 | 5.4 | 13.0 |
| 28-Jan | 5.5 | 5.5 | 5.8 | 5.5 | 5.8 | 5.5 | 5.5 | 5.5 | 13.0 |
| 04-Feb | 4.6 | 4.7 | 5.1 | 4.7 | 5.3 | 4.7 | 4.7 | 4.7 | 13.0 |
| 11-Feb | 6.0 | 6.0 | 6.1 | 6.0 | 6.1 | 6.0 | 6.0 | 6.0 | 13.0 |
| 18-Feb | 6.5 | 6.5 | 6.6 | 6.5 | 6.6 | 6.5 | 6.5 | 6.5 | 13.0 |
| 25-Feb | 6.6 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 13.0 |
| 04-Mar | 7.5 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 13.0 |
| 11-Mar | 7.5 | 7.4 | 7.5 | 7.4 | 7.5 | 7.4 | 7.4 | 7.4 | 13.0 |
| 18-Mar | 7.8 | 7.7 | 7.7 | 7.7 | 7.7 | 7.7 | 7.7 | 7.7 | 13.0 |
| 25-Mar | 7.9 | 7.8 | 7.9 | 7.8 | 7.9 | 7.8 | 7.8 | 7.8 | 13.0 |
| 01-Apr | 10.3 | 10.2 | 9.7 | 10.2 | 9.3 | 10.2 | 10.2 | 10.2 | 13.0 |
| 08-Apr | 10.1 | 10.0 | 9.7 | 10.0 | 9.0 | 10.0 | 10.0 | 10.0 | 13.0 |
| 15-Apr | 10.8 | 10.8 | 10.4 | 10.8 | 9.3 | 10.8 | 10.8 | 10.8 | 13.0 |
| 22-Apr | 10.5 | 10.5 | 10.0 | 10.4 | 8.7 | 10.5 | 10.4 | 10.4 | 13.0 |
| 29-Apr | 10.6 | 10.9 | 10.7 | 11.1 | 9.5 | 10.9 | 11.1 | 11.1 | 13.0 |
| 06-May | 10.4 | 10.8 | 10.7 | 11.1 | 9.7 | 10.8 | 11.1 | 11.1 | 13.0 |
| 13-May | 11.9 | 12.2 | 12.2 | 13.0 | 10.7 | 12.2 | 13.0 | 13.0 | 13.0 |
| 20-May | **13.1** | 11.8 | **13.5** | 11.6 | 10.3 | 11.8 | 11.6 | 11.6 | 13.0 |
| 27-May | 12.6 | 12.7 | 12.5 | 10.7 | 12.7 | 12.7 | 10.7 | 10.7 | 15.0 |
| 03-Jun | 12.3 | 12.3 | 12.0 | 11.6 | 14.1 | 12.3 | 11.6 | 11.6 | 15.0 |
| 10-Jun | 11.7 | 11.8 | 11.7 | 11.6 | 14.3 | 11.8 | 11.6 | 11.6 | 17.0 |
| 17-Jun | 12.2 | 12.4 | 12.5 | 13.0 | 16.1 | 12.4 | 13.0 | 13.0 | 17.0 |
| 24-Jun | 12.4 | 12.6 | 12.9 | 14.3 | **17.1** | 12.6 | 14.3 | 14.3 | 17.0 |
| 01-Jul | 13.7 | 13.8 | 13.3 | 13.0 | **17.9** | 13.8 | 13.0 | 13.0 | 17.0 |
| 08-Jul | 13.9 | 14.0 | 13.8 | 13.5 | **18.3** | 14.0 | 13.6 | 13.5 | 17.0 |
| 15-Jul | 13.4 | 13.5 | 13.6 | 13.9 | 18.1 | 13.5 | 13.9 | 13.9 | 22.1 |
| 22-Jul | 13.9 | 14.0 | 14.3 | 14.7 | 19.9 | 14.0 | 14.7 | 14.7 | 22.1 |
| 29-Jul | 17.7 | 17.3 | 17.8 | 18.1 | 22.6 | 17.3 | 18.1 | 18.1 | 22.1 |
| 05-Aug | **23.4** | 22.1 | **22.8** | 22.1 | **22.9** | 22.1 | 22.1 | 22.1 | 22.1 |
| 12-Aug | **22.7** | 21.4 | **22.4** | 21.4 | **22.2** | 21.4 | 21.4 | 21.4 | 22.1 |
| 19-Aug | 18.6 | 17.6 | 18.5 | 17.6 | 18.5 | 17.6 | 17.6 | 17.6 | 22.1 |
| 26-Aug | 18.2 | 17.2 | 18.1 | 17.2 | 18.1 | 17.2 | 17.2 | 17.2 | 22.1 |
| 02-Sep | 19.6 | 18.5 | 19.6 | 18.5 | 19.3 | 18.5 | 18.4 | 18.5 | 22.1 |
| 09-Sep | 19.2 | 18.1 | 19.2 | 18.1 | 19.1 | 18.1 | 18.1 | 18.1 | 22.1 |
| 16-Sep | 17.9 | 16.9 | 17.8 | 16.9 | 17.8 | 16.9 | 16.9 | 16.9 | 19.0 |
| 23-Sep | 15.6 | 15.0 | 15.7 | 15.0 | 15.8 | 15.0 | 15.0 | 15.0 | 19.0 |
| **Non-Compliant** | 3 | 0 | 3 | 0 | 5 | 0 | 0 | 0 | |

a - based on Draft Standards of the Water Quality Control Plan of the Hoopa Valley Tribal Environmental

Protection Agency,  June 2000.  NTE = Not to Exceed

**Old River @ Rock Slough (108)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 225 | 221 | 199 | 313 | 520 | 513 | 430 | 379 | 377 | 337 | 456 | 479 | 4,449 |
| 1977 | 561 | 675 | 661 | 823 | 1072 | 789 | 557 | 506 | 521 | 594 | 681 | 790 | 8,230 |
| 1978 | 782 | 679 | 519 | 320 | 283 | 357 | 341 | 245 | 210 | 207 | 223 | 270 | 4,436 |
| 1979 | 309 | 492 | 488 | 411 | 320 | 264 | 222 | 212 | 212 | 205 | 255 | 341 | 3,731 |
| 1980 | 448 | 484 | 315 | 234 | 238 | 238 | 219 | 234 | 214 | 205 | 214 | 278 | 3,301 |
| 1981 | 342 | 429 | 344 | 246 | 253 | 225 | 223 | 240 | 270 | 315 | 377 | 438 | 3,705 |
| 1982 | 498 | 506 | 225 | 262 | 229 | 287 | 209 | 215 | 211 | 192 | 187 | 189 | 3,210 |
| 1983 | 197 | 241 | 261 | 258 | 191 | 195 | 180 | 180 | 202 | 218 | 205 | 206 | 2,534 |
| 1984 | 205 | 210 | 189 | 204 | 257 | 232 | 204 | 211 | 230 | 206 | 222 | 287 | 2,657 |
| 1985 | 445 | 523 | 229 | 258 | 474 | 315 | 256 | 277 | 256 | 299 | 375 | 447 | 4,154 |
| 1986 | 500 | 511 | 400 | 415 | 339 | 249 | 217 | 234 | 236 | 243 | 226 | 297 | 3,867 |
| 1987 | 457 | 620 | 590 | 840 | 836 | 421 | 291 | 271 | 282 | 315 | 413 | 518 | 5,854 |
| 1988 | 493 | 443 | 384 | 462 | 325 | 276 | 356 | 422 | 400 | 334 | 526 | 685 | 5,106 |
| 1989 | 654 | 564 | 508 | 753 | 930 | 401 | 206 | 211 | 257 | 297 | 384 | 450 | 5,617 |
| 1990 | 479 | 628 | 620 | 1096 | 965 | 447 | 375 | 356 | 307 | 318 | 488 | 642 | 6,721 |
| 76 - 90 AVG | 440 | 480 | 395 | 480 | 482 | 347 | 288 | 280 | 279 | 286 | 349 | 421 | 4,505 |

**Old River @ Rock Slough (108)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 99 | 74 | 65 | 198 | 434 | 431 | 324 | 256 | 254 | 227 | 384 | 417 | 3,161 |
| 1977 | 472 | 584 | 583 | 806 | 1104 | 764 | 472 | 390 | 413 | 513 | 635 | 780 | 7,516 |
| 1978 | 736 | 555 | 410 | 154 | 95 | 125 | 116 | 78 | 69 | 76 | 101 | 143 | 2,658 |
| 1979 | 193 | 403 | 410 | 262 | 128 | 87 | 69 | 74 | 84 | 76 | 143 | 250 | 2,197 |
| 1980 | 371 | 387 | 213 | 85 | 71 | 67 | 63 | 76 | 74 | 74 | 92 | 154 | 1,727 |
| 1981 | 227 | 320 | 239 | 104 | 83 | 67 | 70 | 91 | 151 | 214 | 291 | 368 | 2,225 |
| 1982 | 420 | 434 | 102 | 92 | 71 | 94 | 49 | 59 | 65 | 59 | 62 | 61 | 1,568 |
| 1983 | 61 | 88 | 96 | 85 | 49 | 52 | 41 | 40 | 56 | 67 | 63 | 65 | 763 |
| 1984 | 68 | 56 | 53 | 50 | 76 | 69 | 59 | 77 | 107 | 81 | 104 | 185 | 985 |
| 1985 | 373 | 455 | 105 | 134 | 381 | 184 | 112 | 143 | 132 | 194 | 288 | 378 | 2,879 |
| 1986 | 421 | 418 | 304 | 312 | 147 | 76 | 84 | 74 | 84 | 95 | 99 | 191 | 2,285 |
| 1987 | 376 | 550 | 538 | 839 | 816 | 307 | 140 | 118 | 159 | 213 | 333 | 463 | 4,852 |
| 1988 | 418 | 321 | 281 | 373 | 194 | 138 | 240 | 328 | 306 | 232 | 485 | 663 | 3,959 |
| 1989 | 596 | 486 | 427 | 728 | 922 | 297 | 78 | 85 | 144 | 193 | 298 | 384 | 4,618 |
| 1990 | 407 | 555 | 554 | 1147 | 973 | 340 | 268 | 255 | 199 | 216 | 422 | 612 | 5,948 |
| 76 - 90 AVG | 349 | 378 | 292 | 359 | 369 | 207 | 144 | 143 | 153 | 169 | 252 | 341 | 3,156 |

**Old River @ Rock Slough (108)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2653 | 2736 | 3043 | 3829 | 4224 | 4139 | 3871 | 3785 | 4096 | 3658 | 3294 | 2969 | 42,297 |
| 1977 | 3116 | 3234 | 3304 | 3797 | 4089 | 4212 | 4125 | 4209 | 4308 | 4391 | 4199 | 3721 | 46,705 |
| 1978 | 3614 | 3513 | 3708 | 5688 | 6109 | 7078 | 6347 | 4059 | 3280 | 3396 | 3353 | 3100 | 53,245 |
| 1979 | 2919 | 2816 | 3044 | 4694 | 6172 | 5352 | 3810 | 3201 | 3253 | 3330 | 3217 | 2979 | 44,787 |
| 1980 | 2810 | 2685 | 3117 | 4552 | 6791 | 6072 | 4366 | 3504 | 3261 | 3296 | 3239 | 3111 | 46,804 |
| 1981 | 2981 | 2927 | 3095 | 4077 | 4911 | 4607 | 3971 | 3618 | 3414 | 3182 | 3137 | 2921 | 42,821 |
| 1982 | 2896 | 2887 | 3440 | 5293 | 5543 | 6555 | 4893 | 4305 | 3345 | 3207 | 3085 | 2921 | 48,372 |
| 1983 | 2934 | 3841 | 5342 | 5913 | 6193 | 5067 | 4828 | 3527 | 4318 | 4139 | 3442 | 3191 | 52,535 |
| 1984 | 3128 | 3363 | 4213 | 4783 | 5839 | 4738 | 3368 | 3078 | 3299 | 3289 | 3183 | 2939 | 45,010 |
| 1985 | 2716 | 2954 | 3447 | 3731 | 4220 | 4486 | 3996 | 3582 | 3406 | 3165 | 3160 | 2947 | 41,815 |
| 1986 | 2942 | 2981 | 3374 | 4090 | 7424 | 6124 | 4365 | 3674 | 3486 | 3811 | 3500 | 3021 | 48,792 |
| 1987 | 2852 | 2882 | 3036 | 3553 | 4226 | 4474 | 4418 | 4038 | 3509 | 3213 | 3282 | 3041 | 42,506 |
| 1988 | 2971 | 3040 | 3253 | 3885 | 4389 | 4481 | 3792 | 3317 | 3443 | 3380 | 3480 | 3217 | 42,648 |
| 1989 | 3298 | 3171 | 3184 | 3764 | 4378 | 3964 | 3100 | 2918 | 3112 | 3115 | 3209 | 2917 | 40,130 |
| 1990 | 2835 | 2971 | 3212 | 3519 | 4096 | 4593 | 3559 | 3090 | 3285 | 3257 | 3381 | 3147 | 40,927 |
| 76 - 90 AVG | 2,978 | 3,067 | 3,454 | 4,345 | 5,227 | 5,063 | 4,174 | 3,594 | 3,521 | 3,454 | 3,340 | 3,078 | 45,293 |

**Old River @ Rock Slough (106)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 239 | 223 | 265 | 638 | 843 | 607 | 446 | 390 | 398 | 319 | 405 | 516 | 4,449 |
| 1977 | 621 | 739 | 738 | 948 | 1148 | 812 | 578 | 518 | 574 | 639 | 702 | 814 | 8,230 |
| 1978 | 836 | 728 | 498 | 318 | 357 | 369 | 258 | 217 | 206 | 216 | 226 | 316 | 4,436 |
| 1979 | 426 | 548 | 494 | 441 | 304 | 238 | 208 | 208 | 204 | 208 | 303 | 380 | 3,731 |
| 1980 | 434 | 426 | 282 | 317 | 385 | 217 | 187 | 218 | 215 | 209 | 219 | 315 | 3,301 |
| 1981 | 427 | 538 | 544 | 455 | 266 | 206 | 200 | 249 | 289 | 314 | 406 | 490 | 3,705 |
| 1982 | 533 | 492 | 221 | 292 | 256 | 316 | 225 | 201 | 202 | 190 | 195 | 195 | 3,210 |
| 1983 | 186 | 231 | 278 | 265 | 160 | 145 | 141 | 178 | 202 | 201 | 195 | 192 | 2,534 |
| 1984 | 190 | 284 | 209 | 201 | 230 | 206 | 199 | 214 | 219 | 212 | 248 | 304 | 2,657 |
| 1985 | 428 | 548 | 274 | 320 | 572 | 391 | 286 | 313 | 291 | 303 | 399 | 514 | 4,154 |
| 1986 | 532 | 508 | 401 | 420 | 594 | 297 | 188 | 217 | 234 | 228 | 219 | 284 | 3,867 |
| 1987 | 429 | 607 | 599 | 946 | 880 | 416 | 274 | 259 | 280 | 306 | 400 | 592 | 5,854 |
| 1988 | 677 | 540 | 461 | 512 | 370 | 289 | 347 | 385 | 405 | 335 | 502 | 713 | 5,106 |
| 1989 | 756 | 609 | 511 | 767 | 947 | 395 | 205 | 204 | 227 | 275 | 386 | 449 | 5,617 |
| 1990 | 497 | 651 | 664 | 1066 | 888 | 438 | 390 | 395 | 331 | 325 | 462 | 612 | 6,721 |
| 76 - 90 AVG | 481 | 511 | 429 | 528 | 547 | 356 | 275 | 278 | 285 | 285 | 351 | 446 | 4,505 |

**Old River @ Rock Slough (106)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 112 | 82 | 152 | 591 | 826 | 543 | 344 | 275 | 283 | 208 | 323 | 459 | 3,161 |
| 1977 | 529 | 651 | 872 | 954 | 1196 | 793 | 492 | 414 | 478 | 561 | 654 | 799 | 7,516 |
| 1978 | 773 | 589 | 385 | 152 | 133 | 135 | 79 | 64 | 67 | 81 | 105 | 191 | 2,658 |
| 1979 | 325 | 460 | 425 | 323 | 125 | 75 | 62 | 72 | 81 | 88 | 204 | 297 | 2,197 |
| 1980 | 354 | 341 | 173 | 124 | 141 | 66 | 50 | 69 | 74 | 77 | 98 | 197 | 1,727 |
| 1981 | 332 | 454 | 486 | 369 | 130 | 65 | 61 | 118 | 173 | 210 | 324 | 428 | 2,225 |
| 1982 | 460 | 414 | 96 | 107 | 83 | 108 | 62 | 53 | 60 | 59 | 71 | 66 | 1,568 |
| 1983 | 55 | 80 | 102 | 91 | 50 | 53 | 42 | 42 | 58 | 60 | 58 | 57 | 763 |
| 1984 | 80 | 97 | 57 | 54 | 66 | 57 | 56 | 73 | 92 | 91 | 137 | 205 | 985 |
| 1985 | 354 | 480 | 156 | 210 | 501 | 271 | 148 | 200 | 182 | 198 | 315 | 456 | 2,879 |
| 1986 | 452 | 406 | 305 | 318 | 286 | 110 | 57 | 68 | 82 | 86 | 97 | 179 | 2,285 |
| 1987 | 341 | 528 | 549 | 969 | 870 | 302 | 127 | 112 | 158 | 198 | 313 | 544 | 4,852 |
| 1988 | 618 | 423 | 374 | 434 | 236 | 142 | 220 | 272 | 296 | 226 | 435 | 694 | 3,959 |
| 1989 | 724 | 530 | 434 | 745 | 941 | 290 | 75 | 74 | 106 | 166 | 302 | 380 | 4,618 |
| 1990 | 429 | 585 | 602 | 1134 | 883 | 332 | 288 | 305 | 231 | 225 | 391 | 573 | 5,948 |
| 78 - 90 AVG | 394 | 408 | 331 | 438 | 431 | 223 | 144 | 147 | 161 | 169 | 255 | 368 | 3,156 |

**Old River @ Rock Slough (106)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2659 | 2674 | 2970 | 3723 | 4150 | 4158 | 3843 | 3686 | 4086 | 3572 | 3302 | 3025 | 42,297 |
| 1977 | 3123 | 3203 | 3322 | 3811 | 4073 | 4202 | 4232 | 4073 | 4321 | 4532 | 4384 | 3895 | 46,705 |
| 1978 | 3916 | 3661 | 3694 | 5675 | 7072 | 6664 | 4987 | 3731 | 3305 | 3571 | 3250 | 3094 | 53,245 |
| 1979 | 3073 | 2888 | 2994 | 4522 | 5786 | 4855 | 3632 | 3190 | 3009 | 3024 | 3029 | 2869 | 44,787 |
| 1980 | 2765 | 2676 | 3120 | 4494 | 7952 | 5619 | 3874 | 3387 | 3278 | 3365 | 3232 | 3101 | 46,804 |
| 1981 | 2976 | 2907 | 3031 | 3700 | 4154 | 3982 | 3415 | 3337 | 3391 | 3268 | 3270 | 2991 | 42,821 |
| 1982 | 2928 | 2893 | 3443 | 5270 | 5460 | 6829 | 5259 | 4111 | 3376 | 3212 | 3100 | 2930 | 48,372 |
| 1983 | 2740 | 3421 | 5271 | 6146 | 6242 | 5128 | 4665 | 3600 | 4340 | 4031 | 3415 | 3085 | 52,535 |
| 1984 | 2958 | 3373 | 4265 | 4914 | 5371 | 4396 | 3341 | 3218 | 3206 | 3092 | 3043 | 2888 | 45,010 |
| 1985 | 2699 | 2960 | 3420 | 3654 | 4099 | 4638 | 3987 | 3241 | 3220 | 3193 | 3329 | 3096 | 41,815 |
| 1986 | 3055 | 3025 | 3366 | 4063 | 8091 | 6640 | 4362 | 3680 | 3528 | 3669 | 3237 | 2902 | 48,792 |
| 1987 | 2827 | 2884 | 3026 | 3875 | 4175 | 4478 | 4153 | 3811 | 3506 | 3360 | 3509 | 3315 | 42,506 |
| 1988 | 3344 | 3203 | 3249 | 3875 | 4737 | 4769 | 4019 | 3604 | 3817 | 3576 | 3539 | 3289 | 42,648 |
| 1989 | 3321 | 3115 | 3141 | 3737 | 4394 | 3977 | 3475 | 3010 | 3129 | 3093 | 3190 | 2928 | 40,130 |
| 1990 | 2842 | 2950 | 3210 | 3517 | 4045 | 4508 | 3475 | 2972 | 3157 | 3186 | 3307 | 3157 | 40,927 |
| 78 - 90 AVG | 3,015 | 3,056 | 3,435 | 4,306 | 5,320 | 4,990 | 4,022 | 3,510 | 3,511 | 3,450 | 3,342 | 3,104 | 45,293 |

**Old River @ Rock Slough (106)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 226 | 214 | 261 | 634 | 834 | 599 | 439 | 388 | 378 | 307 | 395 | 533 | 5,208 |
| 1977 | 630 | 804 | 778 | 887 | 1068 | 811 | 570 | 509 | 562 | 629 | 698 | 817 | 8,763 |
| 1978 | 831 | 703 | 538 | 323 | 341 | 332 | 255 | 227 | 210 | 211 | 222 | 303 | 4,496 |
| 1979 | 433 | 549 | 481 | 427 | 295 | 234 | 210 | 211 | 203 | 208 | 304 | 382 | 3,935 |
| 1980 | 429 | 404 | 266 | 226 | 350 | 230 | 202 | 227 | 216 | 208 | 222 | 319 | 3,299 |
| 1981 | 422 | 476 | 465 | 429 | 258 | 209 | 202 | 254 | 291 | 311 | 404 | 479 | 4,200 |
| 1982 | 512 | 463 | 215 | 261 | 227 | 301 | 223 | 210 | 212 | 192 | 194 | 192 | 3,202 |
| 1983 | 181 | 211 | 258 | 261 | 193 | 198 | 181 | 182 | 203 | 214 | 204 | 195 | 2,481 |
| 1984 | 191 | 207 | 192 | 211 | 243 | 215 | 204 | 217 | 220 | 212 | 248 | 306 | 2,686 |
| 1985 | 432 | 523 | 264 | 295 | 531 | 381 | 277 | 294 | 266 | 295 | 404 | 520 | 4,482 |
| 1986 | 531 | 526 | 398 | 407 | 416 | 288 | 221 | 237 | 240 | 238 | 222 | 286 | 4,010 |
| 1987 | 425 | 596 | 592 | 934 | 868 | 412 | 271 | 256 | 281 | 307 | 404 | 595 | 5,941 |
| 1988 | 706 | 612 | 525 | 525 | 369 | 288 | 350 | 395 | 384 | 308 | 447 | 642 | 5,551 |
| 1989 | 683 | 600 | 513 | 765 | 949 | 412 | 208 | 205 | 226 | 282 | 413 | 494 | 5,750 |
| 1990 | 494 | 644 | 654 | 1063 | 843 | 417 | 367 | 360 | 313 | 322 | 445 | 815 | 6,537 |
| 76 - 90 AVG | 475 | 502 | 427 | 510 | 519 | 355 | 279 | 278 | 280 | 283 | 348 | 445 | 4,701 |

**Old River @ Rock Slough (106)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 100 | 76 | 148 | 587 | 815 | 534 | 338 | 278 | 268 | 199 | 311 | 480 | 4,132 |
| 1977 | 561 | 751 | 725 | 877 | 1095 | 790 | 486 | 409 | 468 | 553 | 651 | 803 | 8,169 |
| 1978 | 776 | 584 | 441 | 159 | 125 | 116 | 78 | 69 | 69 | 77 | 102 | 183 | 2,779 |
| 1979 | 334 | 468 | 409 | 309 | 120 | 73 | 63 | 74 | 79 | 84 | 204 | 300 | 2,517 |
| 1980 | 350 | 315 | 154 | 74 | 125 | 69 | 56 | 73 | 75 | 76 | 102 | 204 | 1,673 |
| 1981 | 330 | 378 | 390 | 339 | 121 | 65 | 62 | 124 | 174 | 204 | 320 | 414 | 2,921 |
| 1982 | 434 | 380 | 89 | 91 | 69 | 102 | 56 | 56 | 65 | 60 | 71 | 64 | 1,537 |
| 1983 | 52 | 70 | 95 | 87 | 50 | 53 | 42 | 42 | 58 | 65 | 62 | 59 | 735 |
| 1984 | 60 | 56 | 55 | 54 | 70 | 62 | 59 | 75 | 93 | 91 | 137 | 206 | 1,018 |
| 1985 | 360 | 454 | 145 | 179 | 451 | 260 | 139 | 174 | 150 | 189 | 320 | 462 | 3,283 |
| 1986 | 453 | 434 | 304 | 303 | 194 | 96 | 66 | 75 | 85 | 91 | 99 | 180 | 2,380 |
| 1987 | 337 | 520 | 542 | 954 | 855 | 296 | 124 | 111 | 160 | 201 | 318 | 548 | 4,966 |
| 1988 | 656 | 523 | 456 | 450 | 233 | 140 | 227 | 287 | 282 | 203 | 371 | 610 | 4,438 |
| 1989 | 639 | 524 | 440 | 743 | 948 | 312 | 78 | 74 | 104 | 174 | 332 | 435 | 4,803 |
| 1990 | 428 | 583 | 597 | 1106 | 827 | 305 | 250 | 260 | 209 | 222 | 371 | 577 | 5,745 |
| 76 - 90 AVG | 391 | 408 | 333 | 421 | 407 | 218 | 142 | 145 | 156 | 166 | 251 | 368 | 3,406 |

**Old River @ Rock Slough (106)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2655 | 2674 | 2968 | 3718 | 4148 | 4159 | 3760 | 3593 | 3859 | 3420 | 3284 | 3051 | 41,287 |
| 1977 | 3078 | 3121 | 3284 | 3895 | 4199 | 4225 | 4128 | 3953 | 4241 | 4459 | 4354 | 3884 | 46,821 |
| 1978 | 3750 | 3520 | 3668 | 5659 | 7084 | 6677 | 4985 | 3730 | 3306 | 3450 | 3202 | 3091 | 52,122 |
| 1979 | 3026 | 2863 | 3006 | 4537 | 5787 | 4851 | 3633 | 3166 | 3002 | 3054 | 3046 | 2868 | 42,839 |
| 1980 | 2725 | 2659 | 3118 | 4490 | 7947 | 5742 | 3905 | 3398 | 3278 | 3336 | 3222 | 3104 | 46,924 |
| 1981 | 2897 | 2881 | 3037 | 3698 | 4148 | 4141 | 3486 | 3331 | 3410 | 3356 | 3357 | 3013 | 40,755 |
| 1982 | 2937 | 2893 | 3439 | 5270 | 5474 | 6748 | 5095 | 4100 | 3371 | 3212 | 3100 | 2925 | 48,564 |
| 1983 | 2736 | 3421 | 5293 | 5920 | 6208 | 5126 | 4864 | 3600 | 4341 | 4031 | 3415 | 3084 | 51,839 |
| 1984 | 2956 | 3373 | 4265 | 4914 | 5370 | 4403 | 3348 | 3222 | 3208 | 3091 | 3043 | 2888 | 44,081 |
| 1985 | 2654 | 2939 | 3417 | 3713 | 4151 | 4553 | 3915 | 3335 | 3271 | 3207 | 3348 | 3078 | 41,581 |
| 1986 | 3025 | 3011 | 3361 | 4064 | 8096 | 6641 | 4442 | 3713 | 3529 | 3788 | 3277 | 2905 | 49,832 |
| 1987 | 2827 | 2881 | 3025 | 3485 | 4176 | 4478 | 4111 | 3748 | 3479 | 3330 | 3485 | 3296 | 42,321 |
| 1988 | 3259 | 3122 | 3221 | 3863 | 4768 | 4786 | 3932 | 3532 | 3523 | 3304 | 3440 | 3262 | 44,012 |
| 1989 | 3261 | 3080 | 3136 | 3734 | 4297 | 3920 | 3061 | 3025 | 3163 | 3125 | 3280 | 2967 | 40,069 |
| 1990 | 2827 | 2908 | 3191 | 3519 | 4072 | 4543 | 3540 | 3066 | 3145 | 3122 | 3299 | 3154 | 40,386 |
| 76 - 90 AVG | 2,974 | 3,023 | 3,429 | 4,299 | 5,328 | 5,000 | 4,002 | 3,501 | 3,475 | 3,418 | 3,343 | 3,105 | 44,896 |

**Old River @ Rock Slough (106)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 225 | 214 | 258 | 608 | 825 | 602 | 443 | 383 | 388 | 317 | 406 | 531 | 5,200 |
| 1977 | 611 | 723 | 738 | 943 | 1132 | 803 | 563 | 511 | 570 | 839 | 706 | 819 | 8,758 |
| 1978 | 838 | 718 | 495 | 318 | 340 | 332 | 256 | 227 | 210 | 229 | 229 | 304 | 4,496 |
| 1979 | 428 | 539 | 495 | 450 | 300 | 233 | 210 | 213 | 205 | 210 | 306 | 380 | 3,969 |
| 1980 | 435 | 430 | 284 | 228 | 351 | 225 | 201 | 226 | 216 | 226 | 226 | 307 | 3,355 |
| 1981 | 446 | 600 | 589 | 543 | 308 | 215 | 202 | 247 | 282 | 311 | 403 | 474 | 4,620 |
| 1982 | 504 | 481 | 220 | 261 | 226 | 304 | 234 | 210 | 212 | 195 | 200 | 197 | 3,244 |
| 1983 | 182 | 211 | 265 | 272 | 194 | 198 | 181 | 182 | 203 | 214 | 204 | 195 | 2,501 |
| 1984 | 191 | 207 | 192 | 211 | 243 | 215 | 204 | 217 | 220 | 212 | 248 | 305 | 2,665 |
| 1985 | 431 | 571 | 250 | 302 | 575 | 390 | 286 | 306 | 281 | 305 | 417 | 526 | 4,640 |
| 1986 | 538 | 518 | 405 | 398 | 406 | 288 | 219 | 235 | 240 | 232 | 220 | 285 | 3,984 |
| 1987 | 423 | 594 | 592 | 935 | 868 | 412 | 287 | 274 | 280 | 300 | 390 | 574 | 5,929 |
| 1988 | 644 | 506 | 418 | 482 | 360 | 286 | 341 | 371 | 396 | 334 | 495 | 708 | 5,341 |
| 1989 | 755 | 614 | 512 | 761 | 936 | 392 | 204 | 204 | 226 | 275 | 388 | 450 | 5,717 |
| 1990 | 495 | 644 | 648 | 1074 | 883 | 439 | 387 | 387 | 322 | 321 | 492 | 669 | 6,761 |
| 76 - 90 AVG | 476 | 505 | 424 | 519 | 530 | 358 | 281 | 280 | 283 | 288 | 355 | 448 | 4,745 |

**Old River @ Rock Slough (106)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 99 | 76 | 144 | 553 | 803 | 538 | 340 | 265 | 266 | 205 | 324 | 476 | 4,089 |
| 1977 | 532 | 844 | 671 | 946 | 1176 | 782 | 481 | 411 | 476 | 563 | 660 | 805 | 8,147 |
| 1978 | 778 | 585 | 385 | 153 | 124 | 115 | 78 | 69 | 70 | 89 | 107 | 184 | 2,737 |
| 1979 | 325 | 454 | 429 | 337 | 126 | 73 | 63 | 74 | 81 | 89 | 207 | 217 | 2,555 |
| 1980 | 354 | 346 | 176 | 77 | 125 | 66 | 56 | 73 | 75 | 87 | 102 | 189 | 1,726 |
| 1981 | 356 | 531 | 541 | 477 | 182 | 75 | 62 | 112 | 162 | 206 | 321 | 410 | 3,435 |
| 1982 | 427 | 403 | 95 | 91 | 69 | 104 | 62 | 56 | 65 | 62 | 77 | 71 | 1,582 |
| 1983 | 53 | 70 | 101 | 93 | 50 | 53 | 42 | 42 | 58 | 65 | 62 | 59 | 748 |
| 1984 | 60 | 56 | 55 | 54 | 70 | 62 | 59 | 75 | 93 | 91 | 138 | 205 | 1,018 |
| 1985 | 356 | 510 | 129 | 189 | 504 | 268 | 148 | 190 | 170 | 200 | 336 | 468 | 3,468 |
| 1986 | 458 | 421 | 311 | 293 | 182 | 95 | 65 | 75 | 85 | 88 | 99 | 179 | 2,351 |
| 1987 | 335 | 518 | 542 | 955 | 856 | 297 | 135 | 118 | 150 | 186 | 298 | 521 | 4,913 |
| 1988 | 567 | 367 | 320 | 397 | 220 | 137 | 208 | 249 | 280 | 223 | 426 | 688 | 4,082 |
| 1989 | 720 | 535 | 437 | 738 | 928 | 285 | 74 | 74 | 105 | 167 | 304 | 381 | 4,748 |
| 1990 | 427 | 576 | 586 | 1120 | 876 | 334 | 285 | 294 | 217 | 219 | 427 | 642 | 6,003 |
| 76 - 91 AVG | 390 | 406 | 328 | 432 | 419 | 219 | 144 | 145 | 157 | 169 | 259 | 372 | 3,440 |

**Old River @ Rock Slough (106)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2655 | 2674 | 2976 | 3755 | 4177 | 4163 | 3844 | 3725 | 4164 | 3589 | 3314 | 3044 | 42,080 |
| 1977 | 3132 | 3206 | 3327 | 3823 | 4084 | 4205 | 4086 | 3964 | 4278 | 4505 | 4373 | 3892 | 46,875 |
| 1978 | 3916 | 3662 | 3694 | 5675 | 7067 | 6666 | 4986 | 3733 | 3313 | 3685 | 3280 | 3095 | 52,772 |
| 1979 | 3073 | 2889 | 2987 | 4533 | 5810 | 4844 | 3619 | 3186 | 3010 | 3024 | 3029 | 2869 | 42,873 |
| 1980 | 2770 | 2680 | 3121 | 4495 | 7945 | 5618 | 3873 | 3388 | 3278 | 3547 | 3295 | 3097 | 47,107 |
| 1981 | 2950 | 2885 | 3024 | 3619 | 4089 | 4036 | 3452 | 3423 | 3431 | 3272 | 3269 | 2978 | 40,438 |
| 1982 | 2910 | 2883 | 3443 | 5271 | 5460 | 6829 | 5258 | 4107 | 3384 | 3258 | 3125 | 2938 | 48,866 |
| 1983 | 2744 | 3424 | 5357 | 6201 | 6242 | 5128 | 4664 | 3600 | 4341 | 4031 | 3415 | 3084 | 52,231 |
| 1984 | 2956 | 3373 | 4265 | 4914 | 5371 | 4400 | 3345 | 3219 | 3206 | 3091 | 3043 | 2888 | 44,071 |
| 1985 | 2708 | 2968 | 3481 | 3637 | 4097 | 4650 | 3993 | 3266 | 3236 | 3220 | 3187 | 3107 | 41,730 |
| 1986 | 3066 | 3041 | 3370 | 4041 | 8078 | 6639 | 4361 | 3680 | 3535 | 3697 | 3248 | 2903 | 49,657 |
| 1987 | 2827 | 2883 | 3026 | 3485 | 4177 | 4481 | 4405 | 4145 | 3685 | 3479 | 3637 | 3379 | 43,609 |
| 1988 | 3422 | 3294 | 3274 | 3877 | 4785 | 4806 | 4143 | 3738 | 3933 | 3643 | 3584 | 3308 | 45,807 |
| 1989 | 3348 | 3145 | 3152 | 3742 | 4406 | 3983 | 3082 | 3010 | 3130 | 3093 | 3190 | 2929 | 40,210 |
| 1990 | 2846 | 2960 | 3217 | 3521 | 4035 | 4492 | 3473 | 3018 | 3244 | 3234 | 3359 | 3188 | 40,587 |
| 76 - 91 AVG | 3,022 | 3,064 | 3,448 | 4,306 | 5,322 | 4,996 | 4,039 | 3,547 | 3,545 | 3,491 | 3,369 | 3,113 | 45,281 |

**Old River @ Rock Slough (106)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 244 | 217 | 263 | 632 | 833 | 599 | 444 | 385 | 402 | 322 | 417 | 539 | 5,297 |
| 1977 | 569 | 620 | 572 | 713 | 1021 | 773 | 566 | 509 | 559 | 630 | 700 | 821 | 8,053 |
| 1978 | 849 | 730 | 526 | 323 | 330 | 327 | 255 | 227 | 211 | 229 | 229 | 308 | 4,544 |
| 1979 | 432 | 544 | 497 | 450 | 300 | 232 | 208 | 212 | 205 | 206 | 299 | 376 | 3,961 |
| 1980 | 441 | 439 | 286 | 229 | 351 | 225 | 201 | 228 | 216 | 221 | 222 | 308 | 3,365 |
| 1981 | 451 | 607 | 591 | 551 | 316 | 216 | 202 | 247 | 289 | 302 | 377 | 445 | 4,594 |
| 1982 | 500 | 465 | 216 | 281 | 226 | 304 | 233 | 210 | 212 | 196 | 199 | 197 | 3,219 |
| 1983 | 182 | 211 | 265 | 261 | 192 | 198 | 181 | 182 | 203 | 214 | 204 | 195 | 2,488 |
| 1984 | 191 | 207 | 192 | 211 | 243 | 215 | 204 | 217 | 220 | 213 | 248 | 304 | 2,665 |
| 1985 | 428 | 585 | 250 | 299 | 568 | 390 | 286 | 297 | 268 | 289 | 394 | 502 | 4,534 |
| 1986 | 511 | 456 | 374 | 421 | 423 | 289 | 220 | 236 | 240 | 239 | 221 | 287 | 3,917 |
| 1987 | 429 | 597 | 592 | 934 | 868 | 412 | 302 | 294 | 284 | 300 | 388 | 583 | 5,983 |
| 1988 | 649 | 502 | 489 | 525 | 378 | 295 | 322 | 357 | 368 | 313 | 466 | 675 | 5,339 |
| 1989 | 707 | 589 | 509 | 760 | 948 | 413 | 208 | 205 | 238 | 281 | 386 | 471 | 5,713 |
| 1990 | 489 | 642 | 646 | 1054 | 859 | 423 | 343 | 309 | 304 | 306 | 417 | 560 | 6,352 |
| 76 - 90 AVG | 471 | 493 | 418 | 508 | 523 | 354 | 278 | 274 | 281 | 284 | 345 | 438 | 4,668 |

**Old River @ Rock Slough (106)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 122 | 79 | 150 | 583 | 814 | 534 | 339 | 264 | 275 | 208 | 337 | 487 | 4,192 |
| 1977 | 472 | 503 | 476 | 675 | 1042 | 745 | 474 | 401 | 460 | 549 | 652 | 806 | 7,255 |
| 1978 | 790 | 598 | 418 | 158 | 120 | 113 | 78 | 69 | 70 | 89 | 106 | 189 | 2,800 |
| 1979 | 332 | 462 | 431 | 337 | 126 | 72 | 62 | 74 | 81 | 84 | 196 | 292 | 2,651 |
| 1980 | 361 | 357 | 177 | 78 | 125 | 66 | 56 | 73 | 75 | 85 | 99 | 190 | 1,742 |
| 1981 | 363 | 540 | 543 | 487 | 193 | 77 | 62 | 112 | 163 | 188 | 286 | 373 | 3,387 |
| 1982 | 420 | 383 | 91 | 91 | 89 | 105 | 62 | 56 | 65 | 62 | 75 | 70 | 1,549 |
| 1983 | 53 | 70 | 102 | 87 | 50 | 53 | 42 | 42 | 58 | 65 | 62 | 59 | 743 |
| 1984 | 80 | 56 | 55 | 54 | 71 | 62 | 59 | 75 | 93 | 92 | 138 | 205 | 1,020 |
| 1985 | 353 | 504 | 129 | 185 | 496 | 268 | 148 | 178 | 149 | 179 | 307 | 440 | 3,336 |
| 1986 | 429 | 352 | 274 | 320 | 202 | 96 | 65 | 75 | 85 | 92 | 98 | 182 | 2,270 |
| 1987 | 342 | 522 | 542 | 954 | 858 | 296 | 143 | 128 | 148 | 182 | 294 | 533 | 4,940 |
| 1988 | 583 | 388 | 413 | 449 | 240 | 138 | 170 | 217 | 243 | 201 | 396 | 649 | 4,087 |
| 1989 | 668 | 509 | 434 | 737 | 944 | 314 | 79 | 77 | 120 | 169 | 299 | 405 | 4,755 |
| 1990 | 421 | 577 | 587 | 1097 | 848 | 313 | 225 | 194 | 196 | 202 | 337 | 511 | 5,506 |
| 76 - 90 AVG | 385 | 393 | 321 | 419 | 413 | 217 | 138 | 136 | 152 | 163 | 246 | 359 | 3,342 |

**Old River @ Rock Slough (106)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2662 | 2675 | 2970 | 3724 | 4151 | 4158 | 3904 | 3806 | 4297 | 3644 | 3338 | 3050 | 42,379 |
| 1977 | 3196 | 3325 | 3311 | 3774 | 4082 | 4204 | 4272 | 4136 | 4349 | 4531 | 4363 | 3942 | 47,505 |
| 1978 | 3907 | 3671 | 3722 | 5690 | 6907 | 6606 | 4964 | 3733 | 3315 | 3688 | 3280 | 3095 | 52,596 |
| 1979 | 3045 | 2874 | 2986 | 4533 | 5811 | 4806 | 3592 | 3160 | 3009 | 3072 | 3056 | 2889 | 42,833 |
| 1980 | 2781 | 2685 | 3121 | 4495 | 7946 | 5617 | 3872 | 3384 | 3275 | 3488 | 3269 | 3092 | 47,025 |
| 1981 | 2933 | 2874 | 3019 | 3618 | 4106 | 4028 | 3444 | 3412 | 3630 | 3536 | 3390 | 3008 | 40,998 |
| 1982 | 2934 | 2893 | 3441 | 5270 | 5462 | 6841 | 5252 | 4109 | 3385 | 3274 | 3131 | 2938 | 48,930 |
| 1983 | 2751 | 3429 | 5308 | 5811 | 6193 | 5127 | 4664 | 3600 | 4341 | 4031 | 3415 | 3084 | 51,754 |
| 1984 | 2959 | 3373 | 4265 | 4914 | 5374 | 4397 | 3341 | 3218 | 3207 | 3091 | 3043 | 2888 | 44,070 |
| 1985 | 2894 | 2963 | 3483 | 3855 | 4111 | 4661 | 4003 | 3349 | 3314 | 3344 | 3424 | 3085 | 42,066 |
| 1986 | 3019 | 2978 | 3351 | 4073 | 8098 | 6639 | 4392 | 3694 | 3530 | 3782 | 3281 | 2905 | 49,742 |
| 1987 | 2827 | 2881 | 3025 | 3485 | 4176 | 4480 | 4579 | 4463 | 3826 | 3657 | 3635 | 3315 | 44,349 |
| 1988 | 3285 | 3117 | 3219 | 3865 | 4789 | 5097 | 4482 | 4055 | 3957 | 3500 | 3474 | 3252 | 46,092 |
| 1989 | 3265 | 3085 | 3141 | 3740 | 4299 | 3921 | 3082 | 2966 | 3162 | 3285 | 3416 | 2999 | 40,361 |
| 1990 | 2848 | 2931 | 3192 | 3514 | 4068 | 4542 | 3747 | 3194 | 3286 | 3210 | 3264 | 3114 | 40,930 |
| 76 - 90 AVG | 3,007 | 3,050 | 3,437 | 4,277 | 5,305 | 5,006 | 4,107 | 3,620 | 3,592 | 3,542 | 3,388 | 3,109 | 45,443 |

**Old River @ Rock Slough (106)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 303 | 260 | 297 | 771 | 909 | 599 | 454 | 390 | 384 | 334 | 464 | 645 | 5,840 |
| 1977 | 607 | 578 | 543 | 687 | 980 | 775 | 563 | 506 | 543 | 616 | 692 | 812 | 7,882 |
| 1978 | 835 | 715 | 513 | 323 | 343 | 333 | 256 | 227 | 211 | 229 | 225 | 303 | 4,513 |
| 1979 | 434 | 533 | 458 | 420 | 295 | 231 | 209 | 215 | 209 | 203 | 272 | 355 | 3,834 |
| 1980 | 449 | 471 | 311 | 231 | 351 | 227 | 203 | 229 | 218 | 236 | 227 | 308 | 3,461 |
| 1981 | 410 | 503 | 525 | 518 | 326 | 220 | 202 | 255 | 315 | 319 | 386 | 492 | 4,471 |
| 1982 | 520 | 468 | 217 | 262 | 227 | 309 | 220 | 213 | 213 | 201 | 206 | 203 | 3,259 |
| 1983 | 182 | 211 | 223 | 259 | 192 | 198 | 181 | 182 | 203 | 213 | 200 | 194 | 2,438 |
| 1984 | 189 | 208 | 192 | 211 | 243 | 215 | 204 | 217 | 220 | 212 | 250 | 302 | 2,663 |
| 1985 | 439 | 620 | 263 | 313 | 584 | 394 | 287 | 288 | 281 | 291 | 398 | 532 | 4,690 |
| 1986 | 545 | 494 | 389 | 424 | 424 | 289 | 220 | 236 | 240 | 245 | 225 | 286 | 4,017 |
| 1987 | 428 | 597 | 592 | 934 | 867 | 412 | 393 | 369 | 343 | 348 | 402 | 589 | 6,274 |
| 1988 | 683 | 550 | 385 | 466 | 369 | 324 | 328 | 383 | 390 | 338 | 484 | 706 | 5,386 |
| 1989 | 728 | 549 | 485 | 743 | 924 | 395 | 205 | 214 | 237 | 272 | 391 | 487 | 5,630 |
| 1990 | 492 | 643 | 649 | 1058 | 858 | 422 | 339 | 302 | 302 | 318 | 512 | 684 | 6,575 |
| 76 - 90 AVG | 483 | 493 | 403 | 507 | 526 | 356 | 284 | 280 | 287 | 292 | 358 | 460 | 4,729 |

**Old River @ Rock Slough (106)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 193 | 132 | 192 | 754 | 910 | 534 | 348 | 263 | 258 | 218 | 424 | 611 | 4,837 |
| 1977 | 514 | 451 | 434 | 614 | 991 | 744 | 475 | 400 | 440 | 533 | 843 | 797 | 7,036 |
| 1978 | 778 | 586 | 407 | 158 | 126 | 118 | 78 | 69 | 70 | 89 | 101 | 182 | 2,758 |
| 1979 | 331 | 442 | 378 | 300 | 120 | 72 | 62 | 76 | 84 | 79 | 165 | 264 | 2,373 |
| 1980 | 367 | 395 | 207 | 81 | 126 | 67 | 57 | 74 | 76 | 94 | 101 | 190 | 1,835 |
| 1981 | 308 | 405 | 461 | 446 | 202 | 80 | 83 | 115 | 167 | 192 | 293 | 429 | 3,161 |
| 1982 | 443 | 385 | 91 | 91 | 69 | 106 | 54 | 58 | 66 | 66 | 82 | 77 | 1,588 |
| 1983 | 54 | 70 | 77 | 87 | 50 | 53 | 42 | 42 | 58 | 65 | 59 | 58 | 715 |
| 1984 | 58 | 56 | 55 | 54 | 70 | 62 | 59 | 75 | 93 | 91 | 140 | 202 | 1,015 |
| 1985 | 382 | 568 | 145 | 203 | 516 | 272 | 145 | 152 | 141 | 170 | 310 | 474 | 3,458 |
| 1986 | 457 | 380 | 289 | 323 | 203 | 96 | 65 | 75 | 85 | 96 | 102 | 180 | 2,351 |
| 1987 | 341 | 522 | 542 | 953 | 854 | 296 | 187 | 165 | 175 | 205 | 290 | 524 | 5,054 |
| 1988 | 591 | 376 | 265 | 376 | 229 | 152 | 166 | 227 | 260 | 220 | 408 | 683 | 3,953 |
| 1989 | 687 | 458 | 404 | 716 | 913 | 289 | 75 | 76 | 100 | 154 | 303 | 425 | 4,600 |
| 1990 | 425 | 579 | 591 | 1098 | 843 | 312 | 216 | 174 | 183 | 213 | 450 | 660 | 5,744 |
| 76 - 90 AVG | 394 | 387 | 303 | 417 | 415 | 217 | 139 | 136 | 150 | 166 | 258 | 384 | 3,365 |

**Old River @ Rock Slough (106)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2694 | 2691 | 2971 | 3611 | 4024 | 4197 | 4012 | 3954 | 4202 | 3793 | 3584 | 3171 | 42,904 |
| 1977 | 3259 | 3333 | 3352 | 3839 | 4135 | 4334 | 4217 | 4061 | 4347 | 4527 | 4378 | 3895 | 47,697 |
| 1978 | 3857 | 3613 | 3689 | 5696 | 7125 | 6664 | 4986 | 3734 | 3321 | 3692 | 3344 | 3115 | 52,888 |
| 1979 | 3075 | 2926 | 3039 | 4548 | 5793 | 4804 | 3595 | 3219 | 3070 | 3140 | 3121 | 2954 | 43,284 |
| 1980 | 2841 | 2688 | 3124 | 4497 | 7947 | 5874 | 3910 | 3415 | 3302 | 3655 | 3369 | 3114 | 47,546 |
| 1981 | 3015 | 2963 | 3055 | 3687 | 4174 | 4069 | 3418 | 3623 | 4180 | 3901 | 3582 | 3079 | 42,746 |
| 1982 | 2947 | 2896 | 3445 | 5283 | 5474 | 6894 | 5044 | 4241 | 3396 | 3355 | 3208 | 2958 | 49,145 |
| 1983 | 2760 | 3435 | 4435 | 5787 | 6193 | 5123 | 4664 | 3600 | 4341 | 3979 | 3322 | 3051 | 50,670 |
| 1984 | 2913 | 3376 | 4265 | 4914 | 5617 | 4402 | 3345 | 3219 | 3206 | 3091 | 3043 | 2889 | 44,034 |
| 1985 | 2769 | 2999 | 3486 | 3643 | 4101 | 4694 | 4129 | 3743 | 3938 | 3673 | 3541 | 3158 | 43,876 |
| 1986 | 3174 | 3136 | 3397 | 4088 | 8113 | 6636 | 4408 | 3698 | 3530 | 3851 | 3306 | 2907 | 50,244 |
| 1987 | 2827 | 2880 | 3025 | 3485 | 4177 | 4489 | 4940 | 4860 | 4670 | 4403 | 4248 | 3782 | 47,788 |
| 1988 | 3892 | 3649 | 3365 | 3902 | 4846 | 5600 | 4728 | 3969 | 4159 | 3833 | 3780 | 3444 | 49,185 |
| 1989 | 3378 | 3118 | 3149 | 3758 | 4404 | 3985 | 3087 | 3325 | 3735 | 3540 | 3455 | 3008 | 41,942 |
| 1990 | 2843 | 2928 | 3196 | 3518 | 4069 | 4548 | 3870 | 3490 | 3473 | 3300 | 3408 | 3193 | 41,636 |
| 76 - 90 AVG | 3,083 | 3,110 | 3,400 | 4,283 | 5,330 | 5,076 | 4,157 | 3,746 | 3,791 | 3,716 | 3,513 | 3,181 | 46,384 |

Old River

Old River at Rock Slough, 106
Cumulative Impact
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 292 | 386 | 898 | 1078 | 903 | 578 | 417 | 363 | 375 | 371 | 442 | 451 |
| 1977 | 523 | 554 | 610 | 745 | 914 | 668 | 447 | 467 | 501 | 488 | 613 | 766 |
| 1978 | 805 | 687 | 521 | 320 | 304 | 316 | 270 | 267 | 223 | 201 | 251 | 320 |
| 1979 | 445 | 553 | 1129 | 906 | 324 | 229 | 239 | 311 | 218 | 205 | 294 | 378 |
| 1980 | 444 | 454 | 599 | 324 | 351 | 285 | 228 | 298 | 242 | 201 | 227 | 314 |
| 1981 | 462 | 622 | 1351 | 1142 | 439 | 235 | 223 | 267 | 300 | 328 | 365 | 436 |
| 1982 | 515 | 510 | 224 | 261 | 227 | 271 | 193 | 226 | 216 | 192 | 226 | 217 |
| 1983 | 191 | 211 | 216 | 357 | 207 | 194 | 184 | 181 | 217 | 216 | 191 | 190 |
| 1984 | 201 | 223 | 197 | 197 | 247 | 211 | 222 | 265 | 218 | 203 | 245 | 308 |
| 1985 | 438 | 591 | 297 | 335 | 572 | 372 | 264 | 287 | 258 | 274 | 369 | 469 |
| 1986 | 526 | 515 | 689 | 579 | 343 | 269 | 263 | 309 | 260 | 210 | 241 | 305 |
| 1987 | 425 | 604 | 1354 | 1436 | 888 | 407 | 448 | 375 | 341 | 339 | 395 | 580 |
| 1988 | 642 | 481 | 842 | 763 | 353 | 443 | 349 | 320 | 350 | 355 | 501 | 655 |
| 1989 | 617 | 492 | 455 | 702 | 921 | 424 | 216 | 205 | 223 | 273 | 391 | 487 |
| 1990 | 476 | 571 | 556 | 916 | 715 | 384 | 301 | 275 | 272 | 312 | 487 | 623 |
| Average | 467 | 497 | 663 | 671 | 514 | 352 | 286 | 294 | 281 | 278 | 349 | 433 |

Old River at Rock Slough, 106
Cumulative Impact
Bromide
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 189 | 293 | 921 | 1127 | 904 | 514 | 306 | 222 | 224 | 234 | 359 | 380 |
| 1977 | 407 | 421 | 484 | 687 | 900 | 608 | 337 | 354 | 413 | 405 | 560 | 750 |
| 1978 | 750 | 575 | 427 | 156 | 106 | 108 | 77 | 81 | 73 | 74 | 140 | 216 |
| 1979 | 350 | 477 | 1197 | 889 | 152 | 71 | 77 | 117 | 74 | 83 | 191 | 293 |
| 1980 | 363 | 376 | 556 | 190 | 129 | 95 | 67 | 107 | 85 | 70 | 112 | 202 |
| 1981 | 382 | 560 | 1464 | 1202 | 340 | 99 | 74 | 98 | 130 | 176 | 260 | 362 |
| 1982 | 438 | 438 | 101 | 91 | 69 | 87 | 42 | 61 | 67 | 82 | 109 | 102 |
| 1983 | 59 | 70 | 74 | 138 | 57 | 51 | 41 | 40 | 66 | 67 | 57 | 58 |
| 1984 | 63 | 74 | 59 | 51 | 73 | 59 | 68 | 94 | 76 | 80 | 134 | 209 |
| 1985 | 363 | 540 | 186 | 227 | 503 | 252 | 130 | 120 | 110 | 151 | 275 | 401 |
| 1986 | 442 | 423 | 655 | 511 | 166 | 88 | 84 | 108 | 93 | 79 | 128 | 204 |
| 1987 | 344 | 543 | 1467 | 1563 | 881 | 291 | 207 | 164 | 171 | 199 | 291 | 524 |
| 1988 | 558 | 345 | 834 | 737 | 223 | 210 | 148 | 161 | 203 | 223 | 424 | 622 |
| 1989 | 545 | 386 | 368 | 667 | 915 | 327 | 85 | 70 | 96 | 159 | 303 | 426 |
| 1990 | 406 | 504 | 491 | 932 | 675 | 271 | 165 | 128 | 138 | 199 | 417 | 587 |
| Average | 377 | 402 | 619 | 611 | 406 | 209 | 127 | 128 | 135 | 151 | 251 | 356 |

Old River at Rock Slough, 106
Cumulative Impact
Dissolved Organic Carbon
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2617 | 2600 | 2844 | 3497 | 3944 | 4004 | 3886 | 4012 | 4420 | 4403 | 3549 | 3025 |
| 1977 | 3274 | 3385 | 3530 | 4016 | 4330 | 4435 | 4060 | 3907 | 3714 | 3853 | 4010 | 3693 |
| 1978 | 3634 | 3462 | 3620 | 5683 | 6443 | 6440 | 5285 | 4074 | 3406 | 3161 | 3039 | 2936 |
| 1979 | 2964 | 2846 | 2876 | 4487 | 5894 | 4806 | 4134 | 4513 | 3248 | 3042 | 3105 | 2952 |
| 1980 | 2782 | 2896 | 3075 | 4475 | 7695 | 6785 | 4627 | 4527 | 3506 | 3260 | 3079 | 3038 |
| 1981 | 2879 | 2846 | 2916 | 3564 | 4137 | 4031 | 3795 | 3975 | 4208 | 4360 | 3689 | 3044 |
| 1982 | 2912 | 2878 | 3430 | 5314 | 5240 | 6222 | 4666 | 3930 | 3403 | 3172 | 3095 | 2846 |
| 1983 | 2911 | 3542 | 4350 | 7681 | 6503 | 5071 | 4638 | 3484 | 4353 | 3929 | 3279 | 3022 |
| 1984 | 3171 | 3791 | 4408 | 4829 | 5687 | 4482 | 3645 | 3813 | 3330 | 3065 | 3023 | 2874 |
| 1985 | 2695 | 2947 | 3411 | 3666 | 4050 | 4491 | 4459 | 4251 | 3767 | 3626 | 3516 | 3090 |
| 1986 | 3049 | 3004 | 3310 | 4050 | 6562 | 6239 | 5474 | 4574 | 3719 | 3244 | 3035 | 2882 |
| 1987 | 2777 | 2816 | 2895 | 3420 | 4160 | 4416 | 4924 | 4732 | 4519 | 4285 | 4044 | 3575 |
| 1988 | 3483 | 3254 | 3183 | 3865 | 4521 | 5717 | 5004 | 4088 | 4198 | 4192 | 3905 | 3384 |
| 1989 | 3300 | 3103 | 3149 | 3745 | 4274 | 3909 | 3203 | 3222 | 3342 | 3342 | 3454 | 3012 |
| 1990 | 2785 | 2826 | 3117 | 3492 | 4006 | 4324 | 4048 | 3644 | 3644 | 3571 | 3561 | 3193 |
| Average | 3016 | 3066 | 3341 | 4384 | 5163 | 5025 | 4390 | 4063 | 3785 | 3634 | 3426 | 3103 |

**SJR @ Antioch (51)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1145 | 1025 | 1824 | 2880 | 3089 | 2558 | 2645 | 3457 | 2650 | 3751 | 4548 | 4587 | 34,157 |
| 1977 | 6272 | 6806 | 6426 | 6287 | 4305 | 3393 | 3721 | 4315 | 4574 | 5029 | 5785 | 6363 | 63,276 |
| 1978 | 5093 | 4596 | 3516 | 496 | 214 | 215 | 202 | 195 | 605 | 1230 | 2252 | 2014 | 20,628 |
| 1979 | 4753 | 6167 | 5775 | 1225 | 248 | 204 | 436 | 1072 | 740 | 1495 | 2530 | 3577 | 28,222 |
| 1980 | 4774 | 3715 | 1731 | 250 | 202 | 184 | 198 | 309 | 686 | 1228 | 1904 | 2814 | 17,995 |
| 1981 | 4781 | 5680 | 2889 | 391 | 201 | 187 | 518 | 2083 | 2774 | 2821 | 3377 | 3990 | 29,692 |
| 1982 | 4674 | 1221 | 202 | 207 | 184 | 196 | 174 | 169 | 181 | 543 | 909 | 396 | 9,056 |
| 1983 | 180 | 180 | 179 | 213 | 197 | 188 | 172 | 164 | 169 | 177 | 217 | 178 | 2,214 |
| 1984 | 192 | 176 | 177 | 179 | 181 | 179 | 323 | 1204 | 1217 | 1370 | 1826 | 3094 | 10,118 |
| 1985 | 5505 | 1374 | 345 | 2103 | 1720 | 779 | 1798 | 2010 | 2193 | 2729 | 3564 | 4144 | 28,264 |
| 1986 | 4660 | 4453 | 3117 | 1342 | 253 | 185 | 182 | 298 | 687 | 1190 | 2058 | 3435 | 21,858 |
| 1987 | 6175 | 7147 | 5565 | 4014 | 2105 | 685 | 775 | 2166 | 2787 | 3317 | 4424 | 4959 | 44,119 |
| 1988 | 4945 | 4789 | 4257 | 1296 | 858 | 2402 | 3375 | 3681 | 2790 | 3851 | 5610 | 6079 | 43,911 |
| 1989 | 5634 | 5955 | 5759 | 5873 | 4167 | 718 | 333 | 1133 | 2129 | 2961 | 4048 | 4280 | 42,970 |
| 1990 | 5901 | 6651 | 6421 | 4753 | 2312 | 2306 | 2256 | 2586 | 2680 | 3739 | 5236 | 5889 | 50,712 |
| 76 - 90 AVG | 4,312 | 3,994 | 3,212 | 2,101 | 1,349 | 958 | 1,141 | 1,656 | 1,789 | 2,362 | 3,219 | 3,719 | 29,813 |

**SJR @ Antioch (51)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1229 | 1084 | 2047 | 3321 | 3568 | 2925 | 3031 | 4015 | 3035 | 4369 | 5340 | 5392 | 39,356 |
| 1977 | 7433 | 8072 | 7606 | 7440 | 5041 | 3937 | 4333 | 5050 | 5381 | 5910 | 6826 | 7532 | 74,541 |
| 1978 | 5998 | 5385 | 4069 | 401 | 59 | 60 | 55 | 61 | 582 | 1322 | 2561 | 2277 | 22,810 |
| 1979 | 5595 | 7308 | 6831 | 1300 | 88 | 57 | 356 | 1131 | 732 | 1645 | 2899 | 4169 | 32,111 |
| 1980 | 5621 | 4340 | 1934 | 127 | 55 | 46 | 70 | 205 | 664 | 1320 | 2141 | 3246 | 19,769 |
| 1981 | 5628 | 6717 | 3335 | 303 | 66 | 53 | 457 | 2352 | 3190 | 3250 | 3926 | 4670 | 33,947 |
| 1982 | 5499 | 1321 | 84 | 58 | 48 | 55 | 43 | 40 | 54 | 494 | 938 | 321 | 8,955 |
| 1983 | 61 | 51 | 50 | 64 | 54 | 50 | 42 | 38 | 41 | 47 | 95 | 58 | 649 |
| 1984 | 73 | 48 | 49 | 46 | 44 | 44 | 225 | 1294 | 1309 | 1493 | 2048 | 3586 | 10,259 |
| 1985 | 6508 | 1505 | 255 | 2381 | 1911 | 768 | 2002 | 2263 | 2488 | 3140 | 4152 | 4857 | 32,230 |
| 1986 | 5482 | 5229 | 3606 | 1451 | 115 | 50 | 52 | 189 | 660 | 1267 | 2319 | 3996 | 24,416 |
| 1987 | 7317 | 8494 | 8576 | 4697 | 2377 | 656 | 764 | 2450 | 3204 | 3850 | 5192 | 5842 | 51,419 |
| 1988 | 5827 | 5611 | 4986 | 1399 | 861 | 2733 | 3914 | 4289 | 3211 | 4496 | 6626 | 7195 | 51,148 |
| 1989 | 6658 | 7041 | 6805 | 6843 | 4868 | 701 | 241 | 1212 | 2416 | 3422 | 4739 | 4997 | 50,043 |
| 1990 | 6987 | 7892 | 7608 | 5589 | 2825 | 2614 | 2562 | 2970 | 3057 | 4362 | 6174 | 6966 | 59,406 |
| 76 - 90 AVG | 5,061 | 4,673 | 3,723 | 2,368 | 1,452 | 963 | 1,210 | 1,837 | 1,999 | 2,692 | 3,732 | 4,340 | 34,071 |

**SJR @ Antioch (51)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2442 | 2382 | 2596 | 2901 | 3204 | 3254 | 2816 | 2623 | 2948 | 2857 | 2696 | 2485 | 33,204 |
| 1977 | 2241 | 2229 | 2372 | 2582 | 3070 | 3253 | 2834 | 2662 | 2834 | 2953 | 2973 | 2792 | 32,795 |
| 1978 | 2748 | 2705 | 2999 | 4094 | 4606 | 4255 | 3528 | 3065 | 2878 | 2826 | 2873 | 2703 | 39,280 |
| 1979 | 2294 | 2101 | 2239 | 3488 | 4911 | 4059 | 2977 | 2621 | 2766 | 2757 | 2771 | 2534 | 36,518 |
| 1980 | 2315 | 2281 | 2731 | 3826 | 5011 | 4112 | 3139 | 2796 | 2843 | 2810 | 2841 | 2623 | 37,128 |
| 1981 | 2338 | 2184 | 2617 | 3206 | 3798 | 3460 | 2891 | 2624 | 2716 | 2657 | 2631 | 2470 | 33,592 |
| 1982 | 2311 | 2461 | 2974 | 4066 | 4297 | 4202 | 3265 | 2928 | 2715 | 2724 | 2814 | 2680 | 37,435 |
| 1983 | 2476 | 2877 | 3512 | 4622 | 5286 | 4391 | 3653 | 3062 | 3038 | 3203 | 3034 | 2662 | 41,816 |
| 1984 | 2579 | 2772 | 3612 | 3710 | 4052 | 3487 | 2717 | 2507 | 2768 | 2803 | 2808 | 2547 | 36,382 |
| 1985 | 2182 | 2489 | 3003 | 3004 | 3398 | 3561 | 2994 | 2704 | 2755 | 2659 | 2624 | 2480 | 33,833 |
| 1986 | 2345 | 2363 | 2753 | 3270 | 4920 | 4101 | 3144 | 2886 | 2959 | 2991 | 3013 | 2630 | 37,375 |
| 1987 | 2202 | 2038 | 2314 | 2675 | 3354 | 3411 | 2996 | 2760 | 2788 | 2633 | 2589 | 2471 | 32,231 |
| 1988 | 2352 | 2311 | 2545 | 3085 | 3525 | 3489 | 2841 | 2489 | 2696 | 2638 | 2574 | 2485 | 33,030 |
| 1989 | 2437 | 2358 | 2395 | 2591 | 3120 | 3139 | 2543 | 2431 | 2584 | 2586 | 2577 | 2469 | 31,210 |
| 1990 | 2171 | 2098 | 2282 | 2607 | 3279 | 3543 | 2774 | 2419 | 2613 | 2577 | 2548 | 2445 | 31,356 |
| 76 - 90 AVG | 2,362 | 2,375 | 2,730 | 3,302 | 3,969 | 3,714 | 3,007 | 2,705 | 2,793 | 2,777 | 2,758 | 2,565 | 35,078 |

**SJR @ Antioch (51)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 1269 | 1815 | 3763 | 4547 | 3781 | 2654 | 2701 | 3765 | 2753 | 3219 | 4472 | 5065 | 34,157 |
| 1,977 | 6613 | 7310 | 6955 | 6686 | 4416 | 3473 | 3774 | 4853 | 4978 | 5081 | 5721 | 6412 | 63,276 |
| 1,978 | 5101 | 4461 | 3394 | 492 | 228 | 229 | 194 | 200 | 559 | 1133 | 1794 | 3033 | 20,828 |
| 1,979 | 5877 | 8402 | 5123 | 1353 | 272 | 199 | 438 | 1239 | 949 | 1552 | 2445 | 3156 | 28,222 |
| 1,980 | 4309 | 3337 | 1381 | 255 | 208 | 177 | 206 | 324 | 790 | 1249 | 1965 | 3414 | 17,995 |
| 1,981 | 5859 | 8749 | 5280 | 1167 | 288 | 216 | 1061 | 2617 | 2839 | 3361 | 4233 | 4530 | 29,692 |
| 1,982 | 4838 | 1153 | 198 | 212 | 193 | 196 | 171 | 185 | 181 | 676 | 1098 | 460 | 9,056 |
| 1,983 | 204 | 178 | 183 | 213 | 183 | 161 | 147 | 160 | 167 | 174 | 228 | 191 | 2,214 |
| 1,984 | 210 | 193 | 186 | 177 | 176 | 172 | 298 | 1078 | 1256 | 1452 | 1815 | 2818 | 10,118 |
| 1,985 | 5257 | 1498 | 383 | 2004 | 2460 | 1405 | 1975 | 2174 | 2324 | 3116 | 4382 | 4970 | 26,264 |
| 1,986 | 4742 | 4354 | 3106 | 1251 | 298 | 189 | 176 | 296 | 674 | 1128 | 1633 | 2819 | 21,858 |
| 1,987 | 5883 | 7097 | 5597 | 3937 | 2032 | 661 | 819 | 2233 | 2801 | 3347 | 4596 | 6106 | 44,119 |
| 1,988 | 5691 | 5549 | 4817 | 1392 | 813 | 2421 | 3279 | 4044 | 2844 | 3635 | 5543 | 6562 | 43,911 |
| 1,989 | 6384 | 6203 | 5814 | 5943 | 4206 | 702 | 336 | 1086 | 1762 | 2888 | 4088 | 4397 | 42,970 |
| 1,990 | 6141 | 6948 | 6691 | 4445 | 2159 | 2237 | 2281 | 2593 | 2713 | 3640 | 4895 | 5914 | 50,712 |
| 76 - 90 AVG | 4,559 | 4,216 | 3,525 | 2,270 | 1,448 | 1,006 | 1,190 | 1,788 | 1,839 | 2,377 | 3,261 | 3,990 | 29,813 |

**SJR @ Antioch (51)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 1379 | 2042 | 4398 | 5341 | 4406 | 3043 | 3100 | 4388 | 3161 | 3727 | 5248 | 5970 | 39,358 |
| 1,977 | 7845 | 8680 | 8245 | 7898 | 5175 | 4035 | 4397 | 5702 | 5852 | 5973 | 6748 | 7590 | 74,541 |
| 1,978 | 6002 | 5209 | 3917 | 396 | 66 | 67 | 51 | 73 | 510 | 1205 | 2007 | 3051 | 22,810 |
| 1,979 | 6954 | 7590 | 6042 | 1458 | 124 | 55 | 361 | 1335 | 987 | 1717 | 2799 | 3661 | 32,111 |
| 1,980 | 5059 | 3882 | 1510 | 116 | 57 | 45 | 86 | 227 | 790 | 1346 | 2215 | 3972 | 19,769 |
| 1,981 | 6934 | 8012 | 6231 | 1247 | 181 | 96 | 1119 | 3002 | 3271 | 3903 | 4960 | 5322 | 33,947 |
| 1,982 | 5697 | 1238 | 79 | 61 | 52 | 54 | 43 | 39 | 56 | 656 | 1167 | 398 | 8,955 |
| 1,983 | 91 | 51 | 51 | 64 | 54 | 50 | 42 | 38 | 41 | 48 | 111 | 73 | 649 |
| 1,984 | 97 | 58 | 52 | 46 | 42 | 41 | 197 | 1140 | 1356 | 1595 | 2036 | 3252 | 10,259 |
| 1,985 | 6208 | 1656 | 304 | 2264 | 2809 | 1522 | 2215 | 2486 | 2650 | 3608 | 5140 | 5854 | 32,230 |
| 1,986 | 5580 | 5107 | 3593 | 1340 | 135 | 55 | 51 | 192 | 646 | 1193 | 1810 | 3253 | 24,416 |
| 1,987 | 6964 | 8433 | 6615 | 4604 | 2289 | 627 | 819 | 2533 | 3222 | 3885 | 5398 | 7227 | 51,419 |
| 1,988 | 6726 | 6548 | 5663 | 1515 | 805 | 2753 | 3795 | 4726 | 3273 | 4230 | 6542 | 7780 | 51,148 |
| 1,989 | 7586 | 7345 | 6874 | 7029 | 4916 | 680 | 245 | 1153 | 1970 | 3333 | 4786 | 5163 | 50,043 |
| 1,990 | 7276 | 8252 | 7935 | 5216 | 2442 | 2533 | 2593 | 2977 | 3122 | 4243 | 5762 | 6997 | 59,406 |
| 76 - 90 AVG | 5,359 | 4,940 | 4,101 | 2,573 | 1,570 | 1,044 | 1,274 | 1,999 | 2,060 | 2,711 | 3,782 | 4,668 | 34,071 |

**SJR @ Antioch (51)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in TAF

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 2437 | 2290 | 2353 | 2666 | 3092 | 3240 | 2800 | 2564 | 2917 | 2871 | 2682 | 2462 | 33,204 |
| 1,977 | 2218 | 2175 | 2314 | 2546 | 3052 | 3238 | 2837 | 2609 | 2778 | 2973 | 3035 | 2868 | 32,795 |
| 1,978 | 2860 | 2858 | 3042 | 4091 | 4852 | 4296 | 3341 | 2936 | 2860 | 2870 | 2882 | 2585 | 39,280 |
| 1,979 | 2238 | 2128 | 2317 | 3407 | 4620 | 3903 | 2969 | 2579 | 2666 | 2601 | 2632 | 2488 | 35,518 |
| 1,980 | 2282 | 2287 | 2768 | 3680 | 4822 | 3850 | 2930 | 2717 | 2827 | 2829 | 2842 | 2556 | 37,128 |
| 1,981 | 2240 | 2088 | 2342 | 2995 | 3571 | 3242 | 2689 | 2480 | 2675 | 2638 | 2628 | 2477 | 33,592 |
| 1,982 | 2324 | 2466 | 2965 | 4080 | 4283 | 4113 | 3222 | 2901 | 2723 | 2716 | 2806 | 2688 | 37,435 |
| 1,983 | 2459 | 2784 | 3478 | 4603 | 5280 | 4379 | 3628 | 3054 | 3038 | 3171 | 3025 | 2642 | 41,816 |
| 1,984 | 2541 | 2747 | 3604 | 3883 | 4009 | 3418 | 2697 | 2548 | 2743 | 2694 | 2712 | 2512 | 36,362 |
| 1,985 | 2171 | 2465 | 2901 | 2891 | 3202 | 3602 | 3004 | 2576 | 2638 | 2902 | 2611 | 2504 | 33,833 |
| 1,986 | 2407 | 2417 | 2761 | 3254 | 4841 | 4068 | 3130 | 2885 | 2974 | 2983 | 2903 | 2554 | 37,375 |
| 1,987 | 2172 | 2026 | 2305 | 2651 | 3338 | 3409 | 2935 | 2669 | 2767 | 2681 | 2686 | 2505 | 32,231 |
| 1,988 | 2468 | 2399 | 2533 | 3077 | 3597 | 3596 | 2948 | 2572 | 2830 | 2790 | 2648 | 2479 | 33,030 |
| 1,989 | 2401 | 2328 | 2363 | 2566 | 3113 | 3141 | 2537 | 2485 | 2641 | 2550 | 2564 | 2452 | 31,210 |
| 1,990 | 2155 | 2063 | 2250 | 2632 | 3272 | 3495 | 2710 | 2370 | 2547 | 2537 | 2547 | 2420 | 31,356 |
| 76 - 90 AVG | 2,358 | 2,368 | 2,686 | 3,255 | 3,929 | 3,666 | 2,952 | 2,662 | 2,775 | 2,767 | 2,746 | 2,543 | 35,078 |

**SJR @ Antioch (51)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 1269 | 1815 | 3763 | 4547 | 3781 | 2654 | 2701 | 3765 | 2753 | 3219 | 4472 | 5065 | 34,157 |
| 1,977 | 6613 | 7310 | 6955 | 6666 | 4416 | 3473 | 3774 | 4853 | 4978 | 5061 | 5721 | 6412 | 63,276 |
| 1,978 | 5101 | 4461 | 3394 | 492 | 228 | 229 | 194 | 200 | 559 | 1133 | 1794 | 3033 | 20,828 |
| 1,979 | 5877 | 6402 | 5123 | 1353 | 272 | 199 | 438 | 1239 | 949 | 1562 | 2445 | 3156 | 29,222 |
| 1,980 | 4309 | 3337 | 1381 | 255 | 208 | 177 | 206 | 324 | 790 | 1249 | 1965 | 3414 | 17,995 |
| 1,981 | 5859 | 6749 | 5280 | 1167 | 288 | 216 | 1061 | 2617 | 2839 | 3361 | 4233 | 4530 | 29,692 |
| 1,982 | 4838 | 1153 | 198 | 212 | 193 | 196 | 171 | 165 | 181 | 676 | 1098 | 460 | 9,056 |
| 1,983 | 204 | 178 | 183 | 213 | 183 | 161 | 147 | 160 | 167 | 174 | 228 | 191 | 2,214 |
| 1,984 | 210 | 193 | 186 | 177 | 176 | 172 | 298 | 1078 | 1256 | 1452 | 1815 | 2818 | 10,118 |
| 1,985 | 5257 | 1498 | 383 | 2004 | 2460 | 1405 | 1975 | 2174 | 2324 | 3116 | 4382 | 4970 | 28,264 |
| 1,986 | 4742 | 4354 | 3106 | 1251 | 298 | 189 | 176 | 296 | 674 | 1128 | 1633 | 2819 | 21,858 |
| 1,987 | 5883 | 7097 | 5597 | 3937 | 2032 | 661 | 819 | 2233 | 2801 | 3347 | 4596 | 4046 | 44,119 |
| 1,988 | 5691 | 5549 | 4817 | 1392 | 813 | 2421 | 3279 | 4044 | 2844 | 3635 | 5543 | 6662 | 43,911 |
| 1,989 | 6384 | 6203 | 5814 | 5943 | 4206 | 702 | 336 | 1086 | 1762 | 2888 | 4088 | 4397 | 42,970 |
| 1,990 | 6141 | 6948 | 6691 | 4445 | 2159 | 2237 | 2281 | 2593 | 2713 | 3640 | 4895 | 5914 | 50,712 |
| 76 - 90 AVG | 4,559 | 4,216 | 3,525 | 2,270 | 1,448 | 1,006 | 1,190 | 1,788 | 1,839 | 2,377 | 3,261 | 3,990 | 29,813 |

**SJR @ Antioch (51)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 1379 | 2042 | 4398 | 5341 | 4406 | 3043 | 3100 | 4388 | 3161 | 3727 | 5248 | 5970 | 39,356 |
| 1,977 | 7845 | 8680 | 8245 | 7898 | 5175 | 4035 | 4397 | 5702 | 5852 | 5973 | 6748 | 7590 | 74,541 |
| 1,978 | 6002 | 5209 | 3917 | 396 | 66 | 67 | 51 | 73 | 510 | 1205 | 2007 | 3511 | 22,810 |
| 1,979 | 6954 | 7590 | 6042 | 1458 | 124 | 55 | 361 | 1335 | 987 | 1717 | 2789 | 3661 | 32,111 |
| 1,980 | 5059 | 3882 | 1510 | 116 | 57 | 45 | 86 | 227 | 790 | 1346 | 2215 | 3972 | 19,769 |
| 1,981 | 6934 | 8012 | 6231 | 1247 | 181 | 96 | 1119 | 3002 | 3271 | 3903 | 4960 | 5322 | 33,947 |
| 1,982 | 5697 | 1238 | 79 | 61 | 52 | 54 | 43 | 39 | 56 | 656 | 1167 | 398 | 8,955 |
| 1,983 | 91 | 51 | 51 | 64 | 54 | 50 | 42 | 38 | 41 | 46 | 111 | 73 | 649 |
| 1,984 | 97 | 58 | 52 | 46 | 42 | 41 | 197 | 1140 | 1366 | 1595 | 2036 | 3252 | 10,259 |
| 1,985 | 6208 | 1656 | 304 | 2264 | 2809 | 1522 | 2215 | 2466 | 2650 | 3608 | 5140 | 5854 | 32,230 |
| 1,986 | 5580 | 5107 | 3593 | 1340 | 135 | 55 | 51 | 192 | 646 | 1193 | 1810 | 3253 | 24,416 |
| 1,987 | 6964 | 8433 | 6615 | 4604 | 2289 | 627 | 819 | 2533 | 3222 | 3885 | 5398 | 7227 | 51,419 |
| 1,988 | 6726 | 6548 | 5683 | 1515 | 805 | 2753 | 3795 | 4726 | 3273 | 4230 | 6542 | 7780 | 51,148 |
| 1,989 | 7568 | 7345 | 6874 | 7029 | 4916 | 680 | 245 | 1153 | 1970 | 3333 | 4786 | 5163 | 50,043 |
| 1,990 | 7276 | 8252 | 7935 | 5216 | 2442 | 2533 | 2593 | 2977 | 3122 | 4243 | 5762 | 6997 | 59,406 |
| 76 - 90 AVG | 5,359 | 4,940 | 4,101 | 2,573 | 1,570 | 1,044 | 1,274 | 1,999 | 2,060 | 2,711 | 3,782 | 4,668 | 34,071 |

**SJR @ Antioch (51)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 2437 | 2290 | 2353 | 2666 | 3092 | 3240 | 2800 | 2564 | 2917 | 2871 | 2662 | 2482 | 33,204 |
| 1,977 | 2218 | 2175 | 2314 | 2546 | 3052 | 3238 | 2837 | 2609 | 2778 | 2973 | 3035 | 2668 | 32,795 |
| 1,978 | 2860 | 2858 | 3042 | 4091 | 4852 | 4296 | 3341 | 2936 | 2860 | 2670 | 2882 | 2585 | 39,280 |
| 1,979 | 2238 | 2128 | 2317 | 3407 | 4620 | 3903 | 2669 | 2578 | 2686 | 2601 | 2632 | 2468 | 35,518 |
| 1,980 | 2282 | 2287 | 2768 | 3680 | 4822 | 3850 | 2930 | 2717 | 2827 | 2829 | 2842 | 2556 | 37,128 |
| 1,981 | 2240 | 2088 | 2342 | 2995 | 3571 | 3242 | 2689 | 2480 | 2675 | 2638 | 2628 | 2477 | 33,592 |
| 1,982 | 2324 | 2466 | 2965 | 4080 | 4283 | 4113 | 3222 | 2901 | 2723 | 2716 | 2806 | 2688 | 37,435 |
| 1,983 | 2459 | 2784 | 3478 | 4803 | 5280 | 4379 | 3628 | 3054 | 3038 | 3171 | 3025 | 2642 | 41,816 |
| 1,984 | 2541 | 2747 | 3604 | 3883 | 4009 | 3418 | 2697 | 2548 | 2743 | 2694 | 2712 | 2512 | 36,362 |
| 1,985 | 2171 | 2465 | 2901 | 2891 | 3202 | 3602 | 3004 | 2576 | 2638 | 2602 | 2611 | 2504 | 33,833 |
| 1,986 | 2407 | 2417 | 2761 | 3254 | 4841 | 4066 | 3130 | 2885 | 2974 | 2983 | 2903 | 2554 | 37,375 |
| 1,987 | 2172 | 2026 | 2305 | 2651 | 3336 | 3409 | 2935 | 2669 | 2767 | 2681 | 2686 | 2505 | 32,231 |
| 1,988 | 2468 | 2399 | 2533 | 3077 | 3597 | 3596 | 2948 | 2572 | 2830 | 2790 | 2648 | 2478 | 33,030 |
| 1,989 | 2401 | 2328 | 2363 | 2566 | 3113 | 3141 | 2537 | 2465 | 2641 | 2550 | 2564 | 2452 | 31,210 |
| 1,990 | 2155 | 2063 | 2250 | 2632 | 3272 | 3495 | 2710 | 2370 | 2547 | 2537 | 2547 | 2420 | 31,356 |
| 76 - 90 AVG | 2,358 | 2,388 | 2,686 | 3,255 | 3,929 | 3,666 | 2,952 | 2,662 | 2,775 | 2,767 | 2,748 | 2,543 | 35,078 |

**SJR @ Antioch (51)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1114 | 1771 | 3745 | 4596 | 3775 | 2607 | 2648 | 3540 | 2640 | 3179 | 4520 | 5206 | 39,341 |
| 1977 | 6645 | 7235 | 6897 | 6815 | 4363 | 3407 | 3773 | 4796 | 4968 | 5120 | 5747 | 6440 | 66,004 |
| 1978 | 5115 | 4463 | 3414 | 496 | 225 | 218 | 193 | 206 | 556 | 1104 | 1782 | 3024 | 20,796 |
| 1979 | 5826 | 6326 | 4993 | 1469 | 288 | 198 | 424 | 1225 | 950 | 1592 | 2444 | 3150 | 28,885 |
| 1980 | 4334 | 3359 | 1375 | 233 | 199 | 180 | 210 | 327 | 727 | 1217 | 1853 | 3309 | 17,323 |
| 1981 | 6157 | 7194 | 5423 | 1399 | 360 | 224 | 1023 | 2496 | 2785 | 3349 | 4226 | 4275 | 38,911 |
| 1982 | 4692 | 1142 | 197 | 207 | 184 | 193 | 174 | 168 | 191 | 734 | 1272 | 532 | 9,686 |
| 1983 | 213 | 175 | 175 | 213 | 198 | 188 | 172 | 163 | 168 | 176 | 231 | 189 | 2,261 |
| 1984 | 208 | 175 | 176 | 179 | 160 | 176 | 300 | 1083 | 1258 | 1453 | 1813 | 2815 | 9,816 |
| 1985 | 5271 | 1633 | 399 | 1999 | 2428 | 1399 | 1933 | 2095 | 2295 | 3292 | 4554 | 4989 | 32,277 |
| 1986 | 4764 | 4435 | 3131 | 1027 | 232 | 186 | 182 | 305 | 625 | 1131 | 1649 | 2767 | 20,434 |
| 1987 | 5804 | 7012 | 5517 | 3874 | 1993 | 646 | 773 | 2121 | 2699 | 3249 | 4498 | 5917 | 44,103 |
| 1988 | 5091 | 4868 | 4489 | 1283 | 761 | 2382 | 3157 | 3914 | 2773 | 3593 | 5499 | 6539 | 44,349 |
| 1989 | 6294 | 6174 | 5781 | 5874 | 4139 | 689 | 332 | 1065 | 1783 | 2918 | 4100 | 4382 | 43,531 |
| 1990 | 6070 | 6811 | 6572 | 4400 | 2138 | 2200 | 2237 | 2609 | 2673 | 3768 | 5301 | 6228 | 51,007 |
| 76 - 90 AVG | 4,507 | 4,185 | 3,486 | 2,258 | 1,431 | 993 | 1,169 | 1,741 | 1,805 | 2,392 | 3,299 | 3,984 | 31,248 |

**SJR @ Antioch (51)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1192 | 1988 | 4376 | 5399 | 4389 | 2987 | 3035 | 4115 | 3024 | 3678 | 5306 | 6141 | 45,640 |
| 1977 | 7884 | 8593 | 8176 | 7836 | 5110 | 3954 | 4396 | 5634 | 5838 | 6021 | 6780 | 7824 | 77,846 |
| 1978 | 6018 | 5214 | 3943 | 401 | 64 | 61 | 51 | 79 | 505 | 1168 | 1991 | 3500 | 22,995 |
| 1979 | 6893 | 7498 | 5885 | 1598 | 143 | 55 | 345 | 1319 | 987 | 1766 | 2798 | 3655 | 32,942 |
| 1980 | 5089 | 3909 | 1503 | 104 | 54 | 45 | 99 | 229 | 713 | 1305 | 2077 | 3845 | 18,962 |
| 1981 | 7295 | 8550 | 6405 | 1529 | 268 | 105 | 1073 | 2855 | 3205 | 3888 | 4951 | 5014 | 45,138 |
| 1982 | 5521 | 1226 | 79 | 58 | 48 | 53 | 43 | 40 | 66 | 725 | 1377 | 485 | 9,721 |
| 1983 | 102 | 49 | 48 | 64 | 54 | 50 | 42 | 38 | 41 | 47 | 112 | 70 | 717 |
| 1984 | 95 | 49 | 49 | 46 | 43 | 43 | 199 | 1148 | 1357 | 1596 | 2033 | 3249 | 9,905 |
| 1985 | 6224 | 1820 | 320 | 2256 | 2769 | 1516 | 2164 | 2370 | 2603 | 3821 | 5348 | 5876 | 37,087 |
| 1986 | 5606 | 5204 | 3623 | 1070 | 91 | 50 | 52 | 197 | 584 | 1196 | 1830 | 3190 | 22,693 |
| 1987 | 6869 | 8330 | 6518 | 4527 | 2242 | 609 | 762 | 2395 | 3096 | 3764 | 5278 | 6998 | 51,388 |
| 1988 | 5998 | 5719 | 5262 | 1384 | 741 | 2705 | 3647 | 4566 | 3186 | 4179 | 6489 | 7752 | 51,628 |
| 1989 | 7457 | 7309 | 6834 | 6945 | 4834 | 666 | 240 | 1127 | 1995 | 3370 | 4801 | 5145 | 50,723 |
| 1990 | 7191 | 8086 | 7790 | 5161 | 2416 | 2488 | 2541 | 2996 | 3073 | 4397 | 8253 | 7377 | 59,769 |
| 76 - 90 AVG | 5,298 | 4,903 | 4,054 | 2,559 | 1,552 | 1,026 | 1,245 | 1,940 | 2,018 | 2,728 | 3,828 | 4,681 | 35,810 |

**SJR @ Antioch (51)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2442 | 2292 | 2355 | 2673 | 3108 | 3249 | 2806 | 2594 | 2945 | 2891 | 2662 | 2461 | 32,478 |
| 1977 | 2225 | 2186 | 2323 | 2557 | 3064 | 3248 | 2816 | 2574 | 2754 | 2953 | 3023 | 2860 | 32,583 |
| 1978 | 2857 | 2857 | 3038 | 4090 | 4851 | 4298 | 3342 | 2939 | 2865 | 2889 | 2907 | 2570 | 39,503 |
| 1979 | 2245 | 2136 | 2330 | 3414 | 4841 | 3903 | 2863 | 2577 | 2666 | 2598 | 2632 | 2469 | 34,472 |
| 1980 | 2282 | 2287 | 2768 | 3681 | 4821 | 3851 | 2930 | 2717 | 2833 | 2872 | 2907 | 2568 | 36,517 |
| 1981 | 2206 | 2038 | 2326 | 2950 | 3548 | 3265 | 2709 | 2510 | 2704 | 2647 | 2631 | 2500 | 32,034 |
| 1982 | 2325 | 2461 | 2965 | 4081 | 4283 | 4115 | 3222 | 2901 | 2747 | 2738 | 2811 | 2694 | 37,343 |
| 1983 | 2466 | 2788 | 3458 | 4607 | 5283 | 4380 | 3630 | 3054 | 3038 | 3170 | 3025 | 2640 | 41,539 |
| 1984 | 2539 | 2748 | 3605 | 3687 | 4010 | 3425 | 2701 | 2549 | 2743 | 2694 | 2712 | 2512 | 35,825 |
| 1985 | 2172 | 2463 | 3018 | 2961 | 3211 | 3613 | 3015 | 2592 | 2651 | 2594 | 2612 | 2513 | 33,415 |
| 1986 | 2411 | 2419 | 2765 | 3248 | 4833 | 4065 | 3130 | 2884 | 2980 | 2990 | 2911 | 2561 | 37,197 |
| 1987 | 2181 | 2035 | 2313 | 2658 | 3341 | 3412 | 2991 | 2776 | 2866 | 2761 | 2761 | 2578 | 32,673 |
| 1988 | 2558 | 2507 | 2592 | 3085 | 3606 | 3817 | 3001 | 2640 | 2879 | 2832 | 2682 | 2499 | 34,498 |
| 1989 | 2422 | 2349 | 2378 | 2578 | 3125 | 3145 | 2537 | 2467 | 2639 | 2548 | 2563 | 2453 | 31,204 |
| 1990 | 2163 | 2080 | 2266 | 2639 | 3274 | 3494 | 2713 | 2380 | 2585 | 2580 | 2537 | 2419 | 31,110 |
| 76 - 90 AVG | 2,366 | 2,376 | 2,700 | 3,261 | 3,933 | 3,872 | 2,960 | 2,677 | 2,793 | 2,782 | 2,758 | 2,553 | 34,833 |

**SJR @ Antioch (51)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1382 | 1795 | 3704 | 4479 | 3716 | 2591 | 2616 | 3873 | 2666 | 3203 | 4671 | 5132 | 39,628 |
| 1977 | 5865 | 6143 | 5799 | 5877 | 4231 | 3379 | 3694 | 4886 | 4834 | 5068 | 5749 | 6391 | 61,716 |
| 1978 | 5178 | 4615 | 3569 | 514 | 224 | 217 | 193 | 206 | 533 | 1090 | 1848 | 3075 | 21,262 |
| 1979 | 5875 | 6349 | 4997 | 1469 | 288 | 198 | 418 | 1217 | 948 | 1657 | 2463 | 3122 | 29,001 |
| 1980 | 4447 | 3453 | 1401 | 233 | 199 | 179 | 210 | 326 | 792 | 1198 | 1881 | 3332 | 17,831 |
| 1981 | 6204 | 7216 | 5429 | 1484 | 378 | 226 | 1019 | 2496 | 2636 | 3297 | 4103 | 4251 | 38,719 |
| 1982 | 4704 | 1099 | 195 | 207 | 184 | 193 | 174 | 168 | 191 | 713 | 1256 | 531 | 9,615 |
| 1983 | 243 | 177 | 175 | 214 | 197 | 188 | 172 | 163 | 168 | 176 | 231 | 193 | 2,297 |
| 1984 | 212 | 175 | 178 | 179 | 180 | 176 | 299 | 1082 | 1295 | 1485 | 1807 | 2809 | 9,855 |
| 1985 | 5182 | 1611 | 418 | 2042 | 2447 | 1414 | 1938 | 2016 | 2220 | 3293 | 4506 | 4846 | 31,933 |
| 1986 | 4454 | 4002 | 2951 | 1389 | 258 | 186 | 182 | 303 | 677 | 1098 | 1654 | 2834 | 19,988 |
| 1987 | 5828 | 7015 | 5516 | 3873 | 1989 | 645 | 759 | 2065 | 2638 | 3053 | 4558 | 6078 | 44,017 |
| 1988 | 5369 | 5675 | 4980 | 1375 | 790 | 2217 | 3041 | 3745 | 2726 | 3473 | 5263 | 6295 | 44,949 |
| 1989 | 6196 | 6166 | 5789 | 5878 | 4256 | 743 | 328 | 1084 | 2080 | 3179 | 4483 | 4527 | 44,719 |
| 1990 | 6044 | 6885 | 6581 | 4286 | 2066 | 2180 | 2063 | 2461 | 2610 | 3258 | 4537 | 5489 | 48,460 |
| 76 - 90 AVG | 4,479 | 4,158 | 3,445 | 2,232 | 1,427 | 982 | 1,140 | 1,713 | 1,801 | 2,348 | 3,266 | 3,927 | 30,919 |

**SJR @ Antioch (51)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1516 | 2017 | 4328 | 5258 | 4328 | 2967 | 2996 | 4275 | 3055 | 3706 | 5488 | 6051 | 45,983 |
| 1977 | 6938 | 7265 | 6844 | 6944 | 4951 | 3920 | 4301 | 5500 | 5677 | 5956 | 6783 | 7564 | 72,643 |
| 1978 | 6095 | 5397 | 4129 | 422 | 64 | 61 | 51 | 79 | 478 | 1151 | 2071 | 3562 | 23,560 |
| 1979 | 6953 | 7526 | 5890 | 1598 | 143 | 55 | 338 | 1309 | 985 | 1843 | 2820 | 3620 | 33,080 |
| 1980 | 5226 | 4024 | 1535 | 105 | 54 | 44 | 89 | 229 | 792 | 1283 | 2087 | 3873 | 19,341 |
| 1981 | 7352 | 8578 | 6412 | 1607 | 290 | 108 | 1068 | 2856 | 3022 | 3822 | 4801 | 4985 | 44,901 |
| 1982 | 5535 | 1173 | 76 | 58 | 48 | 53 | 43 | 40 | 66 | 699 | 1358 | 483 | 9,632 |
| 1983 | 138 | 51 | 48 | 64 | 54 | 50 | 42 | 38 | 41 | 47 | 112 | 75 | 780 |
| 1984 | 99 | 49 | 49 | 46 | 43 | 43 | 197 | 1144 | 1402 | 1611 | 2026 | 3242 | 9,951 |
| 1985 | 6117 | 1793 | 343 | 2308 | 2792 | 1534 | 2170 | 2273 | 2522 | 3821 | 5289 | 5704 | 36,666 |
| 1986 | 5231 | 4682 | 3406 | 1508 | 122 | 51 | 52 | 194 | 647 | 1156 | 1835 | 3270 | 22,154 |
| 1987 | 6898 | 8334 | 6517 | 4526 | 2238 | 608 | 744 | 2324 | 3019 | 3525 | 5349 | 7193 | 51,275 |
| 1988 | 6335 | 6703 | 5862 | 1496 | 777 | 2502 | 3502 | 4358 | 3125 | 4034 | 6204 | 7457 | 52,355 |
| 1989 | 7339 | 7301 | 6844 | 6950 | 4977 | 732 | 236 | 1163 | 2356 | 3684 | 5262 | 5319 | 52,163 |
| 1990 | 7159 | 8176 | 7803 | 5024 | 2328 | 2483 | 2327 | 2814 | 2996 | 3780 | 5329 | 6482 | 56,681 |
| 76 - 90 AVG | 5,262 | 4,871 | 4,006 | 2,528 | 1,547 | 1,013 | 1,210 | 1,906 | 2,012 | 2,675 | 3,788 | 4,592 | 35,410 |

**SJR @ Antioch (51)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2433 | 2293 | 2359 | 2674 | 3101 | 3246 | 2821 | 2608 | 2982 | 2923 | 2667 | 2479 | 32,586 |
| 1977 | 2315 | 2346 | 2487 | 2617 | 3070 | 3249 | 2851 | 2641 | 2806 | 2979 | 3032 | 2880 | 33,253 |
| 1978 | 2873 | 2841 | 3043 | 4096 | 4834 | 4287 | 3342 | 2939 | 2867 | 2891 | 2900 | 2565 | 39,478 |
| 1979 | 2234 | 2122 | 2327 | 3413 | 4643 | 3893 | 2950 | 2572 | 2666 | 2604 | 2652 | 2474 | 34,450 |
| 1980 | 2276 | 2286 | 2788 | 3680 | 4816 | 3843 | 2923 | 2706 | 2819 | 2857 | 2879 | 2554 | 36,407 |
| 1981 | 2189 | 2023 | 2318 | 2945 | 3553 | 3262 | 2705 | 2506 | 2774 | 2791 | 2748 | 2538 | 32,352 |
| 1982 | 2347 | 2469 | 2965 | 4080 | 4283 | 4115 | 3223 | 2901 | 2747 | 2746 | 2818 | 2695 | 37,389 |
| 1983 | 2485 | 2794 | 3449 | 4828 | 5271 | 4380 | 3628 | 3054 | 3038 | 3170 | 3025 | 2641 | 41,563 |
| 1984 | 2542 | 2748 | 3604 | 3683 | 4010 | 3418 | 2697 | 2548 | 2739 | 2693 | 2713 | 2513 | 35,908 |
| 1985 | 2176 | 2462 | 3016 | 2967 | 3217 | 3619 | 3020 | 2623 | 2896 | 2654 | 2677 | 2526 | 33,653 |
| 1986 | 2426 | 2418 | 2756 | 3253 | 4844 | 4067 | 3137 | 2896 | 2976 | 3009 | 2935 | 2560 | 37,277 |
| 1987 | 2179 | 2033 | 2312 | 2658 | 3342 | 3412 | 3021 | 2852 | 2949 | 2852 | 2799 | 2537 | 32,946 |
| 1988 | 2489 | 2338 | 2491 | 3073 | 3608 | 3749 | 3162 | 2762 | 2949 | 2806 | 2640 | 2478 | 34,545 |
| 1989 | 2389 | 2305 | 2359 | 2574 | 3088 | 3115 | 2536 | 2451 | 2618 | 2608 | 2653 | 2520 | 31,216 |
| 1990 | 2184 | 2068 | 2254 | 2645 | 3285 | 3515 | 2857 | 2482 | 2615 | 2609 | 2576 | 2445 | 31,535 |
| 76 - 90 AVG | 2,369 | 2,370 | 2,699 | 3,266 | 3,931 | 3,678 | 2,965 | 2,703 | 2,816 | 2,813 | 2,781 | 2,560 | 34,971 |

**SJR @ Antioch (51)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2809 | 2797 | 3997 | 4204 | 3504 | 2837 | 2708 | 3575 | 2864 | 3603 | 5509 | 5785 | 43,992 |
| 1977 | 5668 | 5774 | 5501 | 5689 | 4290 | 3657 | 3897 | 4517 | 4739 | 4999 | 5719 | 6438 | 61,088 |
| 1978 | 5149 | 4639 | 3538 | 511 | 229 | 220 | 193 | 211 | 527 | 1061 | 1861 | 3156 | 21,315 |
| 1979 | 5872 | 6187 | 5165 | 1410 | 273 | 198 | 421 | 1412 | 1025 | 1564 | 2523 | 3458 | 29,508 |
| 1980 | 4765 | 3828 | 1616 | 243 | 199 | 180 | 203 | 336 | 775 | 1192 | 1927 | 3383 | 18,647 |
| 1981 | 5549 | 6427 | 5179 | 1617 | 420 | 225 | 1041 | 2387 | 2389 | 3141 | 4497 | 4834 | 37,506 |
| 1982 | 4773 | 1105 | 195 | 208 | 184 | 194 | 174 | 168 | 191 | 789 | 1544 | 622 | 10,147 |
| 1983 | 290 | 180 | 173 | 213 | 197 | 188 | 172 | 163 | 168 | 176 | 260 | 261 | 2,441 |
| 1984 | 317 | 181 | 176 | 179 | 180 | 176 | 300 | 1082 | 1258 | 1495 | 1796 | 2790 | 9,930 |
| 1985 | 5683 | 1887 | 467 | 2067 | 2461 | 1471 | 1900 | 1804 | 1928 | 3188 | 4651 | 5139 | 32,646 |
| 1986 | 4472 | 4072 | 3021 | 1385 | 259 | 186 | 182 | 303 | 672 | 1159 | 1661 | 2808 | 20,180 |
| 1987 | 5829 | 7016 | 5514 | 3870 | 1991 | 643 | 734 | 2037 | 2412 | 2918 | 4284 | 5856 | 43,104 |
| 1988 | 4748 | 4025 | 4059 | 1318 | 783 | 2058 | 3079 | 3800 | 2699 | 3489 | 5381 | 6464 | 41,901 |
| 1989 | 5891 | 5791 | 5677 | 5887 | 4160 | 700 | 310 | 935 | 1794 | 3122 | 4590 | 4592 | 43,449 |
| 1990 | 6038 | 6889 | 6600 | 4289 | 2061 | 2171 | 1991 | 2723 | 2733 | 3844 | 5498 | 6208 | 51,045 |
| 76 - 90 AVG | 4,523 | 4,053 | 3,392 | 2,219 | 1,413 | 1,007 | 1,154 | 1,697 | 1,732 | 2,384 | 3,447 | 4,106 | 31,127 |

**SJR @ Antioch (51)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3244 | 3229 | 4681 | 4927 | 4072 | 3264 | 3107 | 4156 | 3050 | 4189 | 6500 | 6839 | 51,258 |
| 1977 | 6698 | 6816 | 6481 | 6956 | 5022 | 4255 | 4545 | 5296 | 5582 | 5873 | 6746 | 7621 | 71,871 |
| 1978 | 6060 | 5428 | 4095 | 418 | 66 | 62 | 51 | 84 | 470 | 1140 | 2086 | 3659 | 23,619 |
| 1979 | 6848 | 7329 | 6091 | 1526 | 125 | 54 | 342 | 1544 | 1078 | 1730 | 2892 | 4027 | 33,686 |
| 1980 | 5610 | 4475 | 1794 | 116 | 54 | 45 | 80 | 240 | 770 | 1274 | 2165 | 3933 | 20,557 |
| 1981 | 6558 | 7621 | 6109 | 1791 | 339 | 105 | 1095 | 2723 | 2719 | 3627 | 5273 | 5445 | 43,405 |
| 1982 | 5618 | 1180 | 76 | 59 | 48 | 54 | 43 | 40 | 66 | 790 | 1705 | 594 | 10,273 |
| 1983 | 194 | 55 | 47 | 64 | 54 | 50 | 42 | 38 | 41 | 47 | 149 | 156 | 937 |
| 1984 | 226 | 56 | 49 | 46 | 43 | 43 | 198 | 1145 | 1358 | 1647 | 2013 | 3218 | 10,042 |
| 1985 | 6723 | 2127 | 402 | 2339 | 2810 | 1602 | 2123 | 2013 | 2164 | 3688 | 5482 | 6058 | 37,511 |
| 1986 | 5251 | 4761 | 3487 | 1502 | 122 | 51 | 51 | 194 | 641 | 1229 | 1843 | 3239 | 22,371 |
| 1987 | 6898 | 8335 | 6515 | 4523 | 2240 | 605 | 712 | 2284 | 2736 | 3350 | 5007 | 6917 | 50,122 |
| 1988 | 5571 | 4681 | 4730 | 1423 | 767 | 2305 | 3542 | 4424 | 3092 | 4060 | 6343 | 7658 | 48,586 |
| 1989 | 6968 | 6844 | 6707 | 6961 | 4859 | 678 | 214 | 968 | 2004 | 3811 | 5390 | 5396 | 50,600 |
| 1990 | 7152 | 8181 | 7825 | 5027 | 2322 | 2451 | 2239 | 3129 | 3141 | 4487 | 6491 | 7353 | 59,798 |
| 76 - 90 AVG | 5,315 | 4,741 | 3,939 | 2,512 | 1,530 | 1,042 | 1,226 | 1,885 | 1,926 | 2,715 | 4,004 | 4,808 | 35,642 |

**SJR @ Antioch (51)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2362 | 2247 | 2343 | 2659 | 3062 | 3249 | 2855 | 2656 | 2999 | 2914 | 2706 | 2517 | 32,569 |
| 1977 | 2393 | 2401 | 2505 | 2850 | 3090 | 3289 | 2877 | 2631 | 2804 | 2982 | 3032 | 2863 | 33,517 |
| 1978 | 2847 | 2811 | 3017 | 4099 | 4918 | 4332 | 3342 | 2941 | 2873 | 2894 | 2937 | 2590 | 39,601 |
| 1979 | 2249 | 2161 | 2330 | 3417 | 4626 | 3889 | 2952 | 2586 | 2691 | 2647 | 2691 | 2499 | 34,618 |
| 1980 | 2301 | 2276 | 2752 | 3679 | 4820 | 3860 | 2943 | 2729 | 2847 | 2908 | 2952 | 2588 | 36,655 |
| 1981 | 2287 | 2143 | 2374 | 2974 | 3575 | 3282 | 2694 | 2528 | 2923 | 3009 | 2849 | 2586 | 33,224 |
| 1982 | 2367 | 2474 | 2967 | 4089 | 4292 | 4142 | 3260 | 2921 | 2754 | 2758 | 2839 | 2708 | 37,571 |
| 1983 | 2501 | 2800 | 3410 | 4607 | 5271 | 4383 | 3630 | 3058 | 3042 | 3175 | 2971 | 2730 | 41,578 |
| 1984 | 2575 | 2760 | 3803 | 3690 | 4011 | 3428 | 2701 | 2549 | 2743 | 2690 | 2714 | 2514 | 35,976 |
| 1985 | 2156 | 2462 | 3014 | 2958 | 3207 | 3636 | 3086 | 2736 | 2925 | 2898 | 2771 | 2586 | 34,418 |
| 1986 | 2490 | 2518 | 2806 | 3267 | 4857 | 4066 | 3141 | 2889 | 2977 | 3013 | 2953 | 2567 | 37,554 |
| 1987 | 2180 | 2033 | 2312 | 2658 | 3342 | 3415 | 3095 | 2999 | 3192 | 3197 | 3119 | 2856 | 34,398 |
| 1988 | 2810 | 2794 | 2743 | 3106 | 3623 | 3912 | 3311 | 2766 | 2976 | 2925 | 2789 | 2599 | 36,354 |
| 1989 | 2506 | 2376 | 2379 | 2580 | 3128 | 3145 | 2538 | 2528 | 2843 | 2813 | 2708 | 2536 | 32,080 |
| 1990 | 2167 | 2067 | 2252 | 2646 | 3287 | 3519 | 2905 | 2542 | 2708 | 2613 | 2554 | 2440 | 31,720 |
| 76 - 90 AVG | 2,414 | 2,422 | 2,720 | 3,272 | 3,941 | 3,703 | 3,015 | 2,737 | 2,886 | 2,896 | 2,839 | 2,611 | 35,456 |

SJR @ Antioch

**SJR @ Antioch, 51**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 2312 | 2865 | 3629 | 3581 | 3327 | 2111 | 2120 | 2865 | 2419 | 3442 | 4134 | 4493 |
| 1977 | 5252 | 5807 | 5761 | 6277 | 4682 | 2671 | 3396 | 4789 | 4526 | 4574 | 5655 | 6407 |
| 1978 | 5287 | 4934 | 3530 | 491 | 221 | 214 | 204 | 198 | 506 | 1325 | 1920 | 2995 |
| 1979 | 5790 | 6273 | 5143 | 1537 | 307 | 202 | 207 | 329 | 577 | 1614 | 2792 | 3645 |
| 1980 | 4496 | 3916 | 2001 | 325 | 199 | 182 | 182 | 206 | 464 | 1126 | 1758 | 3293 |
| 1981 | 6203 | 7134 | 5806 | 2106 | 555 | 291 | 355 | 978 | 1716 | 2770 | 3871 | 4308 |
| 1982 | 4925 | 1224 | 201 | 207 | 185 | 199 | 175 | 172 | 202 | 889 | 1857 | 991 |
| 1983 | 257 | 175 | 172 | 209 | 201 | 187 | 174 | 165 | 169 | 177 | 350 | 246 |
| 1984 | 191 | 169 | 176 | 177 | 179 | 177 | 220 | 290 | 703 | 1273 | 1730 | 2856 |
| 1985 | 5151 | 1629 | 470 | 2059 | 2063 | 1050 | 1052 | 1123 | 1773 | 3051 | 4267 | 4662 |
| 1986 | 4858 | 4424 | 2763 | 1108 | 246 | 187 | 185 | 216 | 500 | 1130 | 1756 | 2875 |
| 1987 | 5658 | 6977 | 5691 | 3865 | 1940 | 608 | 707 | 1965 | 2310 | 2950 | 4415 | 5932 |
| 1988 | 4829 | 5131 | 4474 | 1194 | 813 | 985 | 1986 | 3018 | 2503 | 3454 | 5379 | 5990 |
| 1989 | 5289 | 5547 | 5363 | 5632 | 4232 | 771 | 233 | 954 | 2017 | 3176 | 4619 | 4579 |
| 1990 | 5684 | 6373 | 6112 | 3586 | 1790 | 1400 | 1297 | 1980 | 2418 | 3710 | 5277 | 5872 |
| Average | 4412 | 4172 | 3406 | 2157 | 1395 | 749 | 833 | 1282 | 1520 | 2311 | 3319 | 3943 |

**SJR @ Antioch, 51**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 2643 | 3314 | 4239 | 4174 | 3859 | 2388 | 2397 | 3296 | 2751 | 3987 | 4832 | 5276 |
| 1977 | 6194 | 6854 | 6791 | 7418 | 5465 | 3058 | 3938 | 5601 | 5307 | 5387 | 6674 | 7588 |
| 1978 | 6232 | 5794 | 4091 | 396 | 62 | 59 | 55 | 54 | 433 | 1438 | 2163 | 3467 |
| 1979 | 6851 | 7435 | 6070 | 1682 | 163 | 57 | 79 | 219 | 524 | 1790 | 3217 | 4253 |
| 1980 | 5285 | 4584 | 2263 | 216 | 54 | 46 | 50 | 69 | 382 | 1195 | 1966 | 3827 |
| 1981 | 7351 | 8479 | 6630 | 2385 | 502 | 186 | 262 | 1012 | 1898 | 3171 | 4510 | 5051 |
| 1982 | 5802 | 1324 | 84 | 58 | 48 | 56 | 43 | 41 | 76 | 913 | 2086 | 1041 |
| 1983 | 155 | 49 | 47 | 62 | 56 | 50 | 42 | 38 | 41 | 49 | 260 | 140 |
| 1984 | 73 | 45 | 49 | 45 | 43 | 45 | 99 | 179 | 679 | 1377 | 1933 | 3299 |
| 1985 | 6079 | 1815 | 410 | 2331 | 2329 | 1096 | 1095 | 1184 | 1972 | 3521 | 4997 | 5480 |
| 1986 | 5720 | 5192 | 3182 | 1170 | 109 | 51 | 49 | 73 | 419 | 1198 | 1964 | 3322 |
| 1987 | 6692 | 8289 | 6733 | 4518 | 2178 | 564 | 678 | 2191 | 2610 | 3388 | 5168 | 7011 |
| 1988 | 5678 | 6036 | 5250 | 1277 | 807 | 1010 | 2216 | 3473 | 2852 | 4003 | 6337 | 7083 |
| 1989 | 6239 | 6548 | 6327 | 6653 | 4949 | 766 | 120 | 992 | 2277 | 3680 | 5427 | 5382 |
| 1990 | 6723 | 7557 | 7238 | 4178 | 1997 | 1522 | 1399 | 2227 | 2758 | 4322 | 6220 | 6945 |
| Average | 5181 | 4888 | 3960 | 2436 | 1508 | 730 | 835 | 1377 | 1685 | 2627 | 3850 | 4611 |

**SJR @ Antioch, 51**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 2382 | 2171 | 2349 | 2674 | 3047 | 3196 | 2811 | 2707 | 3048 | 3087 | 2931 | 2542 |
| 1977 | 2396 | 2405 | 2519 | 2688 | 3124 | 3378 | 2853 | 2564 | 2895 | 2712 | 2613 | 2712 |
| 1978 | 2724 | 2671 | 2953 | 4084 | 4751 | 4229 | 3658 | 3317 | 3007 | 2758 | 2707 | 2501 |
| 1979 | 2196 | 2108 | 2286 | 3357 | 4746 | 3971 | 2955 | 2986 | 2903 | 2832 | 2649 | 2492 |
| 1980 | 2304 | 2248 | 2683 | 3616 | 4759 | 3849 | 3112 | 3027 | 2999 | 2818 | 2765 | 2510 |
| 1981 | 2178 | 2020 | 2270 | 2876 | 3555 | 3312 | 2806 | 2752 | 3027 | 3127 | 3013 | 2604 |
| 1982 | 2339 | 2459 | 2967 | 4077 | 4200 | 4197 | 3351 | 3016 | 2788 | 2700 | 2734 | 2666 |
| 1983 | 2504 | 2810 | 3411 | 4526 | 5312 | 4405 | 3638 | 3066 | 2967 | 3066 | 2954 | 2634 |
| 1984 | 2568 | 2730 | 3606 | 3727 | 4087 | 3493 | 2780 | 2796 | 2879 | 2704 | 2703 | 2499 |
| 1985 | 2167 | 2452 | 2894 | 2894 | 3272 | 3571 | 3179 | 2926 | 2956 | 2848 | 2801 | 2571 |
| 1986 | 2404 | 2408 | 2722 | 3205 | 4663 | 4062 | 3360 | 3301 | 3146 | 2867 | 2724 | 2510 |
| 1987 | 2174 | 2010 | 2249 | 2633 | 3350 | 3394 | 3129 | 3069 | 3177 | 3155 | 3040 | 2746 |
| 1988 | 2666 | 2482 | 2528 | 3056 | 3555 | 3891 | 3398 | 2873 | 2998 | 3000 | 2885 | 2648 |
| 1989 | 2508 | 2369 | 2404 | 2599 | 3082 | 3110 | 2569 | 2520 | 2717 | 2684 | 2682 | 2535 |
| 1990 | 2198 | 2059 | 2243 | 2691 | 3292 | 3449 | 2932 | 2699 | 2811 | 2730 | 2687 | 2505 |
| Average | 2381 | 2360 | 2672 | 3247 | 3920 | 3707 | 3102 | 2908 | 2941 | 2858 | 2805 | 2578 |

**DMC Intake (216)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 283 | 280 | 399 | 466 | 568 | 611 | 729 | 613 | 649 | 421 | 416 | 415 | 5,850 |
| 1977 | 517 | 589 | 694 | 744 | 919 | 818 | 767 | 803 | 851 | 706 | 603 | 631 | 8,642 |
| 1978 | 716 | 689 | 652 | 465 | 359 | 232 | 233 | 281 | 372 | 413 | 371 | 304 | 5,087 |
| 1979 | 329 | 443 | 530 | 435 | 328 | 290 | 349 | 384 | 379 | 344 | 370 | 333 | 4,514 |
| 1980 | 429 | 443 | 447 | 219 | 188 | 172 | 312 | 321 | 367 | 367 | 357 | 305 | 3,927 |
| 1981 | 348 | 406 | 466 | 503 | 536 | 478 | 585 | 470 | 372 | 364 | 404 | 384 | 5,317 |
| 1982 | 477 | 489 | 403 | 345 | 181 | 185 | 178 | 213 | 275 | 301 | 315 | 300 | 3,672 |
| 1983 | 284 | 228 | 174 | 252 | 206 | 236 | 168 | 173 | 183 | 228 | 292 | 319 | 2,743 |
| 1984 | 331 | 201 | 187 | 177 | 265 | 333 | 370 | 436 | 378 | 355 | 354 | 300 | 3,687 |
| 1985 | 414 | 497 | 424 | 442 | 555 | 503 | 493 | 473 | 374 | 358 | 392 | 390 | 5,315 |
| 1986 | 480 | 507 | 509 | 500 | 235 | 182 | 257 | 302 | 339 | 477 | 383 | 313 | 4,484 |
| 1987 | 422 | 525 | 561 | 705 | 757 | 562 | 612 | 565 | 398 | 383 | 391 | 431 | 6,312 |
| 1988 | 492 | 483 | 527 | 566 | 728 | 569 | 559 | 516 | 654 | 380 | 438 | 546 | 6,458 |
| 1989 | 611 | 578 | 658 | 715 | 964 | 561 | 428 | 391 | 360 | 338 | 365 | 394 | 6,361 |
| 1990 | 462 | 579 | 717 | 880 | 963 | 668 | 536 | 536 | 533 | 345 | 409 | 509 | 7,137 |
| 76 - 90 AVG | 440 | 463 | 490 | 494 | 517 | 427 | 436 | 432 | 432 | 385 | 391 | 392 | 5,300 |

**DMC Intake (216)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 123 | 104 | 161 | 217 | 321 | 363 | 333 | 310 | 331 | 238 | 290 | 313 | 3,104 |
| 1977 | 364 | 424 | 403 | 527 | 710 | 622 | 375 | 393 | 426 | 423 | 477 | 562 | 5,706 |
| 1978 | 609 | 497 | 380 | 209 | 128 | 57 | 59 | 88 | 149 | 182 | 164 | 144 | 2,666 |
| 1979 | 169 | 295 | 317 | 214 | 113 | 90 | 125 | 152 | 186 | 151 | 174 | 204 | 2,170 |
| 1980 | 292 | 307 | 233 | 60 | 49 | 34 | 103 | 113 | 146 | 152 | 152 | 146 | 1,787 |
| 1981 | 190 | 245 | 239 | 214 | 224 | 194 | 249 | 204 | 183 | 203 | 248 | 278 | 2,671 |
| 1982 | 336 | 365 | 186 | 126 | 39 | 47 | 33 | 50 | 92 | 114 | 123 | 110 | 1,621 |
| 1983 | 94 | 62 | 39 | 84 | 58 | 73 | 35 | 37 | 42 | 63 | 103 | 115 | 805 |
| 1984 | 121 | 45 | 53 | 35 | 76 | 113 | 138 | 183 | 173 | 156 | 157 | 163 | 1,413 |
| 1985 | 284 | 368 | 198 | 195 | 309 | 242 | 210 | 218 | 182 | 193 | 244 | 284 | 2,927 |
| 1986 | 339 | 347 | 285 | 273 | 74 | 46 | 75 | 101 | 127 | 213 | 169 | 168 | 2,217 |
| 1987 | 282 | 386 | 366 | 519 | 554 | 319 | 279 | 259 | 197 | 210 | 259 | 337 | 3,967 |
| 1988 | 357 | 301 | 290 | 335 | 356 | 262 | 267 | 294 | 357 | 226 | 324 | 473 | 3,842 |
| 1989 | 496 | 405 | 383 | 480 | 491 | 322 | 183 | 170 | 180 | 185 | 236 | 289 | 3,820 |
| 1990 | 324 | 425 | 447 | 717 | 679 | 389 | 284 | 290 | 282 | 199 | 298 | 434 | 4,768 |
| 76 - 90 AVG | 292 | 305 | 265 | 280 | 279 | 212 | 183 | 191 | 202 | 194 | 228 | 268 | 2,899 |

**DMC Intake (216)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3014 | 2993 | 3452 | 4405 | 5346 | 4857 | 4491 | 4125 | 4556 | 4301 | 3733 | 3334 | 48,607 |
| 1977 | 3473 | 3598 | 3730 | 4366 | 5086 | 4926 | 4553 | 3951 | 4586 | 5335 | 4973 | 4354 | 52,931 |
| 1978 | 4156 | 4027 | 4023 | 5759 | 6435 | 4783 | 4328 | 3472 | 3956 | 3918 | 3775 | 3519 | 52,151 |
| 1979 | 3307 | 3061 | 3452 | 4737 | 5932 | 4912 | 4402 | 3532 | 3918 | 3863 | 3643 | 3345 | 48,124 |
| 1980 | 3158 | 2943 | 3433 | 4324 | 5761 | 4654 | 4497 | 3518 | 3965 | 3743 | 3641 | 3512 | 47,149 |
| 1981 | 3372 | 3207 | 3484 | 4452 | 5793 | 5218 | 4476 | 4104 | 4042 | 3643 | 3565 | 3277 | 48,633 |
| 1982 | 3258 | 3203 | 3747 | 5283 | 5788 | 4680 | 4319 | 3194 | 3982 | 3653 | 3506 | 3729 | 48,342 |
| 1983 | 3629 | 3089 | 3729 | 4433 | 5811 | 4779 | 4342 | 3183 | 4080 | 3620 | 3685 | 4004 | 48,364 |
| 1984 | 3747 | 2993 | 3778 | 4198 | 5717 | 4906 | 4224 | 3574 | 3957 | 3806 | 3595 | 3302 | 47,797 |
| 1985 | 3052 | 3260 | 3828 | 4297 | 5228 | 5085 | 4587 | 4038 | 4034 | 3651 | 3604 | 3305 | 47,949 |
| 1986 | 3319 | 3313 | 3726 | 4588 | 5727 | 4670 | 4489 | 3462 | 4061 | 4115 | 3889 | 3383 | 48,742 |
| 1987 | 3199 | 3152 | 3417 | 4168 | 5299 | 5259 | 4762 | 4304 | 4199 | 3741 | 3712 | 3433 | 48,645 |
| 1988 | 3385 | 3425 | 3578 | 4549 | 5543 | 5152 | 4507 | 3866 | 4212 | 4008 | 3971 | 3691 | 49,887 |
| 1989 | 3777 | 3581 | 3614 | 4326 | 5447 | 4856 | 4025 | 3487 | 3717 | 3595 | 3642 | 3271 | 47,338 |
| 1990 | 3191 | 3340 | 3641 | 4149 | 5228 | 5246 | 4371 | 3632 | 4055 | 3802 | 3818 | 3577 | 48,052 |
| 76 - 90 AVG | 3,402 | 3,280 | 3,642 | 4,536 | 5,609 | 4,932 | 4,424 | 3,696 | 4,088 | 3,920 | 3,782 | 3,536 | 48,847 |

**DMC Intake (218)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 269 | 272 | 394 | 584 | 710 | 680 | 737 | 578 | 657 | 444 | 434 | 450 | 5,850 |
| 1,977 | 538 | 612 | 715 | 808 | 961 | 816 | 808 | 736 | 848 | 639 | 677 | 670 | 8,642 |
| 1,978 | 752 | 723 | 604 | 451 | 355 | 237 | 237 | 274 | 366 | 482 | 358 | 318 | 5,087 |
| 1,979 | 404 | 482 | 506 | 420 | 320 | 274 | 343 | 390 | 369 | 340 | 382 | 359 | 4,514 |
| 1,980 | 420 | 416 | 415 | 225 | 174 | 177 | 293 | 318 | 367 | 371 | 345 | 321 | 3,927 |
| 1,981 | 396 | 468 | 519 | 486 | 442 | 397 | 518 | 458 | 393 | 389 | 436 | 435 | 5,317 |
| 1,982 | 500 | 490 | 403 | 341 | 185 | 184 | 178 | 213 | 272 | 303 | 316 | 301 | 3,672 |
| 1,983 | 263 | 225 | 172 | 222 | 159 | 179 | 165 | 173 | 180 | 232 | 284 | 296 | 2,743 |
| 1,984 | 308 | 199 | 185 | 177 | 270 | 314 | 349 | 415 | 396 | 347 | 354 | 314 | 3,687 |
| 1,985 | 404 | 506 | 433 | 449 | 587 | 541 | 502 | 473 | 416 | 388 | 453 | 456 | 5,315 |
| 1,986 | 508 | 508 | 496 | 512 | 221 | 153 | 254 | 301 | 333 | 458 | 352 | 303 | 4,484 |
| 1,987 | 402 | 511 | 553 | 744 | 770 | 546 | 633 | 571 | 401 | 398 | 456 | 497 | 6,312 |
| 1,988 | 630 | 566 | 550 | 587 | 931 | 491 | 682 | 540 | 620 | 384 | 447 | 565 | 8,458 |
| 1,989 | 676 | 611 | 643 | 712 | 925 | 554 | 435 | 389 | 307 | 343 | 388 | 408 | 6,361 |
| 1,990 | 466 | 592 | 735 | 876 | 894 | 643 | 535 | 530 | 499 | 369 | 424 | 502 | 7,137 |
| 76 - 90 AVG | 464 | 479 | 488 | 506 | 527 | 411 | 449 | 424 | 428 | 406 | 407 | 413 | 5,300 |

**DMC Intake (216)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 138 | 111 | 156 | 358 | 492 | 395 | 336 | 304 | 343 | 238 | 258 | 336 | 3,104 |
| 1,977 | 410 | 472 | 397 | 581 | 772 | 630 | 421 | 406 | 422 | 448 | 495 | 582 | 5,706 |
| 1,978 | 641 | 533 | 358 | 233 | 162 | 89 | 51 | 76 | 117 | 192 | 153 | 177 | 2,666 |
| 1,979 | 243 | 338 | 289 | 258 | 132 | 90 | 100 | 142 | 148 | 142 | 194 | 233 | 2,170 |
| 1,980 | 283 | 280 | 203 | 170 | 49 | 38 | 68 | 110 | 130 | 147 | 141 | 170 | 1,787 |
| 1,981 | 248 | 323 | 310 | 288 | 190 | 158 | 204 | 203 | 200 | 210 | 258 | 320 | 2,671 |
| 1,982 | 382 | 356 | 192 | 186 | 61 | 47 | 33 | 43 | 74 | 99 | 118 | 125 | 1,621 |
| 1,983 | 98 | 87 | 45 | 79 | 57 | 73 | 35 | 37 | 42 | 56 | 81 | 100 | 805 |
| 1,984 | 109 | 89 | 54 | 35 | 54 | 88 | 113 | 154 | 161 | 150 | 163 | 173 | 1,413 |
| 1,985 | 269 | 386 | 214 | 212 | 364 | 279 | 222 | 233 | 219 | 204 | 257 | 339 | 2,927 |
| 1,986 | 364 | 347 | 279 | 284 | 209 | 46 | 57 | 91 | 116 | 163 | 151 | 156 | 2,217 |
| 1,987 | 264 | 377 | 349 | 572 | 587 | 306 | 276 | 255 | 201 | 212 | 262 | 383 | 3,967 |
| 1,988 | 493 | 380 | 324 | 364 | 436 | 232 | 323 | 283 | 341 | 227 | 314 | 485 | 3,842 |
| 1,989 | 572 | 457 | 384 | 481 | 537 | 331 | 187 | 161 | 139 | 180 | 239 | 294 | 3,820 |
| 1,990 | 331 | 443 | 460 | 716 | 667 | 376 | 295 | 301 | 276 | 211 | 292 | 411 | 4,768 |
| 76 - 90 AVG | 322 | 332 | 268 | 321 | 318 | 212 | 181 | 187 | 195 | 192 | 225 | 286 | 2,899 |

**DMC Intake (216)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 3024 | 2932 | 3380 | 4297 | 5322 | 4859 | 4497 | 4218 | 4510 | 4145 | 3740 | 3414 | 48,607 |
| 1,977 | 3488 | 3554 | 3742 | 4383 | 5062 | 4904 | 4610 | 4322 | 4527 | 5102 | 5099 | 4532 | 52,931 |
| 1,978 | 4508 | 4199 | 3996 | 5724 | 6221 | 4926 | 4421 | 3496 | 3962 | 3996 | 3684 | 3496 | 52,151 |
| 1,979 | 3482 | 3168 | 3403 | 4671 | 5926 | 4943 | 4305 | 3513 | 3733 | 3515 | 3454 | 3231 | 48,124 |
| 1,980 | 3112 | 2937 | 3449 | 4348 | 5762 | 4782 | 4421 | 3466 | 3973 | 3791 | 3627 | 3496 | 47,149 |
| 1,981 | 3364 | 3183 | 3412 | 4320 | 5221 | 4752 | 4321 | 3893 | 4026 | 3768 | 3700 | 3389 | 48,833 |
| 1,982 | 3313 | 3207 | 3754 | 5249 | 5791 | 4689 | 4319 | 3194 | 3998 | 3662 | 3518 | 3732 | 48,342 |
| 1,983 | 3439 | 3158 | 3730 | 4408 | 5804 | 4778 | 4342 | 3184 | 4080 | 3676 | 3644 | 3862 | 48,364 |
| 1,984 | 3643 | 2990 | 3778 | 4198 | 5720 | 4842 | 4201 | 3522 | 3900 | 3588 | 3473 | 3251 | 47,797 |
| 1,985 | 3036 | 3258 | 3827 | 4301 | 5176 | 5122 | 4631 | 3770 | 3891 | 3687 | 3782 | 3520 | 47,949 |
| 1,986 | 3463 | 3366 | 3718 | 4615 | 5734 | 4672 | 4498 | 3447 | 4075 | 4053 | 3651 | 3249 | 48,742 |
| 1,987 | 3174 | 3158 | 3407 | 4124 | 5259 | 5235 | 4859 | 4211 | 4218 | 3942 | 4004 | 3780 | 48,645 |
| 1,988 | 3817 | 3613 | 3573 | 4533 | 5634 | 5496 | 4605 | 4149 | 4437 | 4262 | 4059 | 3779 | 49,887 |
| 1,989 | 3828 | 3519 | 3571 | 4303 | 5475 | 4866 | 3973 | 3604 | 3691 | 3573 | 3831 | 3303 | 47,338 |
| 1,990 | 3218 | 3313 | 3642 | 4150 | 5121 | 5183 | 4289 | 3517 | 3874 | 3732 | 3779 | 3606 | 48,052 |
| 76 - 90 AVG | 3,461 | 3,304 | 3,625 | 4,508 | 5,549 | 4,935 | 4,406 | 3,701 | 4,060 | 3,899 | 3,788 | 3,576 | 48,847 |

**DMC Intake (216)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 284 | 271 | 392 | 582 | 700 | 655 | 849 | 568 | 557 | 414 | 438 | 462 | 5,972 |
| 1977 | 549 | 659 | 730 | 814 | 914 | 812 | 873 | 704 | 842 | 810 | 670 | 670 | 9,047 |
| 1978 | 758 | 699 | 622 | 455 | 354 | 237 | 238 | 273 | 366 | 410 | 352 | 317 | 5,079 |
| 1979 | 404 | 484 | 510 | 417 | 320 | 274 | 342 | 383 | 367 | 341 | 381 | 360 | 4,583 |
| 1980 | 414 | 402 | 409 | 224 | 189 | 178 | 295 | 318 | 366 | 370 | 346 | 325 | 3,836 |
| 1981 | 390 | 435 | 485 | 476 | 438 | 428 | 496 | 457 | 400 | 385 | 438 | 431 | 5,259 |
| 1982 | 487 | 472 | 399 | 341 | 185 | 184 | 178 | 212 | 272 | 304 | 315 | 300 | 3,649 |
| 1983 | 263 | 225 | 173 | 256 | 208 | 236 | 166 | 174 | 181 | 232 | 285 | 296 | 2,693 |
| 1984 | 308 | 198 | 187 | 178 | 264 | 313 | 346 | 414 | 396 | 347 | 354 | 314 | 3,821 |
| 1985 | 401 | 492 | 428 | 446 | 567 | 525 | 499 | 453 | 395 | 380 | 446 | 459 | 5,491 |
| 1986 | 504 | 519 | 496 | 505 | 239 | 182 | 259 | 301 | 333 | 496 | 357 | 303 | 4,494 |
| 1987 | 401 | 509 | 551 | 739 | 764 | 544 | 599 | 545 | 395 | 391 | 451 | 498 | 6,387 |
| 1988 | 636 | 596 | 580 | 595 | 930 | 491 | 595 | 544 | 492 | 339 | 418 | 519 | 6,735 |
| 1989 | 621 | 596 | 649 | 713 | 912 | 558 | 438 | 374 | 303 | 344 | 407 | 442 | 6,355 |
| 1990 | 465 | 585 | 707 | 866 | 880 | 634 | 532 | 526 | 420 | 345 | 410 | 506 | 6,877 |
| 76 - 90 AVG | 459 | 476 | 488 | 507 | 524 | 417 | 434 | 416 | 406 | 394 | 405 | 413 | 5,339 |

**DMC Intake (216)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 123 | 101 | 174 | 364 | 479 | 400 | 335 | 306 | 306 | 222 | 253 | 353 | 3,416 |
| 1977 | 408 | 520 | 440 | 543 | 710 | 615 | 427 | 399 | 427 | 456 | 494 | 584 | 6,023 |
| 1978 | 635 | 506 | 373 | 204 | 124 | 60 | 62 | 85 | 146 | 180 | 154 | 161 | 2,690 |
| 1979 | 251 | 340 | 301 | 214 | 116 | 85 | 123 | 152 | 158 | 148 | 196 | 237 | 2,321 |
| 1980 | 280 | 260 | 195 | 59 | 49 | 37 | 96 | 111 | 145 | 154 | 147 | 171 | 1,704 |
| 1981 | 248 | 284 | 284 | 260 | 194 | 172 | 207 | 206 | 206 | 207 | 259 | 317 | 2,844 |
| 1982 | 344 | 331 | 179 | 124 | 40 | 47 | 33 | 50 | 89 | 115 | 125 | 110 | 1,587 |
| 1983 | 87 | 62 | 38 | 86 | 58 | 73 | 35 | 37 | 41 | 66 | 99 | 105 | 787 |
| 1984 | 111 | 43 | 54 | 35 | 75 | 104 | 126 | 166 | 174 | 151 | 164 | 178 | 1,381 |
| 1985 | 274 | 363 | 210 | 210 | 329 | 266 | 226 | 220 | 199 | 196 | 260 | 348 | 3,101 |
| 1986 | 362 | 359 | 278 | 278 | 76 | 46 | 76 | 100 | 123 | 221 | 155 | 160 | 2,232 |
| 1987 | 258 | 367 | 361 | 572 | 572 | 302 | 271 | 249 | 197 | 210 | 263 | 388 | 4,010 |
| 1988 | 509 | 429 | 370 | 374 | 434 | 229 | 284 | 293 | 299 | 196 | 277 | 430 | 4,124 |
| 1989 | 506 | 439 | 384 | 483 | 563 | 328 | 189 | 160 | 139 | 179 | 260 | 331 | 3,961 |
| 1990 | 333 | 440 | 462 | 701 | 630 | 356 | 280 | 289 | 238 | 202 | 279 | 413 | 4,623 |
| 76 - 90 AVG | 315 | 323 | 274 | 300 | 297 | 208 | 185 | 188 | 192 | 194 | 226 | 286 | 2,987 |

**DMC Intake (216)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3021 | 2932 | 3378 | 4293 | 5319 | 4859 | 4511 | 4144 | 4507 | 3983 | 3732 | 3453 | 48,132 |
| 1977 | 3436 | 3461 | 3720 | 4439 | 5166 | 4930 | 4613 | 4323 | 4486 | 5094 | 5066 | 4520 | 53,256 |
| 1978 | 4299 | 4003 | 3973 | 5717 | 6211 | 4927 | 4437 | 3508 | 3962 | 3957 | 3626 | 3495 | 52,115 |
| 1979 | 3431 | 3140 | 3430 | 4680 | 5926 | 4942 | 4305 | 3511 | 3728 | 3551 | 3470 | 3230 | 47,344 |
| 1980 | 3068 | 2916 | 3448 | 4348 | 5762 | 4774 | 4439 | 3475 | 3971 | 3771 | 3619 | 3500 | 47,091 |
| 1981 | 3283 | 3154 | 3415 | 4319 | 5217 | 4879 | 4357 | 3880 | 4059 | 3871 | 3801 | 3412 | 47,647 |
| 1982 | 3322 | 3208 | 3750 | 5248 | 5790 | 4680 | 4319 | 3194 | 3995 | 3683 | 3517 | 3730 | 48,416 |
| 1983 | 3437 | 3158 | 3730 | 4458 | 5812 | 4779 | 4342 | 3182 | 4079 | 3682 | 3644 | 3861 | 48,164 |
| 1984 | 3641 | 2990 | 3778 | 4198 | 5720 | 4845 | 4203 | 3525 | 3901 | 3589 | 3474 | 3251 | 47,115 |
| 1985 | 2982 | 3232 | 3825 | 4329 | 5211 | 5099 | 4588 | 3883 | 3936 | 3699 | 3800 | 3498 | 48,082 |
| 1986 | 3425 | 3347 | 3713 | 4614 | 5734 | 4672 | 4502 | 3461 | 4074 | 4060 | 3681 | 3251 | 48,534 |
| 1987 | 3173 | 3155 | 3407 | 4125 | 5260 | 5236 | 4897 | 4217 | 4175 | 3902 | 3973 | 3758 | 49,078 |
| 1988 | 3725 | 3508 | 3548 | 4528 | 5554 | 5511 | 4613 | 4082 | 4193 | 3857 | 3944 | 3754 | 50,815 |
| 1989 | 3758 | 3475 | 3569 | 4301 | 5413 | 4818 | 3972 | 3623 | 3737 | 3607 | 3739 | 3361 | 47,371 |
| 1990 | 3190 | 3259 | 3611 | 4151 | 5163 | 5195 | 4356 | 3624 | 3765 | 3599 | 3761 | 3596 | 47,270 |
| 76 - 90 AVG | 3,413 | 3,262 | 3,620 | 4,517 | 5,551 | 4,943 | 4,417 | 3,709 | 4,038 | 3,859 | 3,790 | 3,578 | 48,695 |

**DMC Intake (216)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 283 | 271 | 398 | 571 | 695 | 657 | 725 | 607 | 719 | 453 | 438 | 459 | 6,276 |
| 1977 | 547 | 615 | 717 | 808 | 953 | 817 | 847 | 720 | 848 | 839 | 678 | 673 | 9,062 |
| 1978 | 756 | 725 | 605 | 452 | 355 | 237 | 238 | 273 | 367 | 546 | 361 | 318 | 5,233 |
| 1979 | 404 | 480 | 503 | 424 | 321 | 274 | 341 | 390 | 368 | 339 | 382 | 358 | 4,585 |
| 1980 | 420 | 420 | 417 | 224 | 189 | 178 | 293 | 317 | 366 | 431 | 348 | 318 | 3,921 |
| 1981 | 403 | 502 | 540 | 511 | 462 | 411 | 521 | 496 | 392 | 388 | 435 | 426 | 5,487 |
| 1982 | 480 | 482 | 402 | 341 | 185 | 184 | 178 | 212 | 272 | 309 | 318 | 303 | 3,666 |
| 1983 | 264 | 225 | 173 | 244 | 205 | 236 | 167 | 174 | 181 | 232 | 285 | 296 | 2,682 |
| 1984 | 308 | 198 | 187 | 178 | 284 | 313 | 348 | 414 | 396 | 347 | 354 | 314 | 3,621 |
| 1985 | 405 | 522 | 422 | 433 | 588 | 541 | 499 | 490 | 412 | 398 | 467 | 465 | 5,642 |
| 1986 | 512 | 518 | 499 | 503 | 238 | 182 | 258 | 301 | 333 | 476 | 354 | 303 | 4,477 |
| 1987 | 400 | 508 | 551 | 739 | 765 | 544 | 735 | 677 | 426 | 427 | 480 | 303 | 6,742 |
| 1988 | 609 | 556 | 532 | 571 | 929 | 491 | 768 | 556 | 701 | 397 | 446 | 562 | 7,118 |
| 1989 | 675 | 618 | 646 | 711 | 930 | 553 | 434 | 375 | 304 | 343 | 389 | 409 | 6,387 |
| 1990 | 466 | 589 | 733 | 870 | 888 | 643 | 533 | 563 | 598 | 381 | 442 | 542 | 7,248 |
| 76 - 90 AVG | 462 | 482 | 488 | 505 | 531 | 417 | 459 | 438 | 446 | 420 | 412 | 418 | 5,476 |

**DMC Intake (216)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 123 | 101 | 176 | 349 | 471 | 401 | 340 | 317 | 349 | 240 | 257 | 350 | 3,474 |
| 1977 | 399 | 458 | 420 | 590 | 758 | 603 | 429 | 400 | 429 | 458 | 501 | 587 | 6,032 |
| 1978 | 845 | 526 | 351 | 201 | 124 | 60 | 62 | 85 | 148 | 245 | 160 | 162 | 2,767 |
| 1979 | 247 | 332 | 307 | 224 | 118 | 85 | 122 | 155 | 158 | 147 | 198 | 235 | 2,328 |
| 1980 | 283 | 280 | 204 | 60 | 49 | 38 | 96 | 111 | 145 | 182 | 149 | 163 | 1,760 |
| 1981 | 260 | 366 | 352 | 319 | 226 | 167 | 220 | 222 | 197 | 206 | 257 | 313 | 3,105 |
| 1982 | 339 | 344 | 183 | 124 | 40 | 47 | 33 | 50 | 89 | 117 | 127 | 113 | 1,606 |
| 1983 | 87 | 63 | 39 | 79 | 57 | 73 | 35 | 37 | 42 | 66 | 99 | 105 | 782 |
| 1984 | 111 | 43 | 53 | 35 | 75 | 104 | 126 | 166 | 174 | 151 | 164 | 177 | 1,379 |
| 1985 | 273 | 397 | 203 | 204 | 355 | 273 | 228 | 239 | 213 | 208 | 272 | 352 | 3,217 |
| 1986 | 368 | 353 | 281 | 273 | 75 | 46 | 78 | 100 | 123 | 211 | 154 | 160 | 2,220 |
| 1987 | 257 | 365 | 361 | 572 | 572 | 303 | 331 | 313 | 208 | 222 | 266 | 374 | 4,144 |
| 1988 | 475 | 353 | 303 | 345 | 434 | 227 | 352 | 285 | 368 | 233 | 309 | 480 | 4,164 |
| 1989 | 571 | 457 | 384 | 481 | 512 | 315 | 186 | 160 | 140 | 178 | 245 | 293 | 3,920 |
| 1990 | 331 | 438 | 461 | 705 | 664 | 369 | 289 | 314 | 319 | 217 | 312 | 455 | 4,874 |
| 76 - 90 AVG | 318 | 325 | 272 | 304 | 302 | 207 | 195 | 197 | 207 | 205 | 231 | 288 | 3,051 |

**DMC Intake (216)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3021 | 2931 | 3394 | 4322 | 5340 | 4861 | 4497 | 4187 | 4504 | 4153 | 3753 | 3439 | 48,402 |
| 1977 | 3498 | 3558 | 3746 | 4392 | 5075 | 4905 | 4622 | 4268 | 4522 | 5093 | 5084 | 4528 | 53,291 |
| 1978 | 4508 | 4200 | 3996 | 5723 | 6221 | 4926 | 4437 | 4298 | 3511 | 3983 | 3688 | 3497 | 52,652 |
| 1979 | 3482 | 3169 | 3389 | 4672 | 5934 | 4940 | 4298 | 3511 | 3731 | 3514 | 3453 | 3231 | 47,324 |
| 1980 | 3118 | 2941 | 3450 | 4348 | 5762 | 4783 | 4421 | 3470 | 3971 | 3845 | 3669 | 3490 | 47,268 |
| 1981 | 3337 | 3159 | 3407 | 4238 | 5187 | 4801 | 4346 | 3928 | 4068 | 3773 | 3699 | 3374 | 47,297 |
| 1982 | 3283 | 3194 | 3753 | 5248 | 5791 | 4689 | 4319 | 3194 | 3998 | 3693 | 3534 | 3736 | 48,432 |
| 1983 | 3441 | 3158 | 3732 | 4407 | 5804 | 4778 | 4343 | 3184 | 4080 | 3683 | 3644 | 3861 | 48,115 |
| 1984 | 3641 | 2990 | 3778 | 4198 | 5720 | 4843 | 4201 | 3523 | 3899 | 3589 | 3473 | 3251 | 47,106 |
| 1985 | 3046 | 3265 | 3844 | 4224 | 5166 | 5123 | 4636 | 3785 | 3907 | 3727 | 3824 | 3533 | 48,080 |
| 1986 | 3475 | 3384 | 3722 | 4605 | 5734 | 4672 | 4499 | 3454 | 4075 | 4050 | 3659 | 3249 | 48,578 |
| 1987 | 3173 | 3157 | 3407 | 4126 | 5260 | 5237 | 4549 | 4091 | 4400 | 4097 | 4112 | 3855 | 49,464 |
| 1988 | 3908 | 3735 | 3597 | 4537 | 5539 | 5526 | 4544 | 4248 | 4505 | 4367 | 4114 | 3804 | 52,424 |
| 1989 | 3857 | 3555 | 3580 | 4305 | 5483 | 4870 | 3972 | 3604 | 3693 | 3573 | 3631 | 3303 | 47,426 |
| 1990 | 3223 | 3325 | 3649 | 4152 | 5096 | 5149 | 4287 | 3565 | 4064 | 3834 | 3855 | 3650 | 47,849 |
| 76 - 90 AVG | 3,467 | 3,315 | 3,630 | 4,500 | 5,539 | 4,940 | 4,398 | 3,701 | 4,092 | 3,932 | 3,813 | 3,587 | 48,914 |

**DMC Intake (216)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 296 | 272 | 394 | 581 | 700 | 648 | 748 | 613 | 729 | 484 | 447 | 468 | 6,360 |
| 1977 | 531 | 565 | 622 | 687 | 884 | 797 | 898 | 754 | 850 | 837 | 673 | 672 | 8,770 |
| 1978 | 767 | 732 | 621 | 454 | 356 | 237 | 238 | 273 | 367 | 548 | 361 | 321 | 5,273 |
| 1979 | 405 | 482 | 504 | 424 | 322 | 272 | 340 | 390 | 366 | 380 | 380 | 321 | 4,601 |
| 1980 | 424 | 427 | 417 | 225 | 189 | 178 | 294 | 317 | 366 | 44 | 348 | 318 | 3,935 |
| 1981 | 405 | 506 | 541 | 514 | 466 | 412 | 516 | 493 | 454 | 456 | 430 | 408 | 5,603 |
| 1982 | 478 | 473 | 400 | 341 | 185 | 184 | 178 | 212 | 272 | 311 | 318 | 302 | 3,654 |
| 1983 | 264 | 225 | 173 | 265 | 206 | 236 | 167 | 174 | 181 | 232 | 285 | 296 | 2,704 |
| 1984 | 308 | 198 | 187 | 178 | 264 | 313 | 348 | 414 | 396 | 347 | 354 | 314 | 3,621 |
| 1985 | 403 | 518 | 422 | 434 | 585 | 542 | 507 | 526 | 419 | 481 | 442 | 447 | 5,726 |
| 1986 | 496 | 473 | 482 | 511 | 239 | 182 | 259 | 301 | 333 | 538 | 359 | 304 | 4,477 |
| 1987 | 403 | 510 | 551 | 739 | 765 | 545 | 736 | 760 | 452 | 515 | 447 | 489 | 6,912 |
| 1988 | 611 | 530 | 558 | 594 | 930 | 575 | 716 | 669 | 756 | 371 | 427 | 539 | 7,278 |
| 1989 | 641 | 592 | 638 | 711 | 909 | 558 | 436 | 382 | 317 | 551 | 413 | 428 | 6,576 |
| 1990 | 462 | 585 | 721 | 860 | 887 | 637 | 794 | 518 | 687 | 353 | 396 | 471 | 7,371 |
| 76 - 90 AVG | 460 | 473 | 482 | 501 | 526 | 421 | 478 | 453 | 463 | 453 | 405 | 409 | 5,524 |

**DMC Intake (216)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 138 | 103 | 175 | 362 | 478 | 408 | 342 | 319 | 357 | 248 | 264 | 360 | 3,550 |
| 1977 | 375 | 384 | 369 | 454 | 673 | 572 | 437 | 404 | 429 | 456 | 495 | 586 | 5,634 |
| 1978 | 651 | 534 | 367 | 204 | 125 | 60 | 62 | 85 | 146 | 245 | 160 | 165 | 2,804 |
| 1979 | 251 | 337 | 308 | 224 | 118 | 84 | 122 | 155 | 157 | 157 | 194 | 232 | 2,339 |
| 1980 | 287 | 287 | 205 | 60 | 49 | 38 | 96 | 111 | 145 | 183 | 147 | 164 | 1,772 |
| 1981 | 263 | 372 | 354 | 323 | 231 | 169 | 219 | 221 | 225 | 232 | 245 | 289 | 3,143 |
| 1982 | 333 | 332 | 179 | 124 | 40 | 47 | 33 | 50 | 89 | 119 | 127 | 112 | 1,585 |
| 1983 | 87 | 63 | 39 | 90 | 58 | 73 | 35 | 37 | 41 | 66 | 99 | 105 | 793 |
| 1984 | 111 | 43 | 54 | 35 | 75 | 104 | 126 | 166 | 174 | 152 | 165 | 177 | 1,382 |
| 1985 | 271 | 392 | 203 | 203 | 351 | 273 | 231 | 251 | 209 | 238 | 255 | 331 | 3,208 |
| 1986 | 351 | 307 | 262 | 262 | 76 | 46 | 78 | 100 | 123 | 241 | 156 | 161 | 2,181 |
| 1987 | 261 | 368 | 361 | 572 | 572 | 303 | 330 | 359 | 220 | 259 | 256 | 377 | 4,238 |
| 1988 | 479 | 347 | 344 | 373 | 434 | 268 | 327 | 322 | 380 | 209 | 290 | 455 | 4,228 |
| 1989 | 531 | 433 | 379 | 480 | 566 | 328 | 189 | 164 | 151 | 278 | 251 | 312 | 4,062 |
| 1990 | 326 | 437 | 460 | 893 | 632 | 360 | 368 | 262 | 349 | 198 | 261 | 371 | 4,719 |
| 76 - 90 AVG | 314 | 316 | 271 | 299 | 299 | 209 | 200 | 200 | 213 | 219 | 224 | 280 | 3,043 |

**DMC Intake (216)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3027 | 2932 | 3380 | 4297 | 5323 | 4858 | 4494 | 4244 | 4602 | 4204 | 3786 | 3447 | 48,594 |
| 1977 | 3562 | 3706 | 3701 | 4334 | 5073 | 4905 | 4665 | 4289 | 4524 | 5102 | 5094 | 4579 | 53,534 |
| 1978 | 4494 | 4223 | 4019 | 5730 | 6257 | 4922 | 4437 | 3507 | 3965 | 3983 | 3688 | 3497 | 52,722 |
| 1979 | 3452 | 3152 | 3388 | 4672 | 5934 | 4923 | 4285 | 3508 | 3726 | 3605 | 3483 | 3231 | 47,359 |
| 1980 | 3130 | 2947 | 3450 | 4348 | 5762 | 4783 | 4417 | 3466 | 3971 | 3827 | 3653 | 3486 | 47,240 |
| 1981 | 3321 | 3149 | 3405 | 4237 | 5175 | 4798 | 4339 | 3922 | 4295 | 4102 | 3832 | 3400 | 47,975 |
| 1982 | 3319 | 3208 | 3752 | 5247 | 5790 | 4688 | 4319 | 3194 | 3999 | 3704 | 3539 | 3736 | 48,495 |
| 1983 | 3443 | 3159 | 3735 | 4514 | 5813 | 4779 | 4342 | 3182 | 4079 | 3682 | 3644 | 3861 | 48,233 |
| 1984 | 3642 | 2990 | 3778 | 4198 | 5720 | 4843 | 4199 | 3523 | 3900 | 3590 | 3474 | 3251 | 47,108 |
| 1985 | 3031 | 3258 | 3844 | 4232 | 5176 | 5129 | 4637 | 3822 | 3996 | 3957 | 3875 | 3496 | 48,453 |
| 1986 | 3424 | 3303 | 3704 | 4621 | 5735 | 4672 | 4505 | 3459 | 4074 | 4014 | 3682 | 3251 | 48,444 |
| 1987 | 3173 | 3155 | 3407 | 4126 | 5259 | 5235 | 4531 | 3971 | 4526 | 4261 | 4123 | 3760 | 49,529 |
| 1988 | 3755 | 3505 | 3544 | 4528 | 5540 | 5659 | 4712 | 4245 | 4455 | 4137 | 3977 | 3736 | 51,793 |
| 1989 | 3760 | 3481 | 3565 | 4304 | 5408 | 4815 | 3973 | 3550 | 3740 | 4062 | 3938 | 3402 | 47,998 |
| 1990 | 3214 | 3288 | 3621 | 4144 | 5169 | 5192 | 4541 | 3779 | 4255 | 3741 | 3746 | 3542 | 48,232 |
| 76 - 90 AVG | 3,450 | 3,297 | 3,620 | 4,502 | 5,542 | 4,947 | 4,426 | 3,711 | 4,141 | 3,998 | 3,836 | 3,578 | 49,047 |

**DMC Intake (218)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 283 | 280 | 399 | 466 | 568 | 611 | 729 | 613 | 649 | 421 | 416 | 415 | 5,850 |
| 1977 | 517 | 589 | 694 | 744 | 919 | 818 | 767 | 803 | 651 | 706 | 603 | 631 | 8,642 |
| 1978 | 716 | 689 | 652 | 465 | 359 | 232 | 233 | 281 | 372 | 413 | 371 | 304 | 5,087 |
| 1979 | 329 | 443 | 530 | 435 | 328 | 290 | 384 | 379 | 344 | 370 | 333 | 4,514 |
| 1980 | 429 | 443 | 447 | 219 | 188 | 172 | 312 | 321 | 367 | 367 | 357 | 305 | 3,927 |
| 1981 | 348 | 406 | 466 | 503 | 536 | 479 | 585 | 470 | 372 | 364 | 404 | 384 | 5,317 |
| 1982 | 477 | 499 | 403 | 345 | 181 | 185 | 178 | 213 | 275 | 301 | 315 | 300 | 3,672 |
| 1983 | 284 | 228 | 174 | 252 | 206 | 236 | 168 | 173 | 183 | 228 | 292 | 319 | 2,743 |
| 1984 | 331 | 201 | 187 | 177 | 265 | 333 | 370 | 436 | 378 | 355 | 354 | 300 | 3,687 |
| 1985 | 414 | 497 | 424 | 442 | 555 | 503 | 493 | 473 | 374 | 358 | 392 | 390 | 5,315 |
| 1986 | 480 | 507 | 509 | 500 | 235 | 182 | 257 | 302 | 339 | 477 | 383 | 313 | 4,484 |
| 1987 | 422 | 525 | 561 | 705 | 757 | 562 | 612 | 565 | 398 | 383 | 391 | 431 | 6,312 |
| 1988 | 492 | 483 | 527 | 566 | 728 | 569 | 559 | 516 | 654 | 380 | 438 | 546 | 6,458 |
| 1989 | 611 | 578 | 656 | 715 | 964 | 561 | 428 | 391 | 360 | 338 | 365 | 394 | 6,361 |
| 1990 | 462 | 579 | 717 | 880 | 963 | 668 | 536 | 536 | 533 | 345 | 409 | 509 | 7,137 |
| 76 - 90 AVG | 440 | 463 | 490 | 494 | 517 | 427 | 438 | 432 | 432 | 385 | 391 | 392 | 5,300 |

**DMC Intake (218)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 123 | 104 | 161 | 217 | 321 | 363 | 333 | 310 | 331 | 238 | 290 | 313 | 3,104 |
| 1977 | 364 | 424 | 403 | 527 | 710 | 622 | 375 | 393 | 426 | 423 | 477 | 562 | 5,706 |
| 1978 | 609 | 497 | 380 | 209 | 128 | 57 | 59 | 88 | 149 | 182 | 164 | 144 | 2,666 |
| 1979 | 169 | 295 | 317 | 214 | 113 | 90 | 125 | 152 | 166 | 151 | 174 | 204 | 2,170 |
| 1980 | 292 | 307 | 233 | 60 | 49 | 34 | 103 | 113 | 146 | 152 | 152 | 146 | 1,787 |
| 1981 | 190 | 245 | 239 | 214 | 224 | 194 | 249 | 204 | 183 | 203 | 248 | 278 | 2,671 |
| 1982 | 336 | 365 | 186 | 126 | 39 | 47 | 33 | 50 | 92 | 114 | 123 | 110 | 1,621 |
| 1983 | 94 | 62 | 39 | 84 | 58 | 73 | 35 | 37 | 42 | 63 | 103 | 115 | 805 |
| 1984 | 121 | 45 | 53 | 35 | 76 | 113 | 138 | 183 | 173 | 156 | 157 | 163 | 1,413 |
| 1985 | 284 | 368 | 198 | 195 | 309 | 242 | 210 | 218 | 182 | 193 | 244 | 284 | 2,927 |
| 1986 | 339 | 347 | 285 | 273 | 74 | 46 | 75 | 101 | 127 | 213 | 169 | 168 | 2,217 |
| 1987 | 282 | 386 | 368 | 519 | 554 | 319 | 279 | 259 | 197 | 210 | 259 | 337 | 3,967 |
| 1988 | 357 | 301 | 290 | 335 | 356 | 262 | 267 | 294 | 357 | 226 | 324 | 473 | 3,842 |
| 1989 | 496 | 405 | 383 | 480 | 491 | 322 | 183 | 170 | 180 | 185 | 236 | 289 | 3,820 |
| 1990 | 324 | 425 | 447 | 717 | 679 | 389 | 264 | 290 | 282 | 199 | 298 | 434 | 4,768 |
| 76 - 90 AVG | 292 | 305 | 265 | 280 | 279 | 212 | 183 | 191 | 202 | 194 | 228 | 268 | 2,899 |

**DMC Intake (218)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3014 | 2993 | 3452 | 4405 | 5346 | 4857 | 4491 | 4125 | 4556 | 4301 | 3733 | 3334 | 48,607 |
| 1977 | 3473 | 3598 | 3730 | 4366 | 5086 | 4926 | 4553 | 3951 | 4586 | 5335 | 4973 | 4354 | 52,931 |
| 1978 | 4156 | 4027 | 4023 | 5759 | 6435 | 4783 | 4328 | 3472 | 3956 | 3918 | 3775 | 3519 | 52,151 |
| 1979 | 3307 | 3081 | 3452 | 4737 | 5932 | 4912 | 4402 | 3532 | 3918 | 3863 | 3643 | 3345 | 48,124 |
| 1980 | 3158 | 2943 | 3433 | 4324 | 5761 | 4654 | 4497 | 3518 | 3965 | 3743 | 3641 | 3512 | 47,149 |
| 1981 | 3372 | 3207 | 3484 | 4452 | 5793 | 5218 | 4476 | 4104 | 4042 | 3643 | 3565 | 3277 | 48,633 |
| 1982 | 3258 | 3203 | 3747 | 5283 | 5788 | 4680 | 4319 | 3194 | 3982 | 3853 | 3506 | 3729 | 48,342 |
| 1983 | 3629 | 3089 | 3729 | 4433 | 5811 | 4779 | 4342 | 3183 | 4080 | 3620 | 3665 | 4004 | 48,364 |
| 1984 | 3747 | 2993 | 3778 | 4198 | 5717 | 4906 | 4224 | 3574 | 3957 | 3806 | 3595 | 3302 | 47,797 |
| 1985 | 3052 | 3260 | 3628 | 4297 | 5228 | 5085 | 4567 | 4038 | 4034 | 3651 | 3604 | 3305 | 47,949 |
| 1986 | 3319 | 3313 | 3726 | 4588 | 5727 | 4670 | 4489 | 3462 | 4061 | 4115 | 3889 | 3383 | 48,742 |
| 1987 | 3199 | 3152 | 3417 | 4168 | 5299 | 5259 | 4762 | 4304 | 4199 | 3741 | 3712 | 3433 | 48,645 |
| 1988 | 3385 | 3425 | 3578 | 4549 | 5543 | 5152 | 4507 | 3866 | 4212 | 4008 | 3971 | 3691 | 49,887 |
| 1989 | 3777 | 3581 | 3614 | 4326 | 5447 | 4856 | 4025 | 3487 | 3717 | 3595 | 3642 | 3271 | 47,338 |
| 1990 | 3191 | 3340 | 3641 | 4149 | 5228 | 5248 | 4371 | 3632 | 4055 | 3802 | 3818 | 3577 | 48,052 |
| 76 - 90 AVG | 3,402 | 3,280 | 3,642 | 4,536 | 5,609 | 4,932 | 4,424 | 3,696 | 4,088 | 3,920 | 3,782 | 3,536 | 48,847 |

**DMC Intake (216)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 283 | 280 | 399 | 466 | 566 | 611 | 729 | 613 | 649 | 421 | 416 | 415 | 5,850 |
| 1977 | 517 | 589 | 694 | 744 | 919 | 818 | 767 | 803 | 851 | 706 | 603 | 631 | 8,642 |
| 1978 | 716 | 689 | 652 | 465 | 359 | 232 | 233 | 281 | 372 | 413 | 371 | 304 | 5,087 |
| 1979 | 329 | 443 | 530 | 435 | 328 | 290 | 349 | 384 | 379 | 344 | 370 | 333 | 4,514 |
| 1980 | 429 | 443 | 447 | 219 | 188 | 172 | 312 | 321 | 367 | 367 | 357 | 305 | 3,927 |
| 1981 | 348 | 406 | 486 | 503 | 536 | 479 | 585 | 470 | 372 | 364 | 404 | 384 | 5,317 |
| 1982 | 477 | 499 | 403 | 345 | 181 | 185 | 178 | 213 | 276 | 301 | 315 | 300 | 3,672 |
| 1983 | 264 | 228 | 174 | 252 | 206 | 236 | 166 | 173 | 183 | 226 | 292 | 319 | 2,743 |
| 1984 | 331 | 201 | 187 | 177 | 265 | 333 | 370 | 436 | 378 | 355 | 354 | 300 | 3,687 |
| 1985 | 414 | 497 | 424 | 442 | 555 | 503 | 493 | 473 | 374 | 358 | 392 | 390 | 5,315 |
| 1986 | 480 | 507 | 509 | 500 | 235 | 182 | 257 | 302 | 339 | 477 | 383 | 313 | 4,484 |
| 1987 | 422 | 525 | 561 | 705 | 757 | 562 | 612 | 565 | 398 | 383 | 391 | 431 | 6,312 |
| 1988 | 492 | 483 | 527 | 566 | 728 | 569 | 559 | 516 | 654 | 380 | 438 | 546 | 6,458 |
| 1989 | 611 | 578 | 656 | 715 | 964 | 561 | 428 | 391 | 360 | 338 | 365 | 394 | 6,361 |
| 1990 | 462 | 579 | 717 | 880 | 963 | 668 | 536 | 536 | 533 | 345 | 409 | 509 | 7,137 |
| 76 - 90 AVG | 440 | 463 | 490 | 494 | 517 | 427 | 438 | 432 | 432 | 385 | 391 | 392 | 5,300 |

**DMC Intake (216)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 123 | 104 | 161 | 217 | 321 | 363 | 333 | 310 | 331 | 238 | 290 | 313 | 3,104 |
| 1977 | 364 | 424 | 403 | 527 | 710 | 622 | 375 | 393 | 426 | 423 | 477 | 562 | 5,706 |
| 1978 | 609 | 497 | 380 | 209 | 128 | 57 | 59 | 88 | 149 | 182 | 164 | 144 | 2,668 |
| 1979 | 169 | 295 | 317 | 214 | 113 | 90 | 125 | 152 | 166 | 151 | 174 | 204 | 2,170 |
| 1980 | 292 | 307 | 233 | 60 | 49 | 34 | 103 | 113 | 146 | 152 | 152 | 146 | 1,787 |
| 1981 | 190 | 245 | 239 | 214 | 224 | 194 | 249 | 204 | 183 | 203 | 248 | 278 | 2,671 |
| 1982 | 336 | 365 | 186 | 126 | 39 | 47 | 33 | 50 | 92 | 114 | 123 | 110 | 1,621 |
| 1983 | 94 | 62 | 39 | 84 | 58 | 73 | 35 | 37 | 42 | 63 | 103 | 115 | 805 |
| 1984 | 121 | 45 | 53 | 35 | 76 | 113 | 138 | 183 | 173 | 156 | 157 | 163 | 1,413 |
| 1985 | 284 | 368 | 198 | 195 | 309 | 242 | 210 | 218 | 182 | 193 | 244 | 284 | 2,927 |
| 1986 | 339 | 347 | 285 | 273 | 74 | 46 | 75 | 101 | 127 | 213 | 169 | 168 | 2,217 |
| 1987 | 282 | 386 | 366 | 519 | 554 | 319 | 279 | 259 | 197 | 210 | 259 | 337 | 3,967 |
| 1988 | 357 | 301 | 290 | 335 | 356 | 262 | 267 | 294 | 357 | 226 | 324 | 473 | 3,842 |
| 1989 | 496 | 405 | 383 | 480 | 491 | 322 | 183 | 170 | 180 | 185 | 236 | 289 | 3,820 |
| 1990 | 324 | 425 | 447 | 717 | 679 | 389 | 284 | 290 | 282 | 199 | 298 | 434 | 4,768 |
| 76 - 90 AVG | 292 | 305 | 265 | 280 | 279 | 212 | 183 | 191 | 202 | 194 | 228 | 268 | 2,899 |

**DMC Intake (216)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3014 | 2993 | 3452 | 4405 | 5348 | 4857 | 4491 | 4125 | 4556 | 4301 | 3733 | 3334 | 48,607 |
| 1977 | 3473 | 3598 | 3730 | 4366 | 5086 | 4926 | 4553 | 3951 | 4586 | 5335 | 4973 | 4354 | 52,931 |
| 1978 | 4156 | 4027 | 4023 | 5759 | 6435 | 4783 | 4328 | 3472 | 3956 | 3918 | 3775 | 3519 | 52,151 |
| 1979 | 3307 | 3081 | 3452 | 4737 | 5832 | 4912 | 4402 | 3532 | 3918 | 3883 | 3643 | 3345 | 48,124 |
| 1980 | 3158 | 2943 | 3433 | 4324 | 5761 | 4654 | 4497 | 3518 | 3965 | 3743 | 3641 | 3512 | 47,149 |
| 1981 | 3372 | 3207 | 3484 | 4452 | 5793 | 5218 | 4476 | 4104 | 4042 | 3643 | 3565 | 3277 | 48,633 |
| 1982 | 3258 | 3203 | 3747 | 5283 | 5788 | 4680 | 4319 | 3194 | 3982 | 3653 | 3506 | 3729 | 48,342 |
| 1983 | 3629 | 3089 | 3729 | 4433 | 5811 | 4779 | 4342 | 3183 | 4080 | 3820 | 3885 | 4004 | 48,364 |
| 1984 | 3747 | 2993 | 3778 | 4198 | 5717 | 4906 | 4224 | 3574 | 3957 | 3806 | 3595 | 3302 | 47,797 |
| 1985 | 3052 | 3260 | 3828 | 4297 | 5228 | 5085 | 4567 | 4038 | 4034 | 3651 | 3604 | 3305 | 47,949 |
| 1986 | 3319 | 3313 | 3726 | 4588 | 5727 | 4670 | 4489 | 3462 | 4061 | 4115 | 3889 | 3383 | 48,742 |
| 1987 | 3199 | 3152 | 3417 | 4168 | 5299 | 5259 | 4762 | 4304 | 4199 | 3741 | 3712 | 3433 | 48,645 |
| 1988 | 3385 | 3425 | 3578 | 4549 | 5543 | 5152 | 4507 | 3866 | 4212 | 4008 | 3971 | 3691 | 49,867 |
| 1989 | 3777 | 3581 | 3614 | 4326 | 5447 | 4856 | 4025 | 3487 | 3717 | 3595 | 3642 | 3271 | 47,338 |
| 1990 | 3191 | 3340 | 3641 | 4149 | 5228 | 5248 | 4371 | 3632 | 4055 | 3802 | 3818 | 3577 | 48,052 |
| 76 - 90 AVG | 3,402 | 3,280 | 3,642 | 4,536 | 5,609 | 4,932 | 4,424 | 3,696 | 4,088 | 3,920 | 3,782 | 3,536 | 48,847 |

**North Bay Aqueduct (406)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 183 | 181 | 187 | 206 | 234 | 233 | 239 | 221 | 204 | 197 | 194 | 194 | 2,473 |
| 1977 | 196 | 198 | 195 | 205 | 237 | 251 | 259 | 269 | 258 | 241 | 229 | 226 | 2,764 |
| 1978 | 227 | 231 | 229 | 255 | 333 | 491 | 545 | 427 | 268 | 211 | 197 | 195 | 3,609 |
| 1979 | 196 | 194 | 193 | 264 | 408 | 469 | 418 | 284 | 222 | 199 | 193 | 194 | 3,234 |
| 1980 | 189 | 185 | 201 | 269 | 397 | 523 | 428 | 326 | 237 | 203 | 194 | 194 | 3,348 |
| 1981 | 195 | 197 | 197 | 224 | 288 | 280 | 254 | 242 | 210 | 196 | 191 | 191 | 2,665 |
| 1982 | 188 | 204 | 234 | 294 | 446 | 440 | 523 | 475 | 324 | 223 | 198 | 192 | 3,741 |
| 1983 | 189 | 206 | 246 | 279 | 422 | 545 | 643 | 480 | 290 | 212 | 193 | 191 | 3,896 |
| 1984 | 191 | 198 | 223 | 312 | 318 | 270 | 266 | 224 | 202 | 194 | 191 | 192 | 2,781 |
| 1985 | 191 | 217 | 255 | 252 | 263 | 268 | 281 | 278 | 223 | 200 | 193 | 193 | 2,814 |
| 1986 | 193 | 198 | 215 | 262 | 334 | 461 | 529 | 392 | 258 | 210 | 198 | 196 | 3,446 |
| 1987 | 196 | 196 | 194 | 206 | 243 | 275 | 289 | 266 | 224 | 203 | 196 | 197 | 2,685 |
| 1988 | 198 | 196 | 201 | 236 | 310 | 345 | 336 | 288 | 238 | 215 | 206 | 208 | 2,977 |
| 1989 | 210 | 210 | 206 | 212 | 236 | 260 | 267 | 243 | 213 | 200 | 195 | 194 | 2,646 |
| 1990 | 190 | 189 | 192 | 209 | 249 | 284 | 310 | 272 | 227 | 210 | 203 | 204 | 2,739 |
| 76 - 90 AVG | 195 | 200 | 211 | 246 | 315 | 360 | 372 | 312 | 240 | 208 | 198 | 197 | 3,054 |

**North Bay Aqueduct (406)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 60 | 57 | 58 | 61 | 69 | 70 | 79 | 80 | 79 | 72 | 65 | 66 | 816 |
| 1977 | 73 | 75 | 67 | 65 | 73 | 78 | 83 | 97 | 104 | 104 | 97 | 92 | 1,008 |
| 1978 | 96 | 103 | 102 | 109 | 137 | 193 | 224 | 178 | 107 | 75 | 65 | 66 | 1,455 |
| 1979 | 71 | 69 | 62 | 87 | 144 | 175 | 159 | 107 | 83 | 69 | 63 | 65 | 1,154 |
| 1980 | 84 | 60 | 65 | 93 | 144 | 203 | 166 | 126 | 90 | 71 | 63 | 66 | 1,211 |
| 1981 | 70 | 71 | 66 | 70 | 93 | 91 | 86 | 89 | 78 | 68 | 62 | 64 | 908 |
| 1982 | 64 | 76 | 91 | 109 | 169 | 165 | 220 | 214 | 139 | 81 | 65 | 64 | 1,457 |
| 1983 | 64 | 77 | 101 | 104 | 160 | 216 | 274 | 210 | 118 | 74 | 62 | 63 | 1,523 |
| 1984 | 66 | 71 | 81 | 123 | 120 | 93 | 96 | 82 | 75 | 67 | 62 | 65 | 1,001 |
| 1985 | 67 | 86 | 108 | 94 | 89 | 89 | 103 | 113 | 87 | 71 | 63 | 66 | 1,036 |
| 1986 | 69 | 73 | 77 | 93 | 118 | 178 | 219 | 163 | 102 | 75 | 68 | 67 | 1,298 |
| 1987 | 71 | 70 | 64 | 63 | 74 | 90 | 104 | 102 | 88 | 74 | 66 | 69 | 935 |
| 1988 | 74 | 72 | 70 | 80 | 106 | 121 | 123 | 112 | 96 | 84 | 74 | 76 | 1,088 |
| 1989 | 83 | 85 | 77 | 72 | 76 | 84 | 94 | 93 | 83 | 73 | 66 | 66 | 952 |
| 1990 | 65 | 65 | 63 | 67 | 78 | 93 | 112 | 105 | 89 | 80 | 72 | 74 | 963 |
| 76 - 90 AVG | 70 | 74 | 77 | 86 | 110 | 129 | 143 | 125 | 95 | 76 | 67 | 69 | 1,120 |

**North Bay Aqueduct (406)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3742 | 3504 | 3807 | 4807 | 5804 | 5516 | 5785 | 5105 | 4820 | 4729 | 4770 | 4648 | 57,017 |
| 1977 | 4535 | 4330 | 4060 | 4575 | 5964 | 6249 | 6515 | 6985 | 6912 | 6745 | 6726 | 6742 | 70,338 |
| 1978 | 6647 | 6540 | 6163 | 7313 | 10922 | 15320 | 14001 | 10299 | 6310 | 4795 | 4568 | 4435 | 97,311 |
| 1979 | 4264 | 3964 | 3834 | 7303 | 12555 | 12725 | 10213 | 6511 | 5051 | 4488 | 4489 | 4420 | 79,817 |
| 1980 | 3965 | 3566 | 4341 | 7193 | 11278 | 14081 | 10542 | 7583 | 5440 | 4582 | 4487 | 4415 | 81,473 |
| 1981 | 4245 | 4131 | 4088 | 5445 | 7739 | 7087 | 5967 | 5487 | 4768 | 4456 | 4447 | 4337 | 62,177 |
| 1982 | 3979 | 4859 | 5909 | 8248 | 12964 | 11977 | 13249 | 11583 | 7792 | 5108 | 4560 | 4281 | 94,309 |
| 1983 | 3846 | 4691 | 6083 | 7422 | 12149 | 15217 | 16410 | 11466 | 6846 | 4806 | 4423 | 4257 | 97,716 |
| 1984 | 4039 | 4230 | 5350 | 8376 | 8196 | 6708 | 6356 | 4954 | 4543 | 4388 | 4447 | 4398 | 65,985 |
| 1985 | 4109 | 5326 | 6734 | 6232 | 6490 | 6613 | 6718 | 6498 | 5188 | 4647 | 4572 | 4501 | 67,626 |
| 1986 | 4274 | 4320 | 5020 | 6807 | 9039 | 12636 | 12929 | 9208 | 5930 | 4786 | 4598 | 4464 | 83,991 |
| 1987 | 4255 | 4056 | 3909 | 4588 | 6043 | 6963 | 7254 | 6294 | 5301 | 4846 | 4788 | 4772 | 83,069 |
| 1988 | 4588 | 4252 | 4421 | 5962 | 8472 | 9159 | 8767 | 7271 | 5967 | 5511 | 5378 | 5415 | 75,161 |
| 1989 | 5298 | 5015 | 4674 | 4894 | 5981 | 6620 | 6499 | 5743 | 5098 | 4855 | 4800 | 4825 | 64,100 |
| 1990 | 4171 | 3941 | 3996 | 4823 | 6387 | 7099 | 7739 | 6638 | 5477 | 5255 | 5247 | 5221 | 65,994 |
| 76 - 90 AVG | 4,404 | 4,435 | 4,826 | 6,266 | 8,666 | 9,598 | 9,262 | 7,440 | 5,696 | 4,932 | 4,820 | 4,729 | 75,072 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 175 | 175 | 178 | 199 | 214 | 218 | 226 | 213 | 199 | 194 | 194 | 191 |
| 1977 | 193 | 193 | 191 | 204 | 236 | 246 | 255 | 265 | 249 | 233 | 222 | 222 |
| 1978 | 223 | 227 | 224 | 265 | 370 | 495 | 527 | 355 | 231 | 195 | 186 | 184 |
| 1979 | 186 | 185 | 185 | 271 | 415 | 470 | 368 | 255 | 208 | 189 | 185 | 186 |
| 1980 | 182 | 179 | 200 | 280 | 429 | 527 | 361 | 285 | 214 | 191 | 186 | 185 |
| 1981 | 186 | 189 | 188 | 223 | 282 | 251 | 245 | 236 | 207 | 196 | 194 | 192 |
| 1982 | 187 | 202 | 227 | 298 | 462 | 402 | 533 | 427 | 270 | 202 | 187 | 184 |
| 1983 | 181 | 204 | 242 | 290 | 487 | 610 | 672 | 428 | 257 | 199 | 187 | 186 |
| 1984 | 185 | 193 | 225 | 335 | 276 | 246 | 238 | 204 | 190 | 184 | 182 | 182 |
| 1985 | 180 | 210 | 239 | 236 | 246 | 245 | 277 | 269 | 218 | 198 | 193 | 193 |
| 1986 | 191 | 195 | 212 | 259 | 345 | 527 | 502 | 326 | 225 | 195 | 186 | 184 |
| 1987 | 185 | 186 | 185 | 200 | 232 | 255 | 294 | 294 | 258 | 227 | 214 | 213 |
| 1988 | 215 | 213 | 212 | 235 | 299 | 343 | 306 | 248 | 212 | 199 | 197 | 199 |
| 1989 | 198 | 195 | 193 | 205 | 231 | 244 | 250 | 224 | 201 | 193 | 191 | 189 |
| 1990 | 185 | 183 | 187 | 206 | 250 | 287 | 287 | 241 | 209 | 199 | 196 | 198 |
| Average | 190 | 195 | 206 | 247 | 318 | 358 | 356 | 285 | 223 | 200 | 193 | 193 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 53 | 51 | 50 | 55 | 59 | 63 | 73 | 76 | 75 | 70 | 65 | 65 |
| 1977 | 69 | 70 | 63 | 63 | 71 | 75 | 82 | 97 | 102 | 100 | 91 | 88 |
| 1978 | 93 | 101 | 97 | 111 | 148 | 192 | 217 | 141 | 85 | 63 | 58 | 58 |
| 1979 | 62 | 60 | 55 | 87 | 147 | 177 | 136 | 92 | 74 | 61 | 58 | 60 |
| 1980 | 58 | 55 | 63 | 96 | 156 | 205 | 134 | 105 | 76 | 61 | 56 | 58 |
| 1981 | 62 | 63 | 58 | 67 | 89 | 78 | 82 | 86 | 76 | 68 | 64 | 64 |
| 1982 | 63 | 73 | 85 | 108 | 175 | 149 | 230 | 190 | 107 | 67 | 57 | 57 |
| 1983 | 57 | 73 | 96 | 103 | 186 | 246 | 292 | 183 | 99 | 65 | 57 | 59 |
| 1984 | 60 | 65 | 81 | 135 | 97 | 81 | 81 | 69 | 65 | 58 | 54 | 57 |
| 1985 | 57 | 78 | 94 | 81 | 78 | 77 | 102 | 107 | 84 | 70 | 64 | 66 |
| 1986 | 67 | 69 | 74 | 90 | 122 | 208 | 208 | 128 | 82 | 64 | 56 | 58 |
| 1987 | 61 | 61 | 56 | 57 | 68 | 80 | 104 | 117 | 109 | 94 | 80 | 81 |
| 1988 | 87 | 88 | 81 | 85 | 105 | 122 | 110 | 91 | 79 | 71 | 67 | 70 |
| 1989 | 73 | 70 | 63 | 62 | 69 | 75 | 86 | 82 | 75 | 67 | 63 | 62 |
| 1990 | 61 | 59 | 58 | 62 | 76 | 94 | 102 | 88 | 78 | 71 | 66 | 69 |
| Average | 66 | 69 | 72 | 84 | 110 | 128 | 136 | 110 | 84 | 70 | 63 | 65 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3241 | 3185 | 3374 | 4493 | 4804 | 5069 | 5287 | 4773 | 4582 | 4558 | 4684 | 4469 |
| 1977 | 4269 | 4012 | 3831 | 4502 | 5695 | 5871 | 6275 | 6791 | 6610 | 6444 | 6447 | 6505 |
| 1978 | 6358 | 6194 | 5773 | 7752 | 12510 | 14414 | 12722 | 6714 | 5039 | 4096 | 4008 | 3849 |
| 1979 | 3699 | 3442 | 3489 | 7432 | 11298 | 11848 | 8579 | 5511 | 4470 | 4002 | 4045 | 3996 |
| 1980 | 3530 | 3246 | 4238 | 7271 | 11501 | 13385 | 8403 | 6248 | 4586 | 3995 | 4013 | 3896 |
| 1981 | 3724 | 3652 | 3638 | 5327 | 6948 | 6091 | 5585 | 5247 | 4639 | 4448 | 4519 | 4334 |
| 1982 | 3862 | 4521 | 5530 | 8255 | 12881 | 10471 | 12842 | 10101 | 6077 | 4266 | 4025 | 3781 |
| 1983 | 3437 | 4373 | 5524 | 7555 | 13200 | 16008 | 16438 | 9966 | 5806 | 4274 | 4102 | 3929 |
| 1984 | 3656 | 3903 | 5238 | 8640 | 6664 | 5899 | 5215 | 4141 | 3943 | 3832 | 3911 | 3838 |
| 1985 | 3489 | 4823 | 5564 | 5481 | 5693 | 5866 | 6439 | 6127 | 4974 | 4533 | 4535 | 4428 |
| 1986 | 4092 | 4106 | 4829 | 6587 | 9208 | 13337 | 11778 | 7199 | 4801 | 4096 | 4002 | 3854 |
| 1987 | 3652 | 3517 | 3467 | 4353 | 5397 | 6227 | 7551 | 7514 | 6660 | 6004 | 5799 | 5756 |
| 1988 | 5573 | 5167 | 4984 | 6024 | 8488 | 9235 | 7619 | 5747 | 4891 | 4671 | 4761 | 4742 |
| 1989 | 4453 | 4103 | 3923 | 4567 | 5533 | 5772 | 5734 | 5001 | 4589 | 4416 | 4511 | 4265 |
| 1990 | 3817 | 3558 | 3699 | 4668 | 6054 | 6908 | 6846 | 5496 | 4784 | 4687 | 4748 | 4752 |
| Average | 4057 | 4119 | 4473 | 6194 | 8392 | 9093 | 8488 | 6532 | 5095 | 4555 | 4539 | 4426 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 175 | 175 | 178 | 199 | 214 | 218 | 226 | 213 | 199 | 194 | 194 | 191 |
| 1977 | 193 | 193 | 191 | 204 | 236 | 246 | 255 | 265 | 249 | 233 | 222 | 222 |
| 1978 | 223 | 227 | 224 | 265 | 370 | 495 | 527 | 355 | 231 | 195 | 186 | 184 |
| 1979 | 186 | 185 | 185 | 271 | 415 | 470 | 368 | 255 | 208 | 189 | 165 | 186 |
| 1980 | 182 | 179 | 200 | 280 | 429 | 527 | 361 | 285 | 214 | 191 | 186 | 185 |
| 1981 | 186 | 189 | 188 | 223 | 282 | 251 | 245 | 236 | 207 | 196 | 194 | 192 |
| 1982 | 187 | 202 | 227 | 298 | 462 | 402 | 533 | 427 | 270 | 202 | 187 | 184 |
| 1983 | 181 | 204 | 242 | 290 | 487 | 610 | 672 | 428 | 257 | 199 | 187 | 186 |
| 1984 | 185 | 193 | 225 | 335 | 276 | 246 | 238 | 204 | 190 | 184 | 182 | 182 |
| 1985 | 180 | 210 | 239 | 236 | 246 | 245 | 277 | 269 | 218 | 198 | 193 | 193 |
| 1986 | 191 | 195 | 212 | 259 | 345 | 527 | 502 | 326 | 225 | 195 | 186 | 184 |
| 1987 | 185 | 186 | 185 | 200 | 232 | 255 | 294 | 294 | 258 | 227 | 214 | 213 |
| 1988 | 215 | 213 | 212 | 235 | 299 | 343 | 306 | 248 | 212 | 199 | 197 | 199 |
| 1989 | 198 | 195 | 193 | 205 | 231 | 244 | 250 | 224 | 201 | 193 | 191 | 189 |
| 1990 | 185 | 183 | 187 | 206 | 250 | 287 | 287 | 241 | 209 | 199 | 196 | 198 |
| Average | 190 | 195 | 206 | 247 | 318 | 358 | 356 | 285 | 223 | 200 | 193 | 193 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 53 | 51 | 50 | 55 | 59 | 63 | 73 | 76 | 75 | 70 | 65 | 65 |
| 1977 | 69 | 70 | 63 | 63 | 71 | 75 | 82 | 97 | 102 | 100 | 91 | 88 |
| 1978 | 93 | 101 | 97 | 111 | 148 | 192 | 217 | 141 | 85 | 63 | 56 | 58 |
| 1979 | 62 | 60 | 55 | 67 | 147 | 177 | 136 | 92 | 74 | 61 | 56 | 60 |
| 1980 | 58 | 55 | 63 | 96 | 156 | 205 | 134 | 105 | 76 | 61 | 56 | 58 |
| 1981 | 62 | 63 | 58 | 67 | 89 | 78 | 82 | 86 | 76 | 68 | 64 | 64 |
| 1982 | 63 | 73 | 85 | 108 | 175 | 149 | 230 | 190 | 107 | 67 | 57 | 57 |
| 1983 | 57 | 73 | 96 | 103 | 186 | 246 | 292 | 183 | 99 | 65 | 57 | 59 |
| 1984 | 60 | 65 | 81 | 135 | 97 | 81 | 81 | 69 | 65 | 58 | 54 | 57 |
| 1985 | 57 | 78 | 94 | 81 | 78 | 77 | 102 | 107 | 84 | 70 | 64 | 66 |
| 1986 | 67 | 69 | 74 | 90 | 122 | 208 | 208 | 128 | 82 | 64 | 56 | 58 |
| 1987 | 61 | 61 | 56 | 57 | 68 | 80 | 104 | 117 | 109 | 94 | 80 | 81 |
| 1988 | 87 | 88 | 81 | 85 | 105 | 122 | 110 | 91 | 79 | 71 | 67 | 70 |
| 1989 | 73 | 70 | 63 | 62 | 69 | 75 | 88 | 82 | 75 | 67 | 63 | 62 |
| 1990 | 61 | 59 | 58 | 62 | 76 | 94 | 102 | 88 | 78 | 71 | 66 | 69 |
| Average | 66 | 69 | 72 | 84 | 110 | 128 | 136 | 110 | 84 | 70 | 63 | 65 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3241 | 3185 | 3374 | 4493 | 4804 | 5069 | 5287 | 4773 | 4582 | 4558 | 4664 | 4469 |
| 1977 | 4269 | 4012 | 3831 | 4502 | 5695 | 5871 | 6275 | 6791 | 6610 | 6444 | 6447 | 6505 |
| 1978 | 6358 | 6194 | 5773 | 7752 | 12510 | 14414 | 12722 | 8124 | 5039 | 4096 | 4008 | 3849 |
| 1979 | 3699 | 3442 | 3489 | 7432 | 11298 | 11848 | 8579 | 5511 | 4470 | 4002 | 4045 | 3998 |
| 1980 | 3530 | 3246 | 4238 | 7271 | 11501 | 13385 | 8403 | 6246 | 4586 | 3995 | 4013 | 3896 |
| 1981 | 3724 | 3652 | 3638 | 5327 | 6948 | 6091 | 5585 | 5247 | 4639 | 4448 | 4519 | 4334 |
| 1982 | 3862 | 4521 | 5530 | 8255 | 12881 | 10471 | 12842 | 10101 | 6077 | 4266 | 4025 | 3781 |
| 1983 | 3437 | 4373 | 5524 | 7555 | 13200 | 16008 | 16438 | 9966 | 5806 | 4274 | 4102 | 3929 |
| 1984 | 3656 | 3903 | 5238 | 8640 | 6664 | 5899 | 5215 | 4141 | 3943 | 3832 | 3911 | 3838 |
| 1985 | 3489 | 4823 | 5564 | 5481 | 5693 | 5866 | 6439 | 6127 | 4974 | 4533 | 4535 | 4428 |
| 1986 | 4092 | 4106 | 4829 | 6587 | 9208 | 13337 | 11778 | 7199 | 4801 | 4098 | 4002 | 3854 |
| 1987 | 3652 | 3517 | 3467 | 4353 | 5397 | 6227 | 7551 | 5214 | 6660 | 6004 | 5799 | 5756 |
| 1988 | 5573 | 5167 | 4984 | 6024 | 8488 | 9235 | 7619 | 5747 | 4891 | 4671 | 4761 | 4742 |
| 1989 | 4453 | 4103 | 3923 | 4567 | 5533 | 5772 | 5734 | 5001 | 4569 | 4416 | 4511 | 4265 |
| 1990 | 3817 | 3558 | 3699 | 4868 | 6054 | 6908 | 6846 | 5496 | 4784 | 4687 | 4748 | 4752 |
| Average | 4057 | 4119 | 4473 | 6194 | 8392 | 9093 | 8488 | 6532 | 5095 | 4555 | 4539 | 4426 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 175 | 175 | 178 | 199 | 214 | 218 | 226 | 213 | 199 | 194 | 194 | 191 |
| 1977 | 193 | 193 | 191 | 204 | 236 | 246 | 255 | 265 | 249 | 233 | 222 | 222 |
| 1978 | 223 | 227 | 224 | 265 | 370 | 495 | 527 | 355 | 231 | 195 | 186 | 184 |
| 1979 | 186 | 185 | 185 | 271 | 415 | 470 | 368 | 255 | 208 | 189 | 165 | 186 |
| 1980 | 182 | 179 | 200 | 280 | 429 | 527 | 361 | 285 | 214 | 191 | 186 | 185 |
| 1981 | 186 | 189 | 188 | 223 | 282 | 251 | 245 | 236 | 207 | 196 | 194 | 192 |
| 1982 | 187 | 202 | 227 | 298 | 462 | 402 | 533 | 427 | 270 | 202 | 187 | 184 |
| 1983 | 181 | 204 | 242 | 290 | 487 | 610 | 672 | 428 | 257 | 199 | 187 | 186 |
| 1984 | 185 | 193 | 225 | 335 | 276 | 246 | 238 | 204 | 190 | 184 | 182 | 182 |
| 1985 | 180 | 210 | 239 | 236 | 246 | 245 | 277 | 269 | 218 | 198 | 193 | 193 |
| 1986 | 191 | 195 | 212 | 259 | 345 | 527 | 502 | 326 | 225 | 195 | 186 | 184 |
| 1987 | 185 | 186 | 185 | 200 | 232 | 255 | 294 | 294 | 258 | 227 | 214 | 213 |
| 1988 | 215 | 213 | 212 | 235 | 299 | 343 | 306 | 248 | 212 | 199 | 197 | 199 |
| 1989 | 198 | 195 | 193 | 205 | 231 | 244 | 250 | 224 | 201 | 193 | 191 | 189 |
| 1990 | 185 | 183 | 187 | 206 | 250 | 287 | 267 | 241 | 209 | 199 | 196 | 198 |
| Average | 190 | 195 | 206 | 247 | 318 | 358 | 356 | 285 | 223 | 200 | 193 | 193 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 53 | 51 | 50 | 55 | 59 | 63 | 73 | 76 | 75 | 70 | 65 | 65 |
| 1977 | 69 | 70 | 63 | 63 | 71 | 75 | 82 | 97 | 102 | 100 | 91 | 88 |
| 1978 | 93 | 101 | 97 | 111 | 148 | 192 | 217 | 141 | 85 | 63 | 56 | 58 |
| 1979 | 62 | 60 | 55 | 87 | 147 | 177 | 136 | 92 | 74 | 61 | 56 | 60 |
| 1980 | 58 | 55 | 63 | 96 | 156 | 205 | 134 | 105 | 76 | 61 | 56 | 58 |
| 1981 | 62 | 63 | 58 | 67 | 89 | 78 | 82 | 86 | 76 | 68 | 64 | 64 |
| 1982 | 63 | 73 | 85 | 108 | 175 | 149 | 230 | 190 | 107 | 67 | 57 | 57 |
| 1983 | 57 | 73 | 96 | 103 | 186 | 246 | 292 | 183 | 99 | 65 | 57 | 59 |
| 1984 | 60 | 65 | 81 | 135 | 97 | 81 | 81 | 69 | 65 | 58 | 54 | 57 |
| 1985 | 57 | 78 | 94 | 81 | 78 | 77 | 102 | 107 | 84 | 70 | 64 | 66 |
| 1986 | 67 | 69 | 74 | 90 | 122 | 208 | 208 | 128 | 82 | 64 | 58 | 58 |
| 1987 | 61 | 61 | 56 | 57 | 68 | 80 | 104 | 117 | 109 | 94 | 80 | 81 |
| 1988 | 87 | 88 | 81 | 85 | 105 | 122 | 110 | 91 | 79 | 71 | 67 | 70 |
| 1989 | 73 | 70 | 63 | 62 | 69 | 75 | 86 | 82 | 75 | 67 | 63 | 62 |
| 1990 | 61 | 59 | 58 | 62 | 76 | 94 | 102 | 88 | 78 | 71 | 66 | 69 |
| Average | 66 | 69 | 72 | 84 | 110 | 128 | 136 | 110 | 84 | 70 | 63 | 65 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3241 | 3165 | 3374 | 4493 | 4804 | 5069 | 5287 | 4773 | 4582 | 4558 | 4664 | 4469 |
| 1977 | 4269 | 4012 | 3831 | 4502 | 5695 | 5871 | 6275 | 6791 | 6610 | 6444 | 6447 | 6505 |
| 1978 | 6358 | 6194 | 5773 | 7752 | 12510 | 14414 | 12722 | 8124 | 5039 | 4096 | 4008 | 3849 |
| 1979 | 3699 | 3442 | 3489 | 7432 | 11298 | 11848 | 8579 | 5511 | 4470 | 4002 | 4045 | 3996 |
| 1980 | 3530 | 3246 | 4238 | 7271 | 11501 | 13385 | 8403 | 6246 | 4586 | 3995 | 4013 | 3896 |
| 1981 | 3724 | 3652 | 3638 | 5327 | 6948 | 6091 | 5585 | 5247 | 4639 | 4448 | 4519 | 4334 |
| 1982 | 3862 | 4521 | 5530 | 8255 | 12881 | 10471 | 12842 | 10101 | 6077 | 4266 | 4025 | 3781 |
| 1983 | 3437 | 4373 | 5524 | 7555 | 13200 | 16008 | 16438 | 9966 | 5806 | 4274 | 4102 | 3929 |
| 1984 | 3656 | 3903 | 5238 | 8640 | 6664 | 5899 | 5215 | 4141 | 3943 | 3832 | 3911 | 3838 |
| 1985 | 3489 | 4823 | 5564 | 5481 | 5693 | 5866 | 6439 | 6127 | 4974 | 4533 | 4535 | 4428 |
| 1986 | 4092 | 4106 | 4829 | 6567 | 9208 | 13337 | 11778 | 7199 | 4801 | 4098 | 4002 | 3854 |
| 1987 | 3652 | 3517 | 3467 | 4353 | 5397 | 6227 | 7551 | 7514 | 6660 | 6004 | 5799 | 5756 |
| 1988 | 5573 | 5167 | 4984 | 6024 | 8488 | 9235 | 7619 | 5747 | 4891 | 4871 | 4761 | 4742 |
| 1989 | 4453 | 4103 | 3923 | 4567 | 5533 | 5772 | 5734 | 5001 | 4569 | 4416 | 4511 | 4265 |
| 1990 | 3817 | 3558 | 3699 | 4668 | 6054 | 6908 | 6846 | 5496 | 4784 | 4687 | 4748 | 4752 |
| Average | 4057 | 4119 | 4473 | 6194 | 8392 | 9093 | 8488 | 6532 | 5095 | 4555 | 4539 | 4426 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 175 | 175 | 178 | 199 | 214 | 218 | 226 | 213 | 199 | 194 | 194 | 191 |
| 1977 | 193 | 193 | 191 | 204 | 236 | 246 | 255 | 265 | 249 | 233 | 222 | 222 |
| 1978 | 223 | 227 | 224 | 265 | 370 | 495 | 527 | 355 | 231 | 195 | 186 | 184 |
| 1979 | 186 | 185 | 185 | 271 | 415 | 470 | 368 | 255 | 208 | 189 | 185 | 186 |
| 1980 | 182 | 179 | 200 | 280 | 429 | 527 | 361 | 285 | 214 | 191 | 186 | 185 |
| 1981 | 186 | 189 | 188 | 223 | 282 | 251 | 245 | 236 | 207 | 196 | 194 | 192 |
| 1982 | 187 | 202 | 227 | 298 | 462 | 402 | 533 | 427 | 270 | 202 | 187 | 184 |
| 1983 | 181 | 204 | 242 | 290 | 487 | 610 | 672 | 428 | 257 | 199 | 187 | 186 |
| 1984 | 185 | 193 | 225 | 335 | 276 | 246 | 238 | 204 | 190 | 184 | 182 | 182 |
| 1985 | 180 | 210 | 239 | 236 | 246 | 245 | 277 | 269 | 218 | 198 | 193 | 193 |
| 1986 | 191 | 195 | 212 | 259 | 345 | 527 | 502 | 326 | 225 | 195 | 186 | 184 |
| 1987 | 185 | 186 | 185 | 200 | 232 | 255 | 294 | 294 | 258 | 227 | 214 | 213 |
| 1988 | 215 | 213 | 212 | 235 | 299 | 343 | 306 | 248 | 212 | 199 | 197 | 199 |
| 1989 | 198 | 195 | 193 | 205 | 231 | 244 | 250 | 224 | 201 | 193 | 191 | 189 |
| 1990 | 185 | 183 | 187 | 206 | 250 | 287 | 287 | 241 | 209 | 199 | 196 | 198 |
| Average | 190 | 195 | 206 | 247 | 318 | 358 | 356 | 285 | 223 | 200 | 193 | 193 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 53 | 51 | 50 | 55 | 59 | 63 | 73 | 76 | 75 | 70 | 65 | 65 |
| 1977 | 69 | 70 | 63 | 63 | 71 | 75 | 82 | 97 | 102 | 100 | 91 | 88 |
| 1978 | 93 | 101 | 97 | 111 | 148 | 192 | 217 | 141 | 85 | 63 | 56 | 58 |
| 1979 | 62 | 60 | 55 | 87 | 147 | 177 | 136 | 92 | 74 | 61 | 56 | 60 |
| 1980 | 58 | 55 | 63 | 96 | 156 | 205 | 134 | 105 | 76 | 61 | 56 | 58 |
| 1981 | 62 | 63 | 58 | 67 | 89 | 78 | 82 | 86 | 76 | 68 | 64 | 64 |
| 1982 | 63 | 73 | 85 | 108 | 175 | 149 | 230 | 190 | 107 | 67 | 57 | 57 |
| 1983 | 57 | 73 | 96 | 103 | 186 | 246 | 292 | 183 | 99 | 65 | 57 | 59 |
| 1984 | 60 | 65 | 81 | 135 | 97 | 81 | 81 | 69 | 65 | 58 | 54 | 57 |
| 1985 | 57 | 78 | 94 | 81 | 78 | 77 | 102 | 107 | 84 | 70 | 64 | 66 |
| 1986 | 67 | 69 | 74 | 90 | 122 | 208 | 208 | 128 | 82 | 64 | 56 | 58 |
| 1987 | 61 | 61 | 56 | 57 | 88 | 80 | 104 | 117 | 109 | 94 | 80 | 81 |
| 1988 | 87 | 88 | 81 | 85 | 105 | 122 | 110 | 91 | 79 | 71 | 67 | 70 |
| 1989 | 73 | 70 | 63 | 62 | 69 | 75 | 86 | 82 | 75 | 67 | 63 | 62 |
| 1990 | 61 | 59 | 58 | 62 | 76 | 94 | 102 | 88 | 78 | 71 | 66 | 69 |
| Average | 66 | 69 | 72 | 84 | 110 | 128 | 136 | 110 | 84 | 70 | 63 | 65 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3241 | 3165 | 3374 | 4493 | 4804 | 5069 | 5287 | 4773 | 4582 | 4558 | 4664 | 4469 |
| 1977 | 4269 | 4012 | 3831 | 4502 | 5695 | 5871 | 6275 | 6791 | 6610 | 6444 | 6447 | 6505 |
| 1978 | 6358 | 6194 | 5773 | 7752 | 12510 | 14414 | 12722 | 8124 | 5039 | 4096 | 4008 | 3849 |
| 1979 | 3699 | 3442 | 3489 | 7432 | 11298 | 11848 | 8579 | 5511 | 4470 | 4002 | 4045 | 3996 |
| 1980 | 3530 | 3246 | 4238 | 7271 | 11501 | 13385 | 8403 | 6246 | 4586 | 3995 | 4013 | 3896 |
| 1981 | 3724 | 3652 | 3638 | 5327 | 6948 | 6091 | 5585 | 5247 | 4639 | 4448 | 4519 | 4334 |
| 1982 | 3862 | 4521 | 5530 | 8255 | 12881 | 10471 | 12842 | 10101 | 6077 | 4266 | 4025 | 3781 |
| 1983 | 3437 | 4373 | 5524 | 7555 | 13200 | 16006 | 16438 | 9966 | 5806 | 4274 | 4102 | 3929 |
| 1984 | 3656 | 3903 | 5238 | 8640 | 6864 | 5899 | 5215 | 4141 | 3943 | 3832 | 3911 | 3838 |
| 1985 | 3489 | 4823 | 5564 | 5481 | 5893 | 5866 | 6439 | 6127 | 4974 | 4533 | 4535 | 4428 |
| 1986 | 4092 | 4106 | 4829 | 6587 | 9208 | 13337 | 11778 | 7199 | 4801 | 4098 | 4002 | 3854 |
| 1987 | 3652 | 3517 | 3467 | 4353 | 5397 | 6227 | 7551 | 7514 | 6660 | 6004 | 5799 | 5756 |
| 1988 | 5573 | 5167 | 4984 | 6024 | 8488 | 9235 | 7619 | 5747 | 4891 | 4671 | 4761 | 4742 |
| 1989 | 4453 | 4103 | 3923 | 4567 | 5533 | 5772 | 5734 | 5001 | 4589 | 4416 | 4511 | 4265 |
| 1990 | 3817 | 3558 | 3699 | 4688 | 6054 | 6908 | 6846 | 5496 | 4784 | 4687 | 4748 | 4752 |
| Average | 4057 | 4119 | 4473 | 6194 | 8392 | 9093 | 8488 | 6532 | 5095 | 4555 | 4539 | 4426 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 175 | 175 | 178 | 199 | 214 | 218 | 226 | 213 | 199 | 194 | 194 | 191 |
| 1977 | 193 | 193 | 191 | 204 | 236 | 246 | 255 | 265 | 249 | 233 | 222 | 222 |
| 1978 | 223 | 227 | 224 | 265 | 370 | 495 | 527 | 355 | 231 | 195 | 188 | 184 |
| 1979 | 186 | 185 | 185 | 271 | 415 | 470 | 368 | 255 | 208 | 189 | 185 | 186 |
| 1980 | 182 | 179 | 200 | 280 | 429 | 527 | 361 | 285 | 214 | 191 | 186 | 185 |
| 1981 | 186 | 189 | 168 | 223 | 282 | 251 | 245 | 236 | 207 | 196 | 194 | 192 |
| 1982 | 187 | 202 | 227 | 298 | 462 | 402 | 533 | 427 | 270 | 202 | 187 | 184 |
| 1983 | 181 | 204 | 242 | 290 | 487 | 610 | 672 | 428 | 257 | 199 | 187 | 186 |
| 1984 | 185 | 193 | 225 | 335 | 276 | 246 | 238 | 204 | 190 | 184 | 182 | 182 |
| 1985 | 180 | 210 | 239 | 236 | 246 | 245 | 277 | 269 | 218 | 198 | 193 | 193 |
| 1986 | 191 | 195 | 212 | 259 | 345 | 527 | 502 | 326 | 225 | 195 | 186 | 184 |
| 1987 | 185 | 186 | 185 | 200 | 232 | 255 | 294 | 294 | 258 | 227 | 214 | 213 |
| 1988 | 215 | 213 | 212 | 235 | 299 | 343 | 306 | 248 | 212 | 199 | 197 | 199 |
| 1989 | 198 | 195 | 193 | 205 | 231 | 244 | 250 | 224 | 201 | 193 | 191 | 189 |
| 1990 | 185 | 183 | 187 | 206 | 250 | 287 | 287 | 241 | 209 | 199 | 196 | 198 |
| Average | 190 | 195 | 206 | 247 | 318 | 358 | 356 | 285 | 223 | 200 | 193 | 193 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 53 | 51 | 50 | 55 | 59 | 63 | 73 | 76 | 75 | 70 | 65 | 65 |
| 1977 | 69 | 70 | 63 | 63 | 71 | 75 | 82 | 97 | 102 | 100 | 91 | 88 |
| 1978 | 93 | 101 | 97 | 111 | 148 | 192 | 217 | 141 | 85 | 63 | 56 | 58 |
| 1979 | 62 | 60 | 55 | 87 | 147 | 177 | 136 | 92 | 74 | 61 | 56 | 60 |
| 1980 | 58 | 55 | 63 | 96 | 156 | 205 | 134 | 105 | 76 | 61 | 56 | 58 |
| 1981 | 62 | 63 | 58 | 67 | 89 | 78 | 82 | 86 | 76 | 68 | 64 | 64 |
| 1982 | 63 | 73 | 85 | 108 | 175 | 149 | 230 | 190 | 107 | 67 | 57 | 57 |
| 1983 | 57 | 73 | 96 | 103 | 186 | 246 | 292 | 183 | 99 | 65 | 57 | 59 |
| 1984 | 60 | 65 | 81 | 135 | 97 | 81 | 81 | 69 | 65 | 58 | 54 | 57 |
| 1985 | 57 | 78 | 94 | 81 | 78 | 77 | 102 | 107 | 84 | 70 | 64 | 66 |
| 1986 | 67 | 69 | 74 | 90 | 122 | 208 | 208 | 128 | 82 | 64 | 56 | 58 |
| 1987 | 61 | 61 | 56 | 57 | 68 | 80 | 104 | 117 | 109 | 94 | 80 | 81 |
| 1988 | 87 | 88 | 81 | 85 | 105 | 122 | 110 | 91 | 79 | 71 | 67 | 70 |
| 1989 | 73 | 70 | 63 | 62 | 69 | 75 | 86 | 82 | 75 | 67 | 63 | 62 |
| 1990 | 61 | 59 | 58 | 62 | 78 | 94 | 102 | 88 | 78 | 71 | 66 | 69 |
| Average | 66 | 69 | 72 | 84 | 110 | 128 | 136 | 110 | 84 | 70 | 63 | 65 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3241 | 3165 | 3374 | 4493 | 4804 | 5069 | 5267 | 4773 | 4582 | 4558 | 4664 | 4469 |
| 1977 | 4269 | 4012 | 3831 | 4502 | 5695 | 5871 | 6275 | 6791 | 6610 | 6444 | 6447 | 6505 |
| 1978 | 6358 | 6194 | 5773 | 7752 | 12510 | 14414 | 12722 | 8124 | 5039 | 4096 | 4008 | 3849 |
| 1979 | 3699 | 3442 | 3489 | 7432 | 11298 | 11848 | 8579 | 5511 | 4470 | 4002 | 4045 | 3998 |
| 1980 | 3530 | 3246 | 4238 | 7271 | 11501 | 13385 | 8403 | 6246 | 4586 | 3995 | 4013 | 3896 |
| 1981 | 3724 | 3652 | 3638 | 5327 | 6948 | 6091 | 5585 | 5247 | 4639 | 4448 | 4519 | 4334 |
| 1982 | 3862 | 4521 | 5530 | 8255 | 12881 | 10471 | 12842 | 10101 | 6077 | 4266 | 4025 | 3781 |
| 1983 | 3437 | 4373 | 5524 | 7555 | 13200 | 16008 | 16438 | 9966 | 5806 | 4274 | 4102 | 3929 |
| 1984 | 3656 | 3903 | 5236 | 8640 | 6864 | 5899 | 5215 | 4141 | 3943 | 3832 | 3911 | 3838 |
| 1985 | 3489 | 4823 | 5564 | 5481 | 5693 | 5866 | 6439 | 6127 | 4974 | 4533 | 4535 | 4428 |
| 1986 | 4092 | 4106 | 4829 | 6587 | 9208 | 13337 | 11778 | 7199 | 4801 | 4096 | 4002 | 3854 |
| 1987 | 3652 | 3517 | 3467 | 4353 | 5397 | 6227 | 7551 | 7514 | 6660 | 6004 | 5799 | 5756 |
| 1988 | 5573 | 5187 | 4984 | 6024 | 8488 | 9235 | 7619 | 5747 | 4891 | 4671 | 4761 | 4742 |
| 1989 | 4453 | 4103 | 3923 | 4567 | 5533 | 5772 | 5734 | 5001 | 4589 | 4416 | 4511 | 4265 |
| 1990 | 3817 | 3558 | 3699 | 4668 | 6054 | 6908 | 6846 | 5496 | 4784 | 4687 | 4748 | 4752 |
| Average | 4057 | 4119 | 4473 | 6194 | 8392 | 9093 | 8488 | 6532 | 5095 | 4555 | 4539 | 4426 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 175 | 175 | 178 | 199 | 214 | 218 | 226 | 213 | 199 | 194 | 194 | 191 |
| 1977 | 193 | 193 | 191 | 204 | 236 | 246 | 255 | 285 | 249 | 233 | 222 | 222 |
| 1978 | 223 | 227 | 224 | 265 | 370 | 495 | 527 | 355 | 231 | 195 | 186 | 184 |
| 1979 | 186 | 185 | 185 | 271 | 415 | 470 | 368 | 255 | 208 | 189 | 185 | 186 |
| 1980 | 182 | 179 | 200 | 280 | 429 | 527 | 361 | 285 | 214 | 191 | 186 | 185 |
| 1981 | 186 | 169 | 188 | 223 | 282 | 251 | 245 | 236 | 207 | 196 | 194 | 192 |
| 1982 | 187 | 202 | 227 | 298 | 462 | 402 | 533 | 427 | 270 | 202 | 187 | 184 |
| 1983 | 181 | 204 | 242 | 290 | 487 | 610 | 672 | 428 | 257 | 199 | 187 | 186 |
| 1984 | 185 | 193 | 225 | 335 | 276 | 246 | 238 | 204 | 190 | 184 | 182 | 182 |
| 1985 | 180 | 210 | 239 | 236 | 246 | 245 | 277 | 269 | 218 | 198 | 193 | 193 |
| 1986 | 191 | 195 | 212 | 259 | 345 | 527 | 502 | 326 | 225 | 195 | 186 | 184 |
| 1987 | 185 | 186 | 185 | 200 | 232 | 255 | 294 | 294 | 258 | 227 | 214 | 213 |
| 1988 | 215 | 213 | 212 | 235 | 299 | 343 | 306 | 248 | 212 | 199 | 197 | 199 |
| 1989 | 198 | 195 | 193 | 205 | 231 | 244 | 250 | 224 | 201 | 193 | 191 | 189 |
| 1990 | 185 | 183 | 187 | 206 | 250 | 287 | 287 | 241 | 209 | 199 | 196 | 198 |
| Average | 190 | 195 | 206 | 247 | 318 | 358 | 356 | 285 | 223 | 200 | 193 | 193 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 53 | 51 | 50 | 55 | 59 | 63 | 73 | 78 | 75 | 70 | 85 | 65 |
| 1977 | 69 | 70 | 63 | 63 | 71 | 75 | 82 | 97 | 102 | 100 | 91 | 88 |
| 1978 | 93 | 101 | 97 | 111 | 148 | 192 | 217 | 141 | 85 | 63 | 56 | 58 |
| 1979 | 62 | 60 | 55 | 87 | 147 | 177 | 138 | 92 | 74 | 61 | 56 | 60 |
| 1980 | 58 | 55 | 63 | 96 | 158 | 205 | 134 | 105 | 76 | 61 | 56 | 58 |
| 1981 | 62 | 63 | 58 | 67 | 89 | 78 | 82 | 86 | 76 | 68 | 64 | 64 |
| 1982 | 63 | 73 | 85 | 108 | 175 | 149 | 230 | 190 | 107 | 67 | 57 | 57 |
| 1983 | 57 | 73 | 96 | 103 | 186 | 246 | 292 | 183 | 99 | 65 | 57 | 59 |
| 1984 | 60 | 65 | 81 | 135 | 97 | 81 | 81 | 69 | 65 | 58 | 54 | 57 |
| 1985 | 57 | 78 | 94 | 81 | 78 | 77 | 102 | 107 | 84 | 70 | 64 | 66 |
| 1986 | 67 | 69 | 74 | 90 | 122 | 208 | 208 | 128 | 82 | 64 | 56 | 58 |
| 1987 | 61 | 61 | 56 | 57 | 68 | 80 | 104 | 117 | 109 | 94 | 80 | 81 |
| 1988 | 87 | 88 | 81 | 85 | 105 | 122 | 110 | 91 | 79 | 71 | 67 | 70 |
| 1989 | 73 | 70 | 63 | 62 | 69 | 75 | 86 | 82 | 75 | 67 | 63 | 62 |
| 1990 | 61 | 59 | 58 | 62 | 76 | 94 | 102 | 88 | 78 | 71 | 66 | 69 |
| Average | 66 | 69 | 72 | 84 | 110 | 128 | 136 | 110 | 84 | 70 | 63 | 65 |

**North Bay Aqueduct, 406**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3241 | 3165 | 3374 | 4493 | 4804 | 5069 | 5287 | 4773 | 4582 | 4558 | 4864 | 4469 |
| 1977 | 4269 | 4012 | 3831 | 4502 | 5695 | 5871 | 6275 | 6791 | 6610 | 6444 | 6447 | 6505 |
| 1978 | 6358 | 6194 | 5773 | 7752 | 12510 | 14414 | 12722 | 8124 | 5039 | 4096 | 4008 | 3849 |
| 1979 | 3699 | 3442 | 3489 | 7432 | 11298 | 11848 | 8579 | 5511 | 4470 | 4002 | 4045 | 3998 |
| 1980 | 3530 | 3246 | 4238 | 7271 | 11501 | 13385 | 8403 | 6246 | 4586 | 3995 | 4013 | 3896 |
| 1981 | 3724 | 3652 | 3638 | 5327 | 6948 | 6091 | 5585 | 5247 | 4639 | 4448 | 4519 | 4334 |
| 1982 | 3862 | 4521 | 5530 | 8256 | 12881 | 10471 | 12842 | 10101 | 6077 | 4266 | 4025 | 3781 |
| 1983 | 3437 | 4373 | 5524 | 7555 | 13200 | 16008 | 16438 | 9966 | 5806 | 4274 | 4102 | 3929 |
| 1984 | 3656 | 3903 | 5238 | 8640 | 8684 | 5899 | 5215 | 4141 | 3943 | 3832 | 3911 | 3838 |
| 1985 | 3489 | 4823 | 5564 | 5481 | 5693 | 5866 | 6439 | 6127 | 4974 | 4533 | 4535 | 4428 |
| 1986 | 4092 | 4106 | 4829 | 6587 | 9208 | 13337 | 11778 | 7199 | 4801 | 4096 | 4002 | 3854 |
| 1987 | 3652 | 3517 | 3467 | 4353 | 5397 | 6227 | 7551 | 7514 | 6660 | 6004 | 5799 | 5756 |
| 1988 | 5573 | 5167 | 4984 | 6024 | 8488 | 9235 | 7619 | 5747 | 4569 | 4671 | 4761 | 4742 |
| 1989 | 4453 | 4103 | 3923 | 4567 | 5533 | 5772 | 5734 | 5001 | 4891 | 4416 | 4511 | 4265 |
| 1990 | 3817 | 3558 | 3699 | 4668 | 6054 | 6908 | 6846 | 5496 | 4784 | 4687 | 4748 | 4752 |
| Average | 4057 | 4119 | 4473 | 6194 | 8392 | 9093 | 8488 | 6532 | 5095 | 4555 | 4539 | 4426 |

**Emmaton (434)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 293 | 295 | 485 | 578 | 674 | 548 | 767 | 990 | 1244 | 1602 | 1668 | 1731 | 10,875 |
| 1977 | 3172 | 3826 | 3222 | 1755 | 969 | 878 | 1264 | 1590 | 2580 | 3040 | 3453 | 3642 | 29,389 |
| 1978 | 3075 | 2767 | 1391 | 202 | 167 | 164 | 163 | 154 | 241 | 448 | 682 | 574 | 10,038 |
| 1979 | 1714 | 2375 | 2314 | 298 | 182 | 167 | 185 | 253 | 281 | 517 | 698 | 1196 | 10,180 |
| 1980 | 1958 | 1111 | 470 | 165 | 162 | 158 | 163 | 176 | 279 | 412 | 542 | 894 | 6,490 |
| 1981 | 1767 | 2359 | 754 | 179 | 165 | 161 | 195 | 542 | 978 | 772 | 1052 | 1270 | 10,194 |
| 1982 | 2130 | 322 | 156 | 165 | 156 | 164 | 154 | 156 | 161 | 205 | 254 | 187 | 4,210 |
| 1983 | 158 | 161 | 155 | 164 | 158 | 156 | 156 | 153 | 154 | 158 | 154 | 155 | 1,892 |
| 1984 | 161 | 155 | 155 | 156 | 159 | 158 | 171 | 332 | 438 | 425 | 479 | 959 | 3,749 |
| 1985 | 1694 | 290 | 182 | 411 | 379 | 237 | 450 | 467 | 771 | 734 | 1186 | 1360 | 8,141 |
| 1986 | 2119 | 1988 | 937 | 350 | 162 | 155 | 163 | 180 | 294 | 485 | 849 | 1131 | 8,613 |
| 1987 | 2333 | 3343 | 1604 | 820 | 477 | 231 | 251 | 562 | 975 | 1083 | 1736 | 1866 | 15,281 |
| 1988 | 2018 | 2295 | 1199 | 314 | 254 | 561 | 860 | 903 | 1170 | 1627 | 2748 | 2800 | 16,749 |
| 1989 | 3002 | 2740 | 2610 | 1495 | 1240 | 213 | 169 | 250 | 716 | 894 | 1541 | 1464 | 16,334 |
| 1990 | 2524 | 3410 | 2942 | 1018 | 594 | 561 | 455 | 674 | 1052 | 1431 | 2367 | 2600 | 19,628 |
| 76 - 90 AVG | 1,875 | 1,829 | 1,238 | 538 | 393 | 301 | 371 | 493 | 756 | 922 | 1,280 | 1,455 | 11,451 |

**Emmaton (434)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 201 | 202 | 429 | 534 | 649 | 500 | 764 | 1034 | 1339 | 1773 | 1857 | 1937 | 11,219 |
| 1977 | 3881 | 4465 | 3730 | 1956 | 1007 | 896 | 1363 | 1757 | 2951 | 3505 | 4007 | 4241 | 33,559 |
| 1978 | 3557 | 3174 | 1504 | 73 | 38 | 37 | 37 | 39 | 130 | 381 | 664 | 537 | 10,171 |
| 1979 | 1917 | 2717 | 2641 | 185 | 46 | 39 | 62 | 147 | 181 | 465 | 685 | 1290 | 10,375 |
| 1980 | 2213 | 1189 | 408 | 41 | 35 | 34 | 37 | 53 | 176 | 338 | 496 | 923 | 5,943 |
| 1981 | 1981 | 2697 | 754 | 54 | 37 | 35 | 75 | 494 | 1021 | 774 | 1114 | 1380 | 10,416 |
| 1982 | 2421 | 235 | 35 | 37 | 33 | 37 | 32 | 34 | 38 | 90 | 150 | 71 | 3,213 |
| 1983 | 37 | 38 | 33 | 37 | 34 | 33 | 33 | 32 | 33 | 35 | 40 | 34 | 419 |
| 1984 | 40 | 34 | 33 | 33 | 34 | 34 | 49 | 243 | 372 | 355 | 422 | 1003 | 2,652 |
| 1985 | 1895 | 196 | 61 | 334 | 294 | 120 | 378 | 404 | 772 | 729 | 1252 | 1488 | 7,923 |
| 1986 | 2408 | 2246 | 970 | 251 | 37 | 33 | 37 | 56 | 191 | 421 | 622 | 1210 | 8,482 |
| 1987 | 2667 | 3888 | 1782 | 830 | 411 | 116 | 139 | 515 | 1017 | 1150 | 1940 | 2099 | 16,554 |
| 1988 | 2285 | 2616 | 1287 | 213 | 139 | 511 | 875 | 932 | 1254 | 1806 | 3163 | 3228 | 18,309 |
| 1989 | 3473 | 3151 | 2995 | 1643 | 1329 | 100 | 48 | 146 | 708 | 923 | 1705 | 1615 | 17,836 |
| 1990 | 2899 | 3968 | 3396 | 1068 | 548 | 509 | 389 | 656 | 1113 | 1570 | 2703 | 2987 | 21,806 |
| 76 - 90 AVG | 2,112 | 2,054 | 1,337 | 486 | 311 | 202 | 288 | 436 | 753 | 954 | 1,388 | 1,603 | 11,925 |

**Emmaton (434)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2343 | 2422 | 2793 | 3123 | 3583 | 3130 | 2700 | 2725 | 2940 | 2985 | 2834 | 2641 | 34,199 |
| 1977 | 2481 | 2475 | 2700 | 3053 | 3573 | 3229 | 2803 | 2778 | 2950 | 3083 | 3151 | 2962 | 35,238 |
| 1978 | 2832 | 2800 | 3202 | 3231 | 3870 | 2870 | 2405 | 2655 | 2672 | 2817 | 2676 | 2658 | 34,888 |
| 1979 | 2487 | 2395 | 2628 | 3342 | 4098 | 3035 | 2549 | 2577 | 2617 | 2789 | 2806 | 2653 | 33,976 |
| 1980 | 2473 | 2436 | 2954 | 2864 | 3817 | 2839 | 2502 | 2626 | 2694 | 2798 | 2821 | 2681 | 33,505 |
| 1981 | 2514 | 2445 | 2838 | 2960 | 3721 | 2890 | 2534 | 2656 | 2731 | 2756 | 2758 | 2608 | 33,411 |
| 1982 | 2468 | 2432 | 2871 | 2981 | 3684 | 2878 | 2139 | 2555 | 2438 | 2699 | 2712 | 2535 | 32,392 |
| 1983 | 2320 | 2525 | 2913 | 2991 | 3776 | 2653 | 2261 | 2491 | 2289 | 2722 | 2727 | 2448 | 32,116 |
| 1984 | 2391 | 2397 | 2892 | 2810 | 3690 | 2822 | 2397 | 2559 | 2681 | 2795 | 2778 | 2641 | 32,853 |
| 1985 | 2411 | 2454 | 3008 | 3096 | 3662 | 3204 | 2770 | 2668 | 2732 | 2758 | 2766 | 2625 | 34,154 |
| 1986 | 2502 | 2540 | 3026 | 3260 | 3736 | 2669 | 2490 | 2694 | 2804 | 2944 | 2959 | 2705 | 34,329 |
| 1987 | 2461 | 2356 | 2745 | 2980 | 3680 | 3036 | 2658 | 2749 | 2773 | 2763 | 2785 | 2657 | 33,843 |
| 1988 | 2515 | 2493 | 2891 | 3099 | 3716 | 3379 | 2733 | 2621 | 2729 | 2802 | 2820 | 2709 | 34,507 |
| 1989 | 2608 | 2584 | 2713 | 3045 | 3567 | 2773 | 2295 | 2513 | 2618 | 2716 | 2762 | 2610 | 32,802 |
| 1990 | 2412 | 2369 | 2666 | 2961 | 3674 | 3395 | 2530 | 2536 | 2669 | 2754 | 2789 | 2674 | 33,429 |
| 76 - 90 AVG | 2,481 | 2,475 | 2,858 | 3,053 | 3,723 | 2,987 | 2,518 | 2,627 | 2,689 | 2,811 | 2,823 | 2,654 | 33,696 |

Emmaton

**Emmaton (434)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 315 | 445 | 988 | 983 | 889 | 579 | 763 | 1067 | 1299 | 1123 | 1828 | 1982 | 10,875 |
| 1,977 | 3371 | 4112 | 3812 | 1694 | 1000 | 894 | 1319 | 1788 | 2896 | 3152 | 3549 | 3837 | 29,389 |
| 1,978 | 3328 | 2658 | 1244 | 199 | 169 | 165 | 161 | 182 | 235 | 446 | 450 | 997 | 10,038 |
| 1,979 | 2483 | 2495 | 1394 | 321 | 185 | 166 | 182 | 284 | 281 | 409 | 610 | 875 | 10,180 |
| 1,980 | 1707 | 969 | 384 | 168 | 162 | 157 | 161 | 176 | 306 | 443 | 536 | 1145 | 6,490 |
| 1,981 | 2300 | 2913 | 1409 | 279 | 178 | 182 | 264 | 880 | 1029 | 1128 | 1518 | 1535 | 10,194 |
| 1,982 | 2251 | 303 | 156 | 185 | 156 | 164 | 153 | 155 | 161 | 231 | 298 | 198 | 4,210 |
| 1,983 | 159 | 161 | 158 | 164 | 158 | 155 | 153 | 152 | 154 | 157 | 164 | 156 | 1,892 |
| 1,984 | 161 | 158 | 155 | 156 | 158 | 157 | 169 | 320 | 394 | 379 | 450 | 809 | 3,749 |
| 1,985 | 1588 | 319 | 181 | 380 | 541 | 353 | 436 | 450 | 798 | 961 | 1861 | 1999 | 8,141 |
| 1,986 | 2297 | 1940 | 909 | 333 | 162 | 155 | 161 | 178 | 292 | 431 | 410 | 832 | 8,613 |
| 1,987 | 2195 | 3335 | 1549 | 784 | 468 | 227 | 246 | 582 | 1018 | 1368 | 2173 | 3027 | 15,281 |
| 1,988 | 2965 | 2756 | 1335 | 332 | 275 | 556 | 929 | 1182 | 1323 | 1602 | 2762 | 3243 | 16,749 |
| 1,989 | 3453 | 2741 | 2509 | 1498 | 1276 | 210 | 168 | 256 | 546 | 878 | 1495 | 1579 | 16,334 |
| 1,990 | 2621 | 3557 | 3123 | 941 | 534 | 530 | 449 | 607 | 1017 | 1308 | 2086 | 2702 | 19,628 |
| 78 - 90 AVG | 2,080 | 1,924 | 1,287 | 573 | 421 | 309 | 381 | 536 | 783 | 934 | 1,346 | 1,652 | 11,451 |

**Emmaton (434)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 227 | 383 | 1038 | 1025 | 910 | 538 | 759 | 1128 | 1407 | 1195 | 2050 | 2240 | 11,219 |
| 1,977 | 3922 | 4810 | 4442 | 2123 | 1044 | 917 | 1430 | 1996 | 3334 | 3841 | 4121 | 4474 | 33,559 |
| 1,978 | 3858 | 3032 | 1325 | 70 | 39 | 38 | 36 | 38 | 124 | 377 | 386 | 1049 | 10,171 |
| 1,979 | 2823 | 2861 | 1529 | 211 | 50 | 38 | 60 | 186 | 183 | 337 | 581 | 903 | 10,375 |
| 1,980 | 1910 | 1017 | 305 | 40 | 35 | 34 | 38 | 55 | 209 | 375 | 489 | 1227 | 5,943 |
| 1,981 | 2626 | 3367 | 1546 | 176 | 51 | 38 | 159 | 663 | 1084 | 1201 | 1677 | 1700 | 10,416 |
| 1,982 | 2567 | 212 | 35 | 37 | 33 | 37 | 32 | 34 | 38 | 122 | 204 | 85 | 3,213 |
| 1,983 | 39 | 38 | 34 | 37 | 34 | 33 | 33 | 32 | 33 | 35 | 42 | 35 | 419 |
| 1,984 | 41 | 34 | 33 | 33 | 34 | 33 | 46 | 228 | 317 | 301 | 367 | 822 | 2,652 |
| 1,985 | 1767 | 231 | 62 | 298 | 489 | 257 | 362 | 385 | 804 | 1003 | 2091 | 2104 | 7,923 |
| 1,986 | 2621 | 2186 | 935 | 232 | 37 | 33 | 37 | 56 | 190 | 356 | 337 | 849 | 8,482 |
| 1,987 | 2500 | 3879 | 1716 | 787 | 401 | 112 | 135 | 541 | 1069 | 1492 | 2467 | 3502 | 16,554 |
| 1,988 | 3451 | 3169 | 1452 | 235 | 161 | 503 | 957 | 1266 | 1437 | 1773 | 3179 | 3784 | 18,309 |
| 1,989 | 4019 | 3155 | 2874 | 1647 | 1372 | 96 | 47 | 153 | 503 | 904 | 1850 | 1754 | 17,836 |
| 1,990 | 3018 | 4147 | 3616 | 975 | 477 | 472 | 383 | 577 | 1072 | 1422 | 2363 | 3110 | 21,806 |
| 78 - 90 AVG | 2,359 | 2,168 | 1,396 | 528 | 344 | 212 | 301 | 489 | 787 | 969 | 1,468 | 1,841 | 11,925 |

**Emmaton (434)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 2341 | 2400 | 2719 | 3055 | 3543 | 3123 | 2684 | 2699 | 2918 | 2932 | 2821 | 2645 | 34,199 |
| 1,977 | 2471 | 2443 | 2639 | 3041 | 3566 | 3223 | 2815 | 2766 | 2911 | 3100 | 3202 | 3035 | 35,238 |
| 1,978 | 2935 | 2929 | 3218 | 3210 | 3901 | 2877 | 2367 | 2623 | 2668 | 2850 | 2611 | 2650 | 34,888 |
| 1,979 | 2484 | 2420 | 2734 | 3388 | 4093 | 2997 | 2494 | 2571 | 2516 | 2685 | 2702 | 2579 | 33,976 |
| 1,980 | 2433 | 2429 | 2956 | 2892 | 3798 | 2805 | 2440 | 2596 | 2696 | 2815 | 2817 | 2666 | 33,505 |
| 1,981 | 2481 | 2400 | 2764 | 2936 | 3889 | 2856 | 2493 | 2581 | 2710 | 2778 | 2802 | 2631 | 33,411 |
| 1,982 | 2480 | 2419 | 2989 | 2981 | 3882 | 2666 | 2133 | 2550 | 2452 | 2709 | 2726 | 2544 | 32,392 |
| 1,983 | 2313 | 2511 | 2909 | 2998 | 3769 | 2650 | 2254 | 2490 | 2291 | 2719 | 2734 | 2449 | 32,116 |
| 1,984 | 2380 | 2392 | 2890 | 2806 | 3680 | 2607 | 2389 | 2577 | 2632 | 2722 | 2711 | 2600 | 32,853 |
| 1,985 | 2394 | 2478 | 2951 | 3004 | 3608 | 3351 | 2724 | 2595 | 2651 | 2748 | 2808 | 2677 | 34,154 |
| 1,986 | 2548 | 2577 | 3028 | 3232 | 3731 | 2863 | 2484 | 2694 | 2817 | 2920 | 2807 | 2624 | 34,329 |
| 1,987 | 2433 | 2345 | 2746 | 2948 | 3667 | 3030 | 2602 | 2697 | 2771 | 2800 | 2875 | 2737 | 33,643 |
| 1,988 | 2634 | 2593 | 2897 | 3099 | 3753 | 3443 | 2823 | 2694 | 2842 | 2908 | 2874 | 2723 | 34,507 |
| 1,989 | 2600 | 2585 | 2899 | 3031 | 3560 | 2762 | 2289 | 2532 | 2617 | 2704 | 2753 | 2607 | 32,802 |
| 1,990 | 2407 | 2349 | 2844 | 2951 | 3665 | 3342 | 2492 | 2508 | 2616 | 2723 | 2775 | 2660 | 33,429 |
| 76 - 90 AVG | 2,489 | 2,483 | 2,844 | 3,037 | 3,712 | 2,988 | 2,499 | 2,612 | 2,674 | 2,806 | 2,815 | 2,855 | 33,696 |

**Emmaton (434)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 290 | 428 | 959 | 961 | 875 | 571 | 728 | 963 | 1217 | 947 | 1938 | 2081 | 11,958 |
| 1977 | 3547 | 4304 | 3877 | 2237 | 1021 | 887 | 1269 | 1692 | 2821 | 3142 | 3559 | 3847 | 32,203 |
| 1978 | 3231 | 2899 | 1389 | 198 | 168 | 164 | 182 | 183 | 239 | 419 | 440 | 999 | 10,471 |
| 1979 | 2372 | 2473 | 1512 | 325 | 185 | 166 | 182 | 256 | 266 | 454 | 622 | 875 | 9,890 |
| 1980 | 1505 | 892 | 336 | 163 | 161 | 158 | 162 | 177 | 289 | 433 | 569 | 1173 | 6,018 |
| 1981 | 1817 | 2404 | 1277 | 266 | 174 | 162 | 269 | 689 | 1044 | 1293 | 1659 | 1509 | 12,563 |
| 1982 | 2196 | 285 | 155 | 164 | 155 | 163 | 153 | 155 | 160 | 231 | 293 | 191 | 4,291 |
| 1983 | 158 | 160 | 155 | 164 | 158 | 156 | 156 | 153 | 154 | 158 | 165 | 156 | 1,893 |
| 1984 | 161 | 154 | 155 | 156 | 159 | 157 | 169 | 321 | 395 | 380 | 449 | 811 | 3,467 |
| 1985 | 1317 | 298 | 179 | 393 | 535 | 308 | 427 | 456 | 743 | 968 | 1924 | 1785 | 9,313 |
| 1986 | 2326 | 2006 | 868 | 329 | 161 | 155 | 163 | 182 | 282 | 447 | 416 | 820 | 8,155 |
| 1987 | 2153 | 3284 | 1530 | 774 | 461 | 225 | 243 | 570 | 1002 | 1353 | 2164 | 2996 | 16,755 |
| 1988 | 3260 | 3210 | 1425 | 329 | 270 | 551 | 888 | 1185 | 1200 | 1226 | 2486 | 2881 | 16,911 |
| 1989 | 3276 | 2768 | 2493 | 1478 | 1197 | 213 | 169 | 254 | 603 | 993 | 1937 | 1858 | 17,039 |
| 1990 | 2495 | 3416 | 3155 | 903 | 513 | 513 | 443 | 643 | 959 | 1091 | 2128 | 2585 | 16,844 |
| 76 - 90 AVG | 2,006 | 1,932 | 1,298 | 589 | 413 | 303 | 372 | 524 | 758 | 902 | 1,383 | 1,623 | 12,105 |

**Emmaton (434)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 197 | 363 | 1004 | 998 | 893 | 528 | 717 | 1002 | 1309 | 984 | 2184 | 2360 | 12,539 |
| 1977 | 4135 | 5047 | 4524 | 2597 | 1069 | 909 | 1369 | 1882 | 3245 | 3630 | 4134 | 4487 | 36,968 |
| 1978 | 3743 | 3330 | 1505 | 70 | 38 | 37 | 38 | 38 | 129 | 345 | 373 | 1051 | 10,695 |
| 1979 | 2714 | 2835 | 1671 | 216 | 49 | 38 | 59 | 152 | 167 | 391 | 595 | 903 | 9,790 |
| 1980 | 1666 | 924 | 247 | 38 | 35 | 34 | 38 | 55 | 188 | 363 | 529 | 1261 | 5,378 |
| 1981 | 2042 | 2752 | 1387 | 160 | 49 | 37 | 165 | 674 | 1102 | 1403 | 1846 | 1688 | 13,285 |
| 1982 | 2489 | 191 | 34 | 37 | 33 | 37 | 32 | 34 | 38 | 122 | 197 | 76 | 3,320 |
| 1983 | 38 | 37 | 33 | 37 | 34 | 33 | 33 | 32 | 33 | 35 | 42 | 34 | 421 |
| 1984 | 41 | 33 | 33 | 33 | 34 | 34 | 46 | 229 | 318 | 301 | 386 | 825 | 2,313 |
| 1985 | 1440 | 205 | 59 | 312 | 481 | 204 | 351 | 392 | 739 | 1012 | 2167 | 1977 | 9,339 |
| 1986 | 2657 | 2287 | 866 | 227 | 37 | 33 | 37 | 57 | 178 | 375 | 343 | 835 | 7,930 |
| 1987 | 2449 | 3817 | 1693 | 774 | 393 | 110 | 131 | 527 | 1050 | 1475 | 2458 | 3485 | 18,340 |
| 1988 | 3785 | 3721 | 1561 | 231 | 155 | 496 | 908 | 1270 | 1290 | 1322 | 2847 | 3326 | 20,912 |
| 1989 | 3805 | 3189 | 2856 | 1623 | 1278 | 101 | 48 | 151 | 571 | 1042 | 2184 | 1848 | 18,696 |
| 1990 | 2864 | 3977 | 3655 | 929 | 451 | 452 | 375 | 619 | 1002 | 1161 | 2415 | 2969 | 20,869 |
| 76 - 90 AVG | 2,271 | 2,179 | 1,410 | 548 | 335 | 206 | 290 | 474 | 757 | 931 | 1,513 | 1,806 | 12,720 |

**Emmaton (434)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2339 | 2400 | 2722 | 3055 | 3543 | 3124 | 2659 | 2679 | 2865 | 2868 | 2794 | 2648 | 33,696 |
| 1977 | 2444 | 2390 | 2606 | 3073 | 3801 | 3229 | 2798 | 2742 | 2886 | 3074 | 3183 | 3023 | 35,049 |
| 1978 | 2897 | 2830 | 3185 | 3177 | 3899 | 2868 | 2369 | 2623 | 2865 | 2830 | 2792 | 2646 | 34,781 |
| 1979 | 2473 | 2406 | 2719 | 3399 | 4088 | 2996 | 2495 | 2563 | 2514 | 2692 | 2708 | 2580 | 33,631 |
| 1980 | 2422 | 2422 | 2957 | 2978 | 3799 | 2807 | 2444 | 2598 | 2697 | 2807 | 2812 | 2684 | 33,307 |
| 1981 | 2486 | 2404 | 2772 | 2924 | 3688 | 2858 | 2507 | 2594 | 2723 | 2801 | 2839 | 2650 | 33,206 |
| 1982 | 2492 | 2410 | 2868 | 2966 | 3671 | 2867 | 2131 | 2532 | 2431 | 2701 | 2720 | 2529 | 32,318 |
| 1983 | 2305 | 2512 | 2909 | 2987 | 3772 | 2849 | 2254 | 2490 | 2291 | 2719 | 2734 | 2446 | 32,068 |
| 1984 | 2378 | 2392 | 2890 | 2806 | 3879 | 2805 | 2389 | 2578 | 2632 | 2722 | 2710 | 2600 | 32,581 |
| 1985 | 2380 | 2472 | 2950 | 3034 | 3622 | 3262 | 2711 | 2615 | 2675 | 2756 | 2810 | 2672 | 33,959 |
| 1986 | 2534 | 2565 | 3028 | 3238 | 3730 | 2861 | 2491 | 2706 | 2821 | 2944 | 2824 | 2629 | 34,171 |
| 1987 | 2437 | 2349 | 2747 | 2949 | 3688 | 3031 | 2593 | 2687 | 2757 | 2798 | 2861 | 2726 | 33,593 |
| 1988 | 2589 | 2524 | 2878 | 3088 | 3754 | 3448 | 2788 | 2871 | 2764 | 2801 | 2817 | 2718 | 34,840 |
| 1989 | 2583 | 2541 | 2695 | 3031 | 3561 | 2759 | 2291 | 2535 | 2633 | 2712 | 2768 | 2625 | 32,734 |
| 1990 | 2412 | 2346 | 2625 | 2949 | 3669 | 3351 | 2518 | 2529 | 2609 | 2707 | 2761 | 2661 | 33,137 |
| 76 - 90 AVG | 2,477 | 2,464 | 2,837 | 3,037 | 3,715 | 2,981 | 2,496 | 2,609 | 2,664 | 2,795 | 2,809 | 2,654 | 33,538 |

**Emmaton (434)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 284 | 439 | 1027 | 1012 | 889 | 572 | 750 | 1006 | 1255 | 1094 | 1888 | 2092 | 12,308 |
| 1977 | 3409 | 4077 | 3794 | 1905 | 991 | 879 | 1262 | 1763 | 2886 | 3168 | 3587 | 3842 | 31,543 |
| 1978 | 3335 | 2659 | 1241 | 199 | 168 | 164 | 182 | 163 | 234 | 454 | 447 | 994 | 10,220 |
| 1979 | 2443 | 2465 | 1313 | 345 | 187 | 166 | 181 | 284 | 281 | 416 | 612 | 874 | 9,567 |
| 1980 | 1739 | 974 | 385 | 164 | 162 | 158 | 182 | 177 | 292 | 488 | 493 | 1104 | 6,298 |
| 1981 | 2386 | 3155 | 1473 | 327 | 186 | 164 | 259 | 683 | 1009 | 1120 | 1523 | 1413 | 13,698 |
| 1982 | 2107 | 298 | 156 | 165 | 156 | 164 | 153 | 156 | 183 | 250 | 339 | 213 | 4,320 |
| 1983 | 160 | 160 | 155 | 164 | 158 | 156 | 164 | 153 | 156 | 158 | 165 | 156 | 1,895 |
| 1984 | 161 | 154 | 155 | 156 | 159 | 157 | 169 | 321 | 394 | 380 | 449 | 808 | 3,463 |
| 1985 | 1620 | 349 | 192 | 374 | 540 | 355 | 429 | 444 | 780 | 1070 | 1969 | 1878 | 10,000 |
| 1986 | 2334 | 1994 | 814 | 293 | 160 | 155 | 163 | 181 | 262 | 437 | 415 | 819 | 8,147 |
| 1987 | 2161 | 3298 | 1531 | 774 | 462 | 225 | 249 | 587 | 1032 | 1410 | 2235 | 2926 | 16,890 |
| 1988 | 2692 | 2445 | 1234 | 315 | 267 | 552 | 948 | 1163 | 1316 | 1613 | 2788 | 3231 | 18,564 |
| 1989 | 3464 | 2771 | 2509 | 1486 | 1265 | 209 | 168 | 254 | 552 | 885 | 1501 | 1575 | 16,639 |
| 1990 | 2608 | 3508 | 3078 | 935 | 527 | 525 | 443 | 656 | 1040 | 1452 | 2402 | 2921 | 20,095 |
| 76 - 90 AVG | 2,060 | 1,916 | 1,277 | 574 | 418 | 307 | 377 | 533 | 778 | 960 | 1,386 | 1,656 | 12,243 |

**Emmaton (434)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 190 | 377 | 1086 | 1060 | 910 | 530 | 744 | 1054 | 1352 | 1159 | 2123 | 2373 | 12,958 |
| 1977 | 3967 | 4769 | 4421 | 2136 | 1033 | 900 | 1361 | 1968 | 3323 | 3661 | 4143 | 4481 | 36,163 |
| 1978 | 3867 | 3034 | 1322 | 70 | 38 | 37 | 36 | 39 | 123 | 386 | 381 | 1045 | 10,378 |
| 1979 | 2798 | 2825 | 1432 | 239 | 51 | 38 | 58 | 186 | 183 | 346 | 583 | 901 | 9,640 |
| 1980 | 1949 | 1023 | 305 | 39 | 36 | 34 | 38 | 55 | 193 | 428 | 437 | 1178 | 5,715 |
| 1981 | 2730 | 3662 | 1624 | 233 | 63 | 40 | 153 | 666 | 1059 | 1193 | 1682 | 1552 | 14,657 |
| 1982 | 2393 | 206 | 35 | 37 | 33 | 37 | 32 | 34 | 40 | 143 | 253 | 103 | 3,346 |
| 1983 | 40 | 37 | 33 | 37 | 34 | 33 | 33 | 32 | 33 | 35 | 42 | 34 | 423 |
| 1984 | 41 | 33 | 33 | 33 | 34 | 34 | 47 | 229 | 318 | 301 | 387 | 821 | 2,311 |
| 1985 | 1806 | 267 | 73 | 290 | 488 | 260 | 353 | 378 | 785 | 1134 | 2221 | 2114 | 10,169 |
| 1986 | 2667 | 2252 | 942 | 185 | 36 | 33 | 37 | 57 | 176 | 363 | 343 | 834 | 7,925 |
| 1987 | 2459 | 3834 | 1694 | 775 | 394 | 110 | 136 | 548 | 1083 | 1542 | 2541 | 3379 | 18,493 |
| 1988 | 3096 | 2789 | 1327 | 214 | 152 | 497 | 979 | 1243 | 1427 | 1786 | 3209 | 3748 | 20,467 |
| 1989 | 4032 | 3191 | 2874 | 1633 | 1359 | 95 | 47 | 150 | 509 | 912 | 1657 | 1749 | 18,208 |
| 1990 | 3001 | 4088 | 3561 | 967 | 469 | 467 | 375 | 635 | 1099 | 1596 | 2745 | 3376 | 22,379 |
| 76 - 90 AVG | 2,336 | 2,159 | 1,384 | 530 | 342 | 210 | 295 | 485 | 780 | 999 | 1,516 | 1,846 | 12,882 |

**Emmaton (434)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2337 | 2400 | 2713 | 3070 | 3551 | 3124 | 2686 | 2708 | 2939 | 2943 | 2825 | 2650 | 33,946 |
| 1977 | 2477 | 2450 | 2643 | 3046 | 3569 | 3224 | 2788 | 2735 | 2892 | 3065 | 3193 | 3029 | 35,131 |
| 1978 | 2932 | 2929 | 3216 | 3208 | 3901 | 2881 | 2367 | 2629 | 2671 | 2866 | 2824 | 2653 | 35,077 |
| 1979 | 2486 | 2423 | 2742 | 3433 | 4109 | 2998 | 2489 | 2571 | 2517 | 2684 | 2702 | 2579 | 33,733 |
| 1980 | 2434 | 2430 | 2956 | 2893 | 3810 | 2805 | 2441 | 2596 | 2697 | 2856 | 2843 | 2669 | 33,430 |
| 1981 | 2468 | 2372 | 2757 | 2955 | 3668 | 2863 | 2500 | 2604 | 2729 | 2783 | 2804 | 2632 | 33,135 |
| 1982 | 2476 | 2417 | 2870 | 2982 | 3682 | 2874 | 2135 | 2550 | 2488 | 2728 | 2746 | 2553 | 32,101 |
| 1983 | 2320 | 2515 | 2909 | 2994 | 3774 | 2650 | 2258 | 2490 | 2291 | 2719 | 2734 | 2447 | 32,101 |
| 1984 | 2378 | 2393 | 2890 | 2811 | 3680 | 2815 | 2391 | 2578 | 2631 | 2721 | 2711 | 2600 | 32,599 |
| 1985 | 2397 | 2494 | 3019 | 3030 | 3610 | 3362 | 2726 | 2601 | 2659 | 2751 | 2815 | 2683 | 34,147 |
| 1986 | 2552 | 2581 | 3030 | 3187 | 3729 | 2683 | 2484 | 2694 | 2819 | 2929 | 2812 | 2627 | 34,107 |
| 1987 | 2436 | 2349 | 2747 | 2949 | 3668 | 3031 | 2653 | 2761 | 2845 | 2854 | 2799 | 2789 | 34,015 |
| 1988 | 2685 | 2660 | 2922 | 3091 | 3756 | 3457 | 2872 | 2736 | 2880 | 2941 | 2899 | 2739 | 35,638 |
| 1989 | 2613 | 2580 | 2708 | 3035 | 3563 | 2763 | 2289 | 2532 | 2617 | 2703 | 2753 | 2608 | 32,764 |
| 1990 | 2410 | 2358 | 2652 | 2954 | 3664 | 3339 | 2492 | 2515 | 2648 | 2742 | 2783 | 2667 | 33,224 |
| 76 - 90 AVG | 2,493 | 2,490 | 2,852 | 3,043 | 3,716 | 2,990 | 2,505 | 2,620 | 2,688 | 2,820 | 2,825 | 2,662 | 33,703 |

**Emmaton (434)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 340 | 442 | 974 | 971 | 878 | 568 | 764 | 1094 | 1297 | 1117 | 1999 | 2024 | 12,468 |
| 1977 | 3085 | 3494 | 2620 | 1571 | 945 | 867 | 1309 | 1730 | 2806 | 3126 | 3565 | 3915 | 29,033 |
| 1978 | 3333 | 2829 | 1337 | 203 | 168 | 164 | 182 | 163 | 230 | 448 | 455 | 1013 | 10,505 |
| 1979 | 2401 | 2489 | 1315 | 345 | 188 | 166 | 180 | 283 | 260 | 471 | 611 | 864 | 9,573 |
| 1980 | 1833 | 1015 | 390 | 164 | 162 | 157 | 182 | 176 | 305 | 471 | 490 | 1112 | 6,437 |
| 1981 | 2364 | 3162 | 1475 | 337 | 188 | 164 | 258 | 681 | 1111 | 1353 | 1479 | 1428 | 14,000 |
| 1982 | 2173 | 289 | 156 | 165 | 156 | 163 | 153 | 156 | 163 | 247 | 336 | 213 | 4,370 |
| 1983 | 164 | 160 | 155 | 164 | 158 | 156 | 156 | 153 | 154 | 158 | 185 | 156 | 1,899 |
| 1984 | 162 | 154 | 155 | 158 | 159 | 157 | 169 | 321 | 401 | 383 | 448 | 806 | 3,471 |
| 1985 | 1554 | 346 | 194 | 383 | 542 | 359 | 430 | 450 | 776 | 1313 | 1830 | 1791 | 9,968 |
| 1986 | 2052 | 1674 | 849 | 357 | 162 | 155 | 163 | 181 | 294 | 447 | 415 | 837 | 7,586 |
| 1987 | 2164 | 3283 | 1529 | 774 | 461 | 225 | 252 | 602 | 1047 | 1461 | 2101 | 2981 | 16,880 |
| 1988 | 2647 | 2756 | 1371 | 333 | 275 | 588 | 918 | 1215 | 1242 | 1364 | 2582 | 2989 | 18,260 |
| 1989 | 3246 | 2723 | 2512 | 1489 | 1196 | 214 | 169 | 252 | 704 | 1337 | 1927 | 1657 | 17,426 |
| 1990 | 2535 | 3477 | 3020 | 905 | 523 | 517 | 452 | 573 | 1029 | 1066 | 1895 | 2293 | 18,285 |
| 76 - 90 AVG | 2,004 | 1,885 | 1,203 | 554 | 411 | 308 | 380 | 535 | 789 | 984 | 1,352 | 1,605 | 12,011 |

**Emmaton (434)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 258 | 380 | 1022 | 1010 | 696 | 524 | 761 | 1160 | 1403 | 1187 | 2257 | 2291 | 13,149 |
| 1977 | 3573 | 4059 | 2999 | 1733 | 978 | 885 | 1418 | 1927 | 3225 | 3609 | 4141 | 4589 | 33,116 |
| 1978 | 3863 | 3240 | 1437 | 239 | 51 | 38 | 36 | 39 | 117 | 379 | 391 | 1068 | 10,718 |
| 1979 | 2748 | 2830 | 1434 | 239 | 51 | 38 | 57 | 184 | 183 | 411 | 581 | 889 | 9,645 |
| 1980 | 2082 | 1073 | 312 | 99 | 35 | 34 | 38 | 55 | 209 | 407 | 433 | 1187 | 5,884 |
| 1981 | 2704 | 3670 | 1627 | 245 | 66 | 40 | 152 | 663 | 1181 | 1473 | 1627 | 1570 | 15,018 |
| 1982 | 2473 | 196 | 34 | 37 | 33 | 37 | 32 | 34 | 40 | 141 | 249 | 102 | 3,408 |
| 1983 | 45 | 37 | 33 | 37 | 34 | 33 | 33 | 32 | 33 | 35 | 42 | 35 | 429 |
| 1984 | 42 | 33 | 33 | 33 | 34 | 34 | 48 | 229 | 326 | 305 | 385 | 818 | 2,319 |
| 1985 | 1726 | 263 | 76 | 300 | 490 | 264 | 353 | 385 | 779 | 1427 | 2052 | 2008 | 10,123 |
| 1986 | 2325 | 1886 | 864 | 261 | 38 | 33 | 37 | 57 | 191 | 375 | 342 | 858 | 7,245 |
| 1987 | 2463 | 3816 | 1692 | 775 | 393 | 110 | 140 | 562 | 1100 | 1601 | 2377 | 3446 | 18,475 |
| 1988 | 3043 | 3171 | 1496 | 236 | 160 | 538 | 940 | 1303 | 1335 | 1485 | 2938 | 3456 | 20,101 |
| 1989 | 3789 | 3134 | 2878 | 1637 | 1277 | 101 | 47 | 149 | 693 | 1458 | 2170 | 1847 | 19,158 |
| 1990 | 2912 | 4050 | 3492 | 932 | 464 | 457 | 384 | 535 | 1086 | 1130 | 2133 | 2616 | 20,191 |
| 78 - 90 AVG | 2,267 | 2,121 | 1,295 | 506 | 332 | 211 | 298 | 488 | 793 | 1,028 | 1,475 | 1,784 | 12,599 |

**Emmaton (434)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2343 | 2401 | 2720 | 3057 | 3545 | 3121 | 2702 | 2727 | 2970 | 2969 | 2835 | 2657 | 34,047 |
| 1977 | 2522 | 2555 | 2779 | 3056 | 3571 | 3224 | 2826 | 2783 | 2931 | 3107 | 3201 | 3045 | 35,802 |
| 1978 | 2949 | 2921 | 3228 | 3239 | 3900 | 2883 | 2367 | 2829 | 2670 | 2866 | 2823 | 2650 | 35,125 |
| 1979 | 2480 | 2413 | 2740 | 3433 | 4114 | 2995 | 2481 | 2568 | 2517 | 2695 | 2713 | 2581 | 33,730 |
| 1980 | 2435 | 2432 | 2957 | 2879 | 3607 | 2792 | 2428 | 2584 | 2686 | 2838 | 2823 | 2656 | 33,316 |
| 1981 | 2452 | 2357 | 2748 | 2964 | 3671 | 2882 | 2497 | 2602 | 2799 | 2891 | 2879 | 2657 | 33,379 |
| 1982 | 2493 | 2413 | 2869 | 2981 | 3682 | 2866 | 2134 | 2550 | 2488 | 2731 | 2749 | 2553 | 32,509 |
| 1983 | 2348 | 2516 | 2906 | 2969 | 3773 | 2649 | 2255 | 2490 | 2292 | 2719 | 2734 | 2450 | 32,123 |
| 1984 | 2382 | 2392 | 2890 | 2806 | 3680 | 2807 | 2389 | 2577 | 2631 | 2721 | 2711 | 2600 | 32,586 |
| 1985 | 2395 | 2495 | 3022 | 3040 | 3613 | 3370 | 2728 | 2617 | 2692 | 2790 | 2881 | 2683 | 34,306 |
| 1986 | 2548 | 2566 | 3021 | 3258 | 3732 | 2664 | 2466 | 2699 | 2818 | 2948 | 2826 | 2628 | 34,192 |
| 1987 | 2435 | 2349 | 2747 | 2949 | 3668 | 3031 | 2681 | 2812 | 2910 | 2916 | 2987 | 2758 | 34,221 |
| 1988 | 2833 | 2549 | 2879 | 3096 | 3758 | 3588 | 2977 | 2811 | 2919 | 2903 | 2854 | 2716 | 35,683 |
| 1989 | 2586 | 2545 | 2695 | 3033 | 3562 | 2781 | 2289 | 2524 | 2639 | 2747 | 2847 | 2653 | 32,861 |
| 1990 | 2423 | 2353 | 2648 | 2951 | 3668 | 3352 | 2593 | 2563 | 2666 | 2756 | 2782 | 2663 | 33,418 |
| 76 - 90 AVG | 2,495 | 2,484 | 2,857 | 3,049 | 3,716 | 2,998 | 2,522 | 2,636 | 2,709 | 2,840 | 2,840 | 2,663 | 33,808 |

**Emmaton (434)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 713 | 720 | 1065 | 848 | 842 | 646 | 791 | 1117 | 1246 | 1638 | 2711 | 2505 | 14,842 |
| 1977 | 2993 | 3163 | 2679 | 1643 | 954 | 1039 | 1276 | 1657 | 2736 | 3088 | 3538 | 3854 | 28,620 |
| 1978 | 3308 | 2766 | 1310 | 203 | 173 | 165 | 162 | 164 | 229 | 445 | 499 | 1038 | 10,462 |
| 1979 | 2466 | 2574 | 1595 | 327 | 186 | 166 | 180 | 335 | 305 | 485 | 650 | 1108 | 10,377 |
| 1980 | 2043 | 1157 | 444 | 185 | 162 | 158 | 162 | 179 | 311 | 506 | 537 | 1126 | 6,952 |
| 1981 | 2255 | 2950 | 1389 | 358 | 194 | 164 | 257 | 731 | 1174 | 1404 | 1876 | 1600 | 14,352 |
| 1982 | 2215 | 290 | 156 | 165 | 156 | 164 | 153 | 156 | 163 | 282 | 416 | 231 | 4,547 |
| 1983 | 172 | 160 | 155 | 164 | 158 | 156 | 156 | 153 | 154 | 160 | 169 | 168 | 1,925 |
| 1984 | 180 | 155 | 155 | 156 | 159 | 157 | 169 | 321 | 394 | 385 | 449 | 800 | 3,480 |
| 1985 | 2021 | 397 | 203 | 385 | 550 | 376 | 438 | 483 | 859 | 1311 | 2056 | 2012 | 11,071 |
| 1986 | 2337 | 1882 | 889 | 358 | 162 | 155 | 163 | 181 | 293 | 473 | 421 | 829 | 8,143 |
| 1987 | 2163 | 3278 | 1528 | 773 | 462 | 225 | 260 | 613 | 1191 | 1532 | 2418 | 3247 | 17,690 |
| 1988 | 2752 | 2140 | 1105 | 317 | 275 | 640 | 867 | 1217 | 1312 | 1685 | 2936 | 3300 | 18,546 |
| 1989 | 3116 | 2505 | 2474 | 1505 | 1255 | 210 | 167 | 265 | 770 | 1291 | 1999 | 1675 | 17,232 |
| 1990 | 2522 | 3478 | 3066 | 909 | 522 | 516 | 457 | 795 | 1097 | 1547 | 2599 | 2830 | 20,338 |
| 76 - 90 AVG | 2,084 | 1,841 | 1,214 | 552 | 414 | 329 | 377 | 556 | 816 | 1,082 | 1,552 | 1,755 | 12,572 |

**Emmaton (434)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 708 | 716 | 1132 | 863 | 854 | 618 | 792 | 1186 | 1340 | 1815 | 3116 | 2871 | 16,011 |
| 1977 | 3462 | 3658 | 3069 | 1818 | 988 | 1092 | 1378 | 1838 | 3141 | 3563 | 4108 | 4498 | 32,611 |
| 1978 | 3834 | 3166 | 1407 | 73 | 40 | 37 | 36 | 39 | 116 | 375 | 443 | 1098 | 10,664 |
| 1979 | 2826 | 2956 | 1770 | 218 | 50 | 38 | 58 | 247 | 211 | 428 | 828 | 1184 | 10,614 |
| 1980 | 2316 | 1244 | 377 | 40 | 36 | 34 | 37 | 57 | 215 | 448 | 488 | 1207 | 6,499 |
| 1981 | 2571 | 3412 | 1522 | 268 | 72 | 40 | 150 | 723 | 1253 | 1529 | 2105 | 1778 | 15,423 |
| 1982 | 2523 | 196 | 34 | 37 | 33 | 37 | 32 | 34 | 40 | 182 | 345 | 125 | 3,618 |
| 1983 | 54 | 38 | 33 | 37 | 34 | 33 | 33 | 32 | 33 | 37 | 48 | 47 | 457 |
| 1984 | 63 | 34 | 33 | 33 | 34 | 34 | 47 | 229 | 317 | 308 | 386 | 811 | 2,329 |
| 1985 | 2291 | 325 | 86 | 303 | 499 | 284 | 362 | 399 | 875 | 1420 | 2324 | 2275 | 11,443 |
| 1986 | 2689 | 2112 | 911 | 262 | 38 | 33 | 37 | 57 | 189 | 405 | 349 | 846 | 7,908 |
| 1987 | 2462 | 3810 | 1691 | 774 | 394 | 109 | 148 | 571 | 1266 | 1677 | 2752 | 3761 | 19,415 |
| 1988 | 3181 | 2404 | 1165 | 216 | 160 | 598 | 876 | 1305 | 1419 | 1870 | 3386 | 3830 | 20,390 |
| 1989 | 3810 | 2869 | 2832 | 1656 | 1347 | 97 | 46 | 162 | 769 | 1399 | 2256 | 1668 | 18,911 |
| 1990 | 2896 | 4051 | 3547 | 936 | 462 | 456 | 390 | 800 | 1165 | 1710 | 2963 | 3264 | 22,660 |
| 76 - 90 AVG | 2,363 | 2,066 | 1,307 | 502 | 338 | 236 | 295 | 512 | 823 | 1,144 | 1,714 | 1,964 | 13,264 |

**Emmaton (434)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2385 | 2402 | 2718 | 3004 | 3513 | 3168 | 2725 | 2755 | 2974 | 3004 | 2910 | 2707 | 34,265 |
| 1977 | 2574 | 2594 | 2779 | 3090 | 3585 | 3311 | 2825 | 2780 | 2929 | 3107 | 3201 | 3032 | 35,787 |
| 1978 | 2924 | 2896 | 3208 | 3264 | 3979 | 2994 | 2367 | 2634 | 2674 | 2888 | 2865 | 2689 | 35,242 |
| 1979 | 2490 | 2429 | 2724 | 3401 | 4101 | 2994 | 2483 | 2580 | 2541 | 2716 | 2749 | 2622 | 33,830 |
| 1980 | 2464 | 2437 | 2956 | 2891 | 3811 | 2807 | 2442 | 2606 | 2717 | 2885 | 2886 | 2682 | 33,584 |
| 1981 | 2503 | 2424 | 2780 | 2999 | 3679 | 2866 | 2485 | 2612 | 2935 | 3062 | 2984 | 2697 | 34,026 |
| 1982 | 2507 | 2413 | 2871 | 2986 | 3686 | 2878 | 2138 | 2553 | 2480 | 2752 | 2790 | 2562 | 32,626 |
| 1983 | 2372 | 2519 | 2907 | 3003 | 3778 | 2653 | 2259 | 2496 | 2297 | 2788 | 2735 | 2566 | 32,351 |
| 1984 | 2443 | 2399 | 2894 | 2814 | 3680 | 2815 | 2391 | 2578 | 2631 | 2721 | 2711 | 2601 | 32,678 |
| 1985 | 2406 | 2505 | 3027 | 3032 | 3609 | 3400 | 2777 | 2680 | 2899 | 2974 | 2938 | 2724 | 34,971 |
| 1986 | 2604 | 2648 | 3049 | 3264 | 3735 | 2664 | 2487 | 2700 | 2818 | 2957 | 2836 | 2630 | 34,392 |
| 1987 | 2436 | 2349 | 2747 | 2949 | 3668 | 3032 | 2755 | 2909 | 3140 | 3207 | 3231 | 3023 | 35,446 |
| 1988 | 2886 | 2869 | 2995 | 3109 | 3766 | 3764 | 3048 | 2806 | 2955 | 3011 | 2985 | 2819 | 37,013 |
| 1989 | 2685 | 2587 | 2704 | 3040 | 3568 | 2768 | 2286 | 2563 | 2836 | 2905 | 2885 | 2662 | 33,469 |
| 1990 | 2425 | 2352 | 2643 | 2952 | 3669 | 3355 | 2632 | 2617 | 2736 | 2779 | 2800 | 2681 | 33,641 |
| 76 - 90 AVG | 2,539 | 2,522 | 2,867 | 3,053 | 3,722 | 3,025 | 2,540 | 2,657 | 2,771 | 2,914 | 2,900 | 2,712 | 34,221 |

**Emmaton, 434**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 536 | 538 | 731 | 746 | 790 | 453 | 634 | 811 | 1182 | 1895 | 1431 | 1791 |
| 1977 | 2753 | 3234 | 3308 | 1974 | 1153 | 643 | 1078 | 1735 | 2013 | 2633 | 3321 | 3747 |
| 1978 | 3249 | 2887 | 1248 | 200 | 170 | 164 | 163 | 167 | 226 | 356 | 460 | 908 |
| 1979 | 2324 | 2353 | 1076 | 397 | 196 | 167 | 166 | 185 | 217 | 431 | 792 | 1153 |
| 1980 | 1739 | 1277 | 469 | 171 | 162 | 158 | 162 | 170 | 224 | 361 | 426 | 1138 |
| 1981 | 2268 | 3110 | 1204 | 499 | 217 | 172 | 175 | 288 | 811 | 1452 | 1378 | 1474 |
| 1982 | 2165 | 315 | 156 | 165 | 156 | 164 | 154 | 157 | 165 | 272 | 484 | 303 |
| 1983 | 170 | 160 | 155 | 164 | 158 | 156 | 158 | 153 | 154 | 158 | 177 | 159 |
| 1984 | 161 | 154 | 155 | 156 | 158 | 158 | 164 | 176 | 251 | 321 | 434 | 798 |
| 1985 | 1505 | 353 | 191 | 394 | 448 | 289 | 309 | 305 | 695 | 1361 | 1690 | 1710 |
| 1986 | 2367 | 1899 | 635 | 333 | 161 | 156 | 164 | 176 | 249 | 299 | 432 | 854 |
| 1987 | 1986 | 3060 | 1253 | 845 | 452 | 221 | 263 | 548 | 1131 | 1510 | 2343 | 3090 |
| 1988 | 2505 | 2525 | 941 | 332 | 261 | 310 | 568 | 855 | 1219 | 1885 | 2853 | 2751 |
| 1989 | 2654 | 2374 | 2254 | 1394 | 1156 | 220 | 164 | 255 | 725 | 1324 | 2083 | 1879 |
| 1990 | 2040 | 2726 | 2528 | 738 | 439 | 328 | 355 | 547 | 1007 | 1848 | 2430 | 2578 |
| Average | 1895 | 1798 | 1087 | 567 | 405 | 251 | 312 | 435 | 685 | 1074 | 1382 | 1609 |

**Emmaton, 434**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 495 | 497 | 730 | 741 | 792 | 387 | 603 | 817 | 1260 | 2118 | 1566 | 2009 |
| 1977 | 3171 | 3741 | 3824 | 2212 | 1224 | 613 | 1139 | 1934 | 2269 | 3020 | 3851 | 4369 |
| 1978 | 3767 | 3318 | 1336 | 70 | 39 | 37 | 37 | 39 | 107 | 272 | 399 | 942 |
| 1979 | 2656 | 2690 | 1147 | 304 | 58 | 38 | 39 | 58 | 101 | 362 | 800 | 1238 |
| 1980 | 1948 | 1390 | 409 | 47 | 36 | 34 | 36 | 42 | 105 | 275 | 358 | 1220 |
| 1981 | 2588 | 3607 | 1302 | 439 | 101 | 48 | 52 | 186 | 810 | 1580 | 1500 | 1624 |
| 1982 | 2462 | 227 | 35 | 37 | 33 | 38 | 32 | 34 | 41 | 170 | 428 | 211 |
| 1983 | 51 | 37 | 33 | 36 | 34 | 33 | 33 | 32 | 33 | 35 | 57 | 38 |
| 1984 | 40 | 33 | 33 | 33 | 34 | 34 | 40 | 52 | 142 | 231 | 368 | 810 |
| 1985 | 1666 | 272 | 74 | 315 | 378 | 182 | 208 | 205 | 674 | 1480 | 1881 | 1910 |
| 1986 | 2705 | 2137 | 608 | 233 | 37 | 33 | 38 | 45 | 129 | 201 | 365 | 877 |
| 1987 | 2248 | 3547 | 1361 | 862 | 382 | 105 | 150 | 489 | 1190 | 1651 | 2683 | 3574 |
| 1988 | 2668 | 2885 | 977 | 234 | 146 | 203 | 511 | 865 | 1304 | 2106 | 3283 | 3166 |
| 1989 | 3051 | 2708 | 2565 | 1522 | 1229 | 108 | 42 | 151 | 717 | 1440 | 2359 | 1874 |
| 1990 | 2313 | 3142 | 2900 | 731 | 363 | 232 | 266 | 499 | 1054 | 2071 | 2776 | 2960 |
| Average | 2135 | 2015 | 1156 | 521 | 326 | 142 | 215 | 363 | 662 | 1134 | 1510 | 1788 |

**Emmaton, 434**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2354 | 2365 | 2736 | 2963 | 3500 | 3034 | 2682 | 2756 | 3024 | 3154 | 2969 | 2677 |
| 1977 | 2573 | 2602 | 2759 | 3140 | 3610 | 3221 | 2797 | 2725 | 2803 | 2846 | 3017 | 2902 |
| 1978 | 2623 | 2783 | 3164 | 3254 | 3929 | 2871 | 2430 | 2719 | 2723 | 2752 | 2710 | 2603 |
| 1979 | 2448 | 2405 | 2742 | 3366 | 4205 | 3040 | 2481 | 2722 | 2606 | 2700 | 2744 | 2622 |
| 1980 | 2450 | 2424 | 2913 | 2888 | 3814 | 2819 | 2486 | 2687 | 2741 | 2786 | 2735 | 2636 |
| 1981 | 2450 | 2355 | 2752 | 2982 | 3675 | 2927 | 2450 | 2672 | 2985 | 3159 | 3054 | 2697 |
| 1982 | 2489 | 2425 | 2869 | 2987 | 3676 | 2897 | 2147 | 2568 | 2508 | 2714 | 2745 | 2563 |
| 1983 | 2367 | 2515 | 2905 | 2981 | 3770 | 2652 | 2257 | 2493 | 2282 | 2696 | 2728 | 2455 |
| 1984 | 2393 | 2385 | 2890 | 2812 | 3689 | 2847 | 2421 | 2629 | 2660 | 2711 | 2703 | 2593 |
| 1985 | 2386 | 2494 | 2955 | 3012 | 3622 | 3268 | 2809 | 2748 | 2878 | 2926 | 2939 | 2704 |
| 1986 | 2550 | 2570 | 2967 | 3202 | 3730 | 2672 | 2532 | 2833 | 2895 | 2786 | 2713 | 2603 |
| 1987 | 2426 | 2341 | 2737 | 2930 | 3668 | 3017 | 2803 | 2936 | 3118 | 3172 | 3163 | 2925 |
| 1988 | 2755 | 2650 | 2883 | 3073 | 3732 | 3546 | 3058 | 2832 | 2974 | 3077 | 3073 | 2625 |
| 1989 | 2647 | 2577 | 2721 | 3039 | 3563 | 2773 | 2275 | 2558 | 2717 | 2789 | 2859 | 2663 |
| 1990 | 2419 | 2357 | 2648 | 2940 | 3662 | 3169 | 2659 | 2686 | 2812 | 2857 | 2903 | 2714 |
| Average | 2502 | 2483 | 2843 | 3038 | 3723 | 2984 | 2551 | 2704 | 2782 | 2875 | 2870 | 2679 |

**SJR @ Jersey Point (49)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 324 | 212 | 297 | 889 | 1169 | 996 | 645 | 722 | 572 | 844 | 1321 | 1379 | 9,370 |
| 1977 | 1507 | 1674 | 1553 | 2311 | 2187 | 1259 | 875 | 885 | 1086 | 1325 | 1623 | 1932 | 18,217 |
| 1978 | 1503 | 1234 | 992 | 329 | 222 | 224 | 209 | 180 | 198 | 244 | 496 | 553 | 6,394 |
| 1979 | 999 | 1549 | 1362 | 612 | 256 | 208 | 196 | 281 | 227 | 291 | 689 | 1013 | 7,683 |
| 1980 | 1371 | 1284 | 656 | 207 | 198 | 186 | 180 | 187 | 200 | 260 | 442 | 690 | 5,861 |
| 1981 | 1006 | 1237 | 714 | 240 | 197 | 185 | 195 | 369 | 587 | 869 | 1059 | 1313 | 7,971 |
| 1982 | 1313 | 916 | 205 | 213 | 182 | 198 | 172 | 171 | 173 | 198 | 277 | 193 | 4,211 |
| 1983 | 163 | 185 | 179 | 211 | 192 | 184 | 171 | 163 | 170 | 182 | 177 | 168 | 2,145 |
| 1984 | 168 | 177 | 176 | 182 | 187 | 182 | 187 | 336 | 305 | 299 | 492 | 851 | 3,542 |
| 1985 | 1581 | 1048 | 232 | 703 | 877 | 378 | 384 | 457 | 454 | 831 | 1053 | 1348 | 9,348 |
| 1986 | 1303 | 1202 | 988 | 789 | 226 | 182 | 180 | 188 | 202 | 243 | 445 | 894 | 8,842 |
| 1987 | 1605 | 1890 | 1752 | 2070 | 1328 | 507 | 256 | 398 | 605 | 860 | 1215 | 1543 | 14,029 |
| 1988 | 1170 | 920 | 1041 | 876 | 343 | 563 | 839 | 1011 | 680 | 871 | 1555 | 1891 | 11,760 |
| 1989 | 1385 | 1351 | 1288 | 2240 | 1515 | 530 | 213 | 374 | 507 | 814 | 1098 | 1318 | 12,633 |
| 1990 | 1433 | 1620 | 1558 | 2623 | 1217 | 673 | 795 | 640 | 564 | 878 | 1459 | 1833 | 15,293 |
| 76 - 90 AVG | 1,122 | 1,100 | 866 | 966 | 686 | 430 | 366 | 425 | 435 | 601 | 893 | 1,128 | 9,020 |

**SJR @ Jersey Point (49)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 235 | 98 | 197 | 904 | 1236 | 1030 | 607 | 698 | 517 | 849 | 1431 | 1507 | 9,309 |
| 1977 | 1659 | 1850 | 1699 | 2619 | 2468 | 1348 | 883 | 891 | 1131 | 1421 | 1786 | 2167 | 19,922 |
| 1978 | 1647 | 1302 | 1009 | 190 | 63 | 64 | 59 | 52 | 70 | 128 | 433 | 507 | 5,524 |
| 1979 | 1048 | 1714 | 1484 | 548 | 88 | 59 | 61 | 172 | 112 | 186 | 668 | 1065 | 7,205 |
| 1980 | 1500 | 1396 | 631 | 73 | 55 | 47 | 45 | 54 | 75 | 149 | 369 | 673 | 5,067 |
| 1981 | 1056 | 1334 | 700 | 117 | 53 | 46 | 62 | 274 | 541 | 886 | 1117 | 1428 | 7,614 |
| 1982 | 1428 | 948 | 86 | 62 | 48 | 57 | 43 | 42 | 45 | 75 | 172 | 76 | 3,082 |
| 1983 | 41 | 54 | 51 | 64 | 52 | 50 | 42 | 38 | 42 | 48 | 47 | 43 | 572 |
| 1984 | 44 | 48 | 49 | 47 | 47 | 46 | 57 | 240 | 204 | 197 | 432 | 869 | 2,280 |
| 1985 | 1755 | 1108 | 116 | 682 | 884 | 275 | 286 | 381 | 380 | 839 | 1110 | 1469 | 9,285 |
| 1986 | 1416 | 1289 | 1025 | 774 | 88 | 49 | 47 | 53 | 73 | 120 | 369 | 919 | 6,222 |
| 1987 | 1783 | 2125 | 1956 | 2337 | 1427 | 431 | 131 | 304 | 580 | 874 | 1305 | 1705 | 14,938 |
| 1988 | 1256 | 945 | 1089 | 865 | 234 | 501 | 840 | 1053 | 655 | 886 | 1714 | 2124 | 12,182 |
| 1989 | 1511 | 1461 | 1389 | 2538 | 1650 | 466 | 92 | 288 | 450 | 820 | 1165 | 1434 | 13,264 |
| 1990 | 1575 | 1795 | 1714 | 3004 | 1294 | 631 | 788 | 608 | 518 | 896 | 1600 | 2054 | 16,477 |
| 76 - 91 AVG | 1,197 | 1,164 | 880 | 990 | 646 | 340 | 270 | 343 | 358 | 558 | 915 | 1,203 | 8,863 |

**SJR @ Jersey Point (49)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2481 | 2496 | 2855 | 3313 | 3634 | 3548 | 3074 | 3033 | 3257 | 3234 | 3046 | 2798 | 36,769 |
| 1977 | 2742 | 2806 | 2979 | 3209 | 3508 | 3583 | 3194 | 3152 | 3371 | 3495 | 3550 | 3292 | 38,881 |
| 1978 | 3111 | 3076 | 3401 | 4476 | 4838 | 4533 | 3749 | 3184 | 2915 | 2996 | 3089 | 2827 | 42,195 |
| 1979 | 2664 | 2555 | 2782 | 3854 | 5280 | 4173 | 3077 | 2787 | 2817 | 2968 | 3007 | 2907 | 38,771 |
| 1980 | 2628 | 2518 | 2951 | 3757 | 5086 | 4265 | 3250 | 2903 | 2878 | 2965 | 3017 | 2839 | 39,059 |
| 1981 | 2695 | 2633 | 2905 | 3387 | 4002 | 3618 | 3026 | 2928 | 2985 | 2927 | 2921 | 2751 | 36,758 |
| 1982 | 2637 | 2802 | 3082 | 4281 | 4328 | 4323 | 3275 | 2975 | 2708 | 2856 | 2908 | 2668 | 38,643 |
| 1983 | 2481 | 3024 | 3586 | 4665 | 5295 | 4325 | 3754 | 3067 | 3183 | 3358 | 3030 | 2712 | 42,440 |
| 1984 | 2573 | 2829 | 3871 | 3865 | 4203 | 3585 | 2817 | 2712 | 2884 | 2974 | 2977 | 2790 | 37,880 |
| 1985 | 2550 | 2627 | 3141 | 3310 | 3873 | 3759 | 3223 | 2945 | 2976 | 2928 | 2933 | 2773 | 36,838 |
| 1986 | 2679 | 2710 | 3109 | 3539 | 4902 | 4115 | 3269 | 3004 | 2998 | 3165 | 3199 | 2873 | 39,562 |
| 1987 | 2639 | 2572 | 2783 | 3049 | 3635 | 3672 | 3169 | 3102 | 3051 | 2940 | 2976 | 2826 | 36,414 |
| 1988 | 2703 | 2719 | 2993 | 3319 | 3789 | 3800 | 3146 | 2846 | 2959 | 3027 | 3087 | 2934 | 37,322 |
| 1989 | 2879 | 2843 | 2936 | 3171 | 3691 | 3392 | 2680 | 2622 | 2804 | 2863 | 2938 | 2755 | 35,574 |
| 1990 | 2605 | 2631 | 2897 | 2992 | 3608 | 3830 | 3009 | 2698 | 2874 | 2948 | 3018 | 2879 | 35,989 |
| 78 - 90 AVG | 2,670 | 2,709 | 3,070 | 3,611 | 4,232 | 3,901 | 3,181 | 2,931 | 2,977 | 3,043 | 3,046 | 2,835 | 38,206 |

**SJR @ Jersey Point (49)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 362 | 333 | 842 | 1874 | 1636 | 1079 | 672 | 821 | 617 | 766 | 1203 | 1536 | 9,370 |
| 1,977 | 1645 | 1872 | 1755 | 2560 | 2281 | 1296 | 878 | 1032 | 1237 | 1379 | 1622 | 1951 | 18,217 |
| 1,978 | 1570 | 1238 | 986 | 329 | 241 | 240 | 198 | 181 | 192 | 231 | 514 | 793 | 6,394 |
| 1,979 | 1356 | 1639 | 1541 | 788 | 268 | 202 | 192 | 293 | 286 | 427 | 854 | 1114 | 7,683 |
| 1,980 | 1251 | 1146 | 529 | 232 | 204 | 177 | 172 | 182 | 204 | 258 | 484 | 893 | 5,861 |
| 1,981 | 1414 | 1684 | 1684 | 808 | 259 | 196 | 265 | 502 | 610 | 847 | 1209 | 1490 | 7,971 |
| 1,982 | 1387 | 867 | 201 | 220 | 192 | 198 | 168 | 166 | 171 | 216 | 322 | 205 | 4,211 |
| 1,983 | 162 | 184 | 183 | 211 | 177 | 157 | 144 | 159 | 168 | 176 | 174 | 168 | 2,145 |
| 1,984 | 165 | 197 | 185 | 179 | 180 | 175 | 180 | 278 | 315 | 407 | 593 | 878 | 3,542 |
| 1,985 | 1491 | 1110 | 291 | 823 | 1102 | 528 | 505 | 658 | 559 | 825 | 1157 | 1532 | 9,346 |
| 1,986 | 1300 | 1159 | 1012 | 777 | 280 | 183 | 171 | 181 | 201 | 243 | 471 | 807 | 6,842 |
| 1,987 | 1483 | 1828 | 1826 | 2212 | 1332 | 493 | 264 | 404 | 590 | 732 | 1127 | 1772 | 14,029 |
| 1,988 | 1422 | 1169 | 1331 | 969 | 323 | 548 | 719 | 894 | 647 | 799 | 1482 | 2040 | 11,760 |
| 1,989 | 1674 | 1486 | 1324 | 2293 | 1504 | 509 | 211 | 296 | 422 | 753 | 1136 | 1328 | 12,833 |
| 1,990 | 1514 | 1728 | 1657 | 2512 | 1162 | 680 | 860 | 758 | 638 | 899 | 1367 | 1802 | 15,293 |
| 76 - 90 AVG | 1,213 | 1,176 | 1,023 | 1,119 | 743 | 444 | 373 | 454 | 457 | 597 | 914 | 1,221 | 9,020 |

**SJR @ Jersey Point (49)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 282 | 246 | 858 | 2097 | 1802 | 1130 | 639 | 819 | 573 | 756 | 1290 | 1697 | 9,309 |
| 1,977 | 1825 | 2086 | 1942 | 2919 | 2582 | 1393 | 887 | 1070 | 1317 | 1486 | 1782 | 2188 | 19,922 |
| 1,978 | 1719 | 1293 | 999 | 190 | 73 | 73 | 54 | 48 | 85 | 112 | 456 | 797 | 5,524 |
| 1,979 | 1478 | 1821 | 1703 | 764 | 108 | 55 | 60 | 187 | 184 | 353 | 870 | 1188 | 7,205 |
| 1,980 | 1356 | 1229 | 477 | 81 | 57 | 46 | 43 | 53 | 80 | 145 | 420 | 919 | 5,067 |
| 1,981 | 1550 | 1876 | 1876 | 807 | 137 | 66 | 151 | 439 | 570 | 858 | 1298 | 1642 | 7,614 |
| 1,982 | 1518 | 889 | 82 | 65 | 52 | 56 | 43 | 40 | 44 | 98 | 227 | 90 | 3,082 |
| 1,983 | 40 | 53 | 52 | 64 | 53 | 50 | 42 | 38 | 42 | 46 | 46 | 44 | 572 |
| 1,984 | 43 | 58 | 52 | 47 | 44 | 42 | 51 | 169 | 216 | 327 | 555 | 902 | 2,280 |
| 1,985 | 1647 | 1183 | 186 | 829 | 1156 | 455 | 431 | 627 | 511 | 833 | 1234 | 1691 | 9,285 |
| 1,986 | 1411 | 1235 | 1054 | 761 | 115 | 54 | 45 | 51 | 71 | 122 | 403 | 816 | 6,222 |
| 1,987 | 1636 | 2050 | 2046 | 2511 | 1433 | 414 | 141 | 315 | 543 | 718 | 1196 | 1978 | 14,938 |
| 1,988 | 1554 | 1237 | 1439 | 997 | 206 | 479 | 691 | 908 | 611 | 795 | 1624 | 2304 | 12,182 |
| 1,989 | 1860 | 1629 | 1434 | 2603 | 1636 | 441 | 90 | 193 | 346 | 747 | 1211 | 1447 | 13,264 |
| 1,990 | 1673 | 1927 | 1834 | 2869 | 1228 | 642 | 869 | 752 | 608 | 922 | 1489 | 2017 | 16,477 |
| 76 - 90 AVG | 1,306 | 1,254 | 1,069 | 1,174 | 712 | 360 | 282 | 381 | 385 | 555 | 940 | 1,315 | 8,863 |

**SJR @ Jersey Point (49)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 2484 | 2469 | 2755 | 3149 | 3547 | 3536 | 3063 | 2993 | 3234 | 3182 | 3027 | 2813 | 36,769 |
| 1,977 | 2739 | 2780 | 2963 | 3194 | 3491 | 3574 | 3207 | 3138 | 3342 | 3530 | 3627 | 3395 | 38,881 |
| 1,978 | 3252 | 3214 | 3410 | 4483 | 5140 | 4558 | 3547 | 3064 | 2901 | 3046 | 3058 | 2802 | 42,195 |
| 1,979 | 2702 | 2598 | 2757 | 3774 | 4985 | 4024 | 2968 | 2726 | 2739 | 2811 | 2855 | 2704 | 38,771 |
| 1,980 | 2572 | 2507 | 2962 | 3815 | 4912 | 3985 | 3048 | 2928 | 2883 | 2989 | 3023 | 2824 | 39,059 |
| 1,981 | 2675 | 2589 | 2789 | 3201 | 3701 | 3421 | 2860 | 2800 | 2954 | 2971 | 2995 | 2789 | 38,758 |
| 1,982 | 2655 | 2609 | 3074 | 4295 | 4313 | 4233 | 3237 | 2948 | 2721 | 2868 | 2917 | 2679 | 38,643 |
| 1,983 | 2431 | 2920 | 3534 | 4654 | 5289 | 4310 | 3732 | 3061 | 3185 | 3325 | 3028 | 2699 | 42,440 |
| 1,984 | 2533 | 2804 | 3664 | 3837 | 4151 | 3506 | 2781 | 2755 | 2858 | 2878 | 2885 | 2734 | 37,880 |
| 1,985 | 2527 | 2623 | 3037 | 3173 | 3558 | 3845 | 3247 | 2818 | 2863 | 2919 | 3020 | 2859 | 36,838 |
| 1,986 | 2744 | 2753 | 3108 | 3513 | 4845 | 4083 | 3255 | 3007 | 3017 | 3133 | 3056 | 2767 | 39,562 |
| 1,987 | 2603 | 2566 | 2789 | 2993 | 3601 | 3667 | 3106 | 3000 | 3041 | 3011 | 3129 | 2993 | 36,414 |
| 1,988 | 2906 | 2662 | 2991 | 3308 | 3906 | 3945 | 3253 | 2986 | 3117 | 3160 | 3155 | 2975 | 37,322 |
| 1,989 | 2893 | 2810 | 2902 | 3145 | 3694 | 3732 | 2674 | 2665 | 2822 | 2848 | 2924 | 2751 | 35,574 |
| 1,990 | 2602 | 2613 | 2885 | 2996 | 3574 | 3769 | 2958 | 2635 | 2803 | 2898 | 2984 | 2871 | 35,989 |
| 76 - 90 AVG | 2,688 | 2,715 | 3,040 | 3,567 | 4,180 | 3,857 | 3,129 | 2,898 | 2,965 | 3,038 | 3,045 | 2,844 | 38,206 |

**SJR @ Jersey Point (49)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 328 | 321 | 827 | 1851 | 1609 | 1060 | 695 | 815 | 612 | 758 | 1177 | 1588 | 11,821 |
| 1977 | 1892 | 2144 | 1831 | 2297 | 2269 | 1296 | 893 | 1027 | 1212 | 1374 | 1626 | 1967 | 19,828 |
| 1978 | 1578 | 1343 | 1105 | 333 | 236 | 226 | 199 | 184 | 194 | 237 | 503 | 792 | 6,930 |
| 1979 | 1418 | 1662 | 1449 | 778 | 286 | 200 | 191 | 286 | 272 | 411 | 870 | 1120 | 8,923 |
| 1980 | 1248 | 1068 | 467 | 198 | 196 | 181 | 175 | 185 | 202 | 261 | 508 | 926 | 5,615 |
| 1981 | 1423 | 1361 | 1463 | 762 | 249 | 191 | 276 | 518 | 594 | 791 | 1194 | 1435 | 10,257 |
| 1982 | 1328 | 812 | 196 | 213 | 182 | 197 | 172 | 170 | 173 | 215 | 317 | 200 | 4,175 |
| 1983 | 161 | 177 | 175 | 211 | 192 | 184 | 171 | 162 | 169 | 180 | 177 | 169 | 2,128 |
| 1984 | 165 | 175 | 176 | 182 | 185 | 179 | 181 | 279 | 316 | 407 | 594 | 881 | 3,720 |
| 1985 | 1506 | 1036 | 280 | 756 | 1074 | 521 | 468 | 553 | 496 | 804 | 1183 | 1547 | 10,224 |
| 1986 | 1341 | 1231 | 987 | 752 | 224 | 183 | 181 | 190 | 202 | 239 | 474 | 801 | 6,805 |
| 1987 | 1471 | 1816 | 1805 | 2178 | 1310 | 485 | 264 | 409 | 598 | 750 | 1146 | 1781 | 14,013 |
| 1988 | 1638 | 1484 | 1522 | 970 | 314 | 542 | 773 | 905 | 672 | 784 | 1312 | 1841 | 12,757 |
| 1989 | 1588 | 1518 | 1338 | 2275 | 1623 | 557 | 215 | 287 | 424 | 784 | 1222 | 1432 | 13,263 |
| 1990 | 1515 | 1759 | 1852 | 2418 | 1054 | 648 | 777 | 668 | 657 | 895 | 1316 | 1813 | 15,172 |
| 76 - 90 AVG | 1,240 | 1,194 | 1,018 | 1,078 | 732 | 443 | 375 | 443 | 453 | 593 | 908 | 1,218 | 9,695 |

**SJR @ Jersey Point (49)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 240 | 231 | 841 | 2070 | 1770 | 1107 | 667 | 813 | 568 | 749 | 1259 | 1735 | 12,050 |
| 1977 | 2127 | 2424 | 2038 | 2800 | 2565 | 1393 | 904 | 1066 | 1288 | 1481 | 1788 | 2207 | 21,881 |
| 1978 | 1732 | 1431 | 1149 | 196 | 70 | 66 | 54 | 49 | 87 | 120 | 443 | 797 | 6,174 |
| 1979 | 1554 | 1850 | 1591 | 752 | 108 | 55 | 60 | 179 | 187 | 333 | 889 | 1198 | 8,734 |
| 1980 | 1352 | 1136 | 403 | 62 | 54 | 48 | 44 | 54 | 78 | 149 | 449 | 958 | 4,785 |
| 1981 | 1562 | 1486 | 1607 | 752 | 125 | 59 | 163 | 458 | 551 | 789 | 1278 | 1575 | 10,405 |
| 1982 | 1446 | 822 | 76 | 62 | 48 | 56 | 43 | 41 | 45 | 96 | 221 | 85 | 3,041 |
| 1983 | 40 | 50 | 49 | 64 | 52 | 50 | 42 | 36 | 42 | 48 | 47 | 44 | 566 |
| 1984 | 43 | 47 | 49 | 47 | 46 | 44 | 52 | 169 | 216 | 328 | 556 | 906 | 2,503 |
| 1985 | 1666 | 1093 | 175 | 747 | 1122 | 447 | 387 | 499 | 434 | 807 | 1268 | 1709 | 10,352 |
| 1986 | 1461 | 1323 | 1025 | 730 | 85 | 50 | 47 | 54 | 71 | 116 | 406 | 809 | 6,177 |
| 1987 | 1621 | 2036 | 2021 | 2469 | 1406 | 404 | 142 | 320 | 554 | 739 | 1219 | 1990 | 14,921 |
| 1988 | 1815 | 1624 | 1673 | 1000 | 195 | 472 | 757 | 923 | 644 | 781 | 1421 | 2063 | 13,368 |
| 1989 | 1758 | 1669 | 1452 | 2582 | 1782 | 501 | 95 | 182 | 348 | 784 | 1314 | 1572 | 14,039 |
| 1990 | 1674 | 1967 | 1830 | 2757 | 1097 | 603 | 768 | 643 | 631 | 918 | 1427 | 2031 | 16,346 |
| 76 - 90 AVG | 1,339 | 1,279 | 1,065 | 1,126 | 702 | 357 | 282 | 366 | 380 | 549 | 932 | 1,312 | 9,689 |

**SJR @ Jersey Point (49)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2481 | 2489 | 2755 | 3149 | 3547 | 3539 | 3040 | 2951 | 3159 | 3091 | 3002 | 2822 | 36,005 |
| 1977 | 2704 | 2708 | 2924 | 3281 | 3569 | 3590 | 3187 | 3093 | 3303 | 3499 | 3606 | 3384 | 38,848 |
| 1978 | 3196 | 3109 | 3371 | 4449 | 5133 | 4567 | 3547 | 3063 | 2901 | 3015 | 3022 | 2797 | 42,160 |
| 1979 | 2679 | 2576 | 2767 | 3786 | 4986 | 4020 | 2966 | 2757 | 2732 | 2825 | 2868 | 2705 | 37,667 |
| 1980 | 2552 | 2494 | 2965 | 3794 | 4908 | 4004 | 3062 | 2834 | 2884 | 2980 | 3013 | 2822 | 38,312 |
| 1981 | 2633 | 2582 | 2802 | 3197 | 3697 | 3448 | 2899 | 2803 | 2968 | 3015 | 3052 | 2816 | 35,912 |
| 1982 | 2667 | 2611 | 3070 | 4297 | 4316 | 4290 | 3243 | 2941 | 2708 | 2862 | 2913 | 2668 | 38,586 |
| 1983 | 2425 | 2920 | 3531 | 4659 | 5286 | 4310 | 3730 | 3061 | 3185 | 3325 | 3026 | 2697 | 42,155 |
| 1984 | 2531 | 2804 | 3664 | 3838 | 4150 | 3505 | 2782 | 2756 | 2859 | 2876 | 2885 | 2734 | 37,382 |
| 1985 | 2502 | 2612 | 3036 | 3212 | 3591 | 3785 | 3199 | 2849 | 2899 | 2930 | 3028 | 2852 | 36,495 |
| 1986 | 2728 | 2740 | 3106 | 3518 | 4843 | 4061 | 3282 | 3033 | 3020 | 3161 | 3087 | 2773 | 39,372 |
| 1987 | 2605 | 2566 | 2770 | 2997 | 3603 | 3667 | 3096 | 2979 | 3021 | 2994 | 3109 | 2977 | 36,384 |
| 1988 | 2866 | 2796 | 2954 | 3296 | 3911 | 3955 | 3220 | 2946 | 3015 | 2997 | 3073 | 2955 | 37,968 |
| 1989 | 2862 | 2780 | 2894 | 3144 | 3644 | 3355 | 2673 | 2671 | 2841 | 2867 | 2968 | 2781 | 35,480 |
| 1990 | 2597 | 2589 | 2867 | 3002 | 3596 | 3788 | 2988 | 2682 | 2804 | 2859 | 2972 | 2865 | 35,609 |
| 76 - 90 AVG | 2,669 | 2,691 | 3,032 | 3,575 | 4,185 | 3,860 | 3,128 | 2,895 | 2,953 | 3,020 | 3,042 | 2,843 | 37,890 |

**SJR @ Jersey Point (49)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 324 | 323 | 795 | 1819 | 1628 | 1067 | 662 | 759 | 579 | 761 | 1208 | 1573 | 11,498 |
| 1977 | 1669 | 1856 | 1745 | 2524 | 2254 | 1278 | 903 | 1035 | 1233 | 1389 | 1634 | 1964 | 19,484 |
| 1978 | 1577 | 1237 | 993 | 330 | 236 | 226 | 199 | 184 | 193 | 230 | 514 | 791 | 6,710 |
| 1979 | 1348 | 1621 | 1562 | 828 | 275 | 201 | 191 | 290 | 286 | 438 | 859 | 1111 | 9,008 |
| 1980 | 1251 | 1164 | 531 | 203 | 196 | 180 | 175 | 185 | 203 | 241 | 484 | 862 | 5,675 |
| 1981 | 1564 | 1929 | 1793 | 1007 | 311 | 204 | 261 | 454 | 581 | 841 | 1199 | 1422 | 11,566 |
| 1982 | 1327 | 860 | 201 | 213 | 182 | 195 | 171 | 170 | 174 | 220 | 358 | 220 | 4,291 |
| 1983 | 162 | 177 | 175 | 211 | 193 | 184 | 171 | 162 | 169 | 180 | 177 | 169 | 2,130 |
| 1984 | 165 | 175 | 176 | 182 | 185 | 179 | 181 | 280 | 316 | 407 | 593 | 876 | 3,715 |
| 1985 | 1489 | 1182 | 257 | 815 | 1092 | 523 | 500 | 614 | 536 | 842 | 1211 | 1547 | 10,608 |
| 1986 | 1313 | 1187 | 1022 | 694 | 217 | 183 | 180 | 189 | 202 | 241 | 475 | 800 | 6,703 |
| 1987 | 1483 | 1808 | 1804 | 2180 | 1311 | 485 | 252 | 368 | 537 | 675 | 1061 | 1682 | 13,626 |
| 1988 | 1242 | 960 | 1185 | 901 | 305 | 537 | 655 | 829 | 620 | 778 | 1451 | 2027 | 11,490 |
| 1989 | 1655 | 1483 | 1326 | 2265 | 1478 | 501 | 211 | 293 | 421 | 758 | 1143 | 1327 | 12,861 |
| 1990 | 1496 | 1686 | 1621 | 2485 | 1170 | 679 | 847 | 702 | 590 | 886 | 1482 | 1939 | 15,583 |
| 76 - 90 AVG | 1,203 | 1,177 | 1,012 | 1,110 | 736 | 441 | 371 | 434 | 443 | 592 | 923 | 1,221 | 9,663 |

**SJR @ Jersey Point (49)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 236 | 234 | 802 | 2031 | 1792 | 1115 | 627 | 743 | 527 | 749 | 1296 | 1742 | 11,894 |
| 1977 | 1855 | 2071 | 1931 | 2875 | 2549 | 1371 | 917 | 1076 | 1313 | 1500 | 1797 | 2203 | 21,458 |
| 1978 | 1727 | 1294 | 1008 | 192 | 70 | 88 | 54 | 50 | 65 | 109 | 455 | 795 | 5,885 |
| 1979 | 1468 | 1798 | 1728 | 812 | 117 | 55 | 59 | 183 | 183 | 364 | 877 | 1185 | 8,829 |
| 1980 | 1356 | 1251 | 480 | 67 | 54 | 46 | 44 | 54 | 78 | 123 | 418 | 881 | 4,852 |
| 1981 | 1733 | 2173 | 2007 | 1048 | 201 | 78 | 145 | 380 | 534 | 851 | 1285 | 1559 | 11,992 |
| 1982 | 1446 | 881 | 81 | 62 | 48 | 55 | 43 | 41 | 48 | 100 | 270 | 108 | 3,181 |
| 1983 | 41 | 50 | 49 | 64 | 53 | 50 | 42 | 38 | 42 | 48 | 47 | 44 | 568 |
| 1984 | 43 | 47 | 49 | 47 | 46 | 44 | 52 | 170 | 217 | 328 | 555 | 900 | 2,498 |
| 1985 | 1645 | 1270 | 146 | 818 | 1144 | 448 | 425 | 573 | 483 | 852 | 1299 | 1709 | 10,812 |
| 1986 | 1425 | 1268 | 1066 | 662 | 78 | 50 | 47 | 54 | 71 | 119 | 408 | 807 | 6,055 |
| 1987 | 1612 | 2027 | 2020 | 2471 | 1407 | 404 | 127 | 267 | 476 | 647 | 1115 | 1869 | 14,442 |
| 1988 | 1333 | 978 | 1260 | 916 | 194 | 464 | 613 | 827 | 577 | 769 | 1587 | 2287 | 11,795 |
| 1989 | 1837 | 1624 | 1436 | 2569 | 1604 | 431 | 89 | 189 | 345 | 753 | 1219 | 1445 | 13,541 |
| 1990 | 1651 | 1876 | 1791 | 2838 | 1238 | 640 | 853 | 685 | 549 | 906 | 1627 | 2182 | 16,836 |
| 76 - 90 AVG | 1,294 | 1,256 | 1,057 | 1,165 | 706 | 354 | 276 | 355 | 367 | 548 | 950 | 1,314 | 9,643 |

**SJR @ Jersey Point (49)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2480 | 2469 | 2763 | 3172 | 3564 | 3541 | 3065 | 3006 | 3261 | 3198 | 3033 | 2824 | 36,376 |
| 1977 | 2746 | 2785 | 2967 | 3205 | 3501 | 3577 | 3176 | 3087 | 3317 | 3515 | 3618 | 3390 | 38,884 |
| 1978 | 3251 | 3214 | 3408 | 4481 | 5139 | 4561 | 3547 | 3067 | 2904 | 3070 | 3084 | 2806 | 42,512 |
| 1979 | 2703 | 2600 | 2753 | 3796 | 5008 | 4023 | 2958 | 2763 | 2740 | 2810 | 2855 | 2704 | 37,713 |
| 1980 | 2574 | 2508 | 2962 | 3817 | 4913 | 3986 | 3048 | 2828 | 2883 | 3047 | 3080 | 2826 | 38,474 |
| 1981 | 2658 | 2570 | 2778 | 3162 | 3672 | 3432 | 2878 | 2824 | 2981 | 2977 | 2998 | 2766 | 35,716 |
| 1982 | 2644 | 2601 | 3075 | 4298 | 4314 | 4235 | 3238 | 2948 | 2744 | 2893 | 2938 | 2689 | 38,615 |
| 1983 | 2438 | 2924 | 3514 | 4661 | 5292 | 4310 | 3734 | 3061 | 3185 | 3325 | 3026 | 2697 | 42,167 |
| 1984 | 2531 | 2805 | 3664 | 3841 | 4152 | 3513 | 2784 | 2758 | 2858 | 2876 | 2885 | 2734 | 37,399 |
| 1985 | 2531 | 2626 | 3157 | 3238 | 3564 | 3855 | 3253 | 2829 | 2875 | 2930 | 3037 | 2866 | 38,764 |
| 1986 | 2751 | 2762 | 3112 | 3491 | 4838 | 4082 | 3255 | 3006 | 3019 | 3142 | 3064 | 2769 | 39,291 |
| 1987 | 2605 | 2568 | 2771 | 2997 | 3603 | 3668 | 3163 | 3115 | 3137 | 3084 | 3209 | 3051 | 36,971 |
| 1988 | 2950 | 2928 | 3029 | 3314 | 3816 | 3966 | 3302 | 3054 | 3165 | 3201 | 3189 | 2995 | 39,009 |
| 1989 | 2908 | 2831 | 2912 | 3153 | 3702 | 3397 | 2674 | 2685 | 2822 | 2848 | 2923 | 2751 | 35,586 |
| 1990 | 2606 | 2821 | 2892 | 3001 | 3587 | 3761 | 2957 | 2655 | 2846 | 2938 | 3015 | 2889 | 35,748 |
| 76 - 90 AVG | 2,692 | 2,721 | 3,050 | 3,574 | 4,183 | 3,860 | 3,135 | 2,911 | 2,982 | 3,057 | 3,064 | 2,852 | 38,082 |

**SJR @ Jersey Point (49)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 400 | 334 | 830 | 1848 | 1611 | 1061 | 640 | 759 | 586 | 763 | 1251 | 1568 | 11,851 |
| 1977 | 1377 | 1422 | 1330 | 2104 | 2129 | 1252 | 852 | 988 | 1197 | 1365 | 1627 | 1952 | 17,593 |
| 1978 | 1587 | 1287 | 1049 | 339 | 235 | 225 | 199 | 184 | 192 | 228 | 524 | 810 | 6,859 |
| 1979 | 1390 | 1644 | 1585 | 828 | 275 | 200 | 190 | 288 | 285 | 401 | 850 | 1099 | 9,015 |
| 1980 | 1276 | 1191 | 538 | 203 | 196 | 180 | 175 | 184 | 204 | 245 | 479 | 869 | 5,740 |
| 1981 | 1603 | 1952 | 1797 | 1033 | 325 | 206 | 261 | 456 | 513 | 696 | 1096 | 1340 | 11,278 |
| 1982 | 1310 | 819 | 198 | 213 | 182 | 195 | 171 | 170 | 174 | 215 | 351 | 220 | 4,218 |
| 1983 | 163 | 178 | 174 | 212 | 192 | 184 | 171 | 162 | 169 | 180 | 177 | 169 | 2,131 |
| 1984 | 165 | 175 | 178 | 182 | 185 | 179 | 181 | 279 | 318 | 412 | 592 | 875 | 3,719 |
| 1985 | 1482 | 1168 | 259 | 814 | 1093 | 523 | 501 | 540 | 484 | 709 | 1183 | 1499 | 10,235 |
| 1986 | 1229 | 1046 | 943 | 812 | 229 | 183 | 181 | 189 | 203 | 240 | 471 | 815 | 6,541 |
| 1987 | 1484 | 1816 | 1805 | 2179 | 1311 | 484 | 250 | 345 | 508 | 615 | 1067 | 1759 | 13,643 |
| 1988 | 1329 | 1190 | 1461 | 978 | 320 | 424 | 568 | 712 | 577 | 773 | 1397 | 1947 | 11,676 |
| 1989 | 1596 | 1470 | 1325 | 2262 | 1626 | 560 | 214 | 319 | 461 | 660 | 1127 | 1363 | 12,983 |
| 1990 | 1496 | 1724 | 1635 | 2429 | 1088 | 653 | 606 | 606 | 571 | 821 | 1228 | 1671 | 14,528 |
| 76 - 90 AVG | 1,192 | 1,161 | 1,006 | 1,096 | 733 | 434 | 344 | 412 | 429 | 555 | 895 | 1,197 | 9,454 |

**SJR @ Jersey Point (49)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 328 | 247 | 845 | 2066 | 1772 | 1108 | 600 | 742 | 533 | 750 | 1347 | 1736 | 12,074 |
| 1977 | 1499 | 1538 | 1426 | 2370 | 2398 | 1340 | 854 | 1014 | 1268 | 1469 | 1789 | 2188 | 19,153 |
| 1978 | 1739 | 1354 | 1074 | 201 | 70 | 65 | 54 | 50 | 84 | 107 | 467 | 818 | 6,063 |
| 1979 | 1520 | 1827 | 1733 | 812 | 117 | 54 | 59 | 162 | 182 | 321 | 866 | 1170 | 8,843 |
| 1980 | 1385 | 1283 | 488 | 67 | 54 | 45 | 44 | 54 | 80 | 129 | 413 | 889 | 4,931 |
| 1981 | 1779 | 2202 | 2012 | 1080 | 217 | 78 | 146 | 382 | 451 | 672 | 1158 | 1460 | 11,637 |
| 1982 | 1424 | 831 | 78 | 62 | 48 | 55 | 43 | 41 | 46 | 94 | 262 | 107 | 3,091 |
| 1983 | 42 | 50 | 48 | 64 | 52 | 50 | 42 | 38 | 42 | 48 | 47 | 45 | 568 |
| 1984 | 43 | 47 | 49 | 47 | 46 | 44 | 52 | 169 | 219 | 334 | 553 | 898 | 2,501 |
| 1985 | 1637 | 1253 | 148 | 816 | 1145 | 448 | 425 | 484 | 420 | 690 | 1240 | 1651 | 10,357 |
| 1986 | 1325 | 1100 | 972 | 803 | 91 | 50 | 47 | 54 | 73 | 117 | 402 | 825 | 5,859 |
| 1987 | 1636 | 2036 | 2021 | 2470 | 1407 | 403 | 122 | 237 | 438 | 573 | 1146 | 1963 | 14,452 |
| 1988 | 1441 | 1266 | 1599 | 1009 | 202 | 324 | 503 | 681 | 522 | 763 | 1522 | 2191 | 12,023 |
| 1989 | 1767 | 1611 | 1436 | 2586 | 1785 | 504 | 93 | 222 | 393 | 633 | 1197 | 1487 | 13,694 |
| 1990 | 1652 | 1923 | 1809 | 2770 | 1138 | 609 | 560 | 567 | 525 | 827 | 1321 | 1859 | 15,560 |
| 76 - 90 AVG | 1,281 | 1,238 | 1,049 | 1,147 | 703 | 345 | 243 | 328 | 350 | 502 | 915 | 1,286 | 9,387 |

**SJR @ Jersey Point (49)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2485 | 2470 | 2756 | 3152 | 3550 | 3537 | 3080 | 3041 | 3305 | 3233 | 3052 | 2831 | 36,492 |
| 1977 | 2792 | 2891 | 3018 | 3213 | 3605 | 3577 | 3217 | 3181 | 3381 | 3536 | 3627 | 3415 | 39,313 |
| 1978 | 3270 | 3213 | 3428 | 4480 | 5117 | 4551 | 3548 | 3068 | 2905 | 3071 | 3083 | 2804 | 42,538 |
| 1979 | 2689 | 2586 | 2750 | 3795 | 5010 | 4012 | 2944 | 2758 | 2739 | 2832 | 2878 | 2707 | 37,700 |
| 1980 | 2579 | 2513 | 2962 | 3817 | 4907 | 3981 | 3041 | 2819 | 2876 | 3024 | 3055 | 2816 | 38,390 |
| 1981 | 2641 | 2554 | 2767 | 3160 | 3679 | 3431 | 2874 | 2820 | 3066 | 3137 | 3102 | 2824 | 36,055 |
| 1982 | 2667 | 2611 | 3073 | 4295 | 4314 | 4235 | 3238 | 2948 | 2744 | 2898 | 2943 | 2690 | 38,656 |
| 1983 | 2456 | 2928 | 3505 | 4864 | 5281 | 4310 | 3732 | 3062 | 3185 | 3325 | 3026 | 2699 | 42,173 |
| 1984 | 2534 | 2804 | 3684 | 3837 | 4152 | 3507 | 2781 | 2755 | 2858 | 2876 | 2885 | 2734 | 37,387 |
| 1985 | 2526 | 2623 | 3158 | 3250 | 3573 | 3863 | 3259 | 2856 | 2918 | 3006 | 3091 | 2864 | 36,987 |
| 1986 | 2729 | 2724 | 3098 | 3523 | 4848 | 4084 | 3265 | 3018 | 3019 | 3164 | 3090 | 2772 | 39,332 |
| 1987 | 2603 | 2566 | 2770 | 2997 | 3603 | 3668 | 3197 | 3204 | 3219 | 3164 | 3238 | 3007 | 37,236 |
| 1988 | 2880 | 2805 | 2953 | 3300 | 3919 | 4096 | 3471 | 3177 | 3217 | 3135 | 3114 | 2952 | 39,019 |
| 1989 | 2861 | 2784 | 2898 | 3150 | 3646 | 3356 | 2672 | 2647 | 2837 | 2952 | 3077 | 2818 | 35,698 |
| 1990 | 2615 | 2606 | 2875 | 3000 | 3592 | 3788 | 3062 | 2751 | 2871 | 2928 | 2983 | 2853 | 35,924 |
| 76 - 90 AVG | 2,688 | 2,712 | 3,045 | 3,576 | 4,180 | 3,866 | 3,159 | 2,939 | 3,008 | 3,085 | 3,083 | 2,852 | 38,193 |

**SJR @ Jersey Point (49)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 716 | 575 | 957 | 2064 | 1584 | 1059 | 658 | 702 | 569 | 771 | 1472 | 1797 | 12,924 |
| 1977 | 1348 | 1273 | 1190 | 1963 | 2107 | 1222 | 922 | 954 | 1140 | 1345 | 1612 | 1956 | 17,032 |
| 1978 | 1575 | 1280 | 1035 | 339 | 241 | 228 | 199 | 185 | 192 | 228 | 479 | 812 | 6,793 |
| 1979 | 1366 | 1515 | 1346 | 770 | 267 | 200 | 190 | 207 | 287 | 346 | 763 | 1032 | 8,379 |
| 1980 | 1338 | 1316 | 619 | 206 | 196 | 181 | 175 | 186 | 207 | 244 | 468 | 877 | 6,012 |
| 1981 | 1270 | 1495 | 1623 | 1012 | 351 | 207 | 276 | 405 | 452 | 634 | 1120 | 1480 | 10,324 |
| 1982 | 1346 | 820 | 198 | 213 | 182 | 196 | 172 | 171 | 175 | 214 | 390 | 238 | 4,315 |
| 1983 | 165 | 178 | 172 | 211 | 192 | 184 | 171 | 162 | 169 | 176 | 175 | 187 | 2,122 |
| 1984 | 167 | 175 | 176 | 182 | 185 | 179 | 182 | 279 | 316 | 412 | 598 | 865 | 3,716 |
| 1985 | 1500 | 1315 | 278 | 851 | 1102 | 523 | 460 | 398 | 361 | 650 | 1175 | 1568 | 10,179 |
| 1986 | 1202 | 1033 | 969 | 811 | 229 | 183 | 181 | 189 | 203 | 241 | 479 | 806 | 6,526 |
| 1987 | 1482 | 1818 | 1805 | 2177 | 1310 | 483 | 248 | 344 | 456 | 589 | 961 | 1608 | 13,281 |
| 1988 | 1195 | 800 | 1006 | 889 | 313 | 353 | 587 | 754 | 580 | 730 | 1363 | 1971 | 10,541 |
| 1989 | 1515 | 1322 | 1267 | 2225 | 1485 | 511 | 208 | 225 | 322 | 622 | 1160 | 1406 | 12,268 |
| 1990 | 1502 | 1726 | 1638 | 2428 | 1084 | 646 | 545 | 516 | 551 | 879 | 1535 | 1964 | 15,014 |
| 78 - 90 AVG | 1,179 | 1,109 | 952 | 1,089 | 722 | 424 | 345 | 384 | 399 | 539 | 917 | 1,236 | 9,295 |

**SJR @ Jersey Point (49)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 709 | 538 | 998 | 2330 | 1741 | 1106 | 621 | 672 | 512 | 758 | 1611 | 2010 | 13,606 |
| 1977 | 1462 | 1356 | 1256 | 2196 | 2370 | 1301 | 937 | 977 | 1199 | 1445 | 1770 | 2193 | 18,462 |
| 1978 | 1726 | 1349 | 1061 | 201 | 72 | 66 | 54 | 50 | 64 | 106 | 412 | 820 | 5,981 |
| 1979 | 1490 | 1669 | 1485 | 742 | 108 | 54 | 59 | 192 | 184 | 254 | 759 | 1088 | 8,064 |
| 1980 | 1460 | 1434 | 586 | 71 | 54 | 46 | 43 | 54 | 83 | 125 | 398 | 898 | 5,252 |
| 1981 | 1375 | 1645 | 1800 | 1053 | 248 | 78 | 163 | 320 | 371 | 590 | 1184 | 1627 | 10,454 |
| 1982 | 1467 | 832 | 78 | 62 | 48 | 56 | 43 | 41 | 46 | 93 | 307 | 129 | 3,202 |
| 1983 | 44 | 51 | 47 | 64 | 52 | 50 | 42 | 38 | 42 | 46 | 46 | 43 | 565 |
| 1984 | 45 | 48 | 49 | 47 | 46 | 44 | 52 | 170 | 216 | 334 | 560 | 886 | 2,497 |
| 1985 | 1658 | 1431 | 171 | 861 | 1158 | 447 | 375 | 309 | 264 | 613 | 1252 | 1731 | 10,268 |
| 1986 | 1289 | 1077 | 1000 | 801 | 91 | 50 | 47 | 54 | 72 | 118 | 411 | 814 | 5,824 |
| 1987 | 1634 | 2039 | 2021 | 2468 | 1406 | 402 | 117 | 226 | 364 | 529 | 983 | 1772 | 13,961 |
| 1988 | 1265 | 763 | 1030 | 899 | 193 | 234 | 520 | 731 | 525 | 707 | 1477 | 2217 | 10,561 |
| 1989 | 1667 | 1431 | 1386 | 2521 | 1612 | 443 | 86 | 106 | 220 | 583 | 1236 | 1539 | 12,810 |
| 1990 | 1658 | 1926 | 1812 | 2769 | 1133 | 600 | 485 | 455 | 498 | 896 | 1691 | 2213 | 16,136 |
| 76 - 90 AVG | 1,263 | 1,173 | 983 | 1,139 | 689 | 332 | 243 | 293 | 311 | 480 | 940 | 1,332 | 9,178 |

**SJR @ Jersey Point (49)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2521 | 2481 | 2752 | 3067 | 3481 | 3580 | 3120 | 3090 | 3307 | 3289 | 3193 | 2915 | 36,776 |
| 1977 | 2843 | 2911 | 3042 | 3274 | 3540 | 3659 | 3249 | 3124 | 3356 | 3535 | 3625 | 3394 | 39,552 |
| 1978 | 3236 | 3180 | 3399 | 4494 | 5220 | 4594 | 3548 | 3071 | 2907 | 3072 | 3116 | 2828 | 42,665 |
| 1979 | 2708 | 2623 | 2799 | 3795 | 4991 | 4008 | 2945 | 2773 | 2764 | 2866 | 2928 | 2765 | 37,965 |
| 1980 | 2624 | 2523 | 2960 | 3817 | 4912 | 3996 | 3059 | 2843 | 2903 | 3085 | 3130 | 2847 | 38,699 |
| 1981 | 2702 | 2647 | 2817 | 3209 | 3713 | 3446 | 2870 | 2844 | 3248 | 3358 | 3358 | 2866 | 36,985 |
| 1982 | 2684 | 2616 | 3078 | 4305 | 4323 | 4263 | 3276 | 2970 | 2749 | 2926 | 2991 | 2704 | 38,885 |
| 1983 | 2473 | 2934 | 3485 | 4651 | 5285 | 4312 | 3735 | 3066 | 3189 | 3216 | 2960 | 2703 | 41,999 |
| 1984 | 2556 | 2816 | 3663 | 3844 | 4152 | 3513 | 2785 | 2756 | 2858 | 2876 | 2885 | 2735 | 37,439 |
| 1985 | 2561 | 2640 | 3163 | 3240 | 3565 | 3887 | 3317 | 2960 | 3179 | 3239 | 3194 | 2925 | 37,870 |
| 1986 | 2814 | 2842 | 3143 | 3538 | 4859 | 4087 | 3269 | 3020 | 3018 | 3181 | 3109 | 2776 | 39,656 |
| 1987 | 2604 | 2566 | 2770 | 2997 | 3603 | 3671 | 3291 | 3375 | 3508 | 3524 | 3581 | 3353 | 38,843 |
| 1988 | 3186 | 3153 | 3141 | 3341 | 3939 | 4280 | 3638 | 3170 | 3262 | 3293 | 3313 | 3100 | 40,816 |
| 1989 | 2945 | 2824 | 2910 | 3164 | 3706 | 3399 | 2675 | 2728 | 3088 | 3142 | 3123 | 2831 | 36,535 |
| 1990 | 2615 | 2605 | 2877 | 3003 | 3594 | 3792 | 3100 | 2859 | 2976 | 2989 | 3049 | 2898 | 36,357 |
| 76 - 90 AVG | 2,738 | 2,757 | 3,065 | 3,583 | 4,192 | 3,898 | 3,192 | 2,977 | 3,087 | 3,173 | 3,163 | 2,911 | 38,735 |

**SJR @ Jersey Point, 49**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 685 | 1124 | 1999 | 2077 | 1532 | 995 | 518 | 552 | 496 | 714 | 1222 | 1290 |
| 1977 | 1160 | 1255 | 1301 | 1992 | 1895 | 980 | 739 | 1016 | 1129 | 1129 | 1532 | 1924 |
| 1978 | 1578 | 1349 | 1088 | 335 | 230 | 223 | 210 | 204 | 204 | 337 | 638 | 885 |
| 1979 | 1407 | 1658 | 2812 | 1221 | 295 | 202 | 186 | 205 | 216 | 423 | 832 | 1143 |
| 1980 | 1321 | 1267 | 1226 | 276 | 197 | 184 | 181 | 203 | 201 | 258 | 546 | 866 |
| 1981 | 1655 | 1943 | 3213 | 1631 | 485 | 232 | 193 | 225 | 326 | 531 | 1000 | 1332 |
| 1982 | 1428 | 930 | 205 | 213 | 184 | 201 | 172 | 175 | 177 | 253 | 530 | 336 |
| 1983 | 169 | 177 | 171 | 208 | 195 | 183 | 173 | 165 | 170 | 177 | 182 | 181 |
| 1984 | 167 | 170 | 176 | 179 | 184 | 179 | 177 | 194 | 214 | 380 | 579 | 902 |
| 1985 | 1517 | 1215 | 334 | 846 | 1079 | 466 | 274 | 257 | 333 | 587 | 1067 | 1408 |
| 1986 | 1342 | 1221 | 1541 | 817 | 224 | 184 | 191 | 211 | 210 | 343 | 572 | 868 |
| 1987 | 1477 | 1857 | 3224 | 2447 | 1318 | 473 | 247 | 363 | 451 | 589 | 996 | 1657 |
| 1988 | 1177 | 1008 | 2192 | 1063 | 332 | 280 | 356 | 585 | 509 | 712 | 1383 | 1822 |
| 1989 | 1268 | 1204 | 1164 | 2135 | 1636 | 592 | 201 | 233 | 389 | 648 | 1149 | 1403 |
| 1990 | 1486 | 1610 | 1489 | 2068 | 958 | 547 | 333 | 347 | 448 | 769 | 1412 | 1814 |
| Average | 1189 | 1199 | 1476 | 1167 | 716 | 393 | 277 | 328 | 365 | 523 | 909 | 1189 |

**SJR @ Jersey Point, 49**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 672 | 1205 | 2263 | 2348 | 1680 | 1030 | 453 | 489 | 419 | 681 | 1305 | 1398 |
| 1977 | 1233 | 1332 | 1380 | 2220 | 2106 | 1006 | 717 | 1052 | 1191 | 1194 | 1680 | 2158 |
| 1978 | 1734 | 1442 | 1129 | 198 | 67 | 64 | 58 | 56 | 67 | 241 | 609 | 911 |
| 1979 | 1542 | 1845 | 3244 | 1290 | 139 | 55 | 50 | 62 | 87 | 346 | 843 | 1222 |
| 1980 | 1440 | 1375 | 1322 | 155 | 54 | 47 | 46 | 59 | 65 | 145 | 497 | 887 |
| 1981 | 1843 | 2191 | 3729 | 1804 | 410 | 108 | 62 | 95 | 212 | 459 | 1034 | 1447 |
| 1982 | 1567 | 965 | 86 | 62 | 48 | 58 | 42 | 43 | 47 | 141 | 477 | 248 |
| 1983 | 49 | 50 | 47 | 62 | 54 | 49 | 42 | 36 | 42 | 47 | 55 | 60 |
| 1984 | 44 | 44 | 50 | 47 | 46 | 43 | 45 | 57 | 86 | 294 | 538 | 932 |
| 1985 | 1679 | 1310 | 241 | 857 | 1129 | 382 | 149 | 132 | 226 | 537 | 1122 | 1541 |
| 1986 | 1461 | 1310 | 1696 | 812 | 86 | 50 | 51 | 62 | 70 | 245 | 529 | 890 |
| 1987 | 1629 | 2088 | 3743 | 2796 | 1417 | 390 | 113 | 240 | 356 | 528 | 1028 | 1834 |
| 1988 | 1252 | 1037 | 2483 | 1112 | 218 | 125 | 233 | 498 | 436 | 682 | 1497 | 2037 |
| 1989 | 1365 | 1285 | 1241 | 2412 | 1797 | 542 | 77 | 116 | 304 | 617 | 1224 | 1535 |
| 1990 | 1640 | 1788 | 1637 | 2335 | 982 | 484 | 230 | 246 | 370 | 760 | 1539 | 2030 |
| Average | 1277 | 1284 | 1620 | 1234 | 682 | 296 | 158 | 216 | 265 | 481 | 932 | 1275 |

**SJR @ Jersey Point, 49**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2501 | 2376 | 2569 | 2995 | 3443 | 3452 | 3037 | 3091 | 3372 | 3511 | 3255 | 2845 |
| 1977 | 2840 | 2938 | 3097 | 3383 | 3680 | 3665 | 3202 | 3071 | 3124 | 3174 | 3401 | 3241 |
| 1978 | 3121 | 3060 | 3335 | 4473 | 5007 | 4494 | 3876 | 3436 | 3015 | 2919 | 2689 | 2736 |
| 1979 | 2642 | 2565 | 2575 | 3698 | 5122 | 4073 | 3058 | 3136 | 2926 | 2838 | 2902 | 2764 |
| 1980 | 2593 | 2611 | 2836 | 3768 | 4851 | 4101 | 3244 | 3154 | 2987 | 2954 | 2932 | 2783 |
| 1981 | 2626 | 2544 | 2578 | 3093 | 3688 | 3478 | 2919 | 2982 | 3289 | 3485 | 3350 | 2880 |
| 1982 | 2657 | 2596 | 3073 | 4293 | 4207 | 4326 | 3363 | 3069 | 2774 | 2868 | 2919 | 2698 |
| 1983 | 2487 | 2947 | 3466 | 4596 | 5318 | 4344 | 3742 | 3070 | 3110 | 3218 | 2994 | 2895 |
| 1984 | 2575 | 2787 | 3666 | 3880 | 4249 | 3591 | 2843 | 2939 | 2937 | 2869 | 2871 | 2724 |
| 1985 | 2510 | 2609 | 3033 | 3180 | 3554 | 3771 | 3335 | 3128 | 3162 | 3179 | 3166 | 2688 |
| 1986 | 2746 | 2738 | 2964 | 3445 | 4693 | 4090 | 3550 | 3414 | 3135 | 3002 | 2893 | 2731 |
| 1987 | 2581 | 2530 | 2560 | 2937 | 3599 | 3649 | 3346 | 3444 | 3469 | 3479 | 3491 | 3220 |
| 1988 | 3014 | 2914 | 2854 | 3250 | 3838 | 4100 | 3670 | 3224 | 3286 | 3402 | 3415 | 3074 |
| 1989 | 2897 | 2809 | 2914 | 3162 | 3633 | 3357 | 2682 | 2726 | 2940 | 2999 | 3100 | 2834 |
| 1990 | 2582 | 2543 | 2823 | 3006 | 3561 | 3648 | 3078 | 2960 | 3071 | 3120 | 3173 | 2928 |
| Average | 2691 | 2698 | 2956 | 3544 | 4163 | 3876 | 3263 | 3124 | 3106 | 3134 | 3118 | 2869 |

**Terminous (344)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 149 | 155 | 158 | 229 | 245 | 218 | 215 | 204 | 174 | 165 | 159 | 160 | 2,231 |
| 1977 | 166 | 165 | 164 | 222 | 242 | 226 | 224 | 214 | 184 | 173 | 167 | 163 | 2,310 |
| 1978 | 168 | 170 | 172 | 247 | 225 | 226 | 185 | 159 | 158 | 164 | 159 | 157 | 2,190 |
| 1979 | 153 | 157 | 162 | 250 | 265 | 187 | 166 | 153 | 158 | 164 | 159 | 157 | 2,132 |
| 1980 | 151 | 156 | 160 | 180 | 190 | 172 | 167 | 151 | 155 | 161 | 159 | 157 | 1,959 |
| 1981 | 151 | 160 | 157 | 211 | 228 | 212 | 193 | 182 | 165 | 161 | 159 | 158 | 2,137 |
| 1982 | 160 | 173 | 171 | 205 | 162 | 193 | 148 | 141 | 154 | 160 | 158 | 153 | 1,976 |
| 1983 | 147 | 177 | 164 | 228 | 198 | 188 | 160 | 140 | 146 | 163 | 157 | 153 | 2,021 |
| 1984 | 148 | 152 | 178 | 170 | 165 | 158 | 187 | 170 | 160 | 162 | 158 | 156 | 1,944 |
| 1985 | 150 | 178 | 169 | 211 | 229 | 231 | 193 | 178 | 165 | 161 | 159 | 158 | 2,182 |
| 1986 | 162 | 164 | 164 | 239 | 204 | 176 | 173 | 151 | 158 | 167 | 160 | 158 | 2,074 |
| 1987 | 151 | 160 | 157 | 218 | 268 | 263 | 221 | 199 | 165 | 161 | 161 | 160 | 2,284 |
| 1988 | 162 | 164 | 168 | 252 | 253 | 222 | 210 | 187 | 170 | 165 | 163 | 162 | 2,278 |
| 1989 | 167 | 164 | 165 | 223 | 278 | 189 | 179 | 175 | 163 | 161 | 160 | 157 | 2,182 |
| 1990 | 161 | 183 | 165 | 209 | 268 | 222 | 186 | 183 | 165 | 164 | 162 | 161 | 2,209 |
| 76 - 90 AVG | 156 | 164 | 165 | 220 | 228 | 206 | 186 | 172 | 163 | 163 | 160 | 158 | 2,141 |

**Terminous (344)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 36 | 36 | 35 | 65 | 75 | 67 | 75 | 82 | 55 | 42 | 37 | 39 | 644 |
| 1977 | 46 | 44 | 39 | 64 | 75 | 72 | 81 | 88 | 64 | 48 | 44 | 42 | 707 |
| 1978 | 49 | 47 | 44 | 75 | 68 | 75 | 63 | 54 | 42 | 41 | 38 | 37 | 633 |
| 1979 | 39 | 38 | 38 | 76 | 88 | 57 | 53 | 49 | 43 | 40 | 37 | 38 | 596 |
| 1980 | 38 | 38 | 36 | 48 | 54 | 49 | 53 | 49 | 41 | 39 | 37 | 38 | 518 |
| 1981 | 39 | 40 | 35 | 58 | 68 | 68 | 65 | 58 | 46 | 38 | 37 | 37 | 599 |
| 1982 | 41 | 53 | 48 | 58 | 42 | 60 | 37 | 39 | 40 | 38 | 36 | 36 | 528 |
| 1983 | 35 | 62 | 46 | 70 | 58 | 58 | 48 | 37 | 41 | 50 | 37 | 43 | 585 |
| 1984 | 38 | 42 | 53 | 45 | 44 | 42 | 51 | 61 | 44 | 39 | 37 | 38 | 534 |
| 1985 | 37 | 57 | 43 | 58 | 70 | 78 | 67 | 65 | 47 | 38 | 37 | 37 | 634 |
| 1986 | 43 | 42 | 39 | 72 | 62 | 51 | 55 | 49 | 44 | 43 | 38 | 37 | 575 |
| 1987 | 38 | 40 | 35 | 61 | 87 | 92 | 77 | 75 | 46 | 39 | 39 | 39 | 668 |
| 1988 | 43 | 43 | 41 | 76 | 76 | 69 | 71 | 65 | 50 | 42 | 40 | 41 | 659 |
| 1989 | 47 | 42 | 39 | 64 | 82 | 56 | 56 | 59 | 44 | 38 | 37 | 37 | 612 |
| 1990 | 42 | 42 | 39 | 58 | 88 | 71 | 59 | 67 | 46 | 40 | 40 | 41 | 633 |
| 76 - 90 AVG | 41 | 44 | 41 | 63 | 70 | 64 | 61 | 60 | 46 | 41 | 38 | 39 | 608 |

**Terminous (344)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2335 | 2573 | 3077 | 5770 | 6141 | 4749 | 4367 | 4634 | 3359 | 3335 | 2851 | 2728 | 45,919 |
| 1977 | 2788 | 2929 | 3268 | 5420 | 6043 | 5011 | 4643 | 4718 | 3730 | 3769 | 3327 | 2908 | 48,554 |
| 1978 | 2901 | 3066 | 3505 | 6357 | 5569 | 4985 | 3501 | 3080 | 2874 | 3328 | 2906 | 2653 | 44,505 |
| 1979 | 2466 | 2636 | 3193 | 6344 | 6900 | 3895 | 2932 | 2812 | 2692 | 3274 | 2860 | 2694 | 42,698 |
| 1980 | 2414 | 2558 | 3084 | 3921 | 4613 | 3487 | 2984 | 2773 | 2592 | 3139 | 2864 | 2667 | 37,096 |
| 1981 | 2456 | 2756 | 3053 | 4973 | 5695 | 4584 | 3717 | 3818 | 2910 | 3103 | 2858 | 2658 | 42,609 |
| 1982 | 2588 | 3245 | 3662 | 4876 | 3640 | 4136 | 2176 | 2393 | 2533 | 3072 | 2814 | 2522 | 37,657 |
| 1983 | 2295 | 3702 | 3503 | 5873 | 4814 | 4016 | 2722 | 2330 | 2510 | 3650 | 2777 | 2732 | 40,924 |
| 1984 | 2379 | 2652 | 4027 | 3542 | 3635 | 3035 | 2947 | 3441 | 2764 | 3182 | 2849 | 2648 | 37,101 |
| 1985 | 2380 | 3473 | 3524 | 4992 | 5617 | 5260 | 3758 | 3691 | 2921 | 3115 | 2895 | 2660 | 44,286 |
| 1986 | 2637 | 2799 | 3285 | 5940 | 4900 | 3536 | 3145 | 2786 | 2741 | 3454 | 2929 | 2827 | 40,759 |
| 1987 | 2445 | 2755 | 3055 | 5215 | 6802 | 6074 | 4349 | 2909 | 3135 | 2960 | 2738 | 2631 | 46,963 |
| 1988 | 2643 | 2869 | 3385 | 6385 | 6428 | 4986 | 4195 | 3843 | 3048 | 3323 | 3087 | 2826 | 47,018 |
| 1989 | 2827 | 2819 | 3276 | 5473 | 7119 | 3855 | 3216 | 3484 | 2798 | 3093 | 2944 | 2652 | 43,556 |
| 1990 | 2620 | 2846 | 3290 | 4821 | 6796 | 4859 | 3465 | 3704 | 2859 | 3239 | 3040 | 2811 | 44,350 |
| 76 - 90 AVG | 2,545 | 2,912 | 3,344 | 5,327 | 5,647 | 4,431 | 3,486 | 3,456 | 2,869 | 3,281 | 2,933 | 2,702 | 42,933 |

**Terminous (344)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 150 | 155 | 158 | 228 | 246 | 219 | 214 | 202 | 174 | 162 | 160 | 160 | 2,231 |
| 1,977 | 166 | 165 | 166 | 222 | 242 | 242 | 226 | 214 | 196 | 174 | 170 | 165 | 2,310 |
| 1,978 | 173 | 189 | 171 | 246 | 229 | 226 | 226 | 183 | 159 | 160 | 167 | 158 | 2,190 |
| 1,979 | 161 | 159 | 157 | 251 | 264 | 186 | 168 | 154 | 158 | 160 | 158 | 159 | 2,132 |
| 1,980 | 151 | 156 | 160 | 182 | 189 | 171 | 166 | 152 | 156 | 162 | 159 | 157 | 1,959 |
| 1,981 | 152 | 160 | 157 | 206 | 219 | 207 | 190 | 182 | 165 | 162 | 160 | 158 | 2,137 |
| 1,982 | 161 | 173 | 176 | 206 | 182 | 193 | 146 | 141 | 155 | 160 | 158 | 153 | 1,976 |
| 1,983 | 147 | 177 | 164 | 227 | 197 | 187 | 160 | 141 | 148 | 163 | 157 | 153 | 2,021 |
| 1,984 | 149 | 152 | 178 | 169 | 164 | 158 | 168 | 172 | 160 | 160 | 158 | 153 | 1,944 |
| 1,985 | 151 | 181 | 203 | 219 | 233 | 239 | 190 | 174 | 164 | 165 | 158 | 158 | 2,182 |
| 1,986 | 163 | 164 | 163 | 242 | 205 | 176 | 172 | 152 | 159 | 165 | 158 | 156 | 2,074 |
| 1,987 | 152 | 160 | 157 | 215 | 266 | 264 | 216 | 198 | 166 | 185 | 163 | 162 | 2,284 |
| 1,988 | 165 | 184 | 168 | 253 | 270 | 226 | 215 | 193 | 172 | 186 | 163 | 162 | 2,278 |
| 1,989 | 166 | 184 | 165 | 223 | 260 | 189 | 179 | 177 | 163 | 181 | 160 | 158 | 2,182 |
| 1,990 | 162 | 164 | 165 | 209 | 271 | 232 | 187 | 184 | 166 | 163 | 182 | 162 | 2,209 |
| 76 - 90 AVG | 158 | 164 | 167 | 220 | 229 | 207 | 185 | 173 | 163 | 163 | 160 | 159 | 2,141 |

**Terminous (344)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 36 | 36 | 35 | 65 | 77 | 68 | 74 | 81 | 55 | 39 | 38 | 39 | 644 |
| 1,977 | 46 | 43 | 40 | 64 | 76 | 72 | 82 | 89 | 66 | 49 | 46 | 43 | 707 |
| 1,978 | 53 | 46 | 43 | 75 | 71 | 78 | 62 | 53 | 43 | 43 | 37 | 38 | 633 |
| 1,979 | 44 | 38 | 35 | 76 | 87 | 56 | 53 | 50 | 41 | 38 | 38 | 37 | 596 |
| 1,980 | 38 | 36 | 36 | 49 | 54 | 48 | 52 | 49 | 42 | 40 | 37 | 38 | 518 |
| 1,981 | 39 | 40 | 35 | 56 | 64 | 65 | 63 | 68 | 47 | 39 | 38 | 38 | 599 |
| 1,982 | 41 | 53 | 50 | 59 | 42 | 60 | 37 | 39 | 41 | 38 | 37 | 36 | 528 |
| 1,983 | 35 | 61 | 46 | 69 | 58 | 58 | 48 | 37 | 41 | 50 | 37 | 43 | 585 |
| 1,984 | 38 | 42 | 53 | 44 | 44 | 42 | 52 | 63 | 43 | 38 | 36 | 37 | 534 |
| 1,985 | 37 | 60 | 66 | 65 | 72 | 83 | 64 | 61 | 46 | 39 | 40 | 38 | 634 |
| 1,986 | 43 | 42 | 39 | 73 | 62 | 51 | 55 | 50 | 45 | 42 | 37 | 36 | 575 |
| 1,987 | 39 | 40 | 35 | 61 | 86 | 92 | 74 | 75 | 47 | 41 | 40 | 41 | 668 |
| 1,988 | 46 | 43 | 41 | 76 | 86 | 71 | 75 | 70 | 52 | 42 | 41 | 41 | 659 |
| 1,989 | 46 | 41 | 39 | 84 | 93 | 56 | 55 | 58 | 43 | 38 | 38 | 37 | 612 |
| 1,990 | 42 | 42 | 39 | 58 | 88 | 75 | 58 | 63 | 46 | 40 | 39 | 41 | 633 |
| 76 - 90 AVG | 42 | 44 | 42 | 64 | 71 | 65 | 60 | 60 | 47 | 41 | 38 | 39 | 608 |

**Terminous (344)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 2337 | 2563 | 3065 | 5666 | 6145 | 4765 | 4309 | 4576 | 3357 | 3182 | 2914 | 2735 | 45,919 |
| 1,977 | 2786 | 2916 | 3322 | 5401 | 6026 | 5004 | 4698 | 4686 | 3811 | 3843 | 3447 | 2977 | 48,554 |
| 1,978 | 3085 | 3030 | 3450 | 6333 | 5721 | 5006 | 3438 | 3041 | 2730 | 3432 | 2832 | 2701 | 44,505 |
| 1,979 | 2658 | 2687 | 3057 | 6387 | 6857 | 3842 | 2943 | 2856 | 2612 | 3082 | 2821 | 2661 | 42,698 |
| 1,980 | 2415 | 2557 | 3084 | 4021 | 4569 | 3416 | 2929 | 2807 | 2612 | 3197 | 2852 | 2692 | 37,096 |
| 1,981 | 2464 | 2755 | 3047 | 4735 | 5431 | 4431 | 3608 | 3801 | 2930 | 3211 | 2944 | 2678 | 42,809 |
| 1,982 | 2592 | 3214 | 3804 | 4937 | 3838 | 4118 | 2174 | 2394 | 2553 | 3088 | 2822 | 2529 | 37,657 |
| 1,983 | 2290 | 3674 | 3503 | 5839 | 4797 | 3987 | 2718 | 2331 | 2522 | 3636 | 2760 | 2733 | 40,924 |
| 1,984 | 2383 | 2653 | 4023 | 3504 | 3605 | 3015 | 2970 | 3542 | 2713 | 3084 | 2824 | 2631 | 37,101 |
| 1,985 | 2381 | 3586 | 4804 | 5207 | 5722 | 5550 | 3637 | 3513 | 2869 | 3171 | 3040 | 2702 | 44,286 |
| 1,986 | 2673 | 2800 | 3257 | 6027 | 4940 | 3525 | 3133 | 2823 | 2773 | 3348 | 2841 | 2608 | 40,759 |
| 1,987 | 2449 | 2757 | 3047 | 5094 | 6754 | 6083 | 4342 | 4310 | 2946 | 3309 | 3079 | 2862 | 46,963 |
| 1,988 | 2777 | 2869 | 3369 | 8400 | 6928 | 5069 | 4412 | 4079 | 3174 | 3348 | 3098 | 2852 | 47,018 |
| 1,989 | 2803 | 2806 | 3271 | 5453 | 7174 | 3846 | 3211 | 3599 | 2765 | 3103 | 2917 | 2662 | 43,556 |
| 1,990 | 2615 | 2861 | 3300 | 4817 | 6904 | 5129 | 3456 | 3666 | 2861 | 3196 | 3012 | 2838 | 44,350 |
| 76 - 90 AVG | 2,581 | 2,914 | 3,427 | 5,321 | 5,881 | 4,454 | 3,465 | 3,468 | 2,882 | 3,282 | 2,948 | 2,724 | 42,833 |

Terminous (344)
State Permit
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 150 | 155 | 158 | 227 | 248 | 219 | 212 | 200 | 172 | 161 | 161 | 160 | 2,221 |
| 1977 | 185 | 164 | 166 | 229 | 244 | 226 | 224 | 211 | 185 | 174 | 170 | 165 | 2,323 |
| 1978 | 170 | 170 | 171 | 245 | 229 | 228 | 183 | 159 | 180 | 165 | 158 | 159 | 2,195 |
| 1979 | 160 | 159 | 158 | 252 | 264 | 186 | 166 | 154 | 158 | 161 | 158 | 158 | 2,134 |
| 1980 | 151 | 156 | 159 | 181 | 189 | 171 | 166 | 152 | 158 | 162 | 159 | 157 | 1,959 |
| 1981 | 151 | 160 | 157 | 205 | 219 | 209 | 190 | 182 | 166 | 165 | 161 | 158 | 2,123 |
| 1982 | 161 | 172 | 176 | 206 | 162 | 193 | 146 | 141 | 155 | 160 | 158 | 153 | 1,983 |
| 1983 | 147 | 177 | 164 | 228 | 197 | 187 | 159 | 141 | 146 | 163 | 157 | 153 | 2,019 |
| 1984 | 148 | 152 | 178 | 169 | 164 | 158 | 168 | 172 | 160 | 160 | 158 | 156 | 1,943 |
| 1985 | 150 | 180 | 203 | 222 | 234 | 235 | 191 | 178 | 164 | 182 | 163 | 158 | 2,238 |
| 1986 | 163 | 163 | 163 | 242 | 205 | 176 | 172 | 152 | 159 | 166 | 159 | 156 | 2,076 |
| 1987 | 152 | 160 | 157 | 215 | 266 | 263 | 215 | 197 | 166 | 165 | 163 | 162 | 2,281 |
| 1988 | 164 | 164 | 168 | 252 | 271 | 226 | 212 | 193 | 169 | 163 | 164 | 162 | 2,308 |
| 1989 | 166 | 164 | 165 | 223 | 271 | 189 | 179 | 177 | 163 | 161 | 182 | 158 | 2,178 |
| 1990 | 161 | 163 | 165 | 209 | 273 | 232 | 188 | 186 | 164 | 161 | 163 | 162 | 2,227 |
| 76 - 90 AVG | 157 | 164 | 167 | 220 | 229 | 206 | 185 | 173 | 163 | 163 | 161 | 158 | 2,147 |

Terminous (344)
State Permit
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 36 | 36 | 35 | 65 | 77 | 68 | 72 | 79 | 54 | 39 | 38 | 39 | 636 |
| 1977 | 45 | 43 | 40 | 68 | 77 | 72 | 81 | 86 | 85 | 48 | 46 | 44 | 715 |
| 1978 | 50 | 46 | 43 | 74 | 71 | 76 | 62 | 53 | 43 | 41 | 37 | 38 | 634 |
| 1979 | 43 | 38 | 35 | 77 | 87 | 58 | 53 | 50 | 41 | 38 | 36 | 37 | 591 |
| 1980 | 37 | 36 | 38 | 49 | 53 | 48 | 52 | 49 | 42 | 40 | 37 | 38 | 517 |
| 1981 | 38 | 40 | 35 | 55 | 63 | 66 | 63 | 68 | 47 | 41 | 39 | 38 | 593 |
| 1982 | 41 | 52 | 50 | 59 | 42 | 60 | 37 | 39 | 40 | 38 | 37 | 36 | 531 |
| 1983 | 35 | 61 | 46 | 70 | 58 | 58 | 47 | 37 | 41 | 50 | 37 | 43 | 583 |
| 1984 | 38 | 42 | 53 | 45 | 44 | 42 | 52 | 63 | 43 | 38 | 36 | 37 | 533 |
| 1985 | 37 | 60 | 66 | 86 | 73 | 80 | 64 | 63 | 46 | 39 | 40 | 38 | 672 |
| 1986 | 43 | 42 | 39 | 73 | 63 | 51 | 55 | 50 | 45 | 42 | 37 | 36 | 576 |
| 1987 | 39 | 40 | 35 | 61 | 86 | 92 | 73 | 74 | 47 | 41 | 40 | 41 | 669 |
| 1988 | 45 | 42 | 41 | 76 | 87 | 71 | 73 | 70 | 50 | 40 | 41 | 41 | 677 |
| 1989 | 46 | 41 | 39 | 64 | 89 | 55 | 56 | 59 | 44 | 38 | 39 | 37 | 607 |
| 1990 | 42 | 41 | 39 | 58 | 89 | 75 | 59 | 64 | 45 | 39 | 40 | 41 | 632 |
| 76 - 90 AVG | 41 | 44 | 42 | 64 | 71 | 65 | 60 | 60 | 46 | 41 | 39 | 39 | 611 |

Terminous (344)
State Permit
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2336 | 2562 | 3063 | 5857 | 6144 | 4787 | 4229 | 4491 | 3266 | 3127 | 2939 | 2740 | 45,321 |
| 1977 | 2748 | 2885 | 3324 | 5711 | 6119 | 5005 | 4822 | 4611 | 3772 | 3819 | 3444 | 2981 | 49,041 |
| 1978 | 2957 | 3034 | 3456 | 6277 | 5718 | 4997 | 3437 | 3041 | 2734 | 3332 | 2830 | 2701 | 44,514 |
| 1979 | 2618 | 2664 | 3073 | 6408 | 6834 | 3840 | 2943 | 2845 | 2614 | 3114 | 2821 | 2681 | 42,435 |
| 1980 | 2395 | 2556 | 3083 | 3992 | 4566 | 3422 | 2933 | 2808 | 2614 | 3174 | 2855 | 2695 | 37,093 |
| 1981 | 2434 | 2758 | 3048 | 4892 | 5419 | 4496 | 3603 | 3801 | 2956 | 3319 | 2980 | 2675 | 42,181 |
| 1982 | 2594 | 3173 | 3796 | 4936 | 3638 | 4136 | 2175 | 2395 | 2543 | 3089 | 2822 | 2528 | 37,825 |
| 1983 | 2290 | 3673 | 3502 | 5888 | 4804 | 3987 | 2700 | 2331 | 2522 | 3636 | 2780 | 2729 | 40,822 |
| 1984 | 2381 | 2653 | 4024 | 3509 | 3608 | 3015 | 2971 | 3543 | 2714 | 3085 | 2824 | 2631 | 36,957 |
| 1985 | 2366 | 3575 | 4801 | 5327 | 5738 | 5394 | 3645 | 3601 | 2868 | 3192 | 3047 | 2685 | 46,239 |
| 1986 | 2667 | 2793 | 3253 | 6039 | 4941 | 3140 | 2820 | 2772 | 3407 | 2845 | 2608 | 40,808 |
| 1987 | 2449 | 2756 | 3047 | 5085 | 6751 | 6081 | 4319 | 4283 | 2931 | 3289 | 3068 | 2859 | 46,928 |
| 1988 | 2749 | 2854 | 3361 | 6388 | 6965 | 5093 | 4301 | 4057 | 3039 | 3206 | 3111 | 2844 | 47,950 |
| 1989 | 2775 | 2805 | 3269 | 5450 | 6918 | 3830 | 3216 | 3615 | 2791 | 3126 | 3003 | 2658 | 43,456 |
| 1990 | 2603 | 2828 | 3301 | 4807 | 8989 | 5140 | 3505 | 3758 | 2807 | 3125 | 3038 | 2821 | 44,720 |
| 76 - 90 AVG | 2,557 | 2,905 | 3,427 | 5,342 | 5,677 | 4,448 | 3,449 | 3,467 | 2,863 | 3,269 | 2,960 | 2,721 | 43,086 |

**Terminous (344)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 150 | 155 | 158 | 229 | 247 | 219 | 214 | 203 | 174 | 162 | 160 | 160 | 2,231 |
| 1977 | 166 | 165 | 166 | 222 | 242 | 226 | 223 | 212 | 186 | 174 | 170 | 165 | 2,317 |
| 1978 | 173 | 169 | 171 | 246 | 229 | 227 | 184 | 159 | 160 | 187 | 158 | 159 | 2,202 |
| 1979 | 181 | 159 | 157 | 254 | 266 | 186 | 166 | 154 | 158 | 160 | 158 | 159 | 2,137 |
| 1980 | 151 | 156 | 160 | 182 | 189 | 171 | 166 | 152 | 156 | 165 | 158 | 157 | 1,963 |
| 1981 | 152 | 160 | 157 | 206 | 220 | 209 | 190 | 184 | 165 | 162 | 160 | 158 | 2,123 |
| 1982 | 160 | 172 | 176 | 206 | 162 | 193 | 146 | 141 | 155 | 161 | 158 | 153 | 1,983 |
| 1983 | 147 | 177 | 164 | 228 | 197 | 187 | 160 | 141 | 146 | 163 | 157 | 153 | 2,020 |
| 1984 | 149 | 152 | 178 | 169 | 164 | 158 | 168 | 172 | 160 | 160 | 158 | 156 | 1,944 |
| 1985 | 151 | 182 | 170 | 206 | 233 | 240 | 190 | 175 | 164 | 162 | 163 | 159 | 2,195 |
| 1986 | 163 | 164 | 163 | 239 | 205 | 176 | 172 | 152 | 159 | 165 | 158 | 156 | 2,072 |
| 1987 | 152 | 160 | 157 | 215 | 266 | 264 | 219 | 202 | 188 | 166 | 164 | 156 | 2,295 |
| 1988 | 166 | 165 | 168 | 252 | 271 | 226 | 219 | 195 | 172 | 166 | 164 | 162 | 2,326 |
| 1989 | 167 | 164 | 165 | 223 | 280 | 189 | 179 | 177 | 163 | 161 | 160 | 158 | 2,186 |
| 1990 | 162 | 164 | 165 | 209 | 269 | 231 | 187 | 185 | 166 | 164 | 163 | 162 | 2,227 |
| 78-90 AVG | 158 | 164 | 165 | 219 | 229 | 207 | 186 | 174 | 163 | 164 | 161 | 159 | 2,148 |

**Terminous (344)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 36 | 36 | 35 | 66 | 77 | 68 | 74 | 81 | 56 | 39 | 38 | 39 | 645 |
| 1977 | 46 | 43 | 40 | 64 | 76 | 72 | 80 | 87 | 66 | 49 | 45 | 44 | 713 |
| 1978 | 53 | 46 | 43 | 75 | 71 | 76 | 62 | 53 | 43 | 43 | 37 | 38 | 640 |
| 1979 | 44 | 38 | 35 | 78 | 88 | 56 | 53 | 50 | 41 | 38 | 36 | 37 | 594 |
| 1980 | 38 | 36 | 36 | 49 | 54 | 48 | 52 | 49 | 42 | 43 | 37 | 38 | 522 |
| 1981 | 39 | 40 | 35 | 56 | 64 | 66 | 63 | 70 | 47 | 39 | 38 | 37 | 594 |
| 1982 | 41 | 52 | 50 | 59 | 42 | 60 | 38 | 39 | 41 | 39 | 37 | 38 | 534 |
| 1983 | 35 | 62 | 46 | 70 | 58 | 58 | 48 | 37 | 41 | 50 | 37 | 43 | 585 |
| 1984 | 38 | 42 | 53 | 45 | 44 | 42 | 52 | 63 | 43 | 38 | 36 | 37 | 533 |
| 1985 | 37 | 61 | 43 | 56 | 72 | 83 | 64 | 61 | 46 | 39 | 40 | 38 | 640 |
| 1986 | 44 | 43 | 39 | 72 | 62 | 51 | 55 | 50 | 45 | 42 | 37 | 36 | 576 |
| 1987 | 39 | 40 | 35 | 61 | 86 | 92 | 76 | 78 | 49 | 42 | 41 | 41 | 680 |
| 1988 | 46 | 43 | 41 | 76 | 87 | 71 | 77 | 71 | 52 | 42 | 41 | 41 | 688 |
| 1989 | 47 | 42 | 39 | 64 | 93 | 56 | 55 | 58 | 43 | 38 | 38 | 37 | 610 |
| 1990 | 42 | 42 | 39 | 58 | 87 | 75 | 58 | 64 | 47 | 40 | 40 | 41 | 633 |
| 76-90 AVG | 42 | 44 | 41 | 63 | 71 | 65 | 60 | 61 | 47 | 41 | 39 | 39 | 612 |

**Terminous (344)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2339 | 2583 | 3075 | 5723 | 6163 | 4786 | 4311 | 4594 | 3391 | 3174 | 2926 | 2745 | 45,770 |
| 1977 | 2786 | 2917 | 3328 | 5423 | 6035 | 5001 | 4593 | 4640 | 3805 | 3848 | 3448 | 2984 | 48,808 |
| 1978 | 3086 | 3030 | 3456 | 6330 | 5720 | 5015 | 3442 | 3048 | 2732 | 3484 | 2832 | 2700 | 44,875 |
| 1979 | 2658 | 2666 | 3050 | 6490 | 6892 | 3840 | 2940 | 2857 | 2613 | 3082 | 2821 | 2661 | 42,570 |
| 1980 | 2418 | 2557 | 3084 | 4025 | 4573 | 3416 | 2929 | 2808 | 2613 | 3368 | 2650 | 2692 | 37,333 |
| 1981 | 2457 | 2751 | 3047 | 4740 | 5453 | 4469 | 3615 | 3868 | 2935 | 3211 | 2939 | 2665 | 42,150 |
| 1982 | 2583 | 3211 | 3806 | 4938 | 3638 | 4117 | 2177 | 2396 | 2582 | 3112 | 2829 | 2531 | 37,920 |
| 1983 | 2295 | 3686 | 3498 | 5868 | 4800 | 3986 | 2721 | 2331 | 2522 | 3636 | 2780 | 2730 | 40,853 |
| 1984 | 2381 | 2655 | 4023 | 3517 | 3607 | 3022 | 2973 | 3543 | 2713 | 3085 | 2824 | 2631 | 36,974 |
| 1985 | 2386 | 3641 | 3540 | 4787 | 5708 | 5564 | 3635 | 3536 | 2872 | 3210 | 3054 | 2701 | 44,634 |
| 1986 | 2688 | 2810 | 3258 | 5923 | 4935 | 3524 | 3134 | 2825 | 2772 | 3357 | 2842 | 2608 | 40,674 |
| 1987 | 2448 | 2757 | 3047 | 5095 | 6755 | 6085 | 4485 | 4445 | 3017 | 3369 | 3132 | 2683 | 47,498 |
| 1988 | 2809 | 2893 | 3368 | 6364 | 6974 | 5110 | 4547 | 4148 | 3198 | 3369 | 3111 | 2853 | 48,744 |
| 1989 | 2826 | 2812 | 3272 | 5457 | 7196 | 3848 | 3212 | 3599 | 2765 | 3103 | 2917 | 2662 | 43,669 |
| 1990 | 2617 | 2865 | 3301 | 4819 | 6864 | 5123 | 3457 | 3738 | 2912 | 3244 | 3043 | 2841 | 44,824 |
| 76-90 AVG | 2,585 | 2,921 | 3,343 | 5,300 | 5,688 | 4,459 | 3,478 | 3,492 | 2,896 | 3,310 | 2,957 | 2,724 | 43,153 |

**Terminous (344)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 150 | 155 | 158 | 229 | 247 | 219 | 214 | 203 | 174 | 162 | 160 | 160 | 2,231 |
| 1977 | 166 | 165 | 166 | 222 | 242 | 226 | 223 | 212 | 186 | 174 | 170 | 165 | 2,317 |
| 1978 | 173 | 169 | 171 | 246 | 229 | 227 | 184 | 159 | 160 | 167 | 158 | 159 | 2,202 |
| 1979 | 161 | 159 | 157 | 254 | 266 | 186 | 166 | 154 | 158 | 160 | 158 | 158 | 2,137 |
| 1980 | 151 | 156 | 160 | 182 | 189 | 171 | 166 | 152 | 156 | 165 | 158 | 157 | 1,963 |
| 1981 | 152 | 160 | 157 | 206 | 220 | 209 | 190 | 184 | 165 | 162 | 158 | 158 | 2,123 |
| 1982 | 160 | 172 | 176 | 206 | 162 | 193 | 146 | 141 | 155 | 161 | 158 | 153 | 1,983 |
| 1983 | 147 | 177 | 164 | 228 | 197 | 187 | 160 | 141 | 146 | 163 | 157 | 153 | 2,020 |
| 1984 | 149 | 152 | 178 | 169 | 164 | 158 | 168 | 172 | 160 | 160 | 156 | 156 | 1,944 |
| 1985 | 151 | 182 | 170 | 206 | 233 | 240 | 190 | 175 | 164 | 162 | 183 | 159 | 2,195 |
| 1986 | 163 | 164 | 163 | 239 | 205 | 176 | 172 | 152 | 159 | 165 | 158 | 150 | 2,072 |
| 1987 | 152 | 160 | 157 | 215 | 266 | 264 | 219 | 202 | 168 | 186 | 164 | 164 | 2,295 |
| 1988 | 166 | 165 | 168 | 252 | 271 | 226 | 219 | 195 | 172 | 166 | 164 | 162 | 2,326 |
| 1989 | 167 | 164 | 165 | 223 | 280 | 189 | 179 | 177 | 163 | 161 | 160 | 158 | 2,186 |
| 1990 | 162 | 164 | 165 | 209 | 269 | 231 | 187 | 185 | 166 | 164 | 163 | 162 | 2,227 |
| 76 - 90 AVG | 158 | 164 | 165 | 219 | 229 | 207 | 186 | 174 | 163 | 164 | 161 | 159 | 2,148 |

**Terminous (344)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 36 | 36 | 35 | 66 | 77 | 68 | 74 | 81 | 56 | 39 | 38 | 39 | 645 |
| 1977 | 46 | 43 | 40 | 64 | 76 | 72 | 80 | 87 | 66 | 49 | 46 | 44 | 713 |
| 1978 | 53 | 46 | 43 | 75 | 71 | 76 | 62 | 53 | 43 | 43 | 37 | 38 | 640 |
| 1979 | 44 | 38 | 35 | 78 | 88 | 56 | 53 | 50 | 41 | 38 | 36 | 37 | 594 |
| 1980 | 38 | 36 | 36 | 49 | 54 | 48 | 52 | 49 | 42 | 43 | 37 | 38 | 522 |
| 1981 | 39 | 40 | 35 | 56 | 64 | 66 | 63 | 70 | 47 | 39 | 38 | 37 | 594 |
| 1982 | 41 | 52 | 50 | 59 | 42 | 60 | 38 | 39 | 41 | 39 | 37 | 36 | 534 |
| 1983 | 35 | 62 | 46 | 70 | 58 | 58 | 48 | 37 | 41 | 50 | 37 | 43 | 585 |
| 1984 | 38 | 42 | 53 | 45 | 44 | 42 | 52 | 63 | 43 | 38 | 36 | 37 | 533 |
| 1985 | 37 | 61 | 43 | 56 | 72 | 83 | 64 | 61 | 46 | 39 | 40 | 38 | 640 |
| 1986 | 44 | 43 | 39 | 72 | 62 | 51 | 55 | 50 | 45 | 42 | 37 | 36 | 578 |
| 1987 | 39 | 40 | 35 | 61 | 86 | 92 | 76 | 78 | 49 | 42 | 41 | 41 | 680 |
| 1988 | 48 | 43 | 41 | 76 | 87 | 71 | 77 | 71 | 52 | 42 | 41 | 41 | 688 |
| 1989 | 47 | 42 | 39 | 64 | 93 | 58 | 55 | 58 | 43 | 38 | 38 | 37 | 610 |
| 1990 | 42 | 42 | 39 | 58 | 87 | 75 | 58 | 64 | 47 | 40 | 40 | 41 | 633 |
| 76 - 90 AVG | 42 | 44 | 41 | 63 | 71 | 65 | 60 | 61 | 47 | 41 | 39 | 39 | 612 |

**Terminous (344)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2339 | 2563 | 3075 | 5723 | 6163 | 4766 | 4311 | 4594 | 3391 | 3174 | 2926 | 2745 | 45,770 |
| 1977 | 2786 | 2917 | 3328 | 5423 | 6035 | 5001 | 4593 | 4640 | 3805 | 3848 | 3448 | 2984 | 48,808 |
| 1978 | 3086 | 3030 | 3456 | 6330 | 5720 | 5015 | 3442 | 3048 | 2732 | 3484 | 2632 | 2700 | 44,875 |
| 1979 | 2658 | 2666 | 3050 | 6490 | 6892 | 3840 | 2940 | 2857 | 2613 | 3082 | 2821 | 2692 | 42,570 |
| 1980 | 2418 | 2557 | 3084 | 4025 | 4573 | 3416 | 2929 | 2808 | 2613 | 3388 | 2850 | 2692 | 37,333 |
| 1981 | 2457 | 2751 | 3047 | 4740 | 5453 | 4489 | 3615 | 3868 | 2935 | 3211 | 2939 | 2665 | 42,150 |
| 1982 | 2583 | 3211 | 3806 | 4938 | 3638 | 4117 | 2177 | 2396 | 2582 | 3112 | 2829 | 2531 | 37,920 |
| 1983 | 2295 | 3686 | 3498 | 5868 | 4800 | 3986 | 2721 | 2331 | 2522 | 3636 | 2780 | 2730 | 40,853 |
| 1984 | 2381 | 2955 | 4023 | 3517 | 3607 | 3022 | 2973 | 3543 | 2713 | 3085 | 2824 | 2631 | 36,974 |
| 1985 | 2386 | 3641 | 3540 | 4787 | 5708 | 5564 | 3635 | 3536 | 2872 | 3210 | 3054 | 2701 | 44,634 |
| 1986 | 2668 | 2810 | 3256 | 5923 | 4935 | 3524 | 3134 | 2825 | 2772 | 3357 | 2842 | 2608 | 40,874 |
| 1987 | 2448 | 2757 | 3047 | 5095 | 6755 | 6085 | 4485 | 4445 | 3017 | 3389 | 3132 | 2863 | 47,498 |
| 1988 | 2809 | 2893 | 3368 | 6364 | 6974 | 5110 | 4547 | 4148 | 3198 | 3389 | 3111 | 2853 | 48,744 |
| 1989 | 2826 | 2812 | 3272 | 5457 | 7196 | 3848 | 3212 | 3599 | 2765 | 3636 | 3103 | 2917 | 43,669 |
| 1990 | 2617 | 2865 | 3301 | 4819 | 6864 | 5123 | 3457 | 3738 | 2912 | 3244 | 3043 | 2841 | 44,824 |
| 76 - 90 AVG | 2,585 | 2,921 | 3,343 | 5,300 | 5,688 | 4,459 | 3,478 | 3,492 | 2,896 | 3,310 | 2,957 | 2,724 | 43,153 |

**Terminous (344)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 150 | 155 | 158 | 223 | 244 | 221 | 217 | 208 | 174 | 166 | 162 | 161 | 2,239 |
| 1977 | 167 | 166 | 164 | 223 | 242 | 233 | 225 | 212 | 186 | 174 | 170 | 165 | 2,327 |
| 1978 | 172 | 170 | 171 | 248 | 238 | 228 | 184 | 159 | 160 | 167 | 159 | 159 | 2,215 |
| 1979 | 161 | 160 | 158 | 252 | 265 | 185 | 168 | 154 | 158 | 162 | 158 | 159 | 2,138 |
| 1980 | 152 | 156 | 160 | 182 | 189 | 171 | 166 | 152 | 156 | 166 | 159 | 157 | 1,966 |
| 1981 | 152 | 160 | 157 | 211 | 221 | 209 | 189 | 187 | 172 | 188 | 162 | 158 | 2,146 |
| 1982 | 161 | 172 | 176 | 207 | 162 | 193 | 146 | 141 | 155 | 162 | 159 | 153 | 1,987 |
| 1983 | 147 | 177 | 163 | 230 | 198 | 187 | 160 | 140 | 146 | 155 | 157 | 152 | 2,012 |
| 1984 | 149 | 152 | 178 | 169 | 164 | 158 | 168 | 172 | 160 | 160 | 158 | 156 | 1,944 |
| 1985 | 151 | 183 | 170 | 206 | 233 | 242 | 192 | 180 | 170 | 166 | 163 | 159 | 2,215 |
| 1986 | 164 | 164 | 183 | 243 | 205 | 176 | 173 | 152 | 159 | 166 | 159 | 156 | 2,080 |
| 1987 | 152 | 160 | 157 | 216 | 266 | 264 | 228 | 209 | 174 | 170 | 168 | 164 | 2,328 |
| 1988 | 170 | 169 | 168 | 254 | 274 | 251 | 222 | 196 | 173 | 167 | 165 | 162 | 2,371 |
| 1989 | 165 | 184 | 165 | 223 | 279 | 190 | 178 | 181 | 169 | 165 | 162 | 158 | 2,199 |
| 1990 | 161 | 164 | 165 | 209 | 273 | 233 | 193 | 192 | 168 | 165 | 163 | 162 | 2,248 |
| 76 - 90 AVG | 158 | 165 | 165 | 220 | 230 | 209 | 187 | 176 | 165 | 165 | 162 | 159 | 2,161 |

**Terminous (344)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 37 | 36 | 35 | 63 | 76 | 69 | 76 | 86 | 55 | 42 | 39 | 40 | 654 |
| 1977 | 48 | 44 | 39 | 64 | 75 | 76 | 81 | 87 | 66 | 49 | 46 | 44 | 719 |
| 1978 | 52 | 47 | 43 | 76 | 75 | 76 | 62 | 54 | 43 | 43 | 37 | 38 | 646 |
| 1979 | 44 | 39 | 36 | 77 | 88 | 56 | 53 | 51 | 41 | 39 | 37 | 38 | 599 |
| 1980 | 38 | 38 | 36 | 49 | 54 | 48 | 52 | 49 | 42 | 44 | 37 | 38 | 523 |
| 1981 | 39 | 41 | 35 | 58 | 65 | 66 | 62 | 73 | 55 | 43 | 40 | 38 | 615 |
| 1982 | 41 | 52 | 50 | 59 | 42 | 60 | 38 | 39 | 41 | 39 | 37 | 36 | 534 |
| 1983 | 36 | 62 | 46 | 71 | 58 | 58 | 48 | 37 | 42 | 39 | 37 | 36 | 570 |
| 1984 | 38 | 42 | 53 | 45 | 44 | 42 | 52 | 63 | 43 | 38 | 36 | 37 | 533 |
| 1985 | 38 | 62 | 43 | 56 | 72 | 84 | 66 | 87 | 52 | 43 | 40 | 39 | 662 |
| 1986 | 45 | 43 | 39 | 74 | 63 | 51 | 56 | 50 | 45 | 43 | 37 | 36 | 582 |
| 1987 | 39 | 40 | 35 | 61 | 86 | 92 | 81 | 83 | 55 | 45 | 44 | 43 | 704 |
| 1988 | 51 | 46 | 41 | 76 | 88 | 83 | 78 | 73 | 54 | 43 | 42 | 42 | 717 |
| 1989 | 45 | 41 | 39 | 64 | 93 | 56 | 55 | 62 | 50 | 42 | 40 | 37 | 624 |
| 1990 | 42 | 42 | 39 | 58 | 89 | 76 | 62 | 69 | 49 | 41 | 40 | 41 | 648 |
| 76 - 90 AVG | 42 | 45 | 41 | 63 | 71 | 66 | 61 | 63 | 49 | 42 | 39 | 39 | 622 |

**Terminous (344)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2359 | 2568 | 3064 | 5418 | 6062 | 4867 | 4416 | 4796 | 3353 | 3398 | 3008 | 2779 | 46,088 |
| 1977 | 2853 | 2939 | 3270 | 5496 | 6074 | 5229 | 4634 | 4657 | 3809 | 3848 | 3445 | 2981 | 49,233 |
| 1978 | 3041 | 3039 | 3455 | 6416 | 5969 | 5040 | 3443 | 3054 | 2734 | 3485 | 2658 | 2702 | 42,720 |
| 1979 | 2658 | 2710 | 3090 | 6407 | 6877 | 3829 | 2937 | 2875 | 2626 | 3186 | 2839 | 2706 | 45,234 |
| 1980 | 2440 | 2561 | 3085 | 4031 | 4575 | 3419 | 2935 | 2813 | 2631 | 3428 | 2868 | 2692 | 37,478 |
| 1981 | 2481 | 2775 | 3047 | 4907 | 5492 | 4486 | 3571 | 4020 | 3331 | 3478 | 3043 | 2683 | 43,314 |
| 1982 | 2593 | 3186 | 3808 | 4946 | 3644 | 4138 | 2178 | 2396 | 2582 | 3179 | 2853 | 2532 | 38,037 |
| 1983 | 2320 | 3688 | 3482 | 5966 | 4817 | 3981 | 2723 | 2330 | 2527 | 2957 | 2779 | 2517 | 40,087 |
| 1984 | 2401 | 2660 | 4028 | 3519 | 3607 | 3022 | 2973 | 3543 | 2713 | 3065 | 2824 | 2631 | 37,006 |
| 1985 | 2431 | 3670 | 3549 | 4788 | 5717 | 5632 | 3707 | 3778 | 3193 | 3410 | 3067 | 2718 | 45,860 |
| 1986 | 2749 | 2825 | 3260 | 6090 | 4945 | 3529 | 3147 | 2823 | 2774 | 3448 | 2848 | 2809 | 41,047 |
| 1987 | 2449 | 2755 | 3047 | 5098 | 6758 | 6095 | 4808 | 4717 | 3351 | 3613 | 3342 | 2973 | 49,006 |
| 1988 | 2985 | 3030 | 3378 | 6428 | 7047 | 5993 | 4635 | 4218 | 3252 | 3452 | 3204 | 2872 | 50,494 |
| 1989 | 2774 | 2804 | 3272 | 5484 | 7175 | 3863 | 3202 | 3796 | 3108 | 3330 | 3026 | 2662 | 44,496 |
| 1990 | 2606 | 2846 | 3298 | 4818 | 6990 | 5187 | 3734 | 4019 | 2965 | 3286 | 3058 | 2825 | 45,612 |
| 76 - 90 AVG | 2,609 | 2,937 | 3,342 | 5,321 | 5,717 | 4,553 | 3,536 | 3,589 | 2,997 | 3,372 | 3,004 | 2,725 | 43,702 |

**Terminous, 344**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 149 | 165 | 176 | 226 | 234 | 206 | 209 | 196 | 177 | 172 | 159 | 161 |
| 1977 | 168 | 169 | 171 | 228 | 254 | 229 | 218 | 209 | 173 | 172 | 167 | 164 |
| 1978 | 189 | 167 | 169 | 246 | 227 | 223 | 184 | 162 | 159 | 161 | 158 | 158 |
| 1979 | 162 | 159 | 175 | 256 | 266 | 185 | 167 | 155 | 157 | 160 | 159 | 157 |
| 1980 | 151 | 156 | 176 | 181 | 188 | 172 | 185 | 153 | 155 | 160 | 158 | 157 |
| 1981 | 151 | 160 | 175 | 214 | 215 | 206 | 189 | 184 | 173 | 173 | 161 | 158 |
| 1982 | 160 | 173 | 173 | 205 | 161 | 195 | 147 | 141 | 155 | 160 | 158 | 153 |
| 1983 | 146 | 176 | 163 | 225 | 196 | 189 | 159 | 140 | 146 | 161 | 157 | 153 |
| 1984 | 148 | 152 | 178 | 170 | 165 | 158 | 164 | 170 | 160 | 160 | 158 | 156 |
| 1985 | 150 | 181 | 204 | 217 | 218 | 226 | 192 | 181 | 169 | 168 | 162 | 159 |
| 1986 | 162 | 162 | 185 | 247 | 203 | 177 | 177 | 152 | 159 | 160 | 158 | 155 |
| 1987 | 151 | 160 | 176 | 224 | 255 | 251 | 224 | 194 | 174 | 189 | 165 | 163 |
| 1988 | 165 | 165 | 205 | 276 | 259 | 238 | 220 | 194 | 174 | 172 | 164 | 162 |
| 1989 | 165 | 163 | 165 | 223 | 269 | 189 | 177 | 179 | 165 | 166 | 162 | 158 |
| 1990 | 160 | 163 | 164 | 208 | 266 | 221 | 196 | 191 | 167 | 168 | 163 | 161 |
| Average | 157 | 165 | 177 | 223 | 225 | 204 | 186 | 173 | 164 | 165 | 161 | 158 |

**Terminous, 344**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 36 | 47 | 51 | 88 | 72 | 62 | 71 | 74 | 58 | 47 | 37 | 40 |
| 1977 | 49 | 46 | 43 | 67 | 81 | 72 | 75 | 84 | 53 | 47 | 44 | 43 |
| 1978 | 50 | 45 | 42 | 75 | 70 | 74 | 64 | 58 | 43 | 38 | 36 | 37 |
| 1979 | 43 | 38 | 48 | 81 | 89 | 56 | 53 | 53 | 41 | 38 | 37 | 38 |
| 1980 | 37 | 36 | 47 | 49 | 53 | 49 | 52 | 51 | 42 | 39 | 36 | 39 |
| 1981 | 38 | 40 | 49 | 63 | 63 | 65 | 63 | 67 | 55 | 47 | 38 | 38 |
| 1982 | 41 | 53 | 49 | 59 | 41 | 62 | 38 | 39 | 41 | 38 | 37 | 36 |
| 1983 | 36 | 60 | 46 | 69 | 58 | 59 | 48 | 37 | 41 | 48 | 37 | 43 |
| 1984 | 38 | 41 | 53 | 45 | 44 | 42 | 51 | 62 | 43 | 38 | 37 | 37 |
| 1985 | 37 | 61 | 67 | 65 | 66 | 77 | 67 | 66 | 50 | 43 | 39 | 38 |
| 1986 | 43 | 41 | 54 | 77 | 61 | 51 | 59 | 51 | 45 | 38 | 36 | 36 |
| 1987 | 38 | 40 | 50 | 69 | 82 | 88 | 80 | 69 | 54 | 45 | 42 | 42 |
| 1988 | 46 | 43 | 64 | 90 | 81 | 77 | 77 | 70 | 54 | 46 | 42 | 41 |
| 1989 | 46 | 41 | 39 | 64 | 88 | 56 | 55 | 63 | 47 | 42 | 40 | 37 |
| 1990 | 40 | 41 | 39 | 57 | 85 | 70 | 66 | 71 | 49 | 44 | 40 | 41 |
| Average | 41 | 45 | 49 | 67 | 69 | 64 | 61 | 61 | 48 | 43 | 39 | 39 |

**Terminous, 344**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2332 | 3019 | 3647 | 5429 | 5711 | 4369 | 4222 | 4437 | 3535 | 3742 | 2848 | 2765 |
| 1977 | 2809 | 3035 | 3500 | 5707 | 6455 | 5139 | 4488 | 4595 | 3203 | 3745 | 3321 | 2939 |
| 1978 | 2955 | 2959 | 3408 | 6315 | 5629 | 4916 | 3504 | 3253 | 2700 | 3101 | 2812 | 2660 |
| 1979 | 2639 | 2651 | 3509 | 6482 | 6928 | 3818 | 2978 | 2960 | 2609 | 3097 | 2859 | 2671 |
| 1980 | 2397 | 2587 | 3635 | 3969 | 4541 | 3464 | 2919 | 2879 | 2597 | 3094 | 2806 | 2687 |
| 1981 | 2436 | 2750 | 3507 | 4949 | 5263 | 4403 | 3613 | 3889 | 3350 | 3781 | 2970 | 2683 |
| 1982 | 2578 | 3253 | 3711 | 4897 | 3606 | 4212 | 2192 | 2395 | 2582 | 3073 | 2835 | 2523 |
| 1983 | 2326 | 3626 | 3477 | 5769 | 4770 | 4089 | 2717 | 2329 | 2499 | 3510 | 2764 | 2720 |
| 1984 | 2395 | 2619 | 4014 | 3555 | 3641 | 3038 | 2894 | 3505 | 2712 | 3063 | 2821 | 2618 |
| 1985 | 2374 | 3814 | 4831 | 5142 | 5272 | 5147 | 3779 | 3832 | 3085 | 3492 | 3009 | 2700 |
| 1986 | 2669 | 2757 | 4040 | 6202 | 4884 | 3556 | 3311 | 2671 | 2762 | 3062 | 2820 | 2596 |
| 1987 | 2431 | 2741 | 3511 | 5269 | 6383 | 5718 | 4779 | 4260 | 3361 | 3579 | 3218 | 2906 |
| 1988 | 2784 | 2893 | 4587 | 7072 | 6587 | 5565 | 4624 | 4178 | 3296 | 3692 | 3169 | 2830 |
| 1989 | 2777 | 2805 | 3271 | 5452 | 6838 | 3841 | 3158 | 3706 | 2894 | 3337 | 3041 | 2661 |
| 1990 | 2545 | 2789 | 3274 | 4782 | 6749 | 4796 | 3900 | 4017 | 2974 | 3492 | 3060 | 2814 |
| Average | 2569 | 2940 | 3728 | 5399 | 5550 | 4403 | 3538 | 3540 | 2944 | 3391 | 2957 | 2718 |

**SJR @ San Andreas Landing (45)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 183 | 187 | 174 | 331 | 491 | 452 | 353 | 326 | 293 | 331 | 451 | 478 | 4,030 |
| 1977 | 579 | 695 | 640 | 868 | 968 | 637 | 453 | 434 | 493 | 619 | 747 | 870 | 8,003 |
| 1978 | 736 | 620 | 440 | 271 | 219 | 220 | 202 | 188 | 175 | 181 | 212 | 230 | 3,694 |
| 1979 | 301 | 482 | 468 | 359 | 253 | 203 | 183 | 183 | 177 | 186 | 248 | 341 | 3,384 |
| 1980 | 452 | 422 | 274 | 169 | 183 | 175 | 178 | 180 | 173 | 181 | 202 | 251 | 2,860 |
| 1981 | 318 | 412 | 284 | 203 | 197 | 186 | 182 | 203 | 247 | 300 | 363 | 429 | 3,324 |
| 1982 | 500 | 448 | 189 | 209 | 171 | 188 | 160 | 167 | 165 | 169 | 174 | 183 | 2,703 |
| 1983 | 157 | 187 | 167 | 194 | 179 | 173 | 164 | 157 | 166 | 165 | 168 | 166 | 2,062 |
| 1984 | 160 | 172 | 171 | 177 | 185 | 178 | 173 | 199 | 196 | 187 | 211 | 287 | 2,292 |
| 1985 | 453 | 461 | 190 | 279 | 430 | 287 | 223 | 239 | 225 | 227 | 363 | 440 | 3,857 |
| 1986 | 497 | 475 | 358 | 392 | 197 | 170 | 179 | 184 | 180 | 188 | 208 | 296 | 3,324 |
| 1987 | 468 | 648 | 538 | 847 | 698 | 337 | 219 | 219 | 252 | 305 | 420 | 521 | 5,472 |
| 1988 | 449 | 383 | 349 | 429 | 261 | 255 | 345 | 406 | 324 | 335 | 582 | 714 | 4,832 |
| 1989 | 609 | 528 | 493 | 814 | 786 | 310 | 185 | 204 | 237 | 287 | 385 | 444 | 5,282 |
| 1990 | 499 | 629 | 595 | 1107 | 727 | 355 | 345 | 316 | 284 | 319 | 523 | 667 | 6,346 |
| 76 - 90 AVG | 424 | 449 | 355 | 445 | 396 | 274 | 236 | 240 | 238 | 271 | 350 | 420 | 4,098 |

**SJR @ San Andreas Landing (45)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 68 | 44 | 51 | 225 | 415 | 373 | 254 | 221 | 184 | 232 | 383 | 420 | 2,870 |
| 1977 | 536 | 666 | 599 | 872 | 992 | 596 | 373 | 346 | 418 | 570 | 730 | 886 | 7,584 |
| 1978 | 720 | 561 | 350 | 114 | 62 | 65 | 57 | 53 | 49 | 56 | 95 | 120 | 2,302 |
| 1979 | 206 | 424 | 404 | 237 | 84 | 59 | 49 | 58 | 56 | 62 | 139 | 254 | 2,034 |
| 1980 | 391 | 354 | 170 | 55 | 50 | 43 | 46 | 50 | 49 | 58 | 83 | 145 | 1,492 |
| 1981 | 228 | 337 | 183 | 70 | 52 | 47 | 47 | 75 | 134 | 200 | 278 | 361 | 2,012 |
| 1982 | 448 | 382 | 67 | 61 | 44 | 54 | 38 | 42 | 42 | 44 | 52 | 42 | 1,314 |
| 1983 | 38 | 57 | 45 | 58 | 48 | 46 | 39 | 38 | 40 | 51 | 42 | 42 | 540 |
| 1984 | 40 | 46 | 48 | 45 | 48 | 45 | 43 | 71 | 77 | 64 | 95 | 190 | 812 |
| 1985 | 392 | 398 | 68 | 185 | 340 | 138 | 92 | 119 | 107 | 185 | 278 | 374 | 2,656 |
| 1986 | 443 | 412 | 268 | 293 | 64 | 45 | 48 | 53 | 53 | 60 | 88 | 199 | 2,026 |
| 1987 | 409 | 622 | 490 | 854 | 662 | 226 | 87 | 90 | 139 | 205 | 346 | 471 | 4,601 |
| 1988 | 384 | 296 | 254 | 343 | 133 | 130 | 243 | 322 | 228 | 240 | 539 | 702 | 3,814 |
| 1989 | 572 | 489 | 430 | 809 | 764 | 203 | 59 | 84 | 126 | 185 | 305 | 379 | 4,385 |
| 1990 | 446 | 596 | 553 | 1167 | 696 | 248 | 246 | 217 | 158 | 222 | 469 | 648 | 5,666 |
| 76 - 90 AVG | 355 | 378 | 265 | 358 | 297 | 155 | 115 | 122 | 124 | 162 | 261 | 349 | 2,941 |

**SJR @ San Andreas Landing (45)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2356 | 2493 | 2915 | 3481 | 3812 | 3531 | 3051 | 3088 | 3191 | 3173 | 2958 | 2748 | 36,797 |
| 1977 | 2755 | 2865 | 3076 | 3454 | 3770 | 3600 | 3188 | 3234 | 3379 | 3501 | 3507 | 3212 | 39,541 |
| 1978 | 3030 | 3044 | 3411 | 4852 | 4911 | 4587 | 3665 | 3163 | 2742 | 2974 | 2962 | 2701 | 42,022 |
| 1979 | 2594 | 2592 | 2915 | 4185 | 5669 | 4077 | 3018 | 2759 | 2676 | 2950 | 2899 | 2744 | 39,078 |
| 1980 | 2585 | 2526 | 3020 | 3819 | 4952 | 4016 | 3181 | 2884 | 2705 | 2926 | 2894 | 2746 | 38,234 |
| 1981 | 2603 | 2855 | 2949 | 3503 | 4122 | 3648 | 3012 | 2934 | 2874 | 2904 | 2874 | 2604 | 36,772 |
| 1982 | 2809 | 2850 | 3203 | 4340 | 4211 | 4160 | 3008 | 2816 | 2535 | 2827 | 2782 | 2545 | 37,686 |
| 1983 | 2347 | 3202 | 3469 | 4427 | 5053 | 4045 | 3596 | 2888 | 3194 | 3449 | 2856 | 2698 | 41,224 |
| 1984 | 2423 | 2798 | 3693 | 3814 | 4187 | 3469 | 2746 | 2734 | 2761 | 2929 | 2857 | 2717 | 37,128 |
| 1985 | 2516 | 2700 | 3152 | 3405 | 3869 | 3811 | 3170 | 2937 | 2880 | 2907 | 2888 | 2716 | 36,931 |
| 1986 | 2646 | 2713 | 3138 | 3866 | 4755 | 3873 | 3242 | 3002 | 2837 | 3113 | 3031 | 2770 | 38,766 |
| 1987 | 2591 | 2645 | 2921 | 3272 | 3877 | 3657 | 3183 | 3109 | 2911 | 2928 | 2948 | 2782 | 36,822 |
| 1988 | 2638 | 2740 | 3099 | 3451 | 3915 | 3770 | 3105 | 2889 | 2887 | 3030 | 3094 | 2896 | 37,514 |
| 1989 | 2841 | 2822 | 3024 | 3414 | 3934 | 3324 | 2623 | 2665 | 2733 | 2873 | 2913 | 2706 | 35,872 |
| 1990 | 2599 | 2702 | 3022 | 3228 | 3825 | 3810 | 2922 | 2751 | 2793 | 2960 | 3015 | 2850 | 36,477 |
| 76 - 90 AVG | 2,608 | 2,743 | 3,134 | 3,754 | 4,324 | 3,824 | 3,114 | 2,924 | 2,872 | 3,030 | 2,965 | 2,766 | 38,059 |

SJR @ SAL

**SJR @ San Andreas Landing (45)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 190 | 176 | 256 | 682 | 744 | 509 | 362 | 348 | 309 | 296 | 422 | 528 | 4,030 |
| 1,977 | 632 | 771 | 751 | 992 | 1024 | 655 | 462 | 470 | 559 | 659 | 772 | 907 | 8,003 |
| 1,978 | 803 | 841 | 421 | 269 | 240 | 234 | 193 | 180 | 173 | 182 | 214 | 283 | 3,694 |
| 1,979 | 439 | 530 | 454 | 400 | 262 | 200 | 178 | 183 | 182 | 200 | 293 | 370 | 3,384 |
| 1,980 | 426 | 382 | 244 | 220 | 186 | 168 | 170 | 175 | 173 | 182 | 208 | 297 | 2,860 |
| 1,981 | 426 | 550 | 498 | 399 | 223 | 184 | 182 | 233 | 260 | 304 | 407 | 487 | 3,324 |
| 1,982 | 535 | 427 | 187 | 217 | 182 | 190 | 156 | 162 | 164 | 171 | 182 | 165 | 2,703 |
| 1,983 | 155 | 189 | 172 | 192 | 163 | 149 | 140 | 155 | 163 | 176 | 166 | 164 | 2,062 |
| 1,984 | 158 | 193 | 176 | 173 | 176 | 173 | 171 | 187 | 191 | 199 | 236 | 298 | 2,292 |
| 1,985 | 433 | 489 | 231 | 341 | 523 | 326 | 253 | 291 | 257 | 292 | 418 | 518 | 3,857 |
| 1,986 | 520 | 466 | 361 | 394 | 248 | 183 | 168 | 179 | 180 | 186 | 207 | 279 | 3,324 |
| 1,987 | 433 | 625 | 549 | 946 | 723 | 333 | 215 | 217 | 251 | 296 | 429 | 667 | 5,472 |
| 1,988 | 625 | 488 | 421 | 472 | 275 | 254 | 324 | 369 | 319 | 326 | 559 | 785 | 4,832 |
| 1,989 | 736 | 589 | 490 | 830 | 796 | 303 | 183 | 189 | 209 | 289 | 387 | 449 | 5,282 |
| 1,990 | 521 | 665 | 638 | 1081 | 681 | 355 | 366 | 358 | 296 | 321 | 482 | 658 | 6,346 |
| 76 - 90 AVG | 489 | 477 | 390 | 507 | 430 | 280 | 235 | 246 | 245 | 271 | 359 | 457 | 4,098 |

**SJR @ San Andreas Landing (45)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 77 | 56 | 151 | 651 | 722 | 442 | 264 | 248 | 205 | 191 | 348 | 479 | 2,870 |
| 1,977 | 599 | 756 | 731 | 1020 | 1060 | 618 | 383 | 390 | 499 | 618 | 758 | 928 | 7,584 |
| 1,978 | 788 | 575 | 326 | 112 | 74 | 72 | 53 | 49 | 48 | 56 | 97 | 183 | 2,302 |
| 1,979 | 371 | 480 | 390 | 288 | 94 | 57 | 47 | 59 | 61 | 81 | 195 | 290 | 2,034 |
| 1,980 | 360 | 306 | 134 | 70 | 50 | 43 | 42 | 48 | 50 | 57 | 90 | 200 | 1,492 |
| 1,981 | 359 | 505 | 442 | 311 | 93 | 51 | 52 | 115 | 150 | 203 | 330 | 430 | 2,012 |
| 1,982 | 488 | 357 | 64 | 66 | 49 | 54 | 38 | 39 | 42 | 46 | 61 | 45 | 1,314 |
| 1,983 | 36 | 58 | 47 | 56 | 48 | 46 | 39 | 36 | 40 | 48 | 41 | 40 | 540 |
| 1,984 | 39 | 58 | 49 | 44 | 44 | 42 | 42 | 60 | 70 | 80 | 126 | 203 | 812 |
| 1,985 | 368 | 432 | 115 | 242 | 453 | 207 | 127 | 186 | 149 | 190 | 342 | 467 | 2,656 |
| 1,986 | 468 | 399 | 270 | 296 | 91 | 46 | 45 | 51 | 53 | 58 | 89 | 180 | 2,026 |
| 1,987 | 369 | 594 | 503 | 975 | 693 | 220 | 84 | 90 | 138 | 193 | 354 | 645 | 4,601 |
| 1,988 | 590 | 417 | 343 | 394 | 145 | 124 | 215 | 274 | 218 | 227 | 510 | 788 | 3,814 |
| 1,989 | 726 | 522 | 428 | 829 | 776 | 195 | 57 | 65 | 91 | 164 | 307 | 385 | 4,385 |
| 1,990 | 472 | 641 | 604 | 1136 | 644 | 249 | 273 | 267 | 184 | 224 | 420 | 636 | 5,666 |
| 76 - 90 AVG | 407 | 410 | 306 | 433 | 336 | 164 | 117 | 132 | 133 | 162 | 271 | 393 | 2,941 |

**SJR @ San Andreas Landing (45)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 2359 | 2476 | 2881 | 3394 | 3758 | 3527 | 3036 | 3051 | 3178 | 3098 | 2961 | 2770 | 36,797 |
| 1,977 | 2757 | 2850 | 3085 | 3453 | 3758 | 3593 | 3205 | 3218 | 3371 | 3541 | 3589 | 3312 | 39,541 |
| 1,978 | 3197 | 3148 | 3397 | 4841 | 5256 | 4575 | 3565 | 3080 | 2749 | 3030 | 2899 | 3312 | 39,078 |
| 1,979 | 2667 | 2628 | 2893 | 4075 | 5468 | 4016 | 2924 | 2750 | 2585 | 2617 | 2796 | 2655 | 42,022 |
| 1,980 | 2523 | 2516 | 3017 | 3638 | 4855 | 3838 | 3012 | 2827 | 2719 | 2952 | 2893 | 2731 | 38,234 |
| 1,981 | 2615 | 2648 | 2922 | 3286 | 3816 | 3382 | 2817 | 2828 | 2961 | 2967 | 2954 | 2731 | 38,234 |
| 1,982 | 2624 | 2649 | 3200 | 4367 | 4197 | 4126 | 2980 | 2604 | 2558 | 2841 | 2797 | 2557 | 36,772 |
| 1,983 | 2313 | 3118 | 3467 | 4413 | 5042 | 4031 | 3575 | 2876 | 3205 | 3421 | 2863 | 2662 | 37,686 |
| 1,984 | 2397 | 2781 | 3687 | 3778 | 4124 | 3405 | 2731 | 2780 | 2721 | 2848 | 2794 | 2670 | 41,224 |
| 1,985 | 2498 | 2710 | 3148 | 3310 | 3795 | 3955 | 3163 | 2814 | 2779 | 2925 | 2998 | 2796 | 37,128 |
| 1,986 | 2703 | 2740 | 3134 | 3636 | 4719 | 3840 | 3229 | 3013 | 2863 | 3066 | 2891 | 2687 | 36,931 |
| 1,987 | 2568 | 2644 | 2914 | 3219 | 3845 | 3654 | 3082 | 3012 | 2915 | 3002 | 3099 | 2968 | 38,786 |
| 1,988 | 2852 | 2853 | 3093 | 3444 | 4064 | 3904 | 3216 | 3025 | 3043 | 3125 | 3139 | 2953 | 36,822 |
| 1,989 | 2859 | 2784 | 2994 | 3395 | 3940 | 3321 | 2617 | 2701 | 2720 | 2864 | 2901 | 2710 | 37,514 |
| 1,990 | 2595 | 2693 | 3019 | 3221 | 3788 | 3753 | 2879 | 2696 | 2741 | 2922 | 2975 | 2860 | 35,872 |
| 76 - 90 AVG | 2,635 | 2,749 | 3,123 | 3,711 | 4,295 | 3,795 | 3,069 | 2,898 | 2,868 | 3,028 | 2,970 | 2,788 | 38,059 |

SJR @ San Andreas Landing (45)
State Permit
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 184 | 174 | 254 | 677 | 735 | 503 | 361 | 347 | 302 | 286 | 422 | 545 | 4,790 |
| 1977 | 691 | 867 | 790 | 925 | 977 | 656 | 461 | 463 | 545 | 652 | 772 | 914 | 8,713 |
| 1978 | 789 | 664 | 464 | 271 | 233 | 220 | 197 | 183 | 174 | 181 | 211 | 282 | 3,869 |
| 1979 | 444 | 536 | 443 | 392 | 260 | 199 | 178 | 183 | 180 | 198 | 204 | 373 | 3,680 |
| 1980 | 414 | 361 | 229 | 188 | 182 | 173 | 173 | 177 | 174 | 182 | 212 | 306 | 2,771 |
| 1981 | 409 | 458 | 430 | 378 | 218 | 184 | 183 | 239 | 259 | 302 | 409 | 471 | 3,940 |
| 1982 | 513 | 400 | 184 | 209 | 172 | 187 | 159 | 166 | 165 | 171 | 181 | 164 | 2,671 |
| 1983 | 155 | 180 | 166 | 194 | 179 | 172 | 163 | 156 | 164 | 182 | 168 | 164 | 2,043 |
| 1984 | 158 | 170 | 171 | 176 | 182 | 175 | 172 | 187 | 192 | 199 | 236 | 298 | 2,316 |
| 1985 | 429 | 467 | 225 | 311 | 494 | 321 | 244 | 266 | 235 | 288 | 425 | 516 | 4,221 |
| 1986 | 530 | 490 | 356 | 383 | 196 | 170 | 181 | 186 | 182 | 187 | 208 | 279 | 3,348 |
| 1987 | 431 | 620 | 544 | 934 | 713 | 329 | 214 | 217 | 252 | 296 | 432 | 668 | 5,652 |
| 1988 | 690 | 596 | 481 | 479 | 271 | 252 | 333 | 380 | 313 | 297 | 495 | 695 | 5,282 |
| 1989 | 673 | 572 | 497 | 826 | 811 | 318 | 185 | 189 | 208 | 278 | 434 | 489 | 5,480 |
| 1990 | 514 | 658 | 638 | 1051 | 639 | 338 | 340 | 323 | 277 | 312 | 474 | 651 | 6,215 |
| 76 - 90 AVG | 468 | 481 | 391 | 493 | 417 | 280 | 236 | 244 | 241 | 268 | 358 | 454 | 4,333 |

SJR @ San Andreas Landing (45)
State Permit
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 69 | 54 | 148 | 645 | 712 | 434 | 265 | 248 | 197 | 181 | 348 | 500 | 3,801 |
| 1977 | 673 | 879 | 782 | 937 | 1001 | 619 | 383 | 384 | 484 | 611 | 759 | 936 | 8,448 |
| 1978 | 777 | 614 | 382 | 115 | 70 | 65 | 56 | 51 | 48 | 55 | 95 | 181 | 2,509 |
| 1979 | 378 | 488 | 376 | 279 | 93 | 56 | 47 | 59 | 59 | 78 | 196 | 293 | 2,402 |
| 1980 | 346 | 281 | 117 | 53 | 49 | 43 | 43 | 49 | 50 | 57 | 95 | 210 | 1,393 |
| 1981 | 338 | 393 | 360 | 286 | 87 | 50 | 53 | 122 | 149 | 200 | 331 | 411 | 2,780 |
| 1982 | 481 | 323 | 60 | 62 | 44 | 54 | 38 | 41 | 42 | 46 | 60 | 44 | 1,275 |
| 1983 | 36 | 54 | 45 | 56 | 48 | 46 | 39 | 36 | 40 | 51 | 42 | 41 | 534 |
| 1984 | 39 | 45 | 48 | 44 | 47 | 43 | 42 | 60 | 70 | 80 | 126 | 204 | 848 |
| 1985 | 364 | 405 | 108 | 206 | 418 | 202 | 118 | 154 | 122 | 184 | 350 | 465 | 3,096 |
| 1986 | 480 | 429 | 265 | 282 | 53 | 45 | 49 | 53 | 54 | 59 | 90 | 179 | 2,048 |
| 1987 | 365 | 588 | 497 | 960 | 682 | 216 | 83 | 91 | 140 | 196 | 358 | 646 | 4,822 |
| 1988 | 671 | 552 | 416 | 403 | 141 | 122 | 226 | 288 | 213 | 195 | 434 | 679 | 4,340 |
| 1989 | 652 | 528 | 436 | 825 | 796 | 214 | 60 | 64 | 90 | 173 | 362 | 434 | 4,634 |
| 1990 | 465 | 633 | 605 | 1100 | 591 | 229 | 240 | 226 | 173 | 215 | 410 | 827 | 5,514 |
| 76 - 90 AVG | 408 | 418 | 310 | 417 | 323 | 163 | 116 | 128 | 129 | 159 | 270 | 390 | 3,230 |

SJR @ San Andreas Landing (45)
State Permit
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2356 | 2476 | 2881 | 3391 | 3756 | 3528 | 3005 | 3008 | 3090 | 3020 | 2960 | 2781 | 36,252 |
| 1977 | 2727 | 2791 | 3059 | 3539 | 3832 | 3604 | 3179 | 3169 | 3333 | 3516 | 3574 | 3308 | 39,629 |
| 1978 | 3110 | 3067 | 3382 | 4811 | 5250 | 4571 | 3565 | 3079 | 2752 | 2989 | 2876 | 3308 | 42,178 |
| 1979 | 2644 | 2611 | 2900 | 4088 | 5461 | 4011 | 2923 | 2740 | 2592 | 2834 | 2805 | 2726 | 42,178 |
| 1980 | 2495 | 2505 | 3011 | 3828 | 4852 | 3853 | 3026 | 2832 | 2721 | 2941 | 2891 | 2655 | 38,264 |
| 1981 | 2559 | 2623 | 2925 | 3280 | 3812 | 3449 | 2649 | 2829 | 2875 | 3012 | 3002 | 2743 | 37,713 |
| 1982 | 2632 | 2645 | 3197 | 4366 | 4200 | 4147 | 2982 | 2801 | 2551 | 2838 | 2795 | 2743 | 35,958 |
| 1983 | 2311 | 3117 | 3465 | 4423 | 5045 | 4032 | 3573 | 2876 | 3204 | 3422 | 2863 | 2549 | 37,703 |
| 1984 | 2396 | 2781 | 3687 | 3777 | 4124 | 3405 | 2732 | 2781 | 2722 | 2848 | 2794 | 2660 | 40,991 |
| 1985 | 2464 | 2698 | 3146 | 3347 | 3824 | 3873 | 3123 | 2645 | 2799 | 2936 | 3011 | 2784 | 36,717 |
| 1986 | 2692 | 2733 | 3129 | 3640 | 4720 | 3839 | 3267 | 3035 | 2864 | 3097 | 2911 | 2690 | 36,850 |
| 1987 | 2569 | 2642 | 2914 | 3220 | 3845 | 3654 | 3067 | 2992 | 2899 | 2988 | 3080 | 2956 | 36,826 |
| 1988 | 2826 | 2813 | 3073 | 3433 | 4073 | 3913 | 3175 | 2988 | 2910 | 2977 | 3077 | 2926 | 38,164 |
| 1989 | 2825 | 2766 | 2991 | 3392 | 3889 | 3295 | 2617 | 2707 | 2741 | 2883 | 2959 | 2728 | 35,793 |
| 1990 | 2583 | 2667 | 3009 | 3221 | 3604 | 3770 | 2907 | 2737 | 2733 | 2881 | 2978 | 2847 | 36,137 |
| 76 - 90 AVG | 2,613 | 2,729 | 3,118 | 3,717 | 4,299 | 3,796 | 3,066 | 2,895 | 2,852 | 3,012 | 2,972 | 2,785 | 37,854 |

**SJR @ San Andreas Landing (45)**
Percent Inflow
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 183 | 174 | 250 | 653 | 734 | 506 | 359 | 335 | 298 | 293 | 427 | 545 | 4,757 |
| 1977 | 644 | 767 | 752 | 984 | 1011 | 647 | 460 | 469 | 557 | 663 | 778 | 914 | 8,646 |
| 1978 | 806 | 639 | 422 | 269 | 233 | 220 | 197 | 183 | 174 | 184 | 215 | 282 | 3,824 |
| 1979 | 438 | 525 | 457 | 415 | 265 | 199 | 178 | 184 | 182 | 202 | 295 | 370 | 3,710 |
| 1980 | 427 | 388 | 245 | 189 | 182 | 173 | 173 | 177 | 174 | 184 | 210 | 291 | 2,813 |
| 1981 | 458 | 628 | 537 | 491 | 252 | 189 | 182 | 226 | 252 | 302 | 403 | 465 | 4,383 |
| 1982 | 504 | 420 | 187 | 209 | 172 | 187 | 159 | 187 | 166 | 173 | 187 | 168 | 2,699 |
| 1983 | 155 | 180 | 165 | 193 | 178 | 172 | 163 | 156 | 164 | 182 | 168 | 164 | 2,040 |
| 1984 | 158 | 170 | 171 | 176 | 182 | 175 | 172 | 187 | 192 | 199 | 236 | 298 | 2,316 |
| 1985 | 436 | 520 | 201 | 331 | 524 | 325 | 252 | 281 | 249 | 298 | 439 | 526 | 4,382 |
| 1986 | 529 | 480 | 364 | 368 | 194 | 170 | 179 | 185 | 182 | 186 | 206 | 279 | 3,324 |
| 1987 | 429 | 618 | 544 | 934 | 714 | 329 | 216 | 216 | 244 | 289 | 421 | 639 | 5,593 |
| 1988 | 562 | 426 | 381 | 444 | 265 | 250 | 313 | 350 | 309 | 324 | 554 | 781 | 4,959 |
| 1989 | 733 | 578 | 494 | 822 | 786 | 301 | 183 | 189 | 208 | 270 | 389 | 449 | 5,400 |
| 1990 | 519 | 654 | 627 | 1071 | 681 | 356 | 363 | 345 | 274 | 322 | 531 | 720 | 6,463 |
| 76 - 90 AVG | 465 | 478 | 386 | 503 | 425 | 280 | 237 | 243 | 242 | 271 | 364 | 459 | 4,354 |

**SJR @ San Andreas Landing (45)**
Percent Inflow
Bromide
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 68 | 54 | 143 | 615 | 709 | 438 | 261 | 232 | 191 | 187 | 354 | 501 | 3,753 |
| 1977 | 615 | 754 | 733 | 1010 | 1043 | 609 | 381 | 391 | 497 | 624 | 766 | 938 | 8,359 |
| 1978 | 793 | 575 | 328 | 112 | 70 | 65 | 56 | 51 | 48 | 57 | 98 | 182 | 2,435 |
| 1979 | 369 | 474 | 393 | 306 | 98 | 56 | 47 | 51 | 61 | 83 | 198 | 290 | 2,434 |
| 1980 | 361 | 313 | 135 | 54 | 49 | 43 | 43 | 49 | 50 | 58 | 92 | 193 | 1,440 |
| 1981 | 394 | 599 | 489 | 423 | 129 | 57 | 52 | 105 | 140 | 200 | 325 | 404 | 3,317 |
| 1982 | 451 | 348 | 64 | 62 | 44 | 54 | 38 | 41 | 43 | 47 | 67 | 49 | 1,308 |
| 1983 | 36 | 54 | 45 | 56 | 48 | 46 | 39 | 38 | 40 | 51 | 42 | 41 | 534 |
| 1984 | 39 | 45 | 48 | 44 | 47 | 44 | 43 | 60 | 70 | 80 | 126 | 203 | 849 |
| 1985 | 372 | 489 | 81 | 230 | 454 | 205 | 127 | 174 | 139 | 197 | 366 | 477 | 3,293 |
| 1986 | 479 | 416 | 275 | 265 | 61 | 45 | 48 | 53 | 54 | 58 | 90 | 179 | 2,023 |
| 1987 | 363 | 586 | 497 | 960 | 682 | 216 | 64 | 85 | 128 | 183 | 343 | 610 | 4,737 |
| 1988 | 511 | 336 | 293 | 360 | 134 | 120 | 200 | 249 | 206 | 223 | 504 | 782 | 3,918 |
| 1989 | 723 | 530 | 433 | 820 | 764 | 192 | 57 | 65 | 90 | 164 | 310 | 385 | 4,533 |
| 1990 | 470 | 628 | 590 | 1123 | 644 | 251 | 269 | 253 | 170 | 226 | 479 | 711 | 5,814 |
| 76 - 90 AVG | 403 | 412 | 303 | 429 | 332 | 163 | 116 | 127 | 128 | 163 | 277 | 396 | 3,250 |

**SJR @ San Andreas Landing (45)**
Percent Inflow
Dissolved Organic Carbon
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2355 | 2476 | 2888 | 3418 | 3773 | 3530 | 3037 | 3061 | 3211 | 3107 | 2971 | 2781 | 36,606 |
| 1977 | 2782 | 2853 | 3090 | 3462 | 3764 | 3594 | 3165 | 3167 | 3351 | 3533 | 3584 | 3311 | 39,636 |
| 1978 | 3197 | 3148 | 3399 | 4840 | 5254 | 4580 | 3585 | 3084 | 2751 | 3064 | 2916 | 2729 | 42,527 |
| 1979 | 2668 | 2628 | 2890 | 4105 | 5494 | 4015 | 2916 | 2748 | 2596 | 2617 | 2796 | 2655 | 38,326 |
| 1980 | 2526 | 2518 | 3017 | 3830 | 4858 | 3839 | 3012 | 2827 | 2720 | 3021 | 2923 | 2755 | 37,853 |
| 1981 | 2608 | 2835 | 2917 | 3259 | 3799 | 3405 | 2832 | 2852 | 2879 | 2970 | 2954 | 2721 | 35,831 |
| 1982 | 2610 | 2843 | 3201 | 4367 | 4197 | 4128 | 2981 | 2804 | 2579 | 2863 | 2817 | 2585 | 37,755 |
| 1983 | 2316 | 3123 | 3462 | 4417 | 5043 | 4032 | 3577 | 2876 | 3204 | 3421 | 2883 | 2680 | 40,996 |
| 1984 | 2396 | 2782 | 3687 | 3783 | 4126 | 3413 | 2734 | 2781 | 2721 | 2848 | 2794 | 2670 | 36,735 |
| 1985 | 2504 | 2720 | 3166 | 3335 | 3799 | 3966 | 3167 | 2823 | 2786 | 2864 | 3022 | 2802 | 37,034 |
| 1986 | 2714 | 2751 | 3136 | 3600 | 4714 | 3840 | 3230 | 3014 | 2864 | 3074 | 2896 | 2688 | 38,521 |
| 1987 | 2568 | 2843 | 2915 | 3220 | 3848 | 3655 | 3189 | 3127 | 2992 | 3085 | 3172 | 3005 | 37,377 |
| 1988 | 2888 | 2900 | 3110 | 3442 | 4080 | 3924 | 3276 | 3088 | 3081 | 3158 | 3166 | 2968 | 39,079 |
| 1989 | 2874 | 2804 | 3001 | 3399 | 3946 | 3324 | 2617 | 2701 | 2720 | 2864 | 2900 | 2710 | 35,860 |
| 1990 | 2598 | 2699 | 3024 | 3224 | 3782 | 3746 | 2878 | 2716 | 2778 | 2954 | 3018 | 2679 | 36,296 |
| 76 - 90 AVG | 2,639 | 2,755 | 3,127 | 3,714 | 4,298 | 3,799 | 3,077 | 2,911 | 2,882 | 3,047 | 2,966 | 2,793 | 38,029 |

**SJR @ San Andreas Landing (45)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 198 | 176 | 255 | 674 | 735 | 503 | 356 | 336 | 302 | 295 | 445 | 546 | 4,821 |
| 1977 | 562 | 610 | 531 | 762 | 933 | 629 | 452 | 456 | 543 | 651 | 773 | 924 | 7,826 |
| 1978 | 812 | 666 | 449 | 273 | 231 | 220 | 197 | 183 | 174 | 184 | 216 | 287 | 3,892 |
| 1979 | 443 | 531 | 458 | 415 | 265 | 199 | 178 | 183 | 182 | 197 | 289 | 366 | 3,706 |
| 1980 | 438 | 396 | 246 | 189 | 182 | 173 | 173 | 177 | 174 | 184 | 208 | 292 | 2,832 |
| 1981 | 462 | 636 | 538 | 501 | 259 | 190 | 182 | 226 | 249 | 290 | 375 | 439 | 4,347 |
| 1982 | 501 | 403 | 185 | 209 | 172 | 187 | 159 | 167 | 166 | 173 | 186 | 168 | 2,676 |
| 1983 | 155 | 180 | 165 | 195 | 178 | 172 | 163 | 156 | 164 | 182 | 168 | 164 | 2,042 |
| 1984 | 158 | 170 | 171 | 176 | 182 | 175 | 172 | 187 | 192 | 200 | 236 | 297 | 2,316 |
| 1985 | 430 | 515 | 202 | 328 | 520 | 325 | 252 | 266 | 235 | 284 | 407 | 504 | 4,268 |
| 1986 | 485 | 413 | 338 | 401 | 197 | 170 | 180 | 186 | 182 | 188 | 207 | 281 | 3,228 |
| 1987 | 435 | 621 | 543 | 934 | 714 | 329 | 218 | 218 | 241 | 284 | 412 | 654 | 5,603 |
| 1988 | 577 | 470 | 452 | 480 | 275 | 239 | 280 | 325 | 291 | 302 | 519 | 733 | 4,943 |
| 1989 | 684 | 557 | 493 | 821 | 809 | 319 | 185 | 193 | 221 | 276 | 406 | 468 | 5,432 |
| 1990 | 510 | 654 | 623 | 1048 | 653 | 342 | 298 | 280 | 266 | 295 | 434 | 584 | 5,987 |
| 76 - 90 AVG | 457 | 487 | 377 | 494 | 420 | 278 | 230 | 236 | 239 | 266 | 352 | 447 | 4,261 |

**SJR @ San Andreas Landing (45)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 86 | 57 | 149 | 642 | 711 | 435 | 257 | 232 | 194 | 190 | 375 | 501 | 3,829 |
| 1977 | 513 | 556 | 467 | 745 | 949 | 586 | 371 | 373 | 479 | 610 | 759 | 947 | 7,355 |
| 1978 | 800 | 606 | 360 | 117 | 70 | 65 | 56 | 51 | 48 | 56 | 99 | 188 | 2,516 |
| 1979 | 376 | 482 | 395 | 306 | 98 | 56 | 46 | 58 | 61 | 77 | 190 | 285 | 2,430 |
| 1980 | 374 | 323 | 137 | 54 | 49 | 43 | 43 | 49 | 50 | 58 | 90 | 194 | 1,464 |
| 1981 | 402 | 609 | 491 | 435 | 137 | 58 | 52 | 106 | 136 | 183 | 290 | 372 | 3,271 |
| 1982 | 447 | 328 | 61 | 62 | 44 | 54 | 38 | 41 | 43 | 47 | 65 | 48 | 1,278 |
| 1983 | 37 | 54 | 45 | 56 | 48 | 46 | 39 | 36 | 40 | 51 | 42 | 41 | 535 |
| 1984 | 39 | 45 | 48 | 44 | 47 | 43 | 42 | 60 | 70 | 81 | 126 | 202 | 847 |
| 1985 | 365 | 483 | 82 | 226 | 449 | 205 | 127 | 155 | 121 | 178 | 329 | 449 | 3,149 |
| 1986 | 427 | 336 | 243 | 303 | 65 | 45 | 48 | 53 | 54 | 59 | 89 | 182 | 1,904 |
| 1987 | 370 | 590 | 496 | 959 | 682 | 216 | 84 | 84 | 122 | 176 | 332 | 628 | 4,739 |
| 1988 | 533 | 399 | 382 | 405 | 145 | 103 | 156 | 214 | 181 | 198 | 463 | 725 | 3,904 |
| 1989 | 665 | 509 | 432 | 819 | 794 | 215 | 60 | 70 | 105 | 170 | 328 | 408 | 4,575 |
| 1990 | 460 | 629 | 587 | 1096 | 609 | 234 | 188 | 173 | 160 | 193 | 362 | 546 | 5,237 |
| 76 - 90 AVG | 393 | 399 | 292 | 418 | 326 | 160 | 107 | 117 | 124 | 155 | 263 | 381 | 3,136 |

**SJR @ San Andreas Landing (45)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2361 | 2477 | 2682 | 3395 | 3759 | 3528 | 3057 | 3098 | 3250 | 3134 | 2994 | 2782 | 36,715 |
| 1977 | 2801 | 2930 | 3080 | 3441 | 3766 | 3594 | 3217 | 3240 | 3385 | 3547 | 3590 | 3340 | 37,806 |
| 1978 | 3196 | 3163 | 3416 | 4868 | 5231 | 4581 | 3566 | 3084 | 2755 | 3066 | 2915 | 2729 | 39,931 |
| 1979 | 2653 | 2617 | 2888 | 4105 | 5499 | 4002 | 2901 | 2745 | 2595 | 2844 | 2810 | 2656 | 42,568 |
| 1980 | 2535 | 2521 | 3017 | 3838 | 4855 | 3838 | 3008 | 2822 | 2717 | 2999 | 2907 | 2656 | 38,315 |
| 1981 | 2595 | 2625 | 2912 | 3262 | 3805 | 3402 | 2828 | 2848 | 2984 | 3105 | 3017 | 2742 | 37,806 |
| 1982 | 2629 | 2646 | 3199 | 4367 | 4197 | 4127 | 2981 | 2804 | 2579 | 2868 | 2820 | 2565 | 36,125 |
| 1983 | 2331 | 3125 | 3460 | 4433 | 5045 | 4032 | 3575 | 2876 | 3204 | 3421 | 2863 | 2662 | 37,782 |
| 1984 | 2398 | 2781 | 3687 | 3778 | 4126 | 3405 | 2731 | 2780 | 2722 | 2848 | 2794 | 2670 | 41,027 |
| 1985 | 2494 | 2717 | 3169 | 3347 | 3807 | 3975 | 3173 | 2848 | 2820 | 3017 | 3039 | 2794 | 36,720 |
| 1986 | 2670 | 2709 | 3125 | 3656 | 4719 | 3841 | 3245 | 3024 | 2863 | 3101 | 2913 | 2690 | 37,200 |
| 1987 | 2568 | 2642 | 2914 | 3220 | 3845 | 3655 | 3222 | 3217 | 3054 | 3144 | 3167 | 2967 | 38,556 |
| 1988 | 2802 | 2804 | 3072 | 3438 | 4084 | 4081 | 3432 | 3205 | 3093 | 3076 | 3101 | 2925 | 37,615 |
| 1989 | 2821 | 2769 | 2993 | 3397 | 3891 | 3297 | 2616 | 2686 | 2754 | 2975 | 3035 | 2750 | 39,113 |
| 1990 | 2596 | 2681 | 3009 | 3219 | 3802 | 3770 | 2992 | 2790 | 2800 | 2924 | 2964 | 2823 | 35,984 |
| 76 - 90 AVG | 2,630 | 2,747 | 3,122 | 3,717 | 4,295 | 3,808 | 3,103 | 2,938 | 2,905 | 3,071 | 2,995 | 2,790 | 38,122 |

SJR @ SAL

**SJR @ San Andreas Landing (45)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 258 | 218 | 286 | 608 | 772 | 500 | 362 | 330 | 293 | 322 | 557 | 662 | 5,368 |
| 1977 | 574 | 547 | 499 | 714 | 906 | 630 | 460 | 450 | 519 | 641 | 765 | 908 | 7,613 |
| 1978 | 799 | 662 | 439 | 274 | 238 | 221 | 197 | 183 | 174 | 184 | 209 | 282 | 3,853 |
| 1979 | 444 | 516 | 423 | 387 | 261 | 199 | 178 | 185 | 183 | 191 | 265 | 349 | 3,581 |
| 1980 | 453 | 431 | 287 | 190 | 182 | 173 | 174 | 178 | 175 | 187 | 209 | 293 | 2,912 |
| 1981 | 400 | 510 | 483 | 476 | 268 | 192 | 184 | 224 | 248 | 290 | 400 | 488 | 4,163 |
| 1982 | 519 | 404 | 185 | 209 | 172 | 187 | 160 | 167 | 167 | 174 | 192 | 171 | 2,707 |
| 1983 | 156 | 180 | 165 | 195 | 179 | 172 | 164 | 156 | 164 | 171 | 166 | 160 | 2,028 |
| 1984 | 158 | 170 | 171 | 176 | 182 | 175 | 172 | 187 | 192 | 200 | 238 | 295 | 2,316 |
| 1985 | 456 | 572 | 209 | 344 | 530 | 327 | 247 | 237 | 220 | 276 | 425 | 538 | 4,381 |
| 1986 | 516 | 442 | 350 | 402 | 197 | 170 | 180 | 186 | 182 | 189 | 210 | 279 | 3,303 |
| 1987 | 434 | 620 | 544 | 933 | 713 | 329 | 222 | 228 | 251 | 296 | 426 | 674 | 5,670 |
| 1988 | 576 | 406 | 341 | 434 | 270 | 239 | 278 | 336 | 299 | 323 | 554 | 786 | 4,842 |
| 1989 | 674 | 504 | 471 | 804 | 778 | 304 | 183 | 182 | 201 | 265 | 416 | 483 | 5,265 |
| 1990 | 512 | 655 | 628 | 1048 | 850 | 341 | 286 | 262 | 258 | 323 | 560 | 724 | 6,247 |
| 78 - 90 AVG | 462 | 455 | 364 | 493 | 420 | 277 | 230 | 233 | 235 | 269 | 373 | 473 | 4,283 |

**SJR @ San Andreas Landing (45)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 158 | 108 | 188 | 806 | 758 | 430 | 263 | 222 | 183 | 220 | 508 | 640 | 4,484 |
| 1977 | 525 | 480 | 426 | 683 | 915 | 586 | 380 | 366 | 451 | 596 | 750 | 829 | 7,087 |
| 1978 | 786 | 593 | 349 | 117 | 73 | 66 | 56 | 51 | 48 | 56 | 91 | 182 | 2,468 |
| 1979 | 376 | 462 | 351 | 272 | 94 | 56 | 48 | 59 | 62 | 69 | 160 | 264 | 2,271 |
| 1980 | 392 | 365 | 162 | 55 | 49 | 43 | 44 | 49 | 51 | 60 | 89 | 194 | 1,553 |
| 1981 | 326 | 455 | 423 | 403 | 146 | 60 | 54 | 102 | 129 | 178 | 317 | 430 | 3,023 |
| 1982 | 468 | 329 | 62 | 62 | 44 | 54 | 38 | 42 | 43 | 48 | 72 | 52 | 1,314 |
| 1983 | 37 | 54 | 45 | 56 | 48 | 46 | 39 | 36 | 40 | 44 | 40 | 38 | 523 |
| 1984 | 39 | 45 | 48 | 44 | 47 | 44 | 43 | 60 | 70 | 80 | 128 | 200 | 848 |
| 1985 | 397 | 531 | 91 | 245 | 462 | 207 | 119 | 117 | 98 | 165 | 348 | 490 | 3,270 |
| 1986 | 460 | 366 | 256 | 304 | 65 | 45 | 48 | 53 | 54 | 60 | 91 | 180 | 1,982 |
| 1987 | 369 | 589 | 497 | 958 | 681 | 215 | 87 | 89 | 124 | 182 | 340 | 645 | 4,776 |
| 1988 | 515 | 290 | 236 | 346 | 138 | 96 | 148 | 228 | 190 | 219 | 501 | 787 | 3,694 |
| 1989 | 652 | 444 | 405 | 799 | 755 | 196 | 57 | 55 | 77 | 154 | 339 | 425 | 4,358 |
| 1990 | 482 | 630 | 593 | 1096 | 606 | 232 | 173 | 148 | 148 | 226 | 513 | 714 | 5,541 |
| 76 - 90 AVG | 397 | 383 | 275 | 416 | 325 | 158 | 106 | 112 | 118 | 157 | 286 | 411 | 3,148 |

**SJR @ San Andreas Landing (45)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2409 | 2491 | 2983 | 3308 | 3693 | 3559 | 3098 | 3147 | 3223 | 3231 | 3149 | 2858 | 37,049 |
| 1977 | 2833 | 2929 | 3106 | 3498 | 3797 | 3687 | 3232 | 3199 | 3380 | 3545 | 3588 | 3313 | 40,107 |
| 1978 | 3169 | 3123 | 3395 | 4886 | 5384 | 4609 | 3585 | 3088 | 2753 | 3065 | 2948 | 2744 | 42,729 |
| 1979 | 2670 | 2643 | 2919 | 4094 | 5477 | 3999 | 2903 | 2762 | 2617 | 2874 | 2848 | 2710 | 38,514 |
| 1980 | 2573 | 2532 | 3021 | 3841 | 4854 | 3849 | 3027 | 2843 | 2744 | 3064 | 2963 | 2766 | 38,077 |
| 1981 | 2631 | 2687 | 2938 | 3314 | 3836 | 3424 | 2818 | 2881 | 3203 | 3284 | 3142 | 2787 | 36,945 |
| 1982 | 2639 | 2649 | 3203 | 4372 | 4201 | 4139 | 3008 | 2816 | 2580 | 2907 | 2867 | 2573 | 37,954 |
| 1983 | 2344 | 3129 | 3451 | 4436 | 5048 | 4031 | 3578 | 2879 | 3209 | 3096 | 2803 | 2566 | 40,560 |
| 1984 | 2412 | 2788 | 3684 | 3788 | 4126 | 3413 | 2735 | 2781 | 2721 | 2848 | 2794 | 2670 | 36,760 |
| 1985 | 2548 | 2739 | 3174 | 3339 | 3800 | 4007 | 3237 | 2957 | 3097 | 3178 | 3127 | 2840 | 38,043 |
| 1986 | 2776 | 2808 | 3155 | 3668 | 4724 | 3842 | 3250 | 3028 | 2964 | 3122 | 2925 | 2691 | 38,849 |
| 1987 | 2569 | 2641 | 2914 | 3220 | 3846 | 3658 | 3361 | 3389 | 3376 | 3438 | 3501 | 3268 | 39,183 |
| 1988 | 3097 | 3081 | 3168 | 3465 | 4107 | 4314 | 3587 | 3185 | 3163 | 3244 | 3289 | 3054 | 40,734 |
| 1989 | 2875 | 2786 | 3000 | 3409 | 3949 | 3329 | 2617 | 2774 | 3005 | 3095 | 3067 | 2757 | 36,683 |
| 1990 | 2594 | 2680 | 3011 | 3222 | 3803 | 3775 | 3039 | 2904 | 2872 | 2991 | 3051 | 2874 | 36,818 |
| 76 - 90 AVG | 2,676 | 2,780 | 3,135 | 3,724 | 4,310 | 3,842 | 3,136 | 2,975 | 2,987 | 3,131 | 3,071 | 2,831 | 38,599 |

**SJR @ San Andreas Landing, 45**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 251 | 405 | 875 | 985 | 756 | 484 | 323 | 288 | 274 | 340 | 428 | 458 |
| 1977 | 489 | 538 | 584 | 779 | 823 | 521 | 366 | 446 | 453 | 505 | 690 | 865 |
| 1978 | 773 | 654 | 447 | 272 | 227 | 219 | 202 | 205 | 182 | 186 | 241 | 306 |
| 1979 | 453 | 533 | 1164 | 727 | 277 | 199 | 190 | 203 | 178 | 198 | 268 | 373 |
| 1980 | 433 | 423 | 577 | 221 | 183 | 174 | 183 | 205 | 181 | 179 | 219 | 301 |
| 1981 | 471 | 641 | 1367 | 918 | 343 | 203 | 184 | 194 | 216 | 276 | 356 | 436 |
| 1982 | 520 | 450 | 189 | 209 | 174 | 190 | 161 | 172 | 167 | 175 | 218 | 191 |
| 1983 | 158 | 179 | 165 | 190 | 179 | 172 | 166 | 158 | 166 | 179 | 167 | 165 |
| 1984 | 161 | 165 | 171 | 174 | 182 | 175 | 177 | 192 | 178 | 192 | 234 | 301 |
| 1985 | 437 | 543 | 251 | 352 | 519 | 308 | 220 | 205 | 206 | 284 | 378 | 471 |
| 1986 | 525 | 479 | 681 | 487 | 200 | 171 | 193 | 210 | 190 | 190 | 231 | 297 |
| 1987 | 429 | 620 | 1375 | 1239 | 721 | 325 | 228 | 239 | 252 | 294 | 423 | 657 |
| 1988 | 539 | 426 | 869 | 621 | 270 | 223 | 232 | 270 | 270 | 336 | 561 | 688 |
| 1989 | 551 | 452 | 435 | 783 | 795 | 331 | 186 | 180 | 203 | 270 | 420 | 485 |
| 1990 | 478 | 561 | 529 | 899 | 559 | 313 | 235 | 217 | 229 | 326 | 524 | 653 |
| Average | 445 | 471 | 645 | 589 | 414 | 267 | 216 | 226 | 223 | 261 | 359 | 443 |

**SJR @ San Andreas Landing, 45**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 151 | 334 | 902 | 1022 | 740 | 413 | 218 | 170 | 155 | 233 | 352 | 395 |
| 1977 | 419 | 467 | 519 | 753 | 808 | 452 | 267 | 362 | 378 | 440 | 664 | 881 |
| 1978 | 761 | 606 | 363 | 115 | 67 | 64 | 56 | 58 | 51 | 63 | 132 | 213 |
| 1979 | 389 | 485 | 1249 | 685 | 111 | 56 | 54 | 63 | 50 | 78 | 188 | 294 |
| 1980 | 369 | 355 | 535 | 92 | 50 | 44 | 49 | 63 | 52 | 54 | 106 | 206 |
| 1981 | 413 | 616 | 1494 | 939 | 238 | 73 | 51 | 58 | 84 | 155 | 261 | 367 |
| 1982 | 470 | 384 | 66 | 61 | 45 | 55 | 38 | 43 | 43 | 50 | 104 | 76 |
| 1983 | 39 | 53 | 45 | 54 | 48 | 48 | 40 | 37 | 40 | 49 | 42 | 42 |
| 1984 | 41 | 43 | 48 | 44 | 46 | 43 | 46 | 56 | 51 | 71 | 124 | 207 |
| 1985 | 374 | 496 | 139 | 255 | 451 | 188 | 85 | 70 | 78 | 151 | 292 | 410 |
| 1986 | 474 | 415 | 658 | 408 | 66 | 45 | 53 | 84 | 57 | 86 | 119 | 202 |
| 1987 | 364 | 591 | 1503 | 1330 | 692 | 211 | 89 | 94 | 123 | 178 | 339 | 628 |
| 1988 | 482 | 338 | 882 | 575 | 142 | 81 | 87 | 144 | 152 | 231 | 507 | 669 |
| 1989 | 501 | 379 | 361 | 749 | 778 | 230 | 60 | 52 | 83 | 162 | 344 | 427 |
| 1990 | 421 | 519 | 477 | 918 | 497 | 202 | 112 | 90 | 111 | 226 | 487 | 629 |
| Average | 378 | 405 | 616 | 533 | 319 | 147 | 87 | 95 | 101 | 147 | 269 | 376 |

**SJR @ San Andreas Landing, 45**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2380 | 2456 | 2768 | 3220 | 3658 | 3434 | 3030 | 3154 | 3327 | 3481 | 3088 | 2776 |
| 1977 | 2841 | 2962 | 3186 | 3612 | 3913 | 3673 | 3172 | 3153 | 3047 | 3227 | 3402 | 3190 |
| 1978 | 3055 | 3024 | 3345 | 4858 | 5117 | 4540 | 3800 | 3373 | 2804 | 2871 | 2794 | 2675 |
| 1979 | 2619 | 2600 | 2793 | 4022 | 5649 | 4033 | 3114 | 3140 | 2887 | 2631 | 2844 | 2713 |
| 1980 | 2529 | 2534 | 2987 | 3790 | 4810 | 3923 | 3234 | 3153 | 2760 | 2902 | 2817 | 2734 |
| 1981 | 2580 | 2615 | 2816 | 3236 | 3822 | 3436 | 2938 | 3015 | 3220 | 3455 | 3185 | 2774 |
| 1982 | 2610 | 2642 | 3193 | 4351 | 4050 | 4189 | 3090 | 2885 | 2581 | 2844 | 2827 | 2574 |
| 1983 | 2376 | 3122 | 3455 | 4384 | 5035 | 4058 | 3582 | 2896 | 3130 | 3286 | 2841 | 2653 |
| 1984 | 2462 | 2755 | 3682 | 3826 | 4250 | 3467 | 2839 | 2989 | 2761 | 2831 | 2786 | 2661 |
| 1985 | 2482 | 2705 | 3148 | 3319 | 3780 | 3852 | 3327 | 3128 | 3021 | 3157 | 3095 | 2801 |
| 1986 | 2707 | 2727 | 3094 | 3597 | 4628 | 3879 | 3543 | 3321 | 2915 | 2904 | 2794 | 2670 |
| 1987 | 2545 | 2604 | 2800 | 3167 | 3842 | 3630 | 3478 | 3474 | 3342 | 3399 | 3405 | 3140 |
| 1988 | 2910 | 2890 | 3019 | 3399 | 3968 | 4182 | 3623 | 3227 | 3204 | 3379 | 3355 | 2984 |
| 1989 | 2825 | 2773 | 2999 | 3399 | 3878 | 3302 | 2842 | 2759 | 2841 | 3003 | 3064 | 2760 |
| 1990 | 2551 | 2608 | 2960 | 3202 | 3789 | 3611 | 3057 | 3023 | 2951 | 3132 | 3133 | 2879 |
| Average | 2631 | 2734 | 3083 | 3692 | 4278 | 3814 | 3231 | 3113 | 2973 | 3113 | 3029 | 2799 |

SJR @ Vernalis

**SJR @ Vernalis (1)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 525 | 424 | 676 | 748 | 666 | 809 | 700 | 751 | 764 | 847 | 1305 | 1262 | 9,475 |
| 1977 | 584 | 666 | 805 | 980 | 928 | 942 | 736 | 882 | 878 | 1176 | 1248 | 1350 | 11,173 |
| 1978 | 997 | 882 | 843 | 496 | 307 | 192 | 229 | 274 | 477 | 601 | 636 | 455 | 6,389 |
| 1979 | 598 | 515 | 794 | 394 | 294 | 272 | 394 | 476 | 592 | 663 | 691 | 950 | 6,633 |
| 1980 | 805 | 655 | 768 | 169 | 152 | 166 | 333 | 328 | 432 | 477 | 561 | 482 | 5,308 |
| 1981 | 490 | 496 | 681 | 552 | 648 | 624 | 596 | 714 | 790 | 927 | 951 | 1150 | 8,619 |
| 1982 | 800 | 774 | 631 | 269 | 163 | 155 | 174 | 205 | 284 | 393 | 492 | 373 | 4,713 |
| 1983 | 301 | 209 | 162 | 155 | 152 | 153 | 159 | 165 | 170 | 217 | 339 | 354 | 2,536 |
| 1984 | 368 | 182 | 153 | 169 | 262 | 344 | 453 | 615 | 596 | 618 | 694 | 887 | 5,341 |
| 1985 | 848 | 650 | 770 | 829 | 708 | 681 | 579 | 701 | 764 | 920 | 1148 | 1138 | 9,736 |
| 1986 | 805 | 768 | 784 | 691 | 154 | 152 | 262 | 304 | 351 | 601 | 629 | 781 | 6,282 |
| 1987 | 615 | 510 | 721 | 812 | 714 | 745 | 701 | 739 | 734 | 847 | 1263 | 1238 | 9,639 |
| 1988 | 979 | 904 | 999 | 1000 | 939 | 908 | 695 | 811 | 872 | 1163 | 1333 | 1270 | 11,873 |
| 1989 | 1059 | 953 | 962 | 989 | 962 | 784 | 664 | 816 | 823 | 978 | 1316 | 1284 | 11,590 |
| 1990 | 1049 | 936 | 1038 | 989 | 971 | 879 | 762 | 847 | 866 | 1162 | 1442 | 1344 | 12,285 |
| 76 - 90 AVG | 722 | 635 | 719 | 616 | 535 | 520 | 496 | 575 | 626 | 773 | 936 | 953 | 8,106 |

**SJR @ Vernalis (1)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 214 | 160 | 294 | 331 | 289 | 364 | 307 | 338 | 348 | 394 | 642 | 611 | 4,292 |
| 1977 | 246 | 289 | 363 | 456 | 428 | 435 | 327 | 407 | 410 | 577 | 612 | 662 | 5,212 |
| 1978 | 467 | 404 | 383 | 199 | 98 | 37 | 57 | 81 | 191 | 259 | 277 | 178 | 2,631 |
| 1979 | 254 | 209 | 357 | 144 | 91 | 79 | 144 | 189 | 254 | 293 | 307 | 446 | 2,767 |
| 1980 | 363 | 283 | 343 | 31 | 31 | 30 | 112 | 110 | 167 | 191 | 236 | 182 | 2,079 |
| 1981 | 196 | 199 | 297 | 228 | 279 | 266 | 252 | 318 | 382 | 438 | 448 | 554 | 3,837 |
| 1982 | 360 | 347 | 271 | 78 | 30 | 32 | 30 | 44 | 87 | 146 | 199 | 133 | 1,757 |
| 1983 | 95 | 46 | 31 | 32 | 31 | 31 | 30 | 31 | 31 | 51 | 116 | 123 | 648 |
| 1984 | 131 | 32 | 32 | 30 | 74 | 118 | 176 | 264 | 255 | 268 | 308 | 412 | 2,100 |
| 1985 | 386 | 281 | 344 | 375 | 311 | 297 | 243 | 311 | 347 | 434 | 558 | 547 | 4,432 |
| 1986 | 364 | 343 | 352 | 302 | 32 | 31 | 74 | 97 | 123 | 259 | 273 | 353 | 2,603 |
| 1987 | 253 | 206 | 318 | 368 | 314 | 330 | 308 | 331 | 331 | 394 | 621 | 602 | 4,384 |
| 1988 | 456 | 416 | 466 | 466 | 434 | 417 | 305 | 370 | 407 | 570 | 660 | 620 | 5,587 |
| 1989 | 500 | 441 | 446 | 460 | 446 | 351 | 288 | 373 | 380 | 467 | 650 | 621 | 5,423 |
| 1990 | 493 | 432 | 487 | 460 | 451 | 402 | 341 | 387 | 404 | 570 | 720 | 661 | 5,808 |
| 76 - 90 AVG | 319 | 273 | 319 | 264 | 223 | 215 | 200 | 243 | 273 | 354 | 442 | 447 | 3,571 |

**SJR @ Vernalis (1)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3706 | 2902 | 3701 | 4199 | 5792 | 4587 | 4311 | 3187 | 4155 | 3643 | 3733 | 4292 | 48,208 |
| 1977 | 3709 | 2905 | 3702 | 4200 | 5795 | 4586 | 4315 | 3165 | 4201 | 3839 | 3764 | 4350 | 48,531 |
| 1978 | 3737 | 2903 | 3706 | 4198 | 5795 | 4598 | 4301 | 3110 | 4065 | 3517 | 3498 | 4222 | 47,650 |
| 1979 | 3720 | 2904 | 3700 | 4199 | 5798 | 4599 | 4302 | 3131 | 4100 | 3540 | 3515 | 4294 | 47,802 |
| 1980 | 3708 | 2903 | 3703 | 4200 | 5797 | 4600 | 4302 | 3115 | 4058 | 3472 | 3477 | 4224 | 47,557 |
| 1981 | 3712 | 2900 | 3702 | 4199 | 5799 | 4599 | 4307 | 3173 | 4168 | 3667 | 3606 | 4329 | 48,161 |
| 1982 | 3707 | 2917 | 3706 | 4199 | 5799 | 4598 | 4300 | 3106 | 4024 | 3455 | 3461 | 4208 | 47,480 |
| 1983 | 3702 | 2906 | 3701 | 4199 | 5797 | 4598 | 4300 | 3104 | 4010 | 3419 | 3431 | 4212 | 47,379 |
| 1984 | 3706 | 2903 | 3703 | 4200 | 5799 | 4599 | 4304 | 3156 | 4096 | 3528 | 3516 | 4290 | 47,800 |
| 1985 | 3708 | 2917 | 3707 | 4200 | 5799 | 4599 | 4307 | 3170 | 4148 | 3661 | 3688 | 4321 | 48,225 |
| 1986 | 3720 | 2907 | 3704 | 4199 | 5794 | 4589 | 4300 | 3113 | 4038 | 3517 | 3496 | 4249 | 47,636 |
| 1987 | 3721 | 2906 | 3701 | 4200 | 5794 | 4592 | 4313 | 3180 | 4150 | 3641 | 3766 | 4351 | 48,315 |
| 1988 | 3726 | 2906 | 3706 | 4199 | 5797 | 4593 | 4309 | 3180 | 4196 | 3835 | 3823 | 4365 | 48,635 |
| 1989 | 3742 | 2904 | 3704 | 4200 | 5798 | 4599 | 4311 | 3199 | 4184 | 3717 | 3795 | 4256 | 48,409 |
| 1990 | 3709 | 2906 | 3700 | 4200 | 5797 | 4593 | 4314 | 3142 | 4202 | 3840 | 3888 | 4387 | 48,678 |
| 76 - 90 AVG | 3,716 | 2,906 | 3,703 | 4,199 | 5,797 | 4,596 | 4,306 | 3,149 | 4,120 | 3,619 | 3,630 | 4,290 | 48,031 |

SJR @ Vernalis (1)

**SJR @ Vernalis (1)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in mircosiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 532 | 433 | 648 | 719 | 658 | 718 | 738 | 792 | 727 | 743 | 728 | 1030 | 9,475 |
| 1,977 | 579 | 632 | 800 | 953 | 928 | 856 | 889 | 870 | 916 | 996 | 1076 | 1048 | 11,173 |
| 1,978 | 951 | 817 | 774 | 471 | 301 | 187 | 228 | 270 | 464 | 593 | 636 | 443 | 6,389 |
| 1,979 | 592 | 492 | 688 | 376 | 288 | 266 | 400 | 476 | 584 | 658 | 695 | 781 | 6,633 |
| 1,980 | 753 | 651 | 656 | 177 | 136 | 164 | 330 | 327 | 428 | 480 | 527 | 462 | 5,308 |
| 1,981 | 501 | 486 | 883 | 528 | 619 | 606 | 705 | 718 | 727 | 701 | 717 | 894 | 8,619 |
| 1,982 | 800 | 739 | 850 | 266 | 166 | 153 | 173 | 204 | 276 | 405 | 473 | 372 | 4,713 |
| 1,983 | 306 | 204 | 160 | 131 | 103 | 90 | 158 | 165 | 168 | 220 | 326 | 349 | 2,536 |
| 1,984 | 358 | 181 | 151 | 169 | 266 | 335 | 407 | 477 | 598 | 808 | 619 | 752 | 5,341 |
| 1,985 | 854 | 625 | 667 | 762 | 673 | 633 | 703 | 714 | 709 | 688 | 742 | 887 | 9,736 |
| 1,986 | 805 | 758 | 739 | 737 | 135 | 122 | 282 | 301 | 338 | 608 | 612 | 748 | 6,282 |
| 1,987 | 609 | 517 | 692 | 763 | 682 | 675 | 728 | 771 | 734 | 743 | 754 | 950 | 9,639 |
| 1,988 | 987 | 861 | 980 | 973 | 953 | 879 | 800 | 853 | 916 | 1204 | 1120 | 1100 | 11,873 |
| 1,989 | 1249 | 927 | 945 | 971 | 935 | 763 | 770 | 889 | 982 | 863 | 1056 | 945 | 11,590 |
| 1,990 | 1146 | 919 | 1039 | 962 | 920 | 853 | 801 | 877 | 943 | 1080 | 1172 | 990 | 12,285 |
| 76 - 90 AVG | 735 | 616 | 683 | 597 | 518 | 487 | 539 | 580 | 634 | 707 | 750 | 783 | 8,106 |

**SJR @ Vernalis (1)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 263 | 192 | 222 | 298 | 296 | 298 | 322 | 346 | 344 | 333 | 330 | 406 | 4,292 |
| 1,977 | 364 | 257 | 316 | 401 | 435 | 410 | 399 | 403 | 417 | 454 | 497 | 509 | 5,212 |
| 1,978 | 470 | 405 | 358 | 266 | 138 | 64 | 44 | 68 | 134 | 221 | 265 | 223 | 2,631 |
| 1,979 | 211 | 223 | 248 | 218 | 110 | 82 | 112 | 170 | 222 | 270 | 298 | 331 | 2,767 |
| 1,980 | 343 | 306 | 283 | 157 | 31 | 30 | 71 | 110 | 138 | 179 | 205 | 199 | 2,079 |
| 1,981 | 191 | 197 | 240 | 251 | 239 | 261 | 285 | 318 | 324 | 320 | 317 | 369 | 3,837 |
| 1,982 | 386 | 345 | 305 | 178 | 52 | 32 | 30 | 37 | 64 | 119 | 171 | 159 | 1,757 |
| 1,983 | 115 | 71 | 37 | 32 | 31 | 31 | 30 | 31 | 31 | 42 | 82 | 115 | 648 |
| 1,984 | 123 | 78 | 32 | 30 | 52 | 93 | 133 | 172 | 225 | 260 | 264 | 304 | 2,100 |
| 1,985 | 362 | 329 | 279 | 314 | 316 | 282 | 292 | 314 | 318 | 314 | 323 | 373 | 4,432 |
| 1,986 | 386 | 351 | 333 | 328 | 179 | 31 | 52 | 85 | 107 | 193 | 262 | 299 | 2,603 |
| 1,987 | 297 | 234 | 256 | 321 | 319 | 296 | 309 | 336 | 340 | 335 | 338 | 394 | 4,384 |
| 1,988 | 452 | 426 | 425 | 454 | 440 | 416 | 381 | 377 | 413 | 514 | 569 | 538 | 5,587 |
| 1,989 | 565 | 515 | 433 | 443 | 441 | 386 | 345 | 380 | 441 | 435 | 455 | 474 | 5,423 |
| 1,990 | 492 | 484 | 455 | 467 | 435 | 406 | 375 | 381 | 427 | 486 | 547 | 522 | 5,808 |
| 76 - 90 AVG | 335 | 294 | 281 | 277 | 234 | 208 | 212 | 235 | 263 | 298 | 328 | 348 | 3,571 |

**SJR @ Vernalis (1)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 3706 | 2903 | 3701 | 4199 | 5792 | 4589 | 4312 | 3196 | 4141 | 3591 | 3516 | 4263 | 48,208 |
| 1,977 | 3709 | 2904 | 3702 | 4200 | 5795 | 4588 | 4321 | 3164 | 4218 | 3722 | 3677 | 4295 | 48,531 |
| 1,978 | 3733 | 2903 | 3705 | 4199 | 5795 | 4598 | 4301 | 3110 | 4062 | 3515 | 3498 | 4295 | 47,650 |
| 1,979 | 3719 | 2904 | 3700 | 4199 | 5798 | 4599 | 4302 | 3131 | 4098 | 3538 | 3514 | 4287 | 47,802 |
| 1,980 | 3707 | 2903 | 3702 | 4200 | 5797 | 4600 | 4302 | 3115 | 4055 | 3473 | 3469 | 4224 | 47,557 |
| 1,981 | 3712 | 2900 | 3702 | 4199 | 5799 | 4599 | 4309 | 3174 | 4144 | 3561 | 3523 | 4282 | 49,161 |
| 1,982 | 3707 | 2916 | 3706 | 4199 | 5799 | 4598 | 4300 | 3106 | 4023 | 3458 | 3457 | 4208 | 47,480 |
| 1,983 | 3702 | 2906 | 3701 | 4199 | 5797 | 4598 | 4300 | 3104 | 4010 | 3420 | 3429 | 4212 | 47,379 |
| 1,984 | 3705 | 2903 | 3703 | 4200 | 5799 | 4599 | 4304 | 3135 | 4097 | 3524 | 3495 | 4266 | 47,800 |
| 1,985 | 3708 | 2916 | 3705 | 4200 | 5799 | 4599 | 4311 | 3173 | 4130 | 3558 | 3529 | 4276 | 48,225 |
| 1,986 | 3719 | 2907 | 3704 | 4199 | 5783 | 4599 | 4300 | 3113 | 4036 | 3519 | 3492 | 4245 | 47,638 |
| 1,987 | 3721 | 2906 | 3700 | 4200 | 5794 | 4593 | 4314 | 3187 | 4150 | 3590 | 3543 | 4291 | 48,315 |
| 1,988 | 3724 | 2906 | 3706 | 4199 | 5797 | 4593 | 4312 | 3188 | 4215 | 3864 | 3707 | 4327 | 48,835 |
| 1,989 | 3751 | 2904 | 3704 | 4200 | 5798 | 4599 | 4314 | 3198 | 4254 | 3654 | 3663 | 4233 | 48,409 |
| 1,990 | 3711 | 2906 | 3700 | 4200 | 5797 | 4593 | 4316 | 3145 | 4236 | 3784 | 3731 | 4307 | 48,678 |
| 76 - 90 AVG | 3,716 | 2,906 | 3,703 | 4,199 | 5,797 | 4,596 | 4,308 | 3,149 | 4,125 | 3,585 | 3,550 | 4,261 | 48,031 |

SJR @ Vernalis

**SJR @ Vernalis (1)**
State Permit
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 533 | 433 | 648 | 719 | 642 | 718 | 738 | 792 | 726 | 743 | 728 | 1030 | 8,450 |
| 1977 | 579 | 632 | 800 | 953 | 928 | 855 | 889 | 870 | 916 | 995 | 1077 | 1048 | 10,542 |
| 1978 | 952 | 817 | 774 | 471 | 300 | 187 | 228 | 270 | 466 | 593 | 636 | 443 | 6,136 |
| 1979 | 592 | 492 | 688 | 376 | 288 | 266 | 400 | 476 | 584 | 657 | 694 | 781 | 6,294 |
| 1980 | 753 | 652 | 655 | 177 | 152 | 164 | 330 | 327 | 428 | 481 | 527 | 462 | 5,108 |
| 1981 | 501 | 486 | 662 | 529 | 820 | 606 | 705 | 717 | 726 | 701 | 717 | 894 | 7,864 |
| 1982 | 800 | 740 | 650 | 266 | 166 | 153 | 173 | 204 | 276 | 406 | 473 | 372 | 4,679 |
| 1983 | 306 | 204 | 160 | 155 | 152 | 153 | 158 | 165 | 168 | 220 | 327 | 349 | 2,517 |
| 1984 | 358 | 181 | 153 | 169 | 260 | 335 | 406 | 477 | 598 | 607 | 619 | 752 | 4,915 |
| 1985 | 855 | 624 | 867 | 763 | 673 | 633 | 703 | 714 | 709 | 688 | 743 | 888 | 8,670 |
| 1986 | 805 | 758 | 740 | 737 | 154 | 152 | 262 | 301 | 339 | 607 | 813 | 748 | 6,215 |
| 1987 | 609 | 517 | 692 | 763 | 682 | 675 | 728 | 771 | 734 | 743 | 754 | 950 | 8,618 |
| 1988 | 988 | 861 | 980 | 972 | 930 | 879 | 800 | 853 | 916 | 1203 | 1121 | 1101 | 11,604 |
| 1989 | 1249 | 927 | 945 | 970 | 936 | 763 | 770 | 811 | 982 | 863 | 1056 | 945 | 11,217 |
| 1990 | 1147 | 920 | 1038 | 962 | 920 | 852 | 802 | 876 | 944 | 1080 | 1172 | 991 | 11,704 |
| 76 - 90 AVG | 735 | 616 | 683 | 599 | 520 | 493 | 539 | 575 | 634 | 706 | 750 | 784 | 7,636 |

**SJR @ Vernalis (1)**
State Permit
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 218 | 165 | 279 | 317 | 276 | 316 | 328 | 361 | 327 | 337 | 326 | 486 | 3,736 |
| 1977 | 243 | 271 | 360 | 441 | 428 | 389 | 409 | 400 | 431 | 476 | 518 | 498 | 4,864 |
| 1978 | 443 | 369 | 347 | 185 | 94 | 34 | 56 | 79 | 184 | 254 | 277 | 172 | 2,494 |
| 1979 | 251 | 196 | 300 | 135 | 88 | 76 | 147 | 189 | 249 | 290 | 308 | 354 | 2,583 |
| 1980 | 335 | 281 | 283 | 31 | 31 | 30 | 110 | 109 | 164 | 193 | 217 | 182 | 1,966 |
| 1981 | 202 | 193 | 287 | 216 | 264 | 257 | 310 | 320 | 327 | 314 | 321 | 415 | 3,426 |
| 1982 | 360 | 329 | 281 | 76 | 30 | 32 | 30 | 43 | 82 | 153 | 188 | 133 | 1,737 |
| 1983 | 98 | 43 | 31 | 32 | 31 | 31 | 30 | 31 | 31 | 53 | 110 | 121 | 642 |
| 1984 | 125 | 31 | 32 | 30 | 73 | 113 | 151 | 190 | 256 | 262 | 268 | 339 | 1,870 |
| 1985 | 389 | 268 | 290 | 340 | 292 | 271 | 309 | 318 | 317 | 312 | 335 | 411 | 3,852 |
| 1986 | 364 | 338 | 328 | 326 | 32 | 31 | 74 | 95 | 116 | 262 | 264 | 335 | 2,565 |
| 1987 | 260 | 210 | 302 | 340 | 297 | 293 | 323 | 349 | 331 | 337 | 341 | 448 | 3,829 |
| 1988 | 461 | 393 | 456 | 451 | 429 | 401 | 361 | 392 | 431 | 592 | 543 | 528 | 5,438 |
| 1989 | 602 | 428 | 437 | 450 | 432 | 340 | 345 | 371 | 468 | 403 | 506 | 439 | 5,221 |
| 1990 | 545 | 424 | 487 | 446 | 423 | 387 | 362 | 403 | 447 | 524 | 571 | 468 | 5,487 |
| 76 - 90 AVG | 326 | 283 | 300 | 254 | 215 | 200 | 223 | 243 | 277 | 317 | 340 | 355 | 3,314 |

**SJR @ Vernalis (1)**
State Permit
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3706 | 2903 | 3701 | 4199 | 5792 | 4589 | 4312 | 3196 | 4141 | 3591 | 3516 | 4263 | 47,909 |
| 1977 | 3709 | 2904 | 3702 | 4200 | 5795 | 4588 | 4321 | 3164 | 4218 | 3722 | 3677 | 4295 | 48,295 |
| 1978 | 3733 | 2903 | 3705 | 4199 | 5795 | 4598 | 4301 | 3110 | 4062 | 3515 | 3498 | 4222 | 47,641 |
| 1979 | 3719 | 2904 | 3700 | 4199 | 5798 | 4599 | 4302 | 3131 | 4098 | 3538 | 3514 | 4267 | 47,769 |
| 1980 | 3707 | 2903 | 3702 | 4200 | 5797 | 4600 | 4302 | 3115 | 4055 | 3473 | 3489 | 4224 | 47,547 |
| 1981 | 3712 | 2900 | 3702 | 4199 | 5799 | 4589 | 4309 | 3174 | 4144 | 3561 | 3523 | 4291 | 47,903 |
| 1982 | 3707 | 2916 | 3706 | 4199 | 5799 | 4598 | 4300 | 3106 | 4023 | 3458 | 3457 | 4208 | 47,477 |
| 1983 | 3702 | 2906 | 3701 | 4199 | 5797 | 4598 | 4300 | 3104 | 4010 | 3420 | 3429 | 4212 | 47,378 |
| 1984 | 3705 | 2903 | 3703 | 4200 | 5799 | 4599 | 4304 | 3135 | 4097 | 3524 | 3495 | 4266 | 47,730 |
| 1985 | 3708 | 2916 | 3705 | 4200 | 5799 | 4599 | 4311 | 3173 | 4130 | 3558 | 3529 | 4276 | 47,904 |
| 1986 | 3719 | 2907 | 3704 | 4199 | 5793 | 4599 | 4300 | 3113 | 4036 | 3519 | 3492 | 4245 | 47,626 |
| 1987 | 3721 | 2906 | 3700 | 4200 | 5794 | 4593 | 4314 | 3187 | 4150 | 3591 | 3543 | 4291 | 47,990 |
| 1988 | 3724 | 2906 | 3706 | 4199 | 5797 | 4593 | 4312 | 3188 | 4215 | 3864 | 3707 | 4327 | 48,538 |
| 1989 | 3751 | 2904 | 3704 | 4200 | 5798 | 4599 | 4314 | 3198 | 4254 | 3654 | 3663 | 4233 | 48,272 |
| 1990 | 3711 | 2906 | 3700 | 4200 | 5797 | 4593 | 4316 | 3145 | 4236 | 3784 | 3731 | 4307 | 48,426 |
| 76 - 90 AVG | 3,716 | 2,906 | 3,703 | 4,199 | 5,797 | 4,596 | 4,308 | 3,149 | 4,125 | 3,585 | 3,550 | 4,261 | 47,894 |

**SJR @ Vernalis (1)**
**Percent Inflow**
**Electrical Conductivity**
Units are in mircosiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 533 | 433 | 648 | 719 | 642 | 718 | 738 | 792 | 726 | 743 | 728 | 1030 | 8,450 |
| 1977 | 579 | 632 | 800 | 953 | 928 | 855 | 889 | 870 | 916 | 995 | 1077 | 1048 | 10,542 |
| 1978 | 952 | 817 | 774 | 471 | 300 | 187 | 228 | 270 | 465 | 593 | 836 | 443 | 6,136 |
| 1979 | 592 | 492 | 688 | 376 | 288 | 266 | 400 | 476 | 584 | 657 | 694 | 781 | 6,294 |
| 1980 | 753 | 652 | 655 | 177 | 152 | 164 | 330 | 327 | 428 | 481 | 527 | 462 | 5,108 |
| 1981 | 501 | 486 | 662 | 529 | 620 | 606 | 705 | 717 | 726 | 701 | 717 | 894 | 7,864 |
| 1982 | 800 | 740 | 650 | 266 | 166 | 153 | 173 | 204 | 276 | 406 | 473 | 372 | 4,679 |
| 1983 | 306 | 204 | 160 | 155 | 152 | 153 | 158 | 165 | 168 | 220 | 327 | 349 | 2,517 |
| 1984 | 358 | 181 | 153 | 169 | 260 | 335 | 406 | 477 | 596 | 607 | 619 | 752 | 4,915 |
| 1985 | 855 | 624 | 867 | 763 | 673 | 633 | 703 | 714 | 709 | 698 | 743 | 888 | 8,670 |
| 1986 | 805 | 758 | 740 | 737 | 154 | 152 | 262 | 301 | 338 | 607 | 613 | 748 | 6,215 |
| 1987 | 609 | 517 | 692 | 763 | 682 | 675 | 728 | 771 | 734 | 743 | 754 | 950 | 8,618 |
| 1988 | 988 | 861 | 980 | 972 | 930 | 879 | 800 | 853 | 916 | 1203 | 1121 | 1101 | 11,604 |
| 1989 | 1249 | 927 | 945 | 970 | 936 | 763 | 770 | 811 | 982 | 863 | 1056 | 945 | 11,217 |
| 1990 | 1147 | 920 | 1038 | 962 | 920 | 852 | 802 | 876 | 944 | 1080 | 1172 | 991 | 11,704 |
| 76 - 90 AVG | 735 | 616 | 683 | 599 | 520 | 493 | 539 | 575 | 634 | 706 | 750 | 784 | 7,636 |

**SJR @ Vernalis (1)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 218 | 165 | 279 | 317 | 276 | 316 | 328 | 361 | 327 | 337 | 326 | 486 | 3,736 |
| 1977 | 243 | 271 | 360 | 441 | 428 | 389 | 409 | 400 | 431 | 476 | 518 | 498 | 4,864 |
| 1978 | 443 | 369 | 347 | 185 | 94 | 34 | 56 | 79 | 184 | 254 | 277 | 172 | 2,494 |
| 1979 | 251 | 196 | 300 | 135 | 88 | 76 | 147 | 189 | 249 | 290 | 308 | 354 | 2,583 |
| 1980 | 335 | 281 | 283 | 31 | 31 | 30 | 110 | 109 | 164 | 193 | 217 | 182 | 1,966 |
| 1981 | 202 | 193 | 287 | 216 | 284 | 257 | 310 | 320 | 327 | 314 | 321 | 415 | 3,426 |
| 1982 | 360 | 329 | 281 | 76 | 30 | 32 | 30 | 43 | 82 | 153 | 188 | 133 | 1,737 |
| 1983 | 98 | 43 | 31 | 32 | 31 | 31 | 30 | 31 | 31 | 53 | 110 | 121 | 642 |
| 1984 | 125 | 31 | 32 | 30 | 73 | 113 | 151 | 190 | 256 | 262 | 268 | 339 | 1,870 |
| 1985 | 389 | 268 | 290 | 340 | 292 | 271 | 309 | 318 | 317 | 312 | 335 | 411 | 3,852 |
| 1986 | 364 | 338 | 328 | 326 | 32 | 31 | 74 | 95 | 116 | 262 | 264 | 335 | 2,565 |
| 1987 | 260 | 210 | 302 | 340 | 297 | 293 | 323 | 349 | 331 | 337 | 341 | 446 | 3,829 |
| 1988 | 461 | 393 | 456 | 451 | 429 | 401 | 361 | 392 | 431 | 592 | 543 | 528 | 5,438 |
| 1989 | 602 | 428 | 437 | 450 | 432 | 340 | 345 | 371 | 488 | 403 | 506 | 439 | 5,221 |
| 1990 | 545 | 424 | 487 | 446 | 423 | 387 | 362 | 403 | 447 | 524 | 571 | 468 | 5,487 |
| 76 - 90 AVG | 326 | 263 | 300 | 254 | 215 | 200 | 223 | 243 | 277 | 317 | 340 | 355 | 3,314 |

**SJR @ Vernalis (1)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3706 | 2903 | 3701 | 4199 | 5792 | 4589 | 4312 | 3196 | 4141 | 3591 | 3516 | 4263 | 47,909 |
| 1977 | 3709 | 2904 | 3702 | 4200 | 5795 | 4588 | 4321 | 3164 | 4218 | 3722 | 3677 | 4295 | 48,295 |
| 1978 | 3733 | 2903 | 3705 | 4199 | 5795 | 4598 | 4301 | 3110 | 4062 | 3515 | 3498 | 4222 | 47,641 |
| 1979 | 3719 | 2904 | 3700 | 4199 | 5798 | 4599 | 4302 | 3131 | 4098 | 3538 | 3514 | 4267 | 47,769 |
| 1980 | 3707 | 2903 | 3702 | 4200 | 5797 | 4600 | 4302 | 3115 | 4055 | 3473 | 3469 | 4224 | 47,547 |
| 1981 | 3712 | 2900 | 3702 | 4199 | 5799 | 4599 | 4309 | 3174 | 4144 | 3561 | 3523 | 4281 | 47,903 |
| 1982 | 3707 | 2916 | 3706 | 4199 | 5799 | 4598 | 4300 | 3106 | 4023 | 3458 | 3457 | 4208 | 47,477 |
| 1983 | 3702 | 2906 | 3701 | 4199 | 5797 | 4598 | 4300 | 3104 | 4010 | 3420 | 3429 | 4212 | 47,378 |
| 1984 | 3705 | 2903 | 3703 | 4200 | 5799 | 4599 | 4304 | 3135 | 4097 | 3524 | 3495 | 4266 | 47,730 |
| 1985 | 3708 | 2916 | 3705 | 4200 | 5799 | 4599 | 4311 | 3173 | 4130 | 3558 | 3529 | 4276 | 47,904 |
| 1986 | 3719 | 2907 | 3704 | 4199 | 5793 | 4599 | 4300 | 3113 | 4036 | 3519 | 3492 | 4245 | 47,626 |
| 1987 | 3721 | 2906 | 3700 | 4200 | 5794 | 4593 | 4314 | 3187 | 4150 | 3591 | 3543 | 4291 | 47,990 |
| 1988 | 3724 | 2906 | 3708 | 4199 | 5797 | 4593 | 4312 | 3188 | 4215 | 3864 | 3707 | 4327 | 48,538 |
| 1989 | 3751 | 2904 | 3704 | 4200 | 5798 | 4599 | 4314 | 3198 | 4264 | 3654 | 3683 | 4233 | 48,272 |
| 1990 | 3711 | 2905 | 3700 | 4200 | 5797 | 4593 | 4316 | 3145 | 4236 | 3784 | 3731 | 4307 | 48,426 |
| 76 - 90 AVG | 3,718 | 2,906 | 3,703 | 4,199 | 5,797 | 4,596 | 4,308 | 3,149 | 4,125 | 3,585 | 3,550 | 4,261 | 47,894 |

SJR @ Vernalis

**SJR @ Vernalis (1)**
Flow Study
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 533 | 433 | 648 | 719 | 642 | 718 | 738 | 792 | 726 | 743 | 728 | 1030 | 8,450 |
| 1977 | 579 | 632 | 800 | 953 | 928 | 855 | 889 | 870 | 916 | 995 | 1077 | 1048 | 10,542 |
| 1978 | 952 | 817 | 774 | 471 | 300 | 187 | 228 | 270 | 465 | 593 | 636 | 443 | 6,136 |
| 1979 | 592 | 492 | 688 | 376 | 288 | 266 | 400 | 476 | 584 | 657 | 694 | 781 | 6,294 |
| 1980 | 753 | 652 | 655 | 177 | 152 | 164 | 330 | 327 | 428 | 481 | 527 | 462 | 5,108 |
| 1981 | 501 | 486 | 662 | 529 | 620 | 806 | 705 | 717 | 726 | 701 | 717 | 894 | 7,664 |
| 1982 | 800 | 740 | 650 | 266 | 188 | 153 | 173 | 204 | 276 | 406 | 473 | 372 | 4,679 |
| 1983 | 306 | 204 | 160 | 155 | 152 | 153 | 158 | 165 | 168 | 220 | 327 | 349 | 2,517 |
| 1984 | 358 | 181 | 153 | 169 | 260 | 335 | 406 | 477 | 598 | 607 | 619 | 752 | 4,915 |
| 1985 | 855 | 624 | 667 | 763 | 673 | 633 | 703 | 714 | 709 | 698 | 743 | 888 | 8,670 |
| 1986 | 805 | 758 | 740 | 737 | 154 | 152 | 262 | 301 | 338 | 607 | 613 | 748 | 6,215 |
| 1987 | 609 | 517 | 692 | 763 | 682 | 675 | 728 | 771 | 734 | 743 | 754 | 950 | 8,818 |
| 1988 | 988 | 861 | 980 | 972 | 930 | 879 | 800 | 853 | 916 | 1203 | 1121 | 1101 | 11,604 |
| 1989 | 1249 | 927 | 945 | 970 | 936 | 763 | 770 | 811 | 982 | 863 | 1056 | 945 | 11,217 |
| 1990 | 1147 | 920 | 1038 | 962 | 920 | 852 | 802 | 876 | 944 | 1080 | 1172 | 991 | 11,704 |
| 76 - 90 AVG | 735 | 616 | 683 | 599 | 520 | 493 | 539 | 575 | 634 | 706 | 750 | 784 | 7,636 |

**SJR @ Vernalis (1)**
Flow Study
Bromide
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 218 | 165 | 279 | 317 | 276 | 316 | 328 | 361 | 327 | 337 | 326 | 486 | 3,736 |
| 1977 | 243 | 271 | 360 | 441 | 428 | 389 | 409 | 400 | 431 | 476 | 518 | 498 | 4,864 |
| 1978 | 443 | 369 | 347 | 185 | 94 | 34 | 56 | 79 | 184 | 254 | 277 | 172 | 2,494 |
| 1979 | 251 | 196 | 300 | 135 | 88 | 76 | 147 | 189 | 249 | 290 | 308 | 354 | 2,583 |
| 1980 | 335 | 281 | 283 | 31 | 31 | 30 | 110 | 109 | 164 | 193 | 217 | 182 | 1,966 |
| 1981 | 202 | 193 | 287 | 216 | 264 | 257 | 310 | 320 | 327 | 314 | 321 | 415 | 3,426 |
| 1982 | 360 | 329 | 281 | 76 | 30 | 32 | 30 | 43 | 82 | 153 | 188 | 133 | 1,737 |
| 1983 | 98 | 43 | 31 | 32 | 31 | 31 | 30 | 31 | 31 | 53 | 110 | 121 | 642 |
| 1984 | 125 | 31 | 32 | 30 | 73 | 113 | 151 | 190 | 256 | 282 | 268 | 339 | 1,870 |
| 1985 | 389 | 268 | 290 | 340 | 292 | 271 | 309 | 318 | 317 | 312 | 335 | 411 | 3,852 |
| 1986 | 364 | 338 | 328 | 328 | 32 | 31 | 74 | 95 | 116 | 262 | 264 | 335 | 2,565 |
| 1987 | 260 | 210 | 302 | 340 | 297 | 293 | 323 | 349 | 331 | 337 | 341 | 446 | 3,829 |
| 1988 | 461 | 393 | 456 | 451 | 429 | 401 | 361 | 392 | 431 | 592 | 543 | 528 | 5,438 |
| 1989 | 602 | 428 | 437 | 450 | 432 | 340 | 345 | 371 | 468 | 403 | 506 | 439 | 5,221 |
| 1990 | 545 | 424 | 487 | 446 | 423 | 387 | 362 | 403 | 447 | 524 | 571 | 468 | 5,487 |
| 76 - 90 AVG | 326 | 263 | 300 | 254 | 215 | 200 | 223 | 243 | 277 | 317 | 340 | 355 | 3,314 |

**SJR @ Vernalis (1)**
Flow Study
Dissolved Organic Carbon
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3706 | 2903 | 3701 | 4199 | 5792 | 4589 | 4312 | 3196 | 4141 | 3591 | 3516 | 4263 | 47,909 |
| 1977 | 3709 | 2904 | 3702 | 4200 | 5795 | 4588 | 4321 | 3164 | 4218 | 3722 | 3677 | 4295 | 48,295 |
| 1978 | 3733 | 2903 | 3705 | 4199 | 5795 | 4598 | 4301 | 3110 | 4062 | 3515 | 3498 | 4222 | 47,641 |
| 1979 | 3719 | 2904 | 3700 | 4199 | 5798 | 4599 | 4302 | 3131 | 4098 | 3538 | 3514 | 4267 | 47,769 |
| 1980 | 3707 | 2903 | 3702 | 4200 | 5797 | 4600 | 4302 | 3115 | 4055 | 3473 | 3469 | 4224 | 47,547 |
| 1981 | 3712 | 2900 | 3702 | 4199 | 5799 | 4599 | 4309 | 3174 | 4144 | 3561 | 3523 | 4281 | 47,378 |
| 1982 | 3707 | 2916 | 3706 | 4199 | 5799 | 4598 | 4300 | 3106 | 4023 | 3458 | 3457 | 4208 | 47,477 |
| 1983 | 3702 | 2906 | 3701 | 4199 | 5797 | 4598 | 4300 | 3104 | 4010 | 3420 | 3429 | 4212 | 47,378 |
| 1984 | 3705 | 2903 | 3703 | 4200 | 5799 | 4599 | 4304 | 3135 | 4097 | 3524 | 3495 | 4266 | 47,730 |
| 1985 | 3708 | 2916 | 3705 | 4200 | 5799 | 4599 | 4311 | 3173 | 4130 | 3558 | 3529 | 4276 | 47,904 |
| 1986 | 3719 | 2907 | 3704 | 4199 | 5783 | 4599 | 4300 | 3113 | 4036 | 3519 | 3492 | 4245 | 47,626 |
| 1987 | 3721 | 2906 | 3700 | 4200 | 5794 | 4593 | 4314 | 3187 | 4150 | 3591 | 3543 | 4291 | 47,990 |
| 1988 | 3724 | 2906 | 3706 | 4199 | 5797 | 4593 | 4312 | 3188 | 4215 | 3864 | 3707 | 4327 | 48,538 |
| 1989 | 3751 | 2904 | 3704 | 4200 | 5798 | 4599 | 4314 | 3198 | 4254 | 3654 | 3683 | 4233 | 48,272 |
| 1990 | 3711 | 2906 | 3700 | 4200 | 5797 | 4593 | 4316 | 3145 | 4236 | 3784 | 3731 | 4307 | 48,426 |
| 76 - 90 AVG | 3,716 | 2,906 | 3,703 | 4,199 | 5,797 | 4,596 | 4,308 | 3,149 | 4,125 | 3,585 | 3,550 | 4,261 | 47,894 |

**SJR @ Vernalis (1)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 533 | 433 | 648 | 719 | 842 | 718 | 738 | 792 | 726 | 743 | 728 | 1030 | 8,450 |
| 1977 | 579 | 632 | 800 | 953 | 928 | 855 | 889 | 870 | 916 | 995 | 1077 | 1048 | 10,542 |
| 1978 | 952 | 817 | 774 | 471 | 300 | 187 | 228 | 270 | 465 | 593 | 636 | 443 | 6,136 |
| 1979 | 592 | 492 | 688 | 376 | 288 | 268 | 400 | 476 | 584 | 657 | 694 | 781 | 6,294 |
| 1980 | 753 | 652 | 655 | 177 | 152 | 164 | 330 | 327 | 428 | 481 | 527 | 462 | 5,108 |
| 1981 | 501 | 486 | 662 | 529 | 620 | 606 | 705 | 717 | 726 | 701 | 717 | 894 | 7,864 |
| 1982 | 800 | 740 | 650 | 266 | 166 | 153 | 173 | 204 | 276 | 406 | 473 | 372 | 4,679 |
| 1983 | 306 | 204 | 180 | 155 | 152 | 153 | 158 | 165 | 168 | 220 | 327 | 349 | 2,517 |
| 1984 | 358 | 181 | 153 | 169 | 260 | 335 | 406 | 477 | 598 | 607 | 619 | 752 | 4,915 |
| 1985 | 855 | 624 | 667 | 763 | 673 | 833 | 703 | 714 | 709 | 698 | 743 | 888 | 8,670 |
| 1986 | 805 | 758 | 740 | 737 | 154 | 152 | 262 | 301 | 338 | 607 | 613 | 748 | 6,215 |
| 1987 | 609 | 517 | 692 | 763 | 682 | 675 | 728 | 771 | 734 | 743 | 754 | 950 | 8,618 |
| 1988 | 988 | 861 | 980 | 972 | 930 | 879 | 800 | 853 | 916 | 1203 | 1121 | 1101 | 11,604 |
| 1989 | 1249 | 927 | 945 | 970 | 936 | 763 | 770 | 811 | 982 | 663 | 1056 | 945 | 11,217 |
| 1990 | 1147 | 920 | 1038 | 962 | 920 | 852 | 802 | 876 | 944 | 1080 | 1172 | 991 | 11,704 |
| 76 - 90 AVG | 735 | 616 | 683 | 599 | 520 | 493 | 539 | 575 | 634 | 706 | 750 | 784 | 7,636 |

**SJR @ Vernalis (1)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 218 | 165 | 279 | 317 | 276 | 316 | 328 | 361 | 327 | 337 | 326 | 486 | 3,736 |
| 1977 | 243 | 271 | 360 | 441 | 428 | 389 | 409 | 400 | 431 | 476 | 518 | 498 | 4,864 |
| 1978 | 443 | 369 | 347 | 185 | 94 | 34 | 56 | 79 | 184 | 254 | 277 | 172 | 2,494 |
| 1979 | 251 | 196 | 300 | 135 | 88 | 76 | 147 | 189 | 249 | 290 | 308 | 354 | 2,583 |
| 1980 | 335 | 281 | 283 | 31 | 31 | 30 | 110 | 109 | 164 | 193 | 217 | 182 | 1,966 |
| 1981 | 202 | 193 | 287 | 216 | 264 | 257 | 310 | 320 | 327 | 314 | 321 | 415 | 3,426 |
| 1982 | 360 | 329 | 281 | 76 | 30 | 32 | 30 | 43 | 82 | 153 | 188 | 133 | 1,737 |
| 1983 | 98 | 43 | 31 | 32 | 31 | 31 | 30 | 31 | 31 | 53 | 110 | 121 | 642 |
| 1984 | 125 | 31 | 32 | 30 | 73 | 113 | 151 | 190 | 256 | 262 | 268 | 339 | 1,870 |
| 1985 | 389 | 268 | 290 | 340 | 292 | 271 | 309 | 318 | 317 | 312 | 335 | 411 | 3,852 |
| 1986 | 364 | 338 | 328 | 326 | 32 | 31 | 74 | 95 | 116 | 262 | 264 | 335 | 2,565 |
| 1987 | 280 | 210 | 302 | 340 | 297 | 293 | 323 | 349 | 331 | 337 | 341 | 446 | 3,829 |
| 1988 | 461 | 393 | 456 | 451 | 429 | 401 | 361 | 392 | 431 | 592 | 543 | 528 | 5,438 |
| 1989 | 602 | 428 | 437 | 450 | 432 | 340 | 345 | 371 | 468 | 403 | 506 | 439 | 5,221 |
| 1990 | 545 | 424 | 487 | 446 | 423 | 387 | 382 | 403 | 447 | 524 | 571 | 468 | 5,487 |
| 76 - 90 AVG | 326 | 263 | 300 | 254 | 215 | 200 | 223 | 243 | 277 | 317 | 340 | 355 | 3,314 |

**SJR @ Vernalis (1)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3706 | 2903 | 3701 | 4199 | 5792 | 4589 | 4312 | 3196 | 4141 | 3591 | 3518 | 4263 | 47,909 |
| 1977 | 3709 | 2904 | 3702 | 4200 | 5795 | 4588 | 4321 | 3164 | 4218 | 3722 | 3677 | 4295 | 48,295 |
| 1978 | 3733 | 2903 | 3705 | 4199 | 5795 | 4598 | 4301 | 3110 | 4062 | 3515 | 3498 | 4222 | 47,641 |
| 1979 | 3719 | 2904 | 3700 | 4199 | 5798 | 4599 | 4302 | 3131 | 4098 | 3538 | 3514 | 4267 | 47,769 |
| 1980 | 3707 | 2903 | 3702 | 4200 | 5797 | 4600 | 4302 | 3115 | 4055 | 3473 | 3469 | 4224 | 47,547 |
| 1981 | 3712 | 2900 | 3702 | 4199 | 5799 | 4599 | 4309 | 3174 | 4144 | 3581 | 3523 | 4281 | 47,903 |
| 1982 | 3707 | 2918 | 3706 | 4199 | 5799 | 4598 | 4300 | 3106 | 4023 | 3458 | 3457 | 4208 | 47,477 |
| 1983 | 3702 | 2906 | 3701 | 4199 | 5797 | 4598 | 4300 | 3104 | 4010 | 3420 | 3429 | 4212 | 47,378 |
| 1984 | 3705 | 2903 | 3703 | 4200 | 5799 | 4599 | 4304 | 3135 | 4097 | 3524 | 3495 | 4266 | 47,730 |
| 1985 | 3708 | 2916 | 3705 | 4200 | 5799 | 4599 | 4311 | 3173 | 4130 | 3558 | 3529 | 4276 | 47,904 |
| 1986 | 3719 | 2907 | 3704 | 4199 | 5793 | 4599 | 4300 | 3113 | 4036 | 3519 | 3492 | 4245 | 47,626 |
| 1987 | 3721 | 2906 | 3700 | 4200 | 5794 | 4593 | 4314 | 3187 | 4150 | 3591 | 3543 | 4291 | 47,990 |
| 1988 | 3724 | 2906 | 3706 | 4199 | 5797 | 4593 | 4312 | 3188 | 4215 | 3864 | 3707 | 4327 | 48,538 |
| 1989 | 3751 | 2904 | 3704 | 4200 | 5798 | 4599 | 4314 | 3198 | 4254 | 3654 | 3663 | 4233 | 48,272 |
| 1990 | 3711 | 2906 | 3700 | 4200 | 5797 | 4593 | 4316 | 3145 | 4236 | 3784 | 3731 | 4307 | 48,426 |
| 76 - 90 AVG | 3,716 | 2,906 | 3,703 | 4,199 | 5,797 | 4,596 | 4,308 | 3,149 | 4,125 | 3,585 | 3,550 | 4,261 | 47,894 |

**SJR @ Vernalis, 1**
**Cumulative Impact**
**Electrical Conductivity**
Units are in mircosiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 755 | 581 | 742 | 789 | 723 | 755 | 611 | 610 | 739 | 869 | 1025 | 1004 |
| 1977 | 526 | 659 | 767 | 932 | 959 | 952 | 780 | 758 | 925 | 1146 | 1224 | 1117 |
| 1978 | 861 | 868 | 810 | 484 | 305 | 190 | 213 | 246 | 438 | 587 | 661 | 613 |
| 1979 | 605 | 613 | 754 | 382 | 251 | 276 | 347 | 386 | 638 | 665 | 685 | 779 |
| 1980 | 684 | 739 | 714 | 202 | 152 | 167 | 312 | 298 | 375 | 629 | 651 | 532 |
| 1981 | 610 | 579 | 750 | 605 | 536 | 618 | 486 | 481 | 699 | 709 | 717 | 927 |
| 1982 | 698 | 733 | 732 | 267 | 197 | 153 | 172 | 209 | 281 | 578 | 596 | 440 |
| 1983 | 237 | 212 | 154 | 154 | 152 | 153 | 163 | 168 | 175 | 246 | 399 | 352 |
| 1984 | 232 | 184 | 152 | 159 | 231 | 373 | 411 | 406 | 534 | 613 | 623 | 734 |
| 1985 | 690 | 710 | 704 | 748 | 666 | 646 | 587 | 541 | 694 | 730 | 926 | 930 |
| 1986 | 711 | 747 | 736 | 781 | 168 | 152 | 256 | 287 | 328 | 606 | 617 | 726 |
| 1987 | 751 | 718 | 775 | 775 | 717 | 703 | 606 | 604 | 728 | 948 | 1005 | 993 |
| 1988 | 877 | 886 | 929 | 950 | 952 | 928 | 730 | 744 | 831 | 1128 | 1093 | 1036 |
| 1989 | 942 | 952 | 912 | 978 | 949 | 801 | 723 | 770 | 799 | 1027 | 1082 | 1034 |
| 1990 | 927 | 927 | 985 | 980 | 960 | 919 | 771 | 818 | 919 | 1082 | 1134 | 1080 |
| Average | 674 | 674 | 708 | 610 | 528 | 519 | 477 | 488 | 607 | 771 | 828 | 820 |

**SJR @ Vernalis, 1**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 337 | 244 | 329 | 343 | 319 | 336 | 260 | 262 | 334 | 407 | 488 | 472 |
| 1977 | 215 | 286 | 343 | 430 | 445 | 440 | 339 | 340 | 436 | 561 | 599 | 535 |
| 1978 | 394 | 396 | 366 | 192 | 97 | 35 | 48 | 66 | 169 | 251 | 290 | 263 |
| 1979 | 258 | 261 | 335 | 138 | 68 | 82 | 119 | 141 | 278 | 294 | 303 | 353 |
| 1980 | 299 | 328 | 315 | 42 | 31 | 30 | 101 | 94 | 136 | 274 | 285 | 219 |
| 1981 | 260 | 242 | 334 | 256 | 220 | 263 | 193 | 192 | 312 | 318 | 320 | 433 |
| 1982 | 306 | 326 | 325 | 77 | 39 | 32 | 30 | 46 | 85 | 247 | 255 | 169 |
| 1983 | 61 | 48 | 31 | 32 | 31 | 31 | 30 | 31 | 31 | 67 | 149 | 123 |
| 1984 | 58 | 33 | 32 | 30 | 58 | 133 | 154 | 152 | 222 | 265 | 270 | 329 |
| 1985 | 302 | 314 | 309 | 331 | 289 | 278 | 247 | 224 | 309 | 330 | 435 | 434 |
| 1986 | 314 | 332 | 326 | 339 | 33 | 31 | 71 | 88 | 111 | 261 | 267 | 323 |
| 1987 | 336 | 317 | 347 | 347 | 316 | 308 | 258 | 259 | 328 | 450 | 476 | 469 |
| 1988 | 402 | 406 | 429 | 440 | 441 | 428 | 323 | 334 | 384 | 550 | 527 | 494 |
| 1989 | 438 | 441 | 420 | 455 | 439 | 360 | 320 | 348 | 367 | 495 | 510 | 486 |
| 1990 | 428 | 428 | 458 | 455 | 445 | 423 | 345 | 371 | 433 | 525 | 550 | 517 |
| Average | 294 | 293 | 313 | 260 | 218 | 214 | 189 | 197 | 262 | 353 | 382 | 375 |

**SJR @ Vernalis, 1**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3709 | 2904 | 3701 | 4199 | 5791 | 4588 | 4309 | 3160 | 4145 | 3654 | 3614 | 4260 |
| 1977 | 3707 | 2905 | 3702 | 4200 | 5795 | 4588 | 4316 | 3149 | 4221 | 3818 | 3752 | 4306 |
| 1978 | 3730 | 2903 | 3705 | 4198 | 5795 | 4596 | 4301 | 3109 | 4055 | 3513 | 3506 | 4237 |
| 1979 | 3720 | 2905 | 3700 | 4199 | 5796 | 4599 | 4301 | 3121 | 4114 | 3541 | 3513 | 4266 |
| 1980 | 3706 | 2904 | 3702 | 4200 | 5797 | 4600 | 4302 | 3113 | 4043 | 3519 | 3501 | 4231 |
| 1981 | 3716 | 2901 | 3702 | 4199 | 5799 | 4599 | 4305 | 3138 | 4134 | 3564 | 3523 | 4287 |
| 1982 | 3706 | 2918 | 3707 | 4199 | 5799 | 4598 | 4300 | 3107 | 4024 | 3509 | 3486 | 4210 |
| 1983 | 3702 | 2907 | 3701 | 4199 | 5797 | 4599 | 4300 | 3104 | 4011 | 3424 | 3424 | 4212 |
| 1984 | 3703 | 2903 | 3703 | 4200 | 5799 | 4599 | 4304 | 3126 | 4079 | 3525 | 3496 | 4284 |
| 1985 | 3706 | 2920 | 3706 | 4200 | 5799 | 4599 | 4308 | 3145 | 4124 | 3571 | 3594 | 4283 |
| 1986 | 3716 | 2907 | 3704 | 4199 | 5790 | 4599 | 4300 | 3111 | 4034 | 3518 | 3493 | 4242 |
| 1987 | 3728 | 2910 | 3701 | 4200 | 5793 | 4593 | 4310 | 3156 | 4148 | 3696 | 3641 | 4300 |
| 1988 | 3722 | 2908 | 3706 | 4199 | 5797 | 4593 | 4310 | 3169 | 4179 | 3811 | 3693 | 4315 |
| 1989 | 3735 | 2904 | 3704 | 4200 | 5798 | 4599 | 4313 | 3169 | 4174 | 3748 | 3667 | 4238 |
| 1990 | 3708 | 2906 | 3700 | 4200 | 5797 | 4592 | 4315 | 3139 | 4226 | 3785 | 3712 | 4325 |
| Average | 3714 | 2907 | 3703 | 4199 | 5796 | 4596 | 4306 | 3136 | 4114 | 3613 | 3575 | 4265 |

**SJR @ Brandt Bridge (10)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 535 | 427 | 646 | 755 | 682 | 803 | 715 | 749 | 764 | 817 | 576 | 1240 | 8,709 |
| 1977 | 613 | 662 | 791 | 939 | 989 | 953 | 761 | 868 | 874 | 1042 | 1109 | 1318 | 10,917 |
| 1978 | 1028 | 890 | 871 | 531 | 316 | 197 | 230 | 274 | 477 | 597 | 635 | 461 | 6,507 |
| 1979 | 593 | 519 | 761 | 414 | 299 | 273 | 394 | 477 | 589 | 658 | 681 | 933 | 6,592 |
| 1980 | 814 | 663 | 691 | 186 | 153 | 166 | 332 | 329 | 433 | 479 | 559 | 465 | 5,270 |
| 1981 | 490 | 497 | 654 | 565 | 646 | 633 | 602 | 707 | 777 | 599 | 378 | 1108 | 7,656 |
| 1982 | 822 | 775 | 671 | 285 | 165 | 157 | 174 | 206 | 285 | 393 | 490 | 378 | 4,801 |
| 1983 | 304 | 211 | 163 | 159 | 153 | 156 | 160 | 165 | 171 | 218 | 338 | 354 | 2,552 |
| 1984 | 368 | 188 | 153 | 170 | 262 | 345 | 453 | 606 | 601 | 620 | 662 | 874 | 5,302 |
| 1985 | 851 | 660 | 708 | 768 | 734 | 695 | 590 | 695 | 757 | 597 | 628 | 772 | 8,534 |
| 1986 | 828 | 771 | 830 | 876 | 176 | 153 | 260 | 304 | 352 | 605 | 367 | 1104 | 6,547 |
| 1987 | 622 | 514 | 581 | 716 | 755 | 836 | 716 | 739 | 737 | 726 | 473 | 1191 | 8,608 |
| 1988 | 1001 | 909 | 871 | 709 | 910 | 922 | 722 | 798 | 857 | 789 | 539 | 1242 | 10,249 |
| 1989 | 1076 | 961 | 962 | 1017 | 976 | 989 | 695 | 778 | 812 | 562 | 379 | 1229 | 10,436 |
| 1990 | 1069 | 945 | 1013 | 849 | 930 | 904 | 790 | 837 | 857 | 698 | 437 | 1299 | 10,828 |
| 76 - 90 AVG | 734 | 639 | 691 | 596 | 543 | 545 | 506 | 569 | 623 | 625 | 550 | 931 | 7,554 |

**SJR @ Brandt Bridge (10)**
**Existing Conditions**
**Bromide**
Units are in micograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 220 | 162 | 279 | 336 | 297 | 380 | 316 | 341 | 353 | 395 | 315 | 605 | 3,979 |
| 1977 | 262 | 288 | 356 | 435 | 460 | 440 | 341 | 401 | 414 | 523 | 570 | 651 | 5,141 |
| 1978 | 486 | 408 | 406 | 218 | 103 | 39 | 57 | 82 | 193 | 260 | 282 | 182 | 2,716 |
| 1979 | 252 | 211 | 341 | 155 | 93 | 80 | 144 | 191 | 255 | 296 | 326 | 440 | 2,784 |
| 1980 | 369 | 268 | 318 | 41 | 32 | 30 | 112 | 111 | 169 | 194 | 238 | 185 | 2,067 |
| 1981 | 197 | 199 | 264 | 235 | 277 | 271 | 255 | 317 | 365 | 321 | 214 | 537 | 3,472 |
| 1982 | 373 | 349 | 298 | 87 | 31 | 33 | 30 | 45 | 88 | 147 | 199 | 138 | 1,814 |
| 1983 | 97 | 48 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 52 | 117 | 124 | 662 |
| 1984 | 131 | 35 | 32 | 30 | 74 | 118 | 176 | 262 | 262 | 275 | 317 | 409 | 2,121 |
| 1985 | 389 | 288 | 334 | 375 | 326 | 304 | 249 | 311 | 352 | 323 | 205 | 535 | 3,991 |
| 1986 | 378 | 345 | 404 | 432 | 44 | 32 | 74 | 98 | 124 | 260 | 278 | 349 | 2,818 |
| 1987 | 268 | 209 | 252 | 335 | 337 | 374 | 316 | 335 | 341 | 380 | 269 | 585 | 4,001 |
| 1988 | 470 | 419 | 415 | 337 | 421 | 423 | 319 | 367 | 407 | 410 | 308 | 614 | 4,910 |
| 1989 | 512 | 447 | 449 | 482 | 453 | 456 | 305 | 363 | 395 | 311 | 215 | 599 | 4,987 |
| 1990 | 505 | 438 | 476 | 404 | 432 | 414 | 356 | 384 | 408 | 376 | 249 | 646 | 5,088 |
| 76 - 90 AVG | 327 | 276 | 312 | 262 | 227 | 227 | 205 | 243 | 277 | 302 | 273 | 440 | 3,371 |

**SJR @ Brandt Bridge (10)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3736 | 2934 | 3694 | 4620 | 5766 | 5029 | 4409 | 3489 | 4216 | 4259 | 5714 | 4328 | 52,174 |
| 1977 | 3745 | 2951 | 3683 | 5191 | 6844 | 5127 | 4441 | 3421 | 4263 | 4500 | 4764 | 4376 | 53,306 |
| 1978 | 3819 | 2973 | 4111 | 4342 | 5756 | 4838 | 4308 | 3136 | 4102 | 3654 | 3681 | 4213 | 48,733 |
| 1979 | 3750 | 2942 | 3706 | 4238 | 5769 | 4632 | 4321 | 3209 | 4131 | 3750 | 4319 | 4327 | 49,094 |
| 1980 | 3758 | 2950 | 4470 | 4249 | 5782 | 4619 | 4315 | 3154 | 4076 | 3555 | 3581 | 4215 | 48,724 |
| 1981 | 3736 | 2933 | 3705 | 4255 | 5756 | 4810 | 4367 | 3409 | 4296 | 5434 | 5850 | 4350 | 52,901 |
| 1982 | 3759 | 2975 | 3840 | 4217 | 5780 | 4621 | 4306 | 3124 | 4024 | 3511 | 3525 | 4193 | 47,875 |
| 1983 | 3721 | 2931 | 3695 | 4213 | 5784 | 4616 | 4304 | 3117 | 4007 | 3435 | 3452 | 4205 | 47,480 |
| 1984 | 3731 | 2928 | 3698 | 4202 | 5787 | 4633 | 4334 | 3344 | 4128 | 3734 | 4364 | 4328 | 49,211 |
| 1985 | 3761 | 2973 | 5085 | 8387 | 6227 | 4937 | 4371 | 3389 | 4254 | 5423 | 5766 | 4381 | 58,954 |
| 1986 | 3777 | 2973 | 5857 | 9018 | 5900 | 4614 | 4309 | 3146 | 4044 | 3625 | 3657 | 4227 | 55,145 |
| 1987 | 3760 | 2944 | 3896 | 8230 | 7012 | 7533 | 4560 | 3441 | 4241 | 5423 | 5896 | 4453 | 61,389 |
| 1988 | 3804 | 2977 | 4491 | 8573 | 6547 | 5009 | 4414 | 3518 | 4287 | 5559 | 5975 | 4446 | 59,600 |
| 1989 | 3830 | 2984 | 3740 | 6538 | 6115 | 9044 | 4946 | 4163 | 4690 | 6017 | 5862 | 4350 | 62,299 |
| 1990 | 3775 | 2981 | 3778 | 6857 | 6313 | 5024 | 4552 | 3419 | 4314 | 5574 | 5916 | 4502 | 57,005 |
| 76 - 90 AVG | 3,764 | 2,957 | 4,097 | 5,809 | 6,076 | 5,259 | 4,417 | 3,364 | 4,205 | 4,497 | 4,823 | 4,326 | 53,593 |

**SJR @ Brandt Bridge (10)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 622 | 486 | 513 | 700 | 699 | 699 | 730 | 762 | 764 | 733 | 736 | 851 | 8,709 |
| 1,977 | 823 | 604 | 702 | 884 | 964 | 915 | 875 | 878 | 880 | 926 | 997 | 1067 | 10,917 |
| 1,978 | 1008 | 893 | 832 | 648 | 390 | 248 | 206 | 250 | 367 | 526 | 611 | 544 | 6,507 |
| 1,979 | 513 | 545 | 546 | 547 | 335 | 279 | 331 | 440 | 530 | 615 | 574 | 727 | 6,592 |
| 1,980 | 769 | 707 | 668 | 424 | 158 | 150 | 246 | 330 | 379 | 455 | 504 | 496 | 5,270 |
| 1,981 | 481 | 494 | 541 | 610 | 574 | 626 | 656 | 713 | 723 | 719 | 708 | 793 | 7,656 |
| 1,982 | 853 | 774 | 730 | 469 | 216 | 164 | 162 | 190 | 242 | 342 | 439 | 424 | 4,801 |
| 1,983 | 341 | 258 | 183 | 152 | 117 | 100 | 123 | 162 | 167 | 195 | 273 | 338 | 2,552 |
| 1,984 | 354 | 272 | 168 | 159 | 217 | 301 | 373 | 443 | 535 | 607 | 617 | 679 | 5,302 |
| 1,985 | 796 | 750 | 665 | 793 | 738 | 684 | 671 | 710 | 714 | 710 | 715 | 805 | 8,534 |
| 1,986 | 851 | 785 | 823 | 919 | 449 | 128 | 190 | 283 | 322 | 464 | 612 | 673 | 6,547 |
| 1,987 | 684 | 567 | 565 | 708 | 750 | 728 | 707 | 747 | 756 | 737 | 746 | 836 | 8,608 |
| 1,988 | 967 | 932 | 804 | 647 | 939 | 934 | 653 | 820 | 889 | 807 | 771 | 1109 | 10,249 |
| 1,989 | 1161 | 1111 | 941 | 997 | 966 | 985 | 802 | 815 | 788 | 559 | 431 | 990 | 10,436 |
| 1,990 | 1028 | 1047 | 960 | 828 | 892 | 907 | 850 | 828 | 868 | 635 | 452 | 1083 | 10,628 |
| 76 - 90 AVG | 750 | 682 | 643 | 631 | 560 | 522 | 518 | 558 | 594 | 602 | 612 | 761 | 7,564 |

**SJR @ Brandt Bridge (10)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 267 | 194 | 210 | 307 | 302 | 300 | 324 | 349 | 352 | 349 | 341 | 393 | 3,979 |
| 1,977 | 373 | 257 | 309 | 395 | 446 | 420 | 401 | 407 | 418 | 451 | 489 | 512 | 5,141 |
| 1,978 | 475 | 410 | 386 | 279 | 141 | 66 | 44 | 69 | 134 | 222 | 278 | 226 | 2,716 |
| 1,979 | 209 | 225 | 230 | 225 | 113 | 83 | 111 | 171 | 225 | 289 | 317 | 330 | 2,784 |
| 1,980 | 345 | 311 | 295 | 161 | 32 | 30 | 70 | 112 | 140 | 182 | 208 | 201 | 2,087 |
| 1,981 | 182 | 197 | 227 | 259 | 239 | 267 | 284 | 320 | 332 | 337 | 331 | 364 | 3,472 |
| 1,982 | 389 | 348 | 329 | 184 | 53 | 33 | 30 | 37 | 64 | 120 | 172 | 162 | 1,814 |
| 1,983 | 116 | 73 | 37 | 35 | 32 | 33 | 30 | 31 | 32 | 43 | 82 | 116 | 662 |
| 1,984 | 124 | 80 | 32 | 30 | 51 | 93 | 133 | 173 | 228 | 271 | 278 | 302 | 2,121 |
| 1,985 | 360 | 335 | 297 | 384 | 329 | 287 | 293 | 319 | 327 | 337 | 329 | 369 | 3,991 |
| 1,986 | 390 | 353 | 399 | 462 | 187 | 32 | 52 | 86 | 109 | 190 | 272 | 297 | 2,818 |
| 1,987 | 301 | 237 | 243 | 331 | 335 | 319 | 312 | 340 | 351 | 343 | 344 | 388 | 4,001 |
| 1,988 | 452 | 431 | 380 | 304 | 431 | 424 | 389 | 379 | 413 | 428 | 421 | 538 | 4,910 |
| 1,989 | 558 | 527 | 438 | 472 | 449 | 454 | 382 | 378 | 405 | 312 | 250 | 468 | 4,987 |
| 1,990 | 483 | 492 | 448 | 393 | 412 | 416 | 388 | 380 | 425 | 350 | 262 | 523 | 5,088 |
| 76 - 90 AVG | 336 | 298 | 284 | 281 | 237 | 217 | 215 | 237 | 264 | 281 | 291 | 348 | 3,371 |

**SJR @ Brandt Bridge (10)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 3735 | 2936 | 3727 | 4895 | 5783 | 4905 | 4420 | 3522 | 4198 | 4235 | 3819 | 4225 | 52,174 |
| 1,977 | 3742 | 2949 | 3692 | 5186 | 6907 | 5032 | 4497 | 3443 | 4281 | 4142 | 4084 | 4294 | 53,306 |
| 1,978 | 3802 | 2967 | 4188 | 4313 | 5757 | 4636 | 4308 | 3136 | 4096 | 3637 | 3893 | 4214 | 48,733 |
| 1,979 | 3748 | 2940 | 3830 | 4236 | 5769 | 4832 | 4321 | 3209 | 4146 | 4363 | 5767 | 4333 | 49,094 |
| 1,980 | 3751 | 2950 | 3826 | 4210 | 5782 | 4619 | 4315 | 3154 | 4074 | 3554 | 3553 | 4216 | 48,724 |
| 1,981 | 3736 | 2933 | 3782 | 4315 | 5781 | 4948 | 4432 | 3415 | 4231 | 4051 | 3990 | 4204 | 52,901 |
| 1,982 | 3752 | 2972 | 3923 | 4223 | 5780 | 4622 | 4306 | 3124 | 4023 | 3519 | 3513 | 4193 | 47,875 |
| 1,983 | 3722 | 2930 | 3895 | 4213 | 5784 | 4616 | 4304 | 3117 | 4007 | 3436 | 3448 | 4205 | 47,480 |
| 1,984 | 3730 | 2928 | 3698 | 4202 | 5787 | 4633 | 4327 | 3220 | 4138 | 3847 | 3852 | 4274 | 49,211 |
| 1,985 | 3758 | 2971 | 4117 | 8459 | 6186 | 4810 | 4435 | 3454 | 4207 | 4278 | 3832 | 4266 | 58,954 |
| 1,986 | 3768 | 2972 | 5754 | 10957 | 5975 | 4615 | 4309 | 3146 | 4041 | 3636 | 3761 | 4227 | 55,145 |
| 1,987 | 3759 | 2945 | 3896 | 8281 | 6647 | 5561 | 4459 | 3469 | 4241 | 3921 | 3773 | 4290 | 61,389 |
| 1,988 | 3791 | 2973 | 4434 | 8411 | 6233 | 4952 | 4447 | 3511 | 4289 | 5510 | 5751 | 4365 | 59,600 |
| 1,989 | 3854 | 2987 | 3751 | 6550 | 6066 | 8893 | 5427 | 3607 | 5362 | 6089 | 6206 | 4310 | 62,299 |
| 1,990 | 3782 | 2981 | 3771 | 6826 | 6366 | 4996 | 4696 | 3514 | 4503 | 5843 | 6173 | 4379 | 57,005 |
| 76 - 90 AVG | 3,762 | 2,956 | 4,006 | 5,952 | 6,040 | 5,098 | 4,467 | 3,336 | 4,256 | 4,271 | 4,361 | 4,270 | 53,593 |

SJR @ Brandt Bridge (10)
State Permit
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 540 | 437 | 610 | 737 | 656 | 722 | 742 | 788 | 734 | 734 | 729 | 998 | 8,427 |
| 1977 | 598 | 631 | 785 | 938 | 975 | 878 | 890 | 873 | 903 | 964 | 1033 | 1047 | 10,515 |
| 1978 | 960 | 826 | 810 | 498 | 308 | 191 | 228 | 270 | 465 | 589 | 632 | 450 | 6,227 |
| 1979 | 588 | 496 | 649 | 393 | 292 | 268 | 398 | 478 | 581 | 649 | 616 | 771 | 6,179 |
| 1980 | 755 | 857 | 669 | 193 | 153 | 165 | 329 | 329 | 429 | 482 | 527 | 485 | 5,153 |
| 1981 | 500 | 487 | 598 | 545 | 619 | 618 | 701 | 720 | 728 | 706 | 715 | 880 | 7,815 |
| 1982 | 806 | 743 | 691 | 284 | 169 | 155 | 174 | 205 | 277 | 404 | 473 | 376 | 4,757 |
| 1983 | 309 | 207 | 162 | 159 | 153 | 156 | 158 | 166 | 169 | 221 | 326 | 350 | 2,536 |
| 1984 | 359 | 185 | 153 | 170 | 260 | 336 | 407 | 478 | 593 | 613 | 623 | 747 | 4,924 |
| 1985 | 848 | 636 | 876 | 803 | 699 | 645 | 702 | 716 | 713 | 705 | 736 | 877 | 8,756 |
| 1986 | 810 | 762 | 818 | 916 | 179 | 153 | 260 | 301 | 340 | 603 | 617 | 741 | 6,500 |
| 1987 | 616 | 521 | 587 | 710 | 712 | 721 | 732 | 769 | 741 | 742 | 752 | 935 | 8,538 |
| 1988 | 984 | 870 | 781 | 633 | 910 | 894 | 815 | 847 | 896 | 704 | 715 | 1091 | 10,140 |
| 1989 | 1230 | 953 | 944 | 1000 | 952 | 981 | 801 | 808 | 796 | 622 | 541 | 934 | 10,562 |
| 1990 | 1127 | 937 | 1014 | 853 | 885 | 873 | 821 | 866 | 868 | 560 | 455 | 988 | 10,245 |
| 76 - 90 AVG | 735 | 623 | 663 | 589 | 528 | 517 | 544 | 574 | 616 | 620 | 633 | 777 | 7,418 |

SJR @ Brandt Bridge (10)
State Permit
Bromide
Units are in micograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 223 | 168 | 261 | 327 | 284 | 318 | 330 | 363 | 336 | 360 | 337 | 471 | 3,778 |
| 1977 | 254 | 271 | 353 | 434 | 451 | 400 | 410 | 404 | 431 | 471 | 508 | 501 | 4,888 |
| 1978 | 449 | 375 | 373 | 200 | 98 | 37 | 56 | 79 | 186 | 256 | 286 | 176 | 2,571 |
| 1979 | 249 | 199 | 262 | 144 | 90 | 77 | 147 | 191 | 252 | 299 | 333 | 354 | 2,617 |
| 1980 | 337 | 284 | 295 | 40 | 32 | 30 | 110 | 111 | 167 | 196 | 221 | 184 | 2,007 |
| 1981 | 202 | 193 | 257 | 225 | 263 | 262 | 308 | 324 | 335 | 325 | 330 | 409 | 3,433 |
| 1982 | 364 | 332 | 308 | 86 | 31 | 33 | 30 | 44 | 83 | 154 | 190 | 136 | 1,791 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 53 | 110 | 122 | 653 |
| 1984 | 126 | 34 | 32 | 30 | 73 | 113 | 151 | 192 | 258 | 274 | 280 | 337 | 1,900 |
| 1985 | 387 | 275 | 302 | 384 | 308 | 277 | 309 | 322 | 326 | 332 | 340 | 408 | 3,970 |
| 1986 | 368 | 341 | 396 | 460 | 48 | 32 | 74 | 96 | 118 | 264 | 274 | 332 | 2,801 |
| 1987 | 264 | 213 | 255 | 332 | 314 | 318 | 325 | 351 | 343 | 346 | 348 | 440 | 3,847 |
| 1988 | 461 | 398 | 369 | 297 | 420 | 409 | 369 | 393 | 430 | 379 | 386 | 528 | 4,839 |
| 1989 | 595 | 442 | 439 | 474 | 441 | 451 | 362 | 374 | 407 | 345 | 310 | 438 | 5,078 |
| 1990 | 536 | 433 | 476 | 405 | 408 | 398 | 373 | 400 | 432 | 309 | 262 | 471 | 4,902 |
| 76 - 90 AVG | 328 | 267 | 295 | 258 | 219 | 212 | 226 | 245 | 276 | 291 | 301 | 354 | 3,272 |

SJR @ Brandt Bridge (10)
State Permit
Dissolved Organic Carbon
Units are in micograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3735 | 2936 | 3730 | 4925 | 5785 | 4905 | 4425 | 3529 | 4201 | 4637 | 3830 | 4224 | 50,862 |
| 1977 | 3742 | 2949 | 3692 | 4668 | 6267 | 5016 | 4503 | 3447 | 4281 | 4146 | 4084 | 4294 | 51,069 |
| 1978 | 3802 | 2967 | 4133 | 4309 | 5757 | 4636 | 4308 | 3136 | 4095 | 3645 | 3882 | 4213 | 48,883 |
| 1979 | 3748 | 2940 | 3767 | 4234 | 5769 | 4632 | 4321 | 3210 | 4144 | 4057 | 5607 | 4335 | 50,764 |
| 1980 | 3751 | 2950 | 3825 | 4210 | 5782 | 4619 | 4315 | 3154 | 4074 | 3556 | 3552 | 4216 | 48,004 |
| 1981 | 3736 | 2934 | 3781 | 4315 | 5781 | 4854 | 4433 | 3415 | 4227 | 3888 | 3846 | 4264 | 49,454 |
| 1982 | 3752 | 2972 | 3919 | 4223 | 5780 | 4822 | 4306 | 3124 | 4023 | 3519 | 3513 | 4193 | 47,946 |
| 1983 | 3722 | 2930 | 3695 | 4213 | 5784 | 4816 | 4304 | 3117 | 4007 | 3436 | 3448 | 4205 | 47,477 |
| 1984 | 3730 | 2928 | 3698 | 4202 | 5787 | 4633 | 4327 | 3220 | 4138 | 3844 | 3838 | 4274 | 48,619 |
| 1985 | 3759 | 2971 | 4113 | 7808 | 6134 | 4833 | 4434 | 3427 | 4206 | 4159 | 3804 | 4266 | 53,914 |
| 1986 | 3768 | 2972 | 5695 | 10845 | 5972 | 4615 | 4309 | 3146 | 4041 | 3632 | 3755 | 4227 | 56,977 |
| 1987 | 3759 | 2945 | 3905 | 8326 | 6655 | 5560 | 4461 | 3473 | 4244 | 3936 | 3781 | 4290 | 55,335 |
| 1988 | 3791 | 2973 | 4455 | 8490 | 6228 | 4952 | 4455 | 3506 | 4324 | 5578 | 5619 | 4361 | 58,732 |
| 1989 | 3854 | 2987 | 3752 | 6559 | 6129 | 9108 | 5447 | 3591 | 5209 | 6020 | 6241 | 4307 | 63,204 |
| 1990 | 3782 | 2981 | 3758 | 6827 | 6234 | 4990 | 4595 | 3454 | 4634 | 5686 | 6079 | 4374 | 57,394 |
| 76 - 90 AVG | 3,762 | 2,956 | 3,995 | 5,877 | 5,990 | 5,106 | 4,463 | 3,330 | 4,257 | 4,248 | 4,325 | 4,270 | 52,577 |

**SJR @ Brandt Bridge (10)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 540 | 437 | 617 | 733 | 656 | 722 | 742 | 789 | 734 | 738 | 730 | 998 | 8,436 |
| 1977 | 598 | 631 | 785 | 923 | 979 | 878 | 890 | 873 | 903 | 964 | 1033 | 1047 | 10,504 |
| 1978 | 960 | 826 | 813 | 499 | 308 | 191 | 228 | 270 | 485 | 590 | 631 | 450 | 6,231 |
| 1979 | 588 | 496 | 575 | 392 | 292 | 268 | 398 | 478 | 581 | 644 | 593 | 771 | 6,076 |
| 1980 | 755 | 657 | 669 | 193 | 153 | 165 | 329 | 429 | 482 | 527 | 465 |  | 5,153 |
| 1981 | 500 | 487 | 598 | 548 | 819 | 618 | 701 | 719 | 728 | 709 | 714 | 880 | 7,821 |
| 1982 | 806 | 743 | 692 | 284 | 189 | 155 | 174 | 205 | 277 | 404 | 473 | 376 | 4,758 |
| 1983 | 309 | 207 | 162 | 159 | 153 | 156 | 158 | 166 | 169 | 221 | 326 | 350 | 2,536 |
| 1984 | 359 | 185 | 153 | 170 | 260 | 336 | 407 | 478 | 593 | 613 | 623 | 747 | 4,924 |
| 1985 | 848 | 636 | 676 | 786 | 694 | 643 | 702 | 717 | 713 | 704 | 736 | 877 | 8,732 |
| 1986 | 810 | 762 | 819 | 917 | 179 | 153 | 260 | 301 | 340 | 603 | 617 | 741 | 6,502 |
| 1987 | 616 | 521 | 587 | 711 | 712 | 721 | 732 | 769 | 740 | 742 | 752 | 935 | 8,538 |
| 1988 | 984 | 870 | 792 | 642 | 911 | 894 | 814 | 847 | 901 | 850 | 812 | 1092 | 10,409 |
| 1989 | 1230 | 953 | 944 | 1000 | 950 | 977 | 802 | 808 | 777 | 562 | 434 | 927 | 10,364 |
| 1990 | 1127 | 937 | 1011 | 838 | 865 | 873 | 828 | 866 | 908 | 710 | 505 | 986 | 10,452 |
| 78 - 90 AVG | 735 | 823 | 660 | 586 | 527 | 517 | 544 | 574 | 617 | 636 | 634 | 776 | 7,429 |

**SJR @ Brandt Bridge (10)**
**Percent Inflow**
**Bromide**
Units are in micograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 223 | 168 | 264 | 325 | 283 | 318 | 330 | 363 | 336 | 353 | 336 | 471 | 3,770 |
| 1977 | 254 | 271 | 353 | 428 | 454 | 400 | 410 | 404 | 431 | 471 | 508 | 501 | 4,883 |
| 1978 | 449 | 375 | 376 | 200 | 98 | 37 | 56 | 79 | 186 | 256 | 287 | 176 | 2,575 |
| 1979 | 249 | 199 | 248 | 144 | 90 | 77 | 147 | 191 | 252 | 304 | 325 | 353 | 2,579 |
| 1980 | 337 | 284 | 295 | 40 | 32 | 30 | 110 | 111 | 167 | 196 | 220 | 184 | 2,006 |
| 1981 | 202 | 193 | 257 | 226 | 263 | 263 | 309 | 324 | 335 | 331 | 334 | 409 | 3,448 |
| 1982 | 364 | 332 | 308 | 66 | 31 | 33 | 30 | 44 | 83 | 154 | 190 | 136 | 1,791 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 53 | 110 | 122 | 653 |
| 1984 | 126 | 34 | 32 | 30 | 73 | 113 | 151 | 192 | 258 | 274 | 261 | 337 | 1,901 |
| 1985 | 387 | 275 | 303 | 380 | 305 | 277 | 309 | 323 | 327 | 330 | 339 | 408 | 3,963 |
| 1986 | 368 | 341 | 397 | 461 | 46 | 32 | 74 | 96 | 118 | 264 | 274 | 332 | 2,803 |
| 1987 | 264 | 213 | 255 | 332 | 315 | 316 | 325 | 351 | 341 | 345 | 347 | 440 | 3,844 |
| 1988 | 461 | 398 | 374 | 302 | 420 | 409 | 368 | 393 | 430 | 447 | 438 | 529 | 4,969 |
| 1989 | 595 | 442 | 439 | 474 | 439 | 450 | 362 | 374 | 399 | 314 | 251 | 434 | 4,973 |
| 1990 | 535 | 433 | 475 | 398 | 398 | 398 | 376 | 400 | 442 | 388 | 291 | 471 | 5,005 |
| 76 - 90 AVG | 328 | 267 | 294 | 257 | 219 | 212 | 226 | 245 | 276 | 299 | 302 | 354 | 3,277 |

**SJR @ Brandt Bridge (10)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3735 | 2936 | 3716 | 4767 | 5774 | 4906 | 4420 | 3515 | 4196 | 4279 | 3806 | 4224 | 50,274 |
| 1977 | 3742 | 2949 | 3692 | 5120 | 6833 | 5035 | 4506 | 3444 | 4281 | 4143 | 4085 | 4294 | 52,124 |
| 1978 | 3802 | 2967 | 4185 | 4313 | 5757 | 4636 | 4308 | 3136 | 4095 | 3634 | 3894 | 4214 | 48,941 |
| 1979 | 3748 | 2940 | 3904 | 4239 | 5769 | 4632 | 4321 | 3209 | 4145 | 4343 | 5737 | 4334 | 51,321 |
| 1980 | 3751 | 2950 | 3826 | 4210 | 5782 | 4619 | 4315 | 3154 | 4074 | 3549 | 3555 | 4216 | 48,001 |
| 1981 | 3736 | 2933 | 3783 | 4349 | 5784 | 4905 | 4431 | 3407 | 4230 | 4050 | 3968 | 4264 | 49,860 |
| 1982 | 3752 | 2972 | 3923 | 4223 | 5780 | 4622 | 4306 | 3124 | 4023 | 3519 | 3513 | 4193 | 47,950 |
| 1983 | 3722 | 2930 | 3695 | 4213 | 5784 | 4816 | 4304 | 3117 | 4007 | 3436 | 3448 | 4205 | 47,477 |
| 1984 | 3730 | 2928 | 3698 | 4202 | 5787 | 4633 | 4327 | 3220 | 4138 | 3844 | 3839 | 4274 | 48,620 |
| 1985 | 3758 | 2971 | 4119 | 8459 | 6174 | 4808 | 4436 | 3442 | 4207 | 4094 | 3793 | 4265 | 54,526 |
| 1986 | 3768 | 2972 | 5771 | 10976 | 5975 | 4615 | 4309 | 3146 | 4041 | 3635 | 3755 | 4227 | 57,190 |
| 1987 | 3759 | 2945 | 3904 | 8340 | 6656 | 5558 | 4453 | 3458 | 4233 | 3884 | 3753 | 4289 | 55,232 |
| 1988 | 3791 | 2973 | 4452 | 8456 | 6225 | 4950 | 4439 | 3504 | 4286 | 5475 | 5637 | 4361 | 58,549 |
| 1989 | 3854 | 2987 | 3750 | 6488 | 6055 | 8842 | 5417 | 3606 | 5350 | 6090 | 6207 | 4309 | 62,955 |
| 1990 | 3782 | 2981 | 3769 | 6823 | 6453 | 5000 | 4694 | 3465 | 4407 | 5758 | 6174 | 4378 | 57,684 |
| 76 - 90 AVG | 3,762 | 2,956 | 4,012 | 5,945 | 6,039 | 5,092 | 4,466 | 3,330 | 4,248 | 4,249 | 4,346 | 4,270 | 52,714 |

**SJR @ Brandt Bridge (10)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 540 | 437 | 611 | 736 | 656 | 722 | 742 | 789 | 734 | 739 | 730 | 998 | 8,434 |
| 1977 | 598 | 631 | 781 | 923 | 979 | 878 | 890 | 873 | 903 | 964 | 1033 | 1047 | 10,500 |
| 1978 | 960 | 826 | 811 | 498 | 308 | 192 | 229 | 270 | 465 | 590 | 631 | 450 | 6,229 |
| 1979 | 588 | 496 | 575 | 392 | 292 | 268 | 398 | 478 | 581 | 651 | 632 | 772 | 6,123 |
| 1980 | 755 | 657 | 669 | 193 | 153 | 165 | 329 | 329 | 429 | 482 | 527 | 485 | 5,153 |
| 1981 | 500 | 487 | 598 | 548 | 619 | 618 | 701 | 719 | 727 | 706 | 714 | 880 | 7,817 |
| 1982 | 806 | 743 | 692 | 284 | 169 | 155 | 174 | 205 | 277 | 404 | 473 | 376 | 4,758 |
| 1983 | 309 | 207 | 162 | 159 | 153 | 156 | 158 | 166 | 169 | 221 | 326 | 350 | 2,536 |
| 1984 | 359 | 185 | 153 | 170 | 260 | 336 | 407 | 479 | 593 | 613 | 623 | 747 | 4,924 |
| 1985 | 848 | 636 | 676 | 796 | 696 | 643 | 702 | 716 | 713 | 701 | 734 | 877 | 8,738 |
| 1986 | 810 | 762 | 820 | 918 | 179 | 153 | 280 | 301 | 340 | 803 | 617 | 741 | 6,504 |
| 1987 | 816 | 521 | 587 | 711 | 712 | 720 | 732 | 769 | 740 | 742 | 752 | 935 | 8,537 |
| 1988 | 984 | 870 | 780 | 630 | 910 | 891 | 813 | 847 | 900 | 767 | 691 | 1090 | 10,173 |
| 1989 | 1230 | 953 | 944 | 1000 | 952 | 981 | 802 | 808 | 817 | 848 | 748 | 938 | 11,021 |
| 1990 | 1127 | 937 | 1008 | 834 | 882 | 873 | 816 | 865 | 912 | 646 | 441 | 984 | 10,325 |
| 76 - 90 AVG | 735 | 623 | 658 | 586 | 528 | 517 | 543 | 574 | 620 | 645 | 645 | 777 | 7,451 |

**SJR @ Brandt Bridge (10)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 223 | 168 | 262 | 327 | 283 | 318 | 330 | 363 | 336 | 352 | 336 | 471 | 3,769 |
| 1977 | 254 | 271 | 351 | 426 | 454 | 400 | 410 | 404 | 431 | 471 | 508 | 501 | 4,881 |
| 1978 | 449 | 375 | 374 | 200 | 98 | 37 | 56 | 79 | 186 | 258 | 287 | 176 | 2,573 |
| 1979 | 249 | 199 | 248 | 144 | 90 | 77 | 147 | 191 | 252 | 297 | 336 | 354 | 2,584 |
| 1980 | 337 | 284 | 295 | 40 | 32 | 30 | 110 | 111 | 167 | 196 | 220 | 184 | 2,006 |
| 1981 | 202 | 193 | 257 | 226 | 263 | 263 | 309 | 324 | 333 | 323 | 331 | 409 | 3,433 |
| 1982 | 364 | 332 | 308 | 86 | 31 | 33 | 30 | 44 | 83 | 154 | 190 | 138 | 1,791 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 53 | 110 | 122 | 653 |
| 1984 | 126 | 34 | 32 | 30 | 73 | 113 | 151 | 192 | 258 | 274 | 281 | 337 | 1,901 |
| 1985 | 387 | 275 | 303 | 385 | 306 | 277 | 309 | 322 | 326 | 322 | 340 | 408 | 3,960 |
| 1986 | 368 | 341 | 398 | 462 | 46 | 32 | 74 | 96 | 118 | 264 | 274 | 332 | 2,805 |
| 1987 | 264 | 213 | 255 | 332 | 315 | 315 | 325 | 352 | 341 | 344 | 348 | 440 | 3,844 |
| 1988 | 461 | 398 | 368 | 296 | 420 | 408 | 368 | 392 | 430 | 406 | 380 | 528 | 4,857 |
| 1989 | 595 | 442 | 439 | 473 | 441 | 452 | 362 | 375 | 417 | 417 | 406 | 440 | 5,259 |
| 1990 | 535 | 433 | 474 | 396 | 406 | 398 | 370 | 400 | 442 | 352 | 254 | 470 | 4,930 |
| 76 - 90 AVG | 328 | 267 | 293 | 257 | 219 | 212 | 225 | 245 | 277 | 299 | 307 | 354 | 3,283 |

**SJR @ Brandt Bridge (10)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3735 | 2936 | 3727 | 4897 | 5783 | 4903 | 4417 | 3509 | 4198 | 4221 | 3780 | 4224 | 50,328 |
| 1977 | 3742 | 2949 | 3683 | 5138 | 6859 | 5038 | 4495 | 3441 | 4281 | 4143 | 4085 | 4294 | 52,148 |
| 1978 | 3802 | 2967 | 4142 | 4310 | 5757 | 4636 | 4308 | 3136 | 4095 | 3634 | 3895 | 4214 | 48,896 |
| 1979 | 3748 | 2940 | 3906 | 4239 | 5769 | 4632 | 4321 | 3209 | 4145 | 3929 | 5469 | 4334 | 50,641 |
| 1980 | 3751 | 2950 | 3825 | 4210 | 5782 | 4619 | 4315 | 3154 | 4074 | 3550 | 3555 | 4216 | 48,001 |
| 1981 | 3736 | 2933 | 3782 | 4348 | 5786 | 4906 | 4431 | 3408 | 4214 | 3830 | 3907 | 4246 | 49,545 |
| 1982 | 3752 | 2972 | 3923 | 4223 | 5780 | 4622 | 4306 | 3124 | 4023 | 3518 | 3513 | 4193 | 47,949 |
| 1983 | 3722 | 2930 | 3695 | 4213 | 5784 | 4616 | 4304 | 3117 | 4007 | 3438 | 3448 | 4205 | 47,477 |
| 1984 | 3730 | 2928 | 3698 | 4202 | 5787 | 4633 | 4327 | 3220 | 4138 | 3844 | 3839 | 4274 | 48,620 |
| 1985 | 3759 | 2971 | 4120 | 8483 | 6188 | 4807 | 4437 | 3417 | 4199 | 3840 | 3841 | 4267 | 54,329 |
| 1986 | 3768 | 2972 | 5797 | 11056 | 5977 | 4615 | 4309 | 3146 | 4041 | 3632 | 3754 | 4227 | 57,294 |
| 1987 | 3759 | 2945 | 3905 | 8354 | 6861 | 5541 | 4450 | 3448 | 4228 | 3851 | 3792 | 4291 | 55,225 |
| 1988 | 3791 | 2973 | 4436 | 8470 | 8226 | 4878 | 4435 | 3478 | 4293 | 5536 | 5825 | 4368 | 58,709 |
| 1989 | 3854 | 2967 | 3749 | 6463 | 6116 | 9098 | 5445 | 3681 | 5367 | 4398 | 5809 | 4309 | 61,276 |
| 1990 | 3782 | 2981 | 3778 | 6808 | 6250 | 4990 | 4501 | 3475 | 4389 | 5688 | 6130 | 4377 | 57,149 |
| 76 - 90 AVG | 3,762 | 2,956 | 4,011 | 5,961 | 6,034 | 5,102 | 4,453 | 3,331 | 4,246 | 4,070 | 4,309 | 4,270 | 52,506 |

SJR @ Brandt Bridge (10)
Maximum Flow
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 540 | 437 | 610 | 765 | 662 | 721 | 742 | 789 | 734 | 741 | 730 | 898 | 8,469 |
| 1977 | 598 | 631 | 784 | 931 | 976 | 875 | 890 | 873 | 903 | 964 | 1033 | 1047 | 10,505 |
| 1978 | 960 | 826 | 811 | 498 | 308 | 191 | 228 | 270 | 465 | 590 | 633 | 450 | 6,230 |
| 1979 | 588 | 496 | 661 | 393 | 292 | 268 | 398 | 477 | 581 | 653 | 673 | 776 | 6,256 |
| 1980 | 755 | 657 | 669 | 193 | 153 | 165 | 329 | 329 | 429 | 482 | 527 | 465 | 5,153 |
| 1981 | 500 | 487 | 598 | 546 | 619 | 617 | 701 | 719 | 727 | 705 | 716 | 880 | 7,815 |
| 1982 | 806 | 743 | 691 | 284 | 169 | 155 | 174 | 205 | 277 | 404 | 473 | 376 | 4,757 |
| 1983 | 309 | 207 | 162 | 159 | 153 | 156 | 158 | 166 | 169 | 221 | 326 | 350 | 2,536 |
| 1984 | 359 | 185 | 153 | 170 | 260 | 336 | 407 | 478 | 593 | 613 | 623 | 747 | 4,924 |
| 1985 | 848 | 636 | 676 | 785 | 694 | 643 | 702 | 716 | 712 | 701 | 736 | 877 | 8,726 |
| 1986 | 810 | 762 | 819 | 921 | 179 | 153 | 260 | 301 | 340 | 603 | 617 | 741 | 8,506 |
| 1987 | 616 | 521 | 586 | 707 | 712 | 718 | 732 | 769 | 738 | 742 | 752 | 935 | 8,528 |
| 1988 | 984 | 870 | 798 | 648 | 911 | 890 | 814 | 847 | 901 | 917 | 995 | 1096 | 10,671 |
| 1989 | 1230 | 953 | 944 | 998 | 950 | 979 | 802 | 809 | 934 | 874 | 789 | 940 | 11,202 |
| 1990 | 1127 | 937 | 1010 | 843 | 883 | 873 | 814 | 867 | 913 | 757 | 551 | 987 | 10,562 |
| 76 - 90 AVG | 735 | 623 | 685 | 589 | 528 | 516 | 543 | 574 | 628 | 664 | 678 | 778 | 7,523 |

SJR @ Brandt Bridge (10)
Maximum Flow
Bromide
Units are in micograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 223 | 188 | 261 | 347 | 287 | 317 | 330 | 363 | 336 | 344 | 333 | 471 | 3,780 |
| 1977 | 254 | 271 | 352 | 430 | 452 | 398 | 410 | 404 | 431 | 471 | 508 | 501 | 4,882 |
| 1978 | 449 | 375 | 374 | 200 | 98 | 37 | 56 | 79 | 186 | 256 | 283 | 176 | 2,569 |
| 1979 | 249 | 199 | 288 | 144 | 90 | 77 | 147 | 191 | 252 | 295 | 333 | 355 | 2,620 |
| 1980 | 337 | 284 | 295 | 40 | 32 | 30 | 110 | 111 | 167 | 196 | 220 | 184 | 2,006 |
| 1981 | 202 | 193 | 257 | 226 | 263 | 263 | 308 | 323 | 333 | 323 | 328 | 409 | 3,428 |
| 1982 | 364 | 332 | 308 | 86 | 31 | 33 | 30 | 44 | 83 | 154 | 190 | 136 | 1,791 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 53 | 110 | 122 | 653 |
| 1984 | 126 | 34 | 32 | 30 | 73 | 113 | 151 | 192 | 258 | 274 | 281 | 337 | 1,901 |
| 1985 | 387 | 275 | 303 | 380 | 305 | 276 | 309 | 322 | 324 | 321 | 339 | 408 | 3,949 |
| 1986 | 368 | 341 | 397 | 463 | 46 | 32 | 74 | 96 | 118 | 264 | 274 | 332 | 2,805 |
| 1987 | 264 | 213 | 254 | 330 | 314 | 314 | 325 | 351 | 339 | 343 | 346 | 440 | 3,833 |
| 1988 | 461 | 398 | 377 | 305 | 421 | 407 | 389 | 392 | 430 | 475 | 514 | 530 | 5,079 |
| 1989 | 595 | 442 | 439 | 472 | 440 | 451 | 363 | 373 | 453 | 427 | 427 | 441 | 5,323 |
| 1990 | 535 | 433 | 474 | 400 | 407 | 398 | 369 | 400 | 442 | 410 | 314 | 472 | 5,054 |
| 76 - 90 AVG | 328 | 267 | 296 | 259 | 219 | 212 | 225 | 245 | 279 | 307 | 320 | 354 | 3,312 |

SJR @ Brandt Bridge (10)
Maximum Flow
Dissolved Organic Carbon
Units are in micograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3735 | 2935 | 3730 | 6585 | 5979 | 4873 | 4415 | 3496 | 4194 | 3896 | 3705 | 4224 | 51,767 |
| 1977 | 3742 | 2949 | 3689 | 4902 | 6493 | 4961 | 4508 | 3437 | 4280 | 4143 | 4086 | 4294 | 51,484 |
| 1978 | 3802 | 2967 | 4154 | 4310 | 5757 | 4636 | 4308 | 3136 | 4095 | 3634 | 3738 | 4212 | 48,749 |
| 1979 | 3748 | 2940 | 3745 | 4233 | 5769 | 4632 | 4321 | 3208 | 4138 | 3821 | 4709 | 4314 | 49,578 |
| 1980 | 3751 | 2950 | 3826 | 4210 | 5782 | 4618 | 4315 | 3154 | 4074 | 3547 | 3551 | 4216 | 47,995 |
| 1981 | 3736 | 2934 | 3782 | 4327 | 5780 | 4882 | 4440 | 3394 | 4204 | 3804 | 3768 | 4264 | 49,315 |
| 1982 | 3752 | 2972 | 3919 | 4223 | 5780 | 4622 | 4308 | 3124 | 4023 | 3517 | 3512 | 4193 | 47,943 |
| 1983 | 3722 | 2930 | 3695 | 4213 | 5784 | 4616 | 4304 | 3117 | 4007 | 3436 | 3448 | 4205 | 47,477 |
| 1984 | 3730 | 2928 | 3698 | 4202 | 5787 | 4633 | 4327 | 3220 | 4138 | 3843 | 3839 | 4274 | 48,619 |
| 1985 | 3759 | 2971 | 4117 | 8431 | 6167 | 4800 | 4428 | 3390 | 4179 | 3827 | 3773 | 4265 | 54,107 |
| 1986 | 3768 | 2972 | 5716 | 10958 | 5975 | 4615 | 4309 | 3146 | 4041 | 3629 | 3754 | 4227 | 57,110 |
| 1987 | 3759 | 2945 | 3886 | 8211 | 6640 | 5487 | 4444 | 3445 | 4212 | 3830 | 3718 | 4288 | 54,865 |
| 1988 | 3792 | 2973 | 4422 | 8410 | 6216 | 4838 | 4443 | 3482 | 4283 | 5244 | 4925 | 4343 | 57,371 |
| 1989 | 3854 | 2987 | 3748 | 6295 | 6037 | 8840 | 5413 | 3501 | 4378 | 4276 | 5716 | 4303 | 59,348 |
| 1990 | 3782 | 2981 | 3771 | 6756 | 6255 | 5002 | 4481 | 3405 | 4368 | 5618 | 6097 | 4376 | 56,892 |
| 76 - 90 AVG | 3,762 | 2,956 | 3,993 | 6,018 | 6,013 | 5,070 | 4,451 | 3,310 | 4,174 | 4,004 | 4,156 | 4,267 | 52,175 |

SJR @ BrandtBridge, 10
Cumulative Impact
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 754 | 589 | 624 | 710 | 738 | 768 | 626 | 614 | 729 | 847 | 694 | 997 |
| 1977 | 546 | 654 | 760 | 916 | 963 | 961 | 785 | 780 | 872 | 1042 | 1096 | 1122 |
| 1978 | 880 | 868 | 883 | 518 | 313 | 195 | 213 | 247 | 436 | 582 | 632 | 615 |
| 1979 | 606 | 614 | 640 | 400 | 255 | 278 | 347 | 387 | 614 | 664 | 679 | 774 |
| 1980 | 688 | 736 | 765 | 222 | 154 | 168 | 311 | 300 | 376 | 607 | 649 | 537 |
| 1981 | 608 | 580 | 611 | 630 | 547 | 621 | 497 | 484 | 686 | 709 | 718 | 909 |
| 1982 | 710 | 732 | 780 | 292 | 199 | 156 | 172 | 210 | 282 | 560 | 598 | 449 |
| 1983 | 244 | 214 | 155 | 159 | 153 | 155 | 164 | 188 | 176 | 247 | 396 | 354 |
| 1984 | 234 | 186 | 153 | 160 | 231 | 373 | 413 | 408 | 531 | 609 | 627 | 730 |
| 1985 | 692 | 710 | 752 | 832 | 697 | 658 | 595 | 546 | 684 | 727 | 760 | 924 |
| 1986 | 724 | 746 | 813 | 927 | 194 | 153 | 256 | 288 | 329 | 597 | 621 | 720 |
| 1987 | 750 | 720 | 725 | 730 | 761 | 788 | 619 | 608 | 719 | 900 | 970 | 990 |
| 1988 | 885 | 885 | 861 | 739 | 932 | 935 | 753 | 745 | 820 | 1019 | 1000 | 1038 |
| 1989 | 950 | 951 | 923 | 986 | 966 | 974 | 744 | 768 | 792 | 859 | 737 | 1020 |
| 1990 | 935 | 928 | 972 | 844 | 845 | 939 | 792 | 813 | 891 | 968 | 714 | 1065 |
| Average | 680 | 674 | 694 | 604 | 530 | 541 | 486 | 490 | 596 | 729 | 726 | 816 |

SJR @ BrandtBridge, 10
Cumulative Impact
**Bromide**
Units are in micograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 337 | 248 | 278 | 333 | 327 | 342 | 268 | 286 | 334 | 403 | 364 | 472 |
| 1977 | 226 | 283 | 339 | 422 | 446 | 444 | 354 | 343 | 420 | 523 | 561 | 543 |
| 1978 | 406 | 397 | 421 | 211 | 101 | 38 | 48 | 67 | 170 | 254 | 307 | 266 |
| 1979 | 259 | 262 | 287 | 147 | 70 | 82 | 119 | 142 | 272 | 315 | 324 | 353 |
| 1980 | 302 | 327 | 354 | 53 | 32 | 30 | 100 | 95 | 272 | 315 | 324 | 353 |
| 1981 | 260 | 244 | 272 | 272 | 225 | 264 | 199 | 195 | 309 | 324 | 331 | 426 |
| 1982 | 314 | 325 | 369 | 91 | 40 | 33 | 30 | 47 | 86 | 242 | 261 | 175 |
| 1983 | 64 | 49 | 31 | 34 | 31 | 33 | 30 | 31 | 32 | 68 | 149 | 125 |
| 1984 | 60 | 34 | 32 | 30 | 58 | 133 | 154 | 154 | 223 | 274 | 264 | 328 |
| 1985 | 304 | 314 | 351 | 409 | 307 | 283 | 252 | 229 | 308 | 335 | 383 | 434 |
| 1986 | 321 | 332 | 394 | 486 | 47 | 32 | 71 | 89 | 113 | 266 | 279 | 321 |
| 1987 | 336 | 319 | 334 | 346 | 343 | 350 | 265 | 263 | 328 | 435 | 474 | 471 |
| 1988 | 408 | 407 | 410 | 354 | 433 | 431 | 336 | 337 | 384 | 507 | 515 | 498 |
| 1989 | 444 | 441 | 428 | 466 | 448 | 449 | 332 | 351 | 374 | 440 | 405 | 484 |
| 1990 | 433 | 429 | 454 | 401 | 392 | 433 | 357 | 371 | 428 | 489 | 398 | 515 |
| Average | 298 | 294 | 317 | 269 | 220 | 225 | 194 | 199 | 261 | 343 | 356 | 376 |

SJR @ BrandtBridge, 10
Cumulative Impact
**Dissolved Organic Carbon**
Units are in micograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3749 | 2949 | 4128 | 8385 | 6362 | 5077 | 4379 | 3312 | 4199 | 3958 | 5201 | 4260 |
| 1977 | 3736 | 2949 | 3694 | 4851 | 5824 | 4973 | 4460 | 3360 | 4381 | 4479 | 4686 | 4329 |
| 1978 | 3792 | 2971 | 4791 | 4390 | 5756 | 4636 | 4308 | 3131 | 4083 | 3721 | 4550 | 4239 |
| 1979 | 3756 | 2948 | 4132 | 4254 | 5771 | 4629 | 4318 | 3172 | 4189 | 4331 | 4271 | 4281 |
| 1980 | 3744 | 2955 | 4264 | 4248 | 5779 | 4620 | 4314 | 3147 | 4054 | 3726 | 4240 | 4241 |
| 1981 | 3747 | 2941 | 4162 | 4722 | 5789 | 4979 | 4351 | 3220 | 4190 | 3774 | 3890 | 4267 |
| 1982 | 3745 | 2970 | 4891 | 4315 | 5779 | 4623 | 4306 | 3124 | 4024 | 3713 | 3664 | 4191 |
| 1983 | 3721 | 2931 | 3695 | 4212 | 5785 | 4615 | 4304 | 3119 | 4008 | 3443 | 3474 | 4205 |
| 1984 | 3718 | 2922 | 3698 | 4201 | 5786 | 4633 | 4327 | 3188 | 4103 | 3936 | 3690 | 4272 |
| 1985 | 3744 | 2978 | 4615 | 8725 | 6295 | 4845 | 4363 | 3257 | 4175 | 3827 | 4806 | 4307 |
| 1986 | 3761 | 2965 | 5746 | 11241 | 5978 | 4617 | 4309 | 3141 | 4039 | 3819 | 3840 | 4226 |
| 1987 | 3775 | 2965 | 4139 | 8127 | 7339 | 6559 | 4428 | 3301 | 4203 | 4078 | 4079 | 4304 |
| 1988 | 3781 | 2974 | 4549 | 8777 | 6410 | 4836 | 4405 | 3401 | 4238 | 4388 | 4892 | 4334 |
| 1989 | 3806 | 2979 | 3730 | 6671 | 6230 | 9302 | 4954 | 3493 | 4304 | 5023 | 5759 | 4297 |
| 1990 | 3762 | 2979 | 3780 | 6891 | 7428 | 5464 | 4456 | 3356 | 4330 | 4724 | 5870 | 4387 |
| Average | 3756 | 2958 | 4268 | 6254 | 6153 | 5227 | 4399 | 3248 | 4167 | 4063 | 4474 | 4276 |

Old River @ MR

**Old River @ Middle River (58)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 383 | 385 | 670 | 750 | 673 | 808 | 709 | 749 | 764 | 839 | 1064 | 486 | 8,280 |
| 1977 | 519 | 578 | 801 | 973 | 935 | 945 | 750 | 873 | 876 | 1098 | 1206 | 972 | 10,526 |
| 1978 | 747 | 753 | 846 | 514 | 316 | 197 | 230 | 275 | 477 | 600 | 636 | 396 | 5,987 |
| 1979 | 406 | 443 | 783 | 408 | 298 | 274 | 394 | 477 | 590 | 661 | 690 | 418 | 5,842 |
| 1980 | 453 | 464 | 738 | 187 | 154 | 167 | 332 | 329 | 433 | 479 | 560 | 389 | 4,685 |
| 1981 | 409 | 435 | 676 | 560 | 648 | 628 | 600 | 711 | 786 | 680 | 892 | 426 | 7,651 |
| 1982 | 486 | 532 | 633 | 285 | 185 | 158 | 174 | 206 | 285 | 393 | 492 | 377 | 4,186 |
| 1983 | 303 | 211 | 164 | 159 | 153 | 158 | 160 | 166 | 171 | 218 | 338 | 355 | 2,554 |
| 1984 | 369 | 187 | 154 | 170 | 262 | 345 | 453 | 611 | 599 | 619 | 691 | 398 | 4,858 |
| 1985 | 430 | 512 | 746 | 817 | 716 | 686 | 585 | 697 | 762 | 875 | 978 | 450 | 8,254 |
| 1986 | 494 | 549 | 766 | 699 | 170 | 153 | 261 | 304 | 352 | 599 | 629 | 396 | 5,372 |
| 1987 | 443 | 479 | 708 | 808 | 723 | 759 | 707 | 739 | 735 | 835 | 1046 | 519 | 8,501 |
| 1988 | 515 | 577 | 953 | 931 | 942 | 913 | 707 | 806 | 865 | 1081 | 1184 | 672 | 10,146 |
| 1989 | 607 | 646 | 960 | 990 | 966 | 801 | 673 | 807 | 822 | 927 | 1041 | 466 | 9,706 |
| 1990 | 488 | 581 | 1023 | 960 | 973 | 889 | 772 | 842 | 862 | 1053 | 1128 | 620 | 10,191 |
| 76 - 90 AVG | 470 | 489 | 706 | 614 | 540 | 525 | 500 | 573 | 625 | 744 | 838 | 489 | 7,116 |

**Old River @ Middle River (58)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 187 | 176 | 292 | 333 | 292 | 383 | 312 | 339 | 350 | 395 | 533 | 292 | 3,864 |
| 1977 | 321 | 347 | 366 | 452 | 433 | 437 | 335 | 403 | 413 | 544 | 600 | 550 | 5,201 |
| 1978 | 563 | 581 | 391 | 206 | 102 | 39 | 57 | 82 | 192 | 260 | 278 | 190 | 2,943 |
| 1979 | 204 | 233 | 355 | 152 | 93 | 81 | 144 | 191 | 255 | 294 | 308 | 220 | 2,530 |
| 1980 | 258 | 261 | 334 | 40 | 32 | 31 | 112 | 111 | 169 | 193 | 238 | 186 | 1,965 |
| 1981 | 209 | 224 | 296 | 233 | 279 | 268 | 254 | 317 | 363 | 424 | 428 | 244 | 3,544 |
| 1982 | 297 | 324 | 275 | 86 | 32 | 33 | 31 | 45 | 88 | 147 | 200 | 136 | 1,694 |
| 1983 | 97 | 48 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 52 | 117 | 125 | 663 |
| 1984 | 132 | 35 | 32 | 31 | 74 | 118 | 176 | 264 | 259 | 271 | 309 | 201 | 1,902 |
| 1985 | 241 | 312 | 340 | 371 | 316 | 300 | 248 | 310 | 349 | 420 | 483 | 263 | 3,951 |
| 1986 | 306 | 321 | 352 | 307 | 40 | 32 | 74 | 98 | 125 | 260 | 275 | 197 | 2,387 |
| 1987 | 245 | 272 | 317 | 371 | 318 | 340 | 311 | 333 | 335 | 393 | 525 | 313 | 4,073 |
| 1988 | 337 | 355 | 450 | 438 | 436 | 419 | 312 | 369 | 407 | 537 | 598 | 417 | 5,075 |
| 1989 | 462 | 422 | 449 | 462 | 448 | 369 | 294 | 371 | 383 | 450 | 525 | 271 | 4,906 |
| 1990 | 296 | 357 | 484 | 460 | 452 | 406 | 346 | 385 | 406 | 525 | 578 | 385 | 5,080 |
| 76 - 90 AVG | 277 | 285 | 316 | 265 | 225 | 218 | 202 | 243 | 275 | 344 | 400 | 266 | 3,319 |

**Old River @ Middle River (58)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3949 | 3963 | 3739 | 4307 | 5773 | 4720 | 4369 | 3335 | 4186 | 3804 | 4347 | 4378 | 50,870 |
| 1977 | 4581 | 5049 | 3846 | 4326 | 5785 | 4737 | 4382 | 3306 | 4234 | 4178 | 4043 | 4853 | 53,320 |
| 1978 | 5234 | 5508 | 3847 | 4253 | 5775 | 4840 | 4311 | 3137 | 4093 | 3601 | 3562 | 4274 | 52,235 |
| 1979 | 4436 | 4138 | 3812 | 4262 | 5791 | 4638 | 4325 | 3189 | 4124 | 3643 | 3598 | 4168 | 50,124 |
| 1980 | 4205 | 3904 | 3811 | 4211 | 5794 | 4624 | 4319 | 3154 | 4077 | 3533 | 3528 | 4273 | 49,433 |
| 1981 | 4495 | 4359 | 3744 | 4259 | 5802 | 4697 | 4349 | 3296 | 4204 | 4013 | 3930 | 4241 | 51,379 |
| 1982 | 4387 | 4340 | 3768 | 4229 | 5792 | 4632 | 4307 | 3124 | 4029 | 3498 | 3501 | 4201 | 49,808 |
| 1983 | 3721 | 2930 | 3700 | 4227 | 5794 | 4620 | 4306 | 3118 | 4011 | 3437 | 3454 | 4213 | 47,531 |
| 1984 | 3730 | 2930 | 3704 | 4214 | 5801 | 4640 | 4334 | 3251 | 4119 | 3626 | 3600 | 4100 | 48,049 |
| 1985 | 4048 | 4482 | 3937 | 4581 | 5801 | 4716 | 4349 | 3280 | 4177 | 4000 | 4194 | 4321 | 51,886 |
| 1986 | 4503 | 4570 | 3961 | 4296 | 5770 | 4817 | 4313 | 3145 | 4052 | 3594 | 3559 | 4181 | 50,561 |
| 1987 | 4265 | 4267 | 3794 | 4630 | 5812 | 4920 | 4380 | 3316 | 4182 | 3833 | 4357 | 4554 | 52,310 |
| 1988 | 4714 | 5001 | 3898 | 5104 | 5809 | 4734 | 4355 | 3313 | 4232 | 4234 | 4342 | 4806 | 54,542 |
| 1989 | 4882 | 4977 | 3806 | 4400 | 5784 | 5238 | 4382 | 3375 | 4224 | 4089 | 4474 | 4205 | 53,836 |
| 1990 | 4318 | 4792 | 3849 | 4820 | 5780 | 4733 | 4381 | 3256 | 4238 | 4319 | 4624 | 4782 | 53,892 |
| 76 - 90 AVG | 4,365 | 4,347 | 3,814 | 4,408 | 5,791 | 4,727 | 4,344 | 3,239 | 4,145 | 3,827 | 3,941 | 4,370 | 51,318 |

Old River @ MR

**Old River @ Middle River (58)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 383 | 385 | 670 | 750 | 673 | 808 | 709 | 749 | 764 | 839 | 1064 | 486 | 8,280 |
| 1977 | 519 | 578 | 801 | 973 | 935 | 945 | 750 | 873 | 876 | 1098 | 1206 | 972 | 10,526 |
| 1978 | 747 | 753 | 846 | 514 | 316 | 197 | 230 | 275 | 477 | 600 | 636 | 396 | 5,987 |
| 1979 | 406 | 443 | 783 | 408 | 298 | 274 | 394 | 477 | 590 | 661 | 690 | 418 | 5,842 |
| 1980 | 453 | 484 | 738 | 187 | 154 | 167 | 332 | 329 | 433 | 479 | 560 | 389 | 4,685 |
| 1981 | 409 | 435 | 676 | 560 | 648 | 628 | 600 | 711 | 786 | 880 | 892 | 428 | 7,651 |
| 1982 | 486 | 532 | 633 | 285 | 165 | 158 | 174 | 206 | 285 | 393 | 492 | 377 | 4,186 |
| 1983 | 303 | 211 | 164 | 159 | 153 | 156 | 160 | 166 | 171 | 218 | 338 | 355 | 2,554 |
| 1984 | 369 | 187 | 154 | 170 | 262 | 345 | 453 | 611 | 599 | 619 | 691 | 398 | 4,858 |
| 1985 | 430 | 512 | 746 | 817 | 716 | 686 | 585 | 697 | 762 | 875 | 978 | 450 | 8,254 |
| 1986 | 494 | 549 | 766 | 699 | 170 | 153 | 261 | 304 | 352 | 599 | 629 | 396 | 5,372 |
| 1987 | 443 | 479 | 708 | 808 | 723 | 759 | 707 | 739 | 735 | 835 | 1046 | 519 | 8,501 |
| 1988 | 515 | 577 | 953 | 931 | 942 | 913 | 707 | 806 | 865 | 1081 | 1184 | 672 | 10,146 |
| 1989 | 607 | 846 | 960 | 990 | 966 | 801 | 673 | 807 | 822 | 927 | 1041 | 486 | 9,706 |
| 1990 | 488 | 581 | 1023 | 960 | 973 | 889 | 772 | 842 | 862 | 1053 | 1128 | 620 | 10,191 |
| 76 - 90 AVG | 470 | 489 | 708 | 614 | 540 | 525 | 500 | 573 | 625 | 744 | 838 | 489 | 7,116 |

**Old River @ Middle River (58)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 187 | 176 | 292 | 333 | 292 | 363 | 312 | 339 | 350 | 395 | 533 | 292 | 3,864 |
| 1977 | 321 | 347 | 366 | 452 | 433 | 437 | 335 | 403 | 413 | 544 | 600 | 550 | 5,201 |
| 1978 | 563 | 581 | 391 | 208 | 102 | 39 | 57 | 82 | 192 | 260 | 278 | 190 | 2,943 |
| 1979 | 204 | 233 | 355 | 152 | 93 | 81 | 144 | 191 | 255 | 294 | 308 | 220 | 2,530 |
| 1980 | 258 | 261 | 334 | 40 | 32 | 31 | 112 | 111 | 189 | 193 | 238 | 188 | 1,965 |
| 1981 | 209 | 224 | 296 | 233 | 279 | 268 | 254 | 317 | 363 | 424 | 428 | 229 | 3,544 |
| 1982 | 297 | 324 | 275 | 86 | 32 | 33 | 31 | 45 | 88 | 147 | 200 | 136 | 1,694 |
| 1983 | 97 | 48 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 52 | 117 | 125 | 663 |
| 1984 | 132 | 35 | 32 | 31 | 74 | 118 | 176 | 264 | 259 | 271 | 309 | 201 | 1,902 |
| 1985 | 241 | 312 | 340 | 371 | 316 | 300 | 248 | 310 | 349 | 420 | 483 | 263 | 3,951 |
| 1986 | 306 | 321 | 352 | 307 | 40 | 32 | 74 | 98 | 125 | 260 | 275 | 197 | 2,387 |
| 1987 | 245 | 272 | 317 | 371 | 318 | 340 | 311 | 333 | 335 | 393 | 525 | 313 | 4,073 |
| 1988 | 337 | 355 | 450 | 438 | 436 | 419 | 312 | 369 | 407 | 537 | 598 | 417 | 5,075 |
| 1989 | 462 | 422 | 449 | 462 | 448 | 369 | 294 | 371 | 383 | 450 | 525 | 271 | 4,906 |
| 1990 | 296 | 357 | 484 | 460 | 452 | 406 | 346 | 385 | 406 | 525 | 578 | 385 | 5,080 |
| 76 - 90 AVG | 277 | 285 | 318 | 285 | 225 | 218 | 202 | 243 | 275 | 344 | 400 | 266 | 3,319 |

**Old River @ Middle River (58)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3949 | 3963 | 3739 | 4307 | 5773 | 4720 | 4389 | 3335 | 4186 | 3804 | 4347 | 4378 | 50,870 |
| 1977 | 4581 | 5049 | 3848 | 4326 | 5785 | 4737 | 4382 | 3306 | 4234 | 4178 | 4043 | 4853 | 53,320 |
| 1978 | 5234 | 5508 | 3847 | 4253 | 5775 | 4640 | 4311 | 3137 | 4093 | 3601 | 3562 | 4274 | 52,235 |
| 1979 | 4436 | 4138 | 3812 | 4262 | 5791 | 4638 | 4325 | 3189 | 4124 | 3643 | 3598 | 4168 | 50,124 |
| 1980 | 4205 | 3904 | 3811 | 4211 | 5794 | 4624 | 4319 | 3154 | 4077 | 3533 | 3528 | 4273 | 49,433 |
| 1981 | 4495 | 4359 | 3744 | 4259 | 5802 | 4697 | 4349 | 3286 | 4204 | 4013 | 3930 | 4241 | 51,379 |
| 1982 | 4387 | 4340 | 3768 | 4229 | 5792 | 4632 | 4307 | 3124 | 4029 | 3498 | 3501 | 4201 | 49,808 |
| 1983 | 3721 | 2930 | 3700 | 4227 | 5794 | 4620 | 4306 | 3118 | 4011 | 3437 | 3454 | 4213 | 47,531 |
| 1984 | 3730 | 2930 | 3704 | 4214 | 5801 | 4640 | 4334 | 3251 | 4119 | 3626 | 3600 | 4100 | 48,049 |
| 1985 | 4048 | 4482 | 3837 | 4581 | 5801 | 4716 | 4349 | 3280 | 4177 | 4000 | 4194 | 4321 | 51,886 |
| 1986 | 4503 | 4570 | 3961 | 4296 | 5770 | 4617 | 4313 | 3145 | 4052 | 3594 | 3559 | 4181 | 50,561 |
| 1987 | 4265 | 4267 | 3794 | 4630 | 5812 | 4920 | 4380 | 3316 | 4182 | 3833 | 4357 | 4554 | 52,310 |
| 1988 | 4714 | 5001 | 3898 | 5104 | 5809 | 4734 | 4355 | 3313 | 4232 | 4234 | 4342 | 4806 | 54,542 |
| 1989 | 4882 | 4977 | 3806 | 4400 | 5784 | 5238 | 4382 | 3375 | 4224 | 4089 | 4474 | 4205 | 53,836 |
| 1990 | 4318 | 4792 | 3849 | 4820 | 5780 | 4733 | 4381 | 3256 | 4238 | 4319 | 4624 | 4782 | 53,892 |
| 76 - 90 AVG | 4,365 | 4,347 | 3,814 | 4,408 | 5,791 | 4,727 | 4,344 | 3,239 | 4,145 | 3,827 | 3,941 | 4,370 | 51,318 |

Old River @ MR

**Old River @ Middle River (58)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 383 | 372 | 642 | 725 | 648 | 720 | 740 | 790 | 730 | 742 | 729 | 480 | 7,701 |
| 1977 | 524 | 569 | 794 | 948 | 934 | 864 | 890 | 871 | 909 | 977 | 1054 | 904 | 10,238 |
| 1978 | 758 | 763 | 779 | 486 | 308 | 192 | 229 | 271 | 464 | 592 | 635 | 391 | 5,868 |
| 1979 | 430 | 467 | 680 | 388 | 293 | 268 | 399 | 477 | 583 | 656 | 687 | 407 | 5,735 |
| 1980 | 438 | 443 | 653 | 191 | 154 | 165 | 330 | 329 | 429 | 482 | 527 | 387 | 4,528 |
| 1981 | 409 | 438 | 658 | 537 | 620 | 609 | 704 | 718 | 727 | 703 | 716 | 458 | 7,297 |
| 1982 | 499 | 522 | 650 | 282 | 169 | 156 | 174 | 205 | 277 | 406 | 474 | 376 | 4,190 |
| 1983 | 308 | 206 | 161 | 159 | 153 | 158 | 158 | 166 | 169 | 222 | 326 | 350 | 2,534 |
| 1984 | 359 | 185 | 154 | 171 | 260 | 336 | 407 | 477 | 596 | 609 | 620 | 390 | 4,564 |
| 1985 | 416 | 503 | 667 | 758 | 680 | 638 | 703 | 715 | 710 | 699 | 740 | 485 | 7,714 |
| 1986 | 516 | 556 | 736 | 744 | 173 | 153 | 261 | 302 | 340 | 805 | 614 | 379 | 5,379 |
| 1987 | 432 | 474 | 686 | 763 | 690 | 682 | 729 | 770 | 737 | 743 | 753 | 555 | 8,014 |
| 1988 | 583 | 634 | 918 | 910 | 933 | 885 | 807 | 850 | 907 | 1076 | 1102 | 855 | 10,260 |
| 1989 | 603 | 641 | 943 | 972 | 940 | 781 | 773 | 809 | 956 | 864 | 1008 | 506 | 9,796 |
| 1990 | 493 | 572 | 1022 | 943 | 924 | 860 | 808 | 872 | 933 | 991 | 1082 | 602 | 10,102 |
| 76-90 AVG | 477 | 490 | 676 | 598 | 525 | 498 | 541 | 575 | 631 | 691 | 738 | 488 | 6,928 |

**Old River @ Middle River (58)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 187 | 167 | 277 | 320 | 279 | 317 | 329 | 361 | 332 | 340 | 329 | 280 | 3,518 |
| 1977 | 322 | 348 | 362 | 439 | 432 | 393 | 410 | 403 | 431 | 473 | 512 | 506 | 5,031 |
| 1978 | 569 | 562 | 355 | 193 | 98 | 37 | 56 | 79 | 186 | 256 | 278 | 189 | 2,858 |
| 1979 | 228 | 256 | 301 | 141 | 90 | 77 | 147 | 191 | 251 | 291 | 309 | 221 | 2,503 |
| 1980 | 250 | 241 | 285 | 39 | 32 | 31 | 110 | 111 | 166 | 195 | 219 | 187 | 1,866 |
| 1981 | 215 | 233 | 286 | 220 | 264 | 258 | 310 | 322 | 330 | 319 | 323 | 266 | 3,346 |
| 1982 | 304 | 311 | 285 | 85 | 31 | 33 | 31 | 44 | 84 | 154 | 190 | 135 | 1,687 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 54 | 110 | 122 | 654 |
| 1984 | 126 | 34 | 32 | 31 | 73 | 113 | 151 | 191 | 258 | 266 | 270 | 198 | 1,743 |
| 1985 | 231 | 305 | 293 | 340 | 296 | 274 | 309 | 320 | 321 | 316 | 338 | 284 | 3,625 |
| 1986 | 323 | 328 | 332 | 331 | 42 | 32 | 74 | 96 | 119 | 263 | 266 | 188 | 2,393 |
| 1987 | 236 | 266 | 302 | 345 | 301 | 297 | 324 | 350 | 336 | 341 | 344 | 317 | 3,759 |
| 1988 | 402 | 407 | 435 | 428 | 431 | 405 | 364 | 392 | 430 | 540 | 542 | 388 | 5,164 |
| 1989 | 438 | 417 | 440 | 452 | 434 | 355 | 347 | 372 | 459 | 411 | 489 | 294 | 4,908 |
| 1990 | 297 | 352 | 483 | 451 | 426 | 391 | 365 | 402 | 445 | 491 | 536 | 363 | 5,002 |
| 76-90 AVG | 282 | 285 | 300 | 257 | 217 | 203 | 224 | 244 | 279 | 314 | 337 | 263 | 3,204 |

**Old River @ Middle River (58)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3967 | 3833 | 3733 | 4320 | 5777 | 4707 | 4372 | 3357 | 4170 | 3729 | 3593 | 4297 | 49,855 |
| 1977 | 4495 | 4807 | 3840 | 4301 | 5784 | 4719 | 4407 | 3311 | 4254 | 3961 | 3861 | 4761 | 52,501 |
| 1978 | 5277 | 5574 | 3838 | 4251 | 5777 | 4639 | 4311 | 3136 | 4089 | 3596 | 3561 | 4232 | 52,281 |
| 1979 | 4608 | 4219 | 3777 | 4258 | 5791 | 4636 | 4325 | 3189 | 4121 | 3643 | 3640 | 4016 | 50,221 |
| 1980 | 4077 | 3888 | 3744 | 4208 | 5794 | 4623 | 4318 | 3153 | 4076 | 3535 | 3514 | 4253 | 49,183 |
| 1981 | 4343 | 4254 | 3740 | 4250 | 5801 | 4690 | 4357 | 3290 | 4175 | 3679 | 3602 | 4277 | 50,458 |
| 1982 | 4490 | 4340 | 3769 | 4229 | 5792 | 4832 | 4307 | 3124 | 4028 | 3503 | 3495 | 4201 | 49,910 |
| 1983 | 3721 | 2929 | 3700 | 4226 | 5794 | 4620 | 4306 | 3118 | 4011 | 3437 | 3451 | 4213 | 47,526 |
| 1984 | 3729 | 2929 | 3704 | 4214 | 5801 | 4639 | 4330 | 3204 | 4122 | 3615 | 3555 | 4031 | 47,873 |
| 1985 | 3935 | 4432 | 3798 | 4517 | 5800 | 4708 | 4382 | 3295 | 4157 | 3673 | 3612 | 4359 | 50,648 |
| 1986 | 4659 | 4610 | 3858 | 4375 | 5774 | 4618 | 4313 | 3144 | 4048 | 3597 | 3551 | 4029 | 50,576 |
| 1987 | 4230 | 4283 | 3768 | 4536 | 5810 | 4744 | 4380 | 3333 | 4180 | 3718 | 3632 | 4589 | 51,203 |
| 1988 | 5081 | 5043 | 3891 | 5015 | 5801 | 4726 | 4370 | 3342 | 4251 | 4390 | 3971 | 4695 | 54,576 |
| 1989 | 5028 | 4882 | 3806 | 4397 | 5788 | 5032 | 4399 | 3363 | 4324 | 3882 | 3919 | 4182 | 53,002 |
| 1990 | 4318 | 4634 | 3841 | 4789 | 5781 | 4728 | 4388 | 3267 | 4279 | 4254 | 4140 | 4638 | 53,057 |
| 76-90 AVG | 4,397 | 4,310 | 3,787 | 4,392 | 5,791 | 4,697 | 4,350 | 3,242 | 4,152 | 3,747 | 3,673 | 4,318 | 50,858 |

Old River @ MR

**Old River @ Middle River (58)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 383 | 372 | 642 | 724 | 648 | 720 | 740 | 790 | 730 | 742 | 729 | 478 | 7,698 |
| 1977 | 529 | 573 | 794 | 948 | 934 | 864 | 890 | 871 | 909 | 977 | 1054 | 905 | 10,248 |
| 1978 | 758 | 774 | 779 | 486 | 308 | 192 | 229 | 271 | 464 | 592 | 635 | 392 | 5,880 |
| 1979 | 435 | 470 | 681 | 387 | 293 | 268 | 399 | 477 | 583 | 658 | 687 | 407 | 5,743 |
| 1980 | 445 | 453 | 654 | 191 | 154 | 165 | 330 | 329 | 429 | 482 | 527 | 385 | 4,544 |
| 1981 | 415 | 452 | 658 | 537 | 620 | 609 | 704 | 718 | 727 | 703 | 716 | 450 | 7,309 |
| 1982 | 492 | 522 | 650 | 282 | 169 | 158 | 174 | 205 | 277 | 406 | 474 | 376 | 4,183 |
| 1983 | 308 | 206 | 161 | 159 | 153 | 158 | 158 | 166 | 169 | 222 | 326 | 350 | 2,534 |
| 1984 | 359 | 185 | 154 | 171 | 260 | 336 | 407 | 477 | 596 | 609 | 620 | 389 | 4,563 |
| 1985 | 424 | 517 | 667 | 758 | 680 | 638 | 703 | 715 | 710 | 699 | 740 | 494 | 7,743 |
| 1986 | 524 | 562 | 736 | 744 | 173 | 153 | 261 | 302 | 340 | 605 | 614 | 379 | 5,393 |
| 1987 | 432 | 474 | 686 | 763 | 690 | 682 | 729 | 770 | 737 | 743 | 753 | 562 | 8,021 |
| 1988 | 571 | 643 | 924 | 910 | 933 | 885 | 807 | 850 | 907 | 1120 | 1109 | 674 | 10,333 |
| 1989 | 633 | 668 | 943 | 972 | 940 | 782 | 773 | 809 | 953 | 860 | 980 | 477 | 9,790 |
| 1990 | 492 | 578 | 1022 | 941 | 924 | 860 | 808 | 872 | 933 | 1026 | 1067 | 636 | 10,179 |
| 76 - 90 AVG | 480 | 497 | 677 | 598 | 525 | 498 | 541 | 575 | 631 | 696 | 737 | 490 | 6,944 |

**Old River @ Middle River (58)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 187 | 167 | 277 | 320 | 279 | 317 | 329 | 361 | 332 | 340 | 329 | 279 | 3,517 |
| 1977 | 329 | 345 | 362 | 439 | 433 | 393 | 410 | 403 | 431 | 473 | 512 | 507 | 5,037 |
| 1978 | 575 | 593 | 355 | 193 | 98 | 37 | 56 | 79 | 186 | 256 | 278 | 190 | 2,896 |
| 1979 | 231 | 256 | 300 | 141 | 90 | 77 | 147 | 191 | 251 | 291 | 309 | 221 | 2,505 |
| 1980 | 254 | 250 | 285 | 39 | 32 | 31 | 110 | 111 | 168 | 195 | 219 | 185 | 1,877 |
| 1981 | 219 | 249 | 266 | 220 | 264 | 258 | 310 | 322 | 330 | 319 | 323 | 262 | 3,362 |
| 1982 | 299 | 314 | 285 | 85 | 31 | 33 | 31 | 44 | 84 | 154 | 190 | 135 | 1,685 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 54 | 110 | 122 | 654 |
| 1984 | 126 | 34 | 32 | 31 | 73 | 113 | 151 | 191 | 258 | 266 | 270 | 198 | 1,743 |
| 1985 | 236 | 317 | 294 | 338 | 296 | 274 | 309 | 320 | 321 | 316 | 336 | 290 | 3,647 |
| 1986 | 331 | 331 | 332 | 331 | 42 | 32 | 74 | 96 | 118 | 263 | 266 | 188 | 2,404 |
| 1987 | 236 | 265 | 302 | 345 | 301 | 297 | 324 | 350 | 336 | 341 | 344 | 318 | 3,759 |
| 1988 | 403 | 431 | 435 | 427 | 431 | 405 | 364 | 392 | 431 | 559 | 545 | 405 | 5,228 |
| 1989 | 480 | 447 | 440 | 452 | 434 | 354 | 347 | 372 | 459 | 409 | 477 | 271 | 4,942 |
| 1990 | 294 | 358 | 483 | 450 | 427 | 391 | 365 | 402 | 445 | 506 | 539 | 387 | 5,047 |
| 76 - 90 AVG | 287 | 293 | 300 | 256 | 218 | 203 | 224 | 244 | 279 | 316 | 336 | 264 | 3,220 |

**Old River @ Middle River (58)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3968 | 3831 | 3733 | 4311 | 5778 | 4708 | 4374 | 3357 | 4171 | 3726 | 3593 | 4278 | 49,826 |
| 1977 | 4589 | 4964 | 3845 | 4323 | 5786 | 4720 | 4407 | 3311 | 4254 | 3962 | 3861 | 4763 | 52,785 |
| 1978 | 5231 | 5645 | 3846 | 4251 | 5777 | 4639 | 4311 | 3136 | 4089 | 3596 | 3561 | 4232 | 52,314 |
| 1979 | 4678 | 4267 | 3766 | 4259 | 5791 | 4636 | 4325 | 3190 | 4121 | 3645 | 3641 | 4020 | 50,339 |
| 1980 | 4153 | 3924 | 3744 | 4208 | 5794 | 4623 | 4318 | 3153 | 4076 | 3536 | 3514 | 4240 | 49,283 |
| 1981 | 4425 | 4240 | 3739 | 4249 | 5802 | 4689 | 4357 | 3291 | 4175 | 3681 | 3601 | 4237 | 50,486 |
| 1982 | 4425 | 4323 | 3769 | 4229 | 5792 | 4632 | 4307 | 3124 | 4028 | 3503 | 3495 | 4201 | 49,828 |
| 1983 | 3721 | 2929 | 3699 | 4226 | 5794 | 4620 | 4306 | 3118 | 4011 | 3437 | 3451 | 4213 | 47,525 |
| 1984 | 3729 | 2929 | 3704 | 4214 | 5801 | 4639 | 4330 | 3204 | 4122 | 3615 | 3555 | 4030 | 47,872 |
| 1985 | 4049 | 4486 | 3798 | 4530 | 5801 | 4709 | 4363 | 3299 | 4157 | 3673 | 3612 | 4398 | 50,875 |
| 1986 | 4739 | 4678 | 3860 | 4378 | 5774 | 4618 | 4313 | 3144 | 4048 | 3587 | 3551 | 4028 | 50,729 |
| 1987 | 4232 | 4287 | 3768 | 4523 | 5810 | 4744 | 4380 | 3334 | 4180 | 3719 | 3632 | 4655 | 51,264 |
| 1988 | 4915 | 5254 | 3896 | 5011 | 5801 | 4726 | 4369 | 3342 | 4252 | 4254 | 3962 | 4731 | 54,513 |
| 1989 | 4931 | 4931 | 3806 | 4395 | 5786 | 5027 | 4398 | 3363 | 4337 | 3913 | 4010 | 4157 | 53,054 |
| 1990 | 4375 | 4774 | 3848 | 4790 | 5787 | 4728 | 4388 | 3266 | 4276 | 4177 | 4146 | 4701 | 53,256 |
| 76 - 90 AVG | 4,411 | 4,364 | 3,788 | 4,393 | 5,791 | 4,697 | 4,350 | 3,242 | 4,153 | 3,736 | 3,679 | 4,326 | 50,930 |

**Old River @ Middle River (58)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 387 | 373 | 642 | 724 | 648 | 720 | 740 | 790 | 730 | 742 | 729 | 482 | 7,707 |
| 1977 | 532 | 583 | 794 | 948 | 933 | 864 | 890 | 871 | 909 | 977 | 1054 | 940 | 10,295 |
| 1978 | 770 | 782 | 780 | 486 | 308 | 192 | 229 | 271 | 464 | 592 | 635 | 392 | 5,901 |
| 1979 | 433 | 489 | 681 | 387 | 293 | 268 | 399 | 477 | 583 | 656 | 687 | 406 | 5,739 |
| 1980 | 447 | 457 | 654 | 191 | 154 | 165 | 330 | 329 | 429 | 482 | 527 | 385 | 4,550 |
| 1981 | 414 | 452 | 658 | 537 | 620 | 609 | 704 | 718 | 727 | 703 | 716 | 448 | 7,306 |
| 1982 | 492 | 521 | 650 | 282 | 169 | 156 | 174 | 205 | 277 | 406 | 474 | 376 | 4,182 |
| 1983 | 308 | 206 | 161 | 159 | 153 | 156 | 158 | 166 | 189 | 222 | 326 | 350 | 2,534 |
| 1984 | 359 | 185 | 154 | 171 | 260 | 336 | 407 | 477 | 596 | 609 | 620 | 389 | 4,563 |
| 1985 | 422 | 514 | 867 | 756 | 680 | 638 | 703 | 715 | 710 | 699 | 740 | 483 | 7,727 |
| 1986 | 516 | 537 | 735 | 744 | 173 | 153 | 261 | 302 | 340 | 605 | 614 | 379 | 5,359 |
| 1987 | 433 | 475 | 686 | 763 | 690 | 682 | 729 | 770 | 737 | 743 | 753 | 550 | 8,011 |
| 1988 | 576 | 617 | 913 | 810 | 933 | 885 | 807 | 850 | 907 | 1095 | 1101 | 849 | 10,243 |
| 1989 | 612 | 646 | 943 | 972 | 940 | 781 | 773 | 810 | 957 | 868 | 1017 | 849 | 9,826 |
| 1990 | 494 | 574 | 1022 | 941 | 924 | 860 | 808 | 872 | 933 | 1004 | 1064 | 585 | 10,061 |
| 76 - 90 AVG | 480 | 493 | 676 | 598 | 525 | 498 | 541 | 575 | 631 | 694 | 737 | 487 | 6,934 |

**Old River @ Middle River (58)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 182 | 168 | 277 | 320 | 279 | 317 | 329 | 361 | 332 | 340 | 329 | 284 | 3,528 |
| 1977 | 337 | 357 | 362 | 439 | 432 | 393 | 410 | 403 | 431 | 473 | 512 | 516 | 5,065 |
| 1978 | 580 | 607 | 356 | 193 | 98 | 37 | 56 | 79 | 186 | 256 | 278 | 190 | 2,916 |
| 1979 | 230 | 256 | 300 | 141 | 90 | 77 | 147 | 191 | 251 | 291 | 309 | 220 | 2,503 |
| 1980 | 255 | 253 | 285 | 39 | 32 | 31 | 110 | 111 | 166 | 195 | 219 | 185 | 1,881 |
| 1981 | 219 | 250 | 286 | 220 | 284 | 258 | 310 | 322 | 330 | 319 | 323 | 254 | 3,355 |
| 1982 | 296 | 311 | 285 | 85 | 31 | 33 | 31 | 44 | 84 | 154 | 190 | 135 | 1,679 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 54 | 110 | 122 | 654 |
| 1984 | 126 | 34 | 32 | 31 | 73 | 113 | 151 | 191 | 258 | 266 | 270 | 198 | 1,743 |
| 1985 | 234 | 314 | 294 | 338 | 296 | 274 | 309 | 320 | 321 | 316 | 336 | 279 | 3,631 |
| 1986 | 321 | 308 | 331 | 331 | 42 | 32 | 74 | 96 | 118 | 263 | 266 | 188 | 2,370 |
| 1987 | 237 | 266 | 302 | 345 | 301 | 297 | 324 | 350 | 336 | 341 | 344 | 312 | 3,755 |
| 1988 | 399 | 388 | 431 | 428 | 431 | 405 | 364 | 392 | 431 | 548 | 541 | 390 | 5,148 |
| 1989 | 452 | 422 | 440 | 452 | 434 | 355 | 347 | 372 | 460 | 412 | 493 | 292 | 4,929 |
| 1990 | 295 | 353 | 483 | 450 | 426 | 391 | 365 | 402 | 445 | 497 | 529 | 337 | 4,973 |
| 76 - 90 AVG | 285 | 289 | 300 | 256 | 217 | 203 | 224 | 244 | 279 | 315 | 337 | 260 | 3,209 |

**Old River @ Middle River (58)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3973 | 3834 | 3733 | 4318 | 5776 | 4707 | 4376 | 3358 | 4170 | 3725 | 3593 | 4287 | 49,850 |
| 1977 | 4691 | 5181 | 3843 | 4323 | 5787 | 4721 | 4408 | 3312 | 4254 | 3962 | 3861 | 4650 | 52,993 |
| 1978 | 5240 | 5648 | 3844 | 4251 | 5777 | 4639 | 4311 | 3136 | 4089 | 3596 | 3561 | 4232 | 52,322 |
| 1979 | 4637 | 4242 | 3766 | 4259 | 5791 | 4638 | 4325 | 3190 | 4121 | 3641 | 3638 | 4017 | 50,263 |
| 1980 | 4171 | 3932 | 3744 | 4208 | 5794 | 4623 | 4318 | 3153 | 4076 | 3536 | 3514 | 4239 | 49,308 |
| 1981 | 4403 | 4227 | 3739 | 4249 | 5802 | 4689 | 4357 | 3291 | 4175 | 3882 | 3601 | 4262 | 50,477 |
| 1982 | 4485 | 4344 | 3770 | 4229 | 5792 | 4632 | 4307 | 3124 | 4028 | 3503 | 3495 | 4201 | 49,910 |
| 1983 | 3721 | 2929 | 3699 | 4228 | 5794 | 4620 | 4306 | 3118 | 4011 | 3437 | 3451 | 4213 | 47,525 |
| 1984 | 3729 | 2929 | 3704 | 4214 | 5801 | 4639 | 4330 | 3204 | 4122 | 3615 | 3555 | 4030 | 47,872 |
| 1985 | 4025 | 4474 | 3798 | 4530 | 5801 | 4709 | 4362 | 3300 | 4157 | 3674 | 3612 | 4353 | 50,795 |
| 1986 | 4662 | 4538 | 3858 | 4379 | 5774 | 4618 | 4313 | 3144 | 4048 | 3597 | 3551 | 4029 | 50,511 |
| 1987 | 4231 | 4283 | 3788 | 4523 | 5810 | 4743 | 4379 | 3335 | 4180 | 3721 | 3632 | 4586 | 51,191 |
| 1988 | 5050 | 5040 | 3893 | 5013 | 5801 | 4730 | 4369 | 3345 | 4251 | 4343 | 3985 | 4693 | 54,513 |
| 1989 | 4999 | 4887 | 3805 | 4393 | 5788 | 5031 | 4399 | 3364 | 4316 | 3838 | 3887 | 4224 | 52,931 |
| 1990 | 4353 | 4693 | 3845 | 4787 | 5781 | 4728 | 4389 | 3267 | 4276 | 4242 | 4197 | 4601 | 53,159 |
| 76 - 90 AVG | 4,425 | 4,345 | 3,787 | 4,393 | 5,791 | 4,698 | 4,350 | 3,243 | 4,152 | 3,741 | 3,676 | 4,308 | 50,908 |

**Old River @ Middle River (58)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 396 | 379 | 642 | 721 | 648 | 720 | 740 | 790 | 730 | 742 | 729 | 529 | 7,766 |
| 1977 | 567 | 595 | 794 | 948 | 933 | 864 | 890 | 871 | 909 | 977 | 1054 | 906 | 10,308 |
| 1978 | 756 | 770 | 779 | 486 | 308 | 192 | 229 | 271 | 464 | 592 | 635 | 394 | 5,876 |
| 1979 | 435 | 477 | 682 | 388 | 293 | 268 | 399 | 477 | 583 | 656 | 692 | 424 | 5,774 |
| 1980 | 456 | 464 | 654 | 191 | 154 | 165 | 330 | 329 | 429 | 482 | 527 | 386 | 4,567 |
| 1981 | 421 | 451 | 658 | 537 | 620 | 609 | 704 | 718 | 727 | 703 | 716 | 465 | 7,329 |
| 1982 | 503 | 524 | 650 | 282 | 169 | 156 | 174 | 205 | 277 | 406 | 474 | 376 | 4,196 |
| 1983 | 308 | 206 | 161 | 159 | 153 | 156 | 158 | 166 | 169 | 222 | 326 | 350 | 2,534 |
| 1984 | 359 | 185 | 154 | 171 | 260 | 336 | 407 | 477 | 596 | 609 | 620 | 389 | 4,563 |
| 1985 | 433 | 534 | 668 | 756 | 680 | 638 | 703 | 715 | 710 | 699 | 740 | 498 | 7,774 |
| 1986 | 535 | 578 | 736 | 744 | 173 | 153 | 261 | 302 | 340 | 605 | 614 | 379 | 5,420 |
| 1987 | 432 | 475 | 686 | 763 | 690 | 682 | 729 | 770 | 737 | 743 | 753 | 839 | 8,099 |
| 1988 | 598 | 657 | 928 | 910 | 933 | 885 | 807 | 850 | 907 | 1130 | 1115 | 710 | 10,430 |
| 1989 | 644 | 652 | 943 | 972 | 940 | 782 | 773 | 809 | 959 | 868 | 1019 | 511 | 9,872 |
| 1990 | 494 | 574 | 1022 | 942 | 924 | 860 | 808 | 872 | 933 | 1032 | 1098 | 628 | 10,187 |
| 76 - 90 AVG | 489 | 501 | 677 | 598 | 525 | 498 | 541 | 575 | 631 | 698 | 741 | 506 | 6,980 |

**Old River @ Middle River (58)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 203 | 176 | 277 | 318 | 279 | 317 | 329 | 362 | 332 | 340 | 329 | 323 | 3,585 |
| 1977 | 376 | 367 | 362 | 439 | 431 | 393 | 410 | 403 | 431 | 473 | 512 | 506 | 5,103 |
| 1978 | 569 | 581 | 355 | 193 | 98 | 37 | 56 | 79 | 186 | 256 | 278 | 190 | 2,878 |
| 1979 | 232 | 260 | 301 | 141 | 90 | 77 | 147 | 191 | 251 | 291 | 310 | 225 | 2,516 |
| 1980 | 257 | 260 | 285 | 39 | 32 | 31 | 110 | 111 | 166 | 195 | 219 | 186 | 1,891 |
| 1981 | 221 | 239 | 286 | 220 | 264 | 258 | 310 | 322 | 330 | 319 | 323 | 269 | 3,361 |
| 1982 | 308 | 313 | 285 | 85 | 31 | 33 | 31 | 44 | 84 | 154 | 190 | 135 | 1,693 |
| 1983 | 99 | 45 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 54 | 110 | 122 | 654 |
| 1984 | 126 | 34 | 32 | 31 | 73 | 113 | 151 | 191 | 258 | 266 | 270 | 198 | 1,743 |
| 1985 | 241 | 332 | 294 | 338 | 296 | 274 | 309 | 320 | 321 | 316 | 336 | 290 | 3,667 |
| 1986 | 347 | 341 | 331 | 331 | 42 | 32 | 74 | 96 | 118 | 263 | 268 | 188 | 2,429 |
| 1987 | 236 | 266 | 302 | 345 | 301 | 297 | 323 | 350 | 336 | 341 | 344 | 344 | 3,785 |
| 1988 | 420 | 494 | 439 | 426 | 431 | 405 | 364 | 392 | 431 | 562 | 547 | 419 | 5,330 |
| 1989 | 481 | 426 | 440 | 452 | 434 | 354 | 347 | 372 | 461 | 412 | 494 | 294 | 4,967 |
| 1990 | 297 | 353 | 483 | 450 | 426 | 391 | 365 | 402 | 445 | 509 | 544 | 388 | 5,053 |
| 76 - 90 AVG | 294 | 299 | 300 | 258 | 217 | 203 | 224 | 244 | 279 | 317 | 338 | 272 | 3,244 |

**Old River @ Middle River (58)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3982 | 3845 | 3733 | 4311 | 5777 | 4707 | 4376 | 3358 | 4173 | 3727 | 3593 | 4423 | 50,005 |
| 1977 | 4801 | 5204 | 3849 | 4311 | 5782 | 4720 | 4406 | 3312 | 4254 | 3962 | 3861 | 4756 | 53,218 |
| 1978 | 5245 | 5624 | 3841 | 4251 | 5777 | 4839 | 4311 | 3136 | 4089 | 3596 | 3560 | 4256 | 52,325 |
| 1979 | 4679 | 4355 | 3777 | 4258 | 5791 | 4836 | 4325 | 3190 | 4121 | 3641 | 3601 | 4161 | 50,535 |
| 1980 | 4274 | 3934 | 3745 | 4208 | 5794 | 4623 | 4318 | 3153 | 4076 | 3536 | 3514 | 4259 | 49,434 |
| 1981 | 4526 | 4402 | 3740 | 4250 | 5802 | 4689 | 4357 | 3292 | 4176 | 3684 | 3602 | 4344 | 50,864 |
| 1982 | 4498 | 4351 | 3770 | 4229 | 5792 | 4632 | 4307 | 3124 | 4028 | 3503 | 3495 | 4201 | 49,930 |
| 1983 | 3721 | 2929 | 3699 | 4226 | 5794 | 4620 | 4306 | 3118 | 4011 | 3437 | 3451 | 4213 | 47,525 |
| 1984 | 3729 | 2929 | 3704 | 4214 | 5801 | 4639 | 4330 | 3204 | 4122 | 3615 | 3555 | 4031 | 47,873 |
| 1985 | 4157 | 4544 | 3798 | 4530 | 5801 | 4709 | 4363 | 3303 | 4158 | 3674 | 3611 | 4425 | 51,073 |
| 1986 | 4876 | 4849 | 3860 | 4376 | 5774 | 4618 | 4313 | 3144 | 4048 | 3597 | 3551 | 4029 | 51,035 |
| 1987 | 4231 | 4281 | 3768 | 4520 | 5810 | 4743 | 4377 | 3335 | 4181 | 3722 | 3633 | 4736 | 51,337 |
| 1988 | 5104 | 5373 | 3910 | 5009 | 5802 | 4732 | 4370 | 3344 | 4252 | 4210 | 3933 | 4825 | 54,864 |
| 1989 | 5088 | 4922 | 3806 | 4386 | 5787 | 5026 | 4398 | 3368 | 4302 | 3837 | 3879 | 4221 | 53,022 |
| 1990 | 4338 | 4680 | 3845 | 4782 | 5782 | 4729 | 4388 | 3269 | 4276 | 4150 | 4114 | 4673 | 53,026 |
| 76 - 90 AVG | 4,483 | 4,415 | 3,790 | 4,391 | 5,791 | 4,698 | 4,350 | 3,243 | 4,151 | 3,726 | 3,664 | 4,370 | 51,071 |

Old River @ Middle River, 58
Cumulative Impact
**Electrical Conductivity**
Units in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 401 | 410 | 730 | 780 | 730 | 759 | 621 | 613 | 733 | 856 | 968 | 488 |
| 1977 | 527 | 573 | 763 | 927 | 980 | 955 | 773 | 759 | 909 | 1088 | 1166 | 962 |
| 1978 | 742 | 740 | 812 | 501 | 313 | 195 | 214 | 247 | 436 | 586 | 857 | 398 |
| 1979 | 449 | 484 | 737 | 395 | 255 | 278 | 347 | 387 | 629 | 665 | 684 | 422 |
| 1980 | 446 | 457 | 713 | 218 | 155 | 169 | 312 | 300 | 377 | 621 | 651 | 405 |
| 1981 | 431 | 479 | 738 | 615 | 541 | 619 | 492 | 484 | 691 | 709 | 717 | 446 |
| 1982 | 488 | 517 | 719 | 287 | 199 | 156 | 172 | 210 | 282 | 573 | 596 | 445 |
| 1983 | 243 | 213 | 155 | 159 | 153 | 155 | 164 | 168 | 176 | 247 | 398 | 354 |
| 1984 | 234 | 186 | 153 | 160 | 232 | 374 | 413 | 408 | 534 | 612 | 824 | 387 |
| 1985 | 419 | 514 | 704 | 745 | 673 | 650 | 592 | 544 | 691 | 729 | 905 | 504 |
| 1986 | 515 | 540 | 739 | 771 | 188 | 153 | 256 | 289 | 329 | 603 | 619 | 381 |
| 1987 | 433 | 493 | 761 | 800 | 725 | 711 | 614 | 607 | 723 | 921 | 990 | 684 |
| 1988 | 600 | 840 | 900 | 926 | 953 | 933 | 741 | 744 | 824 | 1070 | 1083 | 648 |
| 1989 | 608 | 808 | 914 | 975 | 954 | 812 | 730 | 769 | 796 | 992 | 1040 | 513 |
| 1990 | 488 | 539 | 972 | 947 | 962 | 925 | 782 | 815 | 908 | 1045 | 1090 | 608 |
| Average | 468 | 493 | 701 | 614 | 533 | 523 | 482 | 490 | 603 | 754 | 814 | 510 |

Old River @ Middle River, 58
Cumulative Impact
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 210 | 205 | 330 | 360 | 323 | 338 | 265 | 265 | 334 | 405 | 468 | 283 |
| 1977 | 325 | 343 | 346 | 428 | 445 | 442 | 347 | 342 | 431 | 538 | 588 | 537 |
| 1978 | 547 | 532 | 374 | 201 | 101 | 38 | 48 | 67 | 171 | 253 | 291 | 203 |
| 1979 | 247 | 271 | 336 | 145 | 70 | 83 | 119 | 143 | 276 | 296 | 306 | 227 |
| 1980 | 252 | 255 | 317 | 51 | 32 | 31 | 100 | 95 | 138 | 272 | 287 | 203 |
| 1981 | 235 | 275 | 336 | 262 | 222 | 264 | 197 | 195 | 311 | 322 | 323 | 250 |
| 1982 | 290 | 314 | 325 | 67 | 41 | 33 | 31 | 47 | 86 | 246 | 257 | 173 |
| 1983 | 64 | 49 | 31 | 35 | 32 | 33 | 30 | 31 | 32 | 68 | 149 | 124 |
| 1984 | 60 | 34 | 32 | 31 | 58 | 133 | 154 | 154 | 223 | 268 | 272 | 196 |
| 1985 | 231 | 321 | 314 | 333 | 292 | 280 | 250 | 228 | 310 | 332 | 428 | 287 |
| 1986 | 316 | 313 | 330 | 352 | 44 | 32 | 71 | 89 | 113 | 262 | 269 | 193 |
| 1987 | 241 | 288 | 355 | 382 | 319 | 312 | 262 | 261 | 328 | 441 | 476 | 382 |
| 1988 | 421 | 418 | 424 | 451 | 442 | 430 | 330 | 335 | 384 | 527 | 529 | 391 |
| 1989 | 438 | 376 | 424 | 454 | 441 | 376 | 324 | 349 | 369 | 482 | 506 | 295 |
| 1990 | 289 | 321 | 457 | 451 | 447 | 426 | 351 | 371 | 431 | 513 | 537 | 370 |
| Average | 278 | 288 | 315 | 268 | 221 | 217 | 192 | 198 | 262 | 348 | 379 | 274 |

Old River @ Middle River, 58
Cumulative Impact
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3923 | 3759 | 3760 | 4558 | 5781 | 4717 | 4358 | 3269 | 4176 | 3829 | 3906 | 4332 |
| 1977 | 4768 | 5245 | 3848 | 4303 | 5759 | 4740 | 4383 | 3267 | 4261 | 4140 | 4013 | 4791 |
| 1978 | 5213 | 5494 | 3668 | 4254 | 5775 | 4639 | 4310 | 3132 | 4080 | 3590 | 3591 | 4105 |
| 1979 | 4470 | 4249 | 3792 | 4260 | 5789 | 4635 | 4322 | 3168 | 4143 | 3650 | 3587 | 4146 |
| 1980 | 4149 | 3974 | 3749 | 4213 | 5793 | 4624 | 4317 | 3147 | 4060 | 3610 | 3587 | 4210 |
| 1981 | 4364 | 4244 | 3773 | 4258 | 5793 | 4884 | 4339 | 3204 | 4166 | 3684 | 3603 | 4282 |
| 1982 | 4372 | 4312 | 3857 | 4233 | 5794 | 4633 | 4307 | 3124 | 4030 | 3585 | 3542 | 4204 |
| 1983 | 3721 | 2929 | 3699 | 4225 | 5794 | 4619 | 4306 | 3118 | 4012 | 3445 | 3471 | 4212 |
| 1984 | 3720 | 2923 | 3703 | 4214 | 5799 | 4639 | 4332 | 3179 | 4102 | 3615 | 3558 | 4012 |
| 1985 | 3997 | 4519 | 3804 | 4491 | 5800 | 4710 | 4351 | 3230 | 4167 | 3701 | 3721 | 4386 |
| 1986 | 4652 | 4546 | 3790 | 4617 | 5787 | 4820 | 4313 | 3141 | 4045 | 3593 | 3553 | 4020 |
| 1987 | 4205 | 4279 | 3805 | 4572 | 5814 | 4752 | 4363 | 3256 | 4177 | 3904 | 3801 | 4835 |
| 1988 | 5132 | 5264 | 3868 | 5020 | 5802 | 4743 | 4361 | 3288 | 4215 | 4095 | 3900 | 4770 |
| 1989 | 5046 | 4906 | 3803 | 4412 | 5789 | 5250 | 4393 | 3344 | 4215 | 3987 | 3892 | 4224 |
| 1990 | 4180 | 4421 | 3835 | 4792 | 5800 | 4742 | 4381 | 3251 | 4267 | 4063 | 4035 | 4651 |
| Average | 4394 | 4338 | 3797 | 4428 | 5791 | 4716 | 4342 | 3208 | 4141 | 3766 | 3718 | 4345 |

**Old River @ Tracy Road (71)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 356 | 350 | 658 | 780 | 686 | 811 | 720 | 750 | 764 | 830 | 1046 | 770 | 8,501 |
| 1977 | 487 | 548 | 788 | 970 | 944 | 950 | 768 | 862 | 872 | 1000 | 1157 | 956 | 10,302 |
| 1978 | 693 | 729 | 844 | 563 | 346 | 217 | 232 | 278 | 478 | 599 | 636 | 482 | 6,097 |
| 1979 | 365 | 411 | 767 | 453 | 319 | 283 | 396 | 480 | 591 | 661 | 690 | 509 | 5,925 |
| 1980 | 413 | 485 | 743 | 214 | 178 | 172 | 335 | 334 | 436 | 482 | 560 | 444 | 4,776 |
| 1981 | 377 | 404 | 667 | 587 | 657 | 638 | 607 | 708 | 781 | 857 | 858 | 630 | 7,771 |
| 1982 | 446 | 533 | 634 | 332 | 174 | 170 | 176 | 208 | 289 | 396 | 493 | 381 | 4,232 |
| 1983 | 307 | 229 | 171 | 230 | 176 | 197 | 162 | 167 | 174 | 221 | 340 | 357 | 2,731 |
| 1984 | 371 | 194 | 174 | 178 | 269 | 350 | 456 | 610 | 603 | 622 | 689 | 502 | 5,018 |
| 1985 | 391 | 498 | 754 | 835 | 733 | 696 | 595 | 696 | 759 | 851 | 948 | 699 | 8,455 |
| 1986 | 459 | 530 | 780 | 723 | 208 | 168 | 263 | 308 | 358 | 595 | 629 | 477 | 5,498 |
| 1987 | 407 | 476 | 703 | 813 | 742 | 766 | 716 | 740 | 737 | 825 | 1028 | 764 | 8,717 |
| 1988 | 491 | 518 | 948 | 971 | 950 | 921 | 722 | 800 | 858 | 1039 | 1145 | 866 | 10,229 |
| 1989 | 604 | 634 | 939 | 997 | 976 | 830 | 685 | 802 | 820 | 900 | 1030 | 746 | 9,963 |
| 1990 | 455 | 516 | 989 | 988 | 977 | 900 | 782 | 838 | 858 | 1023 | 1093 | 821 | 10,240 |
| 76 - 90 AVG | 441 | 469 | 704 | 641 | 556 | 538 | 508 | 572 | 625 | 727 | 823 | 627 | 7,230 |


**Old River @ Tracy Road (71)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 182 | 162 | 288 | 339 | 299 | 364 | 319 | 343 | 356 | 396 | 528 | 432 | 4,006 |
| 1977 | 340 | 376 | 370 | 452 | 436 | 439 | 345 | 400 | 417 | 507 | 586 | 578 | 5,246 |
| 1978 | 592 | 601 | 407 | 236 | 118 | 50 | 58 | 84 | 196 | 264 | 282 | 229 | 3,117 |
| 1979 | 184 | 228 | 352 | 176 | 104 | 85 | 146 | 194 | 259 | 299 | 312 | 259 | 2,598 |
| 1980 | 254 | 286 | 340 | 55 | 44 | 33 | 113 | 115 | 173 | 198 | 240 | 208 | 2,059 |
| 1981 | 198 | 224 | 294 | 247 | 284 | 273 | 258 | 319 | 385 | 419 | 418 | 347 | 3,646 |
| 1982 | 307 | 347 | 283 | 113 | 36 | 39 | 32 | 46 | 91 | 152 | 203 | 139 | 1,788 |
| 1983 | 99 | 62 | 37 | 73 | 43 | 53 | 32 | 32 | 34 | 55 | 119 | 127 | 766 |
| 1984 | 134 | 40 | 46 | 35 | 78 | 121 | 178 | 266 | 265 | 277 | 312 | 245 | 1,997 |
| 1985 | 227 | 316 | 349 | 381 | 324 | 304 | 252 | 312 | 352 | 415 | 473 | 387 | 4,092 |
| 1986 | 319 | 353 | 361 | 321 | 59 | 39 | 75 | 100 | 129 | 263 | 278 | 228 | 2,525 |
| 1987 | 239 | 313 | 319 | 369 | 329 | 341 | 317 | 337 | 340 | 394 | 518 | 440 | 4,256 |
| 1988 | 367 | 358 | 455 | 457 | 440 | 423 | 320 | 368 | 409 | 522 | 585 | 532 | 5,236 |
| 1989 | 504 | 483 | 448 | 467 | 453 | 375 | 300 | 371 | 387 | 444 | 523 | 412 | 5,167 |
| 1990 | 306 | 356 | 478 | 464 | 454 | 412 | 352 | 385 | 409 | 515 | 565 | 503 | 5,199 |
| 76 - 90 AVG | 283 | 300 | 322 | 279 | 233 | 223 | 206 | 245 | 279 | 341 | 396 | 338 | 3,447 |


**Old River @ Tracy Road (71)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3672 | 3496 | 3743 | 4292 | 5686 | 4764 | 4395 | 3467 | 4268 | 3995 | 4386 | 4354 | 50,518 |
| 1977 | 3867 | 3904 | 3840 | 4275 | 5653 | 4798 | 4412 | 3464 | 4321 | 4653 | 4357 | 4559 | 52,103 |
| 1978 | 4528 | 4388 | 3902 | 4233 | 5696 | 4652 | 4316 | 3169 | 4141 | 3726 | 3642 | 3891 | 50,284 |
| 1979 | 3958 | 3697 | 3814 | 4236 | 5720 | 4652 | 4335 | 3255 | 4182 | 3774 | 3682 | 3787 | 49,072 |
| 1980 | 3766 | 3598 | 3802 | 4208 | 5737 | 4634 | 4326 | 3197 | 4117 | 3618 | 3594 | 3851 | 48,448 |
| 1981 | 3993 | 3737 | 3749 | 4233 | 5701 | 4738 | 4370 | 3412 | 4271 | 4257 | 4174 | 4007 | 50,642 |
| 1982 | 3678 | 3902 | 3781 | 4218 | 5764 | 4636 | 4311 | 3145 | 4056 | 3574 | 3561 | 4203 | 48,829 |
| 1983 | 3746 | 3010 | 3707 | 4211 | 5748 | 4604 | 4307 | 3132 | 4019 | 3471 | 3498 | 4218 | 47,669 |
| 1984 | 3759 | 2959 | 3724 | 4208 | 5758 | 4657 | 4345 | 3343 | 4175 | 3745 | 3686 | 3776 | 48,135 |
| 1985 | 3727 | 3873 | 3932 | 4430 | 5720 | 4760 | 4367 | 3398 | 4246 | 4240 | 4366 | 4233 | 51,292 |
| 1986 | 3739 | 3859 | 3909 | 4382 | 5709 | 4617 | 4319 | 3187 | 4088 | 3720 | 3639 | 3814 | 48,982 |
| 1987 | 3773 | 3571 | 3760 | 4506 | 5737 | 4828 | 4408 | 3437 | 4249 | 4014 | 4420 | 4371 | 51,076 |
| 1988 | 3792 | 3737 | 3881 | 4828 | 5733 | 4787 | 4379 | 3438 | 4315 | 4460 | 4534 | 4446 | 52,330 |
| 1989 | 4042 | 4095 | 3797 | 4320 | 5643 | 5174 | 4438 | 3481 | 4296 | 4351 | 4555 | 4320 | 52,512 |
| 1990 | 3731 | 3641 | 3777 | 4620 | 5694 | 4784 | 4403 | 3369 | 4316 | 4509 | 4765 | 4541 | 52,150 |
| 76 - 90 AVG | 3,851 | 3,698 | 3,808 | 4,347 | 5,713 | 4,739 | 4,362 | 3,326 | 4,204 | 4,007 | 4,057 | 4,157 | 50,269 |

Old River @ TR

**Old River @ Tracy Road (71)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 365 | 376 | 527 | 700 | 704 | 704 | 733 | 763 | 766 | 733 | 738 | 609 | 8,501 |
| 1,977 | 496 | 609 | 705 | 873 | 951 | 913 | 878 | 878 | 875 | 914 | 991 | 680 | 10,302 |
| 1,978 | 725 | 765 | 806 | 674 | 417 | 286 | 208 | 254 | 371 | 528 | 614 | 491 | 6,097 |
| 1,979 | 414 | 453 | 578 | 576 | 354 | 287 | 335 | 444 | 533 | 620 | 671 | 516 | 5,925 |
| 1,980 | 416 | 456 | 648 | 445 | 184 | 155 | 249 | 335 | 384 | 459 | 506 | 434 | 4,776 |
| 1,981 | 402 | 435 | 565 | 627 | 583 | 625 | 659 | 714 | 724 | 717 | 708 | 566 | 7,771 |
| 1,982 | 474 | 548 | 695 | 507 | 225 | 178 | 164 | 182 | 246 | 346 | 441 | 427 | 4,232 |
| 1,983 | 344 | 274 | 191 | 223 | 141 | 144 | 124 | 184 | 170 | 198 | 276 | 340 | 2,731 |
| 1,984 | 356 | 278 | 188 | 168 | 225 | 307 | 377 | 447 | 539 | 606 | 615 | 472 | 5,018 |
| 1,985 | 382 | 492 | 648 | 730 | 738 | 670 | 675 | 711 | 714 | 706 | 716 | 609 | 8,455 |
| 1,986 | 496 | 553 | 751 | 770 | 476 | 144 | 192 | 287 | 328 | 467 | 611 | 460 | 5,498 |
| 1,987 | 390 | 478 | 594 | 738 | 748 | 706 | 709 | 748 | 756 | 737 | 746 | 607 | 8,717 |
| 1,988 | 574 | 622 | 883 | 942 | 969 | 935 | 854 | 821 | 885 | 948 | 1127 | 836 | 10,229 |
| 1,989 | 848 | 680 | 918 | 968 | 967 | 883 | 779 | 817 | 903 | 904 | 871 | 700 | 9,963 |
| 1,990 | 476 | 513 | 931 | 996 | 951 | 905 | 840 | 829 | 888 | 938 | 1015 | 809 | 10,240 |
| 76 - 90 AVG | 464 | 502 | 642 | 662 | 576 | 521 | 518 | 560 | 604 | 655 | 710 | 584 | 7,230 |

**Old River @ Tracy Road (71)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 188 | 177 | 218 | 307 | 305 | 303 | 326 | 351 | 356 | 341 | 337 | 326 | 4,006 |
| 1,977 | 349 | 418 | 326 | 400 | 440 | 419 | 403 | 409 | 421 | 451 | 488 | 531 | 5,245 |
| 1,978 | 604 | 632 | 383 | 295 | 156 | 76 | 46 | 71 | 139 | 227 | 270 | 236 | 3,117 |
| 1,979 | 229 | 274 | 250 | 242 | 123 | 87 | 113 | 175 | 228 | 277 | 305 | 269 | 2,598 |
| 1,980 | 260 | 276 | 287 | 173 | 44 | 33 | 72 | 115 | 145 | 186 | 210 | 205 | 2,059 |
| 1,981 | 225 | 265 | 241 | 268 | 244 | 267 | 286 | 323 | 333 | 330 | 323 | 315 | 3,646 |
| 1,982 | 334 | 361 | 315 | 206 | 57 | 39 | 32 | 39 | 69 | 125 | 176 | 184 | 1,788 |
| 1,983 | 119 | 86 | 43 | 72 | 43 | 53 | 31 | 32 | 34 | 47 | 85 | 118 | 766 |
| 1,984 | 127 | 84 | 48 | 35 | 55 | 96 | 136 | 177 | 231 | 268 | 271 | 231 | 1,997 |
| 1,985 | 222 | 310 | 290 | 326 | 327 | 290 | 295 | 321 | 327 | 324 | 327 | 336 | 4,092 |
| 1,986 | 356 | 372 | 344 | 348 | 199 | 39 | 53 | 89 | 114 | 195 | 268 | 219 | 2,525 |
| 1,987 | 224 | 306 | 260 | 329 | 332 | 308 | 313 | 342 | 350 | 343 | 344 | 354 | 4,256 |
| 1,988 | 456 | 470 | 421 | 442 | 445 | 424 | 390 | 380 | 415 | 475 | 563 | 504 | 5,236 |
| 1,989 | 542 | 540 | 439 | 451 | 448 | 404 | 351 | 379 | 438 | 440 | 426 | 376 | 5,167 |
| 1,990 | 312 | 358 | 447 | 469 | 440 | 415 | 383 | 380 | 427 | 467 | 508 | 469 | 5,199 |
| 76 - 90 AVG | 303 | 329 | 287 | 291 | 244 | 217 | 215 | 239 | 268 | 300 | 327 | 310 | 3,447 |

**Old River @ Tracy Road (71)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 3708 | 3516 | 3726 | 4290 | 5686 | 4752 | 4399 | 3500 | 4246 | 3877 | 3683 | 3883 | 50,518 |
| 1,977 | 3867 | 3921 | 3835 | 4272 | 5657 | 4777 | 4458 | 3462 | 4344 | 4315 | 4103 | 4501 | 52,103 |
| 1,978 | 4762 | 4676 | 3881 | 4231 | 5700 | 4652 | 4316 | 3168 | 4135 | 3724 | 3638 | 3853 | 50,284 |
| 1,979 | 3975 | 3854 | 3767 | 4233 | 5723 | 4650 | 4335 | 3255 | 4177 | 3764 | 3785 | 3793 | 49,072 |
| 1,980 | 3699 | 3581 | 3742 | 4202 | 5735 | 4833 | 4326 | 3196 | 4115 | 3621 | 3578 | 3833 | 48,448 |
| 1,981 | 3989 | 3731 | 3740 | 4226 | 5707 | 4726 | 4383 | 3417 | 4241 | 3821 | 3658 | 3858 | 50,642 |
| 1,982 | 3773 | 3936 | 3785 | 4217 | 5763 | 4636 | 4311 | 3145 | 4053 | 3581 | 3554 | 4204 | 48,829 |
| 1,983 | 3746 | 3007 | 3707 | 4211 | 5745 | 4604 | 4308 | 3133 | 4020 | 3473 | 3493 | 4218 | 47,869 |
| 1,984 | 3757 | 2959 | 3724 | 4208 | 5758 | 4656 | 4341 | 3268 | 4175 | 3729 | 3631 | 3756 | 48,135 |
| 1,985 | 3703 | 3864 | 3823 | 4801 | 5736 | 4748 | 4387 | 3405 | 4223 | 3816 | 3712 | 3962 | 51,292 |
| 1,986 | 3895 | 3992 | 3894 | 4687 | 5721 | 4618 | 4319 | 3186 | 4063 | 3717 | 3625 | 3745 | 48,982 |
| 1,987 | 3711 | 3558 | 3754 | 4554 | 5745 | 4779 | 4408 | 3465 | 4250 | 3883 | 3741 | 3972 | 51,076 |
| 1,988 | 4045 | 4067 | 3905 | 4815 | 5717 | 4778 | 4397 | 3487 | 4345 | 4533 | 4161 | 4241 | 52,330 |
| 1,989 | 4107 | 4132 | 3800 | 4315 | 5848 | 5112 | 4452 | 3494 | 4420 | 4144 | 4192 | 4064 | 52,512 |
| 1,990 | 3768 | 3666 | 3777 | 4620 | 5695 | 4779 | 4409 | 3380 | 4359 | 4420 | 4335 | 4348 | 52,150 |
| 76 - 90 AVG | 3,900 | 3,764 | 3,791 | 4,385 | 5,716 | 4,727 | 4,370 | 3,331 | 4,212 | 3,895 | 3,795 | 4,017 | 50,269 |

**Old River @ Tracy Road (71)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 359 | 353 | 632 | 733 | 661 | 727 | 744 | 789 | 736 | 742 | 729 | 619 | 7,824 |
| 1977 | 515 | 578 | 785 | 947 | 941 | 875 | 893 | 873 | 898 | 951 | 1027 | 890 | 10,173 |
| 1978 | 728 | 761 | 783 | 533 | 337 | 211 | 230 | 274 | 467 | 591 | 635 | 479 | 6,029 |
| 1979 | 393 | 453 | 675 | 430 | 312 | 276 | 401 | 480 | 584 | 656 | 690 | 519 | 5,879 |
| 1980 | 421 | 443 | 648 | 218 | 179 | 170 | 332 | 333 | 432 | 485 | 529 | 434 | 4,624 |
| 1981 | 398 | 426 | 650 | 563 | 629 | 619 | 705 | 721 | 728 | 705 | 718 | 566 | 7,426 |
| 1982 | 475 | 534 | 650 | 330 | 177 | 168 | 176 | 207 | 281 | 408 | 475 | 379 | 4,260 |
| 1983 | 312 | 224 | 169 | 230 | 176 | 197 | 160 | 167 | 171 | 224 | 329 | 352 | 2,711 |
| 1984 | 361 | 192 | 174 | 178 | 267 | 342 | 411 | 481 | 596 | 611 | 621 | 475 | 4,709 |
| 1985 | 392 | 486 | 667 | 771 | 695 | 649 | 705 | 718 | 712 | 701 | 738 | 599 | 7,833 |
| 1986 | 500 | 548 | 742 | 768 | 216 | 168 | 263 | 305 | 345 | 601 | 615 | 464 | 5,535 |
| 1987 | 394 | 461 | 677 | 789 | 709 | 700 | 734 | 770 | 738 | 742 | 752 | 608 | 8,055 |
| 1988 | 588 | 638 | 929 | 937 | 941 | 895 | 815 | 847 | 898 | 1049 | 1084 | 626 | 10,447 |
| 1989 | 599 | 640 | 924 | 980 | 951 | 808 | 780 | 809 | 936 | 862 | 984 | 750 | 10,023 |
| 1990 | 487 | 520 | 989 | 970 | 930 | 871 | 815 | 867 | 922 | 973 | 1060 | 807 | 10,211 |
| 76 - 90 AVG | 461 | 484 | 673 | 624 | 541 | 512 | 544 | 576 | 630 | 687 | 732 | 584 | 7,049 |

**Old River @ Tracy Road (71)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 183 | 164 | 274 | 325 | 286 | 320 | 332 | 384 | 340 | 345 | 333 | 331 | 3,597 |
| 1977 | 360 | 412 | 371 | 439 | 434 | 399 | 411 | 406 | 432 | 471 | 507 | 536 | 5,178 |
| 1978 | 611 | 619 | 370 | 220 | 114 | 47 | 57 | 82 | 189 | 260 | 282 | 229 | 3,080 |
| 1979 | 217 | 281 | 302 | 164 | 101 | 81 | 149 | 194 | 255 | 296 | 314 | 272 | 2,626 |
| 1980 | 262 | 266 | 286 | 54 | 44 | 33 | 112 | 114 | 171 | 200 | 223 | 205 | 1,970 |
| 1981 | 223 | 259 | 296 | 235 | 268 | 263 | 311 | 326 | 335 | 324 | 327 | 316 | 3,473 |
| 1982 | 329 | 348 | 291 | 112 | 36 | 39 | 32 | 46 | 87 | 158 | 193 | 139 | 1,810 |
| 1983 | 101 | 59 | 37 | 72 | 43 | 53 | 31 | 32 | 34 | 57 | 113 | 125 | 757 |
| 1984 | 129 | 38 | 46 | 35 | 77 | 116 | 154 | 195 | 262 | 271 | 274 | 233 | 1,830 |
| 1985 | 227 | 306 | 300 | 346 | 304 | 279 | 311 | 324 | 326 | 321 | 339 | 337 | 3,720 |
| 1986 | 359 | 370 | 340 | 347 | 63 | 39 | 75 | 99 | 123 | 265 | 270 | 221 | 2,571 |
| 1987 | 226 | 296 | 304 | 346 | 311 | 305 | 327 | 353 | 342 | 345 | 347 | 356 | 3,858 |
| 1988 | 485 | 483 | 447 | 439 | 435 | 410 | 370 | 394 | 431 | 531 | 540 | 481 | 5,426 |
| 1989 | 485 | 491 | 441 | 458 | 440 | 364 | 350 | 375 | 455 | 416 | 483 | 408 | 5,166 |
| 1990 | 327 | 363 | 478 | 454 | 429 | 397 | 370 | 401 | 445 | 488 | 531 | 473 | 5,156 |
| 76 - 90 AVG | 300 | 317 | 305 | 270 | 226 | 210 | 226 | 247 | 282 | 317 | 338 | 311 | 3,348 |

**Old River @ Tracy Road (71)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3706 | 3517 | 3725 | 4291 | 5686 | 4752 | 4397 | 3497 | 4240 | 3877 | 3686 | 3914 | 49,288 |
| 1977 | 3885 | 3875 | 3828 | 4262 | 5653 | 4777 | 4456 | 3459 | 4343 | 4310 | 4104 | 4496 | 51,460 |
| 1978 | 4659 | 4516 | 3873 | 4231 | 5700 | 4652 | 4318 | 3168 | 4135 | 3717 | 3638 | 3851 | 50,456 |
| 1979 | 3983 | 3808 | 3767 | 4233 | 5723 | 4650 | 4335 | 3255 | 4176 | 3765 | 3755 | 3785 | 49,235 |
| 1980 | 3701 | 3551 | 3742 | 4202 | 5735 | 4633 | 4326 | 3196 | 4115 | 3621 | 3578 | 3836 | 48,236 |
| 1981 | 3995 | 3649 | 3739 | 4226 | 5707 | 4728 | 4382 | 3417 | 4242 | 3824 | 3698 | 3862 | 49,469 |
| 1982 | 3774 | 3939 | 3784 | 4217 | 5763 | 4636 | 4311 | 3145 | 4053 | 3581 | 3554 | 4204 | 48,961 |
| 1983 | 3746 | 3007 | 3706 | 4211 | 5746 | 4604 | 4307 | 3132 | 4018 | 3473 | 3494 | 4218 | 47,662 |
| 1984 | 3757 | 2959 | 3724 | 4208 | 5758 | 4656 | 4341 | 3268 | 4176 | 3729 | 3631 | 3755 | 47,962 |
| 1985 | 3707 | 3824 | 3822 | 4387 | 5720 | 4747 | 4386 | 3408 | 4222 | 3815 | 3711 | 3919 | 49,666 |
| 1986 | 3849 | 3950 | 3889 | 4679 | 5721 | 4618 | 4319 | 3186 | 4063 | 3722 | 3626 | 3744 | 49,386 |
| 1987 | 3713 | 3560 | 3754 | 4658 | 5745 | 4779 | 4408 | 3463 | 4249 | 3881 | 3739 | 3959 | 49,908 |
| 1988 | 4024 | 3994 | 3905 | 4825 | 5716 | 4778 | 4395 | 3488 | 4338 | 4568 | 4194 | 4249 | 52,474 |
| 1989 | 4074 | 4076 | 3798 | 4315 | 5650 | 5131 | 4454 | 3497 | 4405 | 4097 | 4077 | 4064 | 51,638 |
| 1990 | 3789 | 3638 | 3775 | 4620 | 5694 | 4779 | 4409 | 3387 | 4354 | 4455 | 4304 | 4280 | 51,462 |
| 76 - 90 AVG | 3,889 | 3,724 | 3,789 | 4,371 | 5,714 | 4,728 | 4,369 | 3,331 | 4,210 | 3,898 | 3,786 | 4,009 | 49,817 |

**Old River @ Tracy Road (71)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 358 | 352 | 632 | 733 | 661 | 727 | 744 | 789 | 736 | 742 | 729 | 616 | 7,819 |
| 1977 | 514 | 570 | 783 | 947 | 941 | 875 | 893 | 873 | 898 | 951 | 1027 | 891 | 10,163 |
| 1978 | 729 | 766 | 784 | 533 | 337 | 211 | 230 | 274 | 467 | 591 | 635 | 479 | 6,036 |
| 1979 | 393 | 465 | 672 | 430 | 312 | 276 | 401 | 480 | 584 | 656 | 689 | 519 | 5,877 |
| 1980 | 421 | 453 | 649 | 218 | 179 | 170 | 332 | 333 | 432 | 485 | 529 | 431 | 4,632 |
| 1981 | 395 | 448 | 651 | 562 | 629 | 618 | 705 | 721 | 728 | 705 | 716 | 561 | 7,439 |
| 1982 | 470 | 530 | 651 | 330 | 177 | 168 | 176 | 207 | 281 | 408 | 475 | 379 | 4,252 |
| 1983 | 312 | 224 | 169 | 230 | 177 | 197 | 160 | 167 | 171 | 224 | 329 | 352 | 2,712 |
| 1984 | 361 | 192 | 174 | 178 | 267 | 342 | 411 | 491 | 596 | 611 | 621 | 475 | 4,709 |
| 1985 | 392 | 496 | 668 | 772 | 695 | 649 | 706 | 718 | 713 | 701 | 738 | 617 | 7,865 |
| 1986 | 509 | 554 | 742 | 766 | 216 | 168 | 263 | 305 | 345 | 601 | 615 | 464 | 5,550 |
| 1987 | 394 | 461 | 677 | 769 | 709 | 700 | 734 | 770 | 740 | 742 | 752 | 606 | 8,054 |
| 1988 | 570 | 618 | 931 | 939 | 941 | 895 | 816 | 847 | 896 | 1064 | 1095 | 824 | 10,436 |
| 1989 | 642 | 683 | 925 | 980 | 951 | 808 | 780 | 809 | 934 | 854 | 951 | 714 | 10,031 |
| 1990 | 472 | 517 | 988 | 968 | 930 | 871 | 815 | 867 | 921 | 1006 | 1071 | 846 | 10,272 |
| 76 - 90 AVG | 462 | 489 | 673 | 624 | 541 | 512 | 544 | 576 | 629 | 689 | 731 | 585 | 7,056 |

**Old River @ Tracy Road (71)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 182 | 163 | 274 | 325 | 286 | 320 | 332 | 365 | 341 | 345 | 333 | 329 | 3,595 |
| 1977 | 363 | 400 | 368 | 439 | 435 | 399 | 411 | 406 | 432 | 470 | 507 | 538 | 5,168 |
| 1978 | 609 | 635 | 372 | 220 | 114 | 47 | 57 | 82 | 189 | 260 | 282 | 230 | 3,097 |
| 1979 | 217 | 279 | 300 | 164 | 101 | 81 | 149 | 194 | 255 | 296 | 314 | 271 | 2,621 |
| 1980 | 263 | 274 | 287 | 54 | 44 | 33 | 112 | 114 | 171 | 201 | 223 | 202 | 1,978 |
| 1981 | 220 | 280 | 287 | 234 | 268 | 263 | 311 | 326 | 335 | 324 | 327 | 312 | 3,487 |
| 1982 | 324 | 344 | 292 | 112 | 36 | 39 | 32 | 46 | 87 | 158 | 193 | 139 | 1,802 |
| 1983 | 101 | 59 | 37 | 72 | 43 | 53 | 31 | 32 | 34 | 57 | 113 | 125 | 757 |
| 1984 | 129 | 39 | 46 | 35 | 77 | 116 | 154 | 195 | 262 | 271 | 274 | 233 | 1,831 |
| 1985 | 228 | 314 | 301 | 348 | 304 | 279 | 311 | 324 | 326 | 321 | 339 | 343 | 3,738 |
| 1986 | 366 | 376 | 340 | 347 | 63 | 39 | 75 | 99 | 123 | 265 | 270 | 221 | 2,584 |
| 1987 | 226 | 296 | 304 | 346 | 311 | 305 | 327 | 353 | 342 | 346 | 348 | 351 | 3,855 |
| 1988 | 443 | 459 | 448 | 440 | 435 | 410 | 370 | 394 | 431 | 537 | 546 | 496 | 5,407 |
| 1989 | 538 | 543 | 443 | 458 | 440 | 363 | 350 | 375 | 454 | 414 | 468 | 384 | 5,230 |
| 1990 | 310 | 359 | 477 | 453 | 429 | 397 | 370 | 401 | 445 | 503 | 537 | 497 | 5,178 |
| 76 - 90 AVG | 301 | 321 | 305 | 270 | 226 | 210 | 226 | 247 | 282 | 318 | 338 | 311 | 3,355 |

**Old River @ Tracy Road (71)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3705 | 3516 | 3726 | 4289 | 5686 | 4752 | 4398 | 3502 | 4248 | 3878 | 3683 | 3903 | 49,286 |
| 1977 | 3892 | 3931 | 3835 | 4269 | 5656 | 4777 | 4455 | 3461 | 4343 | 4313 | 4103 | 4500 | 51,535 |
| 1978 | 4757 | 4676 | 3881 | 4231 | 5700 | 4652 | 4316 | 3168 | 4135 | 3727 | 3838 | 3852 | 50,733 |
| 1979 | 3978 | 3855 | 3767 | 4234 | 5723 | 4650 | 4335 | 3255 | 4176 | 3763 | 3761 | 3791 | 49,288 |
| 1980 | 3701 | 3591 | 3743 | 4202 | 5735 | 4633 | 4326 | 3196 | 4115 | 3628 | 3578 | 3827 | 46,275 |
| 1981 | 3991 | 3712 | 3739 | 4225 | 5708 | 4726 | 4382 | 3422 | 4241 | 3821 | 3698 | 3842 | 49,507 |
| 1982 | 3741 | 3909 | 3784 | 4217 | 5763 | 4636 | 4311 | 3145 | 4053 | 3581 | 3554 | 4204 | 48,898 |
| 1983 | 3746 | 3007 | 3707 | 4211 | 5745 | 4604 | 4308 | 3134 | 4020 | 3473 | 3494 | 4218 | 47,667 |
| 1984 | 3757 | 2959 | 3723 | 4208 | 5758 | 4656 | 4341 | 3268 | 4176 | 3729 | 3631 | 3755 | 47,961 |
| 1985 | 3706 | 3876 | 3823 | 4639 | 5738 | 4749 | 4386 | 3407 | 4223 | 3818 | 3713 | 3972 | 50,050 |
| 1986 | 3904 | 4003 | 3895 | 4687 | 5721 | 4618 | 4319 | 3196 | 4083 | 3720 | 3626 | 3743 | 49,505 |
| 1987 | 3713 | 3559 | 3754 | 4659 | 5745 | 4779 | 4410 | 3472 | 4252 | 3891 | 3744 | 4017 | 49,995 |
| 1988 | 4101 | 4133 | 3913 | 4819 | 5715 | 4778 | 4399 | 3489 | 4347 | 4529 | 4175 | 4244 | 52,642 |
| 1989 | 4132 | 4161 | 3803 | 4314 | 5847 | 5108 | 4452 | 3495 | 4420 | 4143 | 4193 | 4087 | 51,955 |
| 1990 | 3776 | 3674 | 3777 | 4620 | 5898 | 4779 | 4409 | 3387 | 4361 | 4388 | 4295 | 4352 | 51,516 |
| 76 - 90 AVG | 3,907 | 3,771 | 3,791 | 4,388 | 5,716 | 4,726 | 4,370 | 3,332 | 4,213 | 3,893 | 3,792 | 4,020 | 49,921 |

**Old River @ Tracy Road (71)**
Flow Study
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 387 | 357 | 632 | 733 | 661 | 727 | 744 | 789 | 736 | 742 | 729 | 618 | 7,835 |
| 1977 | 515 | 555 | 782 | 947 | 941 | 875 | 863 | 898 | 951 | 1027 | 887 |  | 10,144 |
| 1978 | 729 | 774 | 784 | 533 | 338 | 211 | 230 | 274 | 467 | 591 | 635 | 480 | 6,046 |
| 1979 | 394 | 464 | 872 | 430 | 312 | 276 | 401 | 480 | 584 | 656 | 690 | 518 | 5,877 |
| 1980 | 420 | 457 | 649 | 218 | 179 | 170 | 332 | 333 | 432 | 485 | 529 | 430 | 4,834 |
| 1981 | 395 | 450 | 851 | 562 | 629 | 619 | 705 | 721 | 728 | 705 | 716 | 561 | 7,442 |
| 1982 | 482 | 529 | 650 | 330 | 177 | 168 | 176 | 207 | 281 | 406 | 475 | 379 | 4,242 |
| 1983 | 312 | 224 | 169 | 230 | 176 | 197 | 160 | 167 | 171 | 224 | 329 | 352 | 2,711 |
| 1984 | 361 | 192 | 174 | 178 | 267 | 342 | 411 | 481 | 598 | 611 | 621 | 475 | 4,709 |
| 1985 | 392 | 492 | 668 | 772 | 695 | 649 | 705 | 718 | 713 | 701 | 738 | 606 | 7,849 |
| 1986 | 498 | 532 | 741 | 768 | 216 | 168 | 263 | 305 | 345 | 601 | 615 | 464 | 5,516 |
| 1987 | 395 | 483 | 677 | 769 | 709 | 700 | 734 | 770 | 740 | 742 | 752 | 601 | 8,052 |
| 1988 | 579 | 602 | 925 | 937 | 941 | 896 | 816 | 848 | 896 | 1058 | 1085 | 826 | 10,407 |
| 1989 | 618 | 652 | 924 | 980 | 951 | 806 | 780 | 809 | 938 | 869 | 994 | 753 | 10,076 |
| 1990 | 482 | 517 | 989 | 967 | 930 | 871 | 816 | 867 | 921 | 986 | 1049 | 778 | 10,173 |
| 76 - 90 AVG | 461 | 484 | 672 | 624 | 541 | 512 | 544 | 578 | 630 | 689 | 732 | 582 | 7,048 |

**Old River @ Tracy Road (71)**
Flow Study
Bromide
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 192 | 188 | 274 | 325 | 298 | 320 | 332 | 365 | 341 | 345 | 333 | 334 | 3,615 |
| 1977 | 366 | 385 | 366 | 439 | 434 | 399 | 411 | 408 | 432 | 470 | 507 | 537 | 5,152 |
| 1978 | 613 | 641 | 372 | 220 | 114 | 46 | 57 | 82 | 189 | 260 | 282 | 231 | 3,107 |
| 1979 | 219 | 281 | 300 | 164 | 101 | 81 | 149 | 194 | 255 | 296 | 314 | 270 | 2,624 |
| 1980 | 262 | 278 | 287 | 54 | 44 | 33 | 112 | 114 | 171 | 201 | 223 | 202 | 1,981 |
| 1981 | 221 | 283 | 288 | 235 | 268 | 263 | 311 | 325 | 336 | 325 | 327 | 304 | 3,487 |
| 1982 | 313 | 341 | 291 | 112 | 36 | 39 | 32 | 46 | 87 | 158 | 193 | 139 | 1,787 |
| 1983 | 101 | 59 | 37 | 72 | 43 | 53 | 31 | 32 | 34 | 57 | 113 | 125 | 757 |
| 1984 | 129 | 38 | 46 | 35 | 77 | 116 | 154 | 195 | 282 | 271 | 274 | 233 | 1,830 |
| 1985 | 228 | 311 | 301 | 348 | 304 | 279 | 311 | 325 | 326 | 322 | 339 | 333 | 3,727 |
| 1986 | 352 | 350 | 339 | 347 | 63 | 39 | 75 | 99 | 123 | 265 | 270 | 221 | 2,543 |
| 1987 | 228 | 298 | 304 | 346 | 311 | 305 | 327 | 354 | 342 | 346 | 347 | 350 | 3,858 |
| 1988 | 455 | 437 | 442 | 439 | 435 | 410 | 370 | 394 | 432 | 535 | 541 | 488 | 5,378 |
| 1989 | 509 | 506 | 441 | 458 | 440 | 364 | 351 | 375 | 456 | 420 | 487 | 405 | 5,212 |
| 1990 | 319 | 359 | 477 | 453 | 429 | 397 | 370 | 400 | 445 | 494 | 526 | 450 | 5,119 |
| 76 - 90 AVG | 300 | 316 | 304 | 270 | 226 | 210 | 226 | 247 | 282 | 318 | 338 | 308 | 3,345 |

**Old River @ Tracy Road (71)**
Flow Study
Dissolved Organic Carbon
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3715 | 3520 | 3725 | 4290 | 5888 | 4750 | 4399 | 3805 | 4248 | 3879 | 3685 | 3907 | 49,310 |
| 1977 | 3888 | 3943 | 3847 | 4270 | 5855 | 4778 | 4458 | 3463 | 4343 | 4313 | 4103 | 4515 | 51,576 |
| 1978 | 4766 | 4682 | 3882 | 4231 | 5699 | 4652 | 4316 | 3168 | 4135 | 3727 | 3838 | 3852 | 50,748 |
| 1979 | 3960 | 3826 | 3764 | 4236 | 5723 | 4650 | 4335 | 3255 | 4176 | 3770 | 3749 | 3788 | 50,748 |
| 1980 | 3695 | 3602 | 3743 | 4202 | 5735 | 4633 | 4326 | 3196 | 4115 | 3628 | 3578 | 3826 | 49,254 |
| 1981 | 3989 | 3696 | 3738 | 4226 | 5710 | 4727 | 4382 | 3421 | 4246 | 3836 | 3698 | 3885 | 48,279 |
| 1982 | 3781 | 3941 | 3785 | 4217 | 5763 | 4636 | 4311 | 3145 | 4053 | 3580 | 3554 | 4204 | 48,534 |
| 1983 | 3746 | 3007 | 3706 | 4211 | 5746 | 4604 | 4307 | 3132 | 4018 | 3473 | 3494 | 4218 | 48,970 |
| 1984 | 3757 | 2959 | 3724 | 4208 | 5757 | 4656 | 4341 | 3268 | 4176 | 3729 | 3631 | 3755 | 47,662 |
| 1985 | 3706 | 3662 | 3823 | 4577 | 5734 | 4749 | 4386 | 3412 | 4223 | 3830 | 3710 | 3940 | 47,961 |
| 1986 | 3655 | 3918 | 3891 | 4694 | 5722 | 4618 | 4319 | 3166 | 4083 | 3723 | 3826 | 3744 | 49,952 |
| 1987 | 3713 | 3559 | 3754 | 4661 | 5745 | 4779 | 4411 | 3479 | 4254 | 3909 | 3738 | 3858 | 49,379 |
| 1988 | 4018 | 3985 | 3903 | 4823 | 5715 | 4790 | 4399 | 3502 | 4344 | 4551 | 4194 | 4247 | 49,980 |
| 1989 | 4065 | 4078 | 3797 | 4312 | 5649 | 5130 | 4454 | 3487 | 4404 | 4072 | 4038 | 4080 | 52,471 |
| 1990 | 3800 | 3857 | 3775 | 4618 | 5693 | 4779 | 4414 | 3383 | 4362 | 4444 | 4340 | 4283 | 51,566 |
| 76 - 90 AVG | 3,898 | 3,749 | 3,790 | 4,385 | 5,715 | 4,729 | 4,371 | 3,333 | 4,212 | 3,898 | 3,785 | 4,012 | 49,878 |

Old River @ TR

**Old River @ Tracy Road (71)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 379 | 373 | 632 | 734 | 661 | 727 | 745 | 789 | 736 | 742 | 729 | 653 | 7,900 |
| 1977 | 575 | 587 | 783 | 948 | 941 | 875 | 893 | 873 | 898 | 950 | 1027 | 889 | 10,239 |
| 1978 | 724 | 763 | 784 | 533 | 337 | 211 | 230 | 274 | 467 | 591 | 635 | 480 | 6,029 |
| 1979 | 394 | 469 | 676 | 430 | 312 | 276 | 401 | 480 | 584 | 656 | 692 | 548 | 5,918 |
| 1980 | 424 | 465 | 650 | 218 | 179 | 170 | 332 | 333 | 432 | 485 | 529 | 432 | 4,649 |
| 1981 | 395 | 434 | 651 | 563 | 629 | 619 | 705 | 722 | 728 | 705 | 716 | 578 | 7,445 |
| 1982 | 484 | 537 | 851 | 330 | 177 | 168 | 176 | 207 | 281 | 408 | 475 | 379 | 4,273 |
| 1983 | 312 | 224 | 169 | 230 | 176 | 197 | 180 | 167 | 224 | 329 | 352 | | 2,711 |
| 1984 | 361 | 192 | 174 | 178 | 267 | 342 | 411 | 481 | 596 | 611 | 621 | 475 | 4,709 |
| 1985 | 392 | 510 | 669 | 772 | 695 | 649 | 706 | 718 | 713 | 701 | 738 | 614 | 7,877 |
| 1986 | 517 | 563 | 743 | 768 | 216 | 168 | 263 | 305 | 345 | 600 | 615 | 464 | 5,567 |
| 1987 | 395 | 482 | 677 | 769 | 709 | 700 | 734 | 770 | 740 | 742 | 752 | 642 | 8,092 |
| 1988 | 582 | 646 | 934 | 940 | 942 | 898 | 816 | 846 | 895 | 1057 | 1100 | 853 | 10,509 |
| 1989 | 647 | 669 | 924 | 980 | 951 | 808 | 780 | 808 | 933 | 889 | 996 | 759 | 10,124 |
| 1990 | 488 | 519 | 989 | 968 | 930 | 871 | 816 | 867 | 921 | 1010 | 1080 | 843 | 10,302 |
| 76 - 90 AVG | 471 | 494 | 674 | 624 | 541 | 512 | 545 | 576 | 629 | 690 | 736 | 597 | 7,090 |


**Old River @ Tracy Road (71)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 207 | 187 | 274 | 325 | 286 | 320 | 332 | 365 | 340 | 346 | 333 | 361 | 3,676 |
| 1977 | 432 | 419 | 367 | 439 | 435 | 399 | 411 | 406 | 432 | 470 | 507 | 535 | 5,252 |
| 1978 | 605 | 628 | 371 | 220 | 114 | 47 | 57 | 82 | 189 | 260 | 282 | 229 | 3,064 |
| 1979 | 219 | 285 | 303 | 164 | 101 | 81 | 149 | 194 | 255 | 296 | 314 | 279 | 2,640 |
| 1980 | 258 | 285 | 288 | 54 | 44 | 33 | 112 | 114 | 171 | 201 | 223 | 203 | 1,986 |
| 1981 | 220 | 258 | 286 | 235 | 268 | 263 | 311 | 327 | 337 | 325 | 327 | 320 | 3,477 |
| 1982 | 337 | 351 | 291 | 112 | 36 | 39 | 32 | 46 | 87 | 158 | 193 | 139 | 1,821 |
| 1983 | 101 | 59 | 37 | 72 | 43 | 53 | 31 | 32 | 34 | 57 | 113 | 125 | 757 |
| 1984 | 129 | 39 | 46 | 35 | 77 | 116 | 154 | 195 | 262 | 271 | 274 | 233 | 1,831 |
| 1985 | 229 | 325 | 302 | 348 | 304 | 280 | 311 | 325 | 327 | 322 | 339 | 342 | 3,754 |
| 1986 | 376 | 385 | 340 | 347 | 63 | 39 | 75 | 99 | 123 | 265 | 270 | 222 | 2,604 |
| 1987 | 227 | 297 | 304 | 346 | 311 | 306 | 327 | 354 | 344 | 347 | 348 | 357 | 3,868 |
| 1988 | 440 | 497 | 451 | 440 | 435 | 411 | 370 | 394 | 431 | 535 | 549 | 500 | 5,453 |
| 1989 | 536 | 522 | 440 | 458 | 440 | 363 | 351 | 376 | 455 | 420 | 487 | 410 | 5,258 |
| 1990 | 325 | 361 | 478 | 454 | 429 | 397 | 370 | 401 | 445 | 504 | 541 | 502 | 5,207 |
| 76 - 90 AVG | 309 | 327 | 305 | 270 | 226 | 210 | 226 | 247 | 282 | 318 | 340 | 317 | 3,376 |


**Old River @ Tracy Road (71)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 3725 | 3537 | 3726 | 4331 | 5693 | 4753 | 4400 | 3511 | 4248 | 3894 | 3688 | 3970 | 49,476 |
| 1977 | 3981 | 4004 | 3847 | 4265 | 5649 | 4781 | 4454 | 3465 | 4343 | 4313 | 4103 | 4501 | 51,706 |
| 1978 | 4723 | 4626 | 3879 | 4231 | 5700 | 4652 | 4316 | 3168 | 4135 | 3727 | 3644 | 3870 | 50,671 |
| 1979 | 3981 | 3847 | 3772 | 4233 | 5723 | 4650 | 4335 | 3256 | 4179 | 3773 | 3695 | 3859 | 49,303 |
| 1980 | 3814 | 3643 | 3744 | 4202 | 5735 | 4633 | 4326 | 3197 | 4115 | 3629 | 3580 | 3841 | 48,459 |
| 1981 | 3992 | 3761 | 3742 | 4225 | 5707 | 4727 | 4382 | 3433 | 4259 | 3846 | 3702 | 3922 | 49,698 |
| 1982 | 3811 | 3951 | 3786 | 4218 | 5763 | 4636 | 4311 | 3145 | 4053 | 3580 | 3554 | 4204 | 49,012 |
| 1983 | 3746 | 3008 | 3707 | 4210 | 5746 | 4604 | 4307 | 3132 | 4018 | 3473 | 3494 | 4218 | 47,663 |
| 1984 | 3757 | 2959 | 3723 | 4208 | 5758 | 4658 | 4341 | 3268 | 4176 | 3729 | 3631 | 3755 | 47,961 |
| 1985 | 3698 | 3934 | 3825 | 4636 | 5738 | 4750 | 4388 | 3426 | 4233 | 3830 | 3711 | 3975 | 50,144 |
| 1986 | 3938 | 4083 | 3895 | 4683 | 5721 | 4618 | 4319 | 3186 | 4083 | 3725 | 3626 | 3745 | 49,822 |
| 1987 | 3714 | 3561 | 3754 | 4648 | 5744 | 4778 | 4414 | 3482 | 4269 | 3926 | 3759 | 4275 | 50,324 |
| 1988 | 4572 | 4560 | 3935 | 4814 | 5714 | 4807 | 4397 | 3499 | 4349 | 4567 | 4172 | 4355 | 53,741 |
| 1989 | 4247 | 4188 | 3801 | 4308 | 5644 | 5109 | 4451 | 3533 | 4407 | 4063 | 4031 | 4082 | 51,864 |
| 1990 | 3795 | 3646 | 3775 | 4610 | 5693 | 4779 | 4417 | 3403 | 4362 | 4372 | 4270 | 4314 | 51,436 |
| 76 - 90 AVG | 3,966 | 3,821 | 3,794 | 4,388 | 5,715 | 4,729 | 4,371 | 3,340 | 4,215 | 3,896 | 3,777 | 4,059 | 50,072 |

**Old River @ Tracy Road, 71**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 382 | 380 | 717 | 780 | 740 | 768 | 634 | 618 | 727 | 840 | 944 | 722 |
| 1977 | 487 | 526 | 750 | 926 | 964 | 963 | 791 | 781 | 893 | 1011 | 1142 | 932 |
| 1978 | 690 | 735 | 816 | 549 | 344 | 214 | 215 | 250 | 438 | 585 | 658 | 490 |
| 1979 | 408 | 475 | 726 | 439 | 274 | 285 | 351 | 391 | 625 | 666 | 685 | 521 |
| 1980 | 426 | 451 | 707 | 252 | 182 | 174 | 314 | 304 | 361 | 615 | 652 | 483 |
| 1981 | 406 | 469 | 724 | 639 | 556 | 624 | 503 | 489 | 684 | 710 | 716 | 564 |
| 1982 | 462 | 525 | 728 | 337 | 210 | 169 | 174 | 212 | 286 | 568 | 598 | 451 |
| 1983 | 248 | 230 | 162 | 227 | 177 | 194 | 166 | 170 | 179 | 251 | 398 | 358 |
| 1984 | 238 | 191 | 172 | 167 | 238 | 376 | 417 | 414 | 534 | 612 | 624 | 477 |
| 1985 | 394 | 488 | 704 | 784 | 688 | 660 | 601 | 552 | 686 | 728 | 887 | 690 |
| 1986 | 486 | 537 | 738 | 792 | 250 | 169 | 257 | 291 | 335 | 600 | 619 | 470 |
| 1987 | 398 | 468 | 754 | 789 | 743 | 729 | 826 | 612 | 718 | 889 | 975 | 719 |
| 1988 | 583 | 609 | 900 | 936 | 957 | 945 | 758 | 747 | 816 | 990 | 1068 | 835 |
| 1989 | 604 | 606 | 894 | 981 | 963 | 842 | 740 | 769 | 794 | 959 | 1026 | 765 |
| 1990 | 479 | 506 | 942 | 974 | 966 | 934 | 797 | 814 | 894 | 1006 | 1075 | 813 |
| Average | 446 | 480 | 695 | 637 | 550 | 537 | 490 | 493 | 599 | 735 | 804 | 619 |

**Old River @ Tracy Road, 71**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 212 | 198 | 321 | 352 | 328 | 342 | 273 | 271 | 336 | 404 | 461 | 391 |
| 1977 | 329 | 347 | 347 | 428 | 447 | 445 | 357 | 345 | 428 | 512 | 576 | 557 |
| 1978 | 577 | 590 | 388 | 229 | 117 | 48 | 49 | 69 | 174 | 256 | 294 | 243 |
| 1979 | 240 | 295 | 332 | 169 | 80 | 86 | 122 | 148 | 278 | 301 | 309 | 270 |
| 1980 | 263 | 276 | 319 | 70 | 46 | 33 | 102 | 99 | 142 | 273 | 290 | 236 |
| 1981 | 233 | 307 | 328 | 276 | 230 | 266 | 203 | 200 | 312 | 328 | 327 | 301 |
| 1982 | 308 | 340 | 333 | 116 | 46 | 39 | 32 | 49 | 90 | 246 | 261 | 177 |
| 1983 | 68 | 63 | 36 | 71 | 43 | 52 | 31 | 32 | 34 | 71 | 151 | 127 |
| 1984 | 63 | 38 | 45 | 35 | 61 | 136 | 157 | 158 | 227 | 271 | 276 | 234 |
| 1985 | 228 | 308 | 322 | 344 | 300 | 265 | 255 | 233 | 312 | 337 | 424 | 375 |
| 1986 | 337 | 355 | 337 | 361 | 75 | 39 | 72 | 92 | 117 | 264 | 273 | 228 |
| 1987 | 234 | 309 | 348 | 358 | 329 | 321 | 269 | 267 | 331 | 434 | 475 | 414 |
| 1988 | 454 | 437 | 428 | 440 | 444 | 436 | 339 | 339 | 388 | 498 | 529 | 488 |
| 1989 | 481 | 439 | 422 | 459 | 446 | 382 | 330 | 353 | 373 | 473 | 505 | 413 |
| 1990 | 318 | 344 | 451 | 457 | 449 | 430 | 360 | 372 | 430 | 502 | 538 | 477 |
| Average | 290 | 310 | 317 | 278 | 229 | 223 | 197 | 202 | 265 | 345 | 379 | 329 |

**Old River @ Tracy Road, 71**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 3713 | 3418 | 3746 | 4690 | 5736 | 4759 | 4381 | 3373 | 4252 | 4086 | 4091 | 4087 |
| 1977 | 3886 | 3981 | 3841 | 4258 | 5632 | 4804 | 4416 | 3378 | 4338 | 4593 | 4304 | 4499 |
| 1978 | 4489 | 4386 | 3885 | 4234 | 5696 | 4852 | 4314 | 3161 | 4123 | 3691 | 3661 | 3770 |
| 1979 | 3783 | 3773 | 3790 | 4236 | 5730 | 4649 | 4332 | 3229 | 4201 | 3774 | 3679 | 3787 |
| 1980 | 3778 | 3582 | 3762 | 4207 | 5729 | 4834 | 4324 | 3188 | 4095 | 3730 | 3648 | 3791 |
| 1981 | 3923 | 3615 | 3771 | 4242 | 5712 | 4723 | 4355 | 3281 | 4247 | 3877 | 3707 | 3890 |
| 1982 | 3788 | 3901 | 3830 | 4222 | 5755 | 4638 | 4311 | 3146 | 4055 | 3688 | 3614 | 4205 |
| 1983 | 3740 | 3012 | 3705 | 4210 | 5748 | 4605 | 4308 | 3135 | 4022 | 3486 | 3521 | 4218 |
| 1984 | 3739 | 2956 | 3721 | 4207 | 5761 | 4857 | 4343 | 3245 | 4146 | 3729 | 3633 | 3760 |
| 1985 | 3708 | 3881 | 3849 | 4573 | 5732 | 4751 | 4370 | 3318 | 4224 | 3870 | 3863 | 4025 |
| 1986 | 3874 | 3929 | 3887 | 4837 | 5698 | 4623 | 4318 | 3182 | 4079 | 3694 | 3627 | 3744 |
| 1987 | 3695 | 3492 | 3785 | 4680 | 5757 | 4802 | 4393 | 3358 | 4261 | 4191 | 3989 | 4267 |
| 1988 | 4264 | 4150 | 3894 | 4852 | 5736 | 4841 | 4387 | 3412 | 4299 | 4517 | 4108 | 4309 |
| 1989 | 4130 | 4099 | 3804 | 4326 | 5652 | 5229 | 4452 | 3475 | 4288 | 4243 | 4059 | 4068 |
| 1990 | 3726 | 3527 | 3768 | 4520 | 5709 | 4792 | 4415 | 3374 | 4352 | 4389 | 4191 | 4285 |
| Average | 3883 | 3713 | 3803 | 4426 | 5719 | 4744 | 4381 | 3284 | 4199 | 3971 | 3848 | 4048 |

**SJR @ Prisoners Point (40)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 178 | 190 | 172 | 277 | 423 | 402 | 329 | 298 | 266 | 262 | 336 | 351 | 3,484 |
| 1977 | 413 | 482 | 454 | 682 | 837 | 581 | 416 | 396 | 389 | 443 | 518 | 596 | 6,207 |
| 1978 | 551 | 493 | 356 | 267 | 246 | 236 | 223 | 217 | 180 | 179 | 190 | 209 | 3,347 |
| 1979 | 232 | 340 | 340 | 325 | 268 | 224 | 196 | 183 | 178 | 179 | 210 | 263 | 2,938 |
| 1980 | 321 | 321 | 235 | 198 | 179 | 177 | 199 | 205 | 161 | 177 | 184 | 218 | 2,593 |
| 1981 | 246 | 305 | 241 | 210 | 215 | 200 | 195 | 202 | 216 | 245 | 284 | 322 | 2,881 |
| 1982 | 365 | 386 | 193 | 226 | 179 | 185 | 169 | 192 | 187 | 171 | 169 | 167 | 2,589 |
| 1983 | 178 | 210 | 168 | 186 | 175 | 172 | 168 | 168 | 177 | 206 | 180 | 185 | 2,171 |
| 1984 | 176 | 190 | 169 | 185 | 209 | 197 | 181 | 188 | 189 | 179 | 189 | 230 | 2,282 |
| 1985 | 322 | 387 | 190 | 239 | 379 | 262 | 219 | 228 | 206 | 237 | 283 | 328 | 3,278 |
| 1986 | 364 | 359 | 289 | 343 | 189 | 166 | 201 | 212 | 203 | 196 | 190 | 233 | 2,945 |
| 1987 | 323 | 431 | 400 | 696 | 635 | 329 | 234 | 221 | 220 | 246 | 313 | 378 | 4,426 |
| 1988 | 340 | 315 | 280 | 377 | 264 | 236 | 295 | 346 | 261 | 262 | 406 | 500 | 3,902 |
| 1989 | 453 | 391 | 351 | 635 | 688 | 295 | 185 | 192 | 211 | 235 | 293 | 330 | 4,259 |
| 1990 | 353 | 441 | 426 | 910 | 680 | 335 | 303 | 286 | 231 | 252 | 372 | 469 | 5,058 |
| 76 - 90 AVG | 321 | 349 | 284 | 384 | 371 | 266 | 234 | 235 | 221 | 231 | 274 | 318 | 3,491 |

**SJR @ Prisoners Point (40)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 59 | 55 | 46 | 158 | 329 | 310 | 220 | 181 | 148 | 149 | 246 | 267 | 2,168 |
| 1977 | 312 | 375 | 366 | 645 | 830 | 525 | 321 | 288 | 286 | 358 | 454 | 556 | 5,314 |
| 1978 | 488 | 366 | 244 | 104 | 78 | 70 | 62 | 66 | 53 | 54 | 68 | 87 | 1,720 |
| 1979 | 120 | 241 | 247 | 186 | 93 | 69 | 58 | 56 | 56 | 54 | 94 | 161 | 1,435 |
| 1980 | 233 | 230 | 123 | 59 | 48 | 42 | 56 | 64 | 55 | 53 | 63 | 96 | 1,122 |
| 1981 | 135 | 192 | 129 | 70 | 62 | 56 | 56 | 68 | 96 | 135 | 184 | 233 | 1,416 |
| 1982 | 275 | 304 | 70 | 73 | 47 | 52 | 38 | 47 | 54 | 46 | 46 | 45 | 1,097 |
| 1983 | 49 | 67 | 44 | 53 | 45 | 44 | 37 | 36 | 40 | 56 | 49 | 53 | 573 |
| 1984 | 51 | 52 | 47 | 45 | 57 | 55 | 48 | 62 | 69 | 56 | 69 | 121 | 732 |
| 1985 | 236 | 305 | 67 | 116 | 275 | 128 | 83 | 100 | 85 | 125 | 183 | 239 | 1,942 |
| 1986 | 274 | 260 | 184 | 231 | 61 | 42 | 57 | 66 | 66 | 63 | 88 | 123 | 1,493 |
| 1987 | 233 | 342 | 321 | 669 | 583 | 210 | 94 | 84 | 101 | 136 | 217 | 299 | 3,289 |
| 1988 | 247 | 190 | 169 | 277 | 132 | 103 | 180 | 249 | 176 | 153 | 328 | 444 | 2,648 |
| 1989 | 365 | 289 | 257 | 591 | 639 | 182 | 59 | 69 | 95 | 124 | 194 | 242 | 3,106 |
| 1990 | 267 | 351 | 343 | 927 | 635 | 219 | 194 | 179 | 118 | 142 | 288 | 408 | 4,071 |
| 76 - 90 AVG | 222 | 241 | 177 | 280 | 261 | 140 | 104 | 108 | 100 | 114 | 170 | 225 | 2,142 |

**SJR @ Prisoners Point (40)**
**Existing Conditions**
**Dissolved Organic Compound**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2422 | 2639 | 2983 | 3649 | 4024 | 3712 | 3316 | 3345 | 3494 | 3261 | 2979 | 2765 | 38,589 |
| 1977 | 2917 | 3043 | 3179 | 3610 | 3934 | 3819 | 3503 | 3579 | 3682 | 3710 | 3642 | 3274 | 41,892 |
| 1978 | 3206 | 3208 | 3502 | 5465 | 5665 | 5109 | 4243 | 3463 | 2887 | 3149 | 3012 | 2826 | 45,735 |
| 1979 | 2645 | 2677 | 2993 | 4668 | 5912 | 4474 | 3316 | 2888 | 2662 | 3073 | 2929 | 2767 | 41,204 |
| 1980 | 2579 | 2563 | 3058 | 4240 | 5457 | 4817 | 3630 | 3164 | 2867 | 3054 | 2942 | 2852 | 41,023 |
| 1981 | 2691 | 2781 | 3009 | 3906 | 4577 | 4135 | 3394 | 3157 | 2982 | 2942 | 2897 | 2712 | 39,183 |
| 1982 | 2673 | 2741 | 3374 | 4770 | 5000 | 4525 | 3749 | 3231 | 2962 | 2964 | 2828 | 2674 | 41,511 |
| 1983 | 2644 | 3428 | 3593 | 4294 | 5548 | 4444 | 4268 | 3288 | 3898 | 3730 | 3091 | 2953 | 45,179 |
| 1984 | 2714 | 3040 | 3725 | 4271 | 4803 | 3882 | 2933 | 2856 | 2931 | 3032 | 2890 | 2739 | 39,816 |
| 1985 | 2523 | 2836 | 3290 | 3517 | 4094 | 4166 | 3477 | 3147 | 2980 | 2947 | 2914 | 2731 | 38,622 |
| 1986 | 2715 | 2803 | 3188 | 3876 | 5191 | 4368 | 3786 | 3322 | 3129 | 3388 | 3094 | 2786 | 41,646 |
| 1987 | 2617 | 2764 | 2971 | 3384 | 4081 | 4009 | 3712 | 3414 | 3028 | 2986 | 2984 | 2804 | 38,754 |
| 1988 | 2718 | 2881 | 3201 | 3643 | 4223 | 4012 | 3325 | 3032 | 3056 | 3115 | 3162 | 2933 | 39,301 |
| 1989 | 2998 | 2921 | 3107 | 3570 | 4303 | 3549 | 2756 | 2744 | 2812 | 2925 | 2952 | 2726 | 37,363 |
| 1990 | 2645 | 2827 | 3116 | 3334 | 4124 | 4121 | 3066 | 2904 | 2920 | 3029 | 3068 | 2881 | 38,035 |
| 76 - 90 AVG | 2,714 | 2,877 | 3,219 | 4,013 | 4,729 | 4,196 | 3,498 | 3,169 | 3,101 | 3,154 | 3,026 | 2,828 | 40,524 |

SJR @ PP

**SJR @ Prisoners Point (40)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 184 | 183 | 211 | 540 | 651 | 459 | 338 | 309 | 279 | 244 | 311 | 379 | 3,484 |
| 1,977 | 454 | 522 | 516 | 784 | 890 | 598 | 425 | 413 | 431 | 473 | 536 | 617 | 6,207 |
| 1,978 | 612 | 522 | 344 | 266 | 303 | 266 | 206 | 199 | 179 | 184 | 191 | 239 | 3,347 |
| 1,979 | 313 | 376 | 341 | 352 | 275 | 217 | 188 | 182 | 176 | 184 | 239 | 296 | 2,938 |
| 1,980 | 311 | 297 | 216 | 284 | 182 | 164 | 177 | 197 | 181 | 180 | 187 | 239 | 2,593 |
| 1,981 | 300 | 375 | 371 | 350 | 225 | 189 | 182 | 213 | 225 | 246 | 306 | 357 | 2,881 |
| 1,982 | 387 | 370 | 191 | 253 | 204 | 189 | 161 | 180 | 183 | 171 | 173 | 170 | 2,589 |
| 1,983 | 184 | 222 | 178 | 181 | 148 | 133 | 129 | 164 | 174 | 188 | 175 | 173 | 2,171 |
| 1,984 | 168 | 235 | 178 | 176 | 188 | 184 | 181 | 189 | 184 | 184 | 205 | 238 | 2,282 |
| 1,985 | 312 | 410 | 230 | 290 | 456 | 309 | 238 | 258 | 227 | 238 | 308 | 374 | 3,278 |
| 1,986 | 383 | 358 | 290 | 347 | 299 | 153 | 170 | 203 | 203 | 189 | 187 | 226 | 2,945 |
| 1,987 | 305 | 421 | 406 | 786 | 664 | 326 | 224 | 214 | 220 | 240 | 312 | 455 | 4,426 |
| 1,988 | 459 | 377 | 326 | 412 | 285 | 239 | 284 | 317 | 281 | 258 | 389 | 536 | 3,902 |
| 1,989 | 521 | 416 | 352 | 646 | 696 | 291 | 183 | 185 | 192 | 223 | 294 | 329 | 4,259 |
| 1,990 | 365 | 461 | 454 | 897 | 641 | 334 | 319 | 319 | 247 | 255 | 349 | 467 | 5,058 |
| 76 - 90 AVG | 349 | 370 | 307 | 438 | 407 | 270 | 227 | 236 | 225 | 230 | 277 | 338 | 3,491 |

**SJR @ Prisoners Point (40)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 65 | 54 | 96 | 477 | 605 | 378 | 231 | 197 | 164 | 130 | 215 | 300 | 2,168 |
| 1,977 | 353 | 423 | 437 | 767 | 894 | 545 | 332 | 312 | 337 | 392 | 473 | 575 | 5,314 |
| 1,978 | 511 | 383 | 230 | 103 | 107 | 86 | 55 | 58 | 52 | 56 | 71 | 119 | 1,720 |
| 1,979 | 209 | 279 | 251 | 223 | 101 | 67 | 53 | 56 | 55 | 62 | 131 | 189 | 1,435 |
| 1,980 | 219 | 200 | 100 | 103 | 48 | 42 | 47 | 60 | 55 | 54 | 66 | 123 | 1,122 |
| 1,981 | 200 | 278 | 288 | 249 | 93 | 54 | 50 | 89 | 106 | 135 | 210 | 274 | 1,416 |
| 1,982 | 300 | 285 | 67 | 87 | 58 | 52 | 37 | 42 | 51 | 46 | 51 | 47 | 1,097 |
| 1,983 | 43 | 74 | 47 | 52 | 45 | 44 | 37 | 36 | 39 | 51 | 47 | 46 | 573 |
| 1,984 | 46 | 76 | 48 | 45 | 48 | 48 | 48 | 59 | 62 | 63 | 89 | 131 | 732 |
| 1,985 | 223 | 331 | 112 | 179 | 369 | 181 | 107 | 146 | 114 | 127 | 211 | 294 | 1,942 |
| 1,986 | 290 | 254 | 185 | 236 | 118 | 43 | 49 | 63 | 66 | 59 | 66 | 116 | 1,493 |
| 1,987 | 210 | 328 | 328 | 779 | 618 | 206 | 88 | 81 | 100 | 127 | 214 | 387 | 3,289 |
| 1,988 | 369 | 258 | 224 | 319 | 148 | 102 | 162 | 206 | 170 | 146 | 306 | 488 | 2,648 |
| 1,989 | 455 | 326 | 259 | 606 | 649 | 177 | 57 | 59 | 72 | 109 | 195 | 241 | 3,106 |
| 1,990 | 281 | 376 | 375 | 912 | 590 | 219 | 215 | 221 | 138 | 148 | 261 | 392 | 4,071 |
| 76 - 90 AVG | 252 | 262 | 203 | 342 | 299 | 150 | 105 | 112 | 106 | 114 | 174 | 248 | 2,142 |

**SJR @ Prisoners Point (40)**
**No-Action Alternative**
**Dissolved Organic Compound**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 2424 | 2574 | 2933 | 3546 | 3978 | 3728 | 3298 | 3283 | 3510 | 3174 | 2996 | 2797 | 38,589 |
| 1,977 | 2916 | 3023 | 3204 | 3616 | 3920 | 3814 | 3519 | 3530 | 3683 | 3777 | 3760 | 3418 | 41,892 |
| 1,978 | 3421 | 3306 | 3475 | 5468 | 6063 | 5070 | 4150 | 3380 | 2920 | 3261 | 2927 | 2841 | 45,735 |
| 1,979 | 2776 | 2730 | 2943 | 4472 | 5995 | 4458 | 3214 | 2690 | 2677 | 2904 | 2813 | 2678 | 41,204 |
| 1,980 | 2549 | 2556 | 3059 | 4231 | 5355 | 4458 | 3393 | 3106 | 2689 | 3106 | 2935 | 2851 | 41,023 |
| 1,981 | 2691 | 2768 | 2988 | 3477 | 3971 | 3640 | 3023 | 3007 | 2981 | 3028 | 2988 | 2757 | 39,183 |
| 1,982 | 2694 | 2743 | 3379 | 4739 | 4985 | 4492 | 3712 | 3216 | 3041 | 2967 | 2844 | 2681 | 41,511 |
| 1,983 | 2469 | 3369 | 3587 | 4268 | 5535 | 4428 | 4251 | 3278 | 3900 | 3728 | 3066 | 2831 | 45,179 |
| 1,984 | 2614 | 3010 | 3715 | 4244 | 4734 | 3736 | 2959 | 2972 | 2839 | 2900 | 2816 | 2694 | 39,816 |
| 1,985 | 2506 | 2853 | 3288 | 3431 | 4008 | 4382 | 3418 | 2933 | 2875 | 2961 | 3050 | 2825 | 38,822 |
| 1,986 | 2799 | 2830 | 3181 | 3845 | 5090 | 4326 | 3774 | 3337 | 3185 | 3288 | 2920 | 2706 | 41,646 |
| 1,987 | 2602 | 2765 | 2963 | 3321 | 4044 | 4018 | 3511 | 3272 | 3046 | 3106 | 3179 | 3025 | 38,754 |
| 1,988 | 3019 | 2975 | 3187 | 3636 | 4561 | 4196 | 3486 | 3218 | 3283 | 3218 | 3205 | 2998 | 39,301 |
| 1,989 | 2991 | 2871 | 3074 | 3549 | 4320 | 3556 | 2747 | 2814 | 2798 | 2916 | 2938 | 2736 | 37,363 |
| 1,990 | 2638 | 2816 | 3119 | 3329 | 4039 | 4064 | 3011 | 2813 | 2847 | 2987 | 3024 | 2910 | 38,035 |
| 76 - 90 AVG | 2,741 | 2,879 | 3,205 | 3,945 | 4,709 | 4,158 | 3,431 | 3,137 | 3,098 | 3,153 | 3,032 | 2,850 | 40,524 |

SJR @ PP

**SJR @ Prisoners Point (40)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 179 | 179 | 210 | 537 | 644 | 454 | 335 | 308 | 268 | 238 | 308 | 390 | 4,050 |
| 1977 | 465 | 568 | 542 | 728 | 837 | 599 | 423 | 407 | 420 | 466 | 535 | 623 | 6,613 |
| 1978 | 588 | 513 | 371 | 267 | 279 | 234 | 217 | 206 | 181 | 181 | 189 | 233 | 3,459 |
| 1979 | 315 | 377 | 333 | 345 | 268 | 215 | 190 | 182 | 175 | 182 | 239 | 298 | 3,109 |
| 1980 | 305 | 283 | 207 | 199 | 175 | 174 | 188 | 201 | 182 | 179 | 189 | 242 | 2,524 |
| 1981 | 294 | 331 | 326 | 332 | 220 | 191 | 184 | 217 | 225 | 244 | 306 | 347 | 3,217 |
| 1982 | 373 | 348 | 188 | 225 | 181 | 184 | 168 | 191 | 190 | 172 | 173 | 168 | 2,561 |
| 1983 | 162 | 200 | 166 | 186 | 174 | 172 | 166 | 167 | 175 | 203 | 180 | 174 | 2,125 |
| 1984 | 168 | 186 | 167 | 184 | 205 | 189 | 183 | 191 | 184 | 184 | 205 | 239 | 2,285 |
| 1985 | 312 | 393 | 224 | 268 | 427 | 304 | 232 | 241 | 212 | 236 | 312 | 375 | 3,536 |
| 1986 | 385 | 370 | 288 | 338 | 187 | 166 | 204 | 215 | 207 | 193 | 188 | 226 | 2,967 |
| 1987 | 303 | 415 | 402 | 778 | 655 | 323 | 222 | 213 | 220 | 241 | 313 | 456 | 4,539 |
| 1988 | 489 | 426 | 364 | 419 | 283 | 239 | 288 | 325 | 271 | 242 | 350 | 481 | 4,177 |
| 1989 | 477 | 414 | 355 | 645 | 709 | 302 | 185 | 185 | 192 | 228 | 318 | 357 | 4,367 |
| 1990 | 362 | 453 | 450 | 875 | 905 | 320 | 300 | 292 | 239 | 250 | 343 | 454 | 4,943 |
| 76 - 90 AVG | 345 | 364 | 306 | 422 | 390 | 271 | 232 | 236 | 223 | 229 | 277 | 337 | 3,631 |

**SJR @ Prisoners Point (40)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 60 | 52 | 94 | 474 | 597 | 372 | 229 | 198 | 155 | 125 | 212 | 313 | 2,881 |
| 1977 | 384 | 492 | 471 | 896 | 828 | 546 | 330 | 307 | 327 | 386 | 472 | 581 | 5,820 |
| 1978 | 500 | 392 | 265 | 106 | 94 | 68 | 61 | 62 | 53 | 54 | 69 | 115 | 1,839 |
| 1979 | 214 | 283 | 242 | 215 | 97 | 65 | 55 | 56 | 54 | 60 | 131 | 191 | 1,663 |
| 1980 | 214 | 185 | 90 | 57 | 46 | 42 | 52 | 62 | 55 | 54 | 68 | 128 | 1,054 |
| 1981 | 196 | 223 | 232 | 228 | 87 | 54 | 51 | 94 | 109 | 132 | 208 | 262 | 1,876 |
| 1982 | 284 | 258 | 63 | 73 | 48 | 52 | 37 | 46 | 55 | 46 | 50 | 46 | 1,058 |
| 1983 | 42 | 62 | 43 | 53 | 45 | 44 | 37 | 36 | 39 | 57 | 49 | 47 | 554 |
| 1984 | 47 | 50 | 46 | 45 | 56 | 51 | 49 | 60 | 63 | 63 | 89 | 132 | 751 |
| 1985 | 224 | 312 | 105 | 151 | 333 | 177 | 101 | 124 | 95 | 123 | 216 | 295 | 2,256 |
| 1986 | 295 | 271 | 182 | 225 | 60 | 42 | 58 | 67 | 68 | 61 | 67 | 116 | 1,512 |
| 1987 | 209 | 323 | 324 | 768 | 608 | 203 | 86 | 81 | 101 | 128 | 216 | 389 | 3,436 |
| 1988 | 413 | 328 | 273 | 328 | 145 | 100 | 169 | 219 | 163 | 130 | 260 | 421 | 2,949 |
| 1989 | 405 | 326 | 264 | 604 | 667 | 191 | 59 | 59 | 71 | 114 | 223 | 274 | 3,257 |
| 1990 | 279 | 372 | 373 | 886 | 548 | 202 | 191 | 188 | 128 | 142 | 253 | 390 | 3,950 |
| 76 - 90 AVG | 251 | 262 | 204 | 327 | 284 | 147 | 104 | 111 | 102 | 112 | 172 | 247 | 2,324 |

**SJR @ Prisoners Point (40)**
**State Permit**
**Dissolved Organic Compound**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2421 | 2573 | 2932 | 3542 | 3975 | 3729 | 3244 | 3223 | 3371 | 3064 | 3002 | 2813 | 37,909 |
| 1977 | 2852 | 2954 | 3179 | 3731 | 4011 | 3825 | 3474 | 3460 | 3635 | 3746 | 3745 | 3413 | 42,025 |
| 1978 | 3305 | 3211 | 3465 | 5445 | 6087 | 5071 | 4150 | 3379 | 2922 | 2901 | 2839 | 3176 | 45,951 |
| 1979 | 2734 | 2713 | 2955 | 4485 | 5989 | 4455 | 3215 | 2871 | 2675 | 2890 | 2822 | 2676 | 40,480 |
| 1980 | 2515 | 2545 | 3055 | 4227 | 5355 | 4470 | 3414 | 3112 | 2889 | 3081 | 2884 | 2854 | 40,449 |
| 1981 | 2616 | 2755 | 2972 | 3472 | 3966 | 3795 | 3061 | 3005 | 3005 | 3097 | 3044 | 2768 | 37,556 |
| 1982 | 2703 | 2738 | 3376 | 4739 | 4989 | 4506 | 3716 | 3215 | 3037 | 2968 | 2843 | 2677 | 41,507 |
| 1983 | 2468 | 3369 | 3587 | 4289 | 5539 | 4428 | 4251 | 3278 | 3899 | 3728 | 3066 | 2830 | 44,752 |
| 1984 | 2613 | 3010 | 3715 | 4244 | 4734 | 3742 | 2963 | 2974 | 2840 | 2900 | 2816 | 2694 | 39,245 |
| 1985 | 2489 | 2839 | 3286 | 3484 | 4043 | 4268 | 3374 | 2997 | 2901 | 2993 | 3065 | 2611 | 38,530 |
| 1986 | 2779 | 2921 | 3176 | 3847 | 5091 | 4326 | 3833 | 3353 | 3183 | 3354 | 2942 | 2707 | 41,412 |
| 1987 | 2602 | 2783 | 2962 | 3322 | 4044 | 4018 | 3480 | 3239 | 3024 | 3087 | 3155 | 3013 | 38,709 |
| 1988 | 2954 | 2922 | 3166 | 3626 | 4583 | 4207 | 3417 | 3170 | 3084 | 3043 | 3151 | 2974 | 40,297 |
| 1989 | 2939 | 2852 | 3072 | 3546 | 4217 | 3518 | 2747 | 2824 | 2824 | 2939 | 3009 | 2756 | 37,243 |
| 1990 | 2618 | 2776 | 3110 | 3329 | 4078 | 4086 | 3054 | 2877 | 2822 | 2936 | 3033 | 2892 | 37,611 |
| 76 - 90 AVG | 2,706 | 2,856 | 3,201 | 3,955 | 4,713 | 4,163 | 3,426 | 3,132 | 3,074 | 3,135 | 3,036 | 2,848 | 40,245 |

**SJR @ Prisoners Point (40)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 178 | 179 | 207 | 515 | 639 | 457 | 335 | 302 | 273 | 243 | 313 | 389 | 4,030 |
| 1977 | 447 | 516 | 518 | 779 | 878 | 592 | 420 | 410 | 428 | 475 | 540 | 623 | 6,626 |
| 1978 | 611 | 514 | 344 | 268 | 279 | 234 | 217 | 206 | 181 | 189 | 192 | 234 | 3,467 |
| 1979 | 314 | 372 | 342 | 361 | 271 | 215 | 189 | 183 | 176 | 184 | 241 | 286 | 3,134 |
| 1980 | 311 | 301 | 217 | 200 | 175 | 174 | 187 | 201 | 182 | 190 | 190 | 235 | 2,563 |
| 1981 | 314 | 415 | 398 | 426 | 253 | 194 | 183 | 211 | 220 | 244 | 304 | 344 | 3,506 |
| 1982 | 367 | 353 | 191 | 225 | 181 | 184 | 168 | 191 | 190 | 174 | 176 | 171 | 2,581 |
| 1983 | 163 | 200 | 165 | 184 | 174 | 172 | 166 | 167 | 175 | 203 | 180 | 174 | 2,123 |
| 1984 | 168 | 186 | 167 | 184 | 205 | 189 | 183 | 191 | 184 | 184 | 205 | 238 | 2,284 |
| 1985 | 314 | 432 | 201 | 278 | 457 | 306 | 238 | 252 | 221 | 241 | 322 | 381 | 3,645 |
| 1986 | 389 | 366 | 293 | 328 | 185 | 166 | 201 | 214 | 207 | 190 | 188 | 226 | 2,953 |
| 1987 | 302 | 414 | 402 | 777 | 656 | 323 | 230 | 221 | 218 | 236 | 306 | 439 | 4,524 |
| 1988 | 437 | 354 | 300 | 389 | 277 | 238 | 279 | 304 | 276 | 258 | 386 | 533 | 4,031 |
| 1989 | 521 | 422 | 354 | 641 | 688 | 289 | 183 | 184 | 192 | 224 | 295 | 330 | 4,323 |
| 1990 | 363 | 456 | 445 | 888 | 640 | 335 | 317 | 312 | 240 | 254 | 377 | 496 | 5,123 |
| 76 - 90 AVG | 347 | 366 | 303 | 429 | 397 | 271 | 233 | 237 | 224 | 233 | 281 | 340 | 3,661 |

**SJR @ Prisoners Point (40)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 59 | 52 | 91 | 447 | 590 | 375 | 228 | 188 | 155 | 128 | 217 | 312 | 2,842 |
| 1977 | 354 | 420 | 439 | 760 | 680 | 538 | 327 | 311 | 336 | 396 | 478 | 582 | 5,821 |
| 1978 | 512 | 379 | 231 | 104 | 94 | 69 | 61 | 82 | 53 | 60 | 72 | 116 | 1,813 |
| 1979 | 209 | 275 | 254 | 235 | 100 | 65 | 54 | 57 | 55 | 63 | 132 | 189 | 1,686 |
| 1980 | 219 | 205 | 102 | 58 | 46 | 42 | 51 | 62 | 56 | 60 | 68 | 119 | 1,088 |
| 1981 | 218 | 328 | 320 | 342 | 127 | 60 | 51 | 85 | 102 | 132 | 207 | 258 | 2,230 |
| 1982 | 278 | 277 | 66 | 73 | 48 | 52 | 37 | 46 | 55 | 48 | 54 | 48 | 1,082 |
| 1983 | 42 | 63 | 43 | 52 | 45 | 44 | 37 | 36 | 39 | 57 | 49 | 47 | 554 |
| 1984 | 47 | 50 | 46 | 45 | 56 | 51 | 49 | 59 | 63 | 63 | 89 | 131 | 749 |
| 1985 | 225 | 359 | 79 | 165 | 371 | 180 | 106 | 138 | 107 | 130 | 227 | 301 | 2,388 |
| 1986 | 296 | 264 | 188 | 214 | 58 | 42 | 57 | 67 | 68 | 59 | 67 | 116 | 1,496 |
| 1987 | 207 | 321 | 324 | 768 | 608 | 203 | 90 | 82 | 95 | 121 | 206 | 367 | 3,392 |
| 1988 | 332 | 219 | 192 | 292 | 138 | 98 | 152 | 189 | 161 | 144 | 301 | 483 | 2,701 |
| 1989 | 453 | 331 | 262 | 600 | 639 | 174 | 57 | 59 | 71 | 110 | 197 | 241 | 3,194 |
| 1990 | 280 | 368 | 366 | 901 | 590 | 221 | 212 | 211 | 129 | 144 | 294 | 439 | 4,155 |
| 76 - 90 AVG | 249 | 261 | 200 | 337 | 293 | 148 | 105 | 110 | 103 | 114 | 177 | 250 | 2,346 |

**SJR @ Prisoners Point (40)**
**Percent Inflow**
**Dissolved Organic Compound**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2422 | 2573 | 2939 | 3575 | 3997 | 3730 | 3298 | 3304 | 3553 | 3183 | 3007 | 2610 | 38,391 |
| 1977 | 2921 | 3025 | 3208 | 3628 | 3928 | 3815 | 3453 | 3462 | 3659 | 3768 | 3756 | 3417 | 42,040 |
| 1978 | 3422 | 3306 | 3475 | 5468 | 6092 | 5073 | 4150 | 3983 | 2925 | 3322 | 2944 | 2642 | 46,402 |
| 1979 | 2777 | 2730 | 2937 | 4494 | 6020 | 4454 | 3204 | 2889 | 2878 | 2864 | 2812 | 2676 | 46,402 |
| 1980 | 2553 | 2559 | 3060 | 4233 | 5355 | 4458 | 3394 | 3107 | 2889 | 3282 | 2966 | 2847 | 40,535 |
| 1981 | 2671 | 2751 | 2964 | 3404 | 3940 | 3692 | 3046 | 3062 | 3003 | 3031 | 2987 | 2745 | 40,683 |
| 1982 | 2672 | 2736 | 3379 | 4740 | 4985 | 4493 | 3713 | 3216 | 3051 | 3004 | 2863 | 2687 | 37,286 |
| 1983 | 2472 | 3372 | 3585 | 4268 | 5535 | 4428 | 4252 | 3278 | 3899 | 3728 | 3086 | 2830 | 41,539 |
| 1984 | 2613 | 3010 | 3715 | 4245 | 4734 | 3742 | 2962 | 2972 | 2839 | 2900 | 2816 | 2694 | 44,733 |
| 1985 | 2516 | 2863 | 3317 | 3427 | 4009 | 4396 | 3423 | 2950 | 2864 | 3004 | 3080 | 2632 | 39,242 |
| 1986 | 2813 | 2844 | 3183 | 3816 | 5086 | 4326 | 3774 | 3338 | 3190 | 3306 | 2926 | 2706 | 38,701 |
| 1987 | 2602 | 2764 | 2963 | 3322 | 4045 | 4021 | 3676 | 3450 | 3155 | 3190 | 3271 | 3062 | 41,308 |
| 1988 | 3083 | 3039 | 3201 | 3635 | 4595 | 4223 | 3579 | 3304 | 3338 | 3257 | 3237 | 3009 | 39,521 |
| 1989 | 3012 | 2895 | 3081 | 3553 | 4331 | 3559 | 2747 | 2814 | 2799 | 2916 | 2938 | 2737 | 41,500 |
| 1990 | 2642 | 2824 | 3124 | 3332 | 4022 | 4052 | 3010 | 2849 | 2905 | 3024 | 3074 | 2830 | 37,382 |
| 76 - 90 AVG | 2,746 | 2,886 | 3,209 | 3,943 | 4,712 | 4,164 | 3,445 | 3,158 | 3,118 | 3,184 | 3,051 | 2,855 | 40,470 |

**SJR @ Prisoners Point (40)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 187 | 180 | 210 | 534 | 644 | 454 | 335 | 304 | 279 | 245 | 323 | 392 | 4,087 |
| 1977 | 416 | 445 | 391 | 596 | 803 | 573 | 416 | 404 | 421 | 468 | 535 | 628 | 6,096 |
| 1978 | 612 | 530 | 363 | 269 | 276 | 233 | 217 | 206 | 181 | 189 | 193 | 236 | 3,505 |
| 1979 | 316 | 375 | 343 | 361 | 271 | 213 | 189 | 183 | 176 | 182 | 236 | 284 | 3,129 |
| 1980 | 316 | 305 | 218 | 200 | 175 | 174 | 187 | 201 | 182 | 187 | 188 | 235 | 2,568 |
| 1981 | 317 | 420 | 399 | 434 | 259 | 195 | 183 | 211 | 223 | 237 | 266 | 326 | 3,490 |
| 1982 | 365 | 351 | 189 | 225 | 181 | 184 | 168 | 191 | 190 | 174 | 175 | 171 | 2,564 |
| 1983 | 163 | 200 | 165 | 187 | 174 | 172 | 166 | 167 | 175 | 203 | 180 | 174 | 2,126 |
| 1984 | 168 | 186 | 167 | 184 | 205 | 188 | 183 | 191 | 184 | 185 | 205 | 238 | 2,284 |
| 1985 | 310 | 428 | 201 | 275 | 453 | 308 | 238 | 242 | 212 | 231 | 303 | 366 | 3,567 |
| 1986 | 363 | 323 | 274 | 350 | 188 | 166 | 202 | 214 | 207 | 194 | 188 | 227 | 2,896 |
| 1987 | 306 | 416 | 402 | 776 | 656 | 323 | 234 | 229 | 219 | 234 | 302 | 445 | 4,542 |
| 1988 | 432 | 356 | 344 | 420 | 286 | 240 | 262 | 291 | 261 | 244 | 365 | 505 | 4,006 |
| 1989 | 486 | 406 | 352 | 640 | 707 | 303 | 185 | 186 | 199 | 226 | 301 | 343 | 4,334 |
| 1990 | 359 | 452 | 443 | 870 | 616 | 324 | 274 | 255 | 232 | 240 | 319 | 413 | 4,797 |
| 76-90 AVG | 341 | 358 | 297 | 421 | 393 | 270 | 229 | 232 | 223 | 229 | 273 | 332 | 3,599 |

**SJR @ Prisoners Point (40)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 70 | 53 | 95 | 471 | 596 | 373 | 226 | 188 | 159 | 130 | 229 | 316 | 2,906 |
| 1977 | 304 | 318 | 291 | 542 | 789 | 515 | 320 | 301 | 325 | 386 | 472 | 586 | 5,149 |
| 1978 | 517 | 395 | 252 | 106 | 93 | 68 | 61 | 62 | 53 | 60 | 72 | 119 | 1,858 |
| 1979 | 213 | 279 | 255 | 235 | 100 | 65 | 54 | 56 | 55 | 60 | 127 | 186 | 1,685 |
| 1980 | 225 | 211 | 102 | 58 | 46 | 42 | 51 | 62 | 56 | 59 | 67 | 120 | 1,099 |
| 1981 | 223 | 334 | 322 | 351 | 134 | 61 | 51 | 85 | 103 | 121 | 184 | 236 | 2,205 |
| 1982 | 274 | 261 | 64 | 73 | 48 | 52 | 37 | 46 | 55 | 48 | 53 | 48 | 1,059 |
| 1983 | 42 | 63 | 43 | 54 | 45 | 44 | 37 | 36 | 39 | 57 | 49 | 47 | 556 |
| 1984 | 47 | 50 | 46 | 45 | 58 | 51 | 49 | 59 | 63 | 63 | 88 | 131 | 749 |
| 1985 | 222 | 354 | 80 | 161 | 365 | 180 | 106 | 126 | 94 | 116 | 203 | 283 | 2,290 |
| 1986 | 269 | 217 | 166 | 239 | 61 | 42 | 58 | 67 | 68 | 61 | 66 | 117 | 1,431 |
| 1987 | 212 | 324 | 324 | 788 | 609 | 202 | 92 | 86 | 93 | 116 | 201 | 375 | 3,402 |
| 1988 | 340 | 241 | 248 | 329 | 149 | 95 | 124 | 165 | 142 | 130 | 278 | 450 | 2,691 |
| 1989 | 416 | 315 | 260 | 599 | 665 | 192 | 59 | 62 | 80 | 111 | 202 | 256 | 3,217 |
| 1990 | 275 | 368 | 364 | 880 | 560 | 206 | 156 | 141 | 119 | 129 | 225 | 340 | 3,763 |
| 76-90 AVG | 243 | 252 | 194 | 327 | 288 | 146 | 99 | 103 | 100 | 110 | 168 | 241 | 2,271 |

**SJR @ Prisoners Point (40)**
**Flow Study**
**Dissolved Organic Compound**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2426 | 2574 | 2933 | 3547 | 3979 | 3725 | 3334 | 3355 | 3616 | 3213 | 3033 | 2811 | 38,546 |
| 1977 | 3004 | 3126 | 3168 | 3590 | 3928 | 3815 | 3536 | 3565 | 3700 | 3781 | 3761 | 3464 | 42,438 |
| 1978 | 3418 | 3325 | 3495 | 5486 | 6071 | 5069 | 4150 | 3363 | 2928 | 3325 | 2944 | 2841 | 46,435 |
| 1979 | 2750 | 2720 | 2936 | 4494 | 6025 | 4434 | 3185 | 2885 | 2678 | 2907 | 2827 | 2676 | 40,517 |
| 1980 | 2563 | 2561 | 3080 | 4231 | 5355 | 4458 | 3392 | 3104 | 2888 | 3217 | 2950 | 2844 | 40,623 |
| 1981 | 2657 | 2744 | 2961 | 3405 | 3945 | 3685 | 3040 | 3046 | 3181 | 3216 | 3054 | 2765 | 37,699 |
| 1982 | 2698 | 2740 | 3377 | 4739 | 4986 | 4493 | 3714 | 3216 | 3051 | 3017 | 2866 | 2687 | 41,584 |
| 1983 | 2479 | 3375 | 3585 | 4308 | 5538 | 4428 | 4251 | 3278 | 3899 | 3728 | 3086 | 2831 | 44,786 |
| 1984 | 2615 | 3010 | 3715 | 4244 | 4736 | 3738 | 2959 | 2972 | 2839 | 2900 | 2816 | 2694 | 39,236 |
| 1985 | 2505 | 2860 | 3319 | 3442 | 4019 | 4408 | 3430 | 3001 | 2933 | 3118 | 3089 | 2820 | 38,944 |
| 1986 | 2756 | 2788 | 3172 | 3861 | 5090 | 4326 | 3799 | 3345 | 3186 | 3362 | 2945 | 2708 | 41,336 |
| 1987 | 2602 | 2763 | 2962 | 3322 | 4043 | 4020 | 3775 | 3592 | 3240 | 3303 | 3239 | 3015 | 39,876 |
| 1988 | 2954 | 2912 | 3163 | 3630 | 4601 | 4484 | 3795 | 3468 | 3339 | 3147 | 3164 | 2969 | 41,626 |
| 1989 | 2940 | 2856 | 3075 | 3552 | 4218 | 3520 | 2747 | 2783 | 2840 | 3086 | 3093 | 2776 | 37,486 |
| 1990 | 2632 | 2797 | 3105 | 3326 | 4074 | 4088 | 3199 | 2941 | 2932 | 2980 | 3010 | 2861 | 37,945 |
| 76-90 AVG | 2,733 | 2,877 | 3,202 | 3,945 | 4,707 | 4,179 | 3,487 | 3,196 | 3,150 | 3,220 | 3,058 | 2,851 | 40,805 |

**SJR @ Prisoners Point (40)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 219 | 201 | 230 | 653 | 692 | 452 | 340 | 303 | 269 | 257 | 387 | 468 | 4,471 |
| 1977 | 433 | 414 | 370 | 557 | 774 | 574 | 420 | 400 | 406 | 460 | 530 | 618 | 5,956 |
| 1978 | 602 | 516 | 355 | 269 | 282 | 234 | 217 | 207 | 181 | 190 | 189 | 233 | 3,475 |
| 1979 | 317 | 369 | 320 | 340 | 268 | 213 | 189 | 185 | 177 | 180 | 220 | 270 | 3,048 |
| 1980 | 322 | 326 | 231 | 201 | 175 | 174 | 189 | 203 | 184 | 197 | 190 | 235 | 2,627 |
| 1981 | 288 | 355 | 361 | 409 | 266 | 197 | 183 | 213 | 238 | 243 | 297 | 357 | 3,407 |
| 1982 | 377 | 351 | 189 | 226 | 181 | 184 | 169 | 192 | 190 | 177 | 179 | 173 | 2,588 |
| 1983 | 163 | 200 | 165 | 187 | 174 | 172 | 168 | 167 | 175 | 198 | 176 | 172 | 2,115 |
| 1984 | 167 | 186 | 167 | 184 | 205 | 189 | 183 | 191 | 184 | 184 | 206 | 237 | 2,283 |
| 1985 | 323 | 471 | 208 | 288 | 464 | 310 | 236 | 228 | 216 | 230 | 311 | 386 | 3,671 |
| 1986 | 391 | 350 | 284 | 352 | 188 | 166 | 202 | 215 | 207 | 196 | 190 | 227 | 2,968 |
| 1987 | 305 | 416 | 402 | 775 | 655 | 323 | 246 | 247 | 245 | 254 | 313 | 459 | 4,640 |
| 1988 | 478 | 387 | 279 | 380 | 282 | 255 | 265 | 296 | 272 | 258 | 383 | 536 | 4,071 |
| 1989 | 490 | 377 | 338 | 626 | 680 | 291 | 184 | 185 | 194 | 221 | 306 | 353 | 4,245 |
| 1990 | 360 | 453 | 445 | 870 | 614 | 323 | 267 | 248 | 228 | 253 | 393 | 501 | 4,953 |
| 76 - 90 AVG | 349 | 358 | 290 | 421 | 393 | 270 | 230 | 232 | 224 | 233 | 285 | 348 | 3,635 |

**SJR @ Prisoners Point (40)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 108 | 78 | 118 | 617 | 657 | 369 | 231 | 184 | 149 | 142 | 304 | 405 | 3,362 |
| 1977 | 319 | 281 | 261 | 493 | 753 | 514 | 325 | 297 | 307 | 376 | 466 | 575 | 4,967 |
| 1978 | 506 | 386 | 245 | 106 | 96 | 69 | 61 | 62 | 53 | 60 | 67 | 114 | 1,825 |
| 1979 | 213 | 268 | 224 | 210 | 97 | 65 | 54 | 58 | 56 | 57 | 107 | 169 | 1,576 |
| 1980 | 231 | 238 | 119 | 59 | 48 | 42 | 52 | 63 | 56 | 64 | 67 | 119 | 1,154 |
| 1981 | 184 | 248 | 275 | 320 | 141 | 62 | 52 | 85 | 107 | 121 | 195 | 273 | 2,063 |
| 1982 | 288 | 262 | 64 | 73 | 48 | 52 | 38 | 46 | 55 | 50 | 57 | 51 | 1,084 |
| 1983 | 42 | 63 | 44 | 53 | 45 | 44 | 37 | 36 | 39 | 55 | 47 | 46 | 551 |
| 1984 | 48 | 50 | 46 | 45 | 56 | 51 | 49 | 59 | 63 | 63 | 90 | 130 | 748 |
| 1985 | 234 | 405 | 88 | 176 | 378 | 181 | 103 | 103 | 89 | 110 | 212 | 307 | 2,386 |
| 1986 | 289 | 237 | 176 | 241 | 61 | 42 | 58 | 67 | 68 | 63 | 68 | 116 | 1,486 |
| 1987 | 211 | 324 | 324 | 767 | 608 | 202 | 99 | 95 | 107 | 127 | 203 | 383 | 3,450 |
| 1988 | 351 | 219 | 159 | 279 | 142 | 99 | 120 | 173 | 152 | 142 | 296 | 485 | 2,617 |
| 1989 | 416 | 279 | 242 | 582 | 630 | 177 | 57 | 57 | 88 | 102 | 207 | 268 | 3,085 |
| 1990 | 277 | 369 | 367 | 880 | 558 | 205 | 147 | 124 | 111 | 143 | 312 | 446 | 3,939 |
| 76 - 90 AVG | 248 | 247 | 183 | 327 | 288 | 145 | 99 | 101 | 99 | 112 | 180 | 259 | 2,286 |

**SJR @ Prisoners Point (40)**
**Maximum Flow**
**Dissolved Organic Compound**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2457 | 2585 | 2933 | 3432 | 3890 | 3773 | 3388 | 3429 | 3588 | 3356 | 3211 | 2893 | 38,923 |
| 1977 | 3050 | 3116 | 3209 | 3660 | 3967 | 3941 | 3544 | 3509 | 3696 | 3778 | 3758 | 3419 | 42,647 |
| 1978 | 3385 | 3276 | 3475 | 5501 | 6160 | 5084 | 4150 | 3385 | 2930 | 3325 | 2988 | 2855 | 46,514 |
| 1979 | 2779 | 2766 | 2977 | 4492 | 6004 | 4433 | 3188 | 2916 | 2716 | 2955 | 2869 | 2742 | 40,837 |
| 1980 | 2601 | 2571 | 3063 | 4234 | 5355 | 4465 | 3423 | 3127 | 2910 | 3334 | 3014 | 2858 | 40,955 |
| 1981 | 2724 | 2820 | 2984 | 3476 | 3993 | 3728 | 3015 | 3117 | 3502 | 3435 | 3187 | 2808 | 38,789 |
| 1982 | 2706 | 2744 | 3382 | 4741 | 4989 | 4499 | 3744 | 3228 | 3063 | 3090 | 2920 | 2698 | 41,794 |
| 1983 | 2486 | 3378 | 3587 | 4302 | 5539 | 4428 | 4252 | 3278 | 3900 | 3597 | 3009 | 2760 | 44,516 |
| 1984 | 2591 | 3016 | 3715 | 4247 | 4734 | 3743 | 2962 | 2973 | 2839 | 2900 | 2816 | 2694 | 39,230 |
| 1985 | 2564 | 2886 | 3323 | 3432 | 4013 | 4452 | 3530 | 3195 | 3363 | 3291 | 3180 | 2866 | 40,095 |
| 1986 | 2915 | 2912 | 3201 | 3872 | 5095 | 4328 | 3606 | 3346 | 3187 | 3403 | 2958 | 2709 | 41,732 |
| 1987 | 2602 | 2762 | 2962 | 3322 | 4045 | 4027 | 4014 | 3824 | 3731 | 3669 | 3670 | 3353 | 41,981 |
| 1988 | 3361 | 3260 | 3253 | 3657 | 4638 | 4859 | 3941 | 3423 | 3450 | 3368 | 3385 | 3103 | 43,698 |
| 1989 | 3009 | 2870 | 3081 | 3566 | 4330 | 3563 | 2749 | 2958 | 3226 | 3199 | 3118 | 2781 | 38,450 |
| 1990 | 2629 | 2795 | 3109 | 3330 | 4075 | 4100 | 3280 | 3132 | 3030 | 3063 | 3109 | 2917 | 38,569 |
| 76 - 90 AVG | 2,781 | 2,917 | 3,217 | 3,951 | 4,722 | 4,228 | 3,533 | 3,256 | 3,273 | 3,318 | 3,146 | 2,897 | 41,249 |

**SJR @ Prisoners Point, 40**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 213 | 323 | 741 | 861 | 680 | 437 | 314 | 264 | 266 | 276 | 327 | 335 |
| 1977 | 387 | 408 | 429 | 616 | 709 | 485 | 341 | 385 | 359 | 366 | 476 | 586 |
| 1978 | 572 | 497 | 360 | 267 | 263 | 238 | 220 | 234 | 188 | 177 | 207 | 245 |
| 1979 | 324 | 380 | 952 | 668 | 277 | 210 | 226 | 252 | 181 | 182 | 234 | 284 |
| 1980 | 314 | 320 | 495 | 242 | 176 | 176 | 214 | 253 | 198 | 176 | 193 | 241 |
| 1981 | 325 | 430 | 1127 | 848 | 337 | 206 | 201 | 223 | 227 | 244 | 278 | 322 |
| 1982 | 373 | 386 | 192 | 225 | 189 | 187 | 170 | 198 | 190 | 173 | 193 | 179 |
| 1983 | 174 | 200 | 163 | 178 | 173 | 171 | 171 | 170 | 181 | 199 | 171 | 171 |
| 1984 | 162 | 180 | 167 | 177 | 201 | 183 | 202 | 228 | 183 | 180 | 204 | 240 |
| 1985 | 315 | 451 | 248 | 299 | 454 | 295 | 232 | 229 | 204 | 221 | 286 | 344 |
| 1986 | 382 | 362 | 571 | 452 | 196 | 168 | 220 | 252 | 217 | 182 | 201 | 238 |
| 1987 | 305 | 421 | 1134 | 1112 | 663 | 318 | 262 | 264 | 247 | 250 | 309 | 448 |
| 1988 | 431 | 343 | 700 | 579 | 277 | 251 | 252 | 257 | 253 | 268 | 392 | 480 |
| 1989 | 420 | 343 | 318 | 594 | 693 | 311 | 187 | 182 | 189 | 222 | 307 | 354 |
| 1990 | 346 | 397 | 383 | 752 | 528 | 299 | 235 | 224 | 211 | 252 | 374 | 457 |
| Average | 338 | 363 | 532 | 525 | 388 | 262 | 230 | 242 | 220 | 225 | 277 | 328 |

**SJR @ Prisoners Point, 40**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 105 | 231 | 738 | 871 | 644 | 355 | 200 | 153 | 134 | 153 | 231 | 247 |
| 1977 | 256 | 272 | 311 | 551 | 666 | 404 | 230 | 278 | 262 | 274 | 407 | 542 |
| 1978 | 483 | 383 | 255 | 105 | 87 | 70 | 58 | 67 | 55 | 53 | 92 | 137 |
| 1979 | 225 | 291 | 991 | 608 | 107 | 63 | 72 | 87 | 53 | 60 | 124 | 186 |
| 1980 | 222 | 228 | 435 | 105 | 48 | 42 | 62 | 84 | 62 | 51 | 75 | 129 |
| 1981 | 235 | 349 | 1201 | 853 | 227 | 74 | 62 | 74 | 85 | 112 | 169 | 231 |
| 1982 | 286 | 304 | 69 | 73 | 51 | 53 | 38 | 49 | 55 | 48 | 74 | 62 |
| 1983 | 48 | 63 | 44 | 49 | 44 | 44 | 37 | 36 | 40 | 58 | 45 | 46 |
| 1984 | 52 | 47 | 46 | 44 | 53 | 48 | 60 | 78 | 55 | 57 | 88 | 134 |
| 1985 | 226 | 384 | 133 | 190 | 369 | 169 | 89 | 83 | 72 | 100 | 183 | 257 |
| 1986 | 268 | 263 | 523 | 363 | 64 | 43 | 63 | 80 | 71 | 56 | 85 | 130 |
| 1987 | 213 | 341 | 1211 | 1175 | 618 | 198 | 106 | 103 | 106 | 123 | 203 | 376 |
| 1988 | 319 | 213 | 675 | 521 | 144 | 96 | 93 | 118 | 124 | 148 | 305 | 419 |
| 1989 | 323 | 236 | 219 | 543 | 649 | 202 | 61 | 54 | 66 | 106 | 209 | 270 |
| 1990 | 260 | 313 | 298 | 738 | 456 | 180 | 106 | 89 | 87 | 138 | 288 | 393 |
| Average | 236 | 261 | 477 | 453 | 282 | 136 | 89 | 95 | 88 | 102 | 172 | 237 |

**SJR @ Prisoners Point, 40**
**Cumulative Impact**
**Dissolved Organic Compound**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2403 | 2515 | 2820 | 3335 | 3832 | 3595 | 3331 | 3466 | 3691 | 3710 | 3117 | 2604 |
| 1977 | 3094 | 3161 | 3332 | 3811 | 4149 | 3959 | 3453 | 3447 | 3218 | 3402 | 3549 | 3282 |
| 1978 | 3253 | 3162 | 3424 | 5460 | 5921 | 5107 | 4363 | 3610 | 2954 | 2937 | 2810 | 2719 |
| 1979 | 2703 | 2684 | 2841 | 4442 | 6047 | 4397 | 3673 | 3566 | 2767 | 2878 | 2871 | 2744 |
| 1980 | 2553 | 2576 | 3037 | 4282 | 5340 | 4522 | 3819 | 3530 | 2993 | 3003 | 2835 | 2807 |
| 1981 | 2614 | 2715 | 2872 | 3377 | 3974 | 3667 | 3354 | 3383 | 3504 | 3702 | 3229 | 2789 |
| 1982 | 2668 | 2738 | 3360 | 4772 | 4764 | 4523 | 3639 | 3301 | 3022 | 2936 | 2656 | 2625 |
| 1983 | 2686 | 3457 | 3602 | 4206 | 5523 | 4453 | 4262 | 3297 | 3869 | 3658 | 2957 | 2789 |
| 1984 | 2867 | 3039 | 3718 | 4270 | 4915 | 3748 | 3200 | 3349 | 2900 | 2874 | 2806 | 2682 |
| 1985 | 2498 | 2835 | 3281 | 3443 | 3950 | 4222 | 3792 | 3478 | 3218 | 3297 | 3144 | 2822 |
| 1986 | 2601 | 2806 | 3149 | 3833 | 4998 | 4362 | 4159 | 3660 | 3252 | 2964 | 2811 | 2693 |
| 1987 | 2564 | 2689 | 2855 | 3274 | 4029 | 3963 | 4219 | 3901 | 3668 | 3607 | 3522 | 3197 |
| 1988 | 3116 | 3007 | 3092 | 3627 | 4349 | 4802 | 4087 | 3493 | 3495 | 3563 | 3444 | 3017 |
| 1989 | 2984 | 2861 | 3081 | 3551 | 4190 | 3513 | 2824 | 2928 | 2963 | 3108 | 3127 | 2783 |
| 1990 | 2580 | 2697 | 3045 | 3306 | 3982 | 3882 | 3384 | 3345 | 3126 | 3256 | 3196 | 2910 |
| Average | 2760 | 2863 | 3167 | 3933 | 4664 | 4182 | 3717 | 3449 | 3243 | 3260 | 3085 | 2844 |

Collinsville

**Collinsville (435)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 1578 | 1688 | 2898 | 3497 | 3590 | 2944 | 3793 | 4931 | 4168 | 5381 | 5672 | 5918 | 46,258 |
| 1977 | 9236 | 10221 | 9494 | 7394 | 4505 | 4126 | 5379 | 6404 | 6925 | 7547 | 8353 | 8846 | 88,430 |
| 1978 | 7526 | 7015 | 4814 | 358 | 178 | 174 | 179 | 191 | 934 | 2005 | 3144 | 2674 | 29,192 |
| 1979 | 6805 | 8475 | 8176 | 1082 | 207 | 183 | 603 | 1480 | 1108 | 2313 | 3273 | 4663 | 38,348 |
| 1980 | 6330 | 4516 | 2026 | 210 | 164 | 166 | 205 | 391 | 1101 | 1921 | 2660 | 3812 | 23,502 |
| 1981 | 6926 | 8236 | 3922 | 372 | 192 | 178 | 749 | 3140 | 3877 | 3493 | 4263 | 4928 | 40,376 |
| 1982 | 6404 | 900 | 162 | 172 | 161 | 171 | 155 | 161 | 183 | 762 | 1191 | 503 | 10,925 |
| 1983 | 197 | 168 | 161 | 174 | 160 | 155 | 160 | 155 | 158 | 187 | 245 | 176 | 2,076 |
| 1984 | 214 | 162 | 156 | 161 | 167 | 166 | 383 | 1590 | 1872 | 2050 | 2395 | 4045 | 13,361 |
| 1985 | 7136 | 886 | 392 | 2524 | 1716 | 876 | 2615 | 2786 | 3235 | 3420 | 4589 | 5138 | 35,313 |
| 1986 | 6413 | 6151 | 3922 | 1275 | 175 | 157 | 178 | 387 | 1154 | 2026 | 2943 | 4583 | 29,344 |
| 1987 | 8347 | 9965 | 6901 | 4160 | 1992 | 602 | 1148 | 3234 | 3968 | 4402 | 5878 | 6297 | 56,894 |
| 1988 | 7171 | 7586 | 5735 | 1110 | 1104 | 3277 | 4511 | 4724 | 4111 | 5482 | 7663 | 7936 | 60,410 |
| 1989 | 8597 | 8767 | 8514 | 6783 | 5186 | 505 | 363 | 1388 | 3021 | 3835 | 5411 | 5365 | 57,735 |
| 1990 | 8368 | 9773 | 9236 | 4787 | 2479 | 3040 | 2626 | 3587 | 3968 | 5178 | 7056 | 7827 | 67,725 |
| 76 - 90 AVG | 6,083 | 5,634 | 4,434 | 2,271 | 1,465 | 1,115 | 1,536 | 2,302 | 2,659 | 3,332 | 4,329 | 4,833 | 39,993 |

**Collinsville (435)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 1755 | 1888 | 3350 | 4070 | 4179 | 3399 | 4426 | 5804 | 4878 | 6347 | 6948 | 7005 | 54,047 |
| 1977 | 11024 | 12212 | 11326 | 8784 | 5286 | 4830 | 6346 | 7585 | 8213 | 8963 | 9940 | 10541 | 105,050 |
| 1978 | 8947 | 8320 | 5647 | 257 | 42 | 41 | 44 | 64 | 965 | 2264 | 3643 | 3077 | 33,311 |
| 1979 | 8082 | 10104 | 9740 | 1133 | 63 | 47 | 564 | 1605 | 1181 | 2638 | 3801 | 5486 | 44,444 |
| 1980 | 7506 | 5310 | 2293 | 94 | 37 | 38 | 84 | 310 | 1169 | 2162 | 3058 | 4455 | 26,516 |
| 1981 | 8230 | 9814 | 4588 | 286 | 65 | 52 | 743 | 3637 | 4650 | 4067 | 5000 | 5807 | 46,939 |
| 1982 | 7595 | 934 | 41 | 40 | 36 | 41 | 33 | 37 | 60 | 763 | 1283 | 452 | 11,315 |
| 1983 | 83 | 43 | 37 | 42 | 34 | 33 | 36 | 34 | 35 | 42 | 133 | 58 | 610 |
| 1984 | 102 | 40 | 34 | 36 | 38 | 39 | 303 | 1764 | 2104 | 2320 | 2739 | 4739 | 14,258 |
| 1985 | 8484 | 917 | 315 | 2893 | 1911 | 892 | 2997 | 3208 | 3754 | 3979 | 5396 | 6062 | 40,808 |
| 1986 | 7606 | 7287 | 4584 | 1372 | 54 | 34 | 52 | 302 | 1229 | 2283 | 3396 | 5363 | 33,562 |
| 1987 | 9948 | 11907 | 8196 | 4875 | 2244 | 563 | 1222 | 3748 | 4836 | 5186 | 6955 | 7484 | 66,926 |
| 1988 | 8523 | 9025 | 6780 | 1176 | 1166 | 3799 | 5294 | 5556 | 4814 | 6473 | 9115 | 9444 | 71,166 |
| 1989 | 10248 | 10451 | 10144 | 8048 | 6108 | 451 | 281 | 1523 | 3496 | 4483 | 6390 | 6336 | 67,961 |
| 1990 | 9975 | 11675 | 11019 | 5631 | 2831 | 3508 | 3015 | 4181 | 4643 | 6106 | 8381 | 9072 | 80,037 |
| 76 - 90 AVG | 7,207 | 6,662 | 5,206 | 2,582 | 1,608 | 1,184 | 1,696 | 2,624 | 3,055 | 3,870 | 5,078 | 5,891 | 46,483 |

**Collinsville (435)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2335 | 2282 | 2448 | 2752 | 3091 | 3054 | 2565 | 2357 | 2685 | 2587 | 2477 | 2297 | 30,910 |
| 1977 | 1891 | 1817 | 1980 | 2377 | 3009 | 3033 | 2528 | 2323 | 2443 | 2539 | 2555 | 2424 | 28,919 |
| 1978 | 2423 | 2387 | 2760 | 3369 | 4017 | 3163 | 2662 | 2807 | 2733 | 2659 | 2693 | 2564 | 34,437 |
| 1979 | 2044 | 1838 | 1954 | 3285 | 4353 | 3481 | 2739 | 2491 | 2637 | 2589 | 2611 | 2365 | 32,387 |
| 1980 | 2119 | 2164 | 2681 | 2954 | 3894 | 3243 | 2791 | 2658 | 2714 | 2660 | 2679 | 2461 | 33,018 |
| 1981 | 2072 | 1893 | 2470 | 3013 | 3681 | 3099 | 2669 | 2407 | 2493 | 2513 | 2471 | 2318 | 31,099 |
| 1982 | 2099 | 2412 | 2672 | 3165 | 3786 | 3184 | 2243 | 2691 | 2588 | 2621 | 2696 | 2601 | 32,958 |
| 1983 | 2413 | 2646 | 3041 | 3313 | 3781 | 2656 | 2584 | 2635 | 2528 | 2896 | 2881 | 2528 | 33,902 |
| 1984 | 2492 | 2485 | 2926 | 3014 | 3790 | 3081 | 2539 | 2405 | 2610 | 2649 | 2665 | 2394 | 33,050 |
| 1985 | 1976 | 2426 | 2924 | 2884 | 3378 | 3340 | 2748 | 2511 | 2551 | 2515 | 2448 | 2320 | 32,019 |
| 1986 | 2125 | 2149 | 2608 | 3179 | 3721 | 2770 | 2768 | 2729 | 2825 | 2805 | 2819 | 2455 | 32,953 |
| 1987 | 1937 | 1721 | 2144 | 2606 | 3353 | 3179 | 2764 | 2513 | 2558 | 2450 | 2368 | 2272 | 29,885 |
| 1988 | 2079 | 1987 | 2340 | 3026 | 3454 | 3241 | 2580 | 2296 | 2472 | 2393 | 2272 | 2221 | 30,361 |
| 1989 | 2069 | 2007 | 2049 | 2417 | 2904 | 2853 | 2389 | 2361 | 2417 | 2413 | 2370 | 2305 | 28,554 |
| 1990 | 1889 | 1745 | 1930 | 2553 | 3244 | 3303 | 2562 | 2256 | 2403 | 2359 | 2281 | 2200 | 28,725 |
| 76 - 90 AVG | 2,131 | 2,131 | 2,475 | 2,927 | 3,564 | 3,112 | 2,622 | 2,496 | 2,576 | 2,577 | 2,552 | 2,382 | 31,544 |

**Collinsville (435)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 1714 | 2750 | 5161 | 5069 | 4246 | 3025 | 3830 | 5258 | 4288 | 4426 | 6024 | 6513 | 46,258 |
| 1,977 | 9630 | 10779 | 10334 | 7744 | 4801 | 4213 | 5517 | 7020 | 7481 | 7640 | 8357 | 9001 | 88,430 |
| 1,978 | 7647 | 6780 | 4529 | 348 | 184 | 178 | 174 | 206 | 862 | 1908 | 2278 | 4058 | 29,192 |
| 1,979 | 8357 | 8771 | 6415 | 1160 | 221 | 180 | 602 | 1729 | 1264 | 2051 | 2919 | 3797 | 38,348 |
| 1,980 | 5707 | 4037 | 1619 | 206 | 165 | 163 | 221 | 420 | 1296 | 1962 | 2643 | 4534 | 23,502 |
| 1,981 | 8179 | 9417 | 6482 | 875 | 266 | 204 | 1494 | 3812 | 4079 | 4503 | 5488 | 5603 | 40,378 |
| 1,982 | 6608 | 816 | 180 | 173 | 163 | 171 | 155 | 159 | 186 | 943 | 1430 | 592 | 10,925 |
| 1,983 | 236 | 168 | 162 | 174 | 159 | 155 | 153 | 154 | 158 | 166 | 267 | 191 | 2,076 |
| 1,984 | 252 | 169 | 156 | 161 | 165 | 163 | 357 | 1502 | 1797 | 1891 | 2218 | 3539 | 13,361 |
| 1,985 | 6854 | 1051 | 372 | 2243 | 2718 | 1730 | 2634 | 2685 | 3265 | 4088 | 5991 | 6317 | 35,313 |
| 1,986 | 6629 | 6042 | 3878 | 1167 | 173 | 157 | 175 | 391 | 1138 | 1842 | 2085 | 3643 | 29,344 |
| 1,987 | 8037 | 9982 | 6824 | 3959 | 1899 | 580 | 1178 | 3343 | 4044 | 4845 | 6517 | 8244 | 56,894 |
| 1,988 | 8610 | 8578 | 6207 | 1177 | 1151 | 3315 | 4658 | 5606 | 4394 | 5305 | 7698 | 8679 | 80,410 |
| 1,989 | 9480 | 8930 | 8466 | 6835 | 5296 | 480 | 367 | 1463 | 2483 | 3825 | 5385 | 5615 | 57,735 |
| 1,990 | 8642 | 10109 | 9585 | 4418 | 2284 | 2899 | 2587 | 3350 | 3892 | 4938 | 6545 | 7782 | 67,725 |
| 76 - 90 AVG | 6,439 | 5,892 | 4,690 | 2,381 | 1,579 | 1,174 | 1,607 | 2,473 | 2,710 | 3,355 | 4,390 | 5,207 | 39,993 |

**Collinsville (435)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 1919 | 3174 | 6092 | 5975 | 4974 | 3497 | 4472 | 6201 | 5024 | 5192 | 7130 | 7725 | 54,047 |
| 1,977 | 11501 | 12886 | 12344 | 9208 | 5403 | 4935 | 6513 | 8331 | 8888 | 9076 | 9944 | 10728 | 105,050 |
| 1,978 | 9089 | 8027 | 5299 | 245 | 46 | 43 | 42 | 87 | 881 | 2146 | 2595 | 4754 | 33,311 |
| 1,979 | 9960 | 10461 | 7608 | 1229 | 83 | 47 | 565 | 1932 | 1371 | 2324 | 3375 | 4439 | 44,444 |
| 1,980 | 6752 | 4731 | 1801 | 84 | 37 | 37 | 108 | 347 | 1406 | 2212 | 3037 | 5328 | 26,516 |
| 1,981 | 9745 | 11245 | 7690 | 897 | 159 | 87 | 1647 | 4453 | 4775 | 5289 | 6482 | 6623 | 46,939 |
| 1,982 | 7842 | 833 | 39 | 41 | 37 | 41 | 33 | 36 | 68 | 982 | 1572 | 559 | 11,315 |
| 1,983 | 131 | 44 | 38 | 42 | 34 | 33 | 35 | 34 | 35 | 43 | 162 | 76 | 610 |
| 1,984 | 150 | 45 | 34 | 36 | 37 | 38 | 272 | 1657 | 2014 | 2130 | 2526 | 4127 | 14,258 |
| 1,985 | 8142 | 1116 | 293 | 2554 | 3125 | 1923 | 3019 | 3088 | 3816 | 4786 | 7091 | 7487 | 40,806 |
| 1,986 | 7867 | 7153 | 4530 | 1242 | 51 | 34 | 52 | 311 | 1211 | 2062 | 2362 | 4252 | 33,562 |
| 1,987 | 9573 | 11928 | 8103 | 4632 | 2133 | 537 | 1259 | 3882 | 4731 | 5702 | 7726 | 9819 | 66,926 |
| 1,988 | 10264 | 10222 | 7350 | 1257 | 1219 | 3841 | 5471 | 6621 | 5154 | 6256 | 9155 | 10344 | 71,166 |
| 1,989 | 11317 | 10651 | 10088 | 8111 | 6241 | 421 | 286 | 1612 | 2847 | 4470 | 6359 | 6639 | 67,961 |
| 1,990 | 10307 | 12081 | 11444 | 5185 | 2596 | 3339 | 2969 | 3896 | 4553 | 5817 | 7763 | 9261 | 80,037 |
| 76 - 90 AVG | 7,837 | 6,973 | 5,517 | 2,716 | 1,745 | 1,257 | 1,783 | 2,833 | 3,118 | 3,899 | 5,152 | 6,144 | 48,463 |

**Collinsville (435)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 2327 | 2172 | 2189 | 2546 | 2989 | 3040 | 2549 | 2303 | 2634 | 2649 | 2428 | 2260 | 30,910 |
| 1,977 | 1860 | 1759 | 1886 | 2343 | 2993 | 3018 | 2522 | 2265 | 2374 | 2548 | 2597 | 2475 | 28,919 |
| 1,978 | 2507 | 2534 | 2823 | 3355 | 4131 | 3176 | 2756 | 2723 | 2722 | 2696 | 2735 | 2405 | 34,437 |
| 1,979 | 1937 | 1849 | 2159 | 3280 | 4216 | 3357 | 2654 | 2445 | 2532 | 2490 | 2518 | 2350 | 32,387 |
| 1,980 | 2105 | 2181 | 2722 | 3033 | 3862 | 3132 | 2653 | 2597 | 2688 | 2675 | 2686 | 2385 | 33,018 |
| 1,981 | 1956 | 1784 | 2187 | 2905 | 3573 | 3001 | 2516 | 2277 | 2453 | 2442 | 2421 | 2307 | 33,018 |
| 1,982 | 2107 | 2407 | 2869 | 3168 | 3782 | 3152 | 2233 | 2677 | 2599 | 2610 | 2687 | 2606 | 32,958 |
| 1,983 | 2399 | 2595 | 3029 | 3303 | 3775 | 2654 | 2571 | 2634 | 2534 | 2877 | 2877 | 2520 | 33,902 |
| 1,984 | 2462 | 2474 | 2923 | 3003 | 3766 | 3037 | 2527 | 2430 | 2589 | 2578 | 2597 | 2386 | 33,050 |
| 1,985 | 1972 | 2431 | 2881 | 2814 | 3157 | 3377 | 2754 | 2430 | 2455 | 2430 | 2365 | 2298 | 33,050 |
| 1,986 | 2168 | 2200 | 2620 | 3165 | 3716 | 2760 | 2758 | 2727 | 2838 | 2813 | 2757 | 2416 | 32,953 |
| 1,987 | 1914 | 1704 | 2148 | 2601 | 3346 | 3175 | 2706 | 2435 | 2535 | 2448 | 2398 | 2207 | 29,885 |
| 1,988 | 2101 | 2032 | 2335 | 3021 | 3469 | 3317 | 2654 | 2311 | 2566 | 2526 | 2330 | 2183 | 30,361 |
| 1,989 | 2012 | 1989 | 2033 | 2397 | 2884 | 2835 | 2382 | 2367 | 2482 | 2393 | 2365 | 2279 | 28,554 |
| 1,990 | 1868 | 1708 | 1890 | 2582 | 3255 | 3268 | 2515 | 2241 | 2356 | 2339 | 2301 | 2164 | 28,725 |
| 76 - 90 AVG | 2,113 | 2,121 | 2,446 | 2,901 | 3,528 | 3,087 | 2,583 | 2,457 | 2,557 | 2,568 | 2,537 | 2,349 | 31,544 |

Collinsville

**Collinsville (435)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1546 | 2639 | 5036 | 4957 | 4160 | 2963 | 3718 | 4899 | 4172 | 3991 | 6215 | 6711 | 51,007 |
| 1977 | 10067 | 11146 | 10388 | 8422 | 4772 | 4150 | 5392 | 6767 | 7361 | 7646 | 8377 | 9035 | 93,543 |
| 1978 | 7667 | 7316 | 4873 | 346 | 183 | 175 | 174 | 204 | 919 | 1798 | 2234 | 4071 | 29,960 |
| 1979 | 8256 | 8676 | 8651 | 1219 | 221 | 180 | 590 | 1490 | 1171 | 2222 | 2985 | 3837 | 37,498 |
| 1980 | 5335 | 3724 | 1351 | 191 | 164 | 164 | 222 | 420 | 1159 | 2021 | 2634 | 4635 | 22,220 |
| 1981 | 7314 | 8255 | 8100 | 808 | 254 | 191 | 1532 | 3817 | 4069 | 4799 | 5788 | 5532 | 48,459 |
| 1982 | 6490 | 741 | 159 | 172 | 161 | 171 | 155 | 160 | 182 | 955 | 1379 | 531 | 11,256 |
| 1983 | 226 | 166 | 160 | 174 | 159 | 155 | 155 | 158 | 167 | 268 | 188 |  | 2,136 |
| 1984 | 249 | 163 | 156 | 161 | 167 | 184 | 356 | 1506 | 1801 | 1894 | 2234 | 3541 | 12,392 |
| 1985 | 6139 | 921 | 357 | 2339 | 2722 | 1377 | 2539 | 2696 | 3162 | 4071 | 6213 | 6128 | 38,664 |
| 1986 | 6719 | 6208 | 3753 | 1152 | 172 | 157 | 177 | 396 | 1048 | 1864 | 2100 | 3583 | 27,329 |
| 1987 | 7921 | 9848 | 8726 | 3892 | 1856 | 567 | 1150 | 3273 | 4016 | 4841 | 6518 | 8214 | 56,824 |
| 1988 | 9282 | 9457 | 6402 | 1114 | 1100 | 3259 | 4560 | 5541 | 4309 | 4865 | 7076 | 8079 | 64,824 |
| 1989 | 9250 | 8973 | 8399 | 6734 | 5121 | 489 | 371 | 1429 | 2722 | 4152 | 6171 | 5805 | 59,618 |
| 1990 | 8407 | 9939 | 9553 | 4191 | 2177 | 2827 | 2560 | 3501 | 3898 | 4436 | 6527 | 7618 | 65,634 |
| 76 - 90 AVG | 6,323 | 5,878 | 4,671 | 2,391 | 1,559 | 1,133 | 1,577 | 2,418 | 2,877 | 3,301 | 4,461 | 5,167 | 41,557 |

**Collinsville (435)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1716 | 3040 | 5940 | 5840 | 4869 | 3423 | 4336 | 5767 | 4885 | 4667 | 7362 | 7965 | 58,810 |
| 1977 | 12030 | 13336 | 12411 | 10028 | 5608 | 4858 | 6362 | 8050 | 8743 | 9065 | 9968 | 10768 | 111,247 |
| 1978 | 9113 | 8682 | 5720 | 243 | 45 | 42 | 42 | 84 | 949 | 2012 | 2542 | 4770 | 34,244 |
| 1979 | 9837 | 10346 | 7894 | 1299 | 84 | 46 | 551 | 1643 | 1258 | 2531 | 3455 | 4488 | 43,432 |
| 1980 | 6303 | 4352 | 1476 | 69 | 36 | 37 | 107 | 346 | 1240 | 2283 | 3270 | 5452 | 24,971 |
| 1981 | 8697 | 9837 | 7226 | 816 | 145 | 71 | 1693 | 4459 | 4783 | 5646 | 6845 | 6537 | 56,735 |
| 1982 | 7699 | 743 | 38 | 40 | 38 | 41 | 33 | 36 | 59 | 996 | 1510 | 486 | 11,717 |
| 1983 | 119 | 43 | 37 | 42 | 34 | 33 | 35 | 34 | 35 | 43 | 162 | 72 | 689 |
| 1984 | 145 | 41 | 34 | 36 | 37 | 38 | 271 | 1661 | 2018 | 2133 | 2546 | 4130 | 13,090 |
| 1985 | 7277 | 959 | 275 | 2670 | 3129 | 1496 | 2904 | 3101 | 3667 | 4767 | 7360 | 7258 | 44,863 |
| 1986 | 7976 | 7354 | 4380 | 1224 | 51 | 34 | 51 | 312 | 1100 | 2087 | 2378 | 4179 | 31,126 |
| 1987 | 9433 | 11767 | 7984 | 4551 | 2082 | 521 | 1226 | 3798 | 4899 | 5697 | 7728 | 9783 | 69,269 |
| 1988 | 11053 | 11287 | 7588 | 1182 | 1158 | 3773 | 5352 | 6543 | 5052 | 5484 | 8404 | 9619 | 76,495 |
| 1989 | 11039 | 10703 | 10007 | 7989 | 6030 | 432 | 292 | 1571 | 3136 | 4866 | 7310 | 6869 | 70,244 |
| 1990 | 10021 | 11876 | 11405 | 4911 | 2487 | 3251 | 2935 | 4078 | 4580 | 5210 | 7742 | 9063 | 77,519 |
| 76 - 90 AVG | 7,497 | 6,958 | 5,494 | 2,729 | 1,721 | 1,206 | 1,748 | 2,766 | 3,078 | 3,834 | 5,239 | 6,096 | 48,363 |

**Collinsville (435)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2336 | 2181 | 2202 | 2557 | 2998 | 3048 | 2540 | 2309 | 2596 | 2613 | 2368 | 2245 | 29,993 |
| 1977 | 1813 | 1699 | 1856 | 2293 | 3025 | 3038 | 2524 | 2261 | 2357 | 2520 | 2576 | 2460 | 28,422 |
| 1978 | 2479 | 2404 | 2752 | 3327 | 4127 | 3170 | 2757 | 2723 | 2714 | 2691 | 2710 | 2398 | 34,250 |
| 1979 | 1937 | 1843 | 2128 | 3283 | 4215 | 3355 | 2656 | 2460 | 2534 | 2478 | 2522 | 2348 | 31,759 |
| 1980 | 2126 | 2189 | 2752 | 3010 | 3861 | 3139 | 2662 | 2601 | 2701 | 2661 | 2657 | 2375 | 32,734 |
| 1981 | 2012 | 1855 | 2213 | 2901 | 3571 | 3020 | 2534 | 2282 | 2483 | 2441 | 2436 | 2340 | 30,068 |
| 1982 | 2127 | 2402 | 2867 | 3162 | 3778 | 3175 | 2229 | 2662 | 2579 | 2599 | 2686 | 2596 | 32,862 |
| 1983 | 2390 | 2596 | 3029 | 3307 | 3776 | 2653 | 2570 | 2634 | 2534 | 2677 | 2675 | 2516 | 33,758 |
| 1984 | 2460 | 2473 | 2923 | 3002 | 3765 | 3035 | 2527 | 2430 | 2589 | 2578 | 2595 | 2386 | 32,763 |
| 1985 | 2015 | 2432 | 2882 | 2825 | 3179 | 3338 | 2726 | 2449 | 2495 | 2440 | 2349 | 2312 | 31,442 |
| 1986 | 2146 | 2177 | 2632 | 3171 | 3715 | 2756 | 2776 | 2748 | 2851 | 2828 | 2782 | 2429 | 33,011 |
| 1987 | 1927 | 1717 | 2157 | 2608 | 3352 | 3176 | 2700 | 2429 | 2522 | 2434 | 2384 | 2196 | 29,604 |
| 1988 | 2016 | 1918 | 2302 | 3017 | 3472 | 3330 | 2637 | 2288 | 2516 | 2487 | 2306 | 2206 | 30,475 |
| 1989 | 2005 | 1961 | 2032 | 2406 | 2902 | 2830 | 2384 | 2373 | 2474 | 2381 | 2314 | 2295 | 28,357 |
| 1990 | 1893 | 1715 | 1879 | 2601 | 3263 | 3286 | 2547 | 2254 | 2362 | 2360 | 2281 | 2178 | 28,619 |
| 76 - 90 AVG | 2,112 | 2,104 | 2,440 | 2,898 | 3,533 | 3,090 | 2,585 | 2,460 | 2,552 | 2,558 | 2,523 | 2,352 | 31,208 |

**Collinsville (435)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1510 | 2694 | 5230 | 5190 | 4237 | 2964 | 3753 | 5001 | 4161 | 4358 | 6119 | 6721 | 51,938 |
| 1977 | 9658 | 10677 | 10248 | 7713 | 4545 | 4131 | 5402 | 6918 | 7465 | 7681 | 8386 | 9022 | 91,840 |
| 1978 | 7661 | 6785 | 4585 | 350 | 183 | 175 | 174 | 214 | 857 | 1894 | 2259 | 4047 | 29,184 |
| 1979 | 8282 | 8663 | 6157 | 1318 | 233 | 180 | 577 | 1714 | 1265 | 2089 | 2908 | 3790 | 37,176 |
| 1980 | 5760 | 4022 | 1610 | 203 | 164 | 164 | 226 | 423 | 1172 | 2060 | 2466 | 4414 | 22,684 |
| 1981 | 8414 | 9830 | 6592 | 1125 | 929 | 208 | 1440 | 3739 | 4033 | 4489 | 5493 | 5265 | 50,957 |
| 1982 | 6404 | 803 | 160 | 172 | 181 | 170 | 155 | 161 | 202 | 1051 | 1864 | 889 | 11,792 |
| 1983 | 253 | 167 | 160 | 174 | 160 | 155 | 160 | 155 | 158 | 167 | 269 | 189 | 2,167 |
| 1984 | 249 | 163 | 156 | 161 | 167 | 165 | 358 | 1508 | 1798 | 1893 | 2214 | 3536 | 12,368 |
| 1985 | 6890 | 1207 | 456 | 2234 | 2685 | 1734 | 2572 | 2627 | 3249 | 4378 | 8219 | 6331 | 40,580 |
| 1986 | 6695 | 6155 | 3911 | 907 | 165 | 157 | 178 | 401 | 1055 | 1867 | 2101 | 3580 | 27,172 |
| 1987 | 7929 | 9857 | 6728 | 3895 | 1861 | 568 | 1148 | 3279 | 4011 | 4849 | 6529 | 8060 | 58,712 |
| 1988 | 7901 | 7792 | 5868 | 1074 | 1090 | 3270 | 4614 | 5511 | 4338 | 5289 | 7698 | 8858 | 63,103 |
| 1989 | 9401 | 8908 | 8415 | 6759 | 5221 | 477 | 362 | 1432 | 2508 | 3851 | 5390 | 5595 | 58,319 |
| 1990 | 8564 | 9953 | 9438 | 4376 | 2242 | 2844 | 2536 | 3509 | 3937 | 5223 | 7129 | 8135 | 67,886 |
| 76 - 90 AVG | 6,371 | 5,845 | 4,648 | 2,377 | 1,563 | 1,157 | 1,577 | 2,439 | 2,681 | 3,409 | 4,456 | 5,202 | 41,725 |

**Collinsville (435)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1673 | 3107 | 6175 | 6121 | 4962 | 3423 | 4378 | 5890 | 4869 | 5109 | 7245 | 7977 | 60,929 |
| 1977 | 11535 | 12758 | 12241 | 9170 | 5335 | 4836 | 6374 | 8208 | 8970 | 9126 | 9981 | 10752 | 109,186 |
| 1978 | 9107 | 8034 | 5387 | 248 | 45 | 42 | 42 | 96 | 874 | 2128 | 2571 | 4740 | 33,294 |
| 1979 | 9869 | 10330 | 7296 | 1419 | 97 | 47 | 536 | 1914 | 1372 | 2369 | 3362 | 4431 | 43,042 |
| 1980 | 6817 | 4713 | 1789 | 82 | 37 | 37 | 113 | 349 | 1255 | 2329 | 2821 | 5184 | 25,526 |
| 1981 | 10029 | 11745 | 7823 | 1199 | 234 | 92 | 1582 | 4364 | 4719 | 5271 | 6488 | 6215 | 59,761 |
| 1982 | 7595 | 817 | 39 | 41 | 36 | 41 | 33 | 38 | 83 | 1112 | 1855 | 676 | 12,364 |
| 1983 | 152 | 44 | 37 | 42 | 34 | 33 | 35 | 34 | 35 | 43 | 163 | 73 | 725 |
| 1984 | 146 | 42 | 34 | 36 | 38 | 39 | 274 | 1664 | 2015 | 2132 | 2522 | 4123 | 13,065 |
| 1985 | 8186 | 1305 | 382 | 2542 | 3085 | 1927 | 2943 | 3019 | 3773 | 5136 | 7367 | 7504 | 47,179 |
| 1986 | 7946 | 7290 | 4570 | 928 | 42 | 34 | 52 | 319 | 1109 | 2091 | 2381 | 4175 | 30,937 |
| 1987 | 9444 | 11775 | 7987 | 4554 | 2087 | 520 | 1222 | 3802 | 4688 | 5705 | 7740 | 9595 | 89,119 |
| 1988 | 9403 | 9265 | 6937 | 1133 | 1145 | 3786 | 5416 | 6505 | 5084 | 6236 | 9154 | 10320 | 74,384 |
| 1989 | 11221 | 10624 | 10026 | 8019 | 6150 | 418 | 280 | 1575 | 2876 | 4502 | 6365 | 6614 | 68,670 |
| 1990 | 10211 | 11890 | 11265 | 5134 | 2546 | 3273 | 2907 | 4088 | 4606 | 6161 | 8468 | 9688 | 80,237 |
| 76 - 90 AVG | 7,556 | 6,916 | 5,485 | 2,711 | 1,725 | 1,237 | 1,746 | 2,791 | 3,082 | 3,963 | 5,232 | 6,138 | 48,561 |

**Collinsville (435)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2336 | 2175 | 2179 | 2542 | 3003 | 3060 | 2558 | 2333 | 2660 | 2669 | 2423 | 2251 | 30,179 |
| 1977 | 1867 | 1774 | 1697 | 2351 | 3004 | 3029 | 2514 | 2242 | 2354 | 2528 | 2585 | 2468 | 28,813 |
| 1978 | 2503 | 2533 | 2815 | 3352 | 4130 | 3181 | 2757 | 2727 | 2727 | 2709 | 2756 | 2409 | 34,599 |
| 1979 | 1946 | 1861 | 2187 | 3293 | 4236 | 3356 | 2649 | 2444 | 2533 | 2486 | 2520 | 2351 | 31,882 |
| 1980 | 2103 | 2184 | 2723 | 3034 | 3872 | 3133 | 2652 | 2597 | 2700 | 2697 | 2745 | 2399 | 32,839 |
| 1981 | 1929 | 1738 | 2175 | 2892 | 3580 | 3013 | 2532 | 2296 | 2477 | 2450 | 2424 | 2336 | 29,822 |
| 1982 | 2114 | 2404 | 2870 | 3169 | 3762 | 3160 | 2234 | 2677 | 2630 | 2624 | 2687 | 2611 | 32,962 |
| 1983 | 2406 | 2599 | 3025 | 3319 | 3780 | 2654 | 2577 | 2634 | 2533 | 2877 | 2876 | 2516 | 33,796 |
| 1984 | 2460 | 2475 | 2923 | 3011 | 3767 | 3048 | 2530 | 2430 | 2589 | 2578 | 2597 | 2387 | 32,795 |
| 1985 | 1972 | 2433 | 2936 | 2869 | 3164 | 3388 | 2765 | 2441 | 2487 | 2409 | 2357 | 2307 | 31,508 |
| 1986 | 2168 | 2198 | 2622 | 3152 | 3715 | 2760 | 2758 | 2726 | 2848 | 2917 | 2764 | 2425 | 32,951 |
| 1987 | 1926 | 1717 | 2158 | 2608 | 3352 | 3177 | 2758 | 2516 | 2616 | 2512 | 2452 | 2273 | 30,065 |
| 1988 | 2202 | 2145 | 2392 | 3025 | 3474 | 3336 | 2699 | 2367 | 2610 | 2563 | 2355 | 2202 | 31,370 |
| 1989 | 2031 | 2006 | 2049 | 2409 | 2896 | 2837 | 2383 | 2370 | 2481 | 2392 | 2364 | 2281 | 28,499 |
| 1990 | 1877 | 1727 | 1908 | 2589 | 3262 | 3271 | 2519 | 2233 | 2382 | 2341 | 2269 | 2156 | 28,534 |
| 76 - 90 AVG | 2,123 | 2,131 | 2,457 | 2,908 | 3,533 | 3,093 | 2,592 | 2,469 | 2,574 | 2,577 | 2,545 | 2,358 | 31,360 |

**Collinsville (435)**
Flow Study
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 1836 | 2713 | 5080 | 4992 | 4174 | 2944 | 3762 | 5256 | 4229 | 4407 | 6339 | 6587 | 52,319 |
| 1977 | 8888 | 9541 | 8543 | 6947 | 4439 | 4107 | 5430 | 6828 | 7279 | 7622 | 8399 | 9057 | 87,080 |
| 1978 | 7752 | 6992 | 4817 | 366 | 183 | 175 | 174 | 214 | 816 | 1870 | 2353 | 4102 | 29,814 |
| 1979 | 8260 | 8668 | 6161 | 1318 | 233 | 180 | 567 | 1703 | 1263 | 2286 | 2930 | 3760 | 37,329 |
| 1980 | 5941 | 4171 | 1641 | 203 | 164 | 164 | 226 | 422 | 1297 | 1981 | 2504 | 4442 | 23,156 |
| 1981 | 8405 | 9839 | 6598 | 1199 | 342 | 210 | 1431 | 3731 | 4065 | 4817 | 5418 | 5327 | 51,382 |
| 1982 | 6469 | 760 | 160 | 172 | 161 | 170 | 155 | 161 | 202 | 1030 | 1649 | 687 | 11,778 |
| 1983 | 310 | 170 | 160 | 174 | 159 | 155 | 160 | 155 | 158 | 168 | 269 | 194 | 2,232 |
| 1984 | 256 | 163 | 156 | 161 | 167 | 165 | 357 | 1506 | 1858 | 1900 | 2207 | 3528 | 12,424 |
| 1985 | 6733 | 1194 | 487 | 2299 | 2708 | 1760 | 2578 | 2647 | 3232 | 4755 | 6100 | 6140 | 40,833 |
| 1986 | 6190 | 5536 | 3709 | 1330 | 177 | 157 | 177 | 396 | 1141 | 1832 | 2112 | 3654 | 26,411 |
| 1987 | 7935 | 9844 | 6721 | 3894 | 1856 | 566 | 1147 | 3277 | 4001 | 4757 | 6486 | 8199 | 58,683 |
| 1988 | 8048 | 8641 | 6280 | 1152 | 1124 | 3302 | 4560 | 5527 | 4265 | 4928 | 7289 | 8285 | 63,401 |
| 1989 | 9170 | 8888 | 8423 | 6768 | 5127 | 500 | 355 | 1423 | 3005 | 4706 | 6194 | 5791 | 60,330 |
| 1990 | 8471 | 9966 | 9392 | 4251 | 2222 | 2837 | 2614 | 3311 | 3872 | 4360 | 6121 | 7099 | 64,516 |
| 76 - 90 AVG | 6,311 | 5,804 | 4,555 | 2,348 | 1,549 | 1,159 | 1,580 | 2,437 | 2,712 | 3,428 | 4,425 | 5,123 | 41,432 |

**Collinsville (435)**
Flow Study
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2068 | 3130 | 5994 | 5882 | 4886 | 3399 | 4389 | 6198 | 4951 | 5167 | 7511 | 7814 | 61,389 |
| 1977 | 10601 | 11386 | 10172 | 8243 | 5207 | 4807 | 6407 | 8099 | 8643 | 9054 | 9994 | 10795 | 103,408 |
| 1978 | 9216 | 8285 | 5647 | 266 | 45 | 42 | 42 | 96 | 824 | 2098 | 2686 | 4806 | 34,053 |
| 1979 | 9842 | 10336 | 7301 | 1419 | 97 | 47 | 523 | 1901 | 1370 | 2608 | 3388 | 4394 | 43,226 |
| 1980 | 7036 | 4893 | 1827 | 82 | 37 | 37 | 113 | 349 | 1407 | 2234 | 2869 | 5218 | 26,102 |
| 1981 | 10018 | 11754 | 7830 | 1288 | 251 | 94 | 1571 | 4355 | 4757 | 5666 | 6396 | 6288 | 60,266 |
| 1982 | 7673 | 765 | 39 | 41 | 36 | 41 | 33 | 36 | 83 | 1086 | 1836 | 674 | 12,343 |
| 1983 | 220 | 47 | 37 | 42 | 34 | 33 | 35 | 34 | 35 | 43 | 163 | 79 | 802 |
| 1984 | 154 | 42 | 34 | 36 | 38 | 38 | 272 | 1662 | 2067 | 2140 | 2513 | 4114 | 13,130 |
| 1985 | 7995 | 1289 | 429 | 2621 | 3112 | 1959 | 2950 | 3042 | 3751 | 5594 | 7222 | 7272 | 47,238 |
| 1986 | 7335 | 6541 | 4327 | 1439 | 57 | 34 | 52 | 312 | 1212 | 2048 | 2392 | 4265 | 30,014 |
| 1987 | 9450 | 11761 | 7978 | 4553 | 2061 | 519 | 1220 | 3798 | 4674 | 5591 | 7686 | 9763 | 69,074 |
| 1988 | 9583 | 10298 | 7440 | 1227 | 1186 | 3822 | 5348 | 6521 | 4993 | 5798 | 8660 | 9868 | 74,744 |
| 1989 | 10942 | 10576 | 10036 | 8030 | 8037 | 446 | 271 | 1566 | 3478 | 5535 | 7335 | 6851 | 71,103 |
| 1990 | 10099 | 11908 | 11211 | 4983 | 2520 | 3263 | 2999 | 3827 | 4527 | 5117 | 7249 | 8434 | 76,157 |
| 76 - 90 AVG | 7,482 | 6,867 | 5,353 | 2,677 | 1,706 | 1,239 | 1,748 | 2,788 | 3,119 | 3,985 | 5,193 | 6,042 | 48,203 |

**Collinsville (435)**
Flow Study
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2321 | 2177 | 2197 | 2555 | 2999 | 3048 | 2569 | 2331 | 2687 | 2696 | 2419 | 2273 | 30,272 |
| 1977 | 1953 | 1926 | 2108 | 2419 | 3010 | 3030 | 2537 | 2297 | 2406 | 2553 | 2593 | 2475 | 29,307 |
| 1978 | 2512 | 2513 | 2808 | 3375 | 4123 | 3183 | 2757 | 2727 | 2730 | 2712 | 2745 | 2403 | 34,588 |
| 1979 | 1943 | 1861 | 2183 | 3293 | 4239 | 3345 | 2639 | 2440 | 2532 | 2475 | 2534 | 2356 | 31,830 |
| 1980 | 2090 | 2178 | 2721 | 3026 | 3862 | 3120 | 2643 | 2585 | 2879 | 2689 | 2717 | 2384 | 32,694 |
| 1981 | 1918 | 1726 | 2166 | 2890 | 3564 | 3012 | 2529 | 2294 | 2521 | 2537 | 2523 | 2364 | 30,044 |
| 1982 | 2130 | 2404 | 2869 | 3188 | 3782 | 3153 | 2233 | 2677 | 2630 | 2629 | 2892 | 2611 | 32,978 |
| 1983 | 2429 | 2603 | 3022 | 3313 | 3776 | 2653 | 2572 | 2635 | 2534 | 2878 | 2876 | 2519 | 33,800 |
| 1984 | 2463 | 2474 | 2923 | 3003 | 3766 | 3037 | 2527 | 2429 | 2583 | 2578 | 2598 | 2388 | 32,769 |
| 1985 | 1982 | 2434 | 2933 | 2871 | 3168 | 3392 | 2769 | 2457 | 2502 | 2420 | 2424 | 2326 | 31,678 |
| 1986 | 2204 | 2220 | 2619 | 3168 | 3717 | 2780 | 2764 | 2736 | 2841 | 2834 | 2784 | 2422 | 33,069 |
| 1987 | 1926 | 1717 | 2158 | 2608 | 3352 | 3176 | 2785 | 2571 | 2685 | 2586 | 2498 | 2242 | 30,304 |
| 1988 | 2152 | 1987 | 2308 | 3019 | 3476 | 3436 | 2830 | 2452 | 2677 | 2572 | 2344 | 2200 | 31,453 |
| 1989 | 2018 | 1972 | 2031 | 2404 | 2903 | 2836 | 2382 | 2364 | 2443 | 2375 | 2391 | 2334 | 28,453 |
| 1990 | 1904 | 1722 | 1905 | 2596 | 3260 | 3286 | 2625 | 2325 | 2409 | 2428 | 2340 | 2218 | 29,018 |
| 76 - 90 AVG | 2,130 | 2,127 | 2,463 | 2,914 | 3,533 | 3,098 | 2,611 | 2,488 | 2,591 | 2,597 | 2,565 | 2,368 | 31,484 |

**Collinsville (435)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3812 | 4010 | 5386 | 4404 | 3931 | 3358 | 3889 | 5246 | 4201 | 5332 | 7635 | 7478 | 58,682 |
| 1977 | 8685 | 9036 | 8435 | 7143 | 4523 | 4673 | 5543 | 6603 | 7195 | 7531 | 8366 | 9042 | 86,755 |
| 1978 | 7688 | 7013 | 4752 | 377 | 190 | 176 | 174 | 222 | 808 | 1856 | 2485 | 4225 | 29,966 |
| 1979 | 8336 | 8712 | 6850 | 1250 | 223 | 180 | 572 | 2051 | 1404 | 2278 | 3182 | 4431 | 39,469 |
| 1980 | 6413 | 4661 | 1882 | 209 | 164 | 164 | 216 | 441 | 1269 | 2033 | 2651 | 4505 | 24,608 |
| 1981 | 7937 | 9269 | 6395 | 1413 | 372 | 207 | 1432 | 3761 | 3844 | 4788 | 6175 | 5772 | 51,465 |
| 1982 | 6551 | 761 | 180 | 173 | 182 | 171 | 155 | 161 | 202 | 1197 | 2109 | 811 | 12,613 |
| 1983 | 398 | 174 | 159 | 175 | 160 | 155 | 160 | 156 | 158 | 171 | 325 | 340 | 2,532 |
| 1984 | 460 | 173 | 156 | 162 | 167 | 165 | 358 | 1507 | 1799 | 1958 | 2184 | 3515 | 12,602 |
| 1985 | 7676 | 1444 | 549 | 2303 | 2730 | 1866 | 2607 | 2638 | 3187 | 4709 | 8438 | 6586 | 42,733 |
| 1986 | 6510 | 5825 | 3758 | 1324 | 177 | 157 | 177 | 396 | 1132 | 1976 | 2115 | 3627 | 27,174 |
| 1987 | 7937 | 9640 | 6722 | 3891 | 1859 | 563 | 1145 | 3275 | 3997 | 4728 | 6588 | 8290 | 58,835 |
| 1988 | 7640 | 6822 | 5439 | 1130 | 1122 | 3320 | 4518 | 5535 | 4306 | 5303 | 7760 | 8653 | 61,548 |
| 1989 | 8839 | 8429 | 8329 | 6821 | 5226 | 492 | 333 | 1432 | 2971 | 4844 | 6340 | 5838 | 59,694 |
| 1990 | 8448 | 9969 | 9441 | 4256 | 2217 | 2837 | 2629 | 4081 | 4129 | 5402 | 7447 | 8067 | 68,923 |
| 76 - 90 AVG | 6,487 | 5,743 | 4,561 | 2,335 | 1,548 | 1,232 | 1,594 | 2,500 | 2,714 | 3,594 | 4,787 | 5,412 | 42,507 |

**Collinsville (435)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 4459 | 4700 | 6364 | 5171 | 4594 | 3900 | 4541 | 6184 | 4917 | 6288 | 9078 | 8891 | 69,085 |
| 1977 | 10329 | 10772 | 10041 | 8478 | 5308 | 5491 | 6543 | 7827 | 8541 | 8944 | 9954 | 10778 | 103,006 |
| 1978 | 9139 | 8312 | 5570 | 277 | 48 | 43 | 42 | 105 | 814 | 2082 | 2845 | 4956 | 34,233 |
| 1979 | 9934 | 10389 | 8134 | 1337 | 85 | 47 | 530 | 2322 | 1540 | 2598 | 3692 | 5206 | 45,814 |
| 1980 | 7606 | 5488 | 2119 | 90 | 37 | 37 | 100 | 371 | 1372 | 2296 | 3044 | 5294 | 27,852 |
| 1981 | 9451 | 11085 | 7583 | 1546 | 287 | 90 | 1572 | 4390 | 4607 | 5625 | 7308 | 6826 | 60,350 |
| 1982 | 7772 | 766 | 39 | 41 | 36 | 41 | 33 | 36 | 83 | 1287 | 2392 | 824 | 13,350 |
| 1983 | 327 | 53 | 37 | 43 | 35 | 33 | 36 | 34 | 36 | 45 | 231 | 253 | 1,163 |
| 1984 | 400 | 53 | 34 | 38 | 38 | 39 | 273 | 1663 | 2016 | 2208 | 2486 | 4098 | 13,344 |
| 1985 | 9138 | 1592 | 504 | 2626 | 3139 | 2067 | 2984 | 3028 | 3692 | 5534 | 7628 | 7811 | 49,763 |
| 1986 | 7721 | 6887 | 4383 | 1431 | 57 | 34 | 52 | 312 | 1202 | 2223 | 2396 | 4232 | 30,930 |
| 1987 | 9453 | 11755 | 7979 | 4550 | 2085 | 515 | 1216 | 3790 | 4861 | 5546 | 7801 | 9867 | 69,218 |
| 1988 | 9081 | 8078 | 6407 | 1199 | 1184 | 3841 | 5293 | 6530 | 5042 | 6250 | 9226 | 10311 | 72,442 |
| 1989 | 10540 | 10042 | 9922 | 8094 | 6157 | 436 | 245 | 1574 | 3433 | 5457 | 7512 | 6907 | 70,319 |
| 1990 | 10072 | 11914 | 11270 | 4989 | 2515 | 3264 | 3016 | 4777 | 4834 | 6376 | 8853 | 9606 | 81,486 |
| 76 - 90 AVG | 7,695 | 6,791 | 5,359 | 2,661 | 1,707 | 1,327 | 1,785 | 2,863 | 3,119 | 4,184 | 5,630 | 6,391 | 49,480 |

**Collinsville (435)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2210 | 2102 | 2180 | 2585 | 2977 | 3040 | 2593 | 2362 | 2708 | 2629 | 2388 | 2276 | 30,050 |
| 1977 | 2029 | 1995 | 2123 | 2423 | 3021 | 3039 | 2560 | 2297 | 2404 | 2558 | 2592 | 2469 | 29,510 |
| 1978 | 2496 | 2486 | 2789 | 3424 | 4242 | 3205 | 2757 | 2731 | 2738 | 2715 | 2770 | 2422 | 34,775 |
| 1979 | 1949 | 1867 | 2124 | 3284 | 4224 | 3343 | 2841 | 2417 | 2551 | 2502 | 2548 | 2345 | 31,795 |
| 1980 | 2097 | 2156 | 2701 | 3030 | 3872 | 3138 | 2660 | 2606 | 2708 | 2729 | 2774 | 2415 | 32,886 |
| 1981 | 1995 | 1819 | 2214 | 2904 | 3577 | 3021 | 2520 | 2296 | 2631 | 2715 | 2574 | 2397 | 30,663 |
| 1982 | 2148 | 2406 | 2871 | 3176 | 3790 | 3170 | 2242 | 2688 | 2635 | 2626 | 2692 | 2619 | 33,063 |
| 1983 | 2448 | 2608 | 3013 | 3334 | 3785 | 2657 | 2580 | 2668 | 2546 | 2958 | 2856 | 2656 | 34,107 |
| 1984 | 2511 | 2486 | 2936 | 3015 | 3767 | 3048 | 2530 | 2430 | 2589 | 2571 | 2600 | 2389 | 32,872 |
| 1985 | 1920 | 2430 | 2929 | 2866 | 3158 | 3406 | 2821 | 2533 | 2676 | 2634 | 2489 | 2348 | 32,212 |
| 1986 | 2234 | 2287 | 2665 | 3179 | 3720 | 2764 | 2767 | 2738 | 2842 | 2827 | 2798 | 2428 | 33,249 |
| 1987 | 1927 | 1718 | 2157 | 2609 | 3352 | 3178 | 2851 | 2686 | 2873 | 2880 | 2740 | 2489 | 31,460 |
| 1988 | 2424 | 2421 | 2527 | 3040 | 3485 | 3563 | 2952 | 2460 | 2693 | 2634 | 2429 | 2283 | 32,911 |
| 1989 | 2130 | 2048 | 2049 | 2404 | 2901 | 2848 | 2381 | 2394 | 2611 | 2564 | 2440 | 2349 | 29,119 |
| 1990 | 1909 | 1722 | 1900 | 2597 | 3261 | 3289 | 2664 | 2320 | 2475 | 2380 | 2269 | 2179 | 28,965 |
| 76 - 90 AVG | 2,162 | 2,170 | 2,479 | 2,925 | 3,542 | 3,114 | 2,635 | 2,508 | 2,645 | 2,661 | 2,597 | 2,404 | 31,842 |

**Collinsville, 435**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2929 | 3241 | 3724 | 3627 | 3721 | 2236 | 3148 | 4248 | 3943 | 5471 | 5307 | 5946 |
| 1977 | 8216 | 9134 | 9145 | 7831 | 5299 | 3210 | 4920 | 6874 | 6349 | 6939 | 8203 | 8982 |
| 1978 | 7803 | 7352 | 4577 | 357 | 184 | 174 | 180 | 183 | 749 | 1812 | 2318 | 3840 |
| 1979 | 8080 | 8470 | 5247 | 1159 | 246 | 184 | 223 | 456 | 796 | 2153 | 3539 | 4584 |
| 1980 | 5879 | 4906 | 1906 | 229 | 165 | 165 | 178 | 205 | 701 | 1704 | 2183 | 4426 |
| 1981 | 8282 | 9714 | 5628 | 1816 | 459 | 284 | 480 | 1571 | 2921 | 4565 | 5174 | 5445 |
| 1982 | 6606 | 872 | 161 | 173 | 161 | 173 | 156 | 163 | 220 | 1232 | 2404 | 1261 |
| 1983 | 327 | 168 | 159 | 173 | 159 | 155 | 160 | 156 | 159 | 170 | 459 | 248 |
| 1984 | 212 | 159 | 156 | 161 | 166 | 167 | 249 | 358 | 1056 | 1612 | 2108 | 3555 |
| 1985 | 6618 | 1215 | 461 | 2307 | 2099 | 1226 | 1611 | 1727 | 2829 | 4682 | 5819 | 5949 |
| 1986 | 6772 | 6022 | 2755 | 990 | 172 | 158 | 174 | 216 | 787 | 1455 | 2156 | 3663 |
| 1987 | 7612 | 9585 | 5748 | 3838 | 1780 | 527 | 1125 | 3060 | 3804 | 4763 | 6617 | 8204 |
| 1988 | 7522 | 8060 | 4650 | 928 | 1091 | 1567 | 3128 | 4442 | 4067 | 5474 | 7699 | 7667 |
| 1989 | 8050 | 8167 | 7902 | 6511 | 5046 | 525 | 230 | 1413 | 3063 | 4706 | 6446 | 5838 |
| 1990 | 7692 | 8919 | 8612 | 3499 | 1908 | 1658 | 1914 | 3098 | 3801 | 5645 | 7237 | 7652 |
| Average | 6173 | 5732 | 4055 | 2240 | 1510 | 827 | 1190 | 1878 | 2350 | 3492 | 4511 | 5164 |

**Collinsville, 435**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3391 | 3769 | 4354 | 4231 | 4341 | 2544 | 3646 | 4977 | 4602 | 6448 | 6255 | 7036 |
| 1977 | 9786 | 10891 | 10896 | 9306 | 6242 | 3718 | 5789 | 8156 | 7518 | 8233 | 9764 | 10708 |
| 1978 | 9281 | 8728 | 5365 | 254 | 45 | 41 | 44 | 49 | 733 | 2030 | 2647 | 4491 |
| 1979 | 9626 | 10098 | 6196 | 1228 | 109 | 51 | 105 | 380 | 795 | 2445 | 4125 | 5392 |
| 1980 | 6960 | 5783 | 2149 | 114 | 37 | 38 | 52 | 77 | 675 | 1897 | 2482 | 5200 |
| 1981 | 9871 | 11606 | 6657 | 2035 | 391 | 183 | 395 | 1736 | 3364 | 5350 | 6092 | 6429 |
| 1982 | 7839 | 901 | 40 | 41 | 36 | 42 | 33 | 37 | 102 | 1331 | 2751 | 1369 |
| 1983 | 240 | 44 | 36 | 42 | 34 | 33 | 35 | 34 | 35 | 47 | 395 | 145 |
| 1984 | 100 | 38 | 34 | 36 | 37 | 41 | 140 | 268 | 1111 | 1791 | 2393 | 4147 |
| 1985 | 7857 | 1315 | 401 | 2832 | 2377 | 1315 | 1778 | 1923 | 3256 | 5500 | 6878 | 7040 |
| 1986 | 8039 | 7129 | 3174 | 1030 | 50 | 34 | 45 | 83 | 773 | 1596 | 2451 | 4276 |
| 1987 | 9060 | 11449 | 6801 | 4487 | 1989 | 472 | 1192 | 3526 | 4424 | 5588 | 7837 | 9766 |
| 1988 | 8942 | 9590 | 5487 | 957 | 1149 | 1722 | 3607 | 5204 | 4751 | 6454 | 9150 | 9358 |
| 1989 | 9584 | 9725 | 9404 | 7719 | 5940 | 476 | 121 | 1551 | 3547 | 5535 | 7641 | 8908 |
| 1990 | 9156 | 10641 | 10267 | 4074 | 2143 | 1839 | 2151 | 3585 | 4436 | 6668 | 8596 | 9102 |
| Average | 7315 | 6780 | 4749 | 2546 | 1661 | 837 | 1276 | 2106 | 2675 | 4061 | 5297 | 6091 |

**Collinsville, 435**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2253 | 2118 | 2349 | 2627 | 2976 | 3023 | 2578 | 2439 | 2745 | 2735 | 2693 | 2340 |
| 1977 | 2039 | 1986 | 2075 | 2410 | 2970 | 3145 | 2558 | 2236 | 2396 | 2364 | 2411 | 2336 |
| 1978 | 2383 | 2352 | 2751 | 3415 | 4129 | 3159 | 2945 | 2993 | 2852 | 2834 | 2593 | 2383 |
| 1979 | 1920 | 1850 | 2270 | 3260 | 4335 | 3413 | 2709 | 2791 | 2738 | 2514 | 2505 | 2340 |
| 1980 | 2125 | 2118 | 2695 | 3019 | 3884 | 3178 | 2762 | 2825 | 2866 | 2682 | 2641 | 2342 |
| 1981 | 1920 | 1729 | 2258 | 2843 | 3567 | 3090 | 2604 | 2554 | 2765 | 2800 | 2757 | 2419 |
| 1982 | 2131 | 2408 | 2869 | 3174 | 3762 | 3207 | 2262 | 2740 | 2665 | 2593 | 2604 | 2571 |
| 1983 | 2448 | 2608 | 3009 | 3284 | 3775 | 2656 | 2577 | 2641 | 2505 | 2806 | 2811 | 2518 |
| 1984 | 2485 | 2460 | 2922 | 3020 | 3804 | 3095 | 2594 | 2652 | 2720 | 2599 | 2594 | 2377 |
| 1985 | 1981 | 2429 | 2876 | 2815 | 3265 | 3358 | 2924 | 2710 | 2728 | 2583 | 2543 | 2371 |
| 1986 | 2164 | 2200 | 2696 | 3135 | 3715 | 2777 | 2903 | 3055 | 3019 | 2747 | 2610 | 2381 |
| 1987 | 1937 | 1719 | 2235 | 2594 | 3365 | 3162 | 2884 | 2757 | 2873 | 2842 | 2685 | 2413 |
| 1988 | 2321 | 2124 | 2479 | 3015 | 3461 | 3626 | 3063 | 2584 | 2714 | 2668 | 2515 | 2369 |
| 1989 | 2164 | 2046 | 2086 | 2431 | 2910 | 2852 | 2385 | 2391 | 2517 | 2429 | 2387 | 2346 |
| 1990 | 1958 | 1774 | 1938 | 2650 | 3287 | 3249 | 2712 | 2479 | 2568 | 2441 | 2385 | 2251 |
| Average | 2149 | 2128 | 2501 | 2913 | 3547 | 3133 | 2697 | 2658 | 2711 | 2629 | 2582 | 2382 |

**Old River @ Highway 4 (90)**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 258 | 253 | 222 | 304 | 495 | 497 | 472 | 414 | 429 | 340 | 408 | 442 | 4,534 |
| 1977 | 536 | 625 | 619 | 721 | 980 | 777 | 599 | 566 | 560 | 568 | 598 | 689 | 7,838 |
| 1978 | 741 | 685 | 525 | 371 | 334 | 345 | 320 | 273 | 238 | 242 | 231 | 287 | 4,592 |
| 1979 | 319 | 467 | 455 | 419 | 372 | 310 | 254 | 242 | 244 | 230 | 248 | 333 | 3,893 |
| 1980 | 438 | 455 | 312 | 289 | 187 | 192 | 242 | 264 | 246 | 233 | 223 | 291 | 3,372 |
| 1981 | 345 | 417 | 344 | 297 | 318 | 276 | 284 | 285 | 285 | 299 | 348 | 407 | 3,903 |
| 1982 | 488 | 505 | 251 | 316 | 279 | 218 | 180 | 232 | 232 | 216 | 201 | 208 | 3,326 |
| 1983 | 222 | 277 | 203 | 201 | 173 | 188 | 168 | 170 | 182 | 238 | 226 | 233 | 2,481 |
| 1984 | 237 | 195 | 170 | 183 | 283 | 272 | 235 | 236 | 256 | 227 | 222 | 290 | 2,806 |
| 1985 | 430 | 513 | 251 | 252 | 452 | 340 | 289 | 306 | 277 | 285 | 343 | 414 | 4,152 |
| 1986 | 490 | 510 | 390 | 399 | 231 | 183 | 236 | 260 | 269 | 295 | 241 | 302 | 3,806 |
| 1987 | 439 | 570 | 536 | 737 | 804 | 444 | 357 | 326 | 298 | 301 | 370 | 470 | 5,652 |
| 1988 | 495 | 468 | 376 | 434 | 359 | 296 | 355 | 407 | 408 | 324 | 452 | 606 | 4,980 |
| 1989 | 630 | 572 | 491 | 650 | 875 | 422 | 226 | 221 | 258 | 284 | 347 | 416 | 5,392 |
| 1990 | 471 | 601 | 588 | 952 | 961 | 483 | 374 | 362 | 322 | 304 | 425 | 567 | 6,410 |
| 76 - 90 AVG | 436 | 474 | 382 | 435 | 474 | 350 | 306 | 304 | 300 | 292 | 325 | 397 | 4,476 |

**Old River @ Highway 4 (90)**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 113 | 90 | 75 | 167 | 379 | 392 | 321 | 260 | 271 | 214 | 321 | 362 | 2,965 |
| 1977 | 410 | 488 | 495 | 660 | 973 | 731 | 483 | 386 | 386 | 435 | 518 | 644 | 6,589 |
| 1978 | 651 | 513 | 385 | 179 | 120 | 116 | 104 | 91 | 85 | 99 | 101 | 142 | 2,586 |
| 1979 | 179 | 347 | 349 | 270 | 153 | 108 | 84 | 88 | 103 | 93 | 129 | 224 | 2,127 |
| 1980 | 330 | 346 | 198 | 115 | 48 | 44 | 73 | 92 | 92 | 92 | 94 | 148 | 1,672 |
| 1981 | 207 | 280 | 222 | 130 | 118 | 93 | 101 | 113 | 148 | 189 | 250 | 320 | 2,171 |
| 1982 | 374 | 400 | 118 | 119 | 94 | 62 | 35 | 68 | 77 | 74 | 70 | 72 | 1,563 |
| 1983 | 75 | 111 | 58 | 57 | 42 | 49 | 35 | 34 | 41 | 82 | 75 | 80 | 739 |
| 1984 | 87 | 42 | 42 | 38 | 86 | 87 | 74 | 88 | 121 | 94 | 99 | 171 | 1,029 |
| 1985 | 326 | 412 | 118 | 116 | 336 | 192 | 125 | 149 | 140 | 172 | 246 | 328 | 2,660 |
| 1986 | 376 | 380 | 276 | 280 | 80 | 46 | 72 | 87 | 102 | 129 | 105 | 177 | 2,110 |
| 1987 | 326 | 463 | 460 | 702 | 757 | 312 | 175 | 146 | 159 | 189 | 277 | 396 | 4,362 |
| 1988 | 386 | 309 | 253 | 328 | 212 | 140 | 212 | 287 | 296 | 210 | 371 | 556 | 3,560 |
| 1989 | 532 | 430 | 375 | 586 | 818 | 304 | 88 | 87 | 138 | 172 | 250 | 333 | 4,113 |
| 1990 | 362 | 480 | 479 | 961 | 948 | 360 | 249 | 244 | 200 | 191 | 341 | 513 | 5,328 |
| 76 - 90 AVG | 316 | 339 | 260 | 314 | 344 | 202 | 147 | 148 | 157 | 162 | 216 | 298 | 2,905 |

**Old River @ Highway 4 (90)**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2869 | 2895 | 3215 | 4323 | 4819 | 4613 | 4595 | 4513 | 4805 | 4094 | 3522 | 3178 | 47,441 |
| 1977 | 3342 | 3492 | 3583 | 4257 | 4561 | 4711 | 4832 | 4947 | 4981 | 5236 | 4752 | 4116 | 52,810 |
| 1978 | 4013 | 3890 | 4026 | 6539 | 6887 | 6698 | 5859 | 4473 | 3574 | 3810 | 3626 | 3344 | 56,739 |
| 1979 | 3146 | 2977 | 3243 | 5111 | 6785 | 5974 | 4273 | 3571 | 3607 | 3677 | 3444 | 3180 | 48,988 |
| 1980 | 3006 | 2844 | 3243 | 5395 | 6082 | 5064 | 4809 | 3872 | 3558 | 3621 | 3476 | 3347 | 48,317 |
| 1981 | 3203 | 3099 | 3257 | 4782 | 5724 | 5304 | 4683 | 4256 | 3788 | 3388 | 3330 | 3112 | 47,906 |
| 1982 | 3116 | 3084 | 3636 | 6173 | 6372 | 5393 | 4410 | 4471 | 3649 | 3489 | 3298 | 3139 | 50,230 |
| 1983 | 3245 | 4312 | 4322 | 4668 | 5919 | 4876 | 4419 | 3232 | 4090 | 4424 | 3659 | 3472 | 50,638 |
| 1984 | 3509 | 3054 | 3836 | 4359 | 6001 | 5357 | 3802 | 3497 | 3682 | 3603 | 3382 | 3148 | 47,230 |
| 1985 | 2919 | 3157 | 3701 | 4104 | 4687 | 5017 | 4558 | 4168 | 3787 | 3391 | 3354 | 3139 | 45,982 |
| 1986 | 3175 | 3186 | 3577 | 4539 | 6334 | 5024 | 4747 | 4030 | 3795 | 4335 | 3803 | 3222 | 49,767 |
| 1987 | 3068 | 3050 | 3185 | 3922 | 4774 | 5118 | 5225 | 4838 | 3943 | 3482 | 3492 | 3262 | 47,359 |
| 1988 | 3232 | 3314 | 3409 | 4279 | 5026 | 5058 | 4337 | 3770 | 3877 | 3747 | 3776 | 3494 | 47,319 |
| 1989 | 3653 | 3434 | 3422 | 4170 | 5107 | 4447 | 3479 | 3235 | 3418 | 3355 | 3425 | 3105 | 44,250 |
| 1990 | 3060 | 3232 | 3479 | 3854 | 4837 | 5192 | 4035 | 3532 | 3686 | 3560 | 3623 | 3392 | 45,282 |
| 76 - 90 AVG | 3,237 | 3,268 | 3,542 | 4,698 | 5,581 | 5,190 | 4,536 | 4,027 | 3,883 | 3,814 | 3,597 | 3,310 | 48,684 |

**Old River @ Highway 4 (90)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 266 | 246 | 259 | 555 | 788 | 597 | 485 | 413 | 449 | 326 | 364 | 480 | 4,534 |
| 1,977 | 564 | 658 | 672 | 829 | 1053 | 801 | 658 | 547 | 592 | 629 | 625 | 721 | 7,836 |
| 1,978 | 777 | 720 | 497 | 369 | 426 | 402 | 302 | 250 | 240 | 271 | 232 | 309 | 4,592 |
| 1,979 | 415 | 512 | 453 | 430 | 315 | 255 | 238 | 242 | 222 | 213 | 281 | 366 | 3,893 |
| 1,980 | 427 | 422 | 287 | 264 | 306 | 263 | 225 | 256 | 249 | 243 | 228 | 315 | 3,372 |
| 1,981 | 411 | 502 | 494 | 442 | 296 | 232 | 227 | 271 | 301 | 301 | 368 | 459 | 3,903 |
| 1,982 | 516 | 492 | 246 | 313 | 274 | 298 | 187 | 228 | 233 | 215 | 209 | 212 | 3,326 |
| 1,983 | 201 | 234 | 207 | 181 | 131 | 123 | 165 | 172 | 180 | 232 | 224 | 218 | 2,481 |
| 1,984 | 218 | 193 | 169 | 185 | 279 | 248 | 234 | 253 | 241 | 219 | 241 | 307 | 2,806 |
| 1,985 | 417 | 527 | 293 | 305 | 537 | 414 | 308 | 315 | 299 | 290 | 359 | 482 | 4,152 |
| 1,986 | 520 | 508 | 389 | 404 | 308 | 175 | 227 | 260 | 272 | 269 | 225 | 293 | 3,806 |
| 1,987 | 414 | 552 | 541 | 830 | 850 | 441 | 325 | 310 | 298 | 302 | 364 | 534 | 5,852 |
| 1,988 | 653 | 555 | 434 | 478 | 460 | 326 | 359 | 385 | 427 | 337 | 433 | 626 | 4,980 |
| 1,989 | 707 | 610 | 487 | 658 | 889 | 420 | 221 | 221 | 235 | 264 | 348 | 423 | 5,392 |
| 1,990 | 480 | 618 | 618 | 949 | 885 | 465 | 380 | 387 | 334 | 308 | 407 | 549 | 6,410 |
| 76 - 90 AVG | 466 | 490 | 403 | 479 | 520 | 364 | 303 | 301 | 305 | 295 | 327 | 420 | 4,476 |

**Old River @ Highway 4 (90)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 128 | 97 | 134 | 475 | 736 | 511 | 344 | 269 | 294 | 201 | 268 | 395 | 2,965 |
| 1,977 | 482 | 545 | 550 | 784 | 1062 | 760 | 481 | 399 | 423 | 477 | 536 | 663 | 6,589 |
| 1,978 | 675 | 549 | 363 | 179 | 178 | 168 | 101 | 74 | 83 | 111 | 103 | 182 | 2,586 |
| 1,979 | 280 | 397 | 364 | 300 | 137 | 85 | 73 | 84 | 90 | 88 | 174 | 261 | 2,127 |
| 1,980 | 318 | 310 | 167 | 147 | 120 | 86 | 58 | 83 | 92 | 95 | 98 | 181 | 1,672 |
| 1,981 | 287 | 385 | 413 | 337 | 146 | 78 | 74 | 120 | 169 | 188 | 273 | 371 | 2,171 |
| 1,982 | 407 | 385 | 112 | 137 | 107 | 104 | 38 | 63 | 70 | 71 | 77 | 78 | 1,563 |
| 1,983 | 67 | 97 | 69 | 58 | 44 | 46 | 35 | 36 | 41 | 73 | 67 | 69 | 739 |
| 1,984 | 75 | 87 | 43 | 39 | 76 | 69 | 69 | 89 | 102 | 93 | 125 | 186 | 1,029 |
| 1,985 | 309 | 434 | 167 | 180 | 442 | 273 | 153 | 185 | 179 | 177 | 261 | 395 | 2,660 |
| 1,986 | 402 | 375 | 276 | 285 | 250 | 60 | 65 | 80 | 99 | 109 | 96 | 165 | 2,110 |
| 1,987 | 300 | 447 | 468 | 817 | 814 | 308 | 154 | 137 | 159 | 182 | 260 | 450 | 4,362 |
| 1,988 | 541 | 397 | 329 | 381 | 279 | 158 | 201 | 244 | 293 | 215 | 346 | 574 | 3,560 |
| 1,989 | 627 | 489 | 384 | 599 | 837 | 299 | 84 | 63 | 107 | 148 | 252 | 334 | 4,113 |
| 1,990 | 375 | 503 | 521 | 957 | 960 | 344 | 261 | 282 | 224 | 198 | 320 | 483 | 5,328 |
| 76 - 90 AVG | 350 | 366 | 291 | 378 | 406 | 223 | 148 | 149 | 162 | 162 | 217 | 319 | 2,905 |

**Old River @ Highway 4 (90)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1,976 | 2877 | 2830 | 3119 | 4162 | 4736 | 4642 | 4555 | 4375 | 4775 | 3954 | 3564 | 3250 | 47,441 |
| 1,977 | 3353 | 3446 | 3628 | 4279 | 4543 | 4897 | 4948 | 4853 | 5021 | 5429 | 5025 | 4300 | 52,810 |
| 1,978 | 4388 | 4032 | 3975 | 6537 | 8320 | 7837 | 5750 | 4058 | 3607 | 4064 | 3493 | 3329 | 56,739 |
| 1,979 | 3305 | 3053 | 3143 | 4922 | 6036 | 5176 | 4036 | 3563 | 3271 | 3241 | 3213 | 3082 | 48,988 |
| 1,980 | 2960 | 2837 | 3256 | 5052 | 7531 | 6389 | 4303 | 3745 | 3577 | 3712 | 3461 | 3335 | 48,317 |
| 1,981 | 3203 | 3082 | 3181 | 4132 | 4844 | 4441 | 3910 | 3915 | 3767 | 3546 | 3513 | 3209 | 47,906 |
| 1,982 | 3164 | 3089 | 3650 | 6137 | 6257 | 6583 | 4508 | 4442 | 3672 | 3491 | 3316 | 3148 | 50,230 |
| 1,983 | 2977 | 3766 | 4428 | 4713 | 5987 | 4809 | 4421 | 3267 | 4096 | 4292 | 3618 | 3322 | 50,638 |
| 1,984 | 3287 | 3063 | 3849 | 4400 | 5910 | 4916 | 3748 | 3657 | 3509 | 3331 | 3243 | 3103 | 47,230 |
| 1,985 | 2900 | 3159 | 3706 | 4055 | 4556 | 5208 | 4518 | 3685 | 3563 | 3446 | 3606 | 3333 | 45,982 |
| 1,986 | 3312 | 3233 | 3576 | 4508 | 7145 | 5244 | 4768 | 4040 | 3838 | 4117 | 3484 | 3106 | 49,767 |
| 1,987 | 3030 | 3055 | 3177 | 3854 | 4704 | 5120 | 4932 | 4590 | 3969 | 3730 | 3868 | 3598 | 47,359 |
| 1,988 | 3683 | 3479 | 3398 | 4274 | 5595 | 5388 | 4637 | 4173 | 4401 | 4011 | 3861 | 3580 | 47,319 |
| 1,989 | 3691 | 3369 | 3362 | 4139 | 5133 | 4473 | 3451 | 3419 | 3435 | 3322 | 3407 | 3131 | 44,250 |
| 1,990 | 3077 | 3205 | 3481 | 3857 | 4544 | 5075 | 3917 | 3349 | 3502 | 3461 | 3555 | 3416 | 45,282 |
| 76 - 90 AVG | 3,280 | 3,247 | 3,529 | 4,601 | 5,709 | 5,319 | 4,427 | 3,942 | 3,867 | 3,810 | 3,615 | 3,349 | 48,684 |

**Old River @ Highway 4 (90)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 259 | 244 | 257 | 552 | 781 | 590 | 462 | 405 | 407 | 308 | 354 | 494 | 5,113 |
| 1977 | 585 | 721 | 704 | 766 | 975 | 796 | 622 | 528 | 577 | 611 | 618 | 723 | 8,246 |
| 1978 | 782 | 699 | 532 | 375 | 428 | 403 | 302 | 249 | 240 | 249 | 226 | 308 | 4,793 |
| 1979 | 417 | 516 | 445 | 422 | 315 | 254 | 238 | 240 | 220 | 213 | 282 | 368 | 3,930 |
| 1980 | 429 | 405 | 274 | 261 | 317 | 274 | 226 | 257 | 248 | 238 | 229 | 321 | 3,479 |
| 1981 | 405 | 455 | 429 | 419 | 288 | 241 | 231 | 274 | 305 | 303 | 367 | 452 | 4,169 |
| 1982 | 499 | 470 | 240 | 313 | 275 | 241 | 183 | 227 | 232 | 216 | 208 | 211 | 3,315 |
| 1983 | 201 | 235 | 211 | 208 | 173 | 183 | 167 | 171 | 181 | 232 | 224 | 218 | 2,404 |
| 1984 | 218 | 193 | 171 | 186 | 277 | 246 | 234 | 253 | 241 | 220 | 241 | 308 | 2,788 |
| 1985 | 417 | 510 | 286 | 286 | 499 | 401 | 300 | 307 | 282 | 284 | 362 | 486 | 4,420 |
| 1986 | 517 | 524 | 389 | 393 | 338 | 203 | 243 | 263 | 272 | 286 | 229 | 293 | 3,950 |
| 1987 | 412 | 550 | 537 | 821 | 839 | 437 | 317 | 303 | 296 | 302 | 366 | 536 | 5,716 |
| 1988 | 666 | 603 | 488 | 491 | 477 | 327 | 356 | 390 | 395 | 302 | 389 | 570 | 5,454 |
| 1989 | 646 | 599 | 492 | 657 | 887 | 431 | 224 | 223 | 238 | 270 | 366 | 462 | 5,493 |
| 1990 | 479 | 612 | 613 | 932 | 848 | 447 | 365 | 362 | 316 | 304 | 392 | 553 | 6,223 |
| 76 - 90 AVG | 482 | 489 | 405 | 473 | 514 | 365 | 298 | 297 | 297 | 289 | 324 | 420 | 4,633 |

**Old River @ Highway 4 (90)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 114 | 89 | 131 | 472 | 728 | 502 | 335 | 267 | 273 | 189 | 256 | 413 | 3,769 |
| 1977 | 476 | 619 | 595 | 724 | 962 | 752 | 482 | 391 | 418 | 471 | 532 | 666 | 7,088 |
| 1978 | 679 | 531 | 406 | 184 | 167 | 147 | 99 | 80 | 86 | 103 | 99 | 170 | 2,751 |
| 1979 | 290 | 402 | 351 | 284 | 130 | 82 | 77 | 87 | 89 | 86 | 174 | 265 | 2,317 |
| 1980 | 320 | 288 | 150 | 93 | 111 | 88 | 67 | 89 | 93 | 95 | 101 | 185 | 1,680 |
| 1981 | 286 | 329 | 333 | 309 | 136 | 82 | 76 | 124 | 172 | 185 | 270 | 363 | 2,665 |
| 1982 | 385 | 356 | 104 | 118 | 91 | 74 | 36 | 66 | 77 | 75 | 77 | 75 | 1,534 |
| 1983 | 63 | 85 | 64 | 60 | 42 | 46 | 35 | 35 | 42 | 78 | 73 | 71 | 694 |
| 1984 | 76 | 42 | 43 | 39 | 85 | 76 | 74 | 92 | 103 | 94 | 125 | 189 | 1,038 |
| 1985 | 314 | 409 | 156 | 156 | 394 | 260 | 145 | 168 | 154 | 169 | 264 | 402 | 2,991 |
| 1986 | 402 | 393 | 275 | 272 | 140 | 56 | 75 | 88 | 103 | 121 | 100 | 168 | 2,193 |
| 1987 | 295 | 438 | 462 | 805 | 801 | 303 | 149 | 134 | 159 | 183 | 264 | 455 | 4,448 |
| 1988 | 569 | 468 | 396 | 397 | 283 | 156 | 204 | 254 | 274 | 187 | 296 | 507 | 3,991 |
| 1989 | 558 | 477 | 385 | 598 | 848 | 317 | 88 | 85 | 107 | 154 | 272 | 379 | 4,264 |
| 1990 | 376 | 502 | 512 | 936 | 813 | 319 | 239 | 245 | 201 | 196 | 302 | 487 | 5,128 |
| 76 - 90 AVG | 347 | 362 | 291 | 363 | 382 | 217 | 145 | 147 | 157 | 159 | 214 | 320 | 3,103 |

**Old River @ Highway 4 (90)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2873 | 2830 | 3116 | 4158 | 4731 | 4643 | 4429 | 4242 | 4482 | 3757 | 3555 | 3286 | 46,100 |
| 1977 | 3293 | 3352 | 3590 | 4444 | 4696 | 4729 | 4861 | 4704 | 4944 | 5346 | 4989 | 4288 | 53,236 |
| 1978 | 4160 | 3851 | 3949 | 6529 | 8335 | 7654 | 5753 | 4057 | 3607 | 3889 | 3439 | 3324 | 58,547 |
| 1979 | 3252 | 3026 | 3159 | 4938 | 6038 | 5173 | 4036 | 3529 | 3263 | 3287 | 3234 | 3060 | 46,015 |
| 1980 | 3086 | 2818 | 3254 | 5051 | 7536 | 6510 | 4351 | 3757 | 3576 | 3672 | 3450 | 3338 | 50,401 |
| 1981 | 3125 | 3051 | 3187 | 4130 | 4638 | 4657 | 3996 | 3900 | 3807 | 3672 | 3630 | 3232 | 45,025 |
| 1982 | 3174 | 3089 | 3645 | 6136 | 8278 | 5697 | 4452 | 4445 | 3668 | 3501 | 3317 | 3143 | 50,545 |
| 1983 | 2974 | 3766 | 4477 | 4715 | 5914 | 4806 | 4419 | 3246 | 4104 | 4292 | 3618 | 3321 | 49,652 |
| 1984 | 3284 | 3063 | 3849 | 4400 | 5909 | 4923 | 3757 | 3661 | 3510 | 3336 | 3244 | 3103 | 46,039 |
| 1985 | 2848 | 3135 | 3704 | 4124 | 4821 | 5111 | 4444 | 3846 | 3630 | 3465 | 3631 | 3311 | 45,870 |
| 1986 | 3276 | 3216 | 3571 | 4508 | 7356 | 5251 | 4881 | 4076 | 3838 | 4256 | 3531 | 3109 | 50,869 |
| 1987 | 3044 | 3052 | 3176 | 3855 | 4704 | 5120 | 4881 | 4498 | 3919 | 3687 | 3826 | 3577 | 47,339 |
| 1988 | 3576 | 3375 | 3376 | 4262 | 5687 | 5409 | 4516 | 4090 | 3979 | 3622 | 3747 | 3552 | 49,191 |
| 1989 | 3614 | 3329 | 3358 | 4137 | 4948 | 4400 | 3451 | 3449 | 3485 | 3365 | 3526 | 3181 | 44,243 |
| 1990 | 3048 | 3148 | 3463 | 3860 | 4590 | 5121 | 4014 | 3501 | 3464 | 3359 | 3548 | 3406 | 44,522 |
| 76 - 90 AVG | 3,242 | 3,207 | 3,525 | 4,616 | 5,732 | 5,280 | 4,416 | 3,933 | 3,816 | 3,767 | 3,619 | 3,350 | 48,506 |

**Old River @ Highway 4 (90)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 258 | 244 | 256 | 529 | 770 | 592 | 480 | 412 | 474 | 325 | 364 | 491 | 5,195 |
| 1977 | 574 | 660 | 672 | 825 | 1039 | 793 | 604 | 528 | 588 | 626 | 627 | 726 | 8,262 |
| 1978 | 781 | 722 | 498 | 370 | 426 | 402 | 302 | 249 | 240 | 308 | 236 | 310 | 4,844 |
| 1979 | 415 | 509 | 454 | 440 | 320 | 254 | 237 | 242 | 222 | 214 | 284 | 366 | 3,957 |
| 1980 | 428 | 427 | 289 | 265 | 317 | 289 | 225 | 256 | 249 | 273 | 238 | 312 | 3,546 |
| 1981 | 423 | 549 | 533 | 513 | 335 | 243 | 230 | 276 | 297 | 299 | 366 | 447 | 4,511 |
| 1982 | 492 | 484 | 245 | 313 | 274 | 298 | 187 | 228 | 233 | 218 | 213 | 216 | 3,401 |
| 1983 | 202 | 235 | 232 | 204 | 178 | 183 | 166 | 171 | 181 | 232 | 224 | 218 | 2,426 |
| 1984 | 218 | 193 | 171 | 186 | 277 | 246 | 234 | 252 | 241 | 220 | 241 | 307 | 2,786 |
| 1985 | 419 | 548 | 274 | 284 | 540 | 413 | 308 | 312 | 291 | 292 | 373 | 492 | 4,546 |
| 1986 | 524 | 519 | 394 | 387 | 317 | 203 | 239 | 261 | 272 | 274 | 227 | 293 | 3,910 |
| 1987 | 410 | 548 | 537 | 821 | 839 | 437 | 392 | 352 | 308 | 304 | 360 | 522 | 5,830 |
| 1988 | 626 | 537 | 402 | 452 | 472 | 325 | 369 | 381 | 432 | 341 | 428 | 823 | 5,388 |
| 1989 | 705 | 617 | 492 | 655 | 861 | 417 | 221 | 221 | 234 | 266 | 350 | 492 | 5,482 |
| 1990 | 479 | 614 | 611 | 939 | 877 | 465 | 378 | 383 | 333 | 308 | 428 | 597 | 6,410 |
| 76-90 AVG | 464 | 494 | 404 | 479 | 524 | 389 | 305 | 302 | 306 | 300 | 330 | 423 | 4,700 |

**Old River @ Highway 4 (90)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 113 | 89 | 128 | 443 | 713 | 505 | 341 | 265 | 289 | 198 | 267 | 410 | 3,761 |
| 1977 | 456 | 534 | 550 | 779 | 1044 | 749 | 476 | 391 | 422 | 478 | 541 | 669 | 7,089 |
| 1978 | 679 | 542 | 361 | 178 | 165 | 146 | 99 | 80 | 87 | 137 | 106 | 171 | 2,751 |
| 1979 | 283 | 391 | 366 | 307 | 135 | 82 | 76 | 88 | 91 | 89 | 177 | 262 | 2,347 |
| 1980 | 318 | 312 | 169 | 97 | 111 | 85 | 66 | 89 | 94 | 116 | 103 | 174 | 1,734 |
| 1981 | 304 | 444 | 460 | 426 | 195 | 89 | 76 | 120 | 161 | 184 | 271 | 358 | 3,088 |
| 1982 | 379 | 374 | 111 | 118 | 91 | 101 | 38 | 67 | 77 | 76 | 82 | 80 | 1,594 |
| 1983 | 64 | 86 | 78 | 58 | 44 | 46 | 35 | 35 | 42 | 78 | 73 | 71 | 710 |
| 1984 | 76 | 41 | 43 | 39 | 85 | 75 | 74 | 92 | 103 | 94 | 125 | 189 | 1,036 |
| 1985 | 313 | 454 | 142 | 158 | 445 | 271 | 152 | 179 | 169 | 178 | 277 | 408 | 3,146 |
| 1986 | 406 | 384 | 281 | 266 | 126 | 56 | 73 | 88 | 103 | 114 | 98 | 168 | 2,163 |
| 1987 | 293 | 436 | 461 | 806 | 802 | 304 | 186 | 158 | 158 | 178 | 249 | 435 | 4,466 |
| 1988 | 509 | 357 | 283 | 350 | 272 | 152 | 198 | 228 | 282 | 214 | 339 | 569 | 3,753 |
| 1989 | 823 | 490 | 383 | 594 | 824 | 295 | 84 | 83 | 106 | 150 | 254 | 334 | 4,220 |
| 1990 | 374 | 496 | 505 | 945 | 852 | 345 | 259 | 275 | 216 | 194 | 344 | 538 | 5,343 |
| 76-90 AVG | 346 | 362 | 288 | 371 | 394 | 220 | 149 | 149 | 160 | 165 | 220 | 322 | 3,147 |

**Old River @ Highway 4 (90)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2873 | 2829 | 3134 | 4196 | 4768 | 4647 | 4554 | 4438 | 4820 | 3969 | 3579 | 3275 | 47,082 |
| 1977 | 3362 | 3449 | 3635 | 4295 | 4556 | 4702 | 4820 | 4974 | 5395 | 5009 | 4296 | 4726 | 53,219 |
| 1978 | 4389 | 4033 | 3975 | 6535 | 8314 | 7634 | 5754 | 4059 | 3616 | 4210 | 3526 | 3328 | 59,373 |
| 1979 | 3313 | 3054 | 3137 | 4926 | 6057 | 5159 | 4020 | 3558 | 3271 | 3240 | 3212 | 3081 | 46,028 |
| 1980 | 2965 | 2840 | 3257 | 5054 | 7533 | 8390 | 4304 | 3745 | 3576 | 3974 | 3529 | 3330 | 50,497 |
| 1981 | 3178 | 3057 | 3174 | 4057 | 4584 | 4513 | 3960 | 4068 | 3816 | 3551 | 3512 | 3196 | 44,636 |
| 1982 | 3133 | 3077 | 3650 | 6136 | 6257 | 6564 | 4506 | 4461 | 3879 | 3536 | 3343 | 3154 | 51,496 |
| 1983 | 2981 | 3769 | 4814 | 4729 | 5983 | 4808 | 4419 | 3247 | 4104 | 4292 | 3618 | 3321 | 50,085 |
| 1984 | 3284 | 3063 | 3849 | 4400 | 5910 | 4918 | 3752 | 3657 | 3509 | 3337 | 3243 | 3103 | 46,025 |
| 1985 | 2920 | 3167 | 3749 | 3980 | 4544 | 5219 | 4523 | 3730 | 3584 | 3483 | 3657 | 3345 | 45,901 |
| 1986 | 3325 | 3251 | 3581 | 4491 | 7135 | 5244 | 4767 | 4039 | 3844 | 4157 | 3497 | 3107 | 50,438 |
| 1987 | 3026 | 3054 | 3177 | 3855 | 4705 | 5122 | 5135 | 4991 | 4199 | 3915 | 4033 | 3670 | 48,882 |
| 1988 | 3790 | 3599 | 3426 | 4276 | 5726 | 5430 | 4795 | 4349 | 4558 | 4108 | 3918 | 3603 | 51,578 |
| 1989 | 3726 | 3403 | 3374 | 4144 | 5154 | 4479 | 3462 | 3419 | 3436 | 3335 | 3407 | 3131 | 44,460 |
| 1990 | 3082 | 3217 | 3490 | 3860 | 4525 | 5054 | 3914 | 3430 | 3630 | 3547 | 3633 | 3455 | 44,837 |
| 76-90 AVG | 3,290 | 3,257 | 3,561 | 4,596 | 5,715 | 5,326 | 4,445 | 3,994 | 3,908 | 3,870 | 3,648 | 3,360 | 48,969 |

**Old River @ Highway 4 (90)**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 274 | 247 | 258 | 550 | 780 | 590 | 497 | 419 | 513 | 333 | 372 | 500 | 5,333 |
| 1977 | 547 | 588 | 548 | 625 | 928 | 759 | 660 | 548 | 584 | 620 | 621 | 723 | 7,751 |
| 1978 | 793 | 729 | 526 | 374 | 417 | 395 | 302 | 249 | 241 | 308 | 236 | 312 | 4,882 |
| 1979 | 418 | 513 | 456 | 440 | 320 | 251 | 235 | 242 | 222 | 213 | 278 | 363 | 3,951 |
| 1980 | 433 | 434 | 290 | 265 | 317 | 269 | 225 | 256 | 249 | 265 | 232 | 312 | 3,547 |
| 1981 | 426 | 555 | 534 | 520 | 343 | 244 | 230 | 275 | 316 | 307 | 348 | 423 | 4,521 |
| 1982 | 489 | 472 | 242 | 313 | 274 | 296 | 187 | 228 | 233 | 219 | 212 | 215 | 3,379 |
| 1983 | 202 | 235 | 243 | 211 | 173 | 183 | 167 | 171 | 181 | 232 | 224 | 218 | 2,440 |
| 1984 | 218 | 193 | 171 | 186 | 277 | 246 | 234 | 252 | 241 | 220 | 241 | 307 | 2,786 |
| 1985 | 415 | 543 | 274 | 283 | 533 | 414 | 309 | 311 | 264 | 286 | 358 | 471 | 4,481 |
| 1986 | 504 | 466 | 366 | 403 | 324 | 202 | 240 | 261 | 272 | 294 | 229 | 294 | 3,855 |
| 1987 | 415 | 550 | 537 | 821 | 839 | 437 | 458 | 434 | 321 | 317 | 360 | 526 | 6,015 |
| 1988 | 630 | 517 | 456 | 490 | 486 | 353 | 367 | 392 | 411 | 314 | 406 | 597 | 5,419 |
| 1989 | 668 | 591 | 489 | 854 | 884 | 432 | 225 | 219 | 244 | 276 | 348 | 443 | 5,473 |
| 1990 | 474 | 611 | 606 | 923 | 860 | 453 | 361 | 324 | 315 | 294 | 371 | 510 | 6,102 |
| 76 - 90 AVG | 460 | 483 | 400 | 471 | 517 | 368 | 313 | 305 | 308 | 300 | 322 | 414 | 4,662 |

**Old River @ Highway 4 (90)**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 131 | 92 | 132 | 469 | 726 | 502 | 343 | 267 | 302 | 203 | 276 | 421 | 3,864 |
| 1977 | 414 | 429 | 414 | 549 | 911 | 709 | 465 | 391 | 413 | 469 | 533 | 665 | 6,362 |
| 1978 | 689 | 549 | 390 | 183 | 162 | 143 | 99 | 80 | 87 | 137 | 106 | 174 | 2,799 |
| 1979 | 289 | 397 | 368 | 307 | 135 | 81 | 75 | 88 | 90 | 87 | 169 | 258 | 2,344 |
| 1980 | 323 | 322 | 170 | 97 | 111 | 85 | 66 | 88 | 94 | 111 | 100 | 175 | 1,742 |
| 1981 | 309 | 452 | 462 | 434 | 204 | 91 | 76 | 120 | 169 | 179 | 245 | 328 | 3,069 |
| 1982 | 372 | 358 | 106 | 118 | 91 | 101 | 38 | 67 | 77 | 76 | 81 | 80 | 1,565 |
| 1983 | 64 | 86 | 85 | 62 | 42 | 46 | 35 | 35 | 42 | 78 | 73 | 71 | 719 |
| 1984 | 76 | 42 | 43 | 39 | 85 | 75 | 73 | 92 | 103 | 95 | 125 | 188 | 1,036 |
| 1985 | 310 | 448 | 142 | 155 | 437 | 271 | 153 | 172 | 154 | 165 | 257 | 383 | 3,047 |
| 1986 | 386 | 328 | 249 | 285 | 135 | 56 | 74 | 88 | 103 | 126 | 99 | 170 | 2,099 |
| 1987 | 299 | 439 | 461 | 805 | 801 | 303 | 216 | 200 | 162 | 181 | 249 | 442 | 4,558 |
| 1988 | 523 | 362 | 358 | 396 | 290 | 168 | 177 | 212 | 251 | 189 | 315 | 540 | 3,781 |
| 1989 | 583 | 466 | 380 | 593 | 842 | 318 | 88 | 83 | 118 | 156 | 247 | 355 | 4,229 |
| 1990 | 370 | 497 | 505 | 926 | 829 | 327 | 222 | 191 | 192 | 181 | 277 | 435 | 4,952 |
| 76 - 90 AVG | 343 | 351 | 284 | 361 | 387 | 218 | 147 | 145 | 157 | 162 | 210 | 312 | 3,078 |

**Old River @ Highway 4 (90)**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2879 | 2830 | 3119 | 4162 | 4738 | 4640 | 4645 | 4549 | 4905 | 4035 | 3619 | 3280 | 47,401 |
| 1977 | 3437 | 3802 | 3586 | 4222 | 4550 | 4703 | 4977 | 4928 | 5052 | 5424 | 5020 | 4361 | 53,842 |
| 1978 | 4363 | 4057 | 4010 | 6547 | 8182 | 7543 | 5748 | 4058 | 3617 | 4213 | 3526 | 3327 | 59,191 |
| 1979 | 3275 | 3038 | 3136 | 4926 | 6059 | 5104 | 3989 | 3551 | 3271 | 3310 | 3248 | 3060 | 45,987 |
| 1980 | 2978 | 2846 | 3257 | 5055 | 7534 | 6389 | 4303 | 3741 | 3575 | 3895 | 3503 | 3326 | 50,402 |
| 1981 | 3164 | 3047 | 3170 | 4055 | 4569 | 4501 | 3947 | 4042 | 4110 | 3941 | 3668 | 3223 | 45,437 |
| 1982 | 3170 | 3089 | 3647 | 6137 | 6260 | 6530 | 4503 | 4462 | 3679 | 3549 | 3350 | 3155 | 51,531 |
| 1983 | 2987 | 3774 | 4984 | 4664 | 5910 | 4806 | 4419 | 3247 | 4104 | 4292 | 3618 | 3321 | 50,128 |
| 1984 | 3286 | 3063 | 3849 | 4400 | 5913 | 4917 | 3748 | 3857 | 3509 | 3337 | 3243 | 3103 | 46,025 |
| 1985 | 2896 | 3160 | 3750 | 4006 | 4562 | 5234 | 4534 | 3865 | 3688 | 3696 | 3715 | 3315 | 46,421 |
| 1986 | 3271 | 3172 | 3559 | 4517 | 7139 | 5243 | 4805 | 4055 | 3839 | 4271 | 3536 | 3109 | 50,516 |
| 1987 | 3044 | 3052 | 3176 | 3855 | 4704 | 5121 | 5194 | 5207 | 4390 | 4196 | 4003 | 3582 | 49,524 |
| 1988 | 3616 | 3371 | 3371 | 4263 | 5729 | 5828 | 5209 | 4798 | 4563 | 3877 | 3778 | 3536 | 51,939 |
| 1989 | 3614 | 3335 | 3363 | 4143 | 4945 | 4401 | 3452 | 3336 | 3490 | 3649 | 3717 | 3219 | 44,664 |
| 1990 | 3071 | 3178 | 3456 | 3852 | 4583 | 5118 | 4329 | 3673 | 3685 | 3474 | 3524 | 3356 | 45,299 |
| 76 - 90 AVG | 3,270 | 3,241 | 3,561 | 4,587 | 5,692 | 5,339 | 4,520 | 4,078 | 3,965 | 3,944 | 3,871 | 3,353 | 49,220 |

**Old River @ Highway 4 (90)**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 320 | 281 | 286 | 668 | 863 | 596 | 512 | 439 | 467 | 350 | 434 | 589 | 5,805 |
| 1977 | 586 | 561 | 531 | 594 | 688 | 762 | 598 | 538 | 579 | 609 | 614 | 719 | 7,579 |
| 1978 | 780 | 715 | 513 | 373 | 429 | 403 | 302 | 243 | 241 | 309 | 234 | 308 | 4,856 |
| 1979 | 419 | 507 | 428 | 416 | 315 | 251 | 235 | 248 | 229 | 215 | 259 | 348 | 3,868 |
| 1980 | 439 | 460 | 312 | 268 | 316 | 272 | 227 | 259 | 251 | 291 | 241 | 312 | 3,648 |
| 1981 | 399 | 474 | 479 | 490 | 350 | 249 | 228 | 335 | 440 | 348 | 356 | 464 | 4,614 |
| 1982 | 506 | 474 | 242 | 314 | 275 | 277 | 183 | 230 | 234 | 227 | 219 | 221 | 3,402 |
| 1983 | 202 | 235 | 264 | 212 | 173 | 183 | 167 | 171 | 181 | 231 | 219 | 217 | 2,455 |
| 1984 | 215 | 193 | 171 | 186 | 277 | 246 | 234 | 252 | 241 | 220 | 243 | 306 | 2,784 |
| 1985 | 425 | 589 | 286 | 294 | 549 | 419 | 315 | 372 | 369 | 305 | 362 | 497 | 4,782 |
| 1986 | 534 | 505 | 381 | 406 | 322 | 202 | 241 | 262 | 272 | 308 | 234 | 294 | 3,961 |
| 1987 | 415 | 550 | 537 | 820 | 838 | 437 | 621 | 565 | 501 | 445 | 404 | 536 | 6,669 |
| 1988 | 655 | 595 | 382 | 438 | 495 | 427 | 376 | 384 | 470 | 360 | 419 | 622 | 5,623 |
| 1989 | 693 | 563 | 469 | 640 | 869 | 418 | 222 | 324 | 292 | 279 | 350 | 457 | 5,576 |
| 1990 | 477 | 812 | 610 | 925 | 858 | 453 | 369 | 339 | 322 | 304 | 442 | 612 | 6,323 |
| 76 - 90 AVG | 471 | 488 | 393 | 470 | 521 | 373 | 322 | 331 | 339 | 320 | 335 | 433 | 4,796 |

**Old River @ Highway 4 (90)**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 187 | 133 | 166 | 617 | 832 | 508 | 350 | 276 | 282 | 214 | 341 | 523 | 4,429 |
| 1977 | 456 | 396 | 380 | 502 | 861 | 706 | 471 | 389 | 404 | 456 | 525 | 660 | 6,206 |
| 1978 | 676 | 539 | 379 | 182 | 167 | 147 | 99 | 80 | 87 | 137 | 102 | 168 | 2,763 |
| 1979 | 288 | 383 | 326 | 276 | 129 | 81 | 75 | 90 | 95 | 86 | 145 | 237 | 2,211 |
| 1980 | 326 | 351 | 196 | 101 | 111 | 87 | 67 | 90 | 95 | 128 | 105 | 174 | 1,831 |
| 1981 | 270 | 345 | 392 | 396 | 211 | 95 | 75 | 148 | 221 | 197 | 249 | 375 | 2,974 |
| 1982 | 393 | 361 | 106 | 118 | 91 | 91 | 36 | 68 | 77 | 81 | 87 | 86 | 1,595 |
| 1983 | 65 | 86 | 101 | 83 | 42 | 46 | 35 | 35 | 42 | 78 | 71 | 71 | 735 |
| 1984 | 74 | 42 | 43 | 39 | 85 | 75 | 74 | 92 | 103 | 94 | 127 | 187 | 1,035 |
| 1985 | 317 | 500 | 157 | 189 | 456 | 276 | 155 | 185 | 186 | 168 | 257 | 412 | 3,238 |
| 1986 | 409 | 354 | 263 | 288 | 134 | 56 | 75 | 88 | 103 | 134 | 103 | 169 | 2,176 |
| 1987 | 297 | 439 | 462 | 804 | 800 | 303 | 285 | 263 | 249 | 242 | 257 | 433 | 4,834 |
| 1988 | 531 | 387 | 243 | 331 | 284 | 207 | 178 | 213 | 280 | 220 | 321 | 564 | 3,759 |
| 1989 | 607 | 429 | 355 | 576 | 809 | 297 | 85 | 136 | 132 | 149 | 249 | 372 | 4,196 |
| 1990 | 374 | 499 | 508 | 928 | 826 | 327 | 220 | 187 | 185 | 189 | 360 | 557 | 5,160 |
| 76 - 90 AVG | 351 | 350 | 272 | 359 | 389 | 220 | 152 | 158 | 169 | 172 | 220 | 333 | 3,143 |

**Old River @ Highway 4 (90)**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2906 | 2845 | 3118 | 4020 | 4581 | 4692 | 4770 | 4758 | 4850 | 4305 | 3931 | 3415 | 48,191 |
| 1977 | 3509 | 3598 | 3643 | 4333 | 4615 | 4872 | 4980 | 4872 | 5052 | 5419 | 5013 | 4300 | 54,206 |
| 1978 | 4307 | 3970 | 3971 | 6546 | 8364 | 7659 | 5755 | 4060 | 3825 | 4217 | 3596 | 3349 | 59,419 |
| 1979 | 3315 | 3097 | 3197 | 4951 | 6043 | 5102 | 3993 | 3603 | 3351 | 3406 | 3332 | 3159 | 46,549 |
| 1980 | 3045 | 2859 | 3259 | 5056 | 7522 | 6453 | 4356 | 3781 | 3601 | 4115 | 3613 | 3346 | 51,006 |
| 1981 | 3234 | 3137 | 3206 | 4110 | 4650 | 4562 | 3900 | 4321 | 4791 | 4405 | 3913 | 3301 | 47,530 |
| 1982 | 3182 | 3093 | 3651 | 6146 | 6275 | 6217 | 4446 | 4493 | 3699 | 3653 | 3429 | 3178 | 51,462 |
| 1983 | 2995 | 3780 | 5193 | 4679 | 5911 | 4806 | 4419 | 3247 | 4103 | 4260 | 3532 | 3289 | 50,214 |
| 1984 | 3228 | 3064 | 3849 | 4401 | 5910 | 4920 | 3752 | 3658 | 3509 | 3336 | 3243 | 3103 | 45,973 |
| 1985 | 2963 | 3200 | 3756 | 3986 | 4550 | 5270 | 4893 | 4366 | 4507 | 4101 | 3863 | 3397 | 48,852 |
| 1986 | 3454 | 3355 | 3610 | 4530 | 7122 | 5239 | 4825 | 4060 | 3839 | 4355 | 3564 | 3111 | 51,064 |
| 1987 | 3044 | 3051 | 3175 | 3855 | 4706 | 5125 | 4975 | 5278 | 5238 | 5071 | 4777 | 4127 | 52,422 |
| 1988 | 4371 | 4077 | 3530 | 4299 | 5933 | 6402 | 5464 | 4692 | 4793 | 4394 | 4185 | 3764 | 55,904 |
| 1989 | 3757 | 3372 | 3372 | 4153 | 5142 | 4478 | 3457 | 3928 | 4337 | 3980 | 3756 | 3227 | 46,959 |
| 1990 | 3064 | 3174 | 3461 | 3856 | 4582 | 5126 | 4500 | 4111 | 3926 | 3835 | 3693 | 3450 | 46,578 |
| 76 - 90 AVG | 3,358 | 3,311 | 3,599 | 4,595 | 5,727 | 5,395 | 4,552 | 4,215 | 4,215 | 4,177 | 3,829 | 3,434 | 50,409 |

**Old River @ Highway 4, 90**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 314 | 379 | 801 | 992 | 866 | 570 | 482 | 432 | 507 | 451 | 410 | 425 |
| 1977 | 510 | 535 | 590 | 676 | 845 | 678 | 489 | 475 | 490 | 468 | 531 | 669 |
| 1978 | 757 | 679 | 516 | 370 | 369 | 380 | 228 | 253 | 249 | 216 | 241 | 322 |
| 1979 | 431 | 525 | 976 | 882 | 346 | 249 | 281 | 378 | 244 | 210 | 276 | 366 |
| 1980 | 434 | 446 | 551 | 364 | 360 | 305 | 268 | 322 | 277 | 225 | 224 | 317 |
| 1981 | 439 | 572 | 1168 | 1097 | 467 | 262 | 270 | 353 | 441 | 462 | 355 | 414 |
| 1982 | 498 | 505 | 248 | 314 | 272 | 205 | 177 | 217 | 236 | 208 | 224 | 229 |
| 1983 | 208 | 233 | 259 | 251 | 173 | 191 | 172 | 173 | 196 | 233 | 211 | 212 |
| 1984 | 221 | 223 | 170 | 174 | 263 | 240 | 266 | 328 | 250 | 213 | 238 | 309 |
| 1985 | 422 | 564 | 317 | 318 | 538 | 395 | 348 | 390 | 308 | 291 | 340 | 441 |
| 1986 | 510 | 511 | 626 | 569 | 444 | 196 | 267 | 300 | 292 | 225 | 234 | 309 |
| 1987 | 413 | 582 | 1172 | 1344 | 867 | 431 | 592 | 492 | 467 | 407 | 374 | 523 |
| 1988 | 631 | 507 | 741 | 734 | 400 | 768 | 480 | 368 | 459 | 414 | 444 | 592 |
| 1989 | 605 | 508 | 445 | 607 | 859 | 438 | 239 | 249 | 246 | 272 | 349 | 455 |
| 1990 | 467 | 550 | 526 | 808 | 718 | 405 | 404 | 350 | 311 | 311 | 427 | 560 |
| Average | 457 | 487 | 607 | 633 | 519 | 381 | 331 | 339 | 332 | 307 | 325 | 410 |

**Old River @ Highway 4, 90**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 187 | 255 | 791 | 1011 | 842 | 489 | 315 | 247 | 273 | 261 | 310 | 333 |
| 1977 | 363 | 363 | 405 | 567 | 789 | 592 | 351 | 323 | 375 | 354 | 449 | 615 |
| 1978 | 655 | 518 | 394 | 180 | 138 | 135 | 56 | 72 | 88 | 82 | 125 | 198 |
| 1979 | 307 | 414 | 998 | 841 | 165 | 80 | 97 | 148 | 90 | 84 | 166 | 259 |
| 1980 | 323 | 337 | 484 | 218 | 134 | 102 | 85 | 116 | 105 | 84 | 103 | 186 |
| 1981 | 327 | 472 | 1229 | 1135 | 351 | 114 | 98 | 144 | 203 | 235 | 232 | 317 |
| 1982 | 387 | 402 | 115 | 118 | 89 | 57 | 34 | 53 | 78 | 71 | 102 | 106 |
| 1983 | 89 | 83 | 100 | 64 | 42 | 50 | 35 | 35 | 49 | 78 | 69 | 70 |
| 1984 | 75 | 68 | 42 | 38 | 77 | 72 | 90 | 128 | 95 | 85 | 122 | 191 |
| 1985 | 315 | 478 | 195 | 197 | 448 | 257 | 160 | 172 | 136 | 152 | 232 | 350 |
| 1986 | 391 | 383 | 562 | 485 | 216 | 53 | 82 | 98 | 110 | 87 | 116 | 186 |
| 1987 | 302 | 461 | 1233 | 1439 | 836 | 299 | 262 | 221 | 230 | 225 | 248 | 433 |
| 1988 | 509 | 333 | 693 | 690 | 253 | 361 | 213 | 174 | 243 | 241 | 341 | 527 |
| 1989 | 493 | 363 | 328 | 537 | 815 | 327 | 99 | 95 | 107 | 148 | 247 | 372 |
| 1990 | 363 | 441 | 427 | 790 | 662 | 279 | 210 | 166 | 154 | 182 | 338 | 497 |
| Average | 338 | 358 | 533 | 555 | 390 | 218 | 146 | 146 | 156 | 158 | 213 | 309 |

**Old River @ Highway 4, 90**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2827 | 2784 | 3011 | 3910 | 4458 | 4434 | 4600 | 4743 | 4978 | 5215 | 3846 | 3235 |
| 1977 | 3516 | 3682 | 3923 | 4585 | 4953 | 5039 | 4783 | 4620 | 4201 | 4585 | 4509 | 4069 |
| 1978 | 4009 | 3782 | 3902 | 6502 | 7438 | 7316 | 4532 | 3382 | 3649 | 3428 | 3233 | 3157 |
| 1979 | 3182 | 3021 | 3033 | 4910 | 6142 | 5095 | 4638 | 4276 | 3531 | 3265 | 3305 | 3165 |
| 1980 | 2961 | 2859 | 3216 | 4923 | 7967 | 6998 | 5287 | 4242 | 3839 | 3580 | 3284 | 3267 |
| 1981 | 3105 | 3019 | 3078 | 3984 | 4640 | 4488 | 4376 | 4508 | 4742 | 4961 | 4011 | 3256 |
| 1982 | 3125 | 3072 | 3628 | 6192 | 5988 | 5214 | 4383 | 3349 | 3664 | 3445 | 3308 | 3054 |
| 1983 | 3150 | 3868 | 5129 | 5434 | 5954 | 4922 | 4418 | 3232 | 4156 | 4157 | 3496 | 3245 |
| 1984 | 3456 | 3688 | 3880 | 4364 | 6021 | 5002 | 4178 | 4361 | 3653 | 3324 | 3219 | 3082 |
| 1985 | 2901 | 3158 | 3693 | 4070 | 4491 | 5033 | 5109 | 4771 | 4235 | 4080 | 3830 | 3321 |
| 1986 | 3291 | 3197 | 3525 | 4525 | 7997 | 5171 | 5005 | 3602 | 3996 | 3519 | 3232 | 3090 |
| 1987 | 2982 | 3002 | 3058 | 3802 | 4692 | 5040 | 4738 | 5206 | 5119 | 5069 | 4553 | 3905 |
| 1988 | 3842 | 3534 | 3351 | 4302 | 5241 | 5701 | 5684 | 4788 | 4772 | 5005 | 4343 | 3650 |
| 1989 | 3640 | 3352 | 3372 | 4140 | 4889 | 4368 | 3656 | 3794 | 3763 | 3726 | 3767 | 3233 |
| 1990 | 2987 | 3046 | 3344 | 3818 | 4465 | 4869 | 4714 | 4540 | 4147 | 4066 | 3888 | 3450 |
| Average | 3266 | 3268 | 3543 | 4631 | 5689 | 5246 | 4673 | 4228 | 4163 | 4094 | 3721 | 3345 |

**Contra Costa Canal Intake, 247**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 310 | 378 | 877 | 1099 | 977 | 636 | 491 | 426 | 438 | 417 | 461 | 463 |
| 1977 | 533 | 559 | 614 | 746 | 944 | 746 | 542 | 506 | 533 | 510 | 606 | 753 |
| 1978 | 810 | 709 | 593 | 648 | 564 | 565 | 409 | 315 | 256 | 225 | 267 | 334 |
| 1979 | 452 | 564 | 1068 | 1049 | 437 | 280 | 292 | 364 | 252 | 228 | 309 | 392 |
| 1980 | 454 | 469 | 610 | 436 | 753 | 493 | 321 | 363 | 278 | 228 | 245 | 327 |
| 1981 | 470 | 626 | 1284 | 1242 | 533 | 293 | 288 | 322 | 354 | 374 | 383 | 449 |
| 1982 | 522 | 541 | 287 | 640 | 328 | 493 | 291 | 263 | 244 | 218 | 243 | 236 |
| 1983 | 206 | 281 | 346 | 795 | 632 | 582 | 304 | 225 | 251 | 242 | 212 | 208 |
| 1984 | 221 | 274 | 336 | 271 | 312 | 274 | 281 | 313 | 249 | 227 | 263 | 323 |
| 1985 | 443 | 625 | 341 | 352 | 631 | 444 | 366 | 353 | 301 | 303 | 383 | 483 |
| 1986 | 535 | 534 | 697 | 666 | 792 | 647 | 354 | 360 | 294 | 235 | 258 | 318 |
| 1987 | 432 | 605 | 1284 | 1482 | 1000 | 501 | 527 | 467 | 409 | 390 | 417 | 577 |
| 1988 | 661 | 506 | 814 | 860 | 434 | 558 | 473 | 381 | 412 | 407 | 507 | 663 |
| 1989 | 641 | 517 | 481 | 681 | 974 | 509 | 280 | 254 | 256 | 297 | 400 | 498 |
| 1990 | 484 | 578 | 574 | 902 | 810 | 439 | 379 | 324 | 319 | 340 | 494 | 631 |
| Average | 478 | 518 | 679 | 791 | 675 | 497 | 373 | 349 | 323 | 309 | 383 | 444 |

**Contra Costa Canal Intake, 247**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 205 | 275 | 882 | 1105 | 934 | 536 | 348 | 255 | 255 | 251 | 360 | 384 |
| 1977 | 414 | 415 | 463 | 639 | 884 | 647 | 387 | 359 | 416 | 397 | 518 | 714 |
| 1978 | 741 | 584 | 465 | 300 | 190 | 195 | 130 | 103 | 91 | 88 | 147 | 224 |
| 1979 | 350 | 483 | 1107 | 974 | 204 | 89 | 99 | 143 | 94 | 95 | 197 | 298 |
| 1980 | 368 | 385 | 544 | 264 | 268 | 178 | 105 | 137 | 106 | 88 | 120 | 209 |
| 1981 | 382 | 558 | 1368 | 1267 | 394 | 126 | 102 | 127 | 159 | 197 | 265 | 385 |
| 1982 | 440 | 461 | 130 | 253 | 106 | 182 | 81 | 79 | 83 | 77 | 118 | 116 |
| 1983 | 70 | 114 | 144 | 327 | 205 | 184 | 80 | 61 | 85 | 83 | 69 | 70 |
| 1984 | 78 | 108 | 133 | 85 | 93 | 82 | 92 | 118 | 94 | 94 | 143 | 216 |
| 1985 | 383 | 556 | 215 | 215 | 513 | 292 | 172 | 155 | 133 | 164 | 276 | 405 |
| 1986 | 446 | 436 | 625 | 560 | 326 | 249 | 120 | 131 | 113 | 93 | 138 | 210 |
| 1987 | 344 | 537 | 1369 | 1576 | 935 | 334 | 248 | 209 | 204 | 220 | 286 | 504 |
| 1988 | 571 | 361 | 774 | 797 | 273 | 280 | 209 | 184 | 229 | 241 | 401 | 613 |
| 1989 | 561 | 400 | 377 | 596 | 922 | 391 | 116 | 95 | 114 | 189 | 299 | 432 |
| 1990 | 407 | 504 | 494 | 873 | 742 | 300 | 206 | 156 | 162 | 206 | 402 | 581 |
| Average | 383 | 412 | 606 | 655 | 466 | 270 | 167 | 154 | 156 | 164 | 249 | 356 |

**Contra Costa Canal Intake, 247**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2915 | 2956 | 3244 | 4853 | 4984 | 4890 | 4939 | 5102 | 5474 | 5320 | 4142 | 3437 |
| 1977 | 3700 | 3848 | 4148 | 5253 | 5250 | 5448 | 5437 | 4997 | 4663 | 4898 | 4980 | 4448 |
| 1978 | 4454 | 4145 | 5050 | 12513 | 10448 | 10135 | 7474 | 5002 | 3970 | 3626 | 3415 | 3323 |
| 1979 | 3390 | 3170 | 3289 | 6919 | 7257 | 5690 | 5105 | 5468 | 3827 | 3500 | 3483 | 3356 |
| 1980 | 3099 | 3040 | 3864 | 6174 | 12890 | 9694 | 6272 | 5764 | 4142 | 3750 | 3459 | 3421 |
| 1981 | 3293 | 3205 | 3329 | 5135 | 5122 | 4850 | 4888 | 4998 | 5094 | 5176 | 4180 | 3492 |
| 1982 | 3249 | 3473 | 4141 | 13472 | 6807 | 9408 | 6176 | 4708 | 3906 | 3638 | 3472 | 3169 |
| 1983 | 3201 | 5136 | 7156 | 16891 | 12687 | 10714 | 6444 | 4378 | 4912 | 4448 | 3665 | 3388 |
| 1984 | 3570 | 4914 | 7218 | 6298 | 6719 | 5583 | 4732 | 4742 | 3876 | 3528 | 3396 | 3279 |
| 1985 | 2973 | 3929 | 4165 | 4643 | 5086 | 5362 | 5657 | 5354 | 4513 | 4286 | 3998 | 3573 |
| 1986 | 3490 | 3402 | 4567 | 5619 | 12576 | 10936 | 8879 | 5515 | 4310 | 3718 | 3412 | 3236 |
| 1987 | 3170 | 3160 | 3285 | 4599 | 5522 | 5697 | 5964 | 5798 | 5621 | 5275 | 4884 | 4194 |
| 1988 | 4089 | 3775 | 3898 | 5447 | 5390 | 6661 | 6189 | 5185 | 5334 | 5285 | 4747 | 4020 |
| 1989 | 3953 | 3633 | 3784 | 5005 | 5286 | 4686 | 4222 | 4089 | 3989 | 3943 | 3924 | 3300 |
| 1990 | 3141 | 3183 | 3607 | 4850 | 4811 | 5044 | 5159 | 4587 | 4521 | 4379 | 4245 | 3741 |
| Average | 3446 | 3665 | 4316 | 7165 | 7389 | 6986 | 5702 | 5046 | 4543 | 4318 | 3959 | 3558 |

**Contra Costa Canal Intake (247)**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 252 | 229 | 274 | 638 | 883 | 661 | 504 | 436 | 444 | 349 | 417 | 526 | 4,844 |
| 1,977 | 602 | 719 | 740 | 934 | 1176 | 890 | 674 | 578 | 599 | 648 | 693 | 800 | 8,522 |
| 1,978 | 830 | 744 | 563 | 588 | 632 | 544 | 332 | 266 | 249 | 263 | 253 | 322 | 5,604 |
| 1,979 | 436 | 553 | 508 | 520 | 367 | 271 | 245 | 251 | 241 | 238 | 324 | 399 | 4,237 |
| 1,980 | 445 | 442 | 319 | 296 | 664 | 319 | 236 | 262 | 254 | 246 | 245 | 327 | 4,120 |
| 1,981 | 440 | 545 | 560 | 511 | 319 | 243 | 240 | 290 | 322 | 338 | 422 | 505 | 4,155 |
| 1,982 | 541 | 521 | 254 | 533 | 305 | 485 | 342 | 260 | 246 | 225 | 223 | 214 | 4,185 |
| 1,983 | 198 | 279 | 380 | 607 | 473 | 465 | 258 | 230 | 246 | 249 | 232 | 219 | 4,137 |
| 1,984 | 214 | 257 | 304 | 263 | 297 | 261 | 244 | 259 | 255 | 242 | 273 | 324 | 3,260 |
| 1,985 | 434 | 580 | 309 | 333 | 613 | 443 | 326 | 346 | 325 | 328 | 413 | 529 | 4,566 |
| 1,986 | 544 | 522 | 442 | 464 | 754 | 535 | 250 | 272 | 277 | 271 | 246 | 301 | 4,856 |
| 1,987 | 434 | 602 | 613 | 934 | 960 | 502 | 335 | 313 | 314 | 332 | 413 | 581 | 6,274 |
| 1,988 | 693 | 558 | 485 | 554 | 440 | 340 | 381 | 413 | 444 | 367 | 503 | 710 | 5,442 |
| 1,989 | 765 | 629 | 528 | 749 | 993 | 456 | 246 | 245 | 259 | 299 | 401 | 459 | 5,947 |
| 1,990 | 500 | 649 | 670 | 1066 | 986 | 498 | 424 | 414 | 367 | 350 | 472 | 617 | 7,003 |
| 76 - 90 AVG | 489 | 522 | 463 | 599 | 856 | 461 | 336 | 322 | 323 | 316 | 369 | 456 | 5,143 |

**Contra Costa Canal Intake (247)**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 127 | 90 | 152 | 554 | 830 | 562 | 372 | 291 | 303 | 222 | 321 | 460 | 3,280 |
| 1,977 | 525 | 643 | 656 | 905 | 1187 | 832 | 542 | 434 | 482 | 524 | 604 | 758 | 7,436 |
| 1,978 | 751 | 606 | 423 | 270 | 224 | 208 | 112 | 84 | 90 | 107 | 118 | 200 | 3,131 |
| 1,979 | 324 | 466 | 431 | 358 | 153 | 88 | 77 | 90 | 102 | 104 | 211 | 306 | 2,422 |
| 1,980 | 360 | 354 | 196 | 151 | 242 | 104 | 65 | 87 | 96 | 98 | 111 | 204 | 2,072 |
| 1,981 | 338 | 455 | 492 | 395 | 154 | 79 | 77 | 132 | 188 | 220 | 326 | 432 | 2,423 |
| 1,982 | 463 | 437 | 119 | 219 | 113 | 173 | 107 | 79 | 80 | 78 | 87 | 81 | 2,002 |
| 1,983 | 66 | 123 | 168 | 244 | 155 | 160 | 79 | 66 | 83 | 83 | 75 | 73 | 1,462 |
| 1,984 | 76 | 123 | 119 | 80 | 84 | 73 | 73 | 93 | 112 | 108 | 149 | 214 | 1,282 |
| 1,985 | 352 | 502 | 180 | 200 | 509 | 297 | 164 | 210 | 201 | 209 | 314 | 459 | 3,044 |
| 1,986 | 457 | 419 | 325 | 332 | 366 | 219 | 76 | 87 | 104 | 110 | 111 | 186 | 2,693 |
| 1,987 | 340 | 526 | 556 | 923 | 905 | 340 | 158 | 139 | 173 | 208 | 309 | 527 | 4,983 |
| 1,988 | 620 | 434 | 386 | 444 | 277 | 162 | 224 | 272 | 310 | 239 | 415 | 674 | 4,044 |
| 1,989 | 720 | 545 | 442 | 693 | 949 | 333 | 93 | 94 | 123 | 176 | 303 | 385 | 4,723 |
| 1,990 | 426 | 575 | 601 | 1082 | 940 | 367 | 293 | 312 | 251 | 234 | 384 | 563 | 6,004 |
| 76 - 90 AVG | 396 | 420 | 350 | 457 | 473 | 266 | 167 | 165 | 179 | 181 | 256 | 368 | 3,400 |

**Contra Costa Canal Intake (247)**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 2989 | 3025 | 3339 | 4780 | 4928 | 5041 | 4758 | 4663 | 4978 | 4213 | 3794 | 3463 | 51,357 |
| 1,977 | 3529 | 3578 | 3754 | 4676 | 4813 | 5198 | 5553 | 5289 | 5479 | 5748 | 5443 | 4755 | 57,408 |
| 1,978 | 4915 | 4394 | 5069 | 11342 | 11553 | 9858 | 6272 | 4503 | 3994 | 4346 | 3797 | 3572 | 74,820 |
| 1,979 | 3534 | 3205 | 3369 | 6367 | 6737 | 5491 | 4253 | 3910 | 3656 | 3611 | 3549 | 3381 | 54,870 |
| 1,980 | 3110 | 3017 | 3798 | 5853 | 12166 | 7180 | 4537 | 4075 | 3961 | 4012 | 3763 | 3584 | 60,223 |
| 1,981 | 3418 | 3263 | 3406 | 4892 | 4852 | 4578 | 4126 | 4257 | 4096 | 3874 | 3801 | 3502 | 51,855 |
| 1,982 | 3280 | 3447 | 4016 | 11140 | 6641 | 9512 | 6949 | 5155 | 4006 | 3801 | 3621 | 3341 | 66,251 |
| 1,983 | 3075 | 4986 | 7919 | 13364 | 10602 | 9675 | 6027 | 4567 | 5006 | 4742 | 3950 | 3564 | 80,611 |
| 1,984 | 3434 | 4476 | 6561 | 6012 | 6261 | 5169 | 4044 | 4003 | 3844 | 3684 | 3561 | 3408 | 56,785 |
| 1,985 | 3026 | 3916 | 4080 | 4402 | 4802 | 5285 | 4708 | 4016 | 3875 | 3788 | 3878 | 3624 | 50,751 |
| 1,986 | 3479 | 3405 | 4333 | 5174 | 12093 | 10118 | 5151 | 4423 | 4220 | 4393 | 3786 | 3358 | 64,339 |
| 1,987 | 3255 | 3211 | 3381 | 4381 | 5210 | 5642 | 5060 | 4823 | 4200 | 4002 | 4093 | 3864 | 51,771 |
| 1,988 | 3636 | 3590 | 3777 | 5005 | 5500 | 5555 | 4824 | 4486 | 4729 | 4352 | 4187 | 3890 | 51,118 |
| 1,989 | 3943 | 3535 | 3627 | 4635 | 5250 | 4552 | 3750 | 3799 | 3760 | 3668 | 3697 | 3237 | 47,918 |
| 1,990 | 3191 | 3300 | 3612 | 4332 | 4663 | 5206 | 4285 | 3406 | 3640 | 3852 | 3896 | 3738 | 48,306 |
| 76 - 90 AVG | 3,468 | 3,623 | 4,269 | 6,422 | 7,071 | 6,537 | 4,955 | 4,358 | 4,243 | 4,139 | 3,921 | 3,619 | 57,879 |

**Contra Costa Canal Intake (247)**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 243 | 227 | 271 | 634 | 874 | 654 | 493 | 431 | 420 | 336 | 406 | 543 | 5,532 |
| 1977 | 628 | 803 | 781 | 882 | 1089 | 882 | 656 | 581 | 586 | 636 | 688 | 803 | 8,995 |
| 1978 | 836 | 724 | 602 | 588 | 625 | 555 | 332 | 266 | 249 | 250 | 247 | 320 | 5,594 |
| 1979 | 440 | 560 | 498 | 510 | 373 | 271 | 245 | 249 | 238 | 236 | 324 | 402 | 4,346 |
| 1980 | 441 | 422 | 303 | 292 | 666 | 336 | 238 | 263 | 254 | 242 | 247 | 335 | 4,039 |
| 1981 | 436 | 487 | 480 | 485 | 309 | 246 | 243 | 294 | 325 | 336 | 420 | 495 | 4,556 |
| 1982 | 520 | 495 | 248 | 533 | 306 | 485 | 314 | 258 | 246 | 225 | 222 | 213 | 4,065 |
| 1983 | 198 | 279 | 381 | 606 | 499 | 510 | 272 | 230 | 246 | 250 | 232 | 219 | 3,922 |
| 1984 | 214 | 257 | 305 | 264 | 293 | 258 | 244 | 259 | 255 | 242 | 273 | 325 | 3,189 |
| 1985 | 438 | 562 | 300 | 312 | 573 | 431 | 317 | 333 | 301 | 320 | 417 | 535 | 4,839 |
| 1986 | 542 | 543 | 442 | 451 | 755 | 548 | 267 | 274 | 277 | 281 | 249 | 302 | 4,931 |
| 1987 | 432 | 600 | 609 | 923 | 948 | 497 | 330 | 309 | 313 | 333 | 416 | 594 | 6,304 |
| 1988 | 714 | 624 | 552 | 569 | 440 | 337 | 379 | 421 | 419 | 335 | 452 | 645 | 5,887 |
| 1989 | 692 | 617 | 533 | 750 | 991 | 469 | 249 | 247 | 259 | 305 | 424 | 506 | 6,042 |
| 1990 | 499 | 644 | 665 | 1047 | 922 | 472 | 401 | 381 | 344 | 344 | 454 | 621 | 6,794 |
| 76 - 90 AVG | 485 | 523 | 485 | 590 | 644 | 483 | 332 | 318 | 315 | 311 | 365 | 457 | 5,269 |

**Contra Costa Canal Intake (247)**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 114 | 84 | 148 | 549 | 820 | 553 | 363 | 292 | 288 | 213 | 308 | 480 | 4,212 |
| 1977 | 552 | 743 | 711 | 838 | 1077 | 824 | 530 | 426 | 454 | 518 | 602 | 763 | 8,038 |
| 1978 | 765 | 594 | 474 | 275 | 217 | 195 | 108 | 89 | 92 | 101 | 114 | 193 | 3,217 |
| 1979 | 332 | 475 | 416 | 343 | 150 | 86 | 78 | 92 | 100 | 101 | 211 | 309 | 2,693 |
| 1980 | 358 | 329 | 177 | 105 | 222 | 108 | 71 | 91 | 97 | 97 | 114 | 212 | 1,981 |
| 1981 | 338 | 385 | 394 | 364 | 144 | 79 | 78 | 137 | 190 | 214 | 321 | 420 | 3,064 |
| 1982 | 436 | 405 | 110 | 207 | 99 | 165 | 93 | 80 | 85 | 79 | 86 | 79 | 1,924 |
| 1983 | 64 | 114 | 161 | 237 | 152 | 160 | 79 | 66 | 82 | 88 | 79 | 75 | 1,357 |
| 1984 | 76 | 91 | 112 | 79 | 86 | 77 | 75 | 95 | 113 | 108 | 149 | 216 | 1,277 |
| 1985 | 360 | 478 | 168 | 174 | 455 | 288 | 155 | 189 | 169 | 199 | 318 | 466 | 3,417 |
| 1986 | 457 | 445 | 325 | 316 | 316 | 193 | 84 | 94 | 107 | 117 | 113 | 187 | 2,754 |
| 1987 | 337 | 519 | 549 | 909 | 890 | 335 | 154 | 137 | 174 | 211 | 314 | 532 | 5,061 |
| 1988 | 656 | 528 | 470 | 463 | 277 | 159 | 229 | 285 | 299 | 214 | 358 | 597 | 4,535 |
| 1989 | 638 | 534 | 447 | 696 | 959 | 356 | 97 | 95 | 122 | 163 | 328 | 441 | 4,896 |
| 1990 | 426 | 575 | 594 | 1059 | 885 | 337 | 267 | 269 | 226 | 231 | 364 | 570 | 5,803 |
| 76 - 90 AVG | 394 | 420 | 350 | 441 | 450 | 261 | 164 | 162 | 173 | 178 | 252 | 369 | 3,615 |

**Contra Costa Canal Intake (247)**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2985 | 3025 | 3337 | 4753 | 4923 | 5040 | 4642 | 4543 | 4677 | 4038 | 3786 | 3493 | 49,244 |
| 1977 | 3471 | 3488 | 3710 | 4778 | 4948 | 5176 | 5373 | 5078 | 5335 | 5598 | 5360 | 4897 | 57,012 |
| 1978 | 4630 | 4151 | 4970 | 11227 | 11435 | 10010 | 6265 | 4502 | 3999 | 4167 | 3742 | 3569 | 72,667 |
| 1979 | 3485 | 3176 | 3380 | 6380 | 6841 | 5489 | 4254 | 3882 | 3649 | 3645 | 3568 | 3381 | 51,130 |
| 1980 | 3075 | 2998 | 3792 | 5845 | 12149 | 7409 | 4588 | 4084 | 3965 | 3966 | 3752 | 3590 | 59,213 |
| 1981 | 3346 | 3228 | 3412 | 4887 | 4821 | 4717 | 4210 | 4255 | 4135 | 3982 | 3898 | 3528 | 48,419 |
| 1982 | 3287 | 3447 | 4011 | 11146 | 6658 | 9458 | 6514 | 5117 | 4001 | 3803 | 3623 | 3338 | 64,403 |
| 1983 | 3071 | 4989 | 7939 | 13090 | 10441 | 9664 | 6017 | 4558 | 5004 | 4742 | 3950 | 3560 | 77,025 |
| 1984 | 3431 | 4477 | 6560 | 6010 | 6200 | 5150 | 4050 | 4011 | 3847 | 3687 | 3561 | 3408 | 54,392 |
| 1985 | 2979 | 3895 | 4078 | 4454 | 4937 | 5200 | 4634 | 4173 | 3939 | 3806 | 3901 | 3604 | 49,600 |
| 1986 | 3451 | 3391 | 4326 | 5173 | 12089 | 10067 | 5275 | 4485 | 4223 | 4528 | 3834 | 3362 | 64,184 |
| 1987 | 3254 | 3211 | 3380 | 4382 | 5209 | 5639 | 5022 | 4739 | 4155 | 3960 | 4057 | 3843 | 50,851 |
| 1988 | 3709 | 3488 | 3745 | 4991 | 5498 | 5540 | 4850 | 4368 | 4240 | 3932 | 4016 | 3817 | 51,994 |
| 1989 | 3811 | 3453 | 3581 | 4576 | 5004 | 4419 | 3754 | 3826 | 3802 | 3705 | 3800 | 3283 | 47,014 |
| 1990 | 3163 | 3252 | 3599 | 4333 | 4699 | 5208 | 4281 | 3502 | 3757 | 3702 | 3832 | 3683 | 47,011 |
| 76 - 90 AVG | 3,410 | 3,576 | 4,255 | 6,402 | 7,057 | 6,546 | 4,902 | 4,340 | 4,182 | 4,084 | 3,912 | 3,610 | 56,277 |

**Contra Costa Canal Intake (247)**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 242 | 227 | 269 | 609 | 863 | 657 | 501 | 432 | 437 | 347 | 417 | 540 | 5,541 |
| 1977 | 614 | 722 | 739 | 930 | 1160 | 881 | 653 | 565 | 594 | 647 | 697 | 805 | 9,007 |
| 1978 | 834 | 746 | 564 | 588 | 632 | 544 | 331 | 266 | 250 | 275 | 256 | 322 | 5,608 |
| 1979 | 436 | 550 | 510 | 532 | 379 | 270 | 244 | 251 | 240 | 239 | 326 | 399 | 4,376 |
| 1980 | 446 | 448 | 321 | 296 | 666 | 324 | 236 | 262 | 254 | 266 | 252 | 323 | 4,094 |
| 1981 | 455 | 605 | 607 | 592 | 367 | 254 | 242 | 291 | 315 | 336 | 420 | 491 | 4,975 |
| 1982 | 512 | 512 | 254 | 533 | 304 | 485 | 340 | 259 | 246 | 227 | 227 | 219 | 4,118 |
| 1983 | 198 | 279 | 389 | 627 | 507 | 511 | 272 | 230 | 246 | 250 | 232 | 219 | 3,960 |
| 1984 | 214 | 257 | 305 | 264 | 293 | 258 | 244 | 259 | 255 | 242 | 273 | 324 | 3,188 |
| 1985 | 435 | 605 | 291 | 313 | 620 | 441 | 326 | 341 | 316 | 329 | 430 | 540 | 4,987 |
| 1986 | 549 | 535 | 447 | 445 | 742 | 546 | 262 | 272 | 278 | 273 | 247 | 301 | 4,897 |
| 1987 | 430 | 598 | 608 | 923 | 948 | 503 | 361 | 340 | 320 | 332 | 406 | 575 | 6,344 |
| 1988 | 658 | 529 | 445 | 527 | 435 | 339 | 379 | 403 | 437 | 367 | 498 | 705 | 5,722 |
| 1989 | 762 | 838 | 534 | 745 | 982 | 452 | 245 | 245 | 258 | 299 | 404 | 460 | 6,022 |
| 1990 | 499 | 843 | 661 | 1055 | 959 | 498 | 422 | 409 | 359 | 346 | 498 | 672 | 7,021 |
| 76 - 90 AVG | 486 | 526 | 463 | 599 | 657 | 464 | 337 | 322 | 320 | 318 | 372 | 460 | 5,324 |

**Contra Costa Canal Intake (247)**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 113 | 84 | 144 | 518 | 805 | 557 | 368 | 285 | 288 | 219 | 320 | 476 | 4,177 |
| 1977 | 529 | 634 | 654 | 898 | 1167 | 821 | 528 | 429 | 460 | 525 | 609 | 764 | 8,018 |
| 1978 | 755 | 603 | 421 | 271 | 218 | 191 | 108 | 89 | 92 | 117 | 120 | 194 | 3,179 |
| 1979 | 324 | 460 | 434 | 371 | 157 | 86 | 77 | 92 | 102 | 105 | 214 | 306 | 2,728 |
| 1980 | 360 | 360 | 199 | 110 | 223 | 103 | 70 | 91 | 97 | 111 | 115 | 198 | 2,037 |
| 1981 | 358 | 530 | 549 | 494 | 210 | 90 | 78 | 128 | 177 | 216 | 323 | 416 | 3,569 |
| 1982 | 429 | 425 | 118 | 207 | 98 | 167 | 104 | 81 | 85 | 81 | 92 | 86 | 1,973 |
| 1983 | 65 | 114 | 167 | 249 | 155 | 160 | 79 | 66 | 82 | 88 | 79 | 75 | 1,379 |
| 1984 | 77 | 91 | 112 | 79 | 86 | 77 | 75 | 95 | 113 | 108 | 149 | 215 | 1,277 |
| 1985 | 354 | 530 | 158 | 177 | 513 | 295 | 163 | 202 | 188 | 210 | 333 | 472 | 3,595 |
| 1986 | 463 | 432 | 331 | 310 | 301 | 191 | 82 | 93 | 107 | 112 | 112 | 187 | 2,721 |
| 1987 | 335 | 517 | 549 | 910 | 891 | 338 | 173 | 151 | 169 | 201 | 294 | 505 | 5,033 |
| 1988 | 574 | 383 | 331 | 409 | 264 | 157 | 214 | 252 | 294 | 236 | 407 | 668 | 4,189 |
| 1989 | 715 | 549 | 444 | 687 | 936 | 328 | 92 | 94 | 122 | 177 | 306 | 386 | 4,836 |
| 1990 | 424 | 566 | 585 | 1068 | 932 | 368 | 291 | 303 | 238 | 228 | 413 | 630 | 6,046 |
| 76 - 90 AVG | 392 | 419 | 346 | 451 | 464 | 262 | 167 | 163 | 174 | 182 | 259 | 372 | 3,650 |

**Contra Costa Canal Intake (247)**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2985 | 3025 | 3344 | 4790 | 4958 | 5045 | 4760 | 4724 | 5078 | 4235 | 3809 | 3484 | 50,237 |
| 1977 | 3539 | 3583 | 3761 | 4688 | 4823 | 5192 | 5371 | 5157 | 5433 | 5710 | 5426 | 4753 | 57,436 |
| 1978 | 4912 | 4387 | 5051 | 11327 | 11548 | 9857 | 6262 | 4504 | 4008 | 4505 | 3835 | 3574 | 73,770 |
| 1979 | 3531 | 3206 | 3361 | 6371 | 6863 | 5480 | 4239 | 3910 | 3858 | 3613 | 3549 | 3384 | 51,165 |
| 1980 | 3113 | 3021 | 3796 | 5853 | 12144 | 7183 | 4536 | 4071 | 3966 | 4278 | 3840 | 3581 | 59,382 |
| 1981 | 3394 | 3241 | 3398 | 4818 | 4845 | 4634 | 4172 | 4386 | 4141 | 3882 | 3802 | 3488 | 48,201 |
| 1982 | 3250 | 3435 | 4016 | 11154 | 6628 | 9510 | 6904 | 5142 | 4015 | 3848 | 3649 | 3351 | 64,902 |
| 1983 | 3079 | 4991 | 9023 | 13536 | 10613 | 9670 | 6018 | 4558 | 5004 | 4742 | 3951 | 3560 | 77,745 |
| 1984 | 3431 | 4477 | 6560 | 6010 | 6201 | 5148 | 4048 | 4008 | 3846 | 3686 | 3561 | 3409 | 54,383 |
| 1985 | 3033 | 3924 | 4146 | 4384 | 4878 | 5295 | 4719 | 4061 | 3895 | 3820 | 3923 | 3638 | 49,716 |
| 1986 | 3496 | 3424 | 4336 | 5153 | 12064 | 10061 | 5155 | 4419 | 4228 | 4431 | 3799 | 3380 | 63,926 |
| 1987 | 3254 | 3212 | 3381 | 4382 | 5210 | 5712 | 5464 | 5295 | 4491 | 4245 | 4313 | 3984 | 52,943 |
| 1988 | 3991 | 3747 | 3852 | 5102 | 5606 | 5614 | 4998 | 4653 | 4879 | 4439 | 4243 | 3912 | 55,036 |
| 1989 | 3979 | 3569 | 3639 | 4840 | 5264 | 4555 | 3758 | 3800 | 3762 | 3671 | 3697 | 3237 | 47,571 |
| 1990 | 3195 | 3313 | 3620 | 4333 | 4846 | 5188 | 4281 | 3478 | 3948 | 3925 | 3968 | 3775 | 47,668 |
| 76 - 90 AVG | 3,479 | 3,637 | 4,286 | 6,436 | 7,086 | 6,543 | 4,979 | 4,411 | 4,290 | 4,202 | 3,958 | 3,633 | 56,939 |

**Contra Costa Canal Intake (247)**
Flow Study
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 263 | 230 | 273 | 632 | 873 | 654 | 505 | 436 | 454 | 353 | 427 | 550 | 5,650 |
| 1977 | 577 | 625 | 590 | 707 | 1042 | 845 | 661 | 572 | 587 | 639 | 691 | 802 | 8,338 |
| 1978 | 846 | 754 | 595 | 593 | 617 | 534 | 330 | 266 | 250 | 275 | 256 | 326 | 5,642 |
| 1979 | 440 | 556 | 512 | 533 | 380 | 268 | 243 | 250 | 240 | 236 | 319 | 395 | 4,372 |
| 1980 | 451 | 458 | 323 | 296 | 667 | 324 | 236 | 262 | 254 | 259 | 249 | 324 | 4,103 |
| 1981 | 460 | 613 | 609 | 599 | 377 | 256 | 242 | 291 | 327 | 331 | 395 | 461 | 4,961 |
| 1982 | 507 | 497 | 249 | 533 | 305 | 485 | 339 | 259 | 246 | 228 | 226 | 218 | 4,092 |
| 1983 | 198 | 279 | 389 | 609 | 496 | 510 | 272 | 230 | 246 | 250 | 232 | 219 | 3,930 |
| 1984 | 214 | 257 | 305 | 264 | 293 | 258 | 244 | 259 | 255 | 243 | 273 | 324 | 3,189 |
| 1985 | 433 | 599 | 291 | 311 | 613 | 442 | 328 | 337 | 304 | 318 | 409 | 517 | 4,902 |
| 1986 | 526 | 474 | 416 | 464 | 778 | 550 | 264 | 273 | 278 | 282 | 249 | 303 | 4,857 |
| 1987 | 436 | 601 | 608 | 923 | 948 | 503 | 382 | 373 | 329 | 336 | 404 | 582 | 6,425 |
| 1988 | 667 | 518 | 514 | 570 | 453 | 364 | 370 | 399 | 442 | 344 | 473 | 676 | 5,760 |
| 1989 | 720 | 608 | 530 | 744 | 991 | 474 | 252 | 246 | 272 | 308 | 400 | 483 | 6,028 |
| 1990 | 494 | 641 | 659 | 1036 | 939 | 483 | 390 | 332 | 340 | 332 | 430 | 569 | 6,645 |
| 76 - 90 AVG | 482 | 514 | 458 | 588 | 651 | 463 | 337 | 319 | 320 | 316 | 362 | 450 | 5,260 |

**Contra Costa Canal Intake (247)**
Flow Study
Bromide
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 137 | 88 | 150 | 546 | 818 | 553 | 369 | 285 | 297 | 223 | 331 | 488 | 4,285 |
| 1977 | 476 | 499 | 480 | 637 | 1026 | 779 | 522 | 422 | 446 | 513 | 601 | 758 | 7,159 |
| 1978 | 767 | 611 | 454 | 276 | 212 | 187 | 108 | 88 | 92 | 117 | 121 | 199 | 3,233 |
| 1979 | 331 | 488 | 436 | 371 | 157 | 85 | 77 | 92 | 102 | 101 | 205 | 301 | 2,726 |
| 1980 | 365 | 371 | 201 | 110 | 224 | 103 | 70 | 91 | 97 | 107 | 113 | 199 | 2,051 |
| 1981 | 364 | 540 | 552 | 503 | 222 | 93 | 79 | 129 | 180 | 201 | 290 | 379 | 3,532 |
| 1982 | 421 | 407 | 112 | 207 | 98 | 167 | 103 | 81 | 85 | 82 | 90 | 86 | 1,939 |
| 1983 | 65 | 114 | 168 | 241 | 151 | 160 | 79 | 66 | 82 | 88 | 79 | 75 | 1,368 |
| 1984 | 77 | 91 | 112 | 79 | 86 | 77 | 75 | 95 | 113 | 109 | 150 | 214 | 1,278 |
| 1985 | 352 | 523 | 158 | 173 | 504 | 296 | 164 | 193 | 170 | 191 | 306 | 443 | 3,473 |
| 1986 | 438 | 365 | 294 | 331 | 332 | 195 | 83 | 94 | 107 | 118 | 112 | 189 | 2,658 |
| 1987 | 341 | 521 | 549 | 909 | 891 | 337 | 185 | 169 | 170 | 197 | 292 | 516 | 5,077 |
| 1988 | 595 | 396 | 424 | 461 | 287 | 172 | 186 | 226 | 260 | 215 | 380 | 633 | 4,235 |
| 1989 | 669 | 521 | 441 | 686 | 953 | 358 | 99 | 96 | 204 | 181 | 296 | 411 | 4,848 |
| 1990 | 418 | 568 | 586 | 1044 | 906 | 347 | 243 | 204 | 214 | 213 | 333 | 507 | 5,583 |
| 76 - 90 AVG | 388 | 406 | 341 | 438 | 458 | 261 | 163 | 155 | 170 | 177 | 247 | 380 | 3,563 |

**Contra Costa Canal Intake (247)**
Flow Study
Dissolved Organic Carbon
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2992 | 3026 | 3338 | 4759 | 4929 | 5040 | 4843 | 4834 | 5240 | 4300 | 3846 | 3490 | 50,837 |
| 1977 | 3613 | 3735 | 3724 | 4630 | 4821 | 5194 | 5604 | 5366 | 5511 | 5739 | 5437 | 4821 | 58,195 |
| 1978 | 4896 | 4417 | 5083 | 11341 | 11289 | 9710 | 6245 | 4503 | 4009 | 4508 | 3835 | 3573 | 73,409 |
| 1979 | 3504 | 3188 | 3359 | 6370 | 6865 | 5439 | 4208 | 3903 | 3658 | 3665 | 3579 | 3384 | 51,122 |
| 1980 | 3121 | 3027 | 3796 | 5853 | 12147 | 7183 | 4536 | 4067 | 3963 | 4185 | 3810 | 3576 | 59,264 |
| 1981 | 3378 | 3229 | 3393 | 4816 | 4852 | 4628 | 4162 | 4371 | 4437 | 4229 | 3937 | 3519 | 48,951 |
| 1982 | 3284 | 3448 | 4014 | 11148 | 6632 | 9505 | 6891 | 5143 | 4015 | 3865 | 3658 | 3351 | 64,950 |
| 1983 | 3086 | 4998 | 7999 | 13072 | 10348 | 9663 | 6017 | 4558 | 5004 | 4742 | 3950 | 3581 | 76,998 |
| 1984 | 3433 | 4478 | 6560 | 6010 | 6206 | 5146 | 4043 | 4007 | 3846 | 3686 | 3561 | 3409 | 54,385 |
| 1985 | 3021 | 3918 | 4147 | 4400 | 4894 | 5303 | 4762 | 4203 | 4022 | 4035 | 4004 | 3638 | 50,347 |
| 1986 | 3470 | 3371 | 4356 | 5224 | 12249 | 10075 | 5193 | 4438 | 4224 | 4546 | 3839 | 3363 | 64,348 |
| 1987 | 3254 | 3211 | 3380 | 4382 | 5209 | 5708 | 5653 | 5684 | 4675 | 4496 | 4283 | 3898 | 53,833 |
| 1988 | 3793 | 3518 | 3788 | 5090 | 5608 | 5978 | 5407 | 5100 | 4881 | 4234 | 4109 | 3850 | 55,356 |
| 1989 | 3853 | 3497 | 3627 | 4638 | 5116 | 4484 | 3807 | 3755 | 3846 | 3976 | 3993 | 3341 | 47,933 |
| 1990 | 3203 | 3298 | 3624 | 4360 | 4692 | 5243 | 4597 | 3884 | 4004 | 3863 | 3871 | 3691 | 48,130 |
| 76 - 90 AVG | 3,460 | 3,624 | 4,279 | 6,406 | 7,057 | 6,553 | 5,065 | 4,508 | 4,356 | 4,271 | 3,981 | 3,631 | 57,191 |

Contra Costa Canal Intake (247)
Maximum Flow
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 322 | 274 | 307 | 760 | 961 | 662 | 523 | 451 | 438 | 369 | 497 | 654 | 6,218 |
| 1977 | 623 | 590 | 563 | 664 | 1000 | 849 | 647 | 566 | 575 | 627 | 683 | 798 | 8,185 |
| 1978 | 833 | 740 | 581 | 593 | 632 | 546 | 332 | 266 | 250 | 276 | 252 | 320 | 5,621 |
| 1979 | 441 | 545 | 475 | 503 | 373 | 268 | 243 | 254 | 245 | 234 | 294 | 373 | 4,248 |
| 1980 | 456 | 488 | 349 | 300 | 668 | 329 | 238 | 264 | 257 | 278 | 255 | 324 | 4,206 |
| 1981 | 423 | 508 | 541 | 566 | 385 | 267 | 248 | 311 | 374 | 361 | 406 | 510 | 4,900 |
| 1982 | 530 | 504 | 255 | 592 | 322 | 490 | 320 | 261 | 247 | 234 | 233 | 225 | 4,213 |
| 1983 | 199 | 279 | 343 | 607 | 495 | 509 | 272 | 230 | 246 | 249 | 228 | 219 | 3,876 |
| 1984 | 212 | 257 | 305 | 264 | 293 | 258 | 244 | 259 | 255 | 243 | 275 | 322 | 3,187 |
| 1985 | 440 | 652 | 306 | 323 | 630 | 460 | 341 | 351 | 343 | 331 | 416 | 548 | 5,141 |
| 1986 | 561 | 518 | 443 | 478 | 847 | 556 | 264 | 273 | 278 | 290 | 253 | 302 | 5,063 |
| 1987 | 434 | 600 | 608 | 922 | 947 | 526 | 492 | 495 | 426 | 410 | 431 | 584 | 6,875 |
| 1988 | 686 | 592 | 425 | 521 | 461 | 433 | 389 | 411 | 443 | 384 | 488 | 700 | 5,933 |
| 1989 | 747 | 576 | 510 | 725 | 979 | 465 | 253 | 276 | 291 | 307 | 405 | 500 | 6,034 |
| 1990 | 498 | 642 | 663 | 1033 | 946 | 494 | 399 | 343 | 346 | 347 | 516 | 689 | 6,916 |
| 76 - 90 AVG | 494 | 518 | 445 | 590 | 663 | 474 | 347 | 334 | 334 | 329 | 375 | 471 | 5,374 |

Contra Costa Canal Intake (247)
Maximum Flow
Bromide
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 209 | 141 | 191 | 705 | 928 | 557 | 381 | 291 | 283 | 233 | 407 | 808 | 4,934 |
| 1977 | 526 | 455 | 436 | 576 | 967 | 777 | 516 | 422 | 432 | 499 | 592 | 755 | 6,953 |
| 1978 | 756 | 601 | 443 | 275 | 219 | 193 | 108 | 89 | 93 | 117 | 115 | 191 | 3,200 |
| 1979 | 330 | 449 | 384 | 333 | 150 | 85 | 77 | 94 | 105 | 97 | 173 | 271 | 2,548 |
| 1980 | 368 | 408 | 232 | 114 | 225 | 105 | 71 | 92 | 99 | 119 | 116 | 198 | 2,147 |
| 1981 | 314 | 405 | 466 | 461 | 229 | 99 | 81 | 137 | 193 | 211 | 293 | 432 | 3,321 |
| 1982 | 446 | 413 | 116 | 232 | 104 | 168 | 95 | 82 | 86 | 85 | 96 | 92 | 2,015 |
| 1983 | 65 | 114 | 142 | 240 | 151 | 159 | 79 | 66 | 82 | 88 | 76 | 75 | 1,337 |
| 1984 | 75 | 91 | 112 | 79 | 86 | 77 | 75 | 95 | 112 | 108 | 152 | 212 | 1,274 |
| 1985 | 356 | 584 | 176 | 189 | 525 | 307 | 167 | 181 | 174 | 188 | 305 | 475 | 3,627 |
| 1986 | 466 | 395 | 313 | 336 | 356 | 198 | 83 | 94 | 108 | 122 | 116 | 187 | 2,774 |
| 1987 | 340 | 521 | 549 | 908 | 890 | 347 | 238 | 228 | 214 | 232 | 286 | 495 | 5,248 |
| 1988 | 579 | 413 | 283 | 387 | 280 | 211 | 187 | 235 | 278 | 239 | 383 | 654 | 4,129 |
| 1989 | 693 | 476 | 411 | 653 | 921 | 339 | 97 | 108 | 129 | 169 | 298 | 430 | 4,724 |
| 1990 | 422 | 569 | 589 | 1037 | 909 | 353 | 242 | 196 | 205 | 222 | 430 | 648 | 5,822 |
| 76 - 90 AVG | 396 | 402 | 323 | 435 | 463 | 285 | 166 | 161 | 173 | 182 | 256 | 382 | 3,604 |

Contra Costa Canal Intake (247)
Maximum Flow
Dissolved Organic Carbon
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3023 | 3043 | 3340 | 4650 | 4790 | 5157 | 5087 | 5133 | 5204 | 4610 | 4213 | 3704 | 51,954 |
| 1977 | 3748 | 3790 | 3821 | 4785 | 4975 | 5343 | 5519 | 5323 | 5518 | 5735 | 5430 | 4757 | 58,744 |
| 1978 | 4829 | 4316 | 5044 | 11364 | 11545 | 9890 | 8265 | 4505 | 4019 | 4515 | 3900 | 3595 | 73,787 |
| 1979 | 3533 | 3241 | 3415 | 6392 | 6846 | 5438 | 4211 | 3951 | 3723 | 3743 | 3648 | 3464 | 51,603 |
| 1980 | 3185 | 3041 | 3799 | 5854 | 12144 | 7273 | 4589 | 4105 | 3994 | 4432 | 3920 | 3598 | 59,934 |
| 1981 | 3453 | 3313 | 3433 | 4879 | 4927 | 4783 | 4243 | 4792 | 5286 | 4797 | 4289 | 3728 | 51,903 |
| 1982 | 3380 | 3539 | 4112 | 12417 | 6894 | 9556 | 6596 | 5255 | 4039 | 3951 | 3738 | 3374 | 66,849 |
| 1983 | 3094 | 5003 | 7027 | 13023 | 10345 | 9649 | 6018 | 4557 | 5004 | 4706 | 3857 | 3538 | 75,821 |
| 1984 | 3382 | 4475 | 6557 | 6010 | 6201 | 5149 | 4047 | 4008 | 3846 | 3688 | 3561 | 3409 | 54,331 |
| 1985 | 3085 | 3958 | 4152 | 4390 | 4882 | 5512 | 5062 | 4951 | 5010 | 4572 | 4294 | 3853 | 53,721 |
| 1986 | 3751 | 3650 | 4671 | 5536 | 13095 | 10140 | 5215 | 4445 | 4226 | 4643 | 3869 | 3365 | 66,606 |
| 1987 | 3254 | 3211 | 3379 | 4382 | 5210 | 6031 | 6141 | 6259 | 5910 | 5591 | 5230 | 4598 | 59,196 |
| 1988 | 4766 | 4444 | 4123 | 5453 | 5858 | 6780 | 5839 | 5223 | 5317 | 4864 | 4663 | 4219 | 61,549 |
| 1989 | 4153 | 3653 | 3764 | 4913 | 5458 | 4666 | 3880 | 4409 | 4686 | 4362 | 4111 | 3400 | 51,455 |
| 1990 | 3261 | 3322 | 3666 | 4461 | 4799 | 5379 | 4897 | 4228 | 4356 | 4137 | 4147 | 3861 | 50,514 |
| 76 - 90 AVG | 3,593 | 3,733 | 4,287 | 6,567 | 7,198 | 6,716 | 5,174 | 4,743 | 4,676 | 4,556 | 4,190 | 3,764 | 59,198 |

**Contra Costa Canal Intake, 247**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 310 | 378 | 877 | 1099 | 977 | 636 | 491 | 426 | 438 | 417 | 481 | 463 |
| 1977 | 533 | 559 | 614 | 746 | 944 | 746 | 542 | 506 | 533 | 510 | 606 | 753 |
| 1978 | 810 | 709 | 593 | 648 | 564 | 565 | 409 | 315 | 256 | 225 | 267 | 334 |
| 1979 | 452 | 564 | 1066 | 1049 | 437 | 280 | 292 | 364 | 252 | 228 | 309 | 392 |
| 1980 | 454 | 469 | 810 | 436 | 753 | 493 | 321 | 363 | 278 | 228 | 245 | 327 |
| 1981 | 470 | 626 | 1284 | 1242 | 533 | 293 | 288 | 322 | 354 | 374 | 383 | 449 |
| 1982 | 522 | 541 | 267 | 640 | 328 | 493 | 291 | 263 | 244 | 218 | 243 | 236 |
| 1983 | 206 | 281 | 346 | 795 | 632 | 582 | 304 | 225 | 251 | 242 | 212 | 208 |
| 1984 | 221 | 274 | 336 | 271 | 312 | 274 | 281 | 313 | 249 | 227 | 263 | 323 |
| 1985 | 443 | 625 | 341 | 352 | 631 | 444 | 366 | 353 | 301 | 303 | 383 | 483 |
| 1986 | 535 | 534 | 697 | 666 | 792 | 647 | 354 | 360 | 294 | 235 | 258 | 318 |
| 1987 | 432 | 605 | 1284 | 1482 | 1000 | 501 | 527 | 467 | 409 | 390 | 417 | 577 |
| 1988 | 661 | 506 | 814 | 860 | 434 | 556 | 473 | 381 | 412 | 407 | 507 | 663 |
| 1989 | 641 | 517 | 481 | 681 | 974 | 509 | 280 | 254 | 256 | 297 | 400 | 498 |
| 1990 | 484 | 578 | 574 | 902 | 810 | 439 | 379 | 324 | 319 | 340 | 494 | 631 |
| Average | 478 | 518 | 679 | 791 | 675 | 497 | 373 | 349 | 323 | 309 | 363 | 444 |

**Contra Costa Canal Intake, 247**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 205 | 275 | 882 | 1105 | 934 | 536 | 346 | 255 | 255 | 251 | 360 | 384 |
| 1977 | 414 | 415 | 463 | 639 | 884 | 647 | 387 | 359 | 416 | 397 | 518 | 714 |
| 1978 | 741 | 584 | 465 | 300 | 190 | 195 | 130 | 103 | 91 | 88 | 147 | 224 |
| 1979 | 350 | 483 | 1107 | 974 | 204 | 89 | 99 | 143 | 94 | 95 | 197 | 298 |
| 1980 | 368 | 385 | 544 | 264 | 268 | 176 | 105 | 137 | 106 | 86 | 120 | 209 |
| 1981 | 382 | 558 | 1368 | 1267 | 394 | 126 | 102 | 127 | 159 | 197 | 265 | 365 |
| 1982 | 440 | 461 | 130 | 253 | 106 | 162 | 81 | 79 | 83 | 77 | 118 | 116 |
| 1983 | 70 | 114 | 144 | 327 | 205 | 184 | 90 | 61 | 85 | 83 | 69 | 70 |
| 1984 | 78 | 108 | 133 | 85 | 93 | 82 | 92 | 118 | 94 | 94 | 143 | 216 |
| 1985 | 363 | 556 | 215 | 215 | 513 | 292 | 172 | 155 | 133 | 164 | 276 | 405 |
| 1986 | 446 | 436 | 625 | 560 | 326 | 249 | 120 | 131 | 113 | 93 | 136 | 210 |
| 1987 | 344 | 537 | 1369 | 1576 | 935 | 334 | 248 | 209 | 204 | 220 | 286 | 504 |
| 1988 | 571 | 361 | 774 | 797 | 273 | 280 | 209 | 184 | 229 | 241 | 401 | 613 |
| 1989 | 561 | 400 | 377 | 596 | 922 | 391 | 116 | 95 | 114 | 169 | 299 | 432 |
| 1990 | 407 | 504 | 494 | 873 | 742 | 300 | 206 | 156 | 162 | 206 | 402 | 581 |
| Average | 383 | 412 | 606 | 655 | 466 | 270 | 167 | 154 | 156 | 164 | 249 | 356 |

**Contra Costa Canal Intake, 247**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 2915 | 2956 | 3244 | 4853 | 4984 | 4890 | 4939 | 5102 | 5474 | 5320 | 4142 | 3437 |
| 1977 | 3700 | 3848 | 4148 | 5253 | 5250 | 5446 | 5437 | 4997 | 4663 | 4898 | 4980 | 4446 |
| 1978 | 4454 | 4145 | 5050 | 12513 | 10448 | 10135 | 7474 | 5002 | 3970 | 3626 | 3415 | 3323 |
| 1979 | 3390 | 3170 | 3289 | 6919 | 7257 | 5690 | 5105 | 5468 | 3827 | 3500 | 3483 | 3356 |
| 1980 | 3099 | 3040 | 3864 | 6174 | 12890 | 9694 | 6272 | 5764 | 4142 | 3750 | 3459 | 3421 |
| 1981 | 3293 | 3205 | 3329 | 5135 | 5122 | 4850 | 4888 | 4998 | 5094 | 5176 | 4160 | 3492 |
| 1982 | 3249 | 3473 | 4141 | 13472 | 6807 | 9408 | 6176 | 4708 | 3906 | 3638 | 3472 | 3169 |
| 1983 | 3201 | 5136 | 7156 | 16891 | 12687 | 10714 | 6444 | 4378 | 4912 | 4448 | 3665 | 3388 |
| 1984 | 3570 | 4914 | 7218 | 6298 | 6719 | 5583 | 4732 | 4742 | 3876 | 3526 | 3396 | 3279 |
| 1985 | 2973 | 3929 | 4165 | 4643 | 5086 | 5362 | 5657 | 5354 | 4513 | 4286 | 3996 | 3573 |
| 1986 | 3490 | 3402 | 4567 | 5619 | 12576 | 10936 | 6879 | 5515 | 4310 | 3716 | 3412 | 3236 |
| 1987 | 3170 | 3160 | 3285 | 4599 | 5522 | 5697 | 5964 | 5798 | 5621 | 5275 | 4884 | 4194 |
| 1988 | 4089 | 3775 | 3898 | 5447 | 5390 | 6661 | 6189 | 5185 | 5334 | 5285 | 4747 | 4020 |
| 1989 | 3953 | 3633 | 3784 | 5005 | 5286 | 4686 | 4222 | 4089 | 3989 | 3943 | 3924 | 3300 |
| 1990 | 3141 | 3183 | 3607 | 4650 | 4811 | 5044 | 5159 | 4587 | 4521 | 4379 | 4245 | 3741 |
| Average | 3446 | 3665 | 4316 | 7165 | 7389 | 6966 | 5702 | 5046 | 4543 | 4318 | 3959 | 3558 |

**Clifton Court Forebay**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 283 | 277 | 250 | 284 | 466 | 492 | 533 | 489 | 457 | 399 | 371 | 405 | 4,706 |
| 1977 | 508 | 582 | 608 | 625 | 899 | 816 | 667 | 629 | 625 | 622 | 618 | 625 | 7,824 |
| 1978 | 679 | 694 | 564 | 416 | 360 | 258 | 244 | 278 | 280 | 272 | 248 | 295 | 4,588 |
| 1979 | 324 | 440 | 439 | 425 | 375 | 316 | 306 | 296 | 290 | 284 | 255 | 317 | 4,069 |
| 1980 | 425 | 445 | 332 | 233 | 180 | 177 | 273 | 303 | 291 | 265 | 251 | 296 | 3,471 |
| 1981 | 346 | 402 | 361 | 328 | 383 | 335 | 365 | 381 | 349 | 291 | 319 | 372 | 4,252 |
| 1982 | 465 | 502 | 305 | 326 | 219 | 176 | 177 | 211 | 260 | 267 | 250 | 268 | 3,426 |
| 1983 | 261 | 243 | 181 | 187 | 173 | 180 | 165 | 169 | 175 | 225 | 270 | 284 | 2,513 |
| 1984 | 278 | 209 | 170 | 178 | 256 | 304 | 301 | 276 | 281 | 256 | 233 | 284 | 3,026 |
| 1985 | 409 | 500 | 296 | 253 | 430 | 373 | 338 | 344 | 340 | 279 | 317 | 379 | 4,258 |
| 1986 | 470 | 510 | 404 | 399 | 195 | 161 | 249 | 287 | 308 | 325 | 270 | 298 | 3,876 |
| 1987 | 416 | 522 | 504 | 637 | 782 | 479 | 378 | 380 | 340 | 295 | 335 | 421 | 5,489 |
| 1988 | 491 | 485 | 391 | 417 | 431 | 331 | 361 | 400 | 428 | 338 | 362 | 524 | 4,959 |
| 1989 | 596 | 588 | 500 | 558 | 858 | 473 | 273 | 239 | 259 | 271 | 317 | 378 | 5,310 |
| 1990 | 453 | 561 | 582 | 812 | 980 | 551 | 393 | 373 | 348 | 299 | 353 | 493 | 6,198 |
| 76 - 90 AVG | 427 | 464 | 392 | 405 | 466 | 361 | 336 | 337 | 335 | 313 | 318 | 376 | 4,531 |

**Clifton Court Forebay**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 123 | 102 | 87 | 132 | 323 | 365 | 325 | 283 | 272 | 237 | 262 | 311 | 2,822 |
| 1977 | 362 | 418 | 438 | 524 | 848 | 759 | 515 | 418 | 395 | 399 | 416 | 521 | 6,013 |
| 1978 | 596 | 536 | 379 | 197 | 130 | 71 | 64 | 88 | 104 | 113 | 106 | 138 | 2,522 |
| 1979 | 162 | 283 | 304 | 243 | 150 | 107 | 106 | 112 | 120 | 122 | 121 | 193 | 2,033 |
| 1980 | 287 | 310 | 194 | 75 | 43 | 36 | 85 | 106 | 112 | 108 | 103 | 140 | 1,599 |
| 1981 | 187 | 244 | 216 | 147 | 152 | 122 | 149 | 152 | 152 | 166 | 212 | 271 | 2,170 |
| 1982 | 333 | 369 | 148 | 119 | 59 | 41 | 33 | 49 | 85 | 97 | 92 | 97 | 1,522 |
| 1983 | 90 | 76 | 42 | 48 | 40 | 43 | 33 | 33 | 35 | 62 | 92 | 101 | 695 |
| 1984 | 105 | 52 | 38 | 37 | 71 | 99 | 105 | 103 | 123 | 111 | 99 | 152 | 1,095 |
| 1985 | 277 | 373 | 143 | 102 | 292 | 209 | 147 | 151 | 161 | 153 | 210 | 277 | 2,495 |
| 1986 | 338 | 354 | 258 | 250 | 59 | 35 | 73 | 95 | 116 | 135 | 116 | 157 | 1,987 |
| 1987 | 275 | 388 | 390 | 582 | 701 | 329 | 195 | 180 | 165 | 169 | 228 | 331 | 3,913 |
| 1988 | 371 | 318 | 240 | 287 | 248 | 153 | 190 | 248 | 295 | 211 | 247 | 450 | 3,258 |
| 1989 | 505 | 426 | 348 | 457 | 706 | 326 | 112 | 92 | 129 | 150 | 207 | 281 | 3,739 |
| 1990 | 320 | 413 | 433 | 768 | 933 | 417 | 243 | 240 | 212 | 174 | 242 | 417 | 4,812 |
| 76 - 90 AVG | 289 | 311 | 244 | 263 | 317 | 207 | 158 | 157 | 165 | 160 | 184 | 258 | 2,712 |

**Clifton Court Forebay**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3021 | 3005 | 3278 | 4422 | 5169 | 4976 | 4702 | 4887 | 5041 | 4826 | 3955 | 3373 | 50,655 |
| 1977 | 3475 | 3648 | 3666 | 4361 | 4853 | 5036 | 5039 | 5222 | 5219 | 5537 | 5877 | 4928 | 56,861 |
| 1978 | 4430 | 4297 | 4149 | 6386 | 6866 | 5365 | 4586 | 3995 | 3784 | 3991 | 3928 | 3527 | 55,304 |
| 1979 | 3350 | 3100 | 3292 | 5011 | 6478 | 5728 | 4565 | 3806 | 3867 | 4183 | 3707 | 3389 | 50,476 |
| 1980 | 3206 | 2947 | 3301 | 4611 | 5795 | 4938 | 4756 | 3847 | 3777 | 3842 | 3712 | 3517 | 48,249 |
| 1981 | 3409 | 3251 | 3339 | 4661 | 6020 | 5756 | 4927 | 4857 | 4800 | 3695 | 3525 | 3306 | 51,546 |
| 1982 | 3289 | 3216 | 3724 | 5687 | 6047 | 4881 | 4381 | 3422 | 3890 | 3677 | 3494 | 3586 | 48,274 |
| 1983 | 3540 | 3495 | 3799 | 4415 | 5896 | 4939 | 4392 | 3304 | 4002 | 3797 | 3728 | 3809 | 48,916 |
| 1984 | 3803 | 3159 | 3686 | 4233 | 5574 | 5500 | 4219 | 3752 | 3982 | 3938 | 3616 | 3330 | 48,792 |
| 1985 | 3078 | 3261 | 3820 | 4272 | 4917 | 5347 | 4938 | 4740 | 4746 | 3668 | 3543 | 3330 | 49,660 |
| 1986 | 3344 | 3348 | 3675 | 4692 | 5794 | 4722 | 4607 | 3876 | 3960 | 4441 | 4165 | 3441 | 50,065 |
| 1987 | 3225 | 3175 | 3282 | 4064 | 5056 | 5539 | 5380 | 5466 | 4737 | 3776 | 3738 | 3477 | 50,915 |
| 1988 | 3440 | 3483 | 3511 | 4456 | 5331 | 5463 | 4765 | 4270 | 4119 | 4035 | 4182 | 3822 | 50,877 |
| 1989 | 3803 | 3692 | 3506 | 4288 | 5272 | 4878 | 3833 | 3486 | 3653 | 3562 | 3674 | 3321 | 46,968 |
| 1990 | 3203 | 3345 | 3560 | 4022 | 4801 | 5580 | 4526 | 3822 | 3926 | 3798 | 3980 | 3673 | 48,236 |
| 76 - 90 AVG | 3,441 | 3,361 | 3,573 | 4,639 | 5,578 | 5,243 | 4,841 | 4,183 | 4,234 | 4,051 | 3,922 | 3,587 | 50,453 |

**Clifton Court Forebay**
**No-Action Alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 290 | 269 | 277 | 470 | 741 | 610 | 548 | 490 | 464 | 355 | 331 | 437 | 4,706 |
| 1,977 | 532 | 605 | 643 | 719 | 972 | 847 | 723 | 688 | 627 | 649 | 655 | 661 | 7,824 |
| 1,978 | 721 | 734 | 532 | 409 | 416 | 289 | 255 | 267 | 267 | 289 | 258 | 308 | 4,588 |
| 1,979 | 394 | 483 | 438 | 415 | 326 | 272 | 289 | 296 | 259 | 226 | 276 | 348 | 4,069 |
| 1,980 | 418 | 418 | 318 | 236 | 167 | 203 | 269 | 296 | 290 | 272 | 266 | 313 | 3,471 |
| 1,981 | 393 | 466 | 465 | 449 | 366 | 295 | 295 | 305 | 324 | 301 | 336 | 424 | 4,252 |
| 1,982 | 496 | 494 | 298 | 322 | 222 | 189 | 178 | 211 | 258 | 265 | 257 | 270 | 3,426 |
| 1,983 | 248 | 228 | 177 | 165 | 126 | 118 | 157 | 168 | 172 | 226 | 266 | 274 | 2,513 |
| 1,984 | 266 | 202 | 165 | 177 | 264 | 289 | 291 | 306 | 276 | 237 | 254 | 303 | 3,026 |
| 1,985 | 399 | 507 | 337 | 309 | 509 | 445 | 349 | 322 | 316 | 284 | 327 | 443 | 4,258 |
| 1,986 | 504 | 513 | 401 | 402 | 184 | 133 | 243 | 286 | 308 | 307 | 254 | 292 | 3,876 |
| 1,987 | 396 | 505 | 504 | 712 | 826 | 480 | 374 | 363 | 340 | 315 | 336 | 448 | 5,489 |
| 1,988 | 584 | 584 | 433 | 454 | 573 | 520 | 402 | 406 | 422 | 373 | 361 | 530 | 4,959 |
| 1,989 | 658 | 626 | 495 | 560 | 857 | 473 | 260 | 244 | 250 | 254 | 314 | 391 | 5,310 |
| 1,990 | 459 | 574 | 606 | 817 | 909 | 518 | 393 | 387 | 353 | 299 | 355 | 485 | 6,198 |
| 76 - 90 AVG | 451 | 481 | 408 | 441 | 497 | 379 | 335 | 336 | 328 | 310 | 323 | 395 | 4,531 |

**Clifton Court Forebay**
**No-Action Alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 138 | 110 | 124 | 357 | 652 | 487 | 353 | 294 | 285 | 210 | 218 | 332 | 2,822 |
| 1,977 | 405 | 473 | 477 | 628 | 941 | 798 | 540 | 446 | 416 | 428 | 443 | 536 | 6,013 |
| 1,978 | 616 | 568 | 359 | 206 | 180 | 115 | 64 | 75 | 92 | 115 | 109 | 171 | 2,522 |
| 1,979 | 235 | 340 | 307 | 267 | 140 | 91 | 87 | 103 | 104 | 91 | 152 | 226 | 2,033 |
| 1,980 | 282 | 283 | 172 | 162 | 47 | 52 | 63 | 98 | 108 | 109 | 109 | 164 | 1,599 |
| 1,981 | 243 | 323 | 342 | 301 | 172 | 109 | 104 | 118 | 147 | 169 | 228 | 315 | 2,170 |
| 1,982 | 362 | 362 | 142 | 165 | 81 | 49 | 33 | 44 | 70 | 88 | 94 | 109 | 1,522 |
| 1,983 | 91 | 90 | 47 | 47 | 40 | 43 | 33 | 33 | 34 | 55 | 76 | 90 | 695 |
| 1,984 | 95 | 90 | 39 | 36 | 57 | 81 | 91 | 109 | 115 | 99 | 120 | 166 | 1,095 |
| 1,985 | 263 | 389 | 187 | 158 | 387 | 286 | 170 | 170 | 184 | 161 | 215 | 334 | 2,495 |
| 1,986 | 365 | 354 | 257 | 258 | 201 | 37 | 58 | 86 | 109 | 123 | 105 | 148 | 1,987 |
| 1,987 | 257 | 376 | 389 | 648 | 755 | 326 | 182 | 163 | 162 | 170 | 212 | 338 | 3,913 |
| 1,988 | 462 | 417 | 298 | 332 | 329 | 259 | 205 | 225 | 253 | 227 | 237 | 448 | 3,258 |
| 1,989 | 567 | 479 | 360 | 464 | 750 | 328 | 105 | 91 | 106 | 129 | 204 | 286 | 3,739 |
| 1,990 | 328 | 429 | 469 | 773 | 862 | 386 | 248 | 267 | 231 | 179 | 248 | 399 | 4,812 |
| 76 - 90 AVG | 314 | 339 | 265 | 320 | 373 | 230 | 156 | 155 | 161 | 157 | 185 | 271 | 2,712 |

**Clifton Court Forebay**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,976 | 3033 | 2936 | 3210 | 4287 | 5067 | 4973 | 4714 | 4843 | 4992 | 4360 | 3868 | 3473 | 50,655 |
| 1,977 | 3498 | 3607 | 3679 | 4403 | 4831 | 5018 | 5065 | 5276 | 5354 | 5719 | 6090 | 5249 | 56,861 |
| 1,978 | 4685 | 4484 | 4113 | 6323 | 7619 | 5859 | 4821 | 3812 | 3770 | 4174 | 3728 | 3490 | 55,304 |
| 1,979 | 3545 | 3202 | 3252 | 4852 | 6050 | 5162 | 4342 | 3803 | 3536 | 3411 | 3372 | 3228 | 50,476 |
| 1,980 | 3146 | 2940 | 3322 | 4615 | 5875 | 5331 | 4512 | 3750 | 3782 | 3947 | 3690 | 3498 | 48,249 |
| 1,981 | 3400 | 3222 | 3278 | 4333 | 5051 | 4800 | 4263 | 4313 | 4562 | 3931 | 3770 | 3574 | 51,546 |
| 1,982 | 3351 | 3220 | 3731 | 5644 | 6022 | 5016 | 4388 | 3477 | 3903 | 3689 | 3511 | 3574 | 49,274 |
| 1,983 | 3365 | 3397 | 3799 | 4393 | 5706 | 4861 | 4369 | 3275 | 4003 | 3798 | 3695 | 3731 | 48,916 |
| 1,984 | 3597 | 3088 | 3893 | 4229 | 5641 | 5144 | 4140 | 3835 | 3764 | 3522 | 3417 | 3251 | 48,792 |
| 1,985 | 3059 | 3260 | 3836 | 4281 | 4792 | 5471 | 4994 | 4078 | 3879 | 3669 | 3831 | 3583 | 49,660 |
| 1,986 | 3493 | 3404 | 3669 | 4670 | 5824 | 4734 | 4620 | 3875 | 3986 | 4331 | 3715 | 3263 | 50,065 |
| 1,987 | 3197 | 3182 | 3276 | 4000 | 4991 | 5541 | 5246 | 5173 | 4787 | 4262 | 4200 | 3999 | 50,915 |
| 1,988 | 3966 | 3838 | 3508 | 4451 | 5582 | 6127 | 5179 | 4811 | 4885 | 4546 | 4368 | 3945 | 50,877 |
| 1,989 | 3894 | 3629 | 3445 | 4254 | 5236 | 4908 | 3789 | 3699 | 3828 | 3526 | 3668 | 3350 | 46,968 |
| 1,990 | 3238 | 3317 | 3556 | 4029 | 4727 | 5441 | 4376 | 3610 | 3716 | 3654 | 3844 | 3647 | 48,236 |
| 76 - 90 AVG | 3,498 | 3,382 | 3,558 | 4,584 | 5,534 | 5,226 | 4,588 | 4,109 | 4,183 | 4,036 | 3,918 | 3,648 | 50,453 |

**Clifton Court Forebay**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 284 | 268 | 276 | 468 | 735 | 603 | 499 | 448 | 434 | 328 | 320 | 448 | 5,111 |
| 1977 | 543 | 651 | 673 | 708 | 896 | 831 | 690 | 640 | 601 | 627 | 635 | 654 | 8,149 |
| 1978 | 724 | 714 | 556 | 415 | 417 | 290 | 255 | 267 | 267 | 274 | 250 | 308 | 4,737 |
| 1979 | 395 | 486 | 443 | 410 | 326 | 272 | 290 | 296 | 257 | 224 | 275 | 350 | 4,024 |
| 1980 | 413 | 404 | 308 | 234 | 181 | 205 | 270 | 297 | 290 | 268 | 265 | 317 | 3,452 |
| 1981 | 387 | 434 | 415 | 432 | 359 | 301 | 299 | 302 | 325 | 317 | 338 | 421 | 4,330 |
| 1982 | 481 | 476 | 292 | 322 | 222 | 177 | 177 | 211 | 258 | 266 | 257 | 270 | 3,409 |
| 1983 | 248 | 228 | 177 | 186 | 172 | 178 | 163 | 169 | 173 | 226 | 266 | 274 | 2,460 |
| 1984 | 266 | 202 | 167 | 177 | 260 | 287 | 292 | 307 | 276 | 237 | 255 | 303 | 3,029 |
| 1985 | 398 | 494 | 330 | 294 | 473 | 429 | 341 | 323 | 310 | 278 | 327 | 447 | 4,444 |
| 1986 | 499 | 524 | 401 | 393 | 202 | 182 | 251 | 288 | 308 | 324 | 261 | 292 | 3,905 |
| 1987 | 395 | 504 | 501 | 705 | 817 | 476 | 361 | 349 | 335 | 313 | 336 | 448 | 5,540 |
| 1988 | 597 | 611 | 474 | 467 | 596 | 540 | 389 | 395 | 412 | 321 | 330 | 492 | 5,624 |
| 1989 | 607 | 606 | 501 | 561 | 850 | 478 | 264 | 250 | 255 | 259 | 322 | 424 | 5,377 |
| 1990 | 460 | 568 | 598 | 806 | 880 | 503 | 380 | 369 | 333 | 291 | 341 | 487 | 6,016 |
| 76 - 90 AVG | 446 | 478 | 407 | 439 | 492 | 382 | 328 | 327 | 322 | 304 | 319 | 396 | 4,640 |

**Clifton Court Forebay**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 124 | 99 | 124 | 356 | 645 | 482 | 352 | 286 | 276 | 193 | 207 | 347 | 3,491 |
| 1977 | 407 | 515 | 522 | 597 | 841 | 777 | 543 | 447 | 414 | 425 | 441 | 536 | 6,485 |
| 1978 | 618 | 542 | 386 | 198 | 159 | 87 | 70 | 83 | 97 | 114 | 106 | 155 | 2,615 |
| 1979 | 241 | 344 | 304 | 237 | 126 | 86 | 99 | 111 | 106 | 89 | 151 | 230 | 2,124 |
| 1980 | 279 | 263 | 158 | 70 | 44 | 51 | 85 | 103 | 112 | 110 | 111 | 165 | 1,551 |
| 1981 | 245 | 288 | 283 | 273 | 167 | 111 | 109 | 118 | 149 | 170 | 224 | 311 | 2,448 |
| 1982 | 345 | 336 | 133 | 117 | 60 | 42 | 33 | 48 | 83 | 97 | 98 | 99 | 1,492 |
| 1983 | 82 | 69 | 41 | 48 | 40 | 45 | 33 | 33 | 34 | 63 | 90 | 95 | 671 |
| 1984 | 96 | 47 | 38 | 36 | 73 | 92 | 100 | 115 | 118 | 100 | 121 | 170 | 1,106 |
| 1985 | 269 | 367 | 176 | 142 | 340 | 269 | 163 | 158 | 164 | 152 | 215 | 340 | 2,755 |
| 1986 | 363 | 367 | 257 | 246 | 63 | 36 | 74 | 95 | 115 | 136 | 111 | 153 | 2,016 |
| 1987 | 251 | 356 | 386 | 640 | 742 | 321 | 176 | 156 | 160 | 170 | 214 | 342 | 3,924 |
| 1988 | 483 | 460 | 351 | 349 | 334 | 266 | 200 | 225 | 261 | 192 | 211 | 405 | 3,737 |
| 1989 | 504 | 456 | 357 | 465 | 753 | 338 | 109 | 94 | 109 | 133 | 210 | 322 | 3,850 |
| 1990 | 332 | 429 | 458 | 760 | 824 | 363 | 231 | 237 | 207 | 174 | 232 | 398 | 4,645 |
| 76 - 90 AVG | 309 | 330 | 265 | 302 | 347 | 224 | 158 | 154 | 160 | 155 | 183 | 271 | 2,859 |

**Clifton Court Forebay**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3030 | 2936 | 3209 | 4282 | 5061 | 4976 | 4700 | 4720 | 4835 | 4144 | 3815 | 3511 | 49,219 |
| 1977 | 3462 | 3513 | 3632 | 4509 | 5008 | 5073 | 5079 | 5250 | 5299 | 5667 | 6030 | 5209 | 57,731 |
| 1978 | 4619 | 4271 | 4073 | 6316 | 7618 | 5866 | 4810 | 3805 | 3770 | 4099 | 3668 | 3487 | 56,402 |
| 1979 | 3489 | 3167 | 3281 | 4868 | 6051 | 5161 | 4344 | 3763 | 3525 | 3456 | 3399 | 3227 | 47,731 |
| 1980 | 3094 | 2917 | 3320 | 4613 | 5876 | 5330 | 4542 | 3758 | 3784 | 3903 | 3677 | 3501 | 48,315 |
| 1981 | 3299 | 3183 | 3284 | 4332 | 5044 | 5008 | 4392 | 4292 | 4568 | 4274 | 3947 | 3476 | 49,099 |
| 1982 | 3383 | 3222 | 3725 | 5644 | 6025 | 4887 | 4372 | 3476 | 3902 | 3693 | 3512 | 3572 | 49,393 |
| 1983 | 3362 | 3397 | 3803 | 4394 | 5706 | 4861 | 4369 | 3274 | 4003 | 3792 | 3696 | 3730 | 48,387 |
| 1984 | 3597 | 3089 | 3693 | 4229 | 5641 | 5148 | 4150 | 3839 | 3767 | 3523 | 3418 | 3251 | 47,345 |
| 1985 | 2991 | 3230 | 3833 | 4355 | 4870 | 5413 | 4904 | 4385 | 4096 | 3705 | 3873 | 3578 | 49,233 |
| 1986 | 3456 | 3386 | 3663 | 4669 | 5824 | 4734 | 4647 | 3892 | 3967 | 4412 | 3767 | 3265 | 49,702 |
| 1987 | 3195 | 3179 | 3275 | 4001 | 4992 | 5541 | 5244 | 5127 | 4752 | 4238 | 4165 | 3973 | 51,682 |
| 1988 | 3892 | 3723 | 3474 | 4439 | 5591 | 6141 | 5124 | 4692 | 4562 | 3994 | 4061 | 3854 | 53,547 |
| 1989 | 3816 | 3578 | 3441 | 4252 | 5144 | 4824 | 3789 | 3738 | 3931 | 3610 | 3792 | 3425 | 47,340 |
| 1990 | 3216 | 3267 | 3521 | 4030 | 4754 | 5497 | 4502 | 3811 | 3752 | 3554 | 3820 | 3661 | 47,385 |
| 76 - 90 AVG | 3,459 | 3,337 | 3,548 | 4,596 | 5,547 | 5,231 | 4,598 | 4,121 | 4,169 | 4,004 | 3,909 | 3,648 | 50,167 |

**Clifton Court Forebay**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 283 | 268 | 273 | 448 | 721 | 605 | 539 | 482 | 482 | 361 | 330 | 446 | 5,238 |
| 1977 | 542 | 609 | 644 | 719 | 960 | 826 | 666 | 615 | 597 | 634 | 644 | 659 | 8,115 |
| 1978 | 724 | 736 | 533 | 410 | 416 | 269 | 254 | 267 | 267 | 322 | 267 | 309 | 4,794 |
| 1979 | 393 | 481 | 434 | 420 | 329 | 272 | 289 | 296 | 259 | 226 | 277 | 348 | 4,024 |
| 1980 | 418 | 422 | 320 | 236 | 181 | 206 | 269 | 297 | 290 | 304 | 278 | 310 | 3,531 |
| 1981 | 398 | 500 | 495 | 488 | 395 | 306 | 301 | 310 | 328 | 300 | 334 | 416 | 4,571 |
| 1982 | 475 | 485 | 297 | 322 | 222 | 189 | 178 | 211 | 258 | 269 | 260 | 273 | 3,439 |
| 1983 | 248 | 228 | 179 | 186 | 172 | 178 | 163 | 169 | 173 | 226 | 266 | 274 | 2,462 |
| 1984 | 266 | 202 | 167 | 177 | 260 | 287 | 292 | 307 | 276 | 237 | 255 | 303 | 3,029 |
| 1985 | 400 | 524 | 323 | 288 | 511 | 445 | 350 | 323 | 311 | 286 | 339 | 454 | 4,554 |
| 1986 | 507 | 523 | 405 | 391 | 200 | 162 | 251 | 286 | 308 | 314 | 257 | 292 | 3,896 |
| 1987 | 394 | 502 | 501 | 705 | 817 | 476 | 456 | 467 | 385 | 329 | 340 | 439 | 5,811 |
| 1988 | 557 | 570 | 409 | 433 | 590 | 542 | 447 | 442 | 438 | 383 | 363 | 527 | 5,701 |
| 1989 | 655 | 631 | 501 | 559 | 853 | 471 | 260 | 244 | 249 | 254 | 315 | 391 | 5,383 |
| 1990 | 459 | 572 | 602 | 809 | 901 | 516 | 392 | 388 | 363 | 301 | 364 | 524 | 6,191 |
| 76 - 90 AVG | 448 | 484 | 406 | 439 | 502 | 385 | 340 | 340 | 332 | 316 | 326 | 398 | 4,716 |

**Clifton Court Forebay**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 123 | 99 | 121 | 332 | 627 | 483 | 353 | 292 | 285 | 208 | 217 | 345 | 3,485 |
| 1977 | 401 | 453 | 479 | 627 | 925 | 773 | 532 | 441 | 412 | 427 | 444 | 539 | 6,453 |
| 1978 | 620 | 565 | 354 | 192 | 158 | 86 | 70 | 83 | 97 | 138 | 116 | 156 | 2,635 |
| 1979 | 236 | 335 | 309 | 252 | 130 | 86 | 98 | 111 | 107 | 92 | 154 | 228 | 2,138 |
| 1980 | 282 | 283 | 173 | 72 | 44 | 52 | 84 | 103 | 112 | 129 | 118 | 158 | 1,610 |
| 1981 | 253 | 367 | 382 | 357 | 217 | 120 | 111 | 121 | 147 | 166 | 225 | 308 | 2,774 |
| 1982 | 340 | 349 | 139 | 117 | 60 | 48 | 33 | 49 | 83 | 99 | 101 | 102 | 1,520 |
| 1983 | 83 | 70 | 42 | 38 | 40 | 43 | 33 | 33 | 34 | 83 | 90 | 95 | 674 |
| 1984 | 96 | 47 | 38 | 36 | 73 | 92 | 99 | 115 | 118 | 99 | 121 | 170 | 1,104 |
| 1985 | 287 | 400 | 169 | 136 | 390 | 283 | 170 | 169 | 176 | 161 | 227 | 348 | 2,896 |
| 1986 | 369 | 350 | 261 | 243 | 61 | 36 | 74 | 95 | 115 | 131 | 108 | 153 | 2,006 |
| 1987 | 250 | 364 | 385 | 640 | 742 | 322 | 216 | 213 | 183 | 175 | 210 | 325 | 4,027 |
| 1988 | 437 | 397 | 283 | 306 | 324 | 263 | 217 | 229 | 247 | 227 | 236 | 444 | 3,590 |
| 1989 | 562 | 479 | 356 | 462 | 732 | 321 | 104 | 91 | 107 | 129 | 205 | 285 | 3,833 |
| 1990 | 327 | 427 | 454 | 762 | 855 | 385 | 246 | 265 | 230 | 178 | 258 | 442 | 4,829 |
| 76 - 90 AVG | 310 | 333 | 262 | 305 | 359 | 226 | 163 | 161 | 164 | 161 | 189 | 273 | 2,905 |

**Clifton Court Forebay**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3030 | 2938 | 3214 | 4321 | 5106 | 4978 | 4723 | 4856 | 4958 | 4340 | 3874 | 3498 | 49,834 |
| 1977 | 3511 | 3611 | 3685 | 4418 | 4846 | 5008 | 5055 | 5233 | 5296 | 5673 | 6045 | 5234 | 57,615 |
| 1978 | 4688 | 4486 | 4113 | 6324 | 7616 | 5859 | 4810 | 3805 | 3776 | 4210 | 3759 | 3490 | 56,934 |
| 1979 | 3546 | 3202 | 3236 | 4853 | 6063 | 5159 | 4331 | 3797 | 3539 | 3411 | 3371 | 3228 | 47,736 |
| 1980 | 3151 | 2944 | 3323 | 4615 | 5876 | 5333 | 4514 | 3748 | 3784 | 4106 | 3757 | 3490 | 48,641 |
| 1981 | 3365 | 3192 | 3270 | 4243 | 4965 | 4870 | 4324 | 4362 | 4638 | 3947 | 3771 | 3425 | 48,372 |
| 1982 | 3324 | 3206 | 3730 | 5645 | 6022 | 5016 | 4388 | 3477 | 3908 | 3735 | 3538 | 3579 | 49,566 |
| 1983 | 3367 | 3999 | 3842 | 4401 | 5706 | 4861 | 4369 | 3274 | 4004 | 3792 | 3696 | 3731 | 48,442 |
| 1984 | 3597 | 3089 | 3693 | 4229 | 5641 | 5145 | 4144 | 3835 | 3765 | 3523 | 3418 | 3251 | 47,330 |
| 1985 | 3071 | 3267 | 3864 | 4161 | 4767 | 5476 | 5001 | 4106 | 3912 | 3701 | 3887 | 3602 | 48,815 |
| 1986 | 3501 | 3423 | 3675 | 4657 | 5821 | 4734 | 4619 | 3870 | 3990 | 4350 | 3728 | 3264 | 49,632 |
| 1987 | 3196 | 3181 | 3276 | 4001 | 4992 | 5543 | 5203 | 5333 | 5023 | 4485 | 4368 | 4142 | 52,723 |
| 1988 | 4067 | 3996 | 3546 | 4454 | 5596 | 6155 | 5235 | 4965 | 5036 | 4668 | 4439 | 3982 | 56,139 |
| 1989 | 3914 | 3664 | 3459 | 4259 | 5261 | 4917 | 3791 | 3700 | 3830 | 3527 | 3668 | 3350 | 47,340 |
| 1990 | 3243 | 3328 | 3565 | 4032 | 4709 | 5415 | 4373 | 3667 | 3848 | 3755 | 3922 | 3688 | 47,555 |
| 76 - 90 AVG | 3,505 | 3,395 | 3,566 | 4,574 | 5,532 | 5,231 | 4,592 | 4,135 | 4,220 | 4,080 | 3,949 | 3,654 | 50,445 |

**Clifton Court Forebay**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 296 | 270 | 277 | 466 | 733 | 601 | 570 | 518 | 505 | 375 | 336 | 456 | 5,403 |
| 1977 | 526 | 562 | 548 | 543 | 845 | 780 | 706 | 697 | 628 | 646 | 651 | 658 | 7,790 |
| 1978 | 720 | 738 | 556 | 414 | 409 | 286 | 254 | 267 | 267 | 322 | 267 | 311 | 4,811 |
| 1979 | 396 | 484 | 435 | 420 | 329 | 270 | 287 | 295 | 256 | 239 | 274 | 346 | 4,031 |
| 1980 | 421 | 428 | 321 | 236 | 181 | 206 | 266 | 296 | 290 | 310 | 274 | 311 | 3,540 |
| 1981 | 400 | 505 | 497 | 492 | 394 | 312 | 301 | 309 | 332 | 323 | 328 | 397 | 4,590 |
| 1982 | 470 | 477 | 293 | 322 | 222 | 188 | 178 | 211 | 258 | 271 | 260 | 273 | 3,423 |
| 1983 | 248 | 228 | 181 | 189 | 172 | 178 | 163 | 169 | 173 | 226 | 266 | 274 | 2,487 |
| 1984 | 266 | 202 | 167 | 177 | 260 | 287 | 292 | 307 | 276 | 238 | 255 | 302 | 3,029 |
| 1985 | 398 | 519 | 323 | 285 | 505 | 445 | 356 | 331 | 311 | 307 | 333 | 434 | 4,547 |
| 1986 | 494 | 479 | 380 | 399 | 203 | 162 | 251 | 287 | 308 | 344 | 264 | 293 | 3,864 |
| 1987 | 397 | 505 | 501 | 705 | 817 | 477 | 485 | 571 | 459 | 357 | 347 | 440 | 6,061 |
| 1988 | 570 | 560 | 445 | 465 | 603 | 561 | 440 | 434 | 449 | 348 | 338 | 512 | 5,725 |
| 1989 | 631 | 605 | 495 | 558 | 846 | 478 | 264 | 236 | 251 | 287 | 321 | 409 | 5,381 |
| 1990 | 456 | 567 | 594 | 796 | 888 | 508 | 456 | 369 | 350 | 293 | 328 | 454 | 6,059 |
| 76 - 90 AVG | 446 | 475 | 401 | 431 | 484 | 383 | 351 | 353 | 341 | 326 | 323 | 391 | 4,715 |

**Clifton Court Forebay**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 136 | 102 | 125 | 354 | 643 | 490 | 354 | 300 | 292 | 214 | 222 | 358 | 3,590 |
| 1977 | 379 | 381 | 377 | 434 | 787 | 718 | 504 | 434 | 407 | 421 | 438 | 515 | 5,795 |
| 1978 | 605 | 561 | 377 | 197 | 155 | 85 | 70 | 83 | 97 | 138 | 116 | 158 | 2,642 |
| 1979 | 241 | 340 | 311 | 252 | 130 | 86 | 98 | 111 | 106 | 97 | 149 | 225 | 2,146 |
| 1980 | 285 | 290 | 174 | 72 | 44 | 52 | 83 | 103 | 112 | 131 | 115 | 158 | 1,619 |
| 1981 | 257 | 374 | 384 | 362 | 224 | 124 | 111 | 121 | 149 | 174 | 209 | 283 | 2,772 |
| 1982 | 332 | 337 | 134 | 117 | 60 | 48 | 33 | 49 | 83 | 99 | 100 | 102 | 1,494 |
| 1983 | 83 | 70 | 43 | 49 | 40 | 43 | 33 | 33 | 34 | 63 | 90 | 95 | 676 |
| 1984 | 96 | 47 | 38 | 36 | 73 | 92 | 99 | 115 | 118 | 100 | 121 | 169 | 1,104 |
| 1985 | 266 | 395 | 168 | 134 | 381 | 283 | 172 | 169 | 168 | 163 | 214 | 325 | 2,836 |
| 1986 | 358 | 316 | 233 | 253 | 64 | 36 | 74 | 95 | 115 | 146 | 112 | 153 | 1,955 |
| 1987 | 254 | 367 | 386 | 640 | 742 | 320 | 230 | 262 | 218 | 187 | 211 | 329 | 4,146 |
| 1988 | 454 | 406 | 316 | 346 | 339 | 279 | 206 | 211 | 247 | 199 | 217 | 428 | 3,648 |
| 1989 | 533 | 454 | 352 | 461 | 750 | 339 | 110 | 89 | 113 | 150 | 202 | 302 | 3,855 |
| 1990 | 325 | 425 | 453 | 749 | 829 | 370 | 251 | 204 | 201 | 168 | 218 | 359 | 4,552 |
| 76 - 90 AVG | 307 | 324 | 258 | 297 | 351 | 224 | 162 | 159 | 164 | 163 | 182 | 264 | 2,855 |

**Clifton Court Forebay**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3036 | 2937 | 3210 | 4287 | 5069 | 4995 | 4734 | 4952 | 5082 | 4408 | 3914 | 3511 | 50,136 |
| 1977 | 3555 | 3759 | 3676 | 4328 | 4836 | 5004 | 5032 | 5277 | 5382 | 5737 | 6095 | 5540 | 58,221 |
| 1978 | 4951 | 4519 | 4149 | 6335 | 7542 | 5816 | 4808 | 3804 | 3777 | 4212 | 3759 | 3490 | 57,162 |
| 1979 | 3512 | 3182 | 3235 | 4853 | 6064 | 5145 | 4305 | 3789 | 3536 | 3481 | 3417 | 3228 | 47,747 |
| 1980 | 3185 | 2951 | 3322 | 4615 | 5876 | 5333 | 4525 | 3761 | 3785 | 4013 | 3725 | 3486 | 48,557 |
| 1981 | 3346 | 3180 | 3267 | 4241 | 4940 | 4851 | 4312 | 4350 | 4700 | 4330 | 3987 | 3456 | 48,960 |
| 1982 | 3359 | 3221 | 3728 | 5644 | 6022 | 5008 | 4387 | 3476 | 3908 | 3752 | 3544 | 3579 | 49,628 |
| 1983 | 3370 | 3401 | 3872 | 4412 | 5707 | 4861 | 4369 | 3274 | 4003 | 3792 | 3696 | 3730 | 48,487 |
| 1984 | 3599 | 3089 | 3693 | 4229 | 5641 | 5144 | 4142 | 3834 | 3765 | 3524 | 3418 | 3251 | 47,329 |
| 1985 | 3053 | 3259 | 3865 | 4183 | 4789 | 5491 | 4988 | 4222 | 4040 | 3885 | 4010 | 3563 | 49,348 |
| 1986 | 3472 | 3346 | 3649 | 4676 | 5825 | 4733 | 4622 | 3868 | 3986 | 4369 | 3765 | 3266 | 49,577 |
| 1987 | 3195 | 3179 | 3275 | 4001 | 4992 | 5532 | 5180 | 5236 | 5063 | 4678 | 4462 | 4016 | 52,809 |
| 1988 | 3956 | 3847 | 3477 | 4439 | 5597 | 6285 | 5746 | 5363 | 5052 | 4317 | 4174 | 3850 | 56,103 |
| 1989 | 3813 | 3584 | 3443 | 4257 | 5142 | 4824 | 3791 | 3592 | 3799 | 3815 | 4032 | 3477 | 47,569 |
| 1990 | 3240 | 3294 | 3530 | 4021 | 4762 | 5492 | 4694 | 4074 | 3922 | 3715 | 3800 | 3599 | 48,143 |
| 76 - 90 AVG | 3,508 | 3,383 | 3,559 | 4,568 | 5,520 | 5,234 | 4,642 | 4,191 | 4,253 | 4,135 | 3,987 | 3,689 | 50,652 |

**Clifton Court Forebay**
**Maximum Flow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 331 | 297 | 298 | 567 | 827 | 615 | 585 | 544 | 533 | 420 | 391 | 532 | 5,940 |
| 1977 | 573 | 552 | 538 | 531 | 809 | 795 | 669 | 614 | 604 | 632 | 639 | 653 | 7,609 |
| 1978 | 720 | 729 | 543 | 413 | 417 | 290 | 255 | 267 | 268 | 322 | 284 | 309 | 4,816 |
| 1979 | 397 | 483 | 438 | 406 | 326 | 270 | 287 | 301 | 285 | 241 | 270 | 336 | 4,040 |
| 1980 | 426 | 448 | 338 | 237 | 181 | 206 | 271 | 299 | 291 | 314 | 291 | 312 | 3,614 |
| 1981 | 387 | 446 | 454 | 473 | 411 | 325 | 292 | 324 | 418 | 426 | 352 | 430 | 4,738 |
| 1982 | 488 | 480 | 293 | 323 | 222 | 182 | 177 | 210 | 259 | 273 | 268 | 276 | 3,451 |
| 1983 | 249 | 228 | 192 | 191 | 172 | 178 | 163 | 169 | 173 | 226 | 263 | 273 | 2,477 |
| 1984 | 263 | 202 | 167 | 177 | 260 | 287 | 292 | 307 | 276 | 237 | 256 | 302 | 3,026 |
| 1985 | 405 | 556 | 335 | 294 | 521 | 451 | 389 | 455 | 486 | 356 | 335 | 456 | 5,038 |
| 1986 | 518 | 520 | 396 | 403 | 203 | 162 | 252 | 287 | 308 | 348 | 269 | 292 | 3,958 |
| 1987 | 397 | 505 | 501 | 704 | 816 | 481 | 438 | 618 | 631 | 577 | 475 | 480 | 6,823 |
| 1988 | 576 | 602 | 405 | 419 | 600 | 619 | 461 | 420 | 453 | 414 | 373 | 533 | 5,875 |
| 1989 | 660 | 591 | 481 | 547 | 848 | 471 | 262 | 363 | 384 | 304 | 319 | 420 | 5,650 |
| 1990 | 459 | 567 | 596 | 798 | 886 | 514 | 477 | 410 | 366 | 304 | 372 | 539 | 6,288 |
| 76 - 90 AVG | 457 | 480 | 398 | 432 | 500 | 390 | 351 | 373 | 382 | 360 | 344 | 409 | 4,876 |

**Clifton Court Forebay**
**Maximum Flow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 180 | 133 | 151 | 471 | 763 | 499 | 357 | 311 | 300 | 236 | 267 | 441 | 4,109 |
| 1977 | 432 | 367 | 351 | 402 | 733 | 727 | 541 | 444 | 410 | 418 | 433 | 529 | 5,787 |
| 1978 | 613 | 554 | 367 | 196 | 159 | 87 | 70 | 83 | 97 | 138 | 122 | 154 | 2,640 |
| 1979 | 240 | 333 | 287 | 231 | 126 | 85 | 98 | 113 | 120 | 98 | 135 | 208 | 2,074 |
| 1980 | 285 | 313 | 194 | 74 | 44 | 52 | 85 | 104 | 112 | 135 | 124 | 158 | 1,680 |
| 1981 | 234 | 294 | 328 | 330 | 228 | 132 | 107 | 128 | 187 | 220 | 218 | 319 | 2,725 |
| 1982 | 354 | 341 | 134 | 117 | 60 | 45 | 33 | 48 | 83 | 101 | 105 | 106 | 1,527 |
| 1983 | 83 | 70 | 51 | 51 | 40 | 43 | 33 | 33 | 34 | 63 | 88 | 95 | 684 |
| 1984 | 94 | 47 | 38 | 36 | 73 | 92 | 99 | 115 | 118 | 100 | 122 | 168 | 1,102 |
| 1985 | 268 | 437 | 183 | 144 | 401 | 289 | 185 | 213 | 235 | 183 | 209 | 347 | 3,094 |
| 1986 | 378 | 343 | 246 | 256 | 64 | 36 | 74 | 95 | 115 | 148 | 115 | 153 | 2,023 |
| 1987 | 253 | 367 | 386 | 639 | 741 | 318 | 213 | 288 | 300 | 289 | 264 | 336 | 4,394 |
| 1988 | 444 | 444 | 241 | 288 | 329 | 305 | 214 | 205 | 241 | 238 | 238 | 446 | 3,633 |
| 1989 | 563 | 433 | 330 | 446 | 696 | 320 | 106 | 151 | 174 | 153 | 198 | 316 | 3,886 |
| 1990 | 329 | 427 | 455 | 751 | 828 | 362 | 257 | 215 | 200 | 173 | 266 | 460 | 4,723 |
| 76 - 90 AVG | 317 | 327 | 249 | 295 | 352 | 226 | 165 | 170 | 182 | 180 | 194 | 282 | 2,939 |

**Clifton Court Forebay**
**Maximum Flow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 3058 | 2952 | 3211 | 4177 | 4878 | 5014 | 4814 | 5065 | 5011 | 4591 | 4287 | 3681 | 50,739 |
| 1977 | 3634 | 3778 | 3724 | 4433 | 4916 | 5140 | 5306 | 5392 | 5412 | 5749 | 6102 | 5255 | 58,843 |
| 1978 | 4673 | 4400 | 4102 | 6336 | 7643 | 5869 | 4810 | 3806 | 3782 | 4221 | 3840 | 3517 | 56,999 |
| 1979 | 3548 | 3251 | 3328 | 4880 | 6054 | 5144 | 4307 | 3831 | 3631 | 3582 | 3520 | 3343 | 48,419 |
| 1980 | 3248 | 2966 | 3326 | 4616 | 5875 | 5332 | 4540 | 3755 | 3797 | 4189 | 3835 | 3510 | 48,989 |
| 1981 | 3450 | 3294 | 3303 | 4307 | 5066 | 4907 | 4286 | 4299 | 4845 | 4637 | 4234 | 3557 | 50,185 |
| 1982 | 3376 | 3225 | 3731 | 5650 | 6025 | 4932 | 4378 | 3412 | 3916 | 3838 | 3632 | 3601 | 49,716 |
| 1983 | 3374 | 3404 | 4052 | 4447 | 5707 | 4860 | 4369 | 3274 | 4003 | 3783 | 3643 | 3713 | 48,629 |
| 1984 | 3542 | 3090 | 3693 | 4229 | 5641 | 5146 | 4145 | 3835 | 3765 | 3523 | 3418 | 3251 | 47,278 |
| 1985 | 3153 | 3309 | 3871 | 4168 | 4772 | 5036 | 4426 | 4566 | 4404 | 4197 | 3667 | | 51,060 |
| 1986 | 3597 | 3544 | 3704 | 4688 | 5825 | 4734 | 4633 | 3882 | 3987 | 4428 | 3796 | 3267 | 50,065 |
| 1987 | 3196 | 3178 | 3274 | 4001 | 4993 | 5513 | 5271 | 5137 | 5076 | 5240 | 5031 | 4624 | 54,534 |
| 1988 | 4448 | 4617 | 3697 | 4474 | 5812 | 6407 | 5985 | 5325 | 5282 | 4856 | 4858 | 4136 | 59,497 |
| 1989 | 3977 | 3640 | 3455 | 4271 | 5289 | 4914 | 3797 | 3916 | 4480 | 4308 | 4092 | 3485 | 49,624 |
| 1990 | 3233 | 3289 | 3532 | 4025 | 4760 | 5453 | 4809 | 4431 | 4218 | 3873 | 3983 | 3709 | 49,315 |
| 76 - 90 AVG | 3,567 | 3,462 | 3,600 | 4,580 | 5,537 | 5,258 | 4,699 | 4,252 | 4,385 | 4,348 | 4,151 | 3,754 | 51,595 |

**Clifton Court Forebay**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 329 | 362 | 705 | 904 | 849 | 586 | 551 | 521 | 513 | 545 | 406 | 397 |
| 1977 | 493 | 517 | 574 | 638 | 806 | 758 | 598 | 518 | 509 | 491 | 504 | 575 |
| 1978 | 684 | 689 | 538 | 411 | 383 | 282 | 224 | 248 | 289 | 244 | 249 | 317 |
| 1979 | 412 | 498 | 813 | 780 | 334 | 270 | 314 | 379 | 289 | 221 | 283 | 350 |
| 1980 | 422 | 437 | 513 | 324 | 193 | 202 | 286 | 311 | 318 | 266 | 239 | 313 |
| 1981 | 413 | 524 | 967 | 1031 | 505 | 313 | 328 | 408 | 466 | 535 | 394 | 390 |
| 1982 | 477 | 499 | 296 | 324 | 251 | 176 | 175 | 211 | 261 | 237 | 241 | 281 |
| 1983 | 234 | 231 | 188 | 182 | 170 | 177 | 169 | 172 | 179 | 243 | 265 | 269 |
| 1984 | 239 | 201 | 166 | 168 | 233 | 285 | 324 | 374 | 303 | 235 | 251 | 304 |
| 1985 | 402 | 534 | 359 | 322 | 513 | 426 | 403 | 462 | 384 | 331 | 331 | 408 |
| 1986 | 490 | 511 | 572 | 573 | 282 | 168 | 248 | 289 | 317 | 254 | 248 | 304 |
| 1987 | 397 | 514 | 974 | 1245 | 855 | 469 | 394 | 517 | 530 | 524 | 419 | 437 |
| 1988 | 535 | 548 | 656 | 720 | 451 | 457 | 575 | 449 | 457 | 508 | 442 | 529 |
| 1989 | 593 | 534 | 453 | 518 | 818 | 478 | 274 | 303 | 295 | 282 | 318 | 416 |
| 1990 | 454 | 520 | 522 | 705 | 748 | 469 | 508 | 470 | 381 | 330 | 377 | 498 |
| Average | 438 | 475 | 553 | 590 | 493 | 368 | 358 | 375 | 366 | 350 | 331 | 386 |

**Clifton Court Forebay**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 183 | 213 | 648 | 879 | 799 | 485 | 314 | 271 | 268 | 288 | 275 | 290 |
| 1977 | 336 | 326 | 362 | 468 | 680 | 643 | 454 | 346 | 349 | 349 | 359 | 478 |
| 1978 | 584 | 523 | 375 | 196 | 142 | 83 | 53 | 87 | 104 | 95 | 117 | 178 |
| 1979 | 261 | 357 | 770 | 885 | 143 | 66 | 107 | 140 | 112 | 88 | 150 | 225 |
| 1980 | 284 | 301 | 407 | 166 | 51 | 48 | 90 | 103 | 120 | 105 | 102 | 167 |
| 1981 | 273 | 395 | 955 | 1020 | 357 | 139 | 125 | 165 | 202 | 252 | 225 | 272 |
| 1982 | 340 | 369 | 143 | 118 | 72 | 41 | 33 | 48 | 84 | 86 | 103 | 122 |
| 1983 | 74 | 71 | 52 | 46 | 39 | 42 | 33 | 34 | 35 | 74 | 93 | 94 |
| 1984 | 75 | 47 | 37 | 35 | 60 | 91 | 115 | 144 | 121 | 93 | 118 | 171 |
| 1985 | 269 | 419 | 213 | 174 | 388 | 271 | 189 | 202 | 171 | 162 | 201 | 297 |
| 1986 | 350 | 355 | 463 | 462 | 109 | 38 | 69 | 90 | 118 | 98 | 113 | 169 |
| 1987 | 259 | 383 | 962 | 1295 | 791 | 318 | 194 | 236 | 247 | 263 | 240 | 311 |
| 1988 | 412 | 410 | 559 | 650 | 296 | 244 | 268 | 201 | 220 | 261 | 280 | 439 |
| 1989 | 475 | 364 | 303 | 414 | 724 | 344 | 119 | 123 | 129 | 143 | 199 | 314 |
| 1990 | 322 | 384 | 388 | 644 | 665 | 307 | 256 | 223 | 184 | 176 | 264 | 414 |
| Average | 300 | 328 | 442 | 483 | 354 | 212 | 161 | 160 | 164 | 169 | 189 | 263 |

**Clifton Court Forebay**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|------|---------|----------|----------|---------|----------|-------|-------|-----|------|------|--------|-----------|
| 1976 | 2981 | 2865 | 3125 | 4078 | 4732 | 4772 | 4576 | 4852 | 5006 | 5453 | 4302 | 3424 |
| 1977 | 3620 | 3836 | 3921 | 4673 | 5246 | 5480 | 5342 | 5211 | 4969 | 4941 | 5347 | 4775 |
| 1978 | 4407 | 4173 | 4014 | 6321 | 7172 | 5735 | 4499 | 3487 | 3798 | 3657 | 3404 | 3317 |
| 1979 | 3388 | 3175 | 3143 | 4859 | 6088 | 5146 | 4566 | 3980 | 3761 | 3427 | 3498 | 3357 |
| 1980 | 3166 | 2976 | 3291 | 4658 | 5967 | 5229 | 4855 | 3693 | 3968 | 3809 | 3466 | 3427 |
| 1981 | 3291 | 3157 | 3190 | 4182 | 5034 | 4855 | 4580 | 4400 | 4563 | 5110 | 4291 | 3485 |
| 1982 | 3322 | 3198 | 3719 | 5689 | 5999 | 4829 | 4396 | 3337 | 3878 | 3692 | 3504 | 3436 |
| 1983 | 3484 | 3502 | 4065 | 4349 | 5706 | 4862 | 4388 | 3318 | 4005 | 3858 | 3652 | 3668 |
| 1984 | 3692 | 3220 | 3710 | 4227 | 5638 | 5212 | 4415 | 4151 | 3916 | 3496 | 3387 | 3236 |
| 1985 | 3041 | 3267 | 3826 | 4296 | 4755 | 5309 | 5298 | 4695 | 4476 | 4308 | 4125 | 3585 |
| 1986 | 3475 | 3374 | 3621 | 4720 | 6360 | 4790 | 4459 | 3586 | 4032 | 3733 | 3400 | 3246 |
| 1987 | 3152 | 3133 | 3172 | 3958 | 4971 | 5441 | 5226 | 5196 | 5169 | 5445 | 5208 | 4619 |
| 1988 | 4424 | 4544 | 3537 | 4509 | 5445 | 5984 | 5872 | 5471 | 5215 | 5470 | 5069 | 3996 |
| 1989 | 3811 | 3600 | 3450 | 4255 | 5101 | 4780 | 3983 | 4007 | 4036 | 3916 | 4063 | 3499 |
| 1990 | 3167 | 3175 | 3406 | 3976 | 4682 | 5209 | 4826 | 4789 | 4461 | 4339 | 4226 | 3720 |
| Average | 3495 | 3413 | 3548 | 4583 | 5527 | 5176 | 4752 | 4278 | 4350 | 4310 | 4063 | 3651 |

Greens Landing

**Greens Landing**
**Existing Conditions**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 150 | 150 | 150 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,811 |
| 1977 | 151 | 151 | 150 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |
| 1978 | 151 | 151 | 155 | 155 | 152 | 152 | 150 | 151 | 151 | 151 | 150 | 151 | 1,820 |
| 1979 | 151 | 151 | 150 | 158 | 153 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 1,818 |
| 1980 | 150 | 150 | 152 | 152 | 152 | 150 | 151 | 151 | 151 | 151 | 151 | 151 | 1,812 |
| 1981 | 151 | 151 | 151 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,814 |
| 1982 | 151 | 151 | 151 | 153 | 150 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,808 |
| 1983 | 150 | 152 | 151 | 153 | 152 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,810 |
| 1984 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 151 | 150 | 150 | 151 | 1,808 |
| 1985 | 150 | 152 | 150 | 152 | 152 | 152 | 151 | 151 | 151 | 150 | 151 | 151 | 1,814 |
| 1986 | 151 | 152 | 152 | 154 | 153 | 151 | 151 | 151 | 151 | 151 | 150 | 151 | 1,818 |
| 1987 | 151 | 151 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |
| 1988 | 151 | 151 | 152 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,816 |
| 1989 | 151 | 151 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 150 | 1,813 |
| 1990 | 150 | 150 | 151 | 153 | 152 | 151 | 151 | 150 | 151 | 151 | 151 | 151 | 1,812 |
| 76 - 90 AVG | 151 | 151 | 151 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |

**Greens Landing**
**Existing Conditions**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 30 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 30 | 31 | 368 |
| 1977 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 370 |
| 1978 | 31 | 31 | 33 | 32 | 31 | 31 | 30 | 30 | 31 | 30 | 30 | 31 | 371 |
| 1979 | 31 | 30 | 30 | 34 | 32 | 30 | 30 | 31 | 31 | 30 | 30 | 30 | 369 |
| 1980 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 366 |
| 1981 | 31 | 30 | 30 | 31 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 368 |
| 1982 | 31 | 31 | 30 | 31 | 30 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 364 |
| 1983 | 30 | 31 | 30 | 31 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 364 |
| 1984 | 30 | 31 | 31 | 30 | 30 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 365 |
| 1985 | 30 | 32 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 30 | 31 | 31 | 370 |
| 1986 | 31 | 32 | 31 | 32 | 31 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 370 |
| 1987 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 370 |
| 1988 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 372 |
| 1989 | 31 | 31 | 30 | 31 | 31 | 30 | 30 | 31 | 31 | 30 | 30 | 30 | 366 |
| 1990 | 30 | 30 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 31 | 368 |
| 76 - 90 AVG | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 30 | 30 | 31 | 368 |

**Greens Landing**
**Existing Conditions**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2110 | 2301 | 2790 | 2639 | 3574 | 2548 | 2030 | 2400 | 2139 | 2503 | 2422 | 2318 | 29,774 |
| 1977 | 2130 | 2296 | 2777 | 2645 | 3576 | 2551 | 2045 | 2394 | 2153 | 2508 | 2441 | 2329 | 29,845 |
| 1978 | 2143 | 2296 | 2823 | 2657 | 3600 | 2531 | 2012 | 2402 | 2127 | 2508 | 2416 | 2318 | 29,833 |
| 1979 | 2124 | 2298 | 2786 | 2687 | 3608 | 2525 | 2018 | 2401 | 2124 | 2505 | 2416 | 2315 | 29,807 |
| 1980 | 2117 | 2297 | 2810 | 2628 | 3606 | 2518 | 2015 | 2400 | 2133 | 2507 | 2418 | 2319 | 29,768 |
| 1981 | 2122 | 2300 | 2791 | 2637 | 3590 | 2532 | 2021 | 2399 | 2134 | 2506 | 2422 | 2317 | 29,771 |
| 1982 | 2119 | 2311 | 2802 | 2631 | 3594 | 2532 | 2012 | 2402 | 2119 | 2504 | 2415 | 2311 | 29,752 |
| 1983 | 2110 | 2323 | 2800 | 2631 | 3604 | 2521 | 2010 | 2399 | 2110 | 2506 | 2413 | 2309 | 29,746 |
| 1984 | 2112 | 2304 | 2811 | 2610 | 3592 | 2522 | 2017 | 2398 | 2127 | 2503 | 2415 | 2316 | 29,727 |
| 1985 | 2116 | 2325 | 2800 | 2625 | 3582 | 2556 | 2031 | 2399 | 2131 | 2506 | 2425 | 2319 | 29,815 |
| 1986 | 2124 | 2317 | 2808 | 2652 | 3601 | 2519 | 2020 | 2400 | 2135 | 2506 | 2417 | 2316 | 29,815 |
| 1987 | 2121 | 2299 | 2785 | 2632 | 3589 | 2539 | 2401 | 2401 | 2131 | 2506 | 2428 | 2326 | 29,780 |
| 1988 | 2126 | 2301 | 2804 | 2645 | 3592 | 2557 | 2037 | 2396 | 2140 | 2505 | 2430 | 2324 | 29,857 |
| 1989 | 2128 | 2299 | 2786 | 2637 | 3592 | 2539 | 2014 | 2400 | 2128 | 2505 | 2421 | 2313 | 29,742 |
| 1990 | 2118 | 2297 | 2782 | 2639 | 3592 | 2549 | 2027 | 2397 | 2133 | 2507 | 2424 | 2323 | 29,788 |
| 76 - 90 AVG | 2122 | 2304 | 2796 | 2640 | 3590 | 2538 | 2022 | 2399 | 2131 | 2506 | 2422 | 2318 | 29,788 |

**Greens Landing**
**No-Action alternative**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 150 | 150 | 150 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,810 |
| 1977 | 151 | 151 | 150 | 154 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1978 | 151 | 151 | 155 | 155 | 152 | 152 | 150 | 151 | 151 | 151 | 150 | 151 | 1,819 |
| 1979 | 151 | 150 | 150 | 158 | 153 | 151 | 151 | 151 | 151 | 151 | 150 | 151 | 1,818 |
| 1980 | 150 | 150 | 152 | 152 | 152 | 150 | 151 | 151 | 151 | 151 | 151 | 151 | 1,812 |
| 1981 | 151 | 151 | 151 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,812 |
| 1982 | 150 | 151 | 151 | 153 | 150 | 152 | 150 | 150 | 150 | 151 | 150 | 150 | 1,807 |
| 1983 | 150 | 152 | 151 | 153 | 162 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,810 |
| 1984 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 151 | 150 | 150 | 150 | 1,808 |
| 1985 | 150 | 153 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1986 | 151 | 152 | 152 | 154 | 153 | 151 | 151 | 151 | 151 | 151 | 150 | 151 | 1,818 |
| 1987 | 151 | 150 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,812 |
| 1988 | 151 | 151 | 152 | 153 | 151 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 1,816 |
| 1989 | 151 | 151 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 150 | 1,813 |
| 1990 | 150 | 150 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,811 |
| 76 - 90 AVG | 151 | 151 | 151 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |

**Greens Landing**
**No-Action alternative**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 30 | 30 | 30 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 367 |
| 1977 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 370 |
| 1978 | 31 | 31 | 33 | 32 | 31 | 31 | 30 | 30 | 31 | 30 | 30 | 31 | 371 |
| 1979 | 31 | 30 | 30 | 33 | 32 | 30 | 30 | 31 | 31 | 30 | 30 | 30 | 368 |
| 1980 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 367 |
| 1981 | 31 | 30 | 30 | 32 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 369 |
| 1982 | 30 | 31 | 31 | 31 | 30 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 383 |
| 1983 | 30 | 31 | 30 | 31 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 364 |
| 1984 | 30 | 31 | 31 | 30 | 30 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 365 |
| 1985 | 30 | 32 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1986 | 31 | 32 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 369 |
| 1987 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 370 |
| 1988 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 372 |
| 1989 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 30 | 368 |
| 1990 | 30 | 30 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 30 | 369 |
| 76 - 90 AVG | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 31 | 368 |

**Greens Landing**
**No-Action Alternative**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2110 | 2301 | 2790 | 2635 | 3579 | 2542 | 2028 | 2400 | 2136 | 2508 | 2425 | 2319 | 29,773 |
| 1977 | 2130 | 2296 | 2778 | 2651 | 3574 | 2555 | 2037 | 2395 | 2146 | 2508 | 2437 | 2329 | 29,836 |
| 1978 | 2133 | 2296 | 2821 | 2659 | 3601 | 2532 | 2012 | 2402 | 2127 | 2508 | 2416 | 2319 | 29,826 |
| 1979 | 2122 | 2299 | 2787 | 2685 | 3608 | 2525 | 2017 | 2403 | 2125 | 2506 | 2417 | 2315 | 29,809 |
| 1980 | 2115 | 2297 | 2810 | 2628 | 3606 | 2518 | 2014 | 2399 | 2131 | 2505 | 2418 | 2319 | 29,760 |
| 1981 | 2120 | 2300 | 2791 | 2644 | 3587 | 2531 | 2019 | 2400 | 2145 | 2506 | 2425 | 2318 | 29,786 |
| 1982 | 2118 | 2312 | 2802 | 2631 | 3594 | 2532 | 2012 | 2402 | 2120 | 2504 | 2416 | 2311 | 29,752 |
| 1983 | 2111 | 2324 | 2800 | 2632 | 3604 | 2531 | 2010 | 2399 | 2110 | 2506 | 2413 | 2309 | 29,749 |
| 1984 | 2112 | 2304 | 2811 | 2610 | 3592 | 2521 | 2017 | 2400 | 2128 | 2503 | 2415 | 2316 | 29,729 |
| 1985 | 2118 | 2328 | 2800 | 2625 | 3583 | 2549 | 2031 | 2397 | 2137 | 2507 | 2425 | 2319 | 29,817 |
| 1986 | 2122 | 2315 | 2807 | 2651 | 3602 | 2519 | 2019 | 2400 | 2135 | 2506 | 2417 | 2316 | 29,809 |
| 1987 | 2119 | 2299 | 2786 | 2632 | 3590 | 2538 | 2025 | 2399 | 2146 | 2508 | 2431 | 2327 | 29,800 |
| 1988 | 2127 | 2301 | 2803 | 2642 | 3591 | 2577 | 2041 | 2394 | 2140 | 2506 | 2429 | 2322 | 29,873 |
| 1989 | 2125 | 2300 | 2787 | 2636 | 3573 | 2538 | 2013 | 2401 | 2135 | 2505 | 2424 | 2314 | 29,751 |
| 1990 | 2115 | 2298 | 2784 | 2635 | 3593 | 2547 | 2031 | 2396 | 2138 | 2506 | 2424 | 2321 | 29,788 |
| 76 - 90 AVG | 2120 | 2304 | 2796 | 2640 | 3590 | 2538 | 2022 | 2399 | 2133 | 2506 | 2423 | 2318 | 29,791 |

**Greens Landing**
**State Permit**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 150 | 150 | 150 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,810 |
| 1977 | 151 | 151 | 150 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,814 |
| 1978 | 151 | 151 | 155 | 155 | 152 | 152 | 150 | 150 | 151 | 150 | 150 | 151 | 1,816 |
| 1979 | 151 | 150 | 150 | 158 | 154 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 1,819 |
| 1980 | 150 | 150 | 152 | 152 | 152 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 1,811 |
| 1981 | 151 | 151 | 151 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1982 | 150 | 151 | 151 | 153 | 150 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,807 |
| 1983 | 150 | 152 | 151 | 153 | 152 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,810 |
| 1984 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 151 | 150 | 150 | 151 | 1,808 |
| 1985 | 150 | 153 | 151 | 152 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 1,816 |
| 1986 | 151 | 152 | 152 | 154 | 153 | 151 | 151 | 151 | 151 | 150 | 150 | 151 | 1,817 |
| 1987 | 151 | 151 | 150 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |
| 1988 | 151 | 151 | 152 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1989 | 151 | 151 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 150 | 1,813 |
| 1990 | 150 | 150 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,811 |
| 76 - 90 AVG | 151 | 151 | 151 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |

**Greens Landing**
**State Permit**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 30 | 30 | 30 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 30 | 31 | 367 |
| 1977 | 31 | 30 | 30 | 32 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1978 | 31 | 31 | 33 | 32 | 31 | 31 | 30 | 30 | 31 | 30 | 30 | 31 | 371 |
| 1979 | 31 | 30 | 30 | 34 | 32 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 370 |
| 1980 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 366 |
| 1981 | 31 | 30 | 30 | 32 | 30 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 369 |
| 1982 | 30 | 31 | 31 | 31 | 30 | 31 | 30 | 30 | 30 | 31 | 31 | 31 | 363 |
| 1983 | 30 | 31 | 30 | 31 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 364 |
| 1984 | 30 | 31 | 31 | 30 | 30 | 30 | 30 | 31 | 30 | 30 | 30 | 30 | 365 |
| 1985 | 30 | 32 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1986 | 31 | 32 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 368 |
| 1987 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 30 | 30 | 370 |
| 1988 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 372 |
| 1989 | 31 | 31 | 30 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 30 | 368 |
| 1990 | 30 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 369 |
| 76 - 90 AVG | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 368 |

**Greens Landing**
**State Permit**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2110 | 2301 | 2790 | 2633 | 3580 | 2644 | 2027 | 2400 | 2143 | 2510 | 2419 | 2319 | 29,776 |
| 1977 | 2131 | 2296 | 2774 | 2654 | 3575 | 2549 | 2041 | 2395 | 2140 | 2508 | 2436 | 2328 | 29,827 |
| 1978 | 2136 | 2296 | 2822 | 2659 | 3601 | 2532 | 2012 | 2402 | 2127 | 2503 | 2415 | 2317 | 29,822 |
| 1979 | 2122 | 2299 | 2787 | 2685 | 3612 | 2527 | 2017 | 2403 | 2124 | 2505 | 2419 | 2317 | 29,817 |
| 1980 | 2114 | 2297 | 2810 | 2628 | 3606 | 2518 | 2014 | 2400 | 2131 | 2505 | 2416 | 2319 | 29,758 |
| 1981 | 2120 | 2300 | 2792 | 2647 | 3586 | 2534 | 2020 | 2400 | 2146 | 2511 | 2425 | 2318 | 29,799 |
| 1982 | 2116 | 2312 | 2802 | 2631 | 3594 | 2532 | 2012 | 2402 | 2120 | 2504 | 2416 | 2311 | 29,752 |
| 1983 | 2111 | 2324 | 2800 | 2632 | 3604 | 2531 | 2010 | 2399 | 2110 | 2506 | 2413 | 2309 | 29,749 |
| 1984 | 2112 | 2304 | 2811 | 2610 | 3592 | 2521 | 2017 | 2400 | 2127 | 2503 | 2415 | 2316 | 29,728 |
| 1985 | 2116 | 2328 | 2800 | 2624 | 3583 | 2552 | 2032 | 2397 | 2136 | 2507 | 2424 | 2319 | 29,818 |
| 1986 | 2124 | 2315 | 2807 | 2651 | 3602 | 2519 | 2019 | 2400 | 2135 | 2501 | 2415 | 2316 | 29,804 |
| 1987 | 2119 | 2299 | 2786 | 2632 | 3590 | 2539 | 2026 | 2397 | 2146 | 2508 | 2433 | 2327 | 29,802 |
| 1988 | 2127 | 2301 | 2803 | 2643 | 3591 | 2560 | 2043 | 2396 | 2143 | 2509 | 2430 | 2322 | 29,868 |
| 1989 | 2126 | 2300 | 2786 | 2637 | 3573 | 2538 | 2014 | 2401 | 2132 | 2505 | 2427 | 2314 | 29,753 |
| 1990 | 2115 | 2298 | 2784 | 2636 | 3593 | 2545 | 2032 | 2393 | 2137 | 2507 | 2422 | 2321 | 29,783 |
| 76 - 90 AVG | 2120 | 2304 | 2796 | 2640 | 3590 | 2537 | 2022 | 2399 | 2133 | 2506 | 2422 | 2318 | 29,790 |

**Greens Landing**
**Percent Inflow**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 150 | 150 | 150 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,810 |
| 1977 | 151 | 151 | 150 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,814 |
| 1978 | 151 | 151 | 155 | 155 | 152 | 152 | 160 | 150 | 151 | 150 | 150 | 151 | 1,818 |
| 1979 | 151 | 150 | 150 | 158 | 154 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 1,819 |
| 1980 | 150 | 150 | 152 | 152 | 152 | 150 | 151 | 151 | 151 | 150 | 151 | 151 | 1,811 |
| 1981 | 151 | 151 | 151 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1982 | 150 | 151 | 151 | 153 | 150 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,807 |
| 1983 | 150 | 152 | 151 | 153 | 152 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,810 |
| 1984 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 150 | 150 | 151 | 151 | 1,808 |
| 1985 | 150 | 153 | 151 | 152 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 1,816 |
| 1986 | 151 | 152 | 152 | 154 | 153 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 1,817 |
| 1987 | 151 | 151 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |
| 1988 | 151 | 151 | 152 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1989 | 151 | 151 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 150 | 1,813 |
| 1990 | 160 | 150 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,811 |
| 76 - 90 AVG | 151 | 151 | 151 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |

**Greens Landing**
**Percent Inflow**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 30 | 30 | 30 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 30 | 31 | 367 |
| 1977 | 31 | 30 | 30 | 32 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1978 | 31 | 31 | 33 | 32 | 31 | 31 | 30 | 30 | 31 | 30 | 30 | 31 | 371 |
| 1979 | 31 | 30 | 30 | 34 | 32 | 30 | 30 | 30 | 31 | 30 | 30 | 31 | 370 |
| 1980 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 366 |
| 1981 | 31 | 30 | 30 | 32 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 369 |
| 1982 | 30 | 31 | 30 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 31 | 31 | 363 |
| 1983 | 30 | 31 | 31 | 31 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 364 |
| 1984 | 30 | 31 | 31 | 30 | 30 | 30 | 30 | 31 | 30 | 30 | 30 | 30 | 365 |
| 1985 | 30 | 32 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1986 | 31 | 32 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 368 |
| 1987 | 31 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 31 | 30 | 30 | 30 | 370 |
| 1988 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 372 |
| 1989 | 31 | 31 | 30 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 30 | 368 |
| 1990 | 30 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 369 |
| 76 - 90 AVG | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 368 |

**Greens Landing**
**Percent Inflow**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1976 | 2110 | 2301 | 2790 | 2633 | 3580 | 2544 | 2027 | 2400 | 2143 | 2510 | 2419 | 2319 | 29,776 |
| 1977 | 2131 | 2296 | 2774 | 2654 | 3575 | 2549 | 2041 | 2395 | 2140 | 2508 | 2436 | 2328 | 29,827 |
| 1978 | 2136 | 2296 | 2822 | 2659 | 3601 | 2532 | 2012 | 2402 | 2127 | 2503 | 2415 | 2317 | 29,822 |
| 1979 | 2122 | 2299 | 2787 | 2685 | 3612 | 2527 | 2017 | 2403 | 2124 | 2505 | 2419 | 2317 | 29,817 |
| 1980 | 2114 | 2297 | 2810 | 2628 | 3606 | 2518 | 2014 | 2400 | 2131 | 2505 | 2416 | 2319 | 29,758 |
| 1981 | 2120 | 2300 | 2792 | 2647 | 3586 | 2534 | 2020 | 2400 | 2146 | 2511 | 2425 | 2318 | 29,799 |
| 1982 | 2116 | 2312 | 2802 | 2631 | 3594 | 2532 | 2012 | 2402 | 2120 | 2504 | 2416 | 2311 | 29,752 |
| 1983 | 2111 | 2324 | 2800 | 2632 | 3604 | 2531 | 2010 | 2399 | 2110 | 2506 | 2413 | 2309 | 29,749 |
| 1984 | 2112 | 2304 | 2811 | 2610 | 3592 | 2521 | 2017 | 2400 | 2127 | 2503 | 2415 | 2316 | 29,728 |
| 1985 | 2116 | 2328 | 2807 | 2624 | 3583 | 2552 | 2032 | 2397 | 2136 | 2507 | 2424 | 2319 | 29,818 |
| 1986 | 2124 | 2315 | 2807 | 2651 | 3602 | 2519 | 2019 | 2400 | 2135 | 2501 | 2415 | 2316 | 29,804 |
| 1987 | 2119 | 2299 | 2786 | 2632 | 3590 | 2539 | 2026 | 2397 | 2146 | 2508 | 2433 | 2327 | 29,802 |
| 1988 | 2127 | 2301 | 2803 | 2643 | 3591 | 2560 | 2043 | 2396 | 2143 | 2509 | 2430 | 2322 | 29,868 |
| 1989 | 2126 | 2300 | 2786 | 2637 | 3573 | 2538 | 2014 | 2401 | 2132 | 2505 | 2427 | 2314 | 29,753 |
| 1990 | 2115 | 2298 | 2784 | 2638 | 3593 | 2545 | 2032 | 2393 | 2137 | 2507 | 2422 | 2321 | 29,783 |
| 76 - 90 AVG | 2120 | 2304 | 2796 | 2640 | 3590 | 2537 | 2022 | 2399 | 2133 | 2506 | 2422 | 2318 | 29,790 |

**Greens Landing**
**Flow Study**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 150 | 150 | 150 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,810 |
| 1977 | 151 | 151 | 150 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,814 |
| 1978 | 151 | 151 | 155 | 155 | 152 | 152 | 150 | 150 | 151 | 150 | 150 | 151 | 1,818 |
| 1979 | 151 | 150 | 150 | 158 | 154 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 1,819 |
| 1980 | 150 | 150 | 152 | 152 | 152 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 1,811 |
| 1981 | 151 | 151 | 151 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1982 | 150 | 151 | 151 | 153 | 150 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,807 |
| 1983 | 150 | 152 | 151 | 153 | 152 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,810 |
| 1984 | 150 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 150 | 150 | 151 | 1,809 |
| 1985 | 150 | 153 | 151 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 1,816 |
| 1986 | 151 | 152 | 152 | 154 | 153 | 151 | 151 | 151 | 151 | 150 | 150 | 151 | 1,817 |
| 1987 | 151 | 151 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |
| 1988 | 151 | 151 | 152 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1989 | 151 | 151 | 151 | 151 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 150 | 1,813 |
| 1990 | 150 | 150 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,811 |
| 76 - 90 AVG | 151 | 151 | 151 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |

**Greens Landing**
**Flow Study**
**Bromide**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 30 | 30 | 30 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 30 | 31 | 367 |
| 1977 | 31 | 30 | 30 | 32 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1978 | 31 | 31 | 33 | 32 | 31 | 31 | 30 | 30 | 31 | 30 | 30 | 31 | 371 |
| 1979 | 31 | 30 | 30 | 34 | 32 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 370 |
| 1980 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 30 | 31 | 366 |
| 1981 | 31 | 30 | 30 | 32 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 369 |
| 1982 | 30 | 31 | 30 | 31 | 30 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 363 |
| 1983 | 30 | 31 | 30 | 31 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 364 |
| 1984 | 30 | 31 | 31 | 30 | 30 | 30 | 30 | 31 | 30 | 30 | 30 | 31 | 365 |
| 1985 | 30 | 32 | 30 | 31 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1986 | 31 | 32 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 30 | 31 | 31 | 368 |
| 1987 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 30 | 30 | 30 | 370 |
| 1988 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 372 |
| 1989 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 30 | 368 |
| 1990 | 30 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 369 |
| 76 - 90 AVG | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 368 |

**Greens Landing**
**Flow Study**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2110 | 2301 | 2790 | 2633 | 3580 | 2544 | 2027 | 2400 | 2143 | 2510 | 2419 | 2319 | 29,776 |
| 1977 | 2131 | 2296 | 2774 | 2654 | 3575 | 2549 | 2041 | 2395 | 2140 | 2508 | 2436 | 2328 | 29,827 |
| 1978 | 2138 | 2296 | 2822 | 2659 | 3601 | 2532 | 2012 | 2402 | 2127 | 2503 | 2415 | 2317 | 29,822 |
| 1979 | 2122 | 2299 | 2787 | 2685 | 3812 | 2527 | 2017 | 2403 | 2124 | 2505 | 2419 | 2317 | 29,817 |
| 1980 | 2114 | 2297 | 2810 | 2628 | 3606 | 2518 | 2014 | 2400 | 2131 | 2505 | 2416 | 2319 | 29,758 |
| 1981 | 2120 | 2300 | 2792 | 2647 | 3586 | 2534 | 2020 | 2400 | 2148 | 2511 | 2425 | 2318 | 29,799 |
| 1982 | 2116 | 2312 | 2802 | 2631 | 3594 | 2532 | 2012 | 2402 | 2120 | 2504 | 2416 | 2311 | 29,752 |
| 1983 | 2111 | 2324 | 2800 | 2632 | 3604 | 2531 | 2010 | 2399 | 2110 | 2506 | 2413 | 2309 | 29,749 |
| 1984 | 2112 | 2304 | 2811 | 2610 | 3592 | 2521 | 2017 | 2400 | 2127 | 2503 | 2415 | 2316 | 29,728 |
| 1985 | 2116 | 2328 | 2800 | 2624 | 3583 | 2552 | 2032 | 2397 | 2136 | 2507 | 2424 | 2319 | 29,818 |
| 1986 | 2124 | 2315 | 2807 | 2651 | 3602 | 2519 | 2019 | 2400 | 2135 | 2501 | 2415 | 2316 | 29,804 |
| 1987 | 2119 | 2299 | 2786 | 2632 | 3590 | 2539 | 2026 | 2397 | 2148 | 2508 | 2433 | 2327 | 29,802 |
| 1988 | 2127 | 2301 | 2803 | 2643 | 3591 | 2560 | 2043 | 2396 | 2143 | 2509 | 2430 | 2322 | 29,868 |
| 1989 | 2126 | 2300 | 2786 | 2637 | 3573 | 2538 | 2014 | 2401 | 2132 | 2505 | 2427 | 2314 | 29,753 |
| 1990 | 2115 | 2298 | 2784 | 2636 | 3593 | 2545 | 2032 | 2393 | 2137 | 2507 | 2422 | 2321 | 29,783 |
| 76 - 90 AVG | 2120 | 2304 | 2796 | 2640 | 3590 | 2537 | 2022 | 2399 | 2133 | 2506 | 2422 | 2318 | 29,790 |

Greens Landing
Maximum Flow
Electrical Conductivity
Units are in microsiemens/centimeter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 150 | 150 | 150 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,810 |
| 1977 | 151 | 151 | 150 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,814 |
| 1978 | 151 | 151 | 155 | 155 | 152 | 152 | 150 | 150 | 151 | 150 | 150 | 151 | 1,818 |
| 1979 | 151 | 150 | 150 | 158 | 154 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 1,819 |
| 1980 | 150 | 150 | 152 | 152 | 152 | 150 | 151 | 151 | 151 | 151 | 151 | 151 | 1,811 |
| 1981 | 151 | 151 | 151 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1982 | 150 | 151 | 151 | 153 | 150 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,807 |
| 1983 | 150 | 152 | 151 | 153 | 152 | 152 | 150 | 150 | 150 | 150 | 150 | 150 | 1,810 |
| 1984 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 1,808 |
| 1985 | 150 | 153 | 151 | 152 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 1,816 |
| 1986 | 151 | 152 | 152 | 154 | 153 | 151 | 151 | 151 | 151 | 150 | 150 | 151 | 1,817 |
| 1987 | 151 | 151 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |
| 1988 | 151 | 151 | 152 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,815 |
| 1989 | 151 | 151 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 150 | 1,813 |
| 1990 | 150 | 150 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,811 |
| 76 - 90 AVG | 151 | 151 | 151 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 1,813 |

Greens Landing
Maximum Flow
Bromide
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 30 | 30 | 30 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 367 |
| 1977 | 31 | 30 | 30 | 32 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1978 | 31 | 31 | 33 | 32 | 31 | 31 | 30 | 30 | 31 | 30 | 30 | 31 | 371 |
| 1979 | 31 | 30 | 30 | 34 | 32 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 370 |
| 1980 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 366 |
| 1981 | 31 | 30 | 30 | 32 | 30 | 31 | 30 | 31 | 31 | 31 | 31 | 31 | 369 |
| 1982 | 30 | 31 | 30 | 31 | 30 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 363 |
| 1983 | 30 | 31 | 30 | 31 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 364 |
| 1984 | 30 | 31 | 31 | 30 | 30 | 30 | 30 | 31 | 31 | 30 | 30 | 31 | 365 |
| 1985 | 30 | 32 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 371 |
| 1986 | 31 | 32 | 31 | 31 | 31 | 30 | 31 | 31 | 30 | 30 | 30 | 30 | 368 |
| 1987 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 30 | 30 | 30 | 370 |
| 1988 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 372 |
| 1989 | 31 | 31 | 30 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 368 |
| 1990 | 30 | 30 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 31 | 369 |
| 76 - 90 AVG | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 368 |

Greens Landing
Maximum Flow
Dissolved Organic Carbon
Units are in micrograms/liter

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2110 | 2301 | 2790 | 2633 | 3580 | 2544 | 2027 | 2400 | 2143 | 2510 | 2419 | 2319 | 29,776 |
| 1977 | 2131 | 2296 | 2774 | 2654 | 3575 | 2549 | 2041 | 2395 | 2140 | 2508 | 2436 | 2328 | 29,827 |
| 1978 | 2136 | 2296 | 2822 | 2659 | 3601 | 2532 | 2012 | 2402 | 2127 | 2503 | 2415 | 2317 | 29,822 |
| 1979 | 2122 | 2299 | 2787 | 2685 | 3612 | 2527 | 2017 | 2403 | 2124 | 2505 | 2419 | 2317 | 29,817 |
| 1980 | 2114 | 2297 | 2810 | 2628 | 3606 | 2518 | 2014 | 2400 | 2131 | 2505 | 2416 | 2319 | 29,758 |
| 1981 | 2120 | 2300 | 2792 | 2647 | 3586 | 2534 | 2020 | 2400 | 2146 | 2511 | 2425 | 2318 | 29,799 |
| 1982 | 2116 | 2312 | 2802 | 2631 | 3594 | 2532 | 2012 | 2402 | 2120 | 2504 | 2416 | 2311 | 29,752 |
| 1983 | 2111 | 2324 | 2800 | 2632 | 3604 | 2510 | 2010 | 2399 | 2110 | 2506 | 2413 | 2309 | 29,749 |
| 1984 | 2112 | 2304 | 2811 | 2610 | 3592 | 2521 | 2017 | 2400 | 2127 | 2503 | 2415 | 2316 | 29,728 |
| 1985 | 2116 | 2328 | 2800 | 2624 | 3583 | 2552 | 2032 | 2397 | 2136 | 2507 | 2424 | 2319 | 29,818 |
| 1986 | 2124 | 2315 | 2807 | 2651 | 3602 | 2519 | 2019 | 2400 | 2135 | 2501 | 2415 | 2316 | 29,804 |
| 1987 | 2119 | 2299 | 2787 | 2632 | 3590 | 2539 | 2026 | 2397 | 2146 | 2508 | 2433 | 2327 | 29,802 |
| 1988 | 2127 | 2301 | 2803 | 2643 | 3591 | 2560 | 2043 | 2396 | 2143 | 2509 | 2430 | 2322 | 29,868 |
| 1989 | 2126 | 2300 | 2786 | 2637 | 3573 | 2538 | 2014 | 2401 | 2132 | 2505 | 2427 | 2314 | 29,753 |
| 1990 | 2115 | 2298 | 2784 | 2636 | 3583 | 2545 | 2032 | 2393 | 2137 | 2507 | 2422 | 2321 | 29,783 |
| 76 - 90 AVG | 2120 | 2304 | 2796 | 2640 | 3590 | 2537 | 2022 | 2399 | 2133 | 2506 | 2422 | 2318 | 29,790 |

**Sac River @ Greens Landing, 418**
**Cumulative Impact**
**Electrical Conductivity**
Units are in microsiemens/centimeter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 150 | 150 | 150 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 |
| 1977 | 151 | 151 | 151 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 |
| 1978 | 151 | 151 | 155 | 155 | 152 | 152 | 150 | 150 | 151 | 150 | 150 | 151 |
| 1979 | 151 | 150 | 150 | 158 | 154 | 151 | 151 | 151 | 151 | 150 | 151 | 151 |
| 1980 | 150 | 150 | 152 | 152 | 152 | 150 | 151 | 151 | 151 | 151 | 150 | 151 |
| 1981 | 151 | 151 | 151 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 |
| 1982 | 150 | 151 | 151 | 153 | 150 | 152 | 150 | 150 | 150 | 150 | 151 | 150 |
| 1983 | 150 | 152 | 151 | 153 | 152 | 152 | 150 | 150 | 150 | 150 | 150 | 150 |
| 1984 | 150 | 151 | 151 | 151 | 151 | 150 | 151 | 151 | 151 | 150 | 150 | 151 |
| 1985 | 150 | 153 | 151 | 152 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 |
| 1986 | 151 | 152 | 152 | 154 | 153 | 151 | 151 | 151 | 151 | 150 | 150 | 151 |
| 1987 | 151 | 151 | 150 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 |
| 1988 | 151 | 151 | 152 | 153 | 151 | 151 | 151 | 151 | 151 | 151 | 151 | 151 |
| 1989 | 151 | 151 | 151 | 152 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 150 |
| 1990 | 150 | 150 | 150 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 |
| Average | 151 | 151 | 151 | 153 | 152 | 151 | 151 | 151 | 151 | 151 | 151 | 151 |

**Sac River @ Greens Landing, 418**
**Cumulative Impact**
**Bromide**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 30 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 30 | 31 |
| 1977 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 |
| 1978 | 31 | 31 | 33 | 32 | 31 | 31 | 30 | 30 | 31 | 30 | 30 | 31 |
| 1979 | 31 | 30 | 30 | 34 | 32 | 30 | 30 | 31 | 31 | 30 | 30 | 31 |
| 1980 | 30 | 30 | 31 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 30 | 31 |
| 1981 | 31 | 30 | 30 | 32 | 30 | 30 | 31 | 31 | 31 | 31 | 30 | 31 |
| 1982 | 31 | 31 | 30 | 31 | 30 | 31 | 30 | 30 | 31 | 30 | 30 | 30 |
| 1983 | 30 | 31 | 30 | 31 | 31 | 31 | 30 | 30 | 30 | 30 | 30 | 30 |
| 1984 | 30 | 30 | 31 | 30 | 30 | 30 | 30 | 31 | 30 | 30 | 30 | 31 |
| 1985 | 30 | 32 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 |
| 1986 | 31 | 32 | 31 | 32 | 31 | 30 | 30 | 31 | 31 | 30 | 30 | 30 |
| 1987 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 |
| 1988 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 |
| 1989 | 31 | 31 | 30 | 31 | 31 | 30 | 30 | 31 | 31 | 31 | 31 | 30 |
| 1990 | 30 | 30 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 31 | 31 |
| Average | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 |

**Sac River @ Greens Landing, 418**
**Cumulative Impact**
**Dissolved Organic Carbon**
Units are in micrograms/liter

| Year | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | 2110 | 2301 | 2790 | 2633 | 3579 | 2545 | 2027 | 2400 | 2143 | 2510 | 2420 | 2319 |
| 1977 | 2132 | 2295 | 2773 | 2650 | 3575 | 2549 | 2041 | 2395 | 2140 | 2508 | 2436 | 2328 |
| 1978 | 2136 | 2296 | 2822 | 2659 | 3601 | 2532 | 2013 | 2402 | 2127 | 2504 | 2415 | 2317 |
| 1979 | 2123 | 2296 | 2786 | 2686 | 3612 | 2527 | 2017 | 2403 | 2124 | 2505 | 2418 | 2317 |
| 1980 | 2115 | 2298 | 2810 | 2626 | 3606 | 2519 | 2015 | 2399 | 2130 | 2505 | 2415 | 2319 |
| 1981 | 2121 | 2300 | 2791 | 2647 | 3586 | 2534 | 2021 | 2400 | 2146 | 2511 | 2424 | 2317 |
| 1982 | 2117 | 2312 | 2801 | 2631 | 3594 | 2533 | 2012 | 2402 | 2121 | 2504 | 2417 | 2311 |
| 1983 | 2111 | 2323 | 2800 | 2632 | 3604 | 2531 | 2010 | 2399 | 2110 | 2506 | 2414 | 2309 |
| 1984 | 2112 | 2303 | 2811 | 2610 | 3592 | 2521 | 2018 | 2400 | 2126 | 2503 | 2415 | 2316 |
| 1985 | 2116 | 2328 | 2800 | 2625 | 3583 | 2552 | 2032 | 2397 | 2135 | 2507 | 2424 | 2319 |
| 1986 | 2124 | 2315 | 2807 | 2652 | 3601 | 2519 | 2019 | 2400 | 2135 | 2501 | 2415 | 2316 |
| 1987 | 2120 | 2299 | 2786 | 2632 | 3589 | 2539 | 2027 | 2398 | 2146 | 2508 | 2434 | 2327 |
| 1988 | 2127 | 2301 | 2803 | 2644 | 3591 | 2560 | 2038 | 2396 | 2143 | 2510 | 2432 | 2321 |
| 1989 | 2126 | 2300 | 2788 | 2637 | 3573 | 2538 | 2014 | 2401 | 2132 | 2505 | 2426 | 2314 |
| 1990 | 2115 | 2297 | 2783 | 2637 | 3593 | 2543 | 2032 | 2393 | 2138 | 2509 | 2426 | 2321 |
| Average | 2120 | 2304 | 2797 | 2640 | 3592 | 2536 | 2022 | 2399 | 2133 | 2506 | 2422 | 2318 |

## 2.4.2   Technical Appendix B—Fishery Resources

**1.1      Anadromous Salmonid Species**                            *(SEE SUBSECTIONS)*

**1.1.1    Affected Environment**                                  **(CHANGES FOLLOW)**
**pg. B-1**

Native anadromous salmonid species currently found in the Trinity River Basin and the
Lower Klamath River Basin/ Coastal Areas includes spring, fall, and late-fall chinook
salmon (*Oncoryhnchus tshawytscha*), coho salmon (*O. kisutch*), and steelhead (*O. mykiss
irideus*).  In addition, coastal cutthroat trout (*O. clarki clarki*) are found in the Lower Klamath
River Basin/ Coastal Area.  In the Central Valley, chinook salmon (fall, late-fall, spring, and
winter) and winter steelhead, but not coho salmon and cutthroat trout, constitute the native
anadromous salmonids in that geographical area.

**1.1.1.1 Trinity River Basin**                                   **(CHANGES FOLLOW)**
**pg. B-2**

**The data in Table B-3 is not relevant to the text that references it on page B-2.  Table B-3
has been replaced with a table that accurately represents the data and text.  See Section
2.4.2.1 for new Table B-3.**

**Figure B-2 has been modified to more accurately depict downstream migration of
juvenile chinook salmon and to include the juvenile rearing periods of chinook and coho
salmon and steelhead.  See Section 2.4.2.1 for revised Figure B-2.**

**Trinity River Restoration Program Goals**.
**pg. B-6**

<u>Coho Salmon</u>.  Coho salmon populations were historically much smaller than chinook
salmon in the Trinity River.  Holmberg (1972) reported that the estimated number of coho
salmon in the Trinity Basin was approximately 8,000.  An average annual pre-dam spawner
escapement of approximately 5,000 adult coho above Lewiston was cited by CDFG and
Service (1956).  After construction of Lewiston Dam, coho inriver escapement estimates
below Lewiston ranged from approximately 460-2,100 during 1969 through 1971 (Smith,
1975; Rogers, 1972; and Rogers, 1982).  Leidy and Leidy (1984) reported that the returns to
Trinity River Hatchery for the period 1973-1980 averaged approximately 3,300 adults. total
annual average coho basin escapement for the Trinity River below Lewiston Dam for 1973
through 1980 was approximately 3,300 adults.

**pgs. B-6 and B-7**

Estimates of the naturally produced coho salmon spawning in the mainstem Trinity River
upstream of the Willow Creek weir for the years 1991 through 1995 have been made
(U.S. Fish and Wildlife Service, 1998).  Table B-4 shows the average estimated spawner
escapement of naturally and hatchery-produced coho salmon for the years 1991 through
1995.  From 1991 through 1995 naturally produced coho salmon spawning in the Trinity
River upstream of the Willow Creek weir averaged 200 fish, ranging from 0-14 percent of
the total annual escapement (an annual average of 3 percent).  Approximately 8,100 98 per-
cent (5,500) of the coho salmon spawning inriver are produced by the hatchery.

**pg. B-8**

**Species Listed and Proposed for Listing under the Endangered Species Act (ESA).** After a coast-wide status review by the U.S. National Marine Fisheries Service (NMFS), the Southern Oregon/ Northern California evolutionarily significant unit (ESU) naturally produced coho salmon was proposed for listing as threatened on July 25, 1995. Under the ESA, an ESU is a population (or group of populations) that:

- Is substantially reproductively isolated from other nonspecific population units
- Represents an important component in the evolutionary legacy of the species

**Factors Influencing Trinity River Basin's Anadromous Salmonid Populations. pg. B-10**

Fish Harvest. The harvest of Klamath River Basin fall chinook salmon (including Trinity River Basin) is managed jointly by the CDFG, Oregon Department of Fish and Wildlife, California Fish and Game Commission, (Commission) Yurok Tribe, HVT, NMFS, and Bureau of Indian Affairs (BIA). The Pacific Fishery Management Council (PFMC) and the Klamath Fishery Management Council (KFMC) are allocation forums for the ocean and ocean/ inriver fisheries, respectively. The mixed-stock ocean population is harvested by commercial and sport fisheries; and the inriver population is harvested by tribal (ceremonial, subsistence, and commercial) and sport fisheries. Chinook salmon harvest (both spring and fall runs) includes both naturally and hatchery-produced fish. ~~Coho salmon harvest has been prohibited along virtually the entire west coast since 1994.~~ Coho harvest in the ocean commercial troll fishery has been prohibited in California and Oregon, and reduced in Washington, since 1994. Coho harvest has also been prohibited in the California ocean sport fishery, and reduced in Oregon. Coho harvest is allowed in the tribal inriver fisheries and currently occurs as incidental take during the harvest of chinook salmon. Steelhead are rarely caught in the ocean commercial and sport fisheries, but are harvested by the inriver tribal and sport fisheries. Frederiksen, Kamine, and Associates (1980) stated that ocean harvest of naturally produced salmon stocks had been sufficient to have caused steady declines in Trinity River spawner escapements at the time of their report. Historically, Klamath/ Trinity River chinook and coho populations have been harvested in the ocean from Monterey County, California, to the Oregon/ Washington border. Ocean harvest of naturally produced salmon may have been sufficient in the late 1970s to cause declines in Klamath River Basin (including Trinity River) populations, but fall chinook harvest management restrictions implemented since 1986 have decreased harvest impacts to levels believed to be sustainable, based on the best available data. A description of sportfishing activity along the Trinity River is presented in the Recreation Resources Technical Appendix D. Information on tribal fisheries is presented in the Tribal Trust section (3.6).

**1.1.1.2    Lower Klamath River Basin**                                    *(NO CHANGE)*

**1.1.1.3      Coastal Area**                                                    **(CHANGES FOLLOW)**

**Harvest.**
**pg. B-19**

Salmon harvest trends have been somewhat different south of the KMZ, with average harvest levels remaining relatively high through the late 1980s.  In the Mendocino Region (equivalent to the PFMC and CDFG statistical area of Fort Bragg), commercial harvests have annually averaged 205,000 salmon and 1.9 million pounds between 1971 and 1990.  As Table B-9 shows, harvest levels generally declined between 1976 and 1985, but substantially increased between 1986 and 1990.  Since 1989, commercial salmon harvest in the region has fallen, almost disappearing between 1992 and 1995, before rebounding to a harvest level of 20,000 salmon in 1996.  This harvest level is still 90 percent lower than average levels between 1971 and 1990.

**Gross Value of Commercial Harvest.**
**pg. B-20**

In California, gross revenues from commercial salmon fishing totaled $5.7 million in 1996, which is ~~substantially~~ lower than the $~~22.7~~ 7.8 million (in 1997 dollars) in average gross income generated by the commercial salmon fishing industry between 1971 and 1990.  The distribution of gross revenue among California coastal regions in 1996 was as follows: KMZ-California, 3.7 percent; Mendocino, 6.6 percent; San Francisco, 38.5 percent; Monterey, 51.2 percent.  Historically, the KMZ-California and Mendocino Regions have registered much larger shares of gross revenues generated statewide by the ocean commercial salmon industry.

**1.1.1.4 Central Valley**                                                       *(NO CHANGE)*
**1.1.2    Environmental Consequences**                                          *(NO CHANGE)*

**1.2      Other Native Anadromous Fish**                                        *(SEE SUBSECTIONS)*
**1.2.1    Affected Environment**                                                *(SEE SUBSECTIONS)*
**1.2.1.1 Trinity River Basin**                                                  *(NO CHANGE)*

**1.2.1.2 Lower Klamath River Basin**                                            **(CHANGES FOLLOW)**
**pg. B-63**

The main population of eulachon in California occurs in the Klamath River (Moyle, et al., 1995).  These native anadromous species spend most of their lives in salt water, migrating into the Klamath in March and April.  Eulachon penetrate no more than approximately 6-8 miles upstream of the mouth of the Klamath River.  Mass spawning occurs following their arrival during nighttime hours.  After hatching, the larvae are swept downstream to the ocean immediately.  Eulachon populations in the Klamath estuary have been severely depressed since the mid 1980s.

**1.2.1.3 Coastal Area**                                                         *(NO CHANGE)*
**1.2.1.4 Central Valley**                                                       *(NO CHANGE)*
**1.2.2    Environmental Consequences**                                          *(NO CHANGE)*

**1.3      Resident Native Fish**                                                *(SEE SUBSECTIONS)*
**1.3.1    Affected Environment**                                                *(SEE SUBSECTIONS)*

**1.3.1.1 Trinity River Basin**                                    *(NO CHANGE)*

**1.3.1.2 Lower Klamath River Basin**                        **(CHANGES FOLLOW)**
**pg. B-76**

In addition to the native resident species found in the Trinity River Basin, marbled sculpin (*Cottus klamathensis*), prickly sculpin (*Cottus asper*), threespine stickleback (*Gasterosteous aculeatus*), staghorn sculpin (*Leptocottus armatus*), longfin smelt (*Spirinchus thaleichthys*), and starry flounder *(Platichthys stellatus)* are known to occur in the lower Klamath River Basin (Moyle, 1976). Except for marbled sculpins, these fish are species that range into estuarine, marine, and adjacent freshwater habitats. Other marine species such as topsmelt, shiner perch, arrow goby, and sharpnose sculpin may occasionally occur in the lower Klamath River estuary. The abundance and distribution of all of these species and the factors affecting their abundance in the lower Klamath River Basin are not known.

Non-native species known to occur in the lower Klamath are similar to those found in upstream areas including the reservoirs. Some of these species include yellow perch, black crappie, green sunfish, golden shiner, and brown bullhead.

**1.3.1.3 Coastal Area**                                           *(NO CHANGE)*
**1.3.1.4 Central Valley**                                         *(NO CHANGE)*
**1.3.2   Environmental Consequences**                   *(NO CHANGE)*

**1.4       Non-native Fish**                               *(SEE SUBSECTIONS)*
**1.4.1    Affected Environment**                          *(SEE SUBSECTIONS)*

**1.4.1.1 Trinity River Basin and Lower Klamath River**
**Basin/Coastal Area**                                      **(CHANGES FOLLOW)**
**pg. B-91**

American shad were introduced to California from the eastern United States beginning with introductions into the Sacramento River in 1871 through 1881 (Moyle, 1976). This anadromous species has since established populations in the Sacramento and its southernmost tributaries and the San Joaquin River Basin, including the Mokelumne and Stanislaus Rivers. In addition, populations in the Russian, Eel, Klamath, and Trinity River Basins have become established. The adults of this species move into the estuary or fresh water in late spring or early summer and spawn upriver soon thereafter. in the fall months prior to spawning which occurs in March through June.

**1.4.1.2 Central Valley**                                         *(NO CHANGE)*
**1.4.2   Environmental Consequences**                   *(NO CHANGE)*

**1.5       Reservoirs**                                            *(NO CHANGE)*
**1.5.1    Affected Environment**                           *(NO CHANGE)*
**1.5.2    Environmental Consequences**                   *(NO CHANGE)*

## 1.6    Bibliography                              (CHANGES FOLLOW)

**The following reference has been added:**

**pg. B-126**

Rowell, J, U.S. Bureau of Reclamation, Sacramento, CA. 1998.  Personal communication with Tim Hamaker, Fisheries Biologist, CH2M HILL, Redding, CA. 10 July.

## 2.4.2.1 Technical Appendix B—Tables and Figures

**Tables**

B-1    Summary of Impact Analysis for Fisheries Resources (Comparing Each Alternative to the No Action Alternative)    *(NO CHANGE)*

B-2    Fish Species Found in the Trinity River Basin    *(NO CHANGE)*

~~B-3    Life History and Habitat Characteristics of Non-salmonid Native Anadromous Fish in the Trinity River and/ or Klamath River Basins~~

B-3    Life History and Habitat Needs for Anadromous Salmonid Fish in the Trinity River Basin.

B-4    Post-dam Chinook and Coho Salmon and Winter Steelhead Run-size, Spawning Escapement, and Angler Harvest Estimates for the Mainstem Trinity River    *(NO CHANGE)*

B-5    Fall Chinook Salmon Inriver Spawner Escapement for the Trinity River    *(NO CHANGE)*

B-6    Trinity River Salmon and Steelhead Hatchery (TRSSH) Salmonid Introductions into the Trinity River Since 1963    *(NO CHANGE)*

B-7    Trinity River Salmon and Steelhead Hatchery Operational Rearing and Stocking Goals and Constraints for Salmonid Species    *(NO CHANGE)*

B-8    Annual Ocean Sport Salmon Fishing Effort by Region and Vessel Type (Thousands of Angler Trips)    *(NO CHANGE)*

B-9    Ocean Commercial Salmon Harvest for California and Oregon: Average Annual, 1971-1990    *(NO CHANGE)*

B-10    Trinity River Ecosystem Attributes, Objectives, and Thresholds    *(NO CHANGE)*

B-11    Water Temperature Requirements and Approximate Emigration Dates for Steelhead and Coho and Chinook Salmon Smolts    *(NO CHANGE)*

B-12    Spawner Escapement Goals of the Trinity River Restoration Program    *(NO CHANGE)*

B-13    Fish Harvest Estimates by Alternative    *(NO CHANGE)*

B-14    Estimated Regional Ocean Commercial Harvest of Salmon under No Action and With-Project Conditions    *(NO CHANGE)*

B-15    Estimated Average Annual Harvesting Sector Gross Revenues under No Action and With-project Conditions    *(NO CHANGE)*

B-16    Estimated Average Annual Net Income Generated by Ocean Commercial Salmon Harvests under No-Action and With-Project Conditions    *(NO CHANGE)*

B-17    Scoring Results of the Trinity River System Attribute Analysis (TRSAAM) Evaluation    *(NO CHANGE)*

B-18    Summary of Trinity River System Attribute Scoring from TRSAAM Evaluation
        *(NO CHANGE)*

B-19    Summary of the Results of the Analysis of Trinity River System Attribute
        Performance for Each of the Proposed Project Alternatives        *(NO CHANGE)*

B-20    Estimated Average Annual Number of Anadromous Salmonids for the Mainstem
        Trinity River in the Year 2020        *(NO CHANGE)*

B-21    Estimated Ocean Salmon Sport Fishing Activity under the No Action and
        With-project Conditions        *(NO CHANGE)*

B-22    Estimated Angler Benefits of Ocean Salmon Sportfishing Activity        *(NO CHANGE)*

B-23    Estimated Benefits (Net Income) to Charter Boat Operators of Ocean Salmon
        Sportfishing Activity under the No Action and With-project Conditions
        *(NO CHANGE)*

B-24    Summary of Estimated Average Annual Losses of Early Life Stages of Chinook
        Salmon and Steelhead in the Upper Sacramento River        *(NO CHANGE)*

B-25    Summary of Impact Analysis for Fisheries Resources (Comparing Each Alternative
        to the No Action Alternative)        *(NO CHANGE)*

B-26    Summary of Total Ocean Commercial Salmon Harvest Effects Compared to No
        Action Conditions        *(NO CHANGE)*

B-27    Percent Change in Temperature-related Losses to Early Life Stages of Salmonids in
        the Sacramento River (Compared to the No Action Alternative)        *(NO CHANGE)*

B-28    Summary of Percent Change from No Action for Each Project Alternative for
        Estimated Losses of Early Life Stages of Anadromous Salmonids in the Sacramento
        Rive (Compared to the No Action Alternative)        *(NO CHANGE)*

B-29    Summary of Change in Trinity River Fluvial River System Health from No Action
        for Each Project Alternative        *(NO CHANGE)*

B-30    Estimated Harvest, Escapement, and Total Production for Trinity River Chinook
        Salmon at Varying Reductions of Ocean and Inriver Harvest Rates (numbers
        rounded to the nearest 100)        *(NO CHANGE)*

B-31    Life History and Habitat Characteristics of Non-salmonid Native
        Anadromous Fish in the Project Affected Area        *(NO CHANGE)*

B-32    Monthly Average Sacramento River Flows at Keswick (taf)        *(NO CHANGE)*

B-33    Average Delta Inflow (taf) for Each Month of the Year (1922-1990)        *(NO CHANGE)*

B-34    Average Delta Outflow (taf) for Each Month of the Year (1922-1990)        *(NO CHANGE)*

B-35    Comparison of the Average Sacramento River Flows Inflow (taf) for Each
        Month of the Year (1922-1990)        *(NO CHANGE)*

B-36    Percent Change in the Average Monthly Inflows (taf) in the Delta
        (1922-1990)                                                     *(NO CHANGE)*

B-37    Percent Change in the Average Monthly Outflows (taf) in the Delta
        (1922-1990)                                                     *(NO CHANGE)*

B-38    Percent of Years with Delta Inflows Greater than 10 Percent Less than the
        No Action Alternative (1922-1990)                              *(NO CHANGE)*

B-39    Percent of Years with Delta Outflows Greater than 10 Percent Less than the
        No Action Alternative (1922-1990)                              *(NO CHANGE)*

B-40    Position of X2 in the Delta (in km from the Golden Gate Bridge) for the
        Period 1922-1990                                               *(NO CHANGE)*

B-41    Changes in Delta X2 Position (in km) for the Period 1922-1990   *(NO CHANGE)*

B-42    Average Monthly Surface Elevations (msl) for Trinity Reservoir Under the
        No Action and With-project Alternatives                        *(NO CHANGE)*

B-43    Average Monthly Surface Area in Whiskeytown Reservoir (Acres) for the
        Period 1922-1990                                               *(NO CHANGE)*

B-44    Average Monthly Surface Area in Shasta Reservoir (Acres) for the Period
        1922-1990                                                      *(NO CHANGE)*

B-45    Average Monthly Surface Area in Oroville Reservoir (Acres) for the Period
        1922-1990                                                      *(NO CHANGE)*

B-46    Average Monthly Surface Area in Folsom Reservoir (Acres) for the Period
        1922-1990                                                      *(NO CHANGE)*

B-47    Average Monthly Surface Area in San Luis Reservoir (Acres) for the Period
        1922-1990                                                      *(NO CHANGE)*

B-48    Comparison of Whiskeytown Reservoir Water Surface Area (Acres) for the
        Simulated Period 1922-1991                                     *(NO CHANGE)*

B-48    Comparison of Whiskeytown Reservoir Water Surface Area (Acres) for the
        Simulated Period (1922-1991)                                   *(NO CHANGE)*

B-49    Comparison of Shasta Reservoir Water Surface Area (Acres) for the
        Simulated Period 1922-1990                                     *(NO CHANGE)*

B-50    Comparison of Oroville Reservoir Water Surface Area (Acres) for the
        Simulated Period 1922-1990                                     *(NO CHANGE)*

B-51    Comparison of Folsom Reservoir Water Surface Area (Acres) for the
        Simulated Period 1922-1990                                     *(NO CHANGE)*

B-52    Comparison of San Luis Reservoir Water Surface Area (Acres) for the
        Simulated Period 1922-1990                                     *(NO CHANGE)*

B-53   Summary Comparison of the Changes in Reservoir Surface Areas during Key
       Warmwater Fish Spawning and Rearing Months of March through July
       (Simulated for the Period 1922 to 1990)                    *(NO CHANGE)*

**Figures**

B-1    General Life History of Anadromous Salmonids              *(NO CHANGE)*

B-2    Temporal Distribution of Anadromous Salmonid Reproduction
                                                              **(CHANGES FOLLOW)**

B-3    Fall Chinook Spawner Escapement in the Mainstem Trinity River
       (1982-1997)                                                *(NO CHANGE)*

B-4    Number (Adults and Jacks) of Chinook and Coho Salmon and Steelhead
       Entering TRSSH (1958-1996)B-186                            *(NO CHANGE)*

**Table B-3**
**Life History and Habitat Characteristics of Non-salmonid Native Anadromous Fish in the Trinity River and/or Klamath River Basins**

| Species | Inriver Goals | Hatchery Goals | Total |
|---------|---------|----------------|-------|
| Fall chinook salmon | 62,000 | 9,000 | 71,000 |
| Spring chinook salmon | 6,000 | 3,000 | 9,000 |
| Coho salmon | 1,400 | 2,100 | 3,500 |
| Steelhead | 40,000 | 10,000 | 50,000 |

**TABLE B-3**
Life History and Habitat Needs for Anadromous Salmonid Fish in the Trinity River Basin

| Name | Migration | Spawning | Rearing | Rearing Habitat Description |
|------|-----------|----------|---------|----------------------------|
| Chinook (spring) | Spring-Summer | Early Fall | Winter-Spring-Summer | Shallow, slow-moving waters adjacent to higher water velocities for feeding. |
| Chinook (fall) | Fall | Fall | Spring-Summer-Fall | Shallow, slow-moving waters adjacent to higher water velocities for feeding. |
| Steelhead (winter) | Fall-winter | February-April | Year round | Areas of clean cobble where there is refuge from high velocities; juveniles overwinter for 1-2 or more years. |
| Steelhead (summer) | Spring-Summer | February-April | Year round | Areas of clean cobble where there is refuge from high velocities; juveniles overwinter for 1-2 or more years. |



### 2.4.2.2 Technical Appendix B—Attachments

| | | |
|---|---|---|
| Attachment B1 | Tables B1-1 through B1-10 | *(NO CHANGE)* |
| Attachment B2 | Trinity River Basin Year Type Designations | *(NO CHANGE)* |
| Attachment B3 | Overview of TR FCR Team 12/ 15/ 97 Meeting - Draft and Final 1/ 30/ 98) - Memo summarizing approach for determining numbers of anadromous fish | *(NO CHANGE)* |
| Attachment B4 | Trinity River Temperature Attribute Scoring Analysis Results | *(NO CHANGE)* |
| Attachment B5 | Weekly Flow Schedules for Each Project Alternative | *(NO CHANGE)* |
| Attachment B6 | Methods Used to Develop Harvest-escapement Ratios for Trinity River EIS | *(NO CHANGE)* |
| Attachment B7 | Alternative Analyses Considered for the Harvest Management Alternative | *(NO CHANGE)* |
| Attachment B8 | Alternative Analyses Considered for the Harvest Management Alternative | *(NO CHANGE)* |
| Attachment B9 | Another Way to Assess the Harvest Management Alternative | *(NO CHANGE)* |
| Attachment B10 | Justification of No Natural Production for the State Permit Alternative | *(NO CHANGE)* |
| Attachment B11 | Summary of Sacramento River Chinook Salmon Spawning Distributions | *(NO CHANGE)* |
| Attachment B12 | Results of Attribute Scoring the Ecosystem Objectives for the Simulated 1922-1990 Hydrology | *(NO CHANGE)* |
| Attachment B13 | Assumptions and Rationale for Scoring the Ecosystem Attributes for the Simulated 1912-1995 Hydrology | *(NO CHANGE)* |
| Attachment B14 | Results of the Reclamation Sacramento River Chinook Salmon Loss of Early Life Stages and Temperature Model Analysis | **(CHANGES FOLLOW)** |

**The incorrect data output tables dated 3/10/98 have been replaced with the correct data output tables dated 7/8/99.**

| | | |
|---|---|---|
| Attachment B15 | Analysis of the Harvest Management Alternative of the Trinity River EIS/ EIR | *(NO CHANGE)* |
| Attachment B16 | Assessment of the Ocean Troll Harvest Levels for the Trinity River EIS/ EIR | *(NO CHANGE)* |
| Attachment B17 | Reservoir Fisheries Evaluation Report | *(NO CHANGE)* |

TRINITY RIVER EIS: PROSIM 2-25-99 - FLOW EVALUATION STUDY (TRN_FES9) - 2020 LEVEL

SACRAMENTO RIVER SALMON LOSS SUMMARY - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|------|------|-----------|--------|--------|
| 1922 | 4.675 | 0.241 | 1.733 | 3.725 |
| 1923 | 3.707 | 0.189 | 3.864 | 2.961 |
| 1924 | 29.223 | 1.140 | 67.799 | 96.553 |
| 1925 | 6.655 | 1.516 | 2.890 | 3.847 |
| 1926 | 10.981 | 2.111 | 7.613 | 5.338 |
| 1927 | 5.256 | 0.182 | 1.291 | 3.082 |
| 1928 | 4.356 | 0.511 | 1.334 | 2.495 |
| 1929 | 20.037 | 3.999 | 1.209 | 5.037 |
| 1930 | 6.491 | 0.602 | 1.822 | 3.271 |
| 1931 | 32.868 | 1.301 | 84.914 | 97.980 |
| 1932 | 38.536 | 3.619 | 21.642 | 99.628 |
| 1933 | 41.228 | 3.899 | 9.766 | 99.966 |
| 1934 | 35.514 | 2.541 | 30.988 | 98.956 |
| 1935 | 31.485 | 1.811 | 4.617 | 91.750 |
| 1936 | 41.983 | 5.525 | 3.833 | 90.430 |
| 1937 | 21.804 | 1.098 | 1.249 | 16.517 |
| 1938 | 12.993 | 1.157 | 1.634 | 7.575 |
| 1939 | 11.279 | 1.951 | 1.318 | 3.804 |
| 1940 | 5.451 | 0.846 | 2.367 | 3.038 |
| 1941 | 6.365 | 0.582 | 0.940 | 2.365 |
| 1942 | 5.424 | 0.129 | 1.012 | 2.956 |
| 1943 | 5.377 | 0.359 | 1.092 | 3.050 |
| 1944 | 7.008 | 0.182 | 0.957 | 3.673 |
| 1945 | 9.551 | 0.389 | 1.025 | 3.516 |
| 1946 | 3.735 | 0.210 | 0.482 | 2.160 |
| 1947 | 14.147 | 1.206 | 2.777 | 6.065 |
| 1948 | 7.498 | 0.075 | 0.796 | 3.371 |
| 1949 | 3.113 | 0.851 | 1.207 | 2.046 |
| 1950 | 4.411 | 0.346 | 0.952 | 2.572 |
| 1951 | 5.978 | 0.617 | 1.141 | 3.780 |
| 1952 | 5.477 | 0.278 | 1.135 | 3.754 |
| 1953 | 6.425 | 0.034 | 0.709 | 4.522 |
| 1954 | 8.355 | 0.238 | 0.468 | 3.162 |
| 1955 | 7.265 | 0.485 | 1.975 | 5.315 |
| 1956 | 4.683 | 0.382 | 1.886 | 3.479 |
| 1957 | 5.472 | 0.367 | 1.412 | 3.421 |
| 1958 | 15.476 | 4.251 | 1.254 | 6.687 |
| 1959 | 22.696 | 2.862 | 3.053 | 14.203 |
| 1960 | 9.315 | 0.277 | 1.753 | 5.715 |
| 1961 | 11.059 | 0.316 | 1.144 | 6.196 |
| 1962 | 12.873 | 1.156 | 1.335 | 5.647 |
| 1963 | 11.244 | 1.413 | 2.304 | 7.715 |
| 1964 | 6.851 | 0.192 | 1.341 | 4.435 |
| 1965 | 6.116 | 0.399 | 3.785 | 3.489 |
| 1966 | 6.742 | 0.317 | 0.972 | 4.076 |
| 1967 | 15.214 | 1.478 | 1.015 | 9.351 |
| 1968 | 7.027 | 0.261 | 1.240 | 4.794 |
| 1969 | 4.950 | 0.318 | 1.349 | 4.371 |
| 1970 | 7.062 | 0.485 | 1.496 | 5.009 |
| 1971 | 6.939 | 0.112 | 1.075 | 4.798 |
| 1972 | 4.391 | 0.208 | 0.840 | 3.428 |
| 1973 | 4.139 | 1.161 | 2.667 | 4.194 |
| 1974 | 6.333 | 0.744 | 1.954 | 4.630 |
| 1975 | 10.794 | 0.331 | 1.339 | 8.458 |
| 1976 | 20.543 | 3.327 | 1.572 | 12.124 |
| 1977 | 33.942 | 1.276 | 47.204 | 97.957 |
| 1978 | 6.917 | 0.366 | 3.134 | 4.249 |
| 1979 | 6.244 | 0.597 | 1.309 | 3.552 |
| 1980 | 4.632 | 0.341 | 1.210 | 2.870 |
| 1981 | 7.101 | 0.554 | 1.702 | 4.871 |
| 1982 | 3.159 | 2.059 | 1.993 | 2.862 |
| 1983 | 8.636 | 0.418 | 0.903 | 2.285 |
| 1984 | 5.187 | 0.395 | 1.880 | 4.084 |
| 1985 | 2.918 | 0.551 | 1.366 | 2.968 |
| 1986 | 4.945 | 0.293 | 2.104 | 2.868 |
| 1987 | 7.943 | 0.445 | 0.783 | 4.058 |
| 1988 | 19.153 | 0.879 | 3.888 | 9.746 |
| 1989 | 5.990 | 0.477 | 1.903 | 4.242 |
| 1990 | 23.042 | 1.301 | 1.538 | 17.408 |
| AVERAGE | 11.658 | 1.022 | 5.424 | 15.630 |

CVPIA-PEIS:  PROSIM 5-4-9   9 - CUMULATIV E IMPACTS (P9        9N_CI2) - 2020 LEVEL

SACRAMENTO  RIVER SALMON LOSS SUMMARY        - %

| YEAR | | FALL | LATE-FALL | WINTER | SPRING |
|------|------|------|-----------|--------|--------|
| | 1922 | 3.804 | 0.866 | 2.336 | 3.869 |
| | 1923 | 4.469 | 0.256 | 3.918 | 3.063 |
| | 1924 | 28.78 | 1.108 | 81.376 | 96.564 |
| | 1925 | 9.043 | 2.129 | 3.995 | 4.717 |
| | 1926 | 7.396 | 1.725 | 7.724 | 6.638 |
| | 1927 | 4.819 | 0.205 | 1.18 | 2.729 |
| | 1928 | 13.76 | 1.342 | 1.368 | 3.74 |
| | 1929 | 23.29 | 4.5 | 1.731 | 7.297 |
| | 1930 | 8.329 | 1.071 | 1.85 | 3.319 |
| | 1931 | 33.243 | 1.309 | 91.024 | 98.237 |
| | 1932 | 38.909 | 3.328 | 58.242 | 99.75 |
| | 1933 | 40.774 | 3.417 | 43.474 | 99.953 |
| | 1934 | 34.445 | 2.811 | 88.987 | 98.528 |
| | 1935 | 34.542 | 2.496 | 19.077 | 98.847 |
| | 1936 | 42.727 | 5.672 | 2.407 | 89.675 |
| | 1937 | 23.814 | 1.502 | 1.635 | 29.913 |
| | 1938 | 12.945 | 1.178 | 1.565 | 6.529 |
| | 1939 | 9.73 | 1.438 | 1.672 | 4.066 |
| | 1940 | 18.254 | 1.739 | 2.101 | 7.677 |
| | 1941 | 5.43 | 0.498 | 1.215 | 2.176 |
| | 1942 | 5.181 | 0.146 | 1.124 | 2.8 |
| | 1943 | 4.552 | 0.324 | 0.951 | 2.407 |
| | 1944 | 8.132 | 0.253 | 1.406 | 3.768 |
| | 1945 | 23.171 | 0.875 | 0.838 | 18.009 |
| | 1946 | 11.855 | 0.529 | 0.495 | 3.066 |
| | 1947 | 13.368 | 1.299 | 1.707 | 5.745 |
| | 1948 | 7.347 | 0.24 | 1.004 | 2.838 |
| | 1949 | 2.5 | 0.673 | 1.247 | 2.16 |
| | 1950 | 4.686 | 0.39 | 1.003 | 2.234 |
| | 1951 | 3.793 | 0.855 | 1.404 | 2.873 |
| | 1952 | 6.089 | 0.247 | 1.121 | 3.446 |
| | 1953 | 6.341 | 0.095 | 1.023 | 4.546 |
| | 1954 | 4.774 | 0.462 | 0.808 | 1.892 |
| | 1955 | 6.852 | 0.861 | 2.051 | 4.403 |
| | 1956 | 4.068 | 0.45 | 2.099 | 3.075 |
| | 1957 | 5.009 | 0.307 | 1.295 | 2.791 |
| | 1958 | 15.182 | 4.483 | 1.285 | 6.419 |
| | 1959 | 26.198 | 3.302 | 3.573 | 17.235 |
| | 1960 | 6.205 | 0.417 | 3.02 | 4.278 |
| | 1961 | 6.552 | 0.246 | 1.936 | 4.416 |
| | 1962 | 14.417 | 1.473 | 1.334 | 5.231 |
| | 1963 | 8.419 | 1.131 | 2.03 | 4.87 |
| | 1964 | 6.088 | 0.255 | 1.382 | 3.922 |
| | 1965 | 4.79 | 0.573 | 4.997 | 2.97 |
| | 1966 | 7.986 | 0.38 | 1.04 | 3.988 |
| | 1967 | 14.855 | 1.555 | 0.967 | 8.385 |
| | 1968 | 6.728 | 0.363 | 2.096 | 4.149 |
| | 1969 | 4.691 | 0.294 | 1.289 | 3.768 |
| | 1970 | 5.458 | 0.6 | 2.169 | 3.414 |
| | 1971 | 6.737 | 0.149 | 1.039 | 3.988 |
| | 1972 | 4.103 | 0.112 | 0.593 | 2.383 |
| | 1973 | 3.534 | 0.964 | 2.025 | 3.956 |
| | 1974 | 6.932 | 0.645 | 1.946 | 5.396 |
| | 1975 | 10.627 | 0.44 | 1.403 | 8.375 |
| | 1976 | 18.029 | 2.858 | 2.044 | 8.749 |
| | 1977 | 35.313 | 1.114 | 93.602 | 98.701 |
| | 1978 | 5.401 | 0.327 | 3.067 | 3.521 |
| | 1979 | 6.966 | 0.688 | 1.512 | 3.756 |
| | 1980 | 3.87 | 0.25 | 1.144 | 3.108 |
| | 1981 | 5.704 | 0.32 | 2.061 | 5.049 |
| | 1982 | 2.724 | 1.919 | 1.943 | 2.516 |
| | 1983 | 8.185 | 0.401 | 0.918 | 2.213 |
| | 1984 | 5.025 | 0.241 | 1.596 | 3.861 |
| | 1985 | 3.018 | 0.56 | 1.61 | 3.214 |
| | 1986 | 13.273 | 0.95 | 1.78 | 3.233 |
| | 1987 | 8.05 | 0.432 | 1.51 | 6.019 |
| | 1988 | 18.781 | 0.929 | 4.541 | 9.34 |
| | 1989 | 3.888 | 0.509 | 2.038 | 3.729 |
| | 1990 | 23.411 | 1.354 | 1.926 | 18.269 |
| AVERAGE | | 12.136 | 1.114 | 8.578 | 16.026 |

TRINITY RIVER EIS:  (STATE PERMIT  - NO ACTION)  - PROSIM (  1-4-99) - 2020 LEVEL

SACRAMENTO RIVER SALMON LOSS DIFFERENCE - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|------|------|-----------|--------|--------|
| 1922 | -0.176 | 0.013 | -0.123 | 0.105 |
| 1923 | 0.411 | 0.002 | 0.026 | 0.259 |
| 1924 | -2.789 | -0.172 | -10.838 | -22.078 |
| 1925 | -0.796 | -0.057 | 0.01 | 0.229 |
| 1926 | 1.153 | 0.014 | -0.412 | -0.147 |
| 1927 | -2.148 | -0.014 | 0.035 | 0.034 |
| 1928 | -0.124 | -0.022 | 0.022 | 0.236 |
| 1929 | -1.493 | -0.395 | -0.086 | -0.186 |
| 1930 | 0.78 | -0.097 | -1.026 | -0.004 |
| 1931 | -1.424 | -0.099 | -9.801 | -0.943 |
| 1932 | -2.617 | -0.17 | -1.578 | -29.21 |
| 1933 | -0.152 | -0.081 | 0.232 | -0.014 |
| 1934 | -0.179 | -0.173 | 0.906 | -0.077 |
| 1935 | -3.325 | -0.174 | -1.952 | -37.853 |
| 1936 | -7.044 | -0.936 | 1.063 | -47.969 |
| 1937 | -18.864 | -0.808 | -0.146 | -36.52 |
| 1938 | -0.495 | -0.243 | -0.277 | -0.818 |
| 1939 | 3.902 | 0.415 | -0.353 | 0.008 |
| 1940 | -0.33 | 0.127 | 0.227 | 0.193 |
| 1941 | -0.313 | -0.005 | -0.146 | -0.078 |
| 1942 | -0.52 | -0.009 | -0.07 | -0.203 |
| 1943 | -0.481 | -0.006 | 0.016 | 0.178 |
| 1944 | 0.106 | -0.005 | -0.077 | 0.372 |
| 1945 | -1.352 | -0.016 | 0.096 | 0.15 |
| 1946 | -0.077 | -0.005 | 0.023 | 0.136 |
| 1947 | 0.223 | -0.093 | -0.304 | -0.259 |
| 1948 | 0.102 | -0.009 | -0.005 | 0.33 |
| 1949 | 0.516 | 0.05 | 0.079 | 0.212 |
| 1950 | -1.191 | 0.001 | 0.033 | 0.029 |
| 1951 | 0.322 | -0.081 | -0.062 | 0.556 |
| 1952 | -0.603 | -0.016 | -0.07 | -0.403 |
| 1953 | -0.586 | -0.005 | -0.073 | -0.699 |
| 1954 | -0.266 | -0.006 | 0.025 | 0.247 |
| 1955 | 1.244 | -0.038 | -0.072 | 0.509 |
| 1956 | -0.456 | -0.047 | -0.385 | -0.263 |
| 1957 | 0.046 | -0.004 | 0.115 | 0.413 |
| 1958 | -0.449 | -0.024 | -0.009 | -0.637 |
| 1959 | -2.024 | -0.754 | -0.163 | 0.466 |
| 1960 | -0.935 | -0.079 | -0.057 | 0.63 |
| 1961 | 0.322 | -0.047 | 0.131 | 0.864 |
| 1962 | -2.568 | -0.107 | 0.118 | -0.048 |
| 1963 | -0.567 | -0.687 | -0.658 | -0.655 |
| 1964 | 1.47 | 0.006 | -0.216 | 0.078 |
| 1965 | -1.419 | -0.011 | -0.087 | -0.096 |
| 1966 | 0.008 | -0.012 | -0.087 | 0.031 |
| 1967 | -0.689 | -0.051 | -0.038 | -0.916 |
| 1968 | -0.153 | 0.005 | 0.005 | 0.283 |
| 1969 | -0.491 | -0.088 | -0.167 | -0.399 |
| 1970 | 0.348 | 0.027 | 0.028 | 0.381 |
| 1971 | -0.672 | -0.013 | -0.066 | -0.363 |
| 1972 | -0.065 | 0.007 | 0.036 | 0.26 |
| 1973 | 0.345 | -0.42 | -0.48 | 0.255 |
| 1974 | -0.354 | -0.046 | -0.074 | -0.157 |
| 1975 | -1.15 | -0.039 | -0.088 | -1.496 |
| 1976 | 0.94 | 0.12 | -0.088 | 1.774 |
| 1977 | -0.076 | 0.102 | -15.349 | 0.134 |
| 1978 | -0.675 | 0.003 | -0.111 | 0.197 |
| 1979 | -0.204 | -0.15 | -0.08 | 0.191 |
| 1980 | -0.529 | -0.005 | 0.002 | 0.258 |
| 1981 | 0.565 | 0.015 | 0.044 | 0.491 |
| 1982 | -0.446 | -0.647 | -0.389 | -0.289 |
| 1983 | -0.28 | -0.015 | 0 | -0.024 |
| 1984 | 0.318 | 0.004 | -0.102 | 0.616 |
| 1985 | 0.506 | 0.01 | -0.162 | -0.334 |
| 1986 | 0.205 | -0.002 | -0.356 | 0.121 |
| 1987 | -0.319 | -0.016 | -0.149 | -0.206 |
| 1988 | -4.113 | -0.306 | -0.616 | -2.079 |
| 1989 | -1.875 | -0.142 | -0.129 | -0.017 |
| 1990 | -1.567 | -0.076 | -0.139 | -8.354 |
| AVERAGE | -0.806 | -0.096 | -0.644 | -2.646 |

TRINITY RIVER EIS:  (STATE PERMIT  - NO ACTION)  - PROSIM (  1-4-99) - 2020 LEVEL

SACRAMENTO RIVER SALMON LOSS DIFFERENCE - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|------|------|-----------|--------|--------|
| 1922 | -0.176 | 0.013 | -0.123 | 0.105 |
| 1923 | 0.411 | 0.002 | 0.026 | 0.259 |
| 1924 | -2.789 | -0.172 | -10.838 | -22.078 |
| 1925 | -0.796 | -0.057 | 0.01 | 0.229 |
| 1926 | 1.153 | 0.014 | -0.412 | -0.147 |
| 1927 | -2.148 | -0.014 | 0.035 | 0.034 |
| 1928 | -0.124 | -0.022 | 0.022 | 0.236 |
| 1929 | -1.493 | -0.395 | -0.086 | -0.186 |
| 1930 | 0.78 | -0.097 | -1.026 | -0.004 |
| 1931 | -1.424 | -0.099 | -9.801 | -0.943 |
| 1932 | -2.617 | -0.17 | -1.578 | -29.21 |
| 1933 | -0.152 | -0.081 | 0.232 | -0.014 |
| 1934 | -0.179 | -0.173 | 0.906 | -0.077 |
| 1935 | -3.325 | -0.174 | -1.952 | -37.853 |
| 1936 | -7.044 | -0.936 | 1.063 | -47.969 |
| 1937 | -18.864 | -0.808 | -0.146 | -36.52 |
| 1938 | -0.495 | -0.243 | -0.277 | -0.818 |
| 1939 | 3.902 | 0.415 | -0.353 | 0.008 |
| 1940 | -0.33 | 0.127 | 0.227 | 0.193 |
| 1941 | -0.313 | -0.005 | -0.146 | -0.078 |
| 1942 | -0.52 | -0.009 | -0.07 | -0.203 |
| 1943 | -0.481 | -0.006 | 0.016 | 0.178 |
| 1944 | 0.106 | -0.005 | -0.077 | 0.372 |
| 1945 | -1.352 | -0.016 | 0.096 | 0.15 |
| 1946 | -0.077 | -0.005 | 0.023 | 0.136 |
| 1947 | 0.223 | -0.093 | -0.304 | -0.259 |
| 1948 | 0.102 | -0.009 | -0.005 | 0.33 |
| 1949 | 0.516 | 0.05 | 0.079 | 0.212 |
| 1950 | -1.191 | 0.001 | 0.033 | 0.029 |
| 1951 | 0.322 | -0.081 | -0.062 | 0.556 |
| 1952 | -0.603 | -0.016 | -0.07 | -0.403 |
| 1953 | -0.586 | -0.005 | -0.073 | -0.699 |
| 1954 | -0.266 | -0.006 | 0.025 | 0.247 |
| 1955 | 1.244 | -0.038 | -0.072 | 0.509 |
| 1956 | -0.456 | -0.047 | -0.385 | -0.263 |
| 1957 | 0.046 | -0.004 | 0.115 | 0.413 |
| 1958 | -0.449 | -0.024 | -0.009 | -0.637 |
| 1959 | -2.024 | -0.754 | -0.163 | 0.466 |
| 1960 | -0.935 | -0.079 | -0.057 | 0.63 |
| 1961 | 0.322 | -0.047 | 0.131 | 0.864 |
| 1962 | -2.568 | -0.107 | 0.118 | -0.048 |
| 1963 | -0.567 | -0.687 | -0.658 | -0.655 |
| 1964 | 1.47 | 0.006 | -0.216 | 0.078 |
| 1965 | -1.419 | -0.011 | -0.087 | -0.096 |
| 1966 | 0.008 | -0.012 | -0.087 | 0.031 |
| 1967 | -0.689 | -0.051 | -0.038 | -0.916 |
| 1968 | -0.153 | 0.005 | 0.005 | 0.283 |
| 1969 | -0.491 | -0.088 | -0.167 | -0.399 |
| 1970 | 0.348 | 0.027 | 0.028 | 0.381 |
| 1971 | -0.672 | -0.013 | -0.066 | -0.363 |
| 1972 | -0.065 | 0.007 | 0.036 | 0.26 |
| 1973 | 0.345 | -0.42 | -0.48 | 0.255 |
| 1974 | -0.354 | -0.046 | -0.074 | -0.157 |
| 1975 | -1.15 | -0.039 | -0.088 | -1.496 |
| 1976 | 0.94 | 0.12 | -0.088 | 1.774 |
| 1977 | -0.076 | 0.102 | -15.349 | 0.134 |
| 1978 | -0.675 | 0.003 | -0.111 | 0.197 |
| 1979 | -0.204 | -0.15 | -0.08 | 0.191 |
| 1980 | -0.529 | -0.005 | 0.002 | 0.258 |
| 1981 | 0.565 | 0.015 | 0.044 | 0.491 |
| 1982 | -0.446 | -0.647 | -0.389 | -0.289 |
| 1983 | -0.28 | -0.015 | 0 | -0.024 |
| 1984 | 0.318 | 0.004 | -0.102 | 0.616 |
| 1985 | 0.506 | 0.01 | -0.162 | -0.334 |
| 1986 | 0.205 | -0.002 | -0.356 | 0.121 |
| 1987 | -0.319 | -0.016 | -0.149 | -0.206 |
| 1988 | -4.113 | -0.306 | -0.616 | -2.079 |
| 1989 | -1.875 | -0.142 | -0.129 | -0.017 |
| 1990 | -1.567 | -0.076 | -0.139 | -8.354 |
| AVERAGE | -0.806 | -0.096 | -0.644 | -2.646 |

TRINITY    RIVER EIS: (% INFLOW - NO  ACTION) - PR  OSIM (12-2  1-98) - 2020 LEVEL

SACRAMENTO RIVER SALMON LOSS DIFFERENCE - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|---|---|---|---|---|
| 1922 | -0.008 | 0.033 | 0.053 | 0.17 |
| 1923 | 0.227 | 0.001 | 0.016 | 0.152 |
| 1924 | -0.086 | -0.139 | 1.719 | -0.25 |
| 1925 | -0.541 | -0.086 | -0.17 | 0.412 |
| 1926 | -0.107 | 0.028 | 0.361 | 0.635 |
| 1927 | -0.096 | 0.002 | 0.141 | 0.163 |
| 1928 | 1.068 | 0.112 | 0.173 | 0.215 |
| 1929 | 6.266 | 0.641 | -0.014 | 2.584 |
| 1930 | 1.165 | 0.03 | -0.825 | 0.134 |
| 1931 | -0.568 | -0.088 | 2.177 | -0.261 |
| 1932 | -0.497 | -0.041 | -0.55 | -5.16 |
| 1933 | 0.155 | -0.053 | 1.983 | -0.002 |
| 1934 | -0.341 | -0.129 | -0.107 | -0.15 |
| 1935 | -1.329 | -0.223 | -0.828 | -14.484 |
| 1936 | -1.822 | -0.409 | 0.866 | -4.409 |
| 1937 | -4.046 | -0.203 | -0.225 | -24.531 |
| 1938 | 1.557 | 0.207 | 0.213 | 1.64 |
| 1939 | 0.229 | 0 | 0.014 | 0.226 |
| 1940 | 0.715 | -0.024 | -0.102 | 0.105 |
| 1941 | -0.399 | 0.07 | 0.346 | -0.011 |
| 1942 | -0.479 | 0.035 | 0.168 | -0.042 |
| 1943 | 0.051 | 0.048 | 0.164 | 0.345 |
| 1944 | 0.392 | 0.002 | -0.018 | 0.225 |
| 1945 | 0.56 | -0.002 | -0.039 | 0.215 |
| 1946 | 0.495 | -0.006 | -0.004 | 0.261 |
| 1947 | 1.52 | 0.081 | 0.08 | 0.739 |
| 1948 | 0.723 | 0.007 | 0.062 | 0.422 |
| 1949 | 0.158 | -0.002 | 0.017 | 0.154 |
| 1950 | 0.565 | 0.012 | -0.02 | 0.06 |
| 1951 | 0.131 | 0.096 | 0.044 | 0.35 |
| 1952 | -0.672 | 0.147 | 0.282 | -0.184 |
| 1953 | -0.689 | 0.016 | 0.169 | -0.695 |
| 1954 | 0.481 | 0.005 | -0.006 | 0.237 |
| 1955 | 1.307 | 0.009 | 0.131 | 0.619 |
| 1956 | 0.098 | 0.066 | 0.67 | 0.294 |
| 1957 | 0.537 | 0.175 | 0.213 | 0.459 |
| 1958 | -0.364 | 0.009 | 0.073 | -0.468 |
| 1959 | 5.916 | 0.392 | 0.701 | 4.949 |
| 1960 | 3.481 | 0.169 | 0.063 | 1.811 |
| 1961 | 3.465 | 0.188 | -0.034 | 2.001 |
| 1962 | 1.43 | -0.017 | -0.016 | 0.796 |
| 1963 | 1.381 | 0.127 | 0.071 | 0.648 |
| 1964 | 0.469 | 0.011 | 0.219 | 0.677 |
| 1965 | 0.069 | -0.013 | 0.155 | 0.234 |
| 1966 | 0.833 | 0.078 | 0.062 | 0.061 |
| 1967 | 1.384 | 0.107 | 0.171 | 2.049 |
| 1968 | 0.647 | 0.172 | 1.627 | 0.619 |
| 1969 | -0.159 | 0.089 | 0.207 | 0.208 |
| 1970 | 1.348 | 0.122 | 0.96 | 0.488 |
| 1971 | 1.279 | 0.048 | 0.164 | 0.762 |
| 1972 | 0.417 | 0.004 | 0.3 | 0.196 |
| 1973 | 0.441 | 0.154 | 0.032 | 0.518 |
| 1974 | -0.128 | 0.331 | 0.449 | 0.26 |
| 1975 | -1.208 | 0.101 | 0.214 | -1.482 |
| 1976 | 8.08 | 0.828 | 0.073 | 11.698 |
| 1977 | -0.094 | -0.074 | 3.318 | -0.069 |
| 1978 | -0.135 | 0.018 | 0.181 | 0.295 |
| 1979 | 0.437 | 0.025 | 0.076 | 0.493 |
| 1980 | 0.137 | -0.008 | 0.229 | 0.635 |
| 1981 | 0.247 | 0.03 | 0.075 | 0.289 |
| 1982 | 0.373 | 0.004 | 0.214 | 0.439 |
| 1983 | -0.263 | 0.011 | 0.016 | -0.02 |
| 1984 | 0.382 | 0.003 | 0.959 | 0.479 |
| 1985 | 0.435 | 0.03 | 0.109 | 0.291 |
| 1986 | 0.725 | 0.001 | -0.017 | 0.042 |
| 1987 | 0.992 | 0.057 | 0.367 | 1.135 |
| 1988 | 4.504 | 0.273 | 0.251 | 5.114 |
| 1989 | 0.876 | 0.01 | 0.05 | 0.713 |
| 1990 | 0.802 | 0.027 | 0.255 | 6.84 |
| AVERAGE | 0.651 | 0.054 | 0.271 | 0.048 |

TRINITY RIVER EIS: (FLOW EVAL - NO ACTION) - PROSIM (2-25-99) - 2020 LEVEL

SACRAMENTO RIVER SALMON LOSS DIFFERENCE - %

| YEAR | Fall | Late-Fall | Winter | Spring |
|------|------|-----------|--------|--------|
| 1922 | -0.3 | 0.032 | -0.018 | 0.015 |
| 1923 | 0.35 | -0.002 | 0.088 | 0.255 |
| 1924 | 0.739 | -0.098 | 51.62 | 1.527 |
| 1925 | 2.436 | 0.473 | 0.322 | 0.838 |
| 1926 | 3.505 | 0.399 | 0.533 | 1.096 |
| 1927 | -0.854 | -0.007 | 0.156 | 0.124 |
| 1928 | 0.578 | 0.085 | 0.194 | 0.268 |
| 1929 | 4.233 | 0.841 | 0.009 | 1.185 |
| 1930 | 1.853 | 0.175 | -1.139 | 0.02 |
| 1931 | -2.11 | -0.456 | 63.566 | -0.975 |
| 1932 | 2.189 | 0.002 | 16.815 | 5.813 |
| 1933 | 0.341 | 0.051 | 4.727 | 0.000 |
| 1934 | -0.233 | 0.6 | 3.502 | -0.096 |
| 1935 | 1.279 | 0.135 | 0.256 | 6.488 |
| 1936 | 2.117 | 0.373 | 0.616 | 4.988 |
| 1937 | -3.578 | -0.175 | -0.223 | -23.285 |
| 1938 | 3.491 | 0.322 | 0.216 | 1.824 |
| 1939 | 4.626 | 1.63 | -0.019 | 0.135 |
| 1940 | 0.951 | -0.053 | -0.21 | -0.011 |
| 1941 | 0.077 | 0.045 | 0.219 | 0.161 |
| 1942 | 0.246 | 0.055 | 0.224 | 0.257 |
| 1943 | -0.216 | 0.045 | 0.13 | 0.263 |
| 1944 | -0.389 | 0.031 | 0.09 | 0.364 |
| 1945 | 1.057 | 0.011 | -0.071 | 0.067 |
| 1946 | 0.691 | -0.006 | 0.008 | 0.325 |
| 1947 | 7.085 | 0.733 | 0.833 | 3.148 |
| 1948 | 0.035 | -0.013 | 0.164 | 0.396 |
| 1949 | 0.631 | 0.235 | 0.319 | 0.46 |
| 1950 | 0.646 | 0.007 | -0.011 | 0.171 |
| 1951 | 1.156 | 0.086 | 0.016 | 0.804 |
| 1952 | 0.331 | 0.172 | 0.327 | 0.469 |
| 1953 | 0.482 | 0.012 | 0.127 | 0.705 |
| 1954 | 2.184 | 0.055 | -0.018 | 0.741 |
| 1955 | 1.677 | 0.011 | 0.464 | 1.506 |
| 1956 | 0.524 | 0.092 | 0.398 | 0.403 |
| 1957 | 0.718 | 0.057 | -0.073 | 0.446 |
| 1958 | 0.425 | 0.126 | 0.235 | 0.689 |
| 1959 | 6.507 | 0.417 | -0.023 | 6.75 |
| 1960 | 0.869 | -0.024 | 0.262 | 1.428 |
| 1961 | 2.112 | 0.138 | 0.257 | 1.702 |
| 1962 | 1.567 | -0.004 | 0.01 | 0.918 |
| 1963 | 1.945 | 0.176 | 0.046 | 0.711 |
| 1964 | -0.515 | 0.036 | 0.464 | 0.609 |
| 1965 | -0.95 | -0.014 | 0.095 | 0.113 |
| 1966 | 0.321 | 0.073 | 0.018 | 0.041 |
| 1967 | 2.561 | 0.103 | 0.208 | 3.441 |
| 1968 | 0.381 | -0.022 | -0.147 | -0.022 |
| 1969 | 0.601 | 0.096 | 0.27 | 0.756 |
| 1970 | 2.09 | -0.062 | -0.311 | 0.349 |
| 1971 | 1.392 | 0.048 | 0.118 | 0.634 |
| 1972 | 0.313 | -0.029 | -0.124 | 0.158 |
| 1973 | 0.592 | 0.148 | 0.167 | 0.707 |
| 1974 | 1.544 | 0.378 | 0.639 | 1.471 |
| 1975 | 0.444 | 0.097 | 0.265 | 0.92 |
| 1976 | 2.234 | 0.448 | 0.174 | 2.988 |
| 1977 | -2.011 | -0.416 | 20.86 | -1.012 |
| 1978 | -0.665 | 0.009 | 0.081 | 0.357 |
| 1979 | 0.418 | 0.024 | 0.055 | 0.26 |
| 1980 | -0.128 | -0.009 | 0.199 | 0.576 |
| 1981 | 0.71 | 0.048 | 0.421 | 0.98 |
| 1982 | 0.502 | 0.007 | 0.183 | 0.411 |
| 1983 | -0.006 | 0.013 | 0.03 | -0.002 |
| 1984 | 0.426 | -0.014 | 0.272 | 0.776 |
| 1985 | -0.194 | 0.275 | 0.643 | 0.611 |
| 1986 | 1.085 | -0.016 | -0.151 | 0.024 |
| 1987 | 0.715 | 0.236 | 0.088 | 0.285 |
| 1988 | 1.936 | 0.17 | 0.191 | 2.26 |
| 1989 | -1.688 | -0.096 | 0.775 | 1.286 |
| 1990 | -4.412 | 0.274 | 0.053 | -20.864 |
| AVERAGE | 0.865 | 0.124 | 2.471 | 0.307 |

TRINITY RIVER EIS: (MAX FLOW - NO ACTION) - PROSIM (2-5-99) - 2020 LEVEL

SACRAMENTO RIVER SALMON LOSS DIFFERENCE - %

| Year | Fall | Late Fall | Winter | Spring |
|------|------|-----------|--------|--------|
| 1922 | -0.337 | 1.017 | 0.735 | -0.132 |
| 1923 | 2.473 | 0.234 | 0.686 | 0.116 |
| 1924 | -0.022 | -0.232 | 79.802 | 1.473 |
| 1925 | 8.472 | 1.296 | 1.515 | 2.564 |
| 1926 | 9.205 | 1.28 | 1.232 | 2.533 |
| 1927 | 1.61 | 0.094 | -0.112 | -0.082 |
| 1928 | 2.117 | 0.353 | 0.719 | 1.21 |
| 1929 | 8.508 | 0.67 | 1.144 | 3.609 |
| 1930 | 6.444 | 1.084 | -1.206 | -0.008 |
| 1931 | -1.676 | -0.502 | 74.777 | -0.693 |
| 1932 | 1.628 | -0.685 | 75.379 | 5.723 |
| 1933 | -2.527 | -1.95 | 93.626 | -0.613 |
| 1934 | -6.055 | -0.147 | 72.491 | -2.424 |
| 1935 | 3.235 | 1.107 | 34.282 | 13.064 |
| 1936 | -3.652 | -0.409 | -0.459 | -16.24 |
| 1937 | -16.92 | -0.242 | 0.398 | -36.144 |
| 1938 | 4.348 | 0.333 | 0.265 | 2.315 |
| 1939 | 20.025 | 2.75 | 0.22 | 19.523 |
| 1940 | 7.916 | 0.581 | -0.11 | 0.734 |
| 1941 | 4.022 | 0.265 | 0.526 | 0.879 |
| 1942 | 3.371 | 0.167 | 0.281 | 0.301 |
| 1943 | 1.6 | 0.168 | 0.171 | 0.116 |
| 1944 | 6.85 | 0.26 | 0.64 | 3.056 |
| 1945 | 2.218 | 0.166 | 0.229 | 0.437 |
| 1946 | 0.869 | 0.177 | 0.286 | 0.14 |
| 1947 | 4.541 | 0.754 | 1.644 | 1.056 |
| 1948 | 0.484 | -0.006 | 0.11 | 0.366 |
| 1949 | 0.16 | 0.833 | 1.01 | 0.587 |
| 1950 | -0.683 | 0.288 | 0.498 | 0.021 |
| 1951 | -0.043 | 0.354 | 0.24 | -0.178 |
| 1952 | 1.202 | 0.224 | 0.444 | 0.149 |
| 1953 | 2.722 | 0.104 | 0.311 | 0.056 |
| 1954 | 3.96 | 0.196 | 0.297 | 1.411 |
| 1955 | 1.03 | 0.653 | 1.387 | 0.968 |
| 1956 | 1.534 | 0.274 | 0.833 | -0.008 |
| 1957 | 1.125 | 0.067 | 0.238 | 0.043 |
| 1958 | 6.285 | 0.415 | 0.714 | 7.487 |
| 1959 | 4.3 | 0.695 | 1.701 | 1.869 |
| 1960 | -2.304 | 0.346 | 1.595 | -0.229 |
| 1961 | -2.172 | 0.288 | 1.605 | -0.359 |
| 1962 | 0.433 | 0.737 | 1.098 | 0.157 |
| 1963 | 2.812 | 0.274 | 0.008 | 0.072 |
| 1964 | 6.122 | 0.278 | 0.955 | 1.678 |
| 1965 | 0.428 | 0.035 | 0.139 | 0.032 |
| 1966 | 1.724 | 0.484 | 0.579 | 0.103 |
| 1967 | 3.086 | 0.111 | 0.283 | 1.3 |
| 1968 | 1.759 | 0.646 | 2.835 | -0.223 |
| 1969 | 0.234 | 0.205 | 0.287 | -0.026 |
| 1970 | 12.333 | 0.552 | 0.763 | 2.771 |
| 1971 | 1.975 | 0.132 | 0.164 | -0.203 |
| 1972 | 1.709 | 0.163 | 1.998 | -0.448 |
| 1973 | 1.01 | 0.189 | 0.316 | 0.427 |
| 1974 | 3.764 | 0.565 | 0.683 | 1.355 |
| 1975 | 2.213 | 0.262 | 0.359 | 0.906 |
| 1976 | 3.404 | 1.079 | 0.951 | 2.02 |
| 1977 | -5.71 | -0.977 | 73.633 | -3.238 |
| 1978 | -1.348 | 0.048 | 0.009 | -0.476 |
| 1979 | 0.527 | 0.417 | 0.782 | 0.697 |
| 1980 | 0.136 | 0.072 | 0.356 | 0.69 |
| 1981 | -0.262 | 0.208 | 1.12 | 0.902 |
| 1982 | 0.176 | -0.051 | 0.239 | 0.23 |
| 1983 | 8.329 | 0.39 | 0.315 | 5.6 |
| 1984 | 1.267 | 0 | 0.881 | 0.561 |
| 1985 | 0.622 | 0.628 | 1.339 | 0.839 |
| 1986 | 15.757 | 0.751 | -0.197 | 8.408 |
| 1987 | 21.641 | 1.484 | 1.199 | 40.951 |
| 1988 | 14.032 | 0.295 | -0.752 | 60.961 |
| 1989 | -2.34 | 0.202 | 1.199 | 0.89 |
| 1990 | -10.912 | 0.432 | 0.988 | -31.449 |
| AVERAGE | 2.475 | 0.332 | 7.865 | 1.597 |

CVPIA-PEIS: PROSIM 12-9-98 - REVISED NO ACTION (NA3_P27M) - 2020 L

SACRAMENTO RIVER SALMON LOSS SUMMARY - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|------|------|-----------|--------|--------|
| 1922 | 4.975 | 0.209 | 1.751 | 3.710 |
| 1923 | 3.357 | 0.191 | 3.776 | 2.706 |
| 1924 | 28.484 | 1.238 | 16.179 | 95.026 |
| 1925 | 4.219 | 1.043 | 2.568 | 3.009 |
| 1926 | 7.476 | 1.712 | 7.080 | 4.242 |
| 1927 | 6.110 | 0.189 | 1.135 | 2.958 |
| 1928 | 3.778 | 0.426 | 1.140 | 2.227 |
| 1929 | 15.804 | 3.158 | 1.200 | 3.852 |
| 1930 | 4.638 | 0.427 | 2.961 | 3.251 |
| 1931 | 34.978 | 1.757 | 21.348 | 98.955 |
| 1932 | 36.347 | 3.617 | 4.827 | 93.815 |
| 1933 | 40.887 | 3.848 | 5.039 | 99.966 |
| 1934 | 35.747 | 1.941 | 27.486 | 99.052 |
| 1935 | 30.206 | 1.676 | 4.361 | 85.262 |
| 1936 | 39.866 | 5.152 | 3.217 | 85.442 |
| 1937 | 25.382 | 1.273 | 1.472 | 39.802 |
| 1938 | 9.502 | 0.835 | 1.418 | 5.751 |
| 1939 | 6.653 | 0.321 | 1.337 | 3.669 |
| 1940 | 4.500 | 0.899 | 2.577 | 3.049 |
| 1941 | 6.288 | 0.537 | 0.721 | 2.204 |
| 1942 | 5.178 | 0.074 | 0.788 | 2.699 |
| 1943 | 5.593 | 0.314 | 0.962 | 2.787 |
| 1944 | 7.397 | 0.151 | 0.867 | 3.309 |
| 1945 | 8.494 | 0.378 | 1.096 | 3.449 |
| 1946 | 3.044 | 0.216 | 0.474 | 1.835 |
| 1947 | 7.062 | 0.473 | 1.944 | 2.917 |
| 1948 | 7.463 | 0.088 | 0.632 | 2.975 |
| 1949 | 2.482 | 0.616 | 0.888 | 1.586 |
| 1950 | 3.765 | 0.339 | 0.963 | 2.401 |
| 1951 | 4.822 | 0.531 | 1.125 | 2.976 |
| 1952 | 5.146 | 0.106 | 0.808 | 3.285 |
| 1953 | 5.943 | 0.022 | 0.582 | 3.817 |
| 1954 | 6.171 | 0.183 | 0.486 | 2.421 |
| 1955 | 5.588 | 0.474 | 1.511 | 3.809 |
| 1956 | 4.159 | 0.290 | 1.488 | 3.076 |
| 1957 | 4.754 | 0.310 | 1.485 | 2.975 |
| 1958 | 15.051 | 4.125 | 1.019 | 5.998 |
| 1959 | 16.189 | 2.445 | 3.076 | 7.453 |
| 1960 | 8.446 | 0.301 | 1.491 | 4.287 |
| 1961 | 8.947 | 0.178 | 0.887 | 4.494 |
| 1962 | 11.306 | 1.160 | 1.325 | 4.729 |
| 1963 | 9.299 | 1.237 | 2.258 | 7.004 |
| 1964 | 7.366 | 0.156 | 0.877 | 3.826 |
| 1965 | 7.066 | 0.413 | 3.690 | 3.376 |
| 1966 | 6.421 | 0.244 | 0.954 | 4.035 |
| 1967 | 12.653 | 1.375 | 0.807 | 5.910 |
| 1968 | 6.646 | 0.283 | 1.387 | 4.816 |
| 1969 | 4.349 | 0.222 | 1.079 | 3.615 |
| 1970 | 4.972 | 0.547 | 1.807 | 4.660 |
| 1971 | 5.547 | 0.064 | 0.957 | 4.164 |
| 1972 | 4.078 | 0.237 | 0.964 | 3.270 |
| 1973 | 3.547 | 1.013 | 2.500 | 3.487 |
| 1974 | 4.789 | 0.366 | 1.315 | 3.159 |
| 1975 | 10.350 | 0.234 | 1.074 | 7.538 |
| 1976 | 18.309 | 2.879 | 1.398 | 9.136 |
| 1977 | 35.953 | 1.692 | 26.344 | 98.969 |
| 1978 | 7.582 | 0.357 | 3.053 | 3.892 |
| 1979 | 5.826 | 0.573 | 1.254 | 3.292 |
| 1980 | 4.760 | 0.350 | 1.011 | 2.294 |
| 1981 | 6.391 | 0.506 | 1.281 | 3.891 |
| 1982 | 2.657 | 2.052 | 1.810 | 2.451 |
| 1983 | 8.642 | 0.405 | 0.873 | 2.287 |
| 1984 | 4.761 | 0.409 | 1.608 | 3.308 |
| 1985 | 3.112 | 0.276 | 0.723 | 2.357 |
| 1986 | 3.860 | 0.309 | 2.255 | 2.844 |
| 1987 | 7.228 | 0.209 | 0.695 | 3.773 |
| 1988 | 17.217 | 0.709 | 3.697 | 7.486 |
| 1989 | 7.678 | 0.573 | 1.128 | 2.956 |
| 1990 | 27.454 | 1.027 | 1.485 | 38.272 |
| AVERAGE | 10.793 | 0.898 | 2.953 | 15.323 |

TRINITY RIVER EIS: PROSIM 4-2-99 - EXISTING CONDITIONS (TRN_RECD

SACRAMENTO RIVER SALMON LOSS SUMMARY - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|---|---|---|---|---|
| 1922 | 4.914 | 0.207 | 1.615 | 3.590 |
| 1923 | 3.612 | 0.181 | 3.424 | 2.735 |
| 1924 | 28.024 | 1.263 | 13.236 | 93.873 |
| 1925 | 4.389 | 0.983 | 2.506 | 3.187 |
| 1926 | 7.743 | 1.772 | 6.865 | 4.049 |
| 1927 | 6.252 | 0.185 | 1.109 | 2.955 |
| 1928 | 3.669 | 0.451 | 1.209 | 2.481 |
| 1929 | 12.902 | 2.637 | 1.483 | 3.392 |
| 1930 | 4.311 | 0.311 | 3.434 | 3.365 |
| 1931 | 33.989 | 1.790 | 12.593 | 98.620 |
| 1932 | 35.851 | 3.615 | 3.625 | 85.678 |
| 1933 | 39.069 | 3.707 | 3.112 | 97.684 |
| 1934 | 35.610 | 2.527 | 17.156 | 99.068 |
| 1935 | 24.152 | 1.421 | 1.777 | 28.516 |
| 1936 | 28.895 | 4.151 | 3.924 | 14.664 |
| 1937 | 7.498 | 0.587 | 1.268 | 2.805 |
| 1938 | 9.655 | 0.765 | 1.294 | 5.836 |
| 1939 | 5.973 | 0.397 | 1.240 | 3.445 |
| 1940 | 4.395 | 0.896 | 2.568 | 3.106 |
| 1941 | 6.121 | 0.534 | 0.726 | 2.069 |
| 1942 | 5.050 | 0.070 | 0.742 | 2.569 |
| 1943 | 5.643 | 0.300 | 0.925 | 2.744 |
| 1944 | 6.202 | 0.140 | 0.856 | 3.141 |
| 1945 | 8.041 | 0.355 | 1.094 | 3.453 |
| 1946 | 2.897 | 0.215 | 0.486 | 1.840 |
| 1947 | 7.344 | 0.488 | 1.700 | 2.175 |
| 1948 | 7.512 | 0.087 | 0.677 | 2.922 |
| 1949 | 2.531 | 0.773 | 1.098 | 1.694 |
| 1950 | 3.365 | 0.332 | 1.001 | 2.484 |
| 1951 | 4.552 | 0.566 | 1.152 | 2.809 |
| 1952 | 4.966 | 0.102 | 0.759 | 3.112 |
| 1953 | 5.748 | 0.021 | 0.549 | 3.510 |
| 1954 | 5.833 | 0.192 | 0.530 | 2.232 |
| 1955 | 4.891 | 0.461 | 1.373 | 3.265 |
| 1956 | 3.947 | 0.286 | 1.449 | 2.907 |
| 1957 | 4.312 | 0.316 | 1.558 | 2.946 |
| 1958 | 14.919 | 4.122 | 0.997 | 5.722 |
| 1959 | 15.925 | 2.301 | 2.861 | 7.049 |
| 1960 | 7.809 | 0.379 | 1.600 | 3.762 |
| 1961 | 8.403 | 0.146 | 0.973 | 4.690 |
| 1962 | 9.395 | 1.124 | 1.422 | 4.543 |
| 1963 | 8.891 | 1.237 | 2.239 | 6.568 |
| 1964 | 6.664 | 0.185 | 0.845 | 3.137 |
| 1965 | 7.079 | 0.401 | 3.656 | 3.285 |
| 1966 | 6.042 | 0.234 | 0.903 | 3.718 |
| 1967 | 12.532 | 1.388 | 0.763 | 5.609 |
| 1968 | 6.543 | 0.271 | 1.284 | 4.602 |
| 1969 | 4.200 | 0.210 | 1.031 | 3.455 |
| 1970 | 5.065 | 0.587 | 1.827 | 4.651 |
| 1971 | 5.403 | 0.062 | 0.897 | 3.999 |
| 1972 | 3.882 | 0.220 | 0.807 | 2.801 |
| 1973 | 3.420 | 0.992 | 2.562 | 3.372 |
| 1974 | 4.597 | 0.353 | 1.269 | 3.008 |
| 1975 | 10.082 | 0.224 | 1.024 | 7.173 |
| 1976 | 17.089 | 2.839 | 1.483 | 8.100 |
| 1977 | 36.643 | 1.738 | 22.893 | 99.253 |
| 1978 | 7.321 | 0.355 | 2.871 | 3.673 |
| 1979 | 5.863 | 0.465 | 1.264 | 3.183 |
| 1980 | 4.511 | 0.364 | 1.005 | 2.124 |
| 1981 | 5.986 | 0.357 | 1.022 | 3.659 |
| 1982 | 2.594 | 2.197 | 1.843 | 2.397 |
| 1983 | 8.606 | 0.398 | 0.841 | 2.222 |
| 1984 | 4.581 | 0.422 | 1.591 | 3.206 |
| 1985 | 2.557 | 0.453 | 0.788 | 1.948 |
| 1986 | 3.675 | 0.309 | 2.287 | 2.896 |
| 1987 | 6.005 | 0.184 | 0.484 | 2.893 |
| 1988 | 19.577 | 0.796 | 3.865 | 9.801 |
| 1989 | 5.716 | 0.497 | 1.205 | 2.731 |
| 1990 | 20.772 | 0.849 | 1.567 | 12.405 |
| AVERAGE | 9.887 | 0.866 | 2.494 | 12.269 |

TRINITY RIVER EIS: PROSIM 1-4-99 - REVISED STATE PERMIT (TRN_RSP6)

SACRAMENTO RIVER SALMON LOSS SUMMARY - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|------|------|-----------|--------|--------|
| 1922 | 4.799 | 0.222 | 1.628 | 3.815 |
| 1923 | 3.768 | 0.193 | 3.802 | 2.965 |
| 1924 | 25.695 | 1.066 | 5.341 | 72.948 |
| 1925 | 3.423 | 0.986 | 2.578 | 3.238 |
| 1926 | 8.629 | 1.726 | 6.668 | 4.095 |
| 1927 | 3.962 | 0.175 | 1.170 | 2.992 |
| 1928 | 3.654 | 0.404 | 1.162 | 2.463 |
| 1929 | 14.311 | 2.763 | 1.114 | 3.666 |
| 1930 | 5.418 | 0.330 | 1.935 | 3.247 |
| 1931 | 33.554 | 1.658 | 11.547 | 98.012 |
| 1932 | 33.730 | 3.447 | 3.249 | 64.605 |
| 1933 | 40.735 | 3.767 | 5.271 | 99.952 |
| 1934 | 35.568 | 1.768 | 28.392 | 98.975 |
| 1935 | 26.881 | 1.502 | 2.409 | 47.409 |
| 1936 | 32.822 | 4.216 | 4.280 | 37.473 |
| 1937 | 6.518 | 0.465 | 1.326 | 3.282 |
| 1938 | 9.007 | 0.592 | 1.141 | 4.933 |
| 1939 | 10.555 | 0.736 | 0.984 | 3.677 |
| 1940 | 4.170 | 1.026 | 2.804 | 3.242 |
| 1941 | 5.975 | 0.532 | 0.575 | 2.126 |
| 1942 | 4.658 | 0.065 | 0.718 | 2.496 |
| 1943 | 5.112 | 0.308 | 0.978 | 2.965 |
| 1944 | 7.503 | 0.146 | 0.790 | 3.681 |
| 1945 | 7.142 | 0.362 | 1.192 | 3.599 |
| 1946 | 2.967 | 0.211 | 0.497 | 1.971 |
| 1947 | 7.285 | 0.380 | 1.640 | 2.658 |
| 1948 | 7.565 | 0.079 | 0.627 | 3.305 |
| 1949 | 2.998 | 0.666 | 0.967 | 1.798 |
| 1950 | 2.574 | 0.340 | 0.996 | 2.430 |
| 1951 | 5.144 | 0.450 | 1.063 | 3.532 |
| 1952 | 4.543 | 0.090 | 0.738 | 2.882 |
| 1953 | 5.357 | 0.017 | 0.509 | 3.118 |
| 1954 | 5.905 | 0.177 | 0.511 | 2.668 |
| 1955 | 6.832 | 0.436 | 1.439 | 4.318 |
| 1956 | 3.703 | 0.243 | 1.103 | 2.813 |
| 1957 | 4.800 | 0.306 | 1.600 | 3.388 |
| 1958 | 14.602 | 4.101 | 1.010 | 5.361 |
| 1959 | 14.165 | 1.691 | 2.913 | 7.919 |
| 1960 | 7.511 | 0.222 | 1.434 | 4.917 |
| 1961 | 9.269 | 0.131 | 1.018 | 5.358 |
| 1962 | 8.738 | 1.053 | 1.443 | 4.681 |
| 1963 | 8.732 | 0.550 | 1.600 | 6.349 |
| 1964 | 8.836 | 0.162 | 0.661 | 3.904 |
| 1965 | 5.647 | 0.402 | 3.603 | 3.280 |
| 1966 | 6.429 | 0.232 | 0.867 | 4.066 |
| 1967 | 11.964 | 1.324 | 0.769 | 4.994 |
| 1968 | 6.493 | 0.288 | 1.392 | 5.099 |
| 1969 | 3.858 | 0.134 | 0.912 | 3.216 |
| 1970 | 5.320 | 0.574 | 1.835 | 5.041 |
| 1971 | 4.875 | 0.051 | 0.891 | 3.801 |
| 1972 | 4.013 | 0.244 | 1.000 | 3.530 |
| 1973 | 3.892 | 0.593 | 2.020 | 3.742 |
| 1974 | 4.435 | 0.320 | 1.241 | 3.002 |
| 1975 | 9.200 | 0.195 | 0.986 | 6.042 |
| 1976 | 19.249 | 2.999 | 1.310 | 10.910 |
| 1977 | 35.877 | 1.794 | 10.995 | 99.103 |
| 1978 | 6.907 | 0.360 | 2.942 | 4.089 |
| 1979 | 5.622 | 0.423 | 1.174 | 3.483 |
| 1980 | 4.231 | 0.345 | 1.013 | 2.552 |
| 1981 | 6.956 | 0.521 | 1.325 | 4.382 |
| 1982 | 2.211 | 1.405 | 1.421 | 2.162 |
| 1983 | 8.362 | 0.390 | 0.873 | 2.263 |
| 1984 | 5.079 | 0.413 | 1.506 | 3.924 |
| 1985 | 3.618 | 0.286 | 0.561 | 2.023 |
| 1986 | 4.065 | 0.307 | 1.899 | 2.965 |
| 1987 | 6.909 | 0.193 | 0.546 | 3.567 |
| 1988 | 13.104 | 0.403 | 3.081 | 5.407 |
| 1989 | 5.803 | 0.431 | 0.999 | 2.939 |
| 1990 | 25.887 | 0.951 | 1.346 | 29.918 |
| AVERAGE | 9.987 | 0.802 | 2.309 | 12.677 |

TRINITY RIVER EIS: PROSIM 12-21-98 - REVISED % INFLOW (TRN_RPIA) -

SACRAMENTO RIVER SALMON LOSS SUMMARY - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|---|---|---|---|---|
| 1922 | 4.967 | 0.242 | 1.804 | 3.880 |
| 1923 | 3.584 | 0.192 | 3.792 | 2.858 |
| 1924 | 28.398 | 1.099 | 17.898 | 94.776 |
| 1925 | 3.678 | 0.957 | 2.398 | 3.421 |
| 1926 | 7.369 | 1.740 | 7.441 | 4.877 |
| 1927 | 6.014 | 0.191 | 1.276 | 3.121 |
| 1928 | 4.846 | 0.538 | 1.313 | 2.442 |
| 1929 | 22.070 | 3.799 | 1.186 | 6.436 |
| 1930 | 5.803 | 0.457 | 2.136 | 3.385 |
| 1931 | 34.410 | 1.669 | 23.525 | 98.694 |
| 1932 | 35.850 | 3.576 | 4.277 | 88.655 |
| 1933 | 41.042 | 3.795 | 7.022 | 99.964 |
| 1934 | 35.406 | 1.812 | 27.379 | 98.902 |
| 1935 | 28.877 | 1.453 | 3.533 | 70.778 |
| 1936 | 38.044 | 4.743 | 4.083 | 81.033 |
| 1937 | 21.336 | 1.070 | 1.247 | 15.271 |
| 1938 | 11.059 | 1.042 | 1.631 | 7.391 |
| 1939 | 6.882 | 0.321 | 1.351 | 3.895 |
| 1940 | 5.215 | 0.875 | 2.475 | 3.154 |
| 1941 | 5.889 | 0.607 | 1.067 | 2.193 |
| 1942 | 4.699 | 0.109 | 0.956 | 2.657 |
| 1943 | 5.644 | 0.362 | 1.126 | 3.132 |
| 1944 | 7.789 | 0.153 | 0.849 | 3.534 |
| 1945 | 9.054 | 0.376 | 1.057 | 3.664 |
| 1946 | 3.539 | 0.210 | 0.470 | 2.096 |
| 1947 | 8.582 | 0.554 | 2.024 | 3.656 |
| 1948 | 8.186 | 0.095 | 0.694 | 3.397 |
| 1949 | 2.640 | 0.614 | 0.905 | 1.740 |
| 1950 | 4.330 | 0.351 | 0.943 | 2.461 |
| 1951 | 4.953 | 0.627 | 1.169 | 3.326 |
| 1952 | 4.474 | 0.253 | 1.090 | 3.101 |
| 1953 | 5.254 | 0.038 | 0.751 | 3.122 |
| 1954 | 6.652 | 0.188 | 0.480 | 2.658 |
| 1955 | 6.895 | 0.483 | 1.642 | 4.428 |
| 1956 | 4.257 | 0.356 | 2.158 | 3.370 |
| 1957 | 5.291 | 0.485 | 1.698 | 3.434 |
| 1958 | 14.687 | 4.134 | 1.092 | 5.530 |
| 1959 | 22.105 | 2.837 | 3.777 | 12.402 |
| 1960 | 11.927 | 0.470 | 1.554 | 6.098 |
| 1961 | 12.412 | 0.366 | 0.853 | 6.495 |
| 1962 | 12.736 | 1.143 | 1.309 | 5.525 |
| 1963 | 10.680 | 1.364 | 2.329 | 7.652 |
| 1964 | 7.835 | 0.167 | 1.096 | 4.503 |
| 1965 | 7.135 | 0.400 | 3.845 | 3.610 |
| 1966 | 7.254 | 0.322 | 1.016 | 4.096 |
| 1967 | 14.037 | 1.482 | 0.978 | 7.959 |
| 1968 | 7.293 | 0.455 | 3.014 | 5.435 |
| 1969 | 4.190 | 0.311 | 1.286 | 3.823 |
| 1970 | 6.320 | 0.669 | 2.767 | 5.148 |
| 1971 | 6.826 | 0.112 | 1.121 | 4.926 |
| 1972 | 4.495 | 0.241 | 1.264 | 3.466 |
| 1973 | 3.988 | 1.167 | 2.532 | 4.005 |
| 1974 | 4.661 | 0.697 | 1.764 | 3.419 |
| 1975 | 9.142 | 0.335 | 1.288 | 6.056 |
| 1976 | 26.389 | 3.707 | 1.471 | 20.834 |
| 1977 | 35.859 | 1.618 | 29.662 | 98.900 |
| 1978 | 7.447 | 0.375 | 3.234 | 4.187 |
| 1979 | 6.263 | 0.598 | 1.330 | 3.785 |
| 1980 | 4.897 | 0.342 | 1.240 | 2.929 |
| 1981 | 6.638 | 0.536 | 1.356 | 4.180 |
| 1982 | 3.030 | 2.056 | 2.024 | 2.890 |
| 1983 | 8.379 | 0.416 | 0.889 | 2.267 |
| 1984 | 5.143 | 0.412 | 2.567 | 3.787 |
| 1985 | 3.547 | 0.306 | 0.832 | 2.648 |
| 1986 | 4.585 | 0.310 | 2.238 | 2.886 |
| 1987 | 8.220 | 0.266 | 1.062 | 4.908 |
| 1988 | 21.721 | 0.982 | 3.948 | 12.600 |
| 1989 | 8.554 | 0.583 | 1.178 | 3.669 |
| 1990 | 28.256 | 1.054 | 1.740 | 45.112 |
| AVERAGE | 11.444 | 0.952 | 3.225 | 15.371 |

TRINITY RIVER EIS: PROSIM 2-5-99 - REVISED MAX FLOW (TRN_RM2K) - :

SACRAMENTO RIVER SALMON LOSS SUMMARY - %

| YEAR | FALL | LATE-FALL | WINTER | SPRING |
|------|------|-----------|--------|--------|
| 1922 | 4.638 | 1.226 | 2.486 | 3.578 |
| 1923 | 5.830 | 0.425 | 4.462 | 2.822 |
| 1924 | 28.462 | 1.006 | 95.981 | 96.499 |
| 1925 | 12.691 | 2.339 | 4.083 | 5.573 |
| 1926 | 16.681 | 2.992 | 8.312 | 6.775 |
| 1927 | 7.720 | 0.283 | 1.023 | 2.876 |
| 1928 | 5.895 | 0.779 | 1.859 | 3.437 |
| 1929 | 24.312 | 3.828 | 2.344 | 7.461 |
| 1930 | 11.082 | 1.511 | 1.755 | 3.243 |
| 1931 | 33.302 | 1.255 | 96.125 | 98.262 |
| 1932 | 37.975 | 2.932 | 80.206 | 99.538 |
| 1933 | 38.360 | 1.898 | 98.665 | 99.353 |
| 1934 | 29.692 | 1.794 | 99.977 | 96.628 |
| 1935 | 33.441 | 2.783 | 38.643 | 98.326 |
| 1936 | 36.214 | 4.743 | 2.758 | 69.202 |
| 1937 | 8.462 | 1.031 | 1.870 | 3.658 |
| 1938 | 13.850 | 1.168 | 1.683 | 8.066 |
| 1939 | 26.678 | 3.071 | 1.557 | 23.192 |
| 1940 | 12.416 | 1.480 | 2.467 | 3.783 |
| 1941 | 10.310 | 0.802 | 1.247 | 3.083 |
| 1942 | 8.549 | 0.241 | 1.069 | 3.000 |
| 1943 | 7.193 | 0.482 | 1.133 | 2.903 |
| 1944 | 14.247 | 0.411 | 1.507 | 6.365 |
| 1945 | 10.712 | 0.544 | 1.325 | 3.886 |
| 1946 | 3.913 | 0.393 | 0.760 | 1.975 |
| 1947 | 11.603 | 1.227 | 3.588 | 3.973 |
| 1948 | 7.947 | 0.082 | 0.742 | 3.341 |
| 1949 | 2.642 | 1.449 | 1.898 | 2.173 |
| 1950 | 3.082 | 0.627 | 1.461 | 2.422 |
| 1951 | 4.779 | 0.885 | 1.365 | 2.798 |
| 1952 | 6.348 | 0.330 | 1.252 | 3.434 |
| 1953 | 8.665 | 0.126 | 0.893 | 3.873 |
| 1954 | 10.131 | 0.379 | 0.783 | 3.832 |
| 1955 | 6.618 | 1.127 | 2.898 | 4.777 |
| 1956 | 5.693 | 0.564 | 2.321 | 3.068 |
| 1957 | 5.879 | 0.377 | 1.723 | 3.018 |
| 1958 | 21.336 | 4.540 | 1.733 | 13.485 |
| 1959 | 20.489 | 3.140 | 4.777 | 9.322 |
| 1960 | 6.142 | 0.647 | 3.086 | 4.058 |
| 1961 | 6.775 | 0.466 | 2.492 | 4.135 |
| 1962 | 11.739 | 1.897 | 2.423 | 4.886 |
| 1963 | 12.111 | 1.511 | 2.266 | 7.076 |
| 1964 | 13.488 | 0.434 | 1.832 | 5.504 |
| 1965 | 7.494 | 0.448 | 3.829 | 3.408 |
| 1966 | 8.145 | 0.728 | 1.533 | 4.138 |
| 1967 | 15.739 | 1.486 | 1.090 | 7.210 |
| 1968 | 8.405 | 0.929 | 4.222 | 4.593 |
| 1969 | 4.583 | 0.427 | 1.366 | 3.589 |
| 1970 | 17.305 | 1.099 | 2.570 | 7.431 |
| 1971 | 7.522 | 0.196 | 1.121 | 3.961 |
| 1972 | 5.787 | 0.400 | 2.962 | 2.822 |
| 1973 | 4.557 | 1.202 | 2.816 | 3.914 |
| 1974 | 8.553 | 0.931 | 1.998 | 4.514 |
| 1975 | 12.563 | 0.496 | 1.433 | 8.444 |
| 1976 | 21.713 | 3.958 | 2.349 | 11.156 |
| 1977 | 30.243 | 0.715 | 99.977 | 95.731 |
| 1978 | 6.234 | 0.405 | 3.062 | 3.416 |
| 1979 | 6.353 | 0.990 | 2.036 | 3.989 |
| 1980 | 4.896 | 0.422 | 1.367 | 2.984 |
| 1981 | 6.129 | 0.714 | 2.401 | 4.793 |
| 1982 | 2.833 | 2.001 | 2.049 | 2.681 |
| 1983 | 16.971 | 0.795 | 1.188 | 7.887 |
| 1984 | 6.028 | 0.409 | 2.489 | 3.869 |
| 1985 | 3.734 | 0.904 | 2.062 | 3.196 |
| 1986 | 19.617 | 1.060 | 2.058 | 11.252 |
| 1987 | 28.869 | 1.693 | 1.894 | 44.724 |
| 1988 | 31.249 | 1.004 | 2.945 | 68.447 |
| 1989 | 5.338 | 0.775 | 2.327 | 3.846 |
| 1990 | 16.542 | 1.459 | 2.473 | 6.823 |
| AVERAGE | 13.268 | 1.230 | 10.818 | 16.920 |

### 2.4.3   Technical Appendix C—Vegetation, Wildlife, and Wetlands Resources

| | |
|---|---|
| **1.1      Vegetation** | *(SEE SUBSECTIONS)* |
| **1.1.1   Affected Environment** | *(SEE SUBSECTIONS)* |
| **1.1.1.1 Trinity River Basin** | *(NO CHANGE)* |
| **1.1.1.2 Lower Klamath River Basin/Coastal Area** | *(NO CHANGE)* |

**1.1.1.3 Central Valley**                                              **(CHANGES FOLLOW)**
**pgs. C-9 and C-10**

**Tables C-2 and C-3 have been modified to more clearly and accurately define the classifications under the California Native Plant Society. See Section 2.4.3.1 for revised tables.**

**1.1.2   Environmental Consequences**                         **(CHANGES FOLLOW)**

**1.2.2.2 Significance Criteria**
**pgs. C-31 and C-32**

Significance criteria were developed in coordination with the Vegetation and Wildlife Technical Team and with input provided during public scoping meetings.  The significance criteria employed for this analysis are based on CEQA and NEPA guidelines.  Impacts on wildlife would be significant if project implementation would result in any of the following:

- Potential for reductions in the number, or restrictions of the range, of an endangered or threatened plant species or a plant species that is a candidate for state listing or proposed for federal listing as endangered or threatened

- Potential for substantial reductions in the habitat of any native plant species including those that are listed as endangered or threatened or are candidates (CESA) or proposed (ESA) for endangered or threatened status

- Potential for causing a native plant population to drop below self-sustaining levels

- Potential to eliminate a native plant community

- Substantial adverse effect, either directly or through habitat modifications, on any plant identified as a sensitive or special-status species in local or regional plans, policies, or regulations

- Substantial adverse effect on any riparian habitat or other sensitive natural community identified in local, or regional, or state plans, policies, or regulations

- Substantial adverse effect on federally protected wetlands as defined by Section 404 of the Clean Water Act (including, but not limited to marsh, vernal pool, coastal, etc.) through direct removal, filling, hydrological interruption, or other means

- A conflict with any local policies or ordinances protecting vegetation resources

- A conflict with, or violation of, the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved local, regional, state, or federal habitat conservation plan relating to the protection of plant resources

| | | |
|---|---|---|
| **1.2** | **Wildlife** | *(SEE SUBSECTIONS)* |
| **1.2.1** | **Affected Environment** | *(NO CHANGE)* |
| **1.2.2** | **Environmental Consequences** | *(SEE SUBSECTIONS))* |

| | | |
|---|---|---|
| **1.2.2.4** | **Maximum Flow** | **(CHANGES FOLLOW)** |

**pg. C-33**

**Bald Eagle.**  Average Trinity Reservoir June 30 levels were seen to drop ==by 34 feet on average== ~~substantially~~ over the period of record. ~~compared to the No Action Alternative.~~ Shasta Reservoir modeled elevation would decrease by ~~9~~ ==7== feet on June 30.  Increases in anadromous fish populations anticipated from implementation of this alternative would provide an increased prey base for the bald eagle.  This could benefit the local population to the extent that it is currently limited by food availability.  Trinity and Shasta Reservoir elevations would decrease slightly on average over the analysis period.  This small reduction is not likely to affect the bald eagle food supply, and thus is expected to have minimal effects on the local population.

| | | |
|---|---|---|
| **1.3** | **Wetlands** | *(NO CHANGE)* |
| **1.3.1** | **Affected Environment** | *(NO CHANGE)* |
| **1.3.2** | **Environmental Consequences** | *(NO CHANGE)* |
| **1.3.3** | **Mitigation** | *(NO CHANGE)* |

| | | |
|---|---|---|
| **1.4** | **References** | *(NO CHANGE)* |

### 2.4.3.1 Technical Appendix C—Tables and Figures

**Tables**

C-1A   Vegetation Impacts Compared to the No Action Alternative        *(NO CHANGE)*

C-1B   Wildlife Impacts Compared to the No Action Alternative          *(NO CHANGE)*

C-1C   Wetlands Impacts Compared to the No Action Alternative          *(NO CHANGE)*

C-2    Special-status Plant Species Occurring or Potentially Occurring in Riparian, Wetland, and Riverine Habitat along the Trinity and Lower Klamath Rivers
**(CHANGES FOLLOW)**

C-3    Special-status Plant Species Potentially Occurring in the Central Valley
**(CHANGES FOLLOW)**

C-4    Healthy River Attributes and Associated Riparian Characteristics    *(NO CHANGE)*

C-5    Special-status Wildlife Species Occurring or Potentially Occurring in Riparian and Riverine Habitat in the Trinity River Basin    *(NO CHANGE)*

C-6    Special-status Wildlife Species Occurring or Potentially Occurring in the Central Valley    *(NO CHANGE)*

C-7    Attributes of a Healthy Alluvial River System                  *(NO CHANGE)*

**Figures**

C-1    Habitat Change Pre-dam versus Post-dam                         *(NO CHANGE)*

C-2    Idealized Habitat for Special-status Species, Pre-dam and Present Conditions
*(NO CHANGE)*

**Table C-2**
**Special-status Plant Species Occurring or Potentially Occurring in**
**Riparian, Wetland, and Riverine Habitat along the Trinity and Lower Klamath Rivers**

| Common Name | Scientific Name | Status | | |
|---|---|---|---|---|
| | | CNPS | CA | Federal |
| Rattan's milk-vetch[a] | *Astragalus rattanii* var. *rattanii* | 4 | — | — |
| Bottlebrush sedge[a] | *Carex histricina* | 2 | — | — |
| Fox sedge | *Carex vulpinoidea* | 2 | — | — |
| California lady's-slipper[a] | *Cypripedium californicum* | 4 | — | — |
| Clustered lady's-slipper[a] | *Cypripedium fasciculatum* | 4 | — | FSC |
| Heckner's lewisia[a] | *Lewisia cotyledon* var. *heckneri* | 1B | — | FSC |
| Showy raillardella[a] | *Raillardella pringlei* | 1B | — | FSC |
| Great burnet[a] | *Sanguisorba officinalis* | 2 | — | — |
| English peak greenbriar[a] | *Smilax jamesii* | 1B | — | — |

[a] Known to occur in the general area of the project.
Status Definitions:
CNPS    California Native Plant Society
    1B      Plants considered rare, threatened, or endangered ~~throughout their range~~ in California and elsewhere
    2       Plants considered rare, threatened, or endangered in California, but more common elsewhere
    4       Plants of limited distribution
FSC     Federal Species of Concern

---

**Table C-3**
**Special-status Plant Species Potentially Occurring in the Central Valley**

| Common Name | Scientific Name | Status | | |
|---|---|---|---|---|
| | | CNPS | CA | Federal |
| Suisun marsh aster | *Aster lentus* | 1B | — | FSC |
| Fox sedge | *Carex vulpinoidea* | 2 | — | — |
| Suisun thistle | *Cirsium hydrophilum* var. *hydrophilum* | 1B | — | FE |
| Soft bird's beak | *Cordylanthus mollis* ssp. *mollis* | 1B | CR | FE |
| Silky cryptantha | *Crypthantha crinita* | 1B | — | FE |
| Rose-mallow | *Hibiscus lasiocarpus* | 2 | — | — |
| Northern California black walnut | *Juglans californica* var. *hindsii* | 1B | — | FSC |
| Mason's lilaeopsis | *Lilaeopsis masonii* | 1B | CR | FSC |
| Delta mudwort | *Limosella subulata* | 2 | — | — |
| Eel-grass pondweed | *Potamogeton zosteriformes* | 2 | — | — |
| Sandford's arrowhead | *Sagittaria sanfordii* | 1B | — | FSC |

Status Definitions:
    FE      Listed and endangered under federal Endangered Species Act
    FSC     Federal Species of Concern
    CR      Considered as rare by the state of California
    CNPS    California Native Plant Society
    1B ~~List 1B species:~~ Plants considered rare, threatened, or endangered in California ~~throughout their range and elsewhere~~
    2  ~~List 2 species:~~ Plants considered rare, threatened, or endangered in California, but more common elsewhere

## 2.4.4   Technical Appendix D—Recreation Resources

**1.1 Riverine**                                                    *(SEE SUBSECTIONS)*
**1.1.1 Affected Environment**                                      *(SEE SUBSECTIONS)*

**1.1.1.1 Trinity River Basin**                                     **(CHANGES FOLLOW)**
**pg. D-1**

**Recreation Resources and Opportunities**.  Developed recreation areas along the Trinity
River consist of private campgrounds, resorts, and lodges; public campgrounds and picnic
areas; and fishing access sites. About 34 developed recreation sites are located within a
0.5-mile corridor of the Trinity River.  More than 200 access sites were inventoried in 1979
between Lewiston Dam and Weitchpec (U.S. Bureau of Reclamation, 1994). Recreation
activities on the Trinity River that are water-dependent or are directly enhanced by the river
include boating, kayaking, canoeing,  rafting, inner-tubing, fishing, swimming, wading,
camping, gold panning, nature study, picnicking, hiking, and sight-seeing.  ~~Except for Burnt
Ranch Gorge downstream of China Slide, the river is suitable for rafting.~~  Areas upstream of
Junction City are best for rafting in spring when flows are high.  More than 100 access points
for rafting activities are available along the Trinity River.  Preferred river reaches for kay-
aking are the 24-mile reach between the North Fork and Cedar Flat and portions of the river
downstream of Willow Creek.  The most popular reaches for open canoes are the 5-mile
reach from the North Fork to Junction City and the 6-mile reach from the South Fork to
Willow Creek.  Canoeing on the 8.5-mile reach from the North Fork to Big Bar is generally
suitable for special white-water canoes with covered decks (U.S. Bureau of Reclamation,
1994).

**pg. D-2**

<u>Federal Wild and Scenic River Designation</u>.  The entire mainstem Trinity River was desig-
nated into the National Wild and Scenic Rivers System in 1981 (46 FR 7484).  All rivers
designated as either wild, scenic, or recreational by the federal government or the State of
California are regarded as having high scenic quality.  The reach of the Trinity River
downstream from Trinity Reservoir is classified as having distinctive scenic quality and a
high scenic quality (U.S. Bureau of Reclamation, 1994).  About 13.5 miles of the river were
classified as scenic, and about 97.5 miles of the river were classified as recreational. The river
is administered by USFS (Six Rivers National Forest and Shasta-Trinity National Forest),
BLM, the California Resources Agency, and the Hoopa Valley Indian Reservation (Palmer,
1993).  The primary reason for the designation of this river was its anadromous fishery
value (U.S. Forest Service, 1995a).  The Shasta-Trinity National Forest classifies the Trinity
River from Helena downstream to Cedar Flat as recreational, and from Cedar Flat
downstream to the river's confluence with New River as scenic (U.S. Forest Service, 1995c).
The Six Rivers National Forest classifies the portions of the Trinity River within its
jurisdiction as recreational (U.S. Forest Service, 1995a).

**1.1.1.2 Lower Klamath River Basin/Coastal Area**                  *(NO CHANGE)*
**1.1.1.3 Central Valley**                                          *(NO CHANGE)*
**1.1.2 Environmental Consequences**                                *(SEE SUBSECTIONS)*

**1.1.2.1 Methodology**                                                    (CHANGES FOLLOW)
**pg. D-5**

In addition to evaluating the effects on recreation opportunities and use and benefits, the
project alternatives were evaluated for consistency with Trinity and Humboldt County
recreation objectives and State/Federal Wild and Scenic River designations. Flow-related
impacts to riverine recreation opportunities and use within the Central Valley were consid-
ered to be negligible because of the minor effect Trinity River District (TRD) changes would
have on Sacramento River[4] and San Joaquin River flows in regards to recreational
opportunities and use. As listed in the Programmatic Environmental Impact Study (PEIS)
Technical Appendix, the threshold for boating activities on the Sacramento River are 2,500
to 12,000 cfs. These threshold flow ranges are not exceeded under any of the project
alternatives. See Section 3.5, Fishery Resources for impacts to Central Valley sportfishing.
Impacts to recreation opportunities, use and benefits in the Central Valley are not discussed
under the alternatives.

**Recreation Opportunities Methodology**. The mainstem of the Trinity River is the primary
focus of the recreational opportunities analysis. Trinity River flows are most influenced by
Lewiston releases in the summer months given tributary flow is generally not much of a
factor during this period. Many recreational opportunities, in particular white-water (i.e.,
kayakers and rafters) are most prevalent downstream of the rivers confluence with the
North Fork Trinity River. At this location, Lewiston releases play a minor role in Trinity
River flows compared to inflows from the North Fork. Impacts to recreational opportunities
within the lower Klamath River Basin, aside from sportfishing, are considered to be less
than significant because river levels in these areas are minimally influenced by the Lewiston
Dam releases. (Impacts to ocean sportfishing are discussed in Section 3.5.4, Ocean Fishery
Economics.)

**pg. D-6**

**Recreation Use and Economics Methodology**. The methodology for determining recrea-
tion use and benefits within the Trinity River Basin and the Lower Klamath River Basin/
Coastal Area is based on river flow and fish population conditions. Annual recreation use
relationships were estimated for four activities that occur along the river: boating,
swimming, fishing, and hiking and other river-enhanced activities (i.e., off-river activities).
The relationship of river flow and fish populations to these activities was generally found to
be positive, implying the greater the flow/fish population, the greater the expected in-river
recreation use. Due to model limitations, the recreation use and benefit analyses do not
account for species substitution.

**1.1.2.2 Significance Criteria**                                           (CHANGES FOLLOW)
**pg. D-9**

**Table D-2 has been modified to more accurately reflect white-water activities and
preferred flow ranges. See Section 2.4.4.1 for revised Table D-2.**

---

[4] TRD exports to Sacramento River flows amount to .01 percent of the Sacramento River's volume over the long-term.

**1.1.2.3 No Action Alternative**                     (CHANGES FOLLOW)
**pgs. D-11 and D-13**

**Table D-3 has been modified to more accurately reflect white-water conditions.  See
Section 2.4.4.1 for revised Table D-3.**

**1.1.2.4 Maximum Flow Alternative**                  (CHANGES FOLLOW)

**Trinity River Basin.
pg. D-17**

White-water activities:  The preferred flow range for white-water activities, including
kayaking and rafting is ~~300~~450-8,000 cfs.  Under the Maximum Flow alternative, white water
flows are not constrained during any week of the primary recreation season.  All flows on
the Trinity River are ~~greater than 300 cfs~~450 cfs or greater, and less than 8,000 cfs during this
period for this alternative.

**1.1.2.5 Flow Evaluation Alternative**               (CHANGES FOLLOW)

**Trinity River Basin.
pg. D-19**

White-water activities:  The preferred flow range for white-water activities, including
kayaking and rafting is ~~300~~450-8,000 cfs.  Under the Flow Evaluation Alternative, white-
water kayaking and rafting are constrained during the last week of May during the
extremely wet water-year class when Trinity River flows exceed the upper preferred
threshold of 8,000 cfs. In general, however, those who prefer flows on the higher end of the
preferred range would experience improved conditions compared to No Action.  ~~Under the
Flow Evaluation Alternative, white-water kayaking and rafting are constrained for only one
week during the extremely wet water-year class.  During this week, flows exceed the 8,000
cfs upper preferred threshold for this activity.~~

**1.1.2.6 Preferred Inflow Alternative**              (CHANGES FOLLOW)

**Trinity River Basin.
pg. D-21**

White-water activities:  The preferred flow range for white-water activities, including
kayaking and rafting is ~~300~~450-8,000 cfs.  Under the Percent Flow alternative, white-water
kayaking and rafting are constrained for several weeks in each water-year class due to flows
less than the ~~300~~ 450 cfs threshold.  In extremely wet water years, white water is constrained
the last ~~4~~ 6 weeks of the recreation season by low flows.  In wet water years, white-water
kayaking is constrained the last ~~7~~ 9 weeks of the recreation season due to low flows.  In
normal water years, white-water kayaking and rafting is constrained the last ~~9~~ 10 weeks of
the season due to low flows.  In dry water years, white water is constrained the last ~~10~~
11 weeks of the season, and the last ~~12~~ 14 weeks in extremely dry water years.

**1.1.2.7 Mechanical Restoration Alternative**              *(NO CHANGE)*
**1.1.2.8 State Permit Alternative**                        *(NO CHANGE)*
**1.1.2.9 Existing Conditions versus Preferred Alternative**  *(NO CHANGE)*
**1.1.3 Mitigation**                                        *(NO CHANGE)*

**1.2 Reservoirs**                                                                *(NO CHANGE)*
**1.2.1 Affected Environment**                                              *(NO CHANGE)*
**1.2.1.1 Trinity River Basin**                                                *(NO CHANGE)*
**1.2.1.2 Central Valley and Lower Klamath Valley/Coastal Areas**    *(NO CHANGE)*
**1.2.2 Environmental Consequences**                              *(SEE SUBSECTIONS)*

**1.2.2.1 Methodology**                                                  **(CHANGES FOLLOW)**
**pg. D-29**

**Table D-6 has been modified to correct Trinity River recreation facility availability data. See Section 2.4.4.1 for revised Table D-6.**

**1.2.2.2 Significance Criteria**                                       *(SEE SUBSECTIONS)*

**1.2.2.3 No Action Alternative**                                       **(CHANGES FOLLOW)**
**pg. D-31**

**Trinity River Basin.**  Under the No Action Alternative, use of certain boating facilities, such as the Stuart Fork boat ramps, Fairview ramp, and major marinas would continue to be moderately constrained during the recreation season (Table D-6).  Recreation use of Trinity Reservoir is expected to be about ~~796,000~~ 803,600 visitor days in 2020.  Annual recreation benefits are estimated to be ~~$8.7~~ 8.8 million (Table D-7).

**Table D-7 has been modified to more accurately reflect Trinity Reservoir recreation benefits and visitor days under the No Action Alternative.  See Section 2.4.4.1 for revised Table D-7.**

**1.2.2.4 Maximum Flow Alternative**                                  **(CHANGES FOLLOW)**
**pg. D-31**

**Trinity River Basin.**  Under the Maximum Flow Alternative, Trinity Reservoir levels would generally be lower than No Action levels during the recreation season.  A number of major recreation facilities would be less available compared to No Action levels (Table D-6).  This decrease in facility availability would be a significant impact.  Recreation use and benefits of Trinity Reservoir under the Maximum Flow Alternative are estimated to decrease by ~~4~~ 5 percent in average water years but would increase by ~~36~~ 31 percent in dry water years compared to the No Action Alternative (Table D-7).  Although the decreases in use and benefits in average water years are adverse, they are considered less than significant.

**1.2.2.5 Flow Evaluation Alternative**                               **(CHANGES FOLLOW)**
**pg. D-33**

**Trinity River Basin.**  Trinity Reservoir water surface elevations would not be significantly below threshold levels for any of the major facilities under this alternative.  ~~Recreation facility availability would increase slightly compared to No Action levels~~.

Recreation use and benefits of Trinity Reservoir under the Flow Evaluation Alternative are estimated to ~~increase by 1 percent~~ be essentially the same as under the No Action Alternative in average water years, and to increase by ~~9~~ 5 percent in dry water years compared to the No Action Alternative (Table D-~~6~~8).  ~~These~~ The predicted increase~~s~~ in use ~~are~~ in dry years is considered beneficial.

**1.2.2.6 Percent Inflow Alternative**                    (CHANGES FOLLOW)

**Trinity River Basin.**  Under the Percent Inflow Alternative, Trinity Reservoir levels would drop slightly in summer months compared to No Action levels; resulting in a slight decrease in availability of several of the recreation facilities, including the Stuart Fork Ramp, the Fairview Ramp, and the Trinity Center Ramp.  However, no significant decrease in facility availability is anticipated.  Recreation use and benefits of Trinity Reservoir under the Percent Inflow Alternative ~~are estimated to increase by 2 percent~~ would be essentially the same as under the No Action Alternative in average water years and would increase by ~~13~~ 9 percent in dry water years compared to the No Action Alternative (Table D-8).  This increase in use and benefits in dry water years is considered beneficial.

**1.2.2.7 Mechanical Restoration Alternative**            *(NO CHANGE)*

**1.2.2.8 State Permit Alternative**                      (CHANGES FOLLOW)
**pg. D-34**

**Trinity River Basin.**  Under the State Permit Alternative, Trinity Reservoir levels would be slightly higher during the primary recreation season as compared to the No Action Alternative.  The availability of recreation facilities would increase compared to No Action levels, except for Minersville Ramp. Recreation use and benefits of Trinity Reservoir under the State Permit Alternative are estimated to increase by ~~6~~ 5 percent in average water years and by ~~5~~ 2 percent in dry water years compared to the No Action Alternative (Table D-8). Because use and benefits in all water years would increase under this alternative relative to the No Action Alternative, this effect is considered beneficial.

**1.2.2.9 Existing Conditions versus Preferred Alternative**

**Table D-8 has been modified to more accurately reflect Trinity Reservoir recreation benefits and visitor days under the No Action Alternative. See Section 2.4.4.1 for revised Table D-8.**

**1.2.3 Mitigation**                                      *(NO CHANGE)*

**1.3**      ~~Riverine~~ References

## 2.4.4.1 Technical Appendix D—Tables

**Tables**

| | | |
|---|---|---|
| D-1 | Results of Travel Cost Model Regressions for the Trinity River | *(NO CHANGE)* |
| D-2 | Preferred Recreation Flow Ranges/ Thresholds | **(CHANGES FOLLOW)** |
| D-3 | Riverine Recreation Opportunities | **(CHANGES FOLLOW)** |
| D-4 | Impacts to Riverine Recreation Use and Benefits – Dry Water Conditions | *(NO CHANGE)* |
| D-5 | Trinity Reservoir Elevations at which Facility Operations are Adversely Affected | *(NO CHANGE)* |
| D-6 | Impacts to Trinity and Shasta Reservoir Recreation Opportunities | **(CHANGES FOLLOW)** |
| D-7 | Impacts to Reservoir Use and Benefits | **(CHANGES FOLLOW)** |
| D-8 | Trinity, Shasta, and Folsom Reservoir Recreation Opportunities, Use and Benefits | **(CHANGES FOLLOW)** |

**TABLE D-2**
Preferred Recreation Flow Ranges/Thresholds[a]

| Activity | Preferred Flow Ranges (cfs) |
|---|---|
| Canoeing | 200-1,500 |
| Drift-boat and drift-raft fishing | 200-1,500 |
| White-water activities (i.e., kayaking, canoeing, and rafting) | ~~300~~ 450-8,000 |
| Recreational mining | 350-600 |
| Shore fishing | 300-800 |
| Swimming/inner-tubing | 150-800 |
| Wading | 300-800 |
| **Campground Use Precluded** | **Flow Threshold** |
| Steel Bridge, Douglas City | 8,000 or greater |
| Steiner Flat, North Fork | 10,000 or greater |
| Poker Bar | 12,000 or greater |

[a] Trinity River flows in the Preferred Flow/Threshold range during the primary recreation season (Memorial Day to Labor Day) as measured at the Lewiston gage.

**TABLE D-3**
Riverine Recreation Opportunities – Trinity River

| | | | Recreation Opportunity Constraints During the Primary Recreation Season[a, b] | | | | |
|---|---|---|---|---|---|---|---|
| **Resource Concern** | **Preferred Flow Range (cfs)** | **No Action/Existing Conditions** | **Maximum Flow** | **Flow Evaluation** | **Percent Inflow** | **Mechanical Restoration** | **State Permit** |
| Canoeing | 200-1,500 | No constraint[c] | Constrained 8 weeks in **extremely wet** and **wet** years. Constrained 6 weeks in **normal** and **dry** years. Constrained 5 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet, wet** years and **normal** years. Constrained 1 week in **dry** years. Not constrained during **critically dry** years. | Constrained 8 weeks in **extremely wet, wet, normal,** and **dry** years. Constrained 10 weeks in **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Camping | | | | | | | |
| Steel Bridge, Douglas City | 8,000 or less | No constraint | No constraint | Constrained 1 week in **extremely wet** years. | No constraint | No constraint | No constraint |
| Steiner Flat, North Fork | 10,000 or less | No constraint | No constraint | No constraint | No constraint | No constraint | No constraint |
| Poker Bar | 12,000 or less | No constraint | No constraint | No constraint | No constraint | No constraint | No constraint |
| Drift-boat fishing | 300-1,500 | No constraint | Constrained 8 weeks in **extremely wet** and **wet** years. Constrained 6 weeks in **normal** and **dry** years. Constrained 5 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet, wet** and **normal** years. Constrained 1 week in **dry** years. Not constrained during **critically dry** years. | Constrained 9 weeks in **extremely wet, wet** and **normal** years. Constrained 10 weeks during **dry** years. Constrained 12 weeks during **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Drift-raft fishing | 200-1,500 | No constraint | Constrained 8 weeks in **extremely wet** and **wet** years. Constrained 6 weeks in **normal** and **dry** years. Constrained 5 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet, wet** and **normal** years. Constrained 1 week in **dry** years. Not constrained during **critically dry** years. | Constrained 8 weeks in **extremely wet, wet, normal,** and **dry** years. Constrained 10 weeks in **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Whitewater (i.e., kayaking, canoeing, and rafting) | 300450-8,000 | No constraint | No constraint | Constrained 1 week in extremely **wet** years.[d] Not constrained in wet, normal, dry, and critically dry years. | Constrained 4 6 weeks in **extremely wet** years. Constrained 7 9 weeks in **wet** years. Constrained 9 10 weeks in **normal** years. Constrained 10 11 weeks in **dry** years. Constrained 12 14 weeks in **critically dry** years. | No constraint | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Recreational mining | 350-600 | Constrained 3 weeks in **all** water-year classes. | Constrained 10 weeks in **extremely wet, wet,** and **normal** years. Constrained 15 weeks (entire recreation season) in **wet, normal, dry,** and **critically dry** years. | Constrained 8 weeks in **extremely wet, wet, dry,** and **normal** years. Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 13 weeks in **extremely wet, wet, dry,** and **critically dry** years. Constrained 14 weeks in **normal** years. | Constrained 3 weeks in **all** water-year classes. | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Swimming/inner-tubing | 150-800 | Constrained 2 weeks in **all** water-year classes. | Constrained 9 weeks in **extremely wet** years. Constrained 11 weeks in **wet** years. Constrained 8 weeks in **normal** and **dry** years. Constrained 15 weeks (entire recreation season) in **critically dry** years. | Constrained 7 weeks in **extremely wet, wet,** and **normal** years. Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 9 weeks in **extremely wet** years and **dry** years. Constrained 10 weeks in **wet, normal** and **critically dry** years. | Constrained 2 weeks in **all** water-year classes. | No constraint |

**TABLE D-3**
Riverine Recreation Opportunities – Trinity River

| | | | Recreation Opportunity Constraints During the Primary Recreation Season[a, b] | | | | |
|---|---|---|---|---|---|---|---|
| Resource Concern | Preferred Flow Range (cfs) | No Action/Existing Conditions | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit |
| Shore fishing | 300-800 | Constrained 2 weeks in **all** water-year classes. | Constrained 9 weeks in **extremely wet** years. Constrained 11 weeks in **wet** years. Constrained 8 weeks in **normal** and **dry** years. Constrained 15 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet**, **wet**, and **normal** years. Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 12 weeks in **all** water-year classes. | Constrained 2 weeks in **all** water-year classes. | Constrained 15 weeks (the entire primary recreation season) in **all** water-year classes. |
| Wading | 300-800 | Constrained 2 weeks in **all** water-year classes. | Constrained 9 weeks in **extremely wet** years. Constrained 11 weeks in **wet** years. Constrained 8 weeks in **normal** and **dry** years. Constrained 15 weeks in **critically dry** years. | Constrained 7 weeks in **extremely wet**, **wet**, and **normal** years. Constrained 3 weeks in **dry** and **critically dry** years. | Constrained 12 weeks in **all** water-year classes. | Constrained 2 weeks in **all** water-year classes. | Constrained 15 weeks (the entire primary recreation season) in all water-year classes. |

[a]See Recreation Resources Technical Appendix D for more specific information about weekly flows impacts to recreation opportunities.

[b]The primary recreation season is defined as Memorial Day to Labor Day (approximately the last week in May to the end of the first week in September).

[c]Flows within preferred range during the entire primary recreation season for all year classes.

[d]White-water kayaking and rafting are constrained during the last week of May during the extremely wet water-year class when the Trinity River flows exceed the upper preferred threshold of 8,000 cfs.  In general, however, those who prefer flows on the higher end of the preferred range would experience improved conditions compared to No Action.

**TABLE D-6**
Impacts to Trinity and Shasta Reservoir Recreation Opportunities

| Facility and Threshold Elevation (msl) | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Existing Conditions |
|---|---|---|---|---|---|---|---|
| | | | | Projected Recreation Facility Availability During the Recreation Season[a] | | | |
| | | | | Facility Availability (percent) | | | |
| **Trinity Reservoir** | | | | | | | |
| Stuart Fork Ramps (2,320) | 42 45 | 9 | 42 | 41 | 42 | 56 | 46 |
| Fairview Ramp & Major Marina Relocations Required (2,310) | 52 54 | 18 | 52 | 50 | 52 | 62 | 55 |
| Trinity Center Ramp (2,295) | 62 63 | 35 | 63 | 59 | 62 | 72 | 63 |
| Campground Use (2,270) | 74 78 | 64 | 79 | 80 | 74 | 84 | 80 |
| Minersville Ramp (2,170) | 99 100 | 99 | 100 | 100 | 99 | 100 | 100 |
| **Shasta Reservoir** | | | | | | | |
| McCloud Arm Ramps (952) | 92 | 89 | 90 | 90 | 92 | 92 | 93 |
| Sacramento Arm Ramps (950) | 92 | 89 | 91 | 92 | 92 | 92 | 94 |
| Sacramento Arm Marina (937) | 93 | 89 | 93 | 94 | 93 | 94 | 95 |
| Pit Arm Ramps (907) | 98 | 93 | 96 | 98 | 98 | 99 | 98 |
| Centimudi Ramp (844) | 100 | 97 | 100 | 100 | 100 | 100 | 100 |
| **Folsom Reservoir** | | | | | | | |
| Last boat ramp out of operation (360) | 98 | 99 | 98 | 98 | 98 | 98 | 99 |
| Limited lake surface area (boating constrained at 400) | 87 | 89 | 83 | 86 | 87 | 89 | 89 |
| Marina closes (405) | 80 | 82 | 76 | 79 | 80 | 83 | 82 |
| Decline in campground/picnicking use (430) | 56 | 56 | 53 | 54 | 56 | 55 | 56 |
| Beach area inundated (450) | 31 | 32 | 30 | 30 | 31 | 31 | 32 |

**TABLE D-7**
Impacts to Reservoir Use and Benefits[a]

| Resource Concern | No Action | Maximum Flow | | Flow Evaluation | | Percent Inflow | | Mechanical Restoration | State Permit | | Existing Conditions [b] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Amount | Percent Change from No Action | Amount | Percent Change from No Action | Amount | Percent Change from No Action | | Amount | Percent Change from No Action | Amount | Preferred Alternative Percent Change from Existing Conditions |
| **Trinity Reservoir** | | | | | | | | | | | | |
| Recreation Benefits (million $) | ~~8.7~~ 8.8 | 8.4 | ~~-4~~ -5 | ~~8.7~~ 8.8 | ~~1~~ 0 | 8.8 | ~~2~~ 1 | Same as No Action | 9.2 | ~~6~~ 5 | 5.3 | 66 |
| Visitor Days | ~~796,200~~ 803,600 | 766,200 | ~~-4~~ -5 | 802,800 | ~~1~~ 0 | 809,700 | ~~2~~ 1 | Same as No Action | 841,000 | ~~6~~ 5 | 484,900 | 66 |
| **Shasta Reservoir** | | | | | | | | | | | | |
| Recreation Benefits (million $) | 61.9 | 56.9 | -8 | 60.9 | -2 | 61.8 | 0 | Same as No Action | 63.1 | 2 | 38.0 | 60 |
| Visitor Days | 5,682,700 | 5,216,500 | -8 | 5,583,400 | -2 | 5,673,600 | 0 | Same as No Action | 5,786,800 | 2 | 3,483,100 | 60 |

[a] Long-term average water conditions only.
[b] 1995 existing conditions.

Notes:
Impacts shown for long-term average water conditions only.  See Table D-8 ~~Recreational Technical Appendix D~~ for dry water conditions.
All benefits are expressed in 1997 dollars.

TABLE D-8

~~Trinity, Shasta, and Folsom~~ Reservoir Recreation Opportunities, Use and Benefits[a]

| Recreation Facility Availability During the Recreation Season | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Existing Conditions** | **No Action** | **Maximum Flow** | | **Flow Evaluation** | | **Percent Inflow** | | **Mechanical Restoration** | | **State Permit** | |
| | Facility Availability (Percentage) | Facility Availability (Percentage) | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action | Facility Availability (Percentage) | Percent Change from No Action |
| **Trinity Reservoir** | | | | | | | | | | | | |
| Stuart Fork Ramps (2,320 msl) | 46 | ~~42~~ 45 | 9 | ~~-33~~ -36 | 42 | ~~0~~ 3 | 41 | ~~-1~~ 4 | ~~42~~ 45 | 0 | 56 | ~~14~~ 11 |
| Fairview Ramp & major marina relocations (2,310 msl) | 55 | ~~52~~ 54 | 18 | ~~-34~~ -36 | 52 | ~~0~~ 2 | 50 | ~~-2~~ 4 | ~~52~~ 54 | 0 | 62 | ~~10~~ 8 |
| Trinity Center Ramp (2,295 msl) | 63 | ~~62~~ 63 | 35 | ~~-27~~ -28 | 63 | ~~0~~ 0 | 59 | ~~-3~~ 4 | ~~62~~ 63 | 0 | 72 | ~~10~~ 9 |
| Campground Use (2,270 msl) | 80 | ~~74~~ 78 | 64 | ~~-10~~ -14 | 79 | ~~5~~ 1 | 80 | ~~6~~ 2 | ~~74~~ 78 | 0 | 84 | ~~10~~ 6 |
| Minersville Ramp (2,170 msl) | 100 | ~~99~~ 100 | 99 | ~~0~~ -1 | 100 | ~~1~~ 0 | 100 | ~~1~~ 0 | ~~99~~ 100 | 0 | 100 | ~~1~~ 0 |
| **Shasta Reservoir** | | | | | | | | | | | | |
| McCloud Arm Ramps (952 msl) | 93 | 92 | 89 | -3 | 90 | -2 | 90 | -2 | 92 | 0 | 92 | 0 |
| Sacramento Arm Ramps (950 msl) | 94 | 92 | 89 | -3 | 91 | -1 | 92 | 0 | 92 | 0 | 92 | 0 |
| Sacramento Arm Marina (937 msl) | 95 | 93 | 89 | -4 | 93 | 0 | 94 | 1 | 93 | 0 | 94 | 1 |
| Pit Arm Ramps (907 msl) | 98 | 98 | 93 | -5 | 96 | -2 | 98 | 0 | 98 | 0 | 99 | 1 |
| Centimudi Ramp (844 msl) | 100 | 100 | 97 | -3 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 |
| **Folsom Reservoir** | | | | | | | | | | | | |
| Last boat ramp out of operation (360 msl) | 99 | 98 | 95 | -3 | 98 | 0 | 98 | 0 | 98 | 0 | 98 | 0 |
| Limited lake surface area (boating constrained at 400 msl) | 89 | 87 | 77 | -10 | 83 | -4 | 86 | -1 | 87 | 0 | 89 | 2 |
| Marina closes (405 msl) | 82 | 80 | 72 | -8 | 76 | -4 | 79 | -1 | 80 | 0 | 83 | 3 |
| Decline in campground/picnicking use (430 msl) | 56 | 56 | 53 | -3 | 53 | -3 | 54 | -2 | 56 | 0 | 55 | -1 |
| Beach area inundated (450 msl) | 32 | 31 | 29 | -2 | 30 | -1 | 30 | -1 | 31 | 0 | 31 | 0 |
| **Oroville Reservoir** | | | | | | | | | | | | |
| Decline in campground/picnicking use (700 msl) | 94 | 91 | 92 | 1 | 91 | 0 | 91 | 0 | 91 | 0 | 91 | 0 |
| Limited boat ramp availability and relocation of marina (710 msl) | 92 | 89 | 90 | 1 | 90 | 1 | 90 | 1 | 89 | 0 | 89 | 0 |
| Limited lake surface area/boating constrained (750 msl) | 84 | 79 | 82 | 3 | 80 | 1 | 79 | 0 | 79 | 0 | 81 | 2 |
| Beach area closed (819 msl) | 63 | 53 | 51 | 2 | 52 | -1 | 52 | 0 | 53 | 0 | 54 | 1 |
| Decline in beach use (840 msl) | 55 | 45 | 43 | -2 | 45 | 0 | 45 | 0 | 45 | 0 | 47 | 2 |
| **San Luis Reservoir** | | | | | | | | | | | | |
| 340 msl – Last boat ramp out of operation | 98 | 99 | 100 | 1 | 98 | -1 | 100 | 1 | 99 | 0 | 99 | 0 |
| 360 msl – Limited lake surface/decline in campground use | 87 | 91 | 92 | 1 | 90 | -1 | 91 | 0 | 91 | 0 | 92 | 1 |
| **Whiskeytown Reservoir** | | | | | | | | | | | | |
| 1198 msl | 100 | 100 | 100 | 0 | 100 | 0 | 100 | 0? | 100 | 0 | 100 | 0 |
| 1195 msl | 100 | 100 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 |
| 1190 msl | 100 | 100 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 | 100 | 0 |

| Estimated Annual Recreation Use and Change in Benefits Compared to No Action | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Existing Conditions** | **No Action** | **Maximum Flow** | | **Flow Evaluation** | | | **Percent Inflow** | | **Mechanical Restoration** | **State Permit** | |
| | Amount | Amount | Amount | Percent Change from No Action | Amount | Percent Change from No Action | Percent Change from Existing Conditions | Amount | Percent Change from No Action | Amount | Percent Change from No Action | Amount | Percent Change from No Action |
| **Trinity Reservoir Benefits—Average Water-year Conditions** | | | | | | | | | | | | |
| Recreations Benefits (million $) | 5.3 | ~~8.7~~ 8.8 | 8.4 | ~~-4~~ -5 | 8.8 | ~~66~~ 0 | 66 | 8.8 | ~~2~~ 1 | ~~8.7~~ 8.8 | 0 | 9.2 | ~~6~~ 5 |
| Visitor Days | 484,900 | ~~796,200~~ 803,600 | 766,200 | ~~-4~~ -5 | 802,800 | ~~66~~ 0 | 66 | 809,700 | ~~2~~ 1 | ~~796,200~~ 803,600 | 0 | 841,000 | ~~6~~ 5 |

**TABLE D-8**
~~Trinity, Shasta, and Folsom~~ Reservoir Recreation Opportunities, Use and Benefits[a]

| | Existing Conditions | No Action | Maximum Flow | | Flow Evaluation | | | Percent Inflow | | Mechanical Restoration | | State Permit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | Amount | Amount | Amount | Percent Change from No Action | Amount | Percent Change from No Action | Percent Change from Existing Conditions | Amount | Percent Change from No Action | Amount | Percent Change from No Action | Amount | Percent Change from No Action |
| **Shasta Reservoir Benefits—Average Water-year Conditions** | | | | | | | | | | | | | |
| Recreations Benefits (million $) | 38.0 | 61.9 | 56.9 | -8 | 60.4 | ~~60~~ -2 | 60 | 61.8 | 0 | 61.9 | 0 | 63.1 | 2 |
| Visitor Days[c] | 3,483,100 | 5,682,700 | 5,216,500 | -8 | 5,583,400 | ~~60~~ -2 | 60 | 5,673,600 | 0 | 5,682,700 | 0 | 5,786,800 | 2 |
| **Trinity Reservoir – Dry water-year conditions** | | | | | | | | | | | | | |
| Recreations Benefits (million $) | 3.8 | ~~6.0~~ 6.3 | 8.2 | ~~36~~ 31 | 6.6 | ~~9~~ 5 | 75 | 6.8 | ~~13~~ 9 | ~~6.0~~ 6.3 | 0 | 6.4 | ~~5~~ 1 |
| Visitor Days[c] | 346,500 | ~~555,300~~ 574,700 | 752,800 | ~~36~~ 31 | 604,900 | ~~9~~ 5 | 75 | 625,000 | ~~13~~ 9 | ~~555,300~~ 574,700 | 0 | 585,000 | ~~5~~ 2 |
| **Shasta Reservoir – Dry water-year conditions** | | | | | | | | | | | | | |
| Recreations Benefits (million $) | 28 | 44.6 | 30.7 | -31 | 41.9 | -6 | 50 | 44.3 | -1 | 44.6 | 0 | 45.3 | 2 |
| Visitor Days[c] | 2,567,800 | 4,090,300 | 2,812,800 | -31 | 3,841,600 | -6 | 50 | 4,064,200 | -1 | 4,090,300 | 0 | 4,159,400 | 2 |

[a] Estimated annual recreation use and change in benefits were identified for only Trinity and Shasta Reservoirs given they were assumed to be the reservoirs most directly affected by the change in Trinity and Shasta Division operations.
[b] ~~Long-term average water conditions.~~
[c] Number of recreation visitor days (RVD).

### 2.4.4.2 Technical Appendix D—Attachments

D1  Recreation Technical Appendix – Attachment A          *(NO CHANGE)*

D2  Trinity River Average Weekly Flow Data          **(CHANGES FOLLOW)**

**Trinity River average weekly flow data for whitewater (query 300-8,000 cfs threshold) has been replaced with data for 450-8,000 cfs threshold (pg. 8).**

D3  Recreation Use and Economics Data          **(CHANGES FOLLOW)**

**Table REC-3 has been modified to more accurately present Trinity Lake data (pg. 5).**

D4  Reservoir Data for Recreation Opportunities Analysis

    TRINITY RESERVOIR DATA          **(CHANGES FOLLOW)**

    Trinity Reservoir 2320 msl Recreation Activity Threshold

**Page 1, No Action data, has been replaced with data based on revised elevation levels.**

    Trinity Reservoir 2310 msl Recreation Activity Threshold

**Page 1, No Action data, has been replaced with data based on revised elevation levels.**

    Trinity Reservoir 2295 msl Recreation Activity Threshold

**Page 1, No Action data, has been replaced with data based on revised elevation levels.**

    Trinity Reservoir 2270 msl Recreation Activity Threshold

**Page 1, No Action data, has been replaced with data based on revised elevation levels.**

    Trinity Reservoir 2170 msl Recreation Activity Threshold

**Page 1, No Action data, has been replaced with data based on revised elevation levels.**

    SHASTA RESERVOIR DATA          *(NO CHANGE)*

    Shasta Reservoir 952 msl Recreation Activity Threshold

    Shasta Reservoir 950 msl Recreation Activity Threshold

    Shasta Reservoir 937 msl Recreation Activity Threshold

    Shasta Reservoir 907 msl Recreation Activity Threshold

    Shasta Reservoir 844 msl Recreation Activity Threshold

    FOLSOM RESERVOIR DATA          *(NO CHANGE)*

    Folsom Reservoir 450 msl Recreation Activity Threshold

    Folsom Reservoir 430 msl Recreation Activity Threshold

    Folsom Reservoir 405 msl Recreation Activity Threshold

    Folsom Reservoir 400 msl Recreation Activity Threshold

Folsom Reservoir 360 msl Recreation Activity Threshold

WHISKEYTOWN RESERVOIR DATA                    (CHANGES FOLLOW)

Whiskeytown Reservoir 1198 msl Recreation Activity Threshold

**Page 6, Existing Conditions data, has been replaced with data based on revised elevation levels.**

Whiskeytown Reservoir 1195 msl Recreation Activity Threshold

**Page 6, Existing Conditions data, has been replaced with data based on revised elevation levels.**

Whiskeytown Reservoir 1190 msl Recreation Activity Threshold

**Page 6, Existing Conditions data, has been replaced with data based on revised elevation levels.**

OROVILLE RESERVOIR DATA                    *(NO CHANGE)*

Oroville Reservoir 840 msl Recreation Activity Threshold

Oroville Reservoir 819 msl Recreation Activity Threshold

Oroville Reservoir 750 msl Recreation Activity Threshold

Oroville Reservoir 710 msl Recreation Activity Threshold

Oroville Reservoir 700 msl Recreation Activity Threshold

SAN LUIS RESERVOIR DATA                    *(NO CHANGE)*

San Luis Reservoir 360 msl Recreation Activity Threshold

San Luis Reservoir 340 msl Recreation Activity Threshold

## Totals for Whitewater Query (Preferred Threshold = 450-8,000 cfs)

| | No Action/ Existing Conditions | Maximum Flow Alternative | | | | | Flow Evaluation Alternative | | | | | Percent Inflow Alternative | | | | | State Permit Alternative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Refined | | | | | Refined | | | | | | | | | | |
| | | Ex. Wet | Wet | Normal | Dry | Crit. Dry | Ex. Wet | Wet | Normal | Dry | Crit. Dry | Ex. Wet | Wet | Normal | Dry | Crit. Dry | |
| 30-Sep | 450 | 300 | 300 | 300 | 300 | 300 | 450 | 450 | 450 | 450 | 450 | 111 | 82 | 70 | 54 | 61 | 200 |
| 7-Oct | 450 | 300 | 300 | 300 | 300 | 300 | 450 | 450 | 450 | 450 | 450 | 111 | 75 | 77 | 69 | 88 | 200 |
| 14-Oct | 328 | 300 | 300 | 300 | 300 | 300 | 321 | 321 | 321 | 321 | 321 | 271 | 200 | 82 | 86 | 75 | 200 |
| 21-Oct | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 177 | 126 | 129 | 78 | 70 | 200 |
| 28-Oct | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 429 | 149 | 93 | 158 | 65 | 200 |
| 4-Nov | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 266 | 366 | 134 | 122 | 116 | 250 |
| 11-Nov | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 982 | 289 | 194 | 169 | 127 | 250 |
| 18-Nov | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 1845 | 375 | 291 | 312 | 122 | 250 |
| 25-Nov | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 1055 | 590 | 275 | 230 | 99 | 250 |
| 2-Dec | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 937 | 726 | 284 | 232 | 111 | 200 |
| 9-Dec | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 593 | 868 | 263 | 383 | 171 | 200 |
| 16-Dec | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 1410 | 900 | 227 | 358 | 187 | 200 |
| 23-Dec | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 1661 | 1595 | 324 | 268 | 118 | 200 |
| 30-Dec | 300 | 3000 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 1238 | 1019 | 311 | 241 | 125 | 200 |
| 6-Jan | 300 | 3000 | 3000 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 826 | 820 | 313 | 256 | 142 | 150 |
| 13-Jan | 300 | 3000 | 3000 | 3000 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 1064 | 859 | 770 | 273 | 149 | 150 |
| 20-Jan | 300 | 3000 | 3000 | 3000 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3123 | 1307 | 634 | 271 | 140 | 150 |
| 27-Jan | 300 | 3000 | 3000 | 3000 | 1900 | 300 | 300 | 300 | 300 | 300 | 300 | 1421 | 1345 | 558 | 384 | 169 | 150 |
| 3-Feb | 300 | 3000 | 3000 | 3000 | 1950 | 300 | 300 | 300 | 300 | 300 | 300 | 1231 | 1316 | 635 | 314 | 212 | 150 |
| 10-Feb | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 1666 | 1454 | 835 | 519 | 408 | 150 |
| 17-Feb | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 1872 | 1469 | 738 | 617 | 246 | 150 |
| 24-Feb | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 2132 | 1349 | 1110 | 513 | 245 | 150 |
| 3-Mar | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 2456 | 1401 | 1120 | 565 | 210 | 150 |
| 10-Mar | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 1788 | 1156 | 1311 | 763 | 381 | 150 |
| 17-Mar | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 1660 | 1038 | 1296 | 792 | 429 | 150 |
| 24-Mar | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 1582 | 1018 | 1156 | 770 | 567 | 150 |
| 31-Mar | 300 | 3000 | 3000 | 3000 | 2000 | 300 | 300 | 300 | 300 | 300 | 300 | 2087 | 1429 | 1306 | 880 | 491 | 150 |
| 7-Apr | 300 | 4441 | 3631 | 3000 | 2100 | 300 | 300 | 300 | 300 | 300 | 300 | 1982 | 1393 | 1406 | 1085 | 565 | 150 |
| 14-Apr | 300 | 5882 | 4262 | 3000 | 2500 | 300 | 300 | 300 | 300 | 300 | 300 | 1788 | 1635 | 1563 | 1235 | 542 | 150 |
| 21-Apr | 300 | 7323 | 4893 | 3000 | 2900 | 300 | 500 | 500 | 500 | 557 | 1243 | 1949 | 1873 | 1740 | 1282 | 518 | 150 |
| 28-Apr | 300 | 8764 | 5524 | 4215 | 3800 | 300 | 1500 | 2000 | 2500 | 4071 | 1500 | 2202 | 2068 | 1551 | 1266 | 578 | 150 |
| 5-May | 1714 | 10205 | 6155 | 5429 | 2500 | 300 | 2000 | 2500 | 5683 | 3788 | 1500 | 2613 | 1994 | 1569 | 1306 | 696 | 150 |
| 12-May | 2000 | 11643 | 6786 | 4000 | 2300 | 1250 | 2000 | 5857 | 5006 | 2783 | 1500 | 2968 | 2287 | 1613 | 1234 | 608 | 150 |
| 19-May | 1700 | 27857 | 6429 | 2714 | 2100 | 2000 | 7786 | 7071 | 3867 | 2045 | 1500 | 3164 | 2476 | 1555 | 1198 | 562 | 150 |

### PRIMARY RECREATION SEASON FLOWS:

| | No Action/ Existing Conditions | Ex. Wet | Wet | Normal | Dry | Crit. Dry | Ex. Wet | Wet | Normal | Dry | Crit. Dry | Ex. Wet | Wet | Normal | Dry | Crit. Dry | State Permit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-May | 1086 | 7929 | 4286 | 2300 | 2000 | 2000 | 9810 [2] | 5285 | 2988 | 1503 | 1445 | 3745 | 2335 | 1241 | 1051 | 574 | 150 |
| 2-Jun | 1000 | 5000 | 3714 | 2000 | 2000 | 2000 | 6476 | 3362 | 2309 | 1104 | 1104 | 3394 | 1813 | 1200 | 969 | 332 | 150 |
| 9-Jun | 628 | 4286 | 2714 | 2000 | 2000 | 2000 | 5104 | 2179 | 2000 | 811 | 811 | 2805 | 1414 | 1041 | 723 | 303 | 150 |
| 16-Jun | 450 | 2643 | 2400 | 2000 | 2000 | 2000 | 3464 | 2000 | 2000 | 596 | 596 | 2257 | 1088 | 745 | 573 | 267 | 150 |
| 23-Jun | 450 | 2000 | 2000 | 2000 | 2000 | 2000 | 2355 | 2000 | 2000 | 461 | 461 | 1751 | 857 | 488 | 416 | 273 | 150 |
| 30-Jun | 450 | 2000 | 2000 | 2000 | 2000 | 900 | 2000 | 2000 | 2000 | 450 | 450 | 1400 | 593 | 342 | 285 | 146 | 150 |
| 7-Jul | 450 | 2000 | 2000 | 1500 | 1500 | 900 | 1543 | 1543 | 1543 | 450 | 450 | 1116 | 430 | 248 | 202 | 99 | 150 |
| 14-Jul | 450 | 1700 | 1800 | 1200 | 1100 | 900 | 696 | 696 | 696 | 450 | 450 | 818 | 313 | 189 | 150 | 73 | 150 |
| 21-Jul | 450 | 1200 | 1000 | 800 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 579 | 237 | 147 | 118 | 61 | 150 |
| 28-Jul | 450 | 629 | 900 | 650 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 443 | 181 | 115 | 93 | 51 | 150 |
| 4-Aug | 450 | 450 | 900 | 650 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 312 | 145 | 96 | 83 | 42 | 150 |
| 11-Aug | 450 | 450 | 800 | 650 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 233 | 118 | 84 | 72 | 38 | 150 |
| 18-Aug | 450 | 450 | 670 | 650 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 187 | 102 | 75 | 65 | 34 | 150 |
| 25-Aug | 450 | 450 | 650 | 650 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 172 | 93 | 70 | 58 | 33 | 150 |
| 1-Sep | 450 | 450 | 650 | 650 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 148 | 97 | 64 | 55 | 33 | 150 |
| 8-Sep | 450 | 300 | 650 | 650 | 700 | 900 | 450 | 450 | 450 | 450 | 450 | 150 | 84 | 58 | 52 | 30 | 150 |
| 15-Sep | 450 | 300 | 300 | 300 | 300 | 300 | 450 | 450 | 450 | 450 | 450 | 168 | 81 | 55 | 50 | 29 | 150 |
| 22-Sep | 450 | 300 | 300 | 300 | 300 | 300 | 450 | 450 | 450 | 450 | 450 | 116 | 92 | 73 | 50 | 50 | 150 |
| # Weeks Out of Preferred | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 6 | 9 | 10 | 11 | 14 | 15 |
| # Weeks In Preferred Range | 15 | 15 | 15 | 15 | 15 | 15 | 14 | 15 | 15 | 15 | 15 | 9 | 6 | 5 | 4 | 1 | 0 |

[1] Average weekly flows are shown for the entire year. However, whitewater flows are only evaluated in the DEIS/EIR for the Primary Recreation Season because this is the period in which Lewiston releases play the greatest role in Trinity River flows. Tributary inflows play a greater role in Trinity River flows during the remainder of the year.

[2] Whitewater kayaking and rafting are constrained during the last week of May during the extremely wet water-year class when the Trinity River flows exceed the upper preferred threshold of 8,000 cfs for white-water activities. In general, however, those who prefer flows on the higher end of the preferred range would experience improved conditions compared to No Action.

**Attachment D3**

**Table REC-3. Estimated Visitor Days and Recreation Benefits at Lake Shasta and Trinity Lake, by Alternative (Average and Dry Water Year Conditions)**

**AVERAGE WATER-YEAR CONDITIONS**

| NEPA Analysis | No Action Alternative Visitor Days | Benefits | Maximum Flow Visitor Days | Benefits | Flow Study Visitor Days | Benefits | Percent Inflow Visitor Days | Benefits | Mech. Restoration Visitor Days | Benefits | State Permit Visitor Days | Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lake Shasta | 5,682,700 | $61,941,430 | 5,216,500 | $56,859,850 | 5,583,400 | $60,859,060 | 5,673,600 | $61,842,240 | 5,682,700 | $61,941,430 | 5,786,800 | $63,076,120 |
| Net change /a | | | -466,200 | -$5,081,580 | -99,300 | -$1,082,370 | -9,100 | -$99,190 | 0 | $0 | 104,100 | $1,134,690 |
| Percent change /a | | | -8% | -8% | -2% | -2% | 0% | 0% | 0% | 0% | 2% | 2% |
| | | | | | | | | | | | | |
| Trinity Lake | 803,600 | $8,759,240 | 766,200 | $8,351,580 | 802,800 | $8,750,520 | 809,700 | $8,825,730 | 803,600 | $8,759,240 | 841,000 | $9,166,900 |
| Net change /a | | | -37,400 | -$407,660 | -800 | -$8,720 | 6,100 | $66,490 | 0 | $0 | 37,400 | $407,660 |
| Percent change /a | | | -5% | -5% | 0% | 0% | 1% | 1% | 0% | 0% | 5% | 5% |

| CEQA Analysis | 1995 Existing Conditions Visitor Days | Benefits | Preferred Alternative Visitor Days | Benefits |
|---|---|---|---|---|
| Lake Shasta | 3,483,100 | $37,965,790 | 5,583,400 | $60,859,060 |
| Net change /b | | | 2,100,300 | $22,893,270 |
| Percent change /b | | | 60% | 60% |
| | | | | |
| Trinity Lake | 484,900 | $5,285,410 | 802,800 | $8,750,520 |
| Net change /b | | | 317,900 | $3,465,110 |
| Percent change /b | | | 66% | 66% |

**DRY WATER-YEAR CONDITIONS**

| NEPA Analysis | No Action Alternative Visitor Days | Benefits | Maximum Flow Visitor Days | Benefits | Flow Study Visitor Days | Benefits | Percent Inflow Visitor Days | Benefits | Mech. Restoration Visitor Days | Benefits | State Permit Visitor Days | Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lake Shasta | 4,090,300 | $44,584,270 | 2,812,800 | $30,659,520 | 3,841,600 | $41,873,440 | 4,064,200 | $44,299,780 | 4,090,300 | $44,584,270 | 4,159,400 | $45,337,460 |
| Net change /a | | | -1,277,500 | -$13,924,750 | -248,700 | -$2,710,830 | -26,100 | -$284,490 | 0 | $0 | 69,100 | $753,190 |
| Percent change /a | | | -31% | -31% | -6% | -6% | -1% | -1% | 0% | 0% | 2% | 2% |
| | | | | | | | | | | | | |
| Trinity Lake | 574,700 | $6,264,230 | 752,800 | $8,205,520 | 604,900 | $6,593,410 | 625,000 | $6,812,500 | 574,700 | $6,264,230 | 585,000 | $6,376,500 |
| Net change /a | | | 178,100 | $1,941,290 | 30,200 | $329,180 | 50,300 | $548,270 | 0 | $0 | 10,300 | $112,270 |
| Percent change /a | | | 31% | 31% | 5% | 5% | 9% | 9% | 0% | 0% | 2% | 2% |

| CEQA Analysis | 1995 Existing Conditions Visitor Days | Benefits | Preferred Alternative Visitor Days | Benefits |
|---|---|---|---|---|
| Lake Shasta | 2,567,800 | $27,989,020 | 3,841,600 | $41,873,440 |
| Net change /b | | | 1,273,800 | $13,884,420 |
| Percent change /b | | | 50% | 50% |
| | | | | |
| Trinity Lake | 346,500 | $3,776,850 | 604,900 | $6,593,410 |
| Net change /b | | | 258,400 | $2,816,560 |
| Percent change /b | | | 75% | 75% |

Notes:
All benefits are expressed in 1997 dollars.
Benefits were estimated based on an average value of $10.90 per recreation visitor day as derived from a study of recreation benefits at Lake Isabella in Califonia Loomis 1995).
a/ Change as compared to levels under the No Action Alternative.
b/ Change as compared to levels under the 1995 Existing Conditions.

**Attachment D4**

| Trinity Elevation (ft) |
| No Action |

On average, how many of these months (recreation season May - Sept.) does the reservoir drop below the Stuart Forks Ramp threshold of 2320 msl?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1922 | 2344 | 2345 | 2334 | 2327 | 2320 | 1 | 20% |
| 1923 | 2327 | 2314 | 2296 | 2275 | 2272 | 4 | 80% |
| 1924 | 2228 | 2219 | 2211 | 2190 | 2182 | 5 | 100% |
| 1925 | 2299 | 2300 | 2289 | 2284 | 2282 | 5 | 100% |
| 1926 | 2311 | 2294 | 2273 | 2248 | 2243 | 5 | 100% |
| 1927 | 2349 | 2351 | 2342 | 2336 | 2329 | 0 | 0% |
| 1928 | 2357 | 2344 | 2329 | 2312 | 2299 | 2 | 40% |
| 1929 | 2286 | 2271 | 2256 | 2248 | 2241 | 5 | 100% |
| 1930 | 2279 | 2270 | 2255 | 2249 | 2244 | 5 | 100% |
| 1931 | 2235 | 2219 | 2209 | 2184 | 2178 | 5 | 100% |
| 1932 | 2230 | 2208 | 2184 | 2179 | 2173 | 5 | 100% |
| 1933 | 2224 | 2228 | 2218 | 2192 | 2184 | 5 | 100% |
| 1934 | 2238 | 2220 | 2202 | 2184 | 2179 | 5 | 100% |
| 1935 | 2255 | 2245 | 2239 | 2232 | 2217 | 5 | 100% |
| 1936 | 2261 | 2258 | 2244 | 2238 | 2231 | 5 | 100% |
| 1937 | 2269 | 2270 | 2257 | 2252 | 2246 | 5 | 100% |
| 1938 | 2364 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1939 | 2316 | 2300 | 2279 | 2255 | 2251 | 5 | 100% |
| 1940 | 2336 | 2326 | 2311 | 2292 | 2285 | 3 | 60% |
| 1941 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1942 | 2368 | 2369 | 2358 | 2351 | 2338 | 0 | 0% |
| 1943 | 2360 | 2355 | 2344 | 2338 | 2329 | 0 | 0% |
| 1944 | 2322 | 2309 | 2292 | 2270 | 2264 | 4 | 80% |
| 1945 | 2310 | 2314 | 2303 | 2285 | 2274 | 5 | 100% |
| 1946 | 2332 | 2323 | 2311 | 2292 | 2287 | 3 | 60% |
| 1947 | 2296 | 2288 | 2266 | 2241 | 2236 | 5 | 100% |
| 1948 | 2296 | 2310 | 2301 | 2294 | 2291 | 5 | 100% |
| 1949 | 2335 | 2325 | 2309 | 2290 | 2286 | 3 | 60% |
| 1950 | 2311 | 2303 | 2291 | 2276 | 2272 | 5 | 100% |
| 1951 | 2358 | 2348 | 2333 | 2317 | 2314 | 2 | 40% |
| 1952 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1953 | 2366 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1954 | 2358 | 2349 | 2335 | 2319 | 2315 | 2 | 40% |
| 1955 | 2320 | 2309 | 2294 | 2276 | 2272 | 5 | 100% |
| 1956 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1957 | 2355 | 2353 | 2340 | 2334 | 2330 | 0 | 0% |
| 1958 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1959 | 2338 | 2327 | 2311 | 2292 | 2289 | 3 | 60% |
| 1960 | 2316 | 2311 | 2300 | 2285 | 2282 | 5 | 100% |
| 1961 | 2334 | 2329 | 2314 | 2295 | 2292 | 3 | 60% |
| 1962 | 2320 | 2315 | 2304 | 2285 | 2280 | 5 | 100% |
| 1963 | 2367 | 2367 | 2356 | 2351 | 2339 | 0 | 0% |
| 1964 | 2314 | 2324 | 2301 | 2283 | 2261 | 5 | 100% |
| 1965 | 2348 | 2344 | 2333 | 2328 | 2325 | 0 | 0% |
| 1966 | 2359 | 2348 | 2335 | 2319 | 2314 | 2 | 40% |
| 1967 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1968 | 2342 | 2330 | 2313 | 2295 | 2288 | 3 | 60% |
| 1969 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1970 | 2337 | 2328 | 2312 | 2296 | 2290 | 3 | 60% |
| 1971 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1972 | 2351 | 2341 | 2326 | 2309 | 2301 | 2 | 40% |
| 1973 | 2361 | 2353 | 2339 | 2333 | 2329 | 0 | 0% |
| 1974 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1975 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1976 | 2334 | 2320 | 2303 | 2284 | 2281 | 4 | 80% |
| 1977 | 2230 | 2200 | 2184 | 2179 | 2176 | 5 | 100% |
| 1978 | 2330 | 2342 | 2335 | 2330 | 2328 | 0 | 0% |
| 1979 | 2352 | 2341 | 2325 | 2310 | 2305 | 2 | 40% |
| 1980 | 2361 | 2353 | 2344 | 2338 | 2334 | 0 | 0% |
| 1981 | 2349 | 2336 | 2319 | 2301 | 2297 | 3 | 60% |
| 1982 | 2367 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1983 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1984 | 2362 | 2354 | 2343 | 2338 | 2334 | 0 | 0% |
| 1985 | 2328 | 2314 | 2296 | 2275 | 2271 | 4 | 80% |
| 1986 | 2343 | 2333 | 2317 | 2298 | 2295 | 3 | 60% |
| 1987 | 2315 | 2300 | 2280 | 2257 | 2252 | 5 | 100% |
| 1988 | 2288 | 2280 | 2267 | 2251 | 2244 | 5 | 100% |
| 1989 | 2302 | 2293 | 2283 | 2278 | 2275 | 5 | 100% |
| 1990 | 2290 | 2277 | 2263 | 2236 | 2229 | 5 | 100% |
| 1991 | 2231 | 2217 | 2211 | 2193 | 2184 | 5 | 100% |
| | | | | | | 191 | 55% |
| | | | | Percent Availability During Recreation Season | | | 45% |

| | | | | | | | |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1922 | 2344 | 2345 | 2334 | 2327 | 2320 | 0 | 0% |
| 1923 | 2327 | 2314 | 2296 | 2275 | 2272 | 3 | 60% |
| 1924 | 2228 | 2219 | 2211 | 2190 | 2182 | 5 | 100% |
| 1925 | 2299 | 2300 | 2289 | 2284 | 2282 | 5 | 100% |
| 1926 | 2311 | 2294 | 2273 | 2248 | 2243 | 4 | 80% |

Trinity No Action

**Attachment D4**

| Trinity Elevation (ft) |
| No Action |

On average, how many of these months (recreation season May - Sept.) does the reservoir drop below the Stuart Forks Ramp threshold of 2320 msl?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1927 | 2349 | 2351 | 2342 | 2336 | 2329 | 0 | 0% |
| 1928 | 2357 | 2344 | 2329 | 2312 | 2299 | 1 | 20% |
| 1929 | 2286 | 2271 | 2256 | 2248 | 2241 | 5 | 100% |
| 1930 | 2279 | 2270 | 2255 | 2249 | 2244 | 5 | 100% |
| 1931 | 2235 | 2219 | 2209 | 2184 | 2178 | 5 | 100% |
| 1932 | 2230 | 2208 | 2184 | 2179 | 2173 | 5 | 100% |
| 1933 | 2224 | 2228 | 2218 | 2192 | 2184 | 5 | 100% |
| 1934 | 2238 | 2220 | 2202 | 2184 | 2179 | 5 | 100% |
| 1935 | 2255 | 2245 | 2239 | 2232 | 2217 | 5 | 100% |
| 1936 | 2261 | 2258 | 2244 | 2238 | 2231 | 5 | 100% |
| 1937 | 2269 | 2270 | 2257 | 2252 | 2246 | 5 | 100% |
| 1938 | 2364 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1939 | 2316 | 2300 | 2279 | 2255 | 2251 | 4 | 80% |
| 1940 | 2336 | 2326 | 2311 | 2292 | 2285 | 2 | 40% |
| 1941 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1942 | 2368 | 2369 | 2358 | 2351 | 2338 | 0 | 0% |
| 1943 | 2360 | 2355 | 2344 | 2338 | 2329 | 0 | 0% |
| 1944 | 2322 | 2309 | 2292 | 2270 | 2264 | 4 | 80% |
| 1945 | 2310 | 2314 | 2303 | 2285 | 2274 | 4 | 80% |
| 1946 | 2332 | 2323 | 2311 | 2292 | 2287 | 2 | 40% |
| 1947 | 2296 | 2288 | 2266 | 2241 | 2236 | 5 | 100% |
| 1948 | 2296 | 2310 | 2301 | 2294 | 2291 | 5 | 100% |
| 1949 | 2335 | 2325 | 2309 | 2290 | 2286 | 3 | 60% |
| 1950 | 2311 | 2303 | 2291 | 2276 | 2272 | 4 | 80% |
| 1951 | 2358 | 2348 | 2333 | 2317 | 2314 | 0 | 0% |
| 1952 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1953 | 2366 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1954 | 2358 | 2349 | 2335 | 2319 | 2315 | 0 | 0% |
| 1955 | 2320 | 2309 | 2294 | 2276 | 2272 | 4 | 80% |
| 1956 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1957 | 2355 | 2353 | 2340 | 2334 | 2330 | 0 | 0% |
| 1958 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1959 | 2338 | 2327 | 2311 | 2292 | 2289 | 2 | 40% |
| 1960 | 2316 | 2311 | 2300 | 2285 | 2282 | 3 | 60% |
| 1961 | 2334 | 2329 | 2314 | 2295 | 2292 | 2 | 40% |
| 1962 | 2320 | 2315 | 2304 | 2285 | 2280 | 3 | 60% |
| 1963 | 2367 | 2367 | 2356 | 2351 | 2339 | 0 | 0% |
| 1964 | 2314 | 2301 | 2283 | 2261 | 2258 | 4 | 80% |
| 1965 | 2348 | 2344 | 2333 | 2328 | 2325 | 0 | 0% |
| 1966 | 2359 | 2348 | 2335 | 2319 | 2314 | 0 | 0% |
| 1967 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1968 | 2342 | 2330 | 2313 | 2295 | 2288 | 2 | 40% |
| 1969 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1970 | 2337 | 2328 | 2312 | 2296 | 2290 | 2 | 40% |
| 1971 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1972 | 2351 | 2341 | 2326 | 2309 | 2301 | 2 | 40% |
| 1973 | 2361 | 2353 | 2339 | 2333 | 2329 | 0 | 0% |
| 1974 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1975 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1976 | 2334 | 2320 | 2303 | 2284 | 2281 | 3 | 60% |
| 1977 | 2230 | 2200 | 2184 | 2179 | 2176 | 5 | 100% |
| 1978 | 2330 | 2342 | 2335 | 2330 | 2328 | 0 | 0% |
| 1979 | 2352 | 2341 | 2325 | 2310 | 2305 | 2 | 40% |
| 1980 | 2361 | 2353 | 2344 | 2338 | 2334 | 0 | 0% |
| 1981 | 2349 | 2336 | 2319 | 2301 | 2297 | 2 | 40% |
| 1982 | 2367 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1983 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1984 | 2362 | 2354 | 2343 | 2338 | 2334 | 0 | 0% |
| 1985 | 2328 | 2314 | 2296 | 2275 | 2271 | 3 | 60% |
| 1986 | 2343 | 2333 | 2317 | 2298 | 2295 | 2 | 40% |
| 1987 | 2315 | 2300 | 2280 | 2257 | 2252 | 4 | 80% |
| 1988 | 2288 | 2280 | 2267 | 2251 | 2244 | 5 | 100% |
| 1989 | 2302 | 2293 | 2283 | 2278 | 2275 | 5 | 100% |
| 1990 | 2290 | 2277 | 2263 | 2236 | 2229 | 5 | 100% |
| 1991 | 2231 | 2217 | 2211 | 2193 | 2184 | 5 | 100% |
| | | | | | | 161 | 46% |
| | | | | Percent Availability During Recreation Season | | | 54% |

| | | | | | | | |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1922 | 2344 | 2345 | 2334 | 2327 | 2320 | 0 | 0% |
| 1923 | 2327 | 2314 | 2296 | 2275 | 2272 | 2 | 40% |
| 1924 | 2228 | 2219 | 2211 | 2190 | 2182 | 5 | 100% |
| 1925 | 2299 | 2300 | 2289 | 2284 | 2282 | 3 | 60% |
| 1926 | 2311 | 2294 | 2273 | 2248 | 2243 | 4 | 80% |
| 1927 | 2349 | 2351 | 2342 | 2336 | 2329 | 0 | 0% |
| 1928 | 2357 | 2344 | 2329 | 2312 | 2299 | 0 | 0% |
| 1929 | 2286 | 2271 | 2256 | 2248 | 2241 | 5 | 100% |
| 1930 | 2279 | 2270 | 2255 | 2249 | 2244 | 5 | 100% |
| 1931 | 2235 | 2219 | 2209 | 2184 | 2178 | 5 | 100% |

**Attachment D4**

Trinity Elevation (ft)
No Action

On average, how many of these months (recreation season May - Sept.) does the reservoir drop below the Stuart Forks Ramp threshold of 2320 msl?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1932 | 2230 | 2208 | 2184 | 2179 | 2173 | 5 | 100% |
| 1933 | 2224 | 2228 | 2218 | 2192 | 2184 | 5 | 100% |
| 1934 | 2238 | 2220 | 2202 | 2184 | 2179 | 5 | 100% |
| 1935 | 2255 | 2245 | 2239 | 2232 | 2217 | 5 | 100% |
| 1936 | 2261 | 2258 | 2244 | 2238 | 2231 | 5 | 100% |
| 1937 | 2269 | 2270 | 2257 | 2252 | 2246 | 5 | 100% |
| 1938 | 2364 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1939 | 2316 | 2300 | 2279 | 2255 | 2251 | 3 | 60% |
| 1940 | 2336 | 2326 | 2311 | 2292 | 2285 | 2 | 40% |
| 1941 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1942 | 2368 | 2369 | 2358 | 2351 | 2338 | 0 | 0% |
| 1943 | 2360 | 2355 | 2344 | 2338 | 2329 | 0 | 0% |
| 1944 | 2322 | 2309 | 2292 | 2270 | 2264 | 3 | 60% |
| 1945 | 2310 | 2314 | 2303 | 2285 | 2274 | 2 | 40% |
| 1946 | 2332 | 2323 | 2311 | 2292 | 2287 | 2 | 40% |
| 1947 | 2296 | 2288 | 2266 | 2241 | 2236 | 4 | 80% |
| 1948 | 2296 | 2310 | 2301 | 2294 | 2291 | 2 | 40% |
| 1949 | 2335 | 2325 | 2309 | 2290 | 2286 | 2 | 40% |
| 1950 | 2311 | 2303 | 2291 | 2276 | 2272 | 3 | 60% |
| 1951 | 2358 | 2348 | 2333 | 2317 | 2314 | 0 | 0% |
| 1952 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1953 | 2366 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1954 | 2358 | 2349 | 2335 | 2319 | 2315 | 0 | 0% |
| 1955 | 2320 | 2309 | 2294 | 2276 | 2272 | 3 | 60% |
| 1956 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1957 | 2355 | 2353 | 2340 | 2334 | 2330 | 0 | 0% |
| 1958 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1959 | 2338 | 2327 | 2311 | 2292 | 2289 | 2 | 40% |
| 1960 | 2316 | 2311 | 2300 | 2285 | 2282 | 2 | 40% |
| 1961 | 2334 | 2329 | 2314 | 2295 | 2292 | 2 | 40% |
| 1962 | 2320 | 2315 | 2304 | 2285 | 2280 | 2 | 40% |
| 1963 | 2367 | 2367 | 2356 | 2351 | 2339 | 0 | 0% |
| 1964 | 2314 | 2301 | 2283 | 2261 | 2258 | 3 | 60% |
| 1965 | 2348 | 2344 | 2333 | 2328 | 2325 | 0 | 0% |
| 1966 | 2359 | 2348 | 2335 | 2319 | 2314 | 0 | 0% |
| 1967 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1968 | 2342 | 2330 | 2313 | 2295 | 2288 | 2 | 40% |
| 1969 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1970 | 2337 | 2328 | 2312 | 2296 | 2290 | 1 | 20% |
| 1971 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1972 | 2351 | 2341 | 2326 | 2309 | 2301 | 0 | 0% |
| 1973 | 2361 | 2353 | 2339 | 2333 | 2329 | 0 | 0% |
| 1974 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1975 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1976 | 2334 | 2320 | 2303 | 2284 | 2281 | 2 | 40% |
| 1977 | 2230 | 2200 | 2184 | 2179 | 2176 | 5 | 100% |
| 1978 | 2330 | 2342 | 2335 | 2330 | 2328 | 0 | 0% |
| 1979 | 2352 | 2341 | 2325 | 2310 | 2305 | 0 | 0% |
| 1980 | 2361 | 2353 | 2344 | 2338 | 2334 | 0 | 0% |
| 1981 | 2349 | 2336 | 2319 | 2301 | 2297 | 0 | 0% |
| 1982 | 2367 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1983 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1984 | 2362 | 2354 | 2343 | 2338 | 2334 | 0 | 0% |
| 1985 | 2328 | 2314 | 2296 | 2275 | 2271 | 2 | 40% |
| 1986 | 2343 | 2333 | 2317 | 2298 | 2295 | 1 | 20% |
| 1987 | 2315 | 2300 | 2280 | 2257 | 2252 | 3 | 60% |
| 1988 | 2288 | 2280 | 2267 | 2251 | 2244 | 5 | 100% |
| 1989 | 2302 | 2293 | 2283 | 2278 | 2275 | 4 | 80% |
| 1990 | 2290 | 2277 | 2263 | 2236 | 2229 | 5 | 100% |
| 1991 | 2231 | 2217 | 2211 | 2193 | 2184 | 5 | 100% |
|  |  |  |  |  |  | 131 | 37% |
|  |  |  |  | Percent Availability During Recreation Season |  |  | 63% |

| 1922 | 2344 | 2345 | 2334 | 2327 | 2320 | 0 | 0% |
| 1923 | 2327 | 2314 | 2296 | 2275 | 2272 | 0 | 0% |
| 1924 | 2228 | 2219 | 2211 | 2190 | 2182 | 5 | 100% |
| 1925 | 2299 | 2300 | 2289 | 2284 | 2282 | 0 | 0% |
| 1926 | 2311 | 2294 | 2273 | 2248 | 2243 | 2 | 40% |
| 1927 | 2349 | 2351 | 2342 | 2336 | 2329 | 0 | 0% |
| 1928 | 2357 | 2344 | 2329 | 2312 | 2299 | 0 | 0% |
| 1929 | 2286 | 2271 | 2256 | 2248 | 2241 | 3 | 60% |
| 1930 | 2279 | 2270 | 2255 | 2249 | 2244 | 4 | 80% |
| 1931 | 2235 | 2219 | 2209 | 2184 | 2178 | 5 | 100% |
| 1932 | 2230 | 2208 | 2184 | 2179 | 2173 | 5 | 100% |
| 1933 | 2224 | 2228 | 2218 | 2192 | 2184 | 5 | 100% |
| 1934 | 2238 | 2220 | 2202 | 2184 | 2179 | 5 | 100% |
| 1935 | 2255 | 2245 | 2239 | 2232 | 2217 | 5 | 100% |
| 1936 | 2261 | 2258 | 2244 | 2238 | 2231 | 5 | 100% |

**Attachment D4**

Trinity Elevation (ft)
No Action

On average, how many of these months (recreation season May - Sept.) does the reservoir drop below the Stuart Forks Ramp threshold of 2320 msl?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|---|---|---|---|---|---|---|---|
| 1937 | 2269 | 2270 | 2257 | 2252 | 2246 | 5 | 100% |
| 1938 | 2364 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1939 | 2316 | 2300 | 2279 | 2255 | 2251 | 2 | 40% |
| 1940 | 2336 | 2326 | 2311 | 2292 | 2285 | 0 | 0% |
| 1941 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1942 | 2368 | 2369 | 2358 | 2351 | 2338 | 0 | 0% |
| 1943 | 2360 | 2355 | 2344 | 2338 | 2329 | 0 | 0% |
| 1944 | 2322 | 2309 | 2292 | 2270 | 2264 | 2 | 40% |
| 1945 | 2310 | 2314 | 2303 | 2285 | 2274 | 0 | 0% |
| 1946 | 2332 | 2323 | 2311 | 2292 | 2287 | 0 | 0% |
| 1947 | 2296 | 2288 | 2266 | 2241 | 2236 | 3 | 60% |
| 1948 | 2296 | 2310 | 2301 | 2294 | 2291 | 0 | 0% |
| 1949 | 2335 | 2325 | 2309 | 2290 | 2286 | 0 | 0% |
| 1950 | 2311 | 2303 | 2291 | 2276 | 2272 | 0 | 0% |
| 1951 | 2358 | 2348 | 2333 | 2317 | 2314 | 0 | 0% |
| 1952 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1953 | 2366 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1954 | 2358 | 2349 | 2335 | 2319 | 2315 | 0 | 0% |
| 1955 | 2320 | 2309 | 2294 | 2276 | 2272 | 0 | 0% |
| 1956 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1957 | 2355 | 2353 | 2340 | 2334 | 2330 | 0 | 0% |
| 1958 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1959 | 2338 | 2327 | 2311 | 2292 | 2289 | 0 | 0% |
| 1960 | 2316 | 2311 | 2300 | 2285 | 2282 | 0 | 0% |
| 1961 | 2334 | 2329 | 2314 | 2295 | 2292 | 0 | 0% |
| 1962 | 2320 | 2315 | 2304 | 2285 | 2280 | 0 | 0% |
| 1963 | 2367 | 2367 | 2356 | 2351 | 2339 | 0 | 0% |
| 1964 | 2314 | 2301 | 2283 | 2261 | 2258 | 2 | 40% |
| 1965 | 2348 | 2344 | 2333 | 2328 | 2325 | 0 | 0% |
| 1966 | 2359 | 2348 | 2335 | 2319 | 2314 | 0 | 0% |
| 1967 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1968 | 2342 | 2330 | 2313 | 2295 | 2288 | 0 | 0% |
| 1969 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1970 | 2337 | 2328 | 2312 | 2296 | 2290 | 0 | 0% |
| 1971 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1972 | 2351 | 2341 | 2326 | 2309 | 2301 | 0 | 0% |
| 1973 | 2361 | 2353 | 2339 | 2333 | 2329 | 0 | 0% |
| 1974 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1975 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1976 | 2334 | 2320 | 2303 | 2284 | 2281 | 0 | 0% |
| 1977 | 2230 | 2200 | 2184 | 2179 | 2176 | 5 | 100% |
| 1978 | 2330 | 2342 | 2335 | 2330 | 2328 | 0 | 0% |
| 1979 | 2352 | 2341 | 2325 | 2310 | 2305 | 0 | 0% |
| 1980 | 2361 | 2353 | 2344 | 2338 | 2334 | 0 | 0% |
| 1981 | 2349 | 2336 | 2319 | 2301 | 2297 | 0 | 0% |
| 1982 | 2367 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1983 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1984 | 2362 | 2354 | 2343 | 2338 | 2334 | 0 | 0% |
| 1985 | 2328 | 2314 | 2296 | 2275 | 2271 | 0 | 0% |
| 1986 | 2343 | 2333 | 2317 | 2298 | 2295 | 0 | 0% |
| 1987 | 2315 | 2300 | 2280 | 2257 | 2252 | 2 | 40% |
| 1988 | 2288 | 2280 | 2267 | 2251 | 2244 | 3 | 60% |
| 1989 | 2302 | 2293 | 2283 | 2278 | 2275 | 0 | 0% |
| 1990 | 2290 | 2277 | 2263 | 2236 | 2229 | 3 | 60% |
| 1991 | 2231 | 2217 | 2211 | 2193 | 2184 | 5 | 100% |
| | | | | | | 76 | 22% |
| | | | | Percent Availability During Recreation Season | | | 78% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1922 | 2344 | 2345 | 2334 | 2327 | 2320 | 0 | 0% |
| 1923 | 2327 | 2314 | 2296 | 2275 | 2272 | 0 | 0% |
| 1924 | 2228 | 2219 | 2211 | 2190 | 2182 | 0 | 0% |
| 1925 | 2299 | 2300 | 2289 | 2284 | 2282 | 0 | 0% |
| 1926 | 2311 | 2294 | 2273 | 2248 | 2243 | 0 | 0% |
| 1927 | 2349 | 2351 | 2342 | 2336 | 2329 | 0 | 0% |
| 1928 | 2357 | 2344 | 2329 | 2312 | 2299 | 0 | 0% |
| 1929 | 2286 | 2271 | 2256 | 2248 | 2241 | 0 | 0% |
| 1930 | 2279 | 2270 | 2255 | 2249 | 2244 | 0 | 0% |
| 1931 | 2235 | 2219 | 2209 | 2184 | 2178 | 0 | 0% |
| 1932 | 2230 | 2208 | 2184 | 2179 | 2173 | 0 | 0% |
| 1933 | 2224 | 2228 | 2218 | 2192 | 2184 | 0 | 0% |
| 1934 | 2238 | 2220 | 2202 | 2184 | 2179 | 0 | 0% |
| 1935 | 2255 | 2245 | 2239 | 2232 | 2217 | 0 | 0% |
| 1936 | 2261 | 2258 | 2244 | 2238 | 2231 | 0 | 0% |
| 1937 | 2269 | 2270 | 2257 | 2252 | 2246 | 0 | 0% |
| 1938 | 2364 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1939 | 2316 | 2300 | 2279 | 2255 | 2251 | 0 | 0% |
| 1940 | 2336 | 2326 | 2311 | 2292 | 2285 | 0 | 0% |
| 1941 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |

**Attachment D4**

Trinity Elevation (ft)
No Action

On average, how many of these months (recreation season May - Sept.) does the reservoir drop below the Stuart Forks Ramp threshold of 2320 msl?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1942 | 2368 | 2369 | 2358 | 2351 | 2338 | 0 | 0% |
| 1943 | 2360 | 2355 | 2344 | 2338 | 2329 | 0 | 0% |
| 1944 | 2322 | 2309 | 2292 | 2270 | 2264 | 0 | 0% |
| 1945 | 2310 | 2314 | 2303 | 2285 | 2274 | 0 | 0% |
| 1946 | 2332 | 2323 | 2311 | 2292 | 2287 | 0 | 0% |
| 1947 | 2296 | 2288 | 2266 | 2241 | 2236 | 0 | 0% |
| 1948 | 2296 | 2310 | 2301 | 2294 | 2291 | 0 | 0% |
| 1949 | 2335 | 2325 | 2309 | 2290 | 2286 | 0 | 0% |
| 1950 | 2311 | 2303 | 2291 | 2276 | 2272 | 0 | 0% |
| 1951 | 2358 | 2348 | 2333 | 2317 | 2314 | 0 | 0% |
| 1952 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1953 | 2366 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1954 | 2358 | 2349 | 2335 | 2319 | 2315 | 0 | 0% |
| 1955 | 2320 | 2309 | 2294 | 2276 | 2272 | 0 | 0% |
| 1956 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1957 | 2355 | 2353 | 2340 | 2334 | 2330 | 0 | 0% |
| 1958 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1959 | 2338 | 2327 | 2311 | 2292 | 2289 | 0 | 0% |
| 1960 | 2316 | 2311 | 2300 | 2285 | 2282 | 0 | 0% |
| 1961 | 2334 | 2329 | 2314 | 2295 | 2292 | 0 | 0% |
| 1962 | 2320 | 2315 | 2304 | 2285 | 2280 | 0 | 0% |
| 1963 | 2367 | 2367 | 2356 | 2351 | 2339 | 0 | 0% |
| 1964 | 2314 | 2301 | 2283 | 2261 | 2258 | 0 | 0% |
| 1965 | 2348 | 2344 | 2333 | 2328 | 2325 | 0 | 0% |
| 1966 | 2359 | 2348 | 2335 | 2319 | 2314 | 0 | 0% |
| 1967 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1968 | 2342 | 2330 | 2313 | 2295 | 2288 | 0 | 0% |
| 1969 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1970 | 2337 | 2328 | 2312 | 2296 | 2290 | 0 | 0% |
| 1971 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1972 | 2351 | 2341 | 2326 | 2309 | 2301 | 0 | 0% |
| 1973 | 2361 | 2353 | 2339 | 2333 | 2329 | 0 | 0% |
| 1974 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1975 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1976 | 2334 | 2320 | 2303 | 2284 | 2281 | 0 | 0% |
| 1977 | 2230 | 2200 | 2184 | 2179 | 2176 | 0 | 0% |
| 1978 | 2330 | 2342 | 2335 | 2330 | 2328 | 0 | 0% |
| 1979 | 2352 | 2341 | 2325 | 2310 | 2305 | 0 | 0% |
| 1980 | 2361 | 2353 | 2344 | 2338 | 2334 | 0 | 0% |
| 1981 | 2349 | 2336 | 2319 | 2301 | 2297 | 0 | 0% |
| 1982 | 2367 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1983 | 2368 | 2369 | 2358 | 2351 | 2339 | 0 | 0% |
| 1984 | 2362 | 2354 | 2343 | 2338 | 2334 | 0 | 0% |
| 1985 | 2328 | 2314 | 2296 | 2275 | 2271 | 0 | 0% |
| 1986 | 2343 | 2333 | 2317 | 2298 | 2295 | 0 | 0% |
| 1987 | 2315 | 2300 | 2280 | 2257 | 2252 | 0 | 0% |
| 1988 | 2288 | 2280 | 2267 | 2251 | 2244 | 0 | 0% |
| 1989 | 2302 | 2293 | 2283 | 2278 | 2275 | 0 | 0% |
| 1990 | 2290 | 2277 | 2263 | 2236 | 2229 | 0 | 0% |
| 1991 | 2231 | 2217 | 2211 | 2193 | 2184 | 0 | 0% |
| | | | | | | 0 | 0% |
| | | | | | Percent Availability During Recreation Season | | 100% |

**Attachment D4**

| Whiskeytown Elevation (ft) |
| Existing Conditions |

On average, how many of these months (recreation season May - Sept.) does the reservoir drop below the Oak Bottom Marina threshold of 1198?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1922 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1923 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1924 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1925 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1926 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1927 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1928 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1929 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1930 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1931 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1932 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1933 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1934 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1935 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1936 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1937 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1938 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1939 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1940 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1941 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1942 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1943 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1944 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1945 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1946 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1947 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1948 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1949 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1950 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1951 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1952 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1953 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1954 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1955 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1956 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1957 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1958 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1959 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1960 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1961 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1962 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1963 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1964 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1965 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1966 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1967 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1968 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1969 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1970 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1971 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1972 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1973 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1974 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1975 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1976 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1977 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1978 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1979 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1980 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1981 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1982 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1983 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1984 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1985 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1986 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1987 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1988 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1989 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1990 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1991 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
|  |  |  |  |  |  | 0 | 0% |
|  |  |  | Percent Availability During Recreation Season |  |  |  | 100% |
| 1922 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1923 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1924 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1925 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1926 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |

**Attachment D4**

**Whiskeytown Elevation (ft)**
**Existing Conditions**

On average, how many of these months (recreation season May - Sept.) does the reservoir drop below the Oak Bottom Marina threshold of 1198?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|------|-----|-----|-----|-----|-----|--------|-------------|
| 1927 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1928 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1929 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1930 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1931 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1932 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1933 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1934 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1935 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1936 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1937 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1938 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1939 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1940 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1941 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1942 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1943 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1944 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1945 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1946 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1947 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1948 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1949 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1950 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1951 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1952 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1953 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1954 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1955 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1956 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1957 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1958 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1959 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1960 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1961 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1962 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1963 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1964 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1965 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1966 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1967 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1968 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1969 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1970 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1971 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1972 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1973 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1974 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1975 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1976 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1977 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1978 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1979 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1980 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1981 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1982 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1983 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1984 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1985 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1986 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1987 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1988 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1989 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1990 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1991 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| | | | | | | 0 | 0% |
| | | | Percent Availability During Recreation Season | | | | 100% |
| 1922 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1923 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1924 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1925 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1926 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1927 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1928 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1929 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1930 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1931 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |

**Attachment D4**

**Whiskeytown Elevation (ft)**
**Existing Conditions**

On average, how many of these months (recreation season May - Sept.) does the reservoir
drop below the Oak Bottom Marina threshold of 1198?

| Year | MAY | JUN | JUL | AUG | SEP | Months | % of Season |
|---|---|---|---|---|---|---|---|
| 1932 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1933 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1934 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1935 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1936 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1937 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1938 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1939 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1940 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1941 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1942 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1943 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1944 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1945 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1946 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1947 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1948 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1949 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1950 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1951 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1952 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1953 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1954 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1955 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1956 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1957 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1958 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1959 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1960 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1961 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1962 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1963 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1964 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1965 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1966 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1967 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1968 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1969 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1970 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1971 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1972 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1973 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1974 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1975 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1976 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1977 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1978 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1979 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1980 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1981 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1982 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1983 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1984 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1985 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1986 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1987 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1988 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1989 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1990 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| 1991 | 1209 | 1209 | 1209 | 1209 | 1208 | 0 | 0% |
| | | | | | | 0 | 0% |
| | | | | | Percent Availability During Recreation Season | | 100% |

## 2.4.5   Technical Appendix E—Land Use

| | |
|---|---|
| **1.1   Residential/Municipal and Industrial** | *(SEE SUBSECTIONS)* |
| **1.1.1   Affected Environment** | *(NO CHANGE)* |
| | |
| **1.1.2   Environmental Consequences** | **(CHANGES FOLLOW)** |
| **pg. E-18** | |

**The following new section has been added immediately following 1.1.2.9 Existing Conditions versus Preferred Alternative (see Section 2.4.5.1 for new Table E-18A):**

### 1.1.2.10 Cumulative Impacts

**M&I Land Use.**  Surface-water deliveries to municipal water service contractors north and south of the Delta could be influenced by future demands for water as well as CVP and SWP operational limitations in meeting other needs (Table E-18A).

Impacts Relative to the No Action Alternative.  Average M&I surface-water delivery is estimated to decrease by 6,800 af in the Sacramento Valley Region.  Groundwater, other local supplies, and a small amount of price-induced conservation are projected to be used to eliminate this shortfall at a cost of $1.1 to $1.9 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries would be reduced by 15,800 af compared to the No Action Alternative.  Some of the resulting shortage is projected to be eliminated using yield from water supplies acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The costs of drought conservation would increase about $3.6 million annually compared to the No Action Alternative[1].

In the Bay Area, average M&I surface-water delivery is estimated to decrease by 17,200 af.  Conservation, reclamation, and a small amount of price-induced conservation (i.e., conservation resulting from an increase in the retail price) are assumed to be used to eliminate this shortfall at a cost of $2.7 to $4.5 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries would be reduced by 41,100 af compared to the No Action Alternative.  Some of the resulting shortage would be eliminated using yield from water supplies acquired for the average condition.  It is assumed that drought water supplies would be acquired to eliminate the remaining shortage.  The costs of these dry-condition supplies would increase about $44 to $76 million annually compared to the No Action Alternative.

In the San Joaquin Valley, average M&I surface-water delivery is estimated to decrease by 2,100 af.  Groundwater, other local supplies, and a small amount of price-induced conservation are assumed to be used to eliminate this shortfall at a cost of $0.3 to $0.7 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries are projected to be reduced by 2,900 af compared to the No Action Alternative.  Some of the resulting shortage would be eliminated using yield from water supplies acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The

---

[1] Dry-condition costs are in addition to the average-condition costs and occur only in dry years (1928 through 1934, or about once every 5 years on average).

costs of drought conservation would increase about $0.2 million annually compared to the No Action Alternative.

Impacts Relative to Existing Conditions.  Average surface-water delivery for municipal use is estimated to increase by 18,600 af in the Sacramento Valley Region.  Average-condition shortfall is projected to increase from zero to 10,100 af.  The shortfall occurs because the increase in surface-water delivery is not enough to meet increased demand in 2020 in affected service areas.  Groundwater, other local supplies, and a small amount of price-induced conservation is assumed to be used to eliminate this shortfall at a cost of $1.7 to $2.7 million annually.  The average retail price increase needed to cover these costs would be more than 1 percent on average, which is significant.  However, as evidenced above in the comparison of the cumulative condition to No Action, the majority of gap between supply and demand is associated with assumed increased population growth.  In the dry condition, CVP contract deliveries would be increased by 2,200 af compared to existing conditions, but shortage would increase by 11,900 af.  Some of the resulting shortage would be eliminated using yield from water supplies acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The costs of drought conservation would increase about $0.8 million annually compared to existing conditions.

In the Bay Area, average surface-water delivery is estimated to increase by 5,200 af.  Average-condition shortfall is projected to increase from zero to 8,400 af.  The shortfall is projected to occur because the increase in surface-water delivery is not enough to meet 2020 demand in affected service areas.  Conservation, reclamation, and a small amount of price-induced conservation would be used to eliminate this shortfall at a cost of $3.9 to $6.5 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries are projected to be reduced by 36,100 af compared to existing conditions.  Some of the resulting shortage is assumed to be eliminated using the water acquired for the average condition.  It is assumed that drought water supplies would be acquired to eliminate the remaining shortage.  The cost of dry-condition supplies would increase about $78 to $198 million annually compared to existing conditions.

In the San Joaquin Valley, average surface-water delivery is estimated to increase by 900 af.  Average-condition shortfall is projected to increase from zero to 2,400 af.  The shortfall is projected to occur because the increase in surface-water delivery is not enough to meet 2020 demand in affected service areas.  Groundwater, other local supplies, and a small amount of price-induced conservation are assumed to be used to eliminate this shortfall at a cost of $0.4 to $0.8 million annually.  The average retail price increase needed to cover these costs would not be significant.  In the dry condition, CVP contract deliveries are projected to be increased by 100 af compared to existing conditions.  Some of the resulting shortage is assumed to be eliminated using water acquired for the average condition.  It is assumed that drought conservation would be used to manage the remaining shortage.  The costs of drought conservation would increase about $0.8 million annually compared to the existing conditions.

| 1.2 | **Agriculture** | *(NO CHANGE)* |
| 1.2.1 | **Affected Environment** | *(NO CHANGE)* |
| 1.2.2 | **Environmental Consequences** | *(NO CHANGE)* |

**1.3     Real Estate**                                                    (CHANGES FOLLOW)
pg. E-36

Residential ~~and commercial~~ properties can be found in the general vicinity of the reservoirs and rivers being studied in this EIS. The value of these properties could be affected by changing water elevations and instream flows. As a result, the basic question from a property value perspective is how would fluctuations in reservoir water elevations and river instream flows affect property values. This section provides a qualitative discussion of the potential impacts to residential ~~and commercial~~ reservoir property values of varying Trinity, Whiskeytown, and Shasta Reservoir water elevations ~~and Trinity and Sacramento River instream flows~~ associated with the various Trinity River EIS alternatives. River properties were not evaluated due to the ambiguous nature of the overall impact. Since some river properties may benefit from the improved fishery and others may suffer from flooding, no clear relationship could be assumed.

**1.3.1 Affected Environment**                                            (CHANGES FOLLOW)
pg. E-37

~~**1.3.1.1 Reservoir-oriented Properties**~~

~~**1.3.1.2 River-oriented Properties**~~

~~**Trinity River Basin.** The section of the Trinity River affected by the alternatives consists of the area downstream of Lewiston Reservoir to the confluence with the Klamath River. The last stage of the Trinity River, prior to combining with the Klamath River, is found on the Hoopa Valley Indian Reservation. Since the concept of property values is foreign to the tribes, the real estate analysis excluded this area. A number of relatively small communities are found along the river downstream of Lewiston Dam; they include: Lewiston, Douglas City, Junction City, Big Bar, Del Loma, Burnt Ranch, Salyer, and Willow Creek.~~

~~**Lower Klamath River Basin/Coastal Area.** The lower Klamath River, reflecting the area downstream of the confluence with the Trinity River, consists entirely of the Yurok Indian Reservation. Since the concept of property values is foreign to the tribes, the real estate analysis excluded this area.~~

~~**Central Valley.** The Central Valley reflects a vast geographic area with numerous towns and cities of various sizes. Since the alternatives under consideration are not expected to create a perceptual change in instream flows, no discernible impacts to Central Valley riverside properties is expected. As a result, Central Valley residential property values impacts will not be addressed in any detail.~~

**1.3.2 Environmental Consequences**                                      *(SEE SUBSECTIONS)*

**1.3.2.1 Methodology**                                                   (CHANGES FOLLOW)
pg. E-38

A literature review on the affect of water bodies on property values was conducted with the objective of obtaining a sufficient number of relevant studies for presentation of a range of possible property value impacts (elaboration on the literature review can be found in Attachment E2). This goal proved overly optimistic since only a few relevant studies were located. The studies that were obtained generally indicated a positive relationship between

property values and the existence of and proximity to water bodies. The studies focusing on property value impacts related to reservoir water level fluctuation also revealed a positive relationship—as water levels drop, so do property values. This relationship was assumed to hold for the reservoirs under consideration in this study. ~~Because of the lack of relevant literature, a~~ A comparative analysis is presented that includes rankings of a series of water level factors ~~(e.g., water levels and fish populations)~~ deemed to be of potential interest to ~~the various~~ reservoir property owners ~~groups~~.

**~~1.3.2.2 Reservoir-oriented Properties~~**

**pg. E-39**

~~Methodology:~~ Water level information from the PROSIM hydrologic model was used to evaluate the magnitude of possible drawdowns and annual/ monthly fluctuations for each alternative. PROSIM estimates end-of-month reservoir water levels by alternative for each year in the 69-year hydrologic period of record (1922-1990) by superimposing alternative-specific operating criteria on historic water supply data. End-of-month water levels provide the basis for the reservoir property value comparison. While fluctuation in end-of-month water levels is somewhat less than that of daily water levels, a comparison of monthly and daily actual historic water level data indicated the difference to be fairly minor. The PROSIM data were used to calculate average monthly water levels across the entire 69-year period (represents the average water year), and for each of the five water-year classes: critically dry, dry, normal, wet, and extremely wet. The monthly averages were used to calculate annual average water levels for the average year and for each water-year class. In addition, the data were used to calculate annual averages for each of the 69 years in the hydrologic record as well as ranges in monthly water levels for each year.

**1.3.2.2 Reservoir Property Impacts** **(CHANGES FOLLOW)**
**pgs. E-40 and E-41**

**Trinity River Basin.**

Trinity Reservoir.

**Tables E-45 and E-46 have been revised to correct inaccurate data. See Section 2.4.5.1 for revised Tables E-45 and E-46.**

Summary Results: From the short-term drawdown perspective, regardless of whether one considers the entire year or only the high-use recreation season, the State Permit Alternative is estimated to result in the greatest gain in average water levels as compared to the No Action Alternative (additional ~~13~~9 feet for full year and ~~16~~ 10 feet for high recreation season). However, this gain still does not achieve historical average water levels experienced during the 1963-1998 period[2]. The Flow Evaluation and Percent Inflow Alternatives ~~are also estimated to produce gains~~ proved to be essentially the same in terms of average water levels as ~~compared to~~ the No Action Alternative~~, although to a lesser degree (in the range of 3-6 additional feet)~~. The Maximum Flow Alternative is the only alternative where average water levels are expected to experience substantial declines (~~14~~ 18-foot drop for full year and ~~20~~26-foot drop for high season) compared to the No Action Alternative.

---

[2] Trinity Dam was completed in 1962. The 1963 water year reflects the first year after the reservoir filled.

From the long-term perspective of annual fluctuation, the Maximum Flow Alternative consistently results in the smallest range between high and low water levels considering either the entire year or the high-use recreation season.  The 102-foot range in average annual values across all years associated with the Maximum Flow Alternative falls well below the ~~159~~155-foot range associated with the No Action Alternative and the historical range in annual fluctuation from 1963-1998 of 138 feet.  All alternatives are expected to result in a tighter range in annual fluctuation as compared to the No Action, with the Flow Evaluation and Percent Inflow Alternatives generally tighter than the State Permit Alternative.

From the long-term perspective of monthly fluctuation, again the Maximum Flow Alternative consistently results in the tightest water level ranges regardless of whether one considers the entire year or the high-use recreation season.  The monthly fluctuation ranges associated with the Maximum Flow Alternative are noticeably tighter than the No Action Alternative and the actual historical ranges experienced during the 1963-1998 period.  Depending on the monthly fluctuation measure, the Flow Evaluation and Percent Inflow Alternatives ~~either~~ generally result in a sizable drop ~~or a minor increase~~ in water level ranges compared to the No Action Alternative.

~~Aggregating ranks across all three categories of water level measures results in the Flow Evaluation Alternative ranking first overall from both the entire year and high recreation season perspectives.  The Flow Evaluation Alternative came in second of five for the high recreation season.  This ranks fourth out of the five alternatives (surpassing only the Maximum Flow Alternative), under the premise that the higher the water level the better.  Both the entire year and high season values are much lower than the 2,326 actual historical average water level experienced during the 1963-1998 period.~~

Aggregating ranks across all three categories of water level measures results in the Flow Evaluation/ Preferred Alternative ranking first overall from both the entire year and high recreation season perspectives. The Flow Evaluation Alternative came in second in five of the seven water level categories from both full year and high recreation season perspectives. The Maximum Flow Alternative tied for first based on the high recreation season and second overall in the entire year comparison. This alternative consistently ranked first in terms of long-term annual and monthly fluctuation, but last in terms of drawdown. The State Permit Alternative came in third from both full year and high recreation season perspectives, ranking first in drawdown but last in annual and monthly fluctuation. The Percent Inflow Alternative came in fourth from the full year perspective, but second for the high recreation season. The No Action/ Mechanical Restoration Alternatives ranked last from both full year and high recreation season perspectives.

*No Action (and Mechanical Restoration) Alternatives.*

Drawdown: Average water level predicted for the No Action Alternative was estimated at 2,302 for the entire year and 2,307 for the high recreation season. This ranks third and tied for second (with Flow Evaluation Alternative) respectively, from the full year and high recreation season perspectives, based on the premise that the higher the water level the better. Both the entire year and high recreation season values are much lower than the 2,326 actual historic average water level experienced during the 1963-1998 period.

Annual Fluctuation: Reviewing the range between high and low annual averages across water-year classes and all years individually, the No Action Alternative ranked last with the largest ranges of any alternative from both the full year and high recreation season perspectives.  The expected range across individual years of ~~159~~ 155 feet from the full year perspective exceeded the historical range of 138 feet.

Monthly Fluctuation: Based on the range/ averages for the four monthly fluctuation measures, the No Action Alternative ranked tied for fourth, ~~surpassing only~~ (with the State Permit Alternative) from ~~both the~~ the full year ~~and high recreation season~~ perspective~~s.~~ and third from the high recreation season perspective. In comparison with historical monthly fluctuation, the No Action Alternative is expected to achieve lower ranges in monthly fluctuation.  The most pronounced reduction in range occurs within individual monthly values across all years where the No Action Alternative is expected to experience a range of ~~204~~ 200 feet (high of 2,369 and low of ~~2,165~~ 2,169) compared to the historically experienced range of 253 feet.

**pg. E-42**

Aggregating ranks across the drawdown, annual fluctuation, and monthly fluctuation measures resulted in the No Action Alternative being ranked last from both full year and high recreation season perspectives.

*Maximum Flow Alternative.*

Annual Fluctuation: Reviewing the range between high and low annual averages across water-year classes and all years individually, the Maximum Flow Alternative ranked first with the smallest ranges of any alternative from both the full year and high recreation season perspectives.  The expected range across individual years of 102 feet from the full year perspective fell well below the No Action Alternative range of ~~159~~ 155 feet and the 1963-1998 historical range of 138 feet.

*Flow Evaluation Alternative.*
**pgs. E-42 and E-43**

Annual Fluctuation: Reviewing the range between high and low annual averages across water-year classes and all years individually, the Flow Evaluation Alternative ranked second (tied with Percent Inflow Alternative from the full year perspective).  The expected range across individual years of 123 feet from the full year perspective fell below the ~~159~~ 155-foot range of the No Action Alternative and the 1963-1998 historical range of 138 feet.

Monthly Fluctuation: Based on the range/ averages for the four monthly fluctuation measures, the Flow Evaluation Alternative ranked second from both the full year and ~~perspective and third from the~~ high recreation season perspectives (tied with Percent Inflow Alternative for the high recreation season).  The range in monthly water levels across individual months was estimated at ~~41~~ 37 and 39 feet below the No Action Alternative, respectively, from full year and high recreation season perspectives.

Aggregating ranks across the drawdown, annual fluctuation, and monthly fluctuation measures resulted in the Flow Evaluation Alternative being ranked first from ~~the~~ both full year and ~~perspective and tied for first (with the Maximum Flow Alternative) for the~~ high

recreation season perspectives (tied with Maximum Flow Alternative for high recreation season). From both perspectives, the Flow Evaluation Alternative came in second ~~for~~ in five of the seven water level measures.

*Percent Inflow Alternative*.
**pg. E-43**

Drawdown: Average water level predicted for the Percent Inflow Alternative was estimated at 2,301 for the entire year and 2,306 for the high recreation season. This ranks ~~third out of the five alternatives~~ fourth from the full year perspective, but third from the high recreation season perspective. Both the entire year and high season values are much lower than the 2,326 actual historical average water level experienced during the 1963-1998 period.

Annual Fluctuation: Reviewing the range between high and low annual averages across water-year classes and all years individually, the Percent Inflow Alternative ranked tied for second (with the Flow Evaluation Alternative) from the full year perspective and third from the recreation season perspective. The expected range across individual years of 125 feet from the full year perspective fell below the ~~159~~ 155-foot range associated with the No Action Alternative and the historical range of 138 feet.

Monthly Fluctuation: Based on the range/ averages for the four monthly fluctuation measures, the Percent Inflow Alternative ranked third for the entire year and ~~second~~ tied for second (with Flow Evaluation Alternative) for the high recreation season. The range in monthly water levels across individual months was estimated at ~~38~~ 34 and 33 feet below the No Action Alternative, respectively, from full year and high recreation season perspectives.

Aggregating ranks across the drawdown, annual fluctuation, and monthly fluctuation measures resulted in the Percent Inflow Alternative being ranked ~~third; tied  with the State Permit Alternative~~ fourth from the full year perspective and second from the high recreation season perspective (although two alternatives were tied for first under the high recreation season).

*State Permit Alternative*.
**pg. E-44**

Annual Fluctuation: Reviewing the range between high and low annual averages across water-year classes and all years individually, the State Permit Alternative ranked next to last, slightly undercutting the ranges of only the No Action Alternative from both the full year and high recreation season perspectives. The expected range across individual years of 151 feet from the full year perspective exceeded the historical range of 138 feet.

Monthly Fluctuation: Based on the range/ averages for the four monthly fluctuation measures, the State Permit Alternative ranked last from both ~~entire~~ full year and high recreation season perspectives (tied with No Action for full year).

Aggregating ranks across the drawdown, annual fluctuation, and monthly fluctuation measures resulted in the State Permit Alternative being ranked third~~; tied with the Percent Inflow Alternative~~ from both the full year ~~perspective and third from the~~ and high recreation season perspective (although two alternatives were tied for first under the high recreation season).

*Existing Conditions versus Preferred Alternative*.

**pg. E-45**

**Central Valley.**

Shasta Reservoir.

Summary Results:  From the short-term drawdown perspective, regardless of whether one considers the entire year or only the high-use recreation season, the State Permit Alternative is estimated to result in the only gain, albeit minor, in average water levels as compared to the No Action Alternative.  The State Permit average water level of 1,018 slightly exceeds the historical average water level experienced during the 1945-1998 period[3].  The No Action Alternative comes in a close second at 1,016 feet.  The Maximum Flow Alternative is the only alternative where average water levels are expected to decline noticeably compared to the No Action (average water level is expected to be 10 feet for both entire year and high recreation season perspectives).  As a result, the Maximum Flow Alternative ranks last in terms of drawdown.  From the long-term perspective of annual fluctuation, the No Action Alternative consistently results in the smallest range between high and low water levels considering either the entire year or the high-use recreation season.  The 109-foot range in average annual values across all years associated with the No Action Alternative falls well below the historical range in annual fluctuation of 146 feet.  The State Permit and Percent Inflow Alternatives rank second and third from both entire year and high recreation season perspectives, with ranges only slightly higher than those of the No Action Alternative.  The Maximum Flow Alternative ranks last in terms of annual fluctuation.

**pgs. E-49 through E-51**

~~**1.3.2.3 River- and Ocean-oriented Properties**~~

~~**Trinity River Basin.**  Most of the reviewed literature focused on the property value effects of lakes as opposed to rivers; therefore, there was little to extrapolate from in attempting to discuss impacts on riverside properties.  Of the river-oriented studies reviewed (Connor et al., 1973; Epp and Al-Ani, 1979; Rich and Moffitt, 1982; and Garrod and Willis, 1991), none of them dealt with the issue of fluctuating instream flows.~~

~~The flood control analysis illustrates the negative impacts to commercial and residential properties for instream flows above flood stage.~~

~~Methodology:  The purpose of this section is to discuss the potential property value impacts of changing instream flows from the No Action Alternative levels to those levels suggested by the various alternatives.  It is hypothesized that the relationship between increased instream flows up to the flood condition would have a positive influence on property values.  Instream flows resulting in flood damages along certain sections of the Trinity River may simultaneously create positive effects elsewhere.  Therefore, flood conditions may not automatically imply property value losses basinwide (minor flood damages in one location could be offset by widespread gains associated with higher flows).~~

---

[3] The 1945 water year reflects the first year after the reservoir filled.

Given the breakeven point in terms of flow levels between flood damages and property value benefits is unknown, we cannot speculate at what point flows result in negative property value effects basinwide. To avoid this issue, this analysis assumes mitigation for potentially flooded properties. As a result, this analysis focuses upon the more positive aspects associated with instream flows. Given the ambiguity involved in relating property values to instream flows, changes in salmon and steelhead populations and harvests as compared to the No Action Alternative are used to rank the alternatives.

While the estimated populations should only be considered moderately accurate, they were deemed reasonable for ranking alternatives. One of the purposes of greater instream flows is to help restore the native fisheries, implying potential recreational fishing benefits to property owners (another recreational benefit from higher instream flows may be improved boating conditions). While not every property owner is assumed to be an angler, the activity is quite popular among locals. As a result, increased fish populations are assumed to reflect a positive factor associated with living along the river. Sustainable fish populations and harvests are generally seen as one indicator of a "healthy" river. The conclusion was made that the movement toward a healthy river could manifest itself through increased natural fish populations and harvest, thereby positively affecting property values. Table E-49 presents information on Trinity River natural fish harvests by species and alternative, the change in population as compared to the No Action Alternative and existing conditions, and the relative rank. Since flow is just one factor influencing fish populations, separate fish harvests were estimated for alternatives with the same instream flow but different inriver and watershed habitat restoration activities.

Results: Reviewing harvest estimates by alternative, either for salmon or steelhead, results in the same overall ranking of the alternatives. The Maximum Flow Alternative ranks first, estimated to result in over 16,000 additional harvested fish as compared to the No Action Alternative. The Flow Evaluation Alternative is expected to be nearly as productive with over 13,000 additional fish harvested and, therefore, ranks a close second.

The Percent Inflow and Mechanical Restoration Alternatives represent a second tier in alternative ranking. Both alternatives are expected to result in additional harvests in the 2,000-4,000 range as compared to No Action. While still exceeding the No Action Alternative harvest, these alternatives fall considerably short of the harvest levels estimated for the Maximum Flow and Flow Evaluation Alternatives.

The State Permit Alternative results in zero inriver harvest and, therefore, ranks last.

No Action Alternative. This alternative ranks fifth out of the six alternatives, surpassing only the State Permit Alternative in expected inriver natural harvest.

Maximum Flow Alternative. This alternative ranks first, generating more inriver natural harvest than any other alternative. Total harvest estimated for this alternative is 10 times that of the No Action Alternative.

Flow Evaluation Alternative. Inriver natural harvests for the Preferred Alternative were estimated to be approximately equal to those of the Flow Evaluation Alternative. These alternatives rank a close second to the Maximum Flow Alternative, generating over 13,000 additional harvested fish compared to the No Action Alternative.

~~Percent Inflow Alternative. While this alternative ranks third, it is not nearly as productive as the Maximum Flow and Flow Evaluation Alternatives, generating only an additional 3,400 inriver natural harvested fish over the No Action Alternative.~~

~~Mechanical Restoration Alternative. This alternative ranks fourth, generating 2,000 additional inriver natural harvested fish compared to the No Action Alternative.~~

~~State Permit Alternative. By assuming zero harvest of inriver natural fish, this alternative clearly ranks last.~~

~~Existing Conditions versus Preferred Alternative. In contrast to the NEPA comparison of each alternative to the No Action Alternative, the state-required CEQA analysis compares the Preferred Alternative to existing conditions. The assumption was made by the fisheries team that harvest levels under existing conditions would be essentially equal to those estimated for the No Action Alternative. In addition, harvest levels for the Preferred Alternative were deemed to be equivalent with those estimated for the Flow Evaluation Alternative despite the additional watershed elements associated with the Preferred Alternative. As a result, the CEQA analysis of the Preferred Alternative is equivalent to the NEPA analysis of the Preferred Alternative. The Preferred Alternative is expected to generate over 13,000 additional inriver natural harvested fish as compared to existing conditions.~~

~~Lower Klamath River Basin/ Coastal Area. The lower Klamath River consists of the Yurok Tribe reservation. Due to the communal nature of tribal land ownership and management, individual property values are generally not of primary concern to tribal members; therefore, real estate impacts are not considered for this area.~~

~~Central Valley. Since the alternatives are not expected to create a perceptually significant change in instream flows, no discernible impact is expected for riverside residential properties.~~

**pg. E-51**                                                                    **(CHANGES FOLLOW)**

~~1.3.2.4~~ <mark>1.3.2.3</mark> **Ranking Summary**

Table E-~~50~~ <mark>49</mark> summarizes the overall ranks by alternative presented for the various reservoirs ~~and inriver reaches. Since the ranking of each alternative depends on the individual indicator, it is impossible to provide a clear overall rank for each alternative.~~

**1.4      Bibliography**                                                        *(NO CHANGE)*

### 2.4.5.1 Technical Appendix E—Tables and Figures

**Tables**

E-1A  Land Use Impacts—Residential/ Municipal & Industrial Comparison of
      Alternatives                                                        *(NO CHANGE)*

E-1B  Land Use Impacts—Agriculture Comparison of Alternatives            *(NO CHANGE)*

E-1C  Land Use Impacts—Real Estate Comparison of Alternatives            *(NO CHANGE)*

E-2   1990 Populations for the Largest Communities in the Trinity River Basin
                                                                          *(NO CHANGE)*

E-3   Parcels Located in Flood Areas along the Trinity River              *(NO CHANGE)*

E-4   Population, Urban Applied Water, and Gallons per Capita per Day—Selected
      Years                                                               *(NO CHANGE)*

E-5   Population of Metropolitan Statistical Areas 1980 and 1990          *(NO CHANGE)*

E-6   CVP M&I Contract Water Deliveries (af) Fiscal Years 1983-1997       *(NO CHANGE)*

E-7   Existing Conditions Water Costs and Water Balance for Provider
      Groups                                                              *(NO CHANGE)*

E-8   Supply Cost Data Used to Estimate Alternative Supply Cost Functions in the Bay
      Area                                                                *(NO CHANGE)*

E-9   Municipal Water Supply Economics, No Action Alternative             *(NO CHANGE)*

E-10  M&I Providers Included in the Analysis, 2020 Contract Amounts and Shares,
      No Action Deliveries, and Change in Deliveries by Alternative—Sacramento
      Valley                                                              *(NO CHANGE)*

E-11  M&I Providers Included in the Analysis, 2020 Contract Amounts and Shares,
      No Action Deliveries, and Change in Deliveries by Alternative—San
      Joaquin Valley                                                      *(NO CHANGE)*

E-12  M&I Providers Included in the Analysis, 2020 Contract Amounts and Shares,
      No Action Deliveries, and Change in Deliveries by Alternative—Bay Area
                                                                          *(NO CHANGE)*

E-13  Parcels and Bridges Inundated by Alternative and Site               *(NO CHANGE)*

E-14  Municipal Water Supply Economics, Maximum Flow Alternative Minus
      No Action Alternative                                               *(NO CHANGE)*

E-15  2020 Estimated Service Area Connections and Population for Selected
      Providers and Dollar Cost of Alternatives per Capita per Year in Each *(NO CHANGE)*

E-16  Municipal Water Supply Economics, Flow Evaluation Alternative Minus
      No Action Alternative                                               *(NO CHANGE)*

E-17    Municipal Water Supply Economics, Percent Inflow Alternative Minus
        No Action Alternative                                          *(NO CHANGE)*

E-18    Municipal Water Supply Economics, State Permit Alternative Minus No
        Action Alternative                                             *(NO CHANGE)*

E-18A   Municipal Water Supply Economics, Cumulative Impacts Alternative
        Minus No Action Alternative

E-19    Area and Commercial Forest Land in National Forests           *(NO CHANGE)*

E-20    Ranking of Central Valley Counties by Total Value of Production in   *(NO CHANGE)*

E-21    Crop Mix, Value per Acre, and Total Value of Crops Produced on Land
        Receiving Some CVP Water (1988)                               *(NO CHANGE)*

E-22    Central Valley Agricultural Land Use, Water Use, and Revenue   *(NO CHANGE)*

E-23    Agriculture Alternative Summary, Average Year (1922-1990)      *(NO CHANGE)*

E-24    Agriculture Alternative Summary, Dry Year (1928-1934)          *(NO CHANGE)*

E-25    Irrigated Acreage in No Action Alternative                    *(NO CHANGE)*

E-26    Gross Revenue in No Action Alternative                        *(NO CHANGE)*

E-27    Net Revenue in the No Action Alternative                      *(NO CHANGE)*

E-28    Irrigation Water Applied in the No Action Alternative         *(NO CHANGE)*

E-29    Irrigated Acreage in Maximum Flow Alternative as Compared to No Action
        Alternative                                                   *(NO CHANGE)*

E-30    Gross Revenue in Maximum Flow Alternative as Compared to No Action
        Alternative                                                   *(NO CHANGE)*

E-31    Change in Net Revenue in Maximum Flow Alternative as Compared to No
        Action Alternative                                            *(NO CHANGE)*

E-32    Irrigation Water Applied in Maximum Flow Alternative as Compared to
        No Action Alternative                                         *(NO CHANGE)*

E-33    Irrigated Acreage in Flow Evaluation Alternative as Compared to No Action
        Alternative                                                   *(NO CHANGE)*

E-34    Gross Revenue in Flow Evaluation Alternative as Compared to No Action
        Alternative                                                   *(NO CHANGE)*

E-35    Change in Net Revenue in Flow Evaluation Alternative as Compared to
        No Action Alternative                                         *(NO CHANGE)*

E-36    Irrigation Water Applied in Flow Evaluation Alternative as Compared to
        No Action Alternative                                         *(NO CHANGE)*

E-37    Irrigated Acreage in Percent Inflow Alternative as Compared to No Action
        Alternative                                                   *(NO CHANGE)*

E-38    Gross Revenue in Percent Inflow Alternative as Compared to No Action
        Alternative                                              *(NO CHANGE)*

E-39    Change in Net Revenue in Percent Inflow Alternative as Compared to No
        Action Alternative                                       *(NO CHANGE)*

E-40    Irrigation Water Applied in Percent Inflow Alternative as Compared to No
        Action Alternative                                       *(NO CHANGE)*

E-41    Irrigated Acreage in State Permit Alternative as Compared to No Action
        Alternative                                              *(NO CHANGE)*

E-42    Gross Revenue in State Permit Alternative as Compared to No Action
        Alternative                                              *(NO CHANGE)*

E-43    Change in Net Revenue in State Permit Alternative as Compared to No Action
        Alternative                                              *(NO CHANGE)*

E-44    Irrigation Water Applied in State Permit Alternative as Compared to No Action
        Alternative                                              *(NO CHANGE)*

E-45    Trinity Reservoir Property Value Impact Ranking—Full Year
        Comparison                                          **(CHANGES FOLLOW)**

E-46    Trinity Reservoir Property Value Impact Ranking—High Recreation Season
        (May-September) Comparison                          **(CHANGES FOLLOW)**

E-47    Shasta Reservoir Property Value Impact Ranking—Full Year
        Comparison                                               *(NO CHANGE)*

E-48    Shasta Reservoir Property Value Impact Ranking—High Recreation Season
        (May-September) Comparison                               *(NO CHANGE)*

~~E-49    Trinity River Property Value Impact Ranking~~

**Table E-49 was deleted along with its supporting text, Section 1.3.2.3 River- and Ocean-oriented Properties.**

E-49~~50~~ Property Value Impact NEPA Ranking Summary        **(CHANGES FOLLOW)**

**Table E-50 (now Table E-49) has been modified (in accordance with the text) to represent only reservoir-based property value rankings.**

**Figures**

E-1     Trinity River Basin Land Ownership                       *(NO CHANGE)*

E-2     1990 Agricultural Land Use in the Central Valley and San Felipe Unit *(NO CHANGE)*

E-3     1990 Normalized Irrigated Acres and Central Valley Irrigation Water
        Deliveries by Source from 1985-1992                      *(NO CHANGE)*

E-4     Flood Damage Study Site Locations                        *(NO CHANGE)*

| Table E-18A Municipal Water Supply Economics, Cumulative Impacts Alternative Minus No Action Alternative [a] | | | |
|---|---|---|---|
| | Sacramento Valley | Bay Area | San Joaquin Valley |
| **Average Condition** | | | |
| Demand (taf/yr) | 0.0 | 0.0 | 0.0 |
| Supplies (taf/yr) | (6.8) | (17.2) | (2.1) |
| Shortfall (taf/yr) | 6.8 | 17.2 | 2.1 |
| New Supplies (taf/yr)[a] | 6.0 | 7.3 | 1.7 |
| New Supply Cost (million $/yr)[b] | $1.1-1.9 | $2.7-4.5 | $0.4-$0.6 |
| New Supply Cost $/af | 0.00 | $97-$161 | $26-$44 |
| Percent Retail Price Increase [c] | 0.8% | 0.6% | 0.8% |
| Demand Reduction (taf/yr) [d] | 0.9 | 0.7 | 0.3 |
| New 2020 Demand (taf/yr) | (0.9) | (0.7) | (0.3) |
| **Dry Condition (1928-1934 average hydrology)** | | | |
| Demand (taf/yr) | (0.9) | (0.7) | (0.3) |
| Supplies (taf/yr) | (10.1) | (33.8) | (1.3) |
| Shortfall (taf/yr) | 9.2 | 33.1 | 1.0 |
| Percent RGO Shortage (minimum)[e] | 1.28% | 0.00% | 0.44% |
| Percent RGO Shortage (maximum)[f] | 2.72% | 0.00% | 0.44% |
| Shortfall Allocation (taf/yr) | | | |
| RGO Drought Conservation | 9.2 | 0.0 | 1.0 |
| Comm/Ind Drought Conservation[g] | 0.0 | 0.0 | 0.0 |
| Drought Supplies | 0.0 | 33.1 | 0.0 |
| Drought Cost (million $/yr) | | | |
| Drought Supplies[g] | $0.0 | $48-$80 | $0.0 |
| Drought Conservation[h] | $0.2 | $0.0 | $0.0 |
| Comm/Ind Economic Surplus[i] | $0.0 | $0.0 | $0.0 |
| Comm/Ind Sales Revenue[j] | $0.0 | $0.1 | $0.0 |
| RGO Economic Surplus | $2.4 | $0.1 | $0.2 |
| RGO Sales Revenue | $1.6 | $0.1 | $0.1 |
| Water Cost Savings[k] | ($0.6) | ($4.2) | ($0.1) |
| **Total Cost/yr (million $)[g]** | $3.6 | $45-$75 | $0.2 |

[a] 1997 dollars.  Each region only includes the portion of the geographic region potentially affected.

[b] Supplies needed to achieve supply-demand balance.  Cost measured at the treatment plant.  Costs are plus or minus 25 percent to reflect uncertainty.  In the Bay Area, new supplies are needed in just one subregion.

[c] Percent increase in retail price due to acquisition of more expensive supplies.

[d] Demand reduction caused by price increase.

[e] Percent mandatory drought conservation required of residential, government and "other" users (not commerce and industry).  Minimum and maximum is the range for water provider groups within this region.

[f] Mandatory drought conservation in commercial/industrial sector is limited to 5 percent of demand.

[g] A range of plus or minus 25 percent is used to reflect uncertainty.

[h] Mandatory drought conservation program costs.

[i] Willingness to pay above water cost that is lost because of mandatory conservation.

[j] Sales revenue lost because of drought conservation.

[k] Costs of water supply saved because of shortage.

| Table E-45 Trinity Reservoir Property Value Impact Ranking—Full Year Comparison | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Reservoir Water Levels** Data in each cell reflect: Item Value, Difference from No Action Alternative or Existing Conditions, and Rank (in parenthesis) | **NEPA Comparison to No Action Alternative** | | | | | **CEQA Comparison to Existing Conditions** | |
| | No Action/Mechanical Restoration Alternatives | Maximum Flow Alternative | Flow Evaluation Alternative | Percent Inflow Alternative | State Permit Alternative | Existing Conditions | Preferred Alternative |
| **Drawdown** | | | | | | | |
| Annual Average (average year): | ~~2,298, 0, (4)~~ 2,302, 0, (3) | ~~2,284, -14, (5)~~ 2,284, -18, (5) | ~~2,303, +5, (2)~~ 2,303, +1, (2) | ~~2,301, +3, (3)~~ 2,301, -1, (4) | ~~2,311, +13, (1)~~ 2,311, +9, (1) | 2,302 | 2,303, +1 |
| **Annual Fluctuation** | | | | | | | |
| Annual Average (across water-year classes):     High: | ~~2,328, 0, (4)~~ 2,331, 0, (2) | ~~2,299, -29, (5)~~ 2,299, -32, (5) | ~~2,329, +1, (3)~~ 2,329, -2, (4) | ~~2,330, +2, (2)~~ 2,330, -1, (3) | ~~2,334, +6, (1)~~ 2,334, +3, (1) | 2,331 | 2,329, -2 |
| Low: | ~~2,253, 0, (4)~~ 2,263, 0, (4) | ~~2,269, +16, (3)~~ 2,269, +6, (3) | ~~2,271, +18, (2)~~ 2,271, +8, (2) | ~~2,275, +22, (1)~~ 2,275, +12, (1) | ~~2,275, +22, (1)~~ 2,275, +12, (1) | 2,265 | 2,271, +6 |
| Range: | ~~75, 0, (5)~~ 68, 0, (5) | ~~30, -45, (1)~~ 30, -38, (1) | ~~58, -17, (3)~~ 58, -10, (3) | ~~55, -20, (2)~~ 55, -13, (2) | ~~59, -16, (4)~~ 59, -9, (4) | 66 | 58, -8 |
| Annual Average (across individual years):     High: | 2,346, 0, (1) | 2,331, -15, (2) | 2,346, 0, (1) | 2,346, 0, (1) | 2,346, 0, (1) | 2,346 | 2,346, 0 |
| Low: | ~~2,187, 0, (5)~~ 2,191, 0, (5) | ~~2,229, +42, (1)~~ 2,229, +38, (1) | ~~2,223, +36, (2)~~ 2,223, +32, (2) | ~~2,221, +34, (3)~~ 2,221, +30, (3) | ~~2,195, +8, (4)~~ 2,195, +4 (4) | 2,192 | 2,223, +31 |
| Range: | ~~159, 0, (5)~~ 155, 0, (5) | ~~102, -57, (1)~~ 102, -53, (1) | ~~123, -36, (2)~~ 123, -32, (2) | ~~125, -34, (3)~~ 125, -30, (3) | ~~151, -8, (4)~~ 151, -4, (4) | 154 | 123, -31 |
| Annual Fluctuation - Overall Rank (rank sum – range): | 10, (4) | 2, (1) | 5, (2) | 5, (2) | 8, (3) | n/a | n/a |
| **Monthly Fluctuation** | | | | | | | |
| Monthly Average (average year):     High: | ~~2,321, 0, (4)~~ 2,326, 0, (3) | ~~2,293, -28, (5)~~ 2,293, -33, (5) | ~~2,327, +6, (2)~~ 2,327, +1, (2) | ~~2,322, +1, (3)~~ 2,322, -4, (4) | ~~2,336, +15, (1)~~ 2,336, +10, (1) | 2,327 | 2,327, 0 |
| Low: | ~~2,281, 0, (4)~~ 2,282, 0, (4) | ~~2,275, -6, (5)~~ 2,275, -7, (5) | ~~2,283, +2, (3)~~ 2,283, +1, (3) | ~~2,284, +3, (2)~~ 2,284, +2, (2) | ~~2,290, +9, (1)~~ 2,290, +8, (1) | 2,282 | 2,283, +1 |
| Range: | ~~40, 0, (3)~~ 44, 0, (3) | ~~18, -22, (1)~~ 18, -26, (1) | ~~44, +4, (4)~~ 44, 0, (3) | ~~38, -2, (2)~~ 38, -6, (2) | ~~46, +6, (5)~~ 46, +2, (4) | 45 | 44, -1 |
| Monthly Average (across water-year classes):     High: | ~~2,358, 0, (4)~~ 2,366, 0, (2) | ~~2,315, -43, (5)~~ 2,315, -51, (5) | ~~2,350, +1, (3)~~ 2,359, -7, (4) | ~~2,361, +3, (2)~~ 2,361, -5, (3) | ~~2,367, +9, (1)~~ 2,367, +1, (1) | 2,366 | 2,359, -7 |
| Low: | ~~2,213, 0, (5)~~ 2,218, 0, (5) | ~~2,248, +35, (1)~~ 2,248, +30, (1) | ~~2,236, +23, (2)~~ 2,236, +18, (2) | ~~2,235, +22, (3)~~ 2,235, +17, (3) | ~~2,227, +14, (4)~~ 2,227, +9, (4) | 2,221 | 2,236, +15 |
| Range: | ~~145, 0, (5)~~ 148, 0, (5) | ~~67, -78, (1)~~ 67, -81, (1) | ~~123, -22, (2)~~ 123, -25, (2) | ~~126, -19, (3)~~ 126, -22, (3) | ~~140, -5, (4)~~ 140, -8, (4) | 145 | 123, -22 |

**Table E-45**
**Trinity Reservoir Property Value Impact Ranking—Full Year Comparison**

| Reservoir Water Levels<br><br>Data in each cell reflect: Item Value, Difference from No Action Alternative or Existing Conditions, and Rank (in parenthesis) | NEPA Comparison to No Action Alternative | | | | | CEQA Comparison to Existing Conditions | |
|---|---|---|---|---|---|---|---|
| | No Action/Mechanical Restoration Alternatives | Maximum Flow Alternative | Flow Evaluation Alternative | Percent Inflow Alternative | State Permit Alternative | Existing Conditions | Preferred Alternative |
| Monthly Values (across all years):　　　　High: | 2,369, 0, (1) | 2,344, -25, (2) | 2,369, 0, (1) | 2,369, 0, (1) | 2,369, 0, (1) | 2,369 | 2,369, 0 |
| Low: | ~~2,165, 0, (5)~~ 2169, 0, (4) | ~~2,209, +43, (1)~~ 2,208, +39, (1) | ~~2,206, +41, (2)~~ 2,206, +37, (2) | ~~2,203, +38, (3)~~ 2,203, +34, (3) | ~~2,168, +3, (4)~~ 2,168, -1, (5) | 2,169 | 2,206, +37 |
| Range: | ~~204, 0, (5)~~ 200, 0, (4) | ~~136, -68, (1)~~ 136, -64, (1) | ~~163, -41, (2)~~ 163, -37, (2) | ~~166, -38, (3)~~ 166, -34, (3) | ~~201, -3, (4)~~ 201, +1, (5) | 200 | 163, -37 |
| Monthly Range within Each Year (across all years)　　High: | ~~145, 0, (4)~~ 167, 0, (4) | ~~101, -44, (1)~~ 101, -66, (1) | ~~126, -19, (3)~~ -126, -41, (3) | ~~125, -20, (2)~~ 125, -42, (2) | ~~174, +29, (5)~~ 174, +7, (5) | 170 | 126, -44 |
| Low: | ~~31, 0, (4)~~ 25, 0, (2) | ~~12, -19, (1)~~ 12, -13, (1) | ~~26, -5, (3)~~ 26, +1, (3) | ~~25, -6, (2)~~ 25, 0, (2) | ~~31, 0, (4)~~ 31, +6, (4) | 24 | 26, +2 |
| Average: | ~~61, 0, (3)~~ 66, 0, (5) | ~~36, -25, (1)~~ 36, -30, (1) | ~~60, -1, (2)~~ 60, -6, (2) | ~~62, +1, (4)~~ 62, -4, (3) | ~~64, +3, (5)~~ 64, -2 (4) | 66 | 60, -6 |
| Monthly Fluctuation - Overall Rank (rank sum - range/ average): | ~~16, (4)~~ 17, (4) | 4, (1) | ~~10, (3)~~ 9, (2) | ~~12, (3)~~ 11, (3) | ~~18, (5)~~ 17, (4) | n/a | n/a |
| **Rank Sum: Drawdown, Annual Fluctuation, Monthly Fluctuation** | ~~12, (4)~~ **11, (5)** | **7, (2)** | **6, (1)** | ~~8, (3)~~ **9, (4)** | **8, (3)** | **n/a** | **n/a** |

**Table E-46**
**Trinity Reservoir Property Value Impact Ranking—High Recreation Season (May-September) Comparison**

| Reservoir Water Levels<br><br>Data in each cell reflect: Item Value, Difference from No Action Alternative or Existing Conditions, and Rank (in parenthesis) | NEPA Comparison to No Action Alternative | | | | | CEQA Comparison to Existing Conditions | |
|---|---|---|---|---|---|---|---|
| | No Action/ Mechanical Restoration Alternatives | Maximum Flow Alternative | Flow Evaluation Alternative | Percent Inflow Alternative | State Permit Alternative | Existing Conditions | Preferred Alternative |
| **Drawdown** | | | | | | | |
| Annual Average (average year): | ~~2,301, 0, (4)~~ 2,307, 0, (2) | ~~2,281, -20, (5)~~ 2,281, -26, (4) | ~~2,307, +6, (2)~~ 2,307, 0 (2) | ~~2,306, +5, (3)~~ 2,306, -1, (3) | ~~2,317, +16, (1)~~ 2,317, +10, (1) | 2,307 | 2,307, 0 |
| **Annual Fluctuation** | | | | | | | |
| Annual Average (across water-year classes):   High: | ~~2,349, 0, (3)~~ 2,354, 0, (2) | ~~2,998, -51, (5)~~ 2,298, -56, (5) | ~~2,348, -1, (4)~~ 2,348, -6, (4) | ~~2,351, +2, (2)~~ 2,351, -3, (3) | ~~2,355, +6, (1)~~ 2,355, +1, (1) | 2,354 | 2,348, -6 |
| Low: | ~~2,233, 0, (5)~~ 2,242, 0, (5) | ~~2,964, +31, (1)~~ 2,264, +22, (1) | ~~2,961, +28, (2)~~ 2,261, +19, (2) | ~~2,960, +27, (3)~~ 2,260, +18, (3) | ~~2,959, +26, (4)~~ 2,259, +17, (4) | 2,245 | 2,261, +16 |
| Range: | ~~116, 0, (5)~~ 112, 0, (5) | ~~34, -82, (1)~~ 34, -78, (1) | ~~87, -29, (2)~~ 87, -25, (2) | ~~91, -25, (3)~~ 91, -21, (3) | ~~96, -20, (4)~~ 96, -16, (4) | 109 | 87, -22 |
| Annual Average (across individual years):   High: | 2,357, 0, (1) | 2,334, -23, (2) | 2,357, 0, (1) | 2,357, 0, (1) | 2,357, 0, (1) | 2,357 | 2,357, 0 |
| Low: | ~~2,183, 0, (5)~~ 2,194, 0, (5) | ~~2,220, +37, (2)~~ 2,220, +26, (2) | ~~2,223, +40, (1)~~ 2,223, +29, (1) | ~~2,219, +36, (3)~~ 2,219, +25, (3) | ~~2,195, +12, (4)~~ 2,195, +1, (4) | 2,194 | 2,223, +29 |
| Range: | ~~174, 0, (5)~~ 163, 0, (5) | ~~114, -60, (1)~~ 114, -49, (1) | ~~134, -40, (2)~~ 134, -29, (2) | ~~138, -36, (3)~~ 138, -25, (3) | ~~162, -12, (4)~~ 162, -1, (4) | 163 | 134, -29 |
| Annual Fluctuation—Overall Rank (rank sum-range):   High: | 10, (5) | 2,(1) | 4, (2) | 6, (3) | 8, (4) | n/ a | n/ a |
| **Monthly Fluctuation** | | | | | | | |
| Monthly Average (average year):   High: | ~~2,921, 0, (4)~~ 2,326, 0, (2) | ~~2,988, -33, (5)~~ 2,288, -38, (5) | ~~2,324, +3, (2)~~ 2,324, -2, (2) | ~~2,322, +1, (3)~~ 2,322, -4, (3) | ~~2,336, +15, (1)~~ 2,336, +10, (1) | 2,327 | 2,324, -3 |
| Low: | ~~2,283, 0, (4)~~ 2,287, 0, (2) | ~~2,975, -8, (5)~~ 2,275, -12, (4) | ~~2,985, +2, (3)~~ 2,285, -2, (3) | ~~2,987, +4, (2)~~ 2,287, 0, (2) | ~~2,295, +12, (1)~~ 2,295, +8, (1) | 2,288 | 2,285, -3 |
| Range: | ~~38, 0, (3)~~ 39, 0, (3) | ~~13, -25, (1)~~ 13, -26, (1) | ~~39, +1, (4)~~ 39, 0, (3) | ~~35, -3, (2)~~ 35, -4, (2) | ~~41, +3, (5)~~ 41, +2, (4) | 39 | 39, 0 |
| Monthly Average (across water-year classes):   High: | ~~2,358, 0, (4)~~ 2,366, 0, (2) | ~~2,305, -53, (5)~~ 2,305, -61, (5) | ~~2,359, +1, (3)~~ 2,359, -7, (4) | ~~2,361, +3, (2)~~ 2,361, -5, (3) | ~~2,367, +9, (1)~~ 2,367, +1, (1) | 2,366 | 2,359, -7 |
| Low: | ~~2,213, 0, (5)~~ 2,218, 0, (5) | ~~2,255, +42, (1)~~ 2,255, +37, (1) | ~~2,236, +23, (2)~~ 2,236, +18, (2) | ~~2,235, +22, (3)~~ 2,235, +17, (3) | ~~2,227, +14, (4)~~ 2,227, +9, (4) | 2,221 | 2,236, +15 |

**Table E-46**
**Trinity Reservoir Property Value Impact Ranking—High Recreation Season (May-September) Comparison**

| Reservoir Water Levels<br><br>Data in each cell reflect: Item Value, Difference from No Action Alternative or Existing Conditions, and Rank (in parenthesis) | NEPA Comparison to No Action Alternative | | | | | CEQA Comparison to Existing Conditions | |
|---|---|---|---|---|---|---|---|
| | No Action/ Mechanical Restoration Alternatives | Maximum Flow Alternative | Flow Evaluation Alternative | Percent Inflow Alternative | State Permit Alternative | Existing Conditions | Preferred Alternative |
| Range: | ~~145, 0, (5)~~ 148, 0, (5) | ~~50, -95, (1)~~ 50, -98, (1) | ~~123, -22, (2)~~ 123, -25, (2) | ~~126, -19, (3)~~ 126, -22, (3) | ~~140, -5, (4)~~ 140, -8, (4) | 145 | 123, -22 |
| Monthly Values (across all years):     High: | 2,369, 0, (1) | 2,338, -31, (2) | 2,369, 0, (1) | 2,369, 0, (1) | 2,369, 0, (1) | 2,369 | 2,369, 0 |
| Low: | ~~2,165, 0, (5)~~ 2,173, 0, (4) | ~~2,208, +43, (2)~~ 2,208, +35, (2) | ~~2,212, +47, (1)~~ 2,212, +39, (1) | ~~2,206, +41, (3)~~ 2,206, +33, (3) | ~~2,170, +5, (4)~~ 2,170, -3, (5) | 2,173 | 2,212, +39 |
| Range: | ~~204, 0, (5)~~ 196, 0, (4) | ~~130, -74, (1)~~ 130, -66, (1) | ~~157, -47, (2)~~ 157, -39, (2) | ~~163, -41, (3)~~ 163, -33, (3) | ~~199, -5, (4)~~ 199, +3, (5) | 196 | 157, -39 |
| Monthly Range within Each Year (across all years):     High: | ~~67, 0, (2)~~ 68, 0, (2) | ~~44, -23, (1)~~ 44, -24, (1) | ~~77, +10, (4)~~ 77, +9, (4) | ~~71, +4, (3)~~ 71, +3, (3) | ~~82, +15, (5)~~ 82, +14, (5) | 70 | 77, +7 |
| Low: | ~~8, 0, (2)~~ 14, 0, (2) | ~~4, -4, (1)~~ 4, -10, (1) | ~~20, +12, (5)~~ 20, +6, (4) | ~~14, +6, (3)~~ 14, 0, (2) | ~~17, +9, (4)~~ 17, +3, (3) | 14 | 20, +6 |
| Range: | ~~38, 0, (2)~~ 41, 0, (3) | ~~16, -22, (1)~~ 16, -25, (1) | ~~41, +3, (3)~~ 41, 0, (3) | ~~38, 0, (2)~~ 38, -3, (2) | ~~43, +5, (4)~~ 43, +2, (4) | 40 | 41, +1 |
| Monthly Fluctuation - Overall Rank (rank sum - range/ average): | ~~15, (4)~~ 15, (3) | 4, (1) | ~~11, (3)~~ 10, (2) | 10, (2) | ~~17, (5)~~ 17, (4) | n/ a | n/ a |
| **Rank Sum: Drawdown, Annual Fluctuation, Monthly Fluctuation** | ~~13, (4)~~ 10, (4) | ~~7, (1)~~ 6, (1) | ~~7, (1)~~ 6, (1) | 8, (2) | ~~10, (3)~~ 9, (3) | **n/a** | **n/a** |

| Table E-49 Trinity River Property Value Impact Ranking | | | | | | |
|---|---|---|---|---|---|---|
| Alternatives | Inriver Salmon Harvest (Chinook & Coho) | Change from No Action/ Existing Conditions | Rank | Inriver Steelhead Harvest | Change from No Action/ Existing Conditions | Rank |
| NEPA Comparison to No Action Alternative | | | | | | |
| No Action | -820 | 0 | 5 | -1,000 | 0 | 5 |
| Maximum Flow | 7,800 | +6,980 | 1 | 10,400 | +9,400 | 1 |
| Flow Evaluation/ Preferred Alternative | 6,400 | +5,580 | 2 | 8,700 | +7,700 | 2 |
| Percent Inflow | 2,250 | +1,430 | 3 | -3,000 | +2,000 | 3 |
| Mechanical Restoration | 1,630 | +810 | 4 | -2,200 | +1,200 | 4 |
| State Permit | —0 | -820 | 7 | —0 | -1,000 | 6 |
| CEQA Comparison to Existing Conditions | | | | | | |
| Existing Conditions | 820 | 0 | n/a | 1,000 | 0 | n/a |
| Preferred Alternative | 6,400 | +5,580 | n/a | 8,700 | +7,700 | n/a |

| Table E-50 49 Property Value Impact NEPA Ranking Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Alternatives | | | | | |
| | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit |
| Reservoir Ranking a | | | | | | |
| Trinity River Basin <br><br> - Trinity Reservoir | 4 | 2 | 1 | 3 (tie) | 4 | 4 (tie) |
| Central Valley <br><br> - Shasta Reservoir | 2 | 5 | 4 | 3 | 2 | 1 |
| Rivers Ranking | | | | | | |
| Trinity River Basin <br><br> - Trinity River | 5 | 1 | 2 | 3 | 4 | 6 |
| aData in each cell reflects overall ranks | | | | | | |

## 2.4.5.2 Technical Appendix E—Attachments

| | | |
|---|---|---|
| E1 | **CVPM Output Files** | *(NO CHANGE)* |
| E2 | **Summary of Literature Review** | *(NO CHANGE)* |
| E3 | **Flood Damage Assessment of Proposed Trinity River Fish and Wildlife Restoration Flow Alternatives** | *(NO CHANGE)* |

## 2.4.6  Technical Appendix F—Power Resources

**1.1  No Action Alternative Compared to Trinity EIS/EIR Alternatives** *(SEE SUBSECTIONS)*

**1.1.1  Modeling Background** *(NO CHANGE)*

**1.1.2  Impact Assessment Methodology** **(CHANGES FOLLOW)**
pg. F-2

The impacts associated with each alternative were viewed from the perspective of the change in available CVP power, rather than attempting to estimate the total cost of the power supply requirements for the CVP preference power customers under each of the various alternatives studied.  The difference in on- and off-peak energy production and the differences in monthly firm load-carrying generating capability between the alternatives and the No Action Alternative was evaluated to estimate the impacts associated with each alternative.

### 1.1.2.1  CVP Operations *(NO CHANGE)*

### 1.1.2.2  Market Value of Power **(CHANGES FOLLOW)**
pg. F-3

The PROSYM electric production cost model used the output from the PROSIM model and power module to develop an estimate of the monthly annual change in the market value of CVP power production for each alternative, as compared to the No Action Alternative.  The CVP energy generation and associated generating capacity availability under average and adverse dry hydrologic conditions were developed for use with PROSYM.

Energy Generation in an average year was based on a monthly average of the generation at each CVP powerplant over the 69 years of simulation from the PROSIM model.  For example, the average January generation at Shasta was the average of the Shasta generation in each of the 69 Januarys; the average February generation at Shasta was the average of the Shasta generation at each of the 69 Februarys; and so on.  Average project use and available CVP generating capabilities at each powerplant were calculated using the same process.

To determine the dry-year generation and firm load-carrying capabilities capacities that provide a high level of system reliability, a level of hydroelectric production was chosen such that the CVP capacity would be available at least 90 percent of the time for any given month, barring equipment failure.  To create this synthetic year, the energy generated in each month, over the 69-year simulation, was sorted into ascending order.  A month and year were then selected such that the generation in that month would be exceeded 90 percent of the time.  This was done by month such that the generation in the dry-year January would be exceeded in 90 percent of the Januarys, the generation in the dry-year February would be exceeded in 90 percent of the Februarys, and continued throughout the year.  The capacity available from each powerplant and the required project use were defined to be the capacity and project use as reported by the PROSIM power model for each of the 90 percent exceedance months.

The resulting 12 months of adverse-year energy levels developed for the EIS/ EIR alternative analysis comprise a synthetic year that does not resemble any specific operating or chronological year within the 69-year simulation period.  Similarity to a specific hydrologic

year was not assumed to be important when the market value of the CVP capacity (i.e., level of capacity supported with energy) is being determined, since each month is evaluated independently of other months and the market will value the capacity available, and hence, the potential to offset additional capital expenditures in any month based on the applicable reliability criteria (i.e., 90 percent exceedance).

**pg. F-4**

Separation of capacity prices and energy prices have been eliminated within the current deregulated industry structure within California.  Given that the current market structure has only been in place for about 14 months, it is difficult to clearly determine the price impact of capacity shortages on an ongoing basis.  Therefore, this analysis assumes that the decrease in CVP firm load-carrying capacity will ultimately result in construction of new generating capacity.

**pg. F-5**

CVP power generation is predominantly peaking in nature, and the system is energy-constrained during adverse water conditions.  For this reason and since long-term load resource balance was assumed, capacity from the CVP was valued based on the assumption that any change in the CVP power capacity would be offset by a corresponding change in the level of construction of combined-cycle combustion turbines.  As a result of the industry restructuring, it was assumed that future capacity additions would be made by private generation companies and that very little public financing would be involved in future capacity additions.  Based on these assumptions, the value of capacity was estimated to be $8.99 per kilowatt-month (1997 dollars).  A detailed description of the assumptions regarding how the capacity value was estimated is presented in the TEIS Impacts Study conducted by Western (Western, 1999).

Capacity without energy (available capacity less capacity supported with energy) was also valued based on its ability to provide certain ancillary services, primarily ~~spinning~~ operating and installed reserves.  The pricing history for these ancillary services in the new market environment has been very volatile, leading to substantial restructuring of these markets.  Therefore, this analysis assumes to value ancillary service capacity at 20 percent of the value used for the capacity supported with energy.  The value of energy produced by the CVP was estimated based on a marginal heat rate approach.  To the extent that CVP power output is increased or decreased in a particular time period, an opposite change will occur in the output of the marginal unit that is operating at that same time.

**1.1.3   Model Results**                                    *(SEE SUBSECTIONS)*

**1.1.3.1  No Action Alternative**                         **(CHANGES FOLLOW)**
**pg. F-7**

**Power Generation.**  Simulated average annual generation at CVP powerplants in the Shasta and Trinity River Divisions for the 69-year simulation period is shown on Figure F-1 and presented in Table F-2.  Simulated average annual generation at CVP powerplants in the American River and West San Joaquin Divisions for the 69-year simulation period is shown on Figure F-2 and presented in Table F-2.  Total CVP power generation includes generation at Trinity Reservoir, Judge Francis Carr (Carr), Spring Creek Tunnel (Spring Creek), Shasta

Reservoir, Keswick Reservoir (Keswick), Folsom Lake, Lake Natoma (Nimbus), New Melones Lake, and San Luis Reservoir powerplants and adjustments for ~~includes estimated~~ transmission losses for delivery to Tracy. Simulated average monthly total CVP generation for the long-term average, calendar years 1922-1990, and dry period, calendar years 1929-1934, is shown on Figures F-3 and F-4 and presented in Table F-3. The average annual total CVP generation for the long-term average for the No Action Alternative is 5,169 gigawatt-hours (GWh). The average annual total CVP generation for the dry period for the No Action Alternative is 2,946 GWh.

**pg. F-8**

**Market Value of Power.** For the evaluation of the market value of ~~power~~ energy, the long-term average energy available from PROSIM was used. The capacity values were based on the synthetic dry year discussed earlier in this section. PROSIM generation and Project Use values used in the synthetic year for the No Action Alternative analysis are presented in Tables F-10 through F-12. The annual energy available and capacity available for sale, based on the synthetic year, are presented in Table F-13. The average annual energy available for sale under the No Action Alternative is 3,779 GWh. Based on the 90 percent exceedance synthetic dry year, the average monthly capacity for sale with energy for the No Action Alternative is 747 MW and the average monthly capacity for sale without energy was 739 MW.

**1.1.3.2  Maximum Flow Alternative**                      **(CHANGES FOLLOW)**
**pg. F-9**

**Market Value of Power.** PROSIM generation and project use values used in the synthetic year for the Maximum Flow Alternative analysis are presented in Tables F-10 through F-12. The annual energy available and capacity available for sale, based on the synthetic year, are presented in Table F-13. The average annual energy available for sale decreases by 32 percent compared to the No Action Alternative, resulting in a reduction in energy value. Based on the 90 percent exceedance synthetic dry year, the average monthly capacity for sale with energy decreases by 10 percent, and the average monthly capacity for sale without energy increases by 3 percent. Table F-14 presents the change in the average annual market value of CVP power for the Maximum Flow Alternative as compared to the No Action Alternative. Based on the market value of power analysis, the net decrease in the value of CVP power production is approximately $26,036,000 per year. The allocation of the net decrease in the value of CVP power generation to the counties with preference power customers is presented in Table F-15. The cost of replacement power and the net effect on an "average" and a "high-allocation" Western customer is presented in Table F-16. A detailed discussion of the results of the value of power analysis is presented in the TEIS Impacts Study (Attachment F1).

**1.1.3.3  Flow Evaluation Alternative**                      **(CHANGES FOLLOW)**
**pg. F-10**

**Market Value of Power.** PROSIM generation and project use values used in the synthetic year for the Flow Evaluation Alternative analysis are presented in Tables F-10 through F-12. The annual energy available and capacity available for sale, based on the synthetic year, are presented in Table F-13. The average annual energy available for sale decreases by 7 percent compared to the No Action Alternative, resulting in a reduction in energy value.

Based on the 90 percent exceedance synthetic dry year, the average monthly capacity for sale with energy remains approximately the same, and the average monthly capacity for sale without energy increases by 8 percent. Table F-14 presents the change in the average annual market value of CVP power for the Flow Evaluation Alternative as compared to the No Action Alternative. Based on the market value of power analysis, the net decrease in the value of CVP power production is approximately $5,564,000 per year. The allocation of the net decrease in the value of CVP power generation to the counties with preference power customers is presented in Table F-15. The cost of replacement power and the net effect on an "average" and a "high-allocation" Western customer is presented in Table F-16.

### 1.1.3.4 Percent Inflow                                      (CHANGES FOLLOW)
### pg. F-11

**Market Value of Power.** PROSIM generation and project use values used in the synthetic year for the Flow Evaluation Alternative analysis are presented in Tables F-10 through F-12. The annual energy available and capacity available for sale, based on the synthetic year, are presented in Table F-13. The average annual energy available for sale decreases by 7 percent compared to the No Action Alternative, resulting in a reduction in energy value. Based on the 90 percent exceedance synthetic dry year, the average monthly capacity for sale with energy remains approximately the same, and the average monthly capacity for sale without energy increases by 8 percent. Table F-14 presents the change in the average annual market value of CVP power for the Flow Evaluation Alternative as compared to the No Action Alternative. Based on the market value of power analysis, the net decrease in the value of CVP power production is approximately $5,564,000 per year. The allocation of the net decrease in the value of CVP power generation to the counties with preference power customers is presented in Table F-15. The cost of replacement power and the net effect on an "average" and a "high-allocation" Western customer is presented in Table F-16.

### 1.1.3.5 State Permit Alternative                           (CHANGES FOLLOW)
### pg. F-12

**Market Value of Power.** PROSIM generation and project use values used in the synthetic year for the State Permit Alternative analysis are presented in Tables F-10 through F-12. The annual energy available and capacity available for sale, based on the synthetic year, are presented in Table F-13. The average annual energy available for sale increases by 5 percent compared to the No Action Alternative, resulting in a reduction in energy value. Based on the 90 percent exceedance synthetic dry year, the average monthly capacity for sale with energy remains approximately the same, and the average monthly capacity for sale without energy increases by 3 percent. Table F-14 presents the change in the average annual market value of CVP power for the State Permit Alternative as compared to the No Action Alternative. Based on the market value of power analysis, the net increase in the value of CVP power production is approximately $5,937,000 per year. The allocation of the net increase in the value of CVP power generation to the counties with preference power customers is presented in Table F-15. The cost of replacement power and the net effect on an "average" and a "high-allocation" Western customer is presented in Table F-16.

**1.1.4    Criteria for Determining Significance**                    **(CHANGES FOLLOW)**
**pg. F-13**

A significant power resource related impact was determined to occur when the implementation of an alternative would result in:

- A reduction in the dry year firm load-carrying capacity (CVP hydroelectric capacity supported with CVP hydroelectric energy available for sale) to preference customers of 50 MW or greater occurring during January, February, March, June, July, August, September, or December

- A reduction of 5 percent or more in the annual energy available for sale to preference customers during an average year

- A reduction of 5 percent or more in the average energy available for sale to preference customers during any month of an average year

- Any decrease in the value of CVP power resulting in an increase in a preference customer's average power cost by $0.50 per MWh

**1.2        Existing Conditions Compared to the Flow Evaluation Alternative**   *(NO CHANGE)*
**1.2.1    Modeling Background**                                              *(NO CHANGE)*
**1.2.2    Impact Assessment Methodology**                                   *(NO CHANGE)*
**1.2.2.1 CVP Operations**                                                   *(NO CHANGE)*
**1.2.3    Model Results**                                                    *(NO CHANGE)*
**1.2.3.1 Existing Conditions**                                              *(NO CHANGE)*
**1.2.3.2 Flow Evaluation Alternative**                                      *(NO CHANGE)*

**1.3        References**                                                      *(NO CHANGE)*

## 2.4.6.1 Technical Appendix F—Tables and Figures

**Tables**

F-1     Estimated Delivered Price for Marginal Energy                          *(NO CHANGE)*

F-2     Comparison of Simulated Annual Average Generation at CVP
        Powerplants                                                            *(NO CHANGE)*

F-3     Comparison of Simulated Average Monthly CVP Generation                 *(NO CHANGE)*

F-4     Comparison of Simulated Average Monthly Available Capacity             *(NO CHANGE)*

F-5     Comparison of Simulated Average Monthly CVP Project Use                *(NO CHANGE)*

F-6     Comparison of Simulated Average Monthly On- and Off-peak CVP Project
        Use Energy Long-term Average - Calendar Years 1922-1990                *(NO CHANGE)*

F-7     Comparison of Simulated Average Monthly On- and Off-peak CVP Project
        Use Energy Dry Period - Calendar Years 1929-1934                       *(NO CHANGE)*

F-8     Comparison of Simulated Average Monthly On- and Off-peak CVP Project
        Use Capacity Long-term Average - Calendar years 1922-1990              *(NO CHANGE)*

F-9     Comparison of Simulated Average Monthly On- and Off-peak CVP Project
        Use Capacity Dry Period - Calendar years 1929-1934                     *(NO CHANGE)*

F-10    90 Percent Exceedance Synthetic Dry Year Monthly CVP Generation        *(NO CHANGE)*

F-11    90 Percent Exceedance Synthetic Dry Year On- and Off-peak CVP Project
        Use Capacity                                                          *(NO CHANGE)*

F-12    90 Percent Exceedance Synthetic Dry Year On- and Off-peak CVP Project
        Use Energy                                                            *(NO CHANGE)*

F-13    CVP Energy and Capacity Available For Sale                             *(NO CHANGE)*

F-14    Annual Change in Market Value of CVP Power Compared to the No Action
        Alternative                                                           *(NO CHANGE)*

F-15    Trinity EIS/EIR Preference Customer Benefit (Cost) Allocation by County
        Based on Contract Rate of Deliveries (CRD)                            *(NO CHANGE)*

F-16    Cost of Replacement Power and the Effects on the "Average" and
        "High-Allocation" Western Customer                                    *(NO CHANGE)*

F-17    Comparison of Simulated Average Annual Generation at CVP
        Powerplants                                                           *(NO CHANGE)*

F-18    Comparison of Simulated Average Monthly CVP Generation                 *(NO CHANGE)*

F-19    Comparison of Simulated Average Monthly Available Capacity             *(NO CHANGE)*

F-20    Comparison of Simulated Average Monthly CVP Project Use                *(NO CHANGE)*

F-21   Comparison of Simulated Average Monthly On- and Off-peak CVP Project
Use Energy Long-term Average - Calendar Years 1922-1990      *(NO CHANGE)*

F-22   Comparison of Simulated Average Monthly On- and Off-peak CVP Project
Use Energy Dry Period - Calendar Years 1929-1934      *(NO CHANGE)*

F-23   Comparison of Simulated Average Monthly On- and Off-peak CVP Project
Use Capacity Long-term Average - Calendar Years 1922-1990      *(NO CHANGE)*

F-24   Comparison of Simulated Average Monthly On- and Off-peak CVP Project
Use Capacity Dry Period - Calendar Years 1929-1934      *(NO CHANGE)*

**Figures**

F-1   Simulated Average Annual Generation at CVP Powerplants in the Shasta
and Trinity River Divisions      *(NO CHANGE)*

F-2   Simulated Average Annual Generation at CVP Powerplants in the American
River and West Joaquin Divisions      *(NO CHANGE)*

F-3   Simulated Average Monthly CVP Generation Long-term Average
1922-1990      *(NO CHANGE)*

F-4   Simulated Average Monthly CVP Generation Dry Period 1929-1934   *(NO CHANGE)*

F-5   Simulated Average Monthly Available Capacity Long-term
Average 1922-1990      *(NO CHANGE)*

F-6   Simulated Average Monthly Available Capacity Dry Period 1929-1934 *(NO CHANGE)*

F-7   Simulated Average Monthly Project Use Energy Long-term Average
1922-1990      *(NO CHANGE)*

F-8   Simulated Average Monthly Project Energy Dry Period 1929-1934      *(NO CHANGE)*

F-9   Simulated Average Monthly On-peak CVP Project Use Energy Long-term
Average 1922-1990      *(NO CHANGE)*

F-10   Simulated Average Monthly Off-peak CVP Project Use Energy Long-term
Average 1922-1990      *(NO CHANGE)*

F-11   Simulated Average Monthly On-peak CVP Project Use Energy Dry Period
1929-1934      *(NO CHANGE)*

F-12   Simulated Average Monthly Off-peak CVP Project Use Energy Dry Period
1929-1934      *(NO CHANGE)*

F-13   Simulated Average Monthly On-peak CVP Project Use Capacity Long-term
Average 1922-1990      *(NO CHANGE)*

F-14   Simulated Average Monthly Off-peak CVP Project Use Capacity Long-term
Average 1922-1990      *(NO CHANGE)*

F-15   Simulated Average Monthly On-peak CVP Project Use Capacity Dry Period
1929-1934      *(NO CHANGE)*

F-16    Simulated Average Monthly Off-peak CVP Project Use Capacity Dry Period
        1929-1934                                                      *(NO CHANGE)*

F-17    Simulated Average Annual Generation at CVP Powerplants in the Shasta
        and Trinity River Divisions                                    *(NO CHANGE)*

F-18    Simulated Average Annual Generation at CVP Powerplants in the American
        River and West San Joaquin Divisions                          *(NO CHANGE)*

F-19    Simulated Average Monthly CVP Generation Long-term Average
        1922-1990                                                      *(NO CHANGE)*

F-20    Simulated Average Monthly CVP Generation Dry Period 1929-1934  *(NO CHANGE)*

F-21    Simulated Average Monthly Available Capacity Long-term
        Average 1922-1990                                              *(NO CHANGE)*

F-22    Simulated Average Monthly Available Capacity Dry Period 1929-1934 *(NO CHANGE)*

F-23    Simulated Average Monthly Project Use Energy Long-Term
        Average 1922-1990                                              *(NO CHANGE)*

F-24    Simulated Average Monthly Project Use Energy Dry Period
        1929-1934                                                      *(NO CHANGE)*

F-25    Simulated Average Monthly On-peak CVP Project Use Energy Long-Term
        Average 1922-1990                                              *(NO CHANGE)*

F-26    Simulated Average Monthly Off-peak CVP Project Use Energy Long-Term
        Average1922-19904                                              *(NO CHANGE)*

F-27    Simulated Average Monthly On-peak CVP Project Use Energy Dry Period
        1929-1934                                                      *(NO CHANGE)*

F-28    Simulated Average Monthly Project Off-Peak CVP Project Use Energy Dry
        Period 1929-1934                                               *(NO CHANGE)*

F-29    Simulated Average Monthly On-peak CVP Project Use Capacity Long-term
        Average 1922-1990                                              *(NO CHANGE)*

F-30    Simulated Average Monthly Off-peak CVP Project Use Capacity Long-term
        Average1922-1990                                               *(NO CHANGE)*

F-31    Simulated Average Monthly On-peak CVP Project Use Capacity Dry Period
        1929-1934                                                      *(NO CHANGE)*

F-32    Simulated Average Monthly Off-peak CVP Project Use Capacity Dry Period
        1929-1934                                                      *(NO CHANGE)*

## 2.4.6.2 Technical Appendix F—Attachments

**F1 TEIS Impacts Study (Western, 1999)**                              *(NO CHANGE)*

## 2.4.7   Technical Appendix G—Socioeconomics and Environmental Justice

| | |
|---|---|
| SOCIOECONOMICS | *(SEE SUBSECTIONS)* |
| INTRODUCTION | *(NO CHANGE)* |
| AFFECTED ENVIRONMENT | *(NO CHANGE)* |
| TRINITY RIVER BASIN | *(NO CHANGE)* |
| LOWER KLAMATH RIVER BASIN/COASTAL AREA | *(NO CHANGE)* |
| CENTRAL VALLEY | *(NO CHANGE)* |
| ENVIRONMENTAL CONSEQUENCES | *(NO CHANGE)* |
| METHODOLOGY AND IMPACT EVALUATION CRITERIA | *(NO CHANGE)* |
| NO ACTION ALTERNATIVE | *(NO CHANGE)* |

**Maximum Flow Alternative**                                    **(CHANGES FOLLOW)**

**Trinity River Basin**

*Annual Impacts*
**pg. 99**

*2020 Economic Impacts.*—Under the Maximum Flow Alternative, the Trinity Shasta County regional economy would be negatively affected by decreases in spending associated with water-oriented recreation.  Although recreation-related spending associated with use of the Trinity River would increase, these effects would be more than offset by decreases in recreation-related spending associated with use of Trinity and Shasta Reservoirs.  Annual regional economic output would decrease by an estimated $~~6.3~~ 6.6 million, place of work income by $~~2.6~~ 2.7 million, and employment by ~~66~~ 70 jobs (Table TA-54).  These changes are not considered substantial.  Revenues specific to businesses in Trinity County are estimated to increase $2.0 million annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places.  Annual employment in these sectors is estimated to decrease by ~~39~~ 41 jobs, with ~~25~~ 26 of those occurring in the retail trade sector.  These impacts are not considered substantial.  Businesses that primarily cater to persons recreating at Trinity and Shasta Reservoirs, or along the Trinity River, would be most impacted by this alternative.  These businesses include concessionaires, marina operators and other service providers at the lakes, and guiding and recreation services along the river.  Adverse, but not substantial, impacts would be experienced by businesses that serve recreationists at Trinity and Shasta Reservoirs.  Businesses that primarily serve persons recreating along the Trinity River would experience a substantial positive impact.

**FLOW EVALUATION ALTERNATIVE**                          **(CHANGES FOLLOW)**

**Trinity River Basin**

*Annual Impacts*
**pg. 106**

*2020 Economic Impacts*—Under the Flow Evaluation Alternative, the Trinity/ Shasta County regional economy would be positively affected by increases in spending associated with increases in water-oriented recreation.  Recreation-related spending associated with increases in use of the Trinity River and Trinity Reservoir would more than offset the

decreases in recreation-related spending associated with projected declines in use at Shasta Reservoir. Annual regional economic output would increase by an estimated $3.2 3.0 million, place of work income would increase by $2.0 1.8 million, and employment would increase by 66 62 jobs (Table TA-54). These increases are not considered substantial. Revenues specific to businesses in Trinity County are estimated to increase $1.7 million annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places. Annual employment in these sectors is estimated to increase by 43 41 jobs, with 41 39 of those occurring in the retail trade and lodging sectors. These impacts are not considered substantial.

## PERCENT INFLOW ALTERNATIVE                                    (CHANGES FOLLOW)

### Trinity River Basin

*Annual Impacts*
pg. 112

*2020 Economic Impacts*.—Under the Percent Inflow Alternative, the Trinity/ Shasta County regional economy would be negatively affected by decreases in spending associated with declines in water-oriented recreation. Although recreation-related spending associated with use of Trinity Reservoir would increase, these effects would be more than offset by decreases in recreation-related spending associated with declines in use at Shasta Reservoir and along the Trinity River. Annual regional economic output would decrease by an estimated $500,000 800,000, place of work income would decrease by $300,000 400,000, and employment would decrease by 8 12 jobs (Table TA-54). These decreases, however, are not considered substantial. Revenues specific to businesses in Trinity County are estimated to increase by less than $10,000 annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places. Annual employment in these sectors is estimated to decrease by 5 7 jobs, with 3 4 of those occurring in the retail trade sector. These impacts are not considered substantial.

## MECHANICAL RESTORATION ALTERNATIVE                          (CHANGES FOLLOW)

### Trinity River Basin

*Annual Impacts*
pg. 117

*2020 Economic Impacts*—The Trinity/ Shasta County regional economy would be positively affected by the Mechanical Restoration Alternative. The only changes in recreation-related spending would be associated with slight increases in use of the Trinity River for sport-fishing. Annual regional economic output would increase by an estimated $110,000 130,000, place of work income would increase by $60,000 70,000, and employment would increase by 2 jobs (Table TA-54). These increases are not considered substantial. Revenues specific to businesses in Trinity County are estimated to increase by less than $50,000 annually.

## STATE PERMIT ALTERNATIVE

### Trinity River Basin

*Annual Impacts*
**pg. 121**

**2020 Economic Impacts**—Under the State Permit Alternative, the Trinity/ Shasta County regional economy would be negatively affected by decreases in spending associated with declines in Trinity River recreation. Although recreation-related spending associated with use of Trinity and Shasta Reservoirs would increase, these effects would be more than offset by decreases in recreation-related spending along the Trinity River. Annual regional economic output would decrease by ~~$5.9~~ 6.2 million, place of work income would decrease by ~~$3.5~~ 3.6 million, and employment would decrease by ~~115~~ 119 (Table TA-54) jobs. These changes are not substantial. Revenues specific to businesses in Trinity County are estimated to decrease by $1.8 million annually.

The economic sectors most affected by recreation activity are wholesale trade, retail trade, and lodging places. Annual employment in these sectors is estimated to decrease by ~~74~~ 76 jobs, with ~~70~~ 72 of those occurring in the retail trade and lodging sectors. The adverse impacts on the lodging sector are substantial.

## NO ACTION VERSUS PREFERRED ALTERNATIVE                    *(NO CHANGE)*

## EXISTING CONDITIONS VERSUS PREFERRED ALTERNATIVE          **(CHANGES FOLLOW)**

### Trinity River Basin

*Economic Impacts*
**pg. 128**

***Annual Impacts.***—Under the Preferred Alternative, the Trinity/ Shasta County regional economy would be positively affected by increases in spending associated with increases in water-oriented recreation. Annual regional economic output would increase by $2.6 billion, place of work income would increase by ~~$1.4~~ 1.5 billion, and employment would increase by 35,900 jobs (Table TA-54). More than 99 percent of these changes in economic activity are attributable to the effects of increased population on recreation use and spending associated with the Trinity River and Trinity and Shasta Reservoirs. Project-related effects are not substantial.

**Table TA-54 has been modified to more accurately represent annual impacts under each alternative. Table TA-55 has been modified to more accurately represent the data pertaining to the Northern/Central Oregon Coastal Area. See Section 2.4.7.1 for revised Tables TA-54 and TA-55.**

| | |
|---|---|
| **ENVIRONMENTAL JUSTICE** | *(NO CHANGE)* |
| **AFFECTED ENVIRONMENT** | *(NO CHANGE)* |
| **ENVIRONMENTAL CONSEQUENCES** | *(NO CHANGE)* |
| **METHODOLOGY** | *(NO CHANGE)* |
| **NO ACTION** | *(NO CHANGE)* |
| **MAXIMUM FLOW** | *(NO CHANGE)* |
| **FLOW EVALUATION/PREFERRED ALTERNATIVE** | *(NO CHANGE)* |
| **PERCENT INFLOW** | *(NO CHANGE)* |
| **MECHANICAL RESTORATION** | *(NO CHANGE)* |
| **STATE PERMIT** | *(NO CHANGE)* |
| **EXISTING CONDITIONS VERSUS PREFERRED ALTERNATIVE** | *(NO CHANGE)* |

RDD/003670382.DOC (CAH714.DOC)

### 2.4.7.1 Technical Appendix G—Tables

**Tables—Socioeconomics**

| | | |
|---|---|---|
| TA-1 | Economic Regions by County | *(NO CHANGE)* |
| TA-2a | Employment Data for Trinity River Basin | *(NO CHANGE)* |
| TA-2b | Employment Data for Lower Klamath River Basin/ Coastal Area Region, 1992 | *(NO CHANGE)* |
| TA-3 | 1991 Existing Conditions Data for the San Francisco Bay Region, Million 1997 Dollars | *(NO CHANGE)* |
| TA-4 | Subregional Distribution of the California and Oregon Ocean Commercial Salmon Harvest in 1996 | *(NO CHANGE)* |
| TA-5 | Employment Data for Central Valley Regions, 1991 | *(NO CHANGE)* |
| TA-6 | 1991 Existing Conditions Data for the Sacramento River Region, Million 1997 Dollar | *(NO CHANGE)* |
| TA-7 | 1991 Existing Conditions Data for the San Joaquin River Region, Million 1997 Dollars | *(NO CHANGE)* |
| TA-8 | 1991 Existing Conditions Data for the Tulare Region, Million 1997 Dollars | *(NO CHANGE)* |
| TA-9 | Impact Thresholds by Analysis Type and Region | *(NO CHANGE)* |
| TA-10 | Spawning Gravel Cost Comparison | *(NO CHANGE)* |
| TA-11 | Total Costs by Alternative | *(NO CHANGE)* |
| TA-12 | Cost Comparison to No Action Alternative | *(NO CHANGE)* |
| TA-13 | Dam Modification Construction Costs by Alternative | *(NO CHANGE)* |
| TA-14 | Summary of Trinity County Costs | *(NO CHANGE)* |
| TA-14a1 | Construction Costs for New River Restoration Sites – Construction costs for the new river rehabilitation sites are defined as temporary annual costs | *(NO CHANGE)* |
| TA-14a2 | Construction Costs for New River Restoration Sites – Annual construction costs for years 4 and 5 ($2,100,000 of construction costs would be incurred annually comprised of 7 channel restoration sites at $300,000 each) | *(NO CHANGE)* |
| TA-14a3 | Construction Costs for New River Restoration Sites – Annual construction costs for year 6 ($1,800,000 of construction costs would be incurred annually comprised of 6 channel restoration sites at $300,000 each) | *(NO CHANGE)* |
| TA-14b | page 41 | *(NO CHANGE)* |

| TA-14c | Maintenance Costs for New River Restoration Sites | *(NO CHANGE)* |
|---|---|---|
| TA-14d1 | Maintenance Costs for Spawning Gravel (weighted averages across all water year types) | *(NO CHANGE)* |
| TA-14d2 | Maintenance Costs for Spawning Gravel (extremely wet water years) | *(NO CHANGE)* |
| TA-14e | Expanded Dredging Program Costs | *(NO CHANGE)* |
| TA-14f | Expanded Watershed Protection Program Costs | *(NO CHANGE)* |
| TA-15a | In-Region Total Dam Modification Costs by Industry (Temporary Up-Front Costs) | *(NO CHANGE)* |
| TA-15b | In-Region Annual Non-Dam Modification Costs by Industry | *(NO CHANGE)* |
| TA-15c | In-Region Annual Expanded Watershed Program Costs by Industry (Mechanical Restoration and Preferred Alternatives) | *(NO CHANGE)* |
| TA-16 | Projected 2001 Trinity County Employment Information | *(NO CHANGE)* |
| TA-17 | Regional Impacts by Alternative and Cost Type | *(NO CHANGE)* |
| TA-18 | Potential Range in Annual Total Industry Output by Alternative (Change from No Action Alternative) | *(NO CHANGE)* |
| TA-19 | Potential Range in Annual Total Place of Work Income by Alternative (Change from No Action Alternative) | *(NO CHANGE)* |
| TA-20 | Potential Range in Annual Total Employment by Alternative (Change from No Action Alternative) | *(NO CHANGE)* |
| TA-21 | Projected 1995 Trinity County Employment Information | *(NO CHANGE)* |
| TA-22 | Estimated Average Spending per Day by Persons Recreating along the Trinity and Lower Klamath Rivers (1997 dollars) | *(NO CHANGE)* |
| TA-23 | Trinity River Recreation Spending Effects of the Project Alternatives | *(NO CHANGE)* |
| TA-24 | Average Trip-Related Expenditures per Recreation Visitor Day for Trinity and Shasta Lakes (1997 dollars) | *(NO CHANGE)* |
| TA-25 | Net Recreation Expenditure Effects of the Project Alternatives: Trinity Lake | *(NO CHANGE)* |
| TA-26 | Net Recreation Expenditure Effects of the Project Alternatives: Shasta Lake | *(NO CHANGE)* |
| TA-27 | Spending Effects from Sport Fishing on the Lower Klamath River | *(NO CHANGE)* |
| TA-28 | Average per Person per Trip Spending for Ocean Sport Salmon Fishing (1997 dollars) | *(NO CHANGE)* |

TA-29a   Ocean Salmon Sport Fishing Spending: North/ Central Oregon
         Region                                                    *(NO CHANGE)*

TA-29b   Ocean Salmon Sport Fishing Spending: KMZ-Oregon Region    *(NO CHANGE)*

Tz-29c   Ocean Salmon Sport Fishing Spending: KMZ-CA Region        *(NO CHANGE)*

TA-29d   Ocean Salmon Sport Fishing Spending: Mendocino Region     *(NO CHANGE)*

TA-29e   Ocean Salmon Sport Fishing Spending: San Francisco Region *(NO CHANGE)*

TA-29f   Ocean Salmon Sport Fishing Spending: Monterey Region      *(NO CHANGE)*

TA-30    Estimated Average Annual Harvesting Sector Gross Revenues under
         No-Action and With-Project Conditions                    *(NO CHANGE)*

TA-31    Direct Effects on Regional Economics from Hydropower, Change to
         Personal Consumption Expenditure, Million $ Annually      *(NO CHANGE)*

TA-32    Direct Effects on Regional Economics from M&I Water Costs, Change
         to Personal Consumption Expenditure, Million $ Annually   *(NO CHANGE)*

TA-33    Direct Effects on Regional Economics from Agricultural Sector,
         Million $ Annually                                        *(NO CHANGE)*

TA-34    No Action Alternative Economic Levels, Bay Region, Year 2020, 1997
         Dollars                                                   *(NO CHANGE)*

TA-35    No Action Alternative Economic Levels, Sacramento River Region,
         Year 2020, 1997 Dollars                                   *(NO CHANGE)*

TA-36    No Action Alternative Economic Levels, San Joaquin River Region,
         Year 2020, 1997 Dollars                                   *(NO CHANGE)*

TA-37    No Action Alternative Economic Levels, Tulare Lake Region, Year 2020,
         1997 Dollar                                               *(NO CHANGE)*

TA-38    Economic Impacts of Maximum Flow Alternative, Bay Region, by Industry
                                                                   *(NO CHANGE)*

TA-39    Economic Impacts of Maximum Flow Alternative, Sacramento Region,
         by Industry                                               *(NO CHANGE)*

RM-40    Economic Impacts of Maximum Flow Alternative, San Joaquin Region, by
         Industry                                                  *(NO CHANGE)*

TA-41    Economic Impacts of Maximum Flow Alternative, Tulare Region, by
         Industry                                                  *(NO CHANGE)*

TA-42    Economic Impacts of Flow Evaluation Alternative, Bay Region by Industry
                                                                   *(NO CHANGE)*

TA-43    Economic Impacts of Flow Evaluation Alternative, Sacramento Region,
         by Industry                                               *(NO CHANGE)*

TA-44     Economic Impacts of Flow Evaluation Alternative, San Joaquin Region,
          by Industry                                                    *(NO CHANGE)*

TA-45     Economic Impacts of Flow Evaluation Alternative, Tulare Region, by
          Industry                                                       *(NO CHANGE)*

TA-46     Economic impacts of Percent Inflow Alternative, Bay Region, by
          Industry                                                       *(NO CHANGE)*

TA-47     Economic Impacts of Percent Inflow Alternative, Sacramento River Region,
          by Industry                                                    *(NO CHANGE)*

TA-48     Economic Impacts of Percent Inflow Alternative, San Joaquin Region, by
          Industry                                                       *(NO CHANGE)*

TA-49     Economic Impacts of Percent Inflow Alternative, Tulare Region, by
          Industry                                                       *(NO CHANGE)*

TA-50     Economic Impacts of Mechanical Restoration Alternative, Bay Region, by
          Industry                                                       *(NO CHANGE)*

TA-51     Economic Impacts of State Permit Alternative, Bay Region, by Industry
                                                                         *(NO CHANGE)*

TA-52     Economic Impacts of State Permit Alternative, Sacramento Region, by
          Industry                                                       *(NO CHANGE)*

TA-53     Economic Impacts of State Permit Alternative, San Joaquin Region, by
          Industry                                                       *(NO CHANGE)*

TA-54     Trinity River Basin Region (Defined as Trinity and Shasta Counties for
          these Analyses)                                          **(CHANGES FOLLOW)**

TA-55     Lower Klamath River Basin/ Coastal Area Regions           **(CHANGES FOLLOW)**

TA-56     Central Valley Regions                                         *(NO CHANGE)*

**Tables—Environmental Justice**

EJ-1A     Percent of Population by Race 1990 and 1996                     *(NO CHANGE)*

EJ-1B     Population by Race 1990 and 1996                                *(NO CHANGE)*

EJ-2      Income and Poverty Estimates (Ordered by Percent in Poverty in
          Descending Order                                               *(NO CHANGE)*

EJ-3A     Percent Employed by Occupation by Hispanic Origin and Race      *(NO CHANGE)*

EJ-3B     Occupation by Hispanic Origin and Race                         *(NO CHANGE)*

**TABLE TA-54**
Trinity River Basin Region (Defined as Trinity County for Up-front Impacts, and Trinity and Shasta Counties for Annual Impacts ~~These Analyses~~)

| Time of Impact/ Impact Measures/ Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Existing Conditions | No Action Alternative | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Preferred Alternative | |
| | | | | | | Change from No Action Alternative in 2020 | | | | Change from Existing Conditions |
| **Up-front Impacts** | | Year 1995 Totals | Year 2001 Totals | | | | | | | |
| Output/Sales | M$ | 344.2 | 350.6 | 6.2/5.5/3.6a | 1.28 | 1.23 | 2.14 | 0 | 2.14 | 8.54 |
| Income | M$ | 186.1 | 189.5 | 2.95/2.65/1.75a | 0.66 | 0.63 | 1.11 | 0 | 1.10 | 4.5 |
| Employment | Jobs | 4,955 | 5,045 | 77/70/45a | 22 | 21 | 37 | 0 | 37 | 127 |
| Most Impacted Sectors: | | | | | | | | | | |
| Construction | Jobs | 375 | 380 | 18/16/11 | 0 | 0 | 0 | 0 | 0 | 5 |
| Wholesale trade | Jobs | 105 | 105 | 7/6/4a | 1 | 1 | 2 | 0 | 2 | 2 |
| Eating & drinking | Jobs | 225 | 230 | 8/7/4a | 3 | 3 | 5 | 0 | 5 | 10 |
| Auto & service stations | Jobs | 55 | 55 | 11/10/6a | 0 | 0 | 0 | 0 | 0 | 0 |
| **Annual Impacts** | | Year 1995 Totals | Year 2020 Totals | | | | | | | |
| Output/Sales | M$ | 6,078.2 | 8,693.7 | ~~-6.3~~ -6.6 | ~~3.2~~ 3.0 | ~~-0.5~~ -0.8 | ~~-0.11~~ 0.13 | ~~-5.9~~ -6.2 | ~~3.2~~ 3.0 | ~~2,618.7~~ 2,618.5 |
| Income | M$ | 3,377.4 | 4,830.7 | ~~-2.6~~ -2.7 | ~~2.0~~ 1.8 | ~~-0.3~~ -0.4 | ~~-0.06~~ 0.07 | ~~-3.5~~ -3.6 | ~~2.0~~ 1.8 | ~~1,455.3~~ 1,455.1 |
| Employment | Jobs | 83,280 | 119,110 | ~~-66~~ -70 | ~~66~~ 6.2 | ~~-8~~ -12 | | ~~-115~~ -119 | ~~66~~ 62 | ~~35,896~~ 35,892 |
| Most Impacted Sectors: | | | | | | | | | | |
| Wholesale trade | Jobs | 4,900 | 7,010 | -9 | 2 | -1 | 0 | -4 | 2 | 2,112 |
| Retail trade | Jobs | 15,880 | 22,710 | ~~-25~~ -26 | ~~21~~ 20 | ~~-3~~ -4 | 1 | ~~-38~~ -39 | ~~21~~ 20 | ~~6,851~~ 6,850 |
| Lodging places | Jobs | 1,440 | 2,060 | ~~-5~~ -6 | ~~20~~ 19 | ~~-1~~ -2 | 1 | ~~-32~~ -33 | ~~20~~ 19 | ~~640~~ 639 |

aThree estimates reflect dam modification options.  See Section 2.1.3.
M$ = million dollars.

**TABLE TA-55**
Lower Klamath River Basin/Coastal Area Regions

| Impact Subregion/Impact Measures/Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Existing Conditions (1995) | No Action Alternative (2020) | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | | Preferred Alternative |
| | | | | | | | | | | Change from Existing Conditions |
| | | | | Change from No Action Alternative in 2020 | | | | | | |
| **Monterey Coastal Area** | | | | | | | | | | |
| Total output | M$ | 34,214.6 | 51,714.2 | 0 | 0 | 0 | 0 | -13.3 | 0 | 17,499.6 |
| Income | M$ | 19,297.0 | 29,166.8 | 0 | 0 | 0 | 0 | -5.4 | 0 | 9,869.8 |
| Employment | Jobs | 473,210 | 715,190 | 0 | 0 | 0 | 0 | -166 | 0 | 241,980 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 210 | 210 | 0 | 0 | 0 | 0 | -27 | 0 | 0 |
| Seafood processing | Jobs | 2,450 | 2,450 | 0 | 0 | 0 | 0 | -57 | 0 | 0 |
| Wholesale trade | Jobs | 18,920 | 28,600 | 0 | 0 | 0 | 0 | -8 | 0 | 9,680 |
| Retail trade | Jobs | 77,010 | 116,390 | 0 | 0 | 0 | 0 | -24 | 0 | 39.380 |
| Lodging places | Jobs | 12,390 | 18,720 | 0 | 0 | 0 | 0 | -2 | 0 | 6,330 |
| **San Francisco Coastal Area** | | | | | | | | | | |
| Total output | M$ | 351,700 | 430,900 | -159.6 | -32.6 | -12.3 | 2.28 | 13.2 | -32.6 | 79,167 |
| Income | M$ | 199,900 | 245,000 | -79.2 | -16.2 | -6.4 | 0.91 | 7.9 | -16.2 | 45,084 |
| Employment | Jobs | 3,652,600 | 4,560,500 | -1,540 | -310 | -120 | 25 | 110 | -310 | 907,590 |
| Most Impacted Sectors: | | | | | | | | | | |
| Vegetables | Jobs | 1,423 | 1,776 | -165 | -1 | -9 | 0 | 27 | -1 | 352 |
| Canned fruit and vegetables | Jobs | 3,281 | 4,097 | -125 | -24 | -7 | 0 | 21 | -24 | 792 |
| Retail and wholesale trade | Jobs | 746,600 | 932,218 | -327 | -65 | -30 | 6 | 21 | -65 | 185,553 |
| Services | Jobs | 1,154,925 | 1,441,977 | -420 | -85 | -41 | 6 | 38 | -85 | 286,967 |
| Commercial Fishing | Jobs | 1,276 | 1,593 | 3 | 0 | -3 | 3 | -20 | 0 | 317 |
| **Mendocino Coastal Area** | | | | | | | | | | |
| Total output | M$ | 3,111.5 | 4,267.1 | 11.1 | 9.6 | 4.9 | 4.3 | -2.1 | 9.6 | 1,165.2 |
| Income | M$ | 1,560.4 | 2,140.0 | 5.1 | 4.4 | 2.3 | 2.0 | -1.0 | 4.4 | 584.0 |
| Employment | Jobs | 43,630 | 59,835 | 127 | 110 | 57 | 50 | -25 | 110 | 16,315 |

**TABLE TA-55**
Lower Klamath River Basin/Coastal Area Regions

| Impact Subregion/Impact Measures/Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Existing Conditions (1995) | No Action Alternative (2020) | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | Preferred Alternative | |
| | | | | Change from No Action Alternative in 2020 | | | | | | Change from Existing Conditions |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 180 | 180 | 33 | 29 | 14 | 13 | -5 | 29 | 29 |
| Seafood processing | Jobs | 180 | 180 | 31 | 27 | 13 | 12 | -5 | 27 | 27 |
| Wholesale trade | Jobs | 1,360 | 1,870 | 6 | 5 | 3 | 2 | -1 | 5 | 515 |
| Retail trade | Jobs | 8,130 | 11,150 | 18 | 15 | 8 | 7 | -5 | 15 | 3,035 |
| Lodging places | Jobs | 1,710 | 2,350 | 2 | 2 | 1 | 1 | -1 | 2 | 642 |
| **KMZ-California Coastal Area** | | | | | | | | | | |
| Total Output | M$ | 5,086.9 | 6,072.5 | 3.0 | 2.9 | 2.0 | 1.9 | -0.3 | 2.9 | 988.5 |
| Income | M$ | 2,752.4 | 3,285.7 | 1.5 | 1.5 | 1.0 | 0.9 | -0.2 | 1.5 | 534.8 |
| Employment | Jobs | 73,760 | 88,050 | 37 | 36 | 24 | 23 | -4 | 36 | 14,326 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 520 | 520 | 8 | 7 | 5 | 5 | -1 | 7 | 7 |
| Seafood processing | Jobs | 460 | 460 | 7 | 6 | 4 | 4 | -1 | 6 | 6 |
| Wholesale trade | Jobs | 3,210 | 3,830 | 2 | 2 | 2 | 1 | 0 | 2 | 622 |
| Retail trade | Jobs | 13,820 | 16,490 | 8 | 8 | 5 | 5 | -1 | 8 | 2,678 |
| Lodging places | Jobs | 1,390 | 1,650 | 2 | 2 | 1 | 1 | 0 | 2 | 262 |
| **KMZ-Oregon Coastal Area** | | | | | | | | | | |
| Total Output | M$ | 572.4 | 848.4 | 3.9 | 3.7 | 2.8 | 2.6 | -0.5 | 3.7 | 279.7 |
| Income | M$ | 289.9 | 429.7 | 1.7 | 1.6 | 1.2 | 1.0 | -0.2 | 1.6 | 141.4 |
| Employment | Jobs | 9,100 | 13,490 | 62 | 58 | 45 | 43 | -8 | 58 | 4,448 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 130 | 130 | 13 | 12 | 9 | 8 | -1 | 12 | 12 |
| Seafood processing | Jobs | 110 | 110 | 9 | 8 | 6 | 6 | -1 | 8 | 8 |
| Wholesale trade | Jobs | 330 | 490 | 4 | 3 | 3 | 3 | 0 | 3 | 163 |
| Retail trade | Jobs | 2,080 | 3,080 | 18 | 17 | 14 | 13 | -3 | 17 | 1,017 |
| Lodging places | Jobs | 500 | 740 | 3 | 3 | 3 | 2 | -1 | 3 | 243 |

**TABLE TA-55**
Lower Klamath River Basin/Coastal Area Regions

| Impact Subregion/Impact Measures/Economic Sectors | Units | Comparison Bases | | Action Alternatives | | | | | Preferred Alternative | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Existing Conditions (1995) | No Action Alternative (2020) | Maximum Flow | Flow Evaluation | Percent Inflow | Mechanical Restoration | State Permit | | Change from Existing Conditions |
| | | | | Change from No Action Alternative in 2020 | | | | | | |
| **Northern/Central Oregon Coastal Area** | | | | | | | | | | |
| Total output | M$ | 20,757.5 | 27,094.0 | 50.6 51.1 | 47.1 47.5 | 35.6 36.0 | 35.4 35.7 | -41.3 -41.8 | 47.1 47.5 | 6,383.6 6,384.0 |
| Income | M$ | 10,549.2 | 13,768.8 | 19.0 19.3 | 17.7 17.9 | 13.4 13.6 | 13.2 15.4 | -15.5 -15.8 | 17.7 17.9 | 3,237.3 3,237.5 |
| Employment | Jobs | 290,960 | 379,760 | 593 601 | 552 559 | 418 423 | 413 419 | -484 -494 | 552 559 | 89,352 89,559 |
| Most Impacted Sectors: | | | | | | | | | | |
| Commercial fishing | Jobs | 900 | 900 | 109 | 102 | 77 | 74 | -89 | 102 | 102 |
| Seafood processing | Jobs | 1,730 | 1,730 | 181 | 168 | 127 | 127 | -147 | 168 | 168 |
| Wholesale trade | Jobs | 11,260 | 14,700 | 36 | 34 | 26 | 26 | -30 | 34 | 3,474 |
| Retail trade | Jobs | 56,410 | 73,630 | 88 92 | 82 86 | 62 65 | 61 64 | -73 -77 | 82 86 | 17,302 17,306 |
| Lodging places | Jobs | 6,370 | 8,320 | 5 6 | 5 | 4 | 4 | -4 -5 | 5 | 1,955 |

M$ = million dollars.

**2.4.8    Technical Appendix H—Air Quality**

**1.1**      **Air Quality**                                        *(NO CHANGE)*
**1.1.1**    **Climate**                                            *(NO CHANGE)*
**1.1.2**    **Air Quality Standards**                              *(NO CHANGE)*
**1.1.3**    **Environmental Consequences**                         *(NO CHANGE)*
**1.1.4**    **Mitigation**                                         *(NO CHANGE)*

**2.4.8.1 Technical Appendix H—Tables**

H-1    Representative Historical Climate Data in Proximity to Project Site    *(NO CHANGE)*

H-2    State of California and National Ambient Air Quality Standards          *(NO CHANGE)*

H-3    Summary of Monitored $PM_{10}$ Data at Visalia—North Church
       Street Station                                                          *(NO CHANGE)*

H-4    Air Quality Thresholds of Significance                                  *(NO CHANGE)*

H-5    Emission Estimates for Regular (non-construction) Operations for each
       Alternative                                                            *(NO CHANGE)*

H-6    Summary of Each Alternative's Potential Significant Impacts             *(NO CHANGE)*

**Chapter 3**
**Index to the FEIS/EIR**

**CHAPTER 3**

# Index to the FEIS/EIR

agriculture, 162

Agriculture, 9, 19

alluvial, 4, 25, 27, 161

Alluvial, v, 27, 355

aquifer, 31, 32, 161, 162

Aquifer, 31, 162, 172

bald eagle, 16, 354

berms, 25, 26

biological opinion, 2

Biological Opinion, 13, 14, 16, 29, 35, 36, 37, 38, 40, 97, 159, 168, 183, 185, 186

CALFED, 5, 12, 165

California Aqueduct, 164

carryover storage, 2, 13, 14, 23, 35, 37, 38, 39, 40, 168, 169, 177, 178, 179, 180, 186, 188, 190

Carryover storage, 97

CEQA, 20, 21, 22, 23, 25, 353

channel rehabilitation, 3, 5, 13, 14, 17, 18, 25, 26, 36, 37, 38, 39

chinook, 2, 3, 13, 14, 21, 26, 41, 42, 327, 328, 336

Chinook, 42, 328, 332, 333, 335, 336, 339

coho, 13, 14, 21, 26, 41, 42, 327, 328

Coho, iv, 41, 42, 327, 328, 332, 335, 336

Corcoran Clay Member, 31, 162, 172

CVPIA, 5, 12, 23, 42, 165, 182, 183

CVP-OCAP, 97

delta, 16, 157, 158

Delta, v, 2, 3, 5, 7, 12, 16, 21, 24, 28, 29, 36, 37, 38, 39, 40, 97, 157, 158, 159, 160, 165, 166, 167, 173, 175, 176, 183, 185, 186, 333, 334, 356

delta smelt, 16

Delta smelt, 3, 16

endangered, 2, 3, 17, 42, 97, 353, 356

Endangered, 21, 42, 328, 356

endangered species, 97

fisheries, 5, 42, 328

Fisheries, 17, 21, 24, 185, 328, 331, 332, 333, 339

flood control, 14

flooding, 1, 4, 19, 23, 28

Flooding, 4, 9

Folsom Reservoir, iv, 334, 362

foothill yellow-legged frog, 17

generation, 19

geomorphic processes, 25

groundwater, 2, 6, 12, 30, 31, 32, 33, 161, 162, 163, 164, 165

Groundwater, 12, 13, 19, 30, 32, 161, 162, 163, 164, 170, 171, 172, 173

groundwater levels, 12, 30, 31, 33, 162, 163

groundwater pumping, 2, 12, 30, 31, 32, 162, 163, 164

groundwater quality, 32, 163, 165

hatchery, 41, 327

Hatchery, 10, 26, 41, 327, 332, 336

hydrographs, 25

hydrology, 28, 36, 176

Hydrology, 27, 157, 339

hydropower, 21

Hydropower, 9

inner-tubing, 357, 362, 363

kayaking, 357, 359, 362, 363

Keswick Reservoir, 157, 158

mitigation, 6, 10, 13, 14, 16, 17, 18, 22, 40, 41

native plant, 21, 353

NEPA, 22, 25, 353

Oroville Reservoir, 334

overdraft, 30, 32, 162, 163

PEIS, 23, 182, 183, 358

permits, 13, 23

rafting, 357, 359, 362, 363

recreation, 4, 18, 48, 357, 358, 359, 360, 361, 362, 363

Recreation, iii, iv, v, 4, 18, 328, 357, 358, 360, 361, 362, 363

recreation benefits, 360, 361

recreation opportunities, 4, 358

recreation season, 18, 48, 359, 360, 361, 362, 363

recreation use, 4, 358

Recreation use, 360, 361

Recreational mining, 362, 363

refuge water supplies, 11, 157

rehabilitation, 5, 14, 25, 26, 97

Rehabilitation, v, 97

reservoir, 4, 10, 12, 13, 36, 37, 159, 160, 161, 165, 168, 183, 186, 388, 392

Reservoir, iv, v, 3, 29, 34, 36, 39, 157, 158, 159, 160, 161, 168, 183, 185, 187, 335, 339, 354, 360, 361, 362

Reservoir elevations, 354
Reservoirs, 16, 18, 181, 187, 330, 360
responsible agencies, 24
riparian berm, 25, 26
riparian vegetation, 17, 26
riverine, 358
Riverine, iv, 18, 355, 356, 357, 361, 362, 363
Sacramento River, iii, 1, 2, 3, 11, 13, 14, 21, 23, 36, 37, 38, 39, 40, 41, 159, 162, 163, 164, 168, 169, 171, 172, 173, 182, 183, 186, 330, 333, 339, 358
Sacramento Rivers, 14, 21
San Joaquin Valley, 9, 12, 30, 31, 32, 33, 163, 165, 172
San Luis Reservoir, 39, 175, 334
scoping, 353
Scoping, 22
sediment, 2, 3, 10, 25, 35, 39, 97
Sediment, 97, 165
Shasta Reservoir, iv, 2, 7, 9, 29, 35, 36, 37, 38, 39, 40, 157, 158, 159, 168, 169, 174, 175, 177, 178, 179, 180, 183, 185, 334, 354, 362
Socioeconomics, iii, 5, 32, 163
spawner escapement, 327, 328
special-status species, 353
sport fisheries, 42, 328
steelhead, 14, 21, 26, 41, 327
Steelhead, 10, 21, 42, 328, 332, 333, 335, 336
subsidence, 2, 12, 30, 32, 161, 162, 163, 164
Subsidence, 163, 172, 173

SWP, 16, 24, 28, 30, 32, 33, 40, 157, 162, 186
temperature objectives, 13, 14, 33, 34, 35, 36, 37, 38, 168
threatened, 3, 17, 21, 30, 42, 162, 328, 353, 356
TRD, 1, 2, 3, 23, 29, 36, 37, 38, 39, 157, 158, 159, 160, 161, 168, 169, 358
TRFES, 24, 34, 189
tribal fisheries, 328
Trinity Reservoir, 4, 7, 9, 16, 18, 28, 29, 158, 159, 160, 161, 174, 177, 178, 179, 180, 188, 190, 334, 354, 357, 360, 361, 362
TRRP, 8, 10, 41
TRSSH, 24, 332, 335
trustee agencies, 21
vegetation, 17, 25, 353
Vegetation, iii, 4, 8, 17, 353, 355
water quality, 2, 3, 6, 13, 14, 18, 30, 35, 36, 37, 38, 39, 40, 41, 42, 159, 161, 164, 165, 167, 168, 183, 186
water rights, 5, 11, 21, 28, 29, 157, 160, 186
Water Rights, 1, 23
water service contracts, 22, 28, 29, 157, 186
watershed, 1, 3, 5, 21, 22, 39, 97
Watershed, 10, 24, 97
Weitchpec, 27, 33, 187, 357
western pond turtle, 17
Whiskeytown Reservoir, 334
Yurok, iv, 1, 3, 24, 42, 328
Yurok Reservation, 4

# Chapter 4
# Appendices

**Appendix A
DEIS/EIR Distribution Report and FEIS/EIR
Distribution List**

**APPENDIX A**

# DEIS/EIR Distribution Report and FEIS/EIR Distribution List

## DEIS/EIR Distribution Report

### United States Senate and House of Representatives

United States Senate
> Barbara Boxer
> Dianne Feinstein

United States House of Representatives
> Gary Condit
> Calvin Dooley
> John Doolittle
> Wally Herger
> Steve Lanich, Committee on Resources
> Robert T. Matsui
> George Miller
> Doug Ose
> Richard W. Pombo
> George Radanovich
> Robert Smith
> William M. Thomas
> Mike Thompson

## Federal Agencies

### U.S. Department of Agriculture

Forest Service
> L. Everest
> Ralph Phipps, Environmental Coordinator

Natural Resources Conservation Service
> J Spear, Soil Conservation Service
> L. A. Brooks

Six Rivers National Forest, Carolyn Cook

**U.S. Department of Commerce**

> National Marine Fisheries Service
>> Don Reck
>> Gary Stern
>> Robert Ziobro

**U.S. Department of Defense**

> U.S. Army Corps of Engineers, Jane Hicks

**U.S. Department of Energy**

> Bonneville Power Authority, Director 26
> Western Area Power Administration, Nanette Englebrite, Water Management

**U.S. Department of the Interior**

>> S. Bergstrom
>> John Bezdek
>> S. Blackwell
>> D. Cottingham
>> Anne Crichton
>> B. Geigle
>> David Hayes
>> Nancy Hayes
>> D. Jacobsen
>> Jim Monroe
>> P.S. Port
>> H. Sibbison
>> Holly Wheeler
>> Michael Young

> Bureau of Indian Affairs, R. Fieltz

> Bureau of Land Management
>> Karl Stein
>> Eric Morgan
>> C. Schultz

> Bureau of Reclamation
>> Gary Baker
>> Susan Black
>> Donna Darr
>> Frank Michny
>> Jon Platt
>> Russell Smith
>> Edward Solbos
>> B. Sullivan
>> Ramona Swafford
>> Lenore Thomas

National Park Service, Brian Cluer, Water Resource Division

**U.S. Department of Justice**

Maria Izuka, General Litigation Section
Lyn Jacobs, Wildlife Section

**U.S. Environmental Protection Agency**

J. Parrish
Laura Fujii
Suesan Saucerman

**U.S. Fish and Wildlife Service**

Mark Cantrell
Jay Glase
Rowan Gould
Ann Gray
Sharon Gross
B. Halstead
Andy Hamilton
Ben Harrison
Derek Hilts
Tom DH Kisanuki
M. Knapp
M.E. Mueller
Joe Polos
William F. Shake
P. Zedonis

## State Legislature

Robert Fabor, Subcommittee on Water and Power
K. Kashkooli, Speaker of the Assembly

## State Agencies

California Attorney General's Office
Clifford Lee
Marion Moe

CALFED Bay-Delta Program
Rick Breitenbach
Mark Cowin

California Department of Fish and Game
    Bernard Aguilar
    N. Manji
    Mark Stopher
    Michael Wallace

California Department of Forestry and Fire Protection, Bill Stewart

California Department of Transportation, Larry Moore

California Department of Water Resources
    W.J Bennett
    Ralph Hinton
    B. Mendenhall
    Ted Thomas

California Regional Water Quality Control Board
    Central Valley Region, D. Wilson
    Northern California Region, Lee Michlin

California State Clearinghouse

California State Water Resources Control Board, M. Falkenstein

California State Land Commission, D. Sanders

## Indian Tribes

Hoopa Tribal Fisheries, James Wroble
Hoopa Valley Newspaper, Kristi Shelloner
Hoopa Valley Tribe, Chairman
Hoopa Valley Tribe, Mike Orcutt
Karuk Tribe, Chairman
Karuk Tribe
    R. Pierce
    R. Rohde
Klamath Tribe of Oregon, Chairman
Modoc-Lassen Indian Housing Authority, Phil Bush
Yurok Fisheries, Mike Belchik
Yurok Tribe, Chairman
Yurok Tribe
    Dave Hillemeier
    D. Williams

## Colleges and Universities

California State University- Sacramento, William E. Avery, Department of Biological Sciences

Salem State College, John Hayes, Department of Geography

Humboldt State University, Dr. Michael Smith, Department of Natural Resources & Interpretation

Humboldt State University, Dave Hankin, Fisheries Department

Northwestern University, Paul Friesema, Environmental Policy Program

University of California-Davis, Mark Grismer, LAWR Hydrology

University of Wisconsin-Madison, Professor Stephen Born, Department of Urban & Regional Planning

## Public Libraries and Copy Centers

Alameda Free Library
Beale Memorial Library
Cesar Chaves Central Library
California State Library, Information and Reference Center
Colusa County Free Library
Contra Costa County Library
Coos Bay Public Library
Del Norte County Library District
Fresno County Library, Central Branch
Humboldt County Library
Humboldt State University Library
Lake County Library
Los Angeles Public Library
Marin County Free Library
Mendocino County Library
Menlo Park Public Library
Merced County Library
Modesto Jr. College Library
Monterey Public Library
Sacramento Public Library
San Francisco public Library
San Jose Public Library
Santa Cruz Public Library
Shasta County Public Library
Siskiyou County Free Library
Sonoma County Library
Tehama County Library
Trinity County Free Library
Willows Public Library
California State University-Sacramento Library
National Clearinghouse Library
University of California-Berkeley, Water Resources Center Archive
University of California, Government Information Shields Library
U.S. Geological Survey Library

Kinko's
    San Francisco, CA
      Eureka, CA
Sir Speedy
    Sacramento, CA

## Environmental and Recreational Organizations

American Whitewater
      Aida Parkinson
      Kevin Lewis
California Sportfishing Protection Alliance, Robert J. Baiocchi
California Trout, Melissa Miller
CAL-Trout, Tom Weseloh
Friends of the River, Steve Evans
Friends of the Trinity, B.W. Leydecker
Mad River Biologists, Ron LaValley
Mattole Salmon Group, Gary Peterson
Natural Resources Defense Council, Barry Nelson
Sierra Club, Jennifer Witherspoon
Wilderness Adventures Inc.

## Municipalities and Counties

City of Redding Electric Utility
      James Feider
      Lowell Watros
City of Eureka, Department of Public Works, Eureka, CA, Donald Tuttle
City of Roseville, Derrick Whitehead, Environmental Utilities Administration
Placer County Water Agency, Stephen Jones
Shasta County Board of Supervisors, Trish Clarke
Shasta County Public Works Department,  Eric Wedemeye
Trinity County N.R.D., Tom Stokely
Trinity County, RCD

## Irrigation Districts and Power and Water Management Agencies

California Urban Water Agencies, Byron M Buckley
Contra Costa Water District, Richard A. Denton
East Bay Municipal Utility District, Judith A. Garland
Glenn-Colusa Irrigation District, Don Bransford
Metropolitan Water District of Southern California, Rick Sipps
Modesto Irrigation District, William R. Johnston
Sacramento Municipal Utilities District
      Brian Jobson
      P. Olmstead
Sacramento Regional Wastewater Treatment Plant, Robert Seyfried
San Luis & Delta Mendota Water Authority, Tom Boardman
Tehama-Colusa Canal Authority
Trinity Public Utilities District (PUD)

Westlands Water District
 Mark Carpenter
 T. Birmingham

## Industry Associations

California Farm Bureau Federation, Brenda J. Southwick
CVP Water Association
 Jason Peltier
 Greg Wang
 Serge Birk
Humboldt Fish Marketing Association, Ken Bay
Northern California Water Association, Dan Keppen
PCF Fisherman's Association, J. Smith
State Water Contractors Association, Terry Erlewine

## Interested Individuals

J.M. Aaron
Gail Achterman
Carol Adams
Mark Albert
Don Allen
Dave Anderson
Mark Anderson
Tina Andolina
J. Mark Atlas

Bob Baiocchi
John Bair
K. Baldwin
Jason Bass
Donna Bassi
D. Baston
Scott Bauer
R. Beaman
Tom Berliner
E. Binyon
Thomas W. Birmingham
Bob Bisch
Mike Blackwell
David Blau
Bridgitte Blumer
J. Bower
Rudy Breuning
Bridgette, Borcalli & Associates
Jeff Bright
M. Bright

Carrie Brown
Rob Brunet
Bernard Bryson
Dan Buckley
Denny Bungarz
Tom Burlener
Craig Burns
R. Burrows
Glenn Burton
Bernie Bush, Simpson Timber Industry

C. Campbell
Michael Campbell
D. Carbanneau
Mark Carlson
Jim Carpenter
Marc Carpenter
Gary Carter
L. Caward
Jane O Christensen
Bev Clairfield
J.E. Clarke, Jr
Tom Cleary
Griff Coleman
Walter Cook
K. Cox
Clay Crispin
Forrest Cross

Doris O. Dawdy

Ed de la Torre
Chuck DeJournette
Jim DeStaso
Glenn Allen Destatte
Bill Devall
Eihnard Diaz
Bruce Digennaro
Daniel M. Dooley
K. Doyle
Sandra Dunn
Dane Durham

Richard Ealey
Paul Engellmeyer

Mike Feil
Warren Felger
L. Fernandez
Robert N. Ferroggiaro
Genell Fitch
Steve Fitch
E. M. Flickwir
Roger Fontes
Dennis Fox
J. Frank
R. Franklin
Don Frogner
Donald Frogher
Pat Frost
Zeppie Fulang

Chris Gannen
O. George
S. Germanas
Eric Gerstung
Parker Godar
Janet K. Goldsmith
G. Gordon
Jordan Graham
J. Graziani
Lloyd Green
Jan Grinde
Christine Grinder
J. Grondalski
George Guillen
W. Gurwitz
M. Gutman

Annette Hale
Ray Hansen
Al & Yvonne Hanson
J. Hargadon
Russel Haynes
W. Heaton
Tom Hesseldenz
Terrence Hollingworth
J.P. Holloway
Jessica Hoole
David Hoopaugh

Wendy Illingworth
Dan Israel
Denise Issac

J.A. Jenny
D. Johnson
Drake Johnson
Nathan Joyner

Greg Kamman
Jack Kasprzycki
Dennis R Keller
Bill Kier
Aaron King
L. Kleven
John Kolarik
K. Krauss
Carol Krueger
Tom Kutz

Aldaron Laird
Chuck Lane
Eric Larkin
M. Lasmanis
Rick Latham
D. Laughlin
James Leon
John Lindberg
David Lindgren
N.S. Lomba
Gary Loomis
Marshall Losket
M. Loskot
R. Lozano

L. Lundberg

B. MacDonald
E. Malmquist
Jerry Maltby
Roger Mann
Mike Marcus
B. Marvin
Scott McBain
J. McClelland
Terrie McClelland
George McColm
Daniel A. McDaniel
Ken McDonald
Melvin McKinney
Joe Membrino
Joe Mercien
B.J Miller
Don Miller
Jeff Miller
Hans Millican
Jeremy Mills
Tom Mills
Pat Minturn
M.L. Moore
Jim Moose
Gary Morashima
Barry Mortimer
Brad Munson
Susan Murphy

Duane Neitzel
Denver Nelson
C & P Netzow
S. Neylan
Ron Nichols
Mary Ann Nicholson
Vanessa Nishikawa
Jesse Noel

T. O'Dell
Amanda Olekszulin
P. Ostrouski

Felice Pace
Jim Parker
Stephen Passek

Elizabeth Patterson
R. Pederson
Joe Petrofsky
M. Petrofsky
S. Porter
Anna Price

John Reuben
B. Riese
Stuart Robertson
Julie Rodgers
Wayne J Rose
Spreck Rosekrans
Tim Roth

Jim Scherar
Paul Scheuerman
Tom Schlosser
Carl Schwarzenberg
Donna Seegmueller
Dick Selike
Gary Seput
Don Sevara
Bo Seyfried
J & D Shapiro
Roger Sherwood
Amy Shine
Albie Smith
Bonnie Smith
Felix Smith
Mike Smith
Victoria Smith
Jim Snow
Jim Staker
Linda Stanley
Daniel B Steiner
Ian Stetson
Tom Stewart
Frank R. Stolten
Tessa Stuedli
Dee E. Swearingen

Patrick E. Thomas, Sr.
Robert Tierney
Gene Toschi
Naomi Tower
B. Travers

APPENDIX A DEIS/EIR DISTRIBUTION REPORT AND FEIS/EIR DISTRIBUTION LIST

Dan Viele

Rene Wallace
Thomas Walz
Gregory Wang
John Ward
William Ward
Heather Warfield
Gerald Waybright
Bob Webster
Thomas Wegge
Dave Wegner
Richard Welsh
Tom Weseloh
Jim White
Charles Whitney
R. Wiegel
Eugene Wier
Gary Wiesenborn
Clark Williams
Jack Williamson
Steve Witter
Kevin Wolf
M.H. Wolfe
CS Workman-Flowers
M. Wright
Kristi Wrigley

Dan Zaffarano
Steve Zaharris
Steve Ziegler

# FEIS/EIR Distribution List[a]

## United States Senate and House of Representatives

United States Senate
> Barbara Boxer
> Dianne Feinstein

United States House of Representatives
> Gary Condit
> Calvin Dooley
> John Doolittle
> Wally Herger
> Steve Lanich, Committee on Resources
> Robert T. Matsui
> George Miller
> Doug Ose
> Richard W. Pombo
> George Radanovich
> Robert Smith
> William M. Thomas
> Mike Thompson

## Federal Agencies

### U.S. Department of Agriculture

Forest Service, Ralph Phipps*
Klamath National Forest, Michael P. Lee
Six Rivers National Forest, Carolyn Cook

Natural Resources Conservation Service
> J. Spear
> L. A. Brooks

### U.S. Department of Commerce

National Oceanic and Atmospheric Administration, Pacific Fisheries Management Council, Jim Lone, Chairman

National Marine Fisheries Service
> Don Reck
> Gary Stern
> Robert Ziobro

---

a The individuals marked with an asterisk (*) specifically requested a copy of the FEIS/EIR in their comment letters.  The other individuals listed either requested a copy of the DEIS/EIR and/or sent in a comment letter.

**U.S. Department of Defense**

U.S. Army Corps of Engineers, Jane Hicks

**U.S. Department of Energy**

Bonneville Power Authority, Director 26
Western Area Power Administration, Nanette Englebrite

**U.S. Department of the Interior**

S. Bergstrom
John Bezdek
S. Blackwell
Anne Crichton
B. Geigle
David Hayes
Nancy Hayes
Adrienne Marks
Jim Monroe
P.S. Port
Janice Schneider
Holly Wheeler

Bureau of Indian Affairs
R. Fieltz
Ronald Jaeger

Bureau of Land Management
Eric Morgan
C. Schultz
Karl Stein

Bureau of Reclamation
Gary Baker
Susan Black
Chet Bowling
Donna Darr
Frank Michny
Jon Platt
Kirk Rodgers
Russell Smith
Lester Snow
Edward Solbos
Ramona Swafford
Lenore Thomas

National Park Service, Brian Cluer, Water Resource Division

**U.S. Department of Justice**

>Maria Izuka, General Litigation Section
>Lyn Jacobs, Wildlife Section

**U.S. Environmental Protection Agency**

>David Farrel, Region IX*
>Laura Fujii
>J. Parrish
>Suesan Saucerman

**U.S. Fish and Wildlife Service**

>Mark Cantrell
>D. Cottingham
>John Engbring (CNO)
>Jay Glase
>Rowan Gould
>Ann Gray
>B. Halstead
>Ben Harrison
>Derek Hilts
>Tom DH Kisanuki*
>M. Knapp
>M.E. Mueller (CNO)
>Joe Polos
>Michael Spear (CNO)
>Paul Zedonis

## State Legislature

Senate District 2, Senator Wesley Chesbro
Senate District 4, Senator K. Maurice Johannessen
Speaker of the Assembly, K. Kashkooli
Subcommittee on Water and Power, Robert Fabor

## State Agencies

California Attorney General's Office
>Clifford Lee
>Marion Moe

CALFED Bay Delta Program
>Rick Breitenbach
>Mark Cowin

California Department of Fish and Game
>Bernard Aguilar
>Ryan Broddick, Chief Deputy Director
>Robert Hight, Director

> N. Manji
> Mark Stopher
> Michael Wallace

California Department of Forestry and Fire Protection, Bill Stewart

California Department of Transportation
> Larry Moore
> Andrea Redamonti

California Department of Water Resources
> W.J Bennett
> Ralph Hinton*
> B. Mendenhall
> Ted Thomas*

California Regional Water Quality Control Board
> Central Valley Region, D. Wilson
> Northern California Region, Lee Michlin

California Resources Agency, Mary Nichols

California State Water Resources Control Board, M. Falkenstein

California State Land Commission, D. Sanders

Governor's Office of Planning and Research, California State Clearinghouse, Terry Roberts

## Indian Tribes

Hoopa Valley Newspaper, Kristi Shelloner
Hoopa Valley Tribe, Chairman
Hoopa Valley Tribe, Fisheries Department, James Wroble
Hoopa Valley Tribe, Mike Orcutt
Karuk Tribe, Chairman
Karuk Tribe
> R. Pierce
> R. Rohde
Klamath Tribe of Oregon, Chairman
Modoc-Lassen Indian Housing Authority, Phil Bush
Nor-Rel-Muk Nation, Raymond Patton, Tribal Chair
Yurok Tribe, Chairman
Yurok Tribe
> Troy Fletcher
> Dave Hillemeier
> Susan Masten
> Charlie Chamberlain

## Colleges and Universities

California State University- Sacramento, William E. Avery, Department of Biological Sciences

Southwestern College, Steven J. Bossi

Humboldt State University, Dr. Michael Smith, Department of Natural Resources & Interpretation

Humboldt State University, Dave Hankin, Fisheries Department

Northwestern University, Paul Friesema, Environmental Policy Program

University of California-Davis, Mark Grismer, LAWR Hydrology*

## Public Libraries and Copy Centers

Alameda Free Library
Beale Memorial Library
BLM/ FWS Interagency Library
Cesar Chaves Central Library
California State Library, Information and Resource Center
Colusa County Free Library
Contra Costa County Library
Coos Bay Public Library
Del Norte County Library District
Fresno County Library, Central Branch
Humboldt County Library
Humboldt State University Library
Lake County Library
Los Angeles Public Library
Marin County Free Library
Mendocino County Library
Menlo Park Public Library
Merced County Library
Modesto Jr. College Library
Monterey Public Library
Sacramento Public Library
San Francisco Public Library
San Jose Public Library
Santa Cruz Public Library
Shasta County Public Library
Siskiyou County Free Library
Sonoma County Library
Tehama County Library
Trinity County Free Library
Willows Public Library
California State University-Sacramento Library, Eileen Hauser
National Clearinghouse Library
U.S. Bureau of Reclamation Library, Dorie McDonald
University of California-Berkeley, Water Resources Center Archive
University of California, Government Information Shields Library, Marcia Meister
U.S. Geological Survey Library, Nancy Blair

Kinko's
    San Francisco, CA
    Eureka, CA
Sir Speedy
    Sacramento, CA

## Environmental and Recreational Organizations

American Whitewater
    Aida Parkinson*
    Kevin Lewis
California Sportfishing Protection Alliance, Robert J. Baiocchi
CAL-Trout
    Tom Weseloh
Environmental Defense Center
    Spreck Rosekrans, Senior Analyst
Federation of Fly Fishers, Daniel A. McDaniel
Friends of the River, Steve Evans
Friends of the Trinity, Byron Leydecker, Chair
Gold Country Paddlers, Paul Clark, Conservation Chair
International Rivers Network, Elizabeth Brink, Associate Coordinator
Maidu Group of the Mother Lode Chapter, Alice Q. Howard, Conservation Chair
Marin Conservation League, Kathy Lowrey, President
Mad River Biologists, Ron LaValley*
Mattole Salmon Group, Gary Peterson*
Natural Resources Defense Council, Barry Nelson
Salmon & Steelhead Recovery Coalition, Jud Ellinwood, Coordinator
San Joaquin River Group, Allen Short, Coordinator
Sierra Club, Redwood Chapter
    Jennifer Witherspoon
The Northcoast Environmental Center, Tim McKay, Executive Director
Trout Unlimited, Stephen D. Trafton, California Policy Coordinator
Wilderness Adventures Inc.*

## Municipalities and Counties

City of Eureka, Department of Public Works, Eureka, CA, Donald Tuttle*
City of Redding, Robert C. Anderson, Mayor
City of Roseville, Derrick Whitehead, Environmental Utilities Administration
County of Del Norte, Board of Supervisors, David Finigan, Chairman
County of Humboldt, Board of Supervisors, Stan Dixon, Chairman
Shasta County Board of Supervisors
    Trish Clarke
    Glenn Hawes, Chairman
Shasta County Public Works Department,  Eric Wedemeyer
Trinity County Board of Supervisors, Ralph Modine, Chairman
Trinity County N.R.D., Tom Stokely

## Irrigation Districts and Power and Water Management Agencies

Clear Creek Community Service District, Char Workman-Flowers, General Manager
City of Redding Electric Utility
    James Feider
Contra Costa Water District, Richard A. Denton
East Bay Municipal Utility District, Judith A. Garland
Glenn-Colusa Irrigation District, Don Bransford
Metropolitan Water District of Southern California, Rick Sipps
Modesto Irrigation District, William R. Johnston
Northern California Power Agency, George Fraser, General Manager
Placer County Water Agency, Stephen Jones
Sacramento Municipal Utilities District
    Brian Jobson, Principal Power Contract Specialist
Sacramento Regional Wastewater Facility
    T. Wendell Kido, District Manager
San Benito County Water District, John S. Gregg, District Manager
San Luis & Delta Mendota Water Authority, Tom Boardman
Sonoma County Water Agency, Jane O. Christensen
Tehama-Colusa Canal Authority, Art Bullock, General Manager
Trinity County Public Utilities District (PUD), Board of Directors, Richard Adkins, President
Westlands Water District
    James Snow

## Industry Associations

California Farm Bureau Federation, Brenda J. Southwick*
California Urban Water Agencies, Byron M. Buck, Executive Director
Central Valley Project Water Association
    Jason Peltier, Manager
Humboldt Fish Marketing Association, Ken Bay
Northern California Water Association, Dan Keppen, Member and Government Relations
PCF Fisherman's Association
    J. Smith
State Water Contractors Association
    Terry Erlewine

## Public Interest Groups

League of Women Voters, Byrd A. Lochtie, President

## Interested Individuals

Mark Albert*
Tina Andolina
J. Mark Atlas*

Battelle-Northwest, Duane Neitzel*
R.W. Beck, Barry Mortimeyer*
Tom Berliner*

Thomas W. Birmingham*
Denny Bungarz*
Robert Burrows*

Gary Carter*
Walter Cook*

DeCuir & Somach, Sandra Dunn*
Chuck DeJournette
Jim DeStaso*
Glen Destatte*
Bill Devall*
Daniel M. Dooley*
Dane Durham*

EDAW, Inc., David Blau*

Felger & Associates, Warren Felger*
Roger Fontes*
Dennis Fox

Janet K. Goldsmith*

Terrence Hollingworth*

Drake Johnson*
Nathan Joyner*

Greg Kamman
Kier Associates, Bill Kier*
Kronick, Moskovitz, & Tiedemann*
Carol Krueger*

Chuck Lane*
N.S. Lomba*

Roger Mann
Scott McBain
George McColm*
Daniel A. McDaniel*
Joe Membrino
Joe Mercien*
Don Miller*
Tom Mills*
Pat Minturn*
Montgomery Watson, Vanessa Nishikawa
Jim Moose

Denver Nelson

Jim Parker*
Stephen Passek*

John Reuben
William A. Richards*
Wayne J Rose*
Tim Roth*

Paul Scheuerman
Gary Seput*
Simpson Timber, T. O'Dell*
Felix E. Smith*
Frank R. Stolten*
Surface Water Resources, Linda Standler*
Dee E. Swearingen

Dan Viele

Greg Wang*
John Ward*
Bob Webster*
Thomas Wegge
Richard A. Welsh*
Kevin Wolf*
M.H. Wolf*

# Appendix B
# Biological Assessment

**APPENDIX B**

# Biological Assessment

The information comprising the Biological Assessment (BA) consists generally of information drawn from previously circulated public documents, such as the *Central Valley Project Improvement Act Programmatic Environmental Impact Study* and the *Trinity River Flow Evaluation Study*, and the results of prior endangered species consultations conducted between the U.S. Bureau of Reclamation, U.S. Fish and Wildlife Service, and National Marine Fisheries Service.  A description of the information comprising the BA and a listing of the associated documents is provided in the following letters.

All of the information comprising the BA will be made available for review by the federal decision-maker as part of the review of the information contained in the administrative record.  Requests for copies of the documents that comprise the BA should be made to:

Lester Snow
Regional Director
Bureau of Reclamation
Mid-Pacific Regional Office
2800 Cottage Way
Sacramento, CA  95825-1898
(916) 979-2066

# Letter to the U.S. Fish and Wildlife Service

# United States Department of the Interior

BUREAU OF RECLAMATION
Mid-Pacific Regional Office
2800 Cottage Way
Sacramento, California  95825-1898

IN REPLY
REFER TO:
MP-150
ENV-7.00

JUN – 6 2000

MEMORANDUM

To:     Field Supervisor, Sacramento Fish and Wildlife Office, U.S. Fish and Wildlife Service
        Sacramento, California

From:   FOR Lester A. Snow
        Regional Director

Subject:  Trinity River Mainstem Fishery Restoration Program - Request for Formal
          Consultation

I am writing to request reinitiation of formal consultation under §7 of the Endangered Species Act, pursuant to 50 C.F.R. 402.16(b), for the potential adverse effects upon the threatened delta smelt (*Hypomesus transpacificus*) and its designated critical habitat, threatened bald eagle (*Haliaeetus leucocephalus*), endangered salt marsh harvest mouse (*Reithrodontomys raviventris*), and endangered California clapper rail (*Rallus longirostris obsoletus*) that may result from changes in operation of the Central Valley Project (CVP) due to implementation of the Preferred Alternative for the proposed Trinity River Mainstem Fishery Restoration Program ("Preferred Alternative"). Reinitiation of consultation is appropriate due to the potential for changed circumstances from those evaluated in the biological opinion titled *Formal Consultation and Conference on Effects of Long-term Operation of the Central Valley Project and State Water Project on the Threatened Delta Smelt, Delta Smelt Critical Habitat, and Proposed Threatened Sacramento Splittail*, dated March 6, 1995, at Attachment 1, and the biological opinion titled *Formal Endangered Species Act Consultation on Effects of Implementing Long Term Operational Criteria and Plan {"OCAP"} for Central Valley Project Reservoirs*, dated February 12, 1993, at Attachment 2. Additionally, we are supplementing our request for conversion of a conference opinion to a formal biological opinion over the potential for adverse effects to the threatened Sacramento splittail (*Pogonichthys macrolepidotus*), resulting from operation of the CVP, dated February 18, 1999.

We are also writing to initiate informal consultation on implementation of the Preferred Alternative upon the bald eagle and the threatened Northern spotted owl (*Strix occidentalis*) within the Trinity River watershed. Based on information described in the *Biological Assessment for Those Actions in the Preferred Alternative of the Proposed Trinity River Mainstem Fishery Restoration Program That May Affect Listed Species and Their Designated Critical Habitat in the Trinity and Klamath Rivers*, provided at Attachment 3, we believe that implementation of the proposed project may affect, but is not likely to adversely affect, either species within the geographic area described in that enclosure, nor is it likely to adversely modify designated critical habitat for the Northern spotted owl.

The Preferred Alternative consists of a combination of a change in the flow regime on the Trinity River, downstream of Lewiston Dam, combined with mechanized channel restoration projects within the

channel and floodway of the mainstem of the Trinity River, and with watershed restoration actions in the Trinity River watershed. A more detailed description of the Preferred Alternative is found under the heading "Flow Evaluation Alternative"[1], at Chapter 2 in the draft Environmental Impact Statement/Environmental Impact Report for the Trinity River Mainstem Fishery Restoration Program ("Trinity DEIS/EIR"), at Attachment 4. The purpose of the proposed action is to restore and maintain the natural production of anadromous fish on the Trinity River mainstem downstream of Lewiston Dam. Implementation of the Preferred Alternative may necessitate revised operations within other elements of the CVP, in order to minimize the potential for adverse effects to listed anadromous fish species and their designated critical habitat, within the central valley of California. A description of these potential actions are described Chapter 3 and Appendix A of the Trinity DEIS/EIR, and in the *Biological Assessment for Effects of the Central Valley Project and State Water Project Operations from October 1998 through March 2000 on Steelhead and Spring-run Chinook Salmon*, a copy of which is included at Attachment 5.

The specific areas where the listed species occur, that may be affected by the implementation of the Preferred Alternative, include the Trinity River below Lewiston Reservoir, the Sacramento River below Keswick Dam, two California Water Project Reservoirs (Lake Oroville and San Luis Reservoir), and the Feather River below Oroville Dam; Folsom Reservoir and the lower American River, below that reservoir; Millerton Reservoir and the San Joaquin River below that reservoir; and the Sacramento-San Joaquin River Delta ("Delta"). Additional detail on these areas are found in the Trinity DEIS/EIR at Chapter 3 and in the Central Valley Project Improvement Act (CVPIA) Programmatic Environmental Impact Statement (PEIS) at Chapter 3 and technical appendix Volume 3, provided at Attachment 6, and in Attachment 5 at Chapters 2, 3, 5, and 6.

By this letter, Reclamation is transmitting the following enclosed documents to the Sacramento Fish and Wildlife Office, which collectively serve as our biological assessment for this consultation: 1) *Formal Consultation and Conference on Effects of Long-term Operation of the Central Valley Project and State Water Project on the Threatened Delta Smelt, Delta Smelt Critical Habitat, and Proposed Threatened Sacramento Splittail*, dated March 6, 1995; 2) *Formal Endangered Species Act Consultation on Effects of Implementing Long Term Operational Criteria and Plan (OCAP) for Central Valley Project Reservoirs*, dated February 12, 1993; 3) *Biological Assessment for Those Actions in the Preferred Alternative of the Proposed Trinity River Mainstem Fishery Restoration Program That May Affect Listed Species and Their Designated Critical Habitat in the Trinity and Klamath Rivers*; 4) the Trinity DEIS/EIR; 5) *Biological Assessment for Effects of the Central Valley Project and State Water Project Operations from October 1998 through March 2000 on Steelhead and Spring-run Chinook Salmon*, 6) the CVPIA PEIS; 7) *Explanation of Tables and Figures Generated From Original Data Sets in PROSIM Modeling for Trinity River Mainstem Fishery Restoration Draft EIS/EIR ("Trinity DEIS/EIR")*; and 8) *Foraging Ecology of Bald Eagles on Shasta Lake (Draft), March 2000*[2]

As stated in Chapter 4 of the Trinity DEIS/EIR, water committed to increased instream flow in the Trinity River is no longer available for use in the Central Valley, which may affect listed species or their

---

[1] The terms "Preferred Alternative" and "Flow Evaluation Alternative" are used interchangeably in this letter and in the biological assessment for the proposed action.

[2] Note that this report is in draft form and has not been peer reviewed. However, it represents a component of the best scientific information available concerning possible effects upon the bald eagle at this time.

designated critical habitat. Changes in Delta inflow and outflow may affect listed species resident in or passing through the Delta, or adversely affect designated critical habitat.

Chapter 3 of the Trinity DEIS/EIR describes potential impacts to native anadromous fish and resident native fish in the Central Valley. The attachments at Attachment 7 present further, more detailed, evaluation of output data generated by PROSIM for the development of the Trinity DEIS/EIR. PROSIM is a monthly planning model designed to simulate the response of the hydrologic systems of the CVP to changes in operating parameters. This comparative model is considered "state of the art" methodology for assessing impacts to the CVP and was the tool used in developing and analyzing the alternatives presented in the Trinity DEIS/EIR. Data shown in the attachments are organized to more specifically compare differences between 1) level of development in 1995 ("Existing Conditions") against development in the year 2020 ("No Action Alternative"), and 2) the No Action Alternative against the Preferred Alternative (which are both at year 2020 level of development)[3]. The Trinity DEIS/EIR compares these conditions; however, data used in the Trinity DEIS/EIR are shown as average annual changes rather than monthly averages by calendar year and water year type. Further evaluation of the raw data used to develop the Trinity DEIS/EIR, as presented in Attachment 7, more clearly illustrates whether there are specific hydrologic periods when effects upon listed species and critical habitat may occur, and at what time of the year such effects may occur. Additionally, the more precise output assists in identifying outlier data points that may bias the analysis presented in the Trinity DEIS/EIR. This analysis was conducted to more precisely identify potential effects upon listed species.

Comparing the hydrologic conditions modeled for the Preferred Alternative with the conditions modeled for the No Action Alternative allows evaluation of the effects of the proposed action against other future conditions. Subsequent comparison of this information, evaluated against a similar comparison of the modeling of the No Action Alternative against modeling of the Existing Conditions, allows differentiation between effects associated with the Preferred Alternative and effects from other future actions such as increased demands due to increased development.

Our conclusion is that implementation of the Preferred Alternative may result in adverse effects upon the threatened delta smelt and Sacramento splittail and may adversely affect designated critical habitat of the delta smelt, as well as having the potential to adversely affect habitat for other fish species that utilize the Delta. The allowable ratio of exports to inflow agreed upon in the Delta Accord and other requirements of the Water Quality Control Plan for the San Francisco Bay/Sacramento-San Joaquin Delta Estuary were not exceeded for any year simulated; however, there were changes to Delta inflow and outflow. Table 3-16 of the Trinity DEIS/EIR is a summary which displays the percent of years under the Preferred Alternative where Delta outflows are at least 10 percent less than the baseline used for evaluating all alternatives. Conditions in the month of June showed the most change and comparisons of the model study results indicated the larger changes occurred primarily in wet and above normal years. Additional detail on these effects is presented in Attachment 7. These reductions in outflows may be substantial and may adversely affect designated critical habitat for delta smelt by changing the location and, therefore, the volume of the entrapment zone. The reductions may also increase the magnitude of transport effects

---

[3] Detailed descriptions of the Preferred Alternative, No Action Alternative, and Existing Conditions are found in the Trinity DEIS/EIR at Chapter 2.

that result from the operation of the export facilities upon flow directions in Delta waterways. This may result in adverse effects upon both delta smelt and Sacramento splittail due to the possibility of increased levels of take at the export facilities.

CVP operations in the Delta would continue to be managed to avoid or minimize changes to environmental conditions in the Delta likely to cause adverse impacts to both resident native species and species moving through the Delta. The simulated operations prepared for the CVPIA B2 Interagency Team could be used to evaluate potential changes to Delta conditions and actions available to meet requirements of the March 6, 1995, biological opinion.

The simulated Shasta Reservoir storage information provided within Attachment 7, shows a reduction in storage for all months in years that are classified as "Below Normal" or drier, based on hydrologic conditions. These reductions are substantial under some hydrologic circumstances. In "Above Normal" or wetter years, the reductions in volume are generally not as extensive in either duration or magnitude. The February 12, 1993, biological opinion for the CVP OCAP called for monitoring programs at Shasta Lake after noting that reproductive success of bald eagles appeared to be correlated with mean reservoir surface elevations during the breeding seasons. These programs were implemented and conducted in collaboration with the U.S. Forest Service, Attachment 8. Although detailed data concerning foraging activity were obtained, the relationship between lake levels and reproductive success is not clear due to complicating factors such as human use of the reservoirs and surrounding land. There was an absence of correlation between lake levels and breeding success at Trinity Reservoir. Several patterns and observations did result from the studies:

    1) The number of nesting pairs has increased fairly steadily at Shasta Lake over the past thirty years, even during drought years.

    2) Reproductive success per nest has shown year to year variations, but no definitive correlations were apparent that related lake elevations with breeding success. Bald eagle breeding success remains well within the range of success characteristic of stable bald eagle populations.

    3) While the general apparent relationship of reproductive succession with lake elevation still holds, the data from the studies suggests that intraspecific competition may be equally or even more important. Reproductive success in the early 80's was about twice that of the equally wet late 90's when the number of nesting pairs had doubled. In addition, isolated low elevation years tend to have relatively high reproductive success, suggesting that factors other than lake elevations per se exhibit greater influence over reproductive success.

    4) The bald eagles at Shasta Lake are part of a large, wide-ranging population that exploit available habitat as far north as the Great Slave Lake, thus confounding any attempt to develop reservoir-specific breeding success and masking any attempt to develop effects on the bald eagle population as a whole from any one specific location. In fact available information would indicate stable or increasing bald eagle populations.

It appears from the data available that year to year lake level variations have no clearly demonstrable effect and that from an overall perspective bald eagle populations are actually increasing at Lake Shasta.

Thus, given the magnitude of the changes in reservoir elevation that could occur in Shasta Lake from implementation of the Preferred Alternative, such implementation would not likely adversely affect bald eagles.

By a letter to the U.S. Environmental Protection Agency (USEPA), dated September 14, 1995, the USFWS stated that implementation of the State Water Resources Control Board's (SWRCB) Water Quality Control Plan for the San Francisco Bay/Sacramento-San Joaquin Delta Estuary ("WQCP") will not likely adversely affect the previous conclusions of the USFWS's biological opinion on the USEPA's proposed Water Quality Standards for the San Francisco Bay/Sacramento-San Joaquin Rivers and Delta, reference number 1-1-93-F-61, dated November 2, 1994. The conclusion of that opinion was that implementation and adherence to the standards would not likely result in adverse affects upon either the salt marsh harvest mouse or the California clapper rail. The allowable ratio of exports to inflow and other requirements of the WQCP were not exceeded for any year simulated in the preparation of the Trinity DEIS/EIR. Since implementation of the Preferred Alternative is not expected to result in violations of the WQCP, we believe that the Preferred Alternative is not likely to adversely affect either the salt marsh harvest mouse or the California clapper rail.

We request that you provide us with a draft biological opinion, prior to delivery of a final biological opinion. We continue to remain available to your staff during this consultation process. Please direct questions regarding the information provided herein to Chet Bowling, Reclamation, at (916) 979-2066.

Attachments

1. Formal Consultation and Conference on Effects of Long-term Operation of the Central Valley Project and State Water Project on the Threatened Delta Smelt, Delta Smelt Critical Habitat, and Proposed Threatened Sacramento Splittail, dated March 6, 1995
2. Formal Endangered Species Act Consultation on Effects of Implementing Long Term Operational Criteria and Plan (OCAP) for Central Valley Project Reservoirs, dated February 12, 1993
3. Biological Assessment for Those Actions in the Preferred Alternative of the Proposed Trinity River Mainstem Fishery Restoration Program That May Affect Listed Species and Their Designated Critical Habitat in the Trinity and Klamath Rivers
4. Trinity River Mainstem Fishery Restoration Draft EIS/EIR
5. Biological Assessment for Effects of the Central Valley Project and State Water Project Operations from October 1998 through March 2000 on Steelhead and Spring-run Chinook Salmon
6. Central Valley Project Improvement Act PEIS
7. Explanation of Tables and Figures Generated From Original Data Sets in PROSIM Modeling for Trinity River Mainstem Fishery Restoration Draft EIS/EIR ("Trinity DEIS/EIR")
8. Foraging Ecology of Bald Eagles on Shasta Lake (Draft), March 2000

# Letter to the National Marine Fisheries Service

# United States Department of the Interior





June 6, 2000

U.S. Fish and Wildlife Service
California/Nevada Operations Office
2800 Cottage Way, Suite W-2606
Sacramento, California 95825

U.S. Bureau of Reclamation
Mid-Pacific Regional Office
2800 Cottage Way
Sacramento, California 95825

Mr. Rodney R. McGinnis
Acting Regional Administrator
National Marine Fisheries Service
501 West Ocean Boulevard, Suite 4200
Long Beach, California  90802-4213

Dear Mr. McGinnis:

We are writing to supplement our request to the National Marine Fisheries Service (NMFS) to initiate formal consultation under Section 7 of the Endangered Species Act, dated December 14, 1999, over potential effects upon listed threatened or endangered species that may result from implementation of the Preferred Alternative of the proposed Trinity River Mainstem Fishery Restoration Program ("Preferred Alternative"). By that letter, the U.S. Bureau of Reclamation (USBR) and the U.S. Fish and Wildlife Service (USFWS) initiated formal consultation on the threatened coho salmon, threatened spring run chinook salmon, and the endangered winter run chinook salmon. We have enclosed supplemental information, under the title *Biological Assessment for Those Actions in the Preferred Alternative of the Proposed Trinity River Mainstem Fishery Restoration Program*, provided at Enclosure 1, concerning effects from the proposed project upon the coho salmon and its designated critical habitat, for use in the consultation. Additionally, we have determined that we must request reinitiation of the formal Section 7 consultation, conducted in 1992-1993, over the potential for impacts to the endangered winter run chinook salmon, and its designated critical habitat resulting from the long term implementation of the Operating Criteria and Plan (OCAP) for the Central Valley Project (CVP), due to changed circumstances from those evaluated in the *Biological Assessment and Biological Opinion for the OCAP for the CVP/SWP on the Winter Run Chinook Salmon*, provided at Enclosure 2, that would result from implementation of the Preferred Alternative.

Subsequent to the date that we initiated formal Section 7 consultation on this program, critical habitat was designated for spring run chinook salmon and steelhead trout. Actions taken within the scope of the program, as briefly described in our initial letter may result in effects upon such

critical habitat. By this letter, we are expanding our request to enter into formal Section 7 consultation to include an evaluation and consideration of potential effects upon the threatened steelhead trout and designated critical habitat for spring run chinook salmon and steelhead trout.

The Preferred Alternative consists of a combination of a change in the flow regime on the Trinity River, downstream of Lewiston Dam, combined with mechanized channel restoration projects within the channel and floodway of the mainstem of the Trinity River, and watershed restoration actions in the Trinity River watershed. A more detailed description of the Preferred Alternative is found under the heading "Flow Evaluation Alternative"[1], at Chapter 2 in the draft Environmental Impact Statement/Environmental Impact Report for the Trinity River Mainstem Fishery Restoration Program ( "Trinity DEIS/EIR"), at Enclosure 3. The purpose of the proposed action is to restore and maintain the natural production of anadromous fish on the Trinity River mainstem downstream of Lewiston Dam. Implementation of the Preferred Alternative may necessitate revised operations within other elements of the CVP, in order to minimize the potential for adverse effects to listed anadromous fish species species and their designated critical habitat. A description of such potential revisions to existing CVP operation were initially provided to you in the *Biological Assessment for Effects of the Central Valley Project and State Water Project Operations from October 1998 through March 2000 on Steelhead and Spring-run Chinook Salmon*, with additional protective revisions described in the associated biological opinion, both provided at Enclosure 4.

The specific areas where listed salmonid species occur, that may be affected by the implementation of the Preferred Alternative, include the mainstem of the Trinity River from Lewiston Reservoir to its confluence with the Klamath River and thence downstream to its outlet to the Pacific Ocean; as well as those areas previously identified in our request for consultation on the CVP OCAP. Please note that these areas all constitute designated critical habitat for one or more of the listed anadromous fish species that we are consulting on, with the exception of tribal lands on the Trinity River and the Klamath River. Additional detail on these areas can be found in the Trinity DEIS/EIR at Chapter 3 and in the Central Valley Project Improvement Act (CVPIA) Programmatic Environmental Impact Statement (PEIS) at Chapter 3 and in technical appendix Volume 3, both provided at Enclosure 5, and in Enclosure 4 at Chapters 2, 3, 5, and 6.

By this letter, the USFWS and USBR are transmitting the following enclosed documents to the NMFS, which collectively serve as our biological assessment for this consultation: 1) the *Biological Assessment for Those Actions in the Preferred Alternative of the Proposed Trinity River Mainstem Fishery Restoration Program That May Affect Listed Species and Their Designated Critical Habitat in the Trinity and Klamath Rivers*; 2) the *1993 Biological Assessment and Biological Opinion for the OCAP for the CVP/SWP on the Winter Run Chinook Salmon*; 3) the DEIS/EIR for the Trinity River Mainstem Fishery Restoration Project; 4) the *Biological Assessment for Effects of Central Valley Project and State Water Project Operations from October 1998 through March 2000 on Steelhead and Spring-run Chinook Salmon*, with its associated biological opinion; 5) the Central Valley Project Improvement Act (CVPIA) PEIS;

---

[1] The terms "Preferred Alternative" and "Flow Evaluation Alternative" are used interchangeably in this letter and in the biological assessment for the proposed action.

and 6) *Explanation of Tables and Figures Generated From Original Data Sets in PROSIM Modeling for the Trinity River Mainstem Fishery Restoration Draft EIS/EIR (Trinity DEIS/EIR")*.

As stated in Chapter 4 of the Trinity DEIS/EIR, water commited to increased instream flow in the Trinity River is no longer available for use in the Central Valley, which may affect listed species or their designated critical habitat because temperature objectives and carryover storage criteria established in the 1993 Sacramento winter run chinook salmon biological opinion may be violated, resulting in additional adverse effects not previously evaluated. Additional information on these effects is provided at Enclosure 6 and in Chapter 4 of the Trinity River DEIS/EIR. Associated changes in storage in Folsom Reservoir, reduced summer flow and increased water temperatures in the American River may affect steelhead and its designated critical habitat. Changes in Delta inflow and outflow may affect listed species resident in or passing through the Delta. These effects are discussed in Enclosure 5.

Chapter 3 of the Trinity DEIS/EIR describes potential impacts to native anadromous fish and resident native fish in the Central Valley. Chapter 2 of the CVPIA PEIS discusses temperature impacts in the American River in summer months in alternatives which include a different Trinity River release schedule than the Preferred Alternative and which include implementation of Section 3406(b)(2) of the CVPIA[2]. The Trinity DEIS/EIR concludes there would be adverse effects to Sacramento River fall and winter-run chinook salmon runs. These effects are primarily related to higher temperatures in the upper Sacramento River during the spawning and incubation periods of winter-run chinook salmon. A summary of percent change in temperature related losses of the early life stages of anadromous salmonids in the Sacramento River is provided in Table 3-15 of the Trinity DEIS/EIR. Estimated annual changes in temperature related mortality simulated for the period of 1922 through 1990 are presented in Appendix B of the Trinity DEIS/EIR, at Table B-27 and Attachment B14. A review of model study results in the attachments at Enclosure 6, discussed below, revealed that the majority of estimated losses for winter-run chinook salmon, compared to the No Action Alternative, resulted from extremely high mortalities during a small number of critically dry water years (1924, 1931 through 1934, 1937, and 1977). Under the existing OCAP biological opinion for winter run chinook salmon, there are no temperature criteria or carryover requirements for critically dry years. However, the USBR is currently required to reinitiate consultation with NMFS to develop an operations plan which attempts to minimize losses to winter-run chinook salmon under such circumstances.

The attachments at Enclosure 6 present further, more detailed evaluation of output data generated by PROSIM for the development of the Trinity River DEIS/EIR. PROSIM is a monthly planning model designed to simulate the response of the hydrologic systems of the Central Valley Project to changes in operating paramenters. This comparative model is considered "state of the art" methodology for assessing impacts to the CVP and was the tool used in developing and

---

[2] The Trinity River release schedule used in the CVPIA PEIS evaluated flows in the Trinity River ranging from 390,000 to 750,000 acre-feet per year, based on hydrologic year classification, and with no change in the minimum carryover storage for Trinity Reservoir. The diversions from the Trinity River into the Central Valley are reduced more under the Preferred Alternative as a result of the 369,000 to 815,000 acre-foot per year flow schedule, combined with the increased 600,000 acre-foot minimum carryover storage. The temperature impacts of the CVPIA alternatives in the American River and lower Sacramento River resulting from reduced Trinity diversions to the Central Valley would be expected to be less in magnitude and frequency than those of the Preferred Alternative.

analyzing the alternatives presented in the Trinity DEIS/EIR. Data shown in the attachments are organized to more specifically compare differences between 1) level of development in 1995 ("Existing Conditions") against development in the year 2020 (the "No Action Alternative") and 2) the No Action Alternative against the Preferred Alternative (which are both shown at the year 2020 level of development)[3]. The Trinity DEIS/EIR compares these conditions; however, data used in the document are shown as average annual changes rather than monthly averages by calendar year and water year type. Further evaluation of the raw data used to develop the Trinity DEIS/EIR more clearly illustrates whether there are specific hydrologic periods when effects to listed species and critical habitat may occur, and at what time of the year such effects may occur. Additionally, the more precise output assists in identifying outlier data points that may bias the analysis as presented in the Trinity DEIS/EIR. This analysis was conducted to more precisely identify potential effects upon listed species.

Comparing the hydrologic conditions modeled for the Preferred Alternative with the conditions modeled for the No Action Alternative allows evaluation of the effects of the proposed action against other future conditions. Subsequent comparison of this information, evaluated against a similar comparison of the modeling of the No Action Alternative against modeling of the Existing Conditions, allows differentiation between effects associated with the Preferred Alternative and effects from other future actions such as increased demands due to increased development.

Our conclusion is that implementation of the Preferred Alternative may result in adverse effects upon listed salmonid species in the Sacramento River Basin. An evaluation of the data presented at Enclosure 6 shows that there are reductions in carry over storage at the end of the water year in Shasta, particularly in "Below Normal" or drier years, by the Preferred Alternative over the No Action Alternative. The modeled reduction shows that the requirements of the 1993 biological opinion for winter-run chinook salmon for carry over storage would not have been met in eight years, all which were classified as "Below Normal" or drier. The data in Enclosure 6 also show that there would be an increase in the number of incidences where the temperature requirements at Jelly's Ferry and Bend Bridge, under the same biological opinion, would not be met by the Preferred Alternative when they would otherwise be met under the No Action Alternative. However, the magnitude of the violations is generally minor. Last, there are reductions in outflows which may be substantial and may adversely affect designated critical habitat for winter and spring run chinook salmon and steelhead, and may also have the potential to adversely affect habitat for other fish species that utilize the Delta. These reductions may result in adverse transport effects on out migrating smolts, as well as adversely affecting designated critical habitat for listed salmonid species by changing the location and, therefore, the volume and characteristics of the entrapment zone.

To address potential temperature related impacts to winter-run chinook salmon and other Sacramento River salmonids, USBR will continue to incorporate reasoned biological decisions for managing limited cold water resources in Shasta Reservoir taking into account the actual

---

[3] Detailed descriptions of the Preferred Alternative, No Action Alternative, and Existing Conditions are found in the Trinity DEIS/EIR at Chapter 2.

circumstances each year through the Sacramento River Temperature Task Group. Information presented at both Chapter 3 and Appendix A of the Trinity DEIS/EIR identifies several mitigation measures to improve the operation of Trinity and Shasta Reservoirs to meet temperature objectives in both the Trinity and Sacramento Rivers. Development of annual temperature control plans will be initiated as early as October 1 each year in coordination with the implementation of Section 3406(b)(2) of the CVPIA. Through the CVPIA B2 Interagency Team, USBR, NMFS, and the USFWS may use existing discretion in scheduling Anadromous Fisheries Restoration Program instream flows to assist in cold water pool management and temperature control in the upper Sacramento River. The Sacramento River Temperature Task Group ("Task Group") has a history of effectively managing the available cold water resources for temperature control priorities. USBR has worked each year with the Task Group to avoid or minimize potential temperature impacts on the endangered winter-run chinook and other listed salmonid species in the Sacramento River. The Task Group would continue to evaluate alternative operational plans with the changes that would result from the new direction of resources under implementation of the Preferred Alternative. USBR will continue to evaluate the performance of the Shasta Dam temperature control device and manage operations accordingly. The American River Operations Group performs a similar function in assisting USBR to manage flow and cold water resources for temperature control priorities in the Lower American River. USBR will continue to work with the American River Operations Group to address potential impacts of implementing the proposed Preferred Alternative on listed salmonid species.

When evaluating potential measures to address outflow and transport effects, we must first note that the allowable ratio of exports to inflow agreed upon in the Bay-Delta Accord and other requirements of the Water Quality Control Plan for the San Francisco Bay/Sacramento-San Joaquin Delta Estuary were not exceeded for any year simulated; however, there were changes to Delta inflow and outflow. Table 3-16 of the Trinity DEIS/EIR is a summary displaying the percentage of years in which Delta outflows are at least 10 percent less than the baseline used for evaluating all alternatives. As shown it that table, conditions in the month of June showed the greatest amount of change and comparisons of the model study results at Enclosure 6 indicated the larger changes occured primarily in wet and above normal years. CVP operations in the Delta would be managed to avoid or minimize changes to environmental conditions in the Delta likely to cause adverse impacts to both resident native species and species moving through the Delta. The simulated operations prepared for the CVPIA B2 Interagency Team could be used to evaluate potential changes to Delta conditions and actions available to meet water quality and listed species protection requirements.

We request that you provide us with a draft biological opinion, prior to delivery of a final biological opinion. We continue to remain available to your staff during this consultation process. Please direct questions regarding the information provided herein to Chet Bowling, USBR, at (916)979-2066, or Mary Ellen Mueller, USFWS, at (916) 414-6464.

Sincerely,

Michael J. Spear
Manager
California/Nevada Operations Office
U.S. Fish and Wildlife Service

Lester A. Snow
Regional Director
Mid-Pacific Region
U.S. Bureau of Reclamation

cc:      Don Reck, NMFS
         Gary Stern, NMFS
         Jim Lecky, NMFS

Enclosures:

1. Biological Assessment for Those Actions in the Preferred Alternative of the Proposed Trinity River Mainstem Fishery Restoration Program That May Affect Listed Species and Their Designated Critical Habitat in the Trinity and Klamath Rivers
2. 1993 Biological Assessment and Biological Opinion for the OCAP for the CVP/SWP on the Winter Run Chinook Salmon
3. Trinity River Mainstem Fishery Restoration DEIS/EIR
4. Biological Assessment for Effects of Central Valley Project and State Water Project Operations from October 1998 through March 2000 on Steelhead and Spring-run Chinook Salmon
5. Central Valley Project Improvement Act (CVPIA) PEIS
6. Explanation of Tables and Figures Generated From Original Data Sets in PROSIM Modeling for the Trinity River Mainstem Fishery Restoration Draft EIS/EIR (Trinity DEIS/EIR").

# Appendix C
# Implementation Plan and AEAM Plan

APPENDIX C

# Implementation Plan for the Preferred Alternative of the Trinity River EIS/EIR

The proposed action consists of 6 components: 1) an increased flow regime and associated OCAP for managing releases and reservoir levels; 2) a channel rehabilitation program (mechanical rehabilitation); 3) a coarse and fine sediment management program; 4) infrastructure modifications; 5) upslope watershed restoration; and 6) an Adaptive Environmental Assessment and Management organization.

## 1.   Increased Flow Regime and Trinity River Operating Criteria and Procedures

### 1.1   Legal Principles Concerning TRD Operations

In section 3406(b)(23) of the Central Valley Project Improvement Act (CVPIA) (Public Law 102-575, 106 Stat. 4600, 4720), Congress called for the development of operating criteria and procedures (OCAP) for the Trinity River Division (TRD), along with recommendations for necessary instream fishery flow requirements, for the restoration and maintenance of the Trinity River fishery. Accordingly, this document describes the legal principles and scientific recommendations that apply to TRD operations and establishes OCAP required for the proper operation of the TRD consistent with those principles and recommendations.

This section briefly describes the legal principles that apply to the operations of the TRD. A detailed description can also be found in the FEIS/ EIR, chapter 1.

In 1955, Congress authorized the construction and operation of the TRD (Public Law 84-386). Although Congress authorized the TRD as an integrated feature of the Central Valley Project, the authorizing legislation also directed the Secretary of the Interior to ensure the preservation and propagation of the Trinity River's fish and wildlife resources. A 1979 Solicitor's Opinion stated that the 1955 Act thus required sufficient in-basin flows determined by the Secretary as necessary for fish and wildlife to take precedence over exports of Trinity River flows to the Central Valley. *Proposed Contract with Grasslands Water District* (Dec. 7, 1979). Following construction and operation of the TRD in the early 1960s, substantial fish populations declines occurred. A 1980 EIS concluded that insufficient stream flows in the Trinity River represented the most critical limiting factor. Therefore, Secretary Andrus initiated the Trinity River flow study in 1981 to determine necessary instream flows in the Trinity River and other measures necessary to restore and maintain the Trinity River fishery consistent with the statutory directives of the 1955 Act and the federal government's trust responsibility to the Hoopa Valley and Yurok Tribes.

Congress reiterated the importance of the Trinity River fishery in subsequent legislation. In 1984, Congress passed the Trinity River Basin Fish and Wildlife Management Act (Public Law 98-541) that established a goal to restore the basin's fish and wildlife populations to

those that existed prior to construction of the TRD and directed the Secretary to implement measures to restore fish and wildlife habitat in the Trinity River. In re-authorizing this legislation in 1996 (Public Law 104-143), Congress further elaborated on the restoration goal, stating that restoration would be measured "not only by returning adult anadromous fish spawners," but also by the ability of dependent tribal, commercial, sport fishers to enjoy the benefits of restoration through a harvestable fishery resource.

With regard to tribal fishing rights, the Solicitor issued an opinion entitled "Fishing Rights of the Yurok and Hoopa Valley Tribes," M-36979 (Oct. 4, 1993). The Opinion recognized the historic dependence of the area's Indians upon the fishery resources of the Klamath River Basin (including the Trinity River) for subsistence, ceremonial, and economic purposes; determined that the Yurok and Hoopa Valley Tribes have federally reserved fishing rights as a result of this dependence and the subsequent establishment of their reservations; and concluded that the Tribes were entitled to an allocation of the Klamath Basin fishery harvest sufficient to support a moderate standard of living, but no more than 50 percent of the annual harvest allocation. However, during times of shortages tribal fisheries may take priority over other fisheries (Solicitors Opinion, footnote 39). The Opinion also stated that protection of these rights could affect off-reservation activities. Under the Magnuson Fishery Conservation and Management Act (16 U.S.C. § 1801 et seq.), the Department of Commerce adopted the Solicitor's determinations in an interpretative rule that restricted ocean harvest. 58 Fed. Reg. 68063 (Dec. 23, 1993). The Solicitor's Opinion and the subsequent rule were upheld by the United States Court of Appeals for the Ninth Circuit in Parravano v. Babbitt, 70 F.3d 539 (9th Cir. 1995).

Perhaps most significantly, Congress passed the CVPIA in 1992 that further addressed, inter alia, the need to restore the Trinity River and its resources. In section 3406(b)(23), Congress directed the completion of the flow study initiated by Secretary Andrus "in a manner that insures the development of recommendations, based on the best available scientific data, regarding permanent instream fishery flow requirements and [TRD OCAP] for the restoration and maintenance of the Trinity River fishery." Congress also provided for interim minimum flows to be continued in the Trinity River, consistent with a prior administrative decision by Secretary Lujan, pending completion of the flow study. The section further provided that, if the Secretary and the Hoopa Valley Tribe concur in these recommendations, then any increased instream fishery flows and the OCAP "shall be implemented accordingly." Thus, in meeting the statutory requirements of developing instream fishery flow requirements and TRD OCAP, Congress incorporated the previously recognized goals and rationale for the restoration of the Trinity River fishery, stating that the purposes of these efforts were "to meet the Federal trust responsibilities to protect the fishery resources" and "to meet the fishery restoration goals" of the 1984 Act.

It should also be noted that operations of the TRD must also be consistent with other applicable laws. For example, pursuant to the Endangered Species Act (16 U.S.C. § 1531 et seq.), TRD operations must avoid jeopardizing threatened coho salmon and associated critical habitat, as well as affirmatively taking actions to conserve listed species. Under the Clean Water Act, the Trinity River has been listed as an impaired water body by the State of California, and the State's Water Quality Control Plan for the North Coast Region states that "flow depletion" by TRD diversions to the Central Valley are a major cause of the river's impaired status in terms of sediment. The State of California's Water Resources Control

Board has also addressed the needs of the Trinity River, *e.g.*, a 1990 water permit condition specifically states that TRD operations shall not "adversely affect salmonid spawning and egg incubation in the Trinity River."

These OCAP have been formulated according to the legal principles outlined above. These OCAP are designed to implement the recommendations provided in the Preferred Alternative in the FEIS/EIR in order to restore and maintain the fishery resources of the Trinity River. By determining the fishery flow requirements for the Trinity River pursuant to applicable law, including the CVPIA, the flow requirements and annual hydrology implicitly determine the surplus water available for diversion to the Central Valley. These OCAP amend and supplement those relating to the TRD in the 1992 Long-term Central Valley Project Operations Criteria and Plan (CVP-OCAP). To the extent inconsistent with the CVP-OCAP, these OCAP control.

## 1.2    Purpose and Use of This Document

This document provides supplemental information and guidance to support the implementation of the Record Of Decision (ROD) of the Preferred Alternative of the Trinity River Final EIS/EIR (May 2000). The Preferred Alternative increases dam releases to the Trinity River to restore the anadromous fishery resources. This document supplements and supersedes information on the Trinity River sections of the Long-term Central Valley Project Operations Criteria and Plan (LCVP-OCAP) (USBR 1992). For more detailed information regarding operations of the entire Trinity River Division of the Central Valley Project, refer to the CVP-OCAP (USBR 1992).

## 1.3    Instream Release Volumes to the Trinity River

Under the preferred alternative, releases to the Trinity River for salmon and steelhead restoration will vary with annual basin water runoff for the watershed upstream of Lewiston Dam (Table 1). Historical hydrology was used to delineate five water-year (WY) classes. A water year begins on October 1 and ends on September 30. Pre-dam flow records (WY1912 to 1960) from the USGS gaging station at Lewiston and post dam estimates (WY 1961 to WY 1995) of inflow into Trinity Lake were combined, ranked, and exceedence probabilities calculated. Annual instream fishery flows are based upon five water-year classes that were identified in the Trinity River Flow Evaluation Report (USFWS and Hoopa Valley Tribe, 1999).

**TABLE 1**
Annual (April through March) instream fishery flows for Trinity River.

| Water-Year Class | Trinity River Allocation (TAF) | Annual Basin Water Runoff (TAF) [a] | Probability of Occurrence |
|---|---|---|---|
| Extremely Wet | 815.2 | 2,000 | 0.12 |
| Wet | 701.0 | 1,350 to 2,000 | 0.28 |
| Normal | 646.9 | 1,025 to 1,350 | 0.20 |
| Dry | 452.6 | 650 to 1,025 | 0.28 |
| Critically Dry | 368.6 | <650 | 0.12 |

[a]Based on the basin area above Lewiston Dam.

## 1.4    Operations Forecasting

Forecasting of hydrological conditions is an ongoing procedure that Reclamation uses to project water supply availability. This process is integral to the operations planning process whereby the current year is classified, river flow schedules are developed, and other beneficial uses of the water supply are determined.

Beginning in February, Reclamation begins forecasting the upcoming year hydrologic conditions and potential operations. Forecasts provide estimates of monthly information on water allocations, reservoir storage, instream releases, electrical generation and capacity. Forecasts are based upon precipitation and runoff conditions and snow course measurements. The runoff forecast in February is considered the first reliable forecast because more than one half of the precipitation year has occurred and snowpack measurements regularly occur. Runoff forecasts are updated in March, April, and May and are used in operational planning for the rest of the water year. Forecasts that occur later in the year are more reliable due to decreased variability of precipitation patterns. Forecasts are generally produced with 50 and 90 percent exceedence probabilities, but the 90 percent exceedence forecast is generally used for planning purposes and is required for CVP operational forecasts as a result of the 1993 Biological Opinion on Sacramento River winter run Chinook (NMFS, 1993).

## 1.5    Water Year Designation

Normally the water year type can be reliably determined by April 1, when maximum snow pack has occurred. To determine the water year type, annual basin runoff above the Lewiston gage is determined. Annual basin runoff is calculated by summing the amount of runoff that has occurred from October until April 1 and a volume of water that Reclamation forecasters predict (90 percent probability of exceedence) will runoff during the months remaining in the water year (i.e., April through September) using the April 1 runoff forecast projection from the California cooperative snow surveys, California Department of Water Resources, Bulletin 120. Total water runoff is then compared to the ranges in Table 1 to designate the water year class.

## 1.6    Dam Releases to the Trinity River

Beginning in early February, Reclamation will provide the Trinity Management Council (see the section Organizing to Implement the Trinity River Restoration Program) with a preliminary estimate of the water year classification. The Trinity Management Council (TMC) will formulate a preliminary instream fishery release schedule to the Trinity River and submit it to Reclamation for operational planning. Final decisions on the designation of the water year will be based on the April 1 runoff forecast. By April 15 of each year, Reclamation will request from the TMC, a final Lewiston Dam instream fishery release schedule. Reclamation will operate the TRD as closely to the proposed schedule as technically possible.

Initially, Lewiston Dam spring releases of 8,500 and 11,000 ft$^3$/s that are recommended for Wet and Extremely Wet water years, respectively, will not be released into the Trinity River due to the need to modify 4 bridges and address other existing improvements in the floodplain that may be affected by releases in excess of 6,000 ft$^3$/s. Peak spring releases for Wet and Extremely Wet water years will be held to 6,000 ft$^3$/s until sufficient construction

activities have occurred to allow for the safe release of higher spring flows. It is currently anticipated that these construction activities will preclude releasing higher (>6,000 ft³/s) spring flows until water year 2003 (See Footnote in Attachment 1).

Attachment 1 provides an average daily flow rate in cubic feet per second for Lewiston Dam releases to the Trinity River. Though the annual Trinity River fishery volumes will follow those identified in Table 1 according to water year type, the daily releases may be changed in magnitude and/or duration at a future date to achieve fishery resource restoration goals in the Trinity River. Potential changes will be identified and referred to Reclamation for action by the TMC, the decision-making group of the Adaptive Environmental Assessment and Management (AEAM) organization and consistent with all applicable laws.

In October 1991, the State Water Resources Control Board established temperature objectives for the Trinity River, that were approved by U.S. Environmental Protection Agency as Clean Water Act standards in March, 1992 (Table 2). To assure the objectives are met, flows of at least 450 ft³/s are scheduled during the summer until October 15th, after which ambient conditions are typically cold enough to warrant reducing flows to 300 ft³/s.

**TABLE 2**
Temperature Objectives for the Trinity River.

| Time Period | Daily Average °F (not to exceed) | River Reach |
|---|---|---|
| July 1 to September 14 | 60 | Lewiston to Douglas City |
| September 15 to October 1 | 56 | Lewiston to Douglas City |
| October 1 to December 31 | 56 | Lewiston to the Confluence with the North Fork Trinity River |

## 1.7    Ramping Rates

The rate at which dam releases increase or decrease are an important fishery concern as is the ability to respond to rare hydrologic events that can risk dam safety. Acceptable rates of change can vary with time of the year or day, species, water temperature, fish distribution and channel morphology. Rates of decreasing flow are particularly important to reduce stranding of salmon and steelhead fry. The criteria in Table 3 have been suggested by the USFWS (Memorandum from the USFWS to USBR, February 5, 1997) and have been used by Reclamation since 1997. These criteria supersede those provided in the LCVP-OCAP (USBR 1992). Scientific justification for these rates is provided in Attachment 2.

**TABLE 3**
Criteria for releases to the Trinity River from Lewiston Dam.

| Lewiston Dam Release (ft³/s) | When Increasing Flow[a] | When Decreasing Flow[b] |
|---|---|---|
| At or above 6,000 | 1,000 ft³/s per 2 hours | 500 ft³/s per 4 hours |
| 6,000 to 4,000 | 1,000 per 2 hours | 400 per 4 hours |
| 2,000 to 4,000 | 500 per 2 hours | 200 per 4 hours |
| 500 to 2,000 | 250 per 2 hours | 100 per 4 hours |
| 300 to 500 | 100 per 2 hours | 50 per 4 hours |

[a]Criteria are based upon the 1992 LCVP-OCAP (USBR 1992), and dam releases can increase anytime during the day.

[b]Criteria are based upon a recommendation from USFWS for November 1 thru April 15, and dam decreases to flow are recommended only during the night. After April 15, decreases can occur anytime during the day.

Activities of the Preferred Alternative, such as increased river flow and mechanical manipulations, will alter the existing stream channel. As such, the ramping rates provided in Table 3 may be refined at a future date. The TMC, through the AEAM organization, will evaluate ramping rates identified in Table 3 to meet fishery resource restoration objectives.

## 1.8 Trinity Lake Storage and Safety-of-Dam Releases

Lake storage targets established for the period between November 1 and March 31 identified in the LCVP-OCAP (USBR 1992) are established to attempt to maximize storage and beneficial uses of stored water (for hydropower production and irrigation and M&I water supplies in the Central Valley), as well as to minimize the risk of catastrophic dam overtopping. Storage in Trinity Lake is regulated within the powerplant capacity to storages shown in Table 4. When storage targets are exceeded, Reclamation releases excess water from Trinity Dam, that is then discharged to the Trinity River or to the Sacramento River through the Clear Creek Tunnel. Such releases are termed Safety-of-Dam (SOD) releases. When such releases occur, the quantity of water used will not be considered part of the fishery's year class annual allocations.

## 1.9 Cold Water Storage

Availability of cold water throughout the spring, summer, and fall are important criteria that affect downstream fishery resources. To assure water temperatures are suitable for salmonids in the Trinity River, Reclamation operates Trinity Lake and Lewiston Reservoirs to provide suitably cold water for release to the Trinity River, as well as cold water resources for salmonids in the Sacramento Basin. Reservoir storage is maintained at levels that typically do not compromise the availability of cold water to meet Trinity River Basin temperature objectives. Trinity Lake storage of 1,000,000 acre-feet through the end of October typically provides adequate quantities of cold water while allowing for power generation at Trinity Dam. However, when storage is below roughly 750,000 acre-feet during the July- September period or below 1,000,000 af in October, Reclamation may have to use the lower most outlet, the auxiliary outlet, to discharge cold water, that forgoes power generation. During extremely dry conditions (e.g. multiple year drought), carryover storage as low as 400,000 acre-feet results in extensive use of the auxiliary bypasses to achieve suitably cold water.

**TABLE 4**
Target Storage of Trinity Lake.

| Date | Storage (acre-feet) | Lake Surface Elevation (ft) |
|---|---|---|
| Nov 1 to Dec 31 | 1,850,000 | 2327 |
| Jan 31 | 1,900,000 | 2334 |
| Feb 28,29 | 2,000,000 | 2341 |
| Mar 31 | 2,100,000 | 2348 |

## 1.10 Relationship to the Adaptive Environmental Assessment and Management Organization

An integral part of the new flow regimes for the Trinity River is the implementation of the AEAM organization. AEAM is an important process for management of complex physical

and biological systems such as the Trinity River. The AEAM organization uses a designated team of scientists that recommend changes to fishery restoration efforts and annual operating schedules in response to monitored effects of implemented actions and in order to ensure that restoration goals of the Trinity River are effectively met. Annual recommendations are approved by the TMC. Alterations in magnitude and/ or duration of releases into the Trinity River (while maintaining annual instream release volumes for each water year type) are dependent on the information/ management needs of the Trinity River program. Any substantial deviation from the currently recommended fishery flow regime would be done in accordance with all applicable laws. For more specific information concerning the AEAM organization, refer to the AEAM section of the Trinity River Final EIS/ EIR.

# 2. Mechanical Rehabilitation

## 2.1 Mainstem Mechanical Rehabilitation Program

Mechanical rehabilitation activities including the construction of channel rehabilitation and side channel projects will occur along the mainstem Trinity River from Lewiston Dam to the North Fork Trinity River confluence. Mechanical rehabilitation sites will increase the amount of shallow, low velocity areas for salmonid fry rearing, increase habitat complexity, provide stable habitat for salmonid fry and juveniles over a wide range of flows, and allow the river dynamics necessary to maintain an alluvial system. The intent of channel rehabilitation is to selectively remove the fossilized riparian berm (berms that have been anchored by extensive woody vegetation root systems and consolidated sand deposits), provide restoration of the natural riparian vegetation and age structure, and recreate alternate point bars similar in form to those that existed prior to the construction of the TRD.

Channel rehabilitation is not intended to completely remove all riparian vegetation, but to remove vegetation at strategic locations to promote alluvial processes necessary for the restoration and maintenance of salmonid populations. Channel rehabilitation projects will also allow fluvial processes to affect areas that do not receive mechanical treatments. The tightly bound berm material is hard to mobilize even at high flows, thus requiring some mechanical berm removal. After selected berm removal, subsequent high-flow releases and coarse sediment augmentation will maintain these alternate point bars and create a new dynamic channel.

Specific channel rehabilitation recommendations vary by river segment between Lewiston Dam and the North Fork Trinity confluence because the needs of channel rehabilitation change with tributary inputs of flow and sediment. A total of 44 potential channel-rehabilitation sites and 3 potential side channel-rehabilitation sites have been identified in the proposed action. These potential sites are located where channel morphology, sediment supply, and high-flow hydraulics would encourage a dynamic, alluvial channel. Appropriate agreements with landowners must be obtained before any access or construction on private lands. Other factors such as property ownership, access to sites, cost and available funding will then be considered in the prioritization process.

Before any actual physical work can begin on these sites, additional environmental documents, building upon, and "tiering" from, the Final EIS/ EIR, will first have to be prepared. Furthermore, additional federal approvals (NEPA, ESA, 404, etc), along with

approvals from Trinity County and the California Department of Fish and Game in some instances, will be necessary. A short implementation period for a significant number of these projects is recommended to quickly increase the quality and quantity of salmonid habitat. The remaining projects may then proceed following an evaluation of the interaction of the channel rehabilitation sites with the new flow regimes.

## 2.2    High Flow and Channel Rehabilitation Implementation

Although flows up to 11,000 ft³/s will not likely occur before the completion of bridge and structure modifications, the construction of mechanical rehabilitation projects should begin as soon as possible. This will assure that some modifications will be in place that will allow the river to create additional habitat once high flows can be implemented. It is important to emphasize that projects should be constructed with the understanding that the higher flows as recommended for fishery restoration objectives will occur when floodplain structures have been modified to accept higher flows. Without increased flows, channel and habitat diversity will not be greatly improved at mechanical rehabilitation sites. High flows will help establish proper riparian function by maintaining a higher water table at critical times, sort and distribute coarse and fine sediment adding to substrate complexity, and provide nutrient dispersal across floodplains and within the channel by movement and deposition of wood and riparian debris. River flow is an integral component to restoring aquatic and floodplain habitats. High river flow will continue to be the primary reason for improvements to habitat at mechanical rehabilitation sites and the river as a whole.

## 2.3    Location and Implementation Plan

Twenty-four sites are proposed during the first three years of construction if adequate funding is available. Additional projects will be constructed after evaluation of the first series of projects under Adaptive Environmental Assessment and Management. This evaluation will be ongoing beginning with construction of the first projects, but an interim period without construction activities may be necessary to fully evaluate the effectiveness of project designs and the effect of the new flow regime before beginning construction on the remaining sites.

Locations of project sites will generally occur in areas of historic point bars, channel meander areas, and high flow channels. These sites were determined to be the most suitable areas when analyzed by aerial photos and during reconnaissance surveys in 1995. An additional field survey was conducted in late 1999 to determine if the original 47 proposed sites were still the most appropriate areas for projects. Most of the previously identified sites are still in need of mechanical rehabilitation; however, the morphology at some sites has changed and some sites appear to be more appropriate for more immediate construction than others.

To determine prioritization for construction, the Mainstem Restoration Subcommittee of the Trinity River Task Force has begun the development of biologic and geomorphic prioritization criteria. Potential benefits and the certainty of benefits for each project are evaluated based on several criteria. Each potential site will be evaluated by this process and given a score based on biological and geormorphic considerations. Appropriate agreements with landowners must be obtained before any access or construction on private lands. Other

factors such as property ownership, access to sites, cost and available funding will then be considered in the prioritization process.

Construction of past pilot projects was limited by permit requirements to summer months to reduce fishery impacts. The primary construction season for future projects will likely be similarly constrained. However, construction during other seasons should not be precluded. Construction of the majority of any individual project could occur during other seasons with limited environmental impacts. Removal of riparian vegetation during other seasons could occur and the site could be built to grade without impacting in channel habitat. Tributary accretion that increases mainstem flows may create turbidity from sand and fine sediment, but this would occur regardless of the time of year a project is constructed. If a project is built during summer months, the fine sediment that remains on a point bar will still be moved into the channel by the first high flows following construction. Winter construction may actually be advantageous in some situations because later season floods that occur in January or February for example, may transport sediment out of the system more effectively than earlier freshets that occur in October or November. There may also be additional advantages to construction during other seasons such as eliminating impacts to nesting songbirds, increased assimilative capacity for construction-generated turbidity, and decreased construction costs.

# 3.     Coarse and Fine Sediment Management Program

## 3.1   Coarse Sediment Augmentation Program

A coarse sediment management program is needed to replenish substrate essential in creating abundant fish habitat and attaining a functional dynamic alluvial river system (McBain & Trush, 1997). Blocked by the dams of the TRD, coarse sediment supplies from Lewiston Dam to the confluence with Rush Creek have been reduced mainly to those quantities artificially supplied through a spawning gravel augmentation program. As a consequence the amount of gravel stored immediately downstream of Lewiston Dam is decreasing. The previous augmentation program that existed was not sufficient to achieve a necessary balance of coarse sediment supply. Increasing river flows to magnitudes greater than those that have occurred in the past will increase gravel transport capability and therefore will require an augmentation program.

### 3.1.1   Immediate Coarse Sediment Needs

Two sites require immediate coarse sediment augmentation for spawning purposes. A 1,500-foot reach immediately downstream of Lewiston Dam (River Mile (RM) 111.9) needs roughly 10,000 $yd^3$ of course material (5/16 to 5 inch). A 750 foot reach immediately upstream of the USGS cableway at Lewiston (RM 110.2) requires roughly 6,000 $yd^3$ of course material (5/16 to 5 inch).

Coarse sediment sources are available in the immediate area and will be used for initial augmentation. Sources include dredge tailing downstream from Lewiston at RM 108.5, RM 106.3, and other locations. Dredge tailings are to be screened and substrate ranging from 5/16 inch to 5 inches will be placed at designated sites. Subsequent environmental review and permitting might be necessary to develop new sources of coarse sediment unless local

private mining operations in full compliance with environmental permitting requirements can meet the anticipated demand.

### 3.1.2   Future Coarse Sediment Augmentation

Increasing river flow through implementation of the Preferred Alternative will result in increased transport of coarse sediment through the river. Increased transport of coarse sediment from the upper river will require coarse sediment augmentation in most years. As part of the AEAM process, empirical data and model results will be used each year to identify the level of augmentation needed to balance the coarse sediment supply for the area between Lewiston Dam and Rush Creek. Estimates of the quantities needed for each year type are provided in **Error! Reference source not found.**. Coarse sediment placement will include use of heavy machinery to place gravels at desired sites during low flow conditions and also introductions during peak spring flows. The latter method entails placing the coarse sediment into the river at RM 110.9 where water velocity and hydraulic energy is sufficiently high allowing for fluvial dispersion.

Sources for the augmentation program include those sites that are to be used for immediate needs as well as other mine tailings located upstream and downstream of Lewiston. Coarse sediment at dredge tailings will be screened to eliminate fine sediment while providing spawning gravel that ranges from 5/ 16 inch to 5 inches.

**TABLE 5**
Estimates of Annual Coarse Sediment Augmentation.

| Water Year Class | Cubic Yards per Year[a] |
|---|---|
| Extremely Wet | 49,100 |
| Wet | 14,200 |
| Normal | 2,000 |
| Dry | 200 |
| Critically Dry | 0 |

[a]Actual volumes could vary by +/- 50 percent or greater. The AEAM process will monitor and test these hypotheses and recommend augmentation volumes on an annual basis based upon the results of previous years augmentation and modeling.

## 3.2   Fine Sediment Control: Dredging of Grass Valley Creek Sediment Collection Pools (Hamilton Ponds)

Hamilton Ponds in Grass Valley Creek periodically fill with decomposed granitic material due to historic logging practices and the highly erosive nature of the soils in the watershed. Without the periodic dredging, sediment would enter into the Trinity River and negatively impact salmonid spawning and rearing habitat. The dredging project is a continuation of from years past and involves periodically dredging roughly 42,000 yds$^3$ of mostly sand, and some gravel and cobble, from the three sediment collection basins (ponds) located just upstream from the confluence with the Trinity River. Dredging occurs when the ponds become full, that does not occur annually. Material will be dredged using an excavator. Loaded ten-yard dump trucks will haul the material to a designated spoils area located on site or offsite outside the creek's flood plain (see Negative Declaration and Initial Study, Trinity River Pool and riffle Construction for Fishery Restoration, April, 1985, State clearinghouse #84022805). The spoils area will be prepared by stripping and stockpiling

topsoil for use on the top of the newly deposited spoils. This will occur for revegetative purposes. Dredging will typically be conducted between July 1 and October 15 of the year in which the ponds fill. The ponds often fill during a single storm and runoff, especially in wet and extremely wet water years, losing trap efficiency. Dredging should occur whenever the ponds fill, preserving trap efficiency. Winter dredging should be investigated because this would prevent the ponds from filling and subsequently discharging sediment into the Trinity River during the winter and spring.

# 4. Infrastructure Modifications—Locations/Sites and Implementation Plan

Increasing releases from 6,000 to 11,000 ft³/ s for Trinity River restoration purposes may impact four bridges and will inundate private properties downstream to a minimal extent in most cases to almost total inundation for a limited number of parcels. From Lewiston Dam to the confluence with Rush Creek (~5 miles), releases of 11,000 ft³/ s exceed the current 100-year Federal Emergency Management Agency (FEMA) flood event of 8,500 ft³/ s, that is based upon a 1976 Flood Study by the Army Corps of Engineers (USCOE, 1976). Down-stream of Rush Creek, 11,000 ft³/ s would result in river flow less than the 100-year event as designated by FEMA. FEMA requires that any replacement bridge not increase the risk of damage to existing structures nor increase the Base Flood Elevation (most probable 100 year flood) more than one foot.

## 4.1 Bridge Replacement (site descriptions cited *from* Omni-Means, LTD, 2000)

Four bridges in Trinity County (Salt Flat, Bucktail, Poker Bar, and "Treadwell" on Steelbridge Road) will be replaced in order to accommodate 11,000 ft³/ s releases and associated tributary accretion in May. None of these bridges meets currently recommended design standards for water conveyance and debris clearance at the maximum prescribed flows, and the foundations of each appear to be inadequate to withstand the scouring action of the maximum prescribed flows.

The existing Salt Flat Bridge on Salt Flat Road, off of Goose Ranch Road west of Lewiston at River Mile 107, is a privately owned structure serving 27 parcels. The bridge is a single lane, 270-foot-long structure, 10-foot-wide, four-span railway car bridge. The river channel at this site is split at low flow. The left arm is a side channel constructed by USBR for fish spawning and habitat purposes.

The existing bridge at Bucktail on Browns Mountain Road, located about 0.25 miles north-east of Lewiston Road at River Mile 105, is a single span, 76-foot-long, 32 foot-wide , steel girder structure with pile-supported concrete abutments that is county owned, and services about 60 parcels. The replacement of Bucktail bridge includes a significant local channel improvement to accommodate a bridge of acceptable capacity. The required channel improvement consists of removal and grading of a portion of the right floodplain to accommodate the longer length required in a new bridge. The excavation will extend roughly 600-feet upstream and 150-feet downstream of the existing structure.

The existing bridge at Poker Bar on Bridge Road, is located 1.5 miles from State Highway 299, about halfway between the towns of Lewiston and Douglas City at River Mile 102. The

bridge consists of two privately owned, single-span, railway car structures crossing two main channels (left and right) of the Trinity River that serve 77 parcels. The structure over the right channel is 87-foot-long, 18-foot-wide, and constructed with twin side-by-side railway cars. The car beams are supported on four steel "H"-piles at each abutment. The existing structure over the left channel is 52-foot-long, 20-foot-wide and is also constructed with two side-by-side railroad cars supported on steel "H" piles at each abutment. A concrete retaining wall and two concrete filled, riveted steel caissons are present in front of each of the abutments.

The existing Treadwell Bridge is located off Steelbridge Road about 3 miles upstream (east) of Douglas City. It is a privately owned, single-lane bridge and serves 9 parcels. The structure is a four-span, 201-foot-long, 12-foot wide, railway car bridge supported on concrete piers and abutments. Foundation type is unknown at both abutments and at each of the piers. The right abutment is established in fill encroaching on the river flood plain. The left abutment is established in the bank along the left edge of the channel. Prior to initiating any pre-construction activities bridge owners would be contacted and rights of entry negotiated. Transfer stipulations after construction including required operation and maintenance must also be addressed.

Pre-construction efforts will include procurement of design services, permitting , surveys, design and geotechnical investigations (USBR, 2000). The initial project (first year) will be to perform exploratory drilling at the anticipated bridge pier locations to determine depth to bedrock. Actual construction would occur in the second year. Total project time ranges from 17 to 28 months and depends on the construction window (the period of time equipment is allowed to work within the Trinity River wetted perimeter due to biological constraints). Assuming a time range of 17 to 28 months, projects that begin in summer 2000 (in pre-construction phase) would be completed by late 2001 to late 2002.

The construction window is roughly July 1 –September 15 of each year. In general, the following measures will be followed to reduce any potential impacts through the operation of heavy equipment:

- All sites will be surveyed for rearing coho in the immediate project area. Surveys for nesting owls and eagles will occur within a 0.5 mile radius of the project site prior to beginning work activities. The presence of coho will be determined by direct observation, beach seines or Electro-fishing. If a spotted owl or bald eagle nest site is located, scheduled work activities will be delayed (through July 10 for owls and August 31 for eagles) and/ or an alternate site will be selected and surveyed. Alternatively, NMFS will be consulted with to address any impacts to listed species.

- Heavy equipment operation will be conducted between July 1 and September 15.

- All mechanical equipment used shall be free of grease, oil, or other external petroleum products or lubricants. Equipment shall be thoroughly checked for leaks and any necessary repairs shall be completed prior to commencing work activities.

- No herbicides or pesticides shall be used.

- All possible measures will be taken to minimize any increased sedimentation/ turbidity in the mainstem from mechanical disturbance, such as leaving a small berm at the edge

of the channel to trap any sediments until all other work is completed. Turbidity and other water quality standards as identified in the "Water Quality Control Plan for the North Coast Region" and the Hoopa Valley Tribe Water Quality Control Plan will be monitored and maintained. If standards are not met, construction activities will cease until operations or alternatives can be done within compliance.

## 4.2    Structure Relocations

Structures at risk include at least one home, a number of mobile homes and trailers, various outbuildings and portions of access roads. Other improvements such as campgrounds, satellite dishes, garden and animal enclosures, mining operations and water systems would also be affected (USBR, 2000). Recognizing that implementation of the flows identified in the Preferred Alternative may affect these properties, mitigation measures may be appropriate and will be determined on a case by case basis. Affected land owners will be contacted, and right-of-entry and property modifications agreements negotiated to allow control surveys of structures.

The amount of time for home and structure relocation from initial identification and surveys to final actions is expected to be 18 months. Projects that begin in summer 2000 with structure identification and landowner contacts should be completed by summer 2001 to early 2002.

The limiting factor for initiation of high flows over 6,000 ft$^3$/s will therefore be construction of new bridges. If bridges are constructed by late 2001, flow increases above 6,000 ft$^3$/s would be allowable by spring 2002. Flows up to 6,000 ft$^3$/s could occur before houses and structures are relocated and before bridge construction is complete. It may be possible to release up to 8,500 ft$^3$/s prior to replacement of the Bucktail and Poker Bar bridges, if planned foundation investigations indicate that these bridges would not be damaged by the scouring action of flows of this magnitude. However, replacement/modification of all four bridges is necessary for safe implementation of Lewiston Dam releases of 11,000 ft$^3$/s/s in an extremely wet year.

# 5.    Watershed Protection Program

## 5.1    Watershed Protection

Roughly 80 percent of the lands within the Trinity River basin are federally managed. Of the remaining 20 percent of the Trinity River basin that is privately owned, roughly half (10 percent of the total) are industrial timberlands, with the remainder being small private holdings. The majority of industrial timberlands within Trinity County are owned by Sierra Pacific Industries (SPI). SPI does not permit access to their lands for non-employees for watershed inventories, stream inventories or publicly funded restoration projects. Therefore, the majority of work is likely to occur on federal lands within the basin in the near future, although county and non-industrial private roads require substantial improvements as well. In addition, other industrial timberland owners such as Simpson and Timber Products do participate in restoration projects.

To date, Trinity River Restoration Program (TRRP) funds expended on watershed restoration activities have largely gone to the Trinity County Resource Conservation District

(TCRCD), the U.S. Forest Service and the USDA - Natural Resources Conservation Service (NRCS) and Yurok Tribe. The relatively stable workload enables NRCS to maintain a field office and engineer in Weaverville. TCRCD and NRCS and Yurok Tribe have successfully leveraged funds from the TRRP to obtain outside grant funding for watershed restoration throughout the Trinity River basin.

The Northwest Forest Plan applies to BLM and Forest Service lands and requires extensive road rehabilitation and road decommissioning projects as described in the Aquatic Conservation Strategy (ACS). The Forest Service budget provides for maintenance of only 20 percent of its total road mileage, with an accumulated backlog of $8 billion (U.S. Forest Service Chief Michael Dombeck, 1999) Road maintenance budget shortfalls for National Forest lands in the Trinity River basin are comparable. The Forest Service budget has not yet been adequately supplemented with road maintenance funding since the rapid decrease in timber sale revenues during the 1990's. The South Fork Trinity River and mainstem Trinity River (above and below Trinity and Lewiston Dams) are listed under Section 303d of the Clean Water Act as waterbodies impaired by sediment. The U.S. Environmental Protection Agency (USEPA) has completed a Total Maximum Daily Load (TMDL) for sediment in the South Fork Trinity River watershed. However, an implementation plan has not yet been approved by the North Coast Regional Water Quality Control Board (NCRWQCB). A TMDL for the mainstem Trinity River for sediment is scheduled for completion by USEPA in December, 2001.

The Forest Service, USEPA and the NCRWQCB are in the process of coordinating a "Northern Province TMDL Implementation Strategy for Forest Service Lands" (January, 2000). The Hoopa Valley Tribe is in the process of finalizing a Water Quality Control plan. The Shasta-Trinity National Forest (STNF) has yet to complete the necessary watershed analyses, Access and Travel Management Plans, NEPA documentation and funding for large-scale on-the-ground restoration activities pursuant to the Northwest Forest Plan and TMDL's to address sediment problems on National Forest lands. Conversely, the Six Rivers National Forest (SRNF) has made significant progress in completion of its Watershed Analyses, Access and Travel Management Plans, NEPA documentation and obtaining funding sources (including State funds) to complete the necessary road rehabilitation and decommissioning projects.

Roughly 600 miles of County roads within the Trinity River basin are maintained by Trinity and Humboldt counties, that are part of the "Five Counties Coho Conservation Program." The Five Counties Program includes Trinity, Humboldt, Del Norte, Siskiyou and Mendocino counties. State funding through the Proposition 204 Delta Tributary Watershed Program has been obtained to inventory and mitigate erosion and fish migration barrier problems associated with county roads within the Trinity River basin. Roughly $360,000 of the funding designated for California from the Pacific Coast Salmon Restoration Initiative will go toward county road improvement projects in the Trinity River basin. Depending on the county road inventory results, there could be a substantial need for additional funding to implement road-crossing problems on county roads. In particular, many culverts will likely need replacement with expensive bridges or natural-bottom culverts. One noteworthy distinction for county roads is that they must be usable year-round to serve residents, whereas other road systems are often seasonally utilized. The ongoing decline in Forest Reserve Fund payments to counties from reduced timber harvest activities has negatively

impacted the abilities of Humboldt and Trinity counties to adequately maintain, repair, and upgrade their road systems.

## 5.2    Description of Watershed Protection Work Activities

**Road maintenance** involves grading, rocking and clearance of drainage structures on existing roads to ensure that a minimum amount of erosion occurs. The current level of inadequate funding for road maintenance activities increases the risk of catastrophic failure of road fills when culverts and other drainage structures become plugged.

**Road rehabilitation** involves the upgrade of existing road systems, that have been determined to be necessary for long-term management purposes such as residential access, logging, recreation, fire protection, etc. Work consists of replacing undersized culverts with new culverts or bridges capable of accommodating a 100-year storm, associated debris, as well as fish passage in anadromous streams. Outsloping, rocking of roads, energy dissipaters, and the addition of new drainage structures to reduce the accumulation of water in inboard ditches are accepted methods of reducing erosion from road systems.

**Road decommissioning** is the removal of stream crossing structures, culverts, "Humboldt Crossings," and sometimes reshaping, ripping, seeding and mulching of the road surface, depending on slope, soil type and other conditions.

**Grass Valley Creek Revegetation Program** is the result of nearly 2 decades of investigations and restoration of the Grass Valley Creek watershed. The Trinity County Resource Conservation District is planting various native species to stabilize the highly erosive decomposed granite soils.

**South Fork Trinity River Coordinated Resources Management Program (SF CRMP)** is an ongoing cooperative watershed restoration effort . Efforts include road rehabilitation, road decommissioning, riparian improvements, water conservation and fish passage.

**Lower Klamath Watershed Restoration** is an ongoing cooperative effort between the Yurok Tribe, Simpson Timber, the State of California, with some funding provided by the Trinity River Restoration Program. Work consists primarily of road decommissioning and road rehabilitation. Public Law 104-143 extended the scope of funding authority under the Trinity River Restoration Program to the lower Klamath River between Weitchpec and the Pacific Ocean.

## 5.3    Prioritization of the Work/Implementation Plan

Watershed restoration priorities must address the physical, biological and legal issues associated with the Trinity River. The following criteria are recommended:

1.    Tributary watersheds located between the North Fork Trinity confluence and Lewiston Dam shall be the highest priority.

2.    Key watersheds designated pursuant to the Northwest Forest Plan

3.    Refugia stream reaches noted for accommodating wild stocks of salmon and steelhead and/ or listed species pursuant to/ under the Endangered Species Act.

4. Roaded stream crossings at risk of catastrophic failure or migration barriers for anadromous fish.

5. Lands that are available for restoration because of landowner permission and/ or completion of environmental compliance and permitting (Watershed Analysis, NEPA/ CEQA/ CWA 404, 401, etc.).

6. Projects that provide a cost share from the landowner/ agency or other funding sources.

7. Sub-watersheds identified as priorities through the TMDL, as well as State and Tribal Water Quality Control Plan processes and monitoring programs.

8. Projects that allow continued collaboration through the restoration infrastructure of TCRCD and NRCS.

A significant decrease in the road mileage of the Trinity River Basin, in combination with the upgrade of integral roads, will shrink the size of the required overall road maintenance budgets.

## 5.4    Funding Sources

Watershed Restoration work in the Trinity River basin is currently funded through a variety of sources. Trinity River Restoration Program appropriations to the Bureau of Reclamation through the Energy and Water Development Appropriation Acts have historically been the single largest funding source in the Trinity River Basin restoration activities. Restoration of Grass Valley Creek, the South Fork Trinity River Coordinated Resource Management Plan (CRMP) Program and other activities have been extensively funded for many years by Reclamation to the TCRCD, NRCS and others. However, federal budgets have been cut and funding needs for restoration of the mainstem Trinity River fishery will increase through implementation of this ROD.

In recent years, Trinity County, the Trinity County Resource Conservation District, Six Rivers National Forest and others have obtained funding from other sources for supporting programs. The following is a brief list and description of potential funding sources available for watershed restoration in the Trinity River basin:

- S.B. 271 (California Salmon and Steelhead Restoration Account) This program is funded by the State of California through Tideland Lease revenues and the General Fund. A maximum of $8 million/ year will be available through this for allocation through 2005, with three additional years to implement funded projects. This program places a high priority on watershed assessment and upslope watershed restoration activities. Over a million dollars of this funding has been allocated to projects in the Klamath-Trinity basins in 1997-99. Matching funds are encouraged, but not required.

- Clean Water Act Section 205j and 319h- these funds are available through the State Water Resources Control Board for water quality planning/ monitoring and non-point source reduction, respectively. Significant non-federal matches are required, and contracting procedures are detailed and time-consuming. Historically, little funding has been made available to Trinity River basin projects through these programs because other funding is available in the Trinity River basin, that is not available elsewhere in the State.

- Pacific Salmon Restoration Initiative- Roughly $9 million was made available in FY 2000 through the Department of Commerce budget (NOAA/ NMFS). Trinity and Humboldt counties intend to spend the funds on highest priority projects, that pose both erosion problems and fish passage barriers. Significant non-federal matches are required.

- USFS and BLM appropriated funds for land and watershed management.

- County road funds- in some cases, these funds may be available as a non-federal match for other funding sources, especially if an existing county road would otherwise require some sort of maintenance or improvements.

- Jobs in the Woods- In recent years, BLM has been dedicating a portion of its funds in this category for restoration and sediment reduction work in the Grass Valley Creek Watershed, primarily through the TCRCD. Additionally, the TCRCD has applied for and received USFWS Jobs in the Woods funds to implement watershed restoration throughout the Trinity River Basin.

- CVPIA Restoration Fund – An Interior Solicitor's Opinion states that these funds, appropriated by Congress from fees charged to CVP water and power users, could be used to implement this ROD. This could include watershed protection and restoration activities.

- Proposition 13 – In March, 2000, the voters of California approved a multi-million dollar bond act that can be used for fishery and watershed restoration activities that are part of this implementation program. The State of California intends to use these funds to provide the non-federal match for the Pacific Salmon Restoration Initiative.

# 6. Adaptive Environmental Assessment and Management

Alluvial river systems are complex and dynamic. Our understanding of these systems and our ability to predict future conditions are continually improving. Adaptive Environmental Assessment and Management (AEAM) gives decision makers the ability to refine previous decisions in light of the continual increase in our knowledge and understanding of the river and catchment.

The AEAM approach to management relies on teams of scientists, managers, and policy makers jointly identifying and bounding management problems in quantifiable terms (Holling, 1978; Walters, 1986). In addition, the adaptive approach "to management recognizes that the information on which we base our decisions is almost always incomplete" (Lestelle et al., 1996). This recognition encourages managers to utilize management actions to increase our knowledge of complex systems, that, in turn, results in better future decisions. AEAM need not only monitor changes in the ecosystem, but also develop and test hypotheses of the causes of those changes, in order to promote desired changes. The result is informed decisions and increasing certainty within the management process.

AEAM is a formal, systematic, and rigorous process of learning from the outcomes of management actions, accommodating change, and improving management (Holling, 1978). Traditional approaches to management of rivers are inadequate to preserve biotic community diversity evidenced by single species management, complexity of species

interactions and interrelationships, and limited scientific knowledge about the interactions of abiotic and biotic factors. The concept of ecosystem management is not new; its implementation in regulated rivers is. It is important to stress not just flow recommendations and non-flow channel alterations but also the implementation of a new paradigm of river management built on the two-decade-old concept of Adaptive Environmental Assessment and Management [see also Hilborn and Walters (1992)].

An AEAM organization combines assessment and management. Most agency and task force structures do not allow both to go on simultaneously (International Institute for Applied Systems Analysis, 1979). The basis of adaptive environmental assessment and management is the need to apply lessons learned from past experience, data analysis and fine-tuning project implementation. AEAM combines experience with operational flexibility to respond to future monitoring and research findings and varying resource and environmental conditions. AEAM uses conceptual and numerical models and the scientific method to develop and test management choices. Decision makers use the results of the AEAM process to manage environments characterized by complexity, shifting conditions, and uncertainty about key system component relationships (Haley, 1990; McLain and Lee, 1996).

Effective management strategies must have explicit and measurable outcomes. There are few clear-cut answers to complex population biology, hydraulic, channel structure, and water quality changes. The AEAM process allows managers to adjust management practices (such as reservoir operations) and integrate information relating to the riverine habitats and the system response as new information becomes available.

A well-designed AEAM organization: (1) defines goals and objectives in measurable terms; (2) develops hypotheses, builds models, compares alternatives, designs system manipulations and monitoring programs for promising alternatives; (3) proposes modifications to operations that protect, conserve and enhance the resource; (4) implements monitoring and research programs to examine how selected management actions meet resource management objectives; and (5) uses the results of steps 1-4 to further refine ecosystem management to meet the stated objectives. The intention of the AEAM organization is to provide a process for cooperative integration of water control operations, resource protection, monitoring, management, and research.

The concept of restoring the natural hydrograph pattern discussed by Poff et al. (1997) is still debated, especially the role of hydrologic variability in sustaining the ecological integrity of river ecosystems. Stanford et al. (1996) also discuss ecological integrity. An adaptive management approach to increase our knowledge and management ability should be accompanied by physical process modeling and an evaluation program to monitor the physical and biological responses. Physical and biological processes will be modeled to facilitate the AEAM approach to restoring the unique fish fauna by designing a program for rehabilitating the river channels to provide habitats much improved over existing conditions. Such a program, similar to the recommendations by Ligon et al. (1995), needs to be supported by a rigorous prediction, monitoring and model validation program. The creation of an interdisciplinary team of scientists that run simulations, design and carry out monitoring programs, and offer recommendations to management is critical to successful implementation of the AEAM philosophy.

To adequately manage river systems for multiple use and conserve the biotic resources, on going monitoring of flow, sediment, geomorphic, and biological status is essential. With such data and the use of simulation models, river systems can be adaptively managed. Such informed decision-making, utilizing water supply forecasting and predictions of system response, is within the state-of-the art. Establishment of an AEAM organization will create a focused interdisciplinary effort involving physical and biological scientists. Peer review of all analyses, project design, and monitoring are essential to establish and maintain scientific and public credibility.

# 7.     Organizing to Implement the Trinity River Restoration Program

The purpose of the Trinity River Restoration Program is to restore the basin's fish and wildlife populations to those that existed prior to construction of the TRD and to implement measures to restore fish and wildlife habitat in the Trinity River. An AEAM organization will implement the restoration program. The purpose of the Trinity River AEAM organization is two-fold. First, the AEAM organization will design and direct monitoring and restoration activities in the Trinity River basin. Second, the AEAM organization will provide recommendations for the flow modifications for the OCAP of the Trinity River Division (TRD) of the Central Valley Project, if necessary. The Rehabilitation Implementation Group will coordinate the federal fisheries restoration effort in the Trinity River watershed. For more information on specific biological and geomorphic objectives, and on the initial working scientific hypotheses of the preferred alternative, please refer to the TRFE, pp. 278-289.

Implementing the Trinity River AEAM organization requires a collaborative and cooperative approach among government agencies, tribes, landowners, and stakeholders. The Implementation Plan establishes a Trinity Management Council (TMC) that is responsible for organization oversight and direction. A Trinity Adaptive Management Working Group (TAMWG) provides policy and technical input (Technical Advisory Committees) on behalf of Trinity basin stakeholders to the TMC. Figure 1 shows the AEAM organization structure. The focus of the AEAM organization is the Trinity Management Council and an AEAM Team consisting of a Technical Modeling and Analysis Group (TMAG) and a Rehabilitation Implementation Group (RIG). The organization includes a support staff (AEAM Team) of engineers and scientists charged with assessing the Trinity River fishery restoration progress. The AEAM Team may recommend management changes based on annual assessments of the evaluation of rehabilitation and flow schedule activities. The AEAM Team coordinates independent scientific reviews of the AEAM organization. The AEAM Team works closely with the resource management agencies that are responsible for implementing specific Trinity River restoration program activities. For instance, the USDA Forest Service or BLM may carry out a channel rehabilitation project on their lands. They would do so in collaboration with the AEAM Team.



**Figure 1 Trinity River Adaptive Environmental Assessment and Management organization structure.**

The AEAM organization will be funded primarily by the U.S. Department of the Interior. The Trinity Management Council (TMC) and Executive Director will be the decision-making body for the organization, operating as a board of directors and advising the Secretary of the Interior. Within the overall AEAM organization structure are Stakeholder Groups, Independent Review Panels, Regulatory Agencies, and the Adaptive Environmental Assessment and Management Team.

The membership and staff specifications presented herein should be considered flexible as funding changes and the organizational scope matures. The AEAM organization staff should be stationed in a single location in northern California. The office should be in close proximity to the Trinity River Division (TRD) with reasonable travel accessibility for visiting managers and scientists.

Implementation of the TREIS/R preferred alternative will be managed by the Trinity Management Council, and Executive Director, and carried out through individual agencies (state, federal, and local) and tribes acting within their existing authorities as well as through contracts awarded through a competitive process. Implementation by federal and state agencies is subject to annual appropriations.

All agencies will retain their existing authorities. However, when the TMC recommends a particular project or program, agencies will be expected to undertake those projects. If agencies do not implement the recommended actions or projects, they must explain to the TMC in writing why they have not done so.

## 7.1    AEAM Organization

The following sections describe the AEAM organization and each element of the structure including:
- Membership
- Roles & Responsibilities
- Staff

Finally, an example of assessment and monitoring based on the scheduling of the peak flow release during an extremely wet water-year follows the description of the organization elements.

### 7.1.1    Trinity Management Council (TMC)

*Membership*
Part-time designees from the following organizations:
US Fish & Wildlife Service (Service)
US Bureau of Reclamation (Reclamation)
US Forest Service
Hoopa Valley Tribe (HVT)
Yurok Tribe (YT)
State of California (designee from Secretary of Resources)
Trinity County
NOAA National Marine Fisheries Service

A Chairperson (Federal Agency) selected from the membership

*Roles & Responsibilities*
Has decision making authority for their agency/organization
Interprets and recommends policy, stays out of day-to-day operations, similar to board of directors
Coordinates and reviews management actions
Provides organizational budget oversight

When necessary elevates unresolved conflicts within the council to the Secretary

Conducts search for and selects a nominee for Executive Director (actual hiring conducted within appropriate agency's personnel rules and regulations)

Reviews personnel actions by Executive Director

Authorizes and approves Requests-For-Proposals (RFP's) to be developed by Technical Modeling and Analysis Group

Ensures policy level consideration of issues submitted through Executive Director by regulatory agencies, stakeholder, and other management groups

Coordinates with other management groups and actions through the Executive Director

Considers proposed modifications of the annual flow schedule

Hires and supervises the Executive Director through a lead Interior agency as determined by the Secretary

### *Staff*

Federal, Tribal, State, and local governing agencies – Existing staff

Staff 1/ 10th-time

Travel and Incidental Expenses

### Executive Director

Executes policy and management decisions of the Trinity Management Council

Is the focus for all and oversees all activities of the Trinity River AEAM Organization. Coordinates with agencies implementing specific program elements

### *Membership*

Full-time Executive Director

Full-time Administrative Assistant

### *Roles & Responsibilities*

Hired and supervised by a lead Interior agency as determined by the Secretary

Coordinates execution of all TMC decisions through the Adaptive Environmental and Assessment Management Team

Hires Administrative Assistant and AEAM Team members subject to TMC authority

Acts as point of contact for public relations

Supervises the Adaptive Environmental Assessment and Management Team and coordinates the Independent Review Panels (including the Scientific Advisory Board (SAB) the TMC, Stakeholder Groups, and Regulatory Agencies.

Coordinates flow schedule and rehabilitation activities with other operational agencies

Schedules and conducts information exchange workshops with stakeholders & regulatory agencies

Submits annual flow schedule to TMC for review and approval

Submits annual budget to TMC for review and approval

Monitors budget expenditures

Secures necessary permits for all program activities

Reports progress towards restoration goals to TMC, Stakeholders, Regulatory Agencies, and the public

### *Staff*

2 Full Time Equivalent (FTE) employees

### 7.1.2   Trinity Adaptive Management Working Group (TAMWG)

The Trinity Adaptive Management Working (TAMWG) group consists primarily of representatives of stakeholders, with participation from tribes, state, local, and federal agencies on the TMC with a legitimate intent to restoration of the Trinity River. The purpose of the TAMWG is to assure thoughtful involvement in the Trinity River restoration program, particularly the adaptive management process. TAMWG provides an opportunity for stakeholders to give policy and management input about restoration efforts to the TMC. TAMWG will be formally organized, including technical committees. The TAMWG may be chartered under the Federal Advisory Committee Act (FACA). TAMWG will hold at least two meetings per year of the full group, involving the public. The technical advisory committees may hold additional meetings with the TMAG to discuss technical issues, review annual flow schedules, and RFP's for implementation activities.

Stakeholders will have an opportunity to submit alternative hypotheses and/ or alternative restoration actions to the TMC for consideration in their capacity as an advisory group. The TMC will seek review of alternatives proposed by the Technical Modeling and Analysis Group (TMAG) and the Rehabilitation Implementation Group (RIG) (see discussions of TMAG and RIG).

*Membership*

Members of TAMWG should be senior representatives of their respective constituent groups with a legitimate link to restoration activities on the Trinity River. They should have authority to speak on behalf of their organization(s) and commit to following up TAMWG and TMC discussions with their colleagues. If the Secretary charters TAMWG under FACA, minimum membership qualifications should include at least the following:

Individuals are senior representatives of their organization(s) authorized to speak on their behalf and, where appropriate, commit funds.
Individuals should have extensive knowledge of the Trinity River Restoration Program and the Trinity Adaptive Management Organization.
Members should elect a strong and fair chairperson that recognizes when discussions stray.
Technical committee participants must have appropriate technical qualifications to engage in technical discussions.
TAMWG members should expect to commit at least 10 percent of their time to this effort.
Members of TAMWG technical committees should expect to commit at least 25 percent of their time to this effort.
TAMWG should/ will replace representatives on the Working Group or technical committees that do not actively participate or attend meetings.

May include representatives from these and other interests:
- Recreation
- Environment
- Landowners
- Commercial fishing
- Sport fishing
- Timber
- Power
- Agriculture

- Water users
- Agencies
- Others

### Roles & Responsibilities

Provide policy and management recommendations on all aspects of the program to TMC via Executive Director

Develop and submit alternative hypotheses for consideration by TMC and potential analysis by TMAG and RIG

Recommend management actions and studies for RFP development and implementation

### Staff
Provided by each stakeholder group

## 7.1.3   Adaptive Environmental Assessment and Management Team

This team provides expert support to the TMC as relates to both scientific evaluation of restoration progress and managements implementation. However, the team expertise is subdivided into staff focusing their efforts toward either management implementation or analyses and scientific assessment. The AEAM Team office should be in close proximity to the Trinity River Division (TRD) with reasonable travel accessibility for visiting managers and scientists.

### 7.1.3.1 Technical Modeling and Analysis Group (TMAG)

Interdisciplinary group of scientists, engineers, and technical specialists, responsible for conducting and managing complex technical studies and projects, and integrating the products of those studies and projects into management objectives and recommendations. Supervised by the Team Leader under the Executive Director. The TMAG conducts technical analyses, model projections for achieving restoration objectives, design for comparison with ongoing approaches, planning, peer review, and budgeting. The TMAG makes recommendations to the TMC through the Executive Director for implementation and testing of appropriate hypotheses. The TMAG recommends modifications to the annual flow schedule within the annual water year-type allocation. The TMAG oversees scientific evaluation and design of all rehabilitation projects including: bank rehabilitation, gravel augmentation, riparian re-vegetation, floodplain creation, sediment management, and watershed rehabilitation. The TMAG develops the scope of work for these actions. The TMAG serves as the Contracting Officer's Technical Representative (COTR). The TMAG shares some COTR responsibilities to the RIG.

### Membership

Full-time Group Leader Interdisciplinary experience in water resources management or river restoration/ rehabilitation with expertise in biological and geomorphological sciences. Supervised by the Executive Director.

Four full-time, multi-disciplinary scientists/ engineers representing these disciplines:

- Fisheries Biology
- Fluvial Geomorphology/ Hydraulic Engineering
- Riparian Ecology/ Wildlife Ecology
- Water Quality/ Temperature

- Hill Slope Geomorphology/ Watershed Hydrology
- Information Management/ Computer Modeling

A part-time representative from USBR Operations (CVP) serves as a member of this team when formulating the annual flow schedule.

### Roles & Responsibilities

Team members collaborate in:

- Habitat modeling and mapping, SALMOD, habitat quality (gravel quality), statistics, population modeling

- Sediment transport, channel response, channel design

- Riparian revegetation, regeneration, and encroachment and removal

- Water temperature and other water quality indicator modeling

- Information Management and GIS

- Flow release recommendations and annual flow schedule formulation

- Integration of appropriate models for describing the response of the stream corridor to management alternatives

- Watershed restoration

Evaluates previous year & historical monitoring results with respect to existing hypotheses

Re-visits scientific hypotheses as appropriate

Conducts sediment transport modeling, habitat modeling, temperature modeling and salmon production modeling

Integrates multidisciplinary information and identifies alternatives to resolve conflicting ecological management needs

Coordinates with operations and presents analyses to TMC for resolving conflicts and assessing management needs

Provides short term research project development and oversight

Conducts long-term trend monitoring development and oversight

Sets standards and protocols for monitoring information (datum, coordinate systems, reporting techniques and formats, etc)

Ensures effective data management, storage, analysis, and distribution

Solicits technical input review from stakeholder groups and regulatory agencies

Analyzes and submits implementation plans for scientific peer review

Coordinates review from Scientific Advisory Board and Review Committees

Submits designs in collaboration with the RIG for Rehabilitation Activities and Objective Specific Monitoring

Is responsible for RFP development and preparation of statements of work in cooperation with the RIG Contracting Officer

Contracting Officer's Technical Representative - assist in Objective Specific Monitoring and Rehabilitation Activities contracting

Provides program reporting

Completes special duties as requested by Executive Director

*Staff*
Six FTE's
Group Leader/ Scientist
Secretary
Four full-time technical staff (May include agency staff detailed under the Inter-
    Governmental Personnel Act)
Travel and Incidental Expenses - Computers, software, hardware, supplies
Technical support resources including modeling, data analysis, etc

## 7.1.3.2  Rehabilitation Implementation Group (RIG)

A group of engineers, technicians, and contract specialists responsible for implementing the
on-the-ground design and construction activities associated with the AEAM organization.
The group is supervised by a Group Leader who is under the supervision of the Executive
Director. The Rehabilitation Implementation Group (RIG) collects design data, prepares
designs, awards contracts, and manages construction for bridge replacements, rehabilitation
projects, gravel augmentation, riparian revegetation, flood plain creation, objective specific
monitoring, and sediment management projects. The RIG performs all necessary realty
actions and environmental permit requirements including environmental compliance.
Contacts the public to address implementation issues such as obtaining borrow and waste
sites, access agreements, and maintenance agreements. The RIG works closely with the
TMAG to achieve a common understanding of desired design concepts and coordinates
construction activities to insure any rehabilitation activity modifications are implemented
with full approval of the TMC.

*Membership*
Full time Group Leader with background in engineering and experience in management of
    river restoration programs. Directly supervised by the TMC Executive Director.
Civil Engineer
Engineering Technician/ Surveyor
Contracting Officer
Part-time support from:
    Construction Inspector
    Construction contract specialist
    Realty Specialist
    Field Engineer

*Roles & Responsibilities*
Preparing and implementing contracting for objective specific monitoring and rehabilitation
    activities upon approval of the TMC
Collaborates with TMAG and Executive Director on program implementation
Submits annual report to Executive Director on accomplishments, expenditures, and budget
    needs
Channel Rehabilitation
Collaborates with TMAG to develop design concept for each site and environmental review
Contacts property owners to explain concept and obtain right of entry
Collects design data, prepares location maps, performs field explorations
Coordinates with TMAG to obtain pre- and post-project monitoring
Prepares designs, cost estimates, and information on local contractors

Awards construction contracts

Performs management during construction including quality control and contractor payments

Bridge Replacements

Prepare design concept for each site

Contacts property owners to explain concept and obtain right of entry and maintenance agreements

Collects design data, prepares location maps, performs field explorations

Prepares designs and cost estimates

Awards construction contracts

Performs construction management

Flood Plain Creation

Collaborates with TMAG to develop design concept for each site and environmental review

In concert with gravel augmentation and fine sediment management and revegetation

Obtains/ Identifies inundation zones

Locates impacted flood plain improvements

Performs property surveys

Negotiates easements including structure removal/ relocation agreements

Remove/ Relocate existing structures

Gravel Augmentation and Fine Sediment Management

Collaborates with TMAG to develop design concept for each site and environmental review

Prepares designs and cost estimates

Awards augmentation contracts

Performs gravel placement activities

Objective Specific Monitoring

In concert with TMAG, select objective specific monitoring and rehabilitation activity contractors

Provide contract management for all monitoring activities

Watershed Rehabilitation

Coordinates with land management agencies

***Staff***

Four FTE's including:

Group Leader

Civil Engineer

Contracting Officer

Engineering Technician/ Surveyor

Travel and Incidental Expenses

Computers

## 7.1.4   Independent Review Panels

To assure scientific credibility all monitoring and studies will be awarded through a competitive process using RFP's and independent outside review panels. A Scientific Advisory Board will provide overall review and recommendations to the TMC relative to the science aspects of the AEAM organization. Specific Review Committees will be organized as needed to review rehabilitation, monitoring and study designs as well as proposals and reports.

### 7.1.4.1 Scientific Advisory Board

Five scientists, recognized as experts in the disciplines of fisheries biology, fluvial geomorphology, hydraulic engineering, hydrology, riparian ecology, wildlife biology, or aquatic ecology, form a Scientific Advisory Board (SAB). It is important that members serve a reasonably long term to reduce "get up to speed" expenses, but short enough that the organization periodically gets new ideas and perspectives. Members must be objective in keeping the science separate from policy. Each member serves a four-year rotating term. The Executive Director appoints the members of the Board from candidates nominated by the TMC, TMAG Team Leader, TAMWG, and Regulatory Agencies, based upon technical capability. They would meet at least once each year with the TMAG.

### *Membership*

Part-time. Five recognized scientists in various disciplines. Time commitment roughly 5% – 10%/yr that may come in periodic bursts of effort such as when the TMAG develops alternative hypotheses, study plans, flow recommendations, rehabilitation activities, and special data collection activities for the coming year.

### *Roles & Responsibilities*

Scientific peer review of hypothesis testing, proposed annual flow schedules, short and long-term monitoring plans, research priorities.
Periodic review (roughly every 5 years) of the overall AEAM Organization
Review reports & recommendations produced by the Technical Modeling and Analysis Group.
Review suggestions for new or alternative hypotheses & methods of testing of existing hypotheses.

### *Staff*

No additional staff. The TMAG will provide support. SAB members will be reimbursed for their time and travel at their current organizational or industry rates

Total Five FTE's

### 7.1.4.2 Review Committees

Outside review committees will be formed to review specific proposals and study designs. For each proposed Objective Specific activity a review committee of subject area experts, not directly involved with the proposed project or otherwise having a conflict of interest, will be solicited to provide recommendations on specific proposed activities. These peer reviews will provide recommendations on proposals submitted in response to RFP's.

### *Membership*

Review Committee members will be selected from nominations by the SAB, AEAMT and TAMWG.

When no conflict of interest exists TAC members of TAMWG having appropriate expertise will serve on individual reviews.

### Roles and Responsibilities

For each Trinity Restoration Program funded activity a specific Review Committee will be formed to provide input and recommendations relative to personnel qualifications and experience, study approach, statistical design, adequacy of proposed budget, etc.

## 7.2    Objective Specific Monitoring

Long-term monitoring evaluates the overall restoration effort, and also provides baseline and subsequent data for trend analyses. Long-term data include gaging data, sediment transport data, water temperature data, smolt outmigration data, adult escapement estimates, redd mapping, monitoring index reaches, and rehabilitation sites. Restoration program funded long-term monitoring will be awarded by contract or self-governance agreements if applicable to agencies, tribes, and contractors in response to RFP's authorized by the TMC.

Short-term monitoring seeks to evaluate cause and effect in the context of specific hypotheses, and competing hypotheses for specific calendar years given the water year runoff forecast, sediment input, and level of salmon escapement. Short-term monitoring may include studies such as water temperature-salmonid growth rates, delta maintenance needs, and riparian regeneration processes. Short-term monitoring may be needed simply to fill information gaps. To assure scientific credibility all monitoring and studies will be awarded through a competitive process using RFP's and independent review panels.

### Membership

Personnel of successful applications from:
    Agencies
    Tribes
    Contractors

### Roles & Responsibilities

Short-term specialized monitoring such as annual site specific data collection for hypothesis testing, would be contracted through annual solicitations from agencies, tribes, universities, and consulting firms by issuing Requests For Proposals (RFP's) and awarding annual or multiple year contracts

Long-term trend monitoring needs would be contracted with local Agencies and Tribes having technical expertise. The local agency and/or tribe will prepare work plans and data collection designs based upon scopes of work developed by the TMAG. They will submit the work plans for scientific peer review and after appropriate review and modification the agencies and/or tribes will be funded.

Implement monitoring projects as specified in contracts

## 7.3    Funding for ROD Implementation

Table 6 presents costs for implementation of the Record of Decision over a period of three years. The majority of funds are expected to come through the Department of Interior agencies. Additional program funding however may be obtained from the State of California, other federal agencies, and other sources (See section 5.4).
 itemizes a further breakout of the objective specific monitoring costs for long and short-term monitoring and GIS maintenance and public information.

**TABLE 6**
Funding for ROD Implementation[a,b] (Amounts in Thousands of Dollars)

| Activity | Year 1 ($) | Year 2 ($) | Year 3 ($) | Total 3 yrs ($) |
|---|---|---|---|---|
| Bridge Construction[c] | 350 | 5,700 | 0 | 6,050 |
| Houses/outbuildings [c] | 125 | 225 | 0 | 350 |
| Channel Rehab projects[c] | 2,150 | 2,400 | 2,400 | 6,950 |
| Watershed Restoration | 2,000 | 2,000 | 2,000 | 6,000 |
| Coarse and Fine sediments[c] | 50 | 50 | 355 | 455 |
| Objective Specific Monitoring[d] | 5,640 | 5,176 | 5,176 | 15,992 |
| AEAM Team (Staffing)[d] | 2,025 | 2,025 | 2,025 | 6,075 |
| TOTAL | 12,340 | 17,576 | 11,956 | 41,712 |

[a]Estimated out-year costs. During the first 3 years, half of the channel rehabilitation projects will be constructed. Additional out-year funds will be necessary to complete the second half. Costs are assumed to be the same as the first half. For watershed restoration, $2 million annually for roughly 20 years is necessary. Annual coarse and fine sediment costs are expected to average $260,00 per year but will vary depending on needs identified through adaptive management. Adaptive management costs are approximated at $5.2 million per year indefinitely.

[b]Bridge and Infrastructure modifications are phased in (included in years 1 and 2) with the bulk reflected in year 2. Therefore, a true estimate for an "annual" budget would be best represented by year 3 at $11.8 million.

[c]Costs taken from USBR Mainstem Trinity Habitat and Floodplain Modifications Report (2/2000).

[d]Costs taken from Stalnaker and Wittler AEAM report (4/2000).

**TABLE 7**
Break Out Costs for Objective Specific Monitoring (1,000s of $)

| | |
|---|---|
| *Long term monitoring:* | |
| Fish monitoring (escapement, smolt production, etc) | 2,247 |
| Fish monitoring and modeling (habitat, temp, SALMOD) | 914 |
| Channel morphology and riparian monitoring | 330 |
| Gaging stations | 175 |
| Hydraulic and sediment transport monitoring/modeling | 160 |
| GIS maintenance and public info | 145 |
| **Subtotal** | **3,971** |
| *Short term directed monitoring* | 1205 |
| **TOTAL** | **5,176** |
| Additional first year only cost (GIS system and gaging stations) | 464 |
| **TOTAL FIRST YEAR COSTS** | **5,640** |

## 7.4 Peak Flow Release Example for Extremely Wet Water Year

The theory, objectives, and structure of the proposed adaptive environmental assessment and management (AEAM) organization are broadly described in the Trinity River Flow Evaluation Report (USFWS and HVT, 1999). The material presented in previous sections of this report provides more detail on roles, responsibilities, and budgetary needs of the organization. However, to date, there has not been a detailed example of how adaptive

management would actually be used to manage the Trinity River. As stated in the Trinity River Flow Evaluation Study:

> "a well-designed AEAM program (1) defines goals and objectives in measurable terms; (2) develops hypotheses, builds models, compares alternatives, and designs system manipulations and monitoring programs for promising alternatives; (3) proposes modifications to operations that protect, conserve and enhance the resources; and (4) implements monitoring and research programs to examine how selected management actions meet resource management objectives."

The following section provides an example of the AEAM process, using the magnitude and duration of the annual high flow release as the example.

### 7.4.1  High Flow Magnitude

Hypotheses:

- Bed and bar scour discourages riparian vegetation establishment, thereby maintaining salmonid spawning and rearing habitat (and salmonid production)

- Adequate bed mobility results in reduced fine sediment storage in surface layer, reduced embeddedness, and improved habitat for benthic invertebrates and salmon spawning (and salmonid production)

- Bar scour and re-deposition (combined with reduced fine sediment supply) flushes spawning gravels, improving salmonid egg-emergence success (and salmonid production)

- There is a quantifiable relationship between increasing discharge and the amount of bed and bar scour depth and deposition

- Higher flows occur more frequently during wetter water years

Objectives:

1. Mobilize $D_{84}$ gravel bed surface on bars and riffles
2. Scour and re-deposit bars and riffles to a depth greater than $2 D_{90}$'s

Empirical data show that flows greater than 6,000 ft³/s cause general bed mobilization indicated by the $D_{84}$ particle size on bars and riffles. In a mixture of river gravels, the $D_{84}$ represents the size for which 84 percent of the particles are finer. Empirical data relating flow and hydraulic conditions to bed scour (Wilcock, 1995; McBain and Trush, 1997) show flows ranging between 8,000 ft³/s and 16,000 ft³/s cause relative scour depths (scour/$D_{90}$) greater than two over most of the bar/bed surface. Observations of bed scour at the Bucktail bank rehabilitation site indicate a peak flow of 11,400 ft³/s caused relative bed scour ranging from several $D_{90}$ layers deep down in the channel to 1.35$D_{90}$ deep midway up the point bar. A combination of Bucktail site data and median values of the compiled empirical data resulted in an initial conclusion that a peak discharge of 11,000 ft³/s should be released in Extremely Wet water years to satisfy the bar surface scour objective. AEAM will enhance ability to achieve specific objectives by: 1) continuing to add empirical data relating bed

scour to discharge at index sites, 2) developing/ utilizing models that better describe the physical processes that cause bed scour.

### 7.4.2    High Flow Duration

Hypotheses:

- Increasing, maintaining, and routing coarse sediment supply will increase number and extent of bars

- Increased number and extent of bars will increase quantity and quality of salmonid spawning and rearing habitat, and salmonid production will thereby increase.

- Removing delta-formed backwaters will allow coarse sediment to route through the reach from upstream reaches, further increasing the number and extent of bars.

- Transporting fine sediment at a rate greater than input will decrease fine sediment storage in the mainstem Trinity River

- Decreasing fine sediment storage in the mainstem Trinity River will increase pool depth, decrease embeddedness, and decrease percent fines in spawning gravels (thereby increasing salmonid production)

Objectives:

1. Transport coarse sediment in upper river (near Deadwood and Rush creeks) at a rate equal to input.

2. Transport fine sediment in upper river (near Deadwood, Rush, and Grass Valley creeks) at a rate greater than input

Combining high flow magnitude with duration determines the total coarse and fine sediment transport capacity of the mainstem Trinity River. Measurements have been and continue to be taken on the mainstem Trinity River and tributaries to develop relationships between flow magnitude and fine & coarse sediment transport. This information can be predicted virtually on a real-time basis.

Objective 1

Evaluate objective 1 by comparing coarse sediment transport rates at both the Lewiston (RM 110) and Limekiln Gulch gaging stations (RM 98) with cumulative coarse sediment input rates from Deadwood Creek and Rush Creek. On an interim basis, because the TRD has greater influence on mainstem sediment transport closer to the dam, use the Rush Creek and Deadwood Creek coarse sediment yield as the management objective (transport sediment on the mainstem at a rate equal to input from Rush and Deadwood creeks). The duration of high flow recommendations in the TRFES is based on extrapolation of measured data to a long-term record to estimate sediment transport needs for each individual water year. For Extremely Wet water years, the duration is 5 days at 11,000 $ft^3$/ s. Tributary sediment yield is most dependent on peak flow magnitude (that is partially dependent on water year class, i.e., typically, the wetter the water year, the more coarse sediment delivered to the mainstem); therefore, there is variability in year-to-year tributary sediment yields.

Objective 2

Evaluate Objective 2 by comparing fine sediment flux at the Limekiln Gulch gaging station with the estimated cumulative fine sediment yield from Deadwood Creek, Rush Creek, and Grass Valley Creek. Attempts to extrapolate fine sediment yield by water year class is more variable than coarse sediment.

### 7.4.3   Adaptive Management Example

Peak flows of five days' duration is the recommended starting point for the scheduled annual flows; in reality, peak flow duration should vary by the volume of sediment delivered to the mainstem Trinity River from tributaries for each individual water year (rather than averaging many years for a water year class). Using the coarse sediment management objectives as an example, AEAM would implement high flow recommendations based on the following real-time approach:

*October 1 to April 1*

1) Establish coarse sediment monitoring cross sections in mainstem Trinity River, focusing on the deltas (with large coarse sediment storage) and downstream reaches (with small coarse sediment storage).
2) Install bed mobility and scour projects at representative study sites. Develop bed mobility and or scour models to predict as a function of flow magnitude.
3) Monitor the volume of coarse sediment delivered to the mainstem Trinity River by tributaries by natural storm runoff events, particularly from Rush Creek. Summarize the volume of coarse sediment contributed by each tributary. For example, assume that 10,000 yd$^3$ of tributary derived coarse sediment needs to be transported by the mainstem during a given year.
4) Refine mainstem coarse sediment transport rates based on field measurements
5) Develop a hydraulic and sediment routing model for the upper portion of the mainstem Trinity River. Combine mainstem sediment transport relationship (input) with physical data downstream of tributaries into a sediment routing model (e.g., HEC-6 or better) to better calibrate model. This model will predict yd$^3$ of coarse sediment transported as a function of flow magnitude and duration, and will predict channel response (increasing or decreasing coarse sediment storage) at each cross section.

*March 1 to April 1*

6) Water supply forecasting to predict water year, culminating in a final water year designation on April 1. Assume an Extremely Wet year for this example.

*April 1 to May 1*

7) Because it is predicted to be an extremely wet year, the magnitude of the recommended flow is set at 11,000 ft$^3$/ s to achieve bed/ bar mobility and scour objectives.
8) Predict the duration of 11,000 ft$^3$/ s flow release needed to transport 10,000 yd$^3$ of coarse sediment. Run sediment routing model predict the duration of 11,000 ft$^3$/ s needed to transport 10,000 yd$^3$. Assume that model indicates 4 days. Therefore, the recommended duration of the 11,000 ft$^3$/ s flow release is 4 days. Timing will be based on Chinook salmon smolt outmigration information; assume May 24-May 27.
9) This recommendation integrates into other team recommendations for that year and is forwarded to decision makers.

### *May 24-May 27*

10) Conduct release.
11) Monitor coarse sediment transport to calibrate and improve sediment transport model
12) Monitor hydraulic parameters to calibrate and improve sediment transport model, bed mobility models, and bed scour models

### *May 27-July 22*

13) Downramp flows to 450 $ft^3$/s.
14) Begin reducing and analyzing data.

### *July 22-October 1*

15) Monitor coarse sediment storage by resurveying cross sections. This will also evaluate the coarse sediment transport model predictions, and will help better calibrate the model for future predictions.
16) Monitor bed mobility and bed scour at representative study sites. Evaluate and calibrate bed mobility and bed scour models.
17) Analyze data, summarize results, prepare reports, and solicit outside scientific review of hypotheses, study plan, modeling, and results.
18) Revise hypotheses, study plan, and models as appropriate.

This approach greatly enhances our ability to achieve specific objectives, while allowing a much better predictive capability in each successive year (predict and monitor rather than simply reacting to long-term monitoring results).

# 8.   References

Haley, K. B. (1990). Operational research and management in fishing. In Operations research and management in fishing. NATO ASI Series. Series F: Applied Sciences, vol. 189, ed. A. G. Rodrigues, pp. 3-7. Kluwer Academic, Dordrecht, The Netherlands.

Hilborn, R., and Walters, C. J. (1992). Quantitative fisheries stock assessment choice. Dynamics and uncertainty. Chapman and Hall, New York.

Holling, C. S. (1978). Adaptive environmental assessment and management. John Wiley and Sons, New York.

International Institute for Applied Systems Analysis. (1979). Expect the unexpected: An adaptive approach to environmental management. Executive Report 1, International Institute for Applied Systems Analysis, Luxemburg, Austria. 16 pp.

Lestelle, L.C., Mobrand, L. E., Lichatowich, J. A., and Vogel, T. S. (1996). Ecosystem diagnosis and treatment (EDT). Applied Ecosystem Analysis - A Primer. Prepared for U.S. Department of Energy, Bonneville Power Administration, Environmental Fish and Wildlife, Portland, Oregon. 95 pp.

Ligon, F. K., Dietrich, W. E., and Trush, W. J. (1995). Downstream ecological effects of dams: A geomorphic perspective. Bioscience, 45, 183-192.

McBain, S., & W. Trush, 1997. Trinity River Channel Maintenance Flow Study Final Report. Prepared for the Hoopa Valley Tribe, Trinity River Task Force.

McLain, R. J, and Lee, R. G. (1996). Adaptive management: Promises and pitfalls. Environmental Management, 20, 4, 437-448.

Poff, L. N., Allan, J. D., Bain, M. B., Karr, J. R., Prestegaard, K. L., Richter, B. D., Sparks, R. E, and Stromberg, J. C. (1997). The natural flow regime: A paradigm for river conservation and restoration. BioScience, 47, 11, 769-784.

Stanford, J. A., Ward, J. V., Liss, W. J, Frissell, C. A., Williams, R. N., Lichatowich, J A., and Coutant, C. C. (1996). A general protocol for restoration of regulated rivers. Regulated Rivers: Research and Management, 12, 391-413.

Walters, C. (1986). <u>Adaptive Management of Renewable Resources</u>. Macmillan, New York.

USCOE (U.S. Army Corps of Engineers). 1976. Flood Plain Information; Trinity River; Lewiston Lake to Junction City, Trinity County, California. Prepared for Trinity County by the U.S. Army Engineer District, San Francisco. 25pp.

Wilcock, P.R., G.M. Kondolf, A.F. Barta, W.V.G. Matthews, and C.C. Shea, 1995. Spawning Gravel Flushing During Trial Reservoir Releases on the Trinity River: Field Observations and Recommendations for Sediment Maintenance Flushing Flows. Prepared for the USFWS, Sacramento, CA, Cooperative Agreements 14-16-0001-91514 and 14-16-0001-91515. 96 pages.

| | | | | | |
|---|---|---|---|---|---|
| **Attachment 1** | | | | | |
| **Lewiston Dam Releases to the Trinity River** | | | | | |
| Date | Extremely Wet | Wet | Normal | Dry | Critically Dry |
| 01-Oct thru 15 Oct | 450 | 450 | 450 | 450 | 450 |
| 16-Oct thru 21-Apr | 300 | 300 | 300 | 300 | 300 |
| 22-Apr | 500 | 500 | 500 | 300 | 300 |
| 23-Apr | 500 | 500 | 500 | 300 | 900 |
| 24-Apr | 500 | 500 | 500 | 300 | 1,500 |
| 25-Apr | 500 | 500 | 500 | 300 | 1,500 |
| 26-Apr | 500 | 500 | 500 | 300 | 1,500 |
| 27-Apr | 500 | 500 | 500 | 900 | 1,500 |
| 28-Apr | 500 | 500 | 500 | 1,500 | 1,500 |
| 29-Apr | 1,500 | 2,000 | 2,500 | 2,500 | 1,500 |
| 30-Apr | 1,500 | 2,000 | 2,500 | 3,500 | 1,500 |
| 01-May thru 05-May | 1,500 | 2,000 | 2,500 | 4,500 | 1,500 |
| 06-May | 2,000 | 2,500 | 4,000 | 4,306 | 1,500 |
| 07-May | 2,000 | 2,500 | 6,000 | 4,121 | 1,500 |
| 08-May | 2,000 | 2,500 | 6,000 | 3,943 | 1,500 |
| 09-May | 2,000 | 2,500 | 6,000 | 3,773 | 1,500 |
| 10-May | 2,000 | 2,500 | 6,000 | 3,611 | 1,500 |
| 11-May | 2,000 | 2,500 | 6,000 | 3,455 | 1,500 |
| 12-May | 2,000 | 2,500 | 5,784 | 3,307 | 1,500 |
| 13-May | 2,000 | 2,500 | 5,574 | 3,164 | 1,500 |
| 14-May | 2,000 | 3,000 | 5,373 | 3,028 | 1,500 |
| 15-May | 2,000 | 4,000 | 5,178 | 2,897 | 1,500 |
| 16-May | 2,000 | 6,000 | 4,991 | 2,773 | 1,500 |
| 17-May | 2,000 | 8,500 [a] | 4,811 | 2,653 | 1,500 |
| 18-May | 2,000 | 8,500 [a] | 4,637 | 2,539 | 1,500 |
| 19-May | 2,000 | 8,500 [a] | 4,469 | 2,430 | 1,500 |
| 20-May | 3,000 | 8,500 [a] | 4,307 | 2,325 | 1,500 |
| 21-May | 4,000 | 8,500 [a] | 4,151 | 2,225 | 1,500 |
| 22-May | 6,000 | 7,666 [a] | 4,001 | 2,129 | 1,500 |
| 23-May | 8,500 [a] | 6,833 [a] | 3,857 | 2,037 | 1,500 |
| 24-May | 11,000 [a] | 6,000 | 3,717 | 1,950 | 1,500 |
| 25-May | 11,000 [a] | 6,000 | 3,583 | 1,866 | 1,500 |
| 26-May | 11,000 [a] | 6,000 | 3,453 | 1,785 | 1,500 |
| 27-May | 11,000 [a] | 6,000 | 3,328 | 1,708 | 1,500 |
| 28-May | 11,000 [a] | 6,000 | 3,208 | 1,635 | 1,500 |
| 29-May | 10,444 [a] | 5,690 | 3,092 | 1,564 | 1,500 |
| 30-May | 9,889 [a] | 5,322 | 2,980 | 1,497 | 1,497 |
| 31-May | 9,333 [a] | 4,977 | 2,872 | 1,433 | 1,433 |
| 01-Jun | 8,778 [a] | 4,655 | 2,768 | 1,371 | 1,371 |
| 02-Jun | 8,222 [a] | 4,354 | 2,668 | 1,312 | 1,312 |
| 03-Jun | 7,667 [a] | 4,072 | 2,572 | 1,255 | 1,255 |
| 04-Jun | 7,111 [a] | 3,809 | 2,479 | 1,201 | 1,201 |
| 05-Jun | 6,556 [a] | 3,562 | 2,389 | 1,150 | 1,150 |
| 06-Jun | 6,000 | 3,332 | 2,303 | 1,100 | 1,100 |
| 07-Jun | 6,000 | 3,116 | 2,219 | 1,053 | 1,053 |
| 08-Jun | 6,000 | 2,915 | 2,139 | 1,007 | 1,007 |
| 09-Jun | 6,000 | 2,726 | 2,062 | 964 | 964 |
| 10-Jun | 6,000 | 2,550 | 2,000 | 922 | 922 |
| 11-Jun | 5,664 | 2,385 | 2,000 | 883 | 883 |
| 12-Jun | 5,359 | 2,230 | 2,000 | 845 | 845 |
| 13-Jun | 5,071 | 2,086 | 2,000 | 808 | 808 |
| 14-Jun | 4,798 | 2,000 | 2,000 | 774 | 774 |
| 15-Jun | 4,540 | 2,000 | 2,000 | 740 | 740 |

| | Attachment 1 Lewiston Dam Releases to the Trinity River | | | | |
|---|---|---|---|---|---|
| Date | Extremely Wet | Wet | Normal | Dry | Critically Dry |
| 16-Jun | 4,295 | 2,000 | 2,000 | 708 | 708 |
| 17-Jun | 4,064 | 2,000 | 2,000 | 678 | 678 |
| 18-Jun | 3,845 | 2,000 | 2,000 | 649 | 649 |
| 19-Jun | 3,638 | 2,000 | 2,000 | 621 | 621 |
| 20-Jun | 3,443 | 2,000 | 2,000 | 594 | 594 |
| 21-Jun | 3,257 | 2,000 | 2,000 | 568 | 568 |
| 22-Jun | 3,082 | 2,000 | 2,000 | 544 | 544 |
| 23-Jun | 2,916 | 2,000 | 2,000 | 521 | 521 |
| 24-Jun | 2,759 | 2,000 | 2,000 | 498 | 498 |
| 25-Jun | 2,611 | 2,000 | 2,000 | 477 | 477 |
| 26-Jun | 2,470 | 2,000 | 2,000 | 450 | 450 |
| 27-Jun | 2,337 | 2,000 | 2,000 | 450 | 450 |
| 28-Jun | 2,212 | 2,000 | 2,000 | 450 | 450 |
| 29-Jun | 2,093 | 2,000 | 2,000 | 450 | 450 |
| 30-Jun thru July 9 | 2,000 | 2,000 | 2,000 | 450 | 450 |
| 10-Jul | 1,700 | 1,700 | 1,700 | 450 | 450 |
| 11-Jul | 1,500 | 1,500 | 1,500 | 450 | 450 |
| 12-Jul | 1,350 | 1,350 | 1,350 | 450 | 450 |
| 13-Jul | 1,200 | 1,200 | 1,200 | 450 | 450 |
| 14-Jul | 1,050 | 1,050 | 1,050 | 450 | 450 |
| 15-Jul | 950 | 950 | 950 | 450 | 450 |
| 16-Jul | 850 | 850 | 850 | 450 | 450 |
| 17-Jul | 750 | 750 | 750 | 450 | 450 |
| 18-Jul | 675 | 675 | 675 | 450 | 450 |
| 19-Jul | 600 | 600 | 600 | 450 | 450 |
| 20-Jul | 550 | 550 | 550 | 450 | 450 |
| 21-Jul | 500 | 500 | 500 | 450 | 450 |
| 22-Jul to 30 Sep | 450 | 450 | 450 | 450 | 450 |
| Acre-Feet (Thousands) | 815.2 (721.1)[b] | 701.0 (671.3) [b] | 646.9 | 452.6 | 368.6 |

[a]Releases restricted to 6,000 ft$^3$/ s until floodplain improvements have occurred
[b]Annual allocations that reflect a maximum Lewiston Dam release of 6,000 ft$^3$/ s until floodplain improvement projects are completed.

Attachment 2. Memorandum from USFWS to USBR February 5, 1997. Page 1 of 2.



# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

COASTAL CALIFORNIA FISH AND WILDLIFE OFFICE
1125 16TH STREET, ROOM 209
ARCATA, CA 95521
(707) 822-7201
FAX (707) 822-8411

Feb 5, 1997

Mr. Paul Fujitani
U.S. Bureau of Reclamation
Central Valley Operations
Sacramento, CA 95821

Subject: Down ramping from unscheduled winter flows in the Trinity River.

We appreciate your invitation to provide assistance in evaluating the current ramping schedules used on the Trinity River system. In particular, we would like to provide some input regarding stranding of salmonid sac-fry and fry during the winter storm season and how down ramping schedules could be modified to help protect these early life stages.

**General Information**

Evaluation of stranding of salmonids in the Trinity River has been conducted in the past. During the time the Flow Evaluation was being conducted by the Service, staff assessed stranding of juvenile salmon and steelhead. Typically these surveys occurred after scheduled high flow events which occurred in late Spring. These surveys used direct observation with mask and snorkel to determine presence or absence of fish in areas behind the berms adjacent to the Trinity River. Results of these studies and others (CH2M Hill 1990, Bauersfeld 1978, Hamilton and Buell 1976, Hunter 1992, Bradford et al. 1995, Olson and Metzgar 1987) found reduced stranding with increased fish size (>50 mm).

While stranding of juveniles (> 50 mm) does not appear to be a problem in the Trinity River, more recent studies on the Trinity River have indicated that stranding of the earlier life stages (< 50 mm)(sac-fry and fry), can be significant (Memo to files from Zedonis, April 5, 1996 and memo to the Bureau of Reclamation from CDFG, April 12, 1996). During these studies, it was found that many sac-fry, fry, and a few juvenile salmonids were stranded when unscheduled flows were reduced using the current OCAP ramping schedule (Table 1). Although not studied in the Trinity, stranding of aquatic insects, a popular food source for salmonids, probably also occurs (Gislason 1985).

Timing of Down ramping can also influence the rate at which sac-fry and fry can be stranded. During the winter months, when water temperatures are cold, fry are generally found hiding in and around cover objects near the waters edge during the daylight hours (Zedonis pers. comm and many others). Because flow reductions during this time are generally not sensed by these fish, they become stranded (Bradford et al. 1995). Contrary to day-time, salmonid fry and

Attachment 2. Memorandum from USFWS to USBR February 5, 1997. Page 2 of 2

juveniles become more active and less dependent on cover items during the night in the winter (Zedonis pers. comm; Campbell and Neuner 1985) and therefore are less vulnerable to stranding (Woodin 1984, Bradford et al. 1995).

**Recommendations**

In light of the information provided, and the possibility of this years flows resulting in some stranding, the Service would like to recommend the following conservative ramp schedule to better protect early life stages of salmonids and aquatic invertebrates.

1. Limit fluctuations in flow during the incubation and early rearing periods (January thru March) to prevent cumulative loss of fry and sac-fry.

2. Slow down ramping to levels below those listed in the OCAP report during the winter months when fish are small and more susceptible to stranding (see Table 1).

3. Limit flow reductions to night-time hours during the winter months.

4. Conduct studies, when opportunities arise, to better ascertain limitation and or refinements to these recommendations.

Table 1.

| If existing release is: | Rate of Change (ft³/sec) | |
|---|---|---|
| | Existing OCAP Decrease | Recommended Decrease |
| Above 6,000 | 500 per 4 hr | 500 per 4 hr |
| 6,000 to 4,000 | 500 per 4 hr | 400 per 4 hr |
| 2,000 to 4,000 | 500 per 4 hr | 200 per 4 hr |
| 500 to 2,000 | 200 per 4 hr | 100 per 4 hr |
| 300 to 500 | 100 per 4 hr | 50 per 4 hr |

Should you have any questions or need additional information, please contact Paul Zedonis of my staff at 707-822-7201.

Sincerely,

*Tom T. Kisanuki*

( for ) Bruce Halstead
Project Leader

# Appendix D
# DEIS/EIR List of Commentors, Thematic Responses, Comments and Responses to Comments

**APPENDIX D**

# DEIS/EIR List of Commentors, Thematic Responses, and Comments and Responses to Comments

This appendix consists of three sections: (D1) a listing of the commentors responding to the Trinity River Mainstem Fishery Restoration DEIS/EIR, (D2) thematic responses, and (D3) public comments and the agencies' responses to those comments.

The public comment period for the DEIS/EIR began on October 19, 1999, and was scheduled to end on December 8, 1999 (64 FR 56364). However, the Service extended the comment period until December 20, 1999 (64 FR 67584). On December 27, 1999, the Service reopened the public comment period until January 20, 2000 (64 FR 72357). A complete listing of the agencies, organizations, and individuals who received the DEIS/EIR is shown in Appendix D1.

Appendix D2 contains the thematic responses to comments. After analyzing a number of comments, the agencies determined that numerous organizations and individuals were submitting comments that were substantially similar in their subject matter and the concerns they raised. As a result, the agencies developed thematic responses to specifically address those comments and to avoid repetition of responses and cumbersome text duplication.

While the vast majority of comments came from California, comments were also received from Washington D.C. and states including, but not limited to, Idaho, Montana, Nevada, Oregon, and Wyoming. Appendix D3 contains a complete list of the comments received and the agencies' responses to public comments.

A total of 1,009 letters and 5,436 preprinted postcards were received during the public comment period. In addition, a number of oral comments were received during the public hearings held in November 1999. The transcripts of these hearings are included in Chapter 5 as Attachment 3. Individual responses were not developed for issues raised at the hearings, as such issues were typically presented as statements and/or such issues have been addressed in Appendieces D2 and D3.

The comments provided during the meeting and in the postcards and the letters received required a total of 7,761 responses by the agencies. Among the letters received, approximately half were generated as either form or modified form letters. Generally, the oral comments and comments presented within the majority of the form letters and preprinted postcards required no more than ten individual responses, thus representing a small fraction of the total responses presented in this FEIS/EIR. By far, the majority of the responses presented in Appendix D3 were necessitated by comments received in the non-form letters submitted by interested individuals and organizations including, but not limited to: the irrigation districts, local water boards, municipalities and county agencies, state and federal agencies, and recreation and environmental groups.

# Appendix D1
# List of Commentors

APPENDIX D1

# LIST OF COMMENTORS

## Federal Agencies

### U.S. Department of Agriculture

Forest Service, Klamath National Forest, Michael P. Lee, Designated Federal Official

### U.S. Department of Commerce

National Oceanic and Atmospheric Administration, Pacific Fisheries Management Council, Jim Lone, Chairman

### U.S. Department of Energy

Western Area Power Administration, P. Nannette Englebrite, Resource Planning Team Lead

### U.S. Department of the Interior

Bureau of Indian Affairs, Pacific Region, Sacramento Area Office, Ronald M. Jaeger, Regional Director

Bureau of Reclamation, Native American Affairs Office Adrienne Marks,  Policy Analyst

U.S. Fish and Wildlife Service, Klamath Fishery Management Council, Keith Wilkinson, Vice Chair

### U.S. Environmental Protection Agency

Region IX, David Farrel, Chief, Federal Activities Office

## State Legislature

Senator Wesley Chesbro, Senate District 2 (with 11 additional signatories)

| | |
|---|---|
| Senator John Burton | Assemblyman Fred Keeley |
| Senator Tom Haydon | Assemblywoman Kerry Mazzoni |
| Senator Patrick Johnston | Assemblywoman Virginia Strom-Martin |
| Senator Byron Sher | Assemblyman Howard Wayne |
| Senator John Vasconcellos | Assemblywoman Patricia Wiggins |
| Assemblyman Mike Honda | |

Senator K. Maurice Johannessen, Senate District 4

# State Agencies

## State of California

Department of Fish and Game, Broddick L. Ryan, Chief Deputy Director

Department of Transportation, Caltrans District 2, Andrea Redamonti, Local Development Review

Department of Water Resources, Division of Planning and Local Assistance, William J Bennett, Chief

Governor's Office of Planning and Research, State Clearinghouse, Terry Roberts, Senior Planner

The Resources Agency of California, Mary D. Nichols, Secretary for Resources

# Indian Tribes

Nor-Rel-Muk Nation, Raymond Patton, Tribal Chair
Karuk Tibe of California, Robert B. Rohde, Natural Resources Manager
Yurok Tribe, Susan Masten, Chairperson

## Hoopa Valley Tribal Members

William Alfkin
Jolene R. Ames
Blanche Ammon
Rodney P. Ammon, Jr.

Beverly Bailey
Don W. Bailey
Michael Bailey
Charlene Baldy
Keith B. Baldy
Lyle Baldy, Sr.
Kathleen Beeson-Casebier
Diane Beeson-Reed
Sandra Begay
Carl Begay, Jr.
Wanda Benedict
Leonard Bilancos
Loni Billings
Oscar L. Billings
Brook Blake
Sharomali Blake
Richard C. Blake, Jr.
Rick Bradberry
Idell Brock

Darcey L. Brown
Katherine Brown-Hascock
Vernon Bussell, Jr.

Esther Caligrove
Harold Cambell, Sr.
Catherine Campbell
Marie Campbell Muller
Jandre L. Campoy
Duane B. Carpenter
Emogene Carpenter
Joseph Lyle Carpenter
Lila Carpenter
Tina Carpenter
William Carpenter III
Leo Carpenter, Sr.
Eric Casteonsda
Delores Clark
Mekila Clark
Randy Clark
Charlene Colegrove
Christopher F. Colegrove
Colette A. Colegrove
Dana Colegrove

Jacqueline Colegrove
Joanna C. Colegrove
Joie Colegrove
Leslie Colegrove
Rocky Colegrove
Rudy Colegrove
S. Colegrove
S. Billy Colegrove
Alfred Colegrove, III
Al Colegrove, Jr.
Gary R. Colegrove, Jr.
Gary R. Colegrove, Sr.
Kimberly Colegrove-Stephens
Robert D. Cooke
Penny L. Cordova
Janice L. Davis
Kimberly Davis
Rick L. Davis
Roland D. Davis
Ulyssen Davis
Vernon Davis
Arnold Davis, Jr.
Helen Davis-Thomas
Connie Donahue Flores
Verna E. Doolittle
Arlen Doolittle, Sr.
Evonne Sherry Downs Wolff
Sylvia & Scott Drumright

Carole Farlan
Julie Farnum
Dawn M. Ferris
Dephine Fountain
William Frank, III

Kimberly D. Gray
Albert Gray, Jr.
Walter O. Gray, Jr.

Ricky L. Hall, Sr.
Charles Hayden
Edmund D. Hayden
Edward M. Henderson
Leon Hinshaw
Clinton F. Hoaglen
Michele Hodge
David C. Hortler

Marilyn Hortler
Carmen Hostler
Keith Hostler
Sandra Hostler
Bonnie Hostler-Martin

Alberta Jackson
Bonnie Jackson
Harold N. Jackson
Shawna Jackson
Laura Jackson Ferris
P. Jackson, III
Tonya James
Darrell Jones
Glenn E. Jones
Jason P. Jones
Lizabeth Jones
Rhonda Jones
Samantha Jones
Floyd George Jones, Jr.
Sharon Jordan

Tanee Kane
Jena Kelsey

Kevin A. Lane
Barbi Jo Leach
Harriet Leach
John Leach, Sr.
Cindy Leach-Searle
Carolyn Lee
Linda Lee
Harmon E. Lewis
Clarence Lewis, III
Clarence J Lewis, Sr.
Bear Little
Marilyn Louise Blake
Sharon Luna

Jana Maloney
Ryan Markussy
Jason J Marsahall
Charlene Marshall
Eugene Marshall
Jacqueline H. Marshall
Jeff Marshall

Joe Marshall
John J. Marshall
Karen Marshall
R.K. Marshall
Richard C. Marshall
Steve Marshall
Robert Marshall, Sr.
Wallace Martin, Jr.
Jacalyn Martins
Michael Masten
Michelle Masten
Robert Masten
Roger A. Masten
Stanley Masten
Peter Masten, Jr.
Glenda Masten Johnson
Nancy Masten-Redenius
Viola Master
Myrtilla Masterson
Leonard Maston, Sr.
Holly Matill
Lyle D. Matilton
Clyde Matilton, Jr.
Billy Matiltos
Frances Maunder
Rose McCardie Blum
Kevin McConnelly
Floriene C. McCovey
Gordon McCovey
Howard McCovey
Jacob McCovey
Leslie McCovey
Taihioochi McCovey
Nihhho McCovey, Sr
Judith A. McCovey Hatter
Phyllis McCovy-Robbin
Colleen McCullough
Henry B. McCullough
Joseph McDaniel
Julie McIntosh
Juli A. McKennen
Lare T. McKennon
Mark G. Mellon
Ralph Miguelena
Corene Migueleno
George Moon
Hyh Moon, Jr.

Fred A. Moon, Sr.
Marjorie Moon Anthony
Delores Moon Mercado
Ervin Mortin, Sr.
Gary E. Mosier
Thomas Mosier
Leland S. Muro
Peg Murray

Gary Nelson
Ronald W. Nelson
Mildred Nixon
Nicole C. Nixon
Carole Nixon-Baldy
Ethel Nixon Garcia
Ken Norton
Kenes Norton
Jack Norton, III

Howard O'Neil
Tanya Orcutt

Tere Peard-Salkeld
Lelannette M. Perry
Ralph Peter, Jr.
S. Peters
Christine Phillips
Jaime S. Pike
Virgil Pole, Jr.
Ronald Dean Powell, Sr.
Alyson Pratt
Billie Pratt
Edward D. Pratt
Farrah R. Pratt

Linda M. Rhoads
Frank Richards
Anthony Risling
Barbara E. Risling
David Risling
Kenneth O. Risling
Lois J. Risling
Lyn Risling
Mary J. Risling
Wilma B. Risling
Anthony Risling, Jr.
L. A. Risling, Jr.

Laurence Risling, Sr.
Ronnie C. Robbins
Julie Robertson

Richard Sanderson
Louise Sansoe
Angela Schnoor
Kathleen Rose Scott
Bonnie L. Sergeys
Michael E. Sergeys
Carmen Sherwood
Richard D. Skaggs
Delane L. Slatr, Jr.
Geuna Starritt
Clarissa Stones
Lee Summall
Martin Sung
Paula Syira
Cindy Sylva

Brenda Tamerris
Lawrence Taylor
Leonard Taylor
Mary Teovusie
Tracy Thomas
Darlene Titus
Francine Traversie

Debra Ulibarri

David L. Vigil
Shelly Vigil-Ammon

Harold Walfinberger
James Wallace
Caleb Whit
Wendall White, Sr.
Ken Williams
Lonnie L. Wilson
John S. Wolfinburger

1 letter with initials M. K. C.
1 letter with 19 Signatories
66 letters with Illegible Signatures

# Colleges and Universites

California State University, Sacramento, William E. Avery, PhD.
Southwestern College, Steven J Bossi

# Environmental and Recreational Organization

Albion River Watershed Protection Association/ Friends of Salmon Creek
    Sierra Club—Mendocino Lake Group, Linda Perkins
American Whitewater, John T. Gangemi
California Trout, Board of Governors, Nick Di Croce
Cal Trout Member
    Michael Lindquist
    Michael P. Buckingham
California Floaters Society, Suzanne A. Tollefson, Legal Advisor
California Sportfishing Protection Alliance, Robert J Baiocchi, Consultant
Citizens for Better Forestry, Joseph Bower
Conejo Valley Flyfishers, L.E. Martin III, DVM
Environmental Defense Center
    Spreck Rosekrans, Senior Analyst
    Brian Trautwein, Environmental Analyst
Federation of Fly Fishers, Daniel A. McDaniel
Fly Fishers for Conservation
Fly Fishing Outfitters, Peter Woolley
Flycasters, Inc., Mondy Lariz
Friends of Alhambra Creek
Friends of the Trinity River
    Letter with 11 Signatories on behalf of the Environmental Water Caucus
    Byron Leydecker, Chair
Gold Country Flyfishers, R.J Broda, Chairperson
Gold Country Paddlers, Paul Clark, Conservation Chair
International Rivers Network, Elizabeth Brink, Associate Coordinator
Maidu Group of the Mother Lode Chapter, Alice Q. Howard, Conservation Chair
Marin Conservation League, Kathy Lowrey, President
Salmon & Steelhead Recovery Coalition, Jud Ellinwood, Coordinator
San Joaquin River Group, Allen Short, Coordinator
Santa Clara Valley Audubon Society, Craig Breon, Environmental Advocate
Santa Cruz Fly Fishermen, Thomas R. Deetz, M.D., Conservation Chair
Shasta Paddlers, Kevin Lewis, Conservation Director
Shasta Tehama Bioregional Council, Melinda Brown, Chair
Sierra Club, Redwood Chapter
    Margaret Pennington, Chair
    Teresa C. Tucker, Executive Committee
Six Rivers Paddling Club, Carol Krueger
Stanislaus Fly Fishermen, Inc., John T Murphy, Conservation Chairman
The Northcoast Environmental Center, Tim McKay, Executive Director

Trout Unlimited, Stephen D. Trafton, California Policy Coordinator
World Stewardship Institute
    Steven K. Hon
    Dean Schneider
    J Devin Stubblefield

# Municipalities and Counties

City of Redding, Robert C. Anderson, Mayor
County of Del Norte, Board of Supervisors, David Finigan, Chairman
County of Humboldt, Board of Supervisors, Stan Dixon, Chairman
Humbolt County Fish and Game Commission, Denver Nelson
Shasta County Board of Supervisors, Glenn Hawes, Chairman
Trinity County Board of Supervisors, Ralph Modine, Chairman
Trinity County Counsel/ Board of Supervisors, Jim Smith, Former Supervisor
    c/ o David Hammer, Counsel

# Irrigation Districts and Power and Water Management Agencies

California Urban Water Agencies, Byron M. Buck, Executive Director
Central Valley Project Water Association
    Jason Peltier, Manager
    Serge Birk, Aquatic Biologist
Clear Creek Community Service District, Char Workman-Flowers, General Manager
Northern California Power Agency, George Fraser, General Manager
Northern California Water Association, Dan Keppen, Member and Government Relations
San Benito County Water District, John S. Gregg, District Manager
Sacramento Municipal Utility District, Brian Jobson, Principal Power Contract Specialist
Sacramento Regional Wastewater Treatment Facility, T. Wendell Kido, District Manager
San Luis Delta-Mendota Water Authority
Tehama-Colusa Canal Authority, Arthur R. Bullock, General Manager/ Civil Engineer
Trinity County Public Utilities District, Board of Directors, Richard Adkins, President
Westlands Water District, James Snow, Assistant to the General Manager

# Industry Associations

California Farm Bureau Federation, Brenda Jahns Southwick, Associate Counsel

Pacific Coast Federation of Fishermen's Associations, W.F. Zeke Grader, Jr.,
Executive Director

State Water Contractors, John C.Coburn, General Manager

# Public Interest Groups

League of Women Voters, Byrd A. Lochtie, President

# Interested Individuals

Gene Avery
Lois Avery
Sue Ayers
Clint Adams
Gene A. Adams
Mark Adams
Nathan Adams
Robert Adams
Suzanne Adams
Wade Adams
Berta Addeman
Frederick Adler, MD
Patricia M. Adler
Meor Adlin
Mika Adlin
Jenn Adolphson
Valentino Adrino
Noel Agajan
Elenore Agenbroad
Don Ager
Steve Ager
Nick K. Aghazarian
Nicole L. Aghazarian
Maria Agozzino
Beth Ahels
Adam Aikman
Jerry L. Aikman
Martha & Jerry Aikman
Roger and Anne Akin and Weiss
Michael J Alaimo
Hank Alamecke, Jr.
Carl Andre Ethylmae Alberigi
Mark Alderette
Jack Alderfer
Sally Aldinger
Jeff Aldrich, President
Carlo Alesandrini
Daphne Alexander
Susan Alexander
Wanda B. Alexander
Susan Alger & Scott Altenhoff
Matt Allaire
Adam Allegretta
Audrey Allegretta
Mark Allegretta

Barbara Allen
Dr. Ethan R. Allen
Florence Allen
George H. Allen
Graham L. Allen
Julie Allen
Miriam Allen
Marilyn Allen
Mary Elizabeth Allen
R. Allen
Roland Allen
Thomas W. Allen
Richard Alley
Robert Allred
Joerg Olson Allstate
Andrew Alm
Emily Alma
George Almeida
Karen Altavas
Adam H. Althoff
Cathy W. Altholt
Priscilla Alvarez
Tony Alvarez
James A. & Elizabeth L. Amaral
Anthony Ambrose
Christine Ambrose
Diane Ambrosim
Jan Ambrosini
John D. Amdon
Bradley Ames
Phillip Amoor
Bradley Amos
Deborah S. Amshoff
Scott Amundson
Linda C Andersen
Ted Andersen
Barbara Anderson
Brooks Anderson
Byron Anderson
Carla Anderson
Clayton Anderson
Colin Anderson
Craig Anderson
Dennis Anderson
Don Anderson

Frances Anderson
Gary Anderson
Jennifer & John Anderson
Kenny Anderson
Kent Anderson
Mary Anderson
Randi Anderson
Richard Anderson
S.P. Anderson
Steve Anderson
Darren Andolina
Carl Andre
Mark Andre
Norma Leah Andres
Donna Andrews
Hilary & George B. Andrews
Michael C. Andrews, DSM
Steve Andrews
Judy & Don Andrich
Ron Angell
Ron & Margaret Angell
David S. Angelo
Jackie Angulo
Philip H. Annoti, Jr.
Charles Anthony
Ron Antipa
Tom Antoon
Jerry Apana
Jack Appleyard
George Arabian
Angela Arbeloa
Frank Arbeloa
James Archibald
John Archibald
Kathy Archuleta
Ken Archuleta
William V. Archuleta
Jolelyn Arelt
Stephen Arelt
Valerie Arelt
Shawn Arik
Bobbie Armir
Summer Armstrong
Susan Armstrong
Tom Armstrong
L. M. Arndt
Carol A. Arnold

Sidney Arnold
Bob & Yvette Aron
Robert A. Aronson
Lesli Artman
Dok Arvanites
John Aryanpur, MD
Yvonne A. Ascher
Charmon Ashby
Bruce Ashley
Patricia Ashley
Ronald K. Ashley
Evelyn Ashton
Mary-Jane Ashton
Jerry Aspinall
Angie Astey
Dr. James D. Athina
Tom Atmore
Michael Attie
Suzanne Aubin
S. Augustin
Ray Austin
Marianne Austin-McDeimon
Belle Avery
Gene Avery
Lois Avery
Carol Y. Avila
Leslie Ayers
Sue Ayers
Knute Ayheus-Johns
Kathy Azainoff

Arthur A. Babad
Amy Baboalal
Jared Babula
Barney Baby
Alice L. Bachelder
Dan Bacher
Gary Backman
John W. Bacon
Daniel Baer
Janet Baer
Maria Baggett
Trish Bagley
Jennifer Bailey
Jonathan Bailey
Laura Bailey
Mark Bailey

Mark & Melinda Bailey
Richard M. Bailey
Steven C. Bailey
Richard Baily
Lauren Baiocchi
Alan Baird
James A. Baird
David Baker
David W. Baker
Jane Baker
Kimberly Baker
Rod & Cris Baker
Roy Baker
Stephen Baker
Anne-Marie Bakker
Oscar Balagner
Carole Balala
Joseph Baldanzi
Dolores Baldwin
George F. Baldwin
P. Thomas Baldwin
Star J. Baldy
Bernice K. Bales
Leslie Balestrere
Dorothy Ball
Elizabeth Ballinger
Brian Ballman
Julie Balot
Laurel Balyeat
Stephanie Bandy
Beanard Bang
Joseph F. Bania
Christina Banker
Garrett Banker
Gary Banker
Grant Banker
Jilly Banker
Tamara Banker
David J. Banks
Charles Baracco
Steve Barager
Jose Barambler
John Barba
Linda Barba
Gary E. Barbato
Don Paul Barbe, MD
Lyn Barber

Roger Barber
Jo Ann Barberi
Michele Barberi
Grant A. Barbour
Marilyn J. Bardet
Clarence Barger
Gary S. Barisone
Roger Barker
L. Lone Barker IV
W. D. Barkhuff
Ronald Barklow
Carole Barlas
Irene Barnard
Tony Barnard
Douglas F. Barnes
Fred A. Barnes
James M. Barnes
Susan Barnstein
Bertha L Barocco
John W. Barr
Kathryn A. Barratt
Raymond W. Barratt
John Barrena
Dorie Barrett
Ralph Barrett, DVM
Virginia Barrett
Tim & Lynn Barris
Alan D. Barron
Charlene Barron
John Barry
Katie Barry
Marion R. Barry
Mike Barry
Thomas Barry
Cristine Barsanti
Vincent Barsi
Hannah Bartee
Pat Barthel
Alan L. Bartl
Gene Bartlett
Mary L. Bartlett
Pamela Barto
James E. Barto
James H. Bartz
Brian Basor
Jim Basye
Mary Kathryn Bates

RDD/003671566.DOC (CLR642.DOC)

Harold J. Bates, Jr.
Stuart Batin
Thomas Batori
Eugene J. Battaolia
Dave Bauer
Greg Baum
Michael Baum
Fred Baumann
Kim Baurceatel
Tanya Baxter
Kenneth Bays
Barbara Bazan
Charles H. Beach, MD
Dennis Beall
Andrew Beam
Roy F. Beaman
Christy Beard
Mary & Philip Beard
Karen Beatty
Tom Beatty
Monique Beaupre
Scott Beaver
Charles A. Beazell
William E. Becher, Jr.
Sandy Bechtold
Diane Beck
Henry Beck
Kerrol Beck
Nicole Beck
Susan Beck
Tom Beck
Bruce Becker
James C. Becker
Janice Bedayn
Rod Bedayn
Sally L. Beer
Cheryl Beers Ash
Brendan Behan
Erik C. Bell
Grant Bell
Sean Bell
Samuel P. Belline
Dennis Bellinger
John G. Bellini
Joel Bellon
Laurie Belton
Chris A. Beltran

Richard Bend
Cheryl Benedickt
Alison Benedict
Jolene Benfield
James F. Bennett
Jean M. Bennett
John Bennett
Keith & Atsuko Bennett
Reid Bennett
Tom Bennett
Rick Bennetts
David Benoit
Susan Benoit
Bryan Benson
Craig Benson
Curtis W. Benson
Elizabeth D. Benson
JoAnn Benson
R. W. Benson
William P. Benson
Julia Bent
Kathleen Bentler
Bree Benton
Elise Benveniste
Bill Beoghly
Cindy Beraldo
Rudy Beran
Millie & Frank Beranek
Bette Ann Berg
Rasjedah Bergere
John Berges
Siarra Bergmann
Mark Bergstrom
Bruce Berkowitz
Marie Bernath
Lynn Berner
Rhonda Berney
Anne Bernstein
Emelia Berol
Jay Berry
Lyndall E. Berry Scott
Alexis Bertauche
Tom Bertetta
Richard Bertoli, Jr.
Leon Berzins
Rodney J. Bessolo
Jacu Best

James Bettinger
Arthur Bettini
Arthur J. Bettini
Keith Beverly
Loni Beyer
Scot Beyer
Cathy Bianchi
Bill Bickert
Jarych S. Bielavicy
Margaret J. Bielawig
C.J. Biesanz
David Biesanz
Joseph Bigas
Paul Bigelow
Bigfoot Campground, James Munro
Justin Biggs
Leanne Biggs
Pete Biggs
Rick Biggs
Rebecca Biglow
Marcie Bilderback
Eileen Bill
Christel Billes
Larry Billings
Marg Billings
Susan Billings
Melinda Bimberg
C. Hins Binfaw
David R. Binning
Jack Binns
Louis Biocca
Rose Bird
Bill Birmingham
Jessie Bishop
Olive R. Bishop
Ruth Bitton
Mads Bjerre
Ann Black
Cory Black
Monte Black
Patricia L. Black
Stephen Black
Gary Blacksmith
Mary Blackstone
Jennifer Blackwelder
Paul E. Blackwell
Dr. Julian Blair

Rebecca J. Blair
Mark Blake
Otter Blake
Shawnali Blake
Todd Blake
Esther R. Blanchard
Richard A. Blanchard
Wm. L. Blanckenburg
John Blandford
C. J. Blaney
Adam & Julie Blanford
Matt Blank
R. Blanqules
John Blayney
John Blevins
Laurie Bliss
George A. & Ruth R. Blitz
S. Blizman
Diane Bloch
Ann Blocker
Craig Blomberg
James T. Blomquist
Charles H. Bloom & Family
Richard Bloom
Shirley Bloom
Jennifer Bloome
Kate Blubaugh
Becky L. Blytte
Ralph Boatman
Mary Bobillot
Catherine Bobo
Grahame Bobo
Marjorie Boehm
Eleonore Boese
Sean Bogue
Patricia Bohannon
Mary Bohnemeyer
Stephen Bohnemeyer
Paul Bohrer
Donald Boivin
R. Allen Bok
Erwin Bol
David & Geneva Bold
Berta Bollinger
Tim Bollinger
Benjamin Bolt
Randy J. Bolt

John Bolton, MD
K.W. Bolton
Fred S. Bonati
Marcheta Bondle
Carlo Bongio
William M. Bonnell
Rebecca Bonneville
Allen Bonslett
Jim Boodens
David Bookout
James Boone
John C. Boone
Howard G. Booth
Earl Bootier
Jeff Borreil
Jacklyn T. Bort
Chandra Bossand
Virginia Boswell
Jane Bothwell
Robert D. Botley
Penny Botula
Cher Bouchard
Allison & Dave Boucher
Dave Boucher
Jeannette Boudreau
Paola & Kenneth Bouley
Henry A. Bourget
Chip Bouril & Penny Proteau
Doug Boutocao
Lee Van Boven
Al E Bowen
Keyshan Bowen
M. M. "Skip" Bowen
Lynn Bower
John & Vivian Bowers
Mark Bowers
Leal Bowitz
Lee & Dee Bowker
Jeffery Bowman
Jonathan H. Bowman
Josh Boyce
Brooks Boyd
Carol Boyd
Don Boyd
Jeanne Boyd
Kevin Boyd
Lynn Boyer

Sarah Boyer
Darrell Boyle
Patricia Boysen
Carroll Braas
David Braas
Clarence Bracey
D. Bradburn
Annette Braddon-Walker
Brad Braddon-Walker
Carlton Bradford
Jay D. Bradford
A. Freeman Bradley, Jr.
Rachelle Bradly
Craig W. Bradshaw
Deborah Brady
Heather Brady
David Brage
Darren Bragg
Richard Bragg
Shaun Bragg
Kitty D. Braggleman
Susan Braito
Richard Brakken
J Braman
Elfrieda Branch
Pam Branch
Thomas L. Branch
Thomas L. & Pamela A. Branch
Per Brandin
John Brandlin
Pat Brandlin
Brigitte F. Brandriff
Roger H. Brandt
Robbie Brandwyne
Kevin Branstetter
Al Brauer
Mr. & Mrs. A.S. Braun
Betty Braver
Brian Bray
Don Breaux
Alice E. Breckenridge
Amy E. Brennan
Robert D. Brent
Robert W. & Nancy S. Brestin
Jerome Brewer
Rebecca C Brewer
Robert Brewer

Bill Breyer
Katherine Bridgeman
Derrell Bridgman
Marie-Angela Bridi
Brent Briggs
John Briggs
John Brigham
J. Brinkerhoff
Cynthia Brinkhurst
Bob Brinton
Susan Briski
James Brobeck
Robert Brockman
Margaret Broda
Jim Brooker
Gloria Brooks
Karen Brooks
Bernelda Brown
Chris Brown
Diane C Brown
Dorothy S. Brown
Frank Brown
G.L. "Larry" Brown
George L. Brown
Josh Brown
Krista K. Brown
Marcus Brown
Melinda Brown
Omar Brown
Peter Brown
Phil Brown
Ralph L. Brown
Richard W. Brown
Steve L. Brown
William J. Brown
Cecilia Browne-Rosefield
William Browning
Robert Brownstein
Alice Bruce-Curphey
Michael Bruce
Richard Bruce
Daniel Bruck
H. Ralph Bruggerman
Michael Brundage
J. Brunner
Gene Bruns
Craig Brunsial

Robert Brunstal
Ed Brush
Rod Brush
Chelsea Bryan
Mike Bryant
Patrick D. Bryant
Sarah Bryant
Bob Bryden
Chris Bryer
James V. Buatti
Harry G. Bubb
Harry S. Bubb
J. Buchanan
Eric Buchner
Dan Buckley
Jacqueline Bucknell
Larry Buckreus
John Buddenbaum
Carol Budds
Carol Budzinski
Tom Budzinski
Douglas Bue
Jeff Bue
Stuart M. Bueller
Michael T. Buffo
Kent R. Bulfunch
Steven Bull
John Bullock
Andrew Bunwell
J. A. Burchfiel
Edmond T. Burgan
Adrian Burgeson
Claudia A. Burgess
Duncan & Judy Burgess
Harriet Burgess
David Burghardt
Andy Burk
Kathryn M. Burk
Christopher H. Burke
Ellen Burke
Jennifer S. Burke
Victor Burke
William Burke
Francis & Richard Burkes
Carl E. Burkey, Jr.
Art Burkhard
George & Carol Burkhardt

Karolyn & Gordon Burkhart-Schultz
Bradley Burns
Lawrence M. Burns
Peter Burns
Kathryn Burroughs
B. Burrows
Beth Burstein
Connie Burton
Glenn Burton
Herb Burton
Lisa Burton
O.W. Burton
Patty Burton
Robert Burton
Lisa Buscho
Robert Bush
Judy Bushey
Andrea Bustos
Edith Butler
Paul S. Butler
Lisa Butterfield
Larry Buwalcha
Jennie Byen
Alice Byers-Laufer
Rob Byrne
Katy Byrnes
Juan Byron

Phillip J. Cabasso, MD
Guy Cables
Natalie Cabrera
Charles Cadman
Tom Cahill
Harvey Caine
Trinity M. Calabrese
M. Kathryn Calafato
Veronica Calderon
Richard Calendar
Sallie Calhoon
Georgina Califf
Dr. Stan Califf
Donna Calimpong
Pat Calium-Salofra
Robert J. Callaghan
Karen Callaway
Edward Calleros
Maureen Callon

Gail Calvello
Beth Campbell
David L. Campbell
Doug Campbell
Eldon H. Campbell
Kimo Campbell
Mary Ann Campbell
Nancy M. Campbell
P.U. Campbell
Brian & Lina Campopiano
Richard Campos
Cindy Canevari
Louis P. Canevari
Nick Canevari
Linda Cantel
L. Cantel, Jr.
Rachel Canving
Merit Cape
Gregory M. Capitow
Steve Caplan
Stanley CaPoema
Steve Capouilla
Richard G. Cardella
Sylvia Cardella
Stephen J Carey
Jim Carlisle
Tanya Carlsen
Michael Carlson
Sean Carlson
Warren Carlson
Julie Carlson-Phelan
Wendell B. Carman
Gemmu Tianna Carmorg
William Carnazzo
Jim Carpenter
Laurence I. Carr
Michael Carr
Patrick Carr
Joelyn K. Carr-Fingerle
Colin Carr-Hall
Janice Carrell
Lynn Carrico
G. Carrillo
Harvey W. Carroll
Jeff Carroll
Rosemary Carroll
Torrey Carroll

John Carroz
C. Hugh Carruthers
Angelica Carson
Chuck Carson
Geri Carson
Joshua Carson
Paulette Carson
Tom Carson
Adrienne Carter
Clint S. Carter
Debra Carter
Ruth Carter
Debbie Carter-Hope
Paul Carwell
Brian Casby
Kathleen Casey
M. Casey
Timothy Ray Casey, Sr.
Karen M. Cashen
Richard Cassidy
Donald E. Castner
Paul Caswell
Corey Cate
Denee Caterson
Gib Cattanach
Diane L. Caufield
Jack Caufield
Dennis M. Cavalle, MD
Bill Cavalli
Sharon P. Cavallo
Dave Cavanaugh
Steve Cavazos
Harvey Ceaser
John Cecconi
Shari A. Celador
Damian Centanni
Mara Cesaretti
Tory J. Ceschi
Tory J. Ceschi, DSS
Mrs. Veolan Chaffee
Vince Chafin
Bob Chamberlain
Cathy Chambers
Larry Chambers
Douglas Chandler
John Channell
Gregory K. Chapman

J A. Chapman
K.R. Charette
Patricia Charley
Jeffrey Charzuk
Devi Doree' Chase
Julia Chase
Miranda Chase
Cynthia Chason
Carl L. Chatfield
Tim Chauver
Theresa Chavez
Duane Chebul
Karyn Chebul
Charles B. Chedsey
Randy Cheek
Jim Cheevers
Eric Chemello
Gloria Chen
Jan Chernoff
Bob Cherry
Lynne Cherry
Martha Cherry
Richard Cherry
Brad Chew
Kirk Chiapella
Sarah Childrey
Jacquelyne J Childs
Nat Childs
Calvin Chin
Georgie Chivington
Tom Chivington
Maureen Choi
Chewy Chong
Diane Choquette
Ann Chrisler
Mark Chrisler
Dessly Christ
Norman M. Christensen, MD
Alan Christian
Cathy Christian
Diane Christian
Giji Christian
Les Christian
Leif Christiansen
A. Christianson
Lynne Christianson
Anthony Christo

Dahmin Chu
Jonathan Chubb
Jay Chung
Paul Cienfuegos
Bob Cierzan
Ron Cimioli
Sandy Claire
Julie Clare
Ty Clarez
Donna B. Clark
James W. Clark
Kyle Clark
Leslie Clark
Lucy Clark
Paul Clark
Peter Clark
Rachel Clark
Richard M. Clark
Steve Clark
Chris Clarke
James Clarke
James E. Clarke, Jr.
Les Clarke
Lucy K. Clarke
Mike & Jennifer Clarke
Stephanie Clarke
Jan Clarridge
Patricia Clary
Bob & Patti Claypole
Marsha L. Clearwalker
Chris Cleary
Kathleen Cleary
Tom Cleary
Janet A. Cleaves
Anna B. Clegg
Stewart E. Clegg
Susan Clegg
Joy Clemens
Rick Clemens
Robert Clemens
Anna Karen Clemmensen
Carol Clendenning
Carla C. Clevelana
James A. Clever
Linda H. Clever, MD
Jan Clifton
Tom Clifton

Katie Clower
Judy Coates
John B. Cobb
Carol L. Cochran
Andy Cochrane
Jason Cockrum
V. Coenenberg
Michael Coffey
Debrah Cognall
Catherine B. Cohen
Dr. Howard Cohen
Marshasue Cohen
Sam Cohen
Samuel D. Cohen
Sarah Cohen
Sandy Colbert
Don Colby
Kim Colby
Kim K. Colby
Lee Colby
Dr. Elizabeth F. Cole
Margaret Cole
Margaret A. Cole
Melissa Cole
Robert Cole
Roger Cole
Steve Cole
Joan Cole Eppen

Daniel J Coleman
Jack D. Coleman
Roland D. Coleman
Tom Coleman
Judith A. Colglazier
Zones P. Colglazier
Barbara A. Collet
Eloise R. Collier
Francis J Collin, Jr.
Connie Collins
Larry Collins
Shan Collins
Greg Collis
Calvin B. Colt
Blair Colwell
Carl Colyr, Sr.
Arthur Comings
James & Denise Comiskey

Mary P Condry
Robert S Condry
Angela Cone
Erick Conklin
Linda Conklin
Tom Conlon
Edward Conn
Eric Conn
Jim Connelly
Leo Connelly
Steve Connick
Grace Connolly
Joan Connolly
Michael Connolly
Ross Connors-Keith
P. Conous
David Conover
Susan Conover
Maya Conrad
Raymond Conrad
J.R. Constante
Andrew Conway
G. Conway
Dennis Cook
Elaine Cook
John Cook
Randall T. Cook
Walter Cook
Jean Cooke
Emily Coombes
Jessica Coon
Nora Coon
John Coonen
David Coons
Cortis Cooper
Ian Cooper
Kevin Cooper
Richard S. Cooper
Samuel J Cooper
Ercell Coos
Richard W. Copeland
David Coppedge
Frank Coppel
Frank K. Coppel
Nathan Copple, MD
Kathryn L. Corbett
Steve Corbin

Stein E. Coriell
Thomas R. Coriell
Bryan P. Corieu
Marilee E. Corieu
James A. Cormack
Barbara Cornell
D. J. Cornier
Philip Correia
Jeffrey Cortopassi
Bill Corum
David Costa
Joe Costa
Leone Costa
Stacey Costello
Debra Costner
Don & Jean Cotner
Richard Cottrell
Shawn Coulter
Curtis Cournale
James Courtney
Nora Cousens
Al Couture, DDS
Rebecca Cover
Sue Cow
Rebecca C. Cowan
Martha Cowder
Bill Cox
Henry & Virginia Cox
Lora Cox
Mike Cox
Nancy L. Cox
Ronald E Cox, DDS
Jenny Coyle
Jim Coyle
Peter B. Coyle
Alasdair G. Coyne
Daron Craft
Sandra Craft
Audrey Craig
Patrick R. Craig
Sean Craig
James Cramer
Dan Crandall
W. Dee Crandall
Joanne Crandall-Bear
Jason Crane
Kimball J Cranney

Fran Cranor
Andrew Cravacho
Hilary Crawford
John Crawford
Paul Crawford
Phil N. Crawford
Don Creagh
Judith D. Creasy
Robert K. Creasy, MD
Robert F. Creechy, Jr.
Helena Weiss Creed
Michael R. Creed
Jon Creek
Ron Cremo
Jeff Crenshaw
Jim Crenshaw
John J Crevelli
Wendy Crews
George W. Crichton
David M. Criley
George F. Crispo
Jean Crist
Jim Crittenden
Marion Crombie
Elizabeth Crosby
Linda Lou Crosby
Peter J Crosby IV
Kit Crosby-Williams
Bill Cross
Richard Cross
Richard L. Crossen
Jim Crowley
Constance Crown
Fred C. Crozier
Ray Cruickshank
Carol Cruickshonk
Crystal Springs Fly Fishing
Jim Cullen
Travis Cullen
Charles Cullers
Gary Cummings
P. Cummings
Andrew Cunningham
David L. Cunningham
Jeanne Cunningham
Seth Curley
Shona Curley

Michael Rycoff Curran
Gene Curren
Ptere Currer
Joseph W. Currie
Mary Ann Czermak, PhD.

Anthony D'Abbracci
Harry E. D'Angelo
Bruce M. D'Armien
Laurie E. D'Armien
Ken Daer
Nancy Dagle
Craig M. Dahl
Beverly Dahlen
Deanna Dailey
Ron Dailey
Shelly Dailey
Joe Daks
Donald J Dal Porto
Carol M. Dalali
Jim Dale
Ron Dale
Dalrymple/ Harkavy
Suzanne M. Damod
John Damon
Kelly & Mike Damonte
Susan Danaher
Russell Danel
Tim Danesi
Donna L. Daniel
Tim D. Daniel
Steve Daniels, MD
Robert W. Danielson
Wallace Danielson
Cecilia Danks
Suzanne Danod
Aileen Dansher
Bruce Dao
Eleanor J Darling
Richard Darling
J Darmer
Bruce Dassel
Michael J Daugherty
Marsha Davenport
Mikle Daves
Bonnie L. Davey
Matt Davey

Lauren Davey-Price
Elaine David
Jesse David
John David
Milton David
Carolyn L. Davidson
Mike Davidson
R. Scott Davies
Sue Davies
Tina Davies
Darryl Davis
Darryl W. Davis
Jesse O. Davis
Joelon Davis
Ken Davis
Liam H. Davis
Michael E. Davis
Richard Davis
Sandra A. Davis
Terry Davis
Jennifer Davison
Laura J Davison
Mary Davison
Whitney E. Davisson
Mr. & Mrs. Kenneth Dawdy
Valerie Dawe
Dale H. Dawson
Jane L. Dawson
Lois Day
Michael G. Day
Mike Day
Norma G. Day
Robert M. Day
Sheila Day
Robert Dayton
Annette R. de Knijf
Sergio De La O, Jr.
Jack de Long
Gary De Salvatore
Marianne de Sobrino
John De Yonge
Floyd Dean
Jane Dean
Meredith Dean
Phil Dean
A.L. Deane
Ken Deaton

Reno DeBenedetti
Jacqueline Debets
Daniel DeBonis
Joseph DeBonis
Judy Deche
Marta Dee
Edward C. Defoe, MD
Curt Degler
George Degliantoni
Marisa DeHazes
Michael J. Dehority
Ric Deichber
George H. (Chuck) DeKay
Kenneth Del Monte
Lauren DeLaTorre
E. DeLaura
Donald Delcarlo
Frank G. Delfino
Rick deLisser
Paolo Della Bordella
Rick DeLong
Ralph DelRino
Mr. Denis Deluchi
Deborah M. DeMack
Andrew DeMar
Rudolph DeMay
Rudy DeMay
Paul Dember
Curt Dempewolf
John Dempsey
Mr. & Mrs. James L. Denison
Fred Dennis
Jacqueline Dennis
Larry E. Dennis
Shanda Denny
Walt Dent
Sarah DePasquale
John Depew
John B. Derby, Jr.
James K. Derden, Jr.
Robert Dering
Kristin Derks
Ernest A. Dernburg, MD
Gerry Derrinton
Tom Dertz
Mireya DeSantos
K. DeShong

P. DeShong
Joel Despain
William Devall, PhD.
Madhavi DeVault
Dr. John R. Devine
Tim Devine
Timothy K. Devine
Michael Devlin
Ronald C. DeVoe
Linda DeVos
Don Devoto
Peter DeVries
Stephanie DeVries
Virginia DeVries
Gordon Dew
Daniel Dexeus
Stephen Dexter
L.B. Dextraze
Sally Dey
Nick Di Croce
Rene di Rosa
Eli M. Diamond
Richard Diamond
Steve Dick
Crystal Dickard
Bill and Caryl Dickens
Elise Dickenson
Gary Dickenson
Karen Dickenson
Ronald L. Dickenson
Doris Dickerson
Gerald Dickinson
Tripp T. Diedricits
Gary Diefenbacher
Connie Diernisse
David Differding
Michael Difranco
Michael F. Diggles
Gary Dillon
Jason Dillon
Reed Dils
Patricia DiLuzio
Charles Dilworth
Rick Dimick
P. Dines
Greg Dinger
Grant Dinsdale

Micah Ditton
Charlotte Dixon
Stan Dixon
Todd Dixon
John M. Doane
Jerome E. Dobak
Kathy Doberneck
David Dobson
N. S. Dodge, Jr.
Grace Doi
Leman Dolby
Richard Doleman
David Dolphin
Sidney Dominitz
Carol Dominquez
Geneva Donahue
John & Suzanne Donahue
Tessa Donahue
Valerie Donahue
Paul F. Donahue, Jr.
Ryan Donavan
Mark Dondero
Ron Dong
Mark Donigrey
Malcolm Donn
John & Sara Donnelly
Marco & Abi Donner & Summers
Carolyn Donovan
Thomas Donovan
Jan Dooley
John T. Doran
Mary Lou Dotz
Joe & Pat Dougherty
Anne E. Douglas
Gordon J Dow
Ellen Downing
Paula Downing
Wena Dows
Jack B. Dowty
John B. Dowty
Dennis Doyle
Dennis M. Doyle
Dave H. Drake, Sr.
Davey Drake, Jr.
Jean Drake
Jim Drapchaty
David Drell

Ellen Drell
Chuck Dresel
Wendy Dreskin
John Drew
Larry Drew
Kevin Dreyer
Robert Dreyer
Richard Drill
Dr. Joseph Driskill
Lois Drobish
Gail Dube
Mark Dube
George Allen Dubets
Ted Dubois
James A. Duckworth
Patricia F. Duckworth
Monica Duclaud
Kris Duermeier
Benjamin Roy Duff
Tim W. Duffin
Isaiah Dufort
Robert Dufort
Dallas A. Duggan
E.B. Duggan
Lynn Duggins
Peaslee F. DuMont, MD
Joseph Dunatov, Jr.
Bruce E. Duncan
Gloria Duncan
Jack Duncan
Mark Duncan
Scott Duncan
Mr. & Mrs. W. E. Dunkum
Elizabeth Dunlap
Nick Dunlop
Brian L. Dunn
Christie Dunn
Malcolm Dunn
Tom E. Dunn
Robert A. Dunton
Joe Dunyan
Mark DuPont
Shelli Dupewof
George A. Durand
Dane J Durham
Harry G. Durham
Rob Durham

Maxine Durney
Pete Durney
Ami Durst
Matt Dusel
Charles E. Dutcher
Charles Dvorak
John T. Dvorak
Dwan and Anderson
Kevin Dwan
Sally Dwelley
Gudran Dybdal
Geoff Dyer
Jonathan H. Dyer
Thomas Dyer
Steve Dykes

A. C. Eastam
Patricia H. Eastes
Grant Eberle
Dr. Carl Ebersole
Bernard E. Eble, Jr.
Corda Eby
Roger P. Eckart
Mr. Dean Ecke
Richard Eckert
Ralph W. Eddy
Paul Edelman
Lydia Edison
Tina Edmond
Jim Edmondson
Lewis E. Edmondson
Clyde Edwards
Douglas Edwards
Harold Edwards
Karen Edwards
Linda Edwards
Marilyn Edwards
Susan Edwards
Tommy Edwards
Truman Edwards
Mr. & Mrs. Wesley R. Edwards
Daniel Efseaff
Mayor Frank Egger
Maureen Ehle
Carole Ehrhardt
Franklin M. Ehrhardt
Laura Ehrhardt

Steve Ehrhardt

Gordon Ehrman

Bill Eichhorn

Elizabeth Elder

Mariam Elgin

Ann Elias

Elias Elias

Mike Eliot

John Elkins

Barbara Eller

Michael Ellery

Gail L. Ellestad

Jolus Ellingbae

Ann Ellinger

Christopher Ellings

Jud Ellinwood

Anne Elliott

Dennis Elliott

Frances Elliott

Lane G. Elliott

Carol Ellis

Donald L. Ellis

J. F. Ellis

Mark Ellis

Mark G. Ellis

Sabrina Ellis

Ty Ellis

Leslie Ellison

Sherry Ellliott

William Scott Ellsworth

Merritt Elmore

Robert Else

Larry Emerson

Linda Emerson

David G. Emery

Don Emery

Patricia Y. Emery

Vic Emery

Victor Emery

Barbara Emley

Dean Endress

Richard Engel

Miles Englehart

Isaac English

Jeanne English

Nick English

Shopan & Fred Entesari

David Eppen

Thomas Eppen

Patricia & David Epstein

Vanessa Ericksen

Axel Erickson, III

Phil Erickson

Stephen E. Erickson

Eric J Erikson

Allan Erkhart

Jean Ermand

Dawn Ermatinger

Russell Ernst

Kenneth W. Ertman

Alan & Myra Erwin

R. F. Escue

K.W. Eshleman

William Espey

David Espy

Amanda Estes

Dawn Estes

Jeffrey Estes

John A. Estes

Lesley Estes

Wayne Estes

J.C. Estrada

Maynard S. Estrellado

Betty E. Etter

Ken Eugene

Bill Euglert

Anthony Eulo

Bob Eury

Beth Evanco

C. Evans

Janeen R. Evans

Jim Evans

Mike Evans

Norm Evans

Franklin Evenson

Michael Evenson

Tommie Evenson

Irl H. Everest

Michael S. Everett

Miles Everett

Carlotta Evgrest

Dana Ewell

Alan Faban

Phyllis Fabo
Rosie H. Fabricious
Deserri S. Fachel
John D. Faivre
Lori Falconer
Mark Falconer
Peggy Falk
Nathan Falk
Carol Fall
Robert J. Fallat MD
Bob Fallon
Dawn Falor
Thomas F. Faria
Lisa & Bob Farnham
Michael Farnham
Helen Farnlund
Bill Farrar, Jr.
Bruce Farrell, DDS
Charlene Farrell
Richard Farrell
Robert Farrelly
Dick Fassio
Brian Fato
Winnie Fato
Bonnie Faulkner
Chris Faulstich
John Fay
Marjorie A. Fay
Ryan Fay
Lynette Feeney-Burns
Louis Fehrenbacher MD
John Felde
Stuart Feldman
Jim Fenner
Clark Fenton
Robert Ferari
Anne T. Feraru
Barbara J. Ferges
Janet Ferges
Charlotte Ferguson
Jack Ferguson
James D. Ferguson
Jim Ferguson
Joe Ferguson
John Ferguson
Margaret & Donald Ferguson
C. Ferrara

Emily Ferris
Ilene Ferris
Daniel Fetter
Ronald G. Fick
Amy Field
Maile Field
Jeromy Fielder
Eric Fields
Thelma Fields
Laverne & Frank Figone
Deborah Filipelli
Jarold Filmore
Elizabeth Finger
Liz Finger
Roger Finke
Elliot Finkle
Clifton Finley
David Finn
Janet Finney
Hal Fione
Andrew Fisch
Andy & Snjezana Fisch
Phillip E Fischer
Jim Fish
Alan Fisher, MD
Dave Fisher
Douglas W. Fisher
Janet R. Fisher
Larry Fisher
Marla Fisher
Max J & Patricia H. Fisher
Dr. & Mrs. William W. Fisher
Genell Fitch
Gregory J Fitch
Marisa Fitch
F.R. Fitz
Dennis Fitzgerald
Kevin Fitzgerald
Lee Fitzsimmans
Tom Flack
Sally Flaherty
Barbara S. Flanagan
William Flanagan
Mary Flannigan
Donald S. Fleischer
Clark E. Fleming
Donald Fleming

John Fleming
Scott Fleming
William Fleming
Dale Flesher
Dick Fletcher
Fred D. Fletcher
Grant Fletcher
Y. Fletcher
Barry Flicker
Dr. Don Flickinger & Dr. Jennifer Silveira
Chris Flindt
Everett J Flint
Richard Flint
Robert B. Flint, Jr.
Judy Flowers
Jennifer Floyd
Philip M. Floyd
Philip M. & Jennifer Floyd
W. J Flynn
Brian Fogarty
Dan Fogarty
Wilma C. Follette
Tuckey Fone
Christine Fong
Michael Fong
Marjorie Fontana
Don Forbes
Thomas Force
Tom Ford
Michael Forest
John-Scott Forester
Jacqueline Foret
Joan Forster
Mr. & Mrs. Andre Fortain
Colette Fosbourg
D.E. Foss
M.J Foss
Brian Foster
Michael G. Foster
Dr. Robert P. Foster
Shirley C. Foster
George Fotoy
Terry Fountain
Chris Fournier
Alen D. Fowler
Robert E. Fowler
Sue-Dee Fowler

R. Fowlks
Dennis Fox
Helen Fox
Susan Fox
Tim Fox
William A. Fox
Tim Frahm
William H. Fraley
Tom Frame
Barbara France
Jaclyn Francine?
Marion Franck
Donald R. Frank
Kimberlee Franklin
Carl B Franzen
David Franzman
Linda Franzman
Mary Fraser
Carolyn Frazee
Barry Frazier
David Frazier
Tess Frazier
John T. Fredricksen
Ali Freedland
Gary Freedman
Graham Freeman
Kristin A. Freeman
Robin Freeman
Frances Freewater
Ellen Freiberg
Howard Freiman
Howard Freiman, DO
Virginia L. Fretz
Honor Frey
James Frey
Richard Friedlander
Art Friedman
Mr & Mrs. Joe Friedman
Laurence L. Friedman
Howard H. Friel
Muriel S. Fritch
David & Jannie Fritchle
Julianne Frizzell
James Froland
Larry Frost
Corinne Frugoni
Bill Fry

Will Fry
Gerald Fujii
Norman M. Fujimoto
Carol Fulkenthal
John Fuller
James R. Fullerton
Lillian Fulwider
Jim Funk
Guy Furlo

Peter G. Gaal, M.D.
Uta Gabler
Bill Gaddis
Jim Gado
John M. Gaffin
Diane Gaffney
Kim Gagnon
Scott A. Gailey
Graysen Gaine
Danielle Gainok
Cynthia Galindo
Dorothy Gallagher
Michael Gallagher
Dr. Patrick Gallagher
Shannon Galleher
John T. Gallo
Christopher J. Gambelin
Lyn Gannon
Adolfo A. Garcia
Connie Garcia
Jeffery Garcia
Robert Garcia
Evangelina Garibay
DeAnna Garland
Ms. Urla Garland
Mrs. Garon-Maloy
John D. Garrett
Katherine M.P. Garrett
Martin E. Garrett
Robert Q. Garrison
William J Garrison
Joe Gartland
Michael Garvin
Michael J Garvin
Richard Gasparini, Jr.
Gilbert M. Gass
Jeanne Gassen

Thea Gast
Kathleen Gaston
Patricia S. Gaston
Carolyn Gates
George Gates
David S. Gates, Jr.
Mark T. Gates,Jr.
Michael Gauder
Linda Gauehte
Mary Jo Gauer
Ian O. Gauman
Nel Gauman
Ronald K. Gaynor
Mr. & Mrs. Dennis Geary
Peter Geczi
Jennifer Geddie
Roland Geff
Patrick Geffrey
Barbara Gegan
William L. Gegurich, Jr.
Bus Gehring
Joan Gehrke
Russell A. Gentry
Alan George
Alan & JoAnn George
Sue George
Manuel Gerardo
Fred Gere
David Gerken
Mr. & Mrs. J Gersley
Jared Gerstein
Mr. & Mrs. J Gerstley
Michael Gervals
Jack Gerwin
Gary Getchell & Terry Mutsik
Robert A. Gettman
T. Gettman
Grace Geyer Smith
A.K. Ghauri
Sue Ghilotti
Alfred Gianelli
Bob Giannoni
Peggy Peterson Giannoni
Stephanie Gibbs
Suzanne Gibbs
Lauren Gibson
Lisa Gibson

Geoffrey Gicker
Vincent J. Giese
Bryan Giezel
Paul Gilbertson
Anita Gilbride-Read
Jeannine Gillan
Faron D. Gillespie
Jim S. Gillespie
Wanda Gillespie
Donald Gillett
Robert J. Gilliland
Mary Gillis
Robert D. Gilman
Judy Gilmore
Alisha Gimenez
Jenny Giorgi
Olga L. Gishizky
Craig Gittings
Katlind Gittings
Sran Given
L. D. Glass
Larry Glass
Thad Glass
Patrice Glasscock
Steve Glasscock
Edward Gleason
Frederick K. Gleason
Mark Gleason
Nancy Glen
Stephen Glenn
Julie Glick
Barry Glickman
Sabine Wm. Glinsk
Jesse Gloria
Jennifer Glorioso
Elsie Glotfelty
Roy R. Glotfelty
Debra Gluskin
Gary Gmehling
Mike Gocke
Dr. John M. Goddard
Donald R. Godfrey
Chris Godvin
Catherine Godwin
Willfred B. Goerdts
Martina Gogelman
Alan Goggins

Jim Gold
Glenn Goldan
Gayle Goldberg
Richard Goldberg
Michael Golden
Keefe Goldfisher
Alanna Goldsmith
Michael Gollaher
Robert W. & Patricia Goltz
Jean Gomes
Fred Gomez
Gameleil Gomez
Chris W. Gonsalves
Jolynn Gonsalves
Chuck Gonz
Ardis Gonzales
Sarah Gonzales
Confrey Gonzalez
Brian Good
Carl Good
Merrill R. Goodall
Alan E. Goodban
Barbara & Rob Goodell
James Goodman
Heather Goodwillie
Barb Goodwin
Colin Goodwin
Jesse Goodwin
R.C. Goodwin
Jack M. Gookin
Mike Gookin
Rebecca D. Gorbel
Alan Gordon
Greg Gordon
H. Gordon
Doug Gore
Jim Gosciminski
Marvin L. Goss
Gael Tess Gossage
Morton Gothelf & Candace S. Dekker
Charisma Goudreau
Lauren A. Gough
Robert C. Grace
Adrienne M. Graf
Dave Graham
G. Mark Graham
Glenn Graham

Leslie M. Graham
Patricia Graham
Peter Graney
Brenda R. Grant
Bruce A. Grant
Carrie Grant
Peter O. Grant
Joan Grantz
Joan & Eric Grantz
Morgan Grass
Lynda Grass
Richard Grassetti
Walter Graudjean
Thomas H. Grauman
Ron Graupmann
Ted Graupner
Patrick L. Graves
Soren Gray
Michael Grayson
Zetta L. Graysover
Alan Green
Dave Green
David V. Green
Doug Green
Jeffrey Green
John F. Green
Katie Green
Maureen Green
Susan Green
Wayne A. Green
Allen P. Green III
Brandi Greenfield
Bret Greenfield
Bob Greenfield
Cheri Greenfield
Barbara J Greer
Gary Gregerson
Mark R. Gregory
Polly Greist
Lansing Gresham
John Gresley
Jennifer Grey Fox
Jenny Gribben
Kenneth J Grick
Diane Grieman
Karl Griepenburg
John Griffin

John W. Griffin
Norma Griffin
Virginia Griffing
George E. Grimes
Steve Grimes
Bill Grimm
Sherman W. Griselle
Jim Grobl
Jim Groeling
Sheila Gropper Nelson
Jane Gror
Margaret Grosse
Robert A. Grosse
Nina Groth Ghera
Ranney C. Grotta
Ralph A.H. Groves
John E. & Iris M. Grow
Gale H. Grubb
Pauline Gruenler
Gretchen Grufman
Ed V. Grundstrom
Paul Grunland
Ron Guenther
Laura Guerra
Judith Guerriero
Walt Guilbert
Kelly Guilfoyle
Leo Guiterres
Thomas Guldman
Charles F. Gunther
Patricia D. Gunther
Beth Gurney
Wendy Gurwitz
Joella L. Gustafson
Johnny Guiterrez
Breanne Gutierrez
Manuel M. Gutierrez
Susanne Guyton

Erik H.
Thesita Haag
Larry Haas
Susan Haase
Arthur C. Hack
Janet M. Hack
Dave Hackel
Sally Hackel

Hilary Hacker
John Hacker
Mary Hackett
Steven Hackett
N.A. Hadland
V.K. Hafner
Corinne Hagar
Marilyn Hagar
George Hagen
Robert Hagen
Wm. Hagen
Harry Hagman
Clarence Hagmeier
Jenn Haig
Glen Haimovitz
Kyle Haines
Daniel Hale
John Hale
Kristen Halgedahl
Amy K. Hall
Bill Hall
Bryce Hall
Mary E. Hall
Pumuri Hall
Ronald Hall
Sacha Hall
Sandra Hall
Shirleen Hall
Steve Hall
Thomas D. Hall, DDS
Willie Hall
Tim Halligan
Margaret Hallowell
Lynn Halpern
Ruth Halpern
Sharyn Halsey
Dan Ham
Daryl Ham
Randy T. Hamann
Terri Hamann
Doug Hamilton
Heather Hamilton
Joe Hamilton
Kai Hamilton
Chris Hammer
Rolland Hammerness
Charles B. Hammerstad

Charles Hammerstad
Jeremiah Hammond
Judy Hammond
Michael Z. Hammond
Hampton Family
Calvin Hampy
R. Hanavan
R.J Hanavan
Ann Hancock
Steve Handrop
Karen Haner
Penny & Slim Hanna & Hellpern
J.S. Hannon
Bob Hansen
Danny Hansen
Neil Hansen
Patti Hansen
Ray Hansen
Sharon Hansen
Zack Hansen
Hansen Family
Hansens
Naomi Hanson
Harry A. Hanson, Jr.
Ray Hanssen
Fred Happich
Bruce E. Harang
Ron Harbin
Frances Harden
Mullaney Hardesty
Steve Harding
Catherine L. Hardyman
Burton C. Harlan
Robert W. Harlan
Sequoia Harless
Angela Harlow
Donald Harlow
Lynn Harlow
Sybil Harlow
Richard Harm
Frances Harmon
Jim Harmon
Bobbie Harms
Michael Harms
Terita Harner
Alan Harper
Dennis Harper

Greg Harper
Betsy Harrell
Theresa M. Harrigan
Dorothea Harrington
Lisa Harrington
Carla Harris
Harold Harris
Pat Harris
Victoria Harris
Nancy Harris Dalwin
Carol & Don Harrison & Tanner
Holly Harrison
Allen Hart
Greg Hart
Haley Hart
Ingrid Hart
Michael Hart
Robert Hart
Van Hart
Rick Harter
Cornell Hartford
Allen Harthorn
Brian Hartley
Debbie Hartman
William T. Hartman
Gary J. Hartung
Michelle Hartwell
Richard Harvey
Victor L. Harvey
Lorance W. Harwood
Gary Hasenstals
Steve Haskell
Dr. Gerald Haslam
Carol Hasslinger
James Hasslinger
Steve Hasslinger
Steve Hasslinger & Colin Anderson
Tina Hasteny
Kristin Hathaway
Michael W. Hathaway
Rebecca Hatten
Mr. Otto Haueisen
Jon Haumeder
Dan Hauser
Donna Hauser
Tina Hautau
Todd Hautau

George Haver
Marcia Haver
Wayne Hawkins
Joanna Hawley-Jones
Robert G. Hawthorne
Wayne Hawthorne
Paula Hay-Home
Anne Hayes
Charlotte Hayes
David Hayes
Joe Hayes
Louise Hayes
Robin Hayes
Robert E. Haynes
Nancy J. Head
R. Heath
Richard R. Heath
Whit Heaton
Kenneth Heckart
John Heckel
Dr. Richard Hector
Jon Hedlund
Ellen Heffelfinger
Totton P. Heffelfinger
Reed Hegwer
Harold Heigho
Harold Heighs
Bill Heil
Susan Heileman
Carl Heiles
Rick Hein
William Heinicke
A. Elgin Heinz
Jack Heinz
Helbock
Linda Helbock
Stephan Helbock
Steven L. Hellerman
Nancy H. Helmers
Carol Helms
Deborah Helpio
Creighton Helsley
Don Helton
Paul Helwig & Katherine Bauer-Helwig
Harriet Henderton
Paul Hendricks
Paul Hendrickson

H. W. Henduran
Greg Hengel
R. Henin
Edgar Henke
Mindy Henn
C. T. Henne
Ruth Henne
Gisela Hennessy
Joseph & Sue Hennessey
Muriel Henriques
Elizabeth Henry
Michael Henry
Moss Henry
Thomas Henry
Thomas G. Henry
Hensen
Karen Henson
S. Hepler
Laurel Herendoen
Roger Herick
Kathleen Hering
Pauline Herme
Daniel Hermstad
Joseph Hernandez
Vince Hernandez
Ann M. Hernday
Robert D. Herriott
Ian Hersey & Jeanne Cooper
Joe Heslinger
Elizabeth M. Hess
Richard R. Hess
Julia Hesse
C.A. Hest
Florence E. Hetiman
Kathryn Heumann
Bryan Hew
John S. Hewitson
Danielle Hewitt
David G. Heyes
Kaye Heyes
Donald Heyneman
Kristy Hibbs
Shannon & Tom Hickey & Hinds
Greg Hickman
M. Hickman
Jim Hicks
John T. Hicks

Katy Hicks
Tarynn Hicks
Dave Hickson
Robyn Hidas
Russel S. Higbee
Tim Higbee
Tom Higdon
Keith W. Higgins
Ross P. Higgins
Sidney Higgins
Brian Hill
Cynthia Hill
Denise Hill
Fran Hill
H.H. Hill
Jada Hill
Ken Hill
Kenneth W. Hill
Michael B. Hill
Pat Hill
Rick Hill
Russell Hill
Karen Hillenberg
Linda Hilton
Mike R. Hilton
Tom Hinds
Brian Hines
Judith Hinman
Bruce Hinner
Dennis Hinrichs
Aaron Hinz
Kathy Hinz
Nicholas Hinz
Pamela Hinz
Tom Hinz
Lisa Hirayama
Don Hirzel
M. R. Hitchcock
Roylene Hite
Theresa C. Hite
Philip M. Hoadley
Dr. Donald D. Hoagland
Judith Hoaglund
Jeanne Hobar
Frank Hochrath
Julie Hochfeld
Carroll Ann Hodges

Wes Hodges
Garry Hodson
James R. Hoesr
Jack C. Hoey
Lorraine Hoey
Eloise B. Hoffman
Lydia Hoffman
Michael T. Hoffman
Eric Hofmann
Lisa Hofmann
James A. Hogan
Marie Hogan
Michael J Hogan
Stan Hogan
John Hogg
Thomas Q. Hogy
Robert G. Holcomb
Walter Hollain
Loni D. Hollenbeck
Elaine Hollingsworth
Gordon Hollingsworth
Sue Hollingsworth
Maurice Holloway
William L. Holme
Jim Holmes
Christine K. Holmstrom
Greg Holquist
Burton P. Holt
Harvey D. Holt
Helen R. Holt
Sue Holt
Don Holtegrove
Kourtney R. Holz
Richard G. Holubek
James E. Honge
Daryl Hoon
Edward C. Hooper
Dr. Jon K. Hooper
George Hopf-Lovette
Karen Hopkins
Kathryn Hopkins
Steve Hopkins
David Horirtz
Jan Horn
F.L. Hornbacher
Harold Horne
Estrella P. Hornila

E.D. Hornsby
Richard W. Horrigan, MD
Frank Horse, Jr.
Jacob Horwitz
Edy Horwood
J Hosele
Duane V. Hotton
Elaine Houig
B. Housand
Lee & Chris House
Brenda Houston
Alisa Hove
Kenneth Howard
Patti Howard
Martin Howard
Star Howard
Steve C. Howard
Dave Howarta
Donielle Howe
Kenneth Howell
Edward Howells
Patricia Howells
Donald Howerth
David Hoyt
Steve Hoyt
Gerald G. Hoytt
N. Hsieh
David Hubenthal
Pat Huber
William Huber
Kermit Huck
Brian Hudson
Judith Hudson
Sara Huett
Sara M. Huett
Darren Huff
Rocio Huff
Erma I. Hufschmidt
Ernest W. Hufschmidt
Kent Hull
Rosalia M. Hult
Mr. & Mrs. D.B. Hummel
Fred Hummel
Kenneth Humphrey
Marvin Humphrey
Eric Humphreys
Bruce Hunner

Alex Hunt
Amy Hunt
Jeff Hunt
Richard Hunt
Ron Hunt
Gary Hunter
L. Hunter
Joe Huntzinger
Wanda Huot-Morgan
Marjorie Hurd
Robert Hurd
Arthur Hurley
Susan Hurley & Jeffrey MacAskill
Janet F. Huss
Ray Hutcheison
Janice Hutchinson
Malcolm E Hutchinson
Tom Hutchison
Nancy Hutt Reetor
Barry Hutten
Frank Hutton
Janet Hutton
Walter Huwe
Jean B. Hyde
Martha Hyde
George M. Hynes
Judith L. Hynes

David Ice
Gerald Ichikawa
Chris Iden
John Iding
Bev Idle
Paul Idle
Nancy & Dan Ihara
Nancy R. Ihara
Marc & Michele Imbach
David Imper
Ralph Ince
Carl H. Inglin
Michael Inglis
Carrie Ingram
Aviva Inhof
Joan Inman
Gary Inouye
Joan Intrator
David Irelan

Juanita Irvine
Chris Irwin
Dennis Irwin
Jim Isaacson
Christina Isenberg
Lynne Iser
Dawn Isis
Carolyn T. Israel
Gregory D. Israel
Ron Iverson
Thomas A. Iverson
Wendy Iverson
Frank Ives
Michael Ives
Charles F. Ivor
V.S. Iwata
James C. Izett
Richard Izmirian

LeRoy Jack
Brad Jackson
Harold D. James, Sr.
Patti James
James Jackson
James A. Jackson
Jon D. Jackson
K. & P. Jackson & Mendelson
Linda Jackson
Edward B. Jacob
Anne B. Jacobs
Vince Jacobs
Gay N. Jacobsen
John A. Jacobsen
Bob Jacoby
Jeff Jacoby
Jeffrey D. Jacoby
Theresa Jain
Gary Jallo, DC
Bill James
Patti James
Harold D. James, Sr.
Ed Jameyson
Dana F. Jane
Hiram L. Jang
Ethan Jankowski
Walt & Frances Janney
Morissa Jannings

Bruce Jans
Nora Jans
Marty & Kim Jansen
Natalie Jansson
Rick Janus
Miriam S. Janvier
Helen M. Jarate
Jim Jardine
Marilyn Jasper
Hope Jauna
Laura Jaunghir
Monte Jaunghir
C. Javorski
Daniel M. Jayson
Janu Jeffery
Helen Anne Jeffrey
Virginia S. Jeffries
D. Jenason
Clinton Jenkins
John O. Jenkins
Richard Jenne
Richard S Jenne
Elizabeth Jennings
Susanne Jennings
A. Annette Jensen
Dennis Jensen
Gary A. Jensen
Gina Jensen
Lee Jensen
Marilee Jensen
Terry L. Jepsen
Richard Jessing
Leo Jimenez
Julie Jiminez
Robert Jochnowitz
Lagina Johannsen
Janie John
Alison Johnson
Ann Johnson
Ashley Johnson
Ben Grant Johnson
Betty Johnson
Birger L. Johnson
Derek Johnson
Dorothy Johnson
Drake Johnson
Dwight L. Johnson

Eric Johnson
Frantz Johnson
Gary D. Johnson
John Johnson
Joyce Johnson
Kathryn L. Johnson
Ken Johnson
Kristen Johnson
Marcia D. Johnson
Marsha Johnson
Matthew R. Johnson
Mike Johnson
Patricia R. Johnson
Paul Johnson
Paul J Johnson
Peter Johnson
Randle Johnson
Robert Johnson
Raymond W. Johnson
Sally Johnson
Shani Johnson
Shelley Johnson
Teman Johnson
Vanessa Johnson
Willoughby Johnson
John F. Johnson, Sr.
Christine Johnston
Dorene Johnston
Jay Johnston
Pvt. John M. and Janet L. Johnston
Steve Johnston
Steven D. Johnston
Scott A. Johnstone
Gail Jonas
Boyd Jones
Carlos R. Jones
Carolyn Jones & Kent Hetherwick
Charles & Gail Jones
Claudia T. Jones
Diane Jones
Eleanor Jones
G. Jones
Glyn Jones
Greg Jones
Harry J Jones
Jean K. Jones
Jim Jones

John W. Jones
Keasley Jones
Kenneth S. Jones
Lena Jones
Marilyn C. Jones
Marny Jones
Marry Jones
Michael M. Jones
Randall W. Jones
Richard T. Jones
Shirley Jones
Susan Jones
Tamara Jones
Tom Jones
Leland H. Jordan
Cliff Jordon
Frances G. Jordon
Roxanne Jordon
Lawrence W. Jordon, Jr.
Bonney Jorgensen
Richard Jorgensen
Mike Joseph
Murray A. Joseph
Stacey Jostao
Wm. Joubert
Chas. D. Journette
Kathie Joyce
Jennifer Judd-Mckenzie
Stephen Judice
C. Juneau
Harry Jung
Les Junge

G. Kaczmanck
Mary Rose Kaczorowski
Gene Kaezmarek
Mark Kalagorgevich
Jann Kalbaugh
Hope Kallai
Elizabeth Kallenbach
Jan Kalyani
Kauna Kalyani
Lamya Kamel
Dr. Elaine S. Kamil
Ron Kammann
Janice C. Kane
Jay Kaneshige

Billie Kanter
Alvar Kanti
Brandon Kapeller
George C. Kaplan
Antonia Karkut
Chris Karlen
Howard Karlin
Jim & Francisca Kasama
David Kashuba
William K. Kasper
Nelson Kass
Keith Kataoka
Edwin Katlas
Dale R. Kato
Roy Kato
David Katz
Raymond & Ben Katz
Koalani Kauai
Tim Kauai
Art Kauffman
Jerry Kauffman
Margaret Kauffman
Richard Kauffman
Keith Kaulum
Susan Kavel
Ken Kawafune
Michael Kawzenuk
Burton Kay
Guy W. Kay
Laurie C. Kayl
Richard E. Keane
Brian Kearney
Maureen V. Kearns
John Keating
Harold A. Keelen, Jr.
William D. Keeler
John Keeley
Richard Keene
Robert Keeney
Susan Kegley
John Keith
Wayne O. Keith
Marie Kelleher-Roy
Bill Keller
Ed Keller
Jed Keller
Michael Keller

Dennis Kellett
Al Kelley
Albert W. Kelley
Fay Kelley
Jane K. Kelley
Jeffrey S. Kelley
Clint Kelley, Jr.
Richard E. Kellogg
Susan S. Kellogg
Galy Kelly
Gaye Kelly
Harold R. Kelly
James W. Kelly
Jim Kelly
Nancy Kelly
Patrick E. Kelly
Richard Kelly
John Kelsey
Dr. Judith Kemp
C.B. Keniston
Bruce B. Kennedy
David Kennedy
Mary B. Kennedy
Ruth P. Kennedy
Gail Kenny
Lauretta L. Kent
Leira R. Kent
Arlene Kentta
Florenia Kentta
Lucy Kenyon
Andrew Kerfoot
Christopher Kerr
Curtis L. Kerrick
Dek Ketchum
Jay Ketter
Rex Ketter
Bahman Khadivi
Fariba Kheradmand
Maribel Kho
Lucille Kibbee
Jacquelyn Kiernan
Chris Kieselhorst
Joshua P. Kieselhorst
Richard H. Kieselhorst
Marjorie Kieselhorst-Echart
Marshall Kilduff
Thomas G. Kilfoil

E.H. Killgore
Steven E. Killgore
Rosemary Kilroy
Maymie Kimes
F. Kimoteck
Chris Kimotek
Sally Kimotek
Joe Kimsey
Matthew D. Kimura
Ellen & John Kindsvater
Laura King
Mary King
Patrick King
Robert J King
Stacy King
Remmy Kingsley
Robyn Kinker
Ernest Kinlli
J W. Kinnean
Carole A. Kinney, Jr.
Roger Kintz & Mariann Rozsa
Diane Kinzli
Kathleen A. Kipilik
Ben Kirby
Ranit Kirschenbaum
Keith Kishiyama
Jim Kissinger
Loren Kitamura
David Kitayama
Charles H. Kitchens
Ms. Jo Kitz
Saundra L. Kiviluk
Gien Kjesbu
Barry Klaas
Brad Klaas
Allen Klahn
Fred W. Klarenbach, Jr.
Kingsley H. Klarer
Roger Klarer
Bern Klein
SR Klein
Jack Klemenchich
Fred J Klicks
Thomas Klinefelter
Willie Knapp
Ronald G. Knarff
Jim Knecht

K. T. Kneick
Draza Knezevich
Larry Knifong
Bob Knight
C.J Knight
Doug Knight
Harold J Knight
J.F. Knight
Jennifer Knight
June Knight
Karen Knight
Karl Knight
Noel Knight
Robert A. Knight
Robert A. Knight, PE
Marilyn Knock
Paul Knoll
Rudy Knoop
Georgianna K. Knopf
James Knopf
George & Anne Knowles
Ron Knox
L. M. Kocher
Wanda Koeneke
Patti Koepf
Kathy Kohberger
Jerome Kohl
Shane Kohlbeck
Vernon Kohle
Jack A. Kohler
Barbara Jame Kohler-Anderson
Nancy Koke
Ron Kokish
Kokatat Water Sportswear
Betty J Kolarik
John Kolarik
Gloria Kolesar
Charles Koliha
Lana Koloboff
Ken Kondo
Joe Kopczynski
Mark Koperweis
Blanche Korfmacher
Linda Kosciolek
Ingrid Kosek
May Koski
Paul Koski

Michael C. Kossow
Jeffrey M. Kostura
Walter C. Kotechi
Dr. Kirstan Kothe
Richard Kovak
Nada Kovalik
John Kowalski
Jim Kraft
Larry M. Kraft
Jim Kramer
Erik Kramer-Webb
Gabe Krause
Kathleen Krauss
Ralph & Nona Krauss & family
William Krawer
Alan Kren
Diane Krieger
Michael Krikorian
Diane Kroeze
Joe Krovoza
Carol & Dave Krueger
Erich Kruger
Annie Kruss
David Kruss
Linda Kruss
Ellen Kruusmagt
Grayson Kuehnert
C.William Kuhlman
Nora Kuhlman
Jeffrey Kuhn
R.J Kula
Susan Kulakowski
Kim Kuller, Jr.
Jim Kurasa
Robert L. Kurtz
Larry Kuticka
Cindy Kuttner
Guy Kuttner

Greg La Canfora
Mr. & Mrs. Edward C. La Croix
Larry R. La Pierre
Larry Laba
Russel LaBelle
Daniel LaBulle
Pat Lacey
Jesse Lachman

Betty & Jim Lacy
Robbin Lacy
LaDuboir
Steve Ladwig
Tom Lae
Paul Lai
Clyde Laird
Tom Lama
Thomas W. Lamb
Judy Lambert
Jean Lamming
Heidi Lampietti
Chris Landeen
Eric Landfather
Michael R. Landis
Deborah Landowne
Douglas E. Landreth
Bill Landreth
Marian Landreth
William C. Landreth
Andy Lane
Leon Lane
Rosemary Lane
Thomas Lane
William Lane
C.H. Laney
Victor Laney
Curtis Lang
Patty Lang
Susan Lange
Wm. Lange
Bob Langland
R.T. Langland
R. Langlanst
Bob Langley
Mark Langner
Jeremy Lansford
Charlene Lantelme
Doug Lantelme
Anna Lee Lantz
Francis D. Lantz
Rich Lanza
Coy LaPierre
Joyce L. LaPierre
Rob LaRiviere
Philip LaRiviere, Jr.
Gina Lariz

Jason Lariz
Jeremy Lariz
Mondy Lariz
Shelly Lariz
Sonya Lariz
Georgina Larsen
Dave Larson
Mary Larson
Steve Larson
Sue Larson
Paul Lashley
Roger Lasich
Brian Lasky
J.J. Lasne
Maria Lastres
Harry Laswell
Geoffrey D. Latham
Robin & Barry Latham-Ponneck
Al Latour
Derek Latour
Ellen Latour
Kirk Latour
Louise Lattimore
Leonard Laub
Robert Laufer
Lawrence Laugarbaugh
William E. Laughlin
Michael P. Lauletta
Theresa M. Laute
Jennifer Laviz
Sandra Laviz
Al Lawrence
Jessie Lawson
L.W. Lawson
Phillip Lawson
Stanley C. Lawson
Bob Lawton
Robert Lawton
Steve Lawton
Martin E. Lay
Norman Lay
Randall J. Lay
James A. Lazavotti
Lawrence Lazio
Gerry Le Francois
Doug Leach
John Leach

Don Leachman
Dick Leahy
Jean R. Leavitt
Karin Leavitt Hanke
Michael D. Lebeck
Bruce LeBel
Louise LeCam
Sandra J Ledet
Barry M. Lee, DDS
Daniel Lee
Grady Lee
James Roger Lee
Jannifer Lee
John Lee
Roger Lee
Greg Leeson
Rod & Cindy Leggett
John A. Lehman
Thomas J Leibowitz
Stephanie Leidecker
Ray N. Lelark
Paul Lelis
J Lemein
Ruth Lemmin
James Lemon
William Lenardson
Jerome Lengych
Nancy Lengyel
William Lenheim
Dr. JA. Lennie
Alex Leo
Bette Leonard
Ian B. Leonard
John Leonard
Paul Leong
Fred Leoni
Luna B. Leopold
Rachel LePell
Annie LeRoy
Dennis W. Leski
Tom Leskiw
Ralph Lestarjette
Aric Lester
Paula Lester
Louis R. Lester, Jr.
Howard Levenson, PhD.
Bob Levesque

Margaret Levie
Harry Levin
Chris Levitus
Mr. Walt Levitus
A. J Leviz
Joan Levy
Leo L. Levy
Judy Lewin
Dean Lewis
Debbie Lewis
Eugene Lewis
Jim E. Lewis
Karen Lewis
Linda Lewis
R.K. Lewis
Ron Lewis MD
Sally Lewis
Suzanne Lewis
Tom Lewis
Ted Lewis, Jr.
Michael Leydon
William Leyva
Caren Libby
Marcus Libkind
Eric Lieberman
Karin Liedtke
Clifford J Liehe
James & Carol Lies
Steve Lightman
Gordon Lilly
Gordon F. Lilly
Sue Lilly
John Lincoln
Susan E. Lincoln
Sharon Lind
Yancy Lind
Dean Lindberg
Scott Lindgren
John Lindley
John Lindner
David Lindquist
Bob Lindsay
Constance Lindsay
John & Renetta Lindsey
Lance Lindsey
P. A. Lindsey
William S Lindsly

William Lindstrom
Mark Linenthal
Joan Linney
Warren Linney
Warren Linney, CEO
Donald E. Lintz
James F. Lipman
Norm Lipperd
Jay Lippman
Tom Lipscomb
Megan Lisagor
Tom Lisle
Tim & Cindy Lister
John E. Little
Judith K. Little
Jon Little, Jr.
Peter Littman
L.C. Llewellyn
David F. Lloyd
Debra Lo
Rich Lobrovich
Avion Lochner
Jan & Stephen Lochner
Douglas Lock
Robert Lockett
Michael Locklear
Byrd A. Lockte
Jack Loduca
Ruthie Loeffelbein
Anna M. Logan
Hildy Logan
Donna Londagin
Harold Richard Long
Richard Long
Viola M. Long
Willis Longyear
Larry L. Lonn
Jane Gayle Loomis
Diana K. Lopez
Jeffrey E. Loretti
Eric Lorimer
Karen Losee
Art T. Louie
Tamee Love
Donna Lovejoy
Douglas W. Lovell
Suzanne Lovell, PhD.

Robert D. Lovesque
Mimosa R. Low
Kathy Lowrey
Melvournen Loz
David M. Luboff
Gail Lucas
Ida M. Lucas
Jay Lucas
Kenny Lucas
Rodney Luchta
Thomas Luckonbach
Richard Luczyski
Dave Ludlow
Jeffrey E. Luell
K. A. Luna
Zeke Lund
George Lundberg
Randle Lundberg
Rudy Lundberg
Chuck Lunduren
Nancy M. Lusk
Walter C. Lusk
David Luther
Don Lutosky
Richard & Jakki Lutz
Jon Luvaas, Mediator
Tasha Luvaas
John Luveas
Rose Ann Luvi
Fred P. Luvisi, Jr.
Deborah S. Lyman
Michelle Lyman Photography
Bill Lynch
James Lynch
Jim Lynch
Jim & Marie Lynch
Peter Lyon

Sheryle Mabry
Douglas H. Mac Beth
Bruce MacDonald
Charles A. MacDonald
Delora MacDonald
Dewitt MacDonald
Linda MacDonald
Margaret Macdonald
John F. Machen

Kate MacIntyre
Michael Macioce
Derek W. Mackay
John Mackenzie
Ross Mackinney
Ken Macklin
Larry MacLeitch
Lucy MacLeitch
Lucile & Angus MacLeod
William MacQuallie
Michael L. MacWilliams
Timothy Madden
Jamie Maddox
Bob Madgic
Gayle Madison
Jeff and Jackie Madison
Aspen Madrone
Sungnome Madrone
Mike Madse
Anne Madsen
Ann Maechtlen
Randy Maer
Marlene M. Maes
Errol Magana
Ethan Magana
Gary Maganaris
Stehpen Maggard
Enn Magi
Arthur W. Magill
Warren Magill
Catherine Magonigal
Dave Magonigal
Susan Magonigal
Alice Mah
Dave Mahan
John Mahoney
Margaret Mahoney
N.R. Mahoney
Scott Mahoney
Thomas M. Mahoney
Bill Maier
Jean Maier
Edward Mainland
Dr. Eugene Majeronia
Paul Major
Erika B. Makino
John D. Malamut

Michael Malekos
John T. Malloy, Jr.
Judith Malomut
Jana Maloney
Mr. & Mrs. R.E. Maloney
Irma E. Managhan
I. E. Manasse
Charles Mance
Edmond A. Mandin
Olga Mandrussow
Michael Manetas
Sarah Maninger
Pat Manly
Jim Mann
George T. Mannen
Tess Mannen
Mary T. Manner
Thomas Manning
Ken Mannshardt
Sonja Manor
Margaret Mansell
Aymil Mansfield
Holly Mansfield
Stephen Manz
Deborah Marcelius
Carol Marcine
Laurel Marcus
Dan & Virginia Mardesich
Jerome P. Marek
John Margaroni
Nancy Marie
Roy Henry Marin
John D. Marion
Jose Mariscal
Bernice Marklinger
Gloria Markowitz
Coleen Kelley Marks
Jordan Marky
Cliff E. Marn
Dennis Marquet
Patricia Marren
R. Marriner
Barbara Marrissey
Frank Marrone
L.R. & Penny Marrs
Tom Marrs
John Marshall

Marry E. Marshall
Toni Marshall
Stephanie Marsico
Barbara Marsted
Paul Marszavek
Chauncy Marten
C. Lucille Martin
Darrin Martin
Eric Martin
Frances S. Martin
Lewis Martin
Randy Martin
Rob Martin
Sheila Martin
Will W. Martin
Earl F. Martinelli
Bryan Martinez
Manny Martinez
Trina Martynowicz
Gene Martz
Robert Masauka
June & Ray Maselbas & Katz
Paul Mason
Roy Mason
Susan Mason
William Masted
Linda M. Masten
Viola Master
Carol Masterson
Ford Mastick
Alicia Mata
Clarissa Mata
Matthew Mata
Roland Mata
Joseph T. Mateer
Gina Matesic
Cindy Mathews
Ellen Mathews
Kathie Mathews
Nelson Mathews
Kelley Mathias
Else Mathis
Mitch Matsumoto
Alan Matsuno
Andy Mattern
Glenn & Dolly Matteucci
Chris Matthews

Michael Matthews
Rod Matthews
Ryan Matthews
Eddielynn Mattos
Will & Hiroke Mattson
Betty Mattz
James Mauch
Janet Maunex
Ernest J Maupin
Gwyn Maxon
Thomas D. Maxon
Marsha P. Maxwell
Dorothy Mayer
Bruce Mayfield
M. L. Maynard
Jacqueline Mayraud
Ben Mazzone
Rich McAleeson
Rebecca McAllister
Teresa McAllister
Tim McAllister, COO
Michael J McAvoy
Steve McBeth
Michael McCabe
Patricia S. McCain
James A. McCall
Terry McCall
Kent McCammon
Bill McCampbell
Dennis McCann
Alan McCann-Sayles
Joe McCarthy
Mary Elizabeth McCarthy
B. McCarty
Bill McCarty
M. McCarty
William B McCarty
William R. McCarty
Wm. McCarty
Kevin P. McCemity
Ann McClain
John McClehan
Sara & Robert McClellan
Jonathan McClelland
Terrie McClelland
Donald E. McClure
Rinda McClure

Daren McConnell
Michael D. McConnell
Mike McConnell
Jean & Joel McCormack
Michael McCormick
Michael J McCourt
Leonard Lee McCout
Daniel McCovey
Kevin L McCoy
Bernice McCracken
Clay McCracken
Donna McCracken
Robert & Lois McCreath & de Coux
Jim McCrory
Philip R. McCullough
Shannon McCully
Nils McCune
Ray McCurdy
Daniel A. McDaniel
William McDevitt
Lynda McDevitt
Hendrick McDonald
John M. McDonald
Julie McDonald
Katerina McDonald
Randall McDonald
Robert W. McDomie, Jr.
Madeline McDowell
Amy & Ed McElhany
W. G. McElhinney
Juanita McFarland
Carol McFarland & Don Nielsen
Tom McFarling
Daniel A. McGee
Kim McGee
Vanaty McGibben
R.D. McGinnis
Robert F. McGinnis
David McGlocklin
Peter J McGovern
Kilian McGrath
Tim McGrath
Tori McGrath
Trevor McGrath
Kenneth G. McGrew
Jeff McGuire
Tom McHale

Teri McHegan
Garold McIntire
Dixie L. McIntosh
Edwin R. McKean Jr.
James W. McKenna
Thomas McKenna
Eugenia L. McKenzie
John McKeon
Ann Turner McKibben
Winton McKibben
Jeta McKicup
Dennis McKinley
Heidi McKinley
Sandy McKinley
Gregory McKinney
Melvin McKinney
Cindy McKinnon
Colleen McKinnon
Julia Mclaer
Patrick L. McLaughlin
Robert J McLaughlin
Forrest Mcleadie
Charles McLean
Kathleen & Hugh McLean
Deborah McLeran
Ralph McLeran
Matt McLibbin
John McMahon
Beverly E. McMillan
Steve McNabb
John R. McNally
Terence J McNally
Elizabeth McNamee
Rick McNeal
Irene J McNeese
George & Marylin McNeil
D. Jayne McNeiley
Carol McNeill
Stewart A McNeilly
James McNelis
Barbara McNertiey
Mindy McNoy
Jayne McPherson
Linda McVarish
Ted R. McVey, Jr.
J. McWhirter
Eugene L. Meade

Edd Meadows
Luis Medina
Chris Medinger
Rick Meechan
Gladys R. & Roberta Mehegan
Paul F. Mehegan
Maria Mehegan-O'Donnell
Dan & Chris Meier
Wade Meier
Ted Meigs
Theo V. & Ruth L. Meigs
Elizabeth Meilander
Robert Meima
Desiree Meinardi
Karen T. Meisse
Karla Meixner-Pitts
Frank Mejia
Isa-Kae Meksin
Mr. & Mrs. Michael Melia
Eric Mellin
Mr. & Mrs. C.E. Mello
Gregory T. Mellon, DDS
Simone Mellor
Larry Melton
Randy Melton
Robert & Sharon Melton
Julia Menapace
Pam Mendelsohn
Simcha Mendle
Steve Menicucci
William Mennell
Peter Mennen
C.A. Menzios
Richard Merandi
Andrew Mercado
Diane K. Mercier
Joseph Mercier
Gil Merckel
Allan W. Meredith
Dave Meredyth
Donna Merideth
Eddie Merideth
E. Merlic
Josh Merlow
Mark E. Merrell
E. J. Merrick
Craig Merrilees

Gerald & Judy Merrill
Gregory R. Merriman
Kristin H. Merriman
Lindsey Merritt
Andrew Meskil
Richard Messenger
Dave Messink
Dorothy M. Messner
Darlene Mesunas
A. Metcal
Jessica Metcalf
Chuck Metoyer
Michael Metres
Dean Metzger
Henry F. Meyer
Jon Meyer
Hildy B. Meyers
Sarah Meyers
T. Meyers
James L. Meyerson
Mick Micheli
Mick and Deb Micheli
Albert J Michelson
Michael Mierzwa
Frank Mikesh
Jon Mikkelsen
Richard Mikla
Teri Mikulecky
Jessamy Mila
Cindy Miler
Greg Miles
Matthew Miles
Walt Miles
Amey Miller
Ben Miller
Brian Miller
Carla Miller
Donald G. Miller
Elizabeth A. Miller
Fred Miller
Gabriel Miller
Greg Miller
James Miller
Jason Miller
Jeff Miller
Jim Miller
Joe Miller

Kate Miller
Katherine M. Miller
Ken Miller
Larry Miller
Marcia Miller
Margaret Miller
Melissa Miller
Michael & Kenny Miller
Miriam Miller
Neil Miller
Norman Miller
Pamela Miller
Roger Miller
Ron Miller
Ronald Miller
Sandra Miller
Royal Miller, Jr.
Royal Miller III
Lorraine B. Miller-Wort
Clare Millikan
Dana Millo
Tom & Charlene Mills
Marg Mills-Thysen
Mark Mills-Thysen
Mill Valley Services
David L. Minor
Philipp D. Minter
Lee Mitchell
Ken & Renee Mitchell
William B. Mitchell
Don Mittelstagdt
Larry Miyamura
Norman W. Mochel
Kurt Modarelli
Victor D. Modeen
Phillip Moeller
Robert J. Moffat
Tom Moffitt
M. Mokhtari
Jim Molinari
Jay Moller
Ryan Monaghan
Jennifer Monahan
Peter Monahan
Carol E. Mone
Katherine Monohan
Catherine Monroe

Gary & Betty Monroe
Stephen R. Montague
Carmen H. Montara
Mildred Montgomery
Robert A. Montgomery
Tim Montgomery
Tina Montgomery
Tom & Doris Montgomery
Roberta I. Montress
Tracy Montross
Rod Moon
F. Mooney
David Moore
Dawn Moore
Ellen Cook Moore
Jack Moore
Laurie Moore
Melissa L. Moore
Molly Moore
Paul Moore
Ann C. Moorman
Sheila Moran
Deborah Morawski
John A. More
Ruth Morefield
Warren Morefield
Julie Moreland & Steve Petersen
C. Albert Moreno
Inez E. Moreno
Joseph C. Moreno
Rick Moresco
Amy Morgan
Donelle Morgan
Lilian Morgan
Luke Morgan
Paul Morgan
Peter Morgan
Todd Morgan
Nicole Morgenstern
K. Mori
Patty Moriarty
Kristian Morley
Bob Morris
Gary J Morris
Jennifer Morris
John Morris
Louisa K. Morris

Michael Morris
Michael H. Morris
Robert Morris
William Morrish
Alan R. Morrison
Dale Morrison
Donald Morrison
Janet Helen Morrison
Michael Morrison
Raney Morrison
Richard Morrison
Richard H. Morrison
Scott Morrison
Shelley Morrison
Ted Morrison
David Morrow
Melissa Mortel
Carol Morton
Charles Morton
Linda Moscatello
Kalonia Rae Amber Mosier
Karl Mosgofian
Jimmy Mosquera
Larry Moss
Shawn C. Moss
Helen Mossberger
Helen D. Motyka
Dan Mowrey
David Moyal
Ann M. Moyer
Catherine Moyer
Dean Moyer
Dean L. Moyer
Margaret Moyer
Brian Mrachek
Lynne Mrachek
Lucas Mrakava
Tom Mrakava
Jennifer Mudor
Paul Mueller
Tara Mueller
Virginia Mullan
Mike Mullar
Patty Mullen
Jacobus L. Muller
Francis E. Mulqueen
Margaret E. Mulqueen

Mr. & Mrs. George Mulvey
Michael Mumford
Ryan Munaghan
Rebecca Munroe
Dave Munson
Bob N. Murakami
David N. Muraki
Dave Murray
Dennis R. Murphy
Emmett J Murphy
G. Murphy
George Murphy
John Murphy
Katherine Murphy
R.S. Murphy
Patrick W. Murray
Kahl Muscott
Martin Musgrove
Paula Mushrush
Sarah Musolf
Richard G. Mute
Frank T. Muth
Daniel Myers
Louie S. Myers
Melinda Myers
Ralph Myers
Sara Myers

Beverly Nadine
Charles E. Nagel
Herbert E. Nagel
Joyce L. Nagel
Robert Nakagawa
Tracie Nakagawa
Dave Nakamura
Bill Nash
L.H. Nash
Margie Natseu
Elise Navin
Peter Navin
Mike Navome
Maeva Neale
Julie Neander
Wendy Neander
Christina Neebel
Mark Neely
Mark Neff

Robert Neff
Fred Neighbor
T. F. Nell
Dr. Kenneth H. Nelsen
Barbara Nelson
Bettie J Nelson
Bo Nelson
C. Griffin Nelson
Christine Nelson
Cliff & Cheryl Nelson
Denver Nelson
Dr. Don Nelson
Ellen Nelson
Jim Nelson
Lisa Nelson
Phyllis Nelson
Reynold B. Nelson
Sheryll Nelson
Stasia Nelson
William R. Nelson
Thomas Nemcik
Frank Nerney
Deyanne Nesh
S. Neustein
Sam Neuwirth
Mike Nevlida
Janna Newber
Ethan Newby
Harry Newhall
Harry B. Newhall
Mr. & Mrs. H. Newhall
Thomas I. Newland
Barry Newlin
C.T. Newmyer
Karen Newmyer
William A. Newsom
Jodie Newton
Julie Niceswanger
David Nichols
Walt Nichols
Michael Nickoloff
Robert S. Nicksin, Esq.
Mary Nicoloulias
Ken & Karin Niehoff
Barney R. Nielson, DDS
William K. Nisbet
Bryan Nishimoto

Linda Nishimoto
George Nitti
Laura L. Nixon
Thomas Nixon
Jerry Dean Nobles
Marcia Nobles
Jesse Noell
Carolyn E. Noll
Thomas F. Noll
John Noonan
Shari Nordell
Lowell Norgaar
Victor C. Norling
Seth Norman
Victor Norring
Deborah Nortan
Charles J Noth
Jim Novak
Lauren Nowell
Katia Noyes
Carolyn Nuban
Ray Nunez
W. Edward Nute
Lori Nyholm

W. A. Oakes
Debbie O'Banks
Tom O'Banks
Jack Obedzinski, MD
Roxanne Obie
Amelia O'Brein
Brian O'Brien
Michael O'Brien
Mary O'Connell
Sue O'Connell
Bonnie O'Connor
Kathleen O'Connor
Tom O'Connor
Mary Rose O'Connor-Gaelke
K. O'Conrad
Wolfgang Oesterreich
Laura Offins
Gwynn O'Gara Catterton
Barbara Ogden
Jan Ogren
Kevin S. Ohagan
Matilda Ohie

Colleen M. Ohlandt
Susan Ohlson
Lorri M. Oja
Stephen K. Oka
Don Okazaki
Ruby A. Okazaki
W.P. O'Kelly
G. Okumura
Jon C. Olander
Steve Oldfield
Casey O'Leary
Jerry Oli
Kimberly Olive
Don Oliver
R. M. Oliver
Stacy Oliver
Robert Oliveria
Sheelagh Oliveria
Brenna Olivier
Franklin Olmsted
Harry C. Olsen
John Olsen
Ruth Olsen
Astrid Olson
Mr. & Mrs. Austin Olson
Elaine Olson
Issac D. Olson
Kirsten Olson
Maurene Olson
Robert E. Olson
Scott Olson
Tom Olson
James Olson-Lee
Judith Olson-Lee
Thomas K. Olwiu
Albert E. Onan, Sr.
Rosalind O'Neal
Karen O'Neil
Michael O'Neil
Alexis O'Neill
Cheryl O'Neill
Fiona O'Neill
William A. O'Neill
Brian T. O'Neill II
Eleni O'Niel
Gregory J. Opitz
Dorothy Orchid

Sue O'Reilly
Paloma Orinoen
Jerry & Kim Orloff
Alice O'Rourke
Robert G. Orr
Ophelia Ortega
J. Orth
Jeffery Orth
Annette M. Ortiz
Henry M. Ortmann
Erik Osbun
Sandra Oseguera
Judi Oser
Dr. Stuart Oskamp
John C. Osmer MD
Helen Ost
John Ost
Tracy Oster
Julie A. Ostoich
Doris Ostrander Dawdy
Mary K. Oswald
Duke Otoshi
Lynn Otoshi
Darryl D. Ott
M. Ottenberg
Dennis Otto
Ron Otto
Linda Overflinger
Clifford H. Owen
Robert Q. & Kay A. Owen
Hunter Owens
Russell Owens
Jeff Owings
Joyce & Rich Ownbey
Clarice Owsley

Dana Pabst
Felice Pace
Catherine C. Pacelli
W. Pacier
Paul Pack
William C. Packer
Stephen M. Paine
Mona Pagaard
Ray Page
Dennis Pagones
Mike Pagones

Tim Paik-Nicely
Richard Painter
Bridget Palmer
Neil Palmer
John M. Palmer, MD
Richard Palmini
Phyllis Pampanini
H. Martin Pancoast
Joseph P. Paoluccio
Joe Papendick
Ray Paquette
Mary Ann Parachini
Janice Parakilas
Ben Paris
Randi Paris
Virginia Parke
Charlotte Parker
Jayne C. Parker
P. Parker
Lois Parkins
Aida Parkinson
Hannah Parkinson
Jim Parks
Melinda Parks
Derek C. Parmenter
Peter Parnell
Christine Parra
James Parrinello
Tom Parry
Schuyler Parsons
David Passmore
Christina Pate
Brian D. Patterson
Charlie Patterson
Harold Patterson
Jana L. Patterson
Petra R. Patterson
Wendy Patterson
Raymond Patton (two letters)
Melinda Pauli
Robert Pauli
Robert Pauls
Dr. Andrew Paulson
Joan Paulson
Ed Pawlus
Glenda Pawsey
Elizabeth Payne

Tiffany Paz
Davis Paziradeh
Eric Peach
Linda L. Peak
William C. Peakes
Richard Pearce
Riley Pearce
Eden Pearl
Larry Pearson
Ray Peart
Elizabeth A. Peck
Phillip E. Peck
Juanita Ann Pectol
Fred J. Pedersen
Daneen Pederson
Rufus J. Pederson
David L. Pehrsom
D. L. Pehrson
Dr. Gregory Pehrson
Andrea Pellicani
Lee Pellicciotti
Vincent Peloso
David Peltier, BA
Dan Penberthy
Linda Pence
W. Pence
James Pendlton
Art Penniman
Paul P. Pennings
Jim Pennington
Rebecca Pennington
Kimberlee Penny
Les Penpraze
Shirley Penpraze
Carey Penrod, DDS
Patricia Pensico
James Pepin
Robert Perales
Michael Perensovich
Abram Perlstein
Thomas Perot
Erin Perry
Marian L. Perry
Matt Perry
Pamela Perry
Stan Perry
Steve Perry

Pamela Perryman
Wayne Perryman
Chris Perske
Doug Perske
Tim Pert
Joyce M. Peterman
Cynthia Peters
John Peters
Thomas H. Peters
Thomas H. & Barbara S. Peters
Bob Petersen
John Petersen
C.L. Peterson
Chris Peterson
Gary D. Peterson
George Peterson
John C. Peterson
Pat Peterson
Robert W. Peterson
Tony Peterson
Alexis Petrakis
Gene & Anne Petrik
Joseph G. Petrofsky
Linda Petrulias
Paul Petterson
Bruce Pettibone
John Petts
Jack Peuler
Jack Peutet
J.P.J Peutet, Jr.
Michael Pfaelzer
Gordon Pfeffer
Ronalee M. Phares
Ed Phelan
Al Phelps & Shosh David
Britt Phillips
John Phillips
Perry Phillips
Stan Phuen
Lewis Picher
Michael E Pickett
D.H. Pickrell
Christina Pierce
Clifford C. Pierce
H. Rosemary Pierce
Howard F. Pierce
Barbara J. Pifer

Gale H. Pike
Douglas Pillsbury
Thomas E. Pillsbury
Tom Pillsbury
Nicholas Pinett
Averill Pinne
Daniel Pinney
Nancy Pinney
David Pinto
Thomas S. Pinto
Theresa Pisani
Charles Pisano
Sophia Pisciotta
Paul Pitino
Stephen Pittavino PhD.
Milan L. Pittman
John Pizza
Myfanwy Plank
Vicki L. Plattingly
Tim F. Plaza
Carl Plescia
Kelly Pleskunas
Stan Pleskunas
Michael Pluchar
Tony Plutynski
Janis Podesta
Roger Poe
Tracy Poe
Allison Poetsch
Jeffrey Poetsch
Cynthia S. Poett
Harry Poett
Ronald Poff
Thomas J Poggi
H.O. Poitra-Chalmers
Ethan Pole
Faron J Pole
Jeffrey D. Pole
Sarah R. Pole
Barbara & Michael Polka
Josephine Pollara
Karen Pomian-Corella
Lisa A. Ponseler
Ellen Pontac
Rich Pontius
Larry & Johanna Pool
Edward C. Pope

Robert Pope
Rita Poppenk
Roman Porenta
Doug Porter
Jeanne L. Porter
Steve Porter
Edward A. Porter-Smith
Pamela Posey
David Post
Patricia M. Poterbaugh
William Potter
Michael J. Pottinger
Robert Pound
Robert A. Pound
Anthony Powell
Barry Powell
Charles Powell
Delma Powell
Kathleen M. Powell
Kenneth Powell
Malcolm R. Powell
Marna Powell
Mike Powell
Nancy Ann Powell
Kenneth Powell
Odus Powell
Vern Powell
Edmund R. Power
Jude Claire Power
Dave Powers
Kathy Powers
Robert P. Praetrel
Tawnly Pranger
Kim Prano
Michael L. Prather
Alfreda C. Pratt
Chelsey Pratt
David Pratt
Durenn Pratt
Marcia Pratt
Ira Preece
Deborah Press Gerth
D. Price
Jack & Erlene Price
Lon Price
Maria Price
Robert L. Price

Ruth Price
Tim Price
Trent R. Pridemore
Michael Priest
Richard Prill
Mark Pringle
Dave Pritchett
Holly Prohaska
John B. Prosise, Ph.D.
Bev Prosser
Billie Prosser
Leo Prosser
Ron & Kim Proyn
David Pruitt
Melissa Pruyn
Stephen Pruyn
Greg Pryor
Glen Pudwill
Jerry Pugh
Laura Pugo
D. Puigler
Neal Pultz
Doug Puniak
Mike Purcell
Chris Purpura
Peter Purtnher
Patricia Morrill Puterbaugh
Don Putnam
Gregory Putzka
Andre M. Puyans
Grant & Shirley Pyle

Dave Qore
Jeff Qualey
Mimi Quan
Andrew Quattrin
Carol I. Quinn
Robert Quinn
Sydney Quinn
William P. Quinn

Robin Rabens
E. Rabinowe
Alan Rabinowitz
Leo P. Rachal
Barbara A. Radd
Michael Radmilovich

Wayne Radmilovich
Robert Radtke, RN
Dennis Rael
Isador Rael
Paul Raffaeli
Catherine Ragucci
Bob Rainey
Pete Rainey
William Raleigh
William F. Raleigh
Michael Ramicone
Susan E. Ramirez
Joe Ramos
Linh Ramp
Rudy Ramp
Thanh Ramp
Jeff Ramsdell
Scott Ramsden
Alice Ramsey
Anna Ramstead
Ann Randolph
D. Randolph
John D. Randolph
Thomas P. Raney
Robert Ransdell
C. Ranstead
Bryan Raskin
Jaime Ratchford
Thomas J. Ravizza
Heather Rawson
Terry W. Raymer
Clive H. Rayne
Kathryn J. Rayne
Ellen Rayner
Greg Raynor
Edward C. Rea, Jr.
Dave Read
F. H. Read
Jeanne Marie Reade
Pamela H. Reagan
Sandra Dean Real-Scracca
Charles Reames
Dick Recchia
Jerry Red
Faye Reddecliff
Floyd Redmon
John Reed

John W. Reed
Radenia Reed
Robert Reed
Sonja L. Reed
Nathaniel Reeder
Andrew Reese
Ian Reeves
John K. Regan
Raymond F. Regan
Timothy D. Regan, Jr.
Ken Reichard
Priscilla D. Reichert
Javan & Alexandra Reid
Kenn Reiller
Brian Reilly
Don Reilly
Martin K. Reimpf
Greg Reis
Charlotte Reiter
Bob Rembowski
Bob Remillard
M. Renaker
Nicole Reneer
Mark Renz
Eric Resener
Daniel Resnik
Roberto Reyes
Jerry Reynolds
Keith Reynolds
Lejaren R. Reynolds
Lorien Reynolds
Peter Reynolds
Rod Reynolds
Shirley Reynolds
Stephanie Reynolds
David Rhoda
Dianna Rhoda
Dan Rhodes
Paula Rhude
Ron & Linda Rhyno
Mark Rhynsburger
Cheryl Ricci Kopczynski
Grahm Rice
Arthur A. Rich
Barbara Rich
Cunielle Rich
Pamela Rich

Rob Rich
Mya Rich-Zeeb
Chris J Richards
William Richards
William A. Richards
Schuyler Richardson
Janet Richman
Mathew Richter
Warren Richter
Seth Ricker
Hazel Rickertsen
Mark & Valerie Riegel
Sonya Rieken
James Ries
Kathy Ries
Charles S. Rigg
Steve Rigg
Angela Riggs
M. H. Riley
Pat Riley
Patricia J Riley
Doug & Karin Riley-Thron
Michael L. Rilla
Barbara Rincon
Matt Rind
Judy Ringenson
Ruth Rippon
Tim Risch
E. Risedorpe
Barry Risling
Dr. C.S. Ritchie
James Ritter
Alison Rivas
Lee Rivers
Lois E. Rivers
Lisa Rizer
Mike Rizza
Radford Roach
Terry O. Roache
Marc Robbi
Charles R. Roberts
Cindy K. Roberts
Elna Roberts
Hank Roberts
Jack Roberts
Jerry Roberts
Lori Roberts

Marion Roberts
Norm Roberts
Roxanna Roberts
Marilyn Roberts Rider
Alisha Robertson
C.A. Robertson
Cynthia G. Robertson
Jim Robertson
William Robertson
A. L. Robertson, Jr., MD
George Todd Robinette
Darrell Robinson
Harold N. Robinson
J Stephen Robinson
Larry Robinson
Laurel Robinson
Patricia Robinson
Scott C. Robinson
Steve Robinson
Stuart Robinson
Walt Robinson
Don Rocha
C. Mark Rockwell
Reeta Roe
Jennifer Roese & Mike Nelson
Tom Roff
David Rogers
Erik A. Rogers
Gregg Rogers
John Rogers
Terry Rogers
Gail T. Rogne
Gisela Rohde
Kyle J Rohrs
L. Rohssler
Robert B. Rohde, Natural Resources Mgr
Michael Rokeach
Mark Roland
Pat Roland
Bill E. Rolfe
Bruce Rollans
Sally M. Rollans
Gary Rolleman
Phillip Rollins
David J Romano
B. Ronchelli
Karen Ronchetto

Amy M. Rooker
Maurice Roos
S.N. Roscoe
Stanley N. Roscoe
Ann Marie Rose
Charles H. Rose
Dr. & Mrs. D.H. Rose
David Rose
Gene Rose
Greg Rose
Kathy Rose
Kathy Rose & H.J. Ron
Lauri Rose
Paula Jean Rose
Ron Rose
Wayne Rose
Barbara & Eddie Rosen
Ellen Rosenblum
Stephen Rosenblum
David Rosenthal
Dorothy M. Rosi
Scott Rosko
David Ross
Gabriel Ross
Hillary Ross
James E. Ross
Mrs. Jay S. Ross
Kenneth Ross
Linda & Alan Ross
Maria Ross
Mr. & Mrs. Paul Ross
T.E. Ross
Valerie Ross
Mharie Ross-Walcott
Chris Rossiter
Mark Rostratter
Mari Erin Roth
Chris Rotondo
Skip Rouch
Chris Rourke
Jo Ann Rouse
Ryan F. Rousseau
Torsti Rovainen
Gregory Rowe
Tom Rowe
Jim Rowley
Judy Royer

Timothy Royer
Carl Rubens
Dave Rudie
Christina Rudosky
John Rueff
Richard Ruge
Leila M. Ruiz
Wendy S. Ruiz
Allen E. Rumbaugh
Esther & Howard Rumrey
Judie Runstrom
Donald Rupp
Belinda Rush
James E. Rush
Wayne Alan Rush
DeAnn Rushall
Larry Rushing
Jeff Russell
O.D. Russell
Bob Rutemoeller
Robert A. Rutemoeller
Sue Rutherford
George S. Ruxton
James L. Ryan
Jo Ellen & Gene R. Ryan & Trapp
Kathy Ryan
Phil Ryan
Robert Ryan
William Ryan
Joe Rychetnik
Diane Ryerson
Shane Ryerson
David Ryland
Ms. Saskia Rymer Burnett
John Ryzanych

Jeff Sabers
Pat Sabo
Roland E. Sabourin
Toby Sacher
John Saczawa
Danny G. Sadler
Chuck Sage
Stanley Sagi
Sagmiller Family
Peter & Alexsandra Sagues
Ron Saiki

Todd Salberg

Rebecca Salinas

Nick Salle

David Salm

Jean Salmon

Leland Salstrom

Paul & Anne Salzman

Richard W. Salzman

Marlene Samuel

Flo Samuels

Leath Sanchez-Hoxie

Norma Sanchez-Hoxie

Nancy Sanchietti

Cheryl Sandberg

Craig Sandberg

Charlene Sanders

Erin Sanders

Jim Sanders

Ken Sanders

William M. Sanders

Brandon Sanderson

Rod Sandretto

H. Pat Sandy

Rick Sanger

Dan Sanref

Betty Jo Santin

Patricia B. Santino

Mike Sapunor

Philip M. Sapunor

David M. Sare

Michael Sarkisian

Nancy Sarkisian

Stan Satake

Richard N. Sato

Peter Saucerman

Charles Sauer

Norm Sauer

Sandra Sauer

Frost Saufley

Louise Saufly

Nicole Sauvageau

Howard F. Savage

J. A. Savage

Jessica Savage

William U. Savage

Scott Savoie

Richard Sawyer

Ruth Sawyer

Gertrude Saxton

Doris Sayles

Ellen Sayles

Stephen Sayre

Cory Sbarbaro

Kevin Scarpell

Caroline M. Scarpelli

Debra A. Schaefer

Frederick W. Schaefer

Margaret Schafer

Tim Schallitz

Fred Schandt

Shelly Schandt

Collette Schavgaard

John Scheibe

John S. Scheibe

Charlie Schelter

Lucinda Scherrer

Sarah Sches

Richard Schieffer

A. Edward Schiesel

Charles A. Schillinsky

Peter R. Schimpfle

Erich Franz Schimps

John Schinnerer

Kenneth Schirle

Willy Schlein

Charles M. Schlinger

Marie L. Schmeres

Mark Schmid

Eikel L. Schmidt

Elizabeth R. Schmidt

Fred Schmidt

Greg Schmidt

Kris Schmidt

Oswald D. Schmidt

Virginia Schmidt

C. Schmitt

Ed Schmults

A. D. Schneider

Dr. David L. Schneider

Dean Schneider

Walt Schneider

Simon B. Schnitzer

Mary Schnitziers

Vital B. Schoeb

Allan Schoenhen
Kenna Schoenhen
Bernadeen Scholl
George P. Scholl
Kristy E. Scholl
Jack Schoop
Paul Schorr
Steve Schramm
Noah Schreier
Carl G. Schrieve
Don Schroeder
Mary Schroeder
Roger Schroeder
Sue Schueler
John H. Schugart
Urs Schuler
Charles Schultz
Judith M. Schultz
Marston A. Schultz
Molly Schulze
Robert (R.W.) Schulze
Dennis Schumacher
Kirk Schumacher
Michael Schumacher
Peter Schurch
Johanna Schussler
Micah Schwabrow
Allan E. Schwartz
Ron Schwartz
Alison Schwarz
Carl Schwarzenberg
Fai Schwarzenberg
Jessica Schweber
Mark Scoggins
Anita R. Scott
Anne Scott
Barry Scott
Dougald Scott
Maylie Scott
Thomas Scott
Verna Holson Scratch
Eileen Scrodin
Allegra Searle-LeBel
Ellen Searle-LeBel
Andrew Sears
Judy Sears
Ron Seba

John Seboggu
Stacey Sebring
Catherine L. Sedlock
Evan Sedlock
Grady See
Carol Seeds
John Seeger
Renee Seely
Patricia Segeukahn
Wilhelm Seitel
John Selawsky
Dick Selcke
Martin M. Seldon
Jeff Self
Pat Self
Carol Selig
Randolph Selig
Jeffrey Seligson
Rob Seltzer
Ruth Seltzer
Dave Semling
Judith Semple
Stefan Senin
Chris Seppeler
Gary Seput
Jean A Seput
Coralia Serafim
Bonnie L. Sergeys
Michael E. Sergeys
Gerald Serina
Scott Serkes
Don Serpliss
Don Sevara
Shane A. Sevey
Jason Sevier
Melodee Sewell
Bob Seymour
Tom Seymour
Gregory S. Shaffer
Laverne A. & Walter D. Shaffer
Steve Shaffer
Neil Shakery
Tom Shamp
Susan Shanelec
Patricia C. Shank
Richard Shankel
Pat Shanley

Patrick Paul Shannon, Sr.
Jon Shapas
Ted Shapas
Gary Shapiro
Helen M. Shapiro
Michael Shapiro
Virginia Sharkey
Stephen Sharnoff
Chip Sharpe
Eric Shaughnessy
Stephen Shaughnessy
Al Shaw
David Shaw
Ellen Shaw
M. Shaw
David W. Shawn
James Shea
Sheila Shea
Zak Shea
Al Sheahen
Gale Sheflin
Jane Shehan
James N. Sheldon
James O. Sheldon
C. Shelton
Diane Shenk
Tom Shepherd
Kent Sherf
Carmen Sherwood
Rich & Pat Sherwood
Deidre Shideler
Dan Shigematsu
Keith Shillington
David W. Shinn
Peter Shipley
Nathan Shishido, MD
James L. Shively
John & Becky Shockley
Matt Shogren
Phillip W. Shopbell
Williston Shor
Dave Shore
John Shower
Marty Shower
Don Shuda
Ronald L. Shumaker
Ivy Shuman

Clarence Shurtleff
Chris Shutes
Roane T. Sias
Jason Sidell
Bill Sidfenfaden
George Siefert
Glenn Siegfried
John W. Sievert
Nancy V. Sievert
Jim Sikora
Marie Sikora
Roger Silber
Edgar E. Sill
Harry Sillin
David Silva
Dana Silvernali
Bill Simerly
Gail Simerson
David Simich
Deanna Simmons
Harold D. Simmons
Richard Simmons
Jim Simon
Ellen Simons
John H. Simons
Edna Simpkins
Barry D. Simpson
Mr. & Mrs. Robert S. Simpson
Suzanne Simpson
Brenda Sims
Perry Sims
Mr. & Mrs. O.N. Siner
Sara Siner
Lisette Singer
Alline Singrey
Fraser Sink
Cori Sisemore
James O. Sittler
Laura Sivers & Eugene Pieters-Swiers
I.O. Skaredoff
Ellen M. Skinner
Andres Skonberg
Zdenek Skyvara
Kelly Slack
Julie Slater
James Slattery
Roy Slayton

Trygve B. Sletteland
Bruce Slighton
Virginia B. Sloan
Chris Sly
Bonnie Small
Geoffrey Smart
Margaret Smefana Piffarino
A. K. Smiley
Mike Smiley
A.G. Smith
Al Smith
Albert G. Smith
Amy Smith
Barbara Smith
Becca Smith
Brad Smith
Carol Smith
Carol V. Smith
Camie L. Smith
Charles W. Smith
Christy Smith
Clyde Smith
David P. Smith
Debra A. Smith
Dianne Smith
Ernestine I. Smith
Felix E. Smith
Gary Smith
Gerald B. Smith
Helen A. Smith
J. G. Smith
Jean H. Smith
Kathleen A. Smith
Ken Smith
Kenneth C. Smith, M.D.
M Smith
Michael D. Smith
P.C. Smith
Perrin F. Smith & Jean Boyce-Smith
Raymond & Paula Smith
Richard E. Smith
Robert H. Smith
Rodney Smith
Ron Smith
S. Smith
Scott K. Smith
T.J. Smith

Toby Smith
Troy D. Smith
William D. Smith
Karen Smits
Dorothy Smond
Martin Smukler
Gretchen Smurr
Stanley Smyth
Steve Sneeringer
Wendy & Keith Snible & Caruso
Fritz Snideman
David P. Snyder
David Snyder & Sande Kiriluk
Gary Snyder
Jerry Snyder
Kenneth C. Snyder
Nadene S. Snyder
Paul Snyder
Snyder
Douglas R. Sobey
Stephen E. Sobieraj
Barry Socher
Y. Sogawa
Jana Sokale
Dell Sokol, PhD.
Deborah Solnit
Kenneth Solnit
Gina Solomon
Adrienne Solono
Cristina Solorio
Janet A. Sommer
Charles F. Sone
Madelene Sone
Bonnie Sonnenburg
Selma H. Sonntag
Robert Sontin
Jean Soost
Robert K. Soost
Donna Sopetto
Stephanie Sorenson
Sterling A. Sorenson
Tomasz Sosinowski
Candi Soto
Diana Soto
Francisco Soto
Lionel Soto
Stephen T. Soto

Bob Sousa

Michael F. Sousa

Rick Southern

Lloyd J Souza

Lloyd Souza,Jr.

Ted W. Souza

Tonya Sovereign

Edna Sow

Linda Spangler

Amanda Sparkman

Roberata Sparkman

Dave Spaulding

Nineveh Spaulding

Robert Speer

Peter Spelman

G.S. Spenceley

Daniel Spero

Douglas C. Spieske, MD

Jeri Spillane

Ken Spittle

Deanna Spooner

Richard A. Spotts

Terry & Jay Spreiter & Franke

John Springer

Leon Springer

Paul Springer

Jeffrey H. Spurr

Chris Spurrell

Matt St. Charles

Michael D. St. Germain

Debra Staffacher

Alisha Stafford

James W. Stafford

Mary Carolyn Stafford

Matthew Stalin

Peter Stalin

Gordon Stallings

Robert Standish

Richard J. Stanewick

Renee F. Stanffer

Jennifer Stanley

Marianna S. Stanley

Ken Stanton

Lamn Stanush

Diane Stappers

Mike Stappers

Les Stark

Mr & Mrs William Stark, Jr.

Mrs. William Stark, Jr.

George A. Starn

Waymond Starnitt

Gerry Stassinos & Gaile T. Pare

C. Stavros

Francis Steadman

John Steele

Patricia Steele

Steve C. Steele

Fred Steffan

Dale R. Steffy

Jenning Steger

Phil Stein

Sandy Stein

David Steinberg

Ronald M. Steinberg

John Steiner

Dan Steinhoft

Charles Steinmetz

Nicholas C. Steinmetz

Barry Stelling

Dr. Don Stensaas

Ann D. Stephens

Stanley J Stephens

Glenn Stephenson

James Stephenson

Charles Sterat

John Sterling

Marilyn Sterling

Anthony Steuer

Julie Steury

Barbara A. Stevens

Gordon O. Stevens

Janaye Stevens

Michael R. Stevens

Robert W. Stevens

Terry G. Stevens

Ian Stevenson

John Stevenson

Norman L. Stevenson

Sandra Stevenson

Scott Stevenson

Frell Stevers

John H. Steveson

Arthur N. Stewart

Georgia Stewart

Jerry Stewart
Richard Stewart
Ward Stewart
Barbara J. Stickel
David C. Stier
Nicola Stiff
Paul Stiff
Mike Stiffler
Linda Stile
Barry Still
Greg Stine
Greg M. Stock
Ken Stockton
Asa Stocktow, MD
Linda Stokely
John Stokes
Tom Stokes
Dash Stolarz
Dave Stolecki
Frank R. Stolten
Catherine Stone
James I Stone
James R. Stone
Paul Stone
Ronald Stone
Clarissa Stones
Mike Store
Michael J. Storm
Rick Storre
Cynthia & Ted Story
Doug Story
Ellen Storz
Geri Stout
Patricia Stow
Michael W. Stowell
B. Derek Straatsun
Terry Strachan
Don Strachon
Lisa Straley
Alexis Strauss
George Strauss
Howard Strauss
Mary Jane Streb
Jack Street
Dick Strever
Kay & Bill Strickland
Claudia Strijek

Bill Stringer
Doris Stripling
Tressa Strom Coco
Chris Stromsness
Ron Strong
Tim Stroshane
Neil Strutters
Bob Struve
J.M. Stubblebine, MD
Gary Stubblefield
U.R. Stubbs
Vernon R. Stubbs
Michael Stuber
Dawn Student
Gary Stull
Jim Subrecky
Lia Subrecky
Michael Sullers
Kay Sullivan
Kay August Sullivan
Ray Sullivan
Robert & Petra Sullivan
Ted Sullivan
Tim Sullivan
Janet Sultan
Lee Summall
Dafi Summerise
Charles A. Sumner II
Pete Sundnes
Don Sundquist
F. Sundquist
John D. Suneson
Martin Sung
Hava Sunlev
Paula Sunn
Kenneth R. Susan, MD
Leonard Susbilla
Robert Sutherland
Mike Sutton
Joan Suzio
Larry Svelund
Lee Swafford
Patrick Swafford
Barbara Swanson
Carl F. Swanson
Carolyn Swanson
Ernie Swanson

Maria Sweeney
Dan Sweet
Malvern R. Sweet
Richard A. Sweet
Sara Sweet
Zellie Sweet
Alison Sweetser
Leonard Swenson
Sean Swift
James B. Swinerton
Christina Swingdler
Elisabeth Swingdler
John Swingdler
John Swoffer
Maury Swoveland
Paula Syira
Cindy Sylva
Apple Szostak
Jean-Luc Szpakowski

Ane Takaha
Marc Takaha
Jerry Takgmori
Patrick Talbott & Suzette Wright
Peter W. Tampone
Roz Tampone
Robert Tamson
Linda Tanferani Jackson
Neal Taniguchi
Robert Tannahill
Sandra Tannahill
Walter Taokam
Vincent Tarkowski
Craig & Paula Tarpenning
Gary Tarvin
Gina Tassinari
Rebecca Tavish
Murry A. Tayler
Arya K. Taylor
Bruce & Maureen Taylor
Cdr. F. C. Taylor
Claire Taylor
Elinor Taylor
Ellen Taylor
Frank Taylor
Jean Taylor
Kenneth Taylor

Michael Taylor
Mildred Taylor
Millicar Taylor
Paul Taylor
Ross Taylor
Ruth Taylor
Sandra Taylor
Scott Taylor & Linda Conner
Shirley Taylor
Thomas J Taylor
Wayne Taylor
Mr. & Mrs. Donald S. Teague
Orion Teal
Emily Tefft-Hust
Ted Teipel
Gavin Telfer
Ken Templeton
Greg Tenbroeck
James Tenbroeck
Karen Tenbroeck
Kari Lee Tenbroeck
Eleanore Tennyson
Todd & Eleanore Tennyson
Alan Tenscher
Alex Tetzel
Ken Tetzel
Adeline Teunissen
James Teunissen
Lary Teunissen
Sarena Teunissen
Polly Thacher
James D. Thatcher
Heidi Theodore
Dennis Therry
Janet & Mark Thew
Tom Thiesen
Kate Thill
Kent Thirn
Craig Thiry
Doug Thoeny
Aoyder Thom
Ann Thomas
Bonnie Thomas
Doug & Susan Thomas
Evelyn J Thomas
George Thomas
Harold M. Thomas

Irene Thomas
Julie Thomas
Lyndajo Thomas
Lynn R. Thomas
Karen Thomas
Mary Thomas
Michael S. Thomas
Rachelle Thomas
Ray Thomas
Robert M. Thomas
Nancy Thomgate
Andrew S. Thompson
Bradley L. Thompson
Dale A. Thompson
Dana Thompson
Fredrick P. Thompson
Gary Thompson
Gary M. Thompson
Janelle Thompson
Jim Thompson
June Thompson
Larry Thompson
Leilani Thompson
Marlene Thompson
Matthew Thompson
Richard D. Thompson
Rik Thompson
Ronald W. & Donna M. Thompson
Stan Thompson
Teresa Thompson
Willard Thompson
Renae Thomson
Rik Thorensen
Evelyn Thorne
Harold W. Thorne, Jr.
Shelby Thorner
Joseph M. Thornhill
Wesley Thornton
Tristen Thron
Larry Tidwell
Kim Tietze
Jared Tijunelis
Sandra Tilles
Mike Tillinghast
Stephen Tillinghast
Todd Tillinghast
Thomas R. Tilton

Carol Timmerman
Chip Tittmann
Daniel Tjoa
Al Tlumac, Jr.
Gary C. Tobin
Dorothy Tobkin
Charles L. Todd
Dolores & Allen Toivonen
Jack Tolvanen
Michael Tomlinson
Mike Tomlinson
Gene Topper
Michael Torbert
Nancy Torn
John Torquemada
Paul Torres
Barbara Toschi
Gene Toschi
Lana Touchstone
Michael & Nancy Tout
Rosalie Towers
Ms. Linda Towne
Robert Towne
Terry Tracy
Alice Tramutolo
David Travis
Jack Travis & Ann Hancock
Pat Travis
Donna M. Traycik
Robin Trezona
Toby Trezona II
Joe Tribulato
Ted Trighilo
Rich Trimble
David K. Tripp
John Triska
Mark L. Triska
Susan Trivisonno
Criss Troast
Trout Country Fly Shop,
Janet and David Brown
Diane Troy
Richard H. Trueb
Joan Trummel
Ella Trussell
A. L. Tschantz-Hahn
Tak Tsuchiya

Carl Tuck
Dennis A. and Carole L. Tucker
G.C. Tucker
Matt Tucker
Noel C. Tucker
Scott Tucker
Todd Tucker
Owen S. Tulle
Betty Tupin
Joe Tupin
Larry Turigliatto
Robert Turnage & Kristina Somma
Debbie Turner
Gary Turner
Guy Michael Turner
Jim Turner
Liza Turner
Michael Turner
Vicky N. Turner
Gary Turri
Gary J. Turri
Gary J. Turti
Wilbur Tusler
Jessica Tuten
E. Clark Tuthill
Louise N. Tuthill
Peter Twelker
Marjorie L. Tye
Peter Tymstra

J. Uchrizama
Rick Udaloff
Victor N. Udaloff
Anthony A. Ulm
Anna Ulrea
David Ulrea
Wm. Ulrich
Cathy Underwood
Jay Underwood
Julie Underwood
Scott Underwood
Richard Unger
Barbara A. Ungersma
Michael A. Ungersma
John Uniack
Regan Urbanick
Derek Urlich

Tate Urrea
Chris Ursich
Rick Utermoehler
Rick D. Utermoehler
Aaron Utman

Nan Stormont Vaaler
Monty R. Vader
Patricia Vader
Bapu Vaira
Jean Vafeades
Adriana Valencia
Josh Valencia
Dan Valens
Susan Valentine
Karen Valona
Frank Valone
Fred Van Aken
R. W. Van Alstyne
Kathleen Van Boven
David J. Van Dam
Ron Van de Rydt
Michelle Van De Weghe
Edward Van Egri
Wim-Kees Van Hout
Mr. S. Van Keeveen
Susan Van Norman
Harold C. Van Ree
Saralyn J. Van Ree
Jessie Lee Van Sant
Barbara R. Van Slyke
Martin J. Van Slyke
Mathias Van Thief
Hall Van Valen
Peggy Van Valkenburg
Virginia K. Van Voris
Dave Van Winkle
Ron Vanbianchi
Frank M. VanKirk
Martin J. Vanslyke
Margaret Varga
Steve Vargas
Beverly Vargo
Linda Vargo
M.J. Varnhagen
Paul J. Vasquez
Richard Vaviato

Carol Vellutini
Carol Venolia
D. Venturini
Laurie Venturini
Vance Verderame
Julie Verrant
Donald Verwayen
Winona Victery
Robert Victoring
Stephen Videlta
Christian & Monica Vigneaud
Marc Villania
Kathy Vincent
William T. Vinson
Lucille Vinyard
Marc Violette
Gayla Visafli
Eleanor Visser
J. H. Visser
Adel Vita
Manuel Vita
Ryan Vita
Teresa Vita
Nicole Vitalis
Thanh T. Vo
Bernard F. Voelzow
Beryl Vogel
Gustaaf Vogel
Ron Vogel
Stephen Vogel
Kurt E. Volckmar
Jeff Volk
Russ Volke
David & Edna Vollmer
William Volpe
Bruce Von Borstel
Carol Von Borstel
Robert Von Raesfeld
Mary C. VonKaesborg
Mary Vought
Troy Vought
Andrea Vyenielo
Bob Vyenielo

Earl Wachtel
Chris A. Wachter
Andy Wade

Fred F. Wadsworth
Kelly Wagenman
Babette Wagner
Beth Wagner
Gary Wagner
Joe Wagner
Kaz Wagner
Leon & Jean Wagner
Paula Wagner
Wagner
Scott G. Wahl
Tina M Wahlund
R. Heath Wakelee
Steve Wakeman
W.J Waksvik
Mike Walch
J H. Wald
Johanna Wald
Gayla Walden
Michael Walden
Mike Walden
William Walden
Gayla Waldon
C. T. Walker
Gary Walker
Margaret Walker
Stephen P. Walker
John F. Walkins, Co.
Britta Wallace
Jim Wallace
Keith Wallace
Ken & Margaret Ann Wallace
Michelle Wallace
Robert Wallace
Michelle Wallar
Kelen Wallen
Littleton W. T. Waller
Littleton Waller III
Lawrence & Bettine Wallin
Catherine J Walling
Marshalle Walls
Lena Walsh
Lorna Walsh
Peter Walsh
Paulette Walter
Elaine Walters
Joanna Walters

RDD/003671566.DOC (CLR642.DOC)

Paul Walters
Russ Walters
Stasia Walters
Richard Walton
Mary Walton-Simons
Kurt Wangler
Daniel N. Ward
Evelyn Ward
John R. Ward
Lauren Ward
Mark Ward
Eric A. Wardrip
Jewel Ware
Tony Warman
Brett Warner
Dan Warren
Karen Wartburg
Michael Waseca
Jeff Wasielewski
Ann Waskey
Charlie & Catherine Wasow
Greg Wasserman
Lynn Wasserman
Cecil Wasworthy
Tom Water
Omay Water-Schmeder
James & Virginia Waters
Tom Waters
Marilyn H. Watkins
Warren L. Watkins
Anne Watson
Dan Watson
Edna Watson
Mark & Debra Watson & Price
Matt Watson
Susan Watson
Gladys B. Watts
Harold Watts
Ryan Matthew Watts
Sandy Watts
Marcus Weakley
Daryl Weatherup
Nell Weatherwax
Ben Weaver
Hazel F. Weaver
Arch Webb
Lois M. Webb

Jennifer Webber
Barbara Weber
Bob Weber
Douglas Weber
Gail Weber
Gene Weber
Jack W. Weber
Justin Weber
Naomi R. Weber
Ollie Weber
Bob Webster
Donald B. Webster
James M. Webster
Larlene Webster
Lurline Webster
Eric Wedemeyer
Norman Weeden
Leslie M. Weeks
Carl Weichel
Roy Weichold
Roy K. Weichold
Stan Weidert
Myra A. Weiher
Elaine Weihman
James A. Weil
Pamela Weil
Marion Weiler
Steven Weisberg
Mr. & Mrs. Herb Weisel
Brooks Weisman
Jack C. Welisch
Kenneth Weller
C. Wells
Justin Wells
Ken Wells
Penny Wells
Tommy D. Wells
Rixanne Welnren
Hartwell H. Welsh, Jr.
David Wemmer
Carol Weng
Tara Wenning
David A. Wensky
Derek Wensky
B. Wensrich
Bill Wensrich
Gregory J. Werner

Sherry Werner
William A. Werner
Bill Wernett
Margaret Wernett
Lucile Wernmark
Grant Werschkull
R.L. Wescoatt
Dave & Tammy Wesendunk
Richard Wesendunk
Frances Wessel
Aurelia West
Carolyn West
Christina H. West
Larry & Lynne West
Paul Westberg
Dorothy Westerlund
John Westgate
D. Weston
Ted Weston
Karen L. Westover
Colleen Whalen
Wilma Wheeler
Mark Whisler
Caleb Whit
Dr. John Whitaker
Alan L. White
Albert J. White
Carol & Bill White
Dede White
Eric White
Gerald K White
Gurth L. White
James White
John White
Larry & Bobbie White
Lornie & Pamela White
Mrs. Petrina White
Rosalia White
Sturmer White
Sue White
Suzy White
W. Whitehead
Mary J Whiteman
Mike Whiting
Claudia Whitnah
Christy L. Whits
Philip A. Whitten, Jr.

Christopher Whitworth
Jaye Rebecca Whitworth
Elizabeth Who
Chris Wholford
Randy S. Wiberg
William & Martha Wickliffe
Gary Widman
John & Carol Wiebe
Richard Wiebe
Peter Wiechers
Daniel H. Wiegand
James P. Wieking
Rita Wieland
Jeanne Wielgus Marlatt
Dorothy K. Wiener
Nanette Wier
Stephen Wierzbinski
Gary Wiesenborn
Mary Wilbur
Paul Wilcox
Vernon L. Wild
Amanda Wilder
David Wileander
Robin Wile
Carol A. Wiley
Randy Wiley
Walter J Wilke
Alfred S. Wilkins
Bob Wilkins
Susan Wilkinson
Alan Willard
Ann Willard
Bruce Willard
Caryl Willard
Bobbe Williams
Christina Williams
Christine Williams
Cory Williams
Craig Williams & Denise King
Gwyn Williams
Kehala L. Williams
L. Williams
Marion Williams
Merle Williams
Richard Williams
Richard L Williams
Robert Williams

Robert R. Williams
Sally Williams
Sally S. Williams
John D. Williamson
Kathleen Williamson
Peter G. Williamson
Elizabeth Williamson Kenedy
Connie Williford
A. G. Willis
Dave Willis
Lyle E. Willis
James G. Willits, Sr.
Alfred Willmann
Colleen Willmann
Ron Wilmot
Arthur Wilner
Richard Wilpitz
Roger Wilpitz
Zoe Wilschinsky
Bruce Wilson
David H. Wilson, M.D.
Hal Wilson
Ian R. Wilson
Jeff Wilson
Joey M. Wilson
John Wilson
Kate Wilson
Mark Wilson
Mark R. Wilson
R. B. Wilson
Ron Wilson
Sue Wilson
Terri Wilson
Whitney S. Wilson
William A. Wilson, Jr.
Regina Wilson-Seppa
Brad Winchester
Michael Windholz
Paul Wineman
Kent Winger
Peggy Winning
Saki Winship
Bill Winter
Mike Wintroath
Jan Wirgler
Ken Wirgler
Julie O. Wise

Robert C. Wisecarver
Eric Wishan
Janice L Wisz
Greg & Anne Wittenmeier
Tom Wodetzki
Chad Wohlford
Chad Wohzford
Brian Wolf
Kevin Wolf
Steve Wolf
Kelsey Wolf-Cloud
Norman Wolfe
Vince Wolfe
James T. Wolff
Brox Wolfgang-Johanna
Alice Wolfson
Alan R. Wolshi
Wendy Woman
Nancy T. Wood
Scott Wood
Suzanne M. Wood
George Woods
Roseanna Woods
Cheryl Woodward
James Woolery, MD & Nina Schwartz
Barbara Wooley
Kym Woolston
Pat Woolston
Betty Workman
Lynda M. Worsley
Catherine Woskow
Bruce A. Wray
Laura Wrede
Dorothy Wright
Ken Wright
Thomas E. Wright
Kristi Wrigley
James Wroble
Anne Wusdack
Susan & John Wyatt
Emily Wyro
John Wyro
D. Christopher Xenz

Linda & Stuart Yaffe
Ted K. Yamada
Gary Yamasaki

Tim Yamauchi
Katherine Yarosh
Eugenie R. Yaryan
Patricia Yates
Randall Yates
Sabina E. Yates
Mrs. B.J. Yeager
John Yen
Sophie M. Yen
Mr. & Mrs. J. Yeno
Jim Yep
Carl Yerkovich
Jim Yoshioka
T. Yoshioka
Mark Youda II
Claude E. Young
Darren Young
Gerald C. Young
Jason Young
John R. Young
Joseph Young
Linda Young
Lucinda Young
Paul & Carol Young
Ryan Young
F. Chandler Young, Jr
Mark Younger
Andrew Youngmeister
Katherine Youngmeister
Simon Yu
Susan Yule
Larry Yuva

Zac Zachary
William J. Zahary
Jack Zajac
Rhea G. Zaks
Sandra Zaliosky
Elisabeth Zall
Bob Zamfall
Alfred R. Zashe
Janice Zaske
George Zastron
John Zaverl
Carol Zeidman
Harry Zelinka
Karl M. Zellner
Ann Zemer
Liz Zemke
Phil Zemke
Julian Zepeda
Mark Zerbe
M. Zibinski
Helen R. Zike
Anna-Margrethe Zimmerman
Fred E. Zimmerman
Jeff Zochke
Ronald A. Zuber
Seth Zuckerman
Richard Zukin
Frank Zungolo
Leanne Zunigen
Kathy Zvanoviec

4 Letters with First Name Only
    Klaus and Paula
    Linda V.
    Petunia
    Viviana
14 Letters with Illegibile Signatures
6 Letters with Multiple Signatories
    3 Signatories
    5 Signatories
    6 Signatories
    7 Signatories
    8 Signatories
    13 Signatories
16 Letters with No Signature

**Appendix D 2**
**Thematic Responses**

APPENDIX D2

# Thematic Responses

Thematic Responses ........................................................................................................ iii

Fisheries Resources Thematic Responses ..................................................................... D2-1

The Basis for Fisheries Analyses Performed in the DEIS/EIR .................................. D2-23

Method Used to Evaluate Alternatives—Trinity River System Attribute Analysis
Methodology (TRSAAM) ........................................................................................ D2-11

Linkage Between Physical Processes, Fish Habitat, and Fish Populations ............... D2-23

Alternatives Recommended by Commentors: Additional Mechanical Restoration
and Alternative Flow Schedules .............................................................................. D2-35

Increasing Effectiveness of Releases by Accounting for Storm Flows ...................... D2-39

Comparison of Population Trends in Unregulated Rivers (Smith River and
South Fork Trinity River) and the Mainstem Trinity ............................................ D2-43

Role of the Trinity River Hatchery ........................................................................... D2-49

Predator Control as a Means for Increasing Population ............................................ D2-53

Analysis Methods for Central Valley and Delta Fishery Resources .......................... D2-55

No Action Alternative/Existing Conditions Scenario and Range of Alternatives ..... D2-59

Mitigation to Listed Species/ESA Consultation ........................................................ D2-65

Exclusion of CVPIA from the No Action Alternative ................................................ D2-69

Requests for Recirculation ........................................................................................ D2-71

Mitigation for Significant Impacts ............................................................................ D2-73

Implementation Funding and Relationship to Repayment, Reimbursement, and
the CVPIA Restoration Fund ................................................................................... D2-77

Powerplant Bypass .................................................................................................... D2-79

Power Analysis .......................................................................................................... D2-91

Description of the Proposed Action/Segmenting .................................................... D2-103

Use of Water Delivery and Related Models ............................................................. D2-105

Cumulative Impacts Analysis .................................................................................. D2-109

Significance Criteria ................................................................................................ D2-111

Tribal Trust .............................................................................................................. D2-113

Tribal Participation in the EIS Process ................................................................... D2-115

Public Trust ............................................................................................................. D2-117

# Fisheries Resources Thematic Responses

Many of the comments received on the DEIS/EIR focused on the Trinity River fishery resources analysis. The thematic responses listed below were written to address comments and clarify misconceptions and misunderstandings held by a number of reviewers. In general, the information and analyses presented in the DEIS/EIR remain fundamentally unchanged.

For convenience, thematic responses have been categorized based on general topics that garnered comments in the following manner:

*Fisheries information and studies developed prior to the DEIS/EIR*

- The Basis for Fisheries Analyses Performed in the DEIS/EIR

*Approach used to evaluate alternatives*

- Method Used to Evaluate Alternatives – Trinity River System Attribute Analysis Methodology (TRSAAM)
- Linkage Between Physical Processes, Fish Habitat, and Fish Populations

*Additional Alternatives Presented by Commentors*

- Alternatives Recommended by Commentors: Additional Mechanical Restoration and Alternative Flow Schedules
- Increasing Effectiveness of Releases by Accounting for Storm Flows

*Other Factors Affecting Fisheries*

- Comparison of Population Trends in Unregulated Rivers (Smith River and South Fork Trinity River) and the Mainstem Trinity
- Role of the Trinity River Hatchery
- Predator Control as a Means for Increasing Population

# The Basis for Fisheries Analyses Performed in the DEIS/EIR

Several reviewers stated that the information collected on the Trinity River over the past 15 years was not used effectively in the DEIS/EIR. Others made comments regarding the Preferred Alternative and its relationship with the TRFES.

The lead agencies disagree with the assertion that information collected over the past 15 years was not effectively used in the DEIS/EIR. The information contained in the DEIS/EIR contains the most contemporary research pertaining to salmonid population restoration, much of it specific to the Trinity River. Additionally, the Trinity River Flow Evaluation Study (TRFES) was the culmination of the best available data relevant to providing recommendations for the restoration of Trinity River anadromous fishery resources to the Secretary of the Interior. These recommendations were then evaluated as one alternative in the DEIS/EIR. Information from the TRFES, in addition to information collected by the California Department of Fish and Game (CDFG), the Hoopa Valley Tribe, and the Yurok Tribe, was used for impact analysis as appropriate. These studies are the most recent and best available data for the Trinity River.

Ecological systems are extremely complex. Biologists and managers have often been unable to pinpoint and address the specific limiting factor, or have addressed the most limiting factor only to discover another factor now impedes the desired restoration. Acknowledging this complexity, restoration efforts have moved toward addressing fundamental problems with ecosystems to fix larger habitat issues. Inriver restoration, restoring normative flows to restore ecosystem processes/habitats and the populations that depend on them, is highly commended in academic/scientific circles. Restoring ecosystem processes is much more likely to address all native species concerned than examining the needs of a single life stage of a particular species (see thematic response "Linkage Between Physical Processes, Fish Habitat, and Fish Populations"). An ecosystem perspective and restoration not only addresses the needs of adult spawners, but also eggs, sac-fry, juveniles, and smolts of all salmonids, as well as geomorphic processes and riparian vegetation cycles that provide habitat for the native species of fish and wildlife in the Trinity River Basin.

## Summary of the TRFES

The TRFES is a summary document of the studies that have been conducted since the 1981 Secretarial Decision with recommended actions to restore the anadromous fishery resources of the Trinity River. It is not meant to be an all-inclusive document, but to present the studies that were critical to the development of the recommendations for the restoration of Trinity River anadromous fisheries.

The overall restoration strategy of the TRFES (see Chapter 7 of the TRFES) is based on the assertion that anadromous salmonids in the Trinity River evolved in a dynamic and sinuous alluvial river channel, and this channel has become relatively straight and static because of

the Trinity River Division (TRD) operation.  If naturally produced salmonid populations are to recover, therefore, the habitat on which they depend must be rehabilitated.  The TRFES concludes that the most practical strategy to achieve fish habitat recovery is a management approach that integrates riverine processes and instream flow-dependent needs (see Figure 7.1 in the TRFES).  This ecosystem restoration approach physically reshapes selected channel sections, regulates sediment input, and prescribes reservoir releases to (1) allow fluvial processes to reshape and maintain a new dynamic equilibrium condition and (2) provide suitable fish habitat (e.g., depth, velocity, and water temperatures).

This strategy does not strive to recreate the pre-TRD mainstem channel geomorphology.  Several sediment and flow constraints imposed by the TRD cannot be overcome or completely mitigated.  Therefore, the new alluvial channel geomorphology will be smaller in scale, but it will exhibit almost all of the dynamic characteristics of the 10 necessary alluvial attributes (presented in Chapter 4.8 and Appendix H of the TRFES), and should sustain at least a two-fold increase in salmonid smolt production over current levels.

Several individual key studies and evaluations provided the basis and rationale of the TRFES recommendations.  They include:

(1)  habitat preferences of salmon and steelhead, and estimates of the relative amounts of preferred habitats at various dam releases

(2)  an evaluation of fish habitat change and fish use at channel rehabilitation projects

(3)  water and sediment interactions and river channel shape (fluvial geomorphology)

(4)  water temperature needs of salmon and steelhead, and dam releases necessary to meet those needs

(5)  a juvenile salmon production model to evaluate habitat limitations

The results of these individual studies were evaluated by an interagency group of natural resources scientists and managers (representing U.S. Fish and Wildlife Service [Service], U.S. Bureau of Reclamation [Reclamation], National Marine Fisheries Service [NMFS], CDFG, Hoopa Valley Tribe, U.S. Geological Survey [USGS], and U.S. Department of the Interior [DOI]) at three week-long meetings.  This group, using the best available data and information, integrated the study results to develop the final recommendations.  These recommendations included variable dam release schedules, a channel rehabilitation program (initiated by mechanical means and maintained by flow), gravel supplementation, and an Adaptive Environmental Assessment and Management (AEAM) program.  The rationale and science supporting the recommendations and key results are summarized below.

# Habitat Preferences

PHABSIM (physical habitat simulation) was considered a state-of-the-art methodology in the 1980s and is still used today as a management tool.  PHABSIM is a methodology/ model that attempts to quantify fish habitat by certain criteria, such as depth, velocity, substrate, and cover relative to flow (cubic feet per second [cfs]).  The model compares the habitat preferences of an individual fish species/ life stage to the amount of preferred habitat for that species/ life stage available over a range of flows.  The model uses this information to

produce an index of the relative amount of habitat (habitat availability) for specific life stages at specific flows.

Using PHABSIM, habitat availability of all freshwater life stages of chinook, coho, and steelhead was modeled on the Trinity River (see Section 5.1 and 5.2 of TRFES for detail). These habitat availability indices in the existing channel (integrated with temperature and life history components) were used to establish the spawning/ rearing base flows recommended for much of the year. Although the actions of the Preferred Alternative will change the channel shape and alter the habitat-flow relationships, these indices represented the best available and most complete data from which to generate a base flow recommendation. Habitat availability for all species and life stages that could be affected by flow releases were considered for the final recommendations.

## Evaluation of Restoration Projects

Comparison of habitat availability indices in the existing channel and at channel rehabilitation sites indicated that the existing channel produces unstable amounts of habitat over a wide range of flows while the channel rehabilitation sites provided stable amounts of habitat over the same range of flows (see Section 5.2 of TRFES for detail). The consequences of unstable quantities of habitats are an increase in the likelihood that fish will be subject to unfavorable habitats resulting in increased mortality during dam spills or tributary accretion. When the amount of habitat decreases as flows increase, an increase in stress (and therefore susceptibility to disease, parasites, and sub-optimal growth), exposure to predation, and competition for the limited and fluctuating quantity of preferred habitat can occur. This results in the creation of a short-term survival "bottleneck." Hence, creating stable quantities of habitat would likely improve physical condition and increase survival of the early life stages and subsequent adult returns.

## Evaluation of the Physical River Channel

Studies of the fluvial geomorphologic mechanisms of the Trinity River system provided necessary information on the hydrology and physical processes that shape and form the Trinity River channel and create salmonid habitats within it (see Chapter 4 of TRFES for detail). Prior to the TRD, the Trinity River channel was characterized by gently sloping point bars. (For a summary description of channel changes that have taken place, see Section 3.2.1 Geomorphology in the DEIS/ EIR). To gain a better understanding of what the Trinity River looked like prior to the TRD and how fish used the available habitat, nine pilot channel rehabilitation projects were built in the mainstem channel. These projects were designed to recreate point bars similar to those that existed before TRD operations led to the development of sediment berms along the channel. Point bars are important in providing the low velocity habitats used by salmonid fry life stages. Investigations of point bars revealed that they serve as building blocks of alternate bar sequences, which in turn provided the riffle-pool–run sequences that are known to provide the wide diversity of habitats needed by salmonid species and their different life stages.

To identify the cause-and-effect relationships that created the highly diverse and dynamic habitats beneficial to salmonids, the hydrology, geomorphology, and sediment budget of

the Trinity River were analyzed.  Examination of the historic hydrology (1912-1995) revealed two annual events important to the maintenance of riverine habitats (prior to TRD): (1) high winter floods and (2) a snowmelt hydrograph.  Historically, winter floods scoured the channel and routed coarse and fine sediments through the river system, and scoured vegetation off the gravel bars.  Prior to the TRD, the snowmelt hydrograph provided increased flow to moderate water temperatures that aid emigrating smolts and immigrating adults, and inundated point bars to keep seed germination high on the flood plain.  Evaluations provided estimates of the different historic types and degrees of geomorphic events that occurred in different water-year classes.  It was found that all of these events and the sequence of these events were important for the riverine habitat maintenance in the Trinity River.

Based on scientific studies of the Trinity River (McBain and Trush, 1997; Section 5.4 in the TRFES), the physical processes and associated biological and ecological functions of these processes were identified (see Appendix H of the TRFES), and flow thresholds were determined.  The key results of these studies indicated that (1) flow has to be sufficient in magnitude and duration to scour, transport, and deposit sediment throughout the river system; (2) flow is important to balance the sediment load, whereby the amount of gravel transported downstream by a given flow is roughly equivalent to that amount being input (e.g., from the tributaries); and (3) a continuous supply of coarse sediment needs to be added to the mainstem in areas where tributary input does not exist (i.e., directly below the dam).

## Water Temperature Model

The Stream Network Temperature Model (SNTEMP), developed by the Service, was calibrated for the Trinity River and used to assess temperature-flow relations and recommend flows to meet target temperature criteria (see Section 5.5 of TRFES for detail).  The SNTEMP model was calibrated over a broad range of hydrologic and meteorological conditions, using a weekly time-step.  Given a dam release magnitude, water temperature, and hydro-meteorological conditions (including tributaries), the model predicts water temperatures from Lewiston Dam to its confluence with the Klamath River at Weitchpec.  The model was used to identify TRD releases to meet water temperature criteria/ targets for specific life stages of salmon and steelhead.

The SNTEMP model was used to identify Trinity River flow levels necessary to meet desired water temperature criteria for outmigrating salmonid smolts at the mouth of the Trinity River at Weitchpec for target dates during the spring and early summer.  In extremely wet, wet, and normal water years, optimal smolt temperatures were sought, while in dry and critically dry water years, marginal water temperatures were sought.  Differential temperature targets between select year-class groups were recommended to provide for variability and synchronicity of thermal regimes within the basin.  SNTEMP, in combination with empirical data, was also used to evaluate temperature objectives established by the North Coast Regional Water Quality Control Board (NCRWQCB) for adult salmonids that over-summer (hold) in the river prior to spawning in the fall.  The TRD dam releases were recommended to assure that temperature regimes were met under most meteorological conditions.  The maintenance of cool water temperatures downstream of the

dams in the summer is necessary to provide suitable holding habitat that is no longer available.

# Juvenile Salmon Production Model

The salmon production potential model, SALMOD, which was developed by U.S. Geological Survey—Biological Resources Division (USGS-BRD) for the Trinity River, was used to identify possible factors limiting production of chinook salmon in the Trinity River (see Section 5.6 of TRFES for detail). The model uses output from PHABSIM and SNTEMP models and other factors that are considered to limit chinook salmon production. The model output provides estimates of relative production (in numbers of smolts) given a set of conditions evaluated by the model. Model input conditions include increasing or decreasing adult escapement, variable dam releases, and water temperatures. Sensitivity analyses provided insight into factors potentially limiting production of salmon in the Trinity River. In general, the SALMOD model results indicated that (1) habitat conditions in the current channel severely limit the chinook salmon production potential of the Trinity River, and (2) increased rearing habitat is critical to restore and maintain salmonid populations. Although the information produced by SALMOD does have its limitations (it only accounts for the first 25 miles downstream of Lewiston Dam, does not include the future benefits of a rehabilitated channel and restored fluvial process, and only addresses chinook salmon juvenile production), it does provide useful information on current limiting factors to salmonid production.

# TRFES Recommendations

The integration of these studies identified five different water-year classes, the physical and biological processes/ objectives that were accomplished during each of these year classes, and specific thresholds necessary to meet those processes. These thresholds were integrated with salmonid temperature criteria (SNTEMP) and the examination of the flow-habitat relations (PHABSIM) for each water-year class. A different hydrograph was created for each of the five water-year classes (see Sections 8.1, 8.2, and 8.3 in the TRFES). Each hydrograph can be divided into the following basic components: (1) the summer/ fall period to provide adult holding habitat; (2) the fall/ winter period to provide adult spawning and fry/ juvenile rearing habitat; (3) the period during the spring to provide outmigration flows, temperature, and geomorphic peaks; and (4) the period with a descending hydrographic limb following peak flows. Mechanical channel rehabilitation was recommended to initiate the necessary channel shape change, which would otherwise require dam releases of at least 30,000 cfs. Sediment supplementation was recommended to re-establish the coarse sediment supply now blocked by the TRD.

Another important recommendation of the TRFES is the AEAM program, whereby studies are conducted that test hypothesis related to the results of the foundation studies previously described (see Sections 8.4, 8.5, and Appendix N and O of TRFES for detail). Through this program, studies are systematically conducted to evaluate and update management actions. The program offers a rigorous method of learning from the outcomes of management actions as experiments to guide future management.

In summary, the TRFES recommendations (and therefore the Preferred Alternative with the addition of the watershed restoration portion of the Mechanical Restoration Alternative) move away from single species management of salmon toward a more ecological or holistic system approach (e.g., Ward and Stanford, 1995; Stanford et al., 1996; Poff et al., 1997). The approach provides for the direct biological needs of spawning chinook salmon, which the original 120,500 acre-foot (af) allocation was based on, and the freshwater habitats that are necessary for chinook, coho, and steelhead to complete their life cycle. This approach is expected to succeed where other efforts toward the restoration of salmon have, by and large, failed. These failures can often be attributed to restoration efforts focusing on one particular life stage of one species.

# Relationship of the TRFES to the DEIS/EIR and the Preferred Alternative

The DEIS/EIR focused on describing a reasonable range of alternatives that meet the purpose and need for the action. One of those alternatives incorporated the recommendations from the TRFES. Several alternatives were evaluated to determine their ability to restore and maintain natural production of anadromous fish on the Trinity River downstream of Lewiston Dam (see Section 1.2.1 of the DEIS/EIR). The DEIS/EIR also discloses the anticipated benefits and impacts associated with implementing each of the alternatives for several issue areas.

The Preferred Alternative incorporates the recommendations identified in the TRFES, plus additional watershed restoration activities as described in the Mechanical Restoration Alternative (see Section 2.1.6, page 2-26 of the DEIS/EIR). Screening criteria were used in the selection and development of the existing Preferred Alternative, which is the alternative that best meets the purpose and need while minimizing adverse impacts (see Section 2.1.1 of the DEIS/EIR). Details of the technical and scientific basis of the TRFES recommendations were not repeated in the DEIS/EIR to avoid redundancy, to present all alternatives in a similar manner, and to focus on the results of the impact analysis. Review comments for the TRFES were received and addressed on the TRFES prior to its finalization. Reference to the TRFES is made throughout the document regarding the science supporting the flow schedules and mechanical restoration activities of the Preferred Alternative, and as an aid to the interested reader in finding further detail.

# References

McBain, S. and W. Trush. 1997. Trinity River Channel Maintenance Flow Study Final Report. Prepared for the Hoopa Valley Tribe, Trinity River Task Force. November.

Poff, N. L., J. D. Allan, M. B. Bain, J. R. Karr, K. L. Prestegaard, B. D. Richter, R. E. Sparks and J. C. Stromberg. 1997. The Natural Flow Regime: A paradigm for river conservation and restoration. BioScience 47 (11): 769-784.

Stanford, J. A., J. V. Ward, W. J. Liss, C. A. Frissell, R. N. Williams, J. A. Lichatowich, and C. C. Coutant. 1996. A general protocol for restoration of regulated rivers. Regulated Rivers: Research and Management 12: 391-413.

USFWS and HVT.  1999.  Trinity River Flow Evaluation Final Report.

Ward, JV., and JA. Stanford.  1995.  Ecological connectivity in alluvial river ecosystems and its disruption by flow regulation.  Regulated Rivers: Research and Management 11: 105-119.

# Method Used to Evaluate Alternatives—Trinity River System Attribute Analysis Methodology (TRSAAM)

Many reviewers commented on the Trinity River fishery resources assessment model, TRSAAM, that was used to evaluate the potential of each alternative to restore the fishery resources of the Trinity River.  The basic content of their comments were: (1) TRSAAM did not provide adequate information for decision-making; (2) TRSAAM ignored biological factors and there was no link between attribute scoring and populations goals, carrying capacity, and biological linkages; (3) the assumptions of TRSAAM are "questionable," weighting the individual attributes/objectives should have been considered, and the institutional record associated with TRSAAM should have been disclosed; (4) TRSAAM was biased towards the Preferred Alternative and the Preferred Alternative was developed using TRSAAM; (5) TRSAAM was not peer-reviewed and it should be replaced with a different methodology, such as SALMOD; and (6) TRSAAM should have examined safety-of-dam spills and accounted for tributary accretion.

## Summary

The Fish and Channel Restoration Team (FCRT) was tasked with evaluating the fishery resource restoration potential of the alternatives developed by the lead agencies.  The FCRT consists of fishery biologists, hydrologists, geomorphologists, and harvest management experts familiar with the Trinity River system.  Team members represent various agencies including U.S. Fish and Wildlife Service (Service), National Marine Fisheries Service (NMFS), U.S. Geological Survey (USGS), U.S. Forest Service (USFS), California Department of Fish and Game (CDFG), Western Area Power Administration (Western), Hoopa Valley Tribe, Yurok Tribe, and Karuk Tribe.

**SALMOD.**  When proposed alternatives were finalized, the only salmon production assessment model specific to the Trinity River was SALMOD, developed by USGS.  The FCRT considered using SALMOD for impact analysis but decided that the model was limited in several important regards: it models only chinook salmon; it accounted for only 25 miles of river downstream of Lewiston Dam; it addressed only a portion of the year; the model did not assess the physical processes that create and maintain habitats important for the restoration of salmonid populations; and it required the extensive use of habitat-flow relationships, which were not available for describing future channel conditions.  Given these limitations, the FCRT determined that SALMOD was not the appropriate tool for alternative analyses.

**TRSAAM.**  The FCRT undertook the development of the Trinity River System Attribute Analysis Methodology (TRSAAM) model to assess restoration potential of the Trinity River fishery resources for each alternative (see Section 3.5, page 3-170 of the DEIS/EIR and Appendix B, Attachments B2, B3, B12, and B13).  TRSAAM assesses the potential of each

alternative to restore a functioning alluvial river and to create and maintain the habitats (by mechanical means or flow) necessary for the restoration of anadromous salmonid populations.

The attributes/objectives evaluated in this analysis directly address environmental conditions that are necessary for the success and productivity of various aquatic components of the Trinity River ecosystem, in particular salmonids. TRSAAM includes several components that have direct linkage to the biological needs of all freshwater life stages of salmonids. Attributes/objectives have direct linkages to biological needs and the desired physical processes, and biological responses are summarized in Attachment A to this thematic response. The rationale for managing physical processes to restore fish populations is further explained and justified in thematic response "Linkage Between Physical Processes, Fish Habitat, and Fish Populations."

Attribute/objective scores reflect the predicted ability of alternatives to support ecological processes. In general, high scores are associated with "natural" processes such as flooding, as these influence complex and wide-spread interactions between sediments, organic debris, and vegetation. Restoration efforts relying on mechanical means such as bulldozers or hand labor are inherently limited in terms of what can be accomplished and where benefits can be achieved. In cases such as achieving adequate water temperature conditions in the lower river, "snowmelt flood" releases from upstream dams are the sole viable alternative. The scoring of the majority of the attributes/objectives is based on specific frequencies and thresholds of flow and/or mechanical manipulations (presence or absence). The attributes/objectives and data used in TRSAAM are from McBain and Trush (1997) and USFWS and HVT (1999), both of which were peer-reviewed. These two documents represent and summarize the best data available for the Trinity River. Also, the thresholds for most of the attributes/objectives in TRSAAM are based on empirical science specific to the Trinity River. Modeled results or results from other published literature were used when empirical data specific to the Trinity River were not available; hence, the FCRT used analyses founded on the best available information and analytical tools to analyze the impact of alternatives on fishery resources of the Trinity River.

**Assumptions and Scoring.** All assumptions for the TRSAAM model (listed on page 3-171 of the DEIS/EIR) were extensively discussed and then agreed to by members of the FCRT. These assumptions were then applied equally to all alternatives evaluated. Differential weighting of attributes/objectives was discussed by the FCRT. The group's final conclusion was that there was no way to establish attribute weights that could be decisively defended because the complexity of ecological interactions confounded FCRT efforts to identify credible weighting factors. Therefore, the FCRT concluded there was no persuasive way to calculate discrete weights. Some reviewers commented that the scoring system of (0, 1, 2) used in TRSAAM was too narrow a range to allow accurate comparative analysis or that TRSAAM exaggerated the differences between the alternatives. TRSAAM was developed for impact analysis to distinguish between alternatives, and each alternative was evaluated equally, relative to the No Action Alternative. Therefore, this analysis meets the requirements of the National Environmental Policy Act (NEPA) and California Environmental Quality Act (CEQA), and development of a different scoring system is unnecessary.

**Safety-of-Dam Releases.** For the TRSAAM model, the FCRT chose to evaluate the flow releases as scheduled. Safety-of-dam releases were not evaluated due to the sporadic nature

of these events and the uncertainty of relying on chance events to restore anadromous fish populations and their habitats. Currently, the Operations Criteria and Plan (OCAP) for the Central Valley Project (CVP) provides that the Trinity River Division (TRD) is operated to avoid uncontrolled spills. Because each of the alternatives places different demands on TRD storage, the frequency by which safety-of-dam releases would occur also differs. For alternatives that increase releases to the Trinity River (e.g., the Preferred Alternative), the frequency of safety-of-dam releases decreases (see "Summary of Spills at Trinity Dam: Trinity Dam Restoration DEIS/EIR Flow Alternatives" in Appendix A of the DEIS/EIR). For further detail on safety-of-dam releases, see thematic response "Increasing Effectiveness of Releases by Accounting for Storm Flows."

**Tributary Accretion.** The attributes/objectives explicitly account for tributaries in terms of sediment input and temperature. The peak threshold flows identified for the attributes/objectives recommendations account for the amount of sediment input from the tributaries based on water-year class and provide a peak flow necessary to route this fine and coarse sediment input through the river system as a functional alluvial system. The peaks are different in each water-year class because distinct processes are targeted for each. Also, sediment input from tributaries is well correlated with water-year class. For instance, lesser peak flows are able to transport the relatively small volumes of sediment yielded to the mainstem from tributaries under drier conditions. SNTEMP, the temperature model calibrated for the Trinity River and used to identify flows necessary for smolt outmigration in the Trinity River Flow Evaluation Study (TRFES), also models tributary accretion. Hence, tributary accretion is accounted for in terms of balancing sediment input and meeting temperature objectives and criteria. Additionally, the TRFES divides the mainstem Trinity River into three different sections. Each section has different goals and objectives (see Chapter 8 of the TRFES) to identify appropriate management goals within each reach. For further detail on accretion, see thematic response "Increasing Effectiveness of Releases by Accounting for Storm Flows" and Responses 5306-9 and 5313-6.

**Development of the Preferred Alternative and TRSAAM.** Because the best available scientific information for the Trinity River was also used to develop recommendations contained in the TRFES, the perceived bias is understandable, but there was no intention to pre-select an alternative. If TRSAAM was the only tool used to select a preferred alternative, then the Maximum Flow Alternative would have been selected because it received the highest rating. The TRSAAM model was used to evaluate all alternatives after each alternative was developed. Representatives from the four lead agencies examined the TRSAAM output, as well as the outputs from several other models in different issue areas (such as hydropower, agriculture, and Sacramento River temperature model). The co-leads then developed the Preferred Alternative from two separate alternatives (see Section 2.1.1 of the DEIS/EIR).

Additional documentation on TRSAAM, its methodology and assumptions, and the scoring of attributes/objectives can be found in the DEIS/EIR Appendix B, Attachments B3, B4, B12, and B13.

# Why TRSAAM Was Used

The modeling efforts conducted to assess the environmental effects of implementing the various alternatives represent use of the best and most appropriate science available. TRSAAM provides pertinent information for the decision-makers to distinguish the effects of the proposed alternatives on the fishery resources in the Trinity River. All alternatives were evaluated equally, allowing the decision-maker to objectively evaluate the environmental merits of each alternative in regard to the stated purpose and need. As such, these efforts more than satisfy the analytical requirements under both NEPA and CEQA.

TRSAAM was one of many models used for impact analysis for various issue area resources (see Figure 3-1, page 3-3 of the DEIS/EIR). Given the wide range of alternatives and all of the various models and subsequent impact analysis, the lead agencies believe there is sufficient information to make an informed decision.

# References

McBain, S. and W. J Trush. 1997. Trinity River Channel Maintenance Flow Study Final Report. Prepared for the Hoopa Valley Tribe, Trinity River Task Force. November.

USFWS & HVT (U.S. Fish and Wildlife Service and Hoopa Valley Tribe). 1999. Trinity River Flow Evaluation Final Report; June. Arcata, CA.

**Attachment A.  Attributes of Alluvial River Ecosystems: Physical Processes and Biological Responses (Source: USFWS & HVT 1999, Appendix H).**

# Attribute No. 1.
# Spatially Complex Channel Morphology

*No single segment of channelbed provides habitat for all species, but the sum of all channel segments provides high-quality habitat for native species.  A wide range of structurally complex physical environments supports diverse and productive biological communities (Anderson and Nehring, 1985; Sullivan et al., 1987; Bisson et al., 1988; Hill et al., 1991).*

**Desired Physical Responses:**
- An alternate bar morphology extending upstream from the present alluvial transition zone near Indian Creek.
- Development of a functional floodplain, now missing from the post-TRD channel morphology.
- Asymmetrical cross-sections in a meandering channel with a sinuous thalweg pattern.

**Desired Biological Responses (if all annual hydrograph components are provided)**
- Riparian community with all stages of successional development.
- No loss of riparian habitat with channel migration.
- Diverse salmonid habitat available for all life stages over wide-ranging flows, flood and baseflow (Hill et al., 1991; Reeves et al., 1996 in Poff et al., 1997).

# Attribute No. 2.
# Flows and Water Quality Are Predictably Variable

*Inter-annual and seasonal flow regimes are broadly predictable, but specific flow magnitudes, timing, duration, and frequencies are unpredictable because of runoff patterns produced by storms and droughts. Seasonal water-quality characteristics, especially water temperature, turbidity, and suspended-sediment concentration, are similar to those of regional unregulated rivers and fluctuate seasonally. This temporal  predictable unpredictability  is a foundation of river ecosystem integrity (Hill et al., 1991; Poff et al., 1997; Richter, 1997).*

**Objectives for Physical Processes:**
- Inundate lower alternate bar features during dispersion of riparian plant seeds.
- Provide variable water depths and velocities over spawning gravels during salmonid spawning to spatially distribute redds.
- Inundate broader margins of alternate bars, including backside scour channels, to create shallow slack areas between late winter and snowmelt periods for early life stage of salmonids and amphibians.
- Provide a favorable range of baseflows for maintaining high-quality juvenile salmonid rearing and macroinvertebrate habitat within an alternate bar morphology.

–   Provide late-spring outmigrant stimulus flows.
–   Rapid post-snowmelt recession stage to strand/desiccate seedlings initiating/establishing on alternate bar surfaces.

### Desired Physical Responses:

–   Restore physical/riparian processes associated with a snowmelt peak and recession hydrograph components below Lewiston Dam.
–   Optimize available physical habitat for anadromous salmonids for all seasons.
–   Restore periodic inundation of the floodplain and groundwater dynamics.

### Desired Biological Responses (if all annual hydrograph components provided):

–   Elimination of most woody riparian cohorts from exposed surfaces of alternate bars.
–   Establishment of early-successional riparian communities on floodplains and terraces.
–   Improved anadromous salmonid egg survival.
–   Natural seasonal timing of hydrograph components to complement life-history requirements of native plants and animals.
–   Greater channel complexity, more habitat, and higher water quality for all freshwater life-history stages of salmonids.
–   Increased macrobenthic invertebrate productivity.

# Attribute No. 3.
# Frequently Mobilized Channelbed Surface

*Channelbed framework particles of coarse alluvial surfaces are mobilized by the bankfull discharge (Leopold et al., 1964; Richards, 1982; Nelson et al., 1987) , which occurs on average every 1 to 2 years.*

### Objectives (every two of three years as an annual maximum):

–   Achieve incipient condition for general channelbed surface.
–   Surpass threshold for transporting sand through pools.
–   Scour 1- to 2-year-old seedlings on alternate and medial bars.
–   Frequently mobilize spawning gravel deposits.

### Desired/Diagnostic Physical Responses:

–   Mobilize surface tracer rocks ($D_{84}$) in general channelbed surface and exposed portions of alternate bars.
–   Reduce coarseness of surface layer above Indian Creek.
–   Reduce sand storage in riffle/run habitat and pools.
–   Create local scour depressions around large roughness elements.
–   Mobilize spawning gravel deposits several surface layers deep.

### Desired Biological Responses (if physical processes achieved):

–   Higher survival of eggs and emerging alevins by reducing fines (Tagart, 1984; Sear, 1995; Poff et al., 1997).
–   Greater substrate complexity in riffle and run habitats for improved macroinvertebrate production (Boles, 1976; Nelson et al., 1987; Ward, 1998).
–   Scour 1-and 2-year-old woody riparian seedlings along margins of alternate bars.

_   Greater habitat complexity (micro-habitat features).
_   Deeper pool depths/volumes for adult fish cover and holding (Platts et al., 1983; Nelson et al., 1987; Sullivan et al., 1987; Bisson et al., 1988; Barnhart and Hillemeier, 1994).

# Attribute No. 4.
# Periodic Channelbed Scour and Fill

*Alternate bars are scoured deeper than their coarse surface layers by floods exceeding 3- to 5-year annual maximum flood recurrences. This scour is typically accompanied by re-deposition, such that net change in channelbed topography following a scouring flood usually is minimal.*

### *Objectives for Physical Processes:*
_   Rejuvenate spawning gravel deposits.
_   Kill 2- to 4-year-old seedlings establishing on alternate bar surfaces.
_   Deposit fine substrate onto upper alternate bar and floodplain surfaces.

### *Desired Physical Responses:*
_   Close to dam, reduction in surface-to-subsurface $D_{50}$ and $D_{84}$ particle-size ratios.
_   Significant scouring (several surface layers deep) of most alluvial features, including steeper riffles.
_   Formation of alternate bar sequences upstream from Indian Creek.
_   More alternate bars and developing bar sequences downstream from Douglas City.
_   Increased diversity of surface particle-size distributions.
_   Greater topographic complexity of side channels associated with alternate bars, especially distal portions.
_   Increased pool depths for fish habitats (Nelson, 1987).

### *Desired Biological Responses (if physical processes achieved):*

_   Improved anadromous salmonid spawning and rearing habitat (Hill et al., 1991).
_   Reestablishment of dynamic riparian plant stands in various stages of succession on higher elevations of alternate bars.
_   Mortality of 3- to 4-year-old saplings on alternate bar surfaces to discourage riparian plant encroachment and riparian berm formation.
_   Rehabilitation of habitat for riparian-dependent amphibian, bird, and mammal species.

# Attribute No. 5.
# Balanced Fine and Coarse Sediment Budgets

*River reaches export fine and coarse sediment at rates approximately equal to sediment inputs. The amount and mode of sediment storage within a given river reach fluctuates, but channel morphology is sustained in dynamic quasi-equilibrium when averaged over many years (Sear, 1994; Poff et al., 1997).*

*Objectives for Physical Processes:*
- Reduce fine sediment storage in the mainstem.
- Maintain coarse sediment storage in the mainstem.
- Route mobilized $D_{84}$ through alternate bar sequence every two of three years, on average.
- Prevent mainstem accumulation of tributary bed material.
- Eliminate bedload impedance reaches.

*Desired Physical Responses:*
- $D_{84}$ tracer rocks should negotiate alternate bar sequences; i.e., larger particles from upstream riffles should not accumulate in downstream pools.
- Reduced storage of fine sediment in riparian berms.
- Eliminate aggradation, and encourage slight degradation of bed elevation at tributary deltas (smooth-out longitudinal profile through these reaches).
- Increases pool depths.
- Maintains physical complexity by sustaining alternate bar morphology.

*Desired Biological Responses:*
- Improves and maintain spawning and rearing habitat quality without reducing quantity (Poff et al., 1997).
- Increases adult salmonid cover and holding (Nelson et al., 1987).
- Reduces riparian berms.

# Attribute No. 6.
# Periodic Channel Migration

*The channel migrates at variable rates and establishes meander wavelengths consistent with regional rivers with similar flow regimes, valley slopes, confinement, sediment supply, and sediment caliber (Williams and Wolman, 1984; Chien, 1985, in Poff et al., 1997; Sullivan et al., 1987; Johnson, 1994).*

*Objectives for Physical Processes:*
- Promote bank erosion in alluvial reaches.
- Floodplain deposition every 3 to 5 years.
- Create channel avulsions every 10 years on average.
- Encourage meander wavelengths 8 to 10 bankfull-widths long.
- Stored sediment in the floodplain is slowly released downstream.

*Desired Physical Responses:*
- Maintain channel width while channel migrates.
- Create sloughs through infrequent channel avulsions.
- Create side channels through frequent alternate bar reshaping.
- Increase meander amplitude and expression of the thalweg.
- Create water temperature variability within alternate bar sequences.
- Increase input of large woody debris along channel margins.

### Desired Biological Responses (if all physical objectives achieved):

- Diverse age class structure in stands of cottonwood and other species dependent on channel migration.
- Full range of several stages in riparian plant communities.
- Increased habitat quality and quantity for native vertebrate species dependent on early successional riparian forests (Hartman, 1965; Bustard and Navver, 1975; Sullivan et al., 1987).
- High flow refuge and summer thermal refugia for amphibians and juvenile fish provided in rejuvenated scour channels.
- Increased habitat complexity by input of large woody debris from eroding banks.

## Attribute No. 7.
## A Functional Floodplain

*On average, floodplains are inundated once annually by high flows equaling or exceeding bankfull stage. Lower terraces are inundated by less frequent floods, with their expected inundation frequencies dependent on norms exhibited by similar, but unregulated river channels. These floods also deposit finer sediment onto the floodplain and low terraces (Leopold et al., 1964; Sullivan et al., 1987; Poff et al., 1997; Ward, 1998).*

### Objectives for Physical Processes:

- Inundate the floodplain on average once annually.
- Encourage local floodplain surface deposition and/or scour by less frequent but higher floods.
- Have floodplain construction keep pace with floodplain loss as the channel migrates across the river corridor.
- Provide sufficient channel confinement to maintain hydraulic processes (Attributes Nos. 3 and 4).

### Desired Physical Responses:

- Maintain channel width as river migrates.
- Increase hydraulic roughness and greater flow storage during high-magnitude floods.

### Desired Biological Responses (if all physical objectives achieved:

- Increased woody riparian overstory and understory species diversity, compensating for woody riparian stands lost along outside banks of eroding meander bends.
- Keeps physical processes conducive for maintaining early-successional riparian dependent species, especially for birds and amphibians.

# Attribute No. 8.
# Infrequent Channel-Resetting Floods

*Single large floods (e.g., exceeding 10- to 20-year recurrences) cause channel avulsions, widespread rejuvenation of mature riparian stands to early-successional stages, side channel formation and maintenance, and off-channel wetlands (e.g., oxbows). Resetting floods are as critical for creating and maintaining channel complexity as are lesser magnitude floods (Sullivan et al., 1987; Poff et al., 1997; Ward, 1998).*

### Objectives for Physical Processes:

_ Form/Reshape alternate bar surfaces every 10 to 20 years, on average.

_ Improve bedload routing by minimizing impedance of bedload transport past tributary deltas.

_ Eliminate or minimize extent mature riparian vegetation stands on alternate bar surfaces and floodplains every 10 to 20 years.

_ Deposit fine substrate on lower terrace surfaces once every 10 to 20 years.

_ Provide infrequent deep scour high on alternate bars and on the floodplain.

_ Construct and maintain (rejuvenate) natural side channels.

_ Scour and redeposit entire alternate bar sequences every 10 to 20 years.

### Desired Physical Responses:

_ Deep scour (several $D_{84}$ surface layers deep) in most alluvial features, including steeper riffles.

_ Significant channel migration and infrequent channel avulsion.

_ Alternate bar scour and redeposition.

_ Extensive removal of saplings and mature trees in riparian stands.

_ Increase complexity of natural side channels.

### Desired Biological Responses (if physical processes achieved):

_ Improve anadromous salmonid spawning and rearing habitats.

_ Increase adult fish cover and holding habitat (Nelson et al., 1987).

_ Create dynamic riparian stands in various stages of succession on higher elevations of alternate bars.

_ Control populations of 3- to 4-year-old saplings on alternate bar surfaces close to channel center, and scour stands of mature riparian vegetation.

# Attribute No. 9.
# Self-Sustaining Diverse Riparian Plant Communities

*Natural woody riparian plant establishment and mortality, based on species life history strategies, culminate in early- and late-successional stand structures and species diversities (canopy and understory) characteristic of self-sustaining riparian communities common to regional unregulated river corridors (Beschta and Platts, 1986; Ligon et al., 1995; Poff et al., 1997).*

***Objectives for Riparian Processes:***
- Prevent woody riparian plant encroachment.
- Maintain early-successional woody riparian communities.
- Remove mature riparian trees established in the riparian berms.
- Eliminate widespread presence of riparian berms.
- Rehabilitate off-channel wetland communities.

***Desired Biological Responses (if all physical objectives achieved):***
- Floods periodically scour seedlings and saplings.
- Channel migration initiates new riparian cohorts.
- Channel avulsion creates oxbows and off-channel wetland habitats, initiating diverse patches of riparian stands.
- Woody riparian overstory and understory species diversity and age class distribution increases in floodplains.
- Greater habitat availability for wildlife dependent on early seral stages of riparian plant communities.

## Attribute No. 10.
## Naturally-fluctuating Groundwater Table

*Inter-annual and seasonal groundwater fluctuations in floodplains, terraces, sloughs, and adjacent wetlands occur in a manner similar to that in regional unregulated river corridors (Stanford et al., 1996; Ward, 1998).*

***Objectives for Physical Processes:***
- Naturally fluctuating seasonal groundwater elevation and surface-water elevations in scour channels and off-channel wetlands.

***Desired Physical Responses:***
- Maintenance of off-channel habitats, including overflow channels, oxbow channels, and floodplain wetlands.

***Desired Biological Responses (if physical processes achieved):***
- High diversity of habitat types within the entire river corridor (Poff et al., 1997; Ward, 1998).

# Linkage Between Physical Processes, Fish Habitat, and Fish Populations

Some reviewers commented that there is no sound basis for the assertion that increases or improvements in salmonid habitat will result in increased fish production. Several commentors also criticized the DEIS/EIR, stating that the Preferred Alternative would not achieve the goals of the Trinity River Restoration Program (TRRP) and that the belief that restoring a functioning alluvial river would restore salmonid populations was a "leap of faith." The lead agencies disagree on both counts. Restoring the physical processes that produced the inriver habitats prior to the construction of the dam (i.e., the environment in which Trinity River salmonids evolved) will recreate and maintain the habitats necessary for healthy fish populations—healthy rivers support healthy fish populations. This premise is not a leap of faith, but an application of a recent paradigm shift not only in fisheries resources but all in natural resources management.

To further demonstrate this, a deterministic habitat capacity analysis was conducted to assess the ability of the Preferred Alternative to achieve the chinook spawning escapement goals of the TRRP. This deterministic approach was conducted to provide information independent of, but complementary to, the Trinity River System Attribute Analysis Method (TRSAAM) analysis of the Preferred Alternative and the stochastic analysis conducted using the U.S. Geological Survey—Biological Resources Division (USGS-BRD) salmon production model, SALMOD, that was developed specifically for the Trinity River (USFWS & HVT, 1999).

## Rationale Behind the Focus on Physical Processes

The shift towards holistic management aimed at restoring natural processes, rather than focusing on individual species, is a result of management acknowledging that past efforts have failed to reverse the demise of salmonid stocks. Kauffman et al., (1997) states that nearly "85 percent of historical Pacific Northwest anadromous salmon stocks are either extinct, endangered, threatened or of special concern (National Research Council [NRC], 1996). The threat to aquatic biodiversity in North America is greater than the threat to terrestrial diversity (Naiman et al., 1995). To date, not a single aquatic species has been delisted through the Endangered Species Act procedures… An unprecedented need exists for ecological restoration of riparian ecosystems and their closely associated aquatic ecosystems." Kauffman et al., (1997) continues, "By shifting the focus to the integrity of ecological processes and functions, we are more likely to successfully attain the restoration both of habitat and species of interest." This strategy is repeated in the Aquatic Conservation Strategy (ACS) of the Northwest Forest Plan, which states: "The ACS must strive to maintain and restore ecosystem health at watershed and landscape scales to protect habitat for fish and other riparian dependent species and restore currently degraded habitats (USFS and BLM, 1994)."

Recent literature acknowledges the past failures of single-species management and promotes a more holistic approach to avoid similar failures in the future (USFS and BLM, 1994; Kauffman et al., 1997; Beechie and Bolton, 1999).  This holistic approach to fishery resource restoration focuses on managing physical processes that diagnose and address the cause(s) of population declines resulting from habitat degradation, instead of treating the symptoms of the degradation (e.g., NRC, 1996; Stanford et al., 1996; Kauffman et al., 1997; Poff et al., 1997; Beechie and Bolton, 1999).  This type of approach applied to the restoration of salmon populations acknowledges that salmon evolved in rivers where a diverse array of habitats were maintained and recreated by dynamic long-term processes (Kauffman et al., 1997; Peterson and Reid, 1984; Benda, 1994; Abbe and Montgomery, 1996 as cited in Beechie and Bolton, 1999).

As shown in the Trinity River Flow Evaluation Study (TRFES), management must address the overall integrity of the river system by identifying physical processes that result in desired biological responses.  For example, managing for flows that move, sort, cleanse, and redeposit spawning gravels provides appropriate substrate for salmon redds.  The presence of appropriate substrate (in combination with other factors such as appropriate depth and velocity) provides a place for adult salmon to spawn their eggs.  Gravels cleansed of fine sediment, such as sand (which is the result of scour, a physical process) allow sufficient percolation of water through the gravel to provide enough oxygen to the egg/ sac-fry for proper development, removal of waste materials, and successful emergence (i.e., fry are not trapped in gravel by fine sediment).  Clean gravels increase egg-to-fry survival, improve overwintering habitat for juvenile salmonids, and increase habitat for invertebrates (prey items for fish), all of which are biological responses that result from flushing fine sediment from coarse sediment (a physical response).

Each alternative was assessed for its ability to meet thresholds of the physical processes identified in the geomorphology section of the DEIS/ EIR (Section 2.3).  In addition, several biological thresholds (especially temperature associated) were also assessed for each alternative.  This methodology was deemed appropriate to identify impacts to fish, wildlife, and riparian plant communities because these physical processes affect and shape the biological communities and habitats that will be present.  In addition, data specific to the Trinity River mainstem and its tributaries were available for such methodology (McBain and Trush, 1997; USFWS and HVT, 1999).  The types and availability of habitat determine what species and life stages will be successful.  This is true for all species because all species within a community interact.  While habitat can be managed for chinook fry, if that management does not provide appropriate conditions for the invertebrates that chinook fry feed upon, there will be no net increase in chinook salmon populations.  The restoration of all salmonid species is much more likely when habitat and community (food web) integrity is restored (USFS and BLM, 1994; Kauffman, 1997; Beechie and Bolton, 1999).

Once habitat integrity is restored, salmonid numbers are likely to increase because of their resilience and ability to produce many young.  Anadromous salmonids are highly prolific, producing 1,500-6,000 eggs per female.  In biological terms, species that produce large numbers of offspring with no or relatively little parental care or energy expenditure are referred to as "r-selected" species in terms of their life history strategy.  These types of species produce large numbers of eggs to assure perpetuation of the species despite years when environmental conditions are somewhat unfavorable, and have the potential to produce large

numbers of offspring when conditions are favorable. R-selected species are typically able to fully use the carrying capacity of their habitat under each individual year's conditions. Once the degraded habitat has been restored on the Trinity River, it is expected that naturally produced salmonid populations will be able to fully use these habitats, and healthy and robust populations will once again exist.

# Ability of the Preferred Alternative to Meet Trinity River Restoration Program Goals

To assess the ability of the Preferred Alternative to meet TRRP goals, available inriver habitat was analyzed for the current and rehabilitated channel. This analysis investigated the habitat capacity for chinook salmon spawning, fry and juvenile rearing, and expected adult spawners in the upper 27.3 miles of the Trinity River below Lewiston Dam. This reach of the river was selected because of data compatibility of the habitat assessments conducted by the Service (USFWS & HVT, 1999) and the chinook salmon spawning distribution data collected by the California Department of Fish and Game (CDFG, 1992a; 1992b; 1994; 1995; 1996a; 1996b). General computational steps conducted for this assessment are presented in Attachment A at the end of this thematic response. However, it should be noted that it is difficult to demonstrate direct cause-effect relationships between habitat and population because of the dynamic nature of the systems involved (hydrology, climate, etc.). This analysis applies standard fish habitat techniques and measured data from the Trinity River to assess how improved habitat would benefit fish populations.

# Potential Juvenile (Smolt) Production

## Habitat Availability

Habitat availability estimates were obtained from PHABSIM modeling for the upper 25.7 miles of the Trinity River from Lewiston Dam to the confluence of Dutch Creek (USFWS & HVT, 1999, Table 1). Chinook salmon habitat availability data (for spawning, fry rearing, and juvenile rearing life stages) in the existing channel at a dam release of 300 cfs were used in this analysis because this is the recommended spawning and rearing flow for the Preferred Alternative (DEIS/EIR, 1999; USFWS & HVT, 1999).

An estimate for the amount of habitat available for the Preferred Alternative was made by multiplying estimates of existing rearing habitat by 1.93. This was the factor for increased habitat measured at the Steiner Flat channel rehabilitation site following its completion (USFWS, 1997; USFWS & HVT, 1999). This assumes that increases in rearing habitat will also occur in areas adjacent to where mechanical reshaping of the channel will occur as a result of the restoration of fluvial processes. Although channel rehabilitation projects do increase spawning habitat, data to account for increases in spawning habitat are not available, so it was assumed, for this analysis, that spawning habitat would remain the same. Therefore, estimates of spawning habitat will underestimate potential redd capacity of the upper mainstem Trinity River after channel restoration activities are implemented.

Because of the differences in lengths of the river covered by the habitat availability data (25.7 miles) and the spawning escapement data (27.3 miles), the measured habitat data were

**TABLE 1**
Chinook Habitat Availability, Capacity, and Potential Production for the Upper Mainstem Trinity River

| | Step | Existing Channel | Unit | Source | Rehabilitiated Channel | Unit | Source |
|---|---|---|---|---|---|---|---|
| a | Measured Spawning Habitat (25.7 mi) | 349,986 | | USFWS&HVT 99 | | | USFWS&HVT 99 |
| b | Measured Fry Habitat (25.7 mi) | 1,297,704 | | USFWS&HVT 99 | | | USFWS&HVT 99 |
| c | Measured Juvenile Habitat (25.7 mi) | 4,654,342 | | USFWS&HVT 99 | | | USFWS&HVT 99 |
| d | Spawning Habitat (27.3 mi) | 370,985 | sq ft | = a x 1.06 | 370,985 | sq ft | = d |
| e | Fry Habitat (27.3 mi) | 1,375,566 | sq ft | = b x 1.06 | 2,654,842 | sq ft | = e x 1.93 |
| f | Juvenile Habitat (27.3 mi) | 4,933,603 | sq ft | = c x 1.06 | 9,521,853 | sq ft | = f x 1.93 |
| g | Area per Redd | 51 | sq ft | Bartholow | 51 | sq ft | Bartholow |
| h | Fry per Redd | 1,400 | fry | Bartholow | 1,400 | fry | Bartholow |
| I | Fry Rearing Area | 0.25 | sq ft | Bartholow | 0.25 | sq ft | Bartholow |
| j | Juvenile Rearing Area | 2 | sq ft | Bartholow | 2 | sq ft | Bartholow |
| k | Redd Capacity | 7,300 | redds | = d/g | 7,300 | redds | = d/g |
| l | Potential Fry | 10,220,000 | fry | = k x h | 10,220,000 | fry | = k x h |
| m | Fry Capacity (Habitat) | 5,502,000 | fry | = e/l | 10,619,000 | fry | = e/l |
| n | Juvenile Capacity (Habitat) | 2,467,000 | juvenile | = f/j | 4,761,000 | juv | = f/j |
| o | Smolt Production (SRF) (Table A1) | 3,158,000 | smolt | = n x 1.28 | 6,094,000 | smolt | = n x 1.28 |
| p | Adult Spawning Escapement (Table A2) | 13,000 | adults | = o x 0.0041 | 25,000 | adults | = o x 0.0041 |

multiplied by 1.06 (27.3/ 25.7) in order to extrapolate to the reach of the river with spawning escapement data, but no habitat availability data.

## Habitat Capacity Estimates

Habitat capacity estimates were calculated by dividing the habitat availability by the area requirements for redds, fry, or juveniles (Table 1). An estimate of potential fry was calculated by multiplying the number of redds by the number of fry produced per redd.

## Habitat Capacity in the Existing Channel Habitat

Based on the existing channel/ habitat conditions, the upper 27 miles of the mainstem Trinity River, at any one time during the spawning season, can support approximately 7,300 chinook redds (Table 1). While approximately 10.2 million emergent fry would be produced from this number of redds, there is only sufficient fry rearing habitat to support approximately 5.5 million fry (54 percent of the potential production) at any one time. Rearing habitat, therefore, is a limiting factor in this reach of the Trinity River. The limited availability of shallow, low-velocity habitat required by salmonid fry has been well documented (USFWS, 1994; USFWS, 1997; USFWS & HVT, 1999). Although all fry do not emerge at the same time because of the protracted spawning period for chinook salmon (mid-September to December), the current channel configuration and condition does not provide sufficient habitat to support a significant portion of the potential production. Approximately 2.5 million juvenile chinook could rear in the existing channel.

### Habitat Capacity in a Rehabilitated Channel Habitat

As with the existing channel analysis, approximately 7,300 redds can be accommodated by existing spawning habitat that would result in the production of approximately 10.2 million fry (Table 1). Increases in rearing habitat, resulting from mechanical rehabilitation activities and increased flows to maintain and create additional rearing habitat, would be sufficient to support 10.6 million chinook fry (104 percent of the potential production of fry) and 4.8 million chinook juveniles.

## Potential Smolt Production from a Rehabilitated Channel

The protracted emergence of salmonid fry as a result of the prolonged spawning season allows for sequential rearing of fry and juvenile salmonids. This allows rearing habitats to be "re-used" as emergent fry grow and seek deeper and higher-velocity waters as they enter more mature life stages (emergent fry - fry - juveniles - smolts). Data generated by SALMOD and juvenile habitat capacity data for the existing channel were used to account for sequential rearing and smolt production of chinook salmon (Table A1). These data suggest production would be 1.28 times greater than the static habitat capacity estimate. Using this information, approximately 6.1 million juvenile chinook would be produced in the rehabilitated channel throughout the rearing season.

# Trinity River Restoration Escapement Goals—Projected Spawning Escapement/Redds and Projected Returning Spawners

## Spawning Escapement with Restored Rearing Habitat

From the projected 6.1 million juvenile chinook produced from a restored channel, approximately 25,000 adults spawners would be expected to return to the 27-mile reach from Lewiston Dam to the Junction City weir, of which 24,200 (96.7 percent) would spawn in the mainstem. The spawner escapement estimate is based on the average smolt-to-spawning adult ratio (0.41 percent) for Trinity River Hatchery fingerling chinook releases (Table A2). Although this escapement level would exceed the capacity of the existing channel, increases in spawning habitat due to channel restoration activities would increase spawning habitat to an unquantified level, which would be able to accommodate additional spawners. In addition, as spawning populations increase, the distribution of spawners would change, with greater proportions spawning in downstream and tributary areas.

## Trinity River Restoration Program Goals

The chinook natural spawning escapement goals of the TRRP are 62,000 fall chinook and 6,000 spring chinook (USFWS, 1983). Trinity River salmon spawner distribution data indicate that 44.2 percent of fall chinook spawn above the Junction City weir (Table A3), and 96.7 percent of the chinook that spawn above the Junction City weir spawn in the mainstem (CDFG 1992a, 1992b, 1994, 1995, 1996a, 1996b). While small numbers of spring chinook do spawn in the major tributaries of the Trinity River (South Fork, New River, Canyon Creek, North Fork), it was assumed that all spring chinook spawning occurs above the Junction City weir. Using this distribution of natural spawning escapement and the TRRP spawning escapement goals, approximately 32,300 (5,800 spring and 26,500 fall) chinook salmon would be expected to spawn in the mainstem Trinity River from Lewiston Dam to the Junction City weir. With attainment of the TRRP spring and fall chinook escapement, this number of spawners would produce approximately 16,200 redds, exceeding the current spawning capacity of 7,300 redds (Table 1).

The estimated mainstem spawner escapement based on smolt production from a restored channel geomorphology of 24,200 adults represents 75 percent of the TRRP chinook salmon spawning escapement goals for this reach of the river.

# Conclusions

This analysis indicates that the projected adult spawning returns resulting from juvenile production in a rehabilitated channel would achieve 69 percent of the TRRP goals for this upper 27 miles of the Trinity River. In addition to the increase in rearing habitat addressed in this analysis, several important factors that will increase salmonid freshwater survival, and ultimately adult returns, were not accounted for. These factors include the effects of decreased sedimentation on egg/fry survival and invertebrate production, increased smolt survival resulting from more favorable outmigration temperatures and quicker travel time during outmigration, and decreased disease mortality resulting from less favorable

conditions for pathogens.  The magnitude to which these factors will potentially increase production and adult returns is unknown at this time.

The primary factor limiting chinook production in the upper Trinity River is the lack of sufficient fry and juvenile rearing habitat that resulted from habitat degradation and the change in channel geomorphology caused by the construction and operation of the Trinity River Division of the Central Valley Project (USFWS, 1994; USFWS & HVT, 1999).  Increases in rearing habitat resulting from channel rehabilitation will be able to support substantially more fry and juvenile chinook salmon than can be supported by the existing habitat conditions.

In addition to increasing fry and juvenile rearing habitat, channel rehabilitation projects are expected to increase spawning habitat.  Restoration and maintenance of alternate bar sequences with their associated pool-riffle sequences and the supplementation of spawning gravel will create spawning habitat the does not currently exist (USFWS & HVT, 1999; Appendix G, Plates 3 and 4).  Although the magnitude of spawning habitat that will be provided by the channel rehabilitation projects has not been quantified, chinook salmon have been observed spawning on these project sites, supporting the hypothesis that these activities will provide increased spawning habitat.

This analysis focuses on chinook salmon because they have the most extensive database pertaining to life-history parameters and habitat.  Channel rehabilitation and increased flows will provide diverse habitats (pool-riffle-run sequences), similar to what existed prior to the Trinity River Division.  Because these were the habitats that provided the necessary habitats for all three anadromous salmon species, similar increases in habitat and population levels are expected for coho salmon and steelhead.

The interactions between biological and physical processes that affect salmonid production are extremely complex.  Although it is recognized that these interactions exist, data to quantify their effects are limited.  The above analysis does not account for many of the complex interactions that ultimately determine production.  Its utility is to provide a general view of habitat bottlenecks, provide a general assessment of the potential of attaining restoration goals, and identify areas to focus restoration efforts.

# References

Abbe, and Montgomery.  1996 (as cited in Beechie and Bolton, 1999).  Large woody debris jams, channel hydraulics, and habitat formation in large rivers.  Regul.  Rivers 12:201-221.

Bartholow, J, JL. Laake, C.B. Stalnaker, and S.C. Williamson.  1993.  A salmonid population model with emphasis on habitat limitations.  Rivers 4(4):265-279.

Beechie, T. and S. Bolton.  1999.  An Approach to restoring salmonid habitat-forming processes in Pacific Northwest watersheds.  Fisheries 24(4):6-15.

Benda, 1994. (As cited in Beechie and Bolton 1999).  Stochastic geomorphology in a humid mountain landscape.  Doctoral dissertation.  Dept. of Geological Sciences, Univ. of Washington, Seattle.

CDFG (California Department of Fish and Game).  1992a.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1989-1990 season.  Inland Fisheries Division, Sacramento, CA.

CDFG (California Department of Fish and Game).  1992b.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1990-1991 season.  Inland Fisheries Division, Sacramento, CA.

CDFG (California Department of Fish and Game).  1994.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1991-1992 season.  Inland Fisheries Division, Sacramento, CA.

CDFG (California Department of Fish and Game).  1995.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1992-1993 season.  Inland Fisheries Division, Sacramento, CA.

CDFG (California Department of Fish and Game).  1996a.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1993-1994 season.  Inland Fisheries Division, Sacramento, CA. 140 pp.

CDFG (California Department of Fish and Game).  1996b.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1994-1995 season.  Inland Fisheries Division, Sacramento, CA. 140 pp.

Kauffman, J. B., R. L. Beschta, N. Otting, and D. Lytjen.  1997.  An ecological perspective of riparian and stream restoration in the western United States.  Fisheries 22(5):12-24.

McBain, S. and W. J Trush.  1997.  Trinity River Channel Maintenance Flow Study Final Report.  Prepared for the Hoopa Valley Tribe, Trinity River Task Force.  November.

National Research Council (U.S.) Committee on protection and management of Pacific Northwest salmonids.  1996.  Upstream: salmon and society in the Pacific Northwest. National Academy Press, Washington, D.C.

Naiman, R. J., J J Magnuson, D. M McKnight, and J A. Stanford.  1995 (as cited by Kauffman et al., 1997).  The Freshwater imperative: a research agenda.  Island Press, Washington, D.C.

Peterson, N. P. and L. M. Reid.  1984 (as cited in Beechie and Bolton 1999).  Wall-base channels: their evolution, distribution and use by juvenile coho salmon in Clearwater River, Washington.  PP 215-255 in J M. Walton and D. B. Houston (eds.).  Proceedings of the Olympic Wild Fish Conference, 23-25 March 1983.  Fisheries Technology program, Peninsula College, Port Angeles, WA.

Poff, N. L., J D. Allan, M. B. Bain, J R. Karr, K. L. Prestegaard, B. D. Richter, R. E. Sparks and J. C. Stromberg.  1997.  The Natural Flow Regime: A paradigm for river conservation and restoration.  BioScience 47 (11): 769-784.

Stanford, J A., J V. Ward, W. J Liss, C. A. Frissell, R. N. Williams, J A. Lichatowich, and C. C. Coutant.  1996.  A general protocol for restoration of regulated rivers.  Regulated Rivers: Research and Management 12: 391-413.

USFS and BLM.  1994.  Record of Decision for amendments to Forest Service and Bureau of Land Management planning documents within the range of the Northern Spotted Owl. Standards and Guidelines for management of habitat for late-successional and old-growth forest related species within the range of the Northern Spotted Owl.  April.

USFWS. 1983.  Final Environmental Impact Statement: Trinity River Basin Fish and Wildlife Management Program. Department of the Interior, Fish and Wildlife Service. INT/ FEW 83-53.

USFWS. 1994.  Restoration of the Mainstem Trinity River Background Report. Weaverville, CA.

USFWS. 1997.  Physical Habitat Availability for Anadromous Salmonids in the Trinity River.

USFWS & HVT (U.S. Fish and Wildlife Service and Hoopa Valley Tribe). 1999.  Trinity River Flow Evaluation Final Report; June. Arcata, CA.

LINKAGE BETWEEN PHYSICAL PROCESSES, FISH HABITAT, AND FISH POPULATIONS

**Attachment A.  Computational Steps for Assessing Chinook Salmon Habitat Availability, Habitat Capacity, Potential Production, and Potential Adult Returns for the Preferred Alternative of the Trinity River DEIS/EIR.**

| | |
|---|---|
| **Habitat Availability** | Determine the habitat availability from Lewiston to the Dutch Creek confluence for spawning, fry rearing, and juvenile rearing in the existing channel at recommended dam release. |
| | Perform distance adjustment to make reach for the habitat data consistent with the reach for the spawning escapement data. |
| | Perform rearing habitat (fry and juvenile) adjustment to reflect changes in habitat availability caused by channel rehabilitation activities. |
| **Habitat Capacity** | Determine habitat capacity of the existing and rehabilitated channel by dividing the habitat availability by the density factors for each life stage. |
| **Potential Production** | Expand habitat capacity production estimate by the sequential rearing factor, which accounts for the "re-use" rearing habitats by fry and juveniles as they grow larger and use different habitats. |
| **TRRP Spawning Escapement** | Determine the proportion of Trinity River Basin fall chinook salmon that spawn in the upper Trinity River (Lewiston to Junction City weir).  Assume all spring chinook in the upper Trinity River spawn above Junction City weir. |
| | Estimate the number of chinook that would spawn in the Trinity River above the Junction City weir if the TRRP's escapement goals were met by multiplying the proportion spawning in this reach by TRRP's goals. |
| **Preferred Alternative Spawning Escapement** | Determine projected spawning escapement for the Preferred Alternative of the Trinity River EIS/ EIR by multiplying the projected juvenile (smolt) production in the upper 27 miles of the Trinity River for a rehabilitated channel by the average smolt-to-adult return ratio for Trinity River Hatchery chinook. |

**TABLE A1**
Estimated Chinook Salmon Smolt Production (millions of fish) Generated by SALMOD Used to Calculate Sequential Rearing Factor (SRF) Resulting from Sequential Spawning/Emergence/Rearing of Salmonids for the Trinity River from Lewiston Dam to Dutch Creek (RM 25.7)

| | Smolt Production[a] | Instantaneous Juvenile Capacity in Existing Channel[b] | SRF[c] |
|---|---|---|---|
| Existing Habitat with 33,000 Spawners | 2.95 | 2.33 | 1.27 |
| Existing Habitat with 68,000 Spawners | 2.98 | 2.33 | 1.28 |
| Average | | | 1.28 |

[A] Data source: USFWS & HVT, 1999; Table 5.23, weighted average by water-year class.
[B] Instantaneous habitat capacity based on PHABSIM data (USFWS & HVT, 1999).
[c] SRF calculated by dividing smolt production by instantaneous juvenile capacity

**TABLE A2**
Trinity River Hatchery Fall Chinook Fingerling CWT Release and Recovery Data, and Adult Spawner Return Ratio (KRTAT Cohort Reconstruction, 1999)

| Brood Year | No. Released | No. Spawning Adult Returns[a] | Spawner Return Ratio (percent) |
|---|---|---|---|
| 83 | 182,178 | 1,280 | 0.70 |
| 84 | 178,016 | 1,273 | 0.72 |
| 85 | 186,598 | 1,752 | 0.94 |
| 86 | 198,722 | 70 | 0.04 |
| 87 | 157,227 | 63 | 0.04 |
| 88 | 190,574 | 79 | 0.04 |
| 89 | 184,549 | 18 | 0.01 |
| 91 | 203,622 | 657 | 0.32 |
| 92 | 169,981 | 2,003 | 1.18 |
| 93 | 199,789 | 132 | 0.07 |
| Average | | | 0.41 |

[a] Number of spawning adult returns includes CWTs recovered at TRH and estimated numbers spawning in the mainstem Trinity River.

**TABLE A3**
Numbers of Trinity River Fall Chinook Spawning in the Trinity River above the Willow Creek Weir (WCW) and Junction City Weir (JCW) [a]

| Return Year | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | Average |
|---|---|---|---|---|---|---|---|
| No. Above WCW | 29,445 | 7,682 | 4,867 | 7,139 | 5,898 | 10,906 | |
| No. Above JCW | 16,346 | 2,931 | 4,088 | 3,148 | 2,742 | 4,012 | |
| Proportion above JCW | 0.5551 | 0.3815 | 0.8399 | 0.4410 | 0.4649 | 0.3679 | 0.442 [b] |

[a] Data Sources: (CDFG, 1992a, 1992b, 1994, 1995, 1996a, 1996b).

[b] Average was calculated excluding 1991 because of the skewed spawning distribution during that year.

# Alternatives Recommended by Commentors: Additional Mechanical Restoration and Alternative Flow Schedules

Many reviewers took issue with the range of alternatives that use flows for fishery restoration. Others took issue with the amount of mechanical restoration proposed and suggested that more mechanical restoration should be recommended, usually with a corresponding decrease in instream releases. The majority of commentors requested that flow releases be increased to at least 70 percent of unimpaired flow. It is assumed that these commentors based their assertion on the "Tennant Method," a shorthand approximation for determining optimum flow releases. These commentors typically stated "I support … flow regime which allows the Trinity River to keep at least 70 percent of its flow" or "I support a diversion of no more than 30 percent of the natural water flow from the Trinity River Basin." Although many of these comments stated that "science has determined that a river system needs 70 percent of its yield to remain healthy," they provided no supporting information or scientific rationale, although some commentors specifically mentioned the Tennant Method.

While the Tennant Method is an appropriate "first generation" analysis for setting interim flow standards when data are sparse, this method is not appropriate for establishing flow recommendations for the Trinity River for which a site-specific flow study was conducted to determine appropriate activities, including flow levels necessary to restore and protect fishery resources. Also see thematic response titled "The Basis for Fisheries Analyses Performed in the DEIS/EIR."

Some commentors suggested that harvest management or greater mechanical manipulation would be appropriate to restore fisheries and reduce the flow necessary in the Trinity River. Two "non-flow" alternatives considered in the DEIS/EIR were the Harvest Management and Mechanical Restoration Alternatives. Harvest management was considered but rejected as a potential alternative as discussed in the DEIS/EIR (see page 2-38). A major focus of the DEIS/EIR was flow and mechanical habitat restoration because many of the other factors that influence salmonid populations are already addressed by other natural resource management processes and/or agencies (Forest Plan process, Total Maximum Daily Load (TMDL) process, Pacific Fisheries Management Council (PFMC), Klamath Fisheries Management Council (KFMC), U.S. Bureau of Land Management (BLM), U.S. Forest Service (USFS). The fully analyzed Mechanical Restoration Alternative would hold existing instream flows and water exports constant.

The Mechanical Restoration Alternative comprised the No Action flow schedule (2,000-cfs peak flow and 340 taf/yr, or approximately 35 percent of the annual water volume entering Trinity Reservoir) and called for construction of 47 rehabilitation sites, which would then be maintained mechanically (Section 2.1.6, page 2-26 of the DEIS/EIR). Existing and additional watershed restoration actions (generally considered mechanical), such as continuing

Hamilton Ponds operations, were also recommended.  In contrast, the Maximum Flow Alternative advocates a rehabilitated channel created by a 30,000-cfs peak flow in extremely wet years to remove the riparian berm with channel maintenance by flows alone.  The Mechanical Restoration Alternative continues the current level of diversions to the Central Valley, whereas the Maximum Flow Alternative eliminates virtually all diversions to the Central Valley.

Forty-seven potential rehabilitation sites are identified (see revised Figure 2-4 in Section 2.3 of the FEIS/EIR) for mechanical restoration along the mainstem Trinity River.  These sites are included in all alternatives that identify mechanical restoration as a component, whether or not these sites are subsequently maintained mechanically or by flows.  All potential channel rehabilitation sites have been identified in the section of the Trinity River from Lewiston Dam to the confluence with the North Fork Trinity River, so there is no opportunity to construct more channel rehabilitation projects as several commentors asserted.

While some mechanical actions can improve local stream channel complexity (as identified and recommended in the Preferred Alternative), these efforts alone are temporary in nature and cannot duplicate the processes that occur with additional flow.  High flows are necessary to create deeper pools, establish riffle: pool sequences, scour undercut banks, clean gravels, diversify particle size distributions, and regenerate floodplain riparian vegetation in a more proper form and function throughout the mainstem.  Mechanical restoration without consideration of the physical and ecological processes can be costly to maintain or fail outright (Frissel and Nawa, 1992; Kauffman et al., 1997 as cited by Beechie and Bolton, 1999).  The Mechanical Restoration Alternative may re-shape localized channel segments that initially appear in an alluvial river, but these segments would require perpetual maintenance and frequent reconstruction.  Additionally, floodplain maintenance would not occur at all in areas other than channel rehabilitation sites if flow is not increased.

The Mechanical Restoration Alternative does not prescribe geomorphic thresholds vital to creating and sustaining alluvial river geomorphology.  Recommended peak flows not to exceed 2,000 cfs cannot mobilize the general channel bed or spawning gravel deposits, will not redistribute fine bed material to rebuild floodplains, will eliminate groundwater recharge of the floodplain and channel corridor, and cannot route coarse sediment contributed from tributaries.  Alternating bars would not be formed, then periodically reshaped; and riparian vegetation would rapidly encroach on all contemporary alluvial features.  Mechanical actions cannot reproduce or sustain these alluvial prerequisites to a healthy river.  Natural processes mediated by variable flows are essential for restoring river ecosystems (Ligon et al., 1995; Stanford, 1996), and this same perspective is adopted in the Preferred Alternative.

The mainstem has continued degrading since construction of the dams.  The Mechanical Restoration Alternative will not reverse this trend, but only provide relief at selected locations.  As riverine habitats continue to degrade, more riverine-dependent species will likely decline, making additional Endangered Species Act (ESA) listings possible.  Such listings make continued mechanical manipulations more restrictive and expensive as the number of permits and additional surveys increases to ensure ESA-listed species are not adversely affected.  Restoration of the physical processes and associated riverine habitats will likely prevent future ESA listings and will help recover species currently listed.

The Sacramento Municipal Utility District (SMUD) provided comments that recommended additional mechanical manipulations and alternative flow schedules (see SMUD Comment Letter 5311).  The alternative recommended by SMUD would decrease instream release volumes from those recommended by the Preferred Alternative of the DEIS/EIR while "Supplementing increased peak flows with non-flow habitat restoration techniques, including mechanical removal of tributary sediment bars and dredging…"  Instream release volumes for this alternative range from 340 taf to 528 taf, averaging 423 taf, compared to the recommended release volumes of the Preferred Alternative, which range from 369 to 815 taf, and average 595 taf.

Many of the flow decreases recommended by SMUD would not meet biological objectives necessary for the recovery of the fishery resources of the Trinity River.  With decreased peaks and durations as recommended by SMUD, many desired geomorphic processes would not occur, especially if the peak is capped at 6,000 cfs.  While this 6,000 cfs "cap" does limit gravel loss in the reach below the dam (which can be corrected by coarse sediment augmentation), it greatly limits or prevents some physical processes from occurring (Table 8.2 in the TRFES).

SMUD states that their alternative would "reduce impacts to the power, water, and Central Valley fisheries by more than 50%," but they do not provide any fisheries information or water resources information to support their statement, only data on power impacts.  SMUD also states that their phased implementation "would rely on data (rather than speculation associated with the preferred alternative) to determine flow levels."  The flow levels identified in the Preferred Alternative (TRFES) are based on current data and are designed to meet specific objectives.  SMUD does not present any information refuting these objectives.

Many of the same functions that would be lacking in the Mechanical Restoration Alternative (listed above) would also be lacking in the SMUD proposal due to decreased flows.  In addition to the lack of positive functions under this alternative, there would be continual negative impacts from ongoing mechanical maintenance.  These negative impacts are reiterated in comments received from the California Department of Fish and Game (CDFG).  CDFG states, "The department opposes the Mechanical Alternative because the minor benefits provided to the fishery of the Trinity River do not out weigh the perpetual impacts to riparian habitat."  CDFG states that the continual disturbance of sites "will preclude providing suitable habitat for self-sustaining populations of amphibians, birds and mammals" (see CDFG Comment Letter 6314, page 5, Section C).  These perpetual impacts to riparian habitat and species would also occur under the SMUD alternative due to the need for continual mechanical maintenance (also see specific comments to the SMUD alternative, Comment Letter 5311).

When the SMUD alternative was evaluated using the Trinity River System Attribute Analysis Method (TRSAAM), as all other alternatives were, the proposal resulted in a score of 0.47 (35 of 74 possible) (see page 3-170 of the DEIS/EIR for a description of TRSAAM).  This compares poorly to scores of 0.66 for the Preferred Alternative and 0.81 for the Maximum Flow Alternative.  This is likely an overly optimistic evaluation of the SMUD proposal because high scores were given some of the attributes/objectives for mechanical maintenance approaches (e.g., removal of 2-year-old seedlings), but this approach ignores

many of the detrimental effects of continued disturbance of the riparian/aquatic environment (see specific responses to the SMUD Comment Letter 5311 for further description).

For those reviewers who only focused on impacts within the Central Valley, it is important to note that implementation of the Mechanical Restoration Alternative would result in some significant ongoing, permanent impacts related to water quality, and potentially some disruption of riparian habitats, depending on the frequency of mechanical maintenance, in the Trinity River Basin (see comments provided by CDFG pertaining to the Mechanical Restoration Alternative, Comment Letter 6314). The lead agencies believe that the alternatives discussed in detail in the DEIS/EIR are adequate, provide a reasonable range of options, and did not rely too heavily on increased flows as a means of improving the Trinity River fisheries.

Over a period of years, and based on very detailed and lengthy scientific studies, the expert scientists working for the lead agencies determined that increased flows are essential to improving fishery resources and are more effective than non-flow means. To the extent that increased flows in the Trinity River require environmental or economic tradeoffs in the Central Valley, the Secretary of the Interior (Secretary) will take such tradeoffs into account when making policy decisions regarding restoration of the Trinity River's fishery resources. The decision as to how to balance various tradeoffs is properly made by the Secretary, who is entitled to an environmental document that provides a range of alternatives best calculated to meet the purpose and need of the project. The DEIS/EIR fulfills that function. It provides a whole range of fully developed alternatives, as well as discussions of why certain other alternatives were not addressed in the same level of detail.

Also see thematic response titled "No Action Alternative/Existing Conditions Scenario and Range of Alternatives."

# References

Beechie, T. and S. Bolton. 1999. An Approach to restoring salmonid habitat-forming processes in Pacific Northwest watersheds. Fisheries 24(4):6-15.

Frissel, C. A., and R. K. Nawa. 1992. Incidence and causes of physical failure of artificial habitat structures in streams of western Oregon and Washington. N. Am. J. Fish. Manage. 12:182-197.

Kauffman, J. B., R. L. Beschta, N. Otting, and D. Lytjen. 1997. An ecological perspective of riparian and stream restoration in the western United States. Fisheries 22(5):12-24.

Ligon, F. K., W. E. Deitrich, and W. J. Trush. 1995. Downstream ecological effects of dams: a geomorphic perspective. Bioscience: 45(3):183-192.

Stanford, J. A., J. V. Ward, W. J. Liss, C. A. Frissell, R. N. Williams, J. A. Lichatowich, and C. C. Coutant. 1996. A general protocol for restoration of regulated rivers. Regulated Rivers: Research and Management 12:391-413.

Tennant, D. 1976. Instream flow regimes for fish, wildlife, recreation, and related environmental resources. In: Orsborn, J.F. and Allman, C.H. (Eds.). Bethesda, MD: Am. Fish. Soc.

# Increasing Effectiveness of Releases by Accounting for Storm Flows

Several reviewers stated that winter flood flows and safety-of-dam releases should be used to achieve fluvial geomorphic objectives and the corresponding spring releases be accordingly reduced.

Releasing high flows from the Trinity River Division (TRD) to augment high flows provided by tributaries downstream of Lewiston Dam falls into three classes:

1. **Piggy-backing floods**: These releases would be intentionally timed to coincide with downstream tributary flood peaks. To time dam releases with tributary flood peaks would require a predictive model(s) on expected tributary flood peaks generated by incoming storm systems. Piggy-backing dam releases would need to occur between November and March to coincide with rainfall and rain-on-snow storm events in tributaries downstream of Lewiston Dam.

2. **Percent inflow releases**: These releases would be based solely on a percentage of the rate of inflow into Trinity Reservoir. The 40 percent alternative in the Trinity River DEIS/EIR is based on releasing a 40 percent average of the previous 7-day's inflows, generating a stair-step release pattern with a 7-day frequency. The highest inflows into the TRD (and the correspondingly largest releases into the Trinity River) would occur between November and March to coincide with rainfall and rain-on-snow storm events in the watershed upstream of the TRD. The success of timing dam releases with downstream tributary flood peaks would depend on the length of averaging (7-day versus 3-day versus 1-day) TRD inflows; the longer the averaging period, the longer the lag-time between storm event and dam release, thus the lesser benefit to downstream flow augmentation. In other words, the longer the averaging period, the less chance there would be to piggyback on tributary floods. Therefore, a shorter averaging period would generate larger dam releases, as well as greater piggy-backing benefits.

3. **Safety-of-Dams releases**: These flow releases are in response to Safety-of-Dams (SOD) release criteria from Trinity Dam, and have typically occurred during January and February in wetter water years. The SOD releases have typically been 6,000 cfs, but were as high as 14,500 cfs in 1974. These flow releases are in response to SOD release criteria, and would not be scheduled for restoration purposes.

While the timing of high flows in winter is a natural event (as evidenced from unimpaired Trinity River at Lewiston streamflow hydrographs), releasing flows in the magnitude needed to achieve geomorphic and riparian objectives (6,000 to 11,000 cfs) since development of the TRD would most likely result in significant scour mortality of that year's cohort of incubating chinook and coho salmon eggs. This would be particularly true in reaches where channel geomorphology has not been rehabilitated (i.e., riparian berm removal and floodplain formation) because (1) the berm forces many of the redds to be constructed in the center of the channel, and (2) the riparian berm focuses scouring forces

between the riparian berms. Detailed hydraulic measurements at un-rehabilitated sites (Wilcock et al., 1995) and rehabilitated sites (McBain and Trush, 1997) have shown that rehabilitation greatly moderates scouring forces and distributes those forces more equally across the channel. Until the channel rehabilitation program is completed and a more thorough evaluation of chinook and coho salmon spawning patterns and scour potential is completed, the risk of release-induced losses to chinook and coho salmon production precludes recommending high flows during this period and would be contrary to the take prohibitions of ESA-listed coho salmon. This is explicitly recommended as part of the Adaptive Environmental Assessment and Management (AEAM) program, as discussed in Appendix O of the TRFES:

*"No high-flow releases are planned [for the fall/winter storm hydrograph], but synchronization of peak releases with stormflows should be evaluated through the adaptive management program to assess opportunities to maximize benefits of high-flow releases while conserving water."*

Evaluation of piggy-backing releases and the percent inflow releases cannot be conducted until the AEAM program is developed, channel rehabilitation projects are implemented, and as our understanding of discharge/ redd scour improves. This knowledge will allow us to better predict the potential negative impacts of winter high flows on chinook and coho salmon cohort production.

There have been suggestions that when SOD releases occur, spring high flows should be decreased because the SOD flow would have potentially achieved physical objectives for that water year. The concept of SOD releases receiving some sort of "ecological credit" was carefully considered in development of the Trinity River Flow Evaluation recommendations/ Preferred Alternative. Flow recommendations of the Preferred Alternative are based on quantitative management objectives, including flow magnitude, flow duration, and timing. Therefore, the ecological benefit of an SOD release of 11,000 cfs for 10 days in December does not equal the ecological benefit of a 10-day 11,000-cfs release during the spring snowmelt period. For example, if an 11,000-cfs SOD release occurs in January of an extremely wet water year, achieving bed mobility, bed scour, and sediment transport objectives for that year, the magnitude and duration of the spring release could be reduced from the 5-day 11,000-cfs release. However, spring biological objectives, such as meeting smolt temperature criteria and preventing riparian seedling germination low on alternate bar surfaces, would still require some portion of the snowmelt runoff hydrograph.

SOD releases from Trinity Dam have occurred in 8 of 35 years (see Appendix F of the TRFES), but these releases have not been of significant magnitude or frequency to achieve many of the fluvial restoration objectives needed to restore or maintain the mainstem habitat. Under the Preferred Alternative, the frequency of SOD releases will decrease by 36 percent compared to No Action, primarily because of lower end-of-year reservoir storage levels (see Appendix A of the DEIS/ EIR). Therefore, the insufficient magnitude of SOD releases and expected low frequency may only provide limited ecological benefits in the future.

Further consideration of the potential benefits of SOD releases must only be considered based on sound scientific information and within a science-based AEAM program.

# References

McBain, S. and W. J Trush.  1997.  Trinity River Channel Maintenance Flow Study Final Report.  Prepared for the Hoopa Valley Tribe, Trinity River Task Force. November.

Wilcock, P.R., G.M. Kondolf, A.F. Barta, W.V.G. Matthews, and C.C. Shea.  1995.  Spawning gravel flushing during trial reservoir releases on the Trinity River: Field observations and recommendations for sediment maintenance flushing flows.  Prepared for the U.S. Fish and Wildlife Service, Sacramento, CA, Cooperative Agreements 14-16-0001-91514 and 14-16-0001-91515.  96 pp.

# Comparison of Population Trends in Unregulated Rivers (Smith River and South Fork Trinity River) and the Mainstem Trinity

Several reviewers stated that the declines of Trinity River salmonid populations are not due to the construction and operation of the Trinity River Division (TRD). They stated that salmonid populations in the Pacific northwest generally have declined, and the TRD is not the cause of the current low populations of Trinity River salmonids. Commentors also asserted that salmonid populations in the Smith River, California, have also dramatically declined, and this is a watershed that is fairly intact and does not have any dams on it. They also stated that the same is true for the South Fork Trinity River populations.

Empirical evidence does not support the idea that the dams on the Trinity River bear little responsibility for decline of the anadromous fishery. Within 10 years after the completion of the TRD, the negative effect of these dams and their operation on the salmonid resources of the TRD was recognized (Hubbell, 1973; Trinity River Basin Fish and Wildlife Task Force, 1977). Land management activities, dam construction and operation, and harvest were identified as the three primary factors that have caused declines in anadromous salmonid populations in the Trinity River (USFWS, 1980). Measures have been initiated or taken to address the watershed and fish harvest factors, but the operations of the TRD have yet to be addressed. The Trinity River Basin Fish and Wildlife Restoration Program initiated many watershed restoration activities, especially in Grass Valley Creek. In addition, since the early 1980s, the fisheries that harvest Trinity River Basin salmon and steelhead have been intensively managed and regulated.

No pre-TRD data exist to compare population trends between the Trinity River and the Smith River or South Fork Trinity River. If escapement data for the Smith River and the Trinity River displayed the same trends (i.e., the data were correlated), then the assertion made by the commentors that the dam was not the primary cause for the salmonid population decline on the Trinity River may have some validity, but this assertion is not supported by the available data. Using hatchery-return data as a surrogate for natural populations, the commentors' assertion that the Smith River populations, unaffected by a dam, have experienced similar declines is unfounded. Concerning the decline of salmonid populations in the South Fork Trinity River, these declines have been attributed to habitat degradation resulting from poor land management activities and have also been affected by TRD operations to the extent that these operations have negatively influenced mainstem temperature regimes.

## Smith River

Salmonid populations experience large variations in population size due to a variety of natural and human-induced factors. Natural factors include freshwater habitat conditions caused by floods and drought and oceanic conditions. Human-induced factors include

water diversions, watershed disturbances, instream habitat disturbances, and harvest (Pearcy, 1992; Bisson et al., 1997). Salmonids exhibit varied life-history patterns and are relatively fecund (r-selected species), so that when conditions are favorable they experience large population growth, and when environmental conditions are unfavorable they experience population suppression.

If oceanic conditions were the primary reason for the decline in salmonids populations, then it would be expected that the abundance of hatchery populations would show similar trends. As long as the watersheds where the hatcheries were located were fairly close and the stocks had similar oceanic distribution, the stocks from different watersheds would be exposed to similar oceanic conditions, and the influence of variable freshwater environmental conditions would be minimized because of stable rearing habitat provided by the hatcheries.

Rowdy Creek Hatchery (RCH) is located on a tributary to the Smith River, and Trinity River Hatchery (TRH) is located below Lewiston Dam. To evaluate if Smith River populations and Trinity River populations were experiencing similar declines in population, a comparison of hatchery fall chinook returns was conducted, using returns to Rowdy Creek Hatchery and Trinity River Hatchery-produced fish. Comparable escapement data only exists for the period from 1982 through 1995, so comparisons of long-term population trends, especially prior to the construction of the Trinity River Division, is impossible.

Although data are limited, the statistical analysis of the relationship between fall chinook populations from Rowdy Creek Hatchery on the Smith River and Trinity River Hatchery indicates that the trends in spawning escapement are not related (the correlation between spawning escapements is poor and not statistically significant [$r = -0.042$, $p=0.886$]) (Figure 1). If escapement data for the Smith River and the Trinity River displayed the same trends (i.e., the data were correlated), then the assertion made by the commentors that the dam was not the primary cause for the salmonid population decline on the Trinity River may have some validity; but this assertion is not supported by the available data.

# South Fork Trinity River

While there are no dams or large diversions on the South Fork Trinity River, declines have occurred in some fish populations in this basin. The South Fork watershed has undergone substantial impacts due to past and continuing land management practices. The South Fork Trinity River is listed as an impaired water body by the U.S. Environmental Protection Agency (EPA) because of excessive sediment input.

Species of concern in the South Fork Trinity River include spring and fall chinook, summer and winter steelhead and coho salmon, and Pacific lamprey. Historic documentation of these stocks is limited; however, there is some information from the early 1960s and anecdotal accounts that give some idea of the declines that these stocks have undergone in the past several years.

Case 1:20-cv-01814-JLT-EPG   Document 118-7   Filed 12/30/22   Page 612 of 805

COMPARISON OF POPULATION TRENDS IN UNREGULATED RIVERS (SMITH RIVER AND SOUTH FORK TRINITY RIVER) AND THE MAINSTEM TRINITY



FIGURE 1
ROWDY CREEK HATCHERY (RCH) FALL CHINOOK SPAWNING
RETURNS AND TRINITY RIVER HATCHERY (TRH) PRODUCED
FALL CHINOOK SPAWNING RETURNS, 1982-1995
TRINITY RIVER FISHERIES RESTORATION EIS/EIR

## Chinook

Data exists that indicate that spring chinook populations have declined greatly since the early 1960s. California Department of Fish and Game (CDFG) surveys estimated a population in 1963 between 7,000 and 10,000 (Healey, 1963 as cited in PWA, 1994) and a 1964 population of 11,600 (LaFaunce, 1967) in the upper South Fork. Fall chinook numbers have ranged from 3,300 (including jacks) in 1964 (LaFaunce, 1967) to a low of 345 fish in 1990 (PWA Table 2-2, 1994). As recently as 1997, the fall chinook estimate was 1,210 fish based on CDFG helicopter redd surveys of the lower river (CDFG, 1998).

## Steelhead

As reported by Pacific Watershed Associates (PWA), there are indications that summer steelhead may never have been abundant in the South Fork. However, reported numbers are extremely low. Population data are very limited for winter steelhead, although it is assumed that their numbers have declined based on angler interviews and anecdotal information from citizens living in the South Fork basin (PWA, 1994). The CDFG estimated that there were 2,326 winter steelhead in 1991 and 3,500 in 1992 in the South Fork (CDFG as cited in PWA, 1994).

## Coho

As with steelhead, very little data exist for coho salmon in the South Fork, although anecdotal reports site coho adults in tributaries near Hyampom. Stream surveys from 1952 (Coots, 1952 as cited in PWA, 1994) indicate juvenile coho salmon were present in tributar-

ies.  Though historical population information is not available for comparison to current estimates, current numbers are considered extremely low (PWA, 1994).

## Pacific Lamprey

Population data for lamprey are non-existent.  There are accounts from residents that lamprey runs would occur in the Hyampom area during spring, and adults would die in early summer (PWA, 1994).  It may be assumed that factors that have resulted in declines of other anadromous runs have likely contributed to declines in lamprey populations because there is some overlap in habitat use with salmonids, particularly by spawning adults.

# Summary: South Fork Trinity River

There is evidence that other anthropogenic impacts to the South Fork basin have contributed to the declines of most fish runs.  The geology of much of the mainstem South Fork watershed is highly unstable, and much of the basin is susceptible to extensive erosion.  Clear-cut logging followed by the flood of 1964 contributed vast amounts of sediment into the mainstem South Fork and several tributaries.  In some locations, up to 24 feet of sedimentation occurred during the flood (PWA, 1994).

The EPA reported that the dominant process of sediment delivery to the basin is mass wasting (landslides and debris flow) and that most landslide activity during the period 1944-1990 occurred between 1960 and 1975 (EPA, 1998).  This report also states that road-related sediment delivery has continued to increase from 1944 to the present.

PWA (1994) reported that there appears to be an inverse relationship between the amount of sand and fine sediment in pools and the density of juvenile salmonids in many South Fork sub-basins.  They suggest habitat in the basin is one factor limiting salmonid production and that long-term sediment control will be an important component of fish population recovery.

Pool volume was the physical parameter most closely related to spring chinook densities according to Barnhart and Hillemeier (1994).  They reported that pool volume did not appear to be limiting spring chinook populations during 1992 and 1993 surveys.  However, they did conclude that holding habitat could be limiting if a large spring chinook run occurs during a low water year.

Although there are no dams on the South Fork, it is evident that other disturbances to fish habitat have contributed to declines in numbers.  One of the main components of the Trinity River Restoration Program has been an effort to reduce erosion in tributary basins that contribute high amounts of fine sediment to the mainstem Trinity River.  Without these efforts and appropriate land management practices in the future, success of habitat and fishery restoration efforts would be limited.

# References

Barnhart, R. A. and D. C. Hillemeier.  1994.  Summer habitat utilization by adult spring chinook salmon and summer steelhead, South Fork Trinity River, California.  Final Report for U.S. Bureau of Reclamation, Trinity River Restoration Program, December. 60 pp.

Bisson, P. A., G. H. Reeves, R. E. Bilby, and R. J. Naiman. 1997. Watershed management and Pacific salmon: desired future conditions. *In* D. J. Stouder, P. A. Bisson, and R. J. Naiman (editors), Pacific salmon and their ecosystems: status and future options. Chapman and Hall, New York, NY.

CDFG (California Department of Fish and Game). 1998. Annual report, Trinity River Basin salmon and steelhead monitoring project, 1997 - 1998 season. Inland Fisheries Division, Sacramento, CA. 31 pp.

EPA (U.S. Environmental Protection Agency). 1998. South Fork Trinity River and Hayfork Creek sediment total maximum daily loads.

Hubbel, P. 1973. A program to identify and correct salmon and steelhead problems in the Trinity River Basin. CDFG.

LaFaunce, D. A. 1967. A king salmon spawning survey of the South Fork Trinity River, 1964. California Department of Fish and Game, Marine Res. Administrative Report. 67-10. 13 pp.

Pearcy, W. 1992. Ocean ecology of North Pacific Salmonids. Univ. of Washington Press, Seattle, WA.

PWA (Pacific Watershed Associates). 1994. Action plan for restoration of the South Fork Trinity River watershed and its fisheries, prepared for U.S. Bureau of Reclamation and the Trinity River Task Force, Feb.

Trinity River Basin Fish and Wildlife Task Force. 1997.

USFWS & HVT (U.S. Fish and Wildlife Service and Hoopa Valley Tribe). 1999. Trinity River Flow Evaluation Final Report; June 1999. Arcata, CA.

USFWS. 1980. Environmental Impact Statement on the Management of River Flows to Mitigate the Loss of the Anadromous Fishery of the Trinity River, California. Volumes I and II. U.S. Fish and Wildlife Service, Division of Ecological Services. Sacramento, CA.

# Role of the Trinity River Hatchery

Several reviewers provided comments pertaining to the operation of Trinity River Hatchery (TRH), its potential role in increasing salmonid populations, the impacts of hatchery-produced fish on naturally produced fish, and implementation of hatch-box programs. The purpose of TRH is to mitigate for the loss of salmonid production from habitats upstream of Trinity Dam. Additionally, Section 2(a)(1)(c) of the 1984 Trinity River Basin Fish and Wildlife Management Act (P.L. 98-541), as amended by P.L. 104-143, states that Trinity River Hatchery is not to impair "efforts to restore and maintain naturally reproducing anadromous fish stocks within the Basin." Increased hatchery production was identified during public scoping as a potential alternative to meet the purpose and need to restore and maintain natural production downstream of Lewiston Dam. However, increased hatchery production does not do this because by definition, hatchery fish are not naturally produced (see Section 2.2.6, page 2-41 of the DEIS/EIR).

The DEIS/EIR states that "naturally producing populations are self-sustaining" (see page 3-158 of the DEIS/EIR). Increasing hatchery production to increase the numbers of spawners does not create a naturally producing population that is self-sustaining, but creates a "put and take" fishery. The TRH itself has mitigation goals for each of the three salmonid species, but these goals are different from the inriver spawner escapement goals for naturally produced salmonids as developed by the Trinity River Restoration Program (TRRP). Hatchery-produced fish (the F-1 generation) that opt to spawn in the river instead of returning to the hatchery are not considered naturally produced (they were produced at the hatchery) and do not contribute to the TRRP's inriver spawner escapement goals. However, if their offspring survive (the F-2 generation) from eggs in the river to adult, this F-2 generation is considered naturally produced and do contribute to the TRRP's inriver goals (see pages 3-157 and 3-158 of the DEIS/EIR for an explanation of the TRRP goals for both inriver escapement and hatchery return and definition of terms used in relation to hatchery- and naturally produced fish). The F-2 generation will not significantly increase the number of spawners in subsequent years because habitat for fry has been found most limiting.

The DEIS/EIR discusses potential adverse effects of hatchery operations on natural production and suggests approaches to eliminate or minimize any adverse effects (see Appendix B, page B-8 of the DEIS/EIR). The available information that includes the numbers of hatchery fish spawning inriver and therefore competing with naturally produced fish is disclosed (see pages 3-158 to 3-160 of the DEIS/EIR; Appendix B, Attachment B1, Tables B1-2, B1-3, B1-4, and B1-5). At this time, there is insufficient information specific to the genetics of hatchery/naturally produced interactions of Trinity River salmonids to effectively evaluate the potential problem. These actions were not ignored, but acknowledged, and kept constant across all alternatives for impact analysis. Recent changes in TRH guidelines (1996) have been adopted to reduce/minimize potential negative impacts. These new guidelines have not been implemented for a sufficient time to be thoroughly evaluated. Fry and juvenile rearing habitat has been identified as greatly limiting the restoration of naturally produced fish. Hence, an informed decision to restore salmonid habitat by implementing

the Preferred Alternative and continuing to evaluate the hatchery operations through the Adaptive Environmental Assessment and Management (AEAM) plan is a prudent and rational approach to restoring the natural salmonid production in the Trinity River.

Relocation of TRH to reduce any potential negative impacts of hatchery fish on naturally produced fish was not identified in the initial public scoping for the DEIS/EIR, and was not an alternative considered in the DEIS/EIR. Presently, the effects of hatchery-produced fish on naturally produced fish are not well understood within the Trinity River system. While hatchery fish spawning inriver has been identified as a potential problem in years with large numbers of adults returning to the river, the hatchery has recently adopted (1996) new operational guidelines to reduce such impacts. These new guidelines include (1) accepting all adults into the hatchery, (2) not exceeding hatchery production goals, and (3) releasing hatchery smolts at a time that minimizes their competition with naturally produced smolts. Changes in hatchery operations are likely to reduce any impacts to naturally produced fish without the additional expense of relocating the hatchery. Relocation of TRH will not increase habitat and will not improve the spawning success in the 40 miles below Lewiston if habitat degradation is not reversed. The channel will continue to be channelized, coarse sediment (including spawning gravels) will not be available, redd scour is likely to continue with the current channel configuration, and fry habitat will still be largely limited.

Hatch-box programs to increase salmonid production would not increase natural production and would create a situation where naturally produced fry would be competing with hatch-box fry for very limited fry rearing habitat. This would not be an increase in natural production as identified in the purpose and need, and defined in recent legislative mandates Central Valley Project Improvement Act. These types of activities also do not address the root of the problem, which is degraded freshwater habitat (BLM, 1995; USFWS and HVT, 1999). Hatch-box facilities can be beneficial as a short-term solution when spawning habitats or spawners are limited. However, the best available data and information indicates that salmonid rearing habitat is much more limiting than spawning habitat (Section 5.6 in the TRFES). Increasing fry production without increasing corresponding inriver habitat carrying capacity and addressing factors that degrade rearing habitat will not increase natural production in the mainstem Trinity River.

Some reviewers requested that additional information be made available, specifically the numbers of hatchery fish spawning inriver. Available information can be found in Appendix B, Attachment B1, Tables B1-2, B1-3, B1-4, and B1-5 for spring chinook salmon, fall chinook salmon, coho salmon, and steelhead from 1983 to 1997, although data is not available in all years for all species. Trends for numbers of hatchery fish to naturally produced fish spawning inriver are discussed in the DEIS/EIR (see pages 3-158 to 3-160 of the DEIS/EIR) and diagramed for fall chinook, which has the most complete data set (see Figure 3-36 of the DEIS/EIR).

# References

BLM.  1995.  Mainstem Trinity River Watershed Analysis.  U.S. Department of the Interior, Bureau of Land Management, Redding Resource Area, Redding, CA.

USFWS & HVT (U.S. Fish and Wildlife Service and Hoopa Valley Tribe).  1999.  Trinity River Flow Evaluation Final Report; June 1999.  Arcata, CA.

# Predator Control as a Means for Increasing Population

Some reviewers commented that salmon production is limited by predation, and some reviewers specifically called for an alternative that would reduce sea lion and seal populations to increase salmon returns.  While these marine mammals, as well as other animals, are known to prey on various life stages of salmon and steelhead, the best available science indicates that freshwater habitat is largely limiting the production potential in the Trinity River (BLM, 1995; USFWS and HVT, 1999).  A predator-control alternative approaches the problem of salmon production in the same manner as the Harvest Management Alternative, but while the Harvest Management Alternative proposed to reduce salmon mortality through the implementation of increased harvest restrictions, a Predator Control Alternative would decrease salmon mortality by decreasing predator populations.

Analysis of the Harvest Management Alternative showed that reducing harvest to meet escapement goals did not increase salmonid production (see Sections 2.2.2 and 2.2.5, pages 2-38 through 2-40 of the DEIS/EIR; and Appendix B, Attachment B15) because it did not address freshwater habitat limitations.  A Predator Control Alternative would be ineffective for the same reasons and was also eliminated from consideration (see Section 2.2.5, page 2-40 of the DEIS/EIR).  Reducing salmon mortality by decreasing predator populations, such as sea lions and seals, will not address the habitat conditions that limit salmonid production in the Trinity River and would also raise Marine Mammal Protection Act issues.

## References

BLM.  1995.  Mainstem Trinity River Watershed Analysis.  U.S. Department of the Interior, Bureau of Land Management, Redding Resource Area, Redding, CA.

USFWS & HVT (U.S. Fish and Wildlife Service and Hoopa Valley Tribe).  1999.  Trinity River Flow Evaluation Final Report; June 1999.  Arcata, CA.

# Analysis Methods for Central Valley and Delta Fishery Resources

Some reviewers questioned the use of particular models, as well as methodology used to identify potential impacts to Central Valley and Delta fisheries related to reduced Trinity exports. To assess and distinguish the effects of the proposed alternative on the fishery resources within the Central Valley and Delta within the context of the California Environmental Quality Act (CEQA) and National Environmental Policy Act (NEPA) analysis, it was necessary to identify a set of methods that were reasonable and effective for a large geographic area and a diverse fishery resource. As summarized in the DEIS/EIR (Section 3, page 3-172 for anadromous and page 3-181 for native and non-native fishes), the methods used to evaluate and assess alternatives included Reclamation's Sacramento River Salmon Mortality Model (LSALMON2) and changes in flows into the Sacramento River and the Sacramento/San Joaquin Delta (Delta). A detailed description of the methods for impact analysis regarding the diverse set of fishery resources in the Central Valley are in Appendix B, Fishery Resources of the DEIS/EIR (page B-36 for anadromous salmonids; page B-65 for other native anadromous fishes; page B-79 for resident native fishes; and page B-93 for non-native fishes). Also see the thematic response titled "Use of Water Delivery and Related Models."

It is important to note that the analysis conducted and presented in the DEIS/EIR represented a "worst-case" analysis, in that **any** identified negative change with regard to water quality, temperature, or mortality (given the particular indicator used for each model) was identified as a potentially significant impact. Because at the time the DEIS/EIR was released for public review the results of the completion of necessary ESA consultation were not yet known, the DEIS/EIR conservatively identified such impacts as "unavoidable" in Chapter 4 Other Impacts and Commitments. Since the issuance of the Public DEIS/EIR, ESA consultation has been completed and biological opinions finalized (under separate cover). Implementation of the Preferred Alternative is not likely to jeopardize delta smelt, Sacramento splittail, bald eagle, and northern spotted owl (per the U.S. Fish and Wildlife Service's [Service] Biological Opinion [BO]) or Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, Central Valley steelhead, and Southern Oregon/Northern California Coast coho salmon (per the National Marine Fisheries Service's [NMFS] BO) given the implementation of reasonable and prudent measures specified in each BO and listed in the thematic response titled "Mitigation to Listed Species/ESA Consultation."

In recent years, the primary and established tool for evaluating the effects of water projects on anadromous salmonids in the Central Valley has been the LSALMON2 model. This model has been used for many years as the primary evaluative tool to assess impacts of water projects within the mainstem Sacramento River. The Biological Assessment of long-term effects of the Central Valley Project Operations Criteria and Plan (CVP-OCAP) and the subsequent Biological Opinion issued by NMFS (1993) relied on the LSALMON2 model to evaluate CVP project impacts.

As discussed in the DEIS/EIR, the LSALMON2 model was used to estimate the projected losses of the egg and fry life stages of chinook salmon in the uppermost portion of the Sacramento River. This is where and when eggs and fry are most vulnerable (U.S. Bureau of Reclamation [Reclamation], 1991). As shown in Table 3-15 of the DEIS/EIR, the model estimated that for the implementation of the Maximum Flow, Flow Evaluation, or the Percent Flow Alternative, some species of chinook salmon would be potentially affected by increased water temperatures. This approach is consistent with the NMFS' approach to management and focus on water temperatures. Lacking established habitat-flow relations to evaluate the impacts of the DEIS/EIR's alternatives on other non-salmonid anadromous species such as sturgeon, it was necessary to identify and employ an alternative assessment methodology. Reclamation's PROSIM model was used given its accepted use as a modeling tool (see the thematic response titled "Use of Water Delivery and Related Models"). The data are limited in their ability to precisely assess impacts to fishery resources given a monthly time-step is used to estimate the volume of water at discrete locations along the Sacramento River (e.g., Keswick, Grimes, and Verona) and the Delta (inflow and outflows). Given this limitation, the CEQA/NEPA impact assessment evaluations examined the differences in the magnitudes of monthly streamflows within the Sacramento River at those discrete locations. This approach resulted in identifying specific months and locations where an alternative differed from the No Action Alternative by more than 10 percent. The primary and underlying assumption was that a streamflow reduction of greater than 10 percent at a particular location along the Sacramento River and inflows and outflows in the Delta, as compared to the No Action Alternative, would be sufficient to reduce habitat quantity and/or quality to an extent that would significantly affect fish species. This assumption was very conservative. It is likely that reductions in streamflows much greater than 10 percent would be necessary to significantly (and quantifiably) reduce habitat quality and quantity to an extent detrimental to fishery resources.

For other native fishery resources occupying the lower Sacramento River and the Delta, a methodology similar to that for the non-salmonid anadromous species in the Sacramento River was employed. The changes in monthly streamflows within the Sacramento River for each alternative were compared to the No Action Alternative. For an assessment of impacts of each alternative to native fishery resources in the Delta, inflows and outflows to the Delta, the ratio of Delta inflow to export flows, and the physical position of X2 (the location of water with a concentration of two parts-per-thousand [ppt] in the Bay-Delta estuary) within the Delta compared to the No Action Alternative, see page B-79 in Appendix B.

Finally, to evaluate the impacts of alternatives on non-native fishery resources, a comparison of changes in monthly streamflows at locations in the Sacramento River, changes in monthly Delta outflow, Delta inflow to export ratios, and the changes in the position of X2 in the Delta were compared to the No Action Alternative (see page B-93 in Appendix B). Collectively, the evaluation of the changes of these flow parameters provided a comprehensive set of tools to assess the impacts of alternatives on fishery resources in the Central Valley, which, at present, represent the best scientific tools available to assess the environmental effects of the alternatives.

# References

National Marine Fisheries Service.  1993.  Biological Opinion for the Operation of the Federal Central Valley Project and the California State Water Project.  12 February.

U.S. Bureau of Reclamation.  1991.  Appendices to Shasta Outflow Temperature Control: planning Report/ Environmental Statement: Appendix A.  USDI/ BOR/ Mid-Pacific Region. November 1990, Revised May 1991.

# No Action Alternative/Existing Conditions Scenario and Range of Alternatives

Several reviewers expressed concerns with the assumptions made for the National Environmental Protection Act (NEPA) No Action Alternative, as well as the California Environmental Quality Act (CEQA) Existing Conditions scenario. A number of comments were also received on the range of alternatives.

Under NEPA, the No Action Alternative is used as the baseline to which all alternatives are compared. No Action assumptions under NEPA generally include the continuation of management practices and programs absent the proposed project or action (*Memorandum: Questions and Answers about the NEPA Regulations [Forty Questions]*, 46 Fed. Reg. 18026 (March 23, 1981) as amended, 51 Fed Reg. 15618 [April 25, 1986]). Conversely, under CEQA, the proposed project and alternatives are typically compared to the existing condition rather than future conditions (CEQA Guidelines, 15125, subd. (a)). Given this document is a joint Environmental Impact Statement/ Environmental Impact Report, the Preferred Alternative, and each of the other alternatives, are compared to both the No Action Alternative per NEPA, as well as to existing conditions, per CEQA. This analysis, which held all No Action/ Existing Condition assumptions constant across each alternative to ensure a consistent and objective result, is presented in Chapter 3 of DEIS/ EIR. The discussion below identifies the primary assumptions involved in the development of each.

In addition to using the No Action Alternative and existing conditions as a baseline from which to compare alternatives, NEPA and CEQA also require that a range of feasible alternatives be identified that are capable of meeting the objectives of the proposed project. Under NEPA, the identification of a purpose and need for a proposed action drives the development of alternatives, which must be "rigorously explored and objectively evaluated" (40 C.F.R. 1502.14(a) *Forty Questions No 1(a)*). CEQA is similar in that the range of alternatives is driven by attaining "most of the basic objectives of the project" (CEQA Guidelines Section 15126.6(a)). The identification of a reasonable range of alternatives is also discussed below under "Range of Alternatives."

## NEPA No Action Alternative

As described on pages 2-4 through 2-11 of the DEIS/ EIR, the No Action Alternative reflects anticipated conditions in the year 2020 and includes projections concerning future growth and associated water demands and changes in land use (this alternative also serves as the CEQA "No Project" alternative). The California Department of Water Resources (DWR) Water Plan Update (Bulletin 160-93) was used as the basis of these projections. The Bulletin is commonly used as a source of information and projections with regard to current and future conditions, as evidenced by its use in a number of completed and ongoing environmental documentation and planning efforts throughout the state.

While stakeholders may debate about the precise accuracy of some of the assumptions contained within the Bulletin, its use allows a consistent comparison of alternatives, the ability to quantitatively assess the potential effects related to water availability and deliveries, and is consistent with the methodology used for other major environmental documents including the Central Valley Project Improvement Act (CVPIA) Programmatic EIS (PEIS) and CALFED PEIS. All other components of the No Action Alternative were only included if they represented approved programs that had obtained all environmental clearances and permits, as stated on page 2-4 of the DEIS/EIR. As indicated in Chapter 2 of this FEIS/EIR, Changes to the DEIS/EIR, the erroneous statement on page 2-6 stating that the No Action flow schedule is in part due to provisions in the CVPIA has been deleted.

The No Action instream flows for the Trinity River of 340,000 acre-feet (af) were assumed because of the 1981 and 1991 Secretarial Issue documents on Trinity River flows (Andrus and Lujan Decisions, respectively). These documents assume a minimum instream flow of 340,000 af pending implementation of the final secretarial flow decision. A minimum instream flow of 340,000 af was fully evaluated under NEPA in the 1980 "EIS on the Management of River Flows to Mitigate the Loss of the Anadromous Fishery of the Trinity River, California" and the 1991 Environmental Assessment for the Lujan Decision. Some reviewers raised concerns over the inclusion of certain assumptions in the No Action Alternative, including the provisions of the CVPIA. The provisions of the CVPIA were not included in the No Action Alternative because a Record of Decision (ROD) had not been signed prior to the issuance of the Trinity River Restoration DEIS/EIR. The federal lead agencies did not want to treat as a "given" a major federal action for which full NEPA compliance is not yet final. Regardless, the inclusion of CVPIA-related provisions and assumptions would not affect the impact analysis with respect to the comparison of alternatives and rankings, given the No Action assumptions would again be fixed. Furthermore, the potential degree of impact of the implementation of the CVPIA and the proposed action is quantitatively analyzed and described in Chapter 4 Other Impacts and Commitments of the DEIS/EIR. Thus, the DEIS/EIR does reveal the extent to which CVPIA implementation would contribute to long-term impacts in the year 2020.

Some comments suggested that the use of DWR Bulletin 160-93 data was inappropriate given the 160-93 data includes projections related to land retirement as a result of the implementation of CVPIA. DWR Bulletin 160-93 was the most up-to-date information available at the time the DEIS/EIR was initiated. Additionally, DWR Bulletin 160-98, which is the most recent DWR Bulletin and was released in 1998, used the same planning horizon (2020). Urban growth projections were actually reduced somewhat in Bulletin160-98, thus, the use of Bulletin 160-93 projections provides a very conservative estimate of urban water demand. In an effort to not underestimate environmental effects, the lead agencies used the more conservative estimates from DWR Bulletin 160-93.

Retirement of privately owned irrigated lands attributable to CVPIA-related projections (assumed in Bulletin 160-93 to be approximately 30,000 acres of drainage-impaired lands) was not included in the No Action Alternative (additional land retirement identified as part of CVPIA is discussed in Chapter 4.1 Cumulative Impacts in the DEIS/EIR). As shown on page 2-5 of the DEIS/EIR, land retirement assumptions were limited to proposed state programs. Table 2-2 of the DEIS/EIR lists the key operations, policies, and regulatory requirements assumed in the No Action Alternative.

As stated on page 3-62 of the DEIS/EIR, the greatest increases in overall CVP water demand are assumed to occur north of the Delta in association with municipal and industrial (M&I) water rights and water service contracts with the CVP's American River Division. Additionally, demands on the State Water Project (SWP) are projected to require additional exports in response to increased SWP M&I demands.  Key assumptions identified on page 2-7 of the DEIS/EIR related to operation of the CVP include continuing to meet the existing biological opinions for winter chinook salmon and delta smelt through adherence to the CVP Operation Criteria and Plan (CVP OCAP), the Coordinated Operations Agreement (COA) governing CVP and SWP operation, and meeting the water quality provisions of the Bay/Delta Accord Principles of Agreement.

Subsequent to the modeling analyses conducted for the Draft EIS/EIR, California Court of Appeal for the Third Appellate District struck down a portion of the Monterey Agreement signed by the Department of Water Resources and State Water Project (SWP) contractors in 1994.  The agreement amendments changed the prior method of allocating water supply deficiencies, which reduced supplies to agricultural contractors before those to urban contractors were cut.  The No Action and all other Trinity alternatives assume the Monterey Agreement is in place, and SWP supplies are allocated among agricultural and municipal and industrial (M&I) contractors evenly in proportion to their entitlement.  The Monterey Agreement, as simulated in the No Action Alternative, has no effect on the level of SWP delivery, rather it only affects the delivery allocation to contractors south of the Delta once an overall delivery level has been determined.  Therefore, the Monterey Agreement does not have any impact on the amount of water the SWP exports from the Delta.  The amount of water exported is a function of demand, available supply, and export restrictions.

Accordingly, it is not anticipated that this court decision will have any significant impact on the results of the modeling analyses conducted for the Draft EIS/EIR.

# CEQA Existing Conditions

The CEQA-required comparison of each alternative to existing conditions is also presented in Chapter 3 Affected Environment and Environmental Consequences of the DEIS/EIR.  The Existing Conditions scenario was developed to allow for quantitative analysis with regard to water supplies and associated issue areas including agriculture and M&I impacts, but at an "existing" level of development, rather than the NEPA no action-assumed future level of development.

The existing conditions baseline used for the CEQA analysis assumed a 1995 level of population, land use, and associated water demand.  The year 1995 was used as the existing conditions baseline because it correlates to timing of filing of the Notice of Preparation (NOP) by Trinity County (see CEQA Guidelines Section 15125(a)).  The year 1995 is also when the Bay/Delta Accord (actually signed December 15, 1994) was initially implemented.  The primary differences between the Existing Conditions scenario and the No Action Alternative are that the assumptions described above related to increased CVP water demand north of the Delta, and SWP demand south of the Delta are not included.  Accordingly, and as identified in a number of places in the DEIS/EIR, much of the impact identified for many of the issue areas when comparing each alternative to the Existing Conditions scenario is attributable to growth assumed to occur between 1995 and the year 2020 (i.e., the incremental dif-

ference between the population, land use, and water demands assumptions for the Existing Conditions scenario versus the No Action Alternative). In essence, much of the impact shown when comparing the alternatives to existing conditions is not attributable to the alternatives.

As stated above under "NEPA No Action Alternative," instream flows for the Trinity River were assumed to be 340,000 af/year because of the 1981 and 1991 Secretarial Issue documents (Andrus and Lujan decisions, respectively).

# Range of Alternatives

As described in Chapter 2 Description of Alternatives of the DEIS/EIR, the alternatives developed and analyzed were formulated from public input, scientific information, and professional judgment, in a manner consistent with NEPA and CEQA. The alternatives carried through for analysis were deemed to meet the stated purpose and need on page 1-4 of the DEIS/EIR to "restore and maintain the natural production of anadromous fish on the Trinity River mainstem downstream of Lewiston Dam." In addition, the CEQA-related goals and objectives of the proposed action are listed on pages 1-4 and 1-5 of the DEIS/EIR and include objectives specific to Trinity County concerns including the following:

- Minimize high Trinity River water levels that would displace large numbers of residents from their homes

- Maximize the potential to attract recreationalists to Trinity County

- Minimize avoidable impacts to recreational activities on Lewiston and Trinity Reservoirs

- Protect County of Origin and Area of Origin water rights

- Comply with state and federal water quality objectives

- Comply with the Trinity County General Plan

In addition to meeting the NEPA purpose and need and the County's CEQA-related objectives, alternatives were developed to provide a range of potential actions as called for by both NEPA and CEQA (40 CFR 1505.1(e) and CEQA Guidelines Section 15126.6(a), respectively). The alternatives analyzed range from the State Permit Alternative that would result in decreased Lewiston Dam releases averaging approximately 10 percent of Trinity Reservoir inflow (and an associated export of 90 percent), to the Maximum Flow Alternative, which would use all of the inflow into Trinity Reservoir and completely eliminate water exports. Additionally, the Mechanical Restoration Alternative was developed to present an alternative that would assist in restoration through purely mechanical means, with no increase in instream flows. Finally, the Percent Inflow Alternative represents an operational approach whereby a fixed percentage of inflow into Trinity Reservoir would be released from Lewiston Dam. This range in flows, exports, and approaches represents a very broad range of potential actions to allow decision-makers the opportunity to understand the issues and impacts associated with each in determining which alternative or combination of alternatives to implement.

## Alternatives Determined to be Infeasible

A number of other alternatives were also examined that were determined to be infeasible or inconsistent with the purpose and need and, therefore, were not analyzed in detail. The "Considered but Eliminated" alternatives are presented, along with the reason for their elimination in the DEIS/EIR on pages 2-35 through 2-42, Section 2.2 Alternatives Considered but Eliminated.

Over the course of the DEIS/EIR's development, many public comments were received that an alternative to remove Trinity and Lewiston Dams should be included. Such an alternative was considered to have merit with regard to long-term restoration and meeting the purpose and need of the proposed action, but was eliminated because the environmental impacts, foregone benefits, extremely long time frame, and costs associated with removing the dams were deemed excessive. This conclusion was not supported by the Yurok and Karuk Tribes, as described in Section 5.1 of the DEIS/EIR.

A harvest management alternative was also suggested by many to be a viable alternative or part of an alternative. Potential management approaches beyond the existing Pacific Fishery Management Council and Klamath Fishery Management Council plan processes were assessed, concluding that habitat, not the number of spawning adults, is the limiting factor in the production of anadromous fish in the Trinity River. The results of the assessment, which included three potential methods to assess the effectiveness of restricting harvest, are summarized on pages 2-38 through 2-40 of the DEIS/EIR, and presented in detail in Appendix B. Other alternatives suggested through public input and/or developed by the project team are also discussed in DEIS/EIR Section 2.2, Alternatives Considered but Eliminated.

Some reviewers suggested that other alternatives be analyzed. For instance, a very large number of reviewers have proposed an alternative that would release 70 percent of the inflow into Trinity Reservoir and only export the remaining 30 percent of the total inflow volume. It is important to note that these suggested alternatives fall within the range of alternatives that have been analyzed in detail. The identification of the broad range of alternatives analyzed in the DEIS/EIR in no way precludes the Secretary of the Interior from selecting a hybrid alternative from those identified, or a different alternative from those that were analyzed given such an alternative falls within the range of impacts identified in the DEIS/EIR. As stated on page 2-3 of the DEIS/EIR: "Associating certain actions with certain alternatives in a DEIS/EIR does not preclude hybridizing alternatives in an ROD; both NEPA and CEQA allow decision-makers to integrate components from various alternatives if desired," given that such an alternative would result in no greater impact than those addressed in the DEIS/EIR.

# Mitigation to Listed Species/ESA Consultation

A number of reviewers asserted that the DEIS/EIR improperly deferred analysis and mitigation to listed species. In that the potential adverse effects to listed species identified in the DEIS/EIR are the subject of consultation under Section 7 of the Endangered Species Act (ESA), with both the U.S. Fish and Wildlife Service (Service) and National Marine Fisheries Service (NMFS), it was entirely appropriate to defer describing specific minimization actions until the consultations had been completed. Dialogue between the action and regulatory agencies often results in the development of minimization measures to reduce or eliminate adverse effects to listed species. Further, the Service and NMFS could not begin formal consultation until the action for consultation had been described in detail. This process was initiated with the release of the DEIS/EIR, and has been subsequently completed. Public comment will contribute toward finalization of the proposed alternative. For California Environmental Quality Act (CEQA) purposes, the County will consider the FEIS/EIR, Record of Decision (ROD), and additional findings when certifying the EIR portion of the EIS/EIR. The certified FEIS/EIR, then, will address mitigation in more detail than is found in the DEIS/EIR.

The DEIS/EIR took a conservative "worst-case" approach per CEQA related to potential impacts to listed species, as presented in Chapter 3 Affected Environment and Environmental Consequences, specifically Sections 3.5 Fishery Resources and 3.7 Vegetation, Wildlife, and Wetlands. Impacts to potentially impacted listed aquatic species (Central Valley winter-run and spring-run chinook salmon, steelhead, Sacramento splittail, and Delta smelt) are all identified as potentially significant given modeled temperature and flow impacts. Impacts to terrestrial species such as the bald eagle and northern spotted owl were found to be less than significant. Development of biological opinions (BO) by the Service and NMFS included review of the same data used to prepare the DEIS/EIR, as well as additional data where appropriate.

Per the Service's Biological Opinion (2000; under separate cover), implementation of the Preferred Alternative is not likely to jeopardize delta smelt and Sacramento splittail or adversely modify critical habitat for delta smelt. The Service has concurred with the determination that implementing the Preferred Alternative will not likely adversely affect the bald eagle and northern spotted owl. It is anticipated that delta smelt and Sacramento splittail will be adversely affected by implementing the Preferred Alternative and that incidental take may be affected in manner or extent not analyzed in the March 6, 1995 Biological Opinion on the Long-term Operation of the CVP and SWP. Therefore, the following reasonable and prudent measure to minimize the effects of incidental take was developed:

1. U.S. Bureau of Reclamation (Reclamation) shall minimize the effects of reoperating the Central Valley Project resulting from the implementation of the Preferred Alternative within the Trinity River Basin on listed fish in the Delta.

Implementation of this measure will be non-discretionary.

Per the NMFS' Biological Opinion (2000; also under separate cover), implementation of the Preferred Alternative is not likely to jeopardize Southern Oregon/Northern California Coast (SONCC) coho salmon, Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, or Central Valley steelhead. The NMFS does anticipate that SONCC coho salmon habitat adjacent to and downstream of the channel rehabilitation projects associated with the Preferred Alternative may be temporarily degraded during construction. Construction of these projects, which will create a substantial amount of additional suitable habitat, may temporarily displace an unknown number of juvenile coho salmon but is not expected to result in a lethal take. The NMFS does not anticipate that the implementation of the proposed action will incidentally take Central Valley spring-run chinook or Central Valley steelhead, but that the Preferred Alternative will result in a minute increase in the level of Sacramento River winter-run chinook incidentally taken in all years except critically dry years. In such years, Reclamation would be required to reinitiate consultation per the existing Winter-run Central Valley Project Operations Criteria and Plan to develop year-specific temperature control plans. Implementation of the following reasonable and prudent measures specified in the NMFS BO to minimize the effects of incidental take shall be non-discretionary and will result in minimizing impacts of incidental take of SONCC coho salmon and Sacramento River winter-run chinook salmon in all years including critically dry years:

The Service and Reclamation shall:

1. Implement the flow regimes included in the proposed action (as described in the DEIS/EIR, page 2-19, Table 2-5) as soon as possible.

2. Ensure that NMFS is provided the opportunity to be represented during implementation of the Adaptive Environmental Assessment and Management program.

3. Ensure that the replacement bridges and other infrastructure modifications, needed to fully implement the proposed flow schedule, are designed and completed as soon as possible.

4. Periodically coordinate with NMFS during the advanced development and scheduling of the habitat rehabilitation projects described in the DEIS/EIR.

5. Complete "the first phase of the channel rehabilitation projects" (U.S. Fish and Wildlife Service and U.S. Bureau of Reclamation, 2000) in a timely fashion.

6. Implement emergency consultation procedures during implementation of flood control or "safety of dams" releases from Lewiston Dam to the Trinity River.

7. In dry and critically dry water-year classes, Reclamation and Service shall work cooperatively with the upper Sacramento River Temperature Task Group to develop temperature control plans that provide for compliance with temperature objectives in both the Trinity and Sacramento Rivers.

Implementation of these measures will be non-discretionary.

MITIGATION TO LISTED SPECIES/ESA CONSULTATION

# References

National Marine Fisheries Service.  2000.  Biological Opinion for the Trinity River Mainstem Fishery Restoration EIS and its effects on Southern Oregon/Northern California Coast coho salmon, Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, and Central Valley steelhead.  Southwest Region.  October.

U.S. Fish and Wildlife Service.  2000.  Reinitiation of Formal Consultation.  Biological Opinion on the Effects of Long-term Operation of the Central Valley Project and State Water Project as Modified by Implementing the Preferred Alternative in the Draft Environmental Impact Statement/Environmental Impact Report for the Trinity River Mainstem Fishery Restoration Program.  Also, a Request for Consultation on the Implementation of this Alternative on the Threatened Northern Spotted Owl, Northern Spotted Owl Critical Habitat, and the Endangered Bald Eagle within the Trinity River Basin and where Applicable, Central Valley Reservoirs.  Sacramento, CA.  October.

U.S. Fish and Wildlife Service and U.S. Bureau of Reclamation.  2000.  Biological assessment for those actions in the preferred alternative of the proposed preferred Trinity River mainstem fishery restoration program that may effect listed species and their critical habitat.  Enclosure to a June 5, 2000, letter from M. Spear, USFWS, and L. Snow, BOR, to R. McGinnis [sic], NMFS.  June 5, 2000. 36 pp.

# Exclusion of CVPIA from the No Action Alternative

The National Environmental Policy Act (NEPA) requires that all alternatives be "rigorously explored and objectively evaluated" (40 C.F.R. 1502.14(a) *Forty Questions No 1(a)*) and compared to a No Action alternative that addresses anticipated future conditions. As discussed in the thematic response titled "No Action Alternative/ Existing Conditions Scenario and Range of Alternatives," the provisions of the Central Valley Project Improvement Act (CVPIA) were not included in the No Action Alternative because a Record of Decision (ROD) on full implementation of CVPIA was not signed at the time the public draft was completed, inclusion of such provisions would not affect the comparison of alternatives, and several aspects of CVPIA have been the subject of litigation over the past several years. In essence, if the CVPIA-related provisions were included in all alternatives, the increment of impact of each alternative in comparison to the No Action Alternative would be identical to that which is identified in the DEIS/ EIR.

Accordingly, the impacts of implementation of CVPIA, along with other foreseeable future actions are presented in Section 4.1, Cumulative Impacts, of the DEIS/ EIR, and are supplemented in the additional discussion included in Chapter 2, Changes to the DEIS/ EIR, in this FEIS/ EIR. Considering the uncertainty associated with what the final decision on CVPIA will be, it is clearly appropriate to assess reasonably foreseeable effects associated with CVPIA in the cumulative effects analysis. The uncertainty and speculative nature of the implementation of portions of the CVPIA prior to the ROD being signed at the time the Trinity Public DEIS/ EIR was issued, namely, the management of water related to Section 3406 (b)(2) of the CVPIA, is underscored by the reviewers themselves as evidenced by Comment 5314-93, "The authority [sic] recognizes that it may not be feasible to model the accounting system that Department of Interior is using for (b)(2) implementation. " An additional analysis using the October 5, 1999 Decision on Implementation of Section 3406(b)(2) of the CVPIA is provided in Chapter 2 of the FEIS/ EIR, Changes to the DEIS/ EIR. The additional analysis was not provided in the DEIS/ EIR because the DEIS/ EIR was released prior to the decision on implementation of Section 3406(b)(2). The level of anticipated impact (i.e., significance) associated with implementation of 3406(b)(2) for all issue areas addressed in the DEIS/ EIR remains the same as in the DEIS/ EIR.

From a California Environmental Quality Act (CEQA) standpoint, there is no question that it was appropriate not to assume CVPIA implementation as part of the No Project analysis. CEQA Guidelines Section 15126.6(e)(2) provides that a No Project alternative shall discuss "existing conditions" and "what would be reasonably expected to occur in the foreseeable future if the project were not approved, based on current plans and available infrastructure and community services." Because there is not yet an approved ROD for the CVPIA, it would have been inaccurate for Trinity County, as CEQA lead agency, to assume full CVPIA implementation as part of "current plans." In any event, the inclusion of CVPIA implementation in the cumulative impact analysis provides readers with information regarding how that implementation, along with other activities foreseeable in 2020, would

affect the environmental resources relevant to the Trinity River Mainstem Fishery Restoration project. (See thematic response titled "Cumulative Impacts Analysis.")

# Requests for Recirculation

A number of reviewers have stated that the DEIS/EIR is deficient in some way and thus must be recirculated. The lead agencies strongly disagree that the DEIS/EIR is deficient and must be recirculated. Contrary to the reviewers' assertions, the DEIS/EIR represents a thorough, carefully developed environmental analysis using the best information available allowing for meaningful public comment. Additional information has been added to the FEIS/EIR in responses to public comment; however, this information is mainly for clarification purposes and does not represent significant new information requiring recirculation (see Responses 5313-11 through 5313-18 and thematic responses titled "No Action Alternative/Existing Conditions Scenario and Range of Alternatives" and "Cumulative Impacts Analysis").

"Recirculation" is a term commonly associated with the California Environmental Quality Act (CEQA), rather than the National Environmental Policy Act (NEPA). The NEPA equivalent of recirculation is the preparation of a "Supplemental EIS." The NEPA regulations adopted by the Council on Environmental Quality (CEQ) state that a federal agency must prepare a supplement to either draft or final environmental impact statements if:

> "(i)  The agency make substantial changes in the proposed action that are relevant to environmental concerns; or
>
> (ii)  There are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts."
>
> (40 C.F.R. Section 1502.9 (c)(1).)

In addition, a federal agency "[m]ay also prepare supplements when the agency determines that the purposes of [NEPA] will be furthered by doing so." (Id., subd. (c)(2).) The law is clear, however, that a federal agency "need not supplement an EIS every time new information comes to light after the EIS is finalized." (Marsh v. Oregon Natural Resources Council, 490 U.S. 360, 373 [1989].) Rather, such an obligation occurs only where the new information is "significant." The CEQ regulations do not define this term. As a result, a federal lead agency must determine for itself whether the new evidence is significant. (State of Wisconsin v. Weinberger, 745 F.2d 412, 417-418 (7th Cir. 1984).) Whether the new information is significant turns on its qualitative and quantitative value under the circumstances of the particular project. (Sierra Club v. Marsh, 714 F.Supp. 539, 569 (D.Me.), on reconsideration, 744 F.Supp. 352 (D.Me. 1989), appeal dismissed, 907 F.2d 210 (1st Cir. 1990).)

To trigger the requirement to prepare a supplemental EIS, the new information must paint a "seriously different" picture of the project's environmental impacts. (Sierra Club v. Froehlke, 816 F.2d 205, 210 (5th Cir. 1987) (emphasis in original).) Another court stated:

> "[T]he principal factor an agency should consider in exercising its discretion whether to supplement an existing EIS because of new information is the extent to which the new information presents a picture of the likely environmental consequences

> associated with the proposed action not envisioned by the original EIS. The issue is whether the subsequent information raises new concerns of sufficient gravity such that another, formal, in-depth look at the environmental consequences of the proposed action is necessary."

> (State of Wisconsin v. Weinberger, supra, 745 F.2d at page 418; see also Township of Springfield v. Lewis, 702 F.2d 426 (3d Cir. 1983).)

As these legal authorities make clear, the determination whether to prepare a supplemental EIS should turn on whether the new information paints a "seriously different" picture of the project's environmental effects, as compared to the picture painted by the Draft EIS. Here, none of the new information in the Final EIS rises to that level.

CEQA has its own standards governing recirculation. These are set forth in CEQA Guidelines section 15088.5, which state in pertinent part as follows:

> "[a] lead agency is required to recirculate an EIR when significant new information is added to the EIR after public notice is given of the availability of the draft EIR for public review under Section 15087 but before certification."

"Significant new information" is limited to information showing that:

> (1)   A new significant environmental impact would result from the project or from a new mitigation measure proposed to be implemented.

> (2)   A substantial increase in the severity of an environmental impact would result unless mitigation measures are adopted that reduce the impact to a level of insignificance.

> (3)   A feasible project alternative or mitigation measure considerably different from others previously analyzed would clearly lessen the significant environmental impacts of the project, but the project's proponents decline to adopt it.

> (4)   The draft EIR was so fundamentally and basically inadequate and conclusory in nature that meaningful public review and comment were precluded."

> (CEQA Guidelines, section 15088.5, subd. (b).)

The new information included in the FEIS/EIR does not include anything that triggers recirculation under these standards. In particular, the final document does not reveal any new significant effects, or substantial increases in previously identified significant effects. Nor can any reviewer credibly assert that the DEIR portion of the Draft environmental document was "so fundamentally and basically inadequate and conclusory in nature that meaningful public review and comment were precluded."

# Mitigation for Significant Impacts

A number of reviewers have proposed adding further mitigation measures to the project to further reduce some of its environmental impacts.  For example, the California Department of Conservation has suggested that, to mitigate impacts to agricultural areas whose water supplies may be reduced, the FEIS/EIR should explore the feasibility of providing "compensation for the loss of irrigated farmland by the purchase of conservation easements on other irrigated farmland of equivalent quality and quantity."  A number of reviewers have mistakenly asserted that the lead agencies must describe and implement measures to mitigate for all identified significant impacts.  Other reviewers have asserted that reliance on Central Valley Project Improvement Act (CVPIA) and CALFED constitutes inadequate mitigation; and some reviewers assert that the DEIS/EIR offers no mitigation for significant impacts.

It is important to remember to view the Trinity River Fishery Restoration Project in its appropriate context. This project is essentially mitigation for the substantial environmental degradation that has taken place on the mainstem Trinity River since construction and operation of the Trinity River dams.  The lead agencies are proposing to implement a program that is expected to result in substantial environmental benefits.  The most prominent benefits include restoring the ecological processes of the Trinity River, its fish populations, and the Tribes that depend on Trinity River resources as part of their cultural identity.  Additionally, there are several ongoing programs in the Trinity River Basin that are expected to improve environmental conditions for fish, wildlife, and people.  These include major programs such as the President's Northwest Forest Plan, the Five Counties Coho Conservation Plan (see page 4-8 of the DEIS/EIR), Lower Klamath Restoration Partnership (page 4-10 of the DEIS/EIR), Changes in California Forest Practice Rules (page 4-10 of the DEIS/EIR), and Total Maximum Daily Load (page 4-9 of the DEIS/EIR). Major programs are also being initiated in the Central Valley of California, the most prominent being CVPIA and CALFED. Implementation of these programs is also expected to result in substantial environmental benefits to fish and wildlife resources throughout the Central Valley and Delta in addition to balancing water use for human needs.

As would be expected with any project of the magnitude of the Trinity River Mainstem Fishery Restoration Project, there are other effects to the human environment associated with the very positive environmental effects of implementing the fishery restoration activities as detailed in the DEIS/EIR.  Regarding the significant impacts noted in the DEIS/EIR, it is important for reviewers to understand that under NEPA (40 CFR 1502.16(h)), federal agencies are required to identify and discuss means to mitigate adverse effects but are not obligated to implement those identified measures.  Federal agencies can decide to implement actions resulting in significant impacts so long as the agency has assessed the environmental ramifications of doing so.  (Robertson v. Methow Valley Citizen Council, 1989. "NEPA…simply prescribes the necessary process for preventing uninformed, rather than unwise, agency actions…. If the adverse environmental effects of the proposed action are adequately identified and evaluated, the agency is not constrained by NEPA from deciding that other values outweigh the environmental costs.")

Because water is a finite resource, the partial restoration of the Trinity River will "cause" some impacts for which there is simply no mitigation. The same water molecule cannot flow down the Trinity and also flow down the Sacramento. Thus, the nature of this project is such that mitigation for all impacts simply is not possible. Even so, the DEIS/EIR does offer a number of mitigation measures, which represent the lead agencies' best efforts to formulate mitigation where possible.

Unlike NEPA, CEQA requires the adoption of any "feasible" mitigation measures that can substantially lessen or avoid the significant effects of a proposed project. In the context of the Trinity River Mainstem Fishery Restoration Project, the key question for any proposed mitigation measure is whether the measure may be "feasible" within the meaning of that term as defined in CEQA.

The CEQA Guidelines define "feasible" as "capable of being accomplished in a successful manner within a reasonable period of time, taking into account economic, environmental, *legal*, social, and technological factors." (CCR, title 14, § 15364 [emphasis added].) As the California Legislature has made clear, CEQA does not grant public agencies any powers beyond those they already enjoy pursuant to their organic powers or enabling legislation. (Public Resources Code, § 21004.) Thus, proposals that agencies have no regulatory power to impose are "legally" infeasible. (See Kenneth Mebane Ranches v. Superior Court (1992) 10 Cal.App.4th 276, 291-292; Concerned Citizens of South Central Los Angeles v. Los Angeles Unified School District (1994) 24 Cal.App.4th 826, 842.)

Although Trinity County has acted as the CEQA lead agency in preparing the DEIS/EIR document, it is important to understand Trinity County's role in the scope of the fishery restoration efforts. The County has no direct regulatory authority over any aspect of the overall project other than in issuing the permits that will be required for channel modification and gravel reintroduction projects occurring within Trinity County. The County, then, simply has no ability to require that, for example, the U.S. Bureau of Reclamation (Reclamation) obtain conservation easements in existing agricultural areas within the Central Valley as a means of mitigating the loss of agricultural water supplies in other areas. Reclamation in complying with NEPA and other federal laws, must determine for itself whether to pursue such mitigation strategies. (See also 40 C.F.R. § 1503.4 [scope of obligation to respond to comments in FEIS].)

As explained in the DEIS/EIR, there is some chance that the California State Water Resources Control Board (SWRCB) may eventually take action as a "responsible agency" with respect to the project (see DEIS/EIR pages 1-21 and 5-3). Although the federal lead agencies do not require the SWRCB's permission to implement the proposed "flow deci-sion," Trinity County retains the option of pursuing a still-pending 1990 petition with SWRCB as a means of obtaining formal changes to Reclamation's Trinity River water permits.

If the County were to pursue its pending petition, and the SWRCB were to modify Reclamation's Trinity River water permits, the effect of such actions would be to formally integrate the terms of the Department's flow decision into documents that have the force of state water law. (See California v. United States [1978] 438 U.S. 645, 650, 665-669, 674-679; Pub. L. No. 102-575 [Oct. 30, 1992], § 3406[b].) If and when the SWRCB reviews any such petition from Trinity County, SWRCB, as a responsible agency subject to CEQA, will have to

decide whether particular proposed measures, such as those proposed by the California Department of Conservation, are "feasible" within the meaning of CEQA. Such determinations will turn, in part, on the SWRCB's assessment of the reach of its own regulatory powers. The SWRCB might well conclude that it lacks the power to regulate activities traditionally seen as involving "land use" issues.

Some reviewers have misunderstood the purpose for which the DEIS/EIR mentioned ongoing water planning efforts such as CALFED and CVPIA. The DEIS/EIR mentions those efforts because they are clearly relevant to some of the issues implicated by the Trinity River Mainstem Fishery Restoration Project. Thus, the DEIS/EIR states in a number of locations, including page 3-119, that actions contemplated under the ongoing CALFED and CVPIA programs "could" assist in addressing water supply and demand related concerns and that "none of these actions would be directly implemented as part of the alternatives discussed in (the) DEIS/EIR." While it is recognized that many of the programs identified in the DEIS/EIR attributable to the CALFED and CVPIA programs could indeed result in increasing supplies and/or limiting demands so as to minimize potential impacts of decreases in Trinity exports (e.g., both the CVPIA and CALFED environmental documents assume increased Trinity flows), relying on such programs is considered to be too speculative at present. Accordingly, any water-supply induced impacts that are projected to result in significant secondary impacts to resources such as groundwater are disclosed in Section 4.3 Irreversible and Irretrievable Commitments of Resources and Significant Impacts that Would Remain Unavoidable Even After Mitigation as significant, unavoidable impacts. In other words, the DEIS/EIR nowhere relies on CALFED or CVPIA programs as a basis for claiming that project impacts have been, or could be, mitigated.

However, the document does propose mitigation measures for impacts on fisheries, water quality, vegetation, and wildlife. Specific mitigation measures are identified in the DEIS/EIR; examples related to potential turbidity impacts are identified in Section 3.4 Water Quality (page 3-148), and habitat and vegetation impacts are identified in Section 3.7 Vegetation, Wildlife, and Wetlands (pages 3-241, 3-256, and 3-260). These are further explained in responses to other comments such as responses to Comment Letter 5313 and thematic response titled "Mitigation for Listed Species/ESA Consultation." Consultation under Section 7 of the ESA (under separate cover) has provided measures for mitigating impacts to particular listed species. Implementation of the Preferred Alternative is not likely to jeopardize delta smelt, Sacramento splittail, bald eagle, and northern spotted owl (per the Service's Biological Opinion [BO]) or Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, Central Valley steelhead, and Southern Oregon/Northern California Coast coho salmon (per the NMFS' BO) given the implementation of reasonable and prudent measures specified in each BO and listed in the thematic response titled "Mitigation to Listed Species/ESA Consultation."

# Implementation Funding and Relationship to Repayment, Reimbursement, and the CVPIA Restoration Fund

A number of reviewers representing environmental, tribal, water, and power interests raised concerns about the effects on existing repayment programs and commitments (including the surcharges to the Restoration Fund) from implementing any of the DEIS/EIR alternatives. The implementation of any of these alternatives, including the Preferred Alternative (or hybrid alternative potentially selected by the Secretary of the Interior), require funding for successful implementation. Concerns were raised during the public review of the DEIS/EIR that such costs could be borne by Central Valley Project water and power users. In response to these concerns, the lead agencies have requested that the Solicitor provide guidance as to which costs of implementing the Preferred Alternative are reimbursable and which are not. We are expecting his opinion in the very near future. In an effort to provide full disclosure, however, the Department of the Interior notes that estimated annual program costs range from approximately $12 million in the first and subsequent years to a high of $17 million in the second year (increase due primarily to infrastructure improvements such as bridge replacements). Depending on the outcome of the Solicitor's analysis, the reimbursable obligation would be a percentage (anywhere from zero percent to 100 percent) of these costs. Any reimbursable obligation would then be allocated among commercial power, irrigation, and municipal and industrial user groups in the following manner:

> Commercial Power (57.6 percent)
> Irrigation (35.9 percent)
> Municipal and Industrial (6.5 percent)

These percentages were derived from the plant-in-service allocation of the Trinity River Division currently in place.

# Powerplant Bypass

Several reviewers expressed concerns that Trinity Powerplant bypasses through the auxiliary outlet for temperature control were not analyzed for losses in power generation or benefits in meeting temperature objectives in the Trinity and Sacramento Rivers. The DEIS/EIR on page 3-149, and Technical Appendix A "Trinity Dam Auxiliary Outlet Releases" describe the auxiliary releases as a potential mitigation measure for temperature control in the Trinity and Sacramento Rivers. These auxiliary releases would occur during dry periods of low reservoir storage when water releases from the Trinity Powerplant are too warm to meet downstream temperature requirements.

As identified in Section 3.4 Water Quality, Table 3-8 of the DEIS/EIR, temperature violations under the Flow Evaluation/Preferred Alternative would be less than the No Action Alternative in all year classes. This is due to the higher carryover storage level assumption made for the alternative (600 thousand acre-feet [taf] versus 400 taf for the No Action Alternative) as well as the shift in timing of exports (exports would be shifted to the summer/fall period in comparison to the No Action Alternative export pattern). As such, bypasses would be less likely to be needed than under the No Action Alternative. However, given the comments received and the projected impacts identified for the other alternatives, the lead agencies have further evaluated bypass operations for temperature control benefits and costs to CVP power customers. See thematic response titled "Power Analysis" with regard to the potential effects of reduced power generation associated with bypass operations.

Trinity Powerplant bypasses for temperature control are not "normal" operating procedures for operation of the TRD in the sense that auxiliary releases for temperature control do not occur every year. Trinity Powerplant bypasses are not specifically mentioned in the existing Central Valley Project Operations Criteria and Plan (CVP-OCAP) as an operating procedure for temperature control. However, Trinity Powerplant bypasses were used by Reclamation in 1977, 1991, and 1992 to protect Trinity River and Sacramento River fisheries from adverse water temperatures. Trinity bypass operations may be used again in the future, regardless of which alternative is selected by the Secretary of the Interior (Secretary), although the frequency of bypasses would vary by alternative (see Table 2). The following documents and examples confirm the use and benefit of Trinity auxiliary releases for temperature control:

- The Biological Assessment for Reclamation's Long-term Central Valley Project Operations Criteria and Plan (dated October 1992) states on page 5-3, bullet 4: **"*Release water from the low level outlet at Trinity Dam when effective for temperature control.*"**

- In 1992 when the Trinity Bypass was used, there was a Biological Opinion in affect on the CVP from National Marine Fisheries Service (NMFS). When NMFS made a finding that the selected operation that included the Trinity bypass was compliant with the Biological Opinion, it confirmed the use of the bypass as a **"*reasonable and prudent measure*"** to conserve the species (consistent with the Biological Assessment).

- In 1991 and 1992 when the Trinity Bypass was used, U.S. Bureau of Reclamation (Reclamation) submitted the selected temperature control plan to the State Water Resources Control Board (SWRCB) pursuant to implementation of Water Right Orders 90-05 and 91-01. The operation and plan were accepted by the SWRCB, which affirmed that the Trinity Bypass was a ***controllable factor*** that could be used to help attain temperature objectives in the Trinity and Sacramento Rivers.

## Analysis Approach

As described above, bypasses are not a standard operating procedure. Historically, bypasses have been implemented when reservoir storage has dropped below 750 taf (between July 1 and September 30) or even 1,000 taf (October) depending on specific conditions. Accordingly, the analysis modeled the potential for such bypasses, given these carryover storage thresholds for each alternative, including existing conditions. Given such bypasses would only occur in particularly dry and/or "extreme" conditions, this approach should be viewed as a "worst-case" analysis. The modeling assumes that when bypasses are warranted, 100 percent of the Trinity Reservoir releases are directed through the auxiliary outlet works up to a maximum capacity of approximately 2,000 cubic feet per second (cfs) (pursuant to Reclamation's bypass capacity rule curves that relate maximum auxiliary bypass capacity to reservoir stage). Actual future operations may vary according to actual conditions such as reservoir storage, weather conditions, volume of cold water available, etc. Table 1 identifies the number of months when bypasses were modeled to occur (i.e., the 750 taf and/or 1,000 taf threshold were exceeded) for each alternative. In general, the majority of bypasses identified were projected to occur in October given such months are the beginning of the water year (i.e., the reservoir would typically be at its lowest level during the year).

**TABLE 1**
Frequency of Bypasses During July through October of Simulation Period (1922-1990)

| Flow Alternative | Total Number Bypasses (months) | Bypasses as Percentage of Time (for July through Oct period only) % |
|---|---|---|
| No Action | 38 | 13.8 |
| Maximum Flow | 31 | 11.2 |
| Flow Evaluation | 26 | 9.4 |
| Percent Inflow | 32 | 11.6 |
| Existing Conditions | 38 | 13.8 |
| Cumulative Effects (600 taf) | 40 | 14.5 |
| Cumulative Effects (400 taf) | 73 | 26.4 |

Trinity River temperature modeling was performed using the RTM, BETTER, and SNTEMP models as described on pages 3-134 and 3-135 of the DEIS/EIR. The Sacramento River Salmon Mortality Model ("LSALMON2" developed by Reclamation) was used to evaluate Sacramento River salmon mortality. The Sacramento River Basin Temperature Model ("LSACTEM3" developed by Reclamation) was used to evaluate Sacramento River temperature-related impacts. A more detailed description of the models used is presented in Technical Appendix A Water Resources/Water Quality. The thematic response "Use of

Water Delivery and Related Models" summarizes the use of these models and the key assumptions used.

# Cost of Bypassing Trinity Powerplant

Historically, Reclamation has occasionally made low-level releases at Trinity Dam to assist in meeting downstream water temperature requirements during particularly dry years. During such releases, all of the water that would normally pass through the power turbines is bypassed, and the generators are shut down.

The removal of Trinity generation eliminates firm load-carrying capacity and the ability to provide any operating reserves for the 4-month period between July and October. Data developed for the No Action Alternative indicates that the Trinity Powerplant contributes an average of 85 Megawatts (MW) of firm load-carrying capacity per month during the 4-month period noted. In addition, the powerplant could contribute approximately 20 MW of operating reserves during each month of the dry period. Since this capacity would be lost during the most severe times when it is needed most, it can be assumed an alternate source of firm load-carrying capacity would be needed. Applying the replacement capacity value used in the DEIS/EIR ($8.99/Kilowatt [kW] per month) the net impact associated with the loss of this capacity would be approximately $3,200,000 for the 4-month period. This additional cost would be incurred in any year with potential bypasses because the potential for bypass operations eliminates the reliable use of the Trinity Powerplant. The reduction in average energy for any of the potential bypass months over the period of record would not significantly alter the above cost estimate because the average generation for all months would not be notably changed.

To determine the value of a hydropower project, traditional power planning practices dictates an examination of the CVP during the worst hydrologic conditions. This examination determines the project's ability to meet load. Due to the nature of the capacity being lost, the generation at Trinity will no longer be available to meet the capacity needs of the power grid under traditional hydropower planning criteria. If generation were completely lost at the Trinity Powerplant for 4 months in the driest years, Trinity Powerplant would no longer be considered available to carry load under the planning criteria and would lead to a need for new capacity to be added to the system or purchased from the market.

# Summary of Results

The following summarizes the anticipated benefits of implementing bypasses for each alternative, as well as the cumulative condition, for the Trinity and Sacramento Rivers.

## Trinity River

Table 2 shows modeled results for compliance with Trinity River temperature objectives contained in the "Water Quality Control Plan for the North Coast Region." As shown in this table, bypasses could provide benefits with regard to some alternatives, while others (e.g., the Percent Inflow and Maximum Flow Alternatives) would be generally unaffected. Interestingly, the greatest potential for improvement was identified for the No Action and

Existing Conditions scenarios. Such additional bypasses were not assumed to occur in the DEIS/EIR given, as described above, bypasses have been implemented, but only in particularly dry conditions. Regardless, the analysis confirms that while bypasses clearly can provide additional benefits, either:

1. No appreciable benefits would occur for Maximum Flow (even with this alternative's substantial releases during certain times of the year, water does not move quickly enough through Lewiston Reservoir to avoid warming; the other alternatives avoid this phenomenon by exporting water to the Central Valley, resulting in water moving through the reservoir more quickly) or Percent Inflow (due to the relatively low release rates associated with this alternative, particularly in critically dry and dry years).

2. Benefits could be realized for the Flow Evaluation (Preferred Alternative) in critically dry years, but even without bypasses this alternative remains superior to the No Action Alternative.

The projected cumulative condition was modeled using an assumed Trinity Reservoir carryover storage level of 400 taf and 600 taf (also see thematic response titled "Cumulative Impacts"). Table 2 also shows that bypasses could play a substantial role in decreasing temperature-related effects, particularly with regard to the cumulative condition and the 400 taf carryover storage limit.

## Sacramento River

Table 3 shows modeled results for compliance with Sacramento River temperature requirements found in the 1993 Biological Opinion for winter-run chinook salmon, while Table 4 shows the associated modeled results for Sacramento River chinook salmon relative mortality. As shown in these tables, bypasses for any of the alternatives (including for the two cumulative conditions) would have no to very limited benefits to Sacramento River fisheries in general. However, in some years (usually dry), bypasses did result in temperature decreases during August - November ranging from 0.50°F to 1.00°F. These decreases translated into some small reductions in salmon losses in some years (generally 3 percent or less). In particular, a No Action reduction of 15 percent was identified to occur in 1935 for the spring-run salmon. As such, while on average benefits were not found to be substantial, bypasses were found to be useful in individual, generally dry years.

As identified in Section 3.3 Water Resources of the DEIS/EIR on pages 3-52 and 3-54, temperature compliance problems and associated fish mortality can occur as a result of the warming of water in Whiskeytown Reservoir before it is conveyed into the Sacramento River at Keswick Reservoir. As discussed above, bypasses may be able to assist in aiding operations with regard to temperature compliance in particularly dry years.

A detailed memorandum at the end of this thematic response from Tom Stokely to Greg Kamman provides additional information relating to bypass analysis.

**TABLE 2**
Modeled Trinity River Temperature Violations With and Without Trinity Bypasses
(Percentage of Violations by Representative Year Class)

| Alternative | Year Type | No Bypasses (%) | Bypasses (%) |
|---|---|---|---|
| **No Action** | Extremely Wet | 0 | 0 |
| | Wet | 0 | 0 |
| | Normal | 2 | 0 |
| | Dry | 24 | 24 |
| | Critically Dry | 78 | 5 |
| **Maximum Flow** | Extremely Wet | 73 | 73 |
| | Wet | 28 | 28 |
| | Normal | 28 | 28 |
| | Dry | 29 | 29 |
| | Critically Dry | 29 | 28 |
| **Flow Evaluation** | Extremely Wet | 0 | 0 |
| | Wet | 0 | 0 |
| | Normal | 1 | 0 |
| | Dry | 1 | 0 |
| | Critically Dry | 6 | 0 |
| **Percent Inflow** | Extremely Wet | 53 | 53 |
| | Wet | 74 | 74 |
| | Normal | 86 | 87 |
| | Dry | 87 | 87 |
| | Critically Dry | 100 | 100 |
| **Existing Conditions** | Extremely Wet | 0 | 0 |
| | Wet | 0 | 0 |
| | Normal | 3 | 0 |
| | Dry | 0 | 0 |
| | Critically Dry | 84 | 4 |
| **Cumulative Effects (600 taf minimum storage)** | Extremely Wet | 0 | 0 |
| | Wet | 0 | 0 |
| | Normal | 8 | 0 |
| | Dry | 12 | 0 |
| | Critically Dry | 9 | 0 |
| **Cumulative Effects (400 taf minimum storage)** | Extremely Wet | 0 | 0 |
| | Wet | 0 | 0 |
| | Normal | 29 | 0 |
| | Dry | 41 | 0 |
| | Critically Dry | 71 | 6 |

[a]Year classes used for the BETTER model include 1983 (extremely wet), 1986 (wet), 1989 (normal), 1990 (dry), and 1997 (critically dry).

POWERPLANT BYPASS

**TABLE 3**
Total Number of Sacramento River Temperature Violations:
Trinity Auxiliary Outlet No Bypass and Bypass Conditions (1922-1990 Simulation Period)

| Flow Alternative | No Bypass Simulations | Bypass Simulations |
|---|---|---|
| No Action | 77 | 78 |
| Maximum Flow | 110 | 110 |
| Flow Evaluation | 99 | 99 |
| Percent Inflow | 97 | 97 |
| Existing Conditions | 69 | 69 |
| Cumulative Effects (600 taf) | 103 | 104 |
| Cumulative Effects (400 taf) | 96 | 96 |

**TABLE 4**
Percent Change In Temperature-related Losses of the Early Life Stages of Anadromous Salmonids in the Sacramento River:
Comparison Between Trinity Dam Auxiliary No Bypass and Bypass Conditions (1922-1990 Simulation Period)

| Flow Alternative | Fall Run | Late-fall Run | Winter Run | Spring Run |
|---|---|---|---|---|
| No Action | -0.1 | 0.0 | -0.1 | -0.3 |
| Maximum Flow | 0.0 | 0.0 | 0.0 | 0.0 |
| Flow Evaluation | 0.0 | 0.0 | -0.1 | 0.0 |
| Percent Inflow | -0.1 | 0.0 | -0.1 | -0.1 |
| Existing Conditions | -0.1 | 0.0 | 0.0 | -0.2 |
| Cumulative Effects (600 taf) | -0.1 | 0.0 | 0.0 | -0.2 |
| Cumulative Effects (400 taf) | -0.1 | 0.0 | 0.0 | -0.2 |

**MEMORANDUM**

---

To:         Tom Stokely, Trinity County Planning Department
From:       Greg Kamman, Kamman Hydrology & Engineering
Date:       February 16, 2000
Subject:    Trinity Dam Auxiliary Bypass Analysis

---

This memorandum presents the results of an analysis to evaluate when auxiliary bypasses should be initiated at Trinity Dam in an effort to reduce downstream Trinity River temperatures and decrease violations with SWRCB temperature objectives. In addition, this memorandum summarizes the results of the Bureau's temperature modeling analysis to evaluate auxiliary bypass effects on the Sacramento River.

How to Determine Bypasses
Based on analysis of previous temperature modeling results for proposed flow study alternatives, an operational rule for low-level auxiliary bypasses was developed from the relationship between Trinity Lake storage level and observed compliance with downstream temperature objectives. From these data, it was observed that temperature compliance is met for the period July 1 through September 30 during all year-types and for the majority of alternatives when Trinity Lake storage is at or above about 750 TAF (see Figures 1 and 2). No temperature compliance versus end-of-month storage relationship was observed for the Percent Inflow and Maximum Flow alternatives during the July through September period. It appears that these two alternatives don't provide enough river releases to meet downstream temperature objectives, regardless of release temperature and/or reservoir storage values. During October (after the temperature compliance point shifts from Douglas City to the North Fork Trinity River), very few violations occur under the Cumulative Effect and Flow Evaluation alternatives when reservoir storage is at or above 1000 KAF (see Figure 1). This October relationship does not exist for the remainder of the alternatives as releases are just too low leading to consistent violations, regardless of Trinity Lake storage (see Figure 2). Thus, based on this analysis, temperature model simulations were completed which included low-level bypasses when Trinity Lake storage drops below 750 TAF during the months of July, August and September and below 1000 TAF during the month of October. These model runs assume that 100% of the Trinity Lake releases were directed through the low level bypass pursuant to bypass capacity rule curves that relate maximum auxiliary bypass capacity to reservoir stage. Based on these criteria, Table 1 presents the frequency of auxiliary bypasses, by Alternative, that would have occurred during the 1922 through 1990 simulation period.

**TABLE 1: Frequency of Bypasses during July through October of Simulation Period (1922-1990)**

| Flow Alternative | Total Number Bypasses (months) | Bypasses as Percentage of Time (for July through Oct period only) |
|---|---|---|
| No Action | 38 | 13.8% |
| Percent Inflow | 32 | 11.6% |
| Maximum Flow | 31 | 11.2% |
| Flow Study | 26 | 9.4% |
| Existing Conditions | 38 | 13.8% |
| Cumulative Effects (600 TAF) | 40 | 14.5% |
| Cumulative Effects (400 TAF) | 73 | 26.4% |

Effects on Trinity River Temperatures

Auxiliary bypasses were evaluated using the temperature models (Reclamation's Trinity River Temperature Model, BETTER, and SNTEMP) to determine if there was a decrease in the number of violations with downstream Trinity River temperature objectives.  Compliance with downstream temperature objectives was determined using the USFWS's median hydrometeorological evaluation criteria. In short, incorporating low-level bypasses into TRD summertime operations effectively reduce temperature violations for many of the alternatives and evaluation scenarios.  Presented below are summaries of how each alternative performed at meeting Trinity River temperature objectives under auxiliary bypass operations.  Results are presented on Table 2.

1) No Action Alternative: Without bypasses, the temperature violations occurred only 2% of the time under the normal year-type, 24% of the time during the dry year, and 78% of the time under the critically dry year-type.  Under the simulated bypass criteria, bypasses were implemented during the normal and critically dry year-types with violations being eliminated during the representative normal year-type and reduced to 5% during the critically dry year-type.  Because no bypasses were simulated during the dry year-type (i.e. Trinity Lake storage did not drop below 750 TAF during July through September or 1000 TAF during October), violations remain at 24%.

2) Cumulative Effects: Violations were eliminated when bypasses were implemented during the normal, dry, and critically dry year-types under the 600 TAF minimum Trinity Lake storage level scenario.  Without bypasses, violations occur 8%, 12%, and 9% of the time, respectively.   Similarly, there were significant improvements under the 400 TAF version; violations were eliminated during normal and dry year-types and significant decreases in violations (from 71% to 6%) during the representative critically dry year-type.

3) Flow Study Alternative: Under non-bypass conditions, there were only a few violations during normal, dry, and critically dry year-types (1%, 1%, and 6%, respectively).  However, modeling results indicate that incorporating auxiliary bypasses during these years eliminates all violations.

4) Existing Conditions: Bypasses were implemented during the normal and critically dry year-types (the only years that had violations under non-bypass operations).  Violations dropped from 3% to 0% during the normal year-type and from 84% to 4% during the critically dry year-type.

5) Percent Inflow Alternative: Bypasses did not improve compliance with downstream temperature objectives.  Under this scenario, bypasses were implemented during the wet, normal, and critically dry year-types with no change in the number of daily violations.

6) Maximum Flow Alternative: Interestingly, bypasses were triggered during the extremely wet year-type as well as the critically dry year-type.  Bypass operations did not significantly improve temperature compliance for either of these year-types.

Effects on Sacramento River Temperatures

Auxiliary bypasses were also evaluated to determine if they would have any impact on Sacramento River temperatures.  This evaluation, which included simulations of Trinity Dam auxiliary bypass operations, was completed using Reclamation's Sacramento River Temperature Model.  Similar to previous analyses, results consisted of tabulating the total number of (monthly) temperature violations on the Sacramento River for each alternative over the 69-year analysis period (1922 through 1990).  Model simulation results indicate that bypass operations decrease Sacramento River temperatures slightly (less than 1 degree Fahrenheit)  However, these benefits are so slight that they have no effect on the total number of temperature violations on the Sacramento River between bypass and no bypass conditions for all

**TABLE 2: Temperature Violations on Trinity River: Temperature Model Results
(percent of violations by representative year-type)**

| Alternative | Year type | No Bypasses | Bypasses |
|---|---|---|---|
| **No Action** | ex. wet | 0% | 0% |
| | wet | 0% | 0% |
| | normal | 2% | 0% |
| | dry | 24% | 24% |
| | crit. dry | 78% | 5% |
| **Cumulative Effects (400 TAF min storage)** | ex. wet | 0% | 0% |
| | wet | 0% | 0% |
| | normal | 29% | 0% |
| | dry | 41% | 0% |
| | crit. dry | 71% | 6% |
| **Cumulative Effects (600 TAF minimum storage)** | ex. wet | 0% | 0% |
| | wet | 0% | 0% |
| | normal | 8% | 0% |
| | dry | 12% | 0% |
| | crit. dry | 9% | 0% |
| **Flow Evaluation** | ex. wet | 0% | 0% |
| | wet | 0% | 0% |
| | normal | 1% | 0% |
| | dry | 1% | 0% |
| | crit. dry | 6% | 0% |
| **Existing Conditions** | ex. wet | 0% | 0% |
| | wet | 0% | 0% |
| | normal | 3% | 0% |
| | dry | 0% | 0% |
| | crit. dry | 84% | 4% |
| **Percent Inflow** | ex. wet | 53% | 53% |
| | wet | 74% | 74% |
| | normal | 87% | 87% |
| | dry | 87% | 87% |
| | crit. dry | 100% | 100% |
| **Maximum Flow** | ex. wet | 73% | 73% |
| | wet | 28% | 28% |
| | normal | 28% | 28% |
| | dry | 29% | 29% |
| | crit. dry | 29% | 28% |

alternatives with two exceptions. The Cumulative Effect simulation displayed a small decrease in the number of violations, with 104 violations occurring under no bypass Conditions and 103 violations when bypasses were included. Conversely, under the No Action Alternative, there were a total of 77 violations under no bypass simulations and 78 violations under the bypass simulation. It does not make sense that there would be an increase in temperature violations under bypass conditions that have the net effect of lowering water temperatures on the Sacramento River. Thus, both of these slight changes may be considered to be anomalies, attributable to noise in the Reclamation Temperature Model. A summary of these results, as total temperature violations over the period of record, are presented on Table 3.

**TABLE 3: Total Number of Sacramento River Temperature Violations -
Trinity Auxiliary Outlet No Bypass and Bypass Conditions
(1922-1990 simulation period)**

| Flow Alternative | No Bypass Simulations | Bypass Simulations |
|---|---|---|
| No Action | 77 | 78 |
| Percent Inflow | 97 | 97 |
| Maximum Flow | 110 | 110 |
| Flow Study | 99 | 99 |
| Existing Conditions | 69 | 69 |
| Cumulative Effects (600 TAF) | 103 | 104 |
| Cumulative Effects (400 TAF) | 96 | 96 |

Effects on Sacramento River Chinook Salmon Mortality

The Sacramento River Temperature Model results were also run through the Sacramento River Salmon Mortality Model. This model estimates the temperature effects to chinook salmon eggs and fry for all four salmon runs spawning between Keswick Dam and Woodson Bridge. An important assumption of the Salmon Mortality Model is that increases in salmon egg and fry life-stage mortality are a result of increased Sacramento River water temperature. Similar to the changes in temperature violations discussed above, modeled changes in salmon mortality due to routine bypasses through the Trinity Dam auxiliary bypasses are very small. Table 4 summarizes the salmon mortality model results. These results indicate that auxiliary bypasses have little to no effect on salmon egg and fry mortality on the Sacramento River. However, wherever there is a change, it is always a net decrease in salmon mortality.

**TABLE 4: Percent Change in Temperature-related Losses of the Early Life Stages
of Anadromous Salmonids in the Sacramento River:
Comparison between Trinity Dam No Bypass and Bypass Conditions
(1922-1990 simulation period)**

| Flow Alternative | Fall run | Late-fall run | Winter run | Spring run |
|---|---|---|---|---|
| No Action | -0.1 | 0.0 | -0.1 | -0.3 |
| Percent Inflow | -0.1 | 0.0 | -0.1 | -0.1 |
| Maximum Flow | 0.0 | 0.0 | 0.0 | 0.0 |
| Flow Study | 0.0 | 0.0 | -0.1 | 0.0 |
| Existing Conditions | -0.1 | 0.0 | 0.0 | -0.2 |
| Cumulative Effects (600 TAF) | -0.1 | 0.0 | 0.0 | -0.2 |
| Cumulative Effects (400 TAF) | -0.1 | 0.0 | 0.0 | -0.2 |

4

FIGURE 1



**Comparison of End-of-Month Storage to Temperature Compliance:**
**(Cummulative Effects and Flow Study Alternatives)**
**wet through critically dry water year-types**

FIGURE 2



**Comparison of End-of-Month Storage to Temperature Compliance:**
**(Existing Conditions-No Action Alternatives)**
**extremely wet through critically dry water year-types**

KAMMAN HYDROLOGY & ENGINEERING

# Power Analysis

Several reviewers expressed concerns with the adequacy of the impacts analysis of Central Valley Project (CVP) power resources in the DEIS/EIR. Of particular concern were the cost estimates included in the analysis. This thematic response addresses these concerns and discusses some of the key assumptions made, as well as their sensitivity with regard to influencing the results. Economic impacts to Western Area Power Authority's (Western) First Preference power customers, which were not specifically identified in the DEIS/EIR, are also addressed. The additional analyses presented below confirm that economic impacts associated with some of the alternatives with regard to decreased CVP power generation (and associated assumed air quality impacts given additional use of fossil-fuel-based power generation facilities) would be potentially significant as identified in the DEIS/EIR. Such impacts were very conservatively estimated in the DEIS/EIR, given that the construction of any new fossil-fuel-based generating facility would be subject to air quality permitting requirements that would likely result in no net emissions within the particular region. Further, it should be noted that Western acts as a provider of wholesale electricity. Individual wholesale customers maintain responsibility for maintaining a prudent resource mix and encouraging efficient use of its electrical supplies. In summary, the economic costs discussed below may be greater (or less) than costs identified in the DEIS/EIR given different assumptions, which are in part driven by the continued uncertainty related to market deregulation and gas price fluctuations, but the relative impacts identified in the DEIS/EIR remain unchanged and significant.

## CVP Generation in Relation to Total California Generation and Demand.

California's annual energy demand in 1998 was approximately 250,000 gigawatt-hours (GWh) (California Energy Commission, 2000). Demand for energy is projected to grow at approximately 2.0 percent annually between 2000 and 2010, resulting in a projected demand of 320,000 GWh in 2010. Peak demand in California typically occurs in late afternoons during the month of August in response to a string of days with high-temperatures (California Energy Commission, 1999). California's peak demand in 1999 was approximately 51,000 MW and is projected to grow at approximately 1.7 percent annually between 2000 and 2010, resulting in a peak demand of 61,000 MW in 2010. In comparison, total installed capacity of CVP generation is approximately 2,000 MW, although actual capacity is typically less. Actual capacity is less than installed capacity because hydrologic variation and competing uses such as water delivery and environmental requirements reduce the ability of the generators to operate at maximum capacity. The total installed CVP generation capacity of 2,000 MW equates to 4 percent of California demand in 1999, and 3 percent of projected 2010 demand. The TRD accounts for 25 percent (approximately 500 MW) of CVP installed capacity, which equates to approximately 1 percent of current California demand, and less than 1 percent of projected 2010 demand.

Currently, according to the Western Systems Coordinating Council, approximately 3,700 MW (which represents more than the total generation capability of the entire CVP) of new powerplants (six individual projects in total) in California are either under construction or have gained full regulatory approval. Approximately 7,500 MW of new powerplants (15 projects) have applications under review, and another 2,000 MW of new powerplants (three projects) have begun the application process. The majority of pending and proposed powerplants are natural gas-fired turbines, and a small minority (approximately 100 MW) would be either wind or geothermal powered. All of these powerplants have an anticipated "on-line" date prior to June 2004. Recent demand growth has outstripped current available capacity, leading to several statewide alerts regarding insufficient reserves of available capacity. Completion of additional powerplants is anticipated to help avoid such alerts in the future. Construction of additional generating capacity is taking place, and will continue to take place, independent of any decision regarding the Trinity River Mainstem Fishery Restoration.

A detailed assessment regarding the impact of CVP power supplies on the greater California region was not conducted for the DEIS/EIR, other than what is presented in the Socioeconomics section. It is anticipated that as demand for power increases, additional power supplies will be built to meet the increase in total California demand. As this occurs, the CVP's current total contribution of meeting 4 or less percent of total California electrical demand will constitute a decreasing proportion of the state's overall power generation supply.

## Cost of Western Power

Western maintains contracts with "Preference" customers and "First Preference" customers for sale of surplus power. Preference customers are defined as entities eligible to receive power pursuant to the Reclamation Act of 1939 (non-profit organizations financed through the Rural Electrification Act of 1936, municipalities, and public agencies). First Preference customers are a subset of Preference power customers within a county of origin as specified under the Trinity River Division Act of 1955 and the New Melones Act of the Flood Control Act of 1962. By law, 25 percent of the power attributed to the Trinity River Division (TRD) of the CVP must first be offered to Preference customers in Trinity County, and up to 25 percent of the power attributed to the New Melones project must first be offered to Preference customers in Tuolumne and Calaveras Counties. Surplus power is defined as power that exceeds the capacity and energy required to operate the CVP facilities (Project Use). Western could market power to private industries or utilities if surpluses exist in excess of Preference customer demands. Currently, Preference customers' demands consume all of the power marketed by Western; therefore, no surpluses exist, nor are surpluses expected to exist in the foreseeable future. These private industries and utilities are potential "customers" that would not have Preference status nor supplies guaranteed by contract; furthermore, none currently exist, and are therefore not included in the analysis.

For the DEIS/EIR, impacts to CVP Preference power customers were estimated using a two-step process. First, given that Western's operating costs (e.g., payment on facilities, interest on debt) would not change, changes in power output were assumed to result in a change in the per-unit cost of electricity. Consider a very simple example:

> If Western's operational costs are $100 per year and it markets 10,000 kilowatt hours (kWh) of CVP electricity, the cost would be $0.01/ kWh ($100/ 10,000 kWh). If CVP generation available to Western is reduced to 5,000 kWh, the cost would be $0.02/ kWh.

The second step in the process was to estimate the cost (or benefit) to CVP Preference power customers of the change in electricity production. This second step values changes in capacity and energy. It assumes that CVP Preference power customers use cheaper sources of power first, and then add more expensive sources as needed. Continuing the above example:

> If Western had only one customer, and that customer had a total electricity requirement of 10,000 kWh, then the customer would be impacted twice by the reduction in CVP generation noted above. First, instead of paying $0.01/ kWh for CVP power, the customer will now pay $0.02/ kWh, but the total payment remains $100. The second impact on the customer is the shortfall in electrical supply. The customer will have to purchase an additional 5,000 kWh from the market to make up for the reduction in CVP generation. If 5,000 kWh of replacement power is available at $0.05/ kWh, then the total impact to the customer would be the additional cost of electricity $250, ($0.05 x 5,000 kWh), resulting in a blended cost of $0.035/ kWh (($100+$250)/ 10,000 kWh) and a total impact, or rate increase, of $0.025/ kWh ($0.035/ kWh – $0.01/ kWh).

Therefore, in the above example, the CVP Preference power customer is (1) paying more per unit for less electricity from Western, and (2) making up for a shortfall by purchasing more expensive electricity from the market. In actuality, Western serves a wide range of customers that each have unique electrical demands and use CVP power for differing proportions of their total power supply. Thus, because value varies both seasonally and daily, a reduction in generation may not equate to a reduction in value if generation occurs more often in high-value periods (i.e., on-peak summer). Further, the net amount of electricity available for Western to market to its customers is affected by the amount of power required by the CVP to operate ("Project Use").

As an example, consider the impacts associated with the Flow Evaluation and Percent Inflow Alternatives. On average, Flow Evaluation would export less water to the Central Valley than Percent Inflow (630,000 acre-feet versus 730,000 acre-feet). However, generation under the Flow Evaluation occurs more often in the summer months, and Project Use decreases due to the reduction in water available. Accordingly, the cost of replacement electricity under Flow Evaluation is less than under Percent Inflow ($5,564,000/ year under Flow Evaluation versus $7,023,000/ year under Percent Inflow). Clearly, commentors relying solely on estimates of power impacts based on acre-foot reductions would miss the nuances of the analysis.

# Key Assumptions

The analysis in the DEIS/ EIR built off of these assumptions by considering the seasonal nature of hydropower generation as modeled by U.S. Bureau of Reclamation's (Reclamation) PROject SImulation Model (PROSIM) (typically more generation during high-

runoff months in winter/ spring) and the daily fluctuations between high demand hours (on-peak) and low demand hours (off-peak). The DEIS/ EIR also differentiated between the value of instantaneous ability to meet load (capacity or capability, typically measured in Megawatts [MW]) and generation over time, energy, typically measured in Gigawatt hours [GWh]).

The PROSYM model, which was used by Western, has been used in a number of other planning efforts including preparation of the Central Valley Project Improvement Act Programmatic EIS (CVPIA PEIS) and Western's 2004 Power Marketing Program EIS. For the DEIS/ EIR, PROSYM dispatched the electrical generation output of PROSIM into a regional power grid based on the total load of the Northern California Preference power customers. Generally, in the future, power operations on the CVP will be managed to meet Northern California Preference power customers. For valuation purposes, electrical generation was evaluated as firm capacity (called capability in the DEIS/ EIR), non-firm capacity (sometimes called "spinning reserve") and energy generated during higher-value (on-peak) and lower-value (off-peak) periods.

Dollar values were assigned to replacement energy based on the assumption that natural gas-fired combined-cycle combustion turbines would likely replace decreases in hydro-power energy production. The cost of electricity from these turbines was estimated by combining the capital cost of building new turbines with the operational cost of fueling them with natural gas and the transmission cost of delivering electricity to the customer, and as such represents a conservative estimate. All of these assumptions are outlined in Attachment F1 of Power Resources Technical Appendix F of the DEIS/ EIR. In practice, replacement power could be produced by a mix of power resources. However, each CVP Preference customer is unique in terms of its load characteristics, and the appropriate mix would vary from customer to customer.

# General Concerns with the Analysis

Reviewers noted that the cost estimates presented in the DEIS/ EIR were not reflective of CVP Preference power customer's current costs. The power analysis in the DEIS/ EIR was actually not intended to present actual costs, but rather representative costs that would allow for assessment of the relative impact of the alternatives. Using the replacement cost methodology outlined above, each alternative was assigned a value relative to No Action. For example, an annual additional replacement cost of $5,564,000 (compared to the No Action Alternative) was identified for the Flow Evaluation Alternative in the DEIS/ EIR. This represents the change in total annual cost to Preference power customers compared to No Action.

Reviewers suggested that the cost estimates for each alternative were not realistic, and that costs for individual customers were under-reported. Part of this confusion was derived from the use of power costs for economic analysis elsewhere in the DEIS/ EIR. To facilitate economic analysis, relative values for each alternative were separated by county according to each county's share of CVP capacity, defined by CVP Preference power customer's Contract Rate of Delivery (CRD). CRD is a commonly used measure of each CVP Preference power customer's relative share of CVP power, largely because the CRD amounts are not disputed. In several counties, however, there is only one Preference power customer (e.g.,

Trinity Public Utility District [PUD] in Trinity County and City of Redding in Shasta County). These customers in particular noted that the reported costs were not consistent with their independent analysis of the alternatives.

First, it should be emphasized that the separation of costs by counties was done to approximate additional costs by region. When considered regionally (e.g., San Joaquin Valley, Sacramento Valley, Bay Area), the aggregated capacity values are a reasonable measure of power usage across the state. However, when taken individually (especially where there is a single CVP Preference power customer per county) the values may not be representative of an individual customer's cost experience, nor were they intended to be. Instead, the relative values were meant to be used as a comparison between alternatives to determine the significance of changes in CVP generation. The analysis in the DEIS/EIR was not only sufficient for this purpose, but it was a conservative assessment of the environmental effects (potential degradation of air quality) brought about by changes in hydropower generation.

However, to respond to comments, this thematic response provides a supplemental analysis of costs per county separated by each county's share of CVP energy (based on average No Action condition). Although this will not exactly replicate each Preference power customer's costs, it more closely approximates individual customer's experience because energy includes a measure of duration of use, rather than magnitude of use (Megawatt hours [MWh] versus Megawatts [MW]).

Table 1 presents a comparison of the two methods of analysis—allocation by county based on energy (supplemental analysis), versus allocation based on capacity (which was the approach taken in the DEIS/EIR). Table 2 presents a re-allocation of costs per county based on relative share of energy purchased from Western. It should be noted that the total impact of each alternative remains unchanged, but the allocation of costs does vary, with more emphasis on duration of use rather than magnitude of use. Table 2 also includes special consideration of First Preference customers, explained in detail below.

Reviewers also expressed concerns regarding costs to end users (i.e., individual households and businesses), especially those in low-income communities that might be disproportionately affected by increased power costs. Impacts to a CVP Preference power customer's end user is a function of how a Preference power customer sets its retail rates and how much electricity is consumed by an individual end user. Given the wide diversity in the rate structures of Western's customers, it is not feasible to calculate an individual end-user rate impact. Instead, the refined analysis (allocating costs based on energy rather than capacity) presented in Table 2 provides cost estimates that more closely approximate Preference power customer costs and therefore will more closely resemble the magnitude of impact preference customers will experience.

**TABLE 1**
Comparison of Cost Allocation by Energy Versus Cost Allocation by Capacity

| County | Supplemental Analysis | | Original DEIS/EIR Analysis | |
|---|---|---|---|---|
| | Energy Use[a] (No Action) (MWh) | Percent of CVP Energy Used by County % | Capacity Available[b] (No Action) (MW) | Percent of CVP Capacity Available for Use by County (%) |
| Alameda | 409,846 | 6.26 | 59.6 | 4.08 |
| Butte | 17,953 | 0.27 | 11.4 | 0.78 |
| Calaveras | 21,380 | 0.33 | 8.4 | 0.57 |
| Contra Costa | 16,340 | 0.25 | 6.8 | 0.46 |
| Fresno | 27,257 | 0.42 | 7.7 | 0.53 |
| Glenn | 9,081 | 0.14 | 4.1 | 0.28 |
| Kern | 134,767 | 2.06 | 33.0 | 2.26 |
| Kings | 80,694 | 1.23 | 18.7 | 1.28 |
| Lassen | 128,631 | 1.97 | 3.0 | 0.21 |
| Mendocino | 30,079 | 0.46 | 8.8 | 0.60 |
| Merced | 69,362 | 1.06 | 6.7 | 0.46 |
| Placer | 278,721 | 4.26 | 69.0 | 4.72 |
| Plumas | 58,655 | 0.90 | 22.5 | 1.54 |
| Sacramento | 2,261,839 | 34.57 | 381.4 | 26.10 |
| San Francisco | - | 0.00 | - | 0.00 |
| San Joaquin | 129,595 | 1.98 | 36.0 | 2.47 |
| Santa Barbara | 21,671 | 0.33 | 5.2 | 0.36 |
| Santa Clara | 1,680,377 | 25.68 | 522.4 | 35.76 |
| Shasta | 525,607 | 8.03 | 127.5 | 8.72 |
| Solano | 138,440 | 2.12 | 33.9 | 2.32 |
| Sonoma | 37,711 | 0.58 | 4.7 | 0.32 |
| Stanislaus | 76,542 | 1.17 | 21.9 | 1.50 |
| Trinity | 78,440 | 1.20 | 18.0 | 1.23 |
| Tulare | 13,638 | 0.21 | 4.0 | 0.27 |
| Tuolomne | 35,378 | 0.54 | 8.8 | 0.60 |
| Yolo | 146,134 | 2.23 | 16.2 | 1.11 |
| Yuba | 114,245 | 1.75 | 21.6 | 1.48 |
| **Total** | **6,542,383** | **100.00** | **1461** | **100.00** |

[a] Energy is the amount of CVP-generated electricity available for use by customers, after accounting for Project use.
[b] Based on contract rate of delivery.

**TABLE 2**
Supplemental Benefits (or Costs) of Changes in Power Production ($1,000) Allocated by County Based on Energy Use

| County | No Action CVP Energy Use (MWh) | Percent of County Use (%) | State Permit ($1,000) | Maximum Flow ($1,000) | Percent Inflow ($1,000) | Flow Evaluation ($1,000) |
|---|---|---|---|---|---|---|
| Alameda | 409,846 | 6.26 | 371 | (1,617) | (442) | (344) |
| Butte | 17,953 | 0.27 | 16 | (71) | (19) | (15) |
| Calaveras | 21,380 | 0.33 | 22 | (124) | (17) | (29) |
| Contra Costa | 16,340 | 0.25 | 15 | (64) | (18) | (14) |
| Fresno | 27,257 | 0.42 | 25 | (108) | (29) | (23) |
| Glenn | 9,081 | 0.14 | 8 | (36) | (10) | (8) |
| Kern | 134,767 | 2.06 | 122 | (532) | (145) | (113) |
| Kings | 80,694 | 1.23 | 73 | (318) | (87) | (68) |
| Lassen | 128,631 | 1.97 | 116 | (507) | (139) | (108) |
| Mendocino | 30,079 | 0.46 | 27 | (119) | (32) | (25) |
| Merced | 69,362 | 1.06 | 63 | (274) | (75) | (58) |
| Placer | 278,721 | 4.26 | 252 | (1,099) | (301) | (234) |
| Plumas | 58,655 | 0.90 | 53 | (231) | (63) | (49) |
| Sacramento | 2,261,839 | 34.57 | 2,048 | (8,922) | (2,439) | (1,901) |
| San Francisco | - | 0.00 | - | - | - | - |
| San Joaquin | 129,595 | 1.98 | 117 | (511) | (140) | (109) |
| Santa Barbara | 21,671 | 0.33 | 20 | (85) | (23) | (18) |
| Santa Clara | 1,680,377 | 25.68 | 1,522 | (6,628) | (1,812) | (1,412) |
| Shasta | 525,607 | 8.03 | 476 | (2,073) | (567) | (442) |
| Solano | 138,440 | 2.12 | 125 | (546) | (149) | (116) |
| Sonoma | 37,711 | 0.58 | 34 | (149) | (41) | (32) |
| Stanislaus | 76,542 | 1.17 | 69 | (302) | (83) | (64) |
| Trinity | 78,440 | 1.20 | 79 | (455) | (64) | (107) |
| Tulare | 13,638 | 0.21 | 12 | (54) | (15) | (11) |
| Tuolomne | 35,378 | 0.54 | 34 | (184) | (32) | (42) |
| Yolo | 146,134 | 2.23 | 132 | (576) | (158) | (123) |
| Yuba | 114,245 | 1.75 | 103 | (451) | (123) | (96) |
| **Total** | **6,542,383** | | **5,937** | **(26,036)** | **(7,023)** | **(5,564)** |

Reviewers also questioned the validity of assumptions used to value electricity in the future given the use of gas price forecasts and the evolution of the deregulated electrical market. The new open market created by deregulation has been fluctuating greatly (including rapid fluctuations in the value of ancillary services such as "spinning reserves"), precluding any reasonable forecasts for future prices. It has been assumed that the market will mature and become more predictable over time, but at this time, forecasts of long-run market prices are considered speculative. Accordingly, estimates of absolute dollar impacts provided by commentors may be correct, overstated, or understated. At this time, estimates of replacement power cost provided from the market are difficult to predict when the power market would presumably be more mature.

At the time of the DEIS/EIR analysis, the new deregulated market structure had been in place for a relatively short time, and it was difficult to clearly determine how capacity shortages would be reflected in an hourly energy market (i.e., the California Power Exchange [Cal PX] and the California Independent System Operator [CAISO]). The DEIS/EIR analysis assumed that the combination of energy and capacity values assigned to the generation characteristics of the alternatives would be representative of market pricing once the market achieves balance between load and capacity. The California energy market is still adjusting to deregulation, precluding use of a new methodology.

Reviewers specifically questioned the use of gas price forecasts used in the analysis. Gas prices have also been subject to wide fluctuations recently, and it is not clear when (or if) they will stabilize. Gas prices used in the DEIS/EIR analysis were approximately $2.24 to $2.27/MMBtu at the generator. Recent wellhead prices for gas during January varied from $2.08 to $2.50/MMBtu. Adding in the typical wheeling charges results in a delivered price in the range of $2.40 to $2.90/MMBtu. A comparison of the DEIS/EIR average annual price used in the analysis and the current (winter) prices indicate that overall there has not been a major deviation from the pricing used in the analysis. Further, even if there were a large deviation in gas prices, the relative impact of the alternatives would not change in comparison to No Action. Table 2 was developed using the same gas prices used in the DEIS/EIR. Most recently, gas prices have been spiking in the range of $4.00/MMBtu.

It is also important to note that gas prices are a component of the analysis, but do not account for the entire cost of replacement electricity. Replacement costs are calculated by assuming that replacement capacity would be supplied by new natural-gas fired turbines. Capacity price is based on the capital cost of constructing new facilities. Energy costs are based on the cost of operating the facility, largely the cost of supplying natural gas to the facility. Revised gas prices would affect the magnitude of the impacts, but because gas prices would also affect the No Action and Existing Condition simulations, the relative impact would remain approximately the same.

The approach used in the DEIS/EIR was determined to be a reasonable method for evaluating impacts, and was based on the best available data at the time of analysis. Given recent (and likely continued) market and gas price fluctuation, the replacement cost approach remains valid, although input cost assumptions and forecasts will change over time. There are other approaches that may also be reasonable (some of which were noted by commentors) that yield slightly different values, although these would likely result in similar relative impacts for the scope of analysis.

Individual power customers may be able to assess different impacts to their individual operations. However, in so doing, it is important to include monthly as well as annual changes between the alternatives, because some changes occur in the timing of generation, which also affects value of generation, and therefore impacts to customers. However, because of the wide diversity in the operations of individual customers, it is not feasible to estimate customer impacts for every Western customer affected by the proposed action. Instead, impacts to representative customers are presented in the DEIS/EIR.

It is also important to note that energy and capacity were valued separately. As noted above, energy values were derived from the California market-clearing price for natural gas based on monthly on-peak and off-peak rates. Value of capacity was further separated into "capacity supported with energy" and "capacity without energy." Capacity with energy is a measure of the reliable capacity (given minimum flow requirements, etc.) of a hydropower resource in a given month. This is an important distinction because the PROSIM data used by PROSYM is in a monthly time-step, and downstream requirements can serve as constraints on available capacity. Unlike a gas-fired turbine, a hydroelectric facility cannot "order" more fuel when supplies run low. For a gas-fired plant, capacity with energy is not typically a concern because as long as there is fuel, the plant can operate. Capacity without energy is a measure of the capacity available for meeting instantaneous load, but not sustainable for an extended period of time. Capacity was valued at $8.99 per kW-month based on the cost of building combined-cycle turbines. Capacity without energy (also called reserves) was valued at 20 percent of that figure. As with the deregulated power market and natural gas prices, the value of ancillary service (capacity without energy) has also been fluctuating recently. Detailed assumptions are outlined in Power Resources Technical Appendix F of the DEIS/EIR.

## First Preference Customers

Changes in available CVP power affect Western's CVP Preference power customer's differently, based on their respective allocation of CVP power. Trinity PUD is a First Preference customer, giving it special access to CVP power. First Preference customers are offered a percentage of the generation for a particular CVP generator, or set of generators, before the power is offered to other customers. Trinity PUD is eligible for up to 25 percent of the generation of the TRD. Currently, Trinity PUD uses approximately 8 percent of its full entitlement, and load forecasts through 2020 are not anticipated to increase significantly[1]. As long as Trinity PUD is using less than its full entitlement, it will not need to access outside sources of electricity to meet load requirements. In the simplified example above under "Cost of Western Power," impacts to Trinity PUD are limited to the first-step of the analysis as long as a reduction in Western supplies does not fall below Trinity PUD's load requirements. Table 3 presents the change in First Preference allocation to Trinity PUD under the alternatives.

Table 3 presents the change in First Preference allocation to Trinity PUD under the alternatives.

---

[1] Trinity PUD would need to increase its demand by approximately 300 percent to exceed its current First Preference allotment.

**TABLE 3**
Modeled Share of Energy Available to Trinity PUD (Average Annual GWh)

|  | No Action | Maximum Flow | Flow Evaluation | Percent Inflow | State Permit |
|---|---|---|---|---|---|
| Total Generation for TRD | 1,524.4 | 552.7 | 1,257.9 | 1,374.8 | 1,740.3 |
| Project Use Supplied by TRD | 410.9 | 148.9 | 350.6 | 383.2 | 454.7 |
| Net Energy Available from TRD | 1,113.5 | 403.7 | 907.3 | 991.6 | 1,285.6 |
| Trinity PUD Allocation (25 percent TRD) | 278.4 | 100.9 | 226.8 | 247.9 | 321.4 |

In the DEIS/ EIR, power impacts to Trinity County were separated out as part of a regional economic analysis. Power impacts did not account for Trinity PUD's First Preference status. A revised analysis specific to Trinity County and its First Preference status follows. The analysis is also relevant for other First Preference customers, which include the Caleveras Public Power Agency and Tuolumne Public Power Agency. Table 4 presents the change in the Western's basic rate that would result from implementation of the various alternatives. The incremental change in basic rate reflects the impact of the various alternatives. That is, the additional cost of electricity attributable to an alternative is the incremental increase in Western rates multiplied by the average energy use of a First Preference customer. Total costs changes were presented in Table 4 for each alternative. Under the Flow Evaluation, Trinity PUD would be subject to approximately $107,000 of additional cost per year compared to No Action. In the DEIS/ EIR, this cost was reported as $69,000. The discrepancy results from Trinity PUD's individual load characteristics. It is not constrained by capacity; therefore, its costs are better reflected by energy usage.

**TABLE 4**
Impact on First Preference Power Customer

| Alternative | Percent Change in CVP Available Energy | Western Rate ($/MWh) | Change Compared to No Action ($/MWh) | Percent Change |
|---|---|---|---|---|
| No Action | N/A | 19.0 | N/A | N/A |
| Maximum Flow | (24.4) | 24.8 | 5.80 | 30.5% |
| Flow Evaluation | (6.7) | 20.4 | 1.36 | 7.2% |
| Percent Inflow | (4.1) | 19.8 | 0.82 | 4.3% |
| State Permit | 5.6 | 18.0 | (1.01) | -5.3% |

# CVPIA Restoration Fund and Repayment

Reviewers also raised questions about the impact of reduced power generation on the CVPIA Restoration Fund, both in terms of additional, unreported costs to power customers and as a threat to the continued viability of the Restoration Fund itself. The amount of CVPIA Restoration Fund surcharge paid by power customers is a function of actual water

deliveries made to the CVP water contractors. As water deliveries decrease, the surcharge paid by the CVP Preference power customers increases. The total cost of CVP power to Preference power customers would increase if the level of CVPIA Restoration Fund surcharges assigned to the power function increases. While this issue is certainly a major concern to CVP Preference power customers, as well as CVP water users in general, the lead agencies acknowledge the potential for such a scenario to occur, and note that it is beyond the scope of the environmental analysis in the EIS/EIR to attempt to further analyze its economic ramification in light of the wide range of uncertainties with the water sales market and other unknown economic variables associated with this issue. Congress and the Administration is in a continuing debate regarding collection and allocation of the Restoration Fund, increasing the uncertainty surrounding changes to the Restoration Fund. Water deliveries and power generation will be further affected by full implementation of CVPIA, the SWRCB water rights process, CALFED Bay-Delta Program, deregulation of the electrical industry, and other factors noted in Section 4.1 Cumulative Impacts in the DEIS/EIR. The interplay of these processes and organizations on water delivery and power is highly complex in light of the projected growth rates in California, and the impact on rates would be purely speculative.

Potential costs associated with repayment are addressed in the thematic response "Implementation Funding and Relationship to Repayment, Reimbursement, and the CVPIA Restoration Fund."

# Description of the Proposed Action/Segmenting

Several reviewers asserted that the DEIS/EIR did not describe the Proposed Action, or some aspects of the Proposed Action, in sufficient detail, and that, as a result, the document did not disclose all impacts. These reviewers thus asserted that the lead agencies were guilty of project "segmenting" or "piecemealing."

The lead agencies disagree with such assertions. It is important to note that, for site-specific components of the Proposed Action (such as channel modifications and dam improvements required under certain alternatives), the DEIS/EIR is a programmatic document, and as such, assesses the overall impacts of implementing portions of the Trinity River Fishery Restoration Program. It is not appropriate or necessary to describe the site-specific details of activities (such as gravel replacement or riparian restoration) that will be tiered (40 CFR 1502.20 and 1508.28, CEQ Guidance Regarding NEPA Regulations at 48 FR 34263) from the programmatic document and receive environmental review on a site-specific basis at a later point in time. As identified in Section 2.1 Alternatives, page 2-21, 24 of the proposed 47 mechanical restoration projects associated with the Flow Evaluation, Percent Inflow, and Mechanical Restoration Alternatives would be built in the first three years, with the remainder built in following years. Each year projects would be evaluated, specific sites selected, and appropriate permits and authorizations acquired prior to initiating construction. Such an approach does not represent a lack of disclosure or deferral of mitigation, but constitutes logical, efficient, and appropriate planning.

There is nothing in either National Environmental Policy Act (NEPA) or California Environmental Quality Act (CEQA) that prohibits lead agencies from preparing documents that serve the dual function of providing project-level analysis for some aspects of a complex project or action and program-level analysis for other aspects. In fact, the practice this common method of dealing with projects or actions where only some aspects require later, more project-specific environmental review. Notably, the discussion of "tiering" within the NEPA Regulations adopted by the Council on Environmental Quality (CEQ) states that the tiering process allows agencies "to focus on the actual issues ripe for decision at each level of environmental review." (40 C.F.R. § 1502.20.) The CEQA Guidelines section on tiering contains similar language. (CEQA Guidelines § 15152(b).) This FEIS/EIR contains enough information for the federal lead agencies to approve a flow decision, but contains only generalized information on channel modification projects and other activities that will be necessary under certain alternatives. In other words, flow will be "ripe for decision" before site-specific channel modification projects will be. The DEIS/EIR recognizes that "second-tier" review will be necessary for individual channel modification projects and other site-specific actions and mitigation required only under certain alternatives.

This is not to say that the DEIS/EIR failed to address the impacts of channel modification projects and similar site-specific actions necessary for certain alternatives. The document identifies the kinds of impacts that such projects are likely to entail, while recognizing that additional, second-tier information must be generated before any site-specific approvals are

granted (see DEIS/EIR, page 1-23). This represents an efficient and sensible approach to analyzing a project as complex as the proposed flow decision. If the federal lead agencies were to approve a project alternative that did not involve channel modification or dam modifications, then any site-specific information contained in the DEIS/EIR would have been unnecessary to an informed decision. The DEIS/EIR contains enough general information about such individual projects to permit an informed decision on the overall flow decision, even while recognizing that additional site-specific analyses will be required before individual channel modification permits or other site-specific actions are approved.

The concepts of segmentation and piecemealing invoked by the reviewers refer to a disfavored approach to environmental review different from that taken here. In the classic segmentation case under NEPA, a federal agency splits an indivisible action or project into two or more pieces to minimize the environmental consequences of the overall project or action. For example, where a freeway is planned to connect points A and C, going through point B, segmentation may occur if the agency prepares two "Findings of No Significant Impact" (FONSI) for actions consisting of links between points A and B, and points B and C. Unless the connections between A and B, and B and C have "independent utility" in and of themselves, a violation of NEPA may have occurred.

In the classic piecemealing case under CEQA, an agency prepares two negative declarations for a single project consisting of several discretionary approvals. For example, one negative declaration is prepared for a general plan amendment and rezone, while another negative declaration is prepared for a tentative map or variance. Such an approach tends to minimize the overall effects of what should be an indivisible project requiring the various discretionary approvals. Another variety of piecemealing occurs where an agency plans a multi-stage project but fails to analyze the impacts of any phase but the first.

In short, the reviewers have confused the legitimate use of "tiering," as contemplated by the DEIS/EIR, with the different concepts of segmentation and piecemealing. Here, the DEIS/EIR addresses the impacts of channel modification and similar site-specific activities that would only be necessary under some alternatives, but does so in general terms, with a recognition that more site-specific information must be generated before actual permits or other approvals are granted. The DEIS/EIR has not simply avoided any mention or analysis of those later approvals. Nor have the lead agencies narrowly defined their project and action to avoid any mention or recognition of the channel modification projects and other similar site-specific activities.

# Use of Water Delivery and Related Models

A number of reviewers expressed concerns with the use and interpretation of the water delivery and system operation models and results used to illustrate and project potential impacts associated with each alternative. As summarized in Section 3.1, Introduction of the DEIS/EIR, a number of predictive models were used to assist in projecting water deliveries and related effects on water quality and habitat for both aquatic and terrestrial species. A description of each model, key assumptions, and use are provided in each section where a given model is used, as well as the associated appendices. The majority of the models used in preparation of the DEIS/EIR were determined to be the best tool available given their use in other large-scale water management studies, including the Central Valley Project Improvement Act (CVPIA) Programmatic EIS (PEIS). The CVPIA PEIS process included an extensive review of potential analytical tools to select the most appropriate tools for the PEIS. An Analytical Tools Workshop was held to give the public an opportunity to provide input on the choice of tools for the PEIS analysis.

The many assumptions related to current and future projected CVP operations were the subject of numerous public stakeholder meetings across the state between 1993 and 1995 as part of the CVPIA PEIS process. (Also see thematic response titled "No Action Alternative/Existing Conditions Scenario and Range of Alternatives," which discusses the primary assumptions made for the NEPA No Action and CEQA Existing Conditions scenarios). As stated in Section 3.3, Water Resources of the DEIS/EIR, other planning efforts of statewide importance where PROSIM (discussed below) and other models used in the DEIS/EIR were included are:

- CALFED
- Consolidated and Expanded Place of Use
- Interim Folsom Re-operation
- American River Water Resources Investigation
- American River Watershed Project
- Water Augmentation
- Water Forum Proposal EIR

The use of PROSIM and other predictive tools is a constant source of debate within the water community. However, these models represent the best tools available, as well as an accepted method of comparing potential actions and alternatives. In particular, the use of the models discussed below to assist in identifying Sacramento River temperature and salmon mortality effects is certainly reasonable given adaptations of these models are used for annual CVP operations by the Sacramento River Temperature Task Group. The Department of the Interior (DOI) believes that use of such models is appropriate and that to have created a wholly new approach, or to have analyzed impacts in an entirely qualitative fashion would have been inappropriate and subject to valid criticism. Absent any suggested better method, DOI believes the extensive modeling of potential impacts for a number of scenarios, including the simulated driest period of record (1928-1934, termed the "dry

period or condition") represents a worst-case analysis and is more than adequate for NEPA- and CEQA-related impact assessment.

# Models and Their Use

The primary model used to assess projected changes in water deliveries and CVP and SWP operations was U.S. Bureau of Reclamation's (Reclamation) PROSIM model. PROSIM is a monthly planning model used to simulate CVP and SWP operations. The model identifies potential water supply impacts from changes in operational assumptions associated with a proposed project or action. Key simulation results from model runs include CVP and SWP reservoir levels; timing and magnitude of Delta inflows, outflows, and exports; and CVP and SWP deliveries. Given PROSIM is a planning model, results are not presented as "stand alone" output, but rather are used on a comparative basis between an alternative scenario and a base no action simulation. Differences in PROSIM results between alternative simulations are intended to illustrate general trends and interrelationships between system resources.

Simulations of future conditions are based on the assumption that the historic hydrology that was recorded from 1922-1990 is representative of the range of hydrology that may occur in the future. This period is consistent with the future projected 2020 level hydrology developed for DWR Bulletin 160-93 that provides the basis for future land use and water demands. DWR Bulletin 160-93 was the most up-to-date information available at the time the EIS/EIR was initiated. Additionally, DWR Bulletin 160-98, which is the most recent DWR Bulletin and was released in 1998, used the same planning horizon (2020). Urban growth projections were actually reduced somewhat in Bulletin160-98, as such the use of Bulletin 160-93 projections provides a very conservative estimate of urban water demand. In an effort to not underestimate environmental effects, the lead agencies used the more conservative estimates from DWR Bulletin 160-93.

Particularly dry (1928-1934) and wet (1967-1971) periods from the historical record were analyzed separately to provide an indication of the impacts that would be projected to occur given a series of either particularly dry or wet years. Individual and series of years influence the associated carryover storage anticipated at each of the modeled system reservoirs, as well as the amount of water available for contract deliveries or environmental uses. Results of the modeling runs are presented in a number of places in the document, including Table 3-3 in Section 3.3 Water Resources, as well as within the text of Section 3.3 of the DEIS/EIR. The results of other models that use PROSIM output as input include:

- PROSYM (developed by Western Area Power Administration) for power-related impacts (Table 3-49, Section 3-10, Power Resources of the DEIS/EIR)

- Central Valley Production Model ("CVPM" developed by the California Department of Water Resources [DWR]) for agricultural-related impacts (Table 3-45, Section 3.9, Land Use of the DEIS/EIR)

- Central Valley Groundwater and Surface Water Model ("CVGSM" developed by Reclamation, DWR, and the State Water Resources Control Board [SWRCB]) for groundwater-related impacts (Figures 3-22 through 3-31, Section 3.3.2, Groundwater of the DEIS/EIR)

Case 1:20-cv-01814-JLT-EPG   Document 118-7   Filed 12/30/22   Page 665 of 805
USE OF WATER DELIVERY AND RELATED MODELS

- Sacramento River Salmon Mortality Model ("LSALMON2" developed by Reclamation) for Sacramento River salmon-related impacts (Table 3-15, Section 3.5, Fishery Resources of the DEIS/ EIR)

- Sacramento River Basin Temperature Model ("LSACTEM3" developed by Reclamation) for Sacramento River temperature-related impacts [Table 3-9, Section 3.4, Water Quality of the DEIS/ EIR]

- Delta Simulation Model (developed by DWR) for Bay-Delta water quality-related impacts (pages 3-141 through 3-148, Section 3.4, Water Quality of the DEIS/ EIR)

The actual running of the model requires a number of iterative steps to ensure that the simulation results are consistent with assumed operational constraints. Operational constraints include carryover storage requirements, Delta water quality standards, and timing of releases from CVP and SWP facilities. The primary assumptions included in the No Action Alternative and Existing Conditions scenarios are addressed in the thematic response titled "No Action Alternative/ Existing Conditions Scenario and Range of Alternatives." As discussed in the thematic responses referenced above, and as clearly described on page 2-7 of the DEIS/ EIR, fundamental assumptions used in the PROSIM modeling effort included meeting the flow and reservoir storage requirements of the 1993 Winter-run Biological Opinion (BO), the 1995 delta smelt BO, and the 1995 Bay/ Delta Accord. These requirements are incorporated into the operating logic the model uses to simulate the CVP, in addition to all other agricultural, M&I, and environmental contracts and entitlements.

Subsequent to the modeling analyses conducted for the Draft EIS/ EIR, the California Court of Appeal for the Third Appellate District struck down a portion of the Monterey Agreement signed by the Department of Water Resources and State Water Project (SWP) contractors in 1994. The agreement amendments changed the prior method of allocating water supply deficiencies, which reduced supplies to agricultural contractors before those to urban contractors were cut. The No Action and all other Trinity alternatives assume the Monterey Agreement is in place, and SWP supplies are allocated among agricultural and municipal and industrial (M&I) contractors evenly in proportion to their entitlement. The Monterey Agreement, as simulated in the No Action Alternative, has no effect on the level of SWP delivery, rather it only affects the delivery allocation to contractors south of the Delta once an overall delivery level has been determined. Therefore, the Monterey Agreement does not have any impact on the amount of water the SWP exports from the Delta. The amount of water exported is a function of demand, available supply, and export restrictions.

Accordingly, it is not anticipated that this court decision will have any significant impact on the results of the modeling analyses conducted for the Draft EIS/ EIR.

## Presentation of Results and Use of Data

A number of comments were received that questioned the presentation of results and suggested that a number of potential impacts were masked by "averaging." As described above, the quantitative analysis of anticipated system operations and associated water deliveries and effects on water quality and habitat were presented for dry- and wet-year conditions as well as an average over the simulation period. Contrary to the reviewers'

RDD/003670298.DOC (CLR568.DOC)                                                          D2-107

assertions, this approach allows readers to see potential impacts in the context of three con-ditions, only one of which represents an average over the entire period. For some issue/resource areas, such as Section 3.9.2, Agriculture of the DEIS/EIR, only the dry and average period are included because under the wet condition, no impacts were found to occur (essentially during "wet" periods, there is an adequate quantity of water supply to meet all system demands). The dry period represents a worst-case scenario and as such meets the intent of both CEQA and NEPA.

In addition to the anticipated dry-period impacts, other sections of the document present simulated frequency curves to show the projected impacts of each alternative compared to No Action and the Existing Conditions scenario over the entire simulation period. Figures 3-16 through 3-20 of the DEIS/EIR identify the frequency of flows, reservoir storage (Shasta, Trinity, and Folsom), and water deliveries to various water service contractors north and south of the Delta. As shown on Figure 3-15 "How to Read a Frequency Distri-bution Curve," these figures present information in terms of the percent exceedance for a particular attribute (e.g., acre-feet of storage, or total water deliveries). This same approach is presented in Section 4.1.14 Cumulative Impacts Analysis to show impacts over the entire simulation period. This approach is consistent with the approach used in the CVPIA PEIS, and as such was determined to be a familiar method of presentation for stakeholders who participated in the development of that document and also commented on this DEIS/EIR.

Potential water quality and fishery impacts within the Sacramento River and the Bay-Delta were evaluated by reviewing simulated annual losses associated with each alternative over the simulation period. These numbers were not averaged, but rather reviewed as individual years, as illustrated on page 3-175 of the DEIS/EIR, which shows impacts to various runs of chinook salmon during the simulated dry years of 1924, 1931 through 1935, and 1977. Moreover, impacts to fall, winter, and spring chinook salmon were conservatively identified as significant under CEQA, given at the time the DEIS/EIR was released the results of Endangered Species Act (ESA) consultation were not yet known. Other reviewers, such as the California Department of Fish and Game (CDFG), who have regulatory authority over state-listed species suggested that such a modeled impact was **not** significant. The identification of this impact as significant again illustrates that the DEIS/EIR consistently evaluated impacts in a worst-case manner.

# Cumulative Impacts Analysis

A number of reviewers asserted that the cumulative effects analysis was not inclusive enough or did not adequately disclose impacts. The lead agencies disagree with these assertions.

The cumulative effects analysis was developed as a means of arriving at a better decision rather than as an academic exercise in developing a perfect cumulative effects analysis (*Considering Cumulative Effects Under the National Environmental Policy Act*, Council on Environmental Quality, January 1997). For a cumulative effects analysis to help the decision-maker and inform interested parties, it must be limited to effects that can be evaluated meaningfully. Thus, the DEIS/EIR team assessed reasonably foreseeable events within reasonably foreseeable geographic (spatial) and temporal boundaries to present a meaningful impact analysis rather than present an entirely specious, speculative analysis, which could lead to erroneous conclusions. The lead agencies believe the cumulative impact analysis represents a reasonable projection of future conditions including all relevant and foreseeable past, current, and future actions in addition to the proposed action.

Several reviewers suggested other factors be included in the cumulative effects analysis. In response to these comments, Chapter 2 of the FEIS/EIR, Changes to the DEIS/EIR, includes additional quantitative analyses with regard to power resources, M&I land use, water quality, and fishery resources. These analyses simply reinforce the conclusions reached in the DEIS/EIR that impacts to these resources/issue areas would be potentially significant. Other issue areas or suggested analyses that were not conducted were determined to be either too speculative or vaguely defined to allow for any meaningful analysis. Speculating on the level of activity and effects that may occur due to unknown, uncertain, or undefined activities is clearly inappropriate in attempting to provide a meaningful report as the basis for a decision.

Some reviewers suggested that a full analysis of the potential cumulative impacts of maintaining Trinity Reservoir storage at 600,000 acre-feet (af) should be completed. As described in Section 4.1.14 Cumulative Impacts Analysis, a future cumulative condition was modeled to include the Preferred Alternative, all provisions of the Central Valley Project Improvement Act (CVPIA) as they were addressed in the CVPIA Programmatic Environmental Impact Statement (PEIS), and full allocation of all CVP contracts (i.e., assume all contracted water allocations are fully utilized by all contract holders). Given these assumptions, and as stated on page 4-14 of the DEIS/EIR, the modeling effort revealed that simulated storage levels in Shasta Reservoir would be below feasible operating levels during the simulated dry period (1928 through 1934) analyzed throughout the document as well as one other critically dry year (1924).

The modeling effort assumed that a condition where Shasta was essentially inoperable would not be considered acceptable given U.S. Bureau of Reclamation would be unable to meet flow requirements related to the biological opinions (BO) for both the winter-run chinook salmon and the delta smelt, 1995 Bay/Delta Accord, as well as agricultural and M&I water deliveries. Consequently, the carryover storage requirement was reduced to

400,000 af to account for the dry years identified above.  The DEIS/ EIR states on page 4-14 that impacts associated with the 600,000 af carryover storage scenario would be greater.  Indeed, the DEIS/ EIR makes quite clear that the collective impact of CVPIA, full contract allocations, and the Preferred Alternative is projected to result in severe operational constraints and associated significant impacts.  To further model such impacts, and attempt to model a condition where additional actions would be taken, such as decreasing deliveries to water-rights holders in violation of their existing contracts, was considered much too speculative and thus inappropriate.  Accordingly, the project description has been revised in Chapter 2 of the FEIS/ EIR, Changes to the DEIS/ EIR, to state that a carryover storage level of 400,000 would be maintained associated with the Flow Evaluation and Preferred Alternatives in particularly dry years if deemed necessary to avoid infeasible operations at Shasta Dam.

It is also important to note that, while outside the scope of this document, many agencies and organizations are examining ways to increase water supplies as part of overall water management systems in the Trinity Basin and Central Valley Project.

# Significance Criteria

The National Environmental Policy Act (NEPA) does not require the use of significance thresholds. The significance thresholds found in the DEIS/EIR reflect recent changes in the California Environmental Quality Act (CEQA). Because CEQA requires the feasible mitigation of all significant effects on the environment, it is commonly believed that EIRs must include "thresholds" that identify a level of impact that is "significant." In October 1998, the California Resources Agency issued a new version of its sample "Initial Study Checklist" (it is now found in Appendix G to the CEQA Guidelines). Trinity County relied heavily on Appendix G in formulating the significance thresholds found in the DEIS/EIR. As former Resources Agency General Counsel Maureen Gorsen has explained, Appendix G reflects "federal, state and local laws and regulations containing precise qualitative and quantitative standards that are commonly used thresholds in practice. In addition to providing more clear criteria to lead agencies in determining the significance of particular impacts, the new checklist integrates references to the numerous statutes dealing with specific environmental impacts (e.g., California Endangered Species Act) and standards developed by numerous regulatory bodies focused on particular environmental problems (e.g., San Francisco Bay Conservation and Development Commission, South Coast Air Quality Management District) in dealing with environmental impacts to certain important resources. In so doing, the Guidelines achieve the important statutory goal of integrating the requirements of CEQA with the environmental requirements of other laws."

As noted above, the significance thresholds used throughout the DEIS/EIR are based primarily on Appendix G, but they also reflect CEQA Guideline Section 15065 (mandatory findings of significance) and other accepted sources of professional and regulatory judgment regarding what constitutes significant levels of impacts on various environmental and natural resources. Even if the County has employed differing thresholds in the past, that fact would not bind that agency to continue using the same thresholds indefinitely. This document was prepared with the intent of employing up-to-date significance thresholds derived from CEQA. In any event, the significance thresholds, prepared for CEQA compliance purposes, should be understood to derive from Trinity County, rather than the lead agencies, and are not intended to be applicable to the legal requirements of either U.S. Fish and Wildlife Service (Service), National Marine Fisheries Service (NMFS), or U.S. Bureau of Reclamation (Reclamation) under federal law.

Accordingly, the identification of modeled impacts to listed aquatic and terrestrial species as significant in the DEIS/EIR per CEQA, even after mitigation, does not obligate the Service or NMFS to conclude that such impacts would adversely affect listed species under Endangered Species Act (ESA). The Biological Opinions (under separate cover) prepared by the Service and NMFS specify the anticipated affect of implementing the Preferred Alternative, as well as reasonable and prudent measures that will minimize the effects of incidental take of listed species.

# Reference

Gorsen. 1998. "The New and Improved CEQA Guidelines Revisions: Important Guidance for Controversial Issues."  Appendix 6 in Remy et al. Guide to the California Environmental Quality Act (10th ed. 1999). Page 971.  October.

# Tribal Trust

As stated in the Purpose and Need Statement, page 1-4 of the DEIS/ EIR, one of the needs for this action "results from Congress'… (4) confirmation of the federal trust responsibility to protect tribal fishery resources affected by the TRD…"   Accordingly, the Preferred Alternative is intended to address part of "…the federal government's tribal trust responsibility to protect the fishery resources of the region's Indian tribes" (see page 3-205 of the DEIS/ EIR).  See Section 3.6 of the DEIS/ EIR for further details.

# Tribal Participation in the EIS Process

"Due to the unique federal/ tribal relationship, and because of the prominent role the Hoopa Valley Tribe plays in Trinity River issues, the tribe serves as a co-lead for NEPA purposes. In addition, the Karuk and Yurok tribes have been active in developing the DEIS/ EIR" (see page 5-1 of the DEIS/ EIR). Several public meetings were held in and near Hoopa to seek input from the Native American community on the DEIS/ EIR effort. See page 1-22 of the DEIS/ EIR for further details. Tribal representation will continue to be sought on all current and future aspects of the restoration effort in the Trinity River.

# Public Trust

Some commentors requested that the Final EIS/EIR contain a section that describes the responsibility of the U.S. Bureau of Reclamation (Reclamation) to protect the natural resources of the Trinity River under the State of California's public trust doctrine. The commentors state that the State's laws establish an ongoing trust duty to account for impacts of water allocations on public resources whenever feasible.

To our knowledge, application of the public trust doctrine to the operations of a federal reclamation project would be one of first impression, and thus, we do not believe it would be appropriate to include a section in the final document attempting to define conclusively these unresolved legal issues. As a general rule, Reclamation projects must operate consistent with state laws regarding the control, appropriation, use, or distribution of water used in irrigation, pursuant to Section 8 of the 1902 Reclamation Act, unless doing so would be contrary to federal law. Under the Mono Lake decision, National Audubon Society v. Superior Court of Alpine County, 658 P.2d 709 (Cal. 1983), the California Supreme Court held that the public trust doctrine, as recognized in California, imposes a duty of continuing supervision over the taking and use of appropriated water.

As described in the EIS/EIR, Congress on numerous occasions has addressed the issue of Trinity River Division (TRD) operations and the need to preserve and protect the fish and wildlife resources of the Trinity River. For example, the 1955 Act authorized the TRD as an integrated facility of the Central Valley Project, but also required the preservation and propagation of the Trinity River's fish and wildlife. This latter provision has been interpreted, in concert with the 1955 Act's legislative history, to require that only water that is surplus to the needs of the Trinity River be exported to the Central Valley. Construction and operation of the TRD, however, resulted in substantial impacts to the Trinity River fishery, primarily as a result of insufficient streamflows remaining in the Trinity River. This realization in the late 1970s led to the initiation of the Trinity River flow study by the Department of the Interior (DOI), as well as subsequent legislation from Congress directing the restoration of the Trinity River fishery to levels that pre-date the construction of the TRD so that tribal, sport, and ocean commercial fishermen could enjoy a sustainable fishery resource. Ultimately, the 1992 Central Valley Project Improvement Act called for the completion of DOI's flow study and the implementation of such recommendations, based on the best available scientific data, regarding necessary instream flows and appropriate TRD operations for the restoration and maintenance of the Trinity River fishery. Therefore, to the extent the State's public trust doctrine applies to the TRD, we believe that the Congressional mandates to restore and maintain the Trinity River fishery, and the resulting actions and decisions by DOI taken pursuant to these authorities, are fully consistent with the concepts of the State's public trust doctrine.

# Chapter 5
# Attachments

Attachment 1

# Sacramento River Flow Below Freeport (PROSIM)

```
Run Date 12- 9- 98
Sacramento River flow below Freeport
NA3_P27M = PROSIM99;CVPIA PEIS NAA;C09A;BDPA;1993 WRBO;L2 REFS
Equation is +flow    17
Report is in ascending order by year                                    Units are in CFS
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 11615.4 | 11405 | 16867.6 | 17043.1 | 31037.4 | 28152.6 | 20804.8 | 41586.9 | 34504.5 | 16308.2 | 19145.1 | 14998.7 | 263469 |
| 1923 | 10500.5 | 15249.9 | 26996.8 | 29888.8 | 15827.1 | 14586.5 | 22987.9 | 15430.1 | 14981.7 | 20416.7 | 18140 | 16513 | 221519 |
| 1924 | 12196.2 | 10631.7 | 17212.3 | 16164.5 | 15932.7 | 11715.8 | 6408.9 | 7396.3 | 6492.1 | 6698.5 | 6399.5 | 6475.8 | 123724 |
| 1925 | 7843.2 | 7240.2 | 11707.6 | 11136.4 | 47757.2 | 23073.1 | 21427.2 | 13426 | 14215.6 | 17420.9 | 14361 | 14864.1 | 204473 |
| 1926 | 9817 | 9075.5 | 11675.4 | 17269.1 | 35393.7 | 15097.3 | 18014.9 | 16304.3 | 13214.3 | 12836.7 | 8715 | 11565.2 | 178978 |
| 1927 | 8513.2 | 22651.9 | 22241.7 | 34992.4 | 73073 | 40247.9 | 44197 | 24008.7 | 16302.8 | 18417.6 | 20297.3 | 15183.9 | 340127 |
| 1928 | 10024.9 | 21587.6 | 15509.9 | 24642.1 | 23988.3 | 66689.9 | 25834.7 | 19635 | 14020.8 | 17452.4 | 18549.5 | 15124.3 | 273059 |
| 1929 | 10490.5 | 11550.7 | 16604.3 | 16970.4 | 15423.3 | 11951.6 | 7023.3 | 8651.4 | 8893.8 | 9796.5 | 9247.7 | 8137.7 | 134741 |
| 1930 | 7506.7 | 6976.1 | 15610.4 | 20440.4 | 16500.5 | 27466 | 11276 | 10737.4 | 9752.1 | 12190.8 | 11309.9 | 14796.6 | 165163 |
| 1931 | 8276 | 8531.3 | 12240.9 | 13942.5 | 13153.2 | 10337.2 | 8777.6 | 8105.5 | 6817.8 | 6917.2 | 6822.4 | 6886.4 | 110808 |
| 1932 | 5916.3 | 6318.6 | 17210.4 | 19436.5 | 13607.4 | 10796 | 9069.5 | 11480.5 | 13578.9 | 11878.2 | 10893.3 | 12618.1 | 142804 |
| 1933 | 7864.3 | 7368 | 12017.7 | 14235 | 12717.9 | 12492.6 | 10808.1 | 8465.7 | 9473.2 | 8553.8 | 8320.2 | 8441.3 | 120758 |
| 1934 | 7010.8 | 6397.5 | 13560.8 | 17158.6 | 13547.7 | 11287.9 | 9934.2 | 7697.6 | 9262.4 | 7280.8 | 7436 | 7058.7 | 117633 |
| 1935 | 6101.8 | 10662.5 | 9482.6 | 25261.2 | 12402 | 23998.9 | 42048.8 | 31023.1 | 15328.3 | 16430 | 19230.5 | 15675.4 | 227645 |
| 1936 | 11653.5 | 10859.7 | 16917.4 | 34979.6 | 55552.6 | 29441.8 | 19631.7 | 14581.5 | 14418.3 | 18634.2 | 18809 | 15565.7 | 261045 |
| 1937 | 9839.8 | 10675 | 16574.2 | 13574.9 | 29892.1 | 38121 | 20894.9 | 17765.6 | 14536.3 | 14886.9 | 18887.1 | 15629 | 221277 |
| 1938 | 9945 | 23180.6 | 41602 | 28121.2 | 68662.7 | 69657.7 | 52311.4 | 48934.6 | 36059.5 | 17629.1 | 16782.1 | 15274.9 | 428161 |
| 1939 | 16454.7 | 13556.7 | 15437.8 | 14674.4 | 13567.3 | 13013.9 | 9521.1 | 9152.2 | 10461.3 | 12692.4 | 10321.3 | 12404.1 | 151257 |
| 1940 | 8461.6 | 8828.9 | 11726.1 | 29520.6 | 56871.9 | 66662.6 | 50955.4 | 17861.8 | 13028.7 | 17772.5 | 18464.2 | 14582.5 | 314737 |
| 1941 | 9243.4 | 11205.5 | 40827.2 | 61052.5 | 69455.8 | 57637.8 | 51775.4 | 38723.8 | 21053 | 13531.5 | 15300.2 | 14997.1 | 406623 |
| 1942 | 15051.5 | 14975.7 | 52676.2 | 57287.1 | 73689.1 | 24000.1 | 41716.6 | 35234.8 | 27515.6 | 15720.5 | 15698.8 | 13951.8 | 387518 |
| 1943 | 14443.1 | 19690.5 | 28992.2 | 58213.6 | 46764.1 | 57745.6 | 27460.5 | 18481.5 | 11883.9 | 15637.7 | 19611 | 15224.4 | 334148 |
| 1944 | 10513 | 11484.6 | 16511.9 | 16602.4 | 24403.2 | 20425.2 | 10996.7 | 10684.2 | 14001.1 | 16566.5 | 12399 | 14316.6 | 178905 |
| 1945 | 8494.3 | 14772.3 | 17880.2 | 13857.9 | 46171.2 | 26782.6 | 12030.6 | 12127.1 | 16682 | 17930.2 | 18050.5 | 15394.4 | 220173 |
| 1946 | 9156.4 | 15806.3 | 51021.4 | 45535.3 | 28155.6 | 17172 | 12812.4 | 15133.4 | 16444 | 18656.8 | 17771.1 | 15149.7 | 262814 |
| 1947 | 10314.1 | 11302 | 15890.7 | 15583.3 | 17708.9 | 18786.9 | 15610 | 9578.4 | 11662.8 | 11481.7 | 8884.3 | 10746.2 | 157549 |
| 1948 | 9086.1 | 10353.4 | 8642.5 | 16045.1 | 11563.5 | 16097.4 | 29464.2 | 30098.5 | 21858.1 | 20764.7 | 17237.6 | 14214.5 | 205425 |
| 1949 | 10962.7 | 11692.7 | 16951 | 15614.6 | 12474.9 | 40035 | 13011.4 | 14070.2 | 15221.3 | 15477.6 | 12258.4 | 14017.8 | 192067 |
| 1950 | 9634.8 | 9842.1 | 10538.1 | 19905.2 | 32906.7 | 21890 | 18519.1 | 16664.6 | 16321.6 | 19042.1 | 16994.9 | 14079.8 | 206339 |
| 1951 | 11815.5 | 39070.5 | 62385.7 | 53917.1 | 53210.5 | 31880.9 | 17254.1 | 17221.2 | 14159.8 | 19680 | 19601.2 | 16548.6 | 356745 |
| 1952 | 10015.5 | 17856.9 | 40931.7 | 58671.9 | 59357.9 | 50258.5 | 53301.1 | 52028.5 | 39967.6 | 22031.3 | 19308.6 | 16177 | 439907 |
| 1953 | 14637.6 | 13406.3 | 39782.5 | 62759.4 | 24935.8 | 22471.4 | 16792.4 | 24623.9 | 28019.3 | 17135.8 | 18281.9 | 15060.8 | 297907 |
| 1954 | 14755.6 | 20028.2 | 15079.5 | 33582.6 | 51069.7 | 45657.8 | 38982.3 | 23745.2 | 14693.2 | 18326 | 19212.6 | 15102.2 | 310235 |
| 1955 | 10637.1 | 17456.5 | 24904.7 | 18889.3 | 15852.7 | 11902.9 | 9866.4 | 11717.8 | 16269.3 | 14777.1 | 11737.2 | 13426.2 | 177437 |
| 1956 | 9196.8 | 10996.7 | 60948.3 | 70922.8 | 60619.8 | 35218 | 20009.8 | 39126.4 | 23606.9 | 17762.8 | 17943.1 | 16048.6 | 382400 |
| 1957 | 17920.1 | 12052.5 | 11702.6 | 16602.9 | 34242.7 | 42939.6 | 20024.6 | 16127.2 | 16752.9 | 19170 | 19585.6 | 16126.2 | 243247 |
| 1958 | 19574.2 | 16845.5 | 24277.5 | 37361 | 73963 | 62274.4 | 60919.1 | 40546.6 | 37554.5 | 13073.7 | 18782.4 | 430304 | 430304 |
| 1959 | 14537.5 | 12090.9 | 12342.8 | 37902 | 44735.1 | 21492.6 | 12635 | 14531.1 | 14509.8 | 15756.7 | 18080.6 | 14203.1 | 232817 |
| 1960 | 11958 | 11242.5 | 17670.7 | 16064.4 | 27621.2 | 20241.1 | 16220.7 | 11095.4 | 12781.8 | 15591.5 | 11869 | 12197.3 | 184554 |
| 1961 | 9291.4 | 13109 | 15566.9 | 11799.5 | 32958.2 | 18533.6 | 14859.7 | 12088.2 | 13153.5 | 13338.3 | 11171 | 11337.8 | 177207 |
| 1962 | 8993.8 | 8932.8 | 15581.4 | 10974 | 46529.9 | 30768.7 | 14472 | 17925.8 | 14426.6 | 15574.1 | 17964.1 | 14458.2 | 216601 |
| 1963 | 30551.1 | 16558.7 | 27603.4 | 15791.3 | 56260.7 | 29144.6 | 62091 | 27184.5 | 15423.6 | 18824.3 | 20183.9 | 14990.2 | 334607 |
| 1964 | 16004.3 | 28021.6 | 13963.6 | 26035.3 | 15557.8 | 11557.3 | 11940.9 | 12656.7 | 13833.5 | 15023.1 | 10879.9 | 12168 | 187642 |
| 1965 | 8843.3 | 15196.4 | 62905 | 68251 | 31732.9 | 21462.2 | 43661 | 23854.3 | 13583.1 | 15102.9 | 19049 | 12539.5 | 336181 |
| 1966 | 8871 | 22570.2 | 15727.8 | 31931.8 | 23859.6 | 23999.7 | 15152.7 | 17969.1 | 14393.3 | 15543.3 | 17572.1 | 13863.4 | 221454 |
| 1967 | 11357.2 | 17907.9 | 36328.8 | 38124.1 | 46627.2 | 46589.7 | 37388 | 41521.7 | 41311.9 | 19873.7 | 18218.8 | 16449.1 | 371698 |
| 1968 | 15248.1 | 13185.1 | 15198.3 | 29805 | 52994.3 | 35541.2 | 15428.5 | 13450 | 14467.1 | 17062.8 | 18248.3 | 15909.6 | 256538 |
| 1969 | 12092.9 | 12470.5 | 25620.8 | 68720.4 | 69703.6 | 42811.1 | 41632.9 | 40411.2 | 26265.6 | 16948.6 | 17374.6 | 17797.3 | 391849 |
| 1970 | 16305.3 | 14268.8 | 49768.9 | 70029.2 | 62255.7 | 35204.1 | 13417.9 | 11612.5 | 14522.3 | 19963.9 | 19596.9 | 15780.6 | 342726 |
| 1971 | 9903.5 | 25719.5 | 48474.5 | 43574.6 | 30392.6 | 39155.6 | 21361.1 | 26771 | 23759.3 | 18331.5 | 19836.1 | 16022.3 | 323302 |
| 1972 | 14178.5 | 12598.5 | 22137.3 | 21677.9 | 21627.9 | 32409 | 14981.3 | 14201.9 | 14541.4 | 18112.8 | 17434.3 | 14586.4 | 218480 |
| 1973 | 11859 | 22891.1 | 24939.3 | 55935.8 | 60045.8 | 45309.5 | 16794.9 | 15432.3 | 15717.4 | 19381.6 | 19430.7 | 16182.1 | 323920 |
| 1974 | 12675.7 | 50389.6 | 55493.8 | 68812.2 | 41062.3 | 66791.2 | 55458.6 | 23370.3 | 22911.8 | 21118.3 | 19787.4 | 19123.4 | 456995 |
| 1975 | 14568 | 13397.8 | 17170.4 | 16625.3 | 51942.3 | 58294.6 | 22533.5 | 29662.1 | 26869.4 | 18238 | 18631.5 | 17228.3 | 305161 |
| 1976 | 19544.1 | 15709.8 | 14890.6 | 13691.2 | 13308.7 | 14537.2 | 9396.2 | 9705.5 | 9655 | 13872.3 | 10856.5 | 11993.5 | 157161 |
| 1977 | 7361.5 | 6818.2 | 7329.7 | 11327.3 | 15068.4 | 11408.4 | 7319 | 6851.3 | 6824.8 | 7111.4 | 6418.6 | 6724.6 | 100563 |
| 1978 | 5316 | 6019.6 | 13340.8 | 48424 | 45971.7 | 53800.6 | 36412.2 | 19198.1 | 15072.8 | 11890.5 | 18848.3 | 13113.1 | 287408 |
| 1979 | 9482 | 11418.1 | 16296 | 21765.3 | 35334.3 | 30377.2 | 15371.5 | 13630.8 | 19471.8 | 18174.8 | 18910.4 | 16581.9 | 226814 |
| 1980 | 10665.7 | 16708.3 | 19161.5 | 62884.1 | 73919.1 | 43405.1 | 18246.1 | 14016.8 | 13075 | 13819.6 | 16597.7 | 12765.7 | 315265 |
| 1981 | 10139.6 | 9805.6 | 16723.1 | 27514.9 | 26167 | 28974.9 | 13111.8 | 10018.2 | 12733.1 | 14304.8 | 12993.6 | 13921.7 | 196408 |
| 1982 | 9043.7 | 37857.7 | 64799.2 | 58419.5 | 69538.7 | 57976.8 | 71892.2 | 33153.8 | 22971.6 | 18678.5 | 19567.5 | 20006.1 | 483905 |
| 1983 | 21568.9 | 33513.6 | 55121.5 | 57377.8 | 76533.5 | 66861.9 | 52813.5 | 50166.3 | 48195.4 | 25547 | 21353.7 | 26017.2 | 535070 |
| 1984 | 18325.9 | 53134.7 | 71257.8 | 49464.8 | 33237.7 | 31940.2 | 16123.7 | 11162.1 | 16108.8 | 19110.4 | 19427.3 | 15465.3 | 354759 |
| 1985 | 11449.5 | 31038.2 | 24837.8 | 16483.9 | 14791.4 | 14034.5 | 12532.7 | 14402.2 | 13226 | 15399.9 | 10541.1 | 12818.9 | 191556 |
| 1986 | 8546.7 | 9917.9 | 15495.5 | 19680 | 82720.3 | 70503.6 | 20728 | 12173.3 | 11658 | 12941.3 | 19340.1 | 14832.3 | 298537 |
| 1987 | 10730.2 | 8811.1 | 16907 | 17405 | 19067.6 | 22969.3 | 12962.6 | 9994.1 | 12757.5 | 11573.2 | 9346.7 | 8885.7 | 161410 |
| 1988 | 7745.2 | 7590.4 | 15795.1 | 24306.4 | 11976.5 | 11129.4 | 9178.9 | 9170.5 | 9724.1 | 10608.6 | 9058.4 | 9301.5 | 135674 |
| 1989 | 7266.1 | 9954.1 | 9522.6 | 11687.7 | 9755.7 | 43369.4 | 21451.9 | 14772.6 | 15031.6 | 15385.6 | 12629.1 | 12844.2 | 183671 |
| 1990 | 9578.9 | 7628.2 | 9417.3 | 18192.1 | 15065.4 | 12167.5 | 15934 | 11920.1 | 12225.2 | 13289.1 | 10960.2 | 9994.5 | 146372 |

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| Avg. | 11441.8 | 15624.1 | 24761.3 | 31341 | 37098.8 | 32185.8 | 23863.4 | 19598.1 | 17249.4 | 15863.1 | 15555.3 | 14076.3 | 258658 |

```
Run Date  2-10-  99
Sacramento River flow below Freeport
TRN_RM2K = PROSIM99;TRINITY R EIS/EIR MAX FLOW #2;C09A;BDPA;1993 WRBO;L2 REFS
Equation is +flow    17
Report is in ascending order by year                        Units are in CFS
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 10944.6 | 10280.3 | 16215.2 | 16544.6 | 30452.7 | 27353.2 | 20854.5 | 40588.9 | 34010 | 15400.6 | 18097.4 | 14934 | 255676 |
| 1923 | 10191.2 | 13338.8 | 26823.9 | 28946.4 | 15786.2 | 14613.1 | 23203.4 | 14449.7 | 15204.4 | 18718.5 | 17404.9 | 16502 | 215183 |
| 1924 | 9820 | 9025.6 | 14556.4 | 16164.5 | 16236.3 | 13339.9 | 6249.5 | 7319.8 | 6483.8 | 6633.1 | 6392.1 | 6475.3 | 118696 |
| 1925 | 7720.7 | 7072.9 | 11621.2 | 11101.6 | 47594.9 | 23047 | 20814.5 | 12441.2 | 10408.6 | 14740.3 | 13550 | 14516.7 | 194630 |
| 1926 | 9128.7 | 8844.5 | 12263.6 | 17439.8 | 35516.9 | 14858.3 | 17484.4 | 13210.8 | 8663.2 | 9305.3 | 8396 | 12435.6 | 167547 |
| 1927 | 8650.4 | 22623.8 | 17332.4 | 32488.3 | 73416.9 | 40426.6 | 44133.8 | 23008.7 | 16302.8 | 18405.3 | 20298.8 | 15164.5 | 332252 |
| 1928 | 9842.4 | 15045.6 | 14948.6 | 24423.3 | 23804.5 | 66176.9 | 26002 | 19370.8 | 10787.3 | 14825.2 | 15637.7 | 12422.3 | 253287 |
| 1929 | 9127.7 | 11012.6 | 14131.4 | 16970.4 | 15397.6 | 11896.4 | 6892.5 | 8225.2 | 8526.3 | 7147.1 | 7436.6 | 7767.8 | 124532 |
| 1930 | 6631.6 | 6407.7 | 15662.3 | 20693.4 | 16422.8 | 27613.1 | 11410 | 10401.8 | 9561.8 | 12028.8 | 10984.3 | 14723.2 | 162541 |
| 1931 | 8289.9 | 8916.6 | 11670.9 | 13886.5 | 12994.5 | 10313.5 | 9289.8 | 8101.6 | 6816.4 | 6970.8 | 6644.2 | 6704.7 | 110599 |
| 1932 | 5849.1 | 6254.1 | 17156.3 | 19389.7 | 13368.8 | 10819.4 | 8621.2 | 11312.2 | 13203.3 | 11130.4 | 13502.9 | 12949.4 | 143557 |
| 1933 | 7936 | 8165.4 | 13529.8 | 14204.8 | 12653 | 12233.9 | 11928.1 | 7782.7 | 8891.1 | 6777.1 | 7239.2 | 7314.6 | 118656 |
| 1934 | 6677.8 | 6272.7 | 13459.2 | 16963.1 | 13388.7 | 11179.5 | 9976 | 7626.2 | 9369.2 | 7384.2 | 7308.4 | 6690.2 | 116295 |
| 1935 | 6323.3 | 10668.8 | 9155.5 | 24997.8 | 12166.9 | 23848.3 | 40669.9 | 31161.5 | 12416.1 | 12136.2 | 16652.8 | 13601.2 | 213798 |
| 1936 | 9517.5 | 8546.5 | 14416.8 | 34155.9 | 55437 | 29324.6 | 20029.1 | 13131.4 | 13251 | 16103.7 | 17290.1 | 14477.8 | 245681 |
| 1937 | 8556.5 | 8190.1 | 14651.1 | 13075.3 | 30847.6 | 38047 | 21313.3 | 17354.3 | 13527.3 | 13585.6 | 16968 | 14809.3 | 210926 |
| 1938 | 9613.7 | 22956.1 | 45425.7 | 29613.8 | 68624.3 | 69655.6 | 52186.5 | 48388.5 | 34410.8 | 15302.5 | 14522.4 | 14908.3 | 425608 |
| 1939 | 12087.8 | 13295.7 | 14924 | 14263.3 | 13203.3 | 13175.7 | 9385.7 | 8818.7 | 8710.2 | 10487 | 9980 | 13612.5 | 141944 |
| 1940 | 7782.5 | 8790.1 | 12846.2 | 26887.6 | 49166.2 | 66630.1 | 50971.1 | 18016 | 12237.6 | 14279.5 | 16558.6 | 14267.1 | 298433 |
| 1941 | 8736.4 | 10600.4 | 38489.5 | 61010.8 | 69431.8 | 57287.9 | 50598 | 36628.4 | 17753 | 13655.8 | 13027 | 14395.8 | 391615 |
| 1942 | 11582.6 | 12928.7 | 51033.9 | 56204.2 | 73438.2 | 24000.1 | 41651.7 | 33109.2 | 24756.9 | 13410.2 | 13504.1 | 13951.8 | 369571 |
| 1943 | 11217.1 | 17584.2 | 27933.6 | 58367.4 | 46551.5 | 57152.1 | 27395.8 | 18039.4 | 11883.9 | 13876.6 | 19611 | 15245.3 | 324822 |
| 1944 | 10178 | 10092 | 16569.2 | 16602.4 | 24007.7 | 20333.6 | 11222.1 | 9557 | 12055.9 | 11571 | 12436.8 | 13785.6 | 168411 |
| 1945 | 7699.9 | 14345.5 | 16107.8 | 12951.9 | 42095.2 | 26435.8 | 11882.9 | 12228.7 | 16680.6 | 16736.6 | 17047 | 14497.3 | 208709 |
| 1946 | 8584.7 | 12946.8 | 51217.6 | 45506.9 | 28537.8 | 15568.7 | 12079.2 | 15126 | 16535.1 | 14512.3 | 15947 | 12655.4 | 249218 |
| 1947 | 8789.9 | 10021.7 | 15935.9 | 15579.4 | 17511.8 | 18685 | 13415.6 | 8803.4 | 8164.1 | 8598 | 8759.5 | 11567.5 | 145832 |
| 1948 | 9205.3 | 10314.8 | 8603.1 | 14914.5 | 12239.1 | 16057.7 | 26578.5 | 29996.6 | 21920.2 | 18351.8 | 17780.4 | 14174.3 | 200136 |
| 1949 | 9670.3 | 9654.8 | 15812 | 15614.6 | 12586.4 | 40796.9 | 12729.6 | 11103.1 | 10871.4 | 11411 | 11099.5 | 13774 | 175124 |
| 1950 | 7773.9 | 8558.7 | 10335.1 | 22031.1 | 32823.8 | 21807.5 | 17706.9 | 16742.6 | 16359.1 | 15729.8 | 17037.2 | 14037.5 | 200943 |
| 1951 | 10763.1 | 41424.8 | 62664.3 | 53980.8 | 53112.3 | 31809.1 | 16765.4 | 16265.6 | 12815.4 | 15551.5 | 18498.8 | 16356.3 | 349907 |
| 1952 | 10229.2 | 14948.1 | 40836.7 | 58803.6 | 59112.8 | 49666.5 | 51948.5 | 50448.8 | 37714.8 | 19753.5 | 16772.4 | 15679.8 | 425915 |
| 1953 | 11305.4 | 12574.4 | 39422.7 | 61936.9 | 24935.8 | 22471.4 | 15441.6 | 23623.9 | 25397.3 | 16059 | 20068.6 | 16084.5 | 289322 |
| 1954 | 9886.3 | 15501.1 | 16691.8 | 27098.4 | 50013.8 | 44376.6 | 37374.4 | 24346 | 13830.2 | 15823.2 | 16591 | 12993.9 | 284527 |
| 1955 | 9422.3 | 13296.8 | 24130.7 | 18460.8 | 15845.8 | 12261 | 8984.9 | 10439.4 | 9903.6 | 9094.1 | 8339.5 | 11824.8 | 152004 |
| 1956 | 7650.1 | 10570.4 | 64629.8 | 70920.3 | 60537 | 35114.1 | 19435 | 37334 | 21315.4 | 15094.7 | 19134.8 | 12784.5 | 374522 |
| 1957 | 13265.7 | 11961.2 | 15520.4 | 17006.5 | 29115.3 | 42196.1 | 19205.5 | 15609.2 | 15642.2 | 18081.6 | 18851.3 | 15485 | 231940 |
| 1958 | 17131.9 | 15319.8 | 22455.4 | 34922.1 | 73797.3 | 61736.3 | 60346.3 | 37476.9 | 25454.5 | 17706.3 | 17127.6 | 15959.9 | 400837 |
| 1959 | 11115.9 | 11867.3 | 12169.7 | 37160.3 | 44151.6 | 19526.1 | 12620.2 | 14491.3 | 12372.9 | 13077.8 | 15376.8 | 13480.5 | 217411 |
| 1960 | 9695.5 | 9593.5 | 14840.2 | 16049.2 | 27499.3 | 18236.7 | 13884.4 | 10846.7 | 8407.3 | 11203.3 | 11443 | 11735.1 | 163434 |
| 1961 | 7294.8 | 13867.2 | 21727.3 | 12612 | 33159.1 | 18282.3 | 11289.3 | 9885.4 | 9023.5 | 9162.5 | 11250.1 | 11319.8 | 168873 |
| 1962 | 8399.3 | 10125.6 | 20110.9 | 11309.6 | 46661.9 | 30860.8 | 14377.5 | 17915.5 | 13423.2 | 13675.4 | 16284.2 | 13194.8 | 216339 |
| 1963 | 29268.4 | 15782.3 | 26438.1 | 15711 | 56965.8 | 28960.3 | 62013.5 | 26184.5 | 15423.6 | 18432.4 | 20219.8 | 15002.9 | 330403 |
| 1964 | 11211.2 | 24820.3 | 15914.4 | 25472.3 | 15557.8 | 11611.4 | 11641.6 | 11361.3 | 9881.4 | 10751.3 | 8823.2 | 12701.3 | 169748 |
| 1965 | 7204.2 | 14219.4 | 61019.8 | 68223.8 | 31597.3 | 21331.6 | 43383.3 | 23856.4 | 13562.9 | 14307.7 | 19035 | 12522.1 | 330264 |
| 1966 | 8797.8 | 17779.9 | 13712.9 | 31260.5 | 23859.6 | 22762.4 | 15152 | 17633.5 | 13385.4 | 12870 | 15134.2 | 12329.1 | 204677 |
| 1967 | 9978.2 | 13632.2 | 35103.5 | 36295.2 | 46554.6 | 46494.9 | 37227.6 | 40560.8 | 38580 | 17547.1 | 16186.7 | 15068.9 | 353230 |
| 1968 | 11613.8 | 12541.8 | 14838.9 | 29160.6 | 51223.4 | 35339.7 | 15002.3 | 13450 | 14024.2 | 14732.3 | 16825.4 | 13849 | 242601 |
| 1969 | 10543.8 | 10380.9 | 22202.6 | 67140.3 | 69660.1 | 42713.4 | 41474.4 | 39670.7 | 23812.7 | 14425.8 | 15193.7 | 16923.2 | 374142 |
| 1970 | 12734.9 | 14246.5 | 48530.8 | 70635.9 | 61841 | 35204.1 | 13502.6 | 11612.5 | 14522.1 | 19941.4 | 19598.7 | 15780.4 | 338151 |
| 1971 | 9903.5 | 17001.5 | 44588.2 | 43558.5 | 31269.5 | 37410.9 | 21831.3 | 24345.9 | 22053 | 18908.4 | 19761.1 | 16022 | 306654 |
| 1972 | 10192.4 | 12099.4 | 17841.3 | 19176.7 | 21425.4 | 29093.1 | 15651.9 | 14183.4 | 14540.7 | 17270.6 | 14281.4 | 12093.5 | 197850 |
| 1973 | 9650.6 | 18327.6 | 24424 | 53556.2 | 60127.9 | 45222.7 | 16652 | 14948.7 | 14057.7 | 17830 | 18450.6 | 15619.4 | 308868 |
| 1974 | 10357.8 | 46934.1 | 53997.9 | 68656.2 | 40949.7 | 66225 | 55101.5 | 20670.7 | 19611.8 | 19376.1 | 18098.8 | 16365.5 | 436345 |
| 1975 | 11361.5 | 13397.8 | 16825.3 | 16349.1 | 52041.9 | 58120.8 | 22533.5 | 27328 | 23569.4 | 15812.7 | 16624.6 | 15722.8 | 289687 |
| 1976 | 15817.6 | 15179.9 | 14986.9 | 15995 | 13301.2 | 13287.4 | 9112.2 | 8734.9 | 9857.9 | 10093.3 | 8642.7 | 11014.1 | 146023 |
| 1977 | 6988.2 | 6797.9 | 8643.6 | 10577.2 | 14962 | 9871 | 8067.6 | 6851.3 | 6825.6 | 7111.4 | 6428.4 | 6698.7 | 99823 |
| 1978 | 5596.7 | 5900.4 | 13248.5 | 46325.7 | 38920.3 | 53298.2 | 36412.2 | 18198.1 | 15072.8 | 11194.2 | 17269.3 | 13113.1 | 274550 |
| 1979 | 9482 | 10545.2 | 14341 | 21442.6 | 34911.4 | 30378.8 | 15585.9 | 12129.1 | 18736.1 | 14935.7 | 17866.1 | 13899.4 | 214253 |
| 1980 | 9733 | 16202.4 | 18762 | 62172.7 | 73308 | 43367.9 | 18316.3 | 13516.8 | 12583.1 | 10885.2 | 16472 | 12811.3 | 308131 |
| 1981 | 9632.7 | 8917.4 | 16723.1 | 21903.5 | 25331 | 28545 | 13654.7 | 8444.8 | 8573.4 | 10521.6 | 11172.7 | 13866.7 | 177287 |
| 1982 | 9019.9 | 40033.5 | 64283.7 | 58081.2 | 68478.7 | 57265.2 | 71804 | 33153.8 | 21011.2 | 15424.1 | 17307.8 | 19625.2 | 475488 |
| 1983 | 17031.8 | 32894.7 | 54344.8 | 55946.6 | 76330.7 | 67751.8 | 52208.7 | 48347 | 47288.5 | 24634.2 | 19974.2 | 18764.8 | 515518 |
| 1984 | 15119.1 | 51931.7 | 71155.4 | 48567 | 33237.7 | 31077.8 | 16123.7 | 11162.1 | 16124.3 | 19105.3 | 19427.6 | 15465.3 | 348497 |
| 1985 | 9142.3 | 27114.1 | 23165.3 | 16698.4 | 14559.4 | 13195.2 | 12029.3 | 11294.4 | 9263.4 | 11450.5 | 10238.8 | 12301.2 | 170452 |
| 1986 | 7454.6 | 9383.5 | 15348.1 | 18435.5 | 82849.3 | 70484.7 | 20728 | 12173.3 | 11658 | 11627.2 | 19337.6 | 14829.8 | 294310 |
| 1987 | 10772.1 | 8886.6 | 16907 | 17405 | 19067.2 | 22959.2 | 10582.2 | 8722.3 | 8600 | 8334.1 | 6863.3 | 7431.6 | 146531 |
| 1988 | 6427.1 | 6456.8 | 15651.8 | 24113.8 | 11562.6 | 8025.7 | 9188.2 | 8266.6 | 9210.8 | 9238.5 | 7755.2 | 8913.2 | 124810 |
| 1989 | 7711.6 | 9901.3 | 9338.3 | 11475.7 | 9752.2 | 42255.7 | 21915.2 | 12117.7 | 9914.4 | 11335.4 | 10467.5 | 13213.2 | 169398 |
| 1990 | 9845.4 | 7870.1 | 9457 | 18315.1 | 14650.9 | 12098.9 | 12708.1 | 8701.4 | 11513.9 | 11724.3 | 9773 | 10511.9 | 137170 |
| Avg. | 9954.8 | 14391.1 | 24345.3 | 30779.8 | 36636.3 | 31791.7 | 23448.6 | 18671.7 | 15610.4 | 13672 | 14465 | 13358.3 | 247125 |

```
Run Date  4- 1- 99
Sacramento River flow below Freeport
TRN_RECD = PROSIM99;TRINITY R EIS/EIR EXIST. CONDITIONS;C09A;BDPA;1993 WRBO;L2 R
Equation is +flow    17
Report is in ascending order by year                              Units are in CFS
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 10311 | 10120.1 | 15279.4 | 16553 | 30387.3 | 27300.9 | 21052 | 45265.1 | 34871.9 | 14068.6 | 14725.3 | 14462 | 254397 |
| 1923 | 11933.2 | 15538.4 | 32518.9 | 30261.8 | 20487.4 | 14557.5 | 21815.4 | 15686.6 | 13302.4 | 15029.7 | 17673.1 | 14029.5 | 222834 |
| 1924 | 10565.9 | 10592.1 | 17459.8 | 16476.5 | 15555 | 9447.5 | 6801.6 | 7797 | 7750.5 | 8811.4 | 6795 | 8420.9 | 126473 |
| 1925 | 7646.1 | 7319.4 | 11175 | 11180.8 | 48883 | 31130.9 | 19967 | 14146.2 | 14551 | 17591 | 14516.6 | 14893.2 | 212649 |
| 1926 | 10269.8 | 9346.5 | 10367.7 | 16802.5 | 34903.4 | 15516.9 | 18216.7 | 16187.2 | 13487.4 | 15585.1 | 10153.4 | 12155.4 | 182992 |
| 1927 | 9098.2 | 21487.8 | 21467.1 | 35149.2 | 73770.1 | 40561.8 | 44242.6 | 24386.6 | 16619.6 | 15053.6 | 15247.6 | 12102 | 329186 |
| 1928 | 10377.7 | 25329.9 | 15186.6 | 25594.5 | 26363.7 | 67695.2 | 25967.2 | 19434.7 | 13601.7 | 16245.9 | 18364.1 | 15044.3 | 279206 |
| 1929 | 10624.2 | 11658.1 | 16780 | 17167.7 | 15492.4 | 11781.1 | 6993.4 | 8593.6 | 10885.8 | 13513.2 | 10632.8 | 10170.2 | 144292 |
| 1930 | 8245.5 | 7198.8 | 15543 | 20421.7 | 16540.2 | 27083 | 12463.5 | 10863.7 | 11330 | 12751.8 | 10863.9 | 14013.6 | 167319 |
| 1931 | 8313 | 8279.4 | 10812.2 | 14027.1 | 13621.2 | 10743.7 | 9030.2 | 8102.7 | 7025.2 | 7346.8 | 7263 | 7023.4 | 111588 |
| 1932 | 6177 | 6282 | 16584.8 | 19513.6 | 14741.4 | 11047.3 | 9630 | 12292.7 | 14341.8 | 12477.4 | 11756.1 | 13930.9 | 148775 |
| 1933 | 8430.1 | 7204.4 | 11941.6 | 13472.5 | 13025.9 | 12213.3 | 11842.9 | 8614.7 | 9319.9 | 8928.1 | 8669.6 | 8611.1 | 122274 |
| 1934 | 7101 | 6568.8 | 12874.8 | 17345.7 | 14160.3 | 12113.7 | 10251.2 | 7920.6 | 9443.9 | 7682.8 | 7525.9 | 8801.6 | 121790 |
| 1935 | 6175 | 10073.1 | 9245.6 | 25067.9 | 12309.7 | 23599.7 | 42219.9 | 31189.4 | 14416.5 | 14319.2 | 16986.8 | 13813.3 | 219416 |
| 1936 | 10821.7 | 10415.9 | 17428 | 35236.6 | 56122.5 | 33321.9 | 19778.7 | 14826.1 | 14738.8 | 13412.4 | 13649.8 | 13090.3 | 252843 |
| 1937 | 9715.6 | 9936.2 | 17145.6 | 14000.7 | 31600.7 | 38110.9 | 21000.4 | 16333 | 12632.9 | 11456.2 | 15188.6 | 12836 | 209957 |
| 1938 | 10049.8 | 23290.2 | 53905.7 | 33164 | 71232 | 69836.7 | 52481.4 | 49445.1 | 37943.9 | 18578.1 | 17699.8 | 16083.7 | 453710 |
| 1939 | 16541.5 | 13641.2 | 15245.8 | 14432.4 | 13371 | 12787.5 | 9169.3 | 9180.1 | 12611.7 | 14899.5 | 12302 | 13104.3 | 157286 |
| 1940 | 9638.8 | 8188 | 13211.4 | 29383.2 | 55606.5 | 66803.3 | 50856.1 | 17874.8 | 11989.1 | 17516.8 | 18142.2 | 14443.5 | 313654 |
| 1941 | 9226.5 | 11068.3 | 40464.5 | 62049.6 | 69582.2 | 57738.1 | 51757.3 | 39024.5 | 21979.1 | 16168.7 | 16670 | 15989.2 | 411718 |
| 1942 | 15173.2 | 14832.8 | 52406.9 | 57441.2 | 73833.5 | 23771 | 41803.2 | 35578.5 | 28420.8 | 16837.4 | 16786.9 | 14928.8 | 391814 |
| 1943 | 14822.2 | 19432.4 | 28504.1 | 58258.1 | 46824.7 | 57839 | 27310.1 | 17126.5 | 12201.6 | 13586.3 | 15862.2 | 12269.7 | 324036 |
| 1944 | 11098.6 | 11997.1 | 11375.9 | 16668.1 | 29899.2 | 22028 | 9826.7 | 9749.5 | 12669.7 | 16634.9 | 14514.5 | 13711.7 | 180174 |
| 1945 | 10222.3 | 14125.2 | 19455.8 | 13538.4 | 48620.1 | 26557 | 12608 | 11866.3 | 14036.3 | 13979.3 | 16853.8 | 13099.6 | 214962 |
| 1946 | 9537 | 17140.3 | 54904.3 | 47231.2 | 23798.7 | 21344.7 | 13090.9 | 15466.8 | 14161 | 14845.6 | 17634.5 | 14542 | 263697 |
| 1947 | 10121.8 | 11230.3 | 16382.5 | 15834.9 | 17755.6 | 18705.8 | 16245.9 | 10550.4 | 14563.4 | 17562.4 | 14741.1 | 14276 | 177970 |
| 1948 | 10477.3 | 11208.2 | 10133.7 | 14695.6 | 16362.8 | 16319.6 | 25070.8 | 30168.5 | 22499.3 | 20821.6 | 19020.2 | 17555 | 214333 |
| 1949 | 12110.5 | 11075.3 | 17460.8 | 15871.3 | 12324.4 | 38740.3 | 12996.5 | 13100.9 | 15090.3 | 15237.8 | 12420.1 | 13924.7 | 190357 |
| 1950 | 9296.8 | 9516.6 | 9587.2 | 20790.2 | 32698.3 | 21725.9 | 18684.5 | 16597.4 | 16095.4 | 19788.8 | 17547.3 | 14489.1 | 206817 |
| 1951 | 11866.9 | 42474.7 | 61644.9 | 54063.3 | 53294.8 | 32037.7 | 17431.5 | 17328.5 | 13560 | 18278.3 | 19665.6 | 15371.6 | 357018 |
| 1952 | 9935.2 | 17381.9 | 43229.1 | 59698.9 | 59444.6 | 50371.4 | 53444.5 | 52469.8 | 40446.9 | 22887.1 | 20196.5 | 17126.3 | 446632 |
| 1953 | 15008.3 | 13253.1 | 39394 | 62915.5 | 25057.3 | 22326.5 | 16722.9 | 24903.4 | 28590.1 | 17962.8 | 18342.4 | 16610.4 | 301087 |
| 1954 | 15193.6 | 19817.2 | 14835.7 | 33477 | 51042.6 | 45706.2 | 39082.8 | 23592.3 | 13787.5 | 17206.8 | 19212.1 | 15293.7 | 308248 |
| 1955 | 10599.8 | 16900.1 | 24416.2 | 19206.4 | 16162.8 | 11906.2 | 9673.7 | 11674.8 | 16405.4 | 16883.9 | 14084.3 | 14417.7 | 182331 |
| 1956 | 9872.2 | 10887.4 | 62125.7 | 71091.9 | 60667.2 | 35552.3 | 20012.1 | 39393.2 | 24314.3 | 18598.9 | 18857.7 | 16930.2 | 388303 |
| 1957 | 17997.9 | 12238.1 | 11841.2 | 15338 | 34845.7 | 43084.1 | 19476.7 | 16520.2 | 14467.1 | 18110.9 | 18945.4 | 15155.8 | 238021 |
| 1958 | 20142.3 | 17093.6 | 24690.2 | 37945.3 | 71496.2 | 62448.7 | 60987.4 | 40969.6 | 38248.7 | 20323.9 | 19986.3 | 19737.4 | 434069 |
| 1959 | 14911.8 | 12306.8 | 12215.9 | 37687 | 44764.7 | 20824.9 | 12414 | 14472 | 14281.1 | 15754.2 | 18572.5 | 13851.5 | 232057 |
| 1960 | 10619.3 | 9979.5 | 17848.5 | 16389.1 | 27675.8 | 20613 | 15289.8 | 11173.5 | 13993.3 | 18507.4 | 15379.3 | 15008.8 | 192477 |
| 1961 | 10485.8 | 11342.1 | 14972 | 11364.4 | 32587.2 | 18146 | 15588.6 | 13526.1 | 13992.9 | 15493.8 | 10519.8 | 12307.9 | 180326 |
| 1962 | 9018 | 9050.5 | 16308 | 11107.5 | 47137.6 | 31003.5 | 14542.9 | 17565.8 | 14476.6 | 15004.7 | 17403.4 | 14269.6 | 216888 |
| 1963 | 31462.4 | 16529.8 | 27400.7 | 15696.2 | 56985 | 29026.2 | 62184.3 | 27646.5 | 15843.9 | 15262.3 | 16444.7 | 16354.1 | 330856 |
| 1964 | 16842.1 | 32403.9 | 13286.8 | 28555.4 | 15631.5 | 13620.9 | 9376.6 | 11231.8 | 13710.5 | 19147.5 | 14285.7 | 13558.8 | 201651 |
| 1965 | 9836.7 | 13593.6 | 63027.5 | 68384.7 | 31771.3 | 21585.9 | 43394 | 24076.8 | 13816.8 | 15235.7 | 18360.5 | 11943.6 | 335027 |
| 1966 | 9515.1 | 25366.4 | 15502.7 | 31562.7 | 23786.7 | 24079.6 | 14572.4 | 18073.9 | 13236.7 | 14528.7 | 18099.4 | 14579.8 | 222904 |
| 1967 | 10431 | 18457.6 | 36259.4 | 41633 | 47473.8 | 46578.8 | 36967.7 | 41812.5 | 41904.8 | 21008.9 | 19347.4 | 17483.2 | 379358 |
| 1968 | 15601.2 | 13069.7 | 15011 | 29427.8 | 53011.9 | 35618.1 | 15326.3 | 13496.2 | 13906.1 | 15229.7 | 17562.6 | 14630.2 | 251891 |
| 1969 | 10471.2 | 12208.3 | 25445.9 | 70299.5 | 69811.6 | 42943.6 | 41641.6 | 40935.4 | 26889.9 | 17491.1 | 18659.1 | 18700 | 395497 |
| 1970 | 16462.3 | 14267.7 | 49447.7 | 70351.5 | 62290.8 | 35195.7 | 14406.3 | 12503.6 | 13629.3 | 17010.5 | 17509.6 | 13544.1 | 336619 |
| 1971 | 9659.4 | 24527.8 | 50150.5 | 45030.1 | 27621.9 | 44092.2 | 20603.9 | 27770.8 | 24503.9 | 18625.2 | 18835.5 | 17166.6 | 328588 |
| 1972 | 15657.8 | 13628.3 | 21592.4 | 21716.5 | 21573.4 | 32657.4 | 14456.2 | 14199.8 | 15163.9 | 16307.6 | 19221.5 | 15248.4 | 221423 |
| 1973 | 11595.9 | 21413.8 | 24577.5 | 56547.6 | 61564 | 45333.5 | 17044.1 | 15918.2 | 13293.8 | 16616.7 | 17553.1 | 14152.4 | 315611 |
| 1974 | 12854.9 | 56562.8 | 55688.3 | 68870 | 41202.7 | 66841.2 | 55705.1 | 23868.2 | 23695.4 | 21768.3 | 20715.8 | 20035.4 | 467808 |
| 1975 | 14678.8 | 13491 | 16590.6 | 16713.7 | 51848.9 | 58400.4 | 22271 | 30511.9 | 27606.5 | 18836.9 | 19712.4 | 18169.8 | 308832 |
| 1976 | 19376.4 | 15794.9 | 14855 | 13665.6 | 13680.6 | 14616.6 | 9255.3 | 9788.9 | 9807.1 | 11271.4 | 13124.7 | 12258.4 | 157495 |
| 1977 | 7485.2 | 6844.8 | 8643.4 | 11214.2 | 15151.1 | 11522.5 | 7761.1 | 6968.5 | 7263.7 | 7494.9 | 7147.9 | 7461.6 | 104959 |
| 1978 | 6634.4 | 5775.7 | 12543.9 | 47812.9 | 45869.3 | 54300.6 | 36141.9 | 19704.9 | 15425.9 | 13164.1 | 14786.7 | 16514.4 | 288675 |
| 1979 | 10415.5 | 11385.5 | 10711.3 | 24879.2 | 39383.8 | 30329.9 | 14999.3 | 14782.6 | 15607.3 | 13433.7 | 16814.9 | 13294 | 216037 |
| 1980 | 10445.6 | 16395 | 18681.5 | 68441.4 | 74054 | 43503.5 | 18302.3 | 14266.1 | 13472.1 | 14697.1 | 16021.2 | 13589.5 | 321869 |
| 1981 | 10517.9 | 9957.6 | 17510.4 | 28123.7 | 26027.8 | 29033.3 | 13942.9 | 10149.9 | 13187.1 | 18019.4 | 15014.7 | 14829.9 | 206315 |
| 1982 | 9244.5 | 35087.6 | 64731.6 | 58411.1 | 69800.3 | 57916.4 | 72244.4 | 34491.7 | 23992.3 | 19786.9 | 20630.8 | 20633.3 | 485971 |
| 1983 | 21502 | 33756.8 | 55250.1 | 57434.3 | 76768.4 | 67026.3 | 52927.1 | 50534.1 | 49034.1 | 26466.5 | 22186.1 | 26951.9 | 539838 |
| 1984 | 18728.2 | 52609.3 | 71498.9 | 49487.1 | 33260.8 | 32094.9 | 16462.6 | 12073.3 | 13958.6 | 15940.5 | 17844.8 | 13851.4 | 347810 |
| 1985 | 11427.9 | 36609 | 24777.8 | 14359.7 | 18000.4 | 17458 | 10798.1 | 12507.3 | 12867.2 | 17882.1 | 14256.2 | 14458.8 | 205402 |
| 1986 | 9305.9 | 10030.9 | 15210.1 | 18857.9 | 82983.3 | 70508.8 | 20886.9 | 12491.6 | 11998.6 | 11681.6 | 14562.9 | 13326.6 | 291845 |
| 1987 | 10799.7 | 9011.5 | 16314 | 16225.7 | 18861.6 | 23005.2 | 12135.8 | 10308.2 | 13455.8 | 14826.3 | 12004.5 | 12891.2 | 169839 |
| 1988 | 10414.3 | 7878.5 | 15190.1 | 24626.2 | 14731.7 | 11286.5 | 10476.1 | 11375.2 | 11078 | 11218.8 | 9457.2 | 10563.8 | 148296 |
| 1989 | 7259.1 | 9317.9 | 9172.2 | 11730.5 | 10084.2 | 41973.4 | 21553.3 | 17048.7 | 13694.8 | 16099.4 | 12171 | 13807.6 | 183912 |
| 1990 | 9446.6 | 7727.6 | 9667 | 17470.8 | 14328.3 | 11779.3 | 15385.2 | 10462 | 11659.5 | 12632.5 | 10445.1 | 11023.8 | 142028 |
| Avg. | 11707.9 | 15804.7 | 24885.6 | 31673.1 | 37588.1 | 32561.9 | 23754.5 | 19040.3 | 17287.7 | 15759.8 | 15562.3 | 14332.1 | 260758 |

```
Run Date 12-21- 98
Sacramento River flow below Freeport
TRN_RPIA = PROSIM99;TRINITY R EIS/EIR % INFLOW ALT;C09A;BDPA;1993 WRBO;L2 REFS
Equation is +flow   17
Report is in ascending order by year                         Units are in CFS
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 11615.4 | 11405 | 16867.6 | 17043.1 | 31037.4 | 28152.6 | 20804.8 | 41080 | 34504.5 | 16065 | 19146.4 | 15000 | 262722 |
| 1923 | 10983.7 | 15249.9 | 27138.1 | 30228.1 | 15827.1 | 14586.5 | 22987.9 | 15430.1 | 14980.9 | 20416.7 | 18140 | 16513 | 222482 |
| 1924 | 12132.3 | 10631.7 | 17212.3 | 16164.5 | 15932.7 | 11807.9 | 6661.8 | 7654 | 6749.1 | 6763.9 | 6650.7 | 6727.2 | 125088 |
| 1925 | 7838.7 | 7264 | 11732.1 | 11165.1 | 47756.3 | 23080.8 | 21427.2 | 13426 | 14216.5 | 17420.9 | 14361 | 14637.2 | 204326 |
| 1926 | 9973.9 | 9302.5 | 11906.7 | 17338.7 | 35455.4 | 15131.3 | 18464.9 | 16166 | 13188.7 | 11649.9 | 8728.1 | 11525.2 | 178831 |
| 1927 | 8545.6 | 22668.9 | 23331.8 | 35067.7 | 73066.4 | 40452.2 | 44197 | 23508.7 | 16302.8 | 18410.8 | 20298.1 | 15172.7 | 341023 |
| 1928 | 9937.5 | 20937.1 | 15356.4 | 24428.6 | 23809.2 | 66283.3 | 25834.7 | 19673.1 | 14020.8 | 17449.8 | 18604.5 | 15120.6 | 271456 |
| 1929 | 10490.8 | 11550.9 | 16604.3 | 16970.4 | 15423.8 | 11952.2 | 7006.9 | 8626 | 8840.2 | 8358 | 9131.3 | 8150.4 | 133105 |
| 1930 | 7303.9 | 7025.9 | 15685.1 | 20399.9 | 16462.3 | 27448.5 | 11633.7 | 10736.8 | 9752.4 | 12191.4 | 11309.5 | 14795.4 | 164745 |
| 1931 | 8278.6 | 8536.2 | 12244.8 | 13942.5 | 13152.9 | 10337.2 | 8776.6 | 8105 | 6824.3 | 6917.2 | 6827.4 | 6887.9 | 110831 |
| 1932 | 5920.7 | 6322.3 | 17213.6 | 19439.2 | 13623.7 | 10796 | 9069.2 | 11480.5 | 13579.8 | 11842.1 | 10876.5 | 12653.6 | 142817 |
| 1933 | 7864.6 | 7284.1 | 12109.5 | 14235 | 12718 | 12490.4 | 11081.5 | 8441.7 | 9480 | 8553.8 | 8320.2 | 8466.1 | 121045 |
| 1934 | 7012.2 | 6398.6 | 13568.6 | 17169.4 | 13557.7 | 11551.4 | 10007.8 | 7958.2 | 9467.5 | 7411.7 | 7708.2 | 7314.6 | 119126 |
| 1935 | 6177.3 | 10721.4 | 9532.4 | 25309.4 | 12453.6 | 24035.4 | 42043.8 | 31022.7 | 15280.2 | 16384.9 | 19209.7 | 15582.9 | 227754 |
| 1936 | 11616.8 | 10843.5 | 16917.4 | 34979.5 | 55552.6 | 29441.8 | 19631.7 | 14581.5 | 14418.3 | 17770.3 | 18891.5 | 15557.1 | 260202 |
| 1937 | 9838 | 10674.1 | 16574.2 | 13574.7 | 29891.9 | 38121 | 20894.9 | 17762 | 14289 | 14399.8 | 18887.1 | 15629 | 220536 |
| 1938 | 9945 | 23179 | 42353.6 | 29720.3 | 68753.8 | 69657.7 | 52311.4 | 48662.5 | 34410.8 | 16801.4 | 15975.6 | 14908.3 | 426679 |
| 1939 | 15663.4 | 13295.7 | 14924 | 14263.3 | 13203.3 | 13013.9 | 9521.1 | 9152.6 | 10468.5 | 12692.4 | 10326 | 12512.5 | 149037 |
| 1940 | 8382.2 | 8811.8 | 11866.1 | 30332.1 | 56839.5 | 66662.6 | 50955.4 | 17854.5 | 13031.2 | 17772.5 | 18464.2 | 14582.5 | 315555 |
| 1941 | 9244.5 | 11206.1 | 39547 | 60875 | 69455.8 | 57325.9 | 50720 | 37171.7 | 20270.3 | 15351.5 | 15300.2 | 15502.1 | 401970 |
| 1942 | 15158.5 | 14672.7 | 52537.4 | 56719.6 | 73533 | 24000.1 | 41716.6 | 33609.2 | 25536.6 | 15720.5 | 15698.8 | 14581.5 | 383485 |
| 1943 | 14685.3 | 19631.5 | 28298.2 | 54815 | 46115.3 | 57202.7 | 27395.8 | 18546.7 | 11883.9 | 14032.5 | 19611 | 15238.1 | 331458 |
| 1944 | 10612.7 | 11484.6 | 16511.9 | 16602.4 | 24403.2 | 20425.2 | 11736.1 | 10429.9 | 14878.8 | 16505.1 | 12399 | 14317.3 | 180306 |
| 1945 | 8493.9 | 14771.5 | 18353.4 | 14227.9 | 45847.6 | 26782.6 | 12030.8 | 12127.5 | 16680.3 | 17471.3 | 18091 | 15394.4 | 220272 |
| 1946 | 9156.1 | 16413.1 | 51021.6 | 45535.3 | 28106.5 | 17152.4 | 12812.4 | 15133.4 | 16444.5 | 18666.6 | 17771.1 | 15149.7 | 263363 |
| 1947 | 10314.1 | 11302.8 | 15890.7 | 15583.3 | 17708.9 | 18785 | 15348.7 | 9563.3 | 11267.5 | 11126.3 | 8854.7 | 10396.3 | 156142 |
| 1948 | 9050.2 | 10332.3 | 8622.7 | 14841.4 | 10868.1 | 16081.6 | 29635.3 | 28988.8 | 21858.1 | 20764.7 | 18216.4 | 14219.7 | 203479 |
| 1949 | 10962.1 | 11739.5 | 16946.8 | 15614.6 | 12433.7 | 39677.3 | 33170.4 | 13810.1 | 14846.1 | 11609.9 | 13200 | 13200 | 188462 |
| 1950 | 9117.6 | 9702.8 | 9835.8 | 20423.4 | 32906.7 | 21890 | 18519.1 | 16668 | 16329.7 | 20812.5 | 17588.6 | 14545.7 | 208340 |
| 1951 | 11827.1 | 37544.3 | 62027.1 | 53917.1 | 53210.5 | 31880.9 | 17254.1 | 16745.7 | 14232.9 | 19680 | 19601.2 | 16548.6 | 354470 |
| 1952 | 10171 | 17808.3 | 40287.6 | 58628.8 | 91192.2 | 49748.3 | 52077.4 | 50714.1 | 38335.7 | 22031.3 | 19308.6 | 16874.2 | 435178 |
| 1953 | 14814.6 | 13406.3 | 39422.7 | 62759.4 | 24935.8 | 22471.4 | 15637.9 | 24123.9 | 25397.3 | 17135.8 | 19189.2 | 15376.5 | 294671 |
| 1954 | 14396.7 | 19969.2 | 15079.6 | 32312.7 | 50411 | 45168.3 | 38142.6 | 24019.4 | 14930.1 | 18326 | 19212.6 | 15102.3 | 307070 |
| 1955 | 10636.8 | 17456.5 | 24904.7 | 18889.3 | 15852.7 | 11906.5 | 9837 | 11718.1 | 15267.1 | 13940.1 | 10907.9 | 12234.2 | 173551 |
| 1956 | 8573.4 | 10515.3 | 61750.1 | 70923 | 60617.6 | 35211.8 | 19521.2 | 37698.8 | 21315.4 | 16577.3 | 17289.7 | 16164.5 | 376158 |
| 1957 | 18027.1 | 11961.2 | 15314.3 | 16686.3 | 30568.6 | 42251 | 20408.7 | 13859 | 17337.9 | 19148 | 19585.4 | 16133.5 | 241281 |
| 1958 | 18580.3 | 16584.6 | 24274.7 | 36859.5 | 74085.8 | 61859.6 | 60446.6 | 40564.6 | 36035.8 | 19337.6 | 19287.4 | 16487.7 | 426767 |
| 1959 | 14644.5 | 12087.1 | 12339.9 | 37087.4 | 44211 | 21620.4 | 12635 | 14531.1 | 14512.3 | 15757.1 | 18081.3 | 14203.8 | 231711 |
| 1960 | 11958.4 | 11242.6 | 17670.7 | 16064.4 | 27621.2 | 20241.1 | 15384 | 10704.3 | 12748.3 | 14998.5 | 10467.4 | 12152.5 | 181714 |
| 1961 | 9087.4 | 12735.4 | 15277.6 | 11722.3 | 32365.3 | 18497 | 15132.7 | 12088.4 | 13153.5 | 13335.6 | 11168.6 | 11251.2 | 175815 |
| 1962 | 8836.8 | 9310.1 | 15874.3 | 10966.6 | 45286 | 30769 | 14546.2 | 17925.8 | 14429.7 | 15598 | 18004.5 | 14485.6 | 216033 |
| 1963 | 29936.6 | 16558.7 | 27603.4 | 15791.3 | 56279.1 | 29144.6 | 62091 | 26684.5 | 15423.6 | 18547.6 | 20205.5 | 15002.9 | 333269 |
| 1964 | 14788.4 | 27962.6 | 13968.6 | 25543.8 | 15557.8 | 11563.4 | 11895.7 | 13100.3 | 13569.4 | 13566.2 | 10293.5 | 12391.9 | 184202 |
| 1965 | 8613.5 | 14976.7 | 63571.4 | 68250.5 | 31720.7 | 21449.3 | 43567.8 | 23884.6 | 13562.9 | 15116 | 19044.5 | 12533.7 | 336292 |
| 1966 | 8840.4 | 21990.1 | 15727.8 | 31529.4 | 23859.6 | 22859.8 | 15309.6 | 17969 | 14397 | 16159.8 | 17533 | 14373.3 | 220549 |
| 1967 | 11375.3 | 15901.2 | 36322.7 | 38041.3 | 46183.2 | 46589.7 | 37327.6 | 40873.4 | 38580 | 19029.7 | 17656.2 | 15842.5 | 363723 |
| 1968 | 15425.1 | 13126.1 | 14838.9 | 29160.6 | 52209.8 | 35335.9 | 15504.5 | 13450 | 14467.1 | 17062.8 | 18248.3 | 15909.6 | 254739 |
| 1969 | 12092.9 | 11959 | 25278.4 | 68715.2 | 69703.6 | 42811.1 | 41537.9 | 39987.7 | 23812.7 | 16720.7 | 17138.1 | 18158.3 | 387916 |
| 1970 | 16482.3 | 14246.5 | 49513.5 | 70029.2 | 61881.4 | 35204.1 | 13442.5 | 11612.5 | 14522.2 | 19957.3 | 19597.4 | 15780.5 | 342270 |
| 1971 | 9903.5 | 24771.7 | 48474.5 | 43574.6 | 30436.2 | 38670.4 | 21488.3 | 25418.6 | 22053 | 18908.6 | 19761.1 | 16022.2 | 319483 |
| 1972 | 13129.9 | 12284.6 | 19329.4 | 20671.8 | 21425.4 | 31111.3 | 15245 | 14201.9 | 14550.9 | 19548.5 | 17434.3 | 14586.5 | 213520 |
| 1973 | 11433 | 22355.3 | 24939.3 | 55935 | 59853.7 | 45309.5 | 16794.9 | 14948.7 | 15896.2 | 19381.5 | 19430.7 | 16182.1 | 322460 |
| 1974 | 13140.1 | 49676.5 | 55458.4 | 68812.2 | 41013.9 | 66368.3 | 55213.5 | 21170.7 | 20918.2 | 21118.3 | 19787.4 | 19401.5 | 452079 |
| 1975 | 14675 | 13397.8 | 16825.3 | 16349.1 | 52098.4 | 18571.1 | 22533.5 | 28069.5 | 23569.4 | 18238 | 18631.5 | 17925.4 | 300470 |
| 1976 | 19721.1 | 11650.8 | 14228.8 | 13243 | 13308.9 | 14551.6 | 9397.8 | 9707.4 | 9431.5 | 14082.4 | 10488.1 | 11690.5 | 155502 |
| 1977 | 7361.9 | 6806.7 | 7226.1 | 11196.5 | 15065 | 11420.7 | 7762.4 | 6851.3 | 6824.8 | 7111.4 | 6419.5 | 6724.8 | 100771 |
| 1978 | 5314 | 6020.3 | 13341.4 | 48521.5 | 45971.7 | 53460.9 | 36412.2 | 18698.1 | 15072.8 | 11202.3 | 18962 | 13113.1 | 286090 |
| 1979 | 9482 | 11418.1 | 16904.6 | 20024.3 | 34761.2 | 30377.2 | 15513.6 | 13493.3 | 19471.9 | 18180.8 | 18909.9 | 16581.9 | 225119 |
| 1980 | 10509.6 | 16684.2 | 19139.1 | 62625.9 | 73340.2 | 43405.1 | 18246.1 | 14016.8 | 13075 | 11578.7 | 17413.9 | 12765.7 | 312800 |
| 1981 | 10378.9 | 9805.6 | 16723.1 | 25143.3 | 25345.2 | 28644.2 | 13143 | 9509 | 12733.1 | 14312.2 | 12998.6 | 14461.9 | 193198 |
| 1982 | 9352.3 | 38059.3 | 64528.4 | 58426.3 | 69477 | 57386.2 | 71834.6 | 33153.8 | 21011.2 | 17639.4 | 18793.5 | 19625.2 | 479287 |
| 1983 | 20970.6 | 32894.7 | 55019.3 | 56555.5 | 76446.1 | 66861.9 | 52339.4 | 50166.3 | 48195.4 | 25677 | 21353.7 | 26522.2 | 532872 |
| 1984 | 18432.9 | 52774.8 | 71257.8 | 48790.3 | 33237.7 | 31077.8 | 16123.7 | 11162.1 | 16122.8 | 19105.7 | 19427.6 | 15465.3 | 352978 |
| 1985 | 11143.4 | 28288.8 | 24004.9 | 16698.4 | 14693 | 13844.5 | 12597.6 | 14056.5 | 13224.6 | 14493 | 10306.1 | 12864.3 | 186215 |
| 1986 | 8320.9 | 9764.8 | 15560 | 21930.3 | 82710.9 | 70503.1 | 20728 | 12173.3 | 11658 | 12693.4 | 19340.1 | 14832.3 | 300215 |
| 1987 | 10745.1 | 8823.4 | 16907 | 17405 | 19067.9 | 22963.3 | 12071.2 | 9477.2 | 12023.1 | 10696.9 | 8657.7 | 9002.8 | 157841 |
| 1988 | 7502.9 | 7352.9 | 15770.2 | 24990.3 | 11731.3 | 11150 | 8588 | 9006.4 | 9485.6 | 10308.9 | 8845 | 9328.4 | 134060 |
| 1989 | 7046.9 | 9734.8 | 9499.1 | 11662.5 | 9609.1 | 43353.8 | 21451.9 | 14773.7 | 15031.6 | 15385.6 | 12629.1 | 12844.2 | 183022 |
| 1990 | 9495 | 7557.5 | 9383.8 | 18142.9 | 15296.9 | 12167.5 | 15934 | 10857.1 | 11715.2 | 12370.8 | 10191.8 | 9922.5 | 143035 |
| | | | | | | | | | | | | | |
| Avg. | 11354.8 | 15432.2 | 24728.6 | 31234.6 | 36912.2 | 32053.5 | 23795.3 | 19279.4 | 16838.5 | 15630.4 | 15480.6 | 14115.2 | 256855 |

```
Run Date  2-25-  99
Sacramento River flow below Freeport
TRN_FES9 = PROSIM99;TRINITY R EIS/EIR FLOW EVAL STUDY;C09A;BDPA;1993 WRBO;L2 REF
Equation is +flow    17
Report is in ascending order by year                              Units are in CFS
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 11615.4 | 11405 | 16867.6 | 17043.1 | 31037.4 | 28152.6 | 20804.8 | 41146.3 | 34504.5 | 16049.9 | 19146.5 | 15000.1 | 262773 |
| 1923 | 11467 | 15249.9 | 27153 | 30190.3 | 15793.6 | 14586.5 | 22987.9 | 15430.1 | 14981.1 | 20416.7 | 18140 | 16378.6 | 222775 |
| 1924 | 11836.5 | 10633.3 | 17212.3 | 16164.5 | 15931.6 | 11566.3 | 6410.4 | 7392.6 | 6487.5 | 6633.1 | 6398.3 | 6475.3 | 123142 |
| 1925 | 7843.8 | 7235.9 | 11703.3 | 11130 | 47767.5 | 22821.4 | 20611.6 | 12928.3 | 14393.8 | 16889.4 | 14365.8 | 15011.8 | 202703 |
| 1926 | 10667.2 | 9693.4 | 11894.3 | 17055.9 | 35193.7 | 15034.5 | 17745.2 | 15999.3 | 10720.8 | 9680.3 | 8588.4 | 11651.2 | 173924 |
| 1927 | 8539.1 | 22503.2 | 19273.7 | 34746.8 | 73140.8 | 40460.5 | 44197 | 23508.7 | 16302.8 | 18405.3 | 20298.8 | 15164.5 | 336541 |
| 1928 | 10131.9 | 20934.8 | 15356.4 | 24428.6 | 23809.2 | 66286.7 | 25834.7 | 19672.7 | 14020.8 | 16092.4 | 18556.9 | 15125.7 | 270251 |
| 1929 | 10490.2 | 11551.6 | 16604.3 | 16970.4 | 15423.6 | 11955.1 | 7143.4 | 8489.1 | 8904.2 | 9507.7 | 9260.7 | 8093.4 | 134394 |
| 1930 | 7565.8 | 6704 | 15570.5 | 20402.5 | 16447 | 27434.2 | 11330.1 | 10718.7 | 9619 | 12008.9 | 11079.9 | 14710.8 | 163592 |
| 1931 | 8330.6 | 8567.9 | 12191.5 | 13913.9 | 13069.9 | 10298.7 | 8749.9 | 8090.3 | 6870.6 | 6899.8 | 6845.5 | 6895.8 | 110724 |
| 1932 | 5943.8 | 6333.8 | 17224 | 19447 | 13717 | 10819.4 | 8621.2 | 11312.2 | 13228 | 11012.3 | 11328.3 | 13713.7 | 142701 |
| 1933 | 8036.4 | 7192.1 | 12946.8 | 14112.1 | 12571 | 12388 | 11082.5 | 7781.2 | 9044.1 | 6891.3 | 7579.4 | 8304.9 | 117930 |
| 1934 | 6774.9 | 6332.3 | 13516 | 17165.8 | 13536.6 | 11186 | 9970.4 | 7662.6 | 9343 | 7359.2 | 7120.4 | 7004.2 | 116974 |
| 1935 | 5950.6 | 10501.8 | 9327 | 25135 | 12288.4 | 23966 | 41755 | 31085.2 | 15256.1 | 16143.8 | 19223.9 | 15549.2 | 226182 |
| 1936 | 11602 | 10832.4 | 16917.4 | 33652.5 | 55368.7 | 29441.8 | 19631.7 | 14581.5 | 14418.3 | 16065.2 | 19063.8 | 15577.5 | 257153 |
| 1937 | 9842.3 | 10676.2 | 16574.2 | 13574.8 | 29400.2 | 37300.2 | 20894.9 | 17816.4 | 14525.5 | 14091.2 | 18887.1 | 15649.5 | 219233 |
| 1938 | 9949.3 | 23178.1 | 42583 | 29736.6 | 68558.6 | 69657.7 | 52311.4 | 48662.5 | 34410.8 | 16801.4 | 15975.6 | 14908.3 | 426733 |
| 1939 | 13835.1 | 13295.7 | 14924 | 14263.3 | 13203.3 | 13052.2 | 9590.8 | 9094.6 | 12122.1 | 12363.1 | 12383.4 | 12514.4 | 150642 |
| 1940 | 10823.3 | 8360.7 | 12488.9 | 25981.7 | 52636.1 | 66657.2 | 50955.4 | 17966.3 | 12951.3 | 17749.2 | 18424.5 | 14555.8 | 309550 |
| 1941 | 9233.7 | 11195.3 | 39732.1 | 60870 | 69455.8 | 57671 | 51715.4 | 37951.6 | 18275.3 | 15351.5 | 15300.2 | 14997.1 | 401749 |
| 1942 | 14978.5 | 14975.7 | 52676.2 | 57287.1 | 73689.1 | 24000.1 | 41716.6 | 33609.2 | 24756.9 | 15213.4 | 15134.2 | 13951.8 | 381989 |
| 1943 | 13950 | 19690.5 | 28992.2 | 58213.6 | 46764.1 | 57745.6 | 27395.8 | 18518.3 | 11883.9 | 13442.8 | 19611 | 15244.2 | 331452 |
| 1944 | 10854.4 | 11484.6 | 16511.9 | 16602.4 | 24559.8 | 20310.6 | 10968.2 | 10420.8 | 15051.5 | 14004.9 | 13190.4 | 14040.3 | 178000 |
| 1945 | 10067.9 | 15621.3 | 16186.9 | 12795 | 42750.4 | 26782.6 | 12006.6 | 12185.5 | 16686.4 | 19045.4 | 17842.3 | 15441.2 | 217412 |
| 1946 | 9167.4 | 13618.2 | 51011 | 45535.3 | 28405.6 | 17270.3 | 12812.4 | 15126 | 16426.9 | 16412.4 | 17500.6 | 14732.5 | 258019 |
| 1947 | 10074 | 11237 | 15892 | 15579.4 | 17714.8 | 18781.9 | 13911.4 | 9815.3 | 11844.2 | 10616.9 | 10063 | 10645.6 | 156176 |
| 1948 | 9984.1 | 10202.3 | 8274.4 | 14558.7 | 13184.5 | 16098.6 | 24253 | 28510.3 | 21826.7 | 20750.5 | 18204.7 | 14186.8 | 200034 |
| 1949 | 10945.1 | 11499.9 | 16967.9 | 15614.6 | 12524.2 | 39934.6 | 12696.2 | 12637.3 | 12701.1 | 11430.5 | 13054.4 | 182553 |
| 1950 | 9228.7 | 9794.2 | 9860.7 | 21577.9 | 32906.7 | 21890 | 18519.1 | 16650.5 | 16320.5 | 18757.9 | 17101.1 | 14149 | 206756 |
| 1951 | 11853.9 | 36613 | 63637.3 | 53917.1 | 53210.5 | 31880.9 | 17254.1 | 16745.7 | 14682.3 | 18112.9 | 19748.8 | 16564.7 | 354221 |
| 1952 | 9969.2 | 15582.4 | 40431.4 | 58650.8 | 59192.2 | 49748.3 | 52077.4 | 50714.1 | 37714.8 | 22031.3 | 18635.9 | 15990.9 | 430739 |
| 1953 | 14564.6 | 13406.3 | 39782.5 | 62759.4 | 24935.8 | 22471.4 | 16632.4 | 24123.9 | 25397.3 | 16275.6 | 19644.8 | 15875.9 | 295870 |
| 1954 | 13689 | 17750.4 | 15667.4 | 32994.9 | 51069.7 | 45657.8 | 38880.8 | 23780.3 | 14930.1 | 18326 | 19212.6 | 15102.3 | 307061 |
| 1955 | 10638.5 | 15394.9 | 24904.7 | 18889.3 | 15852.7 | 11913.7 | 9832.2 | 11706.5 | 15420.9 | 10982.5 | 10268.3 | 12330.2 | 168134 |
| 1956 | 9306 | 10752.8 | 61769.6 | 70923.9 | 60614.4 | 35199.4 | 20233.9 | 37698.8 | 21315.4 | 16577.3 | 17289.7 | 15687.1 | 377368 |
| 1957 | 16954.5 | 12052.5 | 14156.8 | 16686 | 31435.3 | 42939.6 | 20089.1 | 15535.3 | 16903 | 18290.7 | 19680.4 | 16137.5 | 240861 |
| 1958 | 19057.5 | 15466.9 | 23279.2 | 36935.8 | 74024.4 | 62274.4 | 60870 | 39910.3 | 34254.5 | 19337.4 | 13054.4 | 246669 |
| 1959 | 14464.5 | 12090.9 | 12342.8 | 37902 | 44735.1 | 21543.1 | 12635 | 14531.1 | 14510.8 | 15548.5 | 18109.5 | 14204.8 | 232618 |
| 1960 | 11959.1 | 11242.8 | 17670.7 | 16064.4 | 28339.3 | 18015.8 | 14974.2 | 11606.5 | 12049 | 12239 | 11469.4 | 12223.5 | 177854 |
| 1961 | 9829.4 | 11706.5 | 15216.3 | 12264.2 | 32861.7 | 18473.8 | 14471.4 | 11309.1 | 12020.2 | 10134.7 | 10429.2 | 11214.5 | 169931 |
| 1962 | 9506.3 | 7933.2 | 15497.8 | 10981.8 | 46665.7 | 30793 | 14480.3 | 17930.5 | 14440.8 | 15996.1 | 18527.1 | 14880 | 217633 |
| 1963 | 29850.6 | 16558.7 | 27603.4 | 15791.3 | 55721.1 | 29144.6 | 62091 | 26684.5 | 15423.6 | 18952.2 | 20173.9 | 15006.3 | 333001 |
| 1964 | 13422.3 | 26714.5 | 14425.6 | 26035.3 | 15557.8 | 11564.7 | 11855.6 | 12882.5 | 12902 | 12034.2 | 11894.6 | 12156.9 | 181446 |
| 1965 | 9687 | 15550 | 60049.5 | 68375.8 | 31714.7 | 21442.8 | 43661 | 23858.3 | 13562.9 | 15105.3 | 19037.5 | 12525.1 | 334570 |
| 1966 | 9052.9 | 22113.1 | 15727.8 | 31529.4 | 23859.6 | 22859.8 | 15309.4 | 17969 | 14395.2 | 14478.3 | 17737.4 | 14404.6 | 219437 |
| 1967 | 11397.9 | 14926.3 | 36322.7 | 38041.3 | 46391.3 | 46589.7 | 37388 | 40873.4 | 38580 | 19029.7 | 17656.2 | 15068.9 | 362266 |
| 1968 | 14861.7 | 13185.1 | 15198.3 | 29805 | 52994.3 | 35541.2 | 15399 | 13440.2 | 14459.7 | 15782.7 | 17950.3 | 15393.3 | 254011 |
| 1969 | 11731.3 | 11922.1 | 20893.3 | 68984.7 | 69703.6 | 42811.1 | 41632.9 | 39987.7 | 23812.7 | 15925.8 | 16693.7 | 17392.1 | 381491 |
| 1970 | 16232.3 | 14268.8 | 49768.9 | 70029.2 | 62255.7 | 35204.1 | 13424.4 | 11612.5 | 14522.3 | 19962.1 | 19597 | 15780.6 | 342658 |
| 1971 | 9903.5 | 21437.4 | 48474.5 | 43574.6 | 30612.1 | 38582.5 | 21511.7 | 25754.4 | 22053 | 18825.4 | 19757.6 | 15960.4 | 316447 |
| 1972 | 12101.6 | 12343.6 | 19849.1 | 21670.7 | 21627.9 | 32409 | 14999.8 | 14192.3 | 14535.8 | 18102.4 | 16912.7 | 14200.3 | 212945 |
| 1973 | 11815.4 | 18826.9 | 24215 | 55955.2 | 60480.8 | 45309.5 | 16794.9 | 14948.7 | 16106.7 | 17750.1 | 19599.1 | 16198.2 | 318000 |
| 1974 | 13621.7 | 49176.5 | 55477.5 | 68812.2 | 41062.3 | 66791.2 | 55402.3 | 21170.7 | 19611.8 | 21060.5 | 19787.4 | 17521.5 | 449496 |
| 1975 | 14495 | 13397.8 | 17170.4 | 16625.3 | 51942.3 | 58294.6 | 22533.5 | 28069.5 | 23569.4 | 18238 | 18496.8 | 16723.1 | 299556 |
| 1976 | 19471.1 | 15709.8 | 14890.6 | 13691.2 | 13294.7 | 14605 | 9075.1 | 9216.9 | 9264.2 | 13797.3 | 10094.1 | 12049.1 | 155159 |
| 1977 | 6805.1 | 6459.5 | 9852.8 | 11194.2 | 15072.5 | 11423.9 | 7190.8 | 6851.3 | 6827.1 | 7111.4 | 6419.8 | 6306.7 | 101515 |
| 1978 | 5629.3 | 5455.7 | 13181.4 | 47340.1 | 45971.7 | 53199.1 | 36412.2 | 18698.1 | 15072.8 | 11202.3 | 18977.8 | 13113.1 | 284253 |
| 1979 | 9889.4 | 11418.1 | 16904.6 | 20024.3 | 34430.1 | 30377.2 | 15658.1 | 13498.6 | 19468.1 | 16255 | 19109 | 16597.8 | 223630 |
| 1980 | 10114.1 | 16678.4 | 19133.7 | 62716.5 | 73744.9 | 43405.1 | 18246.1 | 14016.8 | 13075 | 12131.1 | 17417.5 | 12765.7 | 313445 |
| 1981 | 10620.5 | 9805.6 | 16723.1 | 24434.7 | 25345.2 | 28644.2 | 13204.3 | 9544.4 | 10672.6 | 11561.3 | 13182 | 13953.7 | 187692 |
| 1982 | 9035.4 | 39792.8 | 64713.8 | 58411.2 | 69531.3 | 57967.5 | 71877 | 33153.8 | 21011.2 | 17421.4 | 18793.5 | 19625.2 | 481334 |
| 1983 | 18745.7 | 33036.4 | 55121.5 | 57377.8 | 76533.5 | 66861.9 | 52747.9 | 49981.8 | 48195.4 | 25547 | 21353.7 | 26017.2 | 531520 |
| 1984 | 18252.9 | 53134.7 | 71257.8 | 49464.8 | 33237.7 | 31940.2 | 16123.7 | 11162.1 | 16108.8 | 19110.4 | 19427.3 | 15465.3 | 354686 |
| 1985 | 11609.9 | 28064.3 | 23628.7 | 16348.9 | 14682.1 | 13715.5 | 12606.5 | 13165.8 | 12822.4 | 11725.9 | 11464.4 | 12828.4 | 182663 |
| 1986 | 9383.3 | 10576.6 | 15552.8 | 18489 | 82708.7 | 70517 | 20728 | 12173.3 | 11658 | 12048.7 | 19335.4 | 14827.7 | 297999 |
| 1987 | 10772.1 | 8862 | 16907 | 17405 | 19095 | 22963.3 | 11603.4 | 8985.3 | 11599.2 | 9476.6 | 9860.9 | 9019 | 156549 |
| 1988 | 8657.9 | 7793 | 16160.4 | 24371.4 | 11734.5 | 9634.1 | 8477.4 | 8143.8 | 10183.9 | 12060.1 | 9140 | 9795.6 | 136152 |
| 1989 | 7641.9 | 9811.7 | 9483.7 | 11646.2 | 10696.5 | 42549.1 | 21577.7 | 15519.5 | 13397.3 | 10979 | 10773.5 | 13023.5 | 177100 |
| 1990 | 9801.4 | 7874.7 | 9618.4 | 18318.1 | 14442.1 | 12146 | 13470.1 | 11520.5 | 11348.7 | 14706.4 | 10954.6 | 11299.3 | 145700 |
| | | | | | | | | | | | | | |
| Avg. | 11393.1 | 15150.5 | 24624.6 | 31147.6 | 36933.8 | 32042.8 | 23624 | 19236.8 | 16604.2 | 14950.6 | 15529.1 | 14005.3 | 255243 |

```
Run Date  5- 4- 99
Sacramento River flow below Freeport
P99N_CI2 = PROSIM99;CVPIA PEIS R. CUMUL. IMP.;C09A;BDPA;1993 WRBO;L4 REFS;B2(US+
Equation is +flow    17
Report is in ascending order by year                            Units are in CFS
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1922 | 11024.1 | 11694.6 | 18433.5 | 17908.4 | 28055 | 29629.9 | 23179.9 | 39804.9 | 33939.6 | 17369.8 | 19219.8 | 14364 | 264624 |
| 1923 | 12832.8 | 15640.4 | 25686.5 | 28997.2 | 17775.3 | 16630.3 | 22779.4 | 14832.7 | 16741.2 | 19163.3 | 18340.2 | 16099.1 | 225518 |
| 1924 | 10120.5 | 9889.7 | 14723.2 | 15997.1 | 16320.8 | 11236.7 | 5993.8 | 7236.2 | 6424.5 | 7140.4 | 6430.2 | 6575.6 | 118089 |
| 1925 | 7440.4 | 6796 | 11188.3 | 10713.3 | 48234.1 | 23578.8 | 22908.6 | 14127.6 | 16917.9 | 13639.6 | 12902.9 | 14288.6 | 202736 |
| 1926 | 8238.9 | 8538.6 | 11022.2 | 17846 | 36073 | 16894.6 | 18960.9 | 11899.9 | 10693.7 | 9444.1 | 8282.6 | 11312.1 | 169207 |
| 1927 | 9450.9 | 23439 | 19561.6 | 34468.6 | 73029.9 | 41395.5 | 41945.2 | 24409.9 | 16238.9 | 21760.5 | 20074.2 | 16614.1 | 342388 |
| 1928 | 12137.1 | 17812.6 | 16201.3 | 24190.3 | 24689 | 62080.8 | 27699.2 | 13360.5 | 15386.1 | 18230.8 | 19198 | 15073.4 | 266059 |
| 1929 | 10099.4 | 12103 | 16479.8 | 16831.8 | 16166.6 | 12724.5 | 6966.9 | 7974.5 | 9743.1 | 7967.2 | 7282.7 | 8562.1 | 132901 |
| 1930 | 6309.3 | 5762.9 | 15281.8 | 21628.1 | 17797.9 | 28518.1 | 12715.2 | 12336.7 | 8746.5 | 8625.6 | 12241.3 | 12759.1 | 162723 |
| 1931 | 7874.9 | 8409.5 | 9339 | 14441.6 | 12952.9 | 15898 | 7028.7 | 7662.1 | 6630.6 | 7307.1 | 6854.2 | 7235.1 | 111634 |
| 1932 | 5636.8 | 5690.2 | 16620.4 | 20254.9 | 13591.9 | 10991.6 | 9485.7 | 12743.5 | 13179.7 | 8270.6 | 13516.9 | 12193.3 | 142175 |
| 1933 | 8705.2 | 8256.8 | 12087.7 | 14402 | 12648.8 | 13292 | 10052.2 | 8609.1 | 8595.3 | 6805.9 | 6870.9 | 6990.5 | 117311 |
| 1934 | 6602.9 | 5935.3 | 13069.1 | 17583.7 | 14098.8 | 11483.7 | 10041.6 | 8170.4 | 8924 | 7372.6 | 6999.9 | 8193.3 | 118475 |
| 1935 | 5806.8 | 9838.1 | 8716.9 | 24686.6 | 13370.7 | 24349.5 | 39616.3 | 25972.5 | 17645.6 | 16297.9 | 15534.5 | 14731.5 | 216567 |
| 1936 | 10174.8 | 9705.2 | 15206.7 | 32685.4 | 55223.1 | 29576 | 19932.6 | 15511.8 | 15076.4 | 19024.7 | 17463 | 15911 | 255491 |
| 1937 | 9352.8 | 9137 | 15766.6 | 13417.1 | 29195.6 | 36146 | 21268.4 | 14231.1 | 16115.3 | 16177.8 | 16329.5 | 14261.9 | 211399 |
| 1938 | 8901.7 | 22976.1 | 39753.4 | 28520.1 | 69940.1 | 69213.9 | 51888 | 48395.6 | 33755.1 | 17181.7 | 16899.9 | 11889.6 | 419315 |
| 1939 | 13705.3 | 13782 | 16409.8 | 17283.7 | 14451 | 14721.7 | 10594.8 | 9535.5 | 9236.9 | 8366.3 | 10683 | 11609 | 150379 |
| 1940 | 8381.1 | 8286.5 | 10533.2 | 26375.1 | 55513.1 | 66335 | 51213.8 | 17797 | 13484.2 | 18566.4 | 17663.1 | 13924.8 | 308073 |
| 1941 | 9423.2 | 11315.2 | 32705.4 | 60758.9 | 69398.4 | 56846.7 | 50911.4 | 37551.1 | 19326.2 | 15166.6 | 17046.4 | 12569.5 | 393019 |
| 1942 | 13567.6 | 14802.8 | 51305.9 | 56844.9 | 73736.7 | 27628.6 | 40758.6 | 29981.7 | 24067.8 | 15653.7 | 19437.9 | 14010.4 | 381797 |
| 1943 | 12096.3 | 14723.3 | 26927 | 58498.1 | 47243.7 | 56435.7 | 27199.7 | 18614.2 | 12652.1 | 19279.4 | 19539.1 | 16041.7 | 329250 |
| 1944 | 11644.1 | 12228.5 | 16604.2 | 17558.7 | 25537 | 22856.3 | 9578.5 | 9928.4 | 13942.1 | 11171.4 | 13980.8 | 12605.8 | 177636 |
| 1945 | 8572.2 | 15189 | 17207.9 | 14565 | 40245.2 | 24808.5 | 14272.1 | 12489.3 | 17455.2 | 18851.4 | 16609.3 | 14472.3 | 214728 |
| 1946 | 10144.4 | 13901.7 | 44541.1 | 44967.6 | 25910.1 | 18781.9 | 12288.4 | 13312.9 | 17891.9 | 19752.9 | 17375.7 | 16324.3 | 255193 |
| 1947 | 9827.4 | 11828.8 | 15957.5 | 15625.8 | 18730.3 | 20373.3 | 13278.3 | 10260.9 | 8744.9 | 8898 | 9948.9 | 11092.6 | 154567 |
| 1948 | 9413.2 | 10804.7 | 9159.9 | 15609.9 | 15462.1 | 17326.5 | 25182 | 26975.3 | 22212.7 | 20982.2 | 17915.9 | 14219.9 | 205264 |
| 1949 | 11217.7 | 11622 | 17236.6 | 15646.3 | 13802.4 | 36853.5 | 14122.6 | 12038.5 | 12703.5 | 9681.7 | 12446.7 | 13038.2 | 180505 |
| 1950 | 9170.6 | 10531.9 | 11752.1 | 20012.1 | 32422.4 | 22448.7 | 18012.2 | 16301.8 | 18681.8 | 19662.4 | 19103.6 | 13584.1 | 211684 |
| 1951 | 10649.2 | 37925.2 | 58736.4 | 53261.1 | 53407.4 | 31059.7 | 14846.8 | 16747.1 | 13990 | 19738.8 | 19717.4 | 15705.2 | 345784 |
| 1952 | 11545.6 | 15562.6 | 37330.1 | 58361.6 | 59037.9 | 49031.5 | 51666.3 | 50446.9 | 37088 | 21405.1 | 17103.2 | 15021.6 | 423600 |
| 1953 | 12822.9 | 14362.2 | 39046.7 | 62164.6 | 28092.5 | 25372.4 | 16924 | 21937.8 | 23733.4 | 20539.6 | 19778.2 | 16316.7 | 301091 |
| 1954 | 13429.7 | 17113.8 | 15522.8 | 25940.1 | 50593.6 | 43985.5 | 38440.2 | 18677.9 | 15035.9 | 19839.2 | 19705.1 | 15500.4 | 293784 |
| 1955 | 11729.7 | 16227.2 | 24032.1 | 21714.9 | 16334.6 | 15759.1 | 10114.2 | 11910 | 14733.1 | 11298.6 | 9775.3 | 12185.9 | 175815 |
| 1956 | 8613.7 | 11224.6 | 58036.2 | 71901.6 | 59886.6 | 36590 | 21540.6 | 33422 | 20108.6 | 18096.2 | 20026.7 | 15182.4 | 374629 |
| 1957 | 12453.1 | 12660.2 | 16981.2 | 17169.1 | 24530.8 | 41796 | 16984.7 | 17938.1 | 17418.5 | 21227.8 | 19526.4 | 16794.4 | 235380 |
| 1958 | 18147.8 | 15878.9 | 23948.9 | 36553.2 | 72161.4 | 61748.5 | 60393.1 | 39311.3 | 33559.4 | 17462.8 | 18146.8 | 13737.1 | 416442 |
| 1959 | 14788.3 | 12797.1 | 14497 | 36750.5 | 43673.5 | 22484.3 | 10631.3 | 12502.1 | 14793.2 | 16840.9 | 18381.8 | 14589.7 | 232730 |
| 1960 | 9916.9 | 9370.4 | 14874.2 | 15948.2 | 28269.2 | 20816.8 | 12467.4 | 11359.2 | 9489.9 | 9807.9 | 11701.8 | 11829.5 | 166428 |
| 1961 | 8874.1 | 13483.1 | 17015.9 | 15084.1 | 31556.7 | 20216.3 | 11494.5 | 13249.8 | 9084.7 | 8752.7 | 10327.6 | 10992.3 | 170132 |
| 1962 | 8797 | 9932.4 | 17695.1 | 13149.8 | 44761.5 | 30557.1 | 11440.4 | 12733.7 | 16264.5 | 18584.8 | 19657.1 | 16912.6 | 220486 |
| 1963 | 28662.7 | 14777.1 | 26507.3 | 17074.8 | 58129.8 | 30702.9 | 60085.4 | 26585.4 | 16579.2 | 21702.3 | 19806 | 15864.6 | 336477 |
| 1964 | 13750.9 | 23229 | 14719.9 | 24658.7 | 17550.2 | 16198.3 | 9659.6 | 10912.3 | 12236.3 | 12108.2 | 10562.7 | 12294.6 | 177881 |
| 1965 | 8448.8 | 15584.5 | 63511.2 | 68034.7 | 34100.5 | 24311.6 | 36503.6 | 19229.2 | 14933.1 | 19234.7 | 19892 | 14146.8 | 337931 |
| 1966 | 10595 | 19360.2 | 14905.7 | 28696.8 | 24988 | 20433.9 | 12208.8 | 13529.2 | 14545.4 | 16769.3 | 14205.5 | 13777 | 204015 |
| 1967 | 9836.5 | 14867.8 | 35232.3 | 38948.6 | 47833.7 | 45325.5 | 38029.1 | 39856.7 | 37939.7 | 19255.8 | 16436.2 | 14570.5 | 358132 |
| 1968 | 14844 | 13228.7 | 16294.8 | 29900.8 | 51715.1 | 36318.1 | 10998.4 | 12193.4 | 14481.9 | 16702.7 | 18361.5 | 17068.5 | 252108 |
| 1969 | 10341.6 | 12710.2 | 22900.1 | 67756.3 | 69342 | 43386.2 | 40520.8 | 39771.9 | 23200.5 | 16753.1 | 15273.7 | 16275 | 378231 |
| 1970 | 13894.9 | 14581.7 | 48702 | 71800.8 | 62325.2 | 35417.3 | 20603.8 | 13434.5 | 13931.1 | 19072.8 | 19797.5 | 16452 | 340013 |
| 1971 | 10437 | 18171.4 | 47205 | 43213.1 | 30495.1 | 37401.4 | 21182.7 | 27561.5 | 21507 | 22400.7 | 19590.4 | 15938.3 | 315104 |
| 1972 | 11787.6 | 11894.7 | 17538.4 | 19817 | 21908.5 | 29194.1 | 11850.3 | 13559.2 | 14320.3 | 17573.6 | 19818.9 | 16621.2 | 205884 |
| 1973 | 12078.8 | 19419.6 | 22728.8 | 54124.6 | 60366.7 | 44696.3 | 19064.4 | 15061.3 | 18823.3 | 21602 | 19151.3 | 16135.7 | 323253 |
| 1974 | 12714.3 | 44591.2 | 53383.4 | 69599 | 40292.1 | 65205.3 | 54983.9 | 22086.5 | 19706.7 | 20848.1 | 18831.6 | 15446 | 437688 |
| 1975 | 14635.9 | 13980 | 17684.8 | 18133.5 | 49843.8 | 57296.8 | 25919.6 | 26659.1 | 22136.7 | 17888.7 | 18850.5 | 13995.8 | 297025 |
| 1976 | 18943.9 | 15575 | 17241.2 | 17244.4 | 13588.9 | 16884.3 | 8906.4 | 9717.7 | 8673.3 | 7385.2 | 14388.9 | 11066.6 | 159616 |
| 1977 | 6792.3 | 6449.9 | 6326.3 | 9623.2 | 12565.1 | 12702.6 | 7897.6 | 6935.3 | 10893.9 | 7369.3 | 7087 | 6926.2 | 101569 |
| 1978 | 6248.6 | 6091.8 | 14057.7 | 46425.5 | 41671.2 | 53126.4 | 35894.2 | 20146 | 15374.3 | 18331 | 19767.2 | 14624.4 | 291758 |
| 1979 | 10119.7 | 11925.7 | 17172.4 | 21891 | 29840.3 | 28748.3 | 17341.5 | 12700.8 | 19344.2 | 17591.2 | 16115.6 | 14318.4 | 217109 |
| 1980 | 11182.2 | 14498.6 | 18830.7 | 62588.8 | 73210.6 | 42239.7 | 19717.5 | 15836.8 | 13955.7 | 15603 | 19635.9 | 12126.5 | 319426 |
| 1981 | 11254.1 | 9758 | 16987.9 | 20770.8 | 25577.7 | 23978.1 | 16147 | 10997.5 | 8541.1 | 7970.3 | 13537.7 | 13516.5 | 179037 |
| 1982 | 9842.3 | 35826.5 | 66468.7 | 57846.3 | 69708.9 | 53709.2 | 70947.1 | 32718 | 20492 | 18218.7 | 17535.1 | 18911.4 | 472224 |
| 1983 | 17492.7 | 33557.2 | 54833.2 | 57090.1 | 76493.5 | 65958.3 | 52252.6 | 49438.9 | 47667.3 | 24867.6 | 20625 | 24937 | 525214 |
| 1984 | 18239.5 | 56670.9 | 71462.5 | 49327.2 | 35532.2 | 28791.3 | 15693.8 | 14493.3 | 16658.2 | 20608.4 | 19328.5 | 15787.4 | 362593 |
| 1985 | 11929.7 | 27741.6 | 23935.3 | 16192.5 | 17167.5 | 15494.6 | 11118.6 | 12044.6 | 11030.5 | 10176.3 | 11753.8 | 12824.9 | 181410 |
| 1986 | 8463.1 | 10650.4 | 16668.7 | 19552.6 | 83451.2 | 68740 | 22015.4 | 13464.5 | 11806.9 | 20756.9 | 19377.9 | 14909 | 310037 |
| 1987 | 11443.2 | 9673.1 | 17160.9 | 17250.3 | 19603 | 23523.8 | 9851 | 9649.5 | 8634.3 | 8565.1 | 7742 | 8291.7 | 151388 |
| 1988 | 8004.3 | 7341.9 | 16531.9 | 24876.1 | 13426.5 | 10476.1 | 8967.1 | 9347.8 | 8604.2 | 7472.7 | 8384.9 | 10459.9 | 133893 |
| 1989 | 7958.6 | 9892.1 | 9698.1 | 11754.2 | 11005.5 | 40191.1 | 23495.3 | 12860.3 | 12339.8 | 11099.1 | 10050.9 | 13242.9 | 173588 |
| 1990 | 11659.5 | 9709 | 10624.3 | 19496.8 | 15851.4 | 15562.8 | 11247.2 | 9401.4 | 10562.3 | 8849.5 | 10249.2 | 10817.2 | 144031 |
| Avg. | 11032.5 | 14912.1 | 24150.9 | 31159.5 | 36978.3 | 32239 | 23187.3 | 18598.3 | 16513.1 | 15361.5 | 15450.9 | 13773.7 | 253357 |

```
Run Date  1- 4- 99
Sacramento River flow below Freeport
TRN_RSP6 = PROSIM99;TRINITY R EIS/EIR STATE PERMIT ALT;C09A;BDPA;1993 WRBO;L2 RE
Equation is +flow    17
Report is in ascending order by year                                      Units are in CFS
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 11615.4 | 11405 | 16867.6 | 17043.1 | 31037.4 | 28152.6 | 20804.8 | 41586.9 | 34504.5 | 17376.8 | 19089.2 | 14993.5 | 264477 |
| 1923 | 11467 | 15249.9 | 27259 | 30228.1 | 15827.1 | 14586.5 | 22987.9 | 15430.1 | 14980.9 | 20431.9 | 18152.1 | 16462.9 | 223063 |
| 1924 | 11984.8 | 10638 | 17212.3 | 16164.5 | 15927.6 | 12208.5 | 6687.6 | 7663.4 | 6756.7 | 7461.5 | 6782.9 | 6729 | 126217 |
| 1925 | 7831.1 | 7265.3 | 11735.7 | 11176.3 | 47726.5 | 26806.5 | 22550.7 | 13926.1 | 14099.9 | 17348 | 14443.4 | 15748.5 | 210658 |
| 1926 | 10295 | 9498.6 | 12029.3 | 17371.1 | 35486.9 | 15152 | 18571.3 | 15404 | 12917.8 | 13400.3 | 8416.8 | 12044.6 | 180588 |
| 1927 | 8631.6 | 22767.9 | 21025.1 | 35598.7 | 73460.7 | 40498.2 | 44211.1 | 24044.1 | 16302.8 | 18416.3 | 20297.4 | 15181.7 | 340436 |
| 1928 | 12573.3 | 22682.6 | 15852.7 | 24792.1 | 24138.3 | 66900.6 | 25834.7 | 15988.8 | 14020.8 | 17417.2 | 18334.7 | 15123.6 | 277259 |
| 1929 | 10489.4 | 11550.3 | 16604.3 | 16970.4 | 15423.1 | 11957.7 | 7386.7 | 9244.1 | 11221.1 | 12864.2 | 9263.2 | 8465.1 | 141439 |
| 1930 | 7260.7 | 6643.1 | 15732.8 | 20546.6 | 16603.2 | 27760.3 | 12230.8 | 10743.5 | 10186.7 | 12872.5 | 10915.4 | 14394.1 | 165890 |
| 1931 | 8248.4 | 8533 | 11431.6 | 13764.2 | 13154 | 10047.4 | 10559.5 | 8382.7 | 7058.5 | 7121.3 | 7058.3 | 7130.4 | 112849 |
| 1932 | 6145.6 | 6341.6 | 17230.5 | 19459.2 | 13542.7 | 10824.1 | 9577 | 11960.2 | 14553.2 | 13049.8 | 11389.3 | 12807.7 | 146881 |
| 1933 | 8096.5 | 7631.4 | 11930.6 | 14179.6 | 12760.8 | 12463.6 | 13005.2 | 8487.1 | 11061.7 | 9838.4 | 8199.5 | 7597.4 | 125252 |
| 1934 | 6883.1 | 6338.6 | 13493.9 | 17012.5 | 13461.2 | 13466.9 | 10279.7 | 8228.6 | 9439.8 | 7843 | 7662.8 | 8099.5 | 122210 |
| 1935 | 6343.5 | 10675.3 | 9500.1 | 25283.5 | 12430.7 | 24033.2 | 42019.2 | 31030.1 | 15480.2 | 16409.5 | 19219.8 | 15635.8 | 228061 |
| 1936 | 11637.1 | 10852.3 | 16917.4 | 34978.7 | 55552.2 | 29441.8 | 19631.7 | 14581.5 | 14418.3 | 18624.6 | 18809.9 | 15563.6 | 261009 |
| 1937 | 9839.4 | 10674.8 | 16574.2 | 13573.9 | 29891.2 | 37844.3 | 20894.9 | 17785.2 | 14534.5 | 14717.6 | 18887.1 | 15629 | 220846 |
| 1938 | 9945 | 23174.6 | 45351.6 | 29720.3 | 68206.9 | 64968.7 | 52353.9 | 50162.4 | 37553.8 | 17629.1 | 16782.1 | 16008.1 | 436546 |
| 1939 | 16554.7 | 13606.7 | 15537.8 | 14754.4 | 13638.2 | 12987.1 | 9573.4 | 9634.2 | 10679.3 | 12737.6 | 10352.8 | 12933.3 | 152990 |
| 1940 | 7830.6 | 7804.4 | 11681.7 | 27452 | 58287.9 | 66672.7 | 50955.4 | 17855.8 | 12660.2 | 17774.3 | 18467.5 | 14586.4 | 312029 |
| 1941 | 9242.1 | 11869.1 | 41798.8 | 61145.8 | 69671.9 | 58431.3 | 51846.1 | 38723.8 | 21053 | 15351.5 | 15300.2 | 16046.4 | 410040 |
| 1942 | 15151.5 | 15025.7 | 52676.2 | 57354.2 | 73705.9 | 24000.1 | 41881.7 | 36409.2 | 27943.6 | 15720.5 | 15698.8 | 14493.7 | 390061 |
| 1943 | 14608.3 | 19740.5 | 29092.2 | 58279.8 | 46855.3 | 57820.2 | 27610.5 | 18431.9 | 11883.9 | 15684.6 | 19611 | 15224.2 | 334842 |
| 1944 | 11597.5 | 11709.8 | 16491.8 | 16602.4 | 24395.4 | 20423.7 | 9939.5 | 10232.2 | 14760.6 | 16073.9 | 12752.5 | 14071.5 | 179051 |
| 1945 | 9250.4 | 15629.4 | 18752.7 | 14201 | 45739.1 | 26294.7 | 11866.4 | 12168.6 | 16687 | 16436.1 | 18190.4 | 15406.3 | 220622 |
| 1946 | 9540 | 18664.1 | 51315.9 | 45535.3 | 27607.3 | 17077.1 | 12812.4 | 15140.7 | 16459.1 | 20485.9 | 18076.6 | 16107.6 | 268822 |
| 1947 | 10543.2 | 11609.7 | 15867.9 | 15587.1 | 17715.4 | 18793.4 | 16125 | 10374.6 | 12636.9 | 12960.6 | 9811.5 | 11924.8 | 163950 |
| 1948 | 9171.4 | 10470 | 8752.6 | 15815.7 | 12445.3 | 16203.7 | 29890.6 | 30653.1 | 21858.1 | 20764.7 | 18294.2 | 14219.7 | 208539 |
| 1949 | 10961.1 | 11712.9 | 16949.2 | 15614.6 | 12474.9 | 39821.2 | 13041.7 | 13144.6 | 17853.5 | 19337.4 | 11560.6 | 13015.4 | 187886 |
| 1950 | 9171.7 | 9747.3 | 9717.9 | 20985.6 | 32906.7 | 21890 | 18519.1 | 16656.6 | 16320.4 | 18701.6 | 17070.2 | 14130.4 | 205818 |
| 1951 | 13554.5 | 44348.5 | 63582.8 | 54708.6 | 54411.7 | 31880.9 | 17254.1 | 17780.5 | 14609.3 | 19680.9 | 19601.1 | 16550.3 | 367963 |
| 1952 | 10691.8 | 17839.1 | 41700.5 | 58790.7 | 60009.7 | 50335.7 | 53375.6 | 52166.1 | 40395.6 | 22031.3 | 19308.6 | 16786.4 | 443431 |
| 1953 | 14737.6 | 13406.3 | 39871.4 | 62759.4 | 24935.8 | 22471.4 | 17236.9 | 25598.2 | 28697.3 | 17135.8 | 17934.8 | 15849.2 | 300634 |
| 1954 | 15028.6 | 20078.2 | 14942.2 | 33969.9 | 51145.9 | 45741.4 | 39077.3 | 23710.5 | 14210.8 | 18325.9 | 19212.5 | 15102.2 | 310545 |
| 1955 | 10956.7 | 17456.5 | 24919.6 | 18889.2 | 15852.7 | 11884.5 | 9866.4 | 11751.1 | 16107.7 | 14776.5 | 11736.3 | 13711.6 | 177909 |
| 1956 | 8947.9 | 10893.2 | 62884 | 70927.1 | 60639.5 | 35613.6 | 21127.3 | 39482.5 | 24034.9 | 17762.8 | 18096.3 | 16623.8 | 387033 |
| 1957 | 18020.1 | 12102.5 | 11741.3 | 16250.4 | 35016.6 | 43027.5 | 19975.1 | 16201.4 | 16734.5 | 19170.8 | 19585.6 | 16125.9 | 243952 |
| 1958 | 21487.5 | 16921.3 | 24676.7 | 37507.2 | 73854.1 | 62312.2 | 60975.9 | 33454.6 | 37554.5 | 19337.4 | 11560.6 | 14303 | 433464 |
| 1959 | 14637.5 | 12140.9 | 12381.5 | 37902 | 44953.9 | 21464.4 | 12635 | 14531.1 | 14509.3 | 15756.6 | 18080.5 | 14203 | 233196 |
| 1960 | 11957.9 | 11242.5 | 17670.7 | 16064.4 | 27621.2 | 20435.7 | 16198.4 | 11078.4 | 12851.8 | 15581.8 | 11764.7 | 12650.5 | 185118 |
| 1961 | 8986.6 | 12930.2 | 20034.6 | 12892.9 | 33022.2 | 18552.6 | 13639.8 | 11992.6 | 13139.5 | 12823 | 9802.7 | 11472.4 | 179289 |
| 1962 | 8384.4 | 9118.5 | 17751.7 | 12148.1 | 46594.2 | 30762.9 | 14444.1 | 17930.5 | 14171.7 | 16014.8 | 18556.6 | 14896.8 | 220774 |
| 1963 | 33495.2 | 16558.7 | 27603.4 | 15791.3 | 57070.4 | 29144.6 | 62363.2 | 29468 | 15423.6 | 17788.3 | 20303.5 | 14715 | 339725 |
| 1964 | 16104.3 | 28071.6 | 13974.4 | 26777 | 15557.8 | 13121.1 | 11931 | 13070.1 | 13731.5 | 15817 | 11548.5 | 11851.8 | 191556 |
| 1965 | 8799.6 | 15166.7 | 62867.7 | 68255.9 | 31738.7 | 21468.7 | 43691 | 23821.6 | 13605.5 | 15084.6 | 19051.4 | 12542.9 | 336094 |
| 1966 | 10622.9 | 25881.5 | 16486.4 | 32211.6 | 23859.6 | 24285.1 | 15096.5 | 17969.1 | 14309.9 | 15083.3 | 17671.7 | 14314.6 | 227792 |
| 1967 | 11374.8 | 18551.1 | 36322.7 | 38104.2 | 47804 | 47179.9 | 37388 | 42527.8 | 41350.8 | 19873.7 | 18218.8 | 17058.4 | 375754 |
| 1968 | 15348.1 | 13235.1 | 15298.3 | 29955 | 52994.3 | 35638.5 | 15377.5 | 13440.2 | 14459.7 | 16103.9 | 17906.4 | 15391.1 | 255148 |
| 1969 | 11730 | 13168.1 | 25608 | 69011.9 | 69703.6 | 42811.1 | 41711.3 | 41728.5 | 26693.6 | 16948.6 | 17597.9 | 18395.6 | 395108 |
| 1970 | 16405.3 | 14318.8 | 49768.9 | 70029.2 | 62315.3 | 35204.1 | 13413.1 | 11612.5 | 14522.3 | 19965.1 | 19596.8 | 15780.6 | 342932 |
| 1971 | 10615.9 | 25728.9 | 48602.8 | 43883.8 | 30291.6 | 41090.8 | 20996.6 | 28627 | 24271.8 | 17939.2 | 19887.1 | 15492.7 | 327428 |
| 1972 | 14692.5 | 13746.5 | 22237.3 | 21820.7 | 21777.9 | 32409 | 14967.4 | 14201.9 | 14551.6 | 16473.6 | 17815.4 | 14616.3 | 219310 |
| 1973 | 11874.2 | 23161.1 | 24938.8 | 55928.3 | 60650.1 | 45390.4 | 16941.1 | 17732.3 | 16218 | 19381.5 | 19430.7 | 16182.1 | 327829 |
| 1974 | 15236.9 | 50373.2 | 55493.8 | 68812.2 | 41158.4 | 66791.2 | 55525 | 23970.7 | 22911.8 | 21118.3 | 19787.4 | 19732.8 | 460912 |
| 1975 | 14668 | 13443.2 | 17274.9 | 16708.8 | 51895 | 58442.9 | 22533.5 | 30837 | 26902.9 | 18238 | 18631.5 | 17837.6 | 307413 |
| 1976 | 19644.1 | 15759.8 | 14990.6 | 13771.2 | 13308.3 | 14521.3 | 9893.1 | 10201.6 | 10389.4 | 15248.2 | 9889.2 | 11866.8 | 159483 |
| 1977 | 7860.8 | 7254.2 | 7255.2 | 9442.7 | 15074.6 | 11442.8 | 7641.4 | 7119.3 | 6892.3 | 7176.9 | 6412.8 | 6731.4 | 100304 |
| 1978 | 6174.5 | 5833.1 | 13221.3 | 49898.3 | 45986.5 | 54060 | 36445.4 | 19282.3 | 15072.8 | 13035.4 | 18824.4 | 13113.1 | 290947 |
| 1979 | 10164.6 | 11418.1 | 15120.4 | 21442.6 | 35952.7 | 30377.2 | 15359.2 | 14612.4 | 19381.9 | 16857.4 | 19030.7 | 16581.9 | 226299 |
| 1980 | 11925.3 | 16750.6 | 20067.1 | 64672.5 | 73919.1 | 43405.1 | 18246.1 | 14016.8 | 13075 | 14252.7 | 16345.3 | 12765.7 | 319441 |
| 1981 | 12326.6 | 9805.6 | 16592.5 | 28692.9 | 26317 | 29124.9 | 13111.8 | 10007.7 | 12385.9 | 12599.9 | 12370.3 | 14034.4 | 197370 |
| 1982 | 8965 | 40873.2 | 65053.8 | 58481.4 | 69588.7 | 58046.3 | 71910 | 34272.8 | 23731.6 | 18678.5 | 19567.5 | 20722.6 | 489891 |
| 1983 | 21668.9 | 33563.6 | 55121.5 | 57482.6 | 76542.7 | 66861.9 | 52890.7 | 50166.3 | 48195.4 | 24547 | 21353.7 | 26626.5 | 536021 |
| 1984 | 18425.9 | 53162 | 71257.8 | 49544.6 | 33366.9 | 32109 | 16123.7 | 11162.1 | 16105.6 | 19111.4 | 19427.2 | 15465.3 | 355262 |
| 1985 | 13294.2 | 31586 | 24937.8 | 15287.4 | 14791.4 | 15870.7 | 12121.1 | 13285.8 | 13389.6 | 14936.4 | 10423.5 | 13501.4 | 193425 |
| 1986 | 8500.3 | 10049.7 | 15795.8 | 19401.4 | 82614.3 | 70607.7 | 20728 | 12173.3 | 11658 | 12126.9 | 19340.1 | 14832.3 | 297828 |
| 1987 | 10772.1 | 8860 | 16907 | 17405 | 19088.7 | 22971.5 | 13146.4 | 10127.3 | 12942.1 | 11836.7 | 9535.1 | 8963.7 | 162556 |
| 1988 | 7951.7 | 7797.5 | 16080.8 | 24885.8 | 11801.1 | 11237.2 | 9738 | 9082.1 | 11589.6 | 13033.4 | 8819.9 | 9843.5 | 141861 |
| 1989 | 7542.8 | 9908.6 | 9559.8 | 11721.1 | 10666.4 | 42866 | 21314.4 | 14587.3 | 14423.7 | 14689.8 | 10617.2 | 13412.1 | 181309 |
| 1990 | 9960.8 | 8171.9 | 9111.5 | 18554.3 | 14575.6 | 12191.1 | 15281.6 | 10842.8 | 13318.4 | 14798.2 | 10167.9 | 10740.5 | 147715 |
| Avg. | 11832.5 | 15944.8 | 25001.3 | 31477.9 | 37225.7 | 32401.9 | 23990.5 | 19861 | 17468.7 | 15977.7 | 15521.6 | 14287.1 | 260991 |

Attachment 2

# Summary of Water Quality Data for the Spring Creek Debris Dam, January 3, 1996 through January 31, 2000

**T E C H N I C A L   M E M O R A N D U M**                    **CH2M**HILL

# Water Quality Data
# Spring Creek Debris Dam

**PREPARED FOR:**           Rick Sugarek/EPA

**PREPARED BY:**            John Spitzley/CH2M HILL

**EPA WORK ASSIGNMENT:**    025-w6-0036

**DATE:**                   February 7, 2000

This technical memorandum provides a summary of water quality data for the Spring Creek Debris Dam (SCDD) discharge compiled for the period January 1, 1996 through January 31, 2000. The U.S. Bureau of Reclamation (Reclamation) conducts weekly sampling of SCDD discharges at the SCDD outlet works and tests the samples at the Reclamation testing lab located near Keswick dam. Reclamation has provided this data to EPA. CH2M HILL has compiled the data in conjunction with an EPA work assignment (WA 25) for the Iron Mountain Mine project.

Water samples obtained from the SCDD outlet are tested for pH, total copper, and total zinc. Because of the low pH, the total copper and zinc concentrations are typically equal to the dissolved concentrations. As shown in Table 1, metal concentrations discharged from SCDD vary as a function of flow into Spring Creek Reservoir. During low inflow conditions, typically from June through November, inflow into the reservoir is less than 50 cfs. During these periods the SCDD discharge has an average pH of 3.86 and has total copper and total zinc concentrations equal to 0.72 mg/l and 1.29 mg/l. During higher inflow conditions, above 50 cfs, the SCDD discharge has an average pH of 4.38 and has total copper and total zinc concentrations equal to 0.41 mg/l, and 0.63 mg/l.

**TABLE 1**
Water Quality Data : January 3,1996 through January 31, 2000
*Spring Creek Debris Dam*

|  | pH | Total Copper (mg/l) | Total Zinc (mg/l) |
|---|---|---|---|
| **SCDD Inflow < 50 cfs** | | | |
| No. of Samples | 167 | 160 | 160 |
| Max | 4.80 | 1.45 | 4.36 |
| Min | 3.00 | 0.22 | 0.44 |
| Avg | 3.86 | 0.72 | 1.29 |
| **SCDD Inflow > 50 cfs** | | | |
| No. of Samples | 49 | 50 | 45 |
| Max | 5.00 | 1.12 | 1.73 |
| Min | 3.60 | 0.10 | 0.09 |
| Avg | 4.38 | 0.41 | 0.63 |

Attachment 3
# Transcripts

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

```
0001
 1                    US DEPARTMENT OF THE INTERIOR
 2                    US FISH AND WILDLIFE SERVICE
 3                           ---oOo---
 4                          PUBLIC HEARING
 5                            regarding
 6              ENVIRONMENTAL IMPACT STATEMENT/
 7               ENVIRONMENTAL IMPACT REPORT
 8       FOR THE TRINITY RIVER MAINSTREAM FISHERY RESTORATION
 9                           ---oOo---
10                         Holiday Inn
11                        Appaloosa Room
12                       1900 Hilltop Drive
13                        Redding, CA 96001
14             1:00 p.m. and 6:00 p.m. Sessions
15              Tuesday, November 16, 1999
16       CLIFFORD M. FISHER              CSR NO. 2727

0002
 1
 2       PRESIDING:
 3              ROBERT RUKSINK, Supervisor
                US Fish and Wildlife Service
 4              Snake River Basin Office
                Boise, Idaho .
 5
 6
         APPEARING:
 7
                MARY ELLEN MUELLER
 8              Fisheries Supervisor
                US Fish and Wildlife Service
 9              California/Nevada Operations Office
                2800 Cottage Way, Room W-2606
10              Sacramento, CA 95825
11
                MIKE RYAN, Manager
12              Northern California Area Office
                Bureau of Reclamation
13              Shasta Lake, CA
14
                MIKE ORCUTT, Director
15              Natural Resources Program
                Hoopa Valley Tribe
16              Hoopa Valley, CA
17
                CHRIS ERICKSON, Supervisor
18              County of Trinity
                Hayfork, CA
19
                           ---oOo---
20
21
22
23
24
25
```

*PC-1*

RECEIVED - REG 1-AES
DEC 1 4 1999
FWS, PORTLAND, OR

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 1**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 3

(1) TRANSCRIPT OF PROCEEDINGS
(2) PRESIDING OFFICER RUESINK: Good afternoon.
(3) On behalf of the United States Fish and Wildlife
(4) Service, I would like to welcome you to this public
(5) hearing.
(6) The US Fish and Wildlife Service, US Bureau of
(7) Reclamation, Hoopa Valley Tribe and Trinity County are
(8) conducting a joint process for taking comments on the
(9) draft Environmental Impact Statement/Environmental Impact
(10) Report for the Trinity River mainstem fishery restoration.
(11) My name is Robert Ruesink. The last name is
(12) spelled R-u-e-s, as in Sierra, i-n-k. I'm the supervisor
(13) for the Fish and Wildlife Service Snake River Basin Office
(14) in Boise, Idaho.
(15) And I will be serving as the presiding official for
(16) this hearing.
(17) At the front table with me this afternoon are
(18) representatives from some of the other agencies, Marianne
(19) Mueller --
(20) DR. MUELLER: Ellen.
(21) PRESIDING OFFICER RUESINK: I beg your
(22) pardon.
(23) -- from the US Fish and Wildlife Service, Chris
(24) Erickson with the county Board of Supervisors, Mike Orcutt
(25) with the Hoopa Valley Tribe, and Mike Ryan with the Bureau

Page 4

(1) of Reclamation.
(2) Other representatives of the US Fish and Wildlife
(3) Service are at the registration table. And they will be
(4) happy to answer questions and give you some additional
(5) information.
(6) I saw there were copies of the Environmental Impact
(7) Statement on that table. So please feel free to visit
(8) that information table and ask them questions or get
(9) additional information from them.
(10) At this point I'd like to introduce Mary Ellen who
(11) will make an additional comment.
(12) DR. MUELLER: Good afternoon. Thank you for
(13) coming out on this rainy day.
(14) As he said, my name is Mary Ellen Mueller. I'm
(15) the Fishery Supervisor for the California/Nevada
(16) Operations Office of the Fish and Wildlife Service.
(17) Release of the draft Trinity River mainstem fishery
(18) restoration Environmental Impact Statement/Environmental
(19) Impact Report is the latest step in a process that
(20) Congress initiated several years ago to address
(21) long-standing concerns about the effects of water
(22) diversion, in-stream habitat, sedimentation and water
(23) management issues on the Trinity River system's health,
(24) including its once abundant salmon runs.
(25) Congress directed the Secretary of the Interior to

Page 5

(1) evaluate the impacts of these issues and to take steps to
(2) restore the health of the Trinity River system.
(3) In response to this congressional mandate, the
(4) Department of Interior has been actively participating in
(5) a study for more than 15 years.
(6) This has been a collaborative effort led by the US
(7) Fish and Wildlife, the US Bureau of Reclamation, the Hoopa
(8) Valley Tribe and Trinity County.
(9) The EIS/EIR summarizes the research that has been
(10) undertaken over the past several years and identifies for
(11) public comment several potential alternatives for
(12) restoring the Trinity River system.
(13) Impacts considered under NEPA and CEQA are not
(14) limited to impacts to the fishery resources of the Trinity
(15) River, but include all impacts of the action affecting the
(16) human environment.
(17) The department encourages public comment on all
(18) aspects of the draft EIS/EIR. This public hearing is part
(19) of the comment process on that draft.
(20) It will be closed to public comment December 20th,
(21) 1999. A Record of Decision is expected in the early spring
(22) of the year 2000.
(23) On behalf of the Fish and Wildlife Service, the
(24) Bureau of Reclamation, the Hoopa Valley Tribe and Trinity
(25) County I thank you for the effort you have made to attend

Page 6

(1) this meeting and also thank you in advance for your
(2) comments.
(3) Now I'll pass it on to Chris Erickson. And he can
(4) introduce himself.
(5) MR. ERICKSON: Hi. I'm Chris Erickson. I'm
(6) a Trinity county Supervisor and the designated
(7) representative of Trinity County to listen to the comments
(8) that are made here.
(9) Trinity County will be holding a public hearing
(10) before the entire board on December 7th over in
(11) Weaverville.
(12) Mike?
(13) MR. ORCUTT: Good afternoon. My name's Mike
(14) Orcutt, here representing the Hoopa Valley Tribe. And I
(15) just had a couple of kind of kind of brief I guess
(16) comments.
(17) The Hoopa Valley Indian reservation is located on
(18) the lower Trinity River. It's about 90,000 acres of land
(19) that's managed for the sole benefit of the membership of
(20) the Hoopa Valley Tribe.
(21) We have about 2200 members. The tribe owns
(22) federally reserved -- or not owns, but they have federally
(23) reserved fishing rights and access to the anadromous
(24) fishery resources of the Trinity and Klamath rivers.
(25) The Hoopa Tribe has been in existence or it's

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 2**

**ENVIRONMENTAL IMPACT STATEMENT**                **TUESDAY - NOVEMBER 16, 1999**

Page 7

(1) documented well over 10,000 years. The fish and wildlife
(2) and related resources of the Trinity River Basin have been
(3) essential to the survival of the people, both historically
(4) and contemporarily.
(5) And I believe one of the I guess real issues here
(6) is the status of the resource is one in which Coho salmon
(7) are listed in the Klamath and Trinity rivers as a
(8) threatened species under the Endangered Species Act.
(9) It's likely that steelhead trout will be listed as
(10) a threatened species under ESA.
(11) And as has been stated already, as well as in the
(12) information that's before the public, Congress has
(13) responded by saying something needs to be done. The
(14) Congress has enacted the Trinity River Restoration Program
(15) in 1984, CVPIA, which mandated the Secretary to do
(16) something in terms of extreme flows, are all responses by
(17) Congress.
(18) In addition, there's a federal trust responsibility
(19) to protect those reserve rights, fishing rights of Hoopa
(20) Valley and Yurok tribes.
(21) So today, as already stated, we're here to gather
(22) public information.
(23) I would add one last comment in saying that in
(24) terms of development of the document, it was a unique
(25) partnership in which an Indian tribe participated in the

Page 8

(1) development of a federal document. And I believe that's
(2) unique within the country.
(3) And again we're just here to -- and also thank you
(4) in advance for your comments.
(5) MR. RYAN:  Good afternoon. My name is Mike
(6) Ryan. I work with the US Bureau of Reclamation. I'm the
(7) Northern California Area Manager. And the Trinity River
(8) division is one of the group of features and facilities
(9) that I help manage.
(10) I also welcome you here this afternoon.
(11) PRESIDING OFFICER RUESINK:  Thank you for
(12) your comments.
(13) Public comments, as you've already heard, on the
(14) draft EIS/EIR will be accepted until December 20th, 1999.
(15) After review and consideration of these comments, the four
(16) lead agencies that you've seen represented here, along
(17) with the cooperating agencies, will compile the
(18) information necessary for preparing a final Environmental
(19) Impact Statement/Environmental Impact Report.
(20) The purpose of this hearing is to receive your
(21) comments on the draft EIS/EIR. Comments on all aspects of
(22) those documents are very important and will be carefully
(23) considered.
(24) Because of the importance of the comments, it is
(25) necessary that we follow certain procedures here this

Page 9

(1) afternoon.
(2) If you wish to present comments at the hearing,
(3) please register at the table where you entered this
(4) building. You will need to fill out an appearance slip
(5) that looks like this (indicating). And when you register,
(6) indicate if you're representing an organization or an
(7) agency.
(8) When you are called to present your comments,
(9) please come forward to the microphone in the front, begin
(10) your presentation by stating your full name, spell it for
(11) the record, and at that time indicate if you represent an
(12) organization.
(13) This is an informal hearing and therefore you will
(14) not be questioned or cross-examined in connection with
(15) your comments.
(16) Your comments or questions are being recorded by
(17) the reporter to preserve a complete administrative record
(18) of the statements and comments given here this afternoon.
(19) Please keep in mind that the reporter will not
(20) record any statements from the audience or which are made
(21) to the audience. Comments must be addressed to the
(22) microphone and to the people at the front table.
(23) If you have a copy of your written statement,
(24) please leave it with the court reporter to ensure accuracy
(25) in getting that into the record.

Page 10

(1) If you are reading your testimony, it will be
(2) helpful to read it slowly so that the reporter is able to
(3) record verbatim a copy of your comments.
(4) If you would prefer to give us written comments on
(5) these draft documents, that is acceptable. Written
(6) comments may be submitted today to the staff at the
(7) registration table.
(8) Or I'll give you an address. They may be mailed to
(9) Mr. Joe Polos, P-o-l-o-s, at the US Fish and Wildlife
(10) Service, 1655 Heindon, that's H-e-i-n-d-o-n, Road, Arcata,
(11) California 95521. And that address is also at the
(12) registration table.
(13) Written comments will be accepted through December
(14) 20th, 1999. They will be given the same consideration as
(15) any oral comments that are given here this afternoon.
(16) At this time we are ready for our first speaker.
(17) Mr. Sid Mickelson, would you please come to the
(18) microphone, state your name, spell it for the record,
(19) identify if you represent anyone and begin your comments.
(20) MR. MICKELSON:  All right. Thank you very
(21) much.
(22) I wasn't sure really what the meeting entailed, so
(23) I came in just to basically find out.
(24) My name is Sid Mickelson, S-i-d-n-e-y, Mickelson,
(25) M-i-c-k-e-l-s-o-n.

---

**CHALLE & FISHER**                *Depo-Merge*                **Page 3**

Page 11

(1) Do you want the address? P.O. Box 429, Douglas
(2) City, California, Zip Code is 96024. Phone number is
(3) (530) 623-4985.
(4) One of the problems I have, we've been studying the
(5) Trinity River for quite awhile. And I know there are many
(6) other rivers in the nation and so on that you people
(7) cover, so it -- but to me, it's very important.
(8) I live along the Trinity River, about a mile east
(9) of the Douglas City bridge. And our main problem is the
(10) Indian Creek outlet of Indian Creek which is dumping, oh,
(11) tons of sediment, up to ten/12 inches in diameter. And
(12) it's like concrete.
(13) But it has built a large like a dam in front just
(14) west of Indian Creek itself, which in turn holds a bunch
(15) of decomposed granite above it which could be relieved.
(16) That would all wash out, with the exception of the dam.
(17) It wouldn't let it.
(18) And when they cut some of the trees, et cetera, all
(19) it does is broaden the flow. But it reduces the amount of
(20) water that can be -- flow, out through the Trinity or the
(21) channel itself to flush the sediment out of there.
(22) So the excess sediment that does come out of Indian
(23) Creek, I live a mile south of -- or west of Indian Creek.
(24) And it -- it just fills it up. Our -- the water table now
(25) from the ground up has come up roughly four feet.

Page 12

(1) We used to have a nice fishing area, water was like
(2) six feet deep. So now all we have is an island with water
(3) going through it.
(4) It's a nice -- still good for salmon. The only
(5) problem is if they increase the flow of the Trinity River
(6) up to the 32,000 cubic feet a second -- and I can't -- I
(7) can't find out yet how much flow is going to come through
(8) there -- flowing the water through isn't going to work.
(9) When I first got the property in '76, we could
(10) handle the 32,000 cubic feet a second. Now I don't think
(11) we can handle 20,000 cubic feet a second without possibly
(12) being flooded.
(13) Proposals have been -- come up to elevate our
(14) houses, move the houses closer to the highway, et cetera.
(15) That -- that doesn't seem reasonable when the river itself
(16) could be fixed and we could have the salmon. It used to
(17) be one of the best salmon areas in the state.
(18) So -- however, in regard to your shortness of time
(19) and all, I will write some comments and direct them to
(20) you, just in courtesy to others. And I appreciate having
(21) some review to the Trinity itself.
(22) So far the -- we have an agency of the TCC -- or it
(23) was formally known as the TCC committee to the task force.
(24) And --
(25) However, I think it falls on deaf ears. I don't

Page 13

(1) see that -- the task force either doesn't acknowledge the
(2) TCC for the comments that are made or submitted --
(3) I have had a problem with Lester Snow in the past,
(4) coming to Redding here on a meeting where he wasn't
(5) interested in the water of the Trinity. He said that's in
(6) another watershed.
(7) However, the one million acre feet a year, he was
(8) interested in that okay. In essence, he had recognized
(9) Whiskeytown. And I don't know where he thought that water
(10) came from.
(11) It just sort of -- I've become very frustrated
(12) because I don't see anything done. Millions of dollars
(13) being spent, but I don't see any work. So any work that's
(14) tied into -- or any monies that are in for studies,
(15) eventually some work should come out of them. People
(16) retire after years of studies, including the Indian Creek
(17) Basin. And I'll get into that in the letter.
(18) But that was formulated to have a catch basin at
(19) Indian Creek roughly 25 years ago. However, all the
(20) studies have been made in the past and nothing has been
(21) accomplished. I feel sorry for the government employees
(22) that work hard doing what they're doing to find nothing
(23) being done. That's shameful.
(24) I thank you.
(25) PRESIDING OFFICER RUESINK: Thank you for

Page 14

(1) your comments.
(2) Our next presenter is Steve Fitch. Would you
(3) please come to the microphone.
(4) MR. FITCH: I'm Steve Fitch. And I'm
(5) representing Assemblyman Dickerson, Dick Dickerson. I
(6) also was a member of the Trinity River Task Force or
(7) several years.
(8) First of all, I want to thank you for bringing this
(9) hearing to Redding where people will be greatly affected
(10) by these decisions.
(11) Our comments are going to be short, because of --
(12) we received the EIS five days -- five working days ago.
(13) We really haven't had a chance to do an in-depth review of
(14) the report.
(15) In fact, we were in disbelief when we heard that
(16) you were only going to allow 47 days for the public to
(17) review and comment on a study that took about 17 years and
(18) affects a wide area of northern California.
(19) I've managed over three -- three million acres of
(20) national forest land across the country: Florida, North
(21) Carolina, California. And I can tell you that 45 days is
(22) what we consider the minimal review period for the most
(23) minimal, non-controversial projects. So you can imagine
(24) the surprise.
(25) We -- Assemblymen have previously requested that

**ENVIRONMENTAL IMPACT STATEMENT**

Page 15

(1) you give the public at least 90 days for review, and hopes
(2) you'll extend to us this courtesy.
(3) Next we hope that you will fully develop the array
(4) of alternatives between now and the final draft to include
(5) more innovative uses of, first, mechanical methods, and
(6) then peak flows and/or flood events to restore the Trinity
(7) River.
(8) You need to look at increasing water yield by
(9) reducing vegetation to natural stocking levels.
(10) I would venture a guess that if you looked right
(11) now at the change in water yield in the 120,000 acres that
(12) burned recently, you would -- you could anticipate a great
(13) increase in water yields in that lower watershed.
(14) We have stocking levels of vegetation that are not
(15) anywhere near natural throughout -- throughout the
(16) drainage. That needs to be addressed in your final
(17) report.
(18) We suggest that you address the impact of these
(19) flow changes and drawdowns to the recreation and economic
(20) benefits of all three reservoirs in the national
(21) recreation area.
(22) Finally, we suggest that you fully integrate ways
(23) to mitigate the losses of power -- water and power in the
(24) Central Valley by improving existing or adding new
(25) off-stream storage facilities.

Page 16

(1) Thank you.
(2) PRESIDING OFFICER RUESINK: Thank you for
(3) your comments.
(4) Our next speaker is Patrick Minturn.
(5) MR. MINTURN: Yes. Thank you. That's
(6) Patrick Minturn, M-i-n-t-u-r-n. And I'm the Assistant
(7) Director of Public Works for Shasta County.
(8) Our concerns with the subject document are that
(9) basically it's been optimized for the needs of the Trinity
(10) River Basin, including the socioeconomics of the basin,
(11) with very little concern for the Central Valley.
(12) The benefits of the Trinity Project are, in rough
(13) order of priority: Power, water, recreation and flood
(14) control. With power and water both being massive
(15) benefits, according to the document.
(16) The proposed alternative would significantly impact
(17) power, power yield, also water supply, including all the
(18) environmental benefits of that water within the Central
(19) Valley, but with very little concern within the document
(20) for those impacts.
(21) It seems that there's been far more concern for
(22) maintaining the benefits of the project within Trinity
(23) County, particularly flood control issues.
(24) We feel that there is the potential to optimize
(25) both systems through an alternative that provides for

Page 17

(1) sharp peaks, more flushing flows of short duration, and
(2) more mechanical work to reshape the channel, and
(3) optimizing the amount of water to show that it's being
(4) efficiently used within the channel.
(5) We're afraid that as proposed, this project may
(6) very well drastically impact power and water supplies
(7) while not accomplishing its goals within the Trinity River
(8) Basin.
(9) If the Trinity benefits of flood control continue
(10) to be optimized for the Trinity Basin, we're afraid that
(11) the flood control function is largely incompatible with
(12) the other goals of the study.
(13) Thank you.
(14) PRESIDING OFFICER RUESINK: Thank you.
(15) Our next speaker is Bob Madgic.
(16) MR. MADGIC: Yeah, that's Bob Madgic,
(17) M-a-d-g-i-c. I didn't put down Shasta Fly Fishers, but I
(18) am a representative of that organization.
(19) And I realize that your decisions are probably
(20) going to be based on some legal issues, the Endangered
(21) Species Act being very controlling here.
(22) In the original legislation mandating that the
(23) Central Valley Project, which lead to damage to the
(24) Trinity River, and the subsequent relocation of 90 percent
(25) of that water to the Central Valley, not be detrimental to

Page 18

(1) the Trinity River fish and wildlife.
(2) I'd like to say I'm fully supportive of this
(3) document. And I'd like to just speak just in global
(4) terms.
(5) I have a hard time understanding how anyone can
(6) argue that it was right and responsible to have 90 percent
(7) of the water from the Trinity Basin and the Trinity
(8) watershed shipped somewhere else.
(9) I just don't think that is a tenable position
(10) legally, ecologically or any other reason,
(11) environmentally, socially and so forth.
(12) I think the only thing that would compare as far as
(13) that particular action would be when Los Angeles
(14) Department of Waterworks went to the eastern Sierra and
(15) shipped at least that much water south in order to build
(16) Los Angeles, meanwhile rendering the eastern Sierra rife
(17) of any kind of water. And legal action redressed that.
(18) It's time to redress this issue.
(19) PRESIDING OFFICER RUESINK: Thank you.
(20) Our next speaker is Julie Rodgers.
(21) MS. RODGERS: Good afternoon. I'm here
(22) representing State Senator Maurice Johannessen,
(23) J-o-h-a-n-n-e-s-s-e-n. My name Julie Rodgers,
(24) R-o-d-g-e-r-s. I'm his field representatives here in
(25) Redding.

**ENVIRONMENTAL IMPACT STATEMENT**                      **TUESDAY - NOVEMBER 16, 1999**

Page 19

(1) A couple of things. First, the comment period
(2) review and getting back to give thoughtful and intelligent
(3) comment really is not lengthy enough.
(4) You have had the resources and budget behind you to
(5) draft these proposals without the public having same. And
(6) we would like a greater consideration for that fact, as
(7) well as the notification process.
(8) Our office again, though promised, was not notified
(9) until this morning of this hearing this afternoon. And so
(10) we would like to see that more consideration is given to
(11) the public officials, those that are concerned with these
(12) issues, prior to a hearing such as this.
(13) This is a very important issue. We're talking
(14) about people's lives, livelihood, the environment in our
(15) communities. And so we would like to see more
(16) consideration there.
(17) Senator Johannessen has also requested in the form
(18) of actual questions, if these could be in the next review
(19) addressed.
(20) One is the exact amount of water that you now
(21) expect to be diverted from the Trinity River, and for what
(22) specific purposes and under what specific conditions the
(23) water would be diverted.
(24) Secondly, is the Department of Interior planning on
(25) making an assessment of damages to the specific areas of

Page 20

(1) power generation, water users and impact on the fisheries
(2) which we all realize is delicate.
(3) And we've been, I mean, fighting constantly back
(4) and forth as far as the health and good habitat for the
(5) fisheries. So we could ask consideration for those.
(6) Thank you.
(7) PRESIDING OFFICER RUESINK: Thank you for
(8) those comments.
(9) Our next speaker is Tom Weselow.
(10) MR. WESELOW: Hi. I'm Tom Weselow with
(11) California Trout --
(12) PRESIDING OFFICER RUESINK: Before you start,
(13) Miss Rodgers, did you have a copy of your presentation
(14) that you could leave with the reporter?
(15) MS. RODGERS: I have a copy of these
(16) questions, not on the comment period and review. But yes,
(17) I do.
(18) PRESIDING OFFICER RUESINK: Okay. That would
(19) be helpful, if you could leave those with us, please.
(20) MS. RODGERS: Sure.
(21) PRESIDING OFFICER RUESINK: I'm sorry. Go
(22) ahead.
(23) MR. WESELOW: Hi. I'm Tom Weselow, the
(24) North Coast Manager for California Trout.
(25) California Trout represents over 5,000 individual

Page 21

(1) members and an additional 5,000 affiliate club members.
(2) My office is in Humboldt County, where I also reside.
(3) And therefore, not only do we have a large
(4) statewide interest, but I also have a local interest, in
(5) being a resident of Humboldt County and somebody that
(6) spends lot of time on the Trinity River.
(7) The Trinity River Act of 1955 specifically mandated
(8) that fish and wildlife not be harmed. I don't think
(9) anybody's going to be able to get up here in front of you
(10) and say that that is, in fact, what has taken place.
(11) We know that fish and wildlife have been harmed and
(12) we have lots of evidence through the declines of -- of
(13) especially our fishery populations and subsequent listings
(14) under the federal Endangered Species Act. And we know we
(15) need to do something about this.
(16) The water has been diverted, water that is
(17) rightfully belonging to the Trinity River, to the Central
(18) Valley at an excessive rate since the dams were put in,
(19) even though the act specifically stated that we would not
(20) do harm to these fish and wildlife populations.
(21) What we've really seen is evidence of a transfer of
(22) wealth from our local economics, from our salmon in the
(23) river, from our healthy fish and wildlife populations, to
(24) the Central Valley.
(25) And there was no legal right to do so. And the

Page 22

(1) legal right to keep the water in the river has not been
(2) fairly addressed. And we are very glad that you are
(3) finally getting to the point of doing this.
(4) We are very disturbed that the cons -- over the
(5) constant delays and inability to meet time lines on this
(6) issue.
(7) This decision was to be made by the Secretary in
(8) 1996. It's now 1999, and the Secretary will not make the
(9) decision this year.
(10) Although I don't hold any of you up there
(11) personally responsible, and I know a lot of you have come
(12) on board after a lot of the problems, and deadlines
(13) weren't met, I do appreciate the fact that you have
(14) finally gotten the flow evaluation study out and the
(15) EIS/EIR out.
(16) And I encourage you to do whatever you can to
(17) expedite this process while still staying within the legal
(18) guidelines of NEPA and CEQA. And I do not believe we need
(19) any more time extensions, any more delays. We need a
(20) decision.
(21) Those fish have been suffering for 40 years, and we
(22) need to have that decision now for the health of our fish,
(23) our river and our economies.
(24) So I would really encourage you not to make any
(25) more delays or any more additional comment periods, more

**CHALLE & FISHER**                      *Depo-Merge*                      **Page 6**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 23

(1) studies. Let's get this wrapped up and finalized. You've
(2) done a good job with your EIS/EIR and flow evaluation.
(3) Cal Trout supports the maximum flow alternative.
(4) And in our opinion, if there is anything less than the
(5) bare minimum of the preferred alternative, you're leaving
(6) yourselves open to litigation and breaking the law and
(7) mandates that Congress has set forth for the Trinity
(8) River.
(9) So we really encourage you to keep this process
(10) going and allow the Secretary to make a timely decision.
(11) And I want to thank you for allowing the people to
(12) get up and give their two cents on what needs to be done.
(13) So thank you and please keep this going in an
(14) expeditious fashion.
(15) PRESIDING OFFICER RUESINK: Thank you for
(16) those comments.
(17) Our next speaker is Jim Feider.
(18) MR. FEIDER: Thank you and good afternoon.
(19) My name is Jim Feider. And I'm the electric utility
(20) director for the City of Redding. And I'm speaking on
(21) behalf of the City of Redding in its entirety today. The
(22) City of Redding is a CVP customer both for water and
(23) power.
(24) And the proposed action that you're considering and
(25) taking comments on here today will have a significant

Page 24

(1) impact on the City of Redding and its citizens.
(2) Redding will be providing written -- formal,
(3) written comments submitted for the record, but I would
(4) like to highlight our concerns here today.
(5) First of all, along with the others, a few of the
(6) former speakers, we are requesting an extension of time.
(7) We're looking for an extension of at least 90 days.
(8) As has been stated, this process has been in the
(9) work for a number of years. I believe Department of
(10) Interior's press release announcing this meeting indicates
(11) that it's been 15 years of study and several years of
(12) developing the EIS.
(13) And it is unfortunate it's taken this long to get
(14) to this stage. But now that we are here, to have adequate
(15) public comment, we need more time.
(16) I would point out for the audience and also for the
(17) panel that the -- we have brought the draft EIS with us,
(18) including the appendices. They're sitting over here on
(19) this box to my left (indicating).
(20) The Trinity River document itself with its
(21) appendices is about a foot deep with about six or eight
(22) appendices.
(23) Located next to it on the left is the CVP
(24) Improvement Act EIS. And it's similar in scope.
(25) And we think the complication of these issues

Page 25

(1) suggest more time for review. And, in fact, the mayor of
(2) the City of Redding has sent a letter to Secretary Babbitt
(3) requesting this. And I want to enter this in the formal
(4) record today. I have a copy for the reporter and for the
(5) chairman.
(6) PRESIDING OFFICER RUESINK: Thank you. That
(7) will be entered into the record.
(8) MR. FEIDER: Congressman Wally Herger has
(9) also submitted a similar request. And I have copies with
(10) me if people would like to see his request.
(11) Excuse me.
(12) I want to emphasize that the City of Redding wants
(13) to be constructive in this process in restoring the
(14) fishery in the Trinity River, but we think we need to take
(15) into consideration a number of items when assessing all of
(16) the impacts and moving forward in the most constructive
(17) way possibly.
(18) I alluded earlier that the Trinity River EIS needs
(19) to be integrated with what's going on in the CVP
(20) Improvement Act and the PEIS, that it's -- I believe that
(21) it's tiered off of -- from a NEPA standpoint, but we're
(22) still investigating that.
(23) The CVP PEIS, as it evaluates the operation of the
(24) CVP in its entirety over the course of dry years shows
(25) Shasta Lake, for example, being drawn down to a level of

Page 26

(1) five hundred -- excuse me, 540,000 acre feet during dry
(2) years.
(3) When you compound that with the Trinity EIS, it
(4) looks like it would lower that level of Shasta Lake
(5) another 80,000 acre feet.
(6) Just as a point of reference, in the nineteen
(7) ninety si -- excuse me, the 1977 drought, the lake was
(8) drawn down to about 560,000 acre feet. And this issue is
(9) covered in Chapter 5 of the PEIS.
(10) A lot of folks in Redding and the surrounding area
(11) that recreate on Shasta Lake can relate better to how many
(12) feet down from the top that is.
(13) As point of reference, in the Trinity EIS
(14) evaluation of the Shasta operation in dry year criteria,
(15) Shasta Lake would be drawn down 245 feet below the top.
(16) We think that is significant.
(17) And we're not suggesting that that is a Trinity
(18) impact alone, but we're suggesting that all of these water
(19) resources are an integrated system and it needs to have
(20) serious consideration.
(21) Moving on to the next point I wanted to highlight
(22) today, it has to do with harvest management.
(23) On page 2-38, the Trinity EIS states that the
(24) historical overharvest -- excuse me, historical
(25) overharvest is believed to be partly responsible for the

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 7**

Page 27

(1) decline of some West Coast anadromous fish population was
(2) cited as a causation -- or causative factor in the decline
(3) of the southern Oregon/northern California evolution
(4) significant unit of the salmon.
(5) And we have a cite here from National Marine
(6) Fisheries in nineteen seven -- 1997.
(7) We believe that enhanced harvest management can
(8) play a critical role in the fishery restoration and should
(9) be implemented on a coordinated basis with habitat
(10) restoration and not left for some future possible
(11) consideration.
(12) We are looking at some of the statistics on the
(13) Smith River, for example, that does not have any dams or
(14) diversions where the fishery has declined, and trying to
(15) make a correlation between what's going on in the Smith
(16) River and the Trinity River. And that's part of why we
(17) need more time to investigate.
(18) The program costs of the preferred alternative are
(19) significant.
(20) For implementation, the preferred alternative is
(21) shown in the executive summary to cost in the range of 72
(22) to 116 million dollars through the year 2020, not
(23) including mitigation and ongoing other restoration
(24) projects?
(25) The sources of funding for this amount of money

Page 28

(1) are not spelled out in the document. If Redding is to pay
(2) these costs in addition -- in addition to the ongoing
(3) restoration efforts, these new activities would appear to
(4) add about $350,000 cost to the City of Redding its
(5) citizens alone.
(6) That does not include the power impact costs. And
(7) I wanted to go into those.
(8) The preferred alternative would, as you know,
(9) reduce the amount of water going through the Central
(10) Valley Project power plants at Carr, just on the end of
(11) Whiskeytown Lake, as well as Spring Creek and Keswick
(12) power plants.
(13) CVP costs, being mostly fixed, will not be reduced.
(14) Therefore, our customer costs will rise as a customer of
(15) the CVP.
(16) The power costs shown in Appendix F reveal impacts
(17) for Shasta County of increased power costs on the order of
(18) a half a million dollars per year.
(19) Based on our current and expected costs for
(20) northern California power market, Redding estimates that
(21) the increase in the -- in power costs to be double that,
(22) or about a million dollars a year.
(23) So we think the document is -- understates the
(24) impacts significantly.
(25) The price of power purchased in the California

Page 29

(1) market is much higher than the estimated regional market
(2) cost delivered to the northern California loads. And for
(3) reference in the document, that's Table 7, Attachment F-1.
(4) The price paid for power is market determined.
(5) And the Trinity EIS approach only focused on a
(6) natural gas, state-of-the-art gas-fired generation.
(7) It is not reasonable in this document to assume
(8) that individual customers of the CVP, of which there are
(9) 80, give or take, could replace the lost generation with
(10) new state-of-the-art gas-fired generation.
(11) Additionally, a key assumption in Trinity EIS
(12) is the cost of natural gas used in those replacement power
(13) plants.
(14) The Trinity EIS relies on a delivered gas price of
(15) about $2.24 a thousand cubic foot. Gas prices even today
(16) are three dollars and more. And certainly, they won't go
(17) down over time.
(18) And with the evolution of the indust -- the
(19) electric industry in the state of California, we would
(20) expect those gas prices to go up, not down.
(21) Moving on to the last general topic, on fishery
(22) resources.
(23) The Trinity EIS does not demonstrate any linkage
(24) between levels of flows below Lewiston Dam and fish
(25) populations directly. To get around this problem, it

Page 30

(1) appears -- and again we're still reviewing the document --
(2) it appears that a matrix style methodology of
(3) evaluation -- excuse me -- that a matrix methodology
(4) of evaluating various Trinity River attributes was
(5) employed.
(6) Here also, it does not appear that there is any
(7) true linkage between the evaluation method mentioned above
(8) and the fish population goals shown in the Trinity River
(9) restoration program.
(10) Embedded in the questionable methodology are
(11) certainly assumptions as to how things will work.
(12) The following assumption drives home the point. If
(13) actions are made that move closer to meeting or meet the
(14) desirable system attributes, fishing production will
(15) increase.
(16) And they may well increase, but we -- we are taking
(17) a look at the depth of the science. It appeared to us
(18) where the attempt was made in the document to maximize the
(19) habitat opportunities in the river without optimizing the
(20) whole system operation, including the Central Valley
(21) Project.
(22) The Trinity River flow evaluation study tends to
(23) give one the impression that the Trinity River downstream
(24) of Lewiston has been in a managed drought situation. And
(25) we don't agree with that perception that's created in the

Page 31

(1) document.
(2) If you look at the flows downstream of Lewiston
(3) just in the last four or five years where there have been
(4) plentiful water in the northern California area, you would
(5) see that flows exceeded over a million acre feet in a
(6) couple of those years.
(7) And we think that the document inappropriately
(8) characterizes much less than that.
(9) In conclusion, it is readily apparent to Redding,
(10) that due to the number and severity of problems mentioned
(11) above, there exists a strong case for a 90-day extension
(12) of the comment period. This would provide a more
(13) realistic amount of time to work through these issues.
(14) Again, Redding is supportive of restoring efforts
(15) on the Trinity River. However, they must be accomplished
(16) in a way that minimizes significant adverse impacts.
(17) Two of the former speakers mentioned optimizing the
(18) river system by perhaps putting more emphasis on
(19) mechanical restoration and optimizing flood flows to
(20) restore the river.
(21) And we're taking a hard look at supporting those
(22) type of approaches.
(23) Thank you for the opportunity to comment here this
(24) afternoon.
(25) PRESIDING OFFICER RUESINK: Thank for your

Page 32

(1) comments, Mr. Feider.
(2) MR. FEIDER: And I do have a written
(3) statement to leave for the reporter that --
(4) PRESIDING OFFICER RUESINK: Thank you.
(5) MR. FEIDER: -- parallels my remarks.
(6) PRESIDING OFFICER RUESINK: Our next speaker
(7) is Robert Knight?
(8) MR. KNIGHT: My name is Robert Knight,
(9) K-n-i-g-h-t. I'll keep my comments very brief. I do not
(10) represent any groups.
(11) Number one, my understanding of the original CVP
(12) legislation and the follow-on Trinity River authorization
(13) legislation was that one of the guiding principles was
(14) that there was to be no impact to the fisheries or
(15) wildlife.
(16) The preferred alternative in the draft EIR/EIS, at
(17) least based on my understanding of it, targets a 66
(18) percent fishery restoration, and it relies on rather
(19) extensive mechanical restoration.
(20) I have some concerns there. Number one, mechanical
(21) restoration is expensive and funding for that is fairly
(22) iffy, whether it be federal, state or local. I mean, it's
(23) very difficult to get any kind of funding these days.
(24) Number two, when you plan for failure, which is
(25) essentially what 66 percent of the target is, you're

Page 33

(1) planning to fail, you most assuredly will fail. You will
(2) not reach your goal of -- or the mandated goal of full
(3) restoration.
(4) I would request that in the final EIR, that the
(5) recommended alternative actually more closely matches the
(6) legislative mandates, i.e., full fishery restoration.
(7) And lastly, due to the length of the projects that
(8) have been involved in the 15 plus years that I'm aware of,
(9) I don't believe that any more time for review than what
(10) you people have already stated is necessary.
(11) People that are interested have been keeping up all
(12) along. And so I would request that no time extensions for
(13) review be given.
(14) Thank you.
(15) PRESIDING OFFICER RUESINK: Thank you for
(16) those comments.
(17) Our next speaker is Roger Sherwood.
(18) MR. SHERWOOD: Thank you. I just walked
(19) in. I heard about your meeting about ten after 1:00.
(20) I was dredging the Trinity River yesterday --
(21) PRESIDING OFFICER RUESINK: Excuse me. Could
(22) you state your name --
(23) MR. SHERWOOD: Okay.
(24) PRESIDING OFFICER RUESINK: -- and spell it?
(25) MR. SHERWOOD: I'm Roger Sherwood.

Page 34

(1) And I was dredging in the Trinity River yester --
(2) Saturday and Sunday.
(3) I can also tell you where your salmon -- they're
(4) trapped at Burnt Ranch, the entrance at Burnt Ranch
(5) Canyon. Those are my mining claims.
(6) I can clean up the Trinity River. I've got a
(7) company that we have portable equipment that's
(8) self-cleaning.
(9) And I've got a background -- I'm originally from
(10) Phoenix, Arizona where I was an aerospace engineer for 20
(11) years, worked on Star Wars technology, killer satellites,
(12) nuclear torpedoes, side-looking radar.
(13) I left engineering Jan -- in July of '88 because I
(14) knew that on the Trinity -- I had gone to the Trinity
(15) River in May of '88, fell in love with it. And I wanted
(16) to get away from Phoenix, and I did.
(17) But in the 11 years -- the 13 years since I've been
(18) on the Trinity -- I'm a graduate of the North American
(19) School of Conservation. I was going to be a game warden
(20) when I got out high school, except I became an engineer
(21) instead. So my big thing is conservation, water pollution
(22) and stuff like that.
(23) I've been working and dredging on the Trinity River
(24) for -- since May of '88 -- March of '88. And when we had
(25) the floods in January -- in July -- or check that, January

**ENVIRONMENTAL IMPACT STATEMENT**

Page 35

(1) of '98 and January of '97, the whole personality of the
(2) Trinity River changed. We had, what we -- you know, an
(3) 80- or a hundred-year flood.
(4) But when I'm down dredging in the Trinity -- I've
(5) got a couple of eight-inch dredges, but the salmon and the
(6) small fingerlings will come into the dredge hole where I'm
(7) working. And the fish are pulling on the hair of my hand.
(8) They're not afraid of me when I'm underwater working. And
(9) I'm just sucking material out there. But they're after
(10) that clean gravel.
(11) And we had a bull salmon actual -- this actually
(12) happened about eight years ago -- ram one of my drivers in
(13) his face mask, chasing him out of the hole we dredged.
(14) That's how bad those salmon want those holes we dredged.
(15) I'm just telling you what we need -- what I see
(16) from my own perspective -- and I'm interested right now in
(17) the fishery aspect of the Trinity River, is get the silt
(18) out of it and half-inch-minus material or whatever, get
(19) that stuff classified, put on the bank and have trains or
(20) trucks haul it out. Get it out of the river.
(21) About you built the dam in the 60's, there used to
(22) be holes in the Trinity River in excess of 60 feet deep.
(23) I know some people who used -- when they built the Highway
(24) 299, they used to sit and have lunch on the river banks
(25) and look down and see the fish in the clean gravels.

Page 36

(1) Now, we can't do anything about the dam, the dam's
(2) there to protect the river. But what it has done -- and
(3) I'm not going to, you know, re-educate anybody -- is the
(4) river is so loaded with silt that needs to be taken out.
(5) And I'm -- I've incorporated with a -- I've got
(6) equipment and I've got a company. I can get the mercury
(7) out of the river, I can get the lead out of the river, any
(8) heavy metals I can get out of the river.
(9) What people are probably not aware of -- and I'm
(10) originally from Waukegan, Illinois. The mercury poisoning
(11) in Lake Michigan was so bad that the -- that they passed
(12) an ordinance and they were warning the public not to eat
(13) the Coho salmon that were introduced into Lake Michigan in
(14) the late 50's, because there was so -- the mercury
(15) poisoning was so bad that the fish were actually poisonous
(16) to eat.
(17) Between Big Bar, California and Burnt Ranch or Del
(18) Loma, in the 40's a bucket line dredge sunk in the Trinity
(19) River. This is at least one that we know about. In
(20) that -- on that dredge -- it was as big as a floating
(21) four-unit apartment building, there was over 500 pounds of
(22) mercury that they admit to.
(23) That mercury's in the middle of the river. When I
(24) pulled gold out of the river, it's coated with mercury.
(25) When the hunters do their shooting and have lead

Page 37

(1) shot in there, that's in the river. That's contaminating
(2) the river, it's hurting the fish population.
(3) But the reason I came over here is that -- again, I
(4) was dredging Saturday and Sunday in the river. And the
(5) water is real cold. If you don't think, so come out with
(6) me tomorrow and I'll go back in the river. But I was
(7) wearing a wet suit.
(8) But we have to -- I have the technology and I have
(9) got equipment that I'd have to contract out. In fact,
(10) I'm -- that's what I'm doing the next couple of months,
(11) is -- we have trommels, we have screens.
(12) And what I -- what I think that the Trinity River
(13) could really use to help it out -- and again we're
(14) talking, you know -- we just have to take sections of the
(15) Trinity River at a time, put a lot of people to work, but
(16) we need to clean out that one-inch or half-inch-minus
(17) material and put it on the bank and have trucks haul it
(18) out.
(19) One of the byproducts, we get rid of the mercury.
(20) Two, get rid of the lead.
(21) I don't want to get involved with toxic substances
(22) like acids or whatever they've got for fertilizers. I'm
(23) kind of afraid, because I'm actually working underwater
(24) with a wet suit.
(25) But if we cleaned out areas and got the river so it

Page 38

(1) would start cleaning itself out, it's -- it's -- it'd be
(2) expensive. But one of the byproducts is topsoil.
(3) The farmers down there in the -- that are farming
(4) the land, their topsoil's gone. Ninety percent of their
(5) topsoil is on the watersheds, and it's back in the ocean.
(6) And we -- we need to get that topsoil out of there,
(7) again haul it away with dump trucks. I'm talking, you
(8) know, huge operations. But that's a byproduct of cleaning
(9) up the river.
(10) Give it back to the farmers. Either that or
(11) subsidize it, get it back there so they can go ahead and
(12) grow their crops.
(13) Somebody thinks I'm out of line, talk to me now.
(14) I've been dred -- I've -- I've -- I've looked at
(15) this area, I've looked -- I've seen the Trinity River,
(16) I've seen other rivers. And if you're going -- and I
(17) don't know the full scope of how far you guys want to go
(18) with this, but I have portable, self-cleaning plants,
(19) processing plants, that --
(20) Now, mine are on a small scale, but we can go
(21) larger. I'm talking five tons an hour or bigger to clean
(22) that river up. And in the process of doing it, get all
(23) that mercury, all the -- all the contaminated metals out
(24) of there.
(25) You will find that if you can clean sections of the

---

**CHALLE & FISHER**

*Depo-Merge*

**Page 10**

**ENVIRONMENTAL IMPACT STATEMENT**

Page 39

(1) river out, that your fish population will get real heavy
(2) in that area.
(3) Anytime I'm dredging the Trinity, in the summertime
(4) or whatever --
(5) And incidentally, I didn't see any big salmon when
(6) I was over there. I dredged by Del Loma, just below the
(7) Del Loma RV Park. That's where I was this last
(8) weekend. In fact, my equipment is still on my trailer. I
(9) had -- I had to take a different vehicle in here to the
(10) meeting.
(11) But I know that if you can get the silt and the
(12) half-inch or one-inch-minus material out of the river --
(13) maybe the first couple of years you can only get two
(14) percent, depending how many people you want to put to
(15) work. But that thing could be a profit -- it could be an
(16) on operation that could be run at a reduced cost.
(17) I can take -- a centrifuge is the best recovery
(18) system on the market that's sold to the public. And a
(19) good centrifuge with a 24-inch opening, by the time you
(20) get it set up with all its equipment and stuff like that,
(21) it weighs 5,000 to 10,000 pounds.
(22) I've got a unit that can get behind a centrifuge
(23) and clean up the tailings of a centrifuge and pull the
(24) mercury and the lead out of it that the centrifuge misses.
(25) And it weighs less than 200 pounds. And it floats. It's

Page 40

(1) portable; I can take it anywhere.
(2) A couple weeks ago -- I've kind of been a little
(3) hectic. I had a helicopter take some of my equipment out
(4) of Burnt Ranch Canyon. And the fires over there, the
(5) Onion -- the Onion Mountain fire, I had to get out of
(6) there.
(7) The smoke was so bad, I thought I was going to burn
(8) to death, because the wind blowing through that Burnt
(9) Ranch, it's like a blow torch going through there. The
(10) smoke was so strong, I just couldn't -- you know, I had
(11) to get out of there. It was bad.
(12) But the salmon -- I was down diving in Burnt Ranch
(13) Canyon three weeks ago, and there's plenty of salmon that
(14) are 15 pounds and bigger in that area. They're right next
(15) to me when I'm working underwater.
(16) But in Del Loma where I was this past weekend,
(17) there are no big salmon. I didn't see any. Usually, I
(18) see a lot of them. I saw a salmon -- I saw a salmon and
(19) fish this big around me, but nothing bigger than that.
(20) And when I was down in Burnt Ranch Canyon eight
(21) days ago, there was salmon surfacing in -- just above
(22) Burnt Ranch Falls, which is where my camp was, there was
(23) salmon surfacing that weighed 15 to 18, 20 pounds.
(24) So they're down in the canyon, but they can't get
(25) out of the canyon because where the transfer station is at

Page 41

(1) in Burnt Ranch, the river does a real sharp S-turn and it
(2) comes in. And it's all hardrock, bedrock here
(3) (indicating). Well, there's -- you've got a stretch of
(4) rocks that are the size of Volkswagens or television sets
(5) or whatever, and it's a stretch about 300 yards. And the
(6) fish can't get across those rocks. They could walk on
(7) them. And your fish are trapped down in the canyon.
(8) I showed -- I talked to Phil Warner about that ten
(9) years ago. And he went down there with a team.
(10) But with the big flooding we've had, it's dumped a
(11) bunch of rocks in that gorge at Burnt Ranch Canyon. And
(12) the salmon can't get past it. Right now they're trapped.
(13) If you guys go down and take a look, you'll find
(14) out that that's where the salmon are.
(15) But to clean -- to get back to cleaning the river
(16) up, I need to talk with somebody and find out who that I
(17) can work with that I can go in and take a stretch of the
(18) river and start cleaning it up.
(19) I'm going to dive in -- dredge in the river anyhow.
(20) I've been going it for 11 years, 12 years.
(21) But what happens is with the equipment that I've
(22) got, and we've spent months and years developing, it's
(23) portable. And I can go behind any processing plant, a
(24) trommel or anything, and I can work their stuff. And I
(25) can get the mer -- I can work their tailing piles and I

Page 42

(1) can get all the mercury out of it and all of the lead.
(2) See, what these people are doing -- and I -- a
(3) percentage of the stuff that comes out of the river, if
(4) you put it in a dump truck, it's still contaminated.
(5) And you need to clean it is up.
(6) And when I'm -- when my system's done behind it, it
(7) cleans it all up. You've got fresh stuff.
(8) In fact, if you took the silt and the stuff that
(9) was in the -- in the river and put it in dump trucks and
(10) put it on a farmer's field, he'd have lead and mercury and
(11) God knows what else in his vegetable garden. And then
(12) he'd start wondering if it's safe to eat the vegetables.
(13) But the equipment I've got, again it's portable and
(14) also it's self-cleaning. People overlook this fact.
(15) I'm a dredger. I was an engineer before being a
(16) dredger. I'm still an engineer in my mind.
(17) A dredge works fine for the first five minutes,
(18) not even five. Ninety percent of the heavy metals that go
(19) through a dredger are back in the river. That's why the
(20) river's not clean.
(21) A dredge cannot hang on to mercury. Never.
(22) But if you -- if you -- if you -- if I can talk to
(23) somebody, I'll show them my equipment in the yard. But
(24) I'm getting ready --
(25) When I heard -- somebody called my house at 1:05

*Depo-Merge*

**ENVIRONMENTAL IMPACT STATEMENT**                     **TUESDAY - NOVEMBER 16, 1999**

Page 43
(1) and said, "Hey, there's a meeting of the Fish & Game,
(2) trying to figure out how to restore the Trinity River."
(3) I said, "Well, I gotta get there." I hopped in a
(4) car and came over here. That's why I was late walking in
(5) the meeting.
(6) But with the background that I've observed and
(7) search -- I don't have all the answers, but I'll tell you
(8) what, I don't think there's anybody in this room can do
(9) what I can do.
(10) And I was in whatever the water is, 50-degree
(11) water, 40-degree water. I was in that water yesterday.
(12) And I was in that water Saturday.
(13) And the guys standing on the bank wouldn't even put
(14) their ankles in the water. That's how cold that Trinity
(15) River is right now.
(16) And like I say, when you guys go down there and you
(17) check down by the transfer station at Burnt Ranch, walk
(18) over to where the white water is, you'll see your salmon
(19) trapped right there where I told you the big rocks are
(20) There are -- Phil Warner,will -- talk to Phil.
(21) But I can clean that river up. I need grant
(22) money. I probably put 100, 500 people to work,
(23) particularly in Trinity County where the people need the
(24) jobs anyhow.
(25) But I can get the contamination out and I can

Page 44
(1) restore that river to a pristine situation that we had
(2) before.
(3) People are wondering, you know, when they were
(4) doing the La Grange mining operation back around the turn
(5) of the century, in the 1900, 1930's, 1940's, they dump all
(6) kinds of garbage in the river. And yet the river came
(7) back.
(8) I'm not saying it came back in -- and was pristine
(9) the way it was before they started working the river.
(10) But in my own mind I think the reason you guys are
(11) having this meeting is in your own hearts you'd like to
(12) see the river the way it was maybe 200 years ago.
(13) We cannot blow up the dam. The dam has to stay.
(14) But what we can do is get that silt -- and actually
(15) have a money-making, profitable -- I'm not -- maybe it
(16) won't be profitable the first couple of years, but you
(17) could use a byproduct of the silt, of the sand, of the pea
(18) gravel, of the half-inch gravel, you could --
(19) Look at that guy who's got that black sand
(20) operation that paved Highway 299 this past summer. The
(21) guy's got all kinds of equipment. It wasn't there three
(22) years ago. But he knew he had a big contract coming, so
(23) he bought all those cement mixers and those big loaders,
(24) and he was ready for 299 to be repaved.
(25) And what I'm saying, I've got the technology and

Page 45
(1) I've got a man I'll bring here tomorrow -- tonight to the
(2) meeting. His name's Lamar Meekham.
(3) And what he did -- I met him in Salt Lake City
(4) April 2nd of this year. But what Lamar and his uncle used
(5) to do is go around to the old mining dumps. And they got
(6) tired of cleaning up their equipment, because their
(7) equipment -- if anybody has done any --
(8) How many dredgers in here? Have we got any
(9) dredgers in here? I'm the only one dumb enough to go in
(10) the water.
(11) But anyhow, Lamar would take his equipment and go
(12) to these old mine dumps and pick up the mercury, by the
(13) pound, pick up the copper, the lead and the gold.
(14) And he -- I met him on April 2nd. And he -- of
(15) this year. He says, "I've got the best recovery system in
(16) the world." He says, "I can process anything."
(17) And he -- what Lamar has is people who want to have
(18) him process 100 tons a day. He can do it. He's got the
(19) knowledge and the experience.
(20) Lamar is 65 years old, but he's one of these old
(21) timers that knows how to work the old mine tailings and
(22) stuff like that successfully.
(23) Well, what I did, I said, "Lamar," I says, "geez,
(24) your stuff is great."
(25) He came over to see me the first of June of this

Page 46
(1) year. And we were on one of my mining claims in Del Loma,
(2) on the Trinity River.
(3) Well, he pulls up in this real nice green trailer,
(4) mounted on -- you know, on tires and stuff. The unit
(5) probably weighed 3,000, 4,000 pounds. I said, "Lamar, I
(6) need to float it."
(7) "Well, Roger, how come you want to float it?"
(8) I says, "Because I want the thing to go around with
(9) my dredge so when I pick up the material, you can process
(10) behind me," because he'd already told he could get all the
(11) mercury.
(12) I was going -- I going to talk to somebody this
(13) year anyhow. That's my game plan, because I can get the
(14) mercury and the lead out. I already know I can do it.
(15) But I know also that I don't -- unless somebody
(16) wants to call me on the carpet now -- I don't think
(17) there's anybody in this room that knows what I know. And
(18) I can get that contamination out of the Trinity.
(19) But the other thing I say -- and I'm not using big
(20) words, I'm not going to use any big words, I used to ten,
(21) 12 years ago, but I don't do that anymore.
(22) I can get -- I can get the contaminants out. But
(23) with that I want -- I don't know what you guys would do.
(24) If we got, say, half-inch-minus material and put it on the
(25) bank -- and you're talking, you know, a hundred yard

**CHALLE & FISHER**                     *Depo-Merge*                     **Page 12**

### Page 47

(1) stretch of the Trinity River or 660 feet, you know, an
(2) eighth of a mile, you're talking -- to clean the Trinity
(3) River up, you're talking trying to move out, you know --
(4) I'm -- on a one forty acre claim of mine there's enough
(5) overburden dumped in the January 1997 flood that you could
(6) have filled a football stadium, including the bleachers,
(7) with just one flood. And that's on the Trinity River.
(8) And what's been the part that I wanted to get ahold
(9) of with Forest Service, Fish & Game or the Department of
(10) Interior is hey, I can put the stuff on the bank. I'll
(11) classify it for you.
(12) There won't be anything toxic in it. There won't
(13) be any mercury. So it's clean. There wouldn't be any
(14) lead. We'll have that lead contained. We'll show it to
(15) you. We will show it to you. It will not go back in the
(16) water.
(17) But where are you going to get the dump trucks or
(18) the train cars or whatever, conveyors, to take that stuff
(19) and get it away from the river? And I'm talking about a
(20) hundred miles away from the river. Get it back to
(21) Redding. Get it back -- give it to the farmers, because
(22) they're losing the topsoil that went in there.
(23) And if you look at the long-term scope of
(24) everything, I'm talking about the next 20, 40, 50 years,
(25) if you could get the silt, which is topsoil, it's got

### Page 48

(1) nutrients in it -- I'm talking about while it's still in
(2) the river, not the ocean -- once it goes to the ocean,
(3) it's not fit for farming anymore.
(4) Do you say what I'm saying? Does it make any sense
(5) to you.
(6) But if you can get that silt and topsoil and get
(7) it back on top, have the government subsidize it, give it
(8) back to the farmers. It's come off of their land anyhow.
(9) And I don't know if you guys are thinking that far
(10) beyond it. That's what I've been thinking about for
(11) years.
(12) But I've got equipment that can put it all on the
(13) bank. I can classify it. And like I said, I can clean
(14) it.
(15) And if you want to clean and restore that river,
(16) you've got to try to go back 200 years, not 50 years, 200
(17) years. You've got to go back before they started
(18) hydraulicking and using the mercury and the toxic.
(19) When -- when -- like I say, just -- I know of just
(20) one instance where the -- where the bucket line dredge
(21) sunk below Big Bar. And there was 500 pounds that they
(22) would admit to of mercury on that dredge alone.
(23) And when you get around the Big Bar area, Big
(24) Bar/Del Loma, you pick gold out of the river, it's coated
(25) with mercury.

### Page 49

(1) Down in the bottom of that river, there's pools of
(2) mercury probably 50 feet wide, 20 feet long. It might
(3) have -- one pool might have a hundred pounds or 200 pounds
(4) of mercury. It's still in there.
(5) People say, "Well, the mercury not bothering
(6) anything. It's at the bottom."
(7) Do you want to bet?
(8) Because that merc. -- that sand and gravel out --
(9) that mercury is getting coated on everything. And it's
(10) getting all pulverized. And the rocks are pounding down
(11) on it and splashing on it, just like water. And it's
(12) going back into your system. And it's not good for the
(13) fish.
(14) Okay. I've said too much.
(15) But I can answer anybody's questions. If they
(16) think that I don't know what I'm talking about, I'll have
(17) somebody ask me now.
(18) But I can clean that river. And I'm going to need
(19) a lot of help to do it.
(20) And you might start with a target area of river of
(21) a quarter mile or something. But the -- if you want to
(22) clean that river up, think 200 years. Don't think 50
(23) years, think 200 years, before the dam was built and
(24) before they ever did the hydraulic mining operations on
(25) the Trinity River.

### Page 50

(1) On the Trinity River in 1946 was when the first
(2) dredge was put on the river. And they used mercury. I'm
(3) talking about floating dredge.
(4) And all of my equipment is portable. That's
(5) another big factor. You know, if they want to lower it by
(6) helicopter, that's their business.
(7) But it's portable, I can float it. I can take it
(8) to anywhere in the river, you know, given enough whatever.
(9) Do you know what I'm saying?
(10) But you're talking about a big project. And if
(11) somebody says, "Well, how do you eat an elephant?" You
(12) take it one bite at a time. That's the only way you can
(13) eat an elephant, is one bite a time.
(14) If you want to clean up that river, you have to
(15) start with a little stretch of it. And you'll find out
(16) that in that target area -- and I've got -- and I can
(17) stand here and tell you the salmon chased me out of their
(18) dredge holes. I did something they want. I clean -- I
(19) expose clean gravel.
(20) And in July when I'm down there dredging, I can be
(21) working the middle of the river and I'm in shade. I'm in
(22) shade totally. That's how many fish are around me.
(23) Now, they might only be this long (indicating), but
(24) there's hundreds of them. Like I say, they're all over my
(25) gloves, my hands.

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 51

(1) And when my -- when I'm down there at the bottom,
(2) I'll have a dredge nozzle down here working, the fish are
(3) all around me picking, picking, picking, picking, because
(4) the river's coated with silt and algae.
(5) And I -- I -- I don't -- I -- I mean, I could talk
(6) to you guys till midnight, and you don't want to hear what
(7) I'm saying. But I know what I'm saying is true. I know
(8) what I'm saying is true.
(9) And I know I can clean up the Trinity River. And I
(10) need a lot of help to do it. We can put a lot of people
(11) to work. But again, think of the river 200 years from
(12) now, not -- 200 years ago, not 50 years ago.
(13) PRESIDING OFFICER RUESINK: Mr. Sherwood,
(14) thank you for your comments.
(15) There are representatives from Fish and Wildlife
(16) Service and some of the other agencies here, and you may
(17) wish to talk to them.
(18) MR. FEIDER: I would like talk with them.
(19) PRESIDING OFFICER RUESINK: Thank you again
(20) for your comments.
(21) MR. FEIDER: See, I've been on the river.
(22) I've got about 70 miles of mining claims.
(23) PRESIDING OFFICER RUESINK: I have no other
(24) slips for people wishing to make a statement. We have
(25) more time, but unless there's someone else that wishes to

Page 52

(1) speak right now, I'll recess the hearing. We'll go off
(2) the record.
(3) If you have decided that you would like to make a
(4) statement, please go to the registration table, fill out a
(5) yellow card, and we'll go back on the record and take your
(6) statement in a little while.
(7) So we're officially off the record right now.
(8) (Recess taken, 2:02 p.m. - 2:51 p.m.)
(9) PRESIDING OFFICER RUESINK: I'll reconvene
(10) the hearing now. We're back on the record.
(11) I neglected to mention earlier that the hearing
(12) this afternoon is scheduled from 1:00 till 3:00 p.m. And
(13) then we'll be back here this evening from 6:00 to 8:00
(14) p.m.
(15) So that administrative record will be the total of
(16) the presentations that we get this afternoon and then
(17) again this evening.
(18) We do have one more speaker: Debra Speer.
(19) And you weren't here earlier, and so I'll give you
(20) just a very brief description of the way we're conducting
(21) the hearing.
(22) If you'll step to the microphone, please, and spell
(23) your last name for the court reporter.
(24) We are taking a verbatim transcript of all of the
(25) presentations. If you have a copy of a written statement

Page 53

(1) that you could leave with us, that would be fine. If not,
(2) that's okay, too.
(3) And it's an informal hearing, not subject to any
(4) question-and-answer or cross-examination, anything like
(5) that.
(6) So if you'd step up to the microphone, please, and
(7) give us your comments.
(8) MS. SPEER: I've never done this before.
(9) It --
(10) PRESIDING OFFICER RUESINK: Would you speak
(11) louder and more toward the mike, please.
(12) MS. SPEER: Having never done this before,
(13) I'm kind of nervous, but I'll get over that.
(14) I'm here out of concern for the --
(15) PRESIDING OFFICER RUESINK: Would your state
(16) your name and spell it for the record?
(17) MS. SPEER: Debra Speer, D-e-b-r-a, Speer,
(18) S-p-e-e-r.
(19) PRESIDING OFFICER RUESINK: Thank you.
(20) MS. SPEER: And specifically my
(21) understanding of what is going into your consideration of
(22) the EIR impacts to the Trinity River is that you're
(23) debating the amount of water flow that you're going to
(24) restore to the river.
(25) And based on some information that I have, my

Page 54

(1) understanding is that the Trinity River Act of 1955 was
(2) supposed to mean the water flow to the Trinity River did
(3) not impact the fish in that river.
(4) And my understanding is that 90 percent of the flow
(5) has been diverted since that time, since the dam has gone
(6) into place.
(7) And because of that, it has had a serious impact on
(8) the fish in the river, to the point that they're now an
(9) endangered species, the Coho.
(10) My understanding is most of the flow is diverted to
(11) the San Joaquin water flow for agriculture. And not that
(12) I'm against agriculture, but knowing that they are a
(13) gigantic lobby interest in this state, I would just like
(14) you to consider other alternatives for the water use.
(15) And I'm not sure even if it's the correct time to
(16) address that, but I believe the most -- the vast part of
(17) our agriculture and water use goes to feeding cows and
(18) things like that -- and that most of the water use goes
(19) into grain, I should say, that feeds cows.
(20) And so even though that is probably something
(21) rather circuitous, the impacts, I'm still saying I don't
(22) want the Trinity River water going to that use.
(23) That's my one vote. Envious.
(24) I also understand that you have some obligations to
(25) the Native American tribes that for the past 36 years also

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 14**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 55

(1) have supposedly -- you're not supposed to have as much
(2) diversion of the water based under that law as well.
(3) So I guess what I'm trying to say is that this is
(4) not -- shouldn't even really be an issue for Cal-Fed as
(5) such, because of the past legislation that is already --
(6) but this is -- that this is already covered by, which is
(7) the Trinity River Act and the trust obligations to Native
(8) American tribes.
(9) I think there was another point.
(10) So I think at the last -- for a summary, I would
(11) just like to encourage you, both for recreational users
(12) and for the fisheries, to consider up to re -- restoring
(13) up to -- beyond the 48 percent I think you're considering,
(14) up to at least what I believe studies have indicated the
(15) minimum is 70 percent restoration of flow to restore our
(16) fish and the natural habitat to the Trinity.
(17) It's beautiful. If you haven't been there, go.
(18) It's wonderful. Kayaking, rafting, fishing, it's
(19) beautiful.
(20) Thank you.
(21) PRESIDING OFFICER RUESINK: Thank you for
(22) your comments.
(23) I have about three minutes until the scheduled
(24) close of this hearing. Again, if anyone wishes to make a
(25) statement, please fill out one of the yellow cards at the

Page 56

(1) desk. And this is your last chance for the afternoon
(2) session.
(3) MR. SHERWOOD: Could I make one more
(4) comment?
(5) PRESIDING OFFICER RUESINK: Come up to the
(6) microphone, Mr. Sherwood. I may limit you on time here.
(7) MS. SPEER: One minute.
(8) PRESIDING OFFICER RUESINK: And this --
(9) MR. SHERWOOD: Okay.
(10) PRESIDING OFFICER RUESINK: I get -- I should
(11) tell you also: Again, please address your comments to the
(12) folks at the table here.
(13) MR. SHERWOOD: Okay.
(14) PRESIDING OFFICER RUESINK: Because we're not
(15) having question-and-answer between speakers and the
(16) audience.
(17) MR. SHERWOOD: Okay. Roger Sherwood. I
(18) live in Anderson.
(19) The Trinity River 50, 60 years ago, I've talked to
(20) old timers on the Trinity, had holes in it or pits in it
(21) 80 and 90 feet deep. Now that area is all covered with
(22) sediment and silt.
(23) If some way, somehow you could get or reduce the
(24) amount even by ten percent, if you could get that sediment
(25) out, say three-eighths-minus material, and get it out of

Page 57

(1) the river, you could operate on one-fourth or less of the
(2) water flow and it would still have their recreation as
(3) enjoyment, rafting and fishing, because that water all has
(4) to travel through 20, 30, 40, 50, 60 feet of silt.
(5) There's still water in that silt. So what
(6) happens, it's like a V. When that river -- when the river
(7) channel opens up and it's loaded with 40 feet of silt, it
(8) takes more water to have five feet of water through 40
(9) feet of overburden than it would if you cleaned the river
(10) up and got that silt and three-eighths-minus material on
(11) the bank and hauled it away.
(12) So you could still have the recreation with
(13) one-fourth less water, and they could enjoy it the way it
(14) should have been enjoyed. That's all I'm trying to say.
(15) This silt is the problem.
(16) PRESIDING OFFICER RUESINK: Thank you for
(17) that additional comment, Mr. Sherwood.
(18) According to my watch, it's 3:00 p.m.
(19) Again, if there are no further slips and people
(20) wishing to make a statement, I will close the hearing. We
(21) will reconvene this evening at 6:00 p.m. and be here from
(22) 6:00 until 8:00 p.m.
(23) The hearing is closed and we're off the record.
(24) (Recess taken, 3:00 p.m.)
(25) —o0o—

Page 58

(1) EVENING SESSION - 6:00 P.M.
(2) PRESIDING OFFICER RUESINK: We're on the
(3) record.
(4) Good evening. On behalf of the United States Fish
(5) and Wildlife Service, I welcome you to this public
(6) hearing.
(7) The US Fish and Wildlife Service, US Bureau of
(8) Reclamation, Hoopa Valley Tribe and Trinity County are
(9) conducting a joint process for taking comments on the
(10) draft Environmental Impact Statement/Environmental Impact
(11) Record for the Trinity River mainstem fishery restoration.
(12) My name is Robert Ruesink. The last name is
(13) spelled R-u-e-s, as in Sierra, i-n-k. I'm the supervisor
(14) of the Fish and Wildlife Services, Snake River Basin
(15) Office in Boise, Idaho. Tonight I will be serving as the
(16) presiding official for this hearing.
(17) The scheduled time for the hearing is from 6:00
(18) p.m. until 8:00 p.m. And at 8:00 p.m, we will adjourn or
(19) close the hearing and go off the record.
(20) At the table to my left are representatives from
(21) the US Fish & Wildlife Service, Bureau of Reclamation,
(22) Hoopa Valley Tribe and Trinity County. In a minute they
(23) will introduce themselves and have some opening comments.
(24) Other representatives of the US Fish and Wildlife
(25) Service are also here this evening at the registration

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 59

(1) table. And we have information at that table where you
(2) came into the building.
(3) I would encourage you to ask questions and to look
(4) at some of that material related to the issues that we'll
(5) be speaking to.
(6) At this point I'd like to introduce Mary Ellen
(7) Mueller. She is the Fishery Supervisor for the
(8) California/Nevada Operations Office.
(9) DR. MUELLER: Good evening. Thank you for
(10) coming.
(11) The release of the draft Trinity River mainstem
(12) fishery restoration Environmental Impact
(13) Statement/Environmental Impact Report is the latest step
(14) in a process that Congress initiated several years ago to
(15) address long-standing concerns about the effects of water
(16) diversion, in-stream habitat, sedimentation, watershed
(17) management issues on the Trinity River system's health,
(18) including its once abundant salmon runs.
(19) Congress directed the Secretary of the Interior to
(20) evaluate the impacts of these issues and to take steps to
(21) restore the health of the Trinity River system.
(22) In response to this congressional mandate, the
(23) Department of the Interior has been actively participating
(24) in a study for more than 15 years.
(25) This has been a collaborative effort led by the US

Page 60

(1) Fish and Wildlife, the US Bureau of Reclamation, the Hoopa
(2) Valley Tribe and Trinity County.
(3) The EIS/EIR summarizes the research that has been
(4) undertaken over the past several years and identifies for
(5) public comment several potential alternatives for
(6) restoring the Trinity River system.
(7) Impacts considered under NEPA And CEQA are not
(8) limited to impacts to the fishery resources of the Trinity
(9) River, but include all impacts of the action affecting the
(10) human environment.
(11) The department encourages public comment on all
(12) aspects of the draft EIS/EIR. This public hearing is part
(13) of the comment process of the draft EIS/EIR.
(14) The public comment period will be closed December
(15) 20th, 1999. A Record of Decision is expected in the early
(16) spring of the year 2000.
(17) On behalf of the Fish and Wildlife Service, the
(18) Bureau of Reclamation, the Hoopa Valley Tribe and Trinity
(19) County, I thank you for the effort you have made to attend
(20) this meeting and also thank you in advance for your
(21) comments.
(22) Now I'll pass it on to Chris Erickson,
(23) representative of Trinity County.
(24) MR. ERICKSON: I'm Chris Erickson, Supervisor
(25) in Trinity County. And Trinity County is the lead agency

Page 61

(1) under the CEQA process. And so that's why we're involved
(2) in this hearing tonight.
(3) MR. ORCUTT: Good evening. My name's Mike
(4) Orcutt. I'm here representing the Hoopa Valley Tribe.
(5) And I just have a couple of brief opening comments.
(6) The main reason the tribe has been involved is
(7) the -- our tribe has 2200 members. We have lands on the
(8) lower Trinity River, about 90,000 acres of land. And we
(9) have documented existence of over -- at least 7500 years
(10) in that area of the Trinity River Basin.
(11) And historically and contemporarily, the tribe's
(12) existence really depended upon the status and the health
(13) of that resource.
(14) And as you'll hear later in the information, the
(15) status of that resource is one in which Coho salmon are
(16) listed, steelhead probably will be listed, and Chinook
(17) salmon just underwent a status review by the National
(18) Fishery Service. And their recommendation was not to list
(19) those stocks.
(20) And again, there's -- as Mary Ellen had stated,
(21) Congress has intervened in response to those declines in
(22) fish populations with the Trinity River Restoration
(23) Program, CVPIA and that specific provision in terms of
(24) stream flows.
(25) One additional obligation that the federal

Page 62

(1) government has is the federal trust responsibility to both
(2) Hoopa Valley and Yurok Tribes who possess federally
(3) reserved fishing rights in the basin.
(4) So we've been involved from the beginning. I think
(5) it's a unique relationship where an Indian tribe has
(6) participated with federal agencies in meeting the NEPA
(7) requirements.
(8) So I guess I'd thank you in advance for your
(9) comments and look forward to hearing everyone tonight.
(10) Thank you.
(11) MR. RYAN: Thanks, Mike.
(12) My name is Mike Ryan. I work with the US Bureau of
(13) Reclamation. My title is Northern California Area
(14) Manager.
(15) And a portion of my job includes the operation and
(16) maintenance of some of the features within the Central
(17) Valley Project over on the Trinity River division.
(18) And I thank you for being here tonight also.
(19) PRESIDING OFFICER RUESINK: Thank you all for
(20) those comments.
(21) Again, public comments on the draft EIS/EIR will be
(22) accepted until December 20th, 1999. After review and
(23) consideration of your comments, the four agencies who are
(24) co-leaders in this effort, along with other cooperating
(25) agencies, will compile information necessary to prepare a

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 16**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 63

(1) final Environmental Impact Statement/Environmental Impact
(2) Report.
(3) The purpose of this hearing is to receive your
(4) comments on the draft EIS/EIR. Comments on all aspects of
(5) the alternatives described in those documents are very
(6) important and will be carefully considered.
(7) Because of the importance of your comments, it is
(8) necessary that we follow certain procedures here this
(9) evening.
(10) If you want to present comments at this hearing,
(11) please register at the table where you came into the
(12) building. And the way you register and indicate that you
(13) wish to present comments is by filling out one of these
(14) yellow comment cards (indicating). When you register,
(15) indicate if you're representing an organization.
(16) And when you are called to present your comments,
(17) please come forward to the microphone in the front, begin
(18) your presentation by stating your full name, spell it for
(19) the record, and indicate if you are representing some
(20) agency or organization.
(21) This is an informal hearing, and therefore you will
(22) not be cross-examined or questioned in connection with
(23) your comments.
(24) Your comments or questions are being recorded by
(25) the reporter to preserve them for the record. Please keep

Page 64

(1) in mind that the reporter will not record any statements
(2) from the audience or which are made to the audience.
(3) Comments must be made into the microphone in order
(4) to ensure that they will become a part of the record.
(5) Please leave a copy of any written material to
(6) which you refer with the reporter or the registration
(7) staff.
(8) If you are reading your testimony, please read
(9) slowly enough for the reporter to be able to record your
(10) comments. We do want to get all of your comments down in
(11) a verbatim transcript.
(12) You do have the option to submit comments in
(13) writing if you do not wish to present a statement here at
(14) this hearing evening. Written comments may be
(15) submitted to the staff at the registration table or they
(16) may be mailed to Mr. Joe Polos, P-o-l-o-s, US Fish and
(17) Wildlife Service, 1655 Heindon Road -- that's
(18) H-e-i-n-d-o-n Road -- in Arcata, California, 95521. That
(19) address I believe is also posted at the registration
(20) table.
(21) Written comments again will be accepted through
(22) December 20th, 1999. Written comments are given the same
(23) weight or consideration as oral comments that are
(24) presented here.
(25) At this point we are ready for the first speaker.

Page 65

(1) Rick Coleman, would you come forward to the
(2) microphone, please?
(3) MR. COLEMAN: Good evening. My name is Rick
(4) Coleman, C-o-l-e-m-a-n. I'm the general manager for the
(5) Trinity Public Utilities District.
(6) We're a nonprofit electric utility in Trinity
(7) County. We're governed by a five-member, elected board
(8) that's separate and apart from Trinity County. So we're a
(9) different entity in Trinity County. So people get us
(10) confused.
(11) The first thing I want to talk about is the PUD in
(12) itself. We actually have our genus in the 1955 act that
(13) created the dam. When that 1955 act was enacted, many
(14) of the people in Trinity County realized that flooding
(15) 25,000 acres of private property, plus 50 some odd
(16) thousand acres of timber land, was going to have a
(17) devastating effect on the county. And they wanted that
(18) mitigated.
(19) What they asked for was to allow PG&E to build
(20) hydro facilities because they were expecting to get the
(21) tax revenue from the PG&E hydro facilities.
(22) Congress, in their infinite wisdom, decided to
(23) allow Trinity County to get 25 percent of the energy from
(24) that project, in lieu of the tax benefit, to mitigate the
(25) flooding to that county.

Page 66

(1) Consequently -- and I don't want to belabor the
(2) history, we weren't really formed in '82 -- a lot of those
(3) promises were foregone, the county lost over a million
(4) dollars to its economy. And this doesn't have anything to
(5) do with the fish issue, just taking of land.
(6) But today we are serving about 95 percent of the
(7) county. And they do enjoy low rates.
(8) We're very unique as a Western customer. We're the
(9) only Western customer who has a first preference right to
(10) the power. We're the only Western customer -- we're not
(11) the only Western customer who has the first rights, but
(12) one of only one other has a first right to the power. In
(13) other words, we're not subject to an allocation process.
(14) But we're the only customer whose rights to power
(15) is five times higher than what we currently use, meaning
(16) that if there's less Western generation or less generation
(17) from the TRD dam, we don't have to go out and replace it.
(18) It just means someone else is going to have to
(19) forego even more generation from this project in order to
(20) meet our congressional rights.
(21) With that as a foresight of what we do here, I'd
(22) like to start off with saying that I think it's kind of
(23) insulting to be here tonight. I've had 14 working days
(24) since I reviewed -- or received the document, and I have
(25) yet to receive all of the appendices. But yet today we're

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 17**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 67

(1) holding public hearings.
(2) Obviously, I know you've been hearing it before,
(3) and I'm going to repeat it, I think an extension of time
(4) to this comment period is drastically needed so that you
(5) can get all thoughts out.
(6) I also think that you should hold workshops.
(7) You should already have received a list of 33
(8) questions that we've -- that the PUD's generated that
(9) points to the ambiguity, the conflicts, the internal
(10) inconsistencies to the documents, and basically asking for
(11) some of the reasons behind the documents, because we need
(12) those answers in order to formulate what I would call
(13) constructive comments.
(14) We may be making a comment on something you've
(15) considered, but it isn't disclosed in the document.
(16) So with that said, we are going to prepare written
(17) comments.  I hope you'll give us more time to present
(18) written comments.
(19) I would like to touch on some of the key points
(20) tonight just so it may help you to think about the need to
(21) extend the comment period and to hold workshops.
(22) First of all, I'd like to discuss the only time --
(23) or the thing called environmental justice.
(24) As I understand it, the executive order for
(25) environmental justice basically says minorities and

Page 68

(1) low-income people, disenfranchised people, can't respond
(2) to three feet of documents and five years of writing a
(3) document and millions and millions of dollars going into
(4) the document.
(5) Their interests are buried or hidden in this
(6) avalanche of material and studies, and that the agencies
(7) must consider the -- these people's distinct needs.
(8) In fact, the executive order says that you must
(9) consider what this will do to minority populations and
(10) low-income populations.
(11) But the EIS conveniently drops the first population
(12) and says we have to look at minority and low-income
(13) populations.  Then concludes the only minorities with low
(14) incomes that are affected are the Indians and the migrant
(15) farm workers, and it does some discussion about that.
(16) I submit if you look at the economy of Trinity
(17) County and you look at the executive order, it was clearly
(18) intended to look at the low population, meaning Trinity
(19) County, and what would that mean to Trinity County.
(20) We have one of the lowest economies in the state.
(21) And, in fact, if you read the few sections or parts
(22) of the EIS I've read about the Indians where it talks
(23) about a malaise, about a stagnant economy, about the
(24) children having to leave to find good jobs, et cetera, it
(25) sounds like, if you take away the common religion aspect

Page 69

(1) of it, it sound like Trinity County.  It sounds like
(2) Weaverville.  It sounds like Hayfork.  It doesn't sound
(3) any different than what we're experiencing.
(4) The only place in the EIS that I can tell that
(5) there's any disclosure of what this will do to Trinity
(6) County is when it comes to the power costs.
(7) Everywhere else Trinity County is lumped with
(8) Humboldt or Trinity County is lumped with Shasta or
(9) Trinity County is lumped with some other region.
(10) So you don't know what it's going to do.  Both
(11) benefits and impacts are not listed for Trinity County,
(12) except for power.
(13) And that number says well, this is going to cost in
(14) the year 2020, in 1997 dollars, $69,000 a year.  That's
(15) laughable.  It doesn't even pass the smell test.
(16) Today, I received a letter from both R.W. Beck and
(17) Western -- and the reason I got it today points to again
(18) how ludicrously short this comment period is -- that says
(19) the 69,000 wasn't intended to tell you what it's going to
(20) cost Trinity County; it was intended to be used in some
(21) kind of model for comparative purposes.  Our work scope
(22) was very narrow and we didn't look at first preference
(23) costs.
(24) This gets back to where I said we're the only first
(25) preference customer that Western serves that has an

Page 70

(1) allocation much larger than our load.
(2) The true number for Trinity PUD is something in the
(3) neighborhood of four or $500,000, not $69,000.
(4) And I was told that this $69,000 number was used
(5) for some kind of regional comparison to go into some
(6) socio-economic analysis, socio-economic model.
(7) From what I can read in the report, the
(8) socio-economic model doesn't disclose that it's using
(9) power costs.  I can only assume it's using the $69,000
(10) number.
(11) And by the way, I also think in Redding the
(12) number's very much understated for other reasons.
(13) Then concludes in the year 2020, the flow decision
(14) is going to create 66 new jobs in Shasta and Trinity
(15) County, with the low number.
(16) I was discussing this issue with the owner of the
(17) local lumber mill, which is the last remaining large mill
(18) in Trinity County due to the spotted owl fiasco.  And
(19) asked him, you know, what would a ten percent rate
(20) increase mean to him.
(21) "It's equivalent to two full-time jobs."
(22) I said, "Well, this economic model says it's going
(23) the create 66 new jobs."
(24) And he said, "Well, yeah, that's probably a hundred
(25) more jobs in Shasta County and 34 less jobs in Trinity

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 18**

**ENVIRONMENTAL IMPACT STATEMENT**                **TUESDAY - NOVEMBER 16, 1999**

Page 71

(1) County." The fact of the matter is we don't know.
(2) Getting back to environmental justice, we should
(3) know what this is going to mean to Trinity County.
(4) In my opinion, the document doesn't – and maybe
(5) you touched on this when you provided your opening
(6) comments, maybe we're not looking at just trying to help
(7) fish. Maybe we're trying to rearrange rocks and gravel,
(8) but I thought the thrust of this whole program was to help
(9) fish.
(10) And much of the document seems to rationalize more
(11) water, not to justify how to do more fish.
(12) And sometimes I begin to wonder if some of the
(13) proponents of this doesn't care if more fish happen, as
(14) long as they get something to – back to predevelopment
(15) days before people moved into California and started
(16) needing this water.
(17) Which brings me to another point, is I – that I
(18) don't understand in reading the document. It seems like
(19) without quoting specific numbers of what we're trying to
(20) get with fish, we're going to try to get something
(21) pre-Trinity Dam Act numbers. It sounds like maybe, or
(22) maybe it's pre-1500 numbers. I don't know.
(23) But all of this is going to be paid for by the
(24) people who benefit from the dam ultimately.
(25) One of the things that isn't mentioned in the EIS

Page 72

(1) is the 115 million dollars in implement costs. It never
(2) says who's doing to pay for that.
(3) Well, traditionally, water and power pays for it.
(4) And that essentially doubles the impact to power customers
(5) that you have disclosed as the cost to the other power
(6) customers. It doesn't even affect the PUD.
(7) But there's other rivers that don't have dams. And
(8) their fisheries are declined by 20, to 25, 30, 40 percent
(9) of what they used to be.
(10) I think the best example is the Smith River which
(11) has virtually no dams on it, no diversion, doesn't have
(12) something like the Klamath coming into it that dilutes
(13) most of the Trinity River water, and its fisheries is way,
(14) way, way down.
(15) Why should the dam and the beneficiaries from the
(16) dam be required to pay to improve the fishery beyond the
(17) point that other fisheries that don't have dams are? That
(18) seems to me that should be the limit of the exposure.
(19) The other thing I want to talk about is cumulative
(20) impacts. And I'm not meaning the issue that we have all
(21) these things going on in the Central Valley, the Cal-Fed
(22) and the CVPIA and a bunch of other programs intended to
(23) deprive people of water.
(24) What I'm talking about is the cumulative impacts
(25) from now, or from the flow decision, to the year 2020.

Page 73

(1) Everything in this study is looking at the year 2020.
(2) The only reason I can figure out for doing that is
(3) because it takes that many years for enough generation of
(4) fish to create enough fish to be able to justify all this
(5) cost.
(6) But in the meantime, as near as I can tell, Trinity
(7) PUD will have paid, if our growth is the same as it was
(8) since 1993, which is modest by California standards, will
(9) have paid over 11 million dollars cumulatively in the
(10) hopes that this might bring more fish.
(11) It's a lot less than the 69,000 per year number
(12) that comes up in the study.
(13) Of course, all of this study – all this report is
(14) models talking to models. We've got numbers coming out of
(15) this report that are good to the fifth decimal point.
(16) The truth of the matter is none of this is
(17) probably accurate plus or minus 30 or 40 or 50 percent.
(18) We're literally projecting what we think might happen in
(19) the year 2020. We have a hard time figuring out what
(20) happened last year.
(21) So how do we know any of this modeling is going to
(22) make sense?
(23) What we do know is if this flow study is *
(24) implemented, it's going to cost people real money right
(25) now, today, the very first day this is implemented.  We

Page 74

(1) don't know how much, but we know it's going to cost.
(2) We think maybe it will create more fish three
(3) years, five years, 20 years down the road. We don't know.
(4) To me, that's the more common sense approach. Why
(5) not go by this slowly instead of just making one massive
(6) step?
(7) In closure, I think it's very important to go back
(8) to what this means to the people of Trinity County. This
(9) means that over the next 20 years a family – every man,
(10) woman and child in Trinity County will have paid over a
(11) thousand dollars if this flow decision is implemented.
(12) That means a family of four in Hayfork that's not
(13) much affected by this river, that has a median income of
(14) around $22,000, is going to be paying one-fourth of their
(15) annual budget on nothing more than a gamble that this is
(16) going to improve the fisheries, with no provisions in
(17) there to go back to where it was if it doesn't improve the
(18) fisheries.
(19) In fact, what I suspect is going to happen is we're
(20) going to ask the family to pay more if there's no more
(21) fisheries.
(22) I would like to ask why is it that decades ago we
(23) figured out that we cannot commercially harvest game?  We
(24) don't let commercial interests hunt ducks, geese, other
(25) game birds, buffalo, deer.  We realized decades ago that

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 19**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 75

(1) man and his technology is so efficient we can wipe out the
(2) game.
(3) Why didn't we figure out that we can also wipe out
(4) the fishery? Why has it taken us decades later to realize
(5) that we cannot commercially harvest the fishery.
(6) If what we're really wanting to do is get more fish
(7) in the river, rather than spend the 200, 300, 400 million
(8) dollars that we're talking about over the next 20 years --
(9) and it's not disclosed in the report in total, so who
(10) knows what it is, it's several hundred millions --
(11) wouldn't it make more sense to tell the commercial
(12) fishermen to be fish farmers, to let the existing fish
(13) come up the river.
(14) Now, some people will claim well, there's only so
(15) much habitat for the existing fish. Well, fine. Whatever
(16) there's not enough habitat for, let them catch that with a
(17) rod and reel.
(18) One of my favorite expressions about this is it's
(19) not an issue of whether the fish live or die, it's who has
(20) a right to kill them.
(21) I think it's way past the time of realizing that
(22) fish are no different than the deer, the buffalo, the
(23) ducks. They cannot be continued to be commercially
(24) harvested.
(25) In closing, I would like to say that we need more

Page 76

(1) time to digest this. This is very important. I think you
(2) should have more workshops on this to explain your
(3) rationale and your reasoning for it.
(4) And I think there should be sufficient -- I've
(5) heard rumors that there's going to be a workshop, but then
(6) we're still only going to have four days after the
(7) workshop to comment.
(8) I think if you go the extra step to have a
(9) workshop, you should provide enough time after the
(10) workshop to get our thoughts to get and provide comments.
(11) Thank you.
(12) PRESIDING OFFICER RUESINK: Thank you for
(13) your comments, Mr. Coleman.
(14) Our next speaker is State Senator Maurice
(15) Johannessen.
(16) SENATOR JOHANNESSEN: Thank you and welcome
(17) to God's country. I drove up the valley and I can tell
(18) you that aside from the rain following me up the valley,
(19) I'm glad to be back in Redding.
(20) PRESIDING OFFICER RUESINK: Senator, could I
(21) ask you to state your name and spell it for the record?
(22) SENATOR JOHANNESSEN: Sure. Senator Maurice
(23) Johannessen, J-o-h-a-n-n-e-s-s-e-n, Senator for the Fourth
(24) District which includes 11 counties, 38 cities, almost
(25) 900,000 people and most of northern California.

Page 77

(1) PRESIDING OFFICER RUESINK: Thank you.
(2) MR. COLEMAN: Including Trinity.
(3) One of the things that concerns me, and it's
(4) something perhaps that we need some closure on. To be
(5) honest with you, until I saw it in the newspaper this
(6) morning and I alerted my staff in Redding that they would
(7) take the time to go over and listen to what was happening,
(8) I had no idea that this hearing was being put in place.
(9) In realizing the complexity of this kind of a
(10) situation, I think it is beholden to anyone like yourself
(11) who is going to have these hearings, to make sure that we
(12) have the time to study it and the time to analyze what is
(13) being proposed.
(14) I'll give you just a -- perhaps my interest in it.
(15) And this is not a political issue, because I'm the
(16) Chairman of the Cal-Fed -- legislative Cal-Fed committee
(17) that oversees the water issues for the State of
(18) California. So I have more than just a cursory interest
(19) in what's happened.
(20) It is not the north/south kind of a thing or
(21) whatever. That has nothing do with it.
(22) But I just tell you that because of the importance
(23) that we have a chance to look into and see what exactly
(24) has to be proposed.
(25) Just glancing at this as I walked through the

Page 78

(1) door -- it was left on my doorstep -- as I drove, and it
(2) looks like it is a lot of voodoo science involved in this
(3) as far as the fisheries and what happened.
(4) The 2020, the 60 percent to 65 percent seem to be a
(5) rather interesting figure. I don't know quite frankly how
(6) they -- they come up with that. I've lived there 40
(7) years, so I'm well aware of this countryside here.
(8) The -- I suspect that there is a project that is
(9) being decided on, and we now merrily go through the effort
(10) of trying to legitimize what the process should be in
(11) order to achieve what we have already decided it should
(12) be.
(13) Is this too far off? Maybe not.
(14) I had a chance to talk to Babbitt, Interior
(15) Secretary Babbitt, who, as you know all know, was the
(16) governor of Arizona, and -- back I think about three or
(17) four or five months ago.
(18) And the idea then was that, number one, Trinity was
(19) not in the Cal-Fed mix at all. The Cal-Fed being a
(20) consortium of about 14 or 15 federal and state agencies,
(21) all who have their own agendas, none that cooperate with
(22) each other. Now, if that isn't a kettle of fish, I don't
(23) know.
(24) And we have found myself in a position where we may
(25) have to end up, in order to get to the bottom of a lot of

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 20**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 79

(1) this, to use either committee hearings, which we will be
(2) doing more of, we have done some, but also that we will
(3) get back into the area -- maybe forced to using subpoenas
(4) to get the information that we're trying to get.
(5) With that as the background, at that particular
(6) time Interior Secretary Babbitt said well, I think that
(7) Trinity, really we don't have to worry too much about it
(8) in Cal-Fed process. And in any event, we are talking
(9) maybe 250,000 acre feet of water that would have to be
(10) transferred through the Trinity system to the Klamath
(11) River Basin, of Klamath River, in order to solve the
(12) problems that it -- that was supposedly involved with the
(13) Indians.
(14) Since then I understand that we are talking about a
(15) possibility of transfer somewhere in the area of 340 to
(16) 800,000 acre feet of water through the Trinity system.
(17) I also point out to you that there is about a
(18) million acre feet of water that now goes through this
(19) system to the Carr powerhouse at Whiskeytown and a few
(20) other things.
(21) And we're already about a million acre feet short
(22) of the deliveries to the Central Valley projects, to the
(23) contract holders of the two projects.
(24) So if you take that out of the mix again, we're
(25) already a million acres feet short -- a million acre feet

Page 80

(1) short, we now take the additional -- maybe let's say
(2) three-quarter of a million acre feet, we are talking about
(3) putting more water through the, quote, "preferred
(4) alternative," through the Delta, pushing water through the
(5) Delta, northern California water, into the bay and then
(6) obviously down to the pumps down in Tracy.
(7) So the question now is where is the water going to
(8) come from to do this little voodoo science that I called
(9) it? Where is it going to come from?
(10) There is no doubt in my mind that transfer of water
(11) will take place. We in northern California are blessed
(12) with about 80 percent of the water and 20 percent of
(13) people.
(14) And as a good friend of mine in the old days,
(15) Senator Seymore, used to say, "Well, think about it.
(16) Either you give us the water or we give you the people."
(17) I have a problem with that. I can't quite figure
(18) out what the answer should be on that one.
(19) But the point is we know what's going to
(20) happen. So the question is if we can get above the trees
(21) and look behind and say well, we're going to need anywhere
(22) from six to nine million acre feet more in the next 25 to
(23) 35 years.
(24) Where do we get it and how do we do it?
(25) Obviously, we -- additional storage have to be in

Page 81

(1) that mix. It can't be done otherwise. It can't be done.
(2) And if we are continuing on the process that we're
(3) doing now by taking the water away from this side, if you
(4) will, from the eastern side, and put it through Trinity --
(5) And by the way, the Trinity should be cured. They
(6) have a lot of problems and they need to be solved.
(7) But the problem can be solved only with additional
(8) water, not only for their part, but for all our parts.
(9) The question that has to be answered when you deal
(10) with this, it has to be -- Trinity River has to be in the
(11) mix of what we're trying to do in the state of California.
(12) My job is not just thinking about northern
(13) California, but obviously I have a bias. And I admit to
(14) that. But it has to do with how do we solve the problem
(15) in the total -- in totality in California?
(16) We got pretty well on the road to doing that in
(17) southern California. We have worked and given them the
(18) lining, the American canal, and the transfer of water from
(19) Imperial Valley and San Diego. I think we have that just
(20) about worked out.
(21) Northern California has the water. Quite frankly,
(22) we don't have the problem. We're just trying to keep some
(23) of what we have.
(24) The problem lies in the central California. And
(25) there's where some of the biggest problems that we're

Page 82

(1) going to really deal with.
(2) So when you're thinking in terms of Trinity River
(3) and the Trinity watershed, you have to think in terms of
(4) what the effect is going to be and the third party impacts
(5) in northern California itself. You have to do it.
(6) At this particular point they are talking about
(7) laying fallow anywhere up to a million acres of good
(8) farmland in order, quote, "to save the water for all the
(9) restoration projects."
(10) We have spent a couple of billion dollars -- or
(11) going to spend a couple of billion dollars merely to do
(12) restoration work, to do wetlands, meanderers, take-a-way
(13) levees, all of these things. But not one dime at this
(14) point has been spent for the study and the action needed
(15) to build reservoirs to take the -- to control the water.
(16) In fact, already the good peripheral canal which --
(17) we call it the "P word" -- is already being followed. And
(18) some of the land is already been bought down in Hood and
(19) so forth to do the canal.
(20) So anyone that thinks that the decision hasn't
(21) already been made to do what's going to be done in the
(22) future, think again, because it's going to be.
(23) Our fight is let's provide as much water as we can
(24) through the Trinity system. But bear in mind that
(25) whatever is taken away, we've got to replace it from

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 21**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

### Page 83

(1) somewhere. And the only way we can do that is through
(2) reservoirs that is necessary to be built. And that is
(3) about a seven- to ten-year lag time.
(4) So I'm asking you in doing this, I'm glad this is
(5) finally coming to a head, but I would appreciate in the
(6) future if at least through my capitol office and through
(7) my committee, that we get a copy of these things prior to
(8) any kind of a hearing.
(9) Thank you. Glad to be here. Appreciate your all
(10) being here.
(11) PRESIDING OFFICER RUESINK: Thank you.
(12) SENATOR JOHANNESSEN: Maybe you don't
(13) sometime, but it's interesting.
(14) PRESIDING OFFICER RUESINK: Thank you,
(15) Senator Johannessen.
(16) Our next speaker is Tina Andolina.
(17) MS. ANDOLINA: Thank you very much. I'm Tina
(18) Andolina with Friends of the Trinity River. That's
(19) A-n-d-o-l-i-n-a.
(20) The first thing I want to address is I want to
(21) thank you very much for coming up here and for completing
(22) the flow study and the EIS and the EIR.
(23) I've been following this for some time, as have
(24) most of people that have commented or are in this room.
(25) And I think, you know, the six-day public comment period

### Page 84

(1) is great, that's given us ample time to review everything.
(2) You guys have met your NEPA and CEQA requirements.
(3) This process has been delayed and delayed and delayed and
(4) delayed. And I would appreciate no further delays.
(5) The fish have waited 36 years while their habitat
(6) has been destroyed. It's time to move forward, move
(7) forward a Record of Decision, not have this process drawn
(8) out and drawn out.
(9) Secondly, I'd like to say that the legislation
(10) surrounding the Trinity River and the Trinity River
(11) Authorization Act clearly give it a unique position among
(12) all water projects in California. The law clearly says
(13) the fisheries should not be harmed.
(14) And in the CVPIA -- clearly says the Trinity River
(15) is unique. Its position is unique in California and it is
(16) not to be tangled into the mix of other California
(17) issues. And that includes Cal-Fed.
(18) Trinity River is separate from Cal-Fed, it should
(19) remain separate from Cal-Fed. And if it is allowed to be
(20) combined, not only will this process be delayed, but
(21) Cal-Fed will be delayed.
(22) And that's not good for the environment, it's not
(23) good for the farmers, it's not good for California or
(24) California's future.
(25) Now, to get back to the point I really wanted to

### Page 85

(1) make coming up here, we support the science and the
(2) scientific study and investigation that have gone into
(3) producing the flow study and the Environmental Impact
(4) Statement. We think the science is very sound.
(5) However, we still feel that more water is needed to
(6) truly restore the fisheries.
(7) We think that the preferred alternative, giving the
(8) river roughly 48 percent of the water, combined with
(9) mechanical restoration, is far too reliant on the
(10) mechanical restoration to truly get done what needs to be
(11) done, what giving the river more water could get done.
(12) We would like to see flows at about 70 percent
(13) because, first, you know, other scientific studies have
(14) indicated that rivers left to themselves need at less 70
(15) percent of their flow to maintain a healthy fishery.
(16) Second, as we've seen this year and in years past,
(17) funding for restoring the Trinity River isn't very
(18) reliable. So if we focus too much on the mechanical
(19) restoration and that part, needing to get congressional
(20) funding every year, restoring the Trinity River might not
(21) actually occur on a timely schedule.
(22) Second, I want to address the -- you know, some
(23) people were up here saying that, you know, if we're going
(24) to give water back to the Trinity River, we need to do
(25) some mitigation. And some people have suggested surface

### Page 86

(1) storage.
(2) Well, I say no surface storage. There are -- most
(3) of the water that is taken out of the Trinity River is
(4) diverted to the San Joaquin Valley, and principally to
(5) Westlands Water District.
(6) Now Westlands Water District, as many of you know,
(7) was responsible for the Kesterton disaster. And there are
(8) lands in Westlands that have been identified as being
(9) toxic and polluting and lands that should be retired.
(10) If those lands are retired and the water is
(11) returned to the Trinity River, not only will the Trinity
(12) fisheries be restored, but the problems associated with
(13) Westlands, meaning the pollution of the San Joaquin River,
(14) pollution of the San Francisco Bay, which offers drinking
(15) water for two-thirds of California, all those problems
(16) could be solved.
(17) We don't need more surface storage.
(18) Building these dams in California is what caused --
(19) was what's caused all the problems currently.
(20) We're sitting here talking about a fishery that's
(21) declined by 90 percent. Why? Principally, because a dam
(22) was built and 90 percent of the water was diverted.
(23) So the answer to California's water problems is not
(24) build more dams. The answer is conservation.
(25) And the Trinity River can be used as a shining

---

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 22**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

### Page 87

(1) example of habitat that has been restored, as an example
(2) of us being brought back to sanity by saying fish need
(3) water.
(4) You can dredge a river, you can put bulldozers in
(5) the river, but fish aren't going to walk. Fish need
(6) water.
(7) I appreciate all the consideration, all the time
(8) and the effort that all the agencies have put into the
(9) Trinity River. It's been studied for two decades. It is
(10) time now to move towards restoration, to move towards
(11) giving the river more water.
(12) And we would encourage you to look at implementing
(13) a flow regime that allows the Trinity River to have 70
(14) percent of its flows. Then we know that 70, along with
(15) mechanical restoration, can truly restore the fishery.
(16) It's no longer a guessing game. This is our one
(17) chance to fix this river, to fix it as it was promised in
(18) the 1955 legislation.
(19) We've waited long enough. There should be no
(20) further delays. Let's move forward a Record of Decision.
(21) Let's move towards restoring this river.
(22) Thank you.
(23) PRESIDING OFFICER RUESINK: Thank you for
(24) your comments.
(25) Our next speaker is Bernard Bryson.

### Page 88

(1) MR. BRYSON: I'll be quite short here. The
(2) nineteen fifty --
(3) PRESIDING OFFICER RUESINK: And --
(4) MR. BRYSON: I'm Bernard, B-e-r-n-a-r-d,
(5) Bryson, B-r-y-s-o-n, Redding, California.
(6) The 1955 Trinity River Act, PL84-386, stated that
(7) the river diversions were not to be detrimental to the
(8) river.
(9) The 1984 Trinity River Basin Fish and Wildlife
(10) Management Restoration Project Act, PL98-541, stated that
(11) natural fish and wildlife populations should be restored
(12) to levels approximating those which existed immediately
(13) prior to the construction of the Trinity diversion.
(14) The proposed and recommended flow evaluation
(15) alternative is projected through the selected models to
(16) reach approximately 66 percent of those levels.
(17) I have three questions.
(18) First, is this projected two-thirds attainment of
(19) those levels sufficient to meet the intent of the above
(20) legislation?
(21) Two, what criteria are proposed to measure
(22) attainment of the desired goals?
(23) And third, what additional measures are proposed
(24) should the proposed measures fail to restore the river to
(25) the desired levels?

### Page 89

(1) Thank you.
(2) PRESIDING OFFICER RUESINK: Thank you for
(3) your comments, Mr. Bryson.
(4) Our next speaker is Oliver, S. Oliver.
(5) MR. OLIVER: I might be just off the wall
(6) with my --
(7) PRESIDING OFFICER RUESINK: Would you please
(8) state your name --
(9) MR. OLIVER: Stuart Oliver.
(10) PRESIDING OFFICER RUESINK: -- for the record
(11) and spell it, please?
(12) MR. OLIVER: Stuart Oliver, S-t-u-a-r-t
(13) O-l-i-v-e-r, Oliver.
(14) Pardon?
(15) PRESIDING OFFICER RUESINK: Go ahead.
(16) MR. OLIVER: As we know, this Whiskeytown and
(17) Trinity Dam diversion tunnels work very well. I know it's
(18) a gravity-fed tunnel. And it's a beautiful project that
(19) worked. And it's a beautiful engineering marvel.
(20) I'm suggesting something similar to that, only it
(21) would be a combination of tunnel and pumps.
(22) And I live near the river myself. And I've seen it
(23) year after year where we had fifty to 80,000 cubic feet a
(24) second going down that river. And it's scary.
(25) But it's all wasted, going to that ocean. And I'd

### Page 90

(1) like to see something done about it.
(2) And I wrote to the Bureau of Reclamation, oh, five
(3) or ten years ago, asking if they wouldn't make a study.
(4) And I think there should be a study of diverting this
(5) tremendous amount of water that's coming down the
(6) Sacramento, Pit and the McCloud rivers during these very
(7) wet winters when the water is no good to anybody.
(8) It's just going down that river. Shasta Dam can't
(9) use it, the Pit powerhouses can't use it.
(10) And I'm suggesting that the Bureau make a study of
(11) diverting that water through pumps and tunnels over to the
(12) Trinity Dam, even if you have to raise the Trinity Dam
(13) level and make it a larger reservoir.
(14) But I think those two months out of -- of many
(15) years, that water should be saved. And we need the work
(16) and -- we need the work in these counties. And we need
(17) the jobs.
(18) But this is not some fly-by-night thing.
(19) PG&E does this already down there by Fresno. And
(20) the Grand Coulee Dam, if you've ever visited that, you can
(21) see the tremendous pumps facilities they have. Pumps up
(22) to pretty good heights. And even if we had to have other
(23) reservoirs in between --
(24) I know that the river is actually below somewhat of
(25) the Trinity reservoir. And so it needs to be pumped up

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 23**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 91

(1) somewhat to get it up into that level. But I would like
(2) to see a study made of that.
(3) Well, that's pretty much it.
(4) But they have proven, the PG&E has proven that this
(5) 95 – it's 95 percent efficient to do this. And if you
(6) pump the water over there to the Trinity Dam, you've got
(7) excess – that excess water to flow down the Trinity, and
(8) you've got excess water to go down to Tracy.
(9) That's through the – through the Trinity
(10) powerhouse, the Carr powerhouse, the Spring Creek and the
(11) Keswick Dam. You're not wasting any electricity by using
(12) these pumps. And the PG&E has proven this is 95 percent
(13) efficient to do that.
(14) Thank you very much.
(15) BY PRESIDING OFFICER RUESINK: Thank you for
(16) your comments, Mr. Oliver.
(17) Our next speaker is Dave Steinhauser.
(18) MR. STEINHAUSER: Hi. My name is David
(19) Steinhauser, S-t-e-i-n-h-a-u-s-e-r.
(20) And I'm involved in the communities along the
(21) Trinity River wearing different hats such as Board of
(22) Directors of Trinity County Chamber of Commerce, Board of
(23) Directors of Big Bar Community Development Group, a member
(24) of the Six Rivers Outfitter and Guide Association, and a
(25) member of the Trinity River Frontier Business Network.

Page 92

(1) Tonight, however, I speak on behalf of my wife and
(2) myself as owners of a white water recreation business
(3) along the Trinity River since 1988 called Trinity River
(4) Rafting.
(5) Thank you for the opportunity to comment on the
(6) draft EIS/EIR, a document that we have been awaiting a
(7) long time.
(8) When I first received my copy of the DEIS/EIR, it
(9) appeared large, but after browsing through it I realized
(10) that it is mostly material that we have been hashing
(11) through for many years.
(12) I have heard that some folks would like a 90-day
(13) extension on the comment period of this document,
(14) referring to the report's size.
(15) But in my opinion, most anyone who has had an
(16) interest in the DEIS/EIR will find the material to be
(17) quite familiar and there is a very adequate summary.
(18) I believe the comment period which extends to
(19) December 20th is long enough.
(20) White water rafting has at least two levels of
(21) appeal. The adventure of white water and access to a
(22) relatively natural environment.
(23) On the Trinity River, the importance of these two
(24) components are fairly well balanced because the most
(25) popular run, the Class 3 Pigeon Point Run, which starts at

Page 93

(1) the confluence with the North Fork, is widely accessible
(2) and can be enjoyed by a broad spectrum of people.
(3) For white water adventure, our company provides
(4) safety, competent river guides and quality equipment. And
(5) to run white water, we need to have adequate river flows.
(6) For enjoying the river corridor, our company
(7) provides access and interpretation. And we need a quality
(8) environment to showcase.
(9) Adequate river flows for river running on the
(10) Trinity River are defined in the DEIS/EIR as being above
(11) 300 cubic feet per second and below 8,000 cfs.
(12) I would strongly qualify the 300 cfs minimum figure
(13) as being runable by kayaks as ten-foot rafts. Commercial
(14) rafts on the Trinity River are mostly 12-, 13- and 14-foot
(15) rafts, with occasional 16-footers.
(16) These larger rafts don't fit down the river at 300
(17) cubic feet per second when tributary inflow is small.
(18) When I was first involved in commercial recreation
(19) on the Trinity, the dam releases in the summer was 300
(20) cubic feet per second. And we were able to do this
(21) commercial activity by having the guide in a kayak and
(22) describing routes to people in ten-foot rafts.
(23) Around 1990, the release in July and August and
(24) September was increased for the purpose of temperature
(25) controls to 450 cubic feet per second, which resulted in

Page 94

(1) an explosion of rafting activity. It became reliably
(2) possible to run a full-sized raft with a guide down the
(3) river throughout the entire summer.
(4) We now provide services to more people on a busy
(5) July or August weekend than we did during the entire
(6) season before the 450 cfs release.
(7) So as part of my comment I would like to present
(8) this minimum flow for rafting distinction to you.
(9) However, I do not believe that it strongly affects
(10) the implications of the options presented.
(11) The only option that it affects is the 40 percent
(12) in-flow option, which, if changed to a 450 cfs minimum,
(13) would make recreational rafting even less viable, and if
(14) chosen, would probably put most raft companies out of
(15) business.
(16) In terms of overall flow, either the flow
(17) evaluation alternative or the maximum flow alternative
(18) would provide more flows at optimum water levels while not
(19) dipping below 450 cubic feet per second during the busiest
(20) months for rafting, which are July and August.
(21) I concur with the DEIS/EIR on its finding that
(22) these two alternatives would provide the most benefit to
(23) in-river recreational rafting.
(24) Without lengthy elaboration, I believe that either
(25) the flow evaluation or maximum flow alternative would be

**CHALLE & FISHER**                    *Depo-Merge*                    **Page 24**

**ENVIRONMENTAL IMPACT STATEMENT**                    **TUESDAY - NOVEMBER 16, 1999**

Page 95

(1) the only options that could effectively and
(2) comprehensively promote a healthy river corridor.
(3) Although our business does not include a fish and
(4) guide service, watching a full-sized salmon or steelhead
(5) speed by inspires a similar amount of awe as viewing a
(6) bald eagle soaring overhead.
(7) Momentum from working in a community on a healthy
(8) river and the enthusiasm of presenting interpretation
(9) about such an environment is substantial.
(10) Other alternatives are not only scary, but
(11) impractical as the probable result would be the listing of
(12) all anadromous fishes as endangered, with subsequent
(13) shutting down of river activities and cascading
(14) detrimental effects on businesses and communities along
(15) the Trinity River.
(16) No party interested in Trinity River water can
(17) afford further degradation of the fisheries.
(18) Thank you for your time.
(19) PRESIDING OFFICER RUESINK:  Thank you, Mr.
(20) Steinhauser.
(21) Our next speaker is Darren Andolina.  Would you
(22) coming forward, please.
(23) MR. ANDOLINA:  Hello.  I'm Darren Andolina,
(24) A-n-d-o-l-i-n-a.
(25) And I just love the Trinity River.  And I think

Page 96

(1) it's very special place.
(2) And according to Mr. Johannessen's comments earlier
(3) that this is God's country, personally, I've never been
(4) anywhere that wasn't God's country.
(5) And I think we ought to start listening to God.
(6) And God created the river, the Trinity, that flowed.  And
(7) I think human intervention is what's messed everything up.
(8) I don't think you can deny that the activities
(9) involved with building a dam have been -- have not been
(10) responsible for the declining in fisheries.
(11) It might also be harvesting fish off the coast as
(12) well, but that's still another, you know, human
(13) intervention that's affected the Trinity.
(14) I also -- I like EIS/EIR, but I think it is too
(15) reliant upon mechanical restoration.
(16) On principle, I don't think that bulldozers should
(17) be allowed to try to fix the river.  I mean, after all,
(18) they were what created the problem, building a dam.
(19) I think that water is what's needed to clear out
(20) the spawning habitat for the fish and just let nature do
(21) its work.  And that's all that's needed.
(22) Thank you.
(23) PRESIDING OFFICER RUESINK:  Thank you.
(24) Randi Anderson.
(25) MS. ANDERSON:  Hi.  My name is Randi

Page 97

(1) Anderson, R-a-n-d-i A-n-d-e-r-s-o-n.
(2) I've lived in Trinity County for 21 years.  And
(3) during that time I worked for several years with the
(4) Resource Conservation District repairing the Grass Valley
(5) Creek watershed where there was much damage due to
(6) improper logging practices.
(7) And during that time I learned a great deal about
(8) the processes that occurred in the river and came to
(9) understand, you know, what had gone wrong over time since
(10) the dam had been put in place.
(11) And I've interviewed a lot of different people.  I
(12) work as a wilderness guide and am a writer and work with
(13) the schools and put on story-telling events.
(14) And during all of those different kinds of things
(15) that I've been involved in I've interviewed lots of
(16) different people, old people, young people, people who
(17) have lived on the river and have heard over and over again
(18) the stories that people really sadly reminisce about the
(19) river and the salmon runs.  And it really has struck me.
(20) One man in particular was a member of the Yurok
(21) Tribe -- and is a member of Yurok Tribe.  Excuse me.  He
(22) lives on the mouth of the Klamath.  And he remembers when
(23) there were no roads and when they had to canoe back and
(24) forth up to the ocean and back to get their fish.  And he
(25) told amazing stories about the salmon.

Page 98

(1) And, you know, what has struck me about all this is
(2) the profound change that has occurred in -- not only in
(3) the river, but in people's lives and their livelihoods and
(4) in their memories and their spirituality and how they
(5) interact with the river.
(6) Children nowadays don't interact with the river
(7) like they used to.
(8) You know, the seasons used to draw people to the
(9) river.  And it was kind of a whole poetic experience of
(10) humanity in that part of the land and all over the Pacific
(11) Northwest.  And it doesn't really occur any more in these
(12) rivers.  And it's really very sad.
(13) I mean, when you see the look in people's eyes when
(14) they talk about the salmon, how it used to be, it's
(15) just -- it really -- it's real sad.
(16) So I would really like to strongly urge you to
(17) support the preferred flow study option in light of that,
(18) in light of the science that supports it, in light of the
(19) people who live there and all of the animals and fish and
(20) everything that depends on that kind of system.
(21) Thank you.
(22) PRESIDING OFFICER RUESINK:  Thank you.
(23) Roger Sherwood.
(24) Mr. Sherwood, before you begin, you did provide
(25) substantial comments this afternoon which are already part

**ENVIRONMENTAL IMPACT STATEMENT**　　　　　　　　**TUESDAY - NOVEMBER 16, 1999**

Page 99

(1) of our administrative record.
(2) I certainly want to give you the opportunity to
(3) speak again this evening, but I would urge you to maybe
(4) try to be as brief as you can –
(5) MR. SHERWOOD: Okay.
(6) PRESIDING OFFICER RUESINK: – and to
(7) summarize some of those points.
(8) MR. SHERWOOD: Okay.
(9) PRESIDING OFFICER RUESINK: And, if
(10) necessary, I will limit your comments this evening.
(11) MR. SHERWOOD: I understand. Thank you.
(12) Okay. My name is Roger Sherwood, S-h-e-r-w-o-o-d.
(13) My address is Box 683, Big Bar, California. That's six
(14) months out of the year. The other six months is Redding,
(15) California.
(16) I make a living by dredging the Trinity River, and
(17) I've done it for 12 years. I was an aerospace engineer
(18) out of Phoenix and I left that job because I wanted to
(19) come to God's country. I fell in love with the Trinity
(20) River.
(21) Before coming on the Trinity River I spent four
(22) summers in Alaska in the Arctic Circle on the tundra.
(23) There's no pollution up there.
(24) The tundra is covered with blueberries. And
(25) there's a lot of salmon. There's so many salmon you can't

Page 100

(1) believe it.
(2) I have an associate with me today.
(3) I had told you when I first came in, I got no
(4) notice of this meeting other than after 1:00 o'clock this
(5) afternoon, five after 1:00. That's why I was late for
(6) your first meeting. Okay?
(7) PRESIDING OFFICER RUESINK: (Nods head.)
(8) MR. SHERWOOD: I don't have much use for the
(9) newspapers because they're too biased. So I have to
(10) disallow the newspapers. I can't believe what I read in
(11) the newspapers anymore. I no longer believe in what they
(12) publish. That's just the way I feel.
(13) I was looking at some old records. And the Altoona
(14) quick silver mine was one of the largest quick silver or
(15) mercury mine – producing mines in California and in North
(16) America.
(17) In one month they produced 10,000 flasks of
(18) mercury. And I asked a friend of mine over here, I said,
(19) "Well, Lamar," I said, "what does a flask of mercury
(20) weigh?"
(21) He said, "Seventy-four pounds."
(22) Well, that quick silver mine working for – I know
(23) it went down to 5,000 foot deep. But then the thought
(24) occurred to me, where did all that mercury go to?
(25) Well, it was used for mining operations on the

Page 101

(1) Trinity River, Klamath, northern California. I'll just
(2) say that far, because –
(3) Five pounds of mercury is a real small container.
(4) You can imagine a hundred years ago trying to transport a
(5) thousand pounds of mercury. You couldn't do it.
(6) Anyhow, my belief is – I've got a background in
(7) conservation, as I mentioned earlier in the meeting this
(8) afternoon.
(9) I left Phoenix as an aerospace engineer and moved
(10) up to the Trinity River in July of '88 because I liked
(11) getting away from the pollution of Phoenix and the
(12) pristine environment.
(13) Dredging the Trinity River, which is what I did
(14) yesterday afternoon, that's why I – that's why I'm
(15) here – I have watched in the last 13 years the
(16) personality of the Trinity River change.
(17) I have only seen it for 13 years, but I do know –
(18) I've heard – I've talked to old timers and they said when
(19) Highway 299 was built – and I'm talking prior to the
(20) construction of the Trinity Dam – they could look across
(21) the Trinity River and see fresh gravel. They even saw
(22) nuggets of gold in the gravel. They saw fish all over the
(23) place.
(24) Now, when the Trinity Dam was built, they said it
(25) wouldn't hurt the environment. Well, it's different.

Page 102

(1) You guys don't have all the answers. I think I've
(2) got some.
(3) But Mount St. Helens blew up back in the early
(4) 80's, the Department of Interior, Forest Service, BLM,
(5) whoever, got over there and they well, we can do – we can
(6) restore the devastation that Mount St. Helens created.
(7) I walked on Mount St. Helens in July 5th of 1983.
(8) I stood as far as the ribbons would allow me to walk and I
(9) saw that devastation. I personally walked it.
(10) Anyhow, they tried to reclaim the area. They
(11) brought in plants from Asia and whatever for ground cover.
(12) What they found out ten years later – or six years
(13) later is if they had just left it alone, that the area,
(14) Mother Nature, would have healed itself, because volcanos
(15) have actually erupted in North America before man got
(16) involved with them. I'm just saying it would have
(17) done it on its own. Okay?
(18) And it did better than what the engineers tried to
(19) do and what their – the plants they introduced to the
(20) Mount St. Helens area actually messed up and interfered
(21) with the environment.
(22) It slowed down Mother Nature's own reforestation
(23) and restoration program that man interfered with and
(24) stopped. And that's on record.
(25) The – I'm going to get back to the Trinity River

RDD/TRINITYPC-1.DOC-26

**ENVIRONMENTAL IMPACT STATEMENT**   **TUESDAY - NOVEMBER 16, 1999**

Page 103

(1) now.

(2) Okay. Watching the Trinity River when I came in

(3) July of '88, I saw -- I got some mining claims on the

(4) Trinity River. I do dredging. But I saw old wrecked

(5) cars, I saw junk all over the river. And I thought to

(6) myself, here's a beautiful place, and the men are trashing

(7) it.

(8) Charlie Fitch, up until January of this year, was

(9) the Chief Ranger in Big Bar. I've talked to Charlie many

(10) times.

(11) Well, when I picked up a bunch of mining claims on

(12) the Trinity River, six, eight miles of the river, whatever

(13) it was, I said to Charlie, I said, "Charlie, don't worry

(14) about cleaning the trash up on my mining claims. I will

(15) personally pick up the trash."

(16) And nobody pays me a salary. I do it on my own as

(17) an independent entity, and I do not get a paycheck.

(18) So this saved -- Charlie -- Charlie thought "Well,

(19) doggone, this is nice. Here Roger is, going over there

(20) picking up" --

(21) And I did. For many weeks and months every season,

(22) I'd walk around with five-gallon buckets in my hand,

(23) picked up the cigarette butts, picked up the trash the

(24) fisherman discarded, and the kayakers and the rafters.

(25) And I don't mean to pick on them, but I tell you

Page 104

(1) what, when they left, the trash was on my claims. And I

(2) picked it up. Nobody asked me to do it. I did it because

(3) it was the right thing to do for the environment.

(4) That's the attitude I have and that's the attitude

(5) I have today.

(6) I would pick up trash on my claims as long as I own

(7) those claims, and nobody has to pay me a penny to do it.

(8) Now, the thing I see coming is -- I've got friends

(9) that are geologists. And for -- one's a certified

(10) geologist with the State of California. And his business

(11) is environmental cleanup. He gets paid a couple thousand

(12) a week to be a consultant to go over and do environmental

(13) cleanups for disasters all over to western United States,

(14) California and Arizona and Nevada.

(15) I've talked with -- his name -- his first name is

(16) Dave. I don't want to get him in any more trouble already

(17) than he -- than I can do. But I talked to Dave. And he

(18) walked my mining claims with me.

(19) Dave knows how environmentally conscious I am.

(20) Dave is also a dredger, which I am. I'm a dredger.

(21) When I left aerospace engineering 12 years ago, I

(22) quit a weekly paycheck. And my income was just like

(23) falling off a cliff. Bingo.

(24) You try working five years with no paycheck. I

(25) mean, even the jobs you people hold today -- and I don't

Page 105

(1) mean to pick on you -- how long you would stay with your

(2) job if you didn't get paid? How long would you stay?

(3) PRESIDING OFFICER RUESINK: Mr.

(4) Sherwood, could I --

(5) MR. SHERWOOD: Okay.

(6) PRESIDING OFFICER RUESINK: -- have you

(7) focus --

(8) MR. SHERWOOD: Okay.

(9) PRESIDING OFFICER RUESINK: -- on the Trinity

(10) River --

(11) MR. SHERWOOD: Okay. I'm sorry. I don't

(12) mean to attack anybody.

(13) PRESIDING OFFICER RUESINK: -- and the

(14) document that --

(15) MR. SHERWOOD: Okay.

(16) Now, ten years later the Trinity -- the shores of

(17) the Trinity River are cleaned up. Charlie Fitch when he

(18) retired, I talked to Charlie before he retired. I said,

(19) "Charlie," I said, "look how clean the river is."

(20) And then we started joking around. I said,

(21) "Charlie," I said, "I don't mean what the flood did in

(22) '97." I said, "Look how clean the land is."

(23) Because what happened, the people who were living

(24) and using the river and dredging on the river started

(25) waking up. And between Fish & Game and the Forest Service

Page 106

(1) trying to educate them to say, "Hey, look, you don't trash

(2) the river."

(3) Well, 200 years of using the river -- and we'll go

(4) back to that 10,000 flasks that quick silver mine

(5) dumped into the river, let's say maybe not the Trinity,

(6) the rivers, because it was used for mining.

(7) I am guessing there's between a hundred and 1,000

(8) pounds of mercury per mile on the Trinity River. And the

(9) only way you can tell me that it is not there is to dredge

(10) every cubic yard of that river.

(11) And at the bottom of the river you will find --

(12) I've done it. I'll find puddles of mercury on the

(13) bedrock.

(14) The gold recovery in the river, 80 percent of it or

(15) more, that is mercury on it. So that mercury is breaking

(16) up into little microscopic nodules or whatever. It's

(17) polluting the fish, it's polluting the water.

(18) Lake Michigan was closed in the '60's and '70's

(19) because of mercury poisoning to the fish.

(20) What I say is this, I can create jobs, we can

(21) create jobs. I've got a pilot operation going where I can

(22) go and dredge the river.

(23) And the neat thing about the river is if you want

(24) to take a quarter mile of river and clean it up, just a

(25) water mile, one quarter mile of the river -- say there's a

**CHALLE & FISHER**   *Depo Merge*   **Page 27**

**ENVIRONMENTAL IMPACT STATEMENT**

**TUESDAY - NOVEMBER 16, 1999**

Page 107

(1) road that does down to the river, and you clean that up.
(2) You take all the bedrock out.
(3) Now, I'm talking go -- I mean all the overburden
(4) out. And it could be 20 feet deep. So in a quarter mile
(5) you might have ten million cubic yards of overburden.
(6) The silt gets cleaned up of mercury and lead, you
(7) get it out. I can do it. You haul it away in dump
(8) trucks, give it back to the farmers.
(9) It took 200 years or a thousand years for Mother
(10) Nature to make it, but get it before it goes into the
(11) ocean and gets really contaminated.
(12) But the neat thing is if you clean up a quarter
(13) mile stretch of the river, I'm saying to bedrock, let's
(14) say the Big Bar area or Del Loma, what -- the neat things
(15) that happen -- say you spend a summer doing it, you have
(16) eight or ten dredges in there --
(17) I'm talking about getting up all the lead and the
(18) mercury too. The hunters are shooting the ducks. All
(19) that lead's laying in the water. I find it all the time.
(20) But what happens is, the winter the flood comes,
(21) well, it turns around and washing in the hole that you
(22) dredged the year before. Happens to me every year.
(23) I had a hole dredged in the Trinity River two years
(24) ago 25 deep and 60 feet across. You could have put a
(25) four-unit apartment building inside the hole I dredged.

Page 108

(1) Do you know what? I went back the next year, it
(2) was totally filled in. We call it fluff.
(3) But what I'm saying is that, realistically --
(4) I wrote a letter to President Clinton. He did
(5) never -- he never replied.
(6) There's a way to clean up the Trinity River by
(7) stages. You clean it to bedrock, get rid of the small
(8) stuff. Get the lead and the mercury out.
(9) The mercury and the lead would be a byproduct that
(10) could be sold. We could use local people. I'm forming a
(11) company to do just this on a -- on a -- on my own basis,
(12) independent of you people.
(13) But the thing I see -- you're concerned about
(14) cleaning up the Trinity River. Let's get everything out
(15) there. Don't just pick up the overburden that's ten feet
(16) deep, because you didn't get the contaminated materials
(17) out of it.
(18) Let's get the old dredges out of it, let's get the
(19) mercury out, get the lead out of it, and then start
(20) cleaning it up by stages. And then -- it will take a
(21) couple -- it will take 20 years to do it, but you can
(22) start doing it now.
(23) Say there's ten spots on the Trinity River where
(24) you have road access and pickup trucks can haul the
(25) overburden out. I wash it and clean it, get the mercury

Page 109

(1) out, I get the lead out. I got the contaminants out, the
(2) old iron, roust whatever. Do a quarter mile stretch of
(3) the river.
(4) The winter floods come in. You go right back to
(5) that same spot and work it again, only you -- what took
(6) three months to do you can now do in three weeks, because
(7) it's just fluff, it's loose.
(8) You get that out, haul that away in dump trucks. I
(9) classify it: Pea gravel, sand, silt, gravels, one-inch or
(10) two-inch diameter rocks. You use trommels to do that.
(11) But I can put local people to work making a good
(12) salary. And in the process of doing it, restore and
(13) revitalize Trinity County.
(14) If you take look -- like J&M Tackle over in
(15) Junction City had to close his doors. That man, I knew
(16) him personally. Thirteen years he worked on the river and
(17) he thought he could make it.
(18) But the -- the restrictions placed on dredging --
(19) and I'm not saying to interfere with the rafting or
(20) anything, but the neat part of this is you can get a -- it
(21) can pay for itself just like Boulder Dam did.
(22) They built Boulder Dam at a cost of hundreds of
(23) millions of dollars. A byproduct was the electricity that
(24) paid for the dam. So the dam didn't really cost anything,
(25) but it put everything to work. And it's a perpetual

Page 110

(1) source of electricity for, you know, California and
(2) whatever.
(3) This kind of work that I'm talking about can be
(4) done on a small scale, say a quarter of a mile at a time,
(5) eight or ten different locations, get the mercury out.
(6) I don't know what mercury sells for anymore. But
(7) put local people to work. And then truck it out.
(8) And in the process of doing it, by getting the
(9) overburden out -- say you only do one percent the first
(10) year, and after a couple of years you do two, three, four
(11) five percent, we're talking millions of cubic yards,
(12) literally, every year being deposited.
(13) The overburden level would go down shallower and it
(14) would take you less water to have you in six or eight feet
(15) of water.
(16) PRESIDING OFFICER RUESINK: Mr. Sherwood,
(17) could I have you wrap up in about --
(18) MR. SHERWOOD: Sure.
(19) PRESIDING OFFICER RUESINK: -- a minute here.
(20) MR. SHERWOOD: All right.
(21) PRESIDING OFFICER RUESINK: Thank you.
(22) MR. SHERWOOD: I agree -- I would like to
(23) talk with Senator Johannessen before he leaves tonight,
(24) unless he's already gone.
(25) DR. MUELLER: He's right back there.

RDD/TRINITYPC-1.DOC-28

Page 111

(1) MR. SHERWOOD: Okay.
(2) But this can be done and it can be done now. And
(3) it can be done in a manner in which, instead of just
(4) costing money, it can restore an economy, it --
(5) People who live in Weaverville and Trinity County
(6) live there because of the environment, but their families
(7) and sons have to leave because they can't feed their
(8) children, put their children in school, because there is
(9) no work.
(10) But I could put a whole bunch of people to work on
(11) it. You know, I'd have to have a government grant or
(12) something to do a small operation, but the thing is you
(13) guys would see with your own eyes --
(14) And I'm not talking in the year 2020 either. I
(15) think the reason that year comes up, by that time there
(16) I'll be 75 years old and I'll say, "What was the Trinity
(17) River? Huh?"
(18) That's why they're talking about something 20 years
(19) down the road. We don't have all the answers.
(20) But the thing is if you can take little -- a little
(21) at a time and start cleaning it up --
(22) It took 30 to 40 years to mess the river up. If
(23) you consistently work 30 to 40 years to clean the river
(24) up, it would be a lot cleaner.
(25) And every truckload of mercury that goes out of

Page 112

(1) that river -- like again I've got facts from the Altoona
(2) quick silver mine to -- to -- to --
(3) Oh, incidentally, the LaGrange Mine at one time was
(4) the world's largest hydraulic mining operation. And it's
(5) located between Weaverville and Junction City. And that
(6) was at one time the world's largest hydraulic operation.
(7) One of the last stages of hydraulic mining was the
(8) use of mercury. And that's all in the river.
(9) And incidentally, water does not push mercury to
(10) the ocean. Mercury stays right in the river.
(11) PRESIDING OFFICER RUESINK: Thank you, Mr.
(12) Sherwood.
(13) David Bish?
(14) MR. BISH: Good evening. My name is David
(15) Bish, B-i-s-h. I just have a very brief comment this
(16) evening.
(17) As we go through this whole process, it's obvious
(18) that economics is the name of the game here. You know,
(19) saving the fish, the positives of that, and then what are
(20) the costs and who should bear them.
(21) I just wanted to throw out one indirect economic
(22) benefit that quite often gets overlooked in these sort of
(23) analyses.
(24) I moved her in 1989 from Texas. I have a business
(25) here, I have employees here. The reason I moved to this

Page 113

(1) area is specifically for white water boating.
(2) I consider the Trinity River my home river. It's
(3) the river that we use most extensively. And the flows
(4) have -- you know, it's a beautiful area. And it was
(5) enough to induce me to move halfway across the country.
(6) Increasing the river flows, in addition to helping
(7) the fish populations, also has the benefit of increasing
(8) people like myself who may move here and bring economic
(9) growth in the process.
(10) And that sort of analysis -- I know there's one
(11) gentleman indicated 66 jobs would be created. I suspect
(12) with increased flows, there will be at least 66 more white
(13) water boaters moving here. So just factor these sort of
(14) things in here.
(15) And in that regard, I would say, you know, I
(16) certainly would support the preferred alternative,
(17) increasing the flows for the fish as well as white water
(18) boating.
(19) Thank you.
(20) PRESIDING OFFICER RUESINK: Thank you, Mr.
(21) Bish.
(22) We have heard now from everyone that had filled out
(23) a yellow card and expressing a desire to make a statement
(24) this evening.
(25) If anyone else here would like to make a statement,

Page 114

(1) I would ask that you go to the registration table and fill
(2) out a card, and then we will give you the opportunity do
(3) so.
(4) If there are no more cards right now, we will take
(5) a break and reconvene if someone else does register to
(6) speak. We're now off the record.
(7) (Recess taken, 7:14 p.m. - 7:22 p.m.)
(8) PRESIDING OFFICER RUESINK: I'll reconvene
(9) the hearing now. We're back on record.
(10) We do have one other person that's indicated they
(11) would like to make a statement.
(12) But before we do that, I would like to introduce
(13) John Engbring sitting to my immediate left. Mary Ellen
(14) Mueller was the Fish and Wildlife Service representative
(15) and had to leave for another commitment that I think she
(16) has early in the morning than tomorrow.
(17) And so John is the Fish and Wildlife Service
(18) official that's listening to any other statements that we
(19) have this evening.
(20) The next speaker is James Holden.
(21) MR. HOLDEN: Hello. I would just like to
(22) say --
(23) PRESIDING OFFICER RUESINK: Could I have you
(24) state your name and spell it for the record, please?
(25) MR. HOLDEN: Yeah. James Holden, H-o-l-d-e-n.

**ENVIRONMENTAL IMPACT STATEMENT**  **TUESDAY - NOVEMBER 16, 1999**

Page 115

(1) And I work with SWAG which works in the area on
(2) restoring watersheds and also with Shasta College on some
(3) watershed restoration projects.
(4) And what I'm noticing and what I've noticed from
(5) like the Saeltzer Dam discussions that we're having is all
(6) these dams, they're useful at one time, but over time when
(7) we start weighing them against the costs of the
(8) environment, we're finding that these dams aren't
(9) necessarily the solution to the problems we're having.
(10) We're trying to urbanize areas that don't really
(11) have any means of supporting population on its own.
(12) And you're saying here that in 20 years, you know,
(13) we're going -- we're going to take water from southern
(14) California. They're not going to let us. This is a very
(15) rural area with no vote.
(16) How are you going to take water from there and say
(17) that 20 years from now we might have 66 percent of the
(18) fish when we don't really know whether or not this is
(19) going to be the route?
(20) My basic point is any humanization to the rivers
(21) are going to lead a decline in salmonoid and fish habitat.
(22) The Trinity River, no matter what we do to it, the
(23) temperature is still not going to be the same because of
(24) the dam raising the temperature. No matter what we
(25) release the flows at, it's never going to be the same as

Page 116

(1) it is now.
(2) So if you're going to weight it against the
(3) environment, the vote's going to win down south. I don't
(4) really don't think it's going to matter too much what
(5) impact the environment has.
(6) It's who needs the water, who's going to get it.
(7) And that's about all I want to say.
(8) PRESIDING OFFICER RUESINK: Thank you for
(9) your comments.
(10) Again, that's all of the slips that I have of those
(11) wishing to speak. If anyone else in the audience would
(12) like to speak, please go to the registration table and
(13) fill out one of the yellow cards.
(14) And I did see a hand raised. So we'll go off the
(15) record briefly, but let's try to get that person back on
(16) the record very shortly.
(17) We're off the record.
(18) (Recess taken, 7:25 p.m. - 7:27 p.m.)
(19) PRESIDING OFFICER RUESINK: I'd like the
(20) reconvene the hearing. We're back on the record.
(21) The next speaker is Eric Ayers. Would you state
(22) your name and spell it for the record please?
(23) MR. HOLDEN: It's E-r-i-c A-y-e-r-s.
(24) I'm here as a citizen of Shasta County, member of
(25) the Shasta Paddlers, just to say to the board you heard

Page 117

(1) some comments on Trinity County and their influx with the
(2) flows.
(3) And here as a member of the Shasta Paddlers. We
(4) support the flow in the EIR hearing tonight for the
(5) additional water flows to help out with the fish flows and
(6) the recreation from fisheries to white water enthusiasts.
(7) Also on the river paddling, you have the
(8) opportunity to speak with different people that come from
(9) around the world to paddle. Believe it or not, last year
(10) there was some people from Costa Rica paddling on the
(11) Trinity River, which I thought was really a neat thing.
(12) Amazing to be able to speak with them.
(13) And some people from -- all the way from back east
(14) paddling on the Trinity River. And the reason they were
(15) here in January was because the water was at a higher
(16) level. And if the water level was at a higher level
(17) during the summer, they would be here during the summer.
(18) And that in turn brings money to Trinity County
(19) that people might not realize. And I just thought that
(20) might be something to consider with that initial water
(21) flow, that people are going to come and utilize the
(22) resource that they have for fishing, people coming and
(23) spending money on fishing the river, enjoying the river,
(24) seeing its natural environment.
(25) Thank you.

Page 118

(1) PRESIDING OFFICER RUESINK: Thank you, Mr.
(2) Ayres.
(3) Once again, I have no additional slips from people
(4) wishing to make a statement. And so we'll go off the
(5) record temporarily.
(6) (Recess taken, 7:28 p.m. - 8:00 p.m.)
(7) PRESIDING OFFICER RUESINK: I'd like to go
(8) back on the record, please. The hearing is reconvened.
(9) We are back on the record.
(10) I have no other appearance slips. And we're at the
(11) end of our scheduled time.
(12) So on behalf of the US Fish and Wildlife Service
(13) and the cooperating agencies that have been here with us
(14) this evening, we appreciate the time and effort that all
(15) of you took to be here, we appreciate the comments that
(16) you've provided to us. They have been very informative
(17) and will be fully considered in coming to the final
(18) decision.
(19) The hearing is hereby closed. We're off the record
(20) (Whereupon the hearing concluded at 8:00 p.m.)
(21) ---o0o---

**CHALLE & FISHER**          *DepoMerge*          **Page 30**

Page  119

(1) CERTIFICATE OF REPORTER

(3) I, CLIFFORD M. FISHER, a Certified Shorthand

(4) Reporter, licensed by the State of California, License No.

(5) 2727, being empowered to administer oaths and affirmations

(6) pursuant to Section 2093(b) of the Code of Civil

(7) Procedure, do hereby certify:

(8) That the foregoing proceedings were taken in

(9) stenographic shorthand before me at the time and place

(10) herein stated, and were thereafter transcribed under my

(11) direction by computer-aided transcription;

(12) That the foregoing transcript constitutes a full,

(13) true, and accurate record of the proceedings which took

(14) place;

(15) That I am not of counsel or attorney for any of the

(16) parties hereto, or in any way interested in the event of

(17) this cause, and that I am not related to any of the

(18) parties hereto.

(19) IN WITNESS WHEREOF, I have hereunto subscribed my

(20) signature on this 2nd day of December, 1999.

(23) _____

(24) CLIFFORD M. FISHER

(25) ---oOo---

ENVIRONMENTAL IMPACT STATEMENT                    TUESDAY - NOVEMBER 16, 1999

**$**

$2.24 29:15
$22,000 74:14
$350,000 28:4
$500,000 70:3
$69,000 69:14; 70:3,4,9

**,**

'60's 106:18
'70's 106:18
'76 12:9
'82 66:2
'88 101:10; 34:13,15,24,24;
103:3
'97 35:1; 105:22
'98 35:1

**1**

1,000 106:7
10,000 7:1; 100:17; 39:21;
106:4
100 43:22; 45:18
11 34:17; 41:20; 73:9;
76:24
115 72:1
116 27:22
12 41:20; 46:21; 99:17;
104:21
12- 93:14
120,000 15:11
13 34:17; 101:15,17
13- 93:14
14 66:23; 78:20
14-foot 93:14
15 5:5; 24:11; 33:8;
40:14,23; 59:24; 78:20
16 1:15
16-footers 93:15
1655 10:10; 64:17
17 14:17
18 40:23
1900 1:12; 44:5
1930's 44:5
1940's 44:5
1946 50:1
1955 65:12; 87:18; 88:6;
21:7; 54:1; 65:13
1977 26:7
1983 102:7
1984 7:15; 88:9
1988 92:3
1989 112:24
1990 93:23
1993 73:8
1996 22:8
1997 27:6; 47:5; 69:14
1999 1:15; 5:21; 8:14;
10:14; 22:8; 60:15; 62:22;
64:22; 119:20
1:00 1:14; 33:19; 52:12;
100:4,5
1:05 42:25

**2**

2-38 26:23
20 34:10; 40:23; 47:24;
49:2; 57:4; 72:8; 74:3,9;
75:8; 80:12; 107:4; 108:21;

111:18; 115:12,17
20,000 12:11
200 39:25; 44:12;
48:16,16; 49:3,22,23;
51:11,12; 75:7; 106:3;
107:9
2000 5:22; 60:16
2020 27:22; 69:14; 70:13;
72:25; 73:1,19; 78:4;
111:14
2093(b 119:6
20th 5:20; 8:14; 10:14;
60:15; 62:22; 64:22; 92:19
21 97:2
2200 6:21; 61:7
24-inch 39:19
245 26:15
25 13:19; 65:23; 72:8;
80:22; 107:24
25,000 65:15
250,000 79:9
2727 1:16; 119:5
2800 2:0
299 35:24; 44:20,24;
101:19
2:02 52:8
2:51 52:8
2nd 45:4,14; 119:20

**3**

3 92:25
3,000 46:5
30 57:4; 72:8; 73:17;
111:22,23
300 41:5; 75:7;
93:11,12,16,19
32,000 12:6,10
33 67:7
340 79:15
35 80:23
36 54:25; 84:5
38 76:24
3:00 52:12; 57:18,24

**4**

4,000 46:5
40 22:21; 47:24; 57:4,7,8;
72:8; 73:17; 78:6; 94:11;
111:22,23
40's 36:18
40-degree 43:11
400 75:7
429 11:1
45 14:21
450 93:25; 94:6,12,19
47 14:16
48 55:13; 85:8

**5**

5 26:9
5,000 20:25; 21:1; 39:21;
100:23
50 47:24; 48:16; 49:2,22;
51:12; 56:19; 57:4; 65:15;
73:17
50's 36:14
50-degree 43:10
500 36:21; 43:22; 48:21

530 11:3
540,000 26:1
560,000 26:8
5th 102:7

**6**

60 35:22; 56:19; 57:4;
78:4; 107:24
60's 35:21
623-4985 113:9
65 45:20; 78:4
66 32:17,25; 70:14,23;
88:16; 113:11,12; 115:17
660 47:1
683 99:13
69,000 69:19; 73:11
6:00 1:14; 52:13; 57:21,22;
58:1,17

**7**

7 29:3
70 51:22; 55:15; 85:12,14;
87:13,14
72 27:21
75 111:16
7500 61:9
7:14 114:7
7:22 114:7
7:25 116:18
7:27 116:18
7:28 118:6
7th 6:10

**8**

8,000 93:11
80 29:9; 56:21; 80:12;
106:14
80's 102:4
80,000 26:5; 89:23
80- 35:3
800,000 79:16
8:00 52:13; 57:22;
58:18,18; 118:6,20

**9**

90 15:1; 17:24; 18:6; 24:7;
54:4; 56:21; 86:21,22
90,000 60:18; 61:8
90-day 31:11; 92:12
900,000 76:25
95 66:6; 91:5,5,12
95521 10:11; 64:18
95825 2:10
96001 1:13
96024 11:2

**A**

A-n-d-e-r-s-o-n 97:1
A-n-d-o-l-i-n-a 83:19;
95:24
A-y-e-r-s 116:23
able 10:2; 21:9; 64:9;
73:4; 93:20; 117:12
above 11:15; 30:7; 31:11;
40:21; 80:20; 88:19; 93:10
abundant 4:24; 59:18
acceptable 10:5

accepted 8:14; 10:13;
62:22; 64:21
access 6:23; 92:21; 93:7;
108:24
accessible 93:1
accomplished 13:21;
31:15
accomplishing 17:7
according 16:15; 57:18;
96:2
accuracy 9:24
accurate 73:17; 119:13
achieve 78:11
acids 37:22
acknowledge 13:1
acre 13:7; 26:1,5,8; 31:5;
47:4; 79:9,16,18,21,25;
80:2,22
acres 6:18; 14:19; 15:11;
61:8; 65:15,16; 79:25; 82:7
across 14:20; 41:6;
101:20; 107:24; 113:5
Act 7:8; 17:21; 21:7,14,19;
24:24; 25:20; 54:1; 55:7;
65:12,13; 71:21; 84:11;
88:6,10
action 5:15; 18:13,17;
23:24; 60:9; 82:14
actions 30:13
actively 5:4; 59:23
activities 28:3; 95:13;
96:8
activity 93:21; 94:1
actual 19:18; 35:11
actually 33:5; 35:11;
36:15; 37:23; 44:14; 65:12;
85:21; 90:24; 102:15,20
add 7:23; 28:4
adding 15:24
addition 7:18; 28:2,2;
113:6
additional 4:6,9,11; 21:1;
22:25; 57:17; 61:25;
80:1,25; 81:7; 88:23; 117:5;
118:3
Additionally 29:11
address 4:20; 10:8,11;
11:1; 15:18; 54:16; 56:11;
59:15; 64:19; 83:20; 85:22;
99:13
addressed 9:21; 15:16;
19:19; 22:2
adequate 24:14; 92:17;
93:5,5
adjourn 58:18
administer 119:5
administrative 9:17;
52:15; 99:1
admit 36:22; 48:22; 81:13
advance 6:1; 8:4; 60:20;
62:8
adventure 92:21; 93:3
adverse 31:16
aerospace 34:10; 99:17;
101:9; 104:21
affect 72:6
affected 14:9; 68:14;
74:13; 96:13
affecting 5:15; 60:9
affects 14:18; 94:9,11
affiliate 21:1
affirmations 119:5
afford 95:17

RDD/TRINITYPC-1.DOC-32

afraid 17:5,10; 35:8; 37:23
afternoon 3:2,17; 4:12;
6:13; 8:5,10; 9:1,18; 10:15;
18:21; 19:9; 23:18; 31:24;
52:12,16; 56:1; 98:25;
100:5; 101:8,14
again 8:3; 19:8; 30:1;
31:14; 37:3,13; 38:7; 42:13;
51:11,19; 52:17; 55:24;
56:11; 57:19; 61:20; 62:21;
64:21; 69:17; 79:24; 82:22;
97:17; 99:3; 109:5; 112:1;
116:10; 118:3
against 54:12; 115:7;
116:2
agencies 3:18; 8:16,17;
51:16; 62:6,23,25; 68:6;
78:20; 87:8; 118:13
agency 9:7; 12:22; 60:25;
63:20
agendas 78:21
agree 30:25; 110:22
agriculture 54:11,12,17
ahead 20:22; 38:11; 89:15
ahold 47:8
Alaska 99:22
alerted 77:6
algae 51:4
allocation 64:13; 70:1
allow 14:16; 23:10;
65:19,23; 102:8
allowed 84:19; 96:17
allowing 23:11
allows 87:13
alluded 25:18
almost 76:24
alone 26:18; 28:5; 48:22;
102:13
along 8:16; 11:8; 24:5;
33:12; 62:24; 87:14; 91:20;
92:3; 95:14
already 7:11,21; 8:13;
33:10; 46:10,14; 55:5,6;
67:7; 78:11; 79:21,25;
82:16,17,18,21; 90:19;
98:25; 104:16; 110:24
alternative 16:16,25;
23:3,5; 27:18,20; 28:8;
32:16; 33:5; 85:7; 88:15;
94:17,17,25; 113:16
alternative, 80:4
alternatives 5:11; 15:4;
54:14; 60:5; 63:5; 94:22;
95:10
Although 22:10; 95:3
Altoona 100:13; 112:1
amazing 97:25; 117:12
ambiguity 6:9
America 100:16; 102:15
American 14:8; 54:25;
55:8; 81:18
among 84:11
amount 11:19; 17:3;
19:20; 27:25; 28:9; 31:13;
53:23; 56:24; 90:5; 95:5
ample 84:1
anadromous 6:23; 27:1;
95:12
analyses 112:23
analysis 70:6; 113:10
analyze 77:12
and/or 15:6
Anderson 56:18; 96:24,25;

97:1
Andolina 83:16,17,18;
95:21,23,23
Angeles 18:13,16
animals 98:19
ankles 43:14
announcing 24:10
annual 74:15
answer 4:4; 49:15; 80:18;
86:23,24
answered 81:9
answers 43:7; 67:12;
102:1; 111:19
anticipate 15:12
anybody 36:3; 43:8; 45:7;
46:17; 90:7; 105:12
anybody's 21:9; 49:15
anyhow 41:19; 43:24;
45:11; 46:13; 48:8; 101:6;
102:10
anymore 46:21; 48:3;
100:11; 110:6
anyone 10:19; 18:5;
55:24; 77:10; 82:20; 92:15;
113:25; 116:11
anything 13:12; 23:4;
36:1; 41:24; 45:16; 47:12;
49:6; 53:4; 66:4; 109:20,24
Anytime 39:3
anywhere 1:5:15; 40:1;
50:8; 80:21; 82:7; 96:4
apart 65:8
apartment 36:21; 107:25
Appaloosa 1:11
apparent 31:9
appeal 92:21
appear 28:3; 30:6
appearance 9:4; 118:10
appeared 30:17; 92:9
APPEARING 2:0
appears 30:1,2
appendices 24:18,21,22;
60:25
Appendix 28:16
appreciate 12:20; 22:13;
83:5,9; 84:4; 87:7;
118:14,15
approach 29:5; 74:4
approaches 31:22
approximately 88:16
approximating 88:12
April 45:4,14
Arcata 10:10; 64:18
Arctic 99:22
Area 2:12; 8:7; 12:1;
14:18; 15:21; 26:10; 31:4;
38:15; 39:2; 40:14; 48:23;
49:20; 50:16; 56:21; 61:10;
62:13; 79:3,15;
102:10,13,20; 107:14;
113:1,4; 115:1,15
areas 12:17; 19:25; 37:25;
115:10
aren't 87:5; 115:8
argue 18:6
Arizona 34:10; 78:16;
104:14
around 29:25; 40:19;
44:4; 45:5; 46:8; 48:23;
50:22; 51:3; 74:14; 93:23;
103:22; 105:20; 107:21;
117:9
array 15:3

Asia 102:11
aside 76:18
ask 4:8; 20:5; 49:17; 59:3;
74:20,22; 76:21; 114:1
asked 65:19; 70:19;
100:18; 104:2
asking 67:10; 83:4; 90:3
aspect 35:17; 68:25
aspects 5:18; 8:21; 60:12;
63:4
Assemblyman 14:5
Assemblymen 14:25
assessing 25:15
assessment 19:25
Assistant 16:6
associate 100:2
associated 86:12
Association 91:24
assume 29:7; 70:9
assumption 29:11; 30:12
assumptions 30:11
assuredly 33:1
Attachment 29:3
attack 105:12
attainment 88:18,22
attempt 30:18
attend 5:25; 60:19
attitude 104:4,4
attorney 119:15
attributes 30:4,14
audience 9:20,21; 24:16;
56:16; 64:2,2; 116:11
August 93:23; 94:5,20
authorization 32:12;
84:11
avalanche 68:6
awaiting 92:6
aware 33:8; 36:9; 78:7
away 34:16; 38:7;
47:19,20; 57:11; 68:25;
81:3; 82:25; 101:11; 107:7;
109:8
awe 95:5
awhile 11:5
Ayers 116:21
Ayres 118:2

**B**

B-e-r-n-a-r-d 88:4
B-i-s-h 112:15
B-r-y-s-o-n 88:5
Babbitt 25:2; 78:14,15;
79:6
back 19:2; 20:3; 37:6;
38:5,10,11; 41:15; 42:19;
44:4,7,8; 47:15,20,21;
48:7,8,16,17; 49:12;
52:5,10,13; 69:24; 71:2,14;
74:7,17; 76:19; 78:16; 79:3;
84:25; 85:24; 87:2;
97:23,24; 102:3,25; 106:4;
107:8; 108:1; 109:4;
110:25; 114:9; 116:15,20;
117:13; 118:8,9
background 34:9; 43:6;
79:5; 101:6
bad 35:14; 36:11,15;
40:7,11
balanced 92:24
bald 95:6
bank 35:19; 37:17; 43:13;

46:25; 47:10; 48:13; 57:11
banks 35:24
Bar 36:17; 48:21,23;
91:23; 99:13; 103:9;
107:14
Bar/Del 48:24
bare 23:5
based 17:20; 28:19; 32:17;
53:25; 55:2
basic 115:20
basically 10:23; 16:9;
67:10,25
Basin 2:4; 3:13; 7:2;
13:17,18; 16:10,10; 17:8,10;
18:7; 58:14; 61:10; 62:3;
79:11; 88:9
basis 27:9; 108:11
bay 80:5; 86:14
bear 82:24; 112:20
beautiful 55:17,19;
89:18,19; 103:6; 113:4
became 34:20; 94:1
Beck 69:16
become 13:11; 64:4
bedrock 41:2; 106:13;
107:2,13; 108:7
beg 3:21
begin 9:9; 10:19; 63:17;
71:12; 98:24
beginning 62:4
behalf 3:5; 5:23; 23:21;
58:4; 60:17; 92:1; 118:12
behind 19:4; 39:22;
41:23; 42:6; 46:10; 67:11;
80:21
beholden 77:10
belabor 66:1
belief 101:6
believe 7:5; 8:1; 22:18;
24:9; 25:20; 27:7; 33:9;
54:16; 55:14; 64:19; 92:18;
94:9,24; 100:1,10,11; 117:9
believed 26:25
belonging 21:17
below 26:15; 29:24; 39:6;
48:21; 90:24; 93:11; 94:19
beneficiaries 72:15
benefit 6:19; 65:24;
71:24; 94:22; 112:22;
113:7
benefits 15:20;
16:12,15,18,22; 17:9; 69:11
Bernard 87:25; 88:4
best 12:17; 39:17; 45:15;
72:10
bet 49:7
better 26:11; 102:18
beyond 48:10; 55:13;
72:16
bias 81:13
biased 100:9
big 34:21; 36:17,20; 39:5;
40:17,19; 41:10; 43:19;
44:22,23; 46:19,20;
48:21,23,23; 50:5,10; 91:23;
99:13; 103:9; 107:14
bigger 38:21; 40:14,19
biggest 81:25
billion 82:10,11
Bingo 104:23
birds 74:25
Bish 112:13,14,15; 113:21
bite 50:12,13

RDD/TRINITYPC-1.DOC-33

black 44:19
bleachers 47:6
blessed 80:11
blew 102:3
BLM 102:4
blow 40:9; 44:13
blowing 40:8
blueberries 99:24
Board 3:24; 6:10; 22:12;
65:7; 91:21,22; 116:25
boaters 113:13
boating 113:1,18
Bob 17:15,16
Boise 2:3; 58:15
bothering 49:5
bottom 49:1,6; 51:1;
78:25; 106:11
bought 44:23; 82:18
Boulder 109:21,22
Box 11:1; 24:19; 99:13
break 114:5
breaking 23:6; 106:15
bridge 11:9
brief 6:15; 32:9; 52:20;
61:5; 99:4; 112:15
briefly 116:15
bring 45:1; 73:10; 113:8
bringing 14:8
brings 71:17; 117:18
broad 93:2
broaden 11:19
brought 24:17; 87:2;
102:11
browsing 92:9
Bryson 87:25; 88:1,4,5;
89:3
bucket 36:18; 48:20
buckets 103:22
budget 19:4; 74:15
buffalo 74:25; 75:22
build 18:15; 65:19; 82:15;
86:24
building 9:4; 36:21; 59:2;
63:12; 86:18; 96:9,18;
107:25
built 11:13; 35:21,23;
49:23; 83:2; 86:22;
101:19,24; 109:22
bull 35:11
bulldozers 87:4; 96:16
bunch 11:14; 41:11;
72:22; 103:11; 111:10
Bureau 2:3; 3:25; 5:7,24;
8:6; 58:7,21; 60:1,18;
62:12; 90:2,10
buried 68:5
burn 40:7
burned 15:12
Burnt 34:4,4; 36:17;
40:4,8,12,20,22; 41:1,11;
43:17
busiest 94:19
business 50:6; 91:25;
92:2; 94:15; 95:3; 104:10;
112:24
businesses 95:14
busy 94:4
butts 103:23
byproduct 38:8; 44:17;
108:9; 109:23
byproducts 37:19; 38:2

C

C-o-l-e-m-a-n 65:4
CA 1:13; 2:10,13,16,0
Cal 23:3
Cal-Fed 55:4; 72:21;
77:16,16; 78:19,19; 79:8;
84:17,18,19,21
California 2:12; 8:7;
10:11; 11:2; 14:18,21;
20:11,24,25; 27:3; 28:20,25;
29:2,19; 31:4; 36:17; 62:13;
64:18; 71:15; 73:8; 76:25;
77:18; 80:5,11;
81:11,13,15,17,21,24; 82:5;
84:12,15,16,23; 86:15,18;
88:5; 99:13,15; 100:15;
101:1; 104:10,14; 110:1;
115:14; 119:4
California's 84:24; 86:23
California/Nevada 2:9;
4:15; 59:8
call 46:16; 67:12; 82:17;
108:2
called 9:8; 42:25; 63:16;
67:23; 80:8; 92:3
camp 40:22
can't 12:6,7; 36:1; 40:24;
41:6,12; 68:1; 80:17;
81:1,1; 90:8,9; 99:25;
100:10; 111:7
canal 81:18; 82:16,19
canoe 97:23
Canyon 34:5;
40:4,13,20,24,25; 41:7,11
capitol 83:6
car 43:4
card 52:5; 113:23; 114:2
cards 55:25; 53:14; 114:4;
116:15
care 71:13
carefully 8:22; 63:6
Carolina 14:21
carpet 46:16
Carr 28:10; 79:19; 91:10
cars 47:18; 103:5
cascading 95:13
case 3:11
catch 13:18; 75:16
causation 27:2
causative 27:2
cause 119:17
caused 86:18,19
cement 44:23
Central 15:24; 16:11,18;
17:23,25; 21:17,24; 28:9;
30:20; 62:16; 72:21; 79:22;
81:24
centrifuge
39:17,19,22,23,24
cents 23:12
century 44:5
CEQA 3:25; 22:18; 60:7;
61:1; 84:2
certain 8:25; 63:8
certainly 29:16; 30:11;
99:2; 113:16
CERTIFICATE 119:1
certified 104:9; 119:3
certify 119:7
cetera 111:18; 12:14; 68:24
cfs 93:11,12; 94:6,12

chairman 25:5; 77:16
Chamber 91:22
chance 14:13; 56:1;
77:23; 78:14; 87:17
change 15:11; 98:2;
101:16
changed 35:2; 94:12
changes 15:19
channel 11:21; 17:2,4;
57:7
Chapter 26:9
characterizes 31:8
Charlie
103:8,9,13,13,18,18;
105:17,18
Charlie, 105:19,21
chased 50:17
chasing 35:13
check 34:25; 43:17
Chief 103:9
child 74:10
children 68:24; 98:6;
111:8,8
Chinook 61:16
chosen 94:14
CHRIS 2:3; 63:5; 60:22,24
cigarette 103:23
Circle 99:22
circuitous 54:21
cite 27:5
cited 27:2
cities 76:24
citizen 116:24
citizens 24:1; 28:5
City 11:2,9; 23:20,21,22;
24:1; 25:2,12; 28:4; 45:3;
109:15; 112:5
Civil 119:6
claim 47:4; 75:14
claims 34:5; 46:1; 51:22;
103:3,11,14; 104:1,6,7,18
Class 92:25
classified 35:19
classify 47:11; 48:13;
109:9
clean 34:6; 35:10,25;
37:16; 38:21,25; 39:23;
41:15; 42:5,20; 43:21;
47:2,13; 48:13,15; 49:18,22;
50:14,18,19; 51:9;
105:19,22; 106:24;
107:1,12; 108:6,7,25;
111:23
cleaned 37:25; 57:9;
105:17; 107:6
cleaner 111:24
cleaning 38:1,8; 41:15,18;
45:6; 103:14; 108:14,20;
111:21
cleans 42:7
cleanup 104:11
cleanups 104:13
clear 96:19
clearly 68:17; 84:11,12,14
cliff 104:23
CLIFFORD 1:16; 119:3,24
Clinton 108:4
close 55:24; 57:20; 58:19;
109:15
closed 5:20; 57:23; 60:14;
106:18; 118:19
closely 33:5

closer 12:14; 30:13
closing 75:25
closure 74:7; 77:4
club 21:1
co-leaders 62:24
Coast 20:24; 27:1; 96:11
coated 36:24; 48:24; 49:9;
51:4
Code 11:2; 119:6
Coho 7:6; 36:13; 54:9;
61:15
cold 37:5; 43:14
Coleman 65:1,3,4; 76:13;
77:2
collaborative 5:6; 59:25
College 115:2
combination 89:21
combined 84:20; 85:8
comes 41:2; 42:3; 69:6;
73:12; 107:20; 111:15
coming 4:13; 13:4; 44:22;
59:10; 72:12; 73:14;
83:5,21; 85:1; 90:5; 95:22;
99:21; 104:8; 117:22;
118:17
comment 4:11;
5:11,17,19,20; 7:23; 14:17;
19:1,3; 20:16; 22:25; 24:15;
31:12,23; 56:4; 57:17;
60:5,11,16,14; 63:14;
67:4,14,21; 69:18; 76:7;
83:25; 92:5,13,18; 94:7;
112:15
commented 83:24
comments 3:8; 6:2,7,16;
8:4,12,13,15,21,24;
9:2,8,15,16,18,21;
10:3,4,6,13,15,19; 12:19;
13:2; 14:1,11; 16:3; 20:8;
23:16,25; 24:5; 32:1,9;
33:16; 51:14,20; 53:7;
55:22; 56:11; 58:9,23;
60:21; 61:5; 62:9,20,21,23;
63:4,4,7,10,13,16,23,24;
64:3,10,10,12,14,21,22,23;
67:13,17,18; 71:6; 76:10,13;
87:24; 89:3; 91:16; 96:2;
98:25; 99:10; 116:9; 117:1;
118:15
Commerce 91:22
commercial 74:24; 75:11;
93:13,18,21
commercially 74:23;
75:5,23
commitment 114:15
committee 12:23; 77:16;
79:1; 83:7
common 68:25; 74:4
communities 19:15;
91:20; 95:14
Community 91:23; 95:7
companies 94:14
company 34:7; 36:6;
93:3,6; 108:11
comparative 69:21
compare 18:12
comparison 70:5
competent 93:4
compile 8:17; 62:25
complete 9:17
completing 83:21
complexity 77:9
complication 24:25

components 92:24
compound 26:3
comprehensively 95:2
computer-aided 119:11
concern 16:11,19,21;
53:14
concerned 19:11; 108:13
concerns 4:21; 16:8; 24:4;
32:20; 59:15; 77:3
concluded 118:20
concludes 68:13; 70:13
conclusion 31:9
concrete 11:12
concur 94:21
conditions 19:22
conducting 3:8; 52:20;
58:9
conflicts 67:9
confluence 93:1
confused 65:10
Congress 4:20,25;
7:12,14,17; 23:7; 59:14,19;
61:21; 65:22
congressional 5:3; 59:22;
66:20; 85:19
Congressman 25:8
connection 9:14; 63:22
cons 22:4
conscious 104:19
Consequently 66:1
Conservation 34:19,21;
86:24; 97:4; 101:7
consider 14:22; 54:14;
55:12; 68:7,9; 113:2;
117:20
consideration 8:15;
10:14; 19:6,10,16; 20:5;
25:15; 26:20; 27:11; 53:21;
62:23; 64:23; 87:7
considered 5:13; 8:23;
60:7; 63:6; 67:15; 118:17
considering 23:24; 55:13
consistently 111:23
consortium 78:20
constant 22:5
constantly 20:3
constitutes 119:12
construction 88:13;
101:20
constructive 25:13,16;
67:13
consultant 104:12
contained 47:14
container 101:3
contaminants 46:22;
109:1
contaminated 38:23;
42:4; 107:11; 108:16
contaminating 37:1
contamination 43:25;
46:18
contemporarily 7:4;
61:11
continue 17:9
continued 75:23
continuing 81:2
contract 37:9; 44:22;
79:23
control 16:14,23; 17:9,11;
82:15
controlling 17:21
controls 93:25

conveniently 68:11
conveyors 47:18
cooperate 78:21
cooperating 8:17; 62:24;
118:13
coordinated 27:9
copies 4:6; 25:9
copper 45:13
copy 9:23; 10:3; 20:13,15;
25:4; 52:25; 64:5; 83:7;
92:8
correct 54:15
correlation 27:15
corridor 93:6; 95:2
cost 27:21; 28:4; 29:2,12;
39:16; 69:13,20; 72:5;
73:5,24; 74:1; 109:22,24
Costa 117:10
costing 111:4
costs 27:18;
28:2,6,13,14,16,17,19,21;
69:6,23; 70:9; 72:1; 112:20;
115:7
Cottage 20:4
couldn't 40:10; 101:5
Coulee 90:20
counsel 116:15
counties 76:24; 90:16
country 8:2; 14:20; 76:17;
96:3,4; 99:19; 113:5
countryside 78:7
County 2:18; 3:7,24;
5:8,25; 6:6,7,9; 16:7,23;
21:2,5; 28:17; 43:23;
58:8,22; 60:2,19,23,25,25;
65:7,8,9,14,17,23,25; 66:3,7;
68:17,19,19;
69:1,6,7,8,9,11,20;
70:15,18,25; 71:1,3;
74:8,10; 91:22; 97:2;
109:13; 111:5; 116:24;
117:1,18
couple 6:15; 19:1; 31:6;
35:5; 37:10; 39:13; 40:2;
44:16; 61:5; 82:10,11;
104:11; 108:21; 110:10
course 25:24; 73:13
court 9:24; 52:23
courtesy 12:20; 15:2
cover 11:7; 102:11
covered 26:9; 55:6; 56:21;
99:24
cows 54:17,19
create 70:14,23; 73:4;
74:2; 106:20,21
created 30:25; 65:13;
96:6,18; 102:6; 113:11
Creek 110:10,14,23,23;
13:16,19; 28:11; 91:10;
97:5
criteria 26:14; 88:21
critical 27:8
crops 38:12
cross-examination 53:4
cross-examined 9:14;
63:22
CSR 1:16
cubic 12:6,10,11; 29:15;
89:23; 93:11,17,20,25;
94:19; 106:10; 107:5;
110:11
cumulative 72:19,24
cumulatively 73:9

cured 81:5
current 28:19
currently 66:15; 86:19
cursory 77:18
customer 23:22; 28:14,14;
66:8,9,10,11,14; 69:25
customers 29:8; 72:4,6
cut 11:18
CVP 23:22; 24:23;
25:19,23,24; 28:13,15; 29:8;
32:11
CVPIA 7:15; 61:23; 72:22;
84:14

D

D-e-b-r-a 53:17
dam 11:13,16; 29:24;
35:21; 36:1; 44:13,13;
49:23; 54:5; 65:13; 66:17;
71:21,24; 72:15,16; 86:21;
89:17; 90:8,12,12,20;
91:6,11; 93:19; 96:9,18;
97:10; 101:20,24;
109:21,22,24,24; 115:5,24
dam's 36:1
damage 17:23; 97:5
damages 19:25
dams 21:18; 27:13;
72:7,11,17; 86:18,24;
115:6,8
Darren 95:21,23
Dave 91:17;
104:16,17,19,20
David 91:18; 112:13,14
day 4:13; 45:18; 73:25;
119:20
days 14:12,12,16,21; 15:1;
24:7; 32:23; 40:21; 66:23;
71:15; 76:6; 80:14
deadlines 22:12
deaf 12:25
deal 81:9; 82:1; 97:7
death 40:8
debating 53:23
Debra 52:18; 53:17
decades 74:22,25; 75:4;
87:9
December 5:20; 6:10;
8:14; 10:13; 60:14; 62:22;
64:22; 92:19; 119:20
decided 52:3; 65:22;
78:9,11
decimal 73:15
Decision 5:21;
22:7,9,20,22; 23:10; 60:15;
70:13; 72:25; 74:11; 82:20;
84:7; 87:20; 118:18
decisions 14:10; 17:19
decline 27:1,2; 115:21
declined 27:14; 72:8;
86:21
declines 21:12; 61:21
declining 96:10
decomposed 11:15
deep 12:2; 24:21; 35:22;
56:21; 100:23; 107:4,24;
108:16
deer 74:25; 75:22
defined 93:10
degradation 95:17
DEIS/EIR 92:8,16; 93:10;
94:21

Del 36:17; 39:6,7; 40:16;
46:1; 107:14
delayed 84:3,3,3,4,20,21
delays 22:5,19,25; 84:4;
87:20
delicate 20:2
delivered 29:2,14
deliveries 79:22
Delta 80:4,5
demonstrate 29:23
deny 96:8
DEPARTMENT 1:1; 5:4,17;
18:14; 19:24; 24:9; 47:9;
59:23; 60:11; 102:4
depended 61:12
depending 39:14
depends 98:20
deposited 110:12
deprive 72:23
depth 30:17
described 63:5
describing 93:22
description 52:20
designated 6:6
desirable 30:14
desire 113:23
desk 56:1
destroyed 84:6
determined 29:4
detrimental 17:25; 88:7;
95:14
devastating 65:17
devastation 102:6,9
develop 15:3
developing 24:12; 41:22
development 7:24; 8:1;
91:23
diameter 11:11; 109:10
Dick 14:5
Dickerson 14:5
didn't 17:17; 39:5; 40:17;
69:22; 75:3; 105:2; 108:16;
109:24
die 75:19
Diego 81:19
different 39:6; 65:9; 69:3;
75:22; 91:21; 97:11,14,16;
101:25; 110:5; 117:8
difficult 32:23
digest 76:1
dilutes 72:12
dime 82:13
dipping 94:19
direct 12:19
directed 4:25; 59:19
direction 119:11
directly 29:25
Director 2:16; 23:20
Directors 91:22,23
disallow 100:10
disaster 86:7
disasters 104:13
disbelief 14:15
discarded 103:24
disclose 70:8
disclosed 67:15; 72:5;
75:9
disclosure 69:5
discuss 67:22
discussing 70:16
discussion 68:15

discussions 115:5
disenfranchised 68:1
distinct 68:7
distinction 94:8
District 65:5; 76:24;
86:5,6; 97:4
disturbed 22:4
dive 41:19
diversion 4:22; 55:2;
59:16; 72:11; 88:13; 89:17
diversions 27:14; 88:7
diverted 19:21,23; 21:16;
54:5,10; 86:4,22
diverting 90:4,11
diving 40:12
division 8:8; 62:17
document 7:24; 8:1;
16:8,15,19; 18:3; 24:20;
28:1,23; 29:3,7; 30:1,18;
31:1,7; 66:24; 67:15;
68:3,4; 71:4,10,18; 92:6,13;
105:14
documented 7:1; 61:9
documents 8:22; 10:5;
63:5; 67:10,11; 68:2
does 11:19,22; 27:13;
28:6; 29:23; 30:6; 41:1;
48:4; 68:15; 90:19; 95:3;
100:19; 107:1; 112:9; 114:5
doesn't 12:15; 13:1; 66:4;
69:2,15; 70:8; 71:4,13;
72:6,11; 74:17; 98:11
doggone 103:19
doing 13:22,22; 22:3;
37:10; 38:22; 42:2; 44:4;
72:2; 73:2; 79:2; 81:3,16;
83:4; 107:15; 108:22;
109:12; 110:8
dollars 13:12; 27:22;
28:18,22; 29:16; 66:4; 68:3;
69:14; 72:1; 73:9; 74:11;
75:8; 82:10,11; 109:23
done 7:13; 13:12,23;
23:2,12; 36:2; 42:6; 45:7;
53:8,12; 79:2; 81:1,1;
82:21; 85:10,11,11; 90:1;
99:17; 102:17; 106:12;
110:4; 111:2,2,3
door 78:1
doors 109:15
doorstep 78:1
double 28:21
doubles 72:4
doubt 80:10
Douglas 11:1,9
down 17:17; 25:25;
26:8,12,15; 29:17,20;
35:4,25; 38:3; 40:12,20,24;
41:7,9,13; 43:16,17;
49:1,10; 50:20; 51:1,2;
64:10; 72:14; 74:3; 80:6,6;
82:18; 89:24; 90:5,8,19;
91:7,8; 93:16; 94:2; 95:13;
100:23; 102:22; 107:1;
110:13; 111:19; 116:3
downstream 30:23; 31:2
DR 3:20; 4:12; 59:9;
110:25
draft 3:9; 4:17; 5:18,19;
8:14,21; 10:5; 15:4; 19:5;
24:17; 32:16; 58:10; 59:11;
60:12,13; 62:21; 63:4; 92:6
drainage 15:16

drastically 17:6; 67:4
draw 98:8
drawdowns 15:19
drawn 25:25; 26:8,15;
84:7,8
dred 38:14
dredge 35:6; 36:18,20;
41:19; 42:17,21; 46:9;
48:20,22; 50:2,3,18; 51:2;
87:4; 106:9,22
dredged 35:13,14; 39:6;
107:22,23,25
dredger 42:15,16,19;
104:20,20
dredges 45:8,9
dredges 35:5; 107:16;
108:18
dredging 33:20; 34:1,23;
35:4; 37:9; 39:3; 50:20;
99:16; 101:13; 103:4;
105:24; 109:18
drinking 86:14
Drive 1:12
drivers 35:12
drives 30:13
drops 68:11
drought 26:7; 30:24
drove 76:17; 78:1
dry 25:24; 26:1,14
ducks 74:24; 75:23;
107:18
due 31:10; 33:7; 70:18;
97:5
dumb 45:9
dump 38:7; 42:4,9; 44:5;
47:17; 107:7; 109:8
dumped 41:10; 47:5;
106:5
dumping 11:10
dumps 45:5,12
duration 17:1
during 26:1; 90:6;
94:19,19; 97:3,7,14;
117:17,17

E

E-r-i-c 116:23
eagle 95:6
earlier 25:18; 52:11,19;
96:2; 101:7
early 5:21; 60:15; 102:3;
114:16
ears 12:25
east 11:8; 117:13
eastern 18:14,16; 81:4
eat 36:12,16; 42:12;
50:11,13
ecologically 18:10
economic 15:19; 70:22;
112:21; 113:8
economics 21:22; 112:18
economies 22:23; 68:20
economy 66:4; 68:16,23;
111:4
educate 106:1
effect 65:17; 82:4
effectively 95:1
effects 4:21; 59:15; 95:14
efficient 75:1; 91:5,13
efficiently 17:4
effort 5:6,25; 59:25;

60:19; 62:24; 78:9; 87:8;
118:14
efforts 28:3; 31:14
eight 24:21; 35:12; 40:20;
103:12; 107:16; 110:5,14
eight-inch 35:5
eighth 47:2
EIR 33:4; 53:22; 83:22;
117:4
EIR/EIS 32:16
EIS 14:12; 24:12,17,24;
25:18; 26:3,13,23;
29:5,11,14,23; 68:11,22;
69:4; 71:25; 83:22
EIS/EIR 5:9,18; 8:14,21;
22:15; 23:2; 60:3,12,13;
62:21; 63:4; 92:6; 96:14
either 13:1; 38:10; 79:1;
80:16; 94:16,24; 111:14
elaboration 94:24
elected 65:7
electric 23:19; 29:19;
65:6
electricity 91:11; 109:23;
110:1
elephant 50:13
elephant? 50:11
elevate 12:13
ELLEN 2:3; 4:10,14; 59:6;
61:20; 114:13
else 18:8; 42:11; 51:25;
66:18; 69:7; 113:25; 114:5;
116:11
Embedded 30:10
emphasis 31:18
emphasize 25:12
employed 30:5
employees 13:21; 112:25
empowered 119:5
enacted 7:14; 65:13
encourage 22:16,24; 23:9;
55:11; 59:3; 87:12
encourages 5:17; 60:11
end 28:10; 78:25; 118:11
Endangered 7:8; 17:20;
21:14; 54:9; 95:12
energy 65:23
Engbring 114:13
engineer 34:10,20;
42:15,16; 99:17; 101:9
engineering 34:13; 89:19;
104:21
engineers 102:18
enhanced 27:7
enjoy 57:13; 66:7
enjoyed 57:14; 93:2
enjoying 93:6; 117:23
enjoyment 57:3
enough 19:3; 45:9; 47:4;
50:8; 64:9; 73:3,4; 75:16;
76:9; 87:19; 92:19; 113:5
ensure 9:24; 64:4
entailed 10:22
enter 25:3
entered 9:3; 25:7
enthusiasm 95:8
enthusiasts 117:6
entire 6:10; 94:3,5
entirety 23:21; 25:24
entity 65:9; 103:17
entrance 34:4
Envious 54:23

environment 5:16; 19:14;
60:10; 84:22; 92:22; 95:8;
95:9; 101:12,25; 102:21;
104:3; 111:6; 115:8;
116:3,5; 117:24
ENVIRONMENTAL 1:6,7;
3:9; 4:6,18; 8:18; 16:18;
58:10; 59:12; 63:1;
67:23,25; 71:2; 85:3;
104:11,12
environmentally 18:11;
104:19
equipment 34:7; 36:6;
57:9; 59:8,20; 40:3; 41:21;
42:13,23; 44:21; 45:6,7,11;
48:12; 50:4; 93:4
equivalent 70:21
Eric 116:21
ERICKSON 2:3; 6:3,5,5;
60:22,24,24
erupted 102:15
ESA 7:10
especially 21:13
essence 13:8
essential 7:3
essentially 32:25; 72:4
estimated 29:1
estimates 28:20
evaluate 5:1; 59:20
evaluates 25:23
evaluating 30:4
evaluation 22:14; 23:2;
26:14; 30:3,7,22; 88:14;
94:17,25
evening 52:13,17; 57:21;
58:1,4,25; 59:9; 61:3; 63:9;
64:14; 65:3; 99:3,10;
112:14,16; 113:24; 114:19;
118:14
event 79:8; 119:16
events 15:6; 97:13
eventually 13:15
everyone 62:9; 113:22
everything 47:24; 49:9;
73:1; 84:1; 96:7; 98:20;
108:14; 109:25
Everywhere 69:7
evidence 21:12,21
evolution 27:3; 29:18
exact 19:20
exactly 77:23
example 25:25; 27:13;
72:10; 87:1,1
exceeded 31:5
except 34:20; 69:12
exception 11:16
excess 11:22; 35:22;
91:7,7,8
excessive 21:18
Excuse 25:11; 26:1,7,24;
30:3; 33:21; 97:21
executive 27:21; 67:24;
68:8,17
existed 88:12
existence 6:25; 61:9,12
existing 15:24; 75:12,15
exists 31:11
expect 19:21; 29:20
expected 5:21; 28:19;
60:15
expecting 65:20
expedite 22:17

RDD/TRINITYPC-1.DOC-36

**ENVIRONMENTAL IMPACT STATEMENT**

expeditious 23:14
expensive 32:21; 38:2
experience 45:19; 98:9
experiencing 69:3
explain 76:2
explosion 94:1
expose 50:19
exposure 72:18
expressing 113:23
expressions 75:18
extend 15:2; 67:21
extends 92:18
extension 24:6,7; 31:11;
67:3; 92:13
extensions 22:19; 33:12
extensive 32:19
extensively 113:3
extra 76:8
extreme 7:16
eyes 98:13; 111:13

**F**

F-1 29:3
face 35:13
facilities 8:8; 15:25;
65:20,21; 90:21
fact 14:15; 19:6; 21:10;
22:13; 25:1; 37:9; 39:8;
42:8,14; 68:8,21; 71:1;
74:19; 82:16
factor 27:2; 50:5; 113:13
facts 112:1
fail 33:1,1; 88:24
failure 32:24
fairly 22:2; 32:21; 92:24
falling 104:23
fallow 82:7
falls 12:25; 40:22
familiar 92:17
families 111:6
family 74:9,12,20
far 12:22; 16:21; 18:12;
20:4; 38:17; 48:9; 78:3,13;
85:9; 101:2; 102:8
farm 68:15
farmer's 42:10
farmers 38:3,10; 47:21;
48:8; 75:12; 84:23; 107:8
farming 38:3; 48:3
farmland 82:8
fashion 23:14
favorite 75:18
features 8:8; 62:16
federal 7:18; 8:1; 21:14;
32:22; 61:25; 62:1,6; 78:20
federally 62:22; 62:2
feed 111:7
feeding 54:17
feeds 54:19
feel 4:17; 13:21; 16:24;
85:5; 100:12
feet 11:25; 12:2,6,10,11;
13:7; 26:1,5,8,12,15; 31:5;
35:22; 47:1; 49:2,2; 56:21;
57:4,7,8,9; 58:2;
79:9,16,18,21,23,25;
80:2,22; 89:23;
93:11,17,20,25; 94:19;
107:4,24; 108:15; 110:14
Feider 23:17,18,19; 25:8;
32:1,2,5; 51:18,21

fell 34:15; 99:19
fertilizers 37:22
few 24:5; 68:21; 79:19
fiasco 70:18
field 18:24; 42:10
Fitch 73:15
fifty 88:2; 89:23
fight 82:23
fighting 20:3
figure 43:2; 73:2; 75:3;
78:5; 80:17; 93:12
figured 74:23
figuring 73:19
fill 9:4; 52:4; 55:25;
114:1; 116:13
filled 47:6; 108:2; 113:22
filling 63:13
finks 11:24
final 8:18; 15:4,16; 33:4;
63:1; 118:17
finalized 23:1
Finally 15:22; 22:3,14;
83:5
find 10:23; 12:7; 13:22;
38:25; 41:13,16; 50:15;
68:24; 92:16; 106:11,12;
107:19
finding 94:21; 115:8
fine 42:17; 53:1; 75:15
fingerlings 35:6
fire 40:5
fires 40:4
first 10:16; 12:9; 14:8;
15:5; 19:1; 24:5; 39:13;
42:17; 44:16; 45:25; 50:1;
64:25; 65:11; 66:9,11,12;
67:22; 68:11; 69:22,24;
73:25; 83:20; 85:13; 88:18;
92:8; 93:18; 100:3,6;
104:15; 110:9
FISH 1:2; 2:2; 3:3,6,13,23;
4:2,16; 5:7,23; 7:1; 10:9;
18:1; 21:8,11,20,23;
22:21,22; 27:1; 29:24; 30:8;
35:7,25; 36:15; 37:2; 39:1;
40:19; 41:6,7; 43:1; 47:9;
49:13; 50:22; 51:2,15;
54:3,8; 55:16;
58:4,7,14,21,24; 60:1,17;
61:22; 64:16; 66:5;
71:7,9,11,13,20; 73:4,4,10;
74:2; 75:6,12,12,15,19,22;
78:22; 84:5; 87:2,5,5;
88:9,11; 95:3; 96:11,20;
97:24; 98:19; 101:22;
105:25; 106:17,19; 112:19;
113:7,17; 114:14,17;
115:18,21; 117:5; 118:12
FISHER 1:16; 119:3,24
Fisheries 2:8; 20:1,5;
27:6; 32:14; 55:12;
72:8,13,17; 74:16,18,21;
78:3; 84:13; 85:6; 86:12;
95:17; 96:10; 117:6
fisherman 103:24
fishermen 75:12
Fishers 17:17
FISHERY 1:8; 3:10;
4:15,17; 5:14; 6:24; 21:13;
25:14; 27:8,14; 29:21;
32:18; 33:6; 35:17; 58:11;
59:7,12; 60:8; 61:18; 72:16;
75:4,5; 85:15; 86:20; 87:15

fishes 95:12
fishing 6:23; 7:19; 12:1;
30:14; 55:18; 57:3; 62:3;
117:22,23
fit 48:3; 93:16
Fitch 14:2,4,4; 103:8;
105:17
five 14:12,12; 26:1; 31:3;
38:21; 42:17,18; 57:8;
66:15; 68:2; 74:3; 78:17;
90:2; 100:5; 101:3; 104:24;
110:11
five-gallon 103:22
five-member 65:7
fix 87:17,17; 96:17
fixed 12:16; 28:13
flask 100:19
flasks 100:17; 106:4
float 46:6,7; 50:7
floating 36:20; 50:3
floats 39:25
flood 15:6; 16:13,23;
179:11; 31:19; 35:3;
47:5,7; 105:21; 107:20
flooded 12:12
flooding 41:10; 65:14,25
floods 34:25; 109:4
Florida 14:20
flow 11:19,20; 12:5,7;
15:19; 22:14; 23:2,3; 30:22;
53:23; 54:2,4,10,11; 55:15;
57:2; 70:13; 72:25; 73:23;
74:11; 83:22; 85:3,15;
87:13; 88:14; 91:7;
94:8,16,16,17,25,25; 98:17;
117:4,21
flowed 96:6
flowing 12:8
flows 7:16; 15:6; 17:1;
29:24; 31:2,5,19; 61:24;
85:12; 87:14; 93:5,9; 94:18;
113:3,6,12,17; 115:25;
117:2,5,5
fluff 108:2; 109:7
flush 11:21
flushing 17:1
Fly 17:17
fly-by-night 90:18
focus 85:18; 105:7
focused 29:5
folks 26:10; 56:12; 92:12
follow 8:25; 63:8
follow-on 32:12
followed 82:17
following 30:12; 76:18;
83:23
foot 24:21; 29:15; 100:23
football 47:6
force 12:25; 13:1; 14:6
forced 79:3
forego 66:19
foregoing 119:8,12
foregone 66:3
foresight 66:21
forest 14:20; 47:9; 102:4;
105:25
Fork 93:1
form 19:17
formal 24:2; 25:3
formally 12:23
formed 66:2
former 24:6; 31:17

forming 108:10
formulate 67:12
formulated 13:18
forth 18:11; 20:4; 23:7;
82:19; 97:24
forty 47:4
forward 9:9; 25:16; 62:9;
63:17; 65:1; 84:6,7; 87:20;
95:22
found 78:24; 102:12
four 8:15; 11:25; 31:3;
62:23; 70:3; 74:12; 76:6;
78:17; 99:21; 110:10
four-unit 36:21; 107:25
Fourth 76:23
Francisco 86:14
frankly 78:5; 81:21
free 4:7
fresh 42:7; 101:21
Fresno 90:19
friend 80:14; 100:18
Friends 83:18; 104:8
front 3:17; 9:9,22; 11:13;
21:9; 63:17
Frontier 91:25
frustrated 13:11
full 9:10; 33:2,6; 38:17;
63:18; 119:12
full-sized 94:2; 95:4
full-time 70:21
fully 15:3,22; 18:2; 118:17
function 17:11
funding 27:25; 32:21,23;
85:17,20
further 57:19; 84:4;
87:20; 95:17
future 27:10; 82:22; 83:6;
84:24

**G**

gamble 74:15
game 34:19; 43:1; 46:13;
47:9; 74:23,25; 75:2; 87:16;
105:25; 112:18
garbage 44:6
garden 42:11
gas 29:6,12,14,15,20
gas-fired 29:6,10
gather 7:21
geese 74:24
geez 45:23
general 29:21; 65:4
generated 67:8
generation 20:1;
29:6,9,10; 60:16,16,19; 73:3
gentleman 113:11
genus 65:12
geologist 104:10
geologists 104:9
gets 69:24; 104:11;
107:6,11; 112:22
getting 9:25; 19:2; 22:3;
42:24; 49:9,10; 71:2;
101:11; 107:17; 110:8
gigantic 54:13
giving 85:7,11; 87:11
glad 22:2; 76:19; 83:4,9
glancing 77:25
global 18:3
gloves 50:25
goal 33:2,2

*Depo-Merge*

goals 17:7,12; 30:8; 88:22
God 42:11; 96:5,6
God's 76:17; 96:3,4; 99:19
going 12:5,7,8; 14:11,16;
17:20; 21:9; 23:10,13;
25:19; 27:15; 28:9; 34:19;
36:3; 38:16; 40:7,9;
41:19,20; 46:12,12,20;
47:17; 49:12,18; 53:21,23;
54:22; 65:16; 66:18;
67:3,16; 68:3; 69:10,13,19;
70:14,22; 71:3,20,23; 72:21;
73:21,24; 74:1,14,16,19,20;
76:5,6; 77:11; 80:7,9,19,21;
82:1,4,11,21,22; 85:23;
87:5; 89:24,25; 90:8;
102:25; 103:19; 106:21;
115:13,13,14,16,19,21,23,25;
116:2,3,4,6; 117:21
gold 36:24; 45:13; 48:24;
101:22; 106:14
gone 34:14; 38:4; 54:5;
85:2; 97:9; 110:24
Good 3:2; 4:12; 6:13; 8:5;
12:4; 18:21; 20:4; 23:2,18;
39:19; 49:12; 58:4; 59:9;
61:3; 65:3; 68:24; 73:15;
80:14; 82:7,16; 84:22,23,23;
90:7,22; 109:11; 112:14
gorge 41:11
gotta 43:3
gotten 22:14
governed 65:7
government 13:21; 48:7;
62:1; 111:11
governor 78:16
graduate 34:18
grain 54:19
Grand 90:20
Grange 44:4
granite 11:15
grant 43:21; 111:11
Grass 97:4
gravel 35:10; 44:18,18;
49:8; 50:19; 71:7;
101:21,22; 109:9
gravels 35:25; 109:9
gravity-fed 89:18
great 15:12; 45:24; 84:1;
97:7
greater 19:6
greatly 14:9
green 46:3
ground 11:25; 102:11
group 8:8; 91:23
groups 32:10
grow 38:12
growth 73:7; 113:9
guess 61:5; 7:5; 15:10;
55:3; 62:8
guessing 87:16; 106:7
Guide 91:24; 93:21; 94:2;
95:4; 97:12
guidelines 22:18
guides 93:4
guiding 32:13
guy 44:19
guy's 44:21
guys 41:13;
43:13,16; 44:10; 46:23;
48:9; 51:6; 84:2; 102:1;
111:13

**H**

H-e-i-n-d-o-n 10:10;
64:18
H-o-l-d-e-n 114:25
habitat 4:22; 20:4; 27:9;
30:19; 55:16; 59:16;
75:15,16; 84:5; 87:1; 96:20;
115:21
hair 35:7
half 28:18
half-inch 39:12; 44:18
half-inch-minus 35:18;
37:16; 46:24
halfway 113:5
hand 35:7; 103:22; 116:14
handle 12:10,11
hands 50:25
hang 42:1
happen 71:13; 73:18;
74:19; 80:20; 107:15
happened 35:12; 73:20;
77:19; 78:3; 105:23
happening 77:7
happens 41:21; 57:6;
107:20,22
happy 4:4
hard 13:22; 18:5; 31:21;
73:19
hardrock 41:2
harm 21:20
harmed 21:8,11; 84:13
harvest 26:22; 27:7;
74:23; 75:5
harvested 75:24
harvesting 96:11
hashing 92:10
hasn't 82:20
hats 91:21
haul 35:20; 37:17; 38:7;
107:7; 108:24; 109:8
hauled 57:11
haven't 14:13; 55:17
Hayfork 2:69; 74:12
he'd 42:10,12; 46:10
head 83:5; 100:7
healed 102:14
health 4:23; 5:2; 20:4;
22:22; 59:17,21; 61:12
healthy 21:23; 85:15;
95:2,7
hear 51:6; 61:14
heard 8:13; 14:15; 33:19;
42:25; 76:5; 92:12; 97:17;
101:18; 113:22; 116:25
HEARING 1:4; 3:5,16;
5:18; 6:9; 8:20; 9:2,13;
14:9; 19:9,12;
52:1,10,11,21; 53:3; 55:24;
57:20,23; 58:6,16,17,19;
60:12; 61:2; 62:9;
63:3,10,21; 64:14; 67:2;
77:8; 83:8; 114:9; 116:20;
117:4; 118:8,19,20
hearings 67:1; 77:11;
79:1
hearts 44:11
heavy 36:8; 39:1; 42:18
hectic 40:3
heights 90:22
Heindon 10:10; 64:17
Helens 102:3,6,7,20

helicopter 40:3; 50:6
Hello 95:23; 114:21
help 8:9; 37:13; 49:19;
51:10; 67:20; 71:6,8; 117:5
helpful 10:2; 20:19
helping 113:6
here's 103:6
hereby 118:19; 119:7
herein 119:10
hereto 119:16,18
hereunto 119:19
Herger 25:8
Hey 43:1; 47:10; 106:1
Hi 6:5; 20:10,23; 91:18;
96:25
hidden 68:5
high 34:20
higher 29:1; 66:15;
117:15,16
highlight 24:4; 26:21
highway 12:14; 35:23;
44:20; 101:19
Hilltop 1:12
historical 26:24,24
historically 7:3; 61:11
history 66:2
hold 22:10; 67:6,21;
104:25
Holden 114:20,21,25,25;
116:23
holders 79:23
holding 6:9; 67:1
holds 11:4
hole 35:6,13; 107:21,23,25
holes 35:14,22; 50:18;
56:20
Holiday 1:10
home 30:12; 113:2
honest 77:5
Hood 82:18
Hoopa 2:2; 3:7,25; 5:7,24;
6:14,17,20,25; 7:19;
58:8,22; 60:1,18; 61:4; 62:2
hope 15:3; 67:17
hopes 15:1; 73:10
hopped 43:3
hour 38:21
house 42:5
houses 12:14,14
however 12:18,25;
13:7,19; 31:15; 85:5; 92:1;
94:9
huge 38:8
Huh? 111:17
human 5:16; 60:10;
96:7,12
humanity 98:10
humanization 115:20
Humboldt 21:2,5; 69:8
hundred 26:1; 46:25;
47:20; 49:3; 70:24; 75:10;
101:4; 106:7
hundred-year 35:3
hundreds 50:24; 109:22
hunt 74:24
hunters 36:25; 107:18
hurt 101:25
hurting 37:2
hydraulic 49:24; 112:4,6,7
hydraulicking 48:18
hydro 65:20,21

**I**

I'll 6:3; 10:8; 13:17; 32:9;
37:6; 42:23; 43:7; 45:1;
47:10; 49:16; 51:2;
52:15,19; 53:13; 60:22;
77:14; 88:1; 101:1; 106:12;
111:16,16; 114:8
I've 13:11; 14:19;
34:6,9,17,23; 35:4; 36:5,5,6;
38:14,14,14,14,15,15,16;
39:22; 40:2; 41:20,21;
42:13; 43:6; 44:25; 45:1,15;
48:10,12; 49:14; 50:16;
51:21,22; 53:8; 56:19;
66:23; 68:22; 76:4; 78:6;
83:23; 89:22; 96:3;
97:2,11,15,15; 99:17;
101:6,18,18; 102:1; 103:9;
104:8,15; 106:12,21; 112:1;
115:4
i-n-k 3:12; 58:13
i.e. 33:6
Idaho 2:3; 58:15
idea 77:8; 78:18
identified 86:8
identifies 5:10; 60:4
identify 10:19
iffy 32:22
Illinois 36:10
imagine 14:23; 101:4
immediate 114:13
immediately 88:12
IMPACT 1:6,7; 3:9,9;
4:6,18,19; 8:19,19; 15:18;
16:16; 17:6; 20:1; 24:1;
26:18; 28:6; 32:14; 54:3,7;
58:10,10; 59:12,13; 63:1,1;
72:4; 85:3; 116:5
impacts 5:1,13,14,15;
16:20; 25:16; 28:16,24;
31:16; 53:22; 54:21; 59:20;
60:7,8,9; 69:11; 72:20,24;
82:4
Imperial 81:19
implement 72:1
implementation 27:20
implemented 27:9;
73:24,25; 74:11
implementing 87:12
implications 94:10
importance 8:24; 63:7;
77:22; 92:23
important 8:22; 11:7;
19:13; 63:6; 74:7; 76:1
impractical 95:11
impression 30:23
improper 97:6
improve 72:16; 74:16,17
Improvement 24:24;
25:20
improving 15:24
in-depth 14:13
in-flow 94:12
in-river 94:23
in-stream 4:22; 59:16
inability 22:5
inappropriately 31:7
inches 11:11
incidentally 39:5; 112:3,9
include 5:15; 15:4; 28:6;
60:9; 95:3
includes 62:15; 76:24;

ENVIRONMENTAL IMPACT STATEMENT                    TUESDAY - NOVEMBER 16, 1999

84:17
including 4:24; 13:16;
16:10,17; 24:18; 27:23;
30:20; 47:6; 59:18; 77:2
income 74:13; 104:22
incomes 68:14
incompatible 17:11
inconsistencies 67:10
incorporated 36:5
increase 12:5; 15:13;
28:21; 30:15,16; 70:20
increased 28:17; 93:24;
113:12
increasing 15:8;
113:6,7,17
independent 103:17;
108:12
Indian 6:17; 7:25;
11:10,10,14,22,23; 13:16,19;
62:5
Indians 68:14,22; 79:13
indicate 9:6,11;
63:12,15,19
indicated 55:14; 85:14;
113:11; 114:10
indicates 24:10
indicating) 9:5; 24:19; ·
41:3; 50:23; 63:14
indirect 112:21
individual 20:25; 29:8
induce 113:5
indust 29:18
industry 29:19
infinite 65:22
inflow 93:17
influx 117:1
informal 9:13; 53:3;
63:21
information 4:5,8,9;
7:12,22; 8:18; 53:25; 59:1;
61:14; 62:25; 79:4
informative 118:16
initial 117:20
initiated 4:20; 59:14
Inn 1:10
innovative 15:5
inside 107:25
inspires 95:5
instance 48:20
instead 34:21; 74:5; 111:3
insulting 66:23
integrate 15:22
integrated 25:19; 26:19
intelligent 19:2
intended 68:18; 69:19,20;
72:22
intent 88:19
interact 98:5,6
interest 21:4,4; 54:13;
77:14,18; 92:16
interested 13:5,8; 33:11;
35:16; 95:16; 119:16
interesting 78:5; 83:13
interests 68:5; 74:24
interfere 109:19
interfered 102:20,23
INTERIOR 1:1; 4:25; 5:4;
19:24; 47:10; 59:19,23;
78:14; 79:6; 102:4
Interior's 24:10
internal 67:9
interpretation 93:7; 95:8

intervened 61:21
intervention 96:7,13
interviewed 97:11,15
introduce 4:10; 6:4;
58:23; 59:6; 114:12
introduced 36:13; 102:19
investigate 27:17
investigating 25:22
investigation 85:2
involved 33:8; 37:21;
61:1,6; 62:4; 78:2; 79:12;
91:20; 93:18; 96:9; 97:15;
102:16
iron 109:2
island 12:2
isn't 12:8; 67:15; 71:25;
78:22; 85:17
issue 18:18; 19:13; 22:6;
26:8; 55:4; 66:5; 70:16;
72:20; 75:19; 77:15
issues 4:23; 5:1; 7:5;
16:23; 17:20; 19:12; 24:25;
31:13; 59:4,17,20; 77:17;
84:17
it'd 38:1
it? 46:7
items 25:15
its 4:24; 17:7; 23:21;
24:1,20; 25:24; 28:4; 39:20;
59:18; 66:4; 72:13; 84:15;
87:14; 94:21; 96:21;
102:17; 115:11; 117:24
itself 11:14,21; 12:15,21;
24:20; 38:1; 65:12; 82:5;
102:14; 109:21

J

J&M 109:14
J-o-h-a-n-n-e-s-s-e-n
18:23; 76:23
James 114:20,25
Jan 34:13
January 34:25,25; 35:1;
47:5; 103:8; 117:15
Jim 23:17,19
Joaquin 54:11; 86:4,13
job 23:2; 62:15; 81:12;
99:18; 105:2
jobs 43:24; 68:24;
70:14,21,23,25,25; 90:17;
104:25; 106:20,21; 113:11
Joe 10:9; 64:16
Johannessen 18:22;
19:17; 76:15,16,22,23;
83:12,15; 110:23
Johannessen's 96:2
John 114:13,17
joint 3:8; 58:9
joking 105:20
Julie 18:20,23
July 34:13,25; 50:20;
93:23; 94:5,20; 101:10;
102:7; 103:3
Junction 109:15; 112:5
June 45:25
junk 103:5
justice 67:23,25; 71:2
justify 71:11; 73:4

K

K-n-i-g-h-t 32:9
kayak 93:21
kayakers 103:24
Kayaking 55:18
kayaks 93:13
keep 9:19; 22:1; 23:9,13;
32:9; 63:25; 81:22
keeping 33:11
Kesterton 86:7
Keswick 28:11; 91:11
kettle 78:22
key 29:11; 67:19
kill 75:20
killer 34:11
kind 6:15,15; 18:17;
32:23; 37:23; 40:2; 53:13;
66:22; 69:21; 70:5; 77:9,20;
83:8; 98:9,20; 110:3
kinds 44:6,21; 97:14
Klamath 6:24; 7:7; 72:12;
79:10,11; 97:22; 101:1
Knight 32:7,8,8
knowing 54:12
knowledge 45:19
known 12:23
knows 42:11; 45:21;
46:17; 75:10; 104:19

L

La 44:4
lag 83:3
LaGrange 112:3
Lake 2:13; 25:25;
26:4,7,11,15; 28:11;
36:11,13; 45:3; 106:18
Lamar 45:2,4,11,17,20;
46:5
Lamar, 45:23; 100:19
land 6:18; 14:20; 38:4;
48:8; 61:8; 65:16; 66:5;
82:18; 98:10; 105:22
lands 61:7; 86:8,9,10
large 11:13; 21:3; 70:17;
92:9
largely 17:11
larger 38:21; 70:1; 90:13;
93:16
largest 100:14; 112:4,6
last 3:11; 7:23; 29:21;
31:3; 39:7; 52:23; 55:10;
56:1; 58:12; 70:17; 73:20;
101:15; 112:7; 117:9
lastly 33:7
late 36:14; 43:4; 100:5
later 61:14; 75:4;
102:12,13; 105:16
latest 4:19; 59:13
laughable 69:15
law 23:6; 55:2; 84:12
laying 82:7; 107:19
lead 8:16; 17:23; 36:7,25;
37:20; 39:24; 42:1,10;
45:13; 46:14; 47:14,14;
60:25; 107:6,17; 108:8,9,19;
109:1; 115:21
lead's 107:19
learned 97:7
least 15:1; 18:15; 24:7;
32:17; 36:19; 55:14; 61:9;
83:6; 92:20; 113:12
leave 9:24; 20:14,19; 32:3;

53:1; 64:5; 68:24; 111:7;
114:15
leaves 110:23
leaving 23:5
led 5:6; 59:25
left 24:19,23; 27:10;
34:13; 58:20; 78:1; 85:14;
99:18; 101:9; 102:13;
104:1,21; 114:13
legal 17:20; 18:17; 21:25;
22:1,17
legally 18:10
legislation 17:22;
32:12,13; 55:5; 84:9; 87:18;
88:20
legislative 33:6; 77:16
legitimize 78:10
length 33:7
lengthy 19:3; 94:24
less 23:4; 31:8; 39:25;
57:1,13; 66:16,16; 70:25;
73:11; 85:14; 94:13;
110:14
Lester 13:3
Let's 23:1; 80:1; 82:23;
87:20,21; 106:5; 107:13;
108:14,18,18; 116:15
letter 13:17; 25:2; 69:16;
108:4
levees 82:13
level 25:25; 26:4; 90:13;
91:1; 110:13; 117:16,16,16
levels 15:9,14; 29:24;
82:12,16,19,25; 92:20; .
9:18
Lewiston 29:24; 30:24;
31:2
License 119:4
licensed 119:4
lies 81:24
lieu 65:24
light 98:17,18,18
liked 101:10
likely 7:9
limit 56:6; 72:18; 99:10
limited 5:14; 60:8
line 36:18; 38:13; 48:20
lines 22:5
lining 81:18
linkage 29:23; 30:7
list 61:18; 67:7
listed 7:7,9; 61:16,16;
69:11
listen 6:7; 77:7
listening 96:5; 114:18
listing 95:11
listings 21:13
literally 73:18; 110:12
litigation 23:6
little 16:11,19; 40:2;
50:15; 52:6; 80:8; 106:16;
111:20,20
live 11:8,23; 56:18; 75:19;
89:22; 98:19; 111:5,6
lived 78:6; 97:2,17
livelihood 19:14
livelihoods 98:3
lives 19:14; 97:22; 98:3
living 99:16; 105:23
load 70:1
loaded 36:4; 57:7
loaders 44:23

loads 29:2
lobby 54:13
local 21:4,22; 32:22; 70:17; 108:10; 109:11; 110:7
located 6:17; 24:23; 112:5
locations 110:5
logging 97:6
Loma 36:18; 39:6,7; 40:16; 46:1; 48:24; 107:14
long 24:13; 49:2; 50:23; 71:14; 87:19; 92:7,19; 104:6; 105:1,2
long-standing 4:21; 59:15
long-term 47:23
longer 87:16; 100:11
look 15:8; 30:17; 31:2,21; 35:25; 41:13; 44:19; 47:23; 59:3; 62:9; 68:12,16,17,18; 69:22; 77:23; 80:21; 87:12; 98:13; 101:20; 105:19,22; 106:1; 109:14
looked 15:10; 38:14,15
looking 24:7; 27:12; 71:6; 73:1; 10:13
looks 9:5; 26:4; 78:2
loose 109:7
Los 18:13,16
losing 47:22
losses 15:23
lost 29:9; 66:3
lot 21:6; 22:11,12; 26:10; 37:15; 40:18; 49:19; 51:10,10; 66:2; 73:11; 78:2,25; 81:6; 97:11; 99:25; 111:24
lots 21:12; 97:15
louder 53:11
love 34:15; 95:25; 99:19
low 66:7; 68:13,18; 70:15
low-income 68:1,10,12
lower 6:18; 15:13; 26:4; 50:5; 61:8
lowest 68:20
ludicrously 69:18
lumber 70:17
lumped 69:7,8,9
lunch 35:24

**M**

M-a-d-g-i-c 17:17
M-i-c-k-e-l-s-o-n 10:25
M-i-n-t-u-r-n 16:6
Madgic 17:15,16,16
mailed 10:8; 64:16
main 11:9; 61:6
mainstem 3:10; 4:17; 58:11; 59:11
MAINSTREAM 1:8
maintain 85:15
maintaining 16:22
maintenance 62:16
make 4:11; 22:8,24; 23:10; 27:15; 48:4; 51:24; 52:3; 55:24; 56:3; 57:20; 73:22; 75:11; 77:11; 85:1; 90:3,10,13; 94:13; 99:16; 107:10; 109:17; 113:23,25; 114:11; 118:4
making 19:25; 67:14; 74:5; 109:11

malaise 68:23
man 45:1; 74:9; 75:1; 97:20; 102:15,23; 109:15
manage 8:9
managed 6:19; 14:19; 30:24
management 4:23; 26:22; 27:7; 59:17; 88:10
Manager 2:8; 20:24; 62:14; 65:4
mandate 5:3; 59:22
mandated 7:15; 21:7; 33:2
mandates 23:7; 33:6
mandating 17:22
manner 111:3
March 34:24
Marianne 3:18
Marine 27:5
market 28:20; 29:1,1,4; 39:18
marvel 89:19
MARY 2:4; 4:14; 59:6; 61:20; 114:13
mask 35:13
massive 16:14; 74:5
matches 33:5
material 35:9,18; 37:17; 39:12; 46:9,24; 56:25; 57:10; 59:4; 64:5; 68:6; 92:10,16
materials 108:16
matrix 30:2,3
matter 71:1; 73:16; 115:22,24; 116:4
Maurice 18:22; 76:14,22
maximize 30:18
maximum 23:3; 94:17,25
may 106:8; 17:5; 30:16; 34:15,24; 51:16; 56:6; 64:14,16; 67:14,20; 78:24; 113:8
maybe 39:13; 44:12,15; 71:4,6,7,21,22; 74:2; 78:13; 79:3,9; 80:1; 83:12; 99:3; 106:5
mayor 25:1
McCloud 90:6
me, 46:10
mean 20:3; 32:22; 51:5; 54:2; 68:19; 70:20; 71:3; 96:17; 98:13; 103:25; 104:25; 105:1,12,21; 107:3
meanderers 82:12
meaning 66:15; 68:18; 72:20; 86:13
means 66:18; 74:8,9,12; 115:11
meantime 73:6
meanwhile 18:16
measure 88:21
measures 88:23,24
mechanical 15:5; 17:2; 31:19; 32:19,20; 85:9,10,18; 87:15; 96:15
median 74:13
Meekham 45:2
meet 22:5; 30:13; 66:20; 88:19
meeting 6:1; 10:22; 13:4; 24:10; 30:13; 33:19; 39:10; 43:1,5; 44:11; 45:2; 60:20; 62:6; 100:4,6; 101:7

member 14:6; 91:23,25; 97:20,21; 116:24; 117:3
members 6:21; 21:1,1; 61:7
membership 6:19
memories 98:4
men 103:6
mention 52:11
mentioned 30:7; 31:10,17; 71:25; 101:7
mer 41:25
merc 49:8
mercury 36:6,10,14,22,24; 37:19; 38:23; 39:24; 42:1,10,21; 45:12; 46:11,14; 47:13; 48:18,22,25; 49:2,4,5,9; 50:2; 100:15,18,19,24; 101:3,5; 106:8,12,15,15,19; 107:6,18; 108:8,9,19,25; 110:5,6; 111:25; 112:8,9,10
mercury's 36:23
merely 82:11
merrily 78:9
mess 111:22
messed 96:7; 102:20
met 22:13; 45:3,14; 84:2
metals 36:8; 38:23; 42:18
method 30:7
methodology 30:2,3,10
methods 15:5
Michigan 36:11,13; 106:18
Mickelson 10:17,20,24,24
microphone 9:9,22; 10:18; 14:3; 52:22; 53:6; 56:6; 63:17; 64:3; 65:2
microscopic 106:16
middle 36:23; 50:21
midnight 51:6
migrant 68:14
MIKE 2:2; 3:24,25; 6:12,13; 8:5; 53:11; 61:3; 62:11,12
miles 47:20; 51:22; 103:12
mill 70:17,17
million 13:7; 14:19; 27:22; 28:18,22; 31:5; 66:3; 72:1; 73:9; 75:7; 79:18,21,25,25; 80:2,22; 82:7; 107:5
Millions 13:12; 68:3,3; 75:10; 109:23; 110:11
mind 9:19; 42:16; 44:10; 64:1; 80:10; 82:24
mine 38:20; 45:12,21; 47:4; 80:14; 100:14,15,18,22; 106:4; 112:2,3
mines 100:15
minimal 14:22,23
minimizes 31:16
minimum 23:5; 55:15; 93:12; 94:8,12
mining 34:5; 44:4; 45:5; 46:1; 49:24; 51:22; 100:25; 103:3,11,14; 104:18; 106:6; 112:4,7
minorities 67:25; 68:13

minority 68:9,12
Mintum 16:4
MINTURN 16:5,6
minus 73:17
minute 56:7; 58:22; 110:19
minutes 42:17; 55:23
Miss 20:13
misses 39:24
mitigate 15:23; 65:24
mitigated 65:18
mitigation 27:23; 85:25
mix 78:19; 79:24; 81:1,11; 84:16
mixers 44:23
model 69:21; 70:6,8,22
modeling 73:21
models 73:14,14; 88:15
modest 73:8
Momentum 95:7
money 27:25; 43:22; 73:24; 111:4; 117:18,23
money-making 44:15
monies 13:14
month 100:17
months 37:10; 41:22; 78:17; 90:14; 94:20; 99:14,14; 103:21; 109:6
morning 19:9; 77:6; 114:16
mostly 28:13; 92:10; 93:14
Mother 102:14,22; 107:9
Mount 102:3,6,7,20
Mountain 40:5
mounted 44:1
mouth 97:22
move 12:14; 30:13; 47:3; 84:6,6; 87:10,10,20,21; 113:5,8
moved 71:15; 101:9; 112:24,25
moving 25:16; 26:21; 29:21; 113:13
MUELLER 2:3; 3:20; 4:12,14; 59:7,9; 110:25; 114:14

**N**

name 3:11,11; 4:14; 8:5; 9:10; 10:18,24; 18:25; 23:19; 32:8; 33:22; 52:23; 53:16; 58:12,12; 62:12; 63:18; 65:3; 76:21; 89:8; 91:18; 96:25; 99:12; 104:15,15; 112:14,18; 114:24; 116:22
name's 6:13; 45:2; 61:3
narrow 69:22
nation 11:6
national 14:20; 15:20; 27:5; 61:17
Native 54:25; 55:7
Natural 2:15; 15:9,15; 29:6,12; 55:16; 88:11; 92:22; 117:24
name 96:20; 102:14; 107:10
Nature's 102:22
near 15:15; 73:6; 89:22
neat 16:23; 107:12,14;

109:20; 117:11
**necessarily** 115:9
**necessary** 8:18,25; 33:10;
62:25; 63:8; 83:2; 99:10
**need** 9:4; 15:8; 21:15;
22:18,19,22; 24:15; 25:14;
27:17; 35:15; 37:16; 38:6;
41:16; 42:5; 43:21,23; 46:6;
49:18; 51:10; 67:11,20;
75:25; 77:4; 80:21; 81:6;
85:14,24; 86:17; 87:2,5;
90:15,16,16; 93:5,7
**needed** 67:4; 82:14; 85:5;
96:19,21
**needing** 71:16; 85:19
**needs** 7:13; 15:16; 16:9;
23:12; 25:18; 26:19; 36:4;
68:7; 85:10; 90:25; 116:6
**neglected** 52:11
**neighborhood** 70:3
**NEPA** 5:13; 22:18; 25:21;
60:7; 62:6; 84:2
**nervous** 53:13
**Network** 91:25
**Nevada** 104:14
**new** 15:24; 28:3; 29:10;
70:14,23
**newspaper** 77:5
**newspapers** 100:9,10,11
**next** 14:2; 15:3; 16:4;
17:15; 18:20; 19:18; 20:9;
23:17; 24:23; 26:21; 32:6;
33:17; 37:10; 40:14; 47:24;
74:9; 75:8; 76:14; 80:22;
83:16; 87:25; 89:4; 91:17;
95:21; 108:1; 114:20;
116:21
**nice** 12:1,4; 46:3; 103:19
**nine** 80:22
**nineteen** 26:6; 27:6; 88:2
**ninety** 26:7; 38:4; 42:18
**nobody** 103:16; 104:2,7
**Nods** 100:7
**nodules** 106:16
**non-controversial** 14:23
**none** 73:16; 78:21
**nonprofit** 65:6
**North** 14:20; 20:24; 34:18;
93:1; 100:15; 102:15
**north/south** 77:20
**Northern** 2:12; 8:7;
14:18; 28:20; 29:2; 31:4;
62:13; 76:25; 80:5,11;
81:12,21; 82:5; 101:1
**Northwest** 98:11
**nothing** 13:20,22; 40:19;
74:15; 77:21
**notice** 100:4
**noticed** 115:4
**noticing** 115:4
**notification** 19:7
**notified** 19:8
**Number** 1:15
**nowadays** 98:6
**nozzle** 51:2
**nuclear** 34:12
**nuggets** 101:22
**number** 11:2; 24:9; 25:15;
31:10; 32:11,20,24; 69:13;
70:2,4,10,15; 73:11; 78:18
**number's** 70:12
**numbers** 71:19,21,22;
73:14

**nutrients** 48:1

**O**

**o'clock** 100:4
**O-l-i-v-e-r** 89:13
**oaths** 119:5
**obligation** 61:25
**obligations** 54:24; 55:7
**observed** 43:6
**obvious** 112:17
**Obviously** 67:2; 80:6,25;
81:13
**occasional** 93:15
**occur** 85:21; 98:11
**occurred** 97:8; 98:2;
100:24
**ocean** 38:5; 48:2,2; 89:25;
97:24; 107:11; 112:10
**odd** 65:15
**off** 25:21; 48:8; 52:1,7;
57:23; 58:19; 66:22; 78:13;
89:5; 96:11; 104:23; 114:6;
116:14,17; 118:4,19
**off-stream** 15:25
**offers** 86:14
**Office** 2:4,9,12; 3:13; 4:16;
19:8; 21:2; 58:15; 59:8;
83:6
**OFFICER** 3:2,21; 8:11;
13:25; 16:2; 17:14; 18:19;
20:7,12,18,21; 23:15; 25:6;
31:25; 32:4,6; 33:5,11,24;
51:13,19,23; 52:9;
53:10,15,19; 55:21;
56:5,8,10,14; 57:16; 58:2;
62:19; 76:12,20; 77:1;
83:11,14; 87:23; 88:3;
89:2,7,10,15; 91:15; 95:19;
96:23; 98:22; 99:6,9; 100:7;
105:3,6,9,13; 110:16,19,21;
112:11; 115:20; 114:8,23;
116:8,19; 118:1,7
**official** 3:15; 58:16;
114:18
**officially** 52:7
**officials** 19:11
**often** 11:22
**oh** 11:10; 90:2; 112:3
**okay** 13:8; 20:18; 33:23;
49:14; 53:2; 56:9,13,17;
99:5,8,12; 100:6; 102:17;
103:2; 105:5,8,11,15; 111:1
**old** 45:5,12,20,20,21;
56:20; 80:14; 97:16;
100:13; 101:18; 103:4;
108:18; 109:2; 111:16
**Oliver**
89:4,4,5,9,9,12,12,13,16;
91:16
**once** 4:24; 48:2; 59:18;
118:3
**one** 7:5,6,23; 8:8; 11:4;
12:17; 13:7; 19:20; 30:23;
32:11,13,20; 35:12; 36:19;
37:19; 38:2; 45:9,20; 46:1;
47:4,7; 48:20; 49:3;
50:12,13; 52:18; 54:23;
55:25; 56:3,7; 61:15,25;
63:13; 66:12,12; 68:20;
71:25; 74:5; 75:18; 77:3;
78:18; 80:18; 82:13; 87:16;
97:20; 100:14,17; 106:25;

110:9; 112:3,6,7,21; 113:10;
114:10; 115:6; 116:13
**one's** 104:9
**one-fourth** 57:1,13; 74:14
**one-inch** 37:16; 109:9
**one-inch-minus** 39:12
**ongoing** 27:23; 28:2
**Onion** 40:5,5
**open** 23:6
**opening** 39:19; 58:23;
61:5; 71:5
**opens** 57:7
**operate** 57:1
**operation** 25:23; 26:14;
30:20; 39:16; 44:4,20;
62:15; 106:21; 111:12;
112:4,6
**Operations** 2:9; 4:16;
38:8; 49:24; 59:8; 100:25
**opinion** 23:4; 71:4; 92:15
**opportunities** 30:19
**opportunity** 31:23; 92:5;
99:2; 114:2; 117:8
**optimize** 16:24
**optimized** 16:9; 17:10
**optimizing** 17:3; 30:19;
31:17,19
**optimum** 94:18
**option** 64:12; 94:11,12;
98:17
**options** 94:10; 95:1
**oral** 10:15; 64:23
**ORCUTT** 2:3; 6:13,14;
61:3,4
**order** 16:13; 18:15; 28:17;
64:3; 66:19; 67:12,24;
68:8,17; 78:11,25; 79:11;
82:8
**ordinance** 36:12
**Oregon/northern** 27:3
**organization** 9:6,12;
17:18; 63:15,20
**original** 17:22; 32:11
**originally** 34:9; 36:10
**others** 12:20; 24:5
**otherwise** 81:1
**ought** 96:5
**Outfitter** 91:24
**outlet** 11:10
**overall** 94:16
**overburden** 47:5; 57:9;
107:3,5; 108:15,25;
110:9,13
**overharvest** 26:24,25
**overhead** 95:6
**overlook** 42:14
**overlooked** 112:22
**oversees** 77:17
**owl** 70:18
**own** 35:16; 44:10,11;
78:21; 102:17,22; 103:16;
104:6; 108:11; 111:13;
115:11
**owner** 70:16
**owners** 92:2
**owns** 6:21,22

**P**

**P-o-l-o-s** 10:9; 64:16
**p.m** 1:14,14; 52:8,8,12,14;
57:18,21,22,24;

58:1,18,18,18; 114:7,7;
116:18,18; 118:6,6,20
**P.O** 11:1
**Pacific** 98:10
**paddle** 117:9
**Paddlers** 116:25; 117:3
**paddling** 117:7,10,14
**page** 26:23
**paid** 29:4; 71:23; 73:7,9;
74:10; 104:11; 105:2;
109:24
**panel** 24:17
**parallels** 32:5
**pardon** 3:22; 89:14
**Park** 39:7
**part** 5:18; 27:16; 47:8;
54:16; 60:12; 64:4; 81:8;
85:19; 94:7; 98:10,25;
109:20
**participated** 7:25; 62:6
**participating** 5:4; 59:23
**particular** 18:13; 79:5;
82:6; 97:20
**particularly** 16:23; 43:23
**parties** 119:16,18
**partly** 26:25
**partnership** 7:25
**parts** 68:21; 81:8
**party** 82:4; 95:16
**pass** 6:3,*60:22; 69:15
**passed** 36:11
**past** 5:10; 13:3,20; 40:16;
41:12; 44:20; 54:25; 55:5;
60:4; 75:21; 85:16
**Patrick** 16:4,6
**paved** 44:20
**pay** 28:1; 72:2,16; 74:20;
104:7; 109:21
**paycheck** 103:17;
104:22,24
**paying** 74:14
**pays** 72:3; 103:16
**pea** 44:17; 109:9
**peak** 15:6
**peaks** 17:1
**PEIS** 25:20,23; 26:9
**penny** 104:7
**people** 7:3; 9:22; 11:6;
13:15; 14:9; 23:11; 25:10;
33:10,11; 35:23; 36:9;
37:15; 39:14; 42:2,14;
43:22,23; 44:3; 45:17; 49:5;
51:10,24; 57:19; 65:9,14;
68:1,1; 71:15,24; 72:23;
73:24; 74:8; 75:14; 76:25;
80:13,16; 85:24; 85:23,25;
93:2,22; 94:4;
97:11,16,16,16,16,18;
98:8,19; 104:25; 105:23;
108:10,12; 109:11; 110:7;
111:5,10; 113:8;
117:8,10,13,19,21,22; 118:3
**people's** 19:14; 68:7;
98:3,13
**per** 28:18; 73:11;
93:11,17,20,25; 94:19;
106:8
**percent** 17:24; 18:6;
32:18,25; 38:4; 39:14;
42:18; 54:4; 55:13,15;
56:24; 65:23; 66:6; 70:19;
72:8; 73:17; 78:4,4;
80:12,12; 85:8,12,15;

RDD/TRINITYPC-1.DOC-41

86:21,22; 87:14; 88:16; 91:5,12; 94:11; 106:14; 110:9,11; 115:17
**percentage** 42:3
**perception** 30:25
**perhaps** 31:18; 77:4,14
**period** 14:22; 19:1; 20:16; 31:12; 60:14; 67:4,21; 69:18; 83:25; 92:13,18
**periods** 22:25
**peripheral** 82:16
**perpetual** 109:25
**person** 114:10; 116:15
**personality** 35:11; 101:16
**personally** 22:11; 96:3; 102:9; 103:15; 109:16
**perspective** 35:16
**PG&E** 65:19,21; 90:19; 91:4,12
**Phil** 41:8; 43:20,20
**Phoenix** 34:10,16; 99:18; 101:9,11
**Phone** 11:2
**pick** 45:12,13; 46:9; 48:24; 103:15,25; 104:6; 105:1; 108:15
**picked** 103:11,23,23; 104:2
**picking** 51:3,3,3,3; 103:20
**pickup** 108:24
**Pigeon** 92:25
**piles** 41:25
**pilot** 106:21
**Pit** 90:6,9
**pits** 56:20
**PL84-386** 88:6
**PL98-541** 88:10
**place** 21:10; 54:6; 69:4; 77:8; 80:11; 96:1; 97:10; 101:23; 103:6; 119:9,14
**placed** 109:18
**plan** 32:24; 46:13
**planning** 19:24; 33:1
**plant** 41:23
**plants** 28:10,12; 29:13; 38:18,19; 102:11,19
**play** 27:8
**please** 4:7; 9:3,9,19,24; 10:17; 14:3; 20:19; 23:13; 52:4,22; 53:6,11; 55:25; 56:11; 63:11,17,25; 64:5,8; 65:2; 89:7,11; 95:22; 114:24; 116:12,22; 118:8
**plentiful** 31:4
**plenty** 40:13
**plus** 33:8; 65:15; 73:17
**poetic** 98:9
**point** 4:10; 22:3; 24:16; 26:6,13,21; 30:12; 54:8; 55:9; 59:6; 64:25; 71:17; 72:17; 73:15; 79:17; 80:19; 82:6,14; 84:25; 92:25; 115:20
**points** 67:9,19; 69:17; 99:7
**poisoning** 36:10,15; 106:19
**poisonous** 36:15
**political** 77:15
**polluting** 86:9; 106:17,17
**pollution** 34:21; 86:13,14; 99:23; 101:11
**Polos** 10:9; 64:16

**pool** 49:3
**pools** 49:1
**popular** 92:25
**population** 27:1; 30:8; 37:2; 39:1; 68:11,18; 115:11
**populations** 21:13,20,23; 29:25; 61:22; 68:9,10,13; 88:11; 113:7
**portable** 34:7; 38:18; 40:1; 41:23; 42:13; 50:4,7
**portion** 62:15
**position** 18:9; 78:24; 84:11,15
**positives** 112:19
**possess** 62:2
**possibility** 79:15
**possible** 27:10; 94:2
**possibly** 12:11; 25:17
**posted** 64:19
**potential** 5:11; 16:24; 60:5
**pound** 45:13
**pounding** 49:10
**pounds** 36:21; 39:21,25; 40:14,23; 46:5; 48:21; 49:3,3; 100:21; 101:3,5; 106:8
**power** 15:23,23; 16:13,14,17,17; 17:6; 20:1; 23:23; 28:6,10,12,16,17,20,21,25; 29:4,12; 66:10,12,14; 69:6,12; 70:9; 72:3,4,5
**powerhouse** 79:19; 91:10,10
**powerhouses** 90:9
**practices** 97:6
**pre-1500** 71:23
**pre-Trinity** 71:21
**predevelopment** 71:14
**prefer** 10:4
**preference** 66:9; 69:22,25
**preferred** 23:5; 27:18,20; 28:8; 32:16; 80:3; 85:7; 98:17; 113:16
**prepare** 62:25; 67:16
**preparing** 8:18
**present** 9:2,8; 63:10,13,16; 64:13; 67:17; 94:7
**presentation** 9:10; 20:13; 63:18
**presentations** 52:16,25
**presented** 64:24; 94:10
**presenter** 14:2
**presenting** 95:8
**preserve** 9:17; 63:25
**President** 108:4
**PRESIDING** 2:2; 3:2,15,21; 8:11; 13:25; 16:2; 17:14; 18:19; 20:7,12,18,21; 23:15; 25:6; 31:25; 32:4,6; 33:15,21,24; 51:13,19,23; 52:9; 53:10,15,19; 55:21; 56:5,8,10,14; 57:16; 58:2,16; 62:19; 76:12,20; 77:1; 83:11,14; 87:23; 88:3; 89:2,7,10,15; 91:15; 95:19; 96:23; 98:22; 99:6,9; 100:7; 105:3,6,9,13; 110:16,19,21; 112:11; 113:20; 114:8,25; 116:8,19; 118:1,7
**press** 24:10

**pretty** 81:16; 90:22; 91:3
**previously** 14:25
**price** 28:25; 29:4,14
**prices** 29:15,20
**principally** 86:4,21
**principle** 96:16
**principles** 32:13
**prior** 19:12; 83:7; 88:13; 101:19
**priority** 16:13
**pristine** 44:1,8; 101:12
**private** 65:15
**probable** 95:11
**probably** 17:19; 36:9; 43:22; 46:5; 49:2; 54:20; 61:16; 70:24; 73:17; 94:14
**problem** 11:9; 12:5; 13:3; 29:25; 57:15; 80:17; 81:7,14,22,24; 96:18
**problems** 11:4; 22:12; 31:10; 79:12; 81:6,25; 86:12,15,19,23; 115:9
Procedure 119:7
**procedures** 8:25; 63:8
**PROCEEDINGS** 3:1; 119:8,13
**process** 3:8; 4:19; 5:19; 19:7; 22:17; 23:9; 24:8; 25:13; 38:22; 45:16,18; 46:9; 58:9; 59:14; 60:13; 61:1; 66:13; 78:10; 79:8; 81:2; 84:3,7,20; 109:12; 110:8; 112:17; 113:9
**processes** 97:8
**processing** 38:19; 41:23
**produced** 100:17
**producing** 85:3; 100:15
**production** 30:14
**profit** 39:15
**profitable** 44:15,16
**profound** 98:2
**Program** 2:15; 7:14; 27:18; 30:9; 61:23; 71:8; 102:23
**programs** 72:22
**Project** 16:12,22; 17:5,23; 28:10; 30:21; 50:10; 62:17; 65:24; 66:19; 78:8; 88:10; 89:18
**projected** 88:15,18
**projecting** 73:18
**projects** 14:23; 27:24; 33:7; 79:22,23; 82:9; 84:12; 115:3
**promised** 19:8; 87:17
**promises** 66:3
**promote** 95:2
**property** 12:5; 65:15
**proponents** 71:13
**Proposals** 12:13; 19:5
**proposed** 16:16; 17:5; 23:24; 77:13,24; 88:14,21,23,24
**protect** 7:19; 36:2
**proven** 91:4,4,12
**provide** 31:12; 76:9,10; 82:23; 94:4,18,22; 98:24
**provided** 71:5; 118:16
**provides** 16:25; 93:3,7
**providing** 24:2
**provision** 61:23
**provisions** 74:16

**PUBLIC** 1:4; 3:4; 5:11,17,18,20; 6:9; 7:12,22; 8:13; 14:16; 15:1; 16:7; 19:5,11; 24:15; 36:12; 39:18; 58:5; 60:5,11,12,14; 62:21; 65:5; 67:1; 83:25
**publish** 100:12
**PUD** 65:11; 70:2; 72:6; 73:7
**PUD's** 67:8
**puddles** 106:12
**pull** 39:23
**pulled** 36:24
**pulling** 35:7
**pulls** 46:3
**pulverized** 49:10
**pump** 91:6
**pumped** 90:25
**pumps** 80:6; 89:21; 90:11,21,21; 91:12
**purchased** 28:25
**purpose** 8:20; 63:3; 93:24
**purposes** 19:22; 69:21
**pursuant** 119:6
**push** 112:9
**pushing** 80:4
**put** 17:17; 21:18; 35:19; 37:15,17; 39:14; 42:4,9,10; 43:13,22; 46:24; 47:10; 48:12; 50:2; 51:10; 77:8; 81:4; 87:4,8; 94:14; 97:10,13; 107:24; 109:11,25; 110:7; 111:8,10
**putting** 31:18; 80:3

**Q**

**qualify** 93:12
**quality** 93:4,7
**quarter** 49:21; 106:24,25; 107:4,12; 109:2; 110:4
**question** 80:7,20; 81:9
**question-and-answer** 53:4; 56:15
**questionable** 30:10
**questioned** 9:14; 63:22
**questions** 4:4,8; 9:16; 19:18; 20:16; 49:15; 59:3; 63:24; 67:8; 88:17
**quick** 100:14,22; 106:4; 112:2
**quit** 104:22
**quite** 11:5; 78:5; 80:17; 81:21; 88:1; 92:17; 112:22
**quote** 80:3; 82:8
**quoting** 71:19

**R**

**R-a-n-d-l** 97:1
**R-o-d-g-e-r-s** 18:24
**R-u-e-s** 3:12; 58:13
**R.W** 69:16
**radar** 34:12
**raft** 94:2,14
**rafters** 103:24
**rafting** 55:18; 57:3; 92:4,20; 94:1,8,13,20,23; 109:19
**rafts** 93:13,14,15,16,22
**rain** 76:18
**rainy** 4:13

raise 90:12
raised 116:14
raising 115:24
ram 35:12
Ranch 34:4,4; 36:17; 40:4,9,12,20,22; 41:1,11; 43:17
Randi 96:24,25
range 27:21
Ranger 103:9
rate 21:18; 70:19
rates 66:7
rather 32:18; 54:21; 75:7; 78:5
rationale 76:3
rationalize 71:10
re 55:12
re-educate 36:3
reach 33:2; 88:16
read 10:2; 64:8; 68:21,22; 70:7; 100:10
readily 31:9
reading 10:1; 64:8; 71:18
ready 10:16; 42:24; 44:24; 64:25
real 7:5; 37:5; 39:1; 41:1; 46:3; 73:24; 98:15; 101:3
realistic 31:13
realistically 108:3
realize 17:19; 20:2; 75:4; 117:19
realized 65:14; 74:25; 92:9
realizing 75:21; 77:9
really 10:22; 14:13; 19:3; 21:21; 22:24; 23:9; 37:13; 55:4; 61:12; 66:2; 75:6; 79:7; 82:1; 84:25; 97:18,19; 98:11,12,15,16; 107:11; 109:24; 115:10,18; 116:4; 117:11
rearrange 71:7
reason 18:10; 37:3; 44:10; 61:6; 69:17; 73:2; 111:15; 112:25; 117:14
reasonable 12:15; 29:7
reasoning 76:3
reasons 67:11; 70:12
receive 8:20; 63:3; 66:25
received 14:12; 66:24; 67:7; 69:16; 92:8
recently 15:12
recess 52:1,8; 57:24; 114:7; 116:18; 118:6
reclaim 102:10
Reclamation 2:3; 4:1; 5:7,24; 8:6; 58:8,21; 60:1,18; 62:13; 90:2
recognized 13:8
recommendation 61:18
recommended 33:5; 88:14
reconvene 52:9; 57:21; 116:3; 116:20
reconvened 118:8
Record 5:21; 9:11,17,20,25; 10:3,18; 24:3; 25:4,7; 52:2,5,7,10,15; 53:16; 57:23; 58:3,11,19; 60:15; 63:19,25; 64:1,4,9; 76:21; 84:7; 87:20; 89:10; 99:1; 102:24; 114:6,9,24; 116:15,16,17,20,22;
118:5,8,9,19; 119:13
recorded 9:16; 63:24
records 100:15
recovery 39:17; 45:15; 106:14
recreate 26:11
recreation 15:19,21; 16:13; 57:2,12; 92:2; 93:18; 117:6
recreational 55:11; 94:13,23
Redding 1:13; 13:4; 14:9; 18:25; 25:20,21,22; 24:1,2; 25:2,12; 26:10; 28:1,4,20; 31:9,14; 47:21; 70:11; 76:19; 77:6; 88:5; 99:14
redress 18:18
redressed 18:17
reduce 28:9; 56:23
reduced 28:13; 39:16
reduces 11:19
reducing 15:9
reel 75:17
refer 64:6
reference 26:6,13; 29:3
referring 92:14
reforestation 102:22
regard 12:18; 113:15
regarding 1:5
regime 87:13
region 69:9
regional 29:1; 70:5
register 9:3,5; 63:11,12,14; 114:5
registration 4:3; 10:7,12; 52:4; 58:25; 64:6,15,19; 114:1; 116:12
relate 26:11
related 7:2; 59:4; 119:17
relationship 62:5
relatively 92:22
Release 4:17; 24:10; 59:11; 93:23; 94:6; 115:25
releases 93:19
reliable 85:18
reliably 94:1
reliant 85:9; 96:15
relies 24:1; 32:18
relieved 11:15
religion 68:25
relocation 17:24
remain 84:19
remaining 70:17
remarks 32:5
remembers 97:22
reminisce 97:18
rendering 18:16
repairing 97:4
repaved 44:24
repeat 67:3
replace 29:9; 66:17; 82:25
replacement 29:12
replied 108:5
REPORT 1:7; 3:10; 4:19; 8:19; 14:14; 15:17; 59:13; 63:2; 70:7; 73:13,15; 75:9
report's 92:14
reporter 9:17,19,24; 10:2; 20:14; 25:4; 32:3; 52:23; 63:25; 64:1,6,9; 119:1,4
represent 9:11; 10:19; 32:10
representative 6:7; 17:18; 60:23; 114:14
representatives 3:18; 4:2; 18:24; 51:15; 58:20,24
represented 8:16
representing 6:14; 9:6; 14:5; 18:22; 61:4; 63:15,19
represents 20:25
request 25:9,10; 33:4,12
requested 14:25; 19:17
requesting 24:6; 25:3
required 72:16
requirements 62:7; 84:2
research 5:9; 60:3
reservation 6:17
reserve 7:19
reserved 6:22,23; 62:3
reservoir 90:13,25
reservoirs 15:20; 82:15; 83:2; 90:23
reshape 17:2
reside 21:2
resident 21:5
resource 7:6; 61:13,15; 97:4; 117:22
Resources 2:15; 5:14; 6:24; 7:2; 19:4; 26:19; 29:22; 60:8
respond 68:1
responded 7:13
response 5:3; 59:22; 61:21
responses 7:16
responsibility 7:18; 62:1
responsible 18:6; 22:11; 26:25; 86:7; 96:10
RESTORATION 1:8; 3:10; 4:18; 7:14; 27:8,10,23; 28:3; 30:9; 31:19; 32:18,19,21; 33:3,6; 55:15; 58:11; 59:12; 61:22; 82:9,12; 85:9,10,19; 87:10,15; 88:10; 96:15; 102:23; 115:3
restore 5:2; 15:6; 31:20; 43:2; 44:1; 48:15; 53:24; 55:15; 59:21; 85:6; 87:15; 88:24; 102:6; 109:12; 111:4
restored 86:12; 87:1; 88:11
restoring 5:12; 25:13; 31:14; 55:12; 60:6; 85:17,20; 87:21; 115:2
restrictions 109:18
result 95:11
resulted 93:25
retire 13:16
retired 86:9,10; 105:18,18
returned 86:11
reveal 28:16
revenue 65:21
review 8:15; 12:21; 14:13,17,22; 15:1; 19:2,18; 20:16; 25:1; 33:9,13; 61:17; 62:22; 84:1
reviewed 66:24
reviewing 30:1
revitalize 109:13
ribbons 102:8
Rica 117:10
Rick 65:1,3
rid 37:19,20; 108:7
rife 18:16
right 10:20; 15:10; 18:6; 21:25; 22:1; 35:16; 40:14; 41:12; 43:15,19; 52:1,7; 66:9,12; 73:24; 75:20; 104:3; 109:4; 110:20,25; 112:10; 114:6
rightfully 21:17
rights 6:23; 7:19,19; 62:3; 66:11,14,20
rise 28:14
RIVER 1:8; 2:4; 3:10,13; 4:17,23; 5:2,12,15; 6:18; 7:2,14; 8:7; 11:5,8; 12:5,15; 14:6; 15:7; 16:10; 17:7,24; 18:1; 19:21; 21:6,7,17,23; 22:1,23; 23:8; 24:20; 25:14,18; 27:13,16,16; 30:4,8,19,22,23; 31:15,18,20; 32:12; 33:20; 34:1,6,15,23; 35:2,17,20,22,24; 36:2,4,7,7,8,19,23,24; 37:1,2,4,6,12,15,25; 38:9,15,22; 39:1,12; 41:1,15,18,19; 42:3,9,19; 43:2,15,21; 44:1,6,6,9,12; 46:2; 47:1,3,7,19,20; 48:2,15,24; 49:1,18,20,22,25; 50:1,2,8,14,21; 51:9,11,21; 53:22,24; 54:1,2,3,8,22; 55:7; 56:19; 57:1,6,6,9; 58:11,14; 59:11,17,21; 60:6,9; 61:8,10,22; 62:17; 72:10,13; 74:13; 75:7,13; 79:11,11; 81:10; 82:2; 83:18; 84:10,10,14,18; 85:8,11,17,20,24; 86:3,11,13,25; 87:4,5,9,11,13,17,21; 88:6,7,8,9,24; 89:22,24; 90:8,24; 91:2,1,25; 92:3,3,23; 93:4,5,6,9,9,10,14,16; 94:3; 95:2,8,13,15,16,25; 96:6,17; 97:8,17,19; 98:3,5,6,9; 99:16,20,21; 101:1,10,13,16,21; 102:25; 103:2,4,5,12,12; 105:10,17,19,24,24; 106:2,3,5,8,10,11,14,22,23,2; 107:1,13,25; 108:6,14,23; 109:3,16; 111:17,22,23; 112:1,8,10; 113:2,23,6; 115:22; 117:7,11,14,23,23
river's 42:20; 51:4
rivers 6:22; 7:7; 11:6; 38:16; 72:7; 85:14; 90:6; 91:24; 98:12; 106:6; 115:20
Road 10:10; 64:17,18; 74:3; 81:16; 107:1; 108:24; 111:19
roads 97:23
ROBERT 2:3; 3:11; 32:7,8; 58:12
rocks 41:4,6,11; 43:19; 49:10; 71:7; 109:10
rod 75:17
Rodgers 18:20,21,23; 20:13,15,20
Roger 33:17,25; 46:7;

RDD/TRINITYPC-1.DOC-43

56:17; 98:23; 99:12;
103:19
**role** 27:8
**Room** 1:11; 2:43; 46:17;
83:24
**rough** 16:12
**roughly** 11:25; 13:19;
85:8
**roust** 109:2
**route** 115:19
**routes** 93:22
**RUESINK** 2:3; 3:2,11,21;
8:11; 13:25; 16:2; 17:14;
18:19; 20:7,12,18,21; 23:15;
25:6; 31:25; 32:4,6;
33:15,21,24; 51:13,19,23;
52:9; 53:10,15,19; 55:21;
56:5,8,10,14; 57:16;
58:2,12; 62:19; 76:12,20;
77:1; 83:11,14; 87:23; 88:3;
89:2,7,10,15; 91:15; 95:19;
96:23; 98:22; 99:6,9; 100:7;
105:3,6,9,13; 110:16,19,21;
112:11; 113:20; 114:8,23;
116:8,19; 118:1,7
**rumors** 76:5
**run** 39:16; 92:25,25; 93:5;
94:2
**runable** 93:13
**running** 93:9
**runs** 4:24; 59:18; 97:19
**rural** 115:15
**RV** 39:7
**RYAN** 2:3; 8:5,6; 62:11,12

**S**

**S-h-e-r-w-o-o-d** 99:12
**S-i-d-n-e-y** 10:24
**S-p-e-e-r** 53:18
**S-t-e-i-n-h-a-u-s-e-r** 91:19
**S-t-u-a-r-t** 89:12
**S-turn** 41:1
**Sacramento** 2:10; 90:6
**sad** 98:12,15
**sadly** 97:18
**Saelzer** 115:5
**safe** 42:12
**safety** 93:4
**salary** 103:16; 109:12
**salmon** 4:24; 7:6;
12:4,16,17; 21:22; 27:4;
34:3; 35:5,11,14; 36:13;
39:5;
40:12,13,17,18,18,21,23;
41:12,14; 43:18; 50:17;
59:18; 61:15,17; 95:4;
97:19,25; 98:14; 99:25,25
**salmonoid** 115:21
**Salt** 45:3
**San** 54:11; 81:19;
86:4,13,14
**sand** 44:17,19; 49:8; 109:9
**sanity** 87:2
**satellites** 34:11
**Saturday** 34:2; 37:4; 43:12
**save** 82:8
**saved** 90:15; 103:18
**saving** 112:19
**saw** 4:6; 40:18,18; 77:5;
101:21,22; 102:9; 103:3,4,5
**saying** 7:13,23; 44:8,25;
48:4; 50:9; 51:7,7,8; 54:21;

66:22; 85:23; 87:2; 102:16;
107:13; 108:3; 109:19;
115:12
**says** 45:15,16,23; 46:8;
50:11; 67:25; 68:8,12;
69:13,18; 70:22; 72:2;
84:12,14
**scale** 38:20; 110:4
**scary** 89:24; 95:10
**schedule** 85:21
**scheduled** 52:12; 55:23;
58:17; 118:11
**School** 34:19,20; 111:8
**schools** 97:13
**science** 30:17; 78:2; 80:8;
85:1,4; 98:18
**scientific** 85:2,13
**scope** 24:24; 38:17; 47:23;
69:21
**screens** 37:11
**search** 43:7
**season** 94:6; 103:21
**seasons** 98:8
**second** 12:6,10,11;
85:16,22; 89:24;
93:11,17,20,25; 94:19
**Secondly** 19:24; 84:9
**Secretary** 4:25; 7:15;
22:7,8; 23:10; 25:2; 59:19;
78:15; 79:6
**Section** 119:6
**sections** 37:14; 38:25;
68:21
**sediment** 11:11,21,22;
56:22,24
**sedimentation** 4:22;
59:16
**seeing** 117:24
**seem** 12:15; 78:4
**seems** 16:21; 71:10,18;
72:18
**seen** 8:16; 21:21;
38:15,16; 85:16; 89:22;
101:17
**selected** 88:15
**self-cleaning** 34:8; 38:18;
42:14
**sells** 110:6
**Senator** 18:22; 19:17;
76:14,16,20,22,22,23; 80:15;
83:12,15; 110:23
**sense** 48:4; 73:22; 74:4;
75:11
**sent** 25:2
**separate** 65:8; 84:18,19
**September** 93:24
**serious** 26:20; 54:7
**serves** 69:25
**SERVICE** 1:2; 2:2;
3:4,6,13,23; 4:3,16; 5:23;
10:10; 47:9; 51:16;
58:5,7,21,25; 60:17; 61:18;
64:17; 95:4; 102:4; 105:25;
114:14,17; 118:12
**Services** 58:14; 94:4
**serving** 3:15; 58:15; 66:6
**session** 56:2; 58:1
**Sessions** 1:14
**set** 23:7; 39:20
**sets** 41:4
**seven** 27:6
**seven-** 83:3
**Seventy-four** 100:21

**several** 4:20; 5:10,11;
14:7; 24:11; 59:14; 60:4,5;
75:10; 97:3
**severity** 31:10
**Seymore** 80:15
**shade** 50:21,22
**shallower** 110:13
**shameful** 13:23
**sharp** 17:1; 41:1
**Shasta** 2:13; 16:7; 17:17;
25:25; 26:4,11,14,15; 28:17;
69:8; 70:14,25; 90:8; 115:2;
116:24,25; 117:3
**Sherwood**
33:17,18,23,25,25; 51:13;
56:3,6,9,13,17,17; 57:17;
98:23,24; 99:5,8,11,12;
100:8; 105:4,5,8,11,15;
110:16,18,20,22; 111:1;
112:12
**shining** 86:25
**shipped** 18:8,15
**shooting** 36:25; 107:18
**shores** 105:16
**short** 14:11; 17:1; 69:18;
79:21,25; 80:1; 88:1
**Shorthand** 119:3,9
**shortly** 116:16
**shortness** 12:18
**shot** 37:1
**shouldn't** 55:4
**show** 17:3; 42:23;
47:14,15
**showcase** 93:8
**showed** 41:8
**shown** 27:21; 28:16; 30:8
**shows** 25:24
**shutting** 95:13
**si** 26:7
**Sid** 10:17,24
**side** 81:3,4
**side-looking** 34:12
**Sierra** 3:12; 18:14,16;
58:13
**signature** 119:20
**significant** 23:25; 26:16;
27:4,19; 31:16
**significantly** 16:16; 28:24
**silt** 35:17; 36:4; 39:11;
42:8; 44:14,17; 47:25; 48:6;
51:4; 56:22; 57:4,5,7,10,15;
107:6; 109:9
**silver** 100:14,14,22; 106:4;
112:2
**similar** 24:24; 25:9; 89:20;
95:5
**sit** 35:24
**sitting** 24:18; 86:20;
114:13
**situation** 30:24; 44:1;
77:10
**six** 12:2; 24:21; 80:22;
91:24; 99:13,14; 102:12;
103:12; 110:14
**six-day** 83:25
**size** 41:4; 92:14
**slip** 9:4
**slips** 51:24; 57:19; 116:10;
118:5,10
**slowed** 102:22
**slowly** 10:2; 64:9; 74:5
**small** 35:6; 38:20; 93:17;

101:3; 108:7; 110:4;
111:12
**smells** 69:15
**Smith** 27:13,15; 72:10
**smoke** 40:7,10
**Snake** 2:4; 3:13; 58:14
**Snow** 13:3
**soaring** 95:6
**socially** 18:11
**socio-economic** 70:6,6,8
**socioeconomics** 16:10
**sold** 39:18; 108:10
**sole** 6:19
**solution** 115:9
**solve** 79:11; 81:14
**solved** 81:6,7; 86:16
**somebody** 21:5; 38:15;
41:16; 42:23,25; 46:12,15;
49:17; 50:11
**somehow** 56:23
**someone** 51:25; 66:18;
114:5
**something** 7:13,16; 21:15;
49:21; 50:18; 54:20; 67:14;
70:2; 71:14,20; 72:12; 77:4;
89:20; 90:1; 111:12,18;
117:20
**sometime** 83:13
**sometimes** 71:12
**somewhat** 90:24; 91:1
**somewhere** 18:8; 79:15;
83:1
**sons** 111:7
**sorry** 13:21; 20:21; 105:11
**sort** 13:11; 112:22;
113:10,13
**sound** 69:1,2; 85:4
**sounds** 68:25; 69:1,2;
71:21
**source** 110:1
**sources** 27:25
**south** 11:23; 18:15; 116:3
**southern** 27:3; 81:17;
113:13
**spawning** 96:20
**speak** 18:3; 52:1; 53:10;
92:1; 99:3; 114:6;
116:11,12; 117:8,12
**speaker** 10:16; 16:4;
17:15; 18:20; 20:9; 23:17;
32:6; 33:17; 52:18; 64:25;
76:14; 83:16; 87:25; 89:4;
91:17; 95:21; 114:20;
116:21
**speakers** 24:6; 31:17;
56:15
**speaking** 23:20; 59:5
**special** 96:1
**species** 7:8,8,10; 17:21;
21:14; 54:9
**specific** 19:22,22,25;
61:23; 71:19
**specifically** 21:7,19;
53:20; 113:1
**spectrum** 93:2
**speed** 95:5
**Speer** 52:18;
53:8,12,17,17,17,20; 56:7
**spell** 9:10; 10:18; 33:24;
52:22; 53:16; 63:18; 76:21;
89:11; 114:24; 116:22
**spelled** 9:13; 28:1; 58:13
**spend** 75:7; 82:11; 107:15

RDD/TRINITYPC-1.DOC-44

spending 117:23
spends 21:6
spent 13:13; 41:22; 82:10,14; 99:21
spirituality 98:4
splashing 49:11
spot 109:5
spots 108:23
spotted 70:18
spring 5:21; 28:11; 60:16; 91:10
St 102:3,6,7,20
stadium 47:6
staff 10:6; 64:7,15; 77:6
stage 24:14
stages 108:7,20; 112:7
stagnant 68:23
stand 50:17
standards 73:8
standing 43:13
standpoint 25:21
Star 34:11
start 20:12; 38:1; 41:18; 42:12; 49:20; 50:15; 66:22; 96:5; 108:19,22; 111:21; 115:7
started 44:9; 48:17; 71:15; 105:20,24
starts 92:25
state 10:18; 12:17; 18:22; 29:19; 32:22; 33:22; 53:15; 54:13; 68:20; 76:14,21; 77:17; 78:20; 81:11; 89:8; 104:10; 114:24; 116:21; 119:4
state-of-the-art 29:6,10
stated 7:11,21; 21:19; 24:8; 33:10; 61:20; 88:6,10; 119:10
Statement 4:7; 9:23; 32:3; 51:24; 52:4,6,25; 55:25; 57:20; 64:13; 85:4; 113:23,25; 114:11; 118:4
STATEMENT/ 1:6

Statement/Environmental 3:9; 4:18; 8:19; 58:10; 59:13; 63:1
statements 9:18,20; 64:1; 114:18
States 3:3; 26:23; 58:4; 104:13
statewide 21:4
stating 9:10; 63:18
station 40:25; 43:17
statistics 27:12
status 7:6; 61:12,15,17
stay 44:13; 105:1,2
staying 22:17
stays 112:10
steelhead 7:9; 61:16; 95:4
Steinhauser 91:17,18,19; 95:20
stenographic 119:9
step 4:19; 52:22; 53:6; 59:13; 74:6; 76:8
steps 5:1; 59:20
Steve 14:2,4
stocking 15:9,14
stocks 61:19
stood 102:8
stopped 102:24

storage 15:25; 80:25; 86:1,2,17
stories 97:18,25
story-telling 97:13
stream 61:24
stretch 41:3,5,17; 47:1; 50:15; 107:13; 109:2
strong 31:11; 40:10
strongly 93:12; 94:9; 98:16
struck 97:19; 98:1
Stuart 89:9,12
studied 87:9
studies 13:14,16,20; 23:1; 55:14; 68:6; 85:13
study 5:5; 14:17; 17:12; 22:14; 24:11; 30:22; 59:24; 73:1,12,13,23; 77:12; 82:14; 83:22; 85:2,3; 90:3,4,10; 91:2; 98:17
studying 11:4
stuff 34:22; 35:19; 39:20; 41:24; 42:3,7,8; 45:22,24; 46:4; 47:10,18; 108:8
style 30:2
subject 16:8; 53:3; 66:13
submit 64:12; 68:16
submitted 10:6; 13:2; 24:3; 25:9; 64:15
subpoenas 79:3
subscribed 119:19
subsequent 17:24; 21:13; 95:13
subsidize 38:11; 48:7
substances 37:21
substantial 95:9; 98:25
successfully 45:22
sucking 35:9
suffering 22:21
sufficient 76:4; 88:19
suggest 15:18,22; 25:1
suggested 85:25
suggesting 26:17,18; 89:20; 90:10
suit 37:7,24
summarize 99:7
summarizes 5:9; 60:3
summary 27:21; 55:10; 92:17
summer 44:20; 93:19; 94:3; 107:15; 117:17,17
summers 99:22
summertime 39:3
Sunday 34:2; 37:4
sunk 36:18; 48:21
Supervisor 2:3,8,3; 4:15; 6:6; 58:13; 59:7; 60:24
Supervisors 3:24
supplies 17:6
supply 16:17
support 85:1; 98:17; 113:16; 117:4
supporting 31:21; 115:11
supportive 18:2; 31:14
supports 23:3; 98:18
supposed 54:2; 55:1
supposedly 55:1; 79:12
surface 85:25; 86:2,17
surfacing 40:21,23
surprise 14:24
surrounding 26:10; 84:10

survival 7:3
suspect 74:19; 78:8; 115:11
SWAG 115:1
system 5:2,12; 26:19; 30:14,20; 31:18; 39:18; 45:15; 49:12; 59:21; 60:6; 79:10,16,19; 82:24; 98:20
system's 4:23; 42:6; 59:17
systems 16:25

T

table 3:17; 4:3,7,8; 9:3,22; 10:7,12; 11:24; 29:3; 52:4; 56:12; 58:20; 59:1,1; 63:11; 64:15,20; 114:1; 116:12
Tackie 109:14
tailing 41:25
tailings 39:23; 45:21
take-a-way 82:12
taken 21:10; 24:13; 36:4; 52:8; 57:24; 75:4; 82:25; 86:3; 114:7; 116:18; 118:6; 119:8
takes 57:8; 73:3
taking 3:8; 23:25; 30:16; 31:21; 52:24; 58:9; 66:5; 81:3
talk 38:13; 41:16; 42:22; 43:20; 46:12; 51:5,17,18; 51:15; 72:19; 78:14; 98:14; 110:23
talked 41:8; 56:19; 101:18; 103:9; 104:15,17; 105:18
talking 19:13; 37:14; 38:7,21; 46:25; 47:2,3,19,24; 48:1; 49:16; 50:3,10; 72:24; 73:14; 75:8; 79:8,14; 80:2; 82:6; 86:20; 101:19; 107:3,17; 110:3,11; 111:14,18
talks 68:22
tangled 84:16
target 32:25; 49:20; 50:16
targets 32:17
task 12:23; 13:1; 14:6
tax 65:21,24
TCC 12:22,23; 13:2
te 37:8
team 41:9
technology 34:11; 37:8; 44:25; 75:1
television 41:4
tell 14:21; 34:3; 43:7; 50:17; 56:11; 69:4,19; 73:6; 75:11; 76:17; 77:22; 103:25; 106:9
telling 35:15
temperature 93:24; 115:23,24
temporarily 118:5
ten 33:19; 41:8; 46:20; 56:24; 70:19; 90:3; 102:12; 105:16; 107:5,16; 108:15,23; 110:5
ten-foot 93:13,22
ten-year 83:3
ten/12 11:11
tenable 18:9
tends 30:22
terms 7:16,24; 18:4;

61:23; 82:2,3; 94:16
test 69:15
testimony 10:1; 64:8
Texas 112:24
Thank 4:12; 5:25; 6:1; 8:3,11; 10:20; 13:24,25; 14:8; 16:1,2,5; 17:13,14; 18:19; 20:6,7; 23:11,13,15,18; 25:6; 31:23,25; 32:4; 33:14,15,18; 51:14,19; 53:19; 55:20,21; 57:16; 59:9; 60:19,20; 62:8,10,18,19; 76:11,12,16; 77:1; 83:9,11,14,17,21; 87:22,23; 89:1,2; 91:14,15; 92:5; 95:18,19; 96:22,23; 98:21,22; 99:11; 110:21; 112:11; 113:19,20; 116:8; 117:25; 118:1
Thanks 62:11
that's 6:19; 7:12; 8:1; 10:10; 13:5,13,23; 16:5; 17:16; 27:16; 29:3; 30:25; 34:7; 35:14; 37:1,1,10; 38:8; 39:7,18; 41:14; 42:19; 43:4,14; 46:13; 47:7; 48:10; 50:4,6,12,22; 53:2; 54:23; 57:14; 61:1; 64:17; 65:8; 69:14; 70:24; 74:4,12; 83:18; 84:1,22; 86:20; 90:5; 91:3,9; 96:12,13,21,21; 99:13; 100:5,12; 101:14,14; 102:24; 104:4,4; 108:15; 111:18; 112:8; 114:10,18; 116:7,10
themselves 58:23; 85:14
there's 7:18; 16:21; 40:15; 41:3; 43:1,8; 46:17; 47:4; 49:1; 50:24; 51:25; 57:5; 61:20; 66:16; 69:5; 72:7; 74:20; 75:14,16; 76:5; 81:25; 99:23,25,25; 106:7,25; 108:6,23; 113:10
thereafter 119:10
therefore 9:13; 21:3; 28:14; 63:21
they're 13:22; 24:18; 34:3; 35:8,9; 40:14,24; 41:12; 47:22; 50:24; 54:8; 100:9; 111:18; 115:6,14
they've 37:22
thing 18:12; 34:21; 39:15; 46:8,19; 65:11; 67:23; 72:19; 77:20; 83:20; 90:18; 104:3,8; 106:23; 107:12; 108:13; 111:12,20; 117:11
things 19:1; 30:11; 54:18; 71:25; 72:21; 77:3; 79:20; 82:13; 83:7; 97:14; 107:14; 113:14
think 12:10,25; 18:9,12; 21:8; 24:25; 25:14; 26:16; 28:23; 31:7; 37:5,12; 43:8; 44:10; 46:16; 49:16,22,22,23; 51:11; 55:9,10,13; 62:4; 66:22; 67:3,6,20; 70:11; 72:10; 73:18; 74:2,7; 75:21; 76:1,4,8; 77:10; 78:16; 79:6; 80:15; 81:19; 82:3,22; 83:25; 85:4,7; 90:4,14; 95:25; 96:5,7,8,14,16,19; 102:1; 111:15; 114:15; 116:4

**thinking** 48:9,10; 81:12; 82:2
**thinks** 38:13; 82:20
**third** 82:4; 88:23
**Thirteen** 109:16
**thought** 13:9; 40:7; 71:8; 100:23; 103:5,18; 109:17; 117:11,19
**thoughtful** 19:2
**thoughts** 67:5; 76:10
**thousand** 29:15; 65:16; 74:11; 101:5; 104:11; 107:9
**threatened** 7:8,10
**three** 14:19,19; 15:20; 29:16; 40:13; 44:21; 55:23; 68:2; 74:2; 78:16; 88:17; 109:6,6; 110:10
**three-eighths-minus** 56:25; 57:10
**three-quarter** 80:2
**throughout** 15:15,15; 94:3
**throw** 112:21
**thrust** 71:8
**tied** 13:14
**tiered** 25:21
**till** 51:6; 52:12
**timber** 65:16
**time** 9:11; 10:16; 12:18; 18:5,18; 21:6; 22:5,19; 24:6,15; 25:11; 27:17; 29:17; 31:13; 33:9,12; 37:15; 39:19; 50:12,13; 51:25; 54:5,15; 56:6; 58:17; 67:3,17,22; 73:19; 75:21; 76:1,9; 77:7,12,12; 79:6; 83:3,23; 84:1,6; 87:7,10; 92:7; 95:18; 97:3,7,9; 107:19; 110:6; 111:15,21; 112:3,6; 115:6,6; 118:11,14; 119:9
**timely** 23:10; 85:21
**timers** 45:21; 56:20; 101:18
**times** 66:15; 103:10
**Tina** 83:16,17
**tired** 45:6
**tires** 46:4
**title** 62:13
**today** 7:21; 10:6; 23:21,25; 24:4; 25:4; 26:22; 29:15; 66:6,25; 69:16,17; 73:25; 100:2; 104:5,25
**told** 43:19; 46:10; 70:4; 97:25; 100:3
**Tom** 20:9,10,23
**tomorrow** 37:6; 45:1; 114:16
**tonight** 45:1; 58:15; 61:2; 62:9,18; 66:23; 67:20; 92:1; 110:23; 117:4
**tons** 11:11; 38:21; 45:18
**took** 14:17; 42:8; 107:9; 109:5; 111:22; 118:15; 119:13
**top** 26:12,15; 48:7
**topic** 29:21
**topsoil** 38:2,5,6; 47:22,25; 48:6
**topsoil's** 38:4
**torch** 40:9
**torpedoes** 34:12
**total** 52:15; 75:9; 81:15

**totality** 81:15
**totally** 50:22; 108:2
**touch** 67:19
**touched** 71:5
**toward** 53:11
**towards** 87:10,10,21
**toxic** 37:21; 47:12; 48:18; 86:9
**Tracy** 80:6; 91:8
**traditionally** 72:3
**trailer** 39:8; 46:3
**train** 47:18
**trains** 35:19
**transcribed** 119:10
**TRANSCRIPT** 3:1; 52:24; 64:11; 119:12
**transcription** 119:11
**transfer** 21:21; 40:25; 43:17; 79:15; 80:10; 81:18
**transferred** 79:10
**transport** 101:4
**trapped** 34:4; 41:7,12; 43:3
**trash** 10:14,15,23; 104:1,6; 106:1
**trashing** 103:6
**travel** 57:4
**TRD** 66:17
**trees** 11:18; 80:20
**tremendous** 90:5,21
**Tribe** 2:3; 3:25; 5:8,24; 6:14,20,21,25; 7:25; 58:8,22; 60:2,18; 61:4,6,7; 62:5; 97:21,21
**tribe's** 61:11
**tribes** 7:20; 54:25; 55:8; 62:2
**tributary** 93:17
**tried** 102:10,18
**TRINITY** 1:8; 2:18; 3:7,10; 4:17,23; 5:2,8,12,14,24; 6:6,7,9,18,24; 7:2,7,14; 8:7; 11:5,8,20; 12:5,21; 13:5; 14:6; 15:6; 16:9,12,22; 17:7,9,10,24; 18:1,7,7; 19:21; 21:6,7,17; 23:7; 24:20; 25:14,18; 26:3,13,17,23; 27:16; 29:5,11,14,23; 30:4,8,22,23; 31:15; 32:12; 33:20; 34:16,14,14,18,23; 35:2,4,17,22; 36:18; 37:12,15; 38:15; 39:3; 43:2,14,25; 46:2,18; 47:1,2,7; 49:25; 50:1; 51:9; 53:22; 54:1,2,22; 55:7,16; 56:19,20; 58:8,11,22; 59:11,17,21; 60:2,6,8,18,22,23,25; 61:8,10,22; 62:17; 65:5,6,8,9,14,23; 68:16,18,19; 69:1,5,7,8,9,11,20; 70:2,14,18,25; 71:3; 72:13; 73:6; 74:8,10; 77:2; 78:18; 79:7,10,16; 81:4,5,10; 82:2,3,24; 83:18; 84:10,10,14,18; 85:17,20,24; 86:3,11,13,25; 87:9,13; 88:6,9,13; 89:17; 90:12,12,25; 91:6,7,9,21,22,25; 92:3,3,23; 93:10,14,19; 95:15,16,25;

**96:**6,13; 97:2; 99:16,19,21; 101:1,10,13,16,20,21,24; 102:25; 103:2,4,12; 105:9,16,17; 106:5,8; 107:23; 108:6,14,23; 109:13; 111:5,16; 113:2; 115:22; 117:1,11,14,18
**trommel** 41:24
**trommels** 37:11; 109:10
**trouble** 104:16
**trout** 7:9; 20:11,24,25; 23:3
**truck** 42:4; 110:7
**truckload** 111:25
**trucks** 35:20; 37:17; 38:7; 42:9; 47:17; 107:8; 108:24; 109:8
**true** 30:7; 51:7,8; 70:2; 119:13
**truly** 85:6,10; 87:15
**trust** 7:18; 55:7,22; 62:1
**truth** 73:16
**try** 48:16; 71:20; 96:17; 95:4; 104:24; 116:15
**trying** 27:14; 43:2; 47:3; 55:3; 57:14; 71:6,7,19; 78:10; 79:4; 81:11,22; 101:4; 106:1; 115:10
**Tuesday** 1:15
**tundra** 99:22,24
**tunnel** 89:18,21
**tunnels** 89:17; 90:11
**turn** 11:14; 44:4; 117:18
**turns** 107:21
**two** 23:12; 31:17; 32:24; 37:20; 39:13; 70:21; 79:23; 87:9; 88:21; 90:14; 92:20,23; 94:22; 107:23; 110:10
**two-inch** 109:10
**two-thirds** 86:15; 88:18
**type** 31:22

**U**

**ultimately** 71:24
**uncle** 45:4
**understand** 54:24; 67:24; 71:18; 79:14; 97:9; 99:11
**understanding** 18:5; 52:11,17; 53:21; 54:1,4,10
**understated** 70:12
**understates** 28:23
**undertaken** 5:10; 60:4
**underwater** 35:8; 37:23; 40:15
**underwent** 61:17
**unfortunate** 24:13
**unique** 7:24; 8:2; 62:5; 66:8; 84:11,15,15
**unit** 27:4; 39:22; 46:4
**United** 3:3; 58:4; 104:13
**unless** 46:15; 51:25; 110:24
**upon** 61:12; 96:15
**urbanize** 115:10
**urge** 98:16; 99:3
**use** 37:13; 44:17; 46:20; 54:14,17,18,22; 66:15; 79:1; 90:9,9; 100:8; 108:10; 109:10; 112:8; 113:3
**used** 12:1,16; 17:4; 29:12; 35:21,23,24; 45:4; 46:20;

50:2; 69:20; 70:4; 72:9; 80:15; 86:25; 98:7,8,14; 100:25; 106:6
**useful** 115:6
**users** 20:1; 55:11
**uses** 15:5
**using** 46:19; 48:18; 70:8,9; 79:3; 91:11; 105:24; 106:3
**Usually** 40:17
**Utilities** 65:5
**utility** 23:19; 65:6
**utilize** 117:21

**V**

**Valley** 2:2; 3:7,25; 5:8,24; 6:14,17,20; 7:20; 15:24; 16:11,19; 17:23,25; 21:18,24; 28:10; 30:20; 58:8,22; 60:2,18; 61:4; 62:2,17; 72:21; 76:17,18; 79:22; 81:19; 86:4; 97:4
**various** 30:4
**vast** 54:16
**vegetable** 42:11
**vegetables** 42:12
**vegetation** 15:9,14
**vehicle** 39:9
**venture** 15:10
**verbatim** 10:3; 52:24; 64:11
**viable** 94:13
**viewing** 95:5
**virtually** 72:11
**visit** 4:7
**visited** 90:20
**volcanoes** 102:14
**Volkswagens** 41:4
**voodoo** 78:2; 80:8
**vote** 54:23; 115:15
**vote's** 116:3

**W**

**W-2606** 2:0
**waited** 84:5; 87:19
**waking** 105:25
**walk** 41:6; 43:17; 87:5; 102:8; 103:22
**walked** 33:18; 77:25; 102:7,9; 104:18
**walking** 43:4
**wall** 89:5
**Wally** 25:8
**want** 11:1; 14:8; 23:11; 25:3,12; 35:14; 37:21; 38:17; 39:14; 45:17; 46:7,8,23; 48:15; 49:7,21; 50:5,14,18; 51:6; 54:22; 63:10; 64:10; 65:11; 66:1; 72:19; 83:20,20; 85:22; 99:2; 104:16; 106:23; 116:7
**wanted** 26:21; 28:7; 34:15; 47:8; 65:17; 84:25; 99:18; 112:21
**wanting** 75:6
**wants** 25:12; 46:16
**warden** 34:19
**Warner** 41:8; 43:20
**warning** 36:12

RDD/TRINITYPC-1.DOC-46

Wars 34:11
wash 11:16; 108:25
washing 107:21
wasn't 10:22; 13:4; 44:21; 69:19; 96:4
wasted 89:25
wasting 91:11
watch 57:18
watched 101:15
watching 95:4; 103:2
water 4:21,22; 11:20,24; 12:1,2,8; 13:5,9; 15:8,11,13,23; 16:13,14,17,18; 17:3,6,25; 18:7,15,17; 19:20,23; 20:1; 21:16,16; 22:1; 23:22; 26:18; 28:9; 31:4; 34:21; 37:5; 43:10,11,11,11,12,14,18; 45:10; 47:16; 49:11; 53:23; 54:2,11,14,17,18,22; 55:2; 57:2,3,5,8,8,13; 59:15; 71:11,16; 72:3,13,23; 77:17; 79:9,16,18; 80:3,4,5,7,10,12,16; 81:3,8,18,21; 82:8,15,23; 84:12; 85:5,8,11,24; 86:3,5,6,10,15,22,23; 87:3,6,11; 90:5,7,11,15; 91:6,7,8; 92:2,20,21; 93:3,5; 94:18; 95:16; 96:19; 106:17,25; 107:19; 110:14,15; 112:9; 113:1,13,17; 115:13,16; 116:6; 117:5,6,15,16,20
watershed 13:6; 15:13; 18:8; 59:16; 82:5; 97:5; 115:3
watersheds 38:5; 115:2
Waterworks 18:14
Waukegan 36:10
ways 15:22
We'll 47:14,14; 52:1,5,13; 59:4; 106:3; 116:14; 118:4
we're 7:21; 8:3; 17:5,10; 19:13; 24:7; 25:21; 26:17,18; 30:1; 31:21; 37:13; 52:7,10,20; 56:14; 57:23; 58:2; 61:1; 65:6,7,8; 66:8,8,10,13,14,25; 69:3,24; 71:6,7,19,20; 73:18; 74:19; 75:6,8; 76:6; 79:4,21,24; 80:21; 81:2,11,22,25; 85:23; 86:20; 110:11; 114:6,9; 115:5,8,9,10,13,13; 116:17,20; 118:10,19
we've 11:4; 20:3; 21:21; 41:10,22; 62:4; 67:8; 73:14; 82:25; 85:16; 87:19
wealth 21:22
wearing 37:7; 91:21
Weaverville 6:11; 69:2; 111:5; 112:5
week 104:12
weekend 39:8; 40:16; 94:5
weekly 104:22
weeks 40:2,13; 103:21; 109:6
weigh? 100:20
weighed 40:23; 46:5
weighing 115:7

weighs 39:21,25
weight 64:23; 116:2
welcome 3:4; 8:10; 58:5; 76:16
went 18:14; 41:9; 47:22; 100:23; 108:1
weren't 22:13; 52:19; 66:2
Weselow 20:9,10,10,23,23
west 11:14,23; 27:1
Western 66:8,9,10,11,16; 69:17,25; 104:3,13
Westlands 86:5,6,8,13
wet 37:7,24; 90:7
wetlands 82:12
whatever 22:16; 35:18; 37:22; 39:4; 41:5; 43:10; 47:18; 50:8; 75:15; 77:21; 82:25; 102:11; 103:12; 106:16; 109:2; 110:2
WHEREOF 119:19
Whereupon 118:20
whether 32:22; 75:19; 115:18
Whiskeytown 13:9; 28:11; 79:19; 89:16
white 43:18; 92:2,20,21; 93:3,5; 113:1,12,17; 117:6
who's 44:19; 72:2; 116:6
whoever 102:5
whole 30:20; 35:1; 71:8; 98:9; 111:10; 112:17
whose 66:14
why 27:16; 42:19; 43:4; 61:1; 72:15; 74:4,22; 75:3,4; 86:21; 100:5; 101:14,14; 111:18
wide 14:18; 49:2
widely 93:1
wife 92:1
wilderness 97:12
WILDLIFE 1:2; 2:2; 3:3,6,13,23; 4:2,16; 5:7,23; 7:1; 10:9; 18:1; 21:8,11,20,23; 32:15; 51:15; 58:5,7,14,21,24; 60:1,17; 64:17; 88:9,11; 114:14,17; 118:12
will 3:15; 4:3,11; 5:20; 6:9; 7:9; 8:14,17,22; 9:4,13,19; 10:1,13,14; 12:19; 14:9; 15:3; 22:8; 23:25; 24:2; 25:7; 28:13,14; 30:11,14; 33:1,1; 35:6; 38:25; 39:1; 43:20; 47:15,15; 52:15; 57:20,21; 58:15,18,23; 60:14; 61:16; 62:21,25; 63:6,21; 64:1,4,21; 68:9; 69:5; 73:7,8; 74:2,10; 75:14; 79:1,2; 80:11; 81:4; 84:20,21; 86:11; 92:16; 99:10; 103:14; 106:11; 108:20,21; 113:12; 114:2,4; 118:17
win 116:3
wind 40:8
winter 107:20; 109:4
winters 90:7
wipe 75:1,3
wisdom 65:22
wish 9:2; 51:17; 63:13; 64:13

wishes 51:25; 55:24
wishing 51:24; 57:20; 116:11; 118:4
within 8:2; 16:18,19,22; 17:4,7; 22:17; 62:16
without 12:11; 19:5; 30:19; 71:19; 94:24
WITNESS 119:19
woman 74:10
won't 29:16; 44:16; 47:12,12
wonder 71:12
wonderful 55:18
wondering 42:12; 44:3
word 82:17
words 46:20,20; 66:13
work 8:6; 12:8; 13:13,13,15,22; 17:2; 24:9; 30:11; 31:13; 37:15; 39:15; 41:17,24,25; 43:22; 45:21; 51:11; 62:12; 69:21; 82:12; 89:17; 90:15,16; 96:21; 97:12,12; 109:5,11,25; 110:3,7; 111:9,10,23; 115:1
worked 34:11; 81:17,20; 89:19; 97:9; 99:16
workers 68:15
working 14:12; 34:23; 35:7,8; 37:23; 40:15; 44:9; 50:21; 51:2; 66:23; 95:7; 100:22; 104:24
Works 16:7; 42:17; 115:1
workshop 76:5,7,9,10
workshops 67:6,21; 76:2
world 45:16; 117:9
world's 112:4,6
worry 79:7; 103:13
wouldn't 11:17; 43:13; 47:13; 75:11; 90:3; 101:25
wrap 110:17
wrapped 23:1
wrecked 103:4
write 12:19
writer 97:12
writing 64:13; 68:2
written 9:23; 10:4,5,13; 24:2,3; 32:2; 52:25; 64:5,14,21,22; 67:16,18
wrong 97:9
wrote 90:2; 108:4

Y

yard 42:23; 46:25; 106:10
yards 41:5; 107:5; 110:11
Yeah 17:16; 70:24; 114:25
year 5:22; 13:7; 22:9; 26:14; 27:22; 28:18,22; 45:4,15; 46:1,13; 60:16; 69:14,14; 70:13; 72:25; 73:1,11,19,20; 85:16,20; 89:23,23; 99:14; 103:8; 107:22,22; 108:1; 110:10,12; 111:14,15; 117:9
years 4:20; 5:5,10; 7:1; 13:16,19; 14:7,17; 22:21; 24:9,11,11; 25:24; 26:2; 31:3,6; 33:8; 34:11,17,17; 35:12; 39:13; 41:9,20,20,22; 44:12,16,22; 45:20; 46:21; 47:24; 48:11,16,16,17; 49:22,23,23; 51:11,12,12;

54:25; 56:19; 59:14,24; 60:4; 61:9; 68:2; 73:3; 74:3,3,3,9; 75:8; 78:7; 80:23; 84:5; 85:16; 90:3,15; 92:11; 97:2,3; 99:17; 101:4,15,17; 102:12,12; 104:21,24; 105:16; 106:3; 107:9,9,23; 108:21; 109:16; 110:10; 111:16,18,22,23; 115:12,17
yellow 52:5; 55:25; 63:14; 113:23; 116:13
yester 34:1
yesterday 33:20; 43:11; 101:14
yet 12:7; 44:6; 66:25,25
yield 15:8,11; 16:17
yields 15:13
you'd 44:11; 53:6
you'll 15:2; 41:13; 43:18; 50:15; 52:22; 61:14; 67:17
you're 9:6; 23:5,24; 32:25; 38:16; 46:25; 47:2,3; 50:10; 53:22,23; 55:1,13; 63:15; 82:2,2; 91:11; 108:13; 115:12; 116:2
you've 8:13,16; 23:1; 41:3; 42:7; 48:16,17; 67:2,14; 90:20; 91:6,8; 118:16
young 97:16
yourself 77:10
yourselves 23:6
Yurok 22:6; 62:2; 97:20,21

RDD/TRINITYPC-1.DOC-47

*PC-2*

1             U.S. DEPARTMENT OF THE INTERIOR    **RECEIVED - REG 1-AES**
               U.S. FISH AND WILDLIFE SERVICE     **DEC 1 4 1999**
2                    PUBLIC HEARING
3                     regarding            **FWS, PORTLAND, OR**
4             ENVIRONMENTAL IMPACT STATEMENT/
     ENVIRONMENTAL IMPACT REPORT FOR THE TRINITY RIVER
5            MAINSTEM FISHERY RESTORATION
6            SACRAMENTO GRAND BALLROOM
                 629 J STREET
7             SACRAMENTO, CALIFORNIA
8           TUESDAY, NOVEMBER 18, 1999
                  1:00 p.m.
9

PRESIDING:     ROBERT RUESINK, Supervisor
10             U.S. Fish and Wildlife Service
              Snake River Basin Office
11             Boise, Idaho
12 APPEARING:    MICHAEL SPEAR, Supervisor
              U.S. Fish and Wildlife Service
13             California/Nevada Operations Office
              2800 Cottage Way, Room W-2606
14             Sacramento, California  95825
15             KIRK RODGERS, Regional Director,
              Mid-Pacific Region
16             Bureau of Reclamation
              Sacramento, California
17

            CHRIS ERIKSON, County Supervisor
18             Trinity County
              Hayfork, California
19

20 REPORTED BY: MARYANN VALENOTI, RPR, CSR #11266
     JOB NO. 01-84905
21
22
23
24
25

1      HEARING OFFICER RUESINK:  Please take your
2  seats.  We are have not seen a representative from the
3  Hoopa Valley Tribe, but I do want to open the hearing
4  now, we are on the record.
5      Good afternoon.  On behalf of the United States
6  Fish and Wildlife Service, I welcome you to this public
7  hearing.  The U.S. Fish and Wildlife Service, U.S.
8  Bureau of Reclamation, Hoopa Valley Tribe and Trinity
9  County are conducting a joint process for taking
10  comments in the Draft Environmental Impact Statement
11  Environmental Impact Report for the Trinity River
12  Mainstem Fisher Restoration.
13      My name is Robert Ruesink, last name is
14  R-U-E-S -- as in Sierra -- I-N-K.  I'm the supervisor
15  for the Fish and Wildlife Service, Snake River Basin
16  Office in Boise, Idaho, and this afternoon I will be
17  serving as a presiding official for this hearing.
18      Our scheduled time for the hearing this afternoon
19  is from 1 to 3 p.m., and we will reconvene again this
20  evening from 6 to 8 p.m.  At the table with me are
21  representatives from the Fish and Wildlife Service, U.S.
22  Bureau of Reclamation and Trinity County.  In a moment
23  we will hear more from these individuals.  Other
24  representatives from the U.S. Fish and Wildlife Service
25  are at the registration and information tables in the

Page 2

---

1  lobby outside this room.  They have additional material
2  there that I would encourage you to look at and they
3  will be at that table to answer questions that you may
4  have regarding the topic of this hearing.
5      At this point I'd like to introduce Mike Spear,
6  who is the Fish and Wildlife Service representative to
7  make the official statement of the service, Mike.
8      MR. SPEAR:  Good afternoon.  My name is
9  Mike Spear, Fish and Wildlife Service.  I'm manager of
10  our California-Nevada Operations Office.  Release of the
11  draft Trinity River Mainstem Fishery Restoration EIS/EIR
12  is the latest step in the process that Congress
13  initiated many years ago to address the long-standing
14  concerns about the affects of water diversion, instream
15  habitat, sedimentation and watershed management issues
16  in the Trinity River system's health, including its once
17  abundant salmon runs.
18      Congress directed the Secretary of the Interior
19  to evaluate the impacts of these issues and to take
20  steps to restore the health of the Trinity River system.
21  In response to this mandate, the Department of the
22  Interior has been actively participating in the study
23  for more than 15 years.  This has been a collaborative
24  effort by the Fish and Wildlife Service, U.S. Bureau of
25  Reclamation, the Hoopa Valley Tribe and Trinity County.

Page 3

---

1  The EIS/EIR summarizes the research that has been
2  undertaken over the past several years and identifies
3  for public comment several potential alternatives for
4  restoring the Trinity River system.  Impacts considered
5  under NEPA and CEQA are not limited to impacts to the
6  fishery resources of the Trinity River, but include all
7  the impacts of the action affecting the human
8  environment.  The department encourages public comment
9  on all aspects of the draft EIS/EIR.
10      This public hearing is part of the common process
11  in the draft EIS/EIR, and will be closed
12  December 20, 1999.  A record of decisions expected in
13  the early spring of 2000.  On behalf of the service,
14  Bureau of Reclamation, Hoopa Valley Tribe and Trinity
15  County, I thank you for the effort you've made to attend
16  this meeting and also thank you in advance for your
17  comments.
18      Now we will hear some introductory remarks from
19  Supervisor Chris Erikson, the representative of Trinity
20  count.
21      MR. ERIKSON:  Thank you.  I'm Chris
22  Erikson, County Supervisor in Trinity County, and
23  Trinity County is the lead agency for the CEQA
24  evaluation and that's why we are a part of this hearing.
25  Thank you.

Page 4

---

1      MR. RODGERS:  Good afternoon. my name is
2  Kirk Rodgers. I'm the Deputy Regional Director for the
3  Mid-Pacific Region and the Bureau of Reclamation.
4      The Trinity River Division is part of our
5  Northern California area office.  We have operational
6  responsibilities on the river, along with operation or
7  maintenance of some of the structures that are found and
8  owned by the Federal Bureau of Reclamation there.  So we
9  are -- I'm pleased to hear comments on this milestone
10  that we have reached on completing this EIS.  We are
11  very interested in hearing your thoughts and views on
12  this and taking that message back to those who will be
13  able to act upon those.  Thank you.
14      HEARING OFFICER RUESINK:  Thank you.
15  Public comments on the draft EIS/EIR will be accepted
16  until December 20, 1999.  After review and consideration
17  of your comments, the four co-lead agencies, along with
18  the cooperating agencies, will prepare a final
19  Environmental Impact Statement Environmental Impact
20  Report.  The purpose of this hearing is to receive your
21  comments on the draft documents.  Comments on all
22  aspects of the alternatives described in those documents
23  are very important and will be carefully considered.
24  Because of the importance of your comments, it is
25  necessary that we follow certain procedures here this

Page 5

---

1   afternoon. If you want to present comments at this
2   hearing, please register at the table outside this room.
3   When you register indicate any organization that you are
4   representing. When you are called to present your
5   comments, please come forward to the microphone in
6   front. Begin your presentation by stating your full
7   name, spell it for the record and indicate if you are
8   representing an organization.
9       This is an informal meeting and, therefore, you
10  will not be questioned or cross-examined in connection
11  with your comments. Your comments or questions are
12  being reported by the Reporter to preserve them for the
13  record. Please keep in mind that the Reporter will not
14  record any statements from the audience or which are
15  made to the audience. Comments must be made into the
16  microphone and to the agency representatives at the
17  front table. If you have a copy of your statement,
18  please leave it with the Reporter or with the
19  registration staff. If you are reading your testimony,
20  we ask that you please read slowly enough for the
21  Reporter to be able to record your comments verbatim.
22      Instead of presenting oral comments here this
23  afternoon, we are or in addition to the oral comments,
24  you may submit comments in writing. Written comments
25  may be submitted today to the staff at the registration

Page 6

1   table or they may be mailed to Mr. Joe Polos, P-O-L-O-S,
2   U.S. Fish and Wildlife Service, 1655 Heindon
3   H-E-I-N-D-O-N, Road in Arcata, California, 95521. This
4   address is also at the registration and information
5   tables outside this room.
6       Written comments will be accepted through
7   December 20, 1999. Written comments are given the same
8   consideration as oral comments that are presented here
9   this afternoon. At this time we are ready for the first
10  speaker, Mr. Felix Smith. Would you come to the
11  microphone, please. State your name, spell it for the
12  record, identify who you represent and begin your
13  comments.
14      MR. SMITH: My name Felix E. Smith. I
15  represent myself as a taxpayer. Do you want my address?
16      MS. REPORTER: No.
17      MR. SMITH: Probably one of the only few
18  people in the room, if there are others. I don't know,
19  that worked on the Trinity River in 1956 to '58. I saw
20  the massive runs of Chinook salmon that used to go up
21  the Trinity.
22      What happened in the Trinity, in my opinion,
23  violates what has now been a decision on Fryant by the
24  recent court in the lawsuit between NRDC and the Bureau.
25      I also am aware in the PEIS just issued that I

Page 7

1   got at my house on the CVPIA there are confusing
2   figures. It says the Trinity River, for the Trinity
3   River flow pattern is 390,000 acre feet in critical dry
4   years to 750,000 acre feet in wet years. This is
5   Attachment G.
6       In the paragraph down it says, "The recommended
7   flow range from 369,000 acre feet to 817,000 acre feet
8   in wet years." Automatically we have a confusion here
9   of about 50,000 acre feet. Should the water be released
10  to the Trinity, the answer is yes. It must be
11  consistent with state law.
12      State law in my opinion has been violated in the
13  last 30 years on the Trinity, and that's again 5937. If
14  you are looking for a place to get that water, look to
15  the west side of the San Joaquin Valley. Both the
16  Bureau and the Fish and Wildlife Service has massaged
17  the language often enough that we are continued -- "we"
18  being the feds -- to deliver irrigation water to
19  irrigate selenium soils on the west side. The drainage
20  from those selenium soils is raising havoc with fish,
21  wildlife and other species in the San Joaquin system.
22      In my opinion it's time now with the decision on
23  Fryant, that both San Joaquin/Fryant and the Trinity
24  River Fishery and wildlife resources be restored, both
25  flows and water quality are needed. I recommend that

Page 8

1   the 369,000 acre feet range to 817,000 acre feet be
2   instituted at the earliest possible time. Thank you.
3       HEARING OFFICER RUESINK: Thank you, Mr.
4   Smith, for your comments. At this time we do not have
5   anyone else that's registered to speak. If some of you
6   in the audience wish to make a statement at this time,
7   please go to the registration table and fill out one of
8   these cards. I'll give you a minute if anyone
9   wants to do that at this time.
10      If there's no one that wishes to speak at this
11  time, we will take a break.
12      We are off the record.
13      (Whereupon, a recess was taken.)
14      HEARING OFFICER RUESINK: We are back on
15  the record. No one else has signed up to speak. We are
16  at the end of the scheduled time for the afternoon
17  hearing.
18      I would remind you that we will reconvene this
19  evening from 6 to 8 p.m.. This meeting is closed. We
20  are off the record.
21      (Hearing adjourned at 3:01 p.m..)
22
23
24
25

Page 9

3 (Pages 6 to 9)

```
1              CERTIFICATE OF REPORTER
2
3         I, MARYANN H. VALENOTI, a Registered
4    Professional Reporter and Certified Shorthand Reporter,
5    hereby certify that the testimony in the foregoing
6    proceedings was taken by me, a disinterested person, at
7    the time and place therein stated, and that the
8    testimony was thereafter reduced to typewriting, by
9    computer, under my direction and supervision.
10        I further certify that I am not of counsel or
11   attorney for either or any of the parties to the said
12   proceedings, nor in any way interested in the event of
13   this cause, and that I am not related to any of the
14   parties thereto.
15
16           DATED: DECEMBER 8, 1999
17
18
19         MARYANN VALENOTI, RPR, CSR
20         CERTIFIED SHORTHAND REPORTER
21           No. 11266
22
23
24
25

                                        Page 10
```

RDD/TRINITYPC-2.DOC-4

**A**

able 5:13 6:21
about 3:14 8:9
abundant 3:17
accepted 5:15
  7:6
acre 8:3,4,7,7,9
  9:1,1
act 5:13
action 4:7
actively 3:22
addition 6:23
additional 3:1
address 3:13
  7:4,15
adjourned 9:21
advance 4:16
affecting 4:7
affects 3:14
After 5:16
afternoon 2:5
  2:16,18 3:8
  5:1 6:1,23 7:9
  9:16
again 2:19 8:13
agencies 5:17,18
agency 4:23
  6:16
ago 3:13
along 5:6,17
alternatives 4:3
  5:22
answer 3:3 8:10
anyone 9:5,8
APPEARING
  1:12
Arcata 7:3
area 5:5
aspects 4:9 5:22
Attachment 8:5
attend 4:15
attorney 10:11
audience 6:14
  6:15 9:6
Automatically
  8:8
aware 7:25

**B**

back 5:12 9:14
BALLROOM
  1:6
Basin 1:10 2:15
begin 6:6 7:12
behalf 2:5 4:13
being 6:12 8:18
between 7:24
Boise 1:11 2:16
both 8:15,23,24
break 9:11
Bureau 1:16 2:8
  2:22 3:24 4:14
  5:3,8 7:24
  8:16

**C**

california 1:7
  1:14,16,18 5:5
  7:3
California-Ne...
  3:10
California-Ne...
  1:13
called 6:4
cards 9:8
carefully 5:23
cause 10:13
CEQA 4:5,23
certain 5:25
CERTIFICA...
  10:1
certified 10:4,20
certify 10:5,10
Chinook 7:20
chris 1:17 4:19
  4:21
closed 4:11 9:19
collaborative
  3:23
come 6:5 7:10
comment 4:3,8
comments 2:10
  4:17 5:9,15,17
  5:21,21,24 6:1
  6:5,11,11,15
  6:21,22,23,24
  6:24 7:6,7,8
  7:13 9:4
common 4:10
completing 5:10
computer 10:9
concerns 3:14
conducting 2:9
confusing 8:1
confusion 8:8
Congress 3:12
  3:18
connection 6:10
consideration
  5:16 7:8
considered 4:4
  5:23
consistent 8:11
continued 8:17
cooperating
  5:18
copy 6:17
Cottage 1:13
counsel 10:10
count 4:20
County 1:17,18
  2:9,22 3:25
  4:15,22,22,23
court 7:24
co-lead 5:17
critical 8:3
cross-examined
  6:10
CSR 1:20 10:19
CVPIA 8:1

**D**

DATED 10:16

december 4:12
  5:16 7:7 10:16
decision 7:23
  8:22
decisions 4:12
deliver 8:18
department 1:1
  3:21 4:8
Deputy 5:2
described 5:22
directed 3:18
direction 10:9
Director 1:15
  5:2
disinterested
  10:6
diversion 3:14
Division 5:4
documents 5:21
  5:22
down 8:6
draft 2:10 3:11
  4:9,11 5:15,21
drainage 8:19
dry 8:3

**E**

E 7:14
earliest 9:2
early 4:13
effort 3:24 4:15
EIS 5:10
EIS/EIR 3:11
  4:1,9,11 5:15
either 10:13
encourage 3:2
encourages 4:8
end 9:16
enough 6:20
  8:17
environment
  4:8
environmental
  1:4,4 2:10,11
  5:19,19
erikson 1:17
  4:19,21,22
evaluate 3:19
evaluation 4:24
evening 2:20
  9:19
event 10:12
expected 4:12

**F**

Federal 5:8
feds 8:18
feet 8:3,4,7,7,9
  9:1,1
Felix 7:10,14
few 7:17
figures 8:2
fill 9:7
final 5:18
first 7:9
fish 1:1,10,12
  2:6,7,15,21,24

3:6,9,24 7:2
  8:16,20
Fisher 2:12
fishery 1:5 3:11
  4:6 8:24
flow 8:3,7
flows 8:25
follow 5:25
foregoing 10:5
forward 6:5
found 5:7
four 5:17
from 2:2,19,20
  2:21,23,24
  4:18 6:14 8:7
  8:20 9:19
front 6:6,17
Fryant 7:23
  8:23
full 6:6
further 10:10

**G**

G 8:5
give 9:8
given 7:7
go 7:20 9:7
Good 2:5 3:8
  5:1
GRAND 1:6

**H**

H 10:3
habitat 3:15
happened 7:22
havoc 8:20
Hayfork 1:18
health 3:16,20
hear 2:23 4:18
  5:9
hearing 1:2 2:1
  2:3,7,17,18
  3:4 4:10,24
  5:11,14,20 6:2
  9:3,14,17,21
Heindon 7:2
Hoopa 2:3,8
  3:25 4:14
house 8:1
human 4:7
H-E-I-N-D-O-N
  7:3

**I**

Idaho 1:11 2:16
identifies 4:2
identify 7:12
impact 1:4,4
  2:10,11 5:19
  5:19
impacts 3:19
  4:4,5,7
importance
  5:24
important 5:23
include 4:6
including 3:16

indicate 6:3,7
individuals 2:23
informal 6:9
information
  2:25 7:4
initiated 3:13
Instead 6:22
instituted 9:2
instream 3:14
interested 5:11
  10:12
interior 1:1 3:18
  3:22
introduce 3:5
introductory
  4:18
irrigate 8:19
irrigation 8:18
issued 7:25
issues 3:15,19
I-N-K 2:14

**J**

J 1:6
Joaquin 8:15,21
Joaquin/Fryant
  8:23
JOB 1:20
Joe 7:1
joint 2:9
just 7:25 9:8

**K**

keep 6:13
kirk 1:15 2:8
know 7:18

**L**

language 8:17
last 2:13 8:13
latest 3:12
law 8:11,12
lawsuit 7:24
lead 4:23
leave 6:18
like 3:5
limited 4:5
lobby 3:1
long-standing
  3:13
look 3:2 8:14
looking 8:14

**M**

made 4:15 6:15
  6:15
mailed 7:1
mainstem 1:5
  2:12 3:11
maintenance
  5:7
make 3:7 9:6
management
  3:15
manager 3:9
mandate 3:21
many 3:13

MARYANN
  1:20 10:3,19
massaged 8:16
massive 7:20
material 3:1
may 3:3 6:24,25
  7:1
meeting 4:16
  6:9 9:19
message 5:12
MICHAEL
  1:12
microphone 6:5
  6:16 7:11
Mid-Pacific
  1:15 5:3
Mike 3:5,7,9
milestone 5:9
mind 6:13
minute 9:8
moment 2:22
more 2:23 3:23
must 6:15 8:10
myself 7:15

**N**

name 2:13,13
  ♦ 3:8 5:1 6:7
  7:11,14
necessary 5:25
needed 8:25
NEPA 4:5
Northern 5:5
NOVEMBER
  1:8
NRDC 7:24

**O**

off 9:12,20
office 1:10,13,
  2:16 3:10 5:5
OFFICER 2:1
  5:14 9:3,14
official 2:17 3:7
often 8:17
once 3:16
one 7:17 9:7,10
  9:15
only 7:17
open 2:3
operation 5:6
operational 5:5
Operations 1:13
  3:10
opinion 7:22
  8:12,22
oral 6:22,23 7:8
organization
  6:3,8
other 2:23 8:21
others 7:18
out 9:7
outside 3:16 6:2
  7:5
over 4:2
owned 5:8

**P**

paragraph 8:6
part 4:10,24 5:4
participating 3:22
parties 10:11,14
past 4:2
pattern 8:3
PEIS 7:25
people 7:18
person 10:6
place 8:14 10:7
please 2:1 6:2,5 6:13,18,20 7:11 9:7
pleased 5:9
point 3:5
Polos 7:1
possible 9:2
potential 4:3
prepare 5:18
present 6:1,4
presentation 6:6
presented 7:8
presenting 6:22
preserve 6:12
presiding 1:9 2:17
Probably 7:17
procedures 5:25
proceedings 10:6,12
process 2:9 3:12 4:10
Professional 10:4
public 1:2 2:6 4:3,8,10 5:15
purpose 5:20
P-O-L-O-S 7:1
p.m 1:8 2:19,20 9:19,21

**Q**

quality 8:25
questioned 6:10
questions 3:3 6:11

**R**

raising 8:20
range 8:7 9:1
reached 5:10
read 6:20
reading 6:19
ready 7:9
receive 5:20
recent 7:24
recess 9:13
Reclamation 1:16 2:8,22 3:25 4:14 5:3 5:8
recommend 8:25
recommended

8:6
reconvene 2:19 9:18
record 2:4 4:12 6:7,13,14,21 7:12 9:12,15 9:20
reduced 10:8
regarding 1:3 3:4
Region 1:15 5:3
Regional 1:15 5:2
register 6:2,3
registered 9:5 10:3
registration 2:25 6:19,25 7:4 9:7
related 10:13
Release 3:10
released 8:9
remarks 4:18
remind 9:18
report 1:4 2:11 5:20
reported 1:20 6:12
reporter 6:12 6:13,18,21 7:16 10:1,4,4 40:20
represent 7:12 7:15
representative 2:2 3:6 4:19
representatives 2:21,24 6:16
representing 6:4,8
research 4:1
resources 4:6 8:24
response 3:21
responsibilities 5:6
restoration 1:5 2:12 3:11
restore 3:20
restored 8:24
restoring 4:4
review 5:16
river 1:4,10 2:11,15 3:11 3:16,20 4:4,6 5:4,6 7:19 8:2 8:3,24
Road 7:3
robert 1:9 2:13
rodgers 1:15 5:1,2
room 1:13 3:1 6:2 7:5,18
RPR 1:20 10:19
ruesink 1:9 2:1 2:13 5:14 9:3 9:14

runs 3:17 7:20
R-U-E-S 2:14

**S**

sacramento 1:6 1:7,14,16
salmon 3:17 7:20
same 7:7
San 8:15,21,23
saw 7:19
says 8:2,6
scheduled 2:18 9:16
seats 2:2
Secretary 3:18
sedimentation 3:15
seen 2:2
selenium 8:19 8:20
service 1:1,10 1:12 2:6,7,15 2:21,24 3:6,7 3:9,24 4:13 7:2 8:16
serving 2:17
several 4:2,3
shorthand 10:4 10:20
side 8:15,19
Sierra 2:14
signed 9:15
slowly 6:20
smith 7:10,14 7:14,17 9:4
Snake 1:10 2:15
soils 8:19,20
some 4:18 5:7 9:5
speak 9:5,10,15
speaker 7:10
spear 1:12 3:5,8 3:9
species 8:21
spell 6:7 7:11
spring 4:13
staff 6:19,25
state 7:11 8:11 8:12
stated 10:7
statement 1:4 2:10 3:7 5:19 6:17 9:6
statements 6:14
States 2:5
stating 6:6
step 3:12
steps 3:20
STREET 1:6
structures 5:7
study 3:22
submit 6:24
submitted 6:25
summarizes 4:1
supervision 10:9

supervisor 1:9 1:12,17 2:14 4:19,22
system 3:20 4:4 8:21
system's 3:16

**T**

table 2:20 3:3 6:2,17 7:1 9:7
tables 2:25 7:5
take 2:1 3:19 9:11
taken 9:13 10:6
taking 2:9 5:12
taxpayer 7:15
testimony 6:19 10:5,8
thank 4:15,16 4:21,25 5:13 5:14 9:2,3
thereto 10:14
thoughts 5:11
through 7:6
time 2:18 7:9 8:22 9:2,4,6,9 9:11,16 10:7
today 6:25
topic 3:4
Tribe 2:3,8 3:25 4:14
trinity 1:4,18 2:8,11,22 3:11 3:16,20,25 4:4 4:6,14,19,22 4:23 5:4 7:19 7:21,22 8:2,2 8:10,13,23
TUESDAY 1:8
typewriting 10:8

**U**

under 4:5 10:9
undertaken 4:2
United 2:5
until 5:16
used 7:20
U.S 1:1,1,10,12 2:7,7,21,24 3:24 7:2

**V**

VALENOTI 1:20 10:3,19
Valley 2:3,8 3:25 4:14 8:15
verbatim 6:21
very 5:11,23
views 5:11
violated 8:12
violates 7:23

**W**

want 2:3 6:1 7:15
wants 9:9

water 3:14 8:9 8:14,18,25
watershed 3:15
way 1:13 10:12
welcome 2:6
west 8:15,19
wet 8:4,8
wildlife 1:1,10 1:12 2:6,7,15 2:21,24 3:6,9 3:24 7:2 8:16 8:21,24
wish 9:6
wishes 9:10
worked 7:19
writing 6:24
Written 6:24 7:6,7
W-2606 1:13

**Y**

years 3:13,23 4:2 8:4,4,8,13

**#**

#11266 1:20

**0**

01-84905 1:20

**1**

1 2:19
1:00 1:8
11266 10:21
15 3:23
1655 7:2
18 1:8
1956 7:19
1999 1:8 4:12 5:16 7:7 10:16

**2**

20 4:12 5:16 7:7
2000 4:13
2800 1:13

**3**

3 2:19
3:01 9:21
30 8:13
369,000 8:7 9:1
390,000 8:3

**5**

50,000 8:9
58 7:19
5937 8:13

**6**

6 2:20 9:19
629 1:6

**7**

750,000 8:4

**8**

8 2:20 9:19 10:16
817,000 8:7 9:1

**9**

95521 7:3
95825 1:14

PC-3

```
 1              U.S. DEPARTMENT OF THE INTERIOR
             U.S. FISH AND WILDLIFE SERVICE
 2                   PUBLIC HEARING
 3                     regarding
 4          ENVIRONMENTAL IMPACT STATEMENT/
     ENVIRONMENTAL IMPACT REPORT FOR THE TRINITY RIVER
 5            MAINSTEM FISHERY RESTORATION
 6              SACRAMENTO GRAND BALLROOM
                     629 J STREET
 7               SACRAMENTO, CALIFORNIA
 8             TUESDAY, NOVEMBER 18, 1999
                       6 p.m.
 9
     PRESIDING:   ROBERT RUESINK, Supervisor
10                U.S. Fish and Wildlife Service
                  Snake River Basin Office
11                Boise, Idaho
12   APPEARING:   MICHAEL SPEAR, Supervisor
                  U.S. Fish and Wildlife Service
13                California/Nevada Operations Office
                  2800 Cottage Way, Room W-2606
14                Sacramento, California  95825
15                MIKE RYAN, Regional Director,
                  Mid-Pacific Region
16                Bureau of Reclamation
                  Sacramento, California
17
                  MIKE ORCUTT, Director,
18                Natural Resources Program
                  Hoopa Valley Tribe
19                Hoopa, California
20                CHRIS ERIKSON, County Supervisor
                  Trinity County
21                Hayfork, California.
22   REPORTED BY: MARYANN VALENOTI, RPR, CSR #11266
     JOB NO. 01-84905
23
24
25
```

1    HEARING OFFICER RUESINK: Thank you. We
2  are on the record. Good evening. On behalf of the
3  United States Fish and Wildlife Service. I welcome you
4  to this public hearing. The United States Fish and
5  Wildlife Service. U.S. Bureau of Reclamation, Hoopa
6  Valley Tribe and Trinity County are conducting a joint
7  process for taking comments on the Draft Environmental
8  Impact Statement/Environmental Impact Report for the
9  Trinity River Mainstem Fishery Restoration. My name is
10 Robert Ruesink. The last name is R-U-E-S -- as in
11 Sierra -- I-N-K. I'm the supervisor for the Fish and
12 Wildlife Service in Boise, Idaho, and tonight I will be
13 serving as a presiding official for this hearing.
14     With me at the table are representatives from the
15 Fish and Wildlife Service, Hoopa Valley Tribe, United
16 States Bureau of Reclamation and Trinity County, and
17 they'll introduce themselves and make a statement in
18 just a minute.
19     Other representatives of the U.S. Fish and
20 Wildlife Service are also here at the registration and
21 information table outside this room. You will find some
22 additional written material there, and staff will be
23 available to answer questions that you may have about
24 the Trinity River restoration.
25     At this point I would like to introduce Mike

Page 2

1  of the Trinity River, but include all impacts to the
2  action effecting the human environment.
3      The Department encourages public comment on all
4  aspects of the Draft EIS/EIR. This public hearing is
5  part of the comment process on the Draft EIS/EIR. It
6  will be closed December 20, 1999. A record of decision
7  is expected in the early spring of 2000.
8      On behalf of the Service, Bureau of Reclamation,
9  the tribe, Hoopa Valley Tribe and Trinity County, I
10 thank you for the effort you've made to attend this
11 meeting and also thank you in advance for your comments.
12     Now, here to submit remarks from the CEQA league,
13 Supervisor Chris Erikson, representative of Trinity
14 County.
15     MR. ERIKSON: Thanks. I'm Chris Erikson.
16 I'm a supervisor from Trinity County, and Trinity
17 County's position in this is that we are the lead agency
18 for the review under CEQA. I'll now introduce Mike
19 Orcutt from the Hoopa Valley Tribe.
20     MR. ORCUTT: Good evening. I thank you as
21 well for being here, and I guess I just have some real
22 brief comments.
23     The resource that we are talking about, the
24 fisheries and the wildlife resources of the basin, our
25 tribe is dependent on it, and historically and

Page 4

1  Spear, who will give the services opening statement.
2      MR. SPEAR: Good evening. My name is Mike
3  Spear. I'm the California-Nevada Operations Manager for
4  the Fish and Wildlife Service. Release of the Draft
5  Trinity River Mainstem Fishery Restoration EIS/EIR is
6  the latest step in the process that Congress initiated
7  many years ago to address long-standing concerns about
8  the effects of water diversion, instream habitat,
9  sedimentation and watershed management on the Trinity
10 River system's health, including its once abundant
11 salmon runs.
12     Congress directed the Secretary of the Interior
13 to evaluate the impacts of these issues and to take
14 steps to restore the health of the Trinity River system.
15 In response to this Congressional mandate, the
16 Department of the Interior has been actively
17 participating in a study for more than 15 years. This
18 has been a collaborative effort lead by the U.S. Fish
19 and Wildlife Service, for the Bureau of Reclamation, the
20 Hoopa Valley Tribe and Trinity County. EIS/EIR
21 summarizes the research that has been undertaken over
22 the past several years and identifies for public comment
23 several potential alternatives for restoring the Trinity
24 River system. Impacts considered under the NEPA and
25 CEQA are not limited to impacts of the fishery resources

Page 3

1  contemporarily. The real survival of the people at one
2  time are really tied to that, the health of that
3  resource. The tribe's involvement in this process, the
4  development of the NEPA document we've been involved
5  from the beginning, and our sole purpose in being there
6  is one of which a lot of the information, supplemental
7  information here shows that our species are listed and
8  proposed for listing under the Endangered Species Act
9  and that simply is not something that we choose to see
10 happen. So that's the main reason we've been involved.
11     I would also make the comment that the
12 relationship, the collaborative approach that's been
13 used here is somewhat unique in which case and indian
14 tribe has participated with the Federal Trustees in a
15 development of this document, and I guess I just thank
16 you in advance for your comments and I'm glad everyone's
17 here tonight.
18     MR. RYAN: Good evening. My name is Mike
19 Ryan. I'm the Northern California Area Manager for the
20 U.S. Bureau of Reclamation. A portion of my job
21 responsibilities include the Trinity River Division, the
22 Bureau of Reclamation Central Valley Project.
23     HEARING OFFICER RUESINK: Thank you.
24 Public comments on the draft EIS/EIR will be accepted
25 until December 20, 1999. After review and consideration

Page 5

**Page 6**

1  of your comments. the four co-lead agencies, along with
2  the cooperating agencies will prepare a Final EIS/EIR.
3  The purpose of this hearing is to receive your comments
4  on those draft documents.  Comments on all aspects of
5  the alternatives described in the documents are very
6  important and will be carefully considered.  Because of
7  the importance of your comments, it is necessary that we
8  follow certain procedures here this evening.
9       If you wish to present comments at this hearing,
10  please register at the table outside the entrance to
11  this room.  When you register indicate any organization
12  that you represent.  When you are called to present your
13  comments, please come forward to the microphone in
14  front, begin your presentation by stating your full
15  name, spell it for the record and indicate if you
16  represent an organization.
17      This is an informal meeting. and. therefore, you
18  will not be questioned or cross-examined in connection
19  with your comments.  Your comments or questions are
20  being recorded by the Reporter to preserve them for the
21  record.  Please keep in mind that the Reporter will not
22  record any statement from the audience or which is made
23  to the audience.  Comments must be made into the
24  microphone and should be addressed to the agency
25  representatives at the front table.  Please leave a copy

**Page 7**

1  of any written material to which you refer with the
2  Reporter or with the registration staff.  If you are
3  reading your testimony. we ask that you please read
4  slowly enough for the Reporter to be able to record your
5  comments.  Instead of presenting oral comments here this
6  evening or in addition to oral comments, you may submit
7  comments in writing.  Written comments may be submitted
8  today to the staff at the registration table or they may
9  be mailed to Mr. Joe Polos, P-O-L-O-S, U.S. Fish and
10  Wildlife Service, 1655 Heindon. that's H-E-I-N-D-O-N,
11  Road, Arcata, California. 95521.  That address is also
12  available at the registration and information tables in
13  the lobby.  Written comments will be accepted through
14  December 20, 1999.  Written comments are given the same
15  consideration as oral comments presented here.
16      At this time we are ready for our first speaker.
17  Mr. Byron Leydecker, would you please come to the
18  microphone, state your name and spell it for the record
19  and identify who you represent and begin your comments.
20      MR. LEYDECKER:  Thank you, Mr. Chairman.
21  members representing the agencies involved in the
22  preparation of this document, we welcome this
23  opportunity to appear before you and to offer our
24  comments.
25      My name is Byron. B-Y-R-O-N. Leydecker,

**Page 8**

1  L-E-Y-D-E-C-K-E-R. and I am the chair of the Friends of the
2  Trinity River.
3       We will offer written comments at a later date.
4  but we would like to make some comments tonight.
5       Friends of the Trinity River believes based upon
6  the original Trinity River Division legislation and
7  subsequent legislation that no more than 30 percent of
8  the River's water should be diverted.  The Federal
9  Government's promises dating from the early 1950s in an
10  effort to gain approval to construct the dam. those
11  promises must be honored at long last.
12      Given the current CALFED effort to cite an
13  ongoing example of assurances people will be asked to be
14  relying upon. people must actually see. they must be
15  able to believe and they must be willing to accept that
16  their government has not lied to them, that its
17  assurances to its citizens are fulfilled.
18      We believe the Environmental Impact Statement
19  Report inaccurately spreads adverse power cost impacts
20  pro rata on the county-by-county basis.  In fact. these
21  costs are based upon individual contracts, not on a pro
22  rata county-by-county basis and this data should be
23  revised.
24      In addition. Trinity County never has been
25  provided with a preferential power rates dictated by law

**Page 9**

1  in the Trinity River Division Act of 1955. and its
2  resident victims apparently now are expected to pay
3  apparently about $11 million to implement restoration
4  programs. as well as to absorb modestly increased power
5  costs.  The final EIS/EIR should reflect that the
6  Trinity Public Utilities District will be exempt from
7  all costs associated with any lost power generation. and
8  preferential rate treatment should be enforced.
9       In addition, with a non-reauthorization of the
10  restoration program. all power interests now are paying
11  a disproportionate share of Trinity restoration costs at
12  70 percent. with the irrigators paying 30 percent.  Thus
13  power interests are subsidizing a handful. a bare
14  handful of welfare beneficiary corporate type agro
15  business interest, and even this unfair funding for the
16  restoration program is not assured.  So the Secretary
17  should take further action beyond or included in his
18  record of decision to make certain that program costs
19  are shared equitably.  He must also assure that critical
20  watershed mechanical restoration activities are funded
21  adequately.  This is imported empirically and rationally
22  and speaks volumes for needed action, to say nothing of
23  supporting science and are the River's restorations best
24  ally beyond water.  This also is consistent with the
25  President's Forest Plan. the Option 9 plan and should

1   have assured funding until necessary watershed
2   rehabilitation projects are completed and that's a
3   reasonably finite effort.
4       The Secretary also should act to make certain
5   that the restoration program otherwise is funded
6   properly to accomplish its purpose. That issue is in
7   doubt as we stand here. Unlike Option 9, this
8   restoration program must be funded adequately or
9   restoration objectives will fail, government mandates
10  for no harm to the Trinity's fisheries and wildlife, a
11  quote from the 1955 Act that is, will become a permanent
12  fraud upon this country's citizens and any sense of
13  trust in the government will be shattered, and properly
14  so I might add.
15      And finally, I just might remind persons of an
16  old truism, fish cannot walk. Thank you very much.
17      HEARING OFFICER RUESINK: Thank you for
18  your comments, Mr. Leydecker. Our next speaker is Don
19  Frogner.
20      MR. FROGNER: My name is Don Frogner,
21  F-R-O-G-N-E-R. I'm a resident of Placer County, but I
22  own property in Trinity County. I guess I fished the
23  Trinity for several years. I've fished numerous rivers
24  across the west and Canada, and I take a look at what
25  the EIS is doing, and I look hypothetically consider if

Page 10

1   the Trinity River and Leviston Dams and the Tunnel to
2   Whiskeytown had not been built today and if we were to
3   discuss building them now. I seriously doubt if they
4   would be built today for the following reasons: The
5   economics, the return on investment is not there. As a
6   PBS television report made on Cadillac deserts. This
7   was done in 1957, probably designed in 1954, it would be
8   just too expensive to do today. I think the
9   environmental concerns would also even eliminate having
10  this – these dams and tunnels built. There is no data
11  to support diverting 90 percent of the water with no
12  impact to the river. There's other alternatives.
13  Farmers could choose to grow different crops, use
14  environmental concerns to save water, and I think the
15  political climate of today knowing they can't build the
16  Auburn Dam, I don't think they could build the Lewiston
17  Dam and Trinity Dam and the Tunnel to Whiskeytown.
18      The building of Trinity, Lewiston Dams and Tunnel
19  to Whiskeytown was based on political desires, not
20  economic or environmental studies. Stating that over 90
21  percent of the water could be diverted with little or no
22  impact was a political one. I had been to Trinity
23  County library, they have three shelves, I researched
24  it. You cannot find anything that states why they
25  decided on 10 percent water flow would remain in the

Page 11

1   river. To me, my conclusion is that it was a political
2   decision, not an economic decision to build the dams.
3       I'm also concerned with the pumping of Trinity
4   River water into the Sacramento River. This appears to
5   be not necessarily a true watershed. If Trinity County
6   were a state and San Joaquin was a state, this would
7   never happen. They would have never diverted that water
8   into the Sacramento River.
9       In summary, to me the logical alternative is
10  maximum flow, Number 1. I think let water flow and
11  mother nature rehabilitate the river bed. I have
12  concerns that cubic feet per second is not the right
13  metric to evaluate when the river is being
14  rehabilitated. In Montana, Idaho they use native fish
15  per mile would be a better metric. We need to establish
16  what is the baseline for native fish per mile for
17  salmon, steelhead and trout. At best cubic feet per
18  second and downstream water temperature are only
19  secondary metrics. They could be agreed upon, but
20  unless the limits are set, we still may not be able to
21  rehabilitate the river or the fishery. The flow
22  evaluation alternative is best a poor compromise, and I
23  believe that's Alternative 2, and it presents
24  unacceptable risk. 48 percent of the runoff prescribed
25  in the alternative may not be enough to restore the

Page 12

1   fishery. It may require as much as 70 percent of the
2   flow. I have great concern with the in-channel
3   mechanical restorations as they are not a proven
4   concept. At best they're experiments without baselines
5   to validate if they are even effective. I looked at the
6   University of Washington's fishery library. I surfed the
7   Internet and I can't find any data to support why we
8   would want to do this mechanical restoration, and again,
9   funding for these mechanical restoration projects is
10  unreliable.
11      In summary, the answer is simple, more water for
12  the Trinity. Maximum flow is the best alternative.
13  Thank you.
14      HEARING OFFICER RUESINK: Thank you, Mr.
15  Frogner. Our next speaker is Marilynne Chabino.
16      MS. CHABINO: Hi, I'm Marilynne Chabino,
17  M-A-R-I-L-Y-N-N-E C-H-A-B-I-N-O. I'm here tonight to
18  speak for the many friends, family that I have on the
19  Trinity River and Humboldt County. I spoke with several
20  people today in Burnt Ranch and along the Del Loma River
21  all the way up to Willow Creek and hoping that I would
22  come tonight to speak.
23      I have had a family home in Burnt Ranch since –
24  well, I'm 55, so I've been going up there ever since I
25  was five years old. What I want to make people realize,

Page 13

4 (Pages 10 to 13)

**Page 14**

1  I have seen the changes that have become because of the
2  dams that were built. I can remember when they were
3  getting ready to build Whiskeytown and what it did to
4  the lakes, the rivers up there.
5      I caught my first fish when I was seven years old
6  at Cedar Flat, that was salmon. I could remember when
7  the salmon flowed unbelievably thick along the Trinity
8  River. They had ropes out strung with salmon, they had
9  row houses, everything was going very well in Trinity
10 County and for Humboldt because the people there respect
11 the river. What has happened here is that our
12 government has failed the people, the people in the
13 Trinity and Humboldt Counties by letting them down, by
14 taking away the river, a free river, which many do not
15 exist anymore. What I have seen is you can walk now
16 three quarters of the way out into the river in the
17 summer. Fish can't live there. Wildlife can't live
18 there. What we have done is damaged everything along
19 that highway, and we have done damage to the people.
20 They have been deceived, they need help. The water
21 needs to flow again and become a free river. This is to
22 bring back wildlife, many, many wildlife. I can
23 remember otters playing in the river, all kinds of
24 wildlife, and now you've destroyed that, just like
25 you've destroyed much of the United States in their land

**Page 15**

1  and rivers. The Sacramento River does not have to have
2  that water. Perhaps if you did not divert the water to
3  the Sacramento River, we wouldn't have worries about
4  floods; would we? So that's something to think about.
5      Remember, you have destroyed what was once very
6  beautiful and very wild. The people in Trinity County
7  have a great love for their community. They have been
8  devastated by everything the United States Government
9  has done. The Hoopa Indians have been effected, all the
10 people along the river. It has taken away their
11 livelihood and the government is not taking care of we,
12 the people. Thank you.
13     HEARING OFFICER RUESINK: Thank you for
14 your comments.
15     The next speaker is Darius Pazirandeh.
16     MR. PAZIRANDEH: Hi. It's D-A-R-I-U-S
17 P-A-Z-I-R-A-N-D-E-H. I'm from UC Davis. I represent
18 the UC Davis Green Party and the UC Davis Student
19 Environmental Resource Center, and basically I've had
20 explained to me that the 48 percent plan would only keep
21 the fish and wildlife healthy if we were to go in with
22 bulldozers every year and repave the riverbed into a
23 natural setting which seems kind of sort of a paradox to
24 me to go in and make a natural riverbed with bulldozers.
25 That would not take care of the lack of gravel and

**Page 16**

1  sediment flow that would be coming down. So there is a
2  lot of problems still even with that proposal.
3      I find only having 48 percent is unacceptable.
4  Nature is complex, and we can't just go in with the
5  bulldozer and replicate salmon spawning beds and all the
6  other like complex things that happen naturally when you
7  go in -- when the water flows at its full rate. You can
8  do a model and you could test and see, well, it will --
9  the water, when we have it paved this way, will do this
10 specific thing that we've tested our model on, but
11 there's going to be hundreds and hundreds of other
12 things that we are not going to be able to account for.
13 So there's going to be some kind of, you know, just
14 random stuff that comes up, and it's not going to be an
15 acceptable for the healthy wildlife.
16     The Trinity River Act of 1955 mandates that the
17 wildlife be healthy above everything else, that's what
18 the law says. If the wildlife isn't healthy, then we
19 need to do whatever we can to make it healthy, and we
20 know that the more water that's released into the river
21 from the dam, the healthier it will be, but the
22 bulldozer method, it's at best very expensive, I've
23 heard anywhere from two to $5 million a year, and it's
24 unreliable. And I mean, how could we even be sure that
25 the funding to keep going in there every year will be --

**Page 17**

1  will always be there? What if in five years they
2  decided, "Okay, well, we don't want to do that anymore,
3  we need to make a budget cut, lower taxes," then you
4  could only have this little amount of water coming
5  through and there's not even going to be people going in
6  there trying to make that effort. I think we need to
7  have at least 70 percent of the water going through.
8  Thank you.
9      HEARING OFFICER RUESINK: Thank you. Our
10 next speaker is Aaron King.
11     MR. KING: Hello. It's Aaron King.
12 A-A-R-O-N K-I-N-G. I grew up on the Trinity River in
13 the watershed, and I spent a lot of my formative years
14 fishing and floating and playing and experiencing that
15 river. When I was about 14 or so I found out that that
16 river was somewhere around 10 or 15, maybe a little
17 more, percent of its actual size. When I found that out
18 I was amazed and I was disgusted. I was disgusted
19 because it struck me that a bunch of presumably men,
20 sorry, that's the position we are in, had got together
21 and decided that they could -- they had the right to
22 take that water from the land, from the plants and
23 animals and people who live there and take it somewhere
24 else for other purposes, to sell, to make money on
25 alfalfa so they could grow cows, that's presumably

RDD/TRINITYPC-3.DOC-5

what's going on. That's not acceptable to me. It's not
acceptable to anybody that I've ever talked to in
Trinity County. We all agree on this. I mean, there's
a few people probably who don't, but just everybody that
I've ever talked to in Trinity County agrees that this
water belongs in our county, belongs in our river.
belongs in the Klamath, it belongs in the salmon. There
shouldn't need to be any other discussion. However, we
have a law that says that you have to protect the
wildlife and the fish, and we are still not doing it.
Now we have this Environmental Impact Statement, and
it's saying that the preferred alternative is, again,
not to successfully protect the wildlife. When are we
going to just -- when are we going to just give up on
trying to deceive ourselves? When are we going to give
up on trying to make a fast buck on our natural
resources? This is our inheritance to our children.
It's my inheritance. We have no right to destroy this
river. The mechanical restoration, it's never been
shown to be effective. Everybody who looks into this,
it's one of the things that they find out. You can't --
as Darius says, you can't restore a river by adding a
bunch of gravel. How is it going to deal with all the
silt and the muck that stirs up? It's just going
to compound the problem. I've heard of many attempts of

Page 18

mechanical restoration, they never work. The fact that
the preferred alternative includes mechanical
restoration shows that the writers of the Environmental
Impact Statement, writers of the preferred alternative
themselves know that 48 percent of the water is not
enough to do the job. Are we going to do the job or are
we going to not do the job, almost used the wrong sort
of vernacular there.
    We have a choice here as American citizens to
protect our land or not, and I ask that you and the
Secretary make the right choice here and allow all of
the water down the river. I heard it said by people
whose opinions I trust that 70 percent is enough. It
strikes me as an individual and as a person personally
that all the water should go down the river. It's not
even that significant of a loss to the Central Valley
project. It should all go down the river, but if 70
percent will actually restore the fisheries without the
need for mechanical restoration, then that's fine.
There's no reason why we shouldn't do that. That's all
I have to say. Thank you.
    HEARING OFFICER RUESINK: Thank you.
Forrest Cross, would you come to the microphone, please.
    MR. CROSS: Hello. My name is Forrest
Cross. F-O-R-R-E-S-T C-R-O-S-S. I am born and raised

Page 19

in Trinity County. Douglas City, in fact. I grew up on
the hillside overlooking the Trinity River. I saw it as
a part of my life everyday for about 18 years, and I'm a
student now here down here at UC Davis studying
engineering and geology, and in my studies I do a lot of
hydrology and kind of geomorphology through the geology
and engineering departments, and I wanted to address you
guys about the alternative, the preferred alternative
that you guys have heard that's written up in the
report. I do not think the preferred alternative is
acceptable. The amount of water that is allotted to be
released into the river is only 40 something percent, 48
percent or something like that, and I don't feel that
that's going to be enough to restore the river to its
natural -- it's pre-dammed state, and in the 1955
Trinity River Dam Act and in the statement on why the
report was done, it's to restore the anomomous fish
population to pre-dam levels. The best way I see to do
it is the maximum flow, release all the water that you
can down the river. In fact, the two most important
criteria that these flows studies were based on, the
fisheries' resources and the vegetation wildlife and
wetlands, the maximum flow alternative was by far and
above the best alternative. And as I stated before, the
goal of -- the goal of the report and one of the things

Page 20

that was stated in the report or the Dam Act or the
Trinity Dam Act of '55 is that the fisheries should not
be hurt in anyway whatsoever, they should be at
pre-dam levels. The only way it's going to happen is
the maximum flow. The pre-dam alternative also includes
mechanical restoration. I don't feel that mechanical
restoration is the proper way to go about it because
that's not a natural way of restoring your natural
fisheries. You are going in there with bulldozers and
excavators and other heavy equipment and messing with
the ecosystems yet again. I have an example of
mechanical restoration that has failed right below my
house down by Steiner Flat along the Trinity River.
There was a side channel put in, thousands of dollars
were spent on it and a lot of sediment was stirred up
and sent down the river all this kind of staff and to no
avail whatsoever. The side channel doesn't even --
water doesn't even flow down. I don't feel that
mechanical restoration will be able -- it's not even a
good option to try to restore the fisheries. The
funding for it is also as stated by a speaker, somebody
earlier, is kind of in limbo. It's got to come out
every year, it's not going to be there necessarily. If
you let the water do its thing, if you let all the water
that comes into the river flow back down the river, it's

Page 21

1    the best cure, it will be the best cure.
2        In the courses that I've taken in my studies here
3    at UC Davis, water is the best cure.  Mechanical
4    restoration doesn't always work.  I've seen several
5    examples in classes that I've taken, and I would really
6    like to be able to some day go down to the Trinity River
7    and be able to catch a salmon in the river because I
8    grew up on the river, fishing in the river.  I have
9    never caught a salmon.  I have caught a handful of
10   steelhead that I could probably count on one hand.
11   They're just not there.  It's definitely not the pre-dam
12   levels whatsoever, and I think the maximum flow is the
13   option that should be considered.
14       HEARING OFFICER RUESINK:  Thank you.  Steve
15   Evans.
16       MR. EVANS:  Good evening.  My name is Steve
17   Evans.  That's E-V-A-N-S.  I'm the Conservation Director
18   of Friends of the River, not to be confused with Friends
19   of the Trinity River, our sister organization.  Friends
20   of the River is a statewide river conservation group.
21   We have nearly 8,000 members dedicated to the protection
22   and restoration of California's free-flowing rivers and
23   watersheds.
24       Restoration for the Trinity River is a high
25   priority with us.  I think its restoration is a fact of

Page 22

1    law, it's mandated by existing law.  As you all know,
2    The Trinity River Act of 1955 required that no harm come
3    to the Trinity River fisheries and obviously that hasn't
4    come true and needs to be rectified.
5        Also, clearly there are trust responsibilities of
6    the Federal Government to the downstream Native American
7    tribes.  The damming and diversion of the Trinity River
8    greatly effected their livelihood, and it also largely
9    destroyed the recreation-based industry of Trinity
10   County and for what?  The Trinity project was a vast
11   transfer of natural resource wealth from Trinity County
12   to a desert area of Southern San Joaquin Valley, the
13   Westlands Water District.  Not only has that transfer of
14   vast wealth effected Trinity County adversely, it's
15   effected San Joaquin Valley adversely in terms of
16   environment.  The miles and miles of cotton fields and
17   other agricultural uses that Trinity water made a
18   reality in the San Joaquin Valley greatly impacted the
19   natural environment of the San Joaquin.  A whole host of
20   rare and endangered wildlife and plant species are the
21   result.  Toxic selenium, agricultural drainage draining
22   northwards to the Sacramento/San Joaquin/Delta are the
23   result, and so fixing the problem in the Trinity River
24   is also going to help the environment in the San
25   Joaquin.

Page 23

1        I think we need to consider that wealth transfer
2    that occurred with the Trinity project a loan and the
3    loan has now become due and payable.  I understand that
4    means economic hardship for agricultural interests in
5    the Westlands Water District, but this water wasn't
6    their's to use permanently, and now the fish in the
7    Trinity River and the people in the Trinity watershed
8    need it.  For that reason Friends of the River strongly
9    supports an increase of flows up to 70 percent to
10   restore the ecological balance of the Trinity River and
11   the fisheries of the Trinity River and the social uses
12   based on those.
13       We don't believe that the preferred alternative
14   at this point of less than 50 percent flow restoration
15   will do the trick.  Several speakers before me had
16   talked about the uncertainty of mechanical restoration.
17   I have to remind you all that -- well, perhaps a quote
18   is best.  Reed Noss, a conservation biologist, stated
19   that not only is the ecosystem more complex than we
20   think, it's more complex than we can think.
21       We don't have all the answers, simply thinking we
22   could run bulldozers down the river to restore the
23   fishery of the Trinity River is hubris.
24       I'd like to remind you of one example in the
25   Trinity watershed, Grass Valley Creek, big erosion

Page 24

1    problem at Grass Valley Creek, big sedimentation impacts
2    on the Trinity River fishery.  The solution was to build
3    a sediment dam.  That dam is now almost full of
4    sediment, sediment remains the prolem.  Instead of
5    building the dam, we should have simply purchased the
6    watershed a long time ago, which we eventually did a few
7    years ago, but a long time ago to prevent the road
8    building and logging on the highly erosive granitic
9    soils in that unstable watershed, but instead we took
10   the hard solution, we took the technical solution of
11   building another dam.  It didn't work.  Let's not rely
12   on more mechanical technical solutions.  Ecosystems need
13   water to function.  The basic need for the restoration
14   of the Trinity River is more water.
15       There is one additional legal mandate I think you
16   should consider in this program of why you need to put
17   as much water back into the river as possible, that is
18   the National Wild and Scenic Rivers Act.  The Trinity
19   River was designated a state wild and scenic river in
20   1972.  It was subsequently added to the National Wild
21   and Scenic River system in 1981.  As a national wild and
22   scenic river, federal agencies have this responsibility,
23   this is a direct quote from the Section 10A of the
24   National Wild and Scenic Rivers Act, "Each component of
25   the National Wild and Scenic River System shall be

Page 25

7 (Pages 22 to 25)

RDD/TRINITYPC-3.DOC-7

1  administered in such a manner as to protect and enhance
2  the values which cause it to be included in the system."
3      The outstanding value that caused the Trinity
4  River to be added to the federal system is its anogomous
5  fishery, its salmon and steelhead fishery.
6      So you have a proactive responsibility under the
7  National Wild and Scenic Rivers Act, as well as the
8  Trinity River Act of 1955 and the Federal Government's
9  trust, responsibilities to Native Americans to restore
10  the river. Thank you.
11      HEARING OFFICER RUESINK: Thank you for
12  your comments, Mr. Evans. Brian Jobson.
13      MR. JOBSON: My name is Brian Jobson.
14  J-O-B-S-O-N. I represent the Sacramento Municipal
15  Utility District.
16      SMUD is the largest power customer of the Central
17  Valley Project. The hydroelectricity that we buy from
18  the Central Valley Project allows us to serve our load
19  like the load that's lighting this room tonight in an
20  environmentally sound way from the perspective that it
21  does not create air pollution, and the preferred
22  alternative will reduce the amount of hydroelectronic
23  generation on the Central Valley Project and impair our
24  ability to meet some of our environmental objectives.
25      Having said that, the District supports

Page 26

1  restoration of the Trinity River, but we have worked
2  hard to see that it's done in a way that's most
3  environmentally responsible and results is not -- does
4  not -- excuse me, does not result in necessary adverse
5  impacts on other parts of the environment besides the
6  Trinity River. I'll go through now what I think the
7  shortcomings of the environmental document are, and I
8  would request that they all be addressed in the Revised
9  Final Environmental Impact Statement Report.
10      First of all, the scientific evaluation of
11  factors limiting fishery production in the Trinity River
12  is lacking. Rather, the problem is simplistically
13  attributed to flow reductions without a comprehensive
14  analysis of the role of harvest or hatchery impacts,
15  both of which are recognized as important and having
16  undergone recent changes.
17      Second, little effort has been made to reduce
18  flow needs by relying on mechanical measures which have
19  been demonstrated to be successful in other streams,
20  both in California and throughout the West in efforts,
21  conducted by the Department of the Interior. Literature
22  in the scientific community has documented the
23  capability of mechanical measures to achieve restoration
24  goals while limiting the need for additional flows. We
25  feel a more balanced alternative in this vein is needed.

Page 27

1      Thirdly, we believe the alternative ranking
2  system in the environmental document is contrived and
3  biased towards selecting the preferred alternative
4  because it does not select an alternative based on
5  fishery production, but rather on simulating a natural
6  river with the untested assumption that if you build
7  such a river, the fish will come.
8      There are many human needs of this river now, and
9  like it your not, that's where we are. There is a lot
10  of power generation and irrigation depending on this
11  water, and to the extent we could accomplish fishery
12  restoration with less adverse impacts on other Central
13  Valley Project purposes, we feel that would be a better
14  alternative and one that should be evaluated.
15      Fourth, we believe the impacts on the Sacramento
16  River and Delta fisheries are not adequately evaluated.
17  They do not appear to take into account the AFRP flows
18  mandated by the CVP Improvement Act. They allow X-2
19  violations in the Delta which are not allowed to other
20  entities proposing actions, and they rationalize impacts
21  to endangered species based on the assumption that they
22  are small compared to the no-action alternative.
23      Fifth, the no-action alternative assumes that
24  there will be degradation over the period of evaluation.
25  We have a problem with that assumption because we are

Page 28

1  participating in many improvements to the Central Valley
2  Fishery under the CVP Improvement Act and we feel that
3  there will be improvements over time, not degradation in
4  the Central Valley, and secondly, the impacts of the
5  proposed action in the Trinity on the Central Valley
6  Project should be additive to the no-action alternative,
7  not compared and rationalized away as being small.
8      Sixth, the impacts on power generation are
9  severely underestimated. They ignore the impacts to CVP
10  power users which will accrue from incurring additional
11  O and M expenses to accomplishing channel modifications.
12  There is also an ignoring of the impacts to CVP power
13  users, increased under CVP that will result from the
14  decrease in water sales if the proposed action as
15  implemented.
16      We ask that the power impact analysis be redone
17  in the final environmental document to address these
18  impacts and that mitigation measures are included that
19  will help the power users be able to support the
20  proposed action as we've ask this be modified. This
21  mitigation may include adopting a non-reimbursable
22  designation for increased O and M expenses or adopting
23  non-reimbursable replacement power funding as was done
24  in the Temperature Control Device at Shasta Dam.
25      The cumulative impacts to power also need to be

Page 29

1  revised to accurately include impacts from Central
2  Valley Project improvement restoration funding and
3  operational impacts and CALFED impacts.  We would ask
4  that the Interior revise the final environmental
5  document to include the mitigation and the additional
6  alternatives that we've asked for, provide better
7  support for the recommendations that are made and if
8  it's done, we'll find this to be a legally sufficient
9  document.  Thank you for the opportunity to comment.
10          HEARING OFFICER RUESINK:  Thank you, Mr.
11  Jobson, for those comments.
12      Our next speaker is Ben Letton.
13          MR. LETTON:  Hi, my name is Ben Letton.  I
14  have been a resident of Trinity County for 23 years.
15  I'm 23 years old and actually grew up about quarter of a
16  mile from the river, and I share a lot of fond memories
17  of the river with a lot of people.  I've watched the
18  river go from quite a good fisheries resource to
19  something that's a little bit subpar.  I could remember
20  my dad and I went fishing as a kid and catching a few
21  salmon in like an hour.  And then where like you go out
22  today you could spend a couple days and maybe not catch
23  anything.
24      I think the issue for someone like myself, a
25  resident, is to see the river restored, and it's not

1  just an issue of the fish, but all the wildlife and the
2  river as a resource for this state and everyone who
3  lives here.
4      I think that the resource will become -- it's
5  just as important as a resource as the state is for
6  agriculture, especially in the future.  There's been a
7  lot of talk about, "Well, you could fix the river by
8  creating habitat, you could make a catchman and maybe
9  fish will use it for a natural spawning ground," that
10  type of thing, but if you read the literature,
11  especially the literature of late, you will find that
12  for most -- for water systems in general, the best
13  solution is water and to leave the system, step away.
14  let more water come in and you will see results.  You
15  can't fix a non-linear system with linear measurements.
16  This length of a channel that the salmon could use will
17  help us restore this many salmon.  It just doesn't work
18  that way.  It's a wild system and water is the way that
19  it was created and water is the way that it will be
20  fixed, and as a resident, I hope that I could take my
21  children back there when I'm older and show them the
22  things that my dad showed me, and I think everyone would
23  like to see that.  Thank you.
24          HEARING OFFICER RUESINK:  Thank you.  Next
25  speaker is Vince Wolfe.

1          MR. WOLFE:  Hi.  I'm Vince Wolfe, that's
2  spelled V-I-N-C-E W-O-L-F-E.  I'd like to start just by
3  I don't know if anybody here has heard of Jeff Mount,
4  but he is a professor at UC Davis, spoken before
5  Congress about river, issues about rivers all over the
6  country, mostly in California, and I took a class from
7  him actually at UC Davis and this is his book.  In one
8  area of his book he just addresses specifically the
9  Trinity River.  He says, and I'm quoting here, "The
10  impact of the export of this water has been the virtual
11  elimination of floods."  You probably all know this and
12  might perceive it as a good thing, but actually, because
13  of the decrease in water flow, you have -- you don't
14  flush out the rough sediment that's needed for salmon
15  habitat, for salmon spawning habitat, as he says,
16  "Although still present the gravels that would normally
17  make up the key spawning habitats have been buried by
18  the fine sediments that have filled the aggraded
19  channels.  Lack of flushing flows competent to remove
20  the fine sediment has inhibited the exhumation of the
21  gravels."
22      So, in other words, the silt is over the critical
23  spawning habitat keeping the salmon from being able to
24  hatch there.
25      So as Ben said, more water is really the only

1  answer in terms of flushing out the fine sediment that's
2  keeping the habitat from being high quality, and the
3  other issue is when -- there is a picture of this, with
4  your permission, could I show you this picture -- of
5  before and after, a photo of when the dam was created
6  just as a reference to see what happens to the channels
7  when there's less water and more water; could I show
8  you?
9      What's happening in that picture is that the
10  riparian area is encroaching on the channel where there
11  used to be a very wide -- I shouldn't say "very wide,"
12  but a much wider flood plain where there could be
13  wetland habitat.  When the river is shrunken because
14  there's not enough water consistently going down, the
15  riparian, which is very aggressive, will come out and
16  grow on the channels and stabilize them.  At that point
17  when you do let out more water, and I think in each of
18  these alternatives they let out water for five days in
19  May, when you do release large amounts of water, instead
20  of scouring the banks, as a normal, healthy river
21  should, it scours down.  When that happens you get sort
22  of more like a cliff-like structure which prevents --
23  there's no more flood plains for wetland species, and I
24  think this report actually mentions that, and there's
25  some decrease in the species of wetland dependent

1   animals, the yellow legged friar I think is one of they.
2       Again, the only way to solve that problem is to
3   have hopefully a release program that follows the
4   patterns of supposedly natural flows and also just to
5   have more water. So the alternative that's preferred
6   right now I think calls for about a doubling of the
7   current amount of water that's coming out, and I would
8   just call to double that again.
9       Also, another thing, this will be the last thing.
10  Jeff Mount said numerous times during the classes and
11  I've heard it from many people, you cannot restore a
12  river. And so all of these alternatives call for some
13  kind of manual mechanical restoration, bringing gravel
14  from other areas, presumably from the Trinity River
15  area, but still from other areas, and using it to create
16  habitat, but this just basically has never worked.
17  Never will work. It's a good way of helping out, but
18  it's not going to solve the problem. Only way to solve
19  the problem is to let more water out and let the river
20  do what it sort of does on its own and hopefully
21  eventually get rid of the dam, but that's another issue.
22  Thank you.
23      HEARING OFFICER RUESINK: Thank you. Just
24  wanted to make sure that we had the proper citation for
25  the text that he was quoting from.

Page 34

---

1       Our next speaker is Dan Buckley.
2       MR. BUCKLEY: Hi, my name is Dan Buckley, I
3   just got here, so I assume I was supposed to identify
4   myself as anything in particular.
5       HEARING OFFICER RUESINK: Yes. Mr.
6   Buckley, if you would state your name, spell it for the
7   record, and please address your comments to the agency
8   representatives at the front table here. This is an
9   informal hearing. We will not have questions or
10  comments back and forth from the audience.
11      MR. BUCKLEY: My name is Dan Buckley. It's
12  B-U-C-K-L-E-Y. One thing I'd like to say is that one
13  thing for sure that will help this river restore its
14  fisheries, its wildlife habitat is more water. Nothing
15  else is for sure.
16      Any kind of habitat restoration, channel
17  morphology or any of those kind of things is uncertain.
18  To paraphrase people like Abby, Brower, Muir, Forman,
19  technology is not the answer, natural systems
20  approximating natural systems is the answer.
21      We need to restore our fisheries, a wildlife
22  habitat, riparian habitat everywhere, and we need to
23  start here with the Trinity. This needs to be a model
24  for every place in the country, starting with
25  California.

Page 35

---

1       One of the things I'd like to mention is that the
2   Klamath is nothing but the major river here, and the
3   Trinity is a major tributary of the Klamath. We could
4   help restore the fisheries, the habitat on two of these
5   rivers. Why, because the Trinity is a clear water
6   tributary of the Klamath. We could help restore the
7   fisheries on the lower Klamath and the main Trinity.
8       I can't say that I'm totally prepared here. I'll
9   just sort of throw it out here, but in 1955 when the
10  legislation was passed, in 1963 when the projects were
11  done, we were told this wasn't going to harm our
12  fisheries. We were stupid. Of course we were stupid,
13  but the government led us to be stupid. One of the
14  things that -- maybe the greed for three-year
15  construction jobs made us be stupid. To paraphrase, we
16  get the government we deserve, but now we are a little
17  smarter, hopefully we are not a little bit too late.
18      In the mid '70s I went and fished the Trinity,
19  took a little 12 foot raft, floated down the river with
20  my girlfriend and my dog. I remember catching four very
21  large steelhead in 20 minutes and saying to myself,
22  "This is too easy."
23      Well, guess what, it's not too easy anymore.
24  Although I practiced catch and release for 25 years and
25  never fished for subsistence, I respect the rights of

Page 36

---

1   and culture to do so, ie. fish for subsistence. Past
2   and current legislation give priority to maintain and
3   protect the fish and wildlife, those priorities need to
4   be respected.
5       For over 30 years we've been operating on a 70
6   and 30 percent ratio. Now it's time to reverse that
7   ratio for at least 36 years. We need to give 70 percent
8   of the water back to the river, not 30 percent. That
9   may be the only solution. As to the CALFED process we
10  can't restore the Trinity River, we can't trust the
11  government to restore any of the other rivers that they
12  promised to do so.
13      I myself am in a white water rafting business. I
14  could give a hoot. The people in my business, the
15  people in other business, the fisheries, we need to
16  restore all those species that respect our lives and we
17  respect theirs because guess what, we have a brain, we
18  could use it. It doesn't mean other species can or can
19  in the same way that we do. What I'm trying to say is
20  what happens to those species will happen to us
21  eventually. It's just a matter of putting it off and
22  putting it off in time.
23      In the CVPIA 1992 legislation 800,000 acre feet
24  was supposed to go back to the fisheries. Well, guess
25  what, at least half of that should come from the

Page 37

---

1     Trinity, why, because way more than half of it has been
2     coming from the Trinity. So at least 400,000 acre feet
3     should go back to the Trinity River, of that 800
4     thousand CVPIA promised us.
5        I must admit, I sort throw this staff down as I
6     think, as I come about here. One of the things I think
7     about here is about the normal morphology of these
8     rivers. Nature's way of creating a healthy
9     environmental system is the best way, and the only
10    answer here as far as I could determine is to err on the
11    side of caution, give us more water instead of less and
12    maybe the water could create a healthy river system
13    again. Thank you.
14       HEARING OFFICER RUESINK: Thank you, Mr.
15    Buckley. Mike Belchik.
16       MR. BELCHIK: Good evening. My name is
17    Mike Belchik, that's M-I-K-E B-E-L-C-H-I-K. I work for
18    the Yurok tribe, Y-U-R-O-K. The Yurok tribe has
19    participated as a cooperating agency, so I won't tell
20    you the point of view of the tribe again, a lot of that
21    is already in the document itself. I do want to go on
22    the record as stating a couple things.
23       The Yurok tribe is opposed to any extensions of
24    comment deadlines or extending the process. This
25    process has been going on -- the flow study is somewhere

Page 38

1    in the range of 13 to 15 years old. The EIS is already
2    many years overdue. The river just can't wait a number
3    of years while the process gets dragged out. We also
4    oppose any attempts to tie this process to CALFED
5    process. We think that the restoration of the Trinity
6    is a stand alone.
7       We also -- another point I'd like to make is that
8    we feel that it's imperative that there be funding to
9    actually implement the alternatives, whatever
10    alternative gets to be selected as the preferred
11    alternative. That it's just unconscionable to get to
12    the year of implementation and find out that nobody has
13    planned ahead and that there's not any money right now
14    to implement this and that goes with securing long-term
15    funding for the continued implementation. I said I'd
16    keep it brief, and so I am. Thank you.
17       HEARING OFFICER RUESINK: Thank you, Dan
18    Ruiz.
19       MR. RUIZ: Hello, my name is Dan Ruiz,
20    R-U-I-Z. I wasn't going to speak, actually it just
21    dawned on me something that was not being mentioned by
22    anybody. Although I agree very strongly with everything
23    that's been said, especially about the fisheries, one
24    that thing has not been mentioned is the economy of the
25    area. I live here in Sacramento, but I visit at least a

Page 39

1    couple, three times a year, and I've noticed a lot of
2    for sale signs, a lot of closed businesses. It's very
3    depressed up there, the economy is very depressed, and
4    restoring the wildlife and restoring the fishery will
5    not only help the environment, but it will help the
6    economy because people will come. People will come to
7    fish commercially or sport fishing, people will come for
8    rafting, people will come to go hiking, people will come
9    to just enjoy the area. People will patronize
10    businesses, the stores, the restaurants, the gas
11    stations. I think it will help the economy a lot if this
12    river is restored, aside from all the other
13    environmental concerns. Thank you.
14       HEARING OFFICER RUESINK: That's the end of
15    the cards that I have here, but I understand someone
16    else is signing up to speak right now. Tina Andolina.
17       MS. ANDOLINA: These things are sometimes
18    tough. Tina Andolina, A-N-D-O-L-I-N-A. I wasn't quite
19    sure if I was going to speak to you guys tonight, so
20    much of what I wanted to say has already been said, and
21    the moral of the story here is the only way to truly
22    restore the fishery in the Trinity River is to give it
23    more water, that's the only thing that we know is going
24    to help.
25       And I just sort of want to pose a question to you

Page 40

1    guys. It's too bad that you guys can't answer back.
2    What are we really doing here? What's our real goal?
3    Is our goal as stated in the 1984 legislation to restore
4    the Trinity River's fisheries to those levels which
5    existed prior to the dams, or is our goal to sort of
6    make believe that we are doing what we are supposed to
7    do and doing the cheapest possible way and make
8    everybody happy?
9       The SMUD guy that was talking here earlier said
10    like it or not, we are dependent, basically like it or
11    not, we are dependent on the water. I guess he was
12    trying to tell us that this dam has been here, been
13    producing power, people are making millions in Westlands
14    using this water, take the way it is. Now we need to
15    now mitigate for that. Like it or not no, we don't.
16    The law clearly says that the fish are given priority.
17    That means if you take all the water that the Trinity
18    gives to the CVP and put it back into the Trinity River,
19    then that's what needs to be done. But the preferred
20    alternative is taking the other route. It looks at
21    what's the cheapest way we could do this? What's the
22    way that we could make sure the water people are happy
23    and the power people are happy, when we make this
24    decision, maybe the environmentalist, maybe they'll be
25    quiet, maybe we'll see a 2 percent increase in the

Page 41

1  fisheries and they'll think we're doing okay.  When they
2  were talking -- when the SMUD guy earlier was talking
3  about the fisheries, some fisheries in other rivers have
4  been improved with mechanical restoration, yes, maybe
5  they had a one or two or even a 5 percent increase.
6  Were they increased back to what they were before the
7  damn, no.  Could you even do that with a dam?  I'd like
8  to see it.  If you guys can, then you're better
9  engineers than I think.  That river and those fish
10 evolve together with 100 percent of the water.  So we
11 study for 15 years how much water the fish actually
12 need?  No, I think we study 15 years how much we could
13 still divert and maintain some semblance of a healthy
14 fishery.  The river needs water, the fish need water,
15 the economies in Trinity County need water.  Thank you.
16      HEARING OFFICER RUESINK:  Thank you.  Bill
17 Kiene.
18      MR. KIENE:  My name is Bill Kiene,
19 K-I-E-N-E.  I'm a native of Sacramento, and I've been in
20 the fishing tackle business for about 35 years in
21 Sacramento, and some points I might make about the
22 river, I think there's been a couple of studies done on
23 the economic value of sport fishing in a couple places
24 in the United States, and that would be a tremendous
25 boom to that part of the county, of the state, but also

Page 42

1  these rivers would definitely be better.
2      Again. I had another thought that maybe at an
3  opportune time in the winter time when the flows are
4  excessive, like on the American we had these big flood
5  stages and it did clean the river out very nicely.  I
6  don't know if there's any way that they could let the
7  river really go to a really excessive flow and along
8  with a little bit of mechanical, try to blow all that
9  vegetation out of the river.  All the willows and
10 everything that are kind of choking the river, keeping
11 the gravel from moving.
12      The Trinity River is one of my favorite rivers.
13 The last time that we had really good fishing there was
14 1982.  An old friend of mine and I in about early
15 November, it rained pretty heavily and the river came up
16 and an old friend of mine said we ought to run up there
17 because it came up and about then. If it will come up in
18 the fall, get a nice big rain, the steelhead run the
19 river.  So we took Joe's trailer up there.  In about
20 four days we got 26 steelhead on the flies that were
21 from six to 12 pounds, that's 1982.  That's about the
22 last time.
23      I'm pretty closely -- I worked with Herb Burton
24 up there.  He's a local fly shop owner and professional
25 guide, one of the half dozen really good guides in that

Page 44

1  a big selling point of moving here for big corporations
2  like Intel now and Hewlett Packard and stuff is some of
3  the nice outdoor recreation in Northern California
4  that's lacking in other states or lacking in Southern
5  California, so that's one aspect of the restoration of
6  the river.
7      The other thing is I started selling fishing
8  tackle in the '60s, and a lot of gentlemen that are
9  passed away now related a lot of stories about the
10 Klamath and Trinity River.  They talked about the lower
11 Klamath having boats actually tied together all the way
12 across the mouth of the Klamath River.  This is hundreds
13 of boats and everybody catching salmon.  Then I heard
14 stories from a lot of the old anglers of when they put
15 the dams in, mostly in the early part of this century,
16 how the salmon came in for years against the dams, and
17 basically like on all the rivers in Northern California
18 and pretty much died for like five years, and I guess
19 they just piled up in big rafts on the river, but we
20 have dams in most of our rivers.  I always dream about
21 having a few rivers without dams.  I do see that
22 nationally and maybe worldwide they're just now as we
23 speak starting to remove a few dams, and I don't think
24 we're talking about maybe removing this dam, but also I
25 think anything they could do to increase the water in

Page 43

1  county, and he's eeking out a living on the river, and
2  I'm sure he would have a lot to say if he was here
3  because he's a lot more knowledgeable about the river.
4  He guides on the river full time for like the last 10 or
5  15 years, so he would be an expert on what's really
6  going on in the river, but anyway, I love to fish the
7  river.  We always kind of talk about going up there now
8  and fishing.  We don't really usually catch too much.
9      We have been taking some of our younger fishermen
10 up there to try to bond them with the river and teach
11 them how to fish, how to get into it at access points,
12 but we'll go up there and fish it for three or four days
13 and maybe catch one steelhead in the late fall.
14      Anyway, if they could bring that river back. I
15 have friends in their 70s and 80s that used to fish the
16 river back before the dams, and that's Colonel Joe Gray,
17 he's retired about 80 now and Wolf Bennet and Joe
18 Patterson, these guys are all about 80 years old.  They
19 talk about what the river was like, I guess it was like
20 50 years ago, and anyway, it would be nice to see it
21 come back just to get better, actually.  Thank you.
22      HEARING OFFICER RUESINK:  Thank you for
23 your comments.  Eric Gerstung.
24      MR. GERSTUNG:  Thank you.  My name is Eric
25 Gerstung, I'm a resident of Sacramento, and I've been

Page 45

Combs & Greenley, Inc., A LegaLink Company (415) 512-1234

12 (Pages 42 to 45)

| | |
|---|---|
| 1    fishing in the Trinity River since the late 1950s, and | 1      HEARING OFFICER RUESINK: Thank you for |
| 2    I've watched the steelhead runs go down, and | 2    your comments. Darren Andolina. |
| 3    particularly interested in the summer steelhead that | 3      MR. ANDOLINA: Hello, my name is Darren |
| 4    have gone up the river for many centuries, and I'm very | 4    Andolina, A-N-D-O-L-I-N-A. Just a couple of quick |
| 5    interested in how this project would effect summer | 5    points. In the 1995 dam authorization legislation they |
| 6    steelhead. | 6    said that only 56 percent of water would be diverted |
| 7      The summer steelhead migrate up the river in May | 7    from the river, and I understand that up to 90 percent |
| 8    and June and require cool water, and the young steelhead | 8    of the water is diverted at times, and I don't know how |
| 9    go back May into July and require fairly cool water, and | 9    that's been gotten away with for so long, even 70 |
| 10   when the Trinity River project was first -- the | 10   percent is still more than the 56 percent that was |
| 11   diversion was first put into effect, the runs in the | 11   authorized, but basically to me that's theft. This |
| 12   tributaries, particularly the new river in the north | 12   water has been stolen, and the power companies and the |
| 13   fork Trinity dropped down to quite a low level, and then | 13   water district have all built their businesses off of |
| 14   the first increment of increased flows there was a | 14   this theft from Trinity County. I think that for them |
| 15   substantial increase in the runs going into the new | 15   to come crying now and saying that, well, we are going |
| 16   river in north fork Trinity and this coincided with the | 16   to have to pay for this and that is wrong. If you steal |
| 17   increase in flows in the slight increase in the water | 17   something, you go to jail, you pay for it. |
| 18   temperature. | 18   Unfortunately it's not that direct by giving the water |
| 19      The water temperature is very critical. I | 19   back, but they still should have to pay for the damage |
| 20   believe that if the flow is increased again or doubled, | 20   they've done by this theft. |
| 21   you'd see a great improvement in the summer steelhead | 21      One other point. I was shown or read over the |
| 22   runs up the Trinity River. The fish that seem to be | 22   minutes from when they first had the hearings of |
| 23   most effected are the young steelhead going back to the | 23   authorization of the dam in the '50s sometime, and I |
| 24   ocean. | 24   understand then that the science that they did, they |
| 25      In the Klamath River, the temperatures are two to | 25   actually had people come up and say that less -- less |
| <div align="right">Page 46</div> | <div align="right">Page 48</div> |

| | |
|---|---|
| 1    four degrees higher in the mainstem of the Klamath | 1    water would actually be better for the fish. I don't |
| 2    River, and the summer steelhead runs there have | 2    know if these people were paid off, I don't know if |
| 3    progressively declined in the last 10 or 15 years, while | 3    these people just didn't have a clue in the world what |
| 4    the tributary runs to the Trinity River have held their | 4    they were saying, but it seems to me they were wrong |
| 5    own and somewhat increased. So I think that should be | 5    then, and I think the preferred alternative is wrong |
| 6    factored into the benefits of the increased flow if you | 6    now. I think that all you simply need to do, like all |
| 7    haven't already done so. | 7    the people have said before me, the river needs the |
| 8      I haven't had a chance to study the report yet, | 8    water, it needs 100 percent of the water, maybe that's |
| 9    but summer steelhead are real special fish, and we are | 9    not feasible at the moment, but 70 percent, as much as |
| 10   at the southern extremity of their distribution, which | 10   possible needs to be released down the river, needs to |
| 11   occurs from Alaska to Northwestern California, and | 11   be there now. Thank you. |
| 12   they're in trouble all throughout their California | 12      HEARING OFFICER RUESINK: Thank you. |
| 13   portion of their range. The figures I've seen, they're | 13   Previous speaker Mr. Pazirandeh has asked for some |
| 14   only about half as abundant now as they were 10 years | 14   additional time to make another point. I'll allow |
| 15   ago, and most of the region they occurred in, in the | 15   Mr. Pazirandeh to come up and give us some additional |
| 16   Klamath River tributaries, they've dropped about 80 | 16   comments and be watchful of other people that might sign |
| 17   percent, the mainstem Klamath tributary due to high | 17   up that wish to speak that have not had a chance, in |
| 18   flows, high water temperatures during this drought | 18   which case we'd have to limit your time, but go ahead. |
| 19   period. There doesn't seem to be any recovery in this | 19      MR. PAZIRANDEH: I'll just be a minute. It |
| 20   post-drought period. | 20   was basically when Mr. Jobson talked about we would be |
| 21      I'd like to see also the schedule for improved | 21   losing -- it would hurt the power companies to be taking |
| 22   flows implemented as soon as possible without dragging | 22   the water out, and I don't know much about power, but |
| 23   the decision on and on. I think enough study has been | 23   something that I know more about is one thing that's |
| 24   done to make a decision, and I hope the decision will be | 24   grown a lot in the Central Valley is cotton, cotton is a |
| 25   for substantially increased flows. Thank you. | 25   very water-intensive crop. I don't know if the water |
| <div align="right">Page 47</div> | <div align="right">Page 49</div> |

RDD/TRINITYPC-3.DOC-13

Page 50

```
 1   from the Trinity River directly is going to be cotton,
 2   but our government outlawed hemp in the '30s.  Instead
 3   of getting fibers from hemp, which is very -- doesn't
 4   take as much water, we have to grow cotton and that
 5   takes up a lot of water, so it seems that -- it seems
 6   like the government -- we have one the hand one part of
 7   our government working to help restore the river, but on
 8   the other hand, another part of the government is saying
 9   directly, "Well, this crop, there could be a solution to
10   that, these water problems.  Well, you can't grow it
11   because it's an evil crop."
12        I guess my point is if people will say, "Well,
13   this is going to hurt us if we let all this water go
14   back down," and I think that there will become a
15   solution if people have less water, they will start
16   growing a crop that requires less water.  I don't think
17   that just because it's going to create a hardship in the
18   immediate future is a reason to destroy the wildlife up
19   there, and so that's all.
20        I think we just -- there's a lot broader picture
21   that we need to look at.  I know that it isn't your
22   arena about the legality of hemp or not, but I just
23   wanted to make a point that there's a lot bigger of a
24   picture that's causing the problem, not just the
25   immediate.  "We need the water for this crop right now."
```

Page 52

```
 1   discarded.  It's not acceptable to hope for a new
 2   administration in November to see if we could stall the
 3   whole thing until then and get a new Secretary.  It
 4   strikes me that that's the tactic that's probably being
 5   attempted here.  That is disgusting.  There must be no
 6   extension of this.  The 12 year study has already taken
 7   14 years, has already taken several years than it was
 8   supposed to, it never was to have taken that long in the
 9   first place.  I hope that you gentlemen and the other
10   people who make these decisions will make it as quickly
11   as possible and send all the water down the river.
12   Thank you very much.
13        HEARING OFFICER RUESINK:  Thank you.  At
14   this time I have no additional requests for people to
15   speak.  If anyone in the audience now wishes to make a
16   statement that has not registered, I would ask you to go
17   to the table and fill out a card, and we will give you
18   an opportunity to do so.  I don't see anyone moving
19   toward the registration table, so I'd like to go off the
20   record at this time.
21        We will reconvene if someone else registers to
22   speak, and we'll be here for about another half hour,
23   until 8 o'clock.  We are off the record.
24        (Whereupon, a recess was taken.)
25        HEARING OFFICER RUESINK:  If I could have
```

Page 51

```
 1        HEARING OFFICER RUESINK:  Thank you.
 2   Another previous speaker, Aaron King wishes to make some
 3   additional comments.  Again, the same condition if
 4   someone else wants to speak that has not had a chance
 5   yet, we'll limit your remarks and give them an
 6   opportunity, but go ahead, Mr. King.
 7        MR. KING:  I'll be very brief, it's
 8   A-A-R-O-N K-I-N-G.  I just want to comment that at least
 9   so far, it looks like we are at the end of the speakers
10   now, all except for one person have very clearly given
11   you comments asking that you give all or nearly all the
12   water back.  I'm pretty sure the Westlands Water
13   District could afford to send people up here.  Nobody is
14   here.  The public is here, we are speaking.  So it's
15   pretty obvious what we are asking you to do.  Nobody is
16   dissenting here.  Even with the guy from SMUD, it
17   strikes me that his complaint could easily be remedied
18   for less money than it would cost to maintain this
19   mechanical restoration business for 20 years or
20   indefinitely.
21        Also want to make the point about the recent
22   letter that Jason Peltier wrote to the Secretary Babbitt
23   asking for 90 day extension on this public comment
24   hearing.  That's nothing more than blatant attempt to
25   manipulate the political process and that must be
```

Page 53

```
 1   your attention for just a minute, please.  We are back
 2   on the record.  I have no additional slips for people to
 3   make a statement this evening.  We are at the time for
 4   scheduled closing of the hearing, and so on behalf of
 5   the U.S. Fish and Wildlife Service and the cooperating
 6   agencies, we appreciate the time and effort that you
 7   took this evening to present your comments.  They've
 8   been very informative and will be fully considered in
 9   reaching a final decision.  The hearing is closed.  We
10   are off the record.
11        (Hearing adjourned at 8:02 p.m..)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

14 (Pages 50 to 53)

```
1          CERTIFICATE OF REPORTER
2
3          I, MARYANN H. VALENOTI, a Registered
4     Professional Reporter and Certified Shorthand Reporter,
5     hereby certify that the testimony in the foregoing
6     proceedings was taken by me, a disinterested person, at
7     the time and place therein stated, and that the
8     testimony was thereafter reduced to typewriting, by
9     computer, under my direction and supervision.
10          I further certify that I am not of counsel or
11    attorney for either or any of the parties to the said
12    proceedings, nor in any way interested in the event of
13    this cause, and that I am not related to any of the
14    parties thereto.
15
16          DATED: DECEMBER 8, 1999
17
18          _____
19          MARYANN VALENOTI, RPR, CSR
20          CERTIFIED SHORTHAND REPORTER
21              No. 11266
22
23
24
25
                                        Page 54
```

PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99

**PC-4**

| 1 | U.S. DEPARTMENT OF THE INTERIOR |
| | U.S. FISH AND WILDLIFE SERVICE |
| | |
| | PUBLIC HEARING |
| | regarding |
| | ENVIRONMENTAL IMPACT STATEMENT/ENVIRONMENTAL IMPACT REPORT |
| | FOR THE TRINITY RIVER MAINSTEM FISHERY RESTORATION |

EUREKA INN

518 7th Street

Colonnade Room

Eureka, California

TUESDAY, NOVEMBER 23, 1999

1:00 P.M. and 6:00 P.M.

I N D E X

| | SPEAKER | PAGE |
|---|---|---|
| | (AFTERNOON SESSION) | |
| 7 | DENVER NELSON | 11 |
| 8 | TOM BROADMAN | 14 |
| 9 | LAWRENCE LAZIO | 16 |
| 10 | TOM WESELOH | 20 |
| 11 | CAROL KRUEGER | 23 |
| 12 | MARIANNE DESOBRINO | 27 |
| 13 | E.B. DUGGAN | 28 |
| 14 | TROY FLETCHER | 34 |
| 15 | DAVE NAKAMURA | 40 |
| 16 | DUANE SHERMAN | 42 |
| 17 | JIMMY SMITH | 45 |
| 18 | JOHN STOKES | 46 |

A P P E A R A N C E S

PRESIDING:

ROBERT G. RUESINK, Supervisor
U.S. Fish and Wildlife Service
Snake River Basin Office
Boise, Idaho

APPEARING:

BRUCE G. HALSTEAD
U.S. Fish and Wildlife Service
California/Nevada Operations Office
2800 Cottage Way, Room W-2606
Sacramento, California 95825

RUSSELL SMITH
Bureau of Reclamation
Manager, Trinity Restoration Program
Shasta Lake, California

MIKE ORCUTT
Director, Natural Resources Program
JASPER HOSTLER
Hoopa Valley Tribe
Hoopa, California

TOM STOKELY
CHRIS ERICKSON
County Supervisor
Trinity County
Hayfork, California

| | (EVENING SESSION) | |
|---|---|---|
| 3 | EMELIA BEROL | 56 |
| 4 | KRISTI WRIGLEY | 60 |
| 5 | JESSE NOELL | 62 |
| 6 | DENVER NELSON | 64 |
| 7 | JAIME O'DONNELL | 66 |
| 8 | AIDA PARKINSON | 71 |
| 9 | DAN DOBLE | 72 |
| 10 | DAVID MORROW | 73 |
| 11 | WENDY RING | 76 |
| 12 | JOHN MCKEON | 78 |

TRINITY                                    Pages 1 to 4

**PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99**

5

1
2 AFTERNOON SESSION                                    1:00 P.M.
3
4        THE HEARING OFFICIAL:  We are now on the record.
5        Good afternoon.  On behalf of the United States
6 Fish and Wildlife Service, I welcome you to this public
7 hearing.  The U.S. Fish and Wildlife Service, U.S. Bureau
8 of Reclamation, Hoopa Valley Tribe and Trinity County are
9 conducting a joint process for taking comments on the
10 draft Environmental Impact Statement/Environmental Impact
11 Report for the Trinity River Mainstem Fishery Restoration.
12       My name is Robert Ruesink.  The last name is
13 R-U-E-S, as in Sierra, I-N-K.  I'm the supervisor of the
14 Fish and Wildlife Service Snake River Basin Office in
15 Boise, Idaho, and will be serving as the hearing official
16 for this hearing.
17       The hearing is scheduled from 1:00 to 3:00 p.m.
18 this afternoon and we will be back here this evening from
19 6:00 to 8:00 p.m.
20       With me at the front table are representatives from
21 the Fish and Wildlife Service, Hoopa Valley Tribe, Bureau
22 of Reclamation and Trinity County.  You'll hear more from
23 each of them in a minute, and they'll introduce
24 themselves.
25       Other representatives for the U.S. Fish and

6

1 Wildlife Service are also at today's hearing at the
2 registration and information table outside the entrance to
3 this room.  They have additional information for you at
4 that table and will be able to answer questions that you
5 might have about the Trinity River restoration project.
6        At this point I'd like to introduce Bruce Halstead,
7 who is the Fish and Wildlife Service representative today,
8 and he will make an opening statement.
9        MR. HALSTEAD:  Thank you, Bob.
10       Good afternoon.  My name is Bruce Halstead of the
11 Fish and Wildlife Service office in Arcata.
12       Release of the draft Trinity River Mainstem Fishery
13 Restoration Environmental Impact Statement/ Environmental
14 Impact Report is the latest step in a process that
15 Congress initiated several years ago to address
16 longstanding concerns about the effects of water
17 diversion, instream habitat, sedimentation, and watershed
18 management issues on the Trinity River system's health,
19 including its once-abundant salmon runs.
20       Congress directed the Secretary of the Interior to
21 evaluate the impacts of these issues and to take steps to
22 restore the health of the Trinity River system.  In
23 response to this Congressional mandate, the Department of
24 the Interior has been actively participating in a study
25 for more than 15 years.  This has been a collaborative

7

1 effort by the U.S. Fish and Wildlife Service, the U.S.
2 Bureau of Reclamation, the Hoopa Valley Tribe, and Trinity
3 County.
4        The EIS/EIR summarizes the research that has been
5 undertaken over the past several years and identifies for
6 public comment several potential alternatives for
7 restoring the Trinity River system.  Impacts considered
8 under National Environmental Policy Act and California
9 Environmental Quality Act are not limited to the impact
10 to the fishery resources of the Trinity River but include
11 all impacts of the actions affecting the human
12 environment.  The Department encourages public comments on
13 all aspects of the draft EIS/EIR.
14       This public hearing is part of a comment process on
15 the draft EIS/EIR.  It will be closed December 20, 1999.
16 A record of decision is expected in the early spring of
17 2000.
18       On behalf of the U.S. Fish and Wildlife Service,
19 the Bureau of Reclamation, the Hoopa Valley Tribe and
20 Trinity County, I thank you for the effort you have made
21 to attend this meeting and also thank you in advance for
22 your comments.
23       Now I'd like you to hear some introductory remarks
24 from Tom Stokely, the representative from Trinity County.
25       MR. STOKELY:   Thank you, Bruce.

8

1        I'm Tom Stokely.  I'm with the Trinity County
2 Planning Department.  I've been working with the project
3 team to develop this EIS/EIR for the last five years, and
4 I'd just like to welcome you here and encourage you to
5 submit your oral as well as written comments, either here
6 today or by the deadline on the 20th of December.  And
7 also I wanted everyone to know that the Trinity County
8 Board of Supervisors will be holding a public hearing on
9 this same project in Weaverville on December 7th from 7:00
10 to 9:00 p.m. at the Weaverville library, and I encourage
11 you to come and also attend that hearing and let your
12 feelings about the document and the project be known.
13       Thank you.
14       Now I'd like to introduce to you Jasper Hostler of
15 the Hoopa Valley Tribe.
16       MR. HOSTLER:  Yes; I'm here to represent the Hoopa
17 Valley Tribe.
18       I've been involved since 1990, when, in fact, we
19 were the first ones to start recognizing the reduced flow,
20 and since then we have been -- Hoopa Valley Tribe has been
21 the lead -- one of the lead tribes.
22       Thank you for being -- attending this meeting.
23       MR. SMITH:  My name is Russell Smith.  I am
24 representing the Bureau of Reclamation, Northern
25 California area office, which is located at Shasta Dam.

TRINITY                                              Pages 5 to 8

PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99

9

1 I have been working to improve the fish and wildlife in
2 the Trinity Basin for the past 11 years, and I represented
3 the Bureau of Reclamation in this flow EIS/EIR process.
4 　　　THE HEARING OFFICIAL:  Thank you.
5 　　　Public comments on these draft EIS/EIR documents
6 will be accepted until December 20th, 1999.  After review
7 and consideration of your comments, the four co-lead
8 agencies, along with the cooperating agencies, will
9 prepare a final EIS/EIR.  The purpose of this hearing is
10 to receive your comments on the draft documents.  Comments
11 on all aspects of the alternatives described in those
12 documents are very important and will be carefully
13 considered.  Because of the importance of your comments,
14 it is necessary that we follow certain procedures here
15 this afternoon.
16 　　　If you wish to present comments at this hearing,
17 please register at the table outside this room.  When you
18 register, indicate any organization that you are
19 representing.  When you are called to present your
20 comments, please come forward to the microphone in front,
21 begin your presentation by stating your full name, spell
22 it for the record, and indicate if you represent an
23 organization.
24 　　　This is an informal hearing, and therefore you will
25 not be questioned or cross-examined in connection with

10

1 your comments; neither will representatives of the
2 agencies respond to questions.  They will become a part of
3 the administrative record on this action.  They are being
4 recorded by the reporter to preserve them for the record.
5 Please keep in mind that the reporter will not record any
6 statement from the audience or made to the audience.
7 Comments must be made into the microphone and addressed to
8 the agency representatives at the front table.  Please
9 leave a copy of any written material to which you refer
10 with the reporter or the registration staff.  If you are
11 reading your testimony, we ask that you please read slowly
12 for the reporter to be able to record all of your comments
13 verbatim.
14 　　　Instead of presenting oral comments here this
15 afternoon, or, in addition to oral comments, you may
16 submit comments in writing.  Written comments may be
17 submitted today to the staff at the registration table or
18 they may be mailed to Mr. Joe Polos.  That's P-O-L-O-S.
19 U.S. Fish and Wildlife Service; 1655 Heindon -- that's
20 H-E-I-N-D-O-N -- Road, Arcata, California, 95521.  This
21 address is also available at the registration and
22 information tables outside this room.  Again, written
23 comments will be accepted through December 20th, 1999.
24 Written comments will be given the same consideration as
25 oral comments that are presented here this afternoon.

11

1 　　　At this time we are ready for our first speaker,
2 Mr. Denver Nelson.
3 　　　Would you come to the microphone, please.
4 　　　MR. NELSON:  My name is Denver Nelson.  I'm from
5 Eureka, California.
6 　　　Do you want me to spell Nelson?  N-E-L-S-O-N.
7 　　　I'm a member of the Humboldt County Fish and Game
8 Commission, but I'm not here officially representing them;
9 I'm just here representing myself.
10 　　　Thank you for coming to Humboldt County.
11 　　　As you know, the Trinity River was devastated by
12 the Trinity River diversion project.  Many millions of
13 dollars have been spent trying to restore the Trinity
14 River.  The Trinity River has not been restored, and, in
15 fact, has continued to decline.  Many years of studying
16 the Trinity River has shown that rivers need water to
17 function.  No amount of money without water will restore a
18 river.  Much emphasis has been given to the decline of
19 salmon and steelhead populations in our area.  This
20 decrease is well-documented by many studies and by my
21 personal observations as a sport fisherman.
22 　　　Fish numbers are certainly one indicator of the
23 health of our river environments.  There are many other
24 factors that influence the health and numbers of the
25 salmonid populations.  A river is more than a natural fish

12

1 hatchery.  We must not overemphasize increase in fish
2 numbers as the ultimate goal of restoring the Trinity
3 River.  If there are no fish returning to the Trinity
4 River 20 years from now, does that mean that the entire
5 flow of the Trinity River can then be diverted to the
6 Central Valley?  I certainly hope not.
7 　　　The concept of making the Trinity River one-half
8 the river it once was by giving it one-half the natural
9 flow and spending millions to move gravel around is a
10 noble experiment.  The outcome of this experiment could be
11 measured by the numbers of fish returning.  One could
12 simply assume the goal would be to add one-half of the
13 prediversion fish returned.  If three-fourths of the
14 prediversion fish return, does that mean that
15 three-fourths of the predivision flow would be returned?
16 In addition, millions of dollars would have to be spent
17 moving gravel.  Or, conversely, if only ten percent of the
18 prediversion fish return, does that mean that ten percent
19 of the natural flow comes down the Trinity River and fish
20 restoration money is sharply cut back?
21 　　　Between 1976 and 1998, $93,952,547 was spent on
22 Trinity River restoration.  During the same time, 648,457
23 naturally spawning chinook returned to the Trinity River.
24 This amounts to $144.89 being spent per fish.  There
25 appears to be no correlation between dollars spent on

TRINITY

PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99

13

1 restoration and numbers of fish returning to the Trinity
2 River.  A much better correlation is seen between river
3 flows and fish returning to the Trinity River.  Fish
4 responded better to water than to dollars.  It would be
5 better to spend less money on fish restoration and
6 increase the Trinity River flows.
7       Humboldt County was given 50,000 acre-feet of water
8 annually in the original legislation establishing the
9 Trinity River diversion.  This water allocation has never
10 been accounted for, either by increasing the Trinity River
11 flows or by Humboldt County being compensated for our
12 50,000 acre-feet of water flowing down the Sacramento
13 River.  One of the cornerstones of the Cal Fed process is
14 the sale of water by those with excess water to those who
15 need more water.  When the final Trinity flow is selected,
16 that flow number should be increased by 50,000 acre-feet,
17 so that we in Humboldt County can use that water to
18 further enhance our fisheries.  Conversely, if our
19 50,000 acre-feet is going down the diversion, we should be
20 compensated for that water by the users of that water.
21       The Trinity River Dam eliminated 109 miles of
22 steelhead and salmon habitat above the dam.  The ideal
23 restoration of this habitat would be to remove the dam.
24 The next best restoration would be to install a fish
25 ladder to bypass the dam.  Serious consideration has not

14

1 been given to this option.  The fish ladder would be a
2 more cost-effective way of restoring fish habitat.
3       My preferred flow alternative would be the
4 restoration of the natural Trinity River flows and
5 diverting no more water to the Central Valley.  My next
6 best flow would be that promised in the original
7 legislation.  The promised diversion originally was to be
8 no more than 30 percent of the Trinity River flow.  The
9 preferred flow as outlined in this EIS/EIR would be my
10 third choice.  The other study flows are inadequate.
11       No matter which flow is chosen, funding must be
12 available for the bridge and structural removals needed to
13 allow these increased flows.  "Adaptive management" is the
14 new buzz word of resource management.  In this project,
15 adaptive management should be the prime governing force.
16 If a funded project does not increase the fish returns,
17 the project should not be funded again.  If a water flow
18 pattern does not result in increased fish returns, the
19 flow should be changed.  At a minimum, the outline of this
20 adaptive management should be in place before any other
21 changes are done.
22       Thank you for coming and listening to my comments.
23       THE HEARING OFFICIAL:  Thank you, Mr. Nelson, for
24 your comments.
25       Our next speaker is Mr. Tim Broadman.

15

1       MR. BROADMAN:  Good afternoon.  Thank you for
2 letting me come and speak.
3       I have two very strong --
4       THE HEARING OFFICIAL:  Excuse me.  Would you please
5 state your name and spell it for the record.
6       MR. BROADMAN:  All right.  Tom Broadman, spelled
7 B-R-O-A-D-M-A-N.  And I reside in Fieldbrook, California.
8       I just want to remind the panel and the government
9 that we have two very strong legal arguments to restore
10 flows to the Trinity River.  One is the Endangered Species
11 Act, and also under the Endangered Species Act, treaty
12 rights, treaty rights to our tribes.
13       Signed in June 5th of '97 by secretarial order,
14 issued by the Secretary of the Interior and the Secretary
15 of Commerce, pursuant to the Endangered Species Act of
16 1973, it acknowledged the trust, responsibility and treaty
17 obligations of the U.S.  Departments will carry out the
18 responsibilities, "departments" meaning commerce and
19 interior.  Under the act, in a manner that harmonizes the
20 federal trust responsibility to tribes, strive to ensure
21 that Indian tribes do not bear a disproportionate burden
22 for the conservation of listed species.
23       In 1991, 75 percent of Trinity water went south.
24 Since the diversion began, 96 percent of coho have been
25 eliminated.  In May of 1997 the Southern California --

16

1 Southern Oregon and Northern California ESU for coho
2 salmon was listed as threatened.  Now, recently, affecting
3 this listing under the Endangered Species Act, November
4 8th of this year, in the Federal Register harm was
5 defined, harm under the Endangered Species act, and harm
6 is defined as any act which actually kills or injures fish
7 or wildlife, and emphasizes that such acts may include
8 significant habitat modification or degradation that
9 significantly impairs essential behavioral patterns of
10 fish or wildlife.  Those essential behavior patterns are
11 defined by National Marine Fisheries as breeding,
12 spawning, rearing, migrating, feeding or sheltering.  I
13 think it's pertinent that you restore the runs so these
14 listed fish that are 96 percent gone will have some of a
15 chance to return.
16       Thank you very much for your time.
17       THE HEARING OFFICIAL:  Thank you.
18       Our next speaker is Lawrence Lazio.
19       MR. LAZIO:  Thank you.  My name is Lawrence Lazio,
20 L-A-Z-I-O.  I'm a past president of the Humboldt Bay
21 Fisheries Association and a past president of the
22 California Seafood Institute, a statewide organization
23 representing the seafood-processing industry in the State
24 of California.
25       Before I get into the area that I have concern

TRINITY

17

1 with, specifically, under "alternatives" but eliminated,
2 in talking about increased hatchery production, I want to
3 tell you a story.
4        In 1975, I heard that the Japanese federal
5 government had a fantastic enhancement program going on in
6 their salmon fishery on island of Hokkaido. If you take
7 the island of Hokkaido and you lay down the State of
8 California, it's approximately from Red Bluff north,
9 making an islet out of that. The Japanese federal
10 government instituted a program of 72 facilities. And I'm
11 specifically using the word "facilities" because they are
12 not what we perceive as hatcheries. These facilities are
13 an enhancement to the natural spawning of the salmon
14 specie, and then the immediate release of the swim-up
15 salmon, just after they've come out of the egg-sac stage
16 and are swimming up, if they were in the river, they are
17 -- their success ratio in relationship to the Eel River
18 spawn fish is approximately ten percent for the natural
19 survival of the eggs against 90 percent for the survival
20 in their facilities. I am calling their facilities
21 "nurseries."
22        Historically, there was a nursery on the Eel River,
23 to my recollection, in a place called Steelhead Creek,
24 whereby the eggs were taken from the fish, they got to the
25 swim-up stage, they were put in containers, milk -- dairy

18

1 units, put on horseback and taken to the top of the
2 streams, where they were released into the natural
3 situation for their survival.
4        I think by not having an idea of a nursery program,
5 not having been looked at when the increased
6 hatchery-production issue is discussed in this document
7 under 2.2.6, is a failure in this document. I think that
8 there are some new attitudes that are coming that are not
9 included in here that could be extremely beneficial to the
10 fast recovery of the system.
11        We know that we need more water, period. I agree
12 with that. Everyone, I think, in this room, agrees. I
13 would like to see compensation come from the users that
14 got our water. And that's another issue. But going into
15 this area of increased hatchery production and the reasons
16 it has been eliminated from this document does not take
17 into a fact the concept of a nursery program, and I think
18 that all the people involved, all the professionals, need
19 to start taking a look at that issue.
20        Those of us that are on the river -- and I'm on the
21 river quite often; I was there a week ago Sunday as a fly
22 fisherman -- recognize the predator problem in the Trinity
23 River system, in the Klamath River system. It's a major
24 issue, and I think that the way the predator-control issue
25 has been handled in this program is just we're sticking

19

1 our head in the mud. There is a major problem out there;
2 we all know it. And I have heard recently that National
3 Marine Fisheries Service is looking at the predator
4 problem.
5        Historically -- let me give you a historic view.
6 I've been in the fish business all my life, from the time
7 I was a little boy. My grandfather came to the Eel River
8 in the 1880's and fished salmon commercially on the river
9 and made a living off of it. Historically, when we had a
10 salmon fishing fleet in the ocean, there was a substantial
11 elimination of the seals and sea lions by the commercial
12 fleet. Their used to be 5- to 700 boats fishing out of
13 Eureka during April, May, June and July, and any time the
14 sea lion was attached to that fisherman's lines when he
15 was pulling up a salmon, it probably was eliminated.
16 What's happened since we've had the protection of the
17 marine mammals is we've had a fantastic explosion -- that
18 probably you all know, but I'm just saying it here in
19 public -- fantastic explosion of the predator population,
20 yet we've had a fantastic reduction in the salmon species.
21 So how can the government allow, on one hand, the
22 predators to go wild and crazy -- and there's pictures
23 circulated around Humboldt County that were taken from the
24 air at the mouth of the Klamath River, and if you try to
25 estimate, there looks to be maybe 2,000 to 2500 sea lions

20

1 that are in that grouping of -- in the picture.
2        So I think that this particular area that I'm
3 talking about, the involvement of a -- I'm going to call
4 it a "nursery program" -- should be looked at for the
5 increased production, because if you take the eggs and you
6 give them a faster start but you put them right back into
7 the river, especially the upper reaches, in my view, you
8 have a natural fish; you don't have what's being perceived
9 as a hatchery fish.
10        Thank you very much.
11        THE HEARING OFFICIAL: Thank you for your comments,
12 Mr. Lazio.
13        Our next speaker is Mr. Tom Weseloh.
14        MR. WESELOH: Good afternoon. Thanks for coming to
15 Eureka. My name is Tom Weseloh, W-E-S-E-L-O-H. I'm the
16 North Coast manager for California Trout. We represent
17 about 5,000 individual members and another 5,000 affiliate
18 club members. I live in Humboldt County and also work
19 here, as well, and have a rather large interest in the
20 Trinity River.
21        I already had the opportunity to address you in
22 Redding, so I won't be redundant, as much as possible, but
23 I really wanted to speak to a few issues.
24        One in particular is the time lines for your
25 process. I know that several speakers and a lot of

1 various constituencies have asked for an extension of this
2 process. Right now you are well within your legal
3 guidelines with both the CEQA and NEPA process. We
4 encourage you to stick to those time lines and to not
5 extend any further the deadlines for comments. The
6 studies have gone on long enough. We have the information
7 in front of us. The people that need to review this
8 information and give you comments have known about the
9 information, have been following the studies, have been
10 following the time lines, have been getting the documents.
11 There is no need for further delay. We need to have you
12 stick to the time lines of CEQA and NEPA and move forward
13 with this. Our fisheries have been injured for long
14 enough. No more delays are acceptable to us. Please
15 close the comment period December 20th.
16         Another reason that I think the time lines need to
17 be met is it appears to me that the Bureau of Reclamation
18 is still in violation by even operating this project.
19 There is not a Section 7 consultation process finalized.
20 There is not a biological opinion that has been granted by
21 NMFS. And until then, under the Endangered Species Act,
22 it is our opinion that any diversion at all is a violation
23 of the Endangered Species Act, and if the Bureau wants to
24 be in compliance, they'd better come up with a new flow
25 regime in a hurry in order to get in compliance. One of

1 the ways you get there is by finishing up the CEQA and
2 NEPA process in a timely fashion, getting to a record of
3 decision, and implementing the flows as quick as possible.
4         Another issue that I haven't heard discussed yet
5 that I would like to bring up is the -- some of the costs
6 associated with the programs. I think there are some
7 things that need to be added to the EIS/EIR in order to
8 address this area. I feel that the final EIS/EIR should
9 exempt Trinity PUD from any costs as a result of low power
10 generation as well as implementation costs for the
11 preferred alternative. The final EIS/EIR and record of
12 decision should also include a plan for reauthorization of
13 equitable cost-sharing provisions of the Trinity River
14 Basin Fish and Wildlife Management Act of 1984, which are
15 now expired. We have a lot of good things we would like
16 to do, but right now there is no current way to fund those
17 activities, and we need to have the money in there to
18 carry out any of the alternatives that you have and to
19 carry out restoration of the basin as a whole.
20         The preferred alternative includes a watershed-
21 protection component. We support inclusion of that
22 component because it addresses upslope erosion. It's a
23 nonflow component necessary for the restoration of this
24 important fishery and for the river. It is also
25 consistent with the requirements of the President's Forest

1 Plan under Option 9, which has never been adequately
2 funded in a meaningful manner. And in order to ensure
3 that the promise of restoration isn't unfunded like Option
4 9, identification of a funding mechanism is necessary in
5 the final EIS/EIR and record of decision. Without
6 adequate funding, the preferred alternative or any other
7 actions you may take will not meet the goals and
8 objectives of meaningful restoration.
9         So not only do I request that you heed the comments
10 I've provided you in Redding, but also the ones today of
11 sticking to the time lines and dealing with these cost
12 issues and the biological opinion.
13         If I have forgotten anything in Redding or today,
14 you will be hearing from me again, either verbally or in
15 writing.
16         Thank you very much for allowing us to provide
17 additional testimony. And I encourage you to listen to
18 all the other good speakers as closely as you did me.
19 Thank you.
20         THE HEARING OFFICIAL: Thank you.
21         The next speaker is Carol Krueger.
22         MS. KRUEGER: My name is Carol Krueger,
23 K-R-U-E-G E R. I'm here as a representative of Six Rivers
24 Paddling Club. And thank you very much for the
25 opportunity to comment on the public draft on the Trinity

1 River.
2         As whitewater canoeists, we are going to comment on
3 the recreational uses of the Trinity River. We think the
4 whitewater canoeists were left out of your list on
5 recognized recreational users in tables 3-32 and 3-33. In
6 our opinion, there is a big difference between canoeists
7 and whitewater canoeists in their preferred flow ranges.
8 Whitewater canoeists should be included with kayaking and
9 rafting in their preferred flow ranges.
10         The habitat in the Trinity River needs improvement,
11 and we're going to support the preferred alternate. Along
12 with the fisheries restoration, we think that the
13 preferred alternative would also improve the whitewater
14 recreational opportunities on the Trinity River. My
15 comments deal primarily with the analysis of whitewater
16 recreation opportunities that are affected by the
17 proposals in EIS/EIR.
18         As whitewater canoeists, we have three favorite
19 runs on the mainstem of the Trinity River that will be
20 affected by the proposals in the EIR/EIS. These runs are:
21 Pigeon Point, which is from Pigeon Point Campground to Big
22 Flat; Hayden to Cedar, which is Hayden Flat campground
23 down to Cedar Flat Ridge; and Hawkins Bar to Salyer, which
24 is the Hawkins Bar USFS river access, to the public access
25 of the Sharper Slough on Fountain Ranch Road.

PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99

25

1      Under the international scale of difficulty, Pigeon
2 Point is rated as a Class III, or intermediate; Hayden to
3 Cedar is rated Class II, or advanced beginner; and Hawkins
4 Bar is rated as a Class I-plus, or intermediate beginner.
5      These runs provide easily accessible whitewater for
6 users at a variety of skill levels, and the first two runs
7 are used extensively by whitewater boaters from Northern
8 and Central California and from Southern Oregon.  We
9 believe that the preferred recreational flow range
10 thresholds given in Table 3.32 incorrectly assigned either
11 200 or 300 cubic feet per second as the lower limit of the
12 preferred flow for whitewater canoeists or kayaking on
13 these runs.  At 300 CFS, the whitewater runs on the
14 mainstem of the Trinity are marginally acceptable for
15 whitewater canoeists.  At this low flow, navigating around
16 rocks and other obstacles to navigate are exposed or very
17 close to the surface.  Some routes to rapids are not
18 available, and shallow reaches of the river do not have
19 enough water to float a boat, such as the rapid on the
20 Hayden/Cedar run, commonly commonly referred to as "Picket
21 Fence."  Even at releases of 400 CFS, whitewater canoeists
22 get out to portage this long rapid, as we can't negotiate
23 the tight turns at the very bottom of this drop.  Shallow
24 water is more dangerous for whitewater canoeists, as a
25 canoe turns over, the paddler is in danger of getting

26

1 trapped under the canoe and getting, quote/unquote, beat
2 up by the rocks.
3      We feel that the lowest preferred flow for the
4 mainstem Trinity for rafting, kayaking and whitewater
5 canoeing should be noted as at least 450 CFS, rather than
6 200 to 300 CFS.  Three hundred CFS is a minimal flow for
7 the low threshold but is not preferred.  Recreational
8 seasons were defined as from Memorial Day to Labor Day as
9 a primary recreational season in the EIS/EIR, and, in our
10 opinion, is not accurate.  We think that the whitewater
11 recreational season for the Trinity River can run
12 year-round.  Whenever flows are greater than 3000 CFS at
13 the Lewiston Gorge, the majority of whitewater canoeists
14 would choose to go out on other rivers, but we cannot
15 speak for other types of boats, such as the kayaks and
16 rafts, as they are willing to boat higher flows, and
17 canoeists -- than most canoeists are comfortable with.
18      The analysis should note that constraints in
19 whitewater boating are dependent on boater skill level and
20 difficulty of the whitewater run, and that low flow
21 constrain whitewater recreation to a far greater extent
22 than high flows.
23      So, in conclusion, we support the proposal to
24 increase flows into the Trinity River for the purpose of
25 restoration of the fishery habitat in the absence of an

27

1 alternative that would allow all the inflow into the
2 Trinity River Basin to be trained in the river.  The
3 preferred alternative appears to be a minimally acceptable
4 compromise to promote the natural functions and values of
5 the river.
6      Thank you very much.
7      THE HEARING OFFICIAL:  Thank you.
8      Marianne DeSobrino.
9      MS. DeSOBRINO:  My name is Marianne DeSobrino.  I
10 live in Eureka on the Elk River, and I'm a chair of the
11 Redwood Chapter of the Sierra Club.
12      And our position on this is that we would like
13 quite a bit more than your preferred alternative.  We
14 would like to see no more than 30 percent of the water
15 diverted from the Trinity River, if any water at all needs
16 to be diverted.
17      I notice in your statement that the preferred
18 alternative, the increase of -- to 11,000 CFS, the latter
19 will be achieved in about 12 percent of the years.  I
20 mean, come on.  If you're increasing the flow and you're
21 only going to achieve that increased flow in 12 percent of
22 the years, what happens in the other 88 percent of the
23 years?  That seems marvelously ineffective to people who
24 care about fish and the ecosystem.
25      And I'm also sort of dismayed by who would benefit

28

1 most from the project:  communities and fishing-related
2 industries.  You don't say anything about the fish, which
3 we have been cumulatively destroying, nor the ecosystem,
4 which we all recognize needs support to retain its
5 contiguousness and make its contributions to our survival
6 as human beings.
7      In addition, the most beautiful solution, I
8 believe, to the entire problem with the Trinity River
9 would be the removal of the dams.
10      Thank you very much.
11      THE HEARING OFFICIAL:  Thank you.
12      John McKeon.  John McKeon, are you here?
13 M-C-K-E-O-N.
14      UNIDENTIFIED SPEAKER:  He's here.
15      THE HEARING OFFICIAL:  We'll go to the next
16 speaker, and if John does come in, we'll give him a chance
17 to speak, as well.
18      E.B. Duggan.
19      MR. DUGGAN:  Hi, Tom.
20      Good afternoon, gentlemen.  My name is E.B. Duggan,
21 D-U-G-G-A-N.  I'm representing the Willow Creek Community
22 Chamber of Commerce, Trinity Fishing, Trinity Downriver
23 Resource, and I'm also a fishing guide.
24      I live on the river.  I'm there every day.  I'm on
25 the river, physically on the river, on an average of about

TRINITY                                                    Pages 25 to 28

29

1 three days per week, either fishing, looking, checking.
2 I also make a fishing report for our small community that
3 is published in about four different papers.
4        I have watched over the years our river flows since
5 the dam -- and this is after the dam's been in -- going
6 from 150 CFS to 300 CFS, 400 CFS, and now at 450 CFS.  I
7 don't know if you know it or not, but there is a direct
8 correlation in those increases as to the amount of fish
9 that have come in.  And I know Jack can attest to it
10 because he hears it and sees it with his people down
11 there, because I have good relations with those people and
12 I know a lot of them and they are my personal friends.
13        I have not been in here, or been in the valley, for
14 many years, as Jack or many of his friends, but I've been
15 there long enough to know and realize that, in my eight
16 years as a professional guide, the fish need water.  About
17 four years ago, if I could have gone to Nike and could up
18 with a -- and devise a method whereby they could have made
19 small tennis shoes that the fish could have -- I could
20 have put on the fish, I could have made a million dollars
21 giving shoes away to the fish so they can go upriver and
22 spawn.  This is a fact.  In the short distance from Salyer
23 to my house, which is just three miles, when we were
24 flowing 300 cubic feet per second during the summertime, I
25 would have to jump out of my boat on three different

30

1 riffles and push my customers across it.  That's how bad
2 it was.  And then the same since -- you have to remember
3 that a drift boat only draws three to four inches with
4 four people in it.  Now, what are the fishing going to do?
5        When you take a ten-pound fish that's eight inches
6 across at the belly, you know, it makes it very difficult
7 for them to get upriver.  Even as today, I see many
8 spawning beds called "reds" on the river down in Willow
9 Creek area.  And they should be all spawning at least up
10 above Cedar Flat.  At least that.  It's a shame that the
11 people are just now realizing -- and I say the people in
12 charge of the water flow -- that this water flow is
13 imperative to us.  For some ungodly reason, October 15th
14 is the magic date they need to take and reduce the water
15 flow.  And they go from whatever is being out down to the
16 300 cubic feet per second, because we have rain.  Believe
17 it or not, we're supposed to have rain up here on the
18 North Coast.  That is not happening.  If you will take and
19 go to the Department of Fish and Game and check the local
20 Fish and Game in this area here, for the last eight years
21 we have not had rain for opening weekend of deer season,
22 which starts in September.  So if we're not getting rain
23 in September and October, why do we cut the water off
24 magically at that October 15th date?  The fish need it.
25 And for us to drop that water, it makes it drastically

31

1 low.
2        The water at my house this year dropped down over a
3 foot when they went from 450 down to 300 cubic feet per
4 second.  Now that we do have rain and the water's coming
5 up, then there's plenty of room for the fish to come in.
6 But when they started dropping that water, we had fish up
7 around Junction City, in that section in there, that were
8 actually spawning from Douglas City to Junction City,
9 through that area.  And when they dropped the water from
10 450 to 300, we left -- I'm saying "we" -- left many reds
11 high and dry.  We're talking thousands upon thousands of
12 naturally spawned fish that died because the water was let
13 go and drained their spawning area.  We need a better
14 control of when that water is shut down from the releases
15 of 450, or whatever is to be set, down to the minimum, so
16 that it does not affect the spawning.  I've been reading
17 and reading and reading your river recommendations.  The
18 ones that come out here I feel are adequate but by far
19 what we need.  We need a return of the water as what was
20 originally said.
21        I have some friends that have lived on this river
22 since 1948, and they fished it; they've been collecting
23 paper -- newspaper clippings, and I have two of these
24 folders that they've been collecting about what was going
25 to happen when the dam was going to be in, how they were

32

1 going to help keep this water flow up, and none of those
2 things that were put in the paper by the state legislators
3 and the federal legislators have come about.  In order for
4 us to maintain and keep this fisheries, we do have to have
5 that water.  And without it, it's going to be a drastic
6 situation, because we're already starting to lose more and
7 more fishing areas within the State of California.  Our
8 logging was taken away from us.  We were told look for
9 other means of economic base for our community.
10        And, Jasper, you know this.  You've seen what our
11 town was like.  You used to come down and go shopping.
12 Now we have -- we don't even have full stores anymore.
13 We've lost seven major businesses -- seven of them -- that
14 people from Hoopa, Salyer, and Willow Creek all depended
15 upon for necessities within the community.  And we don't
16 have them anymore.  We have to travel 51 miles one way,
17 102 miles round trip, to come into Eureka or Arcata to
18 spend our money and get groceries, a major supply of our
19 groceries.  That's outrageous.  You in the city don't
20 realize that, because you just go down to the local mall
21 and you get all of the needs that you want.  We choose to
22 live in this kind of community because it's healthful and
23 it's more relaxing than in the city.  But, in the same
24 sense, as the cities grow, the demand for water is going
25 to just go completely out of sight in the next decade.

33

1 There is going to be such a demand on water within the
2 next decade, where they're building from Sacramento, even
3 Redding, down south, that water is going to be worth gold.
4 It could actually be an economic base where people could
5 trade in buckets of water rather than in money.
6        So please, take consideration. We have converted
7 from logging as an economic base to fishing and tourism,
8 and as we lose our water and our fish base, and the
9 restrictions we're receiving from the Department of Fish
10 and Game, it's harder and harder to entice people into our
11 valley, just to come in and see and enjoy the refinements
12 of outdoor living. And that's what the people in the
13 cities are looking for, is outdoor living.
14        Look at what has happened to Yosemite. You can't
15 even hardly get in there. My wife and I spent our
16 fortieth anniversary, which we got married in Yosemite 40
17 years ago this last year, and we had to get reservations.
18 In 363 days in advance, we got the last room in the hotel.
19 So if that's the demand for that kind of area, and the
20 demand is going to be put onto our valley and our
21 communities, we need the resources to take care of them
22 and provide for them, and without the water we're not
23 going to have them.
24        Thank you very much.
25        THE HEARING OFFICIAL: Thank you.

34

1        John McKeon, are you here now?
2        MR. McKEON: Yes, I am. I'm going to reserve my
3 comments for this evening's session.
4        THE HEARING OFFICIAL: Thank you.
5        Troy Fletcher.
6        MR. FLETCHER: Good afternoon. My name's Troy
7 Fletcher, F-L-E-T-C-H-E-R. I'm the executive director for
8 the Yurok Tribe, and I'm here today with council member
9 Howard McConnell and our fisheries staff representatives,
10 Dave Hillemeier and Michael Belchik.
11        The Yurok Indian reservation is located on the
12 lower 44 miles of the Klamath/Trinity River, and the
13 Trinity flows through 44 -- approximately 44 miles of our
14 reservation. The Yurok Tribe is the largest harvester of
15 fall chinook of Klamath River origin, period, of any of
16 the user groups. We have an enormous stake in the outcome
17 of this EIS and what the alternative is that will be
18 selected or the particular management options that will be
19 mandated by the Secretary.
20        We're looking at the restoration of the Trinity
21 River a little different. We, for decades and decades,
22 have been unable to meet what we consider even minimal
23 subsistence levels, much less have any meaningful economic
24 opportunity to take advantage of the fisher resource on
25 the Klamath/Trinity River Basin. The tribe has a

35

1 significant cultural, ceremonial, subsistence and economic
2 reliance on Klamath River fish, and that reliance has been
3 relatively unmet because of the poor status of decline in
4 fish populations on these river systems.
5        In terms of which options or what alternative we
6 support, before I verbalize that I'd like to talk a little
7 bit about what we do, what our position is in terms of
8 approach to the alternatives.
9        Number one is there needs to be a long-term
10 approach to the restoration of the Klamath/Trinity River
11 Basin. In the Trinity River EIS, even though it does have
12 a window of decades, and that was one of the confining
13 factors that was looked at in the alternatives, we're not
14 sure that that's totally appropriate and that's going to
15 take us to full restoration like we believe needs to
16 occur. We believe that the "no dam" alternative is a true
17 approach, a true long-term approach, to fully restoring
18 that river, to put it back the way it was and let nature
19 do what it always has done.
20        In terms of the alternatives, we support as is, we
21 do support the preferred alternative, and we support that
22 because we think that you need to apply the best available
23 science that you have in front of you. That's important.
24 And we think that the various flow-study efforts, the peer
25 review that occurred, and a whole host of agency and

36

1 tribal and other involvement is a step to get to that best
2 available science. We do need to support it with a few
3 caveats, however.
4        Because the Trinity River does not empty into the
5 Pacific Ocean and Weichpec, it runs down the entire of the
6 Klamath River, we believe that the condition of the
7 mainstem Klamath River has a direct and important impact,
8 and many times negative impact, on the survival of the
9 Trinity River fish. Trinity River fish must traverse the
10 Klamath River as they go out to the ocean and as they come
11 back. If you do not take care of the Klamath River, you
12 will not take care of Trinity River fish. The EIS, as it
13 is, recognizes that to a small degree. We believe that
14 that needs to be a little more -- there needs to be more
15 analysis, and there needs to be more emphasis placed on
16 the importance of that segment of river that those fish
17 traverse through. There also needs to be more importance
18 and emphasis placed on the estuary at the mouth of the
19 river. Is that a bottleneck. What are some of the
20 considerations that are negative impacts that are
21 affecting the fish at the mouth of the river. We've heard
22 about sea lion predation, seal predation. That's an easy
23 one. What about the quality of habitat that's available
24 to the fish. What about the -- what about the other
25 things associated with the food web. What about other

**PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99**

37

1 factors. We don't know about those. Those need to be
2 looked at. You cannot restore Trinity River fish unless
3 we look at maybe some of those other bottleneck factors.
4      So it's important that we take a holistic view in
5 looking at the Klamath Basin. And I'm going to say
6 Klamath basin because the Trinity is only a portion of the
7 Klamath Basin. And I'm going to propose that you cannot
8 restore Trinity fish in a piece of the Klamath Basin
9 ecosystem unless you restore the entire Klamath Basin
10 ecosystem. It's one package, and I don't think you can
11 restore a single part of it, and I surely don't think you
12 can restore a single part of the Klamath River Basin by
13 only addressing those instream needs and not looking out
14 to what those fish -- or what those fish have to go
15 through in the mainstem of the Klamath River or at the
16 estuary.
17      I'd also like to comment on adaptive management
18 planning and the whole process in terms of where do we go
19 from here. That process, as laid out in the EIR, I think
20 is a good workable start. I'd just like to add a few
21 things: that the tribe needs to be included at all levels
22 in that process; that it needs to be driven by sound
23 science; and I do like the idea of a separate, discrete
24 scientific review panel that looks at the merit of
25 projects and helps identify which projects should be done

38

1 and which shouldn't be done. I do think that the way the
2 task force and the TCC operate at present lend an
3 atmosphere to -- for fighting and horsetrading, and all
4 that good stuff, over the limited amount of funding we
5 currently have available here.
6      I'd like to see some type of objective, numerical
7 ranking system when it comes to project proposals and
8 project selection as guided by some type of independent
9 review, scientific review team. I think that would add
10 credibility and credence to the projects that are
11 selected, and it would force the hypothesis-testing type
12 of process as identified in the EIS to be more meaningful
13 and separate the politics from the science. So I do like
14 that portion of it.
15      The other thing that's going to be necessary is
16 funding. Right now a lot of people will focus on the
17 amount of dollars and the effort that has been placed into
18 the Trinity to date. I do know the task force and the TCC
19 have struggled with priorities in trying to do the right
20 thing, and I think their efforts are commendable, but we
21 have a long ways to go in terms of funding. There's a lot
22 of debate and discussion and haggling and arguing over
23 whether you fund monitoring projects or whether you don't
24 fund monitoring projects. We're a fishing tribe. That
25 information collected by those monitoring projects helps

39

1 us manage our fisheries responsibly, it helps us predict
2 how many fish are going to be available for harvest, it
3 helps us account for run size, escapement information and
4 our harvest information, and it's important information
5 and it shouldn't be cast aside. And it's necessary to
6 monitor the success of any restoration projects. There
7 also needs to be adequate funding for upslope restoration
8 projects, too. You can't just throw more water and
9 restore river and walk away. You've got to do other
10 things, and you've got to do what's necessary to keep
11 sediment out of the mainstem river and restore those
12 tributaries where those fish do spawn. So there needs to
13 be sufficient amount of funding devoted to the Trinity
14 River. I was going to say to the restoration program, but
15 it might not be; it may have been in some other form. But
16 to the Trinity River. And there needs to be enough of it.
17 And you need only look at the amounts of fish, the amount
18 of money that we and others have foregone because of our
19 water being diverted elsewhere, and it doesn't seem so
20 much an amount of money when you compare it against that
21 of the lost opportunities, the lost economic
22 opportunities, the failure to meet our subsistence needs
23 for decades and decades. We think it's fair that federal
24 agencies and others step up to the plate and identify and
25 ensure that we have enough money in that program to do

40

1 what's necessary.
2      That concludes my comments. Thanks.
3      THE HEARING OFFICIAL: Thank you.
4      Dave Nakamura.
5      MR. NAKAMURA: Good afternoon. My name is Dave
6 Nakamura. And just by way of starting this, I have a
7 number of hats in this community. I work at the Humboldt
8 State University and work with a lot of the recreation
9 programs there, including fishing, rafting and river
10 kayaking. I'm also an elected official with the City of
11 Blue Lake. I'm a city council member and also presently
12 a member of the Redwood Region Economic Development
13 Commission. And I mention those, not necessarily that
14 these are official positions in any of those
15 organizations, but that kind of my background on how I'm
16 looking at this situation.
17      I'm here to lend support to increase flows to the
18 Trinity River. I believe that the Trinity River is the
19 absolute lifeblood of that entire region between the mouth
20 of the Klamath River all the way up to the Trinity Alps
21 area. Part of my perspective looking back on this and
22 listening to other people's comments, where I was kind of
23 remembering back to the opposite situation, which was the
24 drought years in the -- I believe it was the early
25 nineties when the Trinity River was extremely, extremely

**TRINITY**                                                    **Pages 37 to 40**

PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99

**45**

1    Jimmy Smith.
2        MR. SMITH:  Thank you.
3    Jimmy Smith, J-I-M-M-Y S-M-I-T-H.  And I want to
4 thank you, too, for being here today.
5        On behalf of Pacific Coast Federation of
6 Fishermen's Association, I'd just like to state for the
7 record that we have not yet completed what our final
8 request will be concerning the flow regime.  I can tell
9 you, however, that the absolute minimum will be the
10 preferred alternative.  And I'd also probably like to
11 mention to you that I agree with a lot of the comments
12 that were made here today:  Ed Duggan, Troy Fletcher,
13 Denver Nelson.  The list goes on.  Tom Weseloh.  Folks
14 that are very competent and have watched this situation
15 for a number of years.
16        The one request that I'd like you to hear clearly
17 from me today -- and I want to reiterate that -- clearly
18 -- is that we will not tolerate -- and I'll speak for the
19 fishing industry here -- we will not tolerate the Central
20 Valley Project Water Association's constant delays and
21 implementation of whatever increase in flow that we'll see
22 here in the near future, and we hope that you will join us
23 in that effort.
24    So thanks very much.
25    THE HEARING OFFICIAL:  Thank you for your comments.

**46**

1    John Stokes.
2        MR. STOKES:  Good afternoon.  Thank you for giving
3 me the opportunity to speak to you today.  I am an
4 attorney in Arcata.
5    THE HEARING OFFICIAL:  Excuse me, please.  State
6 your name and spell it for the record.
7    MR. STOKES:  John Stokes.  J-O-H-N S-T-O-K-E-S.
8 I'm a lifelong resident of Humboldt County.  Though I was
9 born in Alameda County, my family moved here when I was
10 six months old.  I've been fishing the Trinity River for
11 at least 25 years, otherwise recreating on the river
12 during nonfishing times.
13    With all due respect to Mr. Sherman, I feel that I
14 have a cultural attachment to the Trinity River as well as
15 he does, although perhaps not as lengthy as his family's
16 cultural attachment.  I agree with Mr. Sherman.  I think
17 that the bottom line here is we're not going to get down
18 to restoring fisheries on the Trinity River until we
19 approximate the natural flows of the Trinity River.  And
20 this will not occur unless we substantially exceed the
21 preferred alternative of 52-percent diversion, and more
22 likely will not occur unless these dams are removed so
23 that the natural processes can restore the river.
24    I am very skeptical about any sort of piecemeal
25 restoration efforts.  I'm very skeptical that some sort of

**47**

1 mechanical manipulation of the streambed will result in
2 removing the clogged, extremely clogged, riparian
3 situation along the upper river, which is, as time goes
4 by, gradually going farther and farther downriver.  The
5 river is becoming less and less able to clean itself out
6 after each -- during each year, and I don't think that
7 we're going to approximate that until we get close to
8 natural flows and close to natural levels, and I don't see
9 50 percent doing it.
10    I think the histories of fisheries restoration has
11 shown that we spend millions, if not billions, of dollars
12 on efforts that have little or no effect on bringing the
13 fisheries back.  A good example would be look at the
14 Columbia River Basin.  Look at the fact that they have
15 spent billions of dollars trucking fish in barges down
16 through these dams to get them downstream so they can go
17 to the ocean.  The net result has been a continued decline
18 of the fisheries.
19    During my experience in the last 25 years, I have
20 witnessed a continual decline in the fish available or the
21 fisheries on the Trinity River.  And I don't say that
22 lightly.  During probably between the beginning of
23 September and the middle of November, on the average I am
24 on the river two to three times a week for several hours
25 at a shot, and this has been true over the last 15 or 20

**48**

1 years.  In the last few years, the number of fish on the
2 river -- and I'm speaking about steelhead -- is virtually
3 -- there aren't any.  They've virtually disappeared.  And
4 I don't know whether we can just directly connect this to
5 the dams, but I can't help but feeling that this is a
6 decline that has occurred gradually and persistently ever
7 since those dams were put in.  And I don't see how there's
8 any way we're going to reverse that without doing
9 something rather drastic instead of piecemeal.
10    I thank you for giving me the opportunity to speak.
11    THE HEARING OFFICIAL:  Thank you, Mr. Stokes, for
12 your comments.
13    We have now heard from everyone that registered to
14 speak.  If there's anyone in the audience that would like
15 to make a statement, please go to the registration table
16 to fill out a card.
17    We're scheduled to go until 3:00 p.m. this
18 afternoon, and we'll keep the hearing here in place, but
19 unless someone else fills out a slip right now, we'll take
20 a break and reconvene when someone does that.
21    We're now off the record.
22        (Off the record.)
23    We're back on the record.
24    We've not had anyone else sign up to speak, and so
25 I'd like to close the afternoon portion of the hearing

TRINITY                                    Pages 45 to 48

41

1 low. I'm sure many of you remember those years. If you
2 looked at the river at that time, during the summer
3 months, boy, the temperature of that water was amazing. I
4 think if you looked at the gravel bars and the situation
5 where, what was happening with the streambeds, you can see
6 what low flows were doing to the river. You could see
7 what low flows were doing to the willow stands along the
8 side of the river. I think increased flows, if you just
9 propose that, are really going to benefit the river both
10 ecologically and economically.
11         I would like to tag onto a couple of comments that
12 were made by a couple of people earlier. There was a
13 woman from the Six Rivers Canoeing Club. She made a
14 number of comments regarding the river flows and how it
15 affects her constituency, the whitewater canoeists, and I
16 think everything that she said was very, very true in
17 terms of the recreational use of that river. Ed Duggan
18 also made some comments regarding the flows and how --
19 the fact that when the river flows are essentially turned
20 down on October 15th, what a significant impact that has
21 on recreation as well. I've been up there quite a bit
22 over the last two months doing whitewater rafting trips,
23 doing kayaking trips, and it's really an interesting
24 thing, once the water goes down that drastically, I think
25 both for the economics of the recreation industry up

42

1 there, but also just looking at what happens to the river
2 flow and the streambeds.
3         Lastly, I think that the river flows are absolutely
4 critical for a number of recreation industries up there,
5 including the whitewater rafting industry and the fishing
6 industries.
7         Thank you.
8         THE HEARING OFFICIAL: Thank you for your comments.
9 Duane Sherman? Is Duane Sherman here?
10         We'll set his card aside.
11         UNIDENTIFIED SPEAKER: Here he comes.
12         THE HEARING OFFICIAL: Okay. Duane Sherman, would
13 you come up to the microphone, please. You're our next
14 speaker.
15         MR. SHERMAN: First of all, let me identify that
16 I'm only here on behalf of myself and not as the chairman
17 of the Hoopa Valley Tribe.
18         (Speaking in foreign language; not reported.)
19         And what I said, was since time immemorial the
20 Hoopa Tribe has used the Trinity River. It's important to
21 us because it's life-sustaining. It sustains life not
22 only through acorns, through salmon, through deer, but it
23 means a lot more than that to us. In speaking as an
24 individual and knowing that my roots run deep within the
25 Hoopa Valley. For over 10,000 years the Hoopa tribe has

43

1 been located there, and my family has originated from
2 there, and when you talk about agreements that were made,
3 treaties that were never ratified, when you talk about the
4 original legislation that was enacted in 1955 that created
5 the dam on the Trinity River, promises have not been kept.
6 Water transportation and water deliveries out of the
7 basin, salmon habitat that has been destroyed or
8 nonexistent anymore, several hundred miles of habitat. I
9 think we need to look at what the real problem is, and the
10 real problem, the bottom line, is the dam, and until the
11 Bureau of Reclamation, until all the associated counties
12 involved, look at the bottom line of actually removing the
13 dam, then the problem will never really be solved.
14         This document that we're talking about today, that
15 we're discussing today, is the best effort so far. Does
16 it get us there where we need to be? No, it doesn't. But
17 I think if we study it any longer, we'll fail. And by
18 that I mean this is a 12-year process; it's a 14-year
19 process. But when you look at it from the original
20 legislation of 1955, you know it's a 30-or-40-year
21 process. And at some point in time we need to address the
22 real issue and we need to stop studying it and we need to
23 enact on the legislation, the original legislation that
24 said that. Not one delivery out of the basin, not one
25 export would ever occur that would adversely affect those

44

1 involved who depend upon that for their very life.
2         Now, we have a lot of user groups who have come in
3 here today and basically said that it doesn't go far
4 enough, and I agree with that, but they can pick up and go
5 use a different river; they can pick up and go flyfish
6 somewhere else, go kayak somewhere else tomorrow. But I
7 have a cultural, historical tie to that valley, and I will
8 never, ever leave that valley. Like the generations who
9 have come before me, I'll be there. And hopefully in
10 10,000 years my family will still be there, and hopefully
11 this issue will be no longer.
12         But I will submit written comments as an
13 individual, not as -- not as the tribal representative,
14 and I would just hope that the record would be open long
15 enough. And I would hope the best science is being used,
16 because I don't think that what we've come to agree upon
17 today isn't going to be a political question where
18 counties, where tribal governments, where state and
19 federal agencies get involved, and it becomes a political
20 question where the best science is not being used or will
21 we actually use what we know is right. And the bottom
22 line is the dam has to go.
23         Thank you.
24         THE HEARING OFFICIAL: Thank you for your time, Mr.
25 Sherman.

PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99

**49**

1 with a reminder that we will be here again this evening
2 from 6:00 to 8:00 p.m.
3        I'd like to thank all of you for coming and making
4 statements this afternoon.
5        The hearing -- or the afternoon portion of the
6 hearing, is hereby closed.  We're off the record.
7                [Afternoon session concluded.]
8 / / /
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**50**

1
2 EVENING SESSION                          6:00 P.M.
3
4        THE HEARING OFFICIAL:  We're on the record.
5        Good evening.  On behalf of the United States Fish
6 and Wildlife Service, I welcome you to this public
7 hearing.
8        The U.S. Fish and Wildlife Service, U.S. Bureau of
9 Reclamation, Hoopa Valley Tribe and Trinity County are
10 connecting a joint process for taking comments in the
11 draft Environmental Impact Statement/Environmental Impact
12 Report for the Trinity River Mainstem Fishery Restoration.
13        My name is Robert Ruesink.  The last name is
14 spelled R-U-E-S, as in Sierra, I-N-K.  I'm the supervisor
15 of the Snake River Basin Office of the Fish and Wildlife
16 Service in Boise, Idaho, and tonight I'll be serving as
17 the presiding official for this hearing.
18        We had a hearing this afternoon from 1:00 to 3:00
19 p.m., and this is the last in the series of the hearings;
20 we're scheduled to go until 8:00 p.m. this evening.
21        At the table with me are representatives from the
22 Fish and Wildlife Service, Bureau of Reclamation, Hoopa
23 Valley Tribe and Trinity County.  You'll been hearing more
24 from these folks in just a minute.
25        Other representatives of the U.S. Fish and Wildlife

**51**

1 Service are also at the hearing this evening.  Many of
2 them are present in the back of the room or outside at the
3 information and the registration table.  You will find
4 additional information about Trinity River restoration at
5 that information table, and I'm sure that the staff will
6 be happy to try to answer questions that you may have
7 about that restoration.
8        At this point I'd like to introduce Bruce Halstead,
9 who will make the official-service presentation.
10        Bruce.
11        MR. HALSTEAD:  Thank you, Bob.
12        Good evening.  My name is Bruce Halstead.  I'm with
13 the U.S. Fish and Wildlife Service in Arcata, California.
14        Release of the draft Trinity River Mainstem Fishery
15 Restoration EIS/EIR is the latest step in a process that
16 Congress initiated several years to address long-standing
17 concerns about the effects of water diversion, instream
18 habitat, sedimentation, and the watershed management
19 issues on the Trinity River system's health, including
20 its once-abundant salmon runs.
21        Congress directed the Secretary of the Interior to
22 evaluate the impact of these issues and to take steps to
23 restore the health of the Trinity River system.  In
24 response to this Congressional mandate, the Department of
25 the Interior has been actively participating in a study

**52**

1 for more than 15 years.  This has been a collaborative
2 effort led by the U.S. Fish and Wildlife Service, U.S.
3 Bureau of Reclamation, the Hoopa Valley Tribe and Trinity
4 County.
5        The EIS/EIR summarizes the research that has been
6 undertaken over the past several years and identifies for
7 public comment several potential alternatives for
8 restoring the Trinity River system.  Impacts considered
9 under the National Environmental Policy Act and the
10 California Environmental Quality Act are not limited to
11 impacts to the fishery resources of the Trinity River but
12 include all impacts of the action affecting the human
13 environment.  The Department encourages public comment on
14 all aspects of the draft EIS/EIR.
15        The public hearing is part of the comment process
16 on the draft EIS/EIR.  It will be closed December 20th,
17 1999.  A record of decision by the Secretary of the
18 Interior is expected in the early spring of 2000.
19        On behalf of the U.S. Fish and Wildlife Service,
20 the Bureau of Reclamation, the Hoopa Valley Tribe and
21 Trinity County, I thank you for the effort you have made
22 to attend this meeting and also thank you in advance for
23 your comments.
24        Now I'd like you to listen to some introductory
25 remarks from Supervisor Chris Erickson, who is a

TRINITY                                              Pages 49 to 52

PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99

53

1 representative from Trinity County.
2        Chris.
3        MR. ERICKSON:  Thanks.  I'm Chris Erickson,
4 Supervisor from Trinity County.  And the reason Trinity
5 County is interested in these hearings is that we're the
6 lead agency under the California Environmental Quality Act
7 for this document.
8        On my right is Mike Orcutt from the Hoopa Valley
9 Tribe.
10       Mike.
11       MR. ORCUTT:  Good evening.  I'm here on behalf of
12 the Hoopa Valley Tribe.  I just wanted to make some brief
13 remarks, kind of give you the sense of kind of where we're
14 coming from.
15       The tribe that owns about 90,000 acres of land on
16 the lower Trinity River and fish and wildlife resources of
17 the basin are important; they have been important to the
18 survival of the Hupa people for a good number of years.
19 The tribe has records of village sites, people, and the
20 Hoopa people being on the lower Trinity River and at least
21 -- being there at least 7500 years.  And the status of
22 that resource is one in which some of the background
23 information that is available will state, as well as in
24 the EIS, is that the status of the resources, one of which
25 -- at least one species is listed under the Endangered

54

1 Species Act, and steelhead, another important species, is
2 probably going to be listed in the near future.  So I
3 think the trend in the basin is one in which there's some
4 steady declines.  We know some of the reasons behind that.
5 And as is stated in some of the earlier remarks here, I
6 Congress has intervened, seeing the importance of the
7 fishery to the basin, the people there, and the 1992 CVPIA
8 legislation, then, is part of the mandate that's being
9 fulfilled here in terms of the flow study and the
10 accompanying EIS.
11       So we're here tonight to gather comments.  And I
12 want to thank you in advance for taking an interest in
13 this important issue.
14       MR. SMITH:  Good evening.  My name is Russell
15 Smith.  I'm the Environmental and Natural Resources
16 Division Chief of the Northern California area office.
17 It's located at Shasta Dam.
18       The Trinity River is part of the Trinity division
19 of the Central Valley project, and our office administers
20 that project.  I've been working to restore the fish and
21 wildlife for the Trinity Basin for 11 years and
22 represented reclamation in this EIR/EIS process.
23       THE HEARING OFFICIAL:  Thank you.
24       Public comments on the draft EIS/EIR will be
25 accepted until December 20th, 1999.  After review and

55

1 consideration of your comments, the four co-lead agencies,
2 along with the cooperating agencies, will prepare a final
3 EIS/EIR.
4        The purpose of this hearing is to receive your
5 comments on the draft documents.  Comments on all aspects
6 of the alternatives described in those documents are very
7 important and will be carefully considered.  Because of
8 the importance of your comments, it is necessary that we
9 follow certain procedures here this evening.
10       If you want to present comments at the hearing,
11 please register at the table outside this room.  When you
12 register, indicate any organization that you represent.
13 When you are called to present your comments, please come
14 forward to the microphone in front.  Begin your
15 presentation by stating your full name, spell it for the
16 record, and indicate if you represent an organization.
17       This is an informal hearing, and therefore you will
18 not be questioned or cross-examined in connection with
19 your comments, nor will any of the representatives of the
20 agencies at the front table respond to your comments.
21       Your comments or questions are being recorded by
22 the reporter to preserve them for the record.  Please keep
23 in mind that the reporter will not record any statements
24 from the audience or which are made to the audience.
25 Comments must be made into the microphone and addressed to

56

1 the agency representatives at the front table.  Please
2 leave a copy of any written material to which you refer
3 with the reporter or with the registration staff.  If you
4 are reading your testimony, we ask that you read slowly
5 for the reporter to be able to record your comments and
6 have a verbatim record of those comments.
7        Instead of presenting oral comments here this
8 evening or in addition to oral comments, you may submit
9 comments in writing.  Written comments may be submitted
10 this evening to the staff at the registration table or
11 they may be mailed to Mr. Joe Polos, P-O-L-O-S, U.S. Fish
12 and Wildlife Service; 1655 Heindon -- H-E-I-N-D-O-N --
13 Road, Arcata, California, 95521.  This address is
14 available at the registration and information tables.
15 Written comments will be accepted through December 20th,
16 1999.  Written comments will be given the same
17 consideration as oral comments that are presented here
18 this evening.
19       At this time we are ready for our first speaker.
20       Ms. Emelia Berol, would you please come to the
21 microphone, state your name and spell it for the record,
22 identify who you represent, and begin your comments.
23       MS. BEROL:  Good evening.  My name is Emelia Berol,
24 E-M-E-L-I-A B-E-R-O-L.  I live in Arcata, California.
25 I've lived in Northern California all of my life, and I

**PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99**

57

1 moved to the South Fork Trinity in 1971 and lived there
2 for nine years.  I've been interested in Trinity River and
3 South Fork Trinity issues since those days.  The last five
4 years I've been working as an environmental journalist and
5 videographer on the Trinity River and produced a
6 documentary last year about the Trinities, so I'm very
7 familiar with the issues.
8         I was not involved with the scoping for this flow
9 study.  I wish I had been, because I feel that the study,
10 the way it was designed, is a bit of a stacked deck.  I
11 really don't like the fact that there was not an
12 alternative between 48 percent and 98 percent.  I don't
13 think that's really rational.  Recent studies have shown
14 that there are other ways of managing the river besides
15 taking half the water or putting all of it back in.
16         I also object to the fact that the "no dam" option
17 was thrown out of the study.  I understand that the --
18 there are reasons that supposedly justify why that option
19 was eliminated, but, as a journalist, I've talked to a lot
20 of people in Trinity County and Weaverville; I've spent a
21 lot of time wandering around the streets of Weaverville
22 talking to just everybody that lives there, works in the
23 stores.  I've interviewed a lot of people for articles
24 I've written and for the video I made.  And I don't know
25 anyone in Trinity County -- I honestly don't know anyone

59

1 tribal, commercial and sports fisheries; and, four,
2 confirmation of the federal trust responsibility to
3 protect tribal fishery resources affected by the TRD.
4         So what I'm reading here is that this is not about
5 all those other economic factors; it's about restoring the
6 fish.  The maximum alternative is probably the one that
7 will most likely restore the fishery.  Taking down the
8 Lewiston Dam is my vote, for starters.  If you really want
9 to restore the fishery, you can't restore the fishery
10 without the dam.
11         Secondly, the use of the water, I think, is
12 wasteful.  You can grow cotton in many other places in the
13 world besides the westlands.  I used to grow alfalfa in my
14 orchard in Willow Creek, and I grow lettuce in my garden
15 every year, and any fool can grow lettuce.  Only wild
16 rivers produce wild salmon, and the wild salmon are
17 disappearing.  We're losing our salmon.  We're losing the
18 steelhead.  The Trinity River is a sourced river.  As the
19 Trinities fisheries collapse, all these other rivers
20 throughout this region are collapsing.  The Trinity is the
21 biggest tributary of the Klamath River.  The Klamath River
22 ESU is very important.  If we lose that -- I mean, the
23 Sacramento and the Rogue are the biggest -- it's the
24 biggest river system in between those two large river
25 systems.  We have a great responsibility here.

58

1 that wouldn't like to see the dam come down.  I think it's
2 a terrible injustice that that was not even looked at.
3         I also notice that three of the alternatives, the
4 "no action" and the state, and there's another one, all of
5 them seem to favor the benefiters of the dams, the people
6 who use the resource.  It doesn't benefit the people of
7 Trinity County.  So I think it would have been fair to
8 them to at least consider the "no dam" option.
9         With that said, I'll go on.
10         The EIS -- this is falling over.  I want to read
11 from the executive summary, what it says, the purpose and
12 need for the action.
13         It says:  "The purpose of the proposed action is to
14 restore and maintain the natural production of anadromous
15 fish on the Trinity River mainstem downstream of Lewiston
16 Dam.  The need for this action results from Congress.
17 One, mandate that diversions of water from the Trinity
18 River to the Central Valley project not be detrimental to
19 Trinity River fish and wildlife resources; two, finding
20 that construction and operation of the Trinity River
21 division as well as other factors have contributed to
22 detrimental effects to habitat and have resulted in
23 drastic reductions in anadromous fish populations; three,
24 finding that restoration of depleted stocks of naturally
25 produced anadromous fish is critical to the dependent

60

1         The preferred alternative is certainly the least
2 that would be acceptable.  The least.  I don't like that
3 this is -- could be turned into a political issue.  I
4 mean, I think we have plenty of good science.  We have
5 plenty of good legal grounds that are stated in the
6 executive summary.
7         So, in closing, I ask you to make the decision, to
8 encourage the decision, that will restore the fishery,
9 truly restore the fishery.  Mechanical manipulations have
10 proven themselves costly and not necessarily effective.
11         So that's all I have to say.  Again, I would like
12 to just reiterate that we're losing our wild salmon stocks
13 all up and down the West Coast.  The Trinity River is one
14 of the most important fisheries that we had in this entire
15 stretch of the West Coast, and I think that needs to be a
16 priority consideration.
17         Thank you.
18         THE HEARING OFFICIAL:  Thank you for your comments.
19         Our next speaker is Kristi Wrigley.
20         MS. WRIGLEY:  My name is Kristi, K-R-I-S-T-I,
21 Wrigley, W-R-I-G-L-E-Y.  And I live in Elk River.  I've
22 lived in Humboldt County most of my life.  I was educated
23 out of here and lived out of the county for ten years.
24         I would like to say that in the last couple of
25 months I went to a Water Quality meeting where we listened

TRINITY                                           Pages 57 to 60

61

1 to a gentleman tell us about the studies on the Trinity
2 River, and when the dam was originally designed they did a
3 study to see how much of the water that should be
4 diverted, and I don't remember the exact alternative but
5 I'll be pretty close. It was something like 52 percent --
6 was not more than 52 percent of the water should be
7 diverted. And recently another study was conducted over
8 many years at a cost to us that do our best to pay our
9 taxes, and it determined that the process of the diversion
10 shouldn't be more than 53 percent. And right now it
11 stands at 71 percent. It's gone as high as 90 percent,
12 that I'm aware of.
13      I do not understand how the political strengths can
14 override the pragmatic and the science that has so
15 strenuously been put into these studies and to take the
16 water away. It does not make good sense. You are -- we
17 are the ones that are really paying the price. The fish
18 are paying the higher price. It does not make sense to
19 divert more than 30 percent, in my understanding, of using
20 common sense, good judgment and consideration for the
21 environment that we are trying to live from over the long
22 run.
23      I also am of farming heritage, and find it rather
24 deplorable that we export water to an area to grow food
25 and truck it back up here when we could produce more of

62

1 that food ourselves, if we could make use of some of our
2 own growing lands up here. But it's not a very viable
3 alternative right now. Water's pretty expensive.
4      So I would be advocate that you -- certainly not
5 more than 30 percent, if that much, if you really want
6 fish, and we do, take the dam down.
7      Thank you.
8      THE HEARING OFFICIAL: Thank you.
9      Jesse Noell.
10      MR. NOELL: My name is Jesse Noell, J-E-S-S-E
11 N-O-E-L-L. Thank you for the opportunity to speak
12 tonight.
13      It's my understanding that there are problems with
14 fish populations. Several of the commenters have pointed
15 this out, and I understand that that was the reason for
16 the flow study in part, to look at the impacts on the fish
17 population, including temperature. And Emelia Berol just
18 pointed out that she was advocating removal of the
19 Lewiston Dam. I'd like to know why it was that that was
20 not considered. It seems that that would provide eight or
21 nine more miles of habitat and for spawning and rearing,
22 and that's one of the things that needs to be accomplished
23 if we're to bring back the fish, is an increase in that.
24 Seems that that would fit one of the objectives of the
25 proposed -- I might have to put on my glasses here for a

63

1 minute -- the purpose and need to restore the natural
2 production of fish and wildlife.
3      So it's my understanding that the scoping for this
4 project and the alternatives was developed more than a
5 decade ago. Can you tell me whether that was true?
6      Mr. Halstead?
7      THE HEARING OFFICIAL: Mr. Noell, we're really here
8 to get your comments, concerns and questions, and we're
9 not answering those questions, at least in the hearing
10 here. If we do take a break, I would encourage you to
11 seek some of the Fish and Wildlife Service staff that will
12 be at the information table to have that discussion, but
13 here we're just really taking your comments and entering
14 into the record.
15      MR. NOELL: Okay. It is an invitation to come back
16 up and speak, then?
17      THE HEARING OFFICIAL: Well, again, we will not
18 have a response here this evening on the record to the
19 questions, but they can certainly be a part of a
20 discussion that you would have with staff from the Fish
21 and Wildlife Service if we take a break from the hearing.
22 But the purpose and the time allotted was really to allow
23 everyone a chance to speak and give comments on those
24 draft documents.
25      MR. NOELL: And that was to get -- I suppose to

64

1 give people who don't write an opportunity to speak into
2 the microphone and have the court recorder record what
3 they said, right?
4      THE HEARING OFFICIAL: Well, again, it is not
5 intended to be a question-and-answer type of a session;
6 we're here to listen to you and everyone else that may
7 have something to say about the proposal.
8      MR. NOELL: Okay. Thank you for considering my
9 comments, and I hope that you'll reopen the scoping to
10 address some of these alternatives that have not been
11 given proper consideration. I think it's important in
12 this case, because both the coho and now other salmonids
13 are being listed, and they weren't considered. That
14 wasn't right at the time, at the time that the scoping of
15 the issues was developed.
16      So, with that, I close my remarks, and I thank you.
17      THE HEARING OFFICIAL: Thank you.
18      Denver Nelson.
19      MR. NELSON: I spoke to you once before. Can I
20 speak again?
21      THE HEARING OFFICIAL: Yes.
22      Please state your name again and spell it for the
23 record.
24      MR. NELSON: Denver Nelson, N-E-L-S-O-N.
25      I gave you sort of a technical talk earlier today,

65

1 and I was inspired by the Hoopa tribal chairman, who
2 outlined that he -- his people had lived in the area for
3 10,000 years, and, you know, the legal precedent for that,
4 of course, is the Tribal Trust Act, which is taken care
5 of, or at least talked about, in these documents.
6      There's another -- you know, I have had a place on
7 the Klamath River for many years, and I feel probably as
8 strongly as the tribal chairman does about the river, and
9 I think the legal precedence for that is the Public Trust
10 Doctrine.  And I actually went home and reviewed, did a
11 search on the CD of these documents, and there is not much
12 mention of the Public Trust Doctrine.  So I came back to
13 make sure that the Public Trust Doctrine is included in
14 your discussions and decisions.  I have brought it up once
15 before at a Bureau of Reclamation hearing and people
16 didn't know what it was, so I thought I would quote to you
17 what the Public Trust Doctrine is.
18      It's a -- and this is from the state lands
19 Department, the solicitor.
20      "The public trust doctrine is an affirmation of the
21 duty of the state to protect the people's common heritage
22 in streams, lakes, marshlands and tidelands, surrounding
23 that right of protection only in rare cases when the
24 abandonment of that right is consistent with the purposes
25 of the trust.  And, of course, the Public Trust Doctrine

66

1 is the basis for the Mono Lake decision which overturned
2 the water rights of Los Angeles County and that changed
3 the flow of the Los Angeles aqueduct, and I think it's
4 very important to understand and use that as one of the
5 legal precedences in -- along with the Tribal Trust
6 Doctrine for sort of nontribal people.  I think it's very
7 important that you consider and act upon the Public Trust
8 Doctrine in the flow studies and in the EIR and EIS.
9      Thank you.
10      THE HEARING OFFICIAL:  Thank you for those
11 additional comments, Mr. Nelson.
12      Jaime O'Donnell.
13      MR. O'DONNELL:  Hello.  My name is Jaime,
14 J-A-I-M-E, O'Donnell, O-D-O-N-N-E-L-L.  I'm the owner of
15 Aurora River Adventures.  It's one of the largest
16 whitewater rafting companies in the northwest part of
17 California.  We are based on the Trinity River.  I am also
18 on the board of the Friends of the Trinity River.  I'm one
19 of the liaison and lead members of the Six Rivers
20 Outfitter Guide Association.  And I'm also a designated
21 rep for California Outdoors, which is the largest trade
22 association for commercial whitewater rafting companies in
23 California.
24      I'm here to express my concern and absolute
25 conviction of the economic benefits and prosperity on the

67

1 North Coast that can result from additional water flow on
2 the Trinity River.
3      Although I'm aware this decision is focused on
4 restoration of fish and wildlife, I want to elaborate on a
5 complementing benefit that increased water flows will have
6 on commercial rafting and tourism.  I appreciate the
7 opportunity to finally make comment on this long overdue
8 EIS/EIR.  I believe the time has come to complete this
9 process, and I urge you not to extend the comment period
10 beyond the December 20th deadline that is currently
11 established.
12      I'm preparing for my thirteenth year in commercial
13 whitewater rafting industry in Northern California, with
14 the Trinity River being my company's single biggest, most
15 important river used in commercial rafting.  Over the past
16 decade, commercial rafting has increased dramatically on
17 the Trinity River, with locally owned companies being the
18 largest commercial users on the main fork and its
19 tributaries.  In the mid-nineties, the Big Bar Ranger
20 District saw 100-percent increase annually in commercial
21 use.  In 1988, previous to additional water flow being
22 released, there were simply 500 commercial user days.  By
23 1994, there was 5,000 commercial user days.  That's
24 1000-percent increase in a six-year period of time.  Most
25 of this increase occurred in the years of 1992 through

68

1 1994.  This is the same time period the administrative
2 appeal had been filed by the Hoopa tribe, which guaranteed
3 a minimum water flow of 340,000 acre-feet per year.
4 Essentially, increased water flows equated out to
5 increased boom and business that was nonexistent to
6 pre-1988.
7      Most rafting companies on the Trinity have shown a
8 steady increase in growth over the past decade, some years
9 showing more than a 25-percent increase annually in the
10 number of commercial whitewater user days.  It's clear to
11 me that this demonstrates that a reliable water flow has
12 an impact on the growth of commercial rafting on the
13 Trinity River.  Of the 22 permitted rafting companies on
14 the Trinity River, 50 percent are Northern California,
15 locally based operations.  These 12 rafting companies boat
16 primarily on the Trinity River, and that's defined by at
17 least 60 percent of their gross revenues achieved on the
18 Trinity.  The approximate annual gross revenue generated
19 by these companies is between 400,000 and $500,000.  The
20 California State Office of Tourism has statistical
21 information that shows a recycling factor of approximately
22 3.5 times for the recreational tourism dollar.
23 Specifically, this means that for every dollar generated
24 by North Coast rafting companies, these dollars are reused
25 within our host communities 3.5 times.  Therefore, the

69

1 economic impact of commercial rafting alone comes into the
2 range of 1.4- to 1.75 million dollars annually.
3        Downstream users benefitting from this explosive
4 growth include restaurants, motels, service-provider
5 companies, private and government campgrounds.  Economic
6 gain is not only generated by the visitor or specific
7 client, but it is also felt throughout the counties by the
8 amount of employment opportunities.  My business has
9 experienced a rapid growth in payroll and number of
10 employees annually since about 1995.
11       Additional water releases during low run-off
12 months, specifically, from July 1st through September
13 30th, would ensure an adequate, reliable supply of water
14 to allow our industry to continue to grow and contribute
15 to the economies of Humboldt and Trinity counties.
16 Increased water flow during these times would have
17 significant impact, enabling companies to book trips to
18 the end of September.  Currently, most commercial
19 outfitter reservations are sharply reduced after Labor
20 Day, when the flow has traditionally been cut back to an
21 inadequate level to perform commercial ventures.
22       Another specific economic gain for rafting
23 companies would be the opportunity to utilize the Burnt
24 Ranch Gorge throughout the summer.  Although there are
25 only four permits issued on the gorge, the use can be

70

1 extremely high.  The season for the gorge is completely
2 dependent on flow and release.  Increases of water from
3 the current 450 to approximately 800 CSF from July 1st to
4 September 15th would guarantee those outfitters an
5 opportunity that presently ends sometime in early summer.
6 Although my expertise is in commercial uses of the river,
7 the use of private individual boaters, boating and
8 canoeing clubs and rental companies also has dramatically
9 increased over the past decade.  Additional water releases
10 would also greatly augment this use.  Despite the
11 difficulty in accumulating exact figures for private use,
12 they also have a significant impact on the economy of the
13 Trinity River Basin in both counties.
14       In closing, I'm urging you to support additional
15 water releases for the economic benefits of the recreation
16 industry, our affiliates, and other downstream users.  The
17 original legislation creating the Trinity River division
18 clearly prioritized Trinity fish and wildlife over any
19 diversions to the CVP.  I believe the flow evaluation
20 alternative will provide the Trinity River with adequate
21 water needed to restore the fisheries and support the
22 developing recreation tourism dependent on the Trinity
23 River.
24       Thank you.
25       THE HEARING OFFICIAL:  Thank you for your comments.

71

1        Aida Parkinson.
2        MS. PARKINSON:  Good evening.  My name is Aida
3 Parkinson.  It's A-I-D-A  P-A-R-K-I-N-S-O-N.  I've been a
4 resident of Humboldt County since 1992, and I'm a native
5 Californian for about several generations back.  I'd like
6 to comment on the recreational analysis for the whitewater
7 boating section.
8        Table 3.32 identifies a preferred flow range for
9 whitewater rafting and kayaking as 300 to 8,000 cubic feet
10 per second.  Three hundred curb feet per second is too low
11 for safe and enjoyable whitewater kayaking.  I've kayaked
12 about 100 days a year since probably 1994.  I actually
13 have a full-time job.  I have kayaked at least once a
14 month since 1993 throughout the year, and I average about
15 30 runs a year on the mainstem of the Trinity at all water
16 levels, between 300 up to about 15,000 CFS.  Four hundred
17 fifty CFS would be a more preferred minimal flow.  An
18 optimal flow was not really identified in your
19 recreational analysis, and there are presently standards
20 for developing preferred thresholds for whitewater
21 kayaking.  FERC is using those in its relicensing
22 projects.
23        With respect to alternatives for restoration,
24 restoration of the Trinity River ecosystem requires a
25 minimal diversion from the river.  What's good for the

72

1 fish will make the kayakers happy.  The flow schedules
2 under the flow evaluation alternative do not provide
3 sufficient water for restoration of the fisheries.  My
4 preference would be for a dam-removal alternative, and
5 that particular alternative should probably be carried
6 through for a full analysis in the final EIS.
7        We appreciate the opportunity to comment on this.
8 Thank you very much.
9        THE HEARING OFFICIAL:  Thank you for your comment.
10       Dan Doble.
11       MR. DOBLE:  Good evening.  My name is Dan, D-A-N,
12 D-O-B-L-E, and I represent myself and the Northern
13 California council of Trout Unlimited, which I am the
14 Northern California president of.
15       At this time our membership has had some interest,
16 of course, and that's because we are very profoundly
17 interested in the salmon and steelhead restoration in all
18 of Northern California, Trinity River being a particular
19 interest.  Historically, the runs were some of the best
20 courses in the nation.  The membership that I hold myself
21 and others representing several thousand members in our
22 state have the unique opportunity, having been educated,
23 to some extent or another, as to the environmental
24 recourse and the circumstances involved with the removal
25 of water from the river.  The response has been almost

73

1 universally, even though, of course, life in the valley
2 is somewhat dependent on water resources there, that the
3 only fair alternative, given only two choices of 42
4 percent or 98 percent, would of course be favorable to the
5 98 percent return of water. Privately, most would support
6 removal of Lewiston Dam with very, very little urging.
7        I would like to go on record as supporting the most
8 possible return of water to the Trinity River for all the
9 economic, recreational and, of course, for the fish
10 themselves.
11       I thank you very much for allowing me to comment.
12  .    THE HEARING OFFICIAL:  Thank you for your comment.
13 Dave Morrow.
14       MR. MORROW:  Good evening.  My name is David
15 Morrow, M-O-R-R-O-W.
16       Thank you for the opportunity to speak to you
17 tonight.
18       My family are farmers in the Central Valley, and in
19 Paso Robles area of San Luis Obispo County.  We grow small
20 grains and we have vineyards, and those crops are heavy
21 water users.  We pump fossil water from deep wells, and
22 our irrigation costs for vineyards can average about
23 $1,000 a day for a 40-acre block.  That would be usually
24 irrigated once a week for about 20 weeks a year.
25       One of the problems that we have as growers is

74

1 trying to compete with farmers who have access to the
2 canal water, which is heavily subsidized by the federal
3 government through the construction of dams and canal
4 system.  And I probably would not be popular with those
5 users in advocating more of a fair market.
6        The basic thing that I've seen in farming is that
7 when a resource is cheap it's wasted.  For instance, my
8 family uses drip irrigation on our vineyards.  People in
9 other parts of the valley who have access to what we call
10 "ditch water," or the Central Water project or other
11 sources like that, usually use furrow irrigation, or
12 sometimes they'll use sprinkler sets.  And sprinklers have
13 about a 40-percent evaporation rate.  Furrow irrigation is
14 very wasteful, because you have to put a lot of water in
15 at the beginning to push it out to the far end of the
16 field, and there's a tremendous amount of water loss down
17 below the root zone at your initial point of pumping.
18       Now, people say, well, that's family farmers who
19 are dependent upon those water sources.  One of our
20 neighbors who grows cotton is Westlake Farms.  Their
21 9,000-acre farm, they pump water using D-8 and D-9 cats
22 through pumps that have a 20-inch outfall in roughly
23 10,000 gallons a minute, and they irrigate cotton and
24 other crops with, again, heavily subsidized water.
25       So when we look at the economics of this project, I

75

1 think, just on a fairness doctrine, it would be much more
2 efficient if the farmers who receive water from the
3 Trinity and other systems like this paid the fair market
4 value and they were actually competing on a level playing
5 field, because right now, through the system that's been
6 devised back in the fifties and sixties, you know, it's an
7 inefficient allocation of resources.
8        I went over to the dam yesterday, which was the
9 anniversary of President Kennedy's death, and listened to
10 his voice at the dam.  You can push the button and you can
11 hear him talking about this wonderful dam and how it's
12 providing a use of the water and it's no longer wastefully
13 going out into the ocean.  That was a few months -- I
14 think in July, he gave that speech, a few months before
15 his death in 1963.  Well, times have changed.  You know,
16 the population of the United States is about 100 million
17 more, and the population of California has quintupled.
18 There's a tremendous demand on resources for fisheries,
19 for recreation, for wildlife, and the amount of wild
20 resources has really diminished to the extent that the
21 Trinity is a real gem.
22       And I advocate restoration of the flows to the
23 water that will sustain a real healthy fish population.
24 The fish is obviously a real important part of the food
25 chain for the birds and the animals that live along the

76

1 river, and the people who actually lived on fish for part
2 of the year.  There's a lot of poor people in this county
3 who have told me that they used to eat a lot of salmon and
4 steelhead when it was an abundant resource.  We've kind of
5 forgotten about them in the whole economic matrix.
6 Eventually, I advocate just removing the dam, and I think
7 it's only fair to consider that in the EIS.  You can look
8 at it in terms of wildlife or in terms of recreation, but
9 also it's just a matter of fairness to the other farmers
10 that we remove these unfair and inequalities and these
11 subsidies that make people like myself or my family,
12 actually drives own tractors and don't have a big
13 operation -- it gives us a lot more of a chance.
14       Thank you.
15       THE HEARING OFFICIAL:  Thank you, Mr. Morrow, for
16 those comments.
17       Wendy Ring.
18       MS. RING:  Good evening.  My name is Wendy Ring,
19 and I'm a family doctor who's worked for the past nine
20 years in a mobile clinic serving low-income people in
21 Humboldt and Del Norte counties.  Among my patients are
22 hard-working fishermen who are unable to afford health
23 care for themselves or their family; owners of small,
24 tourism-dependent businesses severely impacted by sport-
25 fishing limits, and Yurok and Karuk native people

77

1 struggling with alcohol, drugs and family disruption
2 arising from the loss of their cultural heritage and
3 traditional way of life.
4        Diverting water from the Trinity River causes not
5 only environmental degradation but also economic, social
6 and spiritual impoverishment of our region. The dam, in
7 human terms, is already grave. It has taken my profession
8 a long time not to play God. Who are we to decide that
9 the salmon god put here in our rivers or the people who
10 depend on them have less value than the profits of
11 agribusiness. When you take our water, you take our
12 future. Please give us back our wild and free-flowing
13 river.
14        Thank you.
15        THE HEARING OFFICIAL: Thank you.
16        At this time we have heard from everyone that
17 filled out a slip and registered to speak. If there's
18 anyone in the audience who wishes to make a statement at
19 this time, please go to the registration table and fill
20 out a card, and you'll have an opportunity to do so.
21        If there's no one that wishes to do so at this
22 time, we'll go off the record and reconvene when we have
23 someone in addition that wishes to speak.
24        We're off the record.
25             (Off the record.)

78

1        THE HEARING OFFICIAL: We do have one more person
2 that wishes to make a statement, so we're back on the
3 record.
4        And at this time I'd like to invite John McKeon to
5 come up to the microphone, please. State your name, spell
6 it for the record, and indicate who you're representing.
7        MR. MCKEON: My name is John McKeon, M-C-K-E-O-N.
8 I'm a senior associate with the environmental consulting
9 firm of Affiliated Researchers with offices in Michigan
10 and California. I am a commercial fisherman; until
11 recently, owner of Fish and Game vessel number 22354, the
12 "Cindy Lee." I'm a board member of the Humboldt Watershed
13 Council. I am here tonight on my own behalf as a
14 professional biologist, as an owner of a drift boat, and a
15 sportfishing enthusiast.
16        Before I start, I'd like to commend all the people
17 who have put so much hard work and time over the years in
18 attempting to rebuild the stocks of Klamath/Trinity River
19 fish.
20        The Trinity River flow studies have focused on the
21 physical habitat parameters created by reduced flow and
22 changed flow regimes in the Trinity River itself. The
23 wider ecological impacts to a much greater environmental
24 sphere have received little attention. Have the Trinity
25 River flow studies given consideration to the temperature-

79

1 ameliorating effects that historically massive spring and
2 summer snow-melt flows of the Trinity have on the
3 temperature-plagued Klamath River? Before the reduction
4 of flows, almost 50 miles of the Klamath below the
5 confluence of the two rivers was once likely a highly
6 productive nursery habitat for outmigrating juvenile
7 salmonids of both rivers. Historically created by the
8 warm, organically rich waters of the Klamath, flowing from
9 the Oregon deserts and commingling with the cold
10 mineral-rich waters of the Trinity Basin mountain snow
11 melt, it was the classic conditions for an ecological
12 bloom. The loss of this nursery obviously reduces the
13 size and, thus, survivability of ocean entry of both
14 Klamath and Trinity salmonid outmigrants. No amount of
15 manipulation of physical habitat parameters can mitigate
16 this present impact of the Clare Engle Dam. Return of the
17 unimpeded natural Trinity River flows is the only
18 physically possible method of recreating this formerly,
19 incredibly productive habitat of the Klamath/Trinity River
20 system.
21        Have the Trinity River flow studies investigated
22 impact of the yearly loss of hundreds of millions of
23 salmonid outmigrants of the Klamath/Trinity system on the
24 predator/prey relationship of so-called ocean conditions?
25 William Percy, in "Ocean Ecology of North Pacific

80

1 Salmonids," calculated that just the common murre marine
2 population consumes 150,000 juvenile salmonids per day.
3 With the crash of Klamath Trinity salmonid populations,
4 the highly mobile predators of the sea, both avian and
5 mammalian, obviously flock to and congregate at the other
6 mouths of rivers up and down the coast and hammer the
7 limited populations of the smaller rivers, such as the
8 Chetco, the Elk, Redwood Creek, the Smith, the Mad, the
9 Eel, the Mattole, the Sixes, the Pistol, et cetera, et
10 cetera.
11        It is my opinion, as a professional biologist, that
12 arguments of similar coast-wide fluctuations of salmonid
13 populations which point to vaguely defined ocean
14 conditions can, to a great degree, be attributed to this
15 impact of Clare Engle Dam on the ocean ecology of
16 predator/prey relationships. Again, return of unimpeded
17 natural flows to the Trinity River is the only physically
18 possible method of rebalancing the predator/prey
19 relationships in protecting the smaller rivers from over-
20 predation.
21        Have the Trinity River flow studies considered the
22 impacts of Clare Engle Dam on the salmonid metapopulation
23 structure of the Klamath/Trinity system? Cooper and
24 Mangel, 1998, in a study titled "The Danger of Ignoring
25 Meta Population Structure for the Conservation of

81

1 Salmonids," published in Volume 97 of the National Marine
2 Fisheries Service "Journal of Fisheries," found that the
3 various demes, or populations of individual streams of the
4 Columbia River system, could be classified as either
5 sources or sinks of the greater metapopulation of the
6 system.  They attribute this phenomenon to the
7 evolutionarily stable strategy of a documented, up to 27-
8 percent strain of chinook populations, and up to 40-
9 percent strain of coho, in their spawning returns to fresh
10 water.  They found the danger to fisheries investigations
11 are that by simply monitoring so-called pilot-indicator
12 streams, such as Pine Creek on the Klamath or New River or
13 Horse Linto Creek on the Trinity, that although
14 populations may hold steady or even increase for as long
15 as 20 years, those results can be due, to a large degree,
16 to the strain effect from source stream populations.  With
17 the change from source streams to sinks through habitat
18 degradation, inability to successfully complete
19 outmigration or change predator/prey relationships of
20 ocean conditions, entire metapopulations of salmonids can
21 crash with little or few warning indications.
22        Clare Engle Dam effectively eliminated many likely
23 source stream population demes.  Genetic studies as early
24 as 1980 chronicled in "Salmonid Ecosystems of the North
25 Pacific," in the study "Population Structures of

82

1 indigenous Salmonid Species of the Pacific Northwest," by
2 Fred M. Utter, et al., identified the unique alleles
3 carried by upriver stocks of the Columbia Basin
4 metapopulation.  The loss of the genetic diversity of
5 alleles carried by the fish once spawning and rearing in
6 the year-round cold water streams above Clare Engle Dam
7 cannot be mitigated by any processes or procedures
8 instituted at the Trinity River hatchery.
9        Again, return of unimpeded natural flows to the
10 Trinity River is the only possible method of rebuilding
11 the genetically viable and diverse Klamath/Trinity meta-
12 population structure of salmonid stocks to historic
13 levels.
14        In conclusion, I would like to read the abstract of
15 the Cooper and Mangel study, "The Danger of Ignoring
16 Metapopulation Structure in the Conservation of
17 Salmonids."
18        "Abstract:  Because of their tendency to return to
19 natal streams, salmonid populations have often been viewed
20 in ecological isolation.  Although the notion of an
21 evolutionarily significant unit, ESU, recognizes dispersal
22 on evolutionary time scales, we investigated the
23 consequences of dispersal.  Strain, on an ecological time
24 scale, where strain creates a metapopulation structure for
25 salmonid streams within an ESU.  We developed a simple

83

1 model for salmonid metapopulations, focusing on source and
2 sink populations, and used the model to highlight the
3 dangers of ignoring this structure in conservation
4 efforts.  We show that exactly the wrong conservation
5 efforts may occur if metapopulation structure exists but
6 is ignored.
7        Thank you very much.
8        THE HEARING OFFICIAL:  Thank you for your comments.
9        Is there anyone else that wishes to make comment?
10        I don't have any other registration slips, but this
11 is your last chance.  If you would like to make a
12 statement, please fill out a registration slip.  We do
13 have a few minutes left before the hearing is scheduled to
14 be adjourned.
15        If not, we'll go off the record right now.
16              (Off the record.)
17        THE HEARING OFFICIAL:  We're back on the record.
18        We have received no additional slips for people
19 wishing to make a statement, so on behalf of the U.S. Fish
20 and Wildlife Service and cooperating agencies, we
21 appreciate the time and effort that you took this evening
22 to present your comments.  They've been very informative
23 and will be fully considered in coming to a final
24 decision.
25        The hearing is closed.  We're off the record.

84

1              [Hearing concluded.]
2 STATE OF CALIFORNIA    )
3                        )  ss.
4 COUNTY OF HUMBOLDT     )
5
6              I, TANIA N. BRUNELL, Certified Shorthand
7 Reporter of the State of California, do hereby certify
8 that I reported and transcribed the foregoing pages 1
9 through 83, in the matter of the EIS/EIR for the Trinity
10 River Mainstem Fishery Restoration, November 23, 1999.
11
12        DATED this ____ day of _____,
13 1999.
14
15
16
17              TANIA N. BRUNELL
18              CSR #4277
19
20
21
22
23
24
25





fluctuations
80:18,
f(y:18;2)
f(y-ish) 54:5
focus 38:16,
focused 67:3,
78:20
focusing 83:1
folders 31:24
folks 45:13,
50:24
follow 9:14, 55:9
fool 59:15
foot 31:3
force 33:15
38:14, 38:11,
foregoing 84:8
foregone 39:18
foreign 42:18
Forest 22:25
forgotten 23:13,
fork 57:1, 57:3,
67:18
formerly 79:18
fortieth 35:16
forward 56:2,
21:17, 29:14
rousing 83:1
fountain 24:25
Fred 82:2
free-flowing
77:12
fresh 81:9
front 5:20,8
9:20, 10:8,
33:14, 55:20,
50:11
fulfilled 54:9
full 5:21,
96:16, 32:15,
55:19, 42:6
full-time
full-y 35:17:13
function 11:17
functions 27:4
fund 27:11
81:22, 38:22
funded 41:9
68:19, 79:22
funding 11:1,
53:7, 63:9,
56:25, 89:6,
38:21, 39:7,
fusing 74:11,
74:13
future 45:22,
34:2, 77:12

G
gain 69:6, 69:22
gallons 24:25
Game 11:7,
33:10, 38:20,
33:10, 40:20
garden 19:15
gather 36:17
gave 46:25, 75:14
gem 75:21
generated 68:18,
generating
44:8, 71:5
generation 22:10
generating
44:8, 71:5
genetic 81:23,
82:4
genetically 82:11
gentlemen 61:1
gentlemen 28:20
given 10:15,
14:18, 55:11,
55:16, 24:11,
gives 76:13
giving 11:10,
52:14, 44:2,
43:10
glasses 62:25
goal 12:2, 72:12
goal's 24:7
goals 77:8, 77:9
goes 4:11,
24:13, 29:13
gold 33:4
gone 16:24,
33:17,
81:11,
69:24, 69:25,

H
H-E-I-N-D-O-H
10:20, 26:12
habitat 12:13,
12:22, 13:18,
22:10, 79:5,
53:8, 51:18,
28:22, 60:4,
72:11, 79:19,
81:17
haggling 38:22
half 57:15
Halstead 2:8,
2:9, 5:11, 6:10,
5:24, 5:11,
half 5:1,4
hammer 80:6
handled 18:25
happen 31:18
happened 19:16,
33:14
happening 30:18,
happens 27:22,
hard-working
76:22
harder 33:10,
33:10
hardly 33:15
hare 16:4, 16:5,
16:5
harmonizes 15:19
harvest 39:2,
39:4
harvester 34:14,
hatcheries 11:12
hatchery 16:1
16:18, 38:17,
20:9, 82:8
hatchery-product
16:6
hats 40:7
haven't 22:4
having 18:16,
45:22, 44:9
hazel 20:16,
42:10
Hoopa 8:1,8
17:9, 8:16,
8:16, 82:25
heading 8:18,
heads 16:4,
health 6:18,

I

I-N-K 5:13, 50:14
I-plus 24:1
Idaho 2:5, 5:15,
5:17
idea 18:4, 37:23
ideal 13:22
identification
37:4
identified
76:10, 77:18,
30:2, 77:18,
identifies 7:5,
7:18
identify 37:25,
30:22, 42:15,
ignored 83:6,
ignoring 80:24,
22:15, 83:3
III
III 26:22
immediate 17:14,
immemorial 44:19
impact 11:16,
3:10, 2:10,
13:9, 40:4,
13:9, 4:20,
11:10, 80:19,
79:22, 80:13,
impacted 76:24
impacts 76:1,
76:22, 75:16,
26:11, 55:14,
26:18, 78:23,
impairs 16:9
imperative 36:13
implementation
22:10, 43:3
implementing 22:3
importance 9:13,
54:16, 55:11,
ingovernishment
improve 9:1,
22:10
improvement 26:10
inability 81:18
inadequate
14:10, 39:21
inches 30:5, 30:5
include 7:10,
22:12, 60:7,
included 18:9,
52:8, 37:21,
includes 22:20
including 6:19,
40:5, 42:5,
inclusion 22:21
incorrectly 22:10
increase 11:2
13:25, 14:14,
24:13, 45:14,
68:5, 68:19,
68:20, 68:19,
82:12,
increased 13:16,
14:13, 14:18,

J

J-A-I-M-E 66:14
J-E-S-S-E 72:10
J-I-M-M-Y 43:17
J-O-H-N 66:25
Jack 20:23, 29:14
sites 4:12
Jaipee 14:13
Jaycee 17:4,
Jasper 2:16,
Jesse 4:5, 62:9,
Jimmy 3:17,
43:17, 43:13
job 71:3
Joe 10:18, 56:11
John 3:18,
43:12,
62:16, 74:12,
66:18, 34:1,
66:25
join 45:22
joint 3:11
jointly 27:3
journal 81:1
journalist 57:4,
journey 61:20
61:20
jump 29:25,
Junction 31:7,
31:16
June 15:13, 19:13
justify 57:18
juvenile 79:6,
80:2

K

K-E-N-N-E-D-Y 57:9
Karuk 26:25
kayak 44:6
kayaked 77:11,
kayakers 72:1,
kayaking 26:8,
40:16, 41:23,
71:5, 71:11,
kayaks 26:15
Kennedy 75:9
kept 42:3
kills 16:6
Klamath 17:23,
16:2, 16:19,
26:23, 83:5,
57:6, 72:14
knowing 44:24,
known 8:1, 21:8
Kristi 4:21,
Krueger 3:6,
53:21, 23:22,

L

**L**

L-A-Z-I-O 16:20
...

**M**

**N**

**O**

**P**

P-A-B-K-I-N-S-O-...

RDD/TRINITYPC-4.DOC-27

revenue 68:18,
revenues 68:17
reverse 46:8
review 9:16,
38:5, 54:16,
reviewed 85:10
rich 72:6
Ridge 46:25
rifles 30:15
rights 10:1,
15:19, 66:12
Ring 61:14
76:9, 76:18,
76:16
riparian 47:12,
river 17, 17:25,
21:1, 54:4,
62:6, 63:16,
63:18, 72:10,
Robert 2:4,
52:12, 80:13
Robles 23:19
rocks 31:7,
Rogue 50:16, 26:2
rock 1:12, 2:9,
26:9,
root 76:12,
roots 42:24,
rough 42:22
round 52:17
routes 22:17
Rueslink 2:14,
52:13, 80:13
run 66:20,
66:11, 26:20,
61:22,
run-off 69:11
runs 8:18,
16:10, 24:19
22:20, 26:15,
52:9, 54:13,
61:20, 71:15,
72:10
Russell 2:18,
8:23, 54:14

S
S-M-I-T-H 45:13
S-T-O-K-E-S 58:7
Sacramento 3:10,
33:2, 33:2,
safe 71:11
salmon 6:19,
12:15, 14:16,
16:8, 14:14,
15:16, 19:20,
22:4, 49:23,
76:3, 77:17,
salmonid 11:25,
80:5, 80:19,
82:6, 80:13,
82:19, 82:25,
salmonids 64:12,
62:10, 80:1,
81:20, 60:17
Salyer 24:12
San 79:19
saying 19:18,
says 58:11, 58:13
scale 82:22,
scales 82:22
schedule 90:17,
48:17, 50:20,
schedules 72:1
science 35:20,
30:14, 37:18,
44:10, 60:14,
scientific 2:8,
37:24, 69:18,
scoping 37:8,
64:1, 64:9,
sea 19:11,
19:14, 19:25,

30:12,
seafood 10:22
seafood-processi
seal 36:22
seats 56:11
search 65:11
significant
66:11, 30:21,
70:11
season 26:8
Secondly 66:11
secretarial 15:13
Secretary 6:20,
32:10, 51:21,
52:17
section 21:19,
61:14,
sediment 39:11
sedimentation
6:17, 83:18
seeing 54:16
seek 63:11
seem 37:19, 58:5
seems 25:11,
62:20, 66:24
sees 29:10
segment 34:16
selected 15:15,
34:18, 30:11
selection 38:8
senior 76:8
sense 32:26,
35:13, 61:16,
61:18, 61:16
separate 37:25,
September 30:22,
50:12, 67:19,
70:12, 69:18,
series 50:19
serious 13:25
Service 12:13,
6:2, 5:14, 5:6,
5:23, 5:11, 6:7,
9:20, 10:19,
16:8, 50:16,
50:8, 50:16,
so-called 70:24,
81:11
social 77:5
solicitor 55:19
solution 28:1
solved 43:11
someone 48:19,
48:20, 48:22
somethe 70:5
somewhat 72:2
somewhere 44:16,
44:16
sort 27:25,
64:24, 64:25,
64:25, 60:8
source 81:17,
83:1,
sourced 59:18
sources 24:11,
sixth 13:24,
southern 11:25,
16:11, 29:18
spawn 17:5,
77:22, 19:12
spawned 31:23
spawning 12:13,
18:18, 17:7,
31:19, 13:21,
special 23:14,
speak 15:12,
59:25, 60:1,
46:22, 46:13,
41:14, 46:10,
51:16, 79:6,
shoes 29:19,
shopping 32:11
shorthand 84:6
shot 47:15
shoulda 17:38:1,
39:23, 61:10
showing 68:9
shown 11:16,
77:15, 77:15,
68:17
shows 48:17
shut 31:11
Sierra 5:13,
27:11, 50:14

sight 84:20
signal 84:22
signed 15:13
signt
16:15, 33:1,
42:19, 45:11,
70:16, 82:21
significantly
16:7
similar 80:12
simple 82:22
simply 16:15,
67:23, 81:11
signal 37:11
signs 13:13,
sink 86:20
sinks 83:19, 81:17
sites 33:19
situation 18:5,
32:15, 40:19,
43:14, 47:3
sit 52:22
72:13, 46:10,
66:19
six-year 67:24
sixes 80:12
sixties 15:16
size 38:22, 60:13
skeptical 46:24,
skill 25:16, 26:19
slip 48:18,
slope 44:12
slice 83:10,
83:15
slough 26:25
slowly 10:11,
56:11
smaller 80:7,
83:11,
Smith 2:11,
8:12, 45:8,
45:13, 45:11,
45:11, 45:11,
80:8
Snake 2:5, 5:14,
50:11
snow 79:10
snow-melt 72:3

specie 1/2:4,
species 1:19,
16:11, 16:13,
15:22, 16:23,
36:5, 10:20,
42:12, 45:1,
52:17, 66:21,
specific 69:6,
specifically
68:13, 60:12
speech 25:14
spell 19:14,
45:8, 52:13,
50:11, 54:22,
78:5
spelled 15:6,
50:14
spend 13:5,
17:16, 47:11
spending 18:19
spent 11:13,
19:17, 13:21,
16:22, 32:12,
47:17, 47:15,
77:20
sphere 78:24
spiritual 77:16
spoke 62:17,
76:17, 11:21,
78:4
sport fishing
78:16
sports 59:1
spring 7:16,
56:6
sprinkler 74:12
sprinklers 74:12
SS 84:3
stable 81:7
stacked 37:10
stack 10:16,
18:13, 41:9,
51:13, 52:19,
53:11, 83:11,
52:10, 83:11,
stage 17:15,
stake 34:16
standards 21:19
stands 47:3,
61:11
start 8:10,
37:20, 78:16
started 3:16,
starters 68:18
starting 32:16,
46:6
starts 30:22
state 75:12,
state 3:23, 4:17,
state 9:11,
68:24, 23:11,
68:24, 44:21,
68:9, 80:2,
78:5, 92:6, 69:7
stated 9:19,
statement 65:8,
62:17, 68:15,
68:2, 68:15,
Statement/enviro
statements 49:24,
states 5:5
50:25,
statewide 16:22
stating 9:21,
statistical 68:20
station 5:11,
53:12, 53:24,
stay 59:1,
steelhead 11:19,
13:14, 17:23,
44:6,
60:18, 79:17,
76:4
step 5:14, 36:1,
39:2,
stick 21:21, 31:22
sticking 18:25,
stocks 58:24,

**PUBLIC HEARING RE EIS/EIR   TRINITY RIVER   11-23-99**

[Multi-column transcript word index — individual entries illegible at this resolution]

TRINITY

| PUBLIC HEARING RE EIS/EIR | | TRINITY RIVER | 11-23-99 | | |
|---|---|---|---|---|---|
| wells 73:21<br>Wendy 4:11<br>76:17, 76:18<br>weren't 64:15<br>Wesleigh 5:10,<br>20:15, 52:2,<br>West 50:15, 60:15<br>Westlake 74:10<br>wetlands 49:15<br>what's 15:18,<br>20:5, 77:20<br>20:17, 77:22<br>whatever 30:15,<br>31:15, 45:20<br>whenever 36:12<br>whereby 17:24,<br>29:18<br>whether 38:23,<br>38:23, 28:4,<br>83:5<br>whitewater 24:2,<br>54:4, 54:11<br>54:15, 55:16,<br>56:12, 56:13,<br>58:16, 58:21,<br>58:23, 62:1,<br>63:10, 20:15,<br>59:10, 20:19,<br>59:21, 22:9,<br>60:16, 60:22,<br>67:1, 68:10,<br>71:1, 71:20<br>who's 76:19<br>whole 52:3,<br>52:5, 57:18,<br>78:5<br>wider 78:23<br>wife 33:15<br>wildlife 1:16,<br>50:15, 59:16,<br>59:16, 60:12,<br>wildlife 1:12,<br>6:9, 6:9, 6:16,<br>6:1, 6:1, 6:7,<br>6:1, 6:1,<br>7:18, 9:1,<br>10:10, 10:17,<br>10:10, 20:14,<br>50:6, 50:18,<br>50:15, 50:22,<br>52:5, 51:10,<br>52:16, 54:10,<br>53:16, 54:19,<br>63:16, 63:17,<br>63:16, 62:14,<br>70:16, 75:19,<br>70:6, 85:20,<br>william 28:20,<br>willing 28:16<br>willow 28:21,<br>30:6, 80:12,<br>41:7, 83:1<br>window 33:15<br>wish 9:15, 57:9<br>wishes 77:12,<br>76:2, 83:9<br>wishing 83:19<br>within 21:16,<br>25:17, 22:14,<br>28:14, 80:24<br>witnessed 47:20<br>woman 20:13<br>won't 20:12<br>wonderful 75:11<br>workable 37:20<br>works 63:22<br>worth 33:1<br>wouldn't 50:1<br>Wrigley 4:9,<br>60:17, 60:20,<br>60:21<br>writing 10:16,<br>23:12, 84:9<br>written 8:6,<br>10:3, 10:16,<br>10:23, 10:24,<br>44:17, 50:16,<br>52:7, 56:16,<br>56:16, 57:24<br>wrong 83:4<br><br>**Y**<br><br>year-round<br>26:12, 82:6 | yearly 79:22<br>yesterday 7:18<br>yrs 19:20, 22:4,<br>45:17<br>Yosemite 33:14,<br>33:16<br>you'll 5:22,<br>20:25, 84:9,<br>77:20<br>Yurok 34:8,<br>34:10, 34:14,<br>76:25<br><br>**Z**<br><br>zone 74:17 | | | | |

TRINITY

Attachment 4

# **X2 Position**

```
Run Date 12- 9- 98
X2 Position (Roe=64 Chipps=74 Conflu=81)
NA3_P27M = PROSIM99;CVPIA PEIS NAA;C09A;BDPA;1993 WRBO;L2 REFS
Equation is +x2_pos  30
Report is in ascending order by year                        Units are in TAF
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 82.2 | 83.3 | 79.0 | 76.3 | 66.4 | 65.7 | 68.4 | 63.7 | 64.8 | 74.5 | 78.0 | 82.0 | 884 |
| 1923 | 85.2 | 81.7 | 70.6 | 67.0 | 70.7 | 73.5 | 69.6 | 73.6 | 77.2 | 79.0 | 80.8 | 82.3 | 911 |
| 1924 | 84.5 | 84.8 | 81.9 | 81.1 | 78.2 | 76.9 | 81.0 | 82.4 | 85.6 | 86.7 | 88.2 | 89.7 | 1001 |
| 1925 | 88.2 | 86.4 | 82.5 | 82.0 | 64.4 | 65.0 | 67.4 | 73.5 | 77.0 | 80.1 | 83.0 | 83.6 | 933 |
| 1926 | 86.0 | 85.9 | 84.0 | 80.1 | 68.4 | 73.4 | 71.2 | 74.0 | 79.6 | 83.0 | 86.2 | 85.9 | 958 |
| 1927 | 86.8 | 76.8 | 74.1 | 67.8 | 55.4 | 58.9 | 59.2 | 66.0 | 73.6 | 77.4 | 78.5 | 82.1 | 857 |
| 1928 | 85.1 | 76.8 | 78.5 | 73.2 | 71.0 | 57.8 | 64.2 | 70.2 | 76.7 | 78.5 | 79.6 | 82.4 | 894 |
| 1929 | 85.6 | 83.9 | 81.4 | 80.0 | 77.8 | 77.0 | 79.3 | 80.9 | 80.8 | 85.1 | 87.7 | 89.6 | 989 |
| 1930 | 87.4 | 86.4 | 82.3 | 76.3 | 74.9 | 69.6 | 74.2 | 77.4 | 80.7 | 83.4 | 85.9 | 84.2 | 963 |
| 1931 | 85.9 | 85.9 | 83.8 | 81.8 | 79.7 | 80.1 | 79.8 | 81.1 | 85.0 | 86.5 | 88.2 | 89.2 | 1007 |
| 1932 | 86.0 | 85.6 | 77.3 | 73.1 | 68.9 | 73.5 | 74.8 | 76.6 | 76.3 | 81.9 | 85.7 | 85.3 | 945 |
| 1933 | 86.0 | 84.5 | 82.8 | 81.3 | 79.9 | 77.8 | 76.8 | 80.7 | 80.9 | 85.1 | 87.7 | 89.5 | 993 |
| 1934 | 88.0 | 86.2 | 82.3 | 78.8 | 75.3 | 75.3 | 76.0 | 80.6 | 81.0 | 85.2 | 87.8 | 89.4 | 986 |
| 1935 | 86.4 | 83.6 | 83.5 | 72.9 | 74.5 | 69.8 | 62.6 | 64.6 | 73.5 | 79.0 | 80.1 | 82.4 | 913 |
| 1936 | 84.6 | 84.6 | 81.7 | 69.9 | 58.1 | 62.4 | 67.4 | 72.7 | 76.1 | 79.2 | 80.5 | 82.5 | 900 |
| 1937 | 85.7 | 85.3 | 81.8 | 81.1 | 66.7 | 61.1 | 66.2 | 70.0 | 74.3 | 79.3 | 80.3 | 82.5 | 914 |
| 1938 | 85.7 | 76.8 | 65.6 | 65.9 | 53.9 | 47.4 | 51.5 | 53.4 | 59.1 | 72.0 | 77.3 | 79.1 | 788 |
| 1939 | 77.8 | 80.4 | 80.5 | 77.1 | 77.1 | 76.4 | 76.3 | 78.7 | 81.0 | 83.5 | 86.4 | 85.6 | 961 |
| 1940 | 85.0 | 83.6 | 83.0 | 70.5 | 59.8 | 53.0 | 55.2 | 66.9 | 75.7 | 78.1 | 79.5 | 82.6 | 873 |
| 1941 | 85.7 | 84.8 | 68.4 | 56.7 | 51.1 | 51.2 | 52.8 | 58.2 | 67.2 | 75.3 | 79.5 | 81.0 | 812 |
| 1942 | 79.5 | 80.1 | 63.7 | 56.0 | 49.4 | 59.3 | 59.0 | 61.5 | 66.0 | 75.0 | 79.4 | 82.2 | 811 |
| 1943 | 80.9 | 75.3 | 69.9 | 57.9 | 57.0 | 53.3 | 61.3 | 68.3 | 76.1 | 78.3 | 78.9 | 82.2 | 839 |
| 1944 | 85.6 | 84.7 | 81.9 | 79.9 | 72.3 | 71.3 | 75.4 | 78.2 | 78.7 | 81.0 | 84.3 | 84.0 | 957 |
| 1945 | 86.2 | 82.7 | 78.8 | 80.4 | 65.2 | 65.4 | 72.1 | 76.1 | 76.6 | 79.5 | 80.8 | 82.7 | 926 |
| 1946 | 85.7 | 80.6 | 64.3 | 60.9 | 65.6 | 69.9 | 74.1 | 75.0 | 77.1 | 79.5 | 81.1 | 82.9 | 897 |
| 1947 | 85.8 | 84.2 | 81.8 | 81.4 | 76.9 | 74.0 | 75.0 | 78.3 | 81.0 | 83.5 | 86.4 | 86.6 | 975 |
| 1948 | 87.0 | 85.6 | 85.1 | 82.4 | 77.6 | 75.1 | 68.5 | 66.8 | 71.8 | 77.2 | 80.5 | 83.1 | 941 |
| 1949 | 86.3 | 84.7 | 81.5 | 81.1 | 79.5 | 66.9 | 74.0 | 75.0 | 78.5 | 81.6 | 84.4 | 84.2 | 957 |
| 1950 | 86.2 | 85.6 | 84.3 | 77.1 | 68.8 | 70.2 | 71.3 | 74.0 | 76.9 | 79.3 | 81.2 | 83.3 | 938 |
| 1951 | 84.5 | 68.5 | 57.2 | 55.3 | 55.6 | 60.8 | 68.7 | 72.3 | 77.4 | 78.3 | 79.3 | 81.9 | 840 |
| 1952 | 85.4 | 80.6 | 67.5 | 56.7 | 54.7 | 54.2 | 54.4 | 54.7 | 59.8 | 69.5 | 75.4 | 77.7 | 790 |
| 1953 | 78.0 | 78.1 | 66.1 | 55.4 | 63.0 | 67.9 | 71.8 | 70.0 | 70.8 | 76.5 | 78.7 | 82.1 | 858 |
| 1954 | 83.0 | 78.4 | 80.7 | 71.0 | 62.1 | 60.1 | 61.1 | 67.1 | 75.7 | 78.1 | 79.3 | 82.3 | 879 |
| 1955 | 85.6 | 81.2 | 74.3 | 73.4 | 74.6 | 76.9 | 78.9 | 79.5 | 79.2 | 82.3 | 85.2 | 84.6 | 956 |
| 1956 | 86.4 | 85.0 | 62.4 | 50.5 | 51.1 | 58.0 | 66.4 | 63.1 | 68.8 | 75.9 | 78.7 | 79.9 | 826 |
| 1957 | 77.1 | 81.9 | 83.0 | 80.3 | 70.2 | 63.6 | 68.9 | 72.6 | 76.3 | 78.2 | 79.3 | 81.9 | 913 |
| 1958 | 78.1 | 79.6 | 74.7 | 66.9 | 51.8 | 50.4 | 55.3 | 56.4 | 60.5 | 72.5 | 76.8 | 75.9 | 794 |
| 1959 | 78.8 | 82.1 | 82.7 | 69.1 | 62.1 | 67.9 | 75.3 | 77.7 | 80.0 | 81.1 | 81.1 | 82.5 | 920 |
| 1960 | 84.8 | 84.8 | 81.8 | 81.0 | 72.2 | 72.1 | 74.2 | 78.1 | 80.9 | 82.2 | 85.1 | 85.5 | 963 |
| 1961 | 86.7 | 83.3 | 81.9 | 81.6 | 71.5 | 72.8 | 75.5 | 78.4 | 81.0 | 83.5 | 86.0 | 86.2 | 968 |
| 1962 | 86.2 | 85.4 | 82.3 | 82.5 | 65.6 | 65.5 | 72.2 | 74.3 | 78.9 | 80.7 | 81.0 | 83.1 | 938 |
| 1963 | 72.1 | 78.0 | 72.4 | 75.9 | 62.0 | 64.2 | 55.8 | 62.9 | 72.2 | 77.1 | 78.4 | 82.0 | 854 |
| 1964 | 80.6 | 72.1 | 79.0 | 72.2 | 74.3 | 77.3 | 78.9 | 79.3 | 80.8 | 82.6 | 85.9 | 85.6 | 949 |
| 1965 | 85.7 | 82.6 | 62.3 | 53.0 | 60.5 | 66.4 | 61.7 | 66.6 | 74.8 | 77.8 | 78.8 | 83.2 | 854 |
| 1966 | 85.9 | 75.4 | 77.0 | 69.2 | 69.1 | 70.0 | 74.2 | 75.1 | 79.1 | 80.8 | 81.2 | 83.4 | 920 |
| 1967 | 85.5 | 80.1 | 68.7 | 62.6 | 59.5 | 57.1 | 57.2 | 57.2 | 59.5 | 67.4 | 74.9 | 76.9 | 807 |
| 1968 | 78.7 | 80.8 | 78.0 | 69.0 | 60.2 | 62.2 | 71.4 | 76.7 | 79.6 | 80.9 | 80.9 | 82.5 | 901 |
| 1969 | 84.6 | 83.5 | 74.7 | 57.3 | 50.1 | 52.9 | 54.9 | 56.4 | 62.0 | 72.6 | 77.4 | 76.9 | 803 |
| 1970 | 77.0 | 76.7 | 63.7 | 49.2 | 51.0 | 58.0 | 69.7 | 76.0 | 78.6 | 78.5 | 79.1 | 82.0 | 839 |
| 1971 | 85.5 | 75.0 | 62.9 | 60.7 | 65.1 | 63.1 | 68.1 | 68.0 | 71.5 | 76.7 | 78.4 | 81.7 | 857 |
| 1972 | 83.4 | 83.5 | 76.5 | 74.7 | 72.9 | 69.0 | 74.0 | 77.3 | 79.9 | 80.5 | 81.4 | 82.9 | 936 |
| 1973 | 84.1 | 76.0 | 72.7 | 60.1 | 54.8 | 56.0 | 66.8 | 72.6 | 74.6 | 77.4 | 79.0 | 81.8 | 856 |
| 1974 | 83.6 | 66.2 | 58.7 | 51.4 | 58.4 | 52.2 | 53.9 | 64.2 | 69.7 | 75.3 | 78.0 | 77.8 | 789 |
| 1975 | 81.3 | 82.5 | 80.0 | 77.5 | 62.6 | 55.3 | 63.9 | 65.3 | 68.2 | 75.7 | 78.4 | 79.6 | 870 |
| 1976 | 76.0 | 77.9 | 80.7 | 80.6 | 79.4 | 77.7 | 79.0 | 80.7 | 81.0 | 83.2 | 85.7 | 85.6 | 968 |
| 1977 | 87.4 | 86.7 | 86.1 | 83.7 | 80.1 | 79.7 | 81.0 | 82.7 | 85.7 | 86.7 | 88.3 | 89.0 | 1017 |
| 1978 | 86.1 | 85.8 | 82.4 | 64.6 | 59.2 | 55.1 | 58.1 | 65.7 | 73.6 | 77.4 | 79.1 | 82.8 | 870 |
| 1979 | 85.8 | 84.3 | 82.0 | 73.7 | 65.5 | 64.2 | 70.4 | 74.5 | 75.3 | 79.1 | 80.4 | 82.3 | 917 |
| 1980 | 84.9 | 81.6 | 77.6 | 59.6 | 51.0 | 54.5 | 65.5 | 70.9 | 76.0 | 78.2 | 80.1 | 83.6 | 864 |
| 1981 | 85.4 | 85.3 | 82.0 | 72.3 | 70.1 | 68.0 | 74.3 | 78.1 | 81.0 | 82.9 | 84.6 | 84.5 | 948 |
| 1982 | 86.3 | 71.1 | 58.6 | 54.4 | 51.5 | 51.4 | 48.0 | 56.2 | 64.4 | 73.6 | 76.1 | 73.4 | 765 |
| 1983 | 71.0 | 64.3 | 56.1 | 51.7 | 46.1 | 41.5 | 47.9 | 51.2 | 53.7 | 61.3 | 68.3 | 67.9 | 681 |
| 1984 | 70.2 | 58.9 | 49.7 | 52.3 | 58.0 | 61.8 | 69.7 | 76.2 | 77.5 | 78.5 | 79.2 | 82.2 | 814 |
| 1985 | 83.8 | 72.1 | 71.4 | 76.8 | 76.6 | 75.3 | 77.4 | 76.9 | 80.6 | 82.2 | 86.0 | 85.2 | 944 |
| 1986 | 86.0 | 84.6 | 81.8 | 76.4 | 52.2 | 47.9 | 60.9 | 69.6 | 75.0 | 77.9 | 78.8 | 82.1 | 873 |
| 1987 | 85.5 | 85.8 | 82.2 | 80.0 | 75.9 | 72.2 | 74.3 | 78.1 | 81.0 | 83.5 | 86.4 | 88.6 | 974 |
| 1988 | 85.0 | 84.8 | 81.8 | 73.9 | 74.8 | 78.2 | 79.5 | 81.0 | 81.0 | 85.2 | 87.8 | 88.7 | 982 |
| 1989 | 86.2 | 85.0 | 84.2 | 83.1 | 80.3 | 67.3 | 70.1 | 74.1 | 78.9 | 81.9 | 84.4 | 84.2 | 960 |
| 1990 | 86.2 | 86.0 | 85.3 | 80.1 | 76.9 | 77.9 | 77.0 | 78.3 | 81.0 | 83.7 | 86.4 | 87.6 | 986 |
| | | | | | | | | | | | | | |
| Avg. | 83.7 | 81.0 | 75.9 | 70.6 | 65.8 | 65.2 | 68.2 | 71.5 | 75.3 | 79.2 | 81.5 | 83.0 | 901 |

```
Run Date  5- 4- 99
X2 Position (Roe=64 Chipps=74 Conflu=81)
P99N_CI2 = PROSIM99;CVPIA PEIS R. CUMUL. IMP.;C09A;BDPA;1993 WRBO;L4 REFS;B2(US+
Equation is +x2_pos  30
Report is in ascending order by year                                    Units are in TAF
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 82.6 | 83.3 | 77.9 | 75.4 | 66.7 | 64.4 | 64.9 | 61.7 | 63.5 | 74.1 | 77.9 | 82.2 | 875 |
| 1923 | 83.7 | 80.7 | 70.3 | 66.4 | 69.4 | 72.2 | 68.1 | 70.2 | 75.2 | 78.7 | 80.6 | 82.3 | 898 |
| 1924 | 85.6 | 85.5 | 82.7 | 81.4 | 77.9 | 76.1 | 81.0 | 82.4 | 85.6 | 86.7 | 88.2 | 89.6 | 1003 |
| 1925 | 88.3 | 86.8 | 82.8 | 82.2 | 64.6 | 65.0 | 66.0 | 69.8 | 75.1 | 81.5 | 84.2 | 84.0 | 930 |
| 1926 | 86.2 | 86.0 | 84.3 | 79.7 | 68.1 | 72.6 | 69.5 | 74.0 | 79.6 | 83.0 | 86.2 | 86.0 | 955 |
| 1927 | 86.8 | 76.5 | 75.6 | 68.4 | 55.5 | 58.6 | 59.1 | 64.2 | 73.0 | 76.2 | 78.4 | 81.6 | 854 |
| 1928 | 83.7 | 79.9 | 79.2 | 73.6 | 71.0 | 58.9 | 62.8 | 70.2 | 76.7 | 78.5 | 79.4 | 82.4 | 896 |
| 1929 | 85.6 | 83.7 | 81.4 | 80.0 | 77.4 | 76.0 | 78.6 | 80.5 | 80.3 | 85.0 | 87.7 | 88.9 | 985 |
| 1930 | 86.5 | 84.8 | 81.8 | 75.5 | 74.2 | 69.6 | 73.3 | 75.1 | 80.0 | 83.1 | 84.6 | 85.1 | 953 |
| 1931 | 86.3 | 86.0 | 85.3 | 82.2 | 79.9 | 76.8 | 79.2 | 81.2 | 85.0 | 86.5 | 88.2 | 89.7 | 1006 |
| 1932 | 85.7 | 84.6 | 77.4 | 73.9 | 70.2 | 74.0 | 74.9 | 74.4 | 75.1 | 81.5 | 83.4 | 85.1 | 940 |
| 1933 | 86.5 | 85.9 | 83.3 | 81.4 | 79.9 | 77.4 | 76.5 | 78.7 | 80.6 | 85.0 | 87.7 | 89.1 | 992 |
| 1934 | 87.1 | 85.2 | 81.9 | 78.3 | 75.7 | 75.4 | 75.8 | 79.8 | 81.0 | 85.2 | 87.8 | 88.9 | 982 |
| 1935 | 85.3 | 83.8 | 83.7 | 73.2 | 74.4 | 70.1 | 62.6 | 64.6 | 73.0 | 78.8 | 81.6 | 83.2 | 914 |
| 1936 | 85.8 | 85.6 | 82.4 | 70.7 | 58.8 | 63.0 | 65.7 | 68.6 | 75.0 | 78.7 | 80.9 | 82.5 | 898 |
| 1937 | 85.7 | 85.8 | 82.0 | 81.1 | 67.2 | 61.7 | 64.5 | 68.2 | 74.0 | 79.2 | 81.2 | 83.3 | 914 |
| 1938 | 85.9 | 77.3 | 66.3 | 65.8 | 53.6 | 47.4 | 51.2 | 53.0 | 59.4 | 72.8 | 78.2 | 83.5 | 794 |
| 1939 | 78.9 | 81.2 | 80.2 | 78.6 | 77.3 | 75.7 | 75.8 | 77.4 | 80.7 | 83.4 | 85.8 | 85.9 | 961 |
| 1940 | 85.4 | 84.5 | 83.8 | 71.6 | 60.3 | 53.3 | 54.7 | 64.6 | 74.9 | 77.8 | 79.9 | 83.0 | 874 |
| 1941 | 85.8 | 84.8 | 71.0 | 57.5 | 51.3 | 51.4 | 52.6 | 57.7 | 67.9 | 75.6 | 78.7 | 83.3 | 818 |
| 1942 | 82.8 | 82.0 | 64.6 | 56.8 | 49.7 | 59.1 | 58.4 | 61.3 | 67.4 | 75.4 | 78.0 | 82.3 | 818 |
| 1943 | 84.5 | 80.4 | 72.2 | 58.8 | 57.6 | 53.7 | 60.4 | 65.4 | 75.2 | 77.7 | 78.9 | 81.9 | 847 |
| 1944 | 84.7 | 84.1 | 81.7 | 79.0 | 71.7 | 70.4 | 74.2 | 75.6 | 76.4 | 82.0 | 83.3 | 84.8 | 948 |
| 1945 | 86.4 | 81.3 | 79.1 | 80.5 | 66.5 | 66.6 | 69.2 | 71.5 | 74.8 | 78.7 | 81.1 | 83.2 | 919 |
| 1946 | 85.2 | 83.3 | 66.7 | 61.8 | 65.6 | 69.7 | 72.0 | 72.6 | 75.1 | 78.5 | 80.9 | 82.5 | 894 |
| 1947 | 85.7 | 83.9 | 81.7 | 81.3 | 76.6 | 73.3 | 74.3 | 77.1 | 80.8 | 83.4 | 86.1 | 86.3 | 970 |
| 1948 | 86.9 | 85.4 | 85.0 | 82.4 | 77.6 | 74.8 | 69.0 | 66.7 | 71.6 | 77.1 | 80.2 | 83.0 | 940 |
| 1949 | 85.1 | 84.6 | 81.5 | 81.1 | 78.9 | 67.8 | 71.4 | 74.0 | 76.2 | 81.9 | 84.0 | 84.8 | 951 |
| 1950 | 86.4 | 85.3 | 83.7 | 76.9 | 68.8 | 70.1 | 69.9 | 70.9 | 75.0 | 78.5 | 80.4 | 83.2 | 929 |
| 1951 | 85.2 | 69.0 | 58.8 | 56.1 | 55.6 | 61.2 | 67.8 | 69.1 | 76.4 | 77.9 | 79.1 | 82.1 | 838 |
| 1952 | 84.5 | 81.1 | 68.6 | 57.4 | 55.0 | 54.4 | 54.5 | 54.7 | 60.5 | 72.2 | 77.9 | 80.7 | 802 |
| 1953 | 79.2 | 81.3 | 67.5 | 55.9 | 62.3 | 66.9 | 69.4 | 68.4 | 71.6 | 76.3 | 78.5 | 81.7 | 859 |
| 1954 | 83.7 | 81.0 | 81.4 | 73.9 | 63.1 | 60.8 | 60.9 | 67.1 | 75.7 | 77.7 | 79.1 | 82.1 | 887 |
| 1955 | 84.8 | 81.2 | 74.8 | 72.2 | 74.0 | 74.9 | 75.9 | 75.6 | 77.0 | 82.2 | 85.9 | 85.4 | 944 |
| 1956 | 86.6 | 84.7 | 62.9 | 50.8 | 51.2 | 57.6 | 64.1 | 62.8 | 69.5 | 76.1 | 78.1 | 81.6 | 826 |
| 1957 | 83.9 | 83.8 | 81.9 | 79.9 | 73.5 | 65.0 | 68.9 | 69.2 | 74.7 | 76.9 | 79.1 | 81.6 | 918 |
| 1958 | 78.8 | 79.5 | 74.8 | 67.2 | 52.2 | 76.9 | 69.8 | 61.1 | 73.0 | 77.9 | 78.7 | 80.0 | 800 |
| 1959 | 79.4 | 82.3 | 82.1 | 70.0 | 63.3 | 67.9 | 73.5 | 74.9 | 79.0 | 80.8 | 81.0 | 82.3 | 916 |
| 1960 | 85.6 | 85.8 | 82.7 | 81.3 | 72.1 | 71.8 | 74.1 | 75.5 | 80.1 | 83.2 | 85.0 | 85.7 | 963 |
| 1961 | 86.7 | 83.1 | 80.5 | 80.5 | 71.6 | 72.3 | 74.9 | 75.9 | 80.2 | 83.2 | 85.8 | 86.1 | 961 |
| 1962 | 86.8 | 85.2 | 80.9 | 81.2 | 65.6 | 65.5 | 71.5 | 73.7 | 77.4 | 79.7 | 80.4 | 82.1 | 930 |
| 1963 | 72.4 | 79.2 | 73.4 | 75.3 | 61.6 | 64.6 | 56.0 | 61.6 | 72.0 | 75.9 | 78.3 | 81.7 | 852 |
| 1964 | 83.3 | 75.8 | 80.0 | 73.1 | 73.7 | 74.8 | 77.2 | 77.5 | 80.4 | 83.3 | 86.3 | 85.6 | 951 |
| 1965 | 86.7 | 81.5 | 62.3 | 53.2 | 60.2 | 65.5 | 62.4 | 66.6 | 74.3 | 77.4 | 78.5 | 82.4 | 851 |
| 1966 | 85.6 | 77.2 | 77.1 | 69.9 | 68.7 | 71.0 | 73.5 | 73.8 | 78.7 | 80.7 | 82.8 | 83.9 | 923 |
| 1967 | 86.1 | 82.4 | 69.9 | 62.6 | 59.5 | 57.6 | 56.9 | 56.9 | 60.2 | 69.4 | 77.3 | 80.4 | 819 |
| 1968 | 79.7 | 81.8 | 80.3 | 71.3 | 61.3 | 62.0 | 71.4 | 74.0 | 78.8 | 80.7 | 80.7 | 82.2 | 904 |
| 1969 | 85.6 | 83.7 | 76.1 | 57.8 | 50.4 | 53.1 | 54.8 | 56.0 | 63.0 | 73.8 | 79.2 | 79.4 | 813 |
| 1970 | 77.6 | 79.5 | 65.5 | 49.8 | 51.2 | 57.8 | 68.8 | 71.2 | 77.1 | 78.3 | 78.9 | 81.7 | 837 |
| 1971 | 85.4 | 79.3 | 64.5 | 61.3 | 65.1 | 63.9 | 67.0 | 66.0 | 71.9 | 75.7 | 78.4 | 81.7 | 860 |
| 1972 | 84.7 | 84.2 | 79.9 | 77.0 | 73.6 | 70.4 | 74.0 | 74.7 | 79.0 | 80.4 | 80.4 | 82.0 | 940 |
| 1973 | 83.7 | 78.0 | 74.6 | 60.9 | 54.7 | 56.0 | 64.4 | 69.4 | 74.0 | 76.6 | 79.0 | 81.8 | 853 |
| 1974 | 83.6 | 68.0 | 59.9 | 51.7 | 58.5 | 52.5 | 53.5 | 62.3 | 70.2 | 75.4 | 78.5 | 81.9 | 796 |
| 1975 | 82.1 | 82.6 | 80.0 | 78.2 | 63.8 | 56.0 | 61.6 | 64.0 | 69.3 | 76.0 | 78.4 | 82.5 | 875 |
| 1976 | 78.1 | 79.3 | 79.4 | 79.4 | 78.9 | 76.4 | 78.3 | 79.3 | 81.0 | 85.2 | 83.8 | 85.5 | 965 |
| 1977 | 85.1 | 85.3 | 84.9 | 83.9 | 80.7 | 78.2 | 81.0 | 82.5 | 84.1 | 86.2 | 88.1 | 88.8 | 1009 |
| 1978 | 86.2 | 86.7 | 82.4 | 65.1 | 60.7 | 55.7 | 57.4 | 62.6 | 72.4 | 77.0 | 78.8 | 82.3 | 867 |
| 1979 | 85.6 | 84.0 | 81.7 | 73.6 | 66.2 | 65.1 | 67.6 | 70.6 | 74.2 | 79.4 | 81.4 | 83.3 | 912 |
| 1980 | 85.0 | 83.0 | 78.5 | 60.3 | 51.6 | 54.5 | 63.2 | 66.9 | 73.5 | 77.4 | 78.8 | 83.6 | 856 |
| 1981 | 85.7 | 85.8 | 82.1 | 76.1 | 71.5 | 70.1 | 71.3 | 74.8 | 79.9 | 83.1 | 83.9 | 84.4 | 949 |
| 1982 | 86.3 | 71.8 | 58.8 | 54.6 | 51.9 | 51.8 | 48.0 | 55.7 | 65.4 | 74.8 | 78.7 | 75.8 | 773 |
| 1983 | 72.2 | 64.9 | 56.5 | 52.1 | 46.3 | 41.6 | 48.0 | 51.2 | 54.0 | 62.5 | 70.5 | 69.1 | 689 |
| 1984 | 69.6 | 58.7 | 49.6 | 52.1 | 57.2 | 62.5 | 68.4 | 71.2 | 75.3 | 77.3 | 79.0 | 82.0 | 803 |
| 1985 | 83.6 | 73.3 | 72.3 | 77.1 | 75.7 | 74.3 | 75.4 | 75.5 | 80.1 | 83.2 | 85.0 | 84.9 | 940 |
| 1986 | 86.5 | 84.4 | 80.5 | 76.0 | 52.5 | 48.1 | 59.1 | 65.9 | 73.5 | 76.6 | 78.7 | 82.1 | 864 |
| 1987 | 85.1 | 85.6 | 82.2 | 80.0 | 75.7 | 71.9 | 74.3 | 77.7 | 80.8 | 83.4 | 86.4 | 88.5 | 972 |
| 1988 | 83.7 | 84.8 | 80.5 | 73.2 | 74.6 | 75.1 | 78.0 | 79.5 | 82.0 | 85.2 | 87.8 | 87.3 | 971 |
| 1989 | 84.7 | 84.5 | 83.7 | 82.8 | 80.2 | 68.2 | 68.7 | 74.0 | 79.6 | 83.0 | 86.2 | 84.2 | 960 |
| 1990 | 85.2 | 84.9 | 84.5 | 78.8 | 76.4 | 75.7 | 76.0 | 78.0 | 81.0 | 85.2 | 86.9 | 87.1 | 980 |
| | | | | | | | | | | | | | |
| Avg. | 84.0 | 81.6 | 76.3 | 70.9 | 65.9 | 65.0 | 67.2 | 69.8 | 74.7 | 79.2 | 81.6 | 83.4 | 900 |

```
Run Date  4- 1- 99
X2 Position (Roe=64 Chipps=74 Conflu=81)
TRN_RECD = PROSIM99;TRINITY R EIS/EIR EXIST. CONDITIONS;C06A;BDPA;1993 WRBO;L2 R
Equation is +x2_pos   30
Report is in ascending order by year                                    Units are in TAF
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 82.9 | 84.3 | 81.1 | 77.6 | 67.1 | 66.4 | 68.2 | 62.5 | 64.4 | 74.4 | 79.6 | 82.6 | 891 |
| 1923 | 84.6 | 81.6 | 69.2 | 65.1 | 66.9 | 72.5 | 69.8 | 73.8 | 77.2 | 80.2 | 81 | 83.2 | 905 |
| 1924 | 85.9 | 85.3 | 82.1 | 81.2 | 78.5 | 77 | 81 | 82.2 | 85.6 | 86.7 | 88.2 | 89 | 1003 |
| 1925 | 88.8 | 86.8 | 83.6 | 82.8 | 65.5 | 65.3 | 68.2 | 73.2 | 77 | 80.1 | 83.2 | 83.7 | 938 |
| 1926 | 86.1 | 85.9 | 84.6 | 81.1 | 68.9 | 73.3 | 71.2 | 74 | 79.6 | 81.9 | 85.9 | 85.7 | 958 |
| 1927 | 86.7 | 77.6 | 75 | 68.1 | 55.3 | 58.5 | 59 | 65.6 | 73.2 | 77.3 | 80.2 | 84.2 | 861 |
| 1928 | 85.6 | 75.3 | 79 | 72.8 | 68.5 | 56.3 | 63.7 | 70.2 | 76.7 | 78.5 | 79.6 | 82.5 | 889 |
| 1929 | 85.7 | 83.9 | 81.4 | 79.9 | 77.8 | 77.1 | 79.3 | 81 | 80.8 | 83.4 | 86.7 | 87.7 | 985 |
| 1930 | 86.6 | 86.6 | 82.4 | 76.6 | 75.1 | 70.4 | 74.2 | 77.4 | 80.7 | 83.4 | 86.3 | 84.8 | 965 |
| 1931 | 86.4 | 86 | 84.6 | 82 | 79.7 | 80 | 79.8 | 82 | 85.3 | 86.6 | 88.2 | 89.7 | 1010 |
| 1932 | 86.1 | 85.1 | 77.9 | 74.4 | 69.2 | 73.7 | 74.8 | 76.6 | 76.3 | 81.9 | 85.2 | 84.6 | 946 |
| 1933 | 86.3 | 85 | 83.1 | 81.5 | 79.9 | 78.2 | 76.9 | 80.6 | 80.9 | 85.1 | 87.7 | 89.6 | 995 |
| 1934 | 87.7 | 86 | 82.5 | 78.9 | 76 | 75.5 | 76.1 | 81 | 81 | 85.2 | 87.8 | 88.8 | 986 |
| 1935 | 85.8 | 83.7 | 83.9 | 73.2 | 74.6 | 70 | 62.8 | 64.6 | 73.5 | 79 | 80.8 | 83.4 | 915 |
| 1936 | 85.5 | 85.2 | 81.9 | 69.9 | 58 | 61.1 | 66.4 | 72 | 75.9 | 79.8 | 82.5 | 84.3 | 902 |
| 1937 | 86.3 | 85.9 | 81.9 | 81.1 | 66.4 | 60.7 | 65.2 | 70 | 74.3 | 79.3 | 81.5 | 84.2 | 917 |
| 1938 | 86.2 | 77.1 | 62.8 | 63.6 | 52.3 | 46.8 | 51.1 | 53.1 | 58.8 | 71.1 | 76.9 | 76.7 | 777 |
| 1939 | 74.4 | 76 | 75.7 | 74.6 | 75.3 | 76.1 | 76.3 | 78.7 | 81 | 82.6 | 85.1 | 85.2 | 941 |
| 1940 | 84.3 | 83 | 82.2 | 70.4 | 60 | 53.1 | 55.3 | 66.9 | 75.7 | 78.1 | 79.6 | 82.7 | 871 |
| 1941 | 85.7 | 85 | 68.7 | 56.4 | 50.9 | 50.9 | 52.6 | 58 | 66.9 | 75.2 | 79 | 79.7 | 809 |
| 1942 | 77.7 | 76.3 | 62.1 | 55.4 | 49.2 | 59 | 58.8 | 61.2 | 65.9 | 74.9 | 79 | 80.6 | 800 |
| 1943 | 78.5 | 72.9 | 68.1 | 57.1 | 56.6 | 53.1 | 60.7 | 68.3 | 76.1 | 78.3 | 80.2 | 84.1 | 834 |
| 1944 | 85.9 | 84.6 | 83.6 | 80.5 | 70.8 | 69.2 | 75.4 | 78.1 | 78.7 | 81 | 83.3 | 84.3 | 956 |
| 1945 | 86.2 | 83 | 78.1 | 80.2 | 64.5 | 65 | 71.8 | 76.1 | 76.6 | 80 | 81.1 | 83.9 | 927 |
| 1946 | 86 | 79.6 | 62.9 | 59.9 | 65.6 | 67.9 | 73.4 | 74.8 | 77.1 | 80.2 | 81 | 83.2 | 892 |
| 1947 | 85.9 | 84.3 | 81.7 | 81.3 | 77 | 74 | 74.9 | 78.3 | 80.3 | 81.3 | 83.3 | 84 | 966 |
| 1948 | 85.4 | 84.7 | 84.5 | 82.5 | 77.6 | 75.3 | 69.9 | 67.3 | 71.7 | 77.2 | 80 | 81.9 | 938 |
| 1949 | 84.3 | 84.7 | 81.5 | 81.1 | 79.7 | 67.5 | 73.6 | 74.9 | 78.5 | 81.7 | 84.7 | 84.4 | 957 |
| 1950 | 86.3 | 85.9 | 84.9 | 76.9 | 68.8 | 70.3 | 71.3 | 74 | 76.9 | 79.1 | 81.1 | 83.1 | 939 |
| 1951 | 84.5 | 68 | 57.3 | 55.3 | 55.6 | 60.8 | 69 | 72.6 | 77.5 | 78.7 | 79.4 | 82.3 | 841 |
| 1952 | 85.6 | 81.3 | 67.3 | 56.4 | 54.4 | 53.6 | 54.1 | 54.4 | 59.4 | 68.5 | 74.1 | 74.8 | 784 |
| 1953 | 74.9 | 76.8 | 65.8 | 55.4 | 62.6 | 67.3 | 71.7 | 69.9 | 70.4 | 76.4 | 78.8 | 81.7 | 852 |
| 1954 | 82.2 | 76.8 | 77.8 | 68.8 | 60.8 | 59.3 | 60.8 | 67.1 | 75.7 | 78.1 | 79.2 | 82.3 | 869 |
| 1955 | 85.6 | 82.1 | 75.1 | 73.7 | 74.8 | 77.1 | 78.7 | 79.5 | 79.2 | 81.3 | 83.6 | 84 | 955 |
| 1956 | 86.1 | 85 | 62.2 | 50.5 | 51 | 57.8 | 66.2 | 63 | 68.6 | 75.8 | 78.4 | 78.1 | 823 |
| 1957 | 76.4 | 81.6 | 82.9 | 78.7 | 68.5 | 62.6 | 68.9 | 72.5 | 76.3 | 78.3 | 79.5 | 82.3 | 909 |
| 1958 | 78 | 79.5 | 74.6 | 66.8 | 71 | 50 | 50.1 | 56.1 | 60.2 | 72 | 75.5 | 73.6 | 788 |
| 1959 | 74.6 | 77.6 | 79.7 | 67.9 | 61.6 | 67.9 | 75.3 | 77.7 | 80 | 81.1 | 81 | 82.6 | 907 |
| 1960 | 85.7 | 85.6 | 82.1 | 81 | 72.4 | 72.1 | 74.2 | 78.1 | 80.7 | 81.1 | 83 | 83.5 | 960 |
| 1961 | 86 | 84 | 82.2 | 81.9 | 71.8 | 73.1 | 75.5 | 78 | 80.9 | 82.4 | 86 | 85.4 | 967 |
| 1962 | 86 | 85.4 | 82.2 | 82.5 | 65.6 | 65.5 | 72.2 | 74.3 | 78.9 | 80.7 | 81.2 | 83.3 | 938 |
| 1963 | 72 | 78.4 | 72.8 | 76.3 | 61.6 | 63.9 | 55.7 | 62.7 | 72.7 | 77.1 | 79.5 | 80.8 | 854 |
| 1964 | 80 | 70.5 | 78.7 | 71.3 | 74 | 76.3 | 78.7 | 79.5 | 80.8 | 81 | 83.4 | 84.3 | 939 |
| 1965 | 84.7 | 82.8 | 62.4 | 53.1 | 60.8 | 67 | 62 | 66.6 | 74.9 | 77.9 | 79 | 83.7 | 855 |
| 1966 | 86.1 | 74.5 | 77.4 | 69.5 | 69.3 | 70.1 | 74.2 | 75.1 | 79.1 | 80.8 | 81 | 83.1 | 920 |
| 1967 | 85.8 | 80.1 | 68.8 | 61.8 | 59.1 | 56.6 | 56.8 | 56.8 | 59.2 | 66 | 73.2 | 74 | 798 |
| 1968 | 74.3 | 76.8 | 75.3 | 67.9 | 59.7 | 61.8 | 71.4 | 76.7 | 79.6 | 81 | 81 | 83.1 | 889 |
| 1969 | 85.8 | 84 | 75.1 | 56.8 | 49.9 | 52.5 | 54.6 | 55.9 | 61.6 | 71.5 | 76.3 | 74.4 | 799 |
| 1970 | 73.6 | 75 | 63.2 | 49 | 50.9 | 57.7 | 69.7 | 76.4 | 78.8 | 79.1 | 79.9 | 83.1 | 836 |
| 1971 | 85.9 | 75.9 | 62.8 | 60.3 | 65.1 | 61.1 | 67.8 | 67.6 | 71.1 | 76.6 | 78.7 | 80.8 | 854 |
| 1972 | 81.8 | 82.6 | 76.8 | 73.5 | 71.5 | 67.5 | 74 | 77.3 | 79.9 | 81.1 | 80.7 | 82.5 | 929 |
| 1973 | 84.2 | 77.1 | 73.4 | 60.3 | 54.6 | 55.7 | 66.6 | 71.9 | 74.5 | 77.7 | 79.6 | 82.8 | 858 |
| 1974 | 83.9 | 64.8 | 58.3 | 51.2 | 57.3 | 51.7 | 53.7 | 63.9 | 69.3 | 74.8 | 77 | 77 | 783 |
| 1975 | 77.5 | 78.1 | 76.3 | 74.9 | 61.7 | 54.9 | 63.7 | 65 | 67.9 | 75.6 | 77.9 | 78.8 | 852 |
| 1976 | 75.8 | 75.9 | 77.7 | 78.6 | 78.6 | 77.7 | 79 | 80.3 | 81 | 85.1 | 84.6 | 85.2 | 960 |
| 1977 | 86.9 | 86.1 | 85.4 | 83.5 | 80.1 | 79.7 | 81 | 82 | 85.5 | 86.7 | 88.2 | 88.7 | 1014 |
| 1978 | 85.8 | 86.3 | 82.8 | 65 | 60.1 | 55.3 | 57.9 | 64.9 | 73.4 | 77.4 | 80.6 | 79.6 | 869 |
| 1979 | 84.7 | 84 | 84.1 | 72.7 | 63.5 | 62.6 | 70 | 73.8 | 75.1 | 79.5 | 81 | 83.8 | 915 |
| 1980 | 85.6 | 82.2 | 78.7 | 58.6 | 50.4 | 53.8 | 64.5 | 70.5 | 75.6 | 78.1 | 79.9 | 82.1 | 860 |
| 1981 | 83.9 | 84 | 78.9 | 69.6 | 67.7 | 66.2 | 71.7 | 77.2 | 80.6 | 81.2 | 83.1 | 83.7 | 928 |
| 1982 | 86.1 | 72.2 | 59.1 | 54.6 | 51.5 | 51.3 | 48 | 56 | 64.2 | 72.4 | 75.2 | 72.8 | 763 |
| 1983 | 69.5 | 63.3 | 55.7 | 51.5 | 46.1 | 41.5 | 47.9 | 51.1 | 53.5 | 60.7 | 67.6 | 66.7 | 675 |
| 1984 | 69.1 | 58.6 | 49.6 | 52.2 | 57.8 | 61.3 | 69.8 | 76.6 | 77.5 | 78.7 | 79.6 | 83 | 814 |
| 1985 | 84.2 | 70.8 | 71.2 | 77.2 | 74.6 | 73.4 | 77.4 | 76.9 | 80.6 | 81.2 | 83.5 | 84 | 935 |
| 1986 | 86 | 84.6 | 81.9 | 76.9 | 52.3 | 47.9 | 60.9 | 69.5 | 75 | 77.9 | 80.6 | 83.4 | 877 |
| 1987 | 86 | 85.9 | 82.4 | 80.2 | 76.2 | 72.4 | 74.4 | 78.1 | 80.9 | 82.7 | 85.3 | 85.4 | 970 |
| 1988 | 83.8 | 83.6 | 81.4 | 73.8 | 74.8 | 78.2 | 79.5 | 80 | 81 | 85.2 | 87.8 | 87.5 | 977 |
| 1989 | 85.3 | 85 | 84.4 | 83.1 | 80.3 | 67.9 | 70.3 | 74.1 | 79.7 | 81.7 | 84.8 | 83.7 | 960 |
| 1990 | 86.1 | 85.7 | 85.2 | 80.9 | 77.1 | 78.3 | 77.1 | 78.9 | 81 | 84.2 | 87.1 | 87.1 | 989 |
| Avg. | 83.2 | 80.5 | 75.6 | 70.3 | 65.4 | 64.9 | 68.1 | 71.4 | 75.2 | 79 | 81.4 | 82.6 | 898 |

```
Run Date  2-10-  99
X2 Position (Roe=64 Chipps=74 Conflu=81)
TRN_RM2K = PROSIM99;TRINITY R EIS/EIR MAX FLOW #2;C09A;BDPA;1993 WRBO;L2 REFS
Equation is +x2_pos  30
Report is in ascending order by year                              Units are in TAF
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 82.6 | 84.0 | 79.7 | 76.9 | 66.7 | 66.1 | 68.5 | 64.0 | 65.0 | 74.6 | 78.3 | 82.1 | 889 |
| 1923 | 85.1 | 82.6 | 70.9 | 67.3 | 70.9 | 73.6 | 69.6 | 74.0 | 77.2 | 79.5 | 81.2 | 82.4 | 914 |
| 1924 | 85.6 | 85.8 | 82.8 | 81.4 | 78.1 | 76.9 | 81.0 | 82.9 | 85.7 | 86.7 | 88.3 | 89.7 | 1005 |
| 1925 | 88.3 | 86.5 | 82.6 | 82.0 | 64.5 | 65.0 | 67.7 | 74.0 | 77.0 | 81.2 | 83.8 | 84.0 | 936 |
| 1926 | 85.8 | 85.8 | 83.5 | 79.8 | 68.3 | 73.5 | 71.4 | 74.0 | 79.6 | 83.0 | 86.2 | 85.3 | 956 |
| 1927 | 86.6 | 76.7 | 77.2 | 69.5 | 55.6 | 58.8 | 59.2 | 66.4 | 73.8 | 77.5 | 78.5 | 82.1 | 862 |
| 1928 | 85.3 | 81.7 | 80.7 | 74.0 | 71.4 | 58.1 | 64.2 | 70.2 | 76.7 | 78.5 | 80.5 | 84.0 | 905 |
| 1929 | 86.2 | 84.3 | 82.1 | 80.2 | 77.9 | 77.1 | 79.3 | 81.0 | 80.8 | 85.1 | 87.7 | 89.1 | 991 |
| 1930 | 87.1 | 85.5 | 82.0 | 76.1 | 74.8 | 69.5 | 74.2 | 77.4 | 80.7 | 83.4 | 86.1 | 84.3 | 961 |
| 1931 | 86.2 | 86.0 | 84.2 | 81.9 | 79.8 | 80.1 | 79.8 | 81.1 | 85.0 | 86.5 | 88.2 | 89.2 | 1008 |
| 1932 | 85.9 | 85.5 | 77.2 | 74.3 | 69.5 | 73.6 | 74.8 | 76.6 | 76.3 | 81.9 | 83.6 | 84.7 | 944 |
| 1933 | 85.4 | 83.9 | 82.1 | 81.1 | 79.8 | 77.9 | 76.9 | 80.5 | 80.9 | 85.1 | 87.7 | 89.0 | 990 |
| 1934 | 87.2 | 85.8 | 82.0 | 78.8 | 75.7 | 75.4 | 76.0 | 80.8 | 81.0 | 85.2 | 87.8 | 89.6 | 985 |
| 1935 | 86.0 | 84.0 | 83.5 | 73.0 | 74.5 | 69.7 | 62.8 | 64.6 | 73.5 | 79.0 | 80.8 | 83.5 | 915 |
| 1936 | 86.0 | 85.9 | 82.6 | 70.4 | 58.3 | 62.4 | 67.2 | 73.3 | 77.0 | 80.1 | 81.1 | 83.1 | 907 |
| 1937 | 85.9 | 85.9 | 82.2 | 81.4 | 66.6 | 61.1 | 66.0 | 70.0 | 74.3 | 79.3 | 80.8 | 82.9 | 916 |
| 1938 | 85.8 | 77.0 | 64.8 | 65.2 | 53.6 | 47.4 | 51.5 | 53.5 | 59.5 | 72.8 | 78.3 | 79.8 | 789 |
| 1939 | 81.7 | 81.8 | 81.5 | 80.3 | 78.7 | 76.8 | 76.5 | 78.8 | 81.0 | 83.5 | 86.4 | 84.8 | 972 |
| 1940 | 84.6 | 83.1 | 82.3 | 70.9 | 61.2 | 53.5 | 55.3 | 66.9 | 75.7 | 78.1 | 80.0 | 82.9 | 875 |
| 1941 | 85.8 | 85.1 | 69.4 | 57.2 | 51.4 | 51.5 | 53.1 | 59.0 | 68.6 | 75.8 | 80.9 | 82.1 | 820 |
| 1942 | 84.0 | 82.9 | 65.1 | 56.9 | 49.8 | 59.4 | 59.1 | 62.0 | 67.3 | 75.4 | 80.5 | 82.5 | 825 |
| 1943 | 85.1 | 77.9 | 71.1 | 58.7 | 57.4 | 53.5 | 61.4 | 68.3 | 76.1 | 78.3 | 78.9 | 82.2 | 849 |
| 1944 | 85.6 | 85.3 | 82.1 | 80.0 | 72.5 | 71.4 | 75.4 | 78.4 | 78.7 | 82.7 | 84.5 | 84.4 | 961 |
| 1945 | 85.5 | 82.5 | 80.2 | 81.1 | 66.2 | 65.7 | 72.3 | 76.1 | 76.6 | 80.0 | 81.3 | 83.2 | 931 |
| 1946 | 85.9 | 83.5 | 65.3 | 61.3 | 65.6 | 70.4 | 74.6 | 75.2 | 77.1 | 80.2 | 81.5 | 84.2 | 905 |
| 1947 | 86.2 | 84.9 | 82.0 | 81.4 | 77.0 | 74.1 | 75.0 | 78.3 | 81.0 | 83.5 | 86.4 | 85.9 | 976 |
| 1948 | 86.8 | 84.9 | 85.1 | 82.6 | 77.7 | 75.2 | 69.4 | 67.1 | 71.9 | 78.1 | 80.6 | 83.1 | 942 |
| 1949 | 85.9 | 85.8 | 82.1 | 81.3 | 79.5 | 66.7 | 74.0 | 75.0 | 78.5 | 82.7 | 85.5 | 84.6 | 962 |
| 1950 | 85.9 | 85.9 | 84.5 | 76.0 | 68.5 | 70.1 | 71.6 | 74.1 | 76.9 | 80.1 | 81.2 | 83.3 | 938 |
| 1951 | 85.1 | 68.3 | 57.1 | 55.3 | 55.6 | 60.6 | 68.9 | 72.7 | 77.6 | 78.7 | 79.6 | 82.0 | 841 |
| 1952 | 85.3 | 82.7 | 68.3 | 57.0 | 54.8 | 54.4 | 54.7 | 55.1 | 60.4 | 71.3 | 77.2 | 78.7 | 800 |
| 1953 | 82.5 | 81.2 | 67.3 | 56.1 | 63.2 | 67.9 | 72.5 | 70.7 | 71.8 | 76.9 | 78.3 | 81.7 | 870 |
| 1954 | 85.4 | 82.8 | 81.8 | 73.6 | 63.2 | 60.9 | 61.8 | 67.1 | 75.7 | 78.1 | 80.0 | 83.5 | 894 |
| 1955 | 86.0 | 83.4 | 75.4 | 74.0 | 74.8 | 76.7 | 78.9 | 79.4 | 79.2 | 82.9 | 86.2 | 85.5 | 962 |
| 1956 | 86.1 | 84.2 | 61.3 | 50.2 | 50.9 | 57.4 | 66.4 | 63.6 | 69.7 | 76.2 | 78.3 | 82.7 | 827 |
| 1957 | 82.2 | 83.4 | 82.1 | 80.0 | 71.4 | 64.1 | 68.9 | 72.8 | 76.3 | 78.3 | 79.5 | 82.1 | 921 |
| 1958 | 80.2 | 81.5 | 76.3 | 68.2 | 52.4 | 55.7 | 55.1 | 61.5 | 73.3 | 78.3 | 78.8 | 84.0 | 809 |
| 1959 | 83.5 | 83.7 | 83.3 | 70.1 | 62.6 | 67.9 | 75.3 | 77.7 | 80.0 | 81.1 | 81.9 | 83.0 | 930 |
| 1960 | 84.2 | 83.6 | 81.9 | 81.0 | 72.3 | 72.8 | 74.4 | 78.1 | 80.9 | 83.4 | 85.5 | 85.9 | 964 |
| 1961 | 85.6 | 82.6 | 77.5 | 80.0 | 70.9 | 72.7 | 75.5 | 78.5 | 81.0 | 83.5 | 85.4 | 86.0 | 959 |
| 1962 | 84.8 | 84.2 | 79.1 | 81.4 | 65.2 | 65.4 | 72.2 | 74.3 | 78.9 | 80.7 | 81.5 | 83.8 | 932 |
| 1963 | 72.7 | 78.9 | 73.2 | 76.3 | 62.1 | 64.3 | 55.9 | 63.2 | 72.9 | 77.2 | 78.4 | 82.0 | 857 |
| 1964 | 84.6 | 74.6 | 79.0 | 72.5 | 74.4 | 77.3 | 79.0 | 79.6 | 80.8 | 83.4 | 86.4 | 85.1 | 957 |
| 1965 | 85.1 | 82.4 | 62.9 | 53.2 | 60.5 | 66.1 | 61.7 | 66.6 | 74.8 | 77.8 | 78.8 | 83.3 | 853 |
| 1966 | 85.9 | 77.8 | 79.7 | 70.3 | 69.4 | 70.5 | 74.2 | 75.1 | 79.1 | 80.8 | 82.0 | 84.4 | 929 |
| 1967 | 85.2 | 82.4 | 69.9 | 63.3 | 60.1 | 57.5 | 57.6 | 57.6 | 60.3 | 68.9 | 76.3 | 78.6 | 818 |
| 1968 | 82.2 | 82.0 | 81.4 | 70.5 | 61.2 | 62.5 | 71.4 | 76.7 | 79.6 | 81.0 | 81.1 | 83.4 | 913 |
| 1969 | 85.3 | 84.6 | 76.7 | 58.1 | 50.4 | 53.0 | 55.1 | 56.7 | 62.8 | 73.5 | 78.3 | 77.9 | 812 |
| 1970 | 81.0 | 80.6 | 65.6 | 50.0 | 51.4 | 58.1 | 69.7 | 76.0 | 78.6 | 78.6 | 79.1 | 82.0 | 851 |
| 1971 | 85.5 | 80.0 | 65.5 | 61.5 | 65.1 | 63.8 | 68.1 | 68.9 | 72.5 | 77.1 | 78.6 | 81.8 | 868 |
| 1972 | 85.4 | 84.3 | 79.6 | 77.4 | 73.8 | 70.5 | 74.0 | 77.3 | 79.9 | 80.8 | 82.6 | 84.4 | 950 |
| 1973 | 85.9 | 79.4 | 74.0 | 60.8 | 55.0 | 55.9 | 66.8 | 72.8 | 74.7 | 77.8 | 79.4 | 82.1 | 865 |
| 1974 | 85.0 | 67.4 | 59.5 | 51.8 | 58.6 | 52.6 | 54.1 | 65.5 | 71.3 | 76.4 | 79.0 | 80.9 | 802 |
| 1975 | 84.4 | 83.5 | 80.7 | 79.8 | 63.7 | 55.8 | 64.0 | 66.1 | 69.8 | 76.2 | 79.1 | 81.6 | 885 |
| 1976 | 79.4 | 79.5 | 81.2 | 80.2 | 79.2 | 78.3 | 79.0 | 80.8 | 81.0 | 85.2 | 87.8 | 86.6 | 978 |
| 1977 | 85.7 | 85.0 | 84.2 | 83.3 | 80.0 | 80.3 | 81.0 | 82.4 | 85.6 | 86.7 | 88.3 | 88.9 | 1011 |
| 1978 | 86.1 | 86.2 | 82.6 | 65.2 | 60.9 | 55.8 | 58.3 | 66.2 | 73.6 | 77.4 | 79.5 | 82.9 | 875 |
| 1979 | 85.8 | 84.2 | 82.6 | 74.0 | 65.7 | 64.4 | 70.4 | 75.3 | 75.6 | 79.7 | 80.7 | 83.3 | 922 |
| 1980 | 85.9 | 82.4 | 78.2 | 59.8 | 51.2 | 54.6 | 65.4 | 71.0 | 76.3 | 78.3 | 80.1 | 83.5 | 867 |
| 1981 | 85.0 | 85.3 | 82.0 | 74.9 | 71.3 | 68.2 | 74.3 | 78.1 | 81.0 | 83.5 | 85.6 | 84.5 | 953 |
| 1982 | 86.3 | 70.3 | 58.6 | 54.4 | 51.8 | 51.6 | 48.1 | 56.1 | 65.2 | 74.7 | 77.9 | 74.2 | 769 |
| 1983 | 73.4 | 65.2 | 56.8 | 52.0 | 46.4 | 41.7 | 48.1 | 51.6 | 54.0 | 61.7 | 69.1 | 71.1 | 691 |
| 1984 | 73.0 | 60.0 | 50.3 | 52.6 | 58.1 | 62.0 | 69.7 | 76.2 | 77.5 | 78.5 | 79.2 | 82.2 | 819 |
| 1985 | 85.1 | 73.9 | 72.8 | 77.2 | 76.8 | 75.7 | 77.4 | 76.9 | 80.6 | 83.3 | 86.3 | 85.5 | 952 |
| 1986 | 85.5 | 84.4 | 81.8 | 77.1 | 52.5 | 48.0 | 60.8 | 69.6 | 75.0 | 77.9 | 78.8 | 82.1 | 874 |
| 1987 | 85.5 | 85.8 | 82.2 | 80.0 | 75.9 | 72.1 | 74.3 | 78.1 | 81.0 | 83.5 | 86.4 | 88.6 | 973 |
| 1988 | 83.8 | 83.0 | 81.2 | 73.8 | 74.8 | 78.2 | 79.5 | 81.0 | 81.5 | 85.2 | 87.8 | 88.7 | 978 |
| 1989 | 85.4 | 84.7 | 84.2 | 83.1 | 80.3 | 67.6 | 69.9 | 74.1 | 79.7 | 83.0 | 86.1 | 84.2 | 963 |
| 1990 | 86.2 | 86.0 | 85.3 | 80.0 | 76.8 | 77.9 | 77.0 | 79.6 | 81.0 | 84.8 | 87.6 | 87.6 | 990 |
| | | | | | | | | | | | | | |
| Avg. | 84.6 | 81.8 | 76.4 | 71.0 | 66.0 | 65.4 | 68.3 | 71.7 | 75.5 | 79.6 | 82.0 | 83.5 | 906 |

```
Run Date  2-25- 99
X2 Position (Roe=64 Chipps=74 Conflu=81)
TRN_FES9 = PROSIM99;TRINITY R EIS/EIR FLOW EVAL STUDY;C09A;BDPA;1993 WRBO;L2 REF
Equation is +x2_pos  30
Report is in ascending order by year                                    Units are in TAF
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 82.2 | 83.3 | 79.0 | 76.3 | 66.4 | 65.7 | 68.4 | 63.8 | 64.8 | 74.6 | 78.0 | 82.0 | 885 |
| 1923 | 84.6 | 81.5 | 70.4 | 66.8 | 70.7 | 73.5 | 69.6 | 73.6 | 77.2 | 79.0 | 80.8 | 82.3 | 910 |
| 1924 | 84.8 | 84.9 | 81.9 | 81.2 | 78.2 | 76.9 | 81.0 | 82.4 | 85.5 | 86.7 | 88.2 | 89.7 | 1001 |
| 1925 | 88.1 | 86.4 | 82.5 | 82.0 | 64.2 | 65.0 | 67.8 | 73.9 | 77.0 | 80.3 | 83.1 | 83.6 | 934 |
| 1926 | 86.0 | 85.6 | 83.7 | 80.3 | 68.5 | 73.5 | 71.3 | 74.0 | 79.6 | 83.0 | 86.2 | 85.8 | 958 |
| 1927 | 86.8 | 76.8 | 75.9 | 68.5 | 55.6 | 58.9 | 59.2 | 66.2 | 73.7 | 77.5 | 78.5 | 82.1 | 859 |
| 1928 | 85.0 | 77.2 | 78.8 | 73.4 | 71.2 | 58.0 | 64.2 | 70.2 | 76.7 | 78.5 | 79.5 | 82.4 | 895 |
| 1929 | 85.6 | 83.9 | 81.4 | 80.0 | 77.8 | 77.0 | 79.3 | 81.0 | 80.8 | 85.1 | 87.7 | 89.5 | 989 |
| 1930 | 87.3 | 86.5 | 82.4 | 76.4 | 74.9 | 69.7 | 74.2 | 77.4 | 80.7 | 83.4 | 86.0 | 84.3 | 963 |
| 1931 | 86.2 | 86.0 | 83.9 | 81.8 | 79.7 | 80.1 | 79.8 | 81.1 | 84.9 | 86.5 | 88.2 | 89.2 | 1007 |
| 1932 | 86.0 | 85.6 | 77.3 | 73.0 | 68.4 | 72.8 | 74.6 | 76.6 | 76.3 | 81.9 | 85.1 | 84.5 | 942 |
| 1933 | 85.7 | 84.0 | 82.3 | 81.2 | 79.9 | 77.9 | 76.8 | 80.7 | 80.9 | 85.1 | 87.7 | 89.0 | 991 |
| 1934 | 87.4 | 85.9 | 82.2 | 78.7 | 75.7 | 75.4 | 76.0 | 80.7 | 81.0 | 85.2 | 87.8 | 89.6 | 986 |
| 1935 | 86.3 | 84.0 | 83.9 | 73.1 | 74.6 | 69.8 | 62.7 | 64.6 | 73.5 | 79.0 | 80.1 | 82.5 | 914 |
| 1936 | 84.6 | 84.6 | 81.7 | 70.2 | 58.3 | 62.4 | 67.4 | 72.7 | 76.1 | 79.9 | 80.4 | 82.5 | 901 |
| 1937 | 85.7 | 85.3 | 81.8 | 81.1 | 66.7 | 61.3 | 66.3 | 70.0 | 74.3 | 79.3 | 80.3 | 82.5 | 914 |
| 1938 | 85.7 | 76.8 | 65.4 | 65.4 | 53.7 | 47.4 | 51.6 | 53.5 | 59.5 | 72.3 | 77.7 | 79.6 | 789 |
| 1939 | 80.4 | 81.3 | 81.2 | 78.9 | 78.0 | 76.7 | 76.4 | 78.8 | 81.0 | 83.5 | 84.9 | 85.3 | 966 |
| 1940 | 84.5 | 82.9 | 82.3 | 71.2 | 60.8 | 53.4 | 55.3 | 66.9 | 75.7 | 78.1 | 79.5 | 82.6 | 873 |
| 1941 | 85.7 | 84.8 | 68.7 | 57.0 | 51.2 | 51.3 | 52.9 | 58.5 | 68.2 | 75.7 | 79.7 | 81.0 | 815 |
| 1942 | 79.6 | 80.1 | 63.8 | 56.0 | 49.4 | 59.3 | 59.0 | 61.9 | 67.2 | 75.3 | 79.8 | 82.3 | 814 |
| 1943 | 81.5 | 75.5 | 70.0 | 58.0 | 57.0 | 53.3 | 61.3 | 68.3 | 76.1 | 78.3 | 78.9 | 82.2 | 840 |
| 1944 | 85.3 | 84.6 | 81.9 | 79.9 | 72.3 | 71.3 | 75.4 | 78.5 | 78.7 | 82.4 | 84.4 | 84.4 | 959 |
| 1945 | 85.8 | 81.8 | 80.0 | 81.0 | 66.0 | 65.6 | 72.2 | 76.1 | 76.6 | 79.2 | 81.0 | 82.8 | 928 |
| 1946 | 85.8 | 82.8 | 65.1 | 61.2 | 65.6 | 69.9 | 74.1 | 75.0 | 77.1 | 80.2 | 81.1 | 83.1 | 901 |
| 1947 | 85.8 | 84.2 | 81.8 | 81.4 | 76.9 | 74.0 | 75.0 | 78.3 | 81.0 | 83.5 | 86.4 | 87.0 | 975 |
| 1948 | 86.6 | 85.6 | 85.4 | 82.8 | 77.7 | 75.2 | 70.1 | 67.8 | 72.2 | 77.3 | 80.2 | 83.0 | 944 |
| 1949 | 85.3 | 84.7 | 81.6 | 81.1 | 79.5 | 66.9 | 74.0 | 75.0 | 78.5 | 82.7 | 85.5 | 85.0 | 960 |
| 1950 | 86.5 | 85.6 | 84.7 | 76.3 | 68.5 | 70.1 | 71.2 | 74.0 | 76.9 | 79.4 | 81.2 | 83.2 | 938 |
| 1951 | 84.5 | 69.0 | 57.1 | 55.3 | 55.7 | 61.0 | 68.8 | 72.5 | 77.5 | 78.7 | 79.3 | 81.9 | 841 |
| 1952 | 85.5 | 82.5 | 68.3 | 57.0 | 54.8 | 54.3 | 54.7 | 55.1 | 60.4 | 69.7 | 76.1 | 78.1 | 796 |
| 1953 | 78.2 | 78.1 | 66.2 | 55.5 | 63.0 | 67.9 | 71.9 | 70.3 | 71.7 | 76.8 | 78.4 | 81.8 | 860 |
| 1954 | 83.7 | 80.6 | 81.3 | 71.3 | 62.2 | 60.2 | 61.1 | 67.1 | 75.7 | 78.1 | 79.3 | 82.3 | 883 |
| 1955 | 85.6 | 82.6 | 74.8 | 73.5 | 74.7 | 76.9 | 78.9 | 79.5 | 79.2 | 82.9 | 86.2 | 85.4 | 960 |
| 1956 | 86.6 | 85.2 | 62.3 | 50.5 | 51.0 | 57.7 | 66.2 | 63.5 | 69.7 | 76.2 | 79.0 | 80.4 | 828 |
| 1957 | 77.9 | 82.0 | 82.2 | 80.1 | 70.6 | 63.7 | 68.9 | 72.9 | 76.3 | 78.3 | 79.2 | 81.9 | 914 |
| 1958 | 78.5 | 81.1 | 75.7 | 67.4 | 51.9 | 50.3 | 56.6 | 61.3 | 73.0 | 76.9 | 76.2 | 79.9 | 799 |
| 1959 | 79.0 | 82.5 | 82.8 | 69.0 | 62.2 | 67.9 | 75.3 | 77.7 | 80.0 | 81.1 | 81.1 | 82.5 | 921 |
| 1960 | 84.8 | 84.8 | 81.8 | 81.0 | 72.0 | 72.7 | 74.4 | 78.1 | 80.9 | 83.4 | 85.8 | 85.7 | 966 |
| 1961 | 86.5 | 83.9 | 82.1 | 81.6 | 71.6 | 72.8 | 75.5 | 78.5 | 81.0 | 83.5 | 86.1 | 86.1 | 969 |
| 1962 | 85.4 | 85.5 | 82.4 | 82.5 | 65.6 | 65.5 | 72.2 | 74.3 | 78.9 | 80.7 | 80.9 | 82.9 | 937 |
| 1963 | 72.3 | 78.1 | 72.4 | 76.0 | 62.2 | 64.2 | 55.8 | 63.1 | 72.9 | 77.1 | 78.4 | 82.0 | 854 |
| 1964 | 83.5 | 73.5 | 79.1 | 72.3 | 74.3 | 77.3 | 79.0 | 79.3 | 80.8 | 83.4 | 85.2 | 85.6 | 953 |
| 1965 | 84.7 | 82.2 | 62.8 | 53.1 | 60.5 | 66.4 | 61.7 | 66.6 | 74.8 | 77.8 | 78.8 | 83.3 | 853 |
| 1966 | 85.9 | 75.6 | 77.1 | 69.3 | 69.1 | 70.4 | 74.2 | 75.1 | 79.1 | 80.8 | 81.1 | 83.1 | 921 |
| 1967 | 85.4 | 82.3 | 69.4 | 62.8 | 60.0 | 57.4 | 57.3 | 57.4 | 60.2 | 68.1 | 75.6 | 78.4 | 814 |
| 1968 | 79.6 | 81.0 | 78.1 | 69.0 | 60.2 | 62.1 | 71.4 | 76.7 | 79.6 | 81.0 | 80.9 | 82.7 | 902 |
| 1969 | 84.9 | 83.8 | 77.1 | 57.9 | 50.3 | 53.0 | 55.0 | 56.5 | 62.7 | 73.1 | 77.7 | 77.3 | 809 |
| 1970 | 77.3 | 77.4 | 63.9 | 49.3 | 51.1 | 58.0 | 69.7 | 76.0 | 78.6 | 78.5 | 79.1 | 82.0 | 841 |
| 1971 | 85.5 | 77.1 | 63.5 | 60.9 | 65.1 | 63.3 | 68.1 | 68.4 | 72.3 | 77.0 | 78.5 | 81.8 | 861 |
| 1972 | 84.5 | 83.9 | 78.0 | 75.2 | 73.0 | 69.1 | 74.0 | 77.3 | 79.9 | 80.5 | 81.5 | 83.1 | 940 |
| 1973 | 84.2 | 78.5 | 73.9 | 60.5 | 54.8 | 55.8 | 66.8 | 72.8 | 74.7 | 77.8 | 79.0 | 81.8 | 860 |
| 1974 | 83.2 | 66.4 | 58.8 | 51.4 | 58.4 | 52.2 | 53.9 | 65.2 | 71.2 | 75.7 | 78.1 | 79.3 | 794 |
| 1975 | 81.9 | 82.7 | 80.1 | 78.5 | 62.9 | 55.4 | 63.9 | 65.8 | 69.7 | 76.1 | 78.6 | 80.2 | 876 |
| 1976 | 76.3 | 78.0 | 80.7 | 80.6 | 79.4 | 77.7 | 79.0 | 80.7 | 81.0 | 83.2 | 86.3 | 85.6 | 969 |
| 1977 | 86.3 | 85.4 | 84.3 | 83.1 | 79.9 | 79.6 | 81.0 | 82.6 | 85.7 | 86.7 | 88.3 | 89.0 | 1012 |
| 1978 | 86.1 | 86.3 | 82.6 | 65.0 | 59.3 | 55.3 | 58.2 | 65.9 | 73.6 | 77.4 | 79.0 | 82.8 | 871 |
| 1979 | 85.7 | 84.3 | 81.8 | 74.4 | 65.9 | 64.5 | 70.4 | 74.6 | 75.3 | 79.6 | 80.4 | 82.2 | 919 |
| 1980 | 85.4 | 81.7 | 77.7 | 59.6 | 51.1 | 54.6 | 65.5 | 70.9 | 76.0 | 78.2 | 79.7 | 83.4 | 864 |
| 1981 | 86.0 | 85.8 | 82.2 | 74.2 | 71.1 | 68.2 | 74.3 | 78.1 | 81.0 | 83.5 | 84.3 | 84.1 | 953 |
| 1982 | 86.2 | 70.3 | 58.4 | 54.3 | 51.5 | 51.4 | 48.0 | 56.2 | 65.2 | 74.1 | 76.9 | 73.9 | 766 |
| 1983 | 72.4 | 64.8 | 56.3 | 51.6 | 46.1 | 41.5 | 47.9 | 51.3 | 53.7 | 61.3 | 68.3 | 67.9 | 683 |
| 1984 | 70.3 | 58.9 | 49.7 | 52.3 | 58.0 | 61.8 | 69.7 | 76.2 | 77.5 | 78.5 | 79.2 | 82.2 | 814 |
| 1985 | 83.7 | 73.1 | 72.3 | 77.1 | 76.7 | 75.4 | 77.4 | 76.9 | 80.6 | 83.3 | 85.5 | 85.1 | 947 |
| 1986 | 85.3 | 84.0 | 81.6 | 77.0 | 52.4 | 48.0 | 60.9 | 69.6 | 75.0 | 77.9 | 78.8 | 82.1 | 873 |
| 1987 | 85.5 | 85.8 | 82.2 | 80.0 | 75.9 | 72.1 | 74.3 | 78.1 | 81.0 | 83.5 | 86.3 | 88.5 | 973 |
| 1988 | 84.4 | 85.4 | 81.9 | 73.9 | 74.8 | 78.2 | 79.5 | 81.0 | 81.0 | 84.3 | 87.5 | 88.1 | 980 |
| 1989 | 86.0 | 85.0 | 84.3 | 83.1 | 80.3 | 67.6 | 70.1 | 74.1 | 79.7 | 83.0 | 85.8 | 84.2 | 963 |
| 1990 | 86.2 | 86.0 | 85.3 | 80.0 | 76.8 | 77.9 | 77.0 | 78.4 | 81.0 | 82.7 | 86.0 | 86.5 | 984 |
| | | | | | | | | | | | | | |
| Avg. | 83.9 | 81.3 | 76.1 | 70.7 | 65.9 | 65.2 | 68.3 | 71.6 | 75.5 | 79.4 | 81.6 | 83.1 | 903 |

```
Run Date 12-21- 98
X2 Position (Roe=64 Chipps=74 Conflu=81)
TRN_RPIA = PROSIM99;TRINITY R EIS/EIR % INFLOW ALT;C09A;BDPA;1993 WRBO;L2 REFS
Equation is +x2_pos  30
Report is in ascending order by year                              Units are in TAF
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 82.2 | 83.3 | 79.0 | 76.3 | 66.4 | 65.7 | 68.4 | 63.8 | 64.8 | 74.6 | 78.0 | 82.0 | 885 |
| 1923 | 84.9 | 81.6 | 70.5 | 66.8 | 70.7 | 73.5 | 69.6 | 73.6 | 77.2 | 79.0 | 80.8 | 82.3 | 911 |
| 1924 | 84.6 | 84.8 | 81.9 | 81.1 | 78.2 | 76.9 | 81.0 | 82.2 | 85.4 | 86.6 | 88.2 | 89.7 | 1001 |
| 1925 | 88.2 | 86.4 | 82.5 | 82.0 | 64.5 | 65.0 | 67.5 | 73.5 | 77.0 | 80.1 | 83.0 | 83.7 | 933 |
| 1926 | 86.1 | 85.8 | 83.8 | 80.0 | 68.4 | 73.4 | 71.0 | 74.0 | 79.6 | 83.0 | 86.2 | 85.9 | 957 |
| 1927 | 86.8 | 76.8 | 73.5 | 67.6 | 55.3 | 58.8 | 59.2 | 66.2 | 73.7 | 77.5 | 78.5 | 82.1 | 856 |
| 1928 | 85.2 | 77.2 | 78.8 | 73.4 | 71.2 | 58.0 | 64.2 | 70.2 | 76.7 | 78.5 | 79.5 | 82.4 | 895 |
| 1929 | 85.6 | 83.9 | 81.4 | 80.0 | 77.8 | 77.0 | 79.3 | 80.9 | 80.8 | 85.1 | 87.5 | 89.5 | 989 |
| 1930 | 87.5 | 86.1 | 82.2 | 76.3 | 74.9 | 69.7 | 74.2 | 77.4 | 80.7 | 83.4 | 85.9 | 84.2 | 962 |
| 1931 | 85.9 | 85.9 | 83.8 | 81.8 | 79.7 | 80.1 | 79.8 | 81.1 | 85.0 | 86.5 | 88.2 | 89.2 | 1007 |
| 1932 | 86.0 | 85.6 | 77.3 | 73.1 | 68.9 | 73.5 | 74.8 | 76.6 | 76.3 | 81.9 | 85.7 | 85.3 | 945 |
| 1933 | 86.0 | 84.5 | 82.7 | 81.3 | 79.9 | 77.8 | 76.8 | 80.7 | 80.9 | 85.1 | 87.7 | 89.4 | 993 |
| 1934 | 87.9 | 86.2 | 82.3 | 78.8 | 75.3 | 75.3 | 76.0 | 81.0 | 81.0 | 85.2 | 87.8 | 89.6 | 986 |
| 1935 | 86.6 | 83.8 | 83.6 | 72.9 | 74.5 | 69.8 | 62.6 | 64.6 | 73.5 | 79.0 | 80.1 | 82.5 | 914 |
| 1936 | 84.6 | 84.6 | 81.7 | 69.9 | 58.1 | 62.4 | 67.4 | 72.7 | 76.1 | 79.4 | 80.5 | 82.5 | 900 |
| 1937 | 85.7 | 85.3 | 81.8 | 81.1 | 66.7 | 61.1 | 66.2 | 70.0 | 74.3 | 79.3 | 80.3 | 82.5 | 914 |
| 1938 | 85.7 | 76.8 | 65.5 | 65.4 | 53.7 | 47.4 | 51.5 | 53.5 | 59.5 | 72.3 | 77.7 | 79.6 | 788 |
| 1939 | 78.6 | 80.8 | 81.0 | 78.7 | 77.9 | 76.6 | 76.4 | 78.8 | 81.0 | 83.5 | 86.4 | 85.5 | 965 |
| 1940 | 84.9 | 83.5 | 82.9 | 70.2 | 59.7 | 53.0 | 55.2 | 66.9 | 75.7 | 78.1 | 79.5 | 82.6 | 872 |
| 1941 | 85.7 | 84.8 | 68.7 | 56.9 | 51.2 | 51.3 | 53.1 | 58.8 | 67.7 | 75.5 | 79.6 | 80.4 | 814 |
| 1942 | 79.2 | 80.4 | 63.8 | 56.1 | 49.6 | 59.3 | 59.0 | 61.9 | 66.9 | 75.2 | 79.5 | 81.4 | 812 |
| 1943 | 80.4 | 75.2 | 70.1 | 58.1 | 57.1 | 53.4 | 61.3 | 68.3 | 76.1 | 78.3 | 78.9 | 82.2 | 839 |
| 1944 | 85.5 | 84.6 | 81.9 | 79.9 | 72.3 | 71.3 | 75.4 | 78.5 | 78.7 | 81.1 | 84.4 | 84.0 | 958 |
| 1945 | 86.2 | 82.7 | 78.4 | 80.3 | 65.2 | 65.4 | 72.1 | 76.1 | 76.6 | 79.7 | 80.8 | 82.7 | 926 |
| 1946 | 85.7 | 80.1 | 64.2 | 60.9 | 65.6 | 69.9 | 74.1 | 75.0 | 77.1 | 79.5 | 81.1 | 82.9 | 896 |
| 1947 | 85.8 | 84.2 | 81.8 | 81.4 | 76.9 | 74.0 | 75.0 | 78.3 | 81.0 | 83.5 | 86.4 | 86.9 | 975 |
| 1948 | 87.1 | 85.7 | 85.1 | 82.6 | 77.7 | 75.2 | 68.5 | 67.1 | 71.9 | 77.2 | 80.2 | 83.0 | 941 |
| 1949 | 85.3 | 84.6 | 81.5 | 81.1 | 79.5 | 67.0 | 74.0 | 75.0 | 78.5 | 81.8 | 85.1 | 84.8 | 958 |
| 1950 | 86.4 | 85.8 | 84.7 | 76.9 | 68.8 | 70.2 | 71.2 | 74.0 | 76.9 | 78.8 | 80.9 | 83.0 | 938 |
| 1951 | 84.4 | 68.8 | 57.4 | 55.4 | 55.8 | 61.0 | 68.8 | 72.5 | 77.5 | 78.3 | 79.3 | 81.9 | 841 |
| 1952 | 85.3 | 80.6 | 67.6 | 56.8 | 54.7 | 54.3 | 54.7 | 55.1 | 60.2 | 69.7 | 75.4 | 77.1 | 791 |
| 1953 | 77.6 | 77.9 | 66.2 | 55.5 | 63.0 | 67.9 | 72.4 | 70.4 | 71.7 | 76.8 | 78.5 | 82.0 | 860 |
| 1954 | 83.4 | 78.6 | 80.8 | 71.4 | 62.4 | 60.4 | 61.4 | 67.1 | 75.7 | 78.1 | 79.3 | 82.3 | 881 |
| 1955 | 85.6 | 81.2 | 74.3 | 73.4 | 74.6 | 76.9 | 78.9 | 79.5 | 79.2 | 82.8 | 86.0 | 85.5 | 958 |
| 1956 | 85.9 | 84.9 | 62.2 | 50.5 | 51.0 | 57.8 | 66.5 | 63.6 | 69.7 | 76.2 | 78.9 | 79.8 | 827 |
| 1957 | 77.0 | 81.9 | 81.6 | 79.9 | 71.2 | 64.2 | 68.9 | 73.6 | 76.3 | 78.2 | 79.3 | 81.9 | 914 |
| 1958 | 78.8 | 80.2 | 74.9 | 67.1 | 51.9 | 67.0 | 74.0 | 75.0 | 78.5 | 81.8 | 85.1 | 84.8 | 796 |
| 1959 | 78.6 | 82.3 | 82.7 | 69.3 | 62.4 | 67.9 | 75.3 | 77.7 | 80.0 | 81.1 | 81.1 | 82.5 | 921 |
| 1960 | 84.8 | 84.8 | 81.8 | 81.0 | 72.2 | 72.1 | 74.2 | 78.1 | 80.9 | 82.5 | 86.0 | 85.6 | 964 |
| 1961 | 86.7 | 83.4 | 82.0 | 81.7 | 71.8 | 72.9 | 75.5 | 78.4 | 81.0 | 83.5 | 86.0 | 86.2 | 969 |
| 1962 | 86.2 | 85.3 | 82.2 | 82.5 | 65.9 | 65.6 | 72.2 | 74.3 | 78.9 | 80.7 | 81.0 | 83.1 | 938 |
| 1963 | 72.3 | 78.1 | 72.4 | 76.0 | 62.0 | 64.2 | 55.8 | 63.1 | 72.9 | 77.2 | 78.4 | 82.0 | 854 |
| 1964 | 82.0 | 72.5 | 79.1 | 72.5 | 74.3 | 77.4 | 79.0 | 79.2 | 80.8 | 83.4 | 86.4 | 85.5 | 952 |
| 1965 | 84.9 | 82.4 | 62.1 | 53.0 | 60.6 | 66.4 | 61.7 | 66.6 | 74.8 | 77.8 | 78.8 | 83.2 | 853 |
| 1966 | 85.9 | 75.6 | 77.1 | 69.3 | 69.1 | 70.4 | 74.2 | 75.1 | 79.1 | 80.8 | 81.3 | 83.2 | 921 |
| 1967 | 85.5 | 81.9 | 69.3 | 62.8 | 59.7 | 57.2 | 57.2 | 57.4 | 60.2 | 68.1 | 75.6 | 77.7 | 813 |
| 1968 | 78.8 | 80.8 | 78.3 | 69.3 | 60.5 | 62.4 | 71.4 | 76.7 | 79.6 | 80.9 | 80.9 | 82.5 | 902 |
| 1969 | 84.6 | 83.7 | 74.9 | 57.3 | 50.1 | 52.9 | 55.0 | 56.5 | 62.8 | 72.9 | 77.5 | 76.7 | 805 |
| 1970 | 76.9 | 77.0 | 63.8 | 49.2 | 51.1 | 58.0 | 69.7 | 76.0 | 78.6 | 78.5 | 79.1 | 82.0 | 840 |
| 1971 | 85.5 | 75.5 | 63.0 | 60.7 | 65.1 | 63.3 | 68.1 | 68.5 | 72.3 | 77.0 | 78.6 | 81.8 | 859 |
| 1972 | 83.9 | 83.8 | 78.3 | 76.0 | 73.3 | 69.6 | 74.0 | 77.3 | 79.9 | 80.1 | 81.2 | 82.9 | 940 |
| 1973 | 84.3 | 76.4 | 72.8 | 60.2 | 54.8 | 56.0 | 66.2 | 72.8 | 74.7 | 77.5 | 79.0 | 81.8 | 857 |
| 1974 | 83.4 | 66.3 | 58.8 | 51.4 | 58.4 | 52.4 | 54.0 | 65.2 | 70.7 | 75.6 | 78.1 | 77.6 | 792 |
| 1975 | 81.1 | 82.5 | 80.3 | 78.4 | 62.8 | 55.5 | 63.9 | 65.8 | 69.7 | 76.2 | 78.5 | 78.9 | 874 |
| 1976 | 75.7 | 77.9 | 80.8 | 80.8 | 79.4 | 77.8 | 79.0 | 80.4 | 81.0 | 83.1 | 85.9 | 85.9 | 968 |
| 1977 | 87.5 | 86.7 | 86.2 | 83.8 | 80.1 | 79.7 | 81.0 | 82.7 | 85.7 | 86.7 | 88.3 | 89.0 | 1017 |
| 1978 | 86.1 | 85.8 | 82.4 | 64.6 | 59.2 | 55.2 | 58.1 | 65.9 | 73.6 | 77.4 | 79.0 | 82.8 | 870 |
| 1979 | 85.7 | 84.3 | 81.8 | 74.4 | 65.8 | 64.3 | 70.4 | 74.6 | 75.3 | 79.1 | 80.4 | 82.3 | 918 |
| 1980 | 85.0 | 81.6 | 77.7 | 59.7 | 51.2 | 54.6 | 65.5 | 70.9 | 76.0 | 78.2 | 79.7 | 83.4 | 864 |
| 1981 | 86.0 | 85.8 | 82.2 | 73.9 | 71.0 | 68.2 | 74.3 | 78.1 | 81.0 | 82.9 | 84.6 | 84.0 | 952 |
| 1982 | 86.2 | 70.9 | 58.7 | 54.4 | 51.5 | 51.5 | 48.1 | 56.2 | 65.2 | 74.1 | 76.9 | 73.9 | 768 |
| 1983 | 71.4 | 64.5 | 56.2 | 51.9 | 46.3 | 41.6 | 48.0 | 51.3 | 53.7 | 61.3 | 68.3 | 67.7 | 682 |
| 1984 | 70.1 | 58.9 | 49.7 | 52.4 | 58.0 | 62.0 | 69.7 | 76.2 | 77.5 | 78.5 | 79.2 | 82.2 | 815 |
| 1985 | 84.0 | 73.1 | 72.1 | 77.0 | 76.7 | 75.4 | 77.4 | 76.9 | 80.6 | 82.7 | 86.1 | 85.1 | 947 |
| 1986 | 86.2 | 84.7 | 81.8 | 75.1 | 51.8 | 47.8 | 60.9 | 69.6 | 75.0 | 77.9 | 78.8 | 82.1 | 872 |
| 1987 | 85.5 | 85.8 | 82.2 | 80.0 | 75.9 | 72.1 | 74.3 | 78.1 | 81.0 | 83.5 | 86.4 | 88.2 | 973 |
| 1988 | 84.2 | 84.1 | 81.5 | 73.6 | 74.7 | 78.2 | 79.5 | 81.0 | 81.0 | 85.2 | 87.8 | 88.7 | 979 |
| 1989 | 86.2 | 85.1 | 84.3 | 83.1 | 80.3 | 67.3 | 70.1 | 74.1 | 78.9 | 81.9 | 84.4 | 84.2 | 960 |
| 1990 | 86.2 | 85.9 | 85.3 | 80.2 | 76.9 | 77.9 | 77.0 | 78.7 | 81.0 | 84.3 | 87.2 | 88.0 | 989 |
| Avg. | 83.8 | 81.0 | 76.0 | 70.7 | 65.8 | 65.3 | 68.2 | 71.6 | 75.4 | 79.3 | 81.6 | 83.0 | 902 |

```
Run Date  1- 4- 99
X2 Position (Roe=64 Chipps=74 Conflu=81)
TRN_RSP6 = PROSIM99;TRINITY R EIS/EIR STATE PERMIT ALT;C09A;BDPA;1993 WRBO;L2 RE
Equation is +x2_pos   30
Report is in ascending order by year                              Units are in TAF
```

| Year | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1922 | 82.2 | 83.3 | 79.0 | 76.3 | 66.4 | 65.7 | 68.4 | 63.7 | 64.8 | 74.5 | 78.1 | 82.0 | 884 |
| 1923 | 84.6 | 81.5 | 70.4 | 66.8 | 70.7 | 73.5 | 69.6 | 73.6 | 77.2 | 79.0 | 80.8 | 82.3 | 910 |
| 1924 | 84.7 | 84.8 | 81.9 | 81.2 | 78.2 | 76.9 | 81.0 | 82.3 | 85.5 | 86.6 | 88.2 | 89.7 | 1001 |
| 1925 | 88.5 | 86.5 | 82.6 | 82.0 | 64.5 | 65.0 | 67.0 | 73.2 | 77.0 | 80.2 | 83.0 | 83.1 | 933 |
| 1926 | 85.9 | 85.6 | 83.7 | 80.0 | 68.4 | 73.4 | 70.9 | 74.0 | 79.6 | 83.0 | 86.2 | 85.5 | 956 |
| 1927 | 86.7 | 76.7 | 74.7 | 67.9 | 55.2 | 58.8 | 59.2 | 66.0 | 73.6 | 77.4 | 78.5 | 82.1 | 857 |
| 1928 | 83.4 | 75.7 | 77.8 | 72.9 | 70.9 | 57.6 | 64.1 | 70.2 | 76.7 | 78.5 | 79.6 | 82.4 | 890 |
| 1929 | 85.6 | 83.9 | 81.4 | 80.0 | 77.8 | 77.0 | 79.3 | 81.0 | 80.8 | 83.8 | 87.3 | 89.4 | 987 |
| 1930 | 88.4 | 86.8 | 82.4 | 76.3 | 74.8 | 69.9 | 74.2 | 77.4 | 80.7 | 83.4 | 86.2 | 84.4 | 965 |
| 1931 | 86.3 | 86.0 | 84.2 | 81.9 | 79.7 | 80.1 | 79.8 | 81.6 | 85.1 | 86.5 | 88.2 | 89.5 | 1009 |
| 1932 | 86.4 | 85.8 | 77.3 | 74.3 | 69.4 | 73.7 | 74.8 | 76.6 | 76.3 | 81.9 | 85.3 | 85.1 | 947 |
| 1933 | 86.5 | 85.4 | 83.1 | 81.4 | 79.9 | 77.9 | 76.8 | 80.8 | 80.9 | 85.1 | 87.7 | 89.6 | 995 |
| 1934 | 87.7 | 86.1 | 82.4 | 78.9 | 76.2 | 75.6 | 76.1 | 80.9 | 81.0 | 85.2 | 87.8 | 89.0 | 987 |
| 1935 | 86.4 | 83.8 | 83.7 | 73.0 | 74.5 | 69.8 | 62.6 | 64.6 | 73.5 | 79.0 | 80.1 | 82.4 | 914 |
| 1936 | 84.6 | 84.6 | 81.7 | 69.9 | 58.1 | 62.4 | 67.4 | 72.7 | 76.1 | 79.2 | 80.5 | 82.5 | 900 |
| 1937 | 85.7 | 85.3 | 81.8 | 81.1 | 66.7 | 61.2 | 66.2 | 70.0 | 74.3 | 79.3 | 80.3 | 82.5 | 914 |
| 1938 | 85.7 | 76.8 | 64.7 | 65.1 | 53.7 | 47.4 | 51.4 | 53.2 | 58.8 | 71.9 | 77.3 | 78.4 | 784 |
| 1939 | 77.5 | 80.3 | 80.3 | 76.9 | 77.0 | 76.4 | 76.3 | 78.7 | 81.0 | 83.5 | 86.4 | 85.2 | 960 |
| 1940 | 85.8 | 84.5 | 83.2 | 71.1 | 59.8 | 53.0 | 55.2 | 66.9 | 75.7 | 78.1 | 79.5 | 82.6 | 875 |
| 1941 | 85.7 | 84.5 | 68.0 | 56.5 | 50.9 | 51.0 | 52.7 | 58.2 | 67.2 | 75.3 | 79.5 | 80.3 | 810 |
| 1942 | 79.2 | 80.0 | 63.6 | 55.9 | 49.4 | 59.3 | 59.0 | 61.3 | 65.8 | 74.9 | 79.4 | 81.4 | 809 |
| 1943 | 80.5 | 75.1 | 69.9 | 57.9 | 56.9 | 53.3 | 61.2 | 68.3 | 76.1 | 78.3 | 78.9 | 82.2 | 838 |
| 1944 | 84.9 | 84.3 | 81.8 | 79.9 | 72.3 | 71.3 | 75.4 | 78.3 | 78.7 | 81.3 | 84.2 | 84.1 | 957 |
| 1945 | 86.2 | 81.9 | 77.9 | 80.1 | 65.1 | 65.4 | 72.2 | 76.1 | 76.6 | 80.0 | 80.8 | 82.7 | 925 |
| 1946 | 85.5 | 78.4 | 63.5 | 60.7 | 65.6 | 69.9 | 74.1 | 75.0 | 77.1 | 78.9 | 80.8 | 82.5 | 892 |
| 1947 | 85.7 | 84.0 | 81.7 | 81.4 | 76.9 | 74.0 | 75.0 | 78.3 | 81.0 | 83.5 | 86.4 | 85.9 | 974 |
| 1948 | 86.8 | 85.5 | 85.2 | 82.5 | 77.6 | 75.1 | 68.4 | 66.6 | 71.8 | 77.2 | 80.2 | 83.0 | 940 |
| 1949 | 86.3 | 84.6 | 81.5 | 81.1 | 79.5 | 66.9 | 74.0 | 75.0 | 78.5 | 81.9 | 85.2 | 85.9 | 945 |
| 1950 | 86.5 | 85.8 | 84.8 | 76.7 | 68.7 | 70.1 | 71.2 | 74.0 | 76.9 | 79.4 | 81.2 | 83.3 | 939 |
| 1951 | 83.7 | 67.3 | 56.6 | 54.9 | 55.1 | 60.8 | 68.7 | 71.9 | 77.3 | 78.2 | 79.3 | 81.9 | 836 |
| 1952 | 84.9 | 80.4 | 67.2 | 56.6 | 54.5 | 54.0 | 54.3 | 54.6 | 59.6 | 69.5 | 75.4 | 77.1 | 788 |
| 1953 | 77.7 | 78.0 | 66.1 | 55.4 | 63.0 | 67.9 | 71.5 | 69.6 | 70.4 | 76.4 | 78.8 | 81.9 | 857 |
| 1954 | 82.5 | 78.3 | 80.7 | 70.8 | 62.0 | 60.1 | 61.0 | 67.1 | 75.7 | 78.1 | 79.3 | 82.3 | 878 |
| 1955 | 85.4 | 81.1 | 74.3 | 73.4 | 74.6 | 76.9 | 78.9 | 79.5 | 79.2 | 82.3 | 85.2 | 84.4 | 955 |
| 1956 | 86.3 | 85.0 | 62.0 | 50.4 | 51.0 | 57.8 | 65.8 | 62.8 | 68.6 | 75.8 | 78.6 | 79.2 | 823 |
| 1957 | 76.8 | 81.7 | 82.9 | 80.4 | 70.0 | 63.5 | 68.9 | 72.6 | 76.3 | 78.2 | 79.3 | 81.9 | 913 |
| 1958 | 76.8 | 79.1 | 74.3 | 66.8 | 51.7 | 50.3 | 56.8 | 54.1 | 60.5 | 72.5 | 76.8 | 75.5 | 791 |
| 1959 | 78.6 | 82.0 | 82.6 | 69.1 | 62.0 | 67.9 | 75.3 | 77.7 | 80.0 | 81.1 | 81.1 | 82.5 | 920 |
| 1960 | 84.8 | 84.8 | 81.8 | 81.0 | 72.2 | 72.0 | 74.2 | 78.0 | 80.9 | 82.2 | 85.2 | 85.3 | 962 |
| 1961 | 86.6 | 83.3 | 79.0 | 80.5 | 71.1 | 72.6 | 75.5 | 78.4 | 81.0 | 83.5 | 86.4 | 85.9 | 964 |
| 1962 | 86.3 | 85.4 | 81.6 | 82.0 | 65.4 | 65.5 | 72.2 | 74.3 | 78.9 | 80.7 | 80.9 | 82.9 | 936 |
| 1963 | 71.1 | 77.7 | 72.3 | 75.9 | 61.9 | 64.1 | 55.7 | 62.2 | 72.9 | 77.2 | 78.3 | 82.0 | 852 |
| 1964 | 80.5 | 72.0 | 78.9 | 71.9 | 74.2 | 76.4 | 78.6 | 79.1 | 80.8 | 82.2 | 85.2 | 85.8 | 946 |
| 1965 | 85.8 | 82.6 | 62.4 | 53.0 | 60.3 | 66.3 | 61.7 | 66.6 | 74.8 | 77.8 | 78.8 | 83.2 | 853 |
| 1966 | 85.9 | 74.0 | 76.0 | 68.8 | 68.9 | 69.9 | 74.2 | 75.1 | 79.1 | 80.8 | 81.1 | 83.1 | 917 |
| 1967 | 85.5 | 79.6 | 68.5 | 62.5 | 59.2 | 56.9 | 57.1 | 57.0 | 59.4 | 67.4 | 74.9 | 76.4 | 804 |
| 1968 | 78.4 | 80.7 | 77.9 | 68.9 | 60.2 | 62.1 | 71.4 | 76.7 | 79.6 | 81.0 | 80.9 | 82.7 | 900 |
| 1969 | 84.9 | 83.3 | 74.6 | 57.1 | 50.0 | 52.9 | 54.9 | 56.0 | 61.8 | 72.5 | 77.3 | 76.4 | 802 |
| 1970 | 76.5 | 76.5 | 63.6 | 49.2 | 51.0 | 57.9 | 69.7 | 76.0 | 78.6 | 78.5 | 79.1 | 82.0 | 839 |
| 1971 | 85.3 | 75.0 | 62.8 | 60.6 | 65.1 | 62.6 | 68.1 | 67.4 | 71.1 | 76.6 | 78.3 | 81.8 | 855 |
| 1972 | 83.3 | 83.0 | 76.3 | 74.6 | 72.8 | 69.0 | 74.0 | 77.3 | 79.9 | 81.1 | 81.1 | 82.8 | 935 |
| 1973 | 84.1 | 75.9 | 72.7 | 60.1 | 54.7 | 55.9 | 66.7 | 71.5 | 74.5 | 77.4 | 79.0 | 81.8 | 854 |
| 1974 | 81.5 | 65.5 | 58.5 | 51.3 | 58.4 | 52.1 | 53.9 | 64.0 | 69.6 | 75.3 | 77.9 | 77.3 | 785 |
| 1975 | 81.0 | 82.4 | 79.9 | 77.4 | 62.5 | 55.2 | 63.8 | 64.9 | 68.1 | 75.6 | 78.4 | 79.0 | 868 |
| 1976 | 75.8 | 77.8 | 80.6 | 80.6 | 79.3 | 77.7 | 79.0 | 80.3 | 81.0 | 82.5 | 86.2 | 85.6 | 966 |
| 1977 | 88.5 | 87.1 | 86.3 | 84.4 | 80.3 | 79.7 | 81.0 | 82.6 | 85.7 | 86.7 | 88.3 | 88.9 | 1020 |
| 1978 | 86.1 | 86.8 | 82.8 | 64.3 | 59.1 | 55.0 | 58.1 | 65.7 | 73.6 | 77.4 | 79.1 | 82.8 | 871 |
| 1979 | 85.8 | 84.3 | 82.4 | 73.9 | 65.4 | 64.2 | 70.4 | 74.0 | 75.2 | 79.5 | 80.4 | 82.3 | 918 |
| 1980 | 84.2 | 81.3 | 76.9 | 59.0 | 50.8 | 54.4 | 65.4 | 70.9 | 76.0 | 78.2 | 80.2 | 83.6 | 861 |
| 1981 | 84.2 | 84.1 | 81.8 | 71.8 | 69.9 | 67.3 | 74.3 | 78.1 | 81.0 | 83.5 | 84.9 | 84.3 | 945 |
| 1982 | 86.2 | 70.0 | 58.2 | 54.2 | 51.4 | 51.3 | 48.0 | 56.0 | 64.1 | 73.3 | 76.0 | 73.0 | 762 |
| 1983 | 70.8 | 64.2 | 56.1 | 51.6 | 46.1 | 41.5 | 47.9 | 51.2 | 53.7 | 61.3 | 68.3 | 74.9 | 680 |
| 1984 | 70.1 | 58.9 | 49.7 | 52.3 | 58.0 | 61.7 | 69.6 | 76.2 | 77.5 | 78.5 | 79.2 | 82.2 | 814 |
| 1985 | 83.0 | 71.7 | 71.2 | 76.9 | 76.6 | 74.6 | 77.4 | 76.9 | 80.5 | 82.4 | 86.0 | 84.8 | 942 |
| 1986 | 86.4 | 84.6 | 81.5 | 76.4 | 52.1 | 47.8 | 60.7 | 69.5 | 75.0 | 77.9 | 78.8 | 82.1 | 873 |
| 1987 | 85.5 | 85.8 | 82.2 | 80.0 | 75.9 | 72.1 | 74.3 | 78.1 | 81.0 | 83.5 | 86.4 | 88.6 | 973 |
| 1988 | 86.1 | 85.8 | 82.0 | 73.8 | 74.8 | 78.2 | 79.5 | 81.0 | 81.0 | 83.8 | 87.3 | 87.8 | 981 |
| 1989 | 86.2 | 85.1 | 84.3 | 83.1 | 80.3 | 67.5 | 70.2 | 74.1 | 79.1 | 82.3 | 86.0 | 84.1 | 962 |
| 1990 | 86.2 | 86.0 | 85.4 | 79.9 | 76.8 | 77.9 | 77.0 | 78.7 | 81.0 | 82.9 | 86.8 | 87.1 | 986 |
| Avg. | 83.6 | 80.8 | 75.8 | 70.5 | 65.7 | 65.1 | 68.2 | 71.4 | 75.2 | 79.2 | 81.6 | 82.9 | 900 |

Attachment 5

# Figures for Response 6314-68



**HYPOTHETICAL EXISTING CHANNEL
AND RIPARIAN BERM**

**POTENTIAL REHABILITATED CHANNEL
AND REVEGETATED FLOODPLAIN**

**FIGURE 6314-68A
PLAN VIEW EXISTING
AND POTENTIAL CHANNEL**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

3003_32 (7/13/00)



RIPARIAN BERMS

SUMMER BASE FLOWS

PRE-DAM REMNANT POINT BAR

A

A'

**EXISTING PROJECT SITE WITH RIPARIAN BERM**



PROPOSED SNOWMELT FLOOD

SUMMER BASE FLOWS

RECONSTRUCTED GRAVEL/ COBBLE POINT BAR

RECONSTRUCTED FLOODPLAIN

NATIVE RIPARIAN VEGETATION PLANTINGS

A

A'

**PROPOSED AS-BUILT CONDITIONS FOR PROJECT SITE**



EVENTUAL BANK UNDERCUTTING
AND POOL DEEPENING

PROPOSED SNOWMELT FLOOD

SUMMER BASE FLOWS

NATURAL RIPARIAN
REGENERATION

A

A'

**ANTICIPATED PROJECT SITE EVOLUTION**



**LEGEND**

COTTONWOODS

ASHES/MAPLES

FIRS/PINES

OAKS

ALDERS

SHRUB WILLOWS

——— GROUND SURFACE

- - - - WATER SURFACE

**FIGURE 6314-68B**
**CROSS-SECTION A-A' OF EXISTING,**
**PROPOSED, AND ANTICIPATED CHANNEL**
TRINITY RIVER MAINSTEM FISHERY RESTORATION EIS/EIR

3003_33 (7/13/00)

Attachment 6

# References for Responses to Comments

ATTACHMENT 6
# References for Responses to Comments

Briggs, J.C.  1953.  The Behavior and Reproduction of Salmonid Fishes in a Small Coastal Stream.  California Department of Fish and Game.  Bulletin No. 94.  62 pp.

California Department of Fish and Game (CDFG).  1994.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1991-1992 Season.  Inland Fisheries Division, Sacramento, CA.  235 pp.

California Department of Fish and Game (CDFG).  1995.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1992-1993 Season.  Inland Fisheries Division, Sacramento, CA.  235 pp.

California Department of Fish and Game (CDFG).  1996a.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1993-1994 Season.  Inland Fisheries Division, Sacramento, CA.  266 pp.

California Department of Fish and Game (CDFG).  1996b.  Annual Report, Trinity River Basin Salmon and Steelhead Monitoring Project, 1994-1995 Season.  Inland Fisheries Division, Sacramento, CA.  197 pp.

California Department of Water Resources.  1997.  Trinity River Damage Report—Lewiston to Douglas City.  May

Chartkoff, Joseph L. and Kerry Kona Chartkoff.  1984.  The Archaeology of California.  Stanford University Press, Stanford.  456 pp.

Contra Costa Water District.  1996.  Future Water Supply Study Executive Summary, Final Report.  August.

Gallagher, S.P.  1999.  Experimental Comparisons of Fish Habitat and Fish Use Between Channel Rehabilitation Sites and the Vegetation Encroached Channel of the Trinity River.  U.S. Fish and Wildlife Service, Division of Ecological Services, Sacramento, CA.  73 pp.

Glase, J.D.  1994.  Progress Report, Evaluation of Artificially Constructed Side Channels as Habitat for Salmonids in the Trinity River, Northern California, 1991-1993.  U.S. Fish and Wildlife Service, Trinity River Fishery Resource Office, Weaverville, CA.  46 pp.

Gorsen.  1998.  "The New and Improved CEQA Guidelines Revisions: Important Guidance for Controversial Issues," October, Appendix 6 in Remy et al., Guide to the California Environmental Quality Act (10th ed. 1999), p. 971.

Hoopa Valley Tribe.  2000.  Water Quality Control Plan, Hoopa Valley Indian Reservation.  Adopted by Hoopa Valley Tribal Council.  June 8.

Kondolf, G.M., J.C. Vick, and T.M. Rameriez.  1996  Salmon Spawning Habitat Rehabilitation in the Merced, Tuolumne, and Stanislaus Rivers, California: An Evaluation of

Project Planning and Performance.  Report No. 90, University of California, Water Resources Center.

Leidy R.A., and G.R. Leidy.  1984.  Life Stage Periodicities of Anadromous Salmonids in the Klamath River Basin, Northwestern California.  U.S. fish and Wildlife Service, Division of Ecological Service, Sacramento, California. 21 pp.

Ligon, F.K., W.E. Deitrich, and W.J. Trush.  1995.  Downstream Ecological Effects of Dams: A Geomorphic Perspective.  BioSience 45(3):183-192.

McBain and Trush.  1997.  Trinity River Maintenance Flow Study Final Report.

Moffett, J.W., and S.H. Smith.  1950.  Biological Investigations of the Fishery Resources of the Trinity River, California.  Special Scientific Report No. 12.  U.S. Fish and Wildlife Service. 71 pp.

Moratto, M.J.  1984.  California Archaeology.  San Francisco: CA.  Academic Press, Inc.

National Marine Fisheries Service.  2000.  Biological Opinion for the Trinity River Mainstem Fishery Restoration EIS and its effects on Southern Oregon/Northern California Coast coho salmon, Sacramento River winter-run chinook salmon, Central Valley spring-run chinook salmon, and Central Valley steelhead.  Southwest Region.  October.

National Marine Fisheries Service.  1997.  NMFS Proposed Recovery Plan for the Sacramento River Winter-run Chinook Salmon.  NMFS Southwest Region, Long Beach, California.  August.

National Marine Fisheries Service.  1993.  Biological Opinion for the Operation of the Federal Central Valley Project and the California State Water Project.  Long Beach, California.  12 February.

Raymond, H.L.  1988.  Effects of Hydroelectric Development and Fisheries Enhancement on Spring and Summer Chinook Salmon and Steelhead in the Columbia River Basin.  North American Journal of Fisheries Management 8(1):1-24.

Santa Clara Valley Water District.  1997.  Integrated Resources Plan Executive Summary.

Snyder, J.O.  1931.  "Salmon of the  Klamath River, California."  *Fish Bulletin No. 34*. California Department of Fish and Game.

Stanford, J.A., J.V. Ward, W.J. Liss, C.A. Frissell, R. N. Williams, J.A. Lichatowich, and C.C. Coutant.  1996.  A General Protocol for  Restoration of Regulated Rivers.  Regulated Rivers: Research and Management 12:391-414.

Treganza, A.E.  1958.  Salvage Archaeology in the Trinity Reservoir Area, Northern California; University of California Archaeological Survey Report, Vol. 43.

Treganza, A.E.  1959.  Salvage Archaeology in the Trinity Reservoir Area, Northern California, Field Season 1958: University of California Archaeological Survey Report, Vol. 46.

U.S. Bureau of Reclamation.  1997.  Central Valley Project Improvement Act Draft Programmatic Environmental Impact Statement, Technical Appendix, Volume 8. September.

U.S. Fish and Wildlife Service (USFWS).  1980a.  Trinity River Instream Flow Study, Lewiston Dam to the North Fork, June/July 1978.  U.S. Fish and Wildlife Service, Division of Ecological Services.  Sacramento, CA.  48pp.

U.S. Fish and Wildlife Service (USFWS).  1980b.  Environmental Impact Statement on the Management of River Flows to Mitigate the Loss of the Anadromous Fishery of the Trinity River, California.  Volumes I and II.  U.S. Fish and Wildlife Service, Division of Ecological Services.  Sacramento, CA.

U.S. Fish and Wildlife Service.  1997.  Physical Habitat and Fish Use of Channel Rehabilitation Projects on the Trinity River.  Coastal California Fish and Wildlife Service, Arcata, California.

U.S. Fish and Wildlife Service and Hoopa Valley Tribe.  1999.  Trinity River Flow Evaluation Final Report (TRFES).  June.

U.S. Fish and Wildlife Service.  2000.  Reinitiation of Formal Consultation.  Biological Opinion on the Effects of Long-term Operation of the Central Valley Project and State Water Project as Modified by Implementing the Preferred Alternative in the Draft Environmental Impact Statement/Environmental Impact Report for the Trinity River Mainstem Fishery Restoration Program.  Also, a Request for Consultation on the Implementation of this Alternative on the Threatened Northern Spotted Owl, Northern Spotted Owl Critical Habitat, and the Endangered Bald Eagle within the Trinity River Basin and where Applicable, Central Valley Reservoirs.  Sacramento, CA.  October.

U.S. Geological Survey (USGS).  Lewiston stream gage data.  http:/water data.usgs.gov/nwis-w/CA/?statnum=11525500.

Webb, R.H., J.C. Schmidt, G.R. Marzoli, and R.A. Valdex (editors).  1999.  The Controlled Flood in Grand Canyon.  Geophysical monograph 110.  American Geophysical Union, Washington, D.C.

Wilcock, P.R., G.M. Kondolf, A.F. Barta, W.V.G. Matthews, and C.C. Shea.  1995.  Spawning Gravel Flushing During Trial Reservoir Releases on the Trinity River: Field Observations and Recommendations for Sediment Maintenance Flushing Flows.  Prepared for 14-16-0001-91514 and 14-16-0001-91515.

Williamson, Alex K., David E. Prudic, and Lindsay A. Swain.  1989.  Ground-Water Flow in the Central Valley, California.  U.S. Geological Survey Professional Paper 1401-D.  U.S. Government Printing Office, Washington.

Attachment 7

# List of Abbreviations and Acronyms

**ATTACHMENT 7**

# List of Abbreviations and Acronyms

| | |
|---|---|
| °C | degrees Celsius |
| °F | degrees Fahrenheit |
| ACHP | Advisory Council on Historic Preservation |
| ACS | Aquatic Conservation Strategy |
| AEAM | Adaptive Environmental Assessment and Management |
| af | acre-feet |
| af/yr | acre-feet per year |
| AFRP | Anadromous Fish Restoration Program |
| APE | Area of Potential Effect |
| Bay-Delta | San Francisco Bay/Sacramento-San Joaquin Delta |
| Bay-Delta WQCP | Bay-Delta Water Quality Control Plan (1995) |
| BETTER | Box Exchange Transport Temperature and Ecology of Reservoirs Model |
| BIA | Bureau of Indian Affairs |
| BLM | U.S. Bureau of Land Management |
| BO | Biological Opinion |
| BOR | U.S. Bureau of Reclamation |
| BRD | Biological Resources Division |
| CAISO | California Independent System Operator |
| Cal PX | California Power Exchange |
| Caltrans | California Department of Transportation |
| CALTRANS | California Department of Transportation |
| Carr Powerplant | Judge Francis Carr Powerplant |
| CCWD | Contra Costa Water District |
| CDFG | California Department of Fish and Game |
| CEQ | Council on Environmental Quality |

| | |
|---|---|
| CEQA | California Environmental Quality Act |
| CESA | California Endangered Species Act |
| CFR | California Federal Register |
| cfs | cubic feet per second |
| CNPS | California Native Plant Society |
| COA | Coordinated Operations Agreement |
| Commission | California Fish and Game Commission |
| Corps | U.S. Army Corps of Engineers |
| COTR | Contracting Officer's Technical Representative |
| CRD | Contract Rate of Delivery |
| CVGSM | Central Valley Goundwater-Surface Water Simulation Model |
| CVPIA | Central Valley Project Improvement Act |
| CVPM | Central Valley Production Model |
| CWA | Clean Water Act |
| DBCP | dibromochloropropane |
| DEIS/EIR | Draft EIS/EIR |
| DOC | dissolved organic carbon |
| DOI | U.S. Department of the Interior |
| DWR | Department of Water Resources |
| EBMUD | East Bay Municipal Utility District |
| EC | electrical conductivity |
| EDB | ethylene dibromide |
| EIS/EIR | Environmental Impact Statement/Environmental Impact Report |
| EPA | Environmental Protection Agency |
| ESA | Endangered Species Act |
| ESU | evolutionarily significant unit |
| FACA | Federal Advisory Committee Act |
| FCRT | Fish and Channel Restoration Team |
| FEIS/EIR | Final EIS/EIR |

RDD/003672098.DOC (CLR688.DOC)

| FEMA | Federal Emergency Management Agency |
|---|---|
| FPR | Forest Practic Rules |
| FR | Federal Register |
| ft | feet |
| ft$^3$/s | cubic feet per second |
| FTE | Full Time Equivalent |
| FWCA | Fish and Wildlife Coordination Act |
| GIS | Geographic Information Systems |
| GVC | Grass Valley Creek |
| GWh | gigawatt-hour |
| HMA | Harvest Management Alternative |
| Hoopa EPA | Hoopa Valley Tribe Environmental Protection Agency |
| Hoopa Valley WQCP | Hoopa Valley Tribe Water Quality Control Plan |
| HVTC | Hoopa Valley Tribal Council |
| JCW | Junction City Weir |
| KFMC | Klamath Fishery Management Council |
| km | kilometer |
| KMZ | Klamath Management Zone |
| kW | kilowatt |
| kWh | kilowatt-hour |
| LCVP | Long-term Central Valley Project |
| LKRP | Lower Klamath Restoration Partnership |
| LSACTEM3 | Sacramento River Basin Temperature Model |
| LSALMON2 | Sacramento River Salmon Mortality Model |
| M&I | municipal and industrial |
| maf | million acre-feet |
| MCL | maximum contaminant level |
| MMBtu | one million British thermal unit |
| MOA | Memorandum of Agreement |
| msl | mean sea level |

| MW | megawatt |
| MWh | megawatt-hour |
| NCRWQCB | North Coast Regional Water Quality Control Board |
| NCUAMD | North Coast Unified Air Management District |
| NEPA | National Environmental Policy Act |
| NHPA | National Historic Preservation Act |
| NMFS | National Marine Fisheries Service |
| NOAA | National Oceanic and Atmospheric Administration |
| NOI | Notice of Intent |
| NOP | Notice of Preparation |
| NPDES | National Pollutant Discharge Elimination System |
| NRCS | Natural Resources Conservation Service |
| NRHP | National Register of Historic Places |
| NSA | Natural Stock Assessment |
| O&M | Operations and Maintenance |
| OCAP | Operations Criteria and Plan |
| P.L. | Public Law |
| PA | Preferred Alternative |
| PEIS | Programmatic Environmental Impact Statement |
| PFMC | Pacific Fishery Management Council |
| PG&E | Pacific Gas and Electric Company |
| $PM_{10}$ | particulate matter 10 microns or less in diameter |
| Porter-Cologne | Porter-Cologne Water Quality Control Act |
| ppt | parts-per-thousand |
| PUD | Public Utility District |
| PWA | Pacific Watershed Associates |
| RCH | Rowdy Creek Hatchery |
| Reclamation | U.S. Bureau of Reclamation |
| RFP | Request for Proposal |
| RIG | Rehabilitation Implementation Group |

| | |
|---|---|
| RM | River Mile |
| ROD | Record of Decision |
| RTM | Reclamation Temperature Model |
| RVD | recreation visitor day |
| SAB | Scientific Advisory Board |
| Secretary | Secretary of the Interior |
| Service | U.S. Fish and Wildlife Service |
| SF CRMP | South Fork Trinity River Coordinated Resources Management Program |
| SLC | State Lands Commission |
| SMARA | Surface Mining and Reclamation Act |
| SMUD | Sacramento Municipal Utility District |
| SNTEMP | Stream Network Temperature Model |
| SOD | Safety-of-Dam |
| SONCC | Southern Oregon/Northern California Coast |
| SPI | Sierra Pacific Industries |
| SRF | Sequential Rearing Factor |
| SRNF | Six Rivers National Forest |
| STNF | Shasta-Trinity National Forest |
| SWP | State Water Project |
| SWRCB | State Water Resources Control Board |
| taf | thousand acre-feet |
| TAF | thousand acre-feet |
| TAMWG | Trinity Adaptive Management Working Group |
| TCRCD | Trinity County Resource Conservation District |
| TDS | total dissolved solids |
| THM | trihalomethanes |
| TMAG | Technical Modeling and Analysis Group |
| TMC | Trinity Management Council |
| TMDL | Total Maximum Daily Load |

| | |
|---|---|
| TRD | Trinity River Diversion |
| TRFES | Trinity River Flow Evaluation Study |
| TRH | Trinity River Hatchery |
| TRRP | Trinity River Restoration Program |
| TRSAAM | Trinity River System Attribute Analysis Methodology |
| TRSSH | Trinity River Salmon and Steelhead Hatchery |
| TTHM | total trihalomethanes |
| USBR | U.S. Bureau of Reclamation |
| USDA | U.S. Department of Agriculture |
| USEPA | U.S. Environmental Protection Agency |
| USGS | U.S. Geological Survey |
| WCW | Willow Creek Weir |
| WDR | Water Discharge Requirement |
| Western | Western Area Power Administration |
| WOMTT | Water Operations/Management Technical Team |
| WY | water-year |
| $yd^3$ | cubic yards |
| $yd^3$/yr | cubic yards per year |
| YT | Yurok Tribe |