UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>   Defendants. | Case No. 1:20-cv-01814-JLT-EPG<br><br>ORDER REQUIRING JOINT STATUS REPORT<br><br>(ECF No. 107). |

In setting the deadlines for a responsive filing to Plaintiff's first amended complaint, the Court's December 15, 2022 order noted that, if Defendants filed an answer, the Court would set a scheduling conference. (ECF No. 107). Since this order, Westlands Water District has been granted leave to intervene (ECF No. 116) and has filed an answer (ECF No. 119). And on January 13, 2023, Defendants filed a motion to dismiss. (ECF No. 125).

\\\

\\\

\\\

\\\

\\\

\\\

1

Given these circumstances, IT IS ORDERED that, by no later than January 27, 2023, the parties shall file a joint status report, reflecting each party's position as to whether this Court should set a scheduling conference or should refrain from doing so until after the ruling on the motion to dismiss.

IT IS SO ORDERED.

Dated:   **January 17, 2023**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2