UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-01814-JLT-EPG<br><br>ORDER REGARDING JOINT STATUS REPORT<br><br>(ECF No. 130). |

    This matter is before the Court on the parties' joint status report, filed in response to the Court's January 17, 2023 order, requiring the parties to advise whether a scheduling conference should be set in light of Defendants' pending motion to dismiss. (ECF Nos. 126, 130). The parties state that they "agree that neither a scheduling conference nor a scheduling order is necessary" at this time. (ECF No. 130). Additionally, Plaintiff notes that it intends to file a motion for summary judgment on or before March 10, 2023, which it argues should be decided along with Defendants' motion to dismiss. Defendants and Westlands Water District state that Defendants' motion to dismiss should be adjudicated before any motion for summary judgment, with Defendants further stating that they anticipate filing a motion to stay briefing if Plaintiff files a motion for summary judgment. Westlands Water District states that it intends to file a motion for judgment on the pleadings.

1

Upon review of the joint status report, IT IS ORDERED as follows:

1. The Court will not set a scheduling conference at this time.
2. The Court will take no action concerning the parties' stated intentions regarding motions that may be filed in the future; however, the parties remain free to raise any arguments they deem applicable when such motions are filed.

IT IS SO ORDERED.

Dated: **January 30, 2023**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2