TODD KIM, Assistant Attorney General
Environment and Natural Resources Division

JEFFREY S. THOMAS, Trial Attorney (VA Bar No. 86439)
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile: (202) 305-0506
jeffrey.thomas2 @usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in his official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as U.S. Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>    Defendants. | Case No. 1:20−cv−01814−JLT-EPG |

## NOTICE TO THE COURT THAT FEDERAL DEFENDANTS HAVE ADOPTED THE TRINITY MANAGEMENT COUNCIL'S RECOMMENDATION TO IMPLEMENT THE WINTER FLOW PROJECT AND EXPECT TO IMPLEMENT THE PROJECT IN NO LESS THAN TEN BUSINESS DAYS

On January 20, 2023, Federal Defendants provided notice that, in no less than five

business days, Federal Defendants may make a determination on adopting the Trinity

1

Management Council's recommendation on the Winter Flow Project.  *See* ECF No. 127.  On January 30th, Federal Defendants notified Plaintiff and the Trinity Management Council that the Federal Defendants have adopted the Trinity Management Council's recommendation.  Federal Defendants further notified Plaintiff that in no less than ten business days from January 30th they expect to implement the Winter Flow Project.

Federal Defendants hereby notify the Court of the same.

Respectfully submitted this 31st day of January, 2023,

TODD KIM
Assistant Attorney General

*/s/ J. Scott Thomas*
JEFFREY SCOTT THOMAS
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2023, I electronically filed the forgoing **NOTICE** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

*/s/ J. Scott Thomas*
JEFFREY SCOTT THOMAS