Thane D. Somerville WSBA #31468 *pro hac vice*
Thomas P. Schlosser WSBA #06276 *pro hac vice*
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
811 First Avenue, Suite 218
Seattle, WA 98104
Tel:   206-386-5200
Fax:   206-386-7322
t.somerville@msaj.com
t.schlosser@msaj.com
Attorneys for Plaintiff Hoopa Valley Tribe

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>    Defendants. | Civ. No. 1:20-cv-1814-JLT-EPG<br><br>DECLARATION OF THANE SOMERVILLE |

DECLARATION OF THANE SOMERVILLE RE
SUBMISSION OF 1999 FLOW STUDY - 1

I, Thane D. Somerville, state and declare as follows:

1. I am legal counsel of record for Plaintiff Hoopa Valley Tribe in this proceeding.
2. On February 6, 2023, this Court directed Plaintiff to file a complete copy of the 1999 Trinity River Flow Evaluation Study. Dkt. #137 (Minute Order).
3. Accordingly, attached hereto is a true and correct copy of the entirety of the Trinity River Flow Evaluation Report (June 1999) co-authored by the Hoopa Valley Tribe and U.S. Fish and Wildlife Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 6th day of February, 2023.

                         ___*/s/ Thane D. Somerville*___

                         Thane D. Somerville

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                              */s/ Thane D. Somerville*
                                              Thane D. Somerville

DECLARATION OF THANE SOMERVILLE RE
SUBMISSION OF 1999 FLOW STUDY - 3