EXHIBIT 1

ated with the Hamilton City Pumping Plant. This authorization
shall not be deemed to supersede or alter existing authoriza-
tions for the participation of other Federal agencies in the
mitigation program. Seventy-five percent shall be considered
a nonreimbursable Federal expenditure, and 25 percent shall
be paid by the State of California.

(21) assist the State of California in efforts to develop
and implement measures to avoid losses of juvenile anadromous
fish resulting from unscreened or inadequately screened diver-
sions on the Sacramento and San Joaquin rivers, their tribu-
taries, the Sacramento-San Joaquin Delta, and the Suisun
Marsh. Such measures shall include but shall not be limited
to construction of screens on unscreened diversions, rehabilita-
tion of existing screens, replacement of existing non-functioning
screens, and relocation of diversions to less fishery-sensitive
areas. The Secretary's share of costs associated with activities
authorized under this paragraph shall not exceed 50 percent
of the total cost of any such activity.

(22) provide such incentives as the Secretary determines
to be appropriate or necessary, consistent with the goals and
objectives of this title, to encourage farmers to participate in
a program, which the Secretary shall develop, under which
such farmers will keep fields flooded during appropriate time
periods for the purposes of waterfowl habitat creation and
maintenance and for Central Valley Project yield enhancement;
*Provided,* That such incentives shall not exceed $2,000,000
annually, either directly or through credits against other
contractual payment obligations, including the pricing waivers
authorized under subsection 3405(d) of this tile; *Provided fur-
ther,* That the holder of the water contract shall pass such
incentives through to farmers participating in the program,
less reasonable contractor costs, if any; *And provided further,*
That such water may be transferred subject to section 3405(a)
of this title only if the farmer waives all rights to such incen-
tives. This provision shall terminate by the year 2002.

(23) in order to meet Federal trust responsibilities to pro-
tect the fishery resources of the Hoopa Valley Tribe, and to
meet the fishery restoration goals of the Act of October 24,
1984, Public Law 98–541, provide through the Trinity River
Division, for water years 1992 through 1996, an instream
release of water to the Trinity River of not less than three
hundred and forty thousand acre-feet per year for the purposes
of fishery restoration, propagation, and maintenance and,

(A) by September 30, 1996, the Secretary, after con-
sultation with the Hoopa Valley Tribe, shall complete the
Trinity River Flow Evaluation Study currently being con-
ducted by the United States Fish and Wildlife Service
under the mandate of the Secretarial Decision of Janu-
ary 14, 1981, in a manner which insures the development
of recommendations, based on the best available scientific
data, regarding permanent instream fishery flow require-
ments and Trinity River Division operating criteria and
procedures for the restoration and maintenance of the Trin-
ity River fishery; and

(B) not later than December 31, 1996, the Secretary
shall forward the recommendations of the Trinity River
Flow Evaluation Study, referred to in subparagraph (A)

of this paragraph, to the Committee on Energy and Natural Resources and the Select Committee on Indian Affairs of the Senate and the Committee on Interior and Insular Affairs and the Committee on Merchant Marine and Fisheries of the House of Representatives. If the Secretary and the Hoopa Valley Tribe concur in these recommendations, any increase to the minimum Trinity River instream fishery releases established under this paragraph and the operating criteria and procedures referred to in subparagraph (A) shall be implemented accordingly. If the Hoopa Valley Tribe and the Secretary do not concur, the minimum Trinity River instream fishery releases established under this paragraph shall remain in effect unless increased by an Act of Congress, appropriate judicial decree, or agreement between the Secretary and the Hoopa Valley Tribe. Costs associated with implementation of this paragraph shall be reimbursable as operation and maintenance expenditures pursuant to existing law.

If the Secretary and the State of California determine that long-term natural fishery productivity in all Central Valley Project controlled rivers and streams resulting from implementation of this section exceeds that which existed in the absence of Central Valley Project facilities, the costs of implementing those measures which are determined to provide such enhancement shall become credits to offset reimbursable costs associated with implementation of this subsection.

(c) SAN JOAQUIN AND STANISLAUS RIVERS.—The Secretary shall, by not later than September 30, 1996:

(1) develop a comprehensive plan, which is reasonable, prudent, and feasible, to address fish, wildlife, and habitat concerns on the San Joaquin River, including but not limited to the streamflow, channel, riparian habitat, and water quality improvements that would be needed to reestablish where necessary and to sustain naturally reproducing anadromous fisheries from Friant Dam to its confluence with the San Francisco Bay/Sacramento-San Joaquin Delta Estuary. Such plan shall be developed in cooperation with the California Department of Fish and Game and in coordination with the San Joaquin River Management Program under development by the State of California; shall comply with and contain any documents required by the National Environmental Policy Act and contain findings setting forth the basis for the Secretary's decision to adopt and implement the plan as well as recommendations concerning the need for subsequent Congressional action, if any; and shall incorporate, among other relevant factors, the potential contributions of tributary streams as well as the alternatives to be investigated under paragraph (2) of this subsection. During the time that the Secretary is developing the plan provided for in this subsection, and until such time as Congress has authorized the Secretary to implement such plan, with or without modifications, the Secretary shall not, as a measure to implement this title, make releases for the restoration of flows between Gravelly Ford and the Mendota Pool and shall not thereafter make such releases as a measure to implement this title without a specific Act of Congress authorizing such releases. In lieu of such requirement, and until such time as flows of sufficient quantity, quality and