EXHIBIT 12

John Buse (SBN 163156)
Ross Middlemiss (SBN 323737)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800, Oakland, CA 94612
Tel: 510-844-7100
Fax: 510-844-7150
Email: jbuse@biologicaldiversity.org
        rmiddlemiss@biologicaldiversity.org

Attorneys for Plaintiff Center for Biological Diversity

E. Robert Wright (SBN 51861)
LAW OFFICE OF E. ROBERT WRIGHT
909 12th Street, Suite 202
Sacramento, California 95814
Tel: (916) 557-1104
Fax: (916) 557-9669
Email: bwrightatty@gmail.com

Adam Keats (SBN 191157)
LAW OFFICE OF ADAM KEATS, PC
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Tel: (415) 430-9403
Email: adam@keatslaw.org

Attorneys for Plaintiffs Restore the Delta and
Planning and Conservation League

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | **Case No. 1:20-cv-00706-DAD-EPG**<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Noticed Date: October 19, 2021<br>Noticed Time: 9:30 a.m.<br>Courtroom: 5-7th Floor-Fresno<br>Judge: Hon: Dale A. Drozd<br>Trial Date: None<br>Action Filed: May 20, 2020 |

25. Between February 28, 2020, and June 14, 2021, the following 68 contracts have been converted. Answer, ECF 60-1, ¶ 140 at p. 13 to Complaint ECF No. 25, ¶ 140 at pp. 28-34, and Answer, ¶¶ 20-80 at pp. 4-6 to Complaint ¶¶ 20-80 at pp. 10-17.[2]

**Table A    Contract Conversions Approved**

| Contractor | Contract No. | Date of Conversion | Acre-Feet Per Year |
|---|---|---|---|
| City of Folsom | 6-07-20-W1372B-P | 2/28/2020 | 7,000 |
| City of Roseville | 4-06-200-3474A-IRI-P | 2/28/2020 | 32,000 |
| East Bay Municipal Utility District | 14-06-200-5183A-LTR1-P | 2/28/2020 | 133,000 (To 165,000) |
| Placer County Water Agency | 14-06-200-5082A-IRI-P | 2/28/2020 | 35,000 |
| Sacramento County Water Agency | 6-07-20-W1372-P | 2/28/2020 | 15,000 |
| Sacramento County Water Agency | 14-06-200-5198B-IR1-P | 2/28/2020 | 30,000 |
| Sacramento Municipal Utility District | 14-06-200-5198A-IR1-P | 2/28/2020 | 30,000 |
| San Juan Water District | 6-07-20-W1373-LTR1-P | 2/28/2020 | 24,200 |
| Westlands Water District | 14-06-200-495A-IRI-P | 2/28/2020 | 1,150,000 |
| City of West Sacramento | 0-07-20-W0187-P | 5/26/2020 | 23,600 |
| Westlands Water District Distribution District No. 1 (Broadview Assignment) | 14-06-200-8092-IR5-P | 5/29/2020 | 27,000 |
| Westlands Water District Distribution District No. 1 (Centinella Assignment) | 7-07-20-WO55B--IR5-P | 5/29/2020 | 2,500 |
| Westlands Water District Distribution District No. 1 (Widren Assignment) | 14-06-200-8018B-IR5-P | 5/29/2020 | 2,990 |

---

[2] Table A is taken from the Complaint with modifications as to quantities of water and other items set forth in Federal Defendants' Answer, ECF No. 60-1.

Statement of Undisputed Facts in Support of Plaintiffs' Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Westlands Water District Distribution District No. 2 (Mercy Springs Partial Assignment) | 14-06-200-3365AC-IR5-P | 5/29/2020 | 4,198 |
| City of Shasta Lake | 4-07-20-W1134-P | 6/30/2020 | 4,400 |
| Mountain Gate Community Services District | 14-06-200-6998-P | 6/30/2020 | 1,350 |
| Shasta Community Services Dist. | 14-06-200-862A-P | 6/30/2020 | 1,000 |
| Shasta County Water Agency | 14-06-200-3367A-P | 6/30/2020 | 1,022 |
| City of Redding | 14-06-200-5272A-P | 8/11/2020 | 6,140 |
| 4-M Water District | 0-07-20-W0183-P | 9/15/2020 | 5,700 |
| Bella Vista Water District | 14-06-200-851A-P | 9/15/2020 | 24,578 |
| Colusa County Water District | 1-07-20-W0220-P | 9/15/2020 | 5,666 |
| Colusa County Water District | 14-06-200-304-A-P | 9/15/2020 | 62,200 |
| Corning Water District | 14-06-200-6575-P | 9/15/2020 | 15,000 |
| Cortina Water District | 0-07-20-W0206-P | 9/15/2020 | 1,615 |
| Dunnigan Water District | 14-06-200-399-A-P | 9/15/2020 | 19,000 |
| Glide Water District | 7-07-20-W0040-P | 9/15/2020 | 10,500 |
| Kanawha Water District | 14-06-200-466-A-P | 9/15/2020 | 45,000 |
| La Grande Water District | 0-07-20-W0190-P | 9/15/2020 | 2,090 |
| La Grande Water District | 7-07-20-W0022-P | 9/15/2020 | 5,000 |
| Stony Creek Water District | 2-07-20-W0261-P | 9/15/2020 | 2,920 |
| Centerville Community Services District | 14-06-200-3367X-P | 9/28/2020 | 2,900 |
| Central San Joaquin Water Conservation District | 4-07-20-W0330-P | 9/28/2020 | 80,000 |
| Davis Water District | 14-06-200-6001A-P | 9/28/2020 | 4,000 |

Statement of Undisputed Facts in Support of Plaintiffs' Motion for Summary Judgment

| | | | |
|---|---|---|---:|
| Del Puerto Water District | 14-06-200-922-LTR1-P | 9/28/2020 | 140,210 |
| Glenn Valley Water District | 1-07-20-W0219-P | 9/28/2020 | 1,730 |
| Myers-Marsh Mutual Water Company | 1-07-20-W0225-P | 9/28/2020 | 242 |
| Orland-Artois Water District | 14-06-200-8382A-P | 9/28/2020 | 53,000 |
| Stockton East Water District | 4-07-20-W0329-P | 9/28/2020 | 75,000 |
| Westlands Water District (Oro Loma) | 14-06-200-7823J-LTR1-P | 9/28/2020 | 4,000 |
| Westside Water District | 14-06-200-8222-LTR1-P | 9/28/2020 | 65,000 |
| Banta-Carbona Irrigation District | 14-06-200-4305A-LTR1-P | 10/22/2020 | 20,000 |
| Byron-Bethany Irrigation District | 14-06-200-4305A-LTR1-P | 10/22/2020 | 20,600 |
| Eagle Field Water District | 14-06-200-7754-LTR1-P | 10/22/2020 | 4,550 |
| Fresno Slough Water District | 14-06-200-4019A-LTR1-P | 10/22/2020 | 4,000 |
| Holthouse Water District | 1-07-20-W0224-P | 10/22/2020 | 2,327 |
| James Irrigation District | 14-06-200-700-A-LTR1-P | 10/22/2020 | 35,300 |
| Santa Clara Valley Water District and Westlands Water District No. 1 (Mercy Springs 3-Way Partial Assignment) | 14-06-200-3365AB-IR5-P | 10/22/2020 | 6,260 |
| Proberta Water District | 14-06-200-7311-P | 10/22/2020 | 3,500 |
| Reclamation Dist. No. 1606 | 14-06-200-3802A-LTR1-P | 10/22/2020 | 228 |
| The West Side Irrigation District | 7-07-20-W0045-LTR1-P | 10/22/2020 | 5,000 |
| Tranquility Irrigation District | 14-06-200-701-A-LTR1-P | 10/22/2020 | 13,800 |
| West Stanislaus Irrigation District | 14-06-200-1072-LTR1-P | 10/22/2020 | 50,000 |
| Patterson Irrigation District | 14-06-200-3598A-LTR1-P | 10/26/2020 | 16,500 |
| Tranquility Public Utilities District | 14-06-200-3537A-LTR1-P | 10/26/2020 | 70 |
| Clear Creek Community Services District | 14-06-200-489–A-P | 11/17/2020 | 15,300 |

Statement of Undisputed Facts in Support of Plaintiffs' Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Contra Costa Water District | 175r-3401 A-LTR1-P | 12/28/2020 | 195,000 |
| Mercy Springs Water District | 14-06-200-3365A-LTR1-P | 12/28/2020 | 2,842 |
| Pacheco Water District | 6-07-20-W0469-P | 12/28/2020 | 10,080 |
| San Luis Water District | 14-06-200-7773A-IR1-P | 12/28/2020 | 125,080 |
| County of Colusa | 14-06-200-8310A-P | 1/14/2021 | 914 |
| El Dorado Irrigation District | 14-06-200-1357A-LTR1-P | 1/14/2021 | 7,550 |
| Panoche Water District | 14-06-200-7864A-IR1-P | 1/14/2021 | 94,000 |
| City of Avenal | 14-06-200-4619A-IR1-P | 1/22/2021 | 3,500 |
| City of Coalinga | 14-06-200-4173A-IR1-P | 1/22/2021 | 10,000 |
| City of Huron | 14-06-200-7081A-IR3 | 1/22/2021 | 3,000 |
| San Benito County Water District | 8-07-20-W0130A-P | 1/22/2021 | 43,800 |
| California Department of Fish and Wildlife | 14-06-200-8033A-IR1-P | Unknown date | 10 |

26. As of June 14, 2021, Reclamation is in the process of converting 23 contracts. The following 23 contracts are in the process of being converted. Answer, ECF 60-1, ¶ 141 at p. 13 to Complaint ECF No. 25, ¶ 141 at pp. 34-35, and Answer, ¶¶ 81--101 at pp. 6-7 to Complaint ¶¶ 81-101 at pp. 34-35.[3]

**Table B       Contracts in Process of Conversion**

| Contractor | Contract No. | Acre-Feet Per Year |
|---|---|---|
| Carter Mutual Water Company | 14-06-200-2401A | 672 |
| City of Lindsay | 5-07-20-W0428-LTR1 | 2,500 |
| City of Orange Cove | 14-06-200-5230-LTR1 | 1,400 |
| City of Tracy | 14-06-200-7858A-IR1 | 20,000 |

---

[3] Table B is taken from the Complaint with modifications as to quantities of water and other items set forth in Federal Defendants' Answer, ECF No. 60-1.

| Conaway Preservation Group | 14-06-200-7422A-R-1 | 672 |
|---|---|---|
| County of Fresno | 14-06-200-8292A-IR17 | 3,000 |
| County of Madera | 14-06-200-2406A-LTR1 | 200 |
| County of Tulare | 14-06-200-8293A-IR17 | 5,308 |
| Feather Water District | 14-06-200-171-A-LTR1 | 20,000 |
| Hills Valley Irrigation District | 14-06-200-8466A-IR17 | 3,346 |
| International Water District | 14-06-200-585A-LTR1 & Amend | 1,200 |
| Kern-Tulare Water District | 14-06-200-8367A-IR17A | 13,300 |
| Kern-Tulare Water District | 14-06-200-8601A-IR17 | 40,000 |
| Kirkwood Water District | 7-07-20-W0056-LTR1 | 2,100 |
| Laguna Water District | 2-07-20-W0266-LTR1 | 800 |
| Lower Tule River Irrigation District | 14-06-200-8237A-IR17 | 31,102 |
| Maxwell Irrigation District | 14-06-200-6078A-R-1 | 6,000 |
| Pixley Irrigation District | 14-06-200-8238A-IR17 | 31,102 |
| Reclamation District No. 1004 | 14-06-200-890A-R-1 | 15,000 |
| Sycamore Mutual Water Company | 14-06-200-2146A-R-1 | 9,800 |
| The Coelho Family Trust | 14-06-200-7859A-LTR1 | 2,080 |
| Tri Valley Water District | 14-06-200-8565A-IR17 | 1,142 |
| Santa Clara Valley Water District | 7-07-20-W0023A | 152,500 |

27. Pursuant to the 68 contracts Reclamation has converted, Reclamation would be obligated to deliver about 2,952,962 acre-feet of water through the CVP to those contractors each year.

28. Pursuant to the 23 contracts Reclamation is in the process of converting, Reclamation would be obligated to deliver about 450,924 acre-feet of water through the CVP to those contractors each year.