EXHIBIT 25

## United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240

JAN 19 2021

# MEMORANDUM

To:   Assistant Secretary, Fish & Wildlife and Parks
      Assistant Secretary, Water & Science

Fr:   Secretary

Re:   Concurrence in Central Valley Project Improvement Act Recommendations

I am in receipt of your January 14, 2021 memo Re: Central Valley Project Improvement Act Completion under Section 3407(d)(2)(A) and the associated supporting documents.

I agree with the Solicitor's Office's findings that the analysis of what constitutes completion contained in the 2009 Central Valley Project Improvement Act Program Activity Report was flawed and that the more appropriate analysis is as the Solicitor's memo describes. Similarly, I concur with your determination that, with the exception of the Refuge Water Supply Program, the actions required under section 3406 of the Central Valley Project Improvement Act have been completed. Finally, I share your concern about the impact reduced payments into the Restoration Fund may have on staffing levels at the Fish and Wildlife Service.

By this memorandum, I am directing you to review the actions needed to complete the Refuge Water Supply Program. In doing so, you are directed to consider all relevant legal authorities, including the recently enacted Great American Outdoors Act (PL 116-152). Your review should also analyze any potential impacts on the Fish and Wildlife Service of a determination of completion and any actions that could be undertaken to offset those impacts.

Please report back to me within 30 days on your findings.