EXHIBIT 36

# United States Department of the Interior



**BUREAU OF RECLAMATION**
California-Great Basin Regional Office
Federal Office Building
2800 Cottage Way
Sacramento CA 95825-1898



**U.S. FISH AND WILDLIFE SERVICE**
Pacific Southwest Region Headquarters
Federal Office Building
2800 Cottage Way
Sacramento, California 95825-1898

January 30, 2023

Ms. Tanya Sommer
Chair, Trinity Management Council
U.S. Fish and Wildlife Service
1655 Heindon Road
Arcata, CA  95521
Tanya_Sommer@fws.gov

Subject:  Department of the Interior Response to the Trinity Management Council (TMC)
Recommendation for the 2023 Trinity River Flow Schedule

Dear Ms. Sommer:

This is in response to your letter of December 9, 2022, in which you formally transmitted the 2023 Fishery Restoration Flow Schedule recommended by the TMC.  As the Secretary of Interior's designated representatives for the Trinity River Restoration Program, we are informing you of our concurrence with the TMC's recommendation to implement the proposed 2023 flow management regime using the Winter Flow Variability Project ruleset, to be implemented no sooner than February 14, 2023.  We understand that there will be a subsequent hydrograph developed to best utilize the remaining volume based on the April 1 water year projection as established in the 2000 Record of Decision.

Please extend our appreciation to the TMC members, their technical staff, and your staff for their analyses and recommendations.

Sincerely,

Ernest A.
Conant

Digitally signed by Ernest
A. Conant
Date: 2023.01.30 15:39:27
-08'00'

Ernest A. Conant
Regional Director
California Great Basin Region
Bureau of Reclamation

PAUL
SOUZA

Digitally signed by PAUL
SOUZA
Date: 2023.01.30
18:59:48 -08'00'

Paul Souza
Regional Director
Pacific Southwest Region
U.S. Fish and Wildlife Service

cc: On next page.

cc: Dr. Mike Dixon
    Executive Director
    Trinity River Restoration Program
    Bureau of Reclamation
    P.O. Box 1300
    Weaverville, California 96093

    Ms. Kristin White
    Operations Manager
    Central Valley Operations Office
    Bureau of Reclamation
    3310 El Camino Ave. Room 300
    Sacramento, California  95821