UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, ) | Civ. No. 1:20-cv-1814-JLT-EPG |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] TEMPORARY |
| v. ) | RESTRAINING ORDER AND |
| ) | ORDER TO SHOW CAUSE RE |
| UNITED STATES BUREAU OF ) | PRELIMINARY INJUNCTION |
| RECLAMATION; DEBRA ANNE HAALAND, ) | |
| in her official capacity as Secretary of the ) | |
| Interior; MARIA CAMILLE CALIMLIM ) | |
| TOUTON, in her official capacity as ) | |
| Commissioner of the United States Bureau of ) | |
| Reclamation; ERNEST A. CONANT, in his ) | |
| official capacity as United States Bureau of ) | |
| Reclamation California-Great Basin Regional ) | |
| Director; and UNITED STATES ) | |
| DEPARTMENT OF THE INTERIOR ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION - 1

TO DEFENDANTS, UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, as Commissioner of the U.S. Bureau of Reclamation; ERNEST A. CONANT, as California-Great Basin Regional Director, and the UNITED STATES DEPARTMENT OF THE INTERIOR:

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE at _____ AM/PM on _____, in Courtroom 4 of the above-entitled Court, located at 2500 Tulare Street, Fresno, California 93721, why you, your agents, employees and those in active concert or participation with you or them, should not be preliminarily restrained and enjoined from implementing the Trinity River Winter Flow Variability Project in the absence of the concurrence of the Hoopa Valley Tribe and in the absence of NEPA compliance.

Defendants may file any responsive papers on or before _____. Plaintiff may file any reply on or before _____.

Pending hearing of the Order to Show Cause, you, your agents, employees and others acting in active concert or participation with you, ARE HEREBY RESTRAINED AND ENJOINED from implementing the Trinity River Winter Flow Variability Project.

The above Temporary Restraining Order is effective immediately.  The Court waives the requirement for bond or security.

This Temporary Restraining Order is issued on February ____, 2023, at _____ AM/PM.

_____
Honorable Jennifer L. Thurston
U.S. District Judge

[PROPOSED] TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION - 2