EXHIBIT 2

# NOTICE

Flow releases from Lewiston Dam to the Trinity River will change from the 300 cubic feet per second (cfs) baseflow to the flow schedule presented below beginning February 15 through March 14, 2023. Dam releases are then likely to remain elevated above the 300 cfs baseflow until the spring flow release commences on or around April 15.

Questions? Call the Trinity River Restoration Program at (530) 623-1800.



| Date | River Release (cfs)* | | River Release (cfs)* | | River Release (cfs)* |
|---|---|---|---|---|---|
| Wednesday, February 15, 2023 | 475 | Saturday, February 25, 2023 | 650 | Tuesday, March 7, 2023 | 767 |
| Thursday, February 16, 2023 | 500 | Sunday, February 26, 2023 | 683 | Wednesday, March 8, 2023 | 704 |
| Friday, February 17, 2023 | 483 | Monday, February 27, 2023 | 700 | Thursday, March 9, 2023 | 700 |
| Saturday, February 18, 2023 | 450 | Tuesday, February 28, 2023 | 696 | Friday, March 10, 2023 | 700 |
| Sunday, February 19, 2023 | 521 | Wednesday, March 1, 2023 | 650 | Saturday, March 11, 2023 | 738 |
| Monday, February 20, 2023 | 821 | Thursday, March 2, 2023 | 650 | Sunday, March 12, 2023 | 833 |
| Tuesday, February 21, 2023 | 1021 | Friday, March 3, 2023 | 650 | Monday, March 13, 2023 | 779 |
| Wednesday, February 22, 2023 | 854 | Saturday, March 4, 2023 | 654 | Tuesday, March 14, 2023 | 725 |
| Thursday, February 23, 2023 | 738 | Sunday, March 5, 2023 | 713 | | |
| Friday, February 24, 2023 | 658 | Monday, March 6, 2023 | 767 | | |

*Daily average values. Instantaneous flows may be somewhat higher or lower.