EXHIBIT 3

**From:** 'Dixon, Michael' via TRRP Inter-Disciplinary Team <trrp_idt@googlegroups.com>
**Sent:** Tuesday, April 9, 2019 3:36 PM
**To:** Dan Everson <dan_everson@fws.gov>; Dave Hillemeier <dhillemeier@yuroktribe.nsn.us>; Donald Bader <dbader@usbr.gov>; Elizabeth Hadley <ehadley@usbr.gov>; George Kautsky <hupafish@hoopa-nsn.gov>; Jennifer Norris <jennifer_l_norris@fws.gov>; Jeremy Brown <jbrown@trinitycounty.org>; Justin Ly <justin.ly@noaa.gov>; Keith Groves <kgroves@trinitycounty.org>; Kyle De Juilio <kdejuilio@yuroktribe.nsn.us>; Mike Orcutt <director@hoopa-nsn.gov>; Seth Naman - NOAA Federal <seth.naman@noaa.gov>; Teresa@DWR Connor <Teresa.Connor@water.ca.gov>; Terri -FS SimonJackson <tsimonjackson@fs.fed.us>; Tony@Wildlife LaBanca <tony.labanca@wildlife.ca.gov>; William -FS Brock <wbrock@fs.fed.us>
**Cc:** flow@trrp.net; idt@trrp.net
**Subject:** [idt@trrp.net] Modification of recommended WY19 restoration hydrograph

Good afternoon TMC,
Review by Reclamation staff in Sacramento of the TMC-recommended FY19 hydrograph identified a concern related to the small pulse flow proposed during the last week of September. Specifically, it does not appear that this was anticipated and analyzed in the 2000 EIS or BO. They do not believe that it is prudent to deviate from summer baseflow at that time of year until we have conducted further NEPA review. Therefore, our staff has tweaked the release schedule to redistribute that small volume of water to the spring portion of the hydrograph (see attached).

While it is unfortunate that we have to make this change so close to the start of the spring release, we definitely don't to implement a hydrograph that could be challenged on legal grounds. For me, this underscores the need of the program to review and, if necessary, supplement our NEPA and ESA analyses to ensure we have the flexibility that we need to truly apply adaptive management to our flows.


**Mike Dixon, PhD | Acting Executive Director | Trinity River Restoration Program | U. S. Bureau of Reclamation | 1313 S. Main St., Weaverville, CA 96093 | 530-623-1811 (desk) | 530-351-4760 (mobile) | mdixon@usbr.gov**
"The most dangerous worldview is the worldview of those who have not viewed the world." - Alexander von Humboldt

--
To post to this group, send email to idt@trrp.net
---
You received this message because you are subscribed to the Google Groups "TRRP Inter-Disciplinary Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to trrp_idt+unsubscribe@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.

1