UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, | ) | Civ. No. 1:20-cv-1814-JLT-EPG |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING PLAINTIFF HOOPA VALLEY TRIBE'S MOTION FOR PRELIMINARY INJUNCTION |
| UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 1

The Court has fully considered all briefs and evidence filed in support and in opposition to the Motion for Preliminary Injunction. The Court finds that: (a) Plaintiff will likely succeed on the merits of its Second Claim for Relief in its Second Amended and Supplemental Complaint (Dkt. #142) that Defendants failed to comply with NEPA in their approval of the Trinity River Winter Flow Variability Project; (b) implementation of the Trinity River Winter Flow Variability Project will result in irreparable harm to the Trinity River and its fishery below Lewiston Dam and accordingly to Plaintiff Hoopa Valley Tribe; (c) the balance of hardships favors injunctive relief; and (d) an injunction is in the public interest.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction is hereby GRANTED, and the Court HEREBY RESTRAINS AND ENJOINS Defendants, and their officers, agents, employees, and any other parties, persons, or entities who are in active concert or participation with them, from any implementation of the Trinity River Winter Flow Variability Project.

This Preliminary Injunction shall take effect immediately. The requirement for bond or security is waived.

Dated this _____ day of March, 2023.

_____
Honorable Jennifer L. Thurston
U.S. District Judge