UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as U.S. Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>          Defendants. | Case No. 1:20−cv−01814−JLT-EPG |

## **DECLARATION**

I, Donald Bader, declare as follows:

1. I submit this declaration as a supplement to my January 13, 2023 Declaration in support of the Federal Defendants' Motion to Dismiss. The following facts are within my personal knowledge.

2. Reclamation has requested $65.9M in funding for the Trinity River Hatchery from the recently enacted Infrastructure Investment and Jobs Act to continue its modernization and maintenance efforts.

I declare under penalty of perjury that the foregoing information is true and correct.

Executed this 6th day of March, 2023, in Shasta Lake, California.

_____
Donald Bader, NCAO Area Manager