1  CYNTHIA J. LARSEN (SBN 123994)
   clarsen@orrick.com
2  JUSTIN GIOVANNETTONE (SBN 293794)
   jgiovannettone@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, CA  95814-4497
   Telephone:    +1 916 447 9200
5  Facsimile:    +1 916 329 4900

6  DANIEL J. O'HANLON (SBN 122380)
   dohanlon@kmtg.com
7  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   1331 Garden Hwy, 2nd Floor
8  Sacramento, CA 95833
   Telephone: (916) 321-4500
9  Facsimile: (916) 321-4555

10 *Attorneys for Intervenor-Defendant*
   *Westlands Water District*

11

UNITED STATES DISTRICT COURT

12

13

FOR THE EASTERN DISTRICT OF CALIFORNIA

14

FRESNO DIVISION

15

16  HOOPA VALLEY TRIBE,                    Case No. 1:20-cv-01814-JLT-EPG

17          Plaintiff,                     **WESTLANDS WATER DISTRICT'S
                                           REQUEST FOR JUDICIAL NOTICE IN**
18      v.                                 **SUPPORT OF MOTION TO DISMISS**

19  UNITED STATES BUREAU OF                Hearing Date:   June 13, 2023
    RECLAMATION, et al.,                   Courtroom:      4 – 7th Floor, Fresno
20                                         Judge:          Hon. Jennifer L. Thurston
            Defendants,
21                                         Trial Date:     None
        And                                Action Filed:   August 13, 2020
22
    WESTLANDS WATER DISTRICT,
23
            Intervenor-Defendant.
24

25

26

27

28

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence ("FRE") 201, Defendant Westlands Water District ("Westlands") respectfully request that the Court take judicial notice of specific facts reflected in the following document:

> Bureau of Reclamation, Central Valley Operations, Summary of Water Supply Allocations, *available at* https://www.usbr.gov/mp/cvo/vungvari/water_allocations_historical.pdf (last visited March 13, 2023), a true and correct copy of which is attached hereto as **Exhibit 1**.

**DISCUSSION**

**Exhibit 1** is a summary of historical water supply allocations to CVP contractors. The document is available on Reclamation's website. The specific facts that Westlands requests the Court take judicial notice of is that water allocations to CVP contractors, including Westlands (which is a South of Delta Agricultural Contractor), have frequently been less than 100% both before and after the effective date of Westlands' primarily Repayment Contract. See ECF No. 125-2, at 12 (showing the effective date as June 1, 2022).

**Exhibit 1** and the specific facts for which Westlands requests judicial notice are judicially noticeable pursuant to FRE 201, which allows the Court to take judicial notice of any fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

It is well established in the Ninth Circuit that a court may take judicial notice of both the authenticity and the accuracy of information on a government website when "neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein." *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010); *See also San Luis & Delta–Mendota Water Auth. v. Salazar*, 686 F.Supp.2d 1026, 1031 (E.D. Cal. 2009) (taking judicial notice of public records published by administrative bodies); *United States v. S. Cal. Edison Co.*, 300 F.Supp.2d 964, 975 (E.D. Cal. 2004) (taking judicial notice "of the existence and

authenticity" of "public and quasi public documents").  Finally, a matter that is properly the subject of judicial notice may be considered along with the complaint when deciding a motion to dismiss for failure to state a claim.  *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F3d 1005, 1016, fn. 9 (9th Cir. 2012); *In re Colonial Mortg. Bankers Corp.*, 324 F3d 12, 16, 19 (1st Cir. 2003); *Henson v. CSC Credit Services*, 29 F3d 280, 284 (7th Cir. 1994).

Respectfully submitted,

Dated: March 20, 2023

CYNTHIA J. LARSEN
JUSTIN GIOVANNETTONE
ORRICK, HERRINGTON & SUTCLIFFE LLP

DANIEL J. O'HANLON
KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD

By:      */s/ Cynthia J. Larsen*
CYNTHIA J. LARSEN
Attorneys for Westlands Water District

# EXHIBIT 1

**SUMMARY OF WATER SUPPLY ALLOCATIONS**

| Year | Contractors | Percent Supply | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **2023** | | 22-Feb-2023 | | | | | | | |
| | North of Delta | | | | | | | | |
| | Agricultural Contractors (Ag) | 35% | | | | | | | |
| | Urban Contractors (M&I) | 75%[1] | | | | | | | |
| | Wildlife Refuges (Level 2) | 100%[2] | | | | | | | |
| | Settlement Contractors/Water Rights | 100%[2] | | | | | | | |
| | American River M&I Contractors | 75%[3] | | | | | | | |
| | Contra Costa | 75%[3] | | | | | | | |
| | | | | | | | | | |
| | South of Delta | | | | | | | | |
| | Agricultural Contractors (Ag) | 35% | | | | | | | |
| | Urban Contractors (M&I) | 75%[3] | | | | | | | |
| | Wildlife Refuges (Level 2) | 100%[2] | | | | | | | |
| | Settlement Contractors/Water Rights | 100%[2] | | | | | | | |
| | | | | | | | | | |
| | Eastside Division Contractors | 100% | | | | | | | |
| | | | | | | | | | |
| | Friant - Class 1 | 100% | | | | | | | |
| | Friant - Class 2 | 20% | | | | | | | |

1 of historical use or public health and safety, whichever is greater

2 defined as Shasta non-critical

3 of historical use

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year 2022 | | Percent Supply | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Contractors** | 23-Feb-2022 | 1-Apr-2022 | 14-Apr-2022 | 8-Jul-2022 | 20-Jul-2022 | | |
| | **North of Delta** | | | | | | | |
| | Agricultural Contractors (Ag) | 0% | | | | | | |
| | Urban Contractors (M&I) | PHS[1] | | | | | | |
| | Wildlife Refuges (Level 2) | Shasta Critical[2] | | 18% | | | | |
| | Settlement Contractors/Water Rights | Shasta Critical[2] | | 18% | | | | |
| | American River M&I Contractors | 25%[3] | PHS[1] | | | | | |
| | Contra Costa | 25%[3] | PHS[1] | | | | | |
| | **South of Delta** | | | | | | | |
| | Agricultural Contractors (Ag) | 0% | | | | | | |
| | Urban Contractors (M&I) | 25%[3] | PHS[1] | | | | | |
| | Wildlife Refuges (Level 2) | Shasta Critical[2] | | | | | | |
| | Settlement Contractors/Water Rights | Shasta Critical[2] | | | | | | |
| | Eastside Division Contractors | TBD | | | | | | |
| | Friant - Class 1 | 15% | | | 20% | 30% | | |
| | Friant - Class 2 | 0% | | | | | | |

1 public health and safety needs
2 as defined in their contract
3 of their historic use

| Year 2021 | | Percent Supply | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Contractors** | 23-Feb-2021 | 23-Mar-2021 | 5-May-2021 | 26-May-2021 | 1-Nov-2021 | 21-Dec-2021 | |
| | **North of Delta** | | | | | | | |
| | Agricultural Contractors (Ag) | 5% | | [3] | 0% | | | |
| | Urban Contractors (M&I) | 55%[1] | | | 25%[4] | | | |
| | Wildlife Refuges (Level 2) | 75% | | | | | | |
| | Settlement Contractors/Water Rights | 75% | | | | | | |
| | American River M&I Contractors | 55%[1] | | | | | | |
| | Contra Costa | 55%[1] | | | | | | |
| | **South of Delta** | | | | | | | |
| | Agricultural Contractors (Ag) | 5% | [2] | | 0% | | | |
| | Urban Contractors (M&I) | 55%[1] | | | 25%[4] | | | |
| | Wildlife Refuges (Level 2) | 75% | | | | | | |
| | Settlement Contractors/Water Rights | 75% | | | | | | |
| | Eastside Division Contractors | 100% | | | | | | |
| | Friant - Class 1 | 20% | | | | 25% | 40% | |
| | Friant - Class 2 | 0% | | | | | | |

1 of their historic use or public health and safety needs, whichever is greater.
2 South of Delta allocation of 5% of their contract supply is not available for delivery until further notice.
3 North of Delta allocation of 5% of their contract supply is not available for delivery until further notice.
4 of historic use.

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year 2020 | Percent Supply | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contractors** | 25-Feb-2020 | 6-Apr-2020 | 13-Apr-2020 | 21-Apr-2020 | 19-May-2020 | 8-Jun-2020 | 24-Jun-2020 | |
| North of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 50% | | | | | | | |
| Urban Contractors (M&I) | *75% | | | | | | | |
| Wildlife Refuges (Level 2) | 100% | | 75% | | | 100% | | |
| Settlement Contractors/Water Rights | 100% | | 75% | | | 100% | | |
| American River M&I Contractors | *75% | | | | | | | |
| Contra Costa | *75% | | | | | | | |
| | | | | | | | | |
| South of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 15% | | | | 20% | | | |
| Urban Contractors (M&I) | *65% | | | | *70% | | | |
| Wildlife Refuges (Level 2) | 100% | | 75% | | | 100% | | |
| Settlement Contractors/Water Rights | 100% | | 75% | | | 100% | | |
| | | | | | | | | |
| Eastside Division Contractors | 100% | | | | | | | |
| | | | | | | | | |
| Friant - Class 1 | 20% | 40% | | 55% | 60% | | 65% | |
| Friant - Class 2 | 0% | | | | | | | |

\* of their historic use or public health and safety needs.

| Year 2019 | Percent Supply | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contractors** | 20-Feb-2019 | 15-Mar-2019 | 17-Apr-2019 | 22-May-2019 | 14-Jun-2019 | | | |
| North of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 70% | 100% | | | | | | |
| Urban Contractors (M&I) | *95% | 100% | | | | | | |
| Wildlife Refuges (Level 2) | 100% | | | | | | | |
| Settlement Contractors/Water Rights | 100% | | | | | | | |
| American River M&I Contractors | *95% | 100% | | | | | | |
| Contra Costa | *95% | 100% | | | | | | |
| | | | | | | | | |
| South of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 35% | 55% | 65% | 70% | 75% | | | |
| Urban Contractors (M&I) | **75% | *****80% | *****90% | *****95% | *****100% | | | |
| Wildlife Refuges (Level 2) | 100% | | | | | | | |
| Settlement Contractors/Water Rights | 100% | | | | | | | |
| | | | | | | | | |
| Eastside Division Contractors | 100% | | | | | | | |
| | | | | | | | | |
| Friant - Class 1 | ***100% | | | | | | | |
| Friant - Class 2 | **** | | | ****** | ****** | | | |

\* M&I water service contractors are allocated 95% of their historic use.

\*\* M&I water service contractors are allocated the greater of 75% of their historic use or public health and safety needs.

\*\*\* Uncontrolled Season Supply (UcS) = 150,000 AF needs to be evacuated from Millerton Lake in ~~March extended to April 10, 2019 extended to April 30, 2019~~ ~~extended to May 17th,~~ ~~extended to May 31st,~~ extended to June 7th.

\*\*\*\* Any portions of the uncontrolled season supply not picked up by Class 1 contractors are accordingly made available to contractors with Class 2 disignations.

\*\*\*\*\* M&I water service contractors are allocated ~~80% 90% 95%~~ 100% of their historic use.

\*\*\*\*\*\* Uncontrolled Season to Class 2 has been extended to ~~June 14th~~ June 30th.

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year 2018 | | Percent Supply | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Contractors | 20-Feb-2018 | 22-Mar-2018 | 10-Apr-2018 | 20-Apr-2018 | 11-May-2018 | 25-May-2018 | 15-Jun-2018 | 26-Sep-18 |
| | **North of Delta** | | | | | | | | |
| | Agricultural Contractors (Ag) | | 20% | | 100% | | | | |
| | Urban Contractors (M&I) | | * | | 100% | | | | |
| | Wildlife Refuges (Level 2) | 100% | | | | | | | |
| | Settlement Contractors/Water Rights | 100% | | | | | | | |
| | American River M&I Contractors | | * | | 100% | | | | |
| | Contra Costa | | * | | 100% | | | | |
| | **South of Delta** | | | | | | | | |
| | Agricultural Contractors (Ag) | 20% | | | 40% | | 45% | 50% | |
| | Urban Contractors (M&I) | * | | | *** | | | | |
| | Wildlife Refuges (Level 2) | 100% | | | | | | | |
| | Settlement Contractors/Water Rights | 100% | | | | | | | |
| | **Eastside Division Contractors** | 100% | | | | | | | |
| | Friant - Class 1 | 30% | 60% | 100% ** | | 85% | | | 88% |
| | Friant - Class 2 | | | | 130,000 AF ** | **** | | | |

\* M&I water service contractors are allocated the greater of 70% of their historic use or public health and safety needs.

\*\* Uncontrolled Season Supply (UcS) = 100,000 AF as a block needs to be delivered by May 10, 2018 and Class 1 allocation will be reassessed at weekly intervals until further notice.

\*\*\* M&I water service contractors are allocated the greater of 75% of their historic use or public health and safety needs.

\*\*\*\*Friant Dam/Millerton Lake Uncontrolled season terminated on May 10, 2018 with controlled status starting May 11, 2018.

| Year 2017 | | Percent Supply | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Contractors | 28-Feb-2017 | 22-Mar-2017 | 11-Apr-2017 | | | | |
| | **North of Delta** | | | | | | | |
| | Agricultural Contractors (Ag) | | 100% | | | | | |
| | Urban Contractors (M&I) | | 100% | | | | | |
| | Wildlife Refuges (Level 2) | 100% | | | | | | |
| | Settlement Contractors/Water Rights | 100% | | | | | | |
| | American River M&I Contractors | 100% | | | | | | |
| | Contra Costa | | 100% | | | | | |
| | **South of Delta** | | | | | | | |
| | Agricultural Contractors (Ag) | | 65% | 100% | | | | |
| | Urban Contractors (M&I) | | 90% | 100% | | | | |
| | Wildlife Refuges (Level 2) | 100% | | | | | | |
| | Settlement Contractors/Water Rights | 100% | | | | | | |
| | **Eastside Division Contractors** | 100% | | | | | | |
| | Friant - Class 1 | 100% | | | | | | |
| | Friant - Class 2 | * | | | | | | |

\*As long a current hydrologic and operational conditions exist and there is a need to evacuate water from Millerton Lake in order to prevent or minimize spill or to meet flood control criteria (currently refered to as "uncontrolled season"), Friant contractors may schedule and take delivery of Class 2 supplies up to the contract maximum, consistent with contract terms and conditions.

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | | Percent Supply | | | | | | |
|------|------------------------------------|-------------|-------------|-------------|------------|-------------|---|---|
| **2016** | **Contractors** | Apr 1, 2016 | 11-Apr-2016 | 21-Apr-2016 | 6-May-2016 | 18-Jul-2016 | | |
| | North of Delta | | | | | | | |
| | Agricultural Contractors (Ag) | 100% | | | | | | |
| | Urban Contractors (M&I) | 100% | | | | | | |
| | Wildlife Refuges (Level 2) | 100% | | | | | | |
| | Settlement Contractors/Water Rights | 100% | | | | | | |
| | American River M&I Contractors | 100% | | | | | | |
| | Contra Costa | 100% | | | | | | |
| | South of Delta | | | | | | | |
| | Agricultural Contractors (Ag) | 5% | | | | | | |
| | Urban Contractors (M&I) | 55%* | | | | | | |
| | Wildlife Refuges (Level 2) | 100% | | | | | | |
| | Settlement Contractors/Water Rights | 100% | | | | | | |
| | Eastside Division Contractors | 0%** | | | | | | |
| | Friant - Class 1 | 30% | 40% | 50% | 65% | 75% | | |
| | Friant - Class 2 | *** | | **** | | | | |

\* Of historical use.

\*\* Due to lack of available CVP supplies from New Melones Reservoir.

\*\*\*An Uncontrolled Season supply of 100,000 acre-feet and unreleased Restoration Flow supply related to the San Joaquin River Restoration Program 85,000 acre-feet are being made available as blocks that need to be scheduled and delivered by May 1 and May 15 respectively to avert flood management concerns.  \*\*\*\*to be scheduled and delivered by the end of April 2016.

| Year | | Percent Supply | | | | | | |
|------|------------------------------------|--------------|---|---|---|---|---|---|
| **2015** | **Contractors** | Feb 27, 2015 | | | | | | |
| | North of Delta | | | | | | | |
| | Agricultural Contractors (Ag) | 0% | | | | | | |
| | Urban Contractors (M&I) | 25%* | | | | | | |
| | Wildlife Refuges (Level 2) | 75%** | | | | | | |
| | Settlement Contractors/Water Rights | 75%** | | | | | | |
| | American River M&I Contractors | 25%* | | | | | | |
| | Contra Costa | 25%* | | | | | | |
| | South of Delta | | | | | | | |
| | Agricultural Contractors (Ag) | 0% | | | | | | |
| | Urban Contractors (M&I) | 25%* | | | | | | |
| | Wildlife Refuges (Level 2) | 75%** | | | | | | |
| | Settlement Contractors/Water Rights | 75%** | | | | | | |
| | Eastside Division Contractors | 0% | | | | | | |
| | Friant - Class 1 | 0% | | | | | | |
| | Friant - Class 2 | 0% | | | | | | |

\* Health and Safety needs or at least 25% of their historical use, whichever is greater.

\*\* May be reduced if current dry conditions persist.

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year 2014 | Percent Supply | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contractors** | Feb 21, 2014 | Apr 18, 2014 | May 13, 2014 | | | | | |
| North of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 0% | 0% | 0% | | | | | |
| Urban Contractors (M&I) | 50% | 50% | 50% | | | | | |
| Wildlife Refuges (Level 2) | 40% | 75% | 75% | | | | | |
| Settlement Contractors/Water Rights | 40% | 75% | 75% | | | | | |
| American River M&I Contractors | 50% | 50% | 50% | | | | | |
| Contra Costa | 50% | 50% | 50% | | | | | |
| South of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 0% | 0% | 0% | | | | | |
| Urban Contractors (M&I) | 50% | 50% | 50% | | | | | |
| Wildlife Refuges (Level 2) | 40% | 40% | 65% | | | | | |
| Settlement Contractors/Water Rights | 40% | 40% | 65% | | | | | |
| Eastside Division Contractors | 55% | 55% | 55% | | | | | |
| | (85,250 AF) | (85,250 AF) | (85,250 AF) | | | | | |
| Friant - Class 1 | 0% | 0% | 0% | | | | | |
| Friant - Class 2 | 0% | 0% | 0% | | | | | |

| Year 2013 | Percent Supply | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contractors** | Feb 25, 2013 | Mar 22, 2013 | Apr 5,2013 | Apr 17,2013 | May 14, 2013 | Jun 5, 2013 | Jun 13, 2013 | Jul 15, 2013 |
| North of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| Urban Contractors (M&I) | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Wildlife Refuges (Level 2) | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Settlement Contractors/Water Rights | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| American River M&I Contractors | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| Contra Costa | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| South of Delta | | | | | | | | |
| Agricultural Contractors (Ag) | 25% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Urban Contractors (M&I) | 75% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| Wildlife Refuges (Level 2) | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Settlement Contractors/Water Rights | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Eastside Division Contractors | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | (155,000 AF) | (155,000 AF) | (155,000 AF) | (155,000 AF) | (155,000 AF) | (155,000 AF) | (155,000 AF) | (155,000 AF) |
| Friant - Class 1 | 65% | 65% | 55% | 50% | 45% | 50% | 55% | 62% |
| Friant - Class 2 | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

| Year 2012 | Percent Supply | | | | |
|---|---|---|---|---|---|
| **Contractors** | Feb 22, 2012 | Apr 13, 2012 | Apr 27, 2012 | | |
| North of Delta | | | | | |
| Agricultural Contractors (Ag) | 30% | 100% | 100% | | |
| Urban Contractors (M&I) | 75% | 100% | 100% | | |
| Wildlife Refuges (Level 2) | 75% | 100% | 100% | | |
| Settlement Contractors/Water Rights | 75% | 100% | 100% | | |
| South of Delta | | | | | |
| Agricultural Contractors (Ag) | 30% | 40% | 40% | | |
| Urban Contractors (M&I) | 75% | 75% | 75% | | |
| Wildlife Refuges (Level 2) | 75% | 100% | 100% | | |
| Settlement Contractors/Water Rights | 75% | 100% | 100% | | |
| Eastside Division Contractors | 100% | 100% | 100% | | |
| | (155,000 AF) | (155,000 AF) | (155,000 AF) | | |
| Friant - Class 1 | 35% | 45% | 50% | | |
| Friant - Class 2 | 0% | 0% | 0% | | |

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year 2011 | Contractors | Percent Supply | | | | |
|---|---|---|---|---|---|---|
| | | Feb 18, 2011 | Mar 22, 2011 | Mar 28, 2011 | Apr 8, 2011 | Apr 25, 2011 |
| | North of Delta | | | | | |
| | Agricultural Contractors (Ag) | 100% | 100% | 100% | 100% | 100% |
| | Urban Contractors (M&I) | 100% | 100% | 100% | 100% | 100% |
| | Wildlife Refuges (Level 2) | 100% | 100% | 100% | 100% | 100% |
| | Settlement Contractors/Water Rights | 100% | 100% | 100% | 100% | 100% |
| | South of Delta | | | | | |
| | Agricultural Contractors (Ag) | 50% | 55% | 65% | 75% | 80% |
| | Urban Contractors (M&I) | 75% | 80% | 90% | 100% | 100% |
| | Wildlife Refuges (Level 2) | 100% | 100% | 100% | 100% | 100% |
| | Settlement Contractors/Water Rights | 100% | 100% | 100% | 100% | 100% |
| | | | | | | |
| | Eastside Division Contractors | 100% | 100% | 100% | 100% | 100% |
| | | (155,000 AF) | (155,000 AF) | (155,000 AF) | (155,000 AF) | (155,000 AF) |
| | Friant - Class 1 | 100% | 100% | 100% | 100% | 100% |
| | | (800,000 AF) | (800,000 AF) | (800,000 AF) | (800,000 AF) | (800,000 AF) |
| | Friant - Class 2 | 20% | 20% | 20% | 20% | 20% |
| | | (280,000 AF) | (280,000 AF) | (280,000 AF) | (280,000 AF) | (280,000 AF) |

| Year 2010 | Contractors | Percent Supply | | | |
|---|---|---|---|---|---|
| | | Feb 26, 2010 | Mar 16, 2010 | Apr 15, 2010 | Jun 14, 2010 |
| | North of Delta | | | | |
| | Agricultural Contractors (Ag) | 5% | 50% | 100% | 100% |
| | Urban Contractors (M&I) | 55% | 75% | 100% | 100% |
| | Wildlife Refuges (Level 2) | 100% | 100% | 100% | 100% |
| | Settlement Contractors/Water Rights | 100% | 100% | 100% | 100% |
| | South of Delta | | | | |
| | Agricultural Contractors (Ag) | 5% | 25% | 30% | 45% |
| | Urban Contractors (M&I) | 55% | 75% | 75% | 75% |
| | Wildlife Refuges (Level 2) | 100% | 100% | 100% | 100% |
| | Settlement Contractors/Water Rights | 100% | 100% | 100% | 100% |
| | | | | | |
| | Eastside Division Contractors | 100% | | 100% | |
| | | (155,000 AF) | | (155,000 AF) | |
| | Friant - Class 1 | 100% | 100% | 100% | |
| | Friant - Class 2 | 0% | 10% | 15% | |

V:\~WATER\Water Supply Allocation\water allocations_historical.xls

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| | | North of Delta | South of Delta |
| **2009** | Agricultural Contractors | 40[1] | 10[5] |
| | Urban Contractors | 75 & 100[2] | 60[6] |
| | Wildlife Refuges | 100[4] | 100[4] |
| | Sacramento River water rights and San Joaquin River Exchange Contractors | 100[4] | 100[4] |
| | East Side Contractors | 18,000 AF[7] | |
| | Friant - Class 1 | 77[3] | |
| | Friant - Class 2 | 18[8] | |

[1]Increase of 5% from 0% to 5% for North of Delta Ag on 3/20/2009.
Increase of 10% from 5% to 15% for North of Delta Ag on 4/21/2009.
Increase of 25% from 15% to 40% for North of Delta Ag on 5/22/2009.

[2]Increase of 5% from 50% to 55% for North of Delta MI on 3/20/2009.
Increase of 10% from 55% to 65% for North of Delta MI on 4/21/2009.
Increase of 10% from 65% to 75% for North of Delta Sacramento River
    MI Contractors on 5/22/2009.
Increase of 35% from 65% to 100% for North of Delta American River
    Division MI Contractors on 5/22/2009.

[3]Increase of 40% from 25% to 65% for Friant Class 1 on 3/20/2009.
Increase of 20% from 65% to 85% for Friant Class 1 on 3/27/2009.
Increase of 5% from 85% to 90% for Friant Class 1 on 4/17/2009.
Increase of 10% from 90% to 100% for Friant Class 1 on 4/23/2009.
Decrease of 23% from 100% to 77% for Friant Class 1 on 6/12/2009.

[4]Increase of 25% from 75% to 100% for North & South of Delta Wildlife
    Refuges, Sacramento River water rights & San Joaquin River
    Exchange Contractors on 3/30/2009.

[5]Increase of 10% from 0% to 10% for South of Delta Ag on 4/21/2009.

[6]Increase of 10% from 50% to 60% for South of Delta MI on 4/21/2009.

[7]Increase of 18,000 AF from Zero to 18,000 AF for East Side
        Contractors on 4/21/2009.

[8]Increase of 18% from 0% to 18% for Friant Class 2 on 5/22/2009.

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | Contractors | Percent Supply | |
|------|-------------|----------------|---|
| | | North of Delta | South of Delta |
| **2008** | Agricultural Contractors | 40*** | 40*** |
| | Urban Contractors | 75 | 75 |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River Exchange Contractors | 100 | |
| | East Side Contractors | 23% (35,000 AF)* | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 5** | |

*Increase of 8% (11,000 AF) from 15% (24,000 AF) to 23% (35,000 AF) on 3-20-2008.

**Increase of 5% from 0% to 5% for Friant - Class 2 on 3-20-2008.

*** Decrease of 5% from 45% to 40% for AG on 6-3-2008.

| Year | Contractors | Percent Supply | |
|------|-------------|----------------|---|
| | | North of Delta | South of Delta |
| **2007** | Agricultural Contractors | 100 * | 50 ** |
| | Urban Contractors | 100 * | 75 |
| | Wildlife Refuges | 100 * | 100 ** |
| | Sacramento River water rights and San Joaquin River Exchange Contractors | 100*** | |
| | East Side Contractors | 29% (45,000 AF) **** | |
| | Friant - Class 1 | 65 ***** | |
| | Friant - Class 2 | 0 | |

*Increase of 65% from 35% to 100% for Ag on 3-16-2007.
  Increase of 25% from 75% to 100% for MI & Wildlife Refuges on 3-16-2007.
**Increase of 15% from 35% to 50% for Ag on 3-16-2007.
  Increase of 25% from 75% to 100% for Wildlife Refuges on 3-16-2007.
***Increase of 25% from 75% to 100% for Sac River Wtr Rights and Exchange contractors on 3-16-2007.
****Increase of 13% (20,000 AF) from 16% (25,000 AF) to 29% (45,000 AF) on 3-16-2007.
*****Increase of 10% from 50% to 60% for Friant - Class 1 on 5-4-2007.
  Increase of 5% from 60% to 65% for Friant-Class 1 on 8-1-2007.

| Year | Contractors | Percent Supply | |
|------|-------------|----------------|---|
| | | North of Delta | South of Delta |
| **2006** | Agricultural Contractors | 100 | 100** |
| | Urban Contractors | 100 | 100** |
| | Wildlife Refuges | 100 | 100** |
| | Sacramento River water rights and San Joaquin River Exchange Contractors | 100 | |
| | East Side Contractors | 100% (155,000 AF) | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | Uncontrolled Season* | |

* Uncontrolled Season from March 1 through Mid June 2006.

** Increase of 20% from 65% to 85% for AG on 4-20-06.
  Increase of 10% from 90% to 100% for MI on 4-20-06.
  Increase of 15% from 85% to 100% for AG on 5-11-06.

| Year | Contractors | Percent Supply | |
|------|-------------|----------------|---|
| | | North of Delta | South of Delta |
| **2005** | Agricultural Contractors | **100*** | **85*** |
| | Urban Contractors | **100*** | **100*** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River Exchange Contractors | 100 | |
| | East Side Contractors | **43,000 AF *** | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | Uncontrolled Season | |

* Increase of 35% from 65% to 100% for AG and increase of 10% from 90% to 100% for MI on 4-15-05.

** Increase of 5% from 65% to 70% for AG & 90% to 95% for MI on 4-15-05.
  Increase of 5% from 70% to 75% for AG & 95% to 100% for MI on 4-28-05.
  Increase of 10% from 75% to 85% for AG on 5-18-05.
  Increase of 5% from 85% to 90% for AG on 7-25-05.
  Decrease of 5% from 90% to 85% for AG on 1-12-06

*** Increase from 2,000 AF to 38,000 AF on 4-15-05.
  Increase from 38,000 AF to 43,000 AF on 5-18-05.

| Year | Contractors | Percent Supply | |
|------|-------------|----------------|---|
| | | North of Delta | South of Delta |
| **2004** | Agricultural Contractors | 100 | **70 *** |
| | Urban Contractors | 100 | **95 *** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 0 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 8 | |

**March 2004 allocation - Based on 90% exceedence forecast**
* **Increase in allocation of 5% to Ag & M&I on Sep 13th**

| Year | Contractors | Percent Supply | |
|------|-------------|----------------|---|
| | | North of Delta | South of Delta |
| **2003** | Agricultural Contractors | 100 | **75 *** |
| | Urban Contractors | 100 | **100 *** |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 6 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 5 | |

* **5% increase in allocation Jul 1 for both Ag & M&I**

V:\~WATER\Water Supply Allocation\water allocations_historical.xls

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **2002** | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | **70** * |
| | Urban Contractors | 100 | **95** * |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 8 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 8 | |
| | * 5% increase in allocation on Sep 10, 2002 | | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **2001** | | North of Delta | South of Delta |
| | Agricultural Contractors | 60 | **49** * |
| | Urban Contractors | 85 | **77** * |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | East Side Contractors | 22 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 5 | |
| | * 2% increase in allocation on Oct 19, 2001 | | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **2000** | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | 65 |
| | Urban Contractors | 100 | 90 |
| | Wildlife Refuges | 100 | |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Stanislaus | 58 percent of supply | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 17 | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **1999** | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | 70 |
| | Urban Contractors | 95 | 95 |
| | Wildlife Refuges | 100 | |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Stanislaus | 39 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 20 | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **1998** | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | 100 |
| | Urban Contractors | 100 | 100 |
| | Wildlife Refuges | 100 | |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Stanislaus | 32 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 10 | |

| Year | Contractors | Percent Supply |
|---|---|---|
| **1997** | | |
| | Agricultural Contractors | 90 |
| | Urban Contractors | 90 - 100 |
| | Wildlife Refuges | As scheduled |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 |
| | Stanislaus River | 100 of request |
| | Friant - Class 1 | 100 |
| | Friant - Class 2 | 60 |

# SUMMARY OF WATER SUPPLY ALLOCATIONS

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **1996** | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | 95 |
| | Urban Contractors | 100 | 100 |
| | Wildlife Refuges | 100 | * |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 58 | |
| | * **Meet 100 percent of scheduled need** | | |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **1995** | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | 100 |
| | Urban Contractors | 95 | 100 |
| | Wildlife Refuges | 100 | 100 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 100 | |

| Year | Contractors | Percent Supply |
|---|---|---|
| **1994** | | |
| | Agricultural Contractors | 35 |
| | Urban Contractors | 75 of historical use |
| | Wildlife Refuges | 75 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Friant - Class 1 | 80 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply | |
|---|---|---|---|
| **1993** | | North of Delta | South of Delta |
| | Agricultural Contractors | 100 | 50 |
| | Urban Contractors | 100 | 75 of historical use |
| | Wildlife Refuges | 100 | 75 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 | |
| | Friant - Class 1 | 100 | |
| | Friant - Class 2 | 90 | |

| Year | Contractors | Percent Supply |
|---|---|---|
| **1992** | | |
| | Agricultural Contractors | 25 |
| | Urban Contractors | 75 of historical use |
| | Wildlife Refuges | 75 of historical supply |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Friant - Class 1 | 83 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply |
|---|---|---|
| **1991** | | |
| | Agricultural Contractors | 25 |
| | Urban Contractors | 25-50 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Plus Hardship Water | |
| | Friant - Class 1 | 100 |
| | Friant - Class 2 | 0 |

**No deficiencies on water deliveries 1978-1989**

| Year | Contractors | Percent Supply |
|---|---|---|
| **1990** | | |
| | Agricultural Contractors | 50 |
| | Urban Contractors | 50-75 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 100 |
| | Friant - Class 1 | 68 |
| | Friant - Class 2 | 0 |

| Year | Contractors | Percent Supply |
|---|---|---|
| **1977** | | |
| | Agricultural Contractors | 25 |
| | Urban Contractors | 25-50 |
| | Sacramento River water rights and San Joaquin River exchange contractors | 75 |
| | Friant - Class 1 | 25 |
| | Friant - Class 2 | 0 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, I electronically filed WESTLANDS WATER

DISTRICT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

with the Clerk of Court using the ECF system, which will automatically send email notification to

the attorneys of record.

                                                  */s/ Cynthia J. Larsen*
                                                  CYNTHIA J. LARSEN