UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, | ) | Civ. No. 1:20-cv-1814-JLT-EPG |
| Plaintiff, | ) ) | |
| v. | ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFF HOOPA VALLEY TRIBE'S MOTION TO EXCEED PAGE LIMITS |
| UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS - 1

The Court has fully considered Plaintiff's Motion for Administrative Relief – Motion to Exceed Page Limits.

IT IS HEREBY ORDERED that Plaintiff's Motion for Administrative Relief – Motion to Exceed Page Limits is hereby GRANTED.  Plaintiff's Memorandum in Support of Motion for Summary Judgment may not exceed 45 pages.  Defendants' response in opposition to Plaintiff's Motion for Summary Judgment may not exceed 45 pages.  Defendant-Intervenor's response in opposition to Plaintiff's Motion for Summary Judgment may not exceed 25 pages.

Dated this _____ day of _____, 2023.

_____
Honorable