Thane D. Somerville WSBA #31468 *pro hac vice*
Thomas P. Schlosser WSBA #06276 *pro hac vice*
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
811 First Avenue, Suite 218
Seattle, WA 98104
Tel:    206-386-5200
Fax:   206-386-7322
t.somerville@msaj.com
t.schlosser@msaj.com
Attorneys for Plaintiff Hoopa Valley Tribe

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE, | Civ. No. 1:20-cv-1814-JLT-EPG |
| Plaintiff, | |
| v. | PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF - TO EXCEED PAGE LIMITS ON MOTION FOR SUMMARY JUDGMENT |
| UNITED STATES BUREAU OF RECLAMATION; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; MARIA CAMILLE CALIMLIM TOUTON, in her official capacity as Commissioner of the United States Bureau of Reclamation; ERNEST A. CONANT, in his official capacity as United States Bureau of Reclamation California-Great Basin Regional Director; and UNITED STATES DEPARTMENT OF THE INTERIOR | |
| Defendants. | |

The following responds to the Court's April 5 minute order (Dkt. #166) relating to Plaintiff's Motion for Administrative Relief - to Exceed Page Limits (Dkt. #165) for its forthcoming Motion for Summary Judgment.  As reported in Plaintiff's Motion (Dkt. #165), the request to exceed pages limits is not opposed by either Defendants or Defendant-Intervenor although they reserve their objections on whether summary judgment is appropriate given the pendency of their Motions to Dismiss.

Plaintiff hereby confirms that it intends to seek summary judgment on all ten of its claims presented in its Second Amended and Supplemental Complaint for Declaratory and Injunctive Relief (Dkt. #142) and re-iterates its position that the default 25 page limit is insufficient to adequately cover the factual and legal arguments related to those claims.  As related to the contracts challenged in this action, Plaintiff only intends to seek summary judgment relating to the contracts executed by Defendants and Defendant-Intervenor and not contracts of non-parties to this litigation.

Although the administrative record has not been filed in this case, all ten of Plaintiff's claims are ripe for summary judgment because the relevant issues are legal in nature and any material facts are not in dispute.  Plaintiff's first, third, fourth, and fifth claims for relief challenge the lawfulness (on varying legal grounds) of the contracts entered into between Defendants and Defendant-Intervenor.  The Court need only review the terms of the contracts as approved, and the relevant legal requirements, to determine whether Defendants have satisfied their relevant legal obligations.  Plaintiff's second claim challenges Defendants' failure to engage in NEPA review prior to executing the contracts and prior to approving the Winter Flow Variability Project.  This also presents a purely legal question.  Plaintiff's sixth and seventh claims relate to the undisputed denial of state court validation of Defendant-Intervenor's principal water contract challenged herein and the purely legal question of the effect of that denial of validation on the contract.  Plaintiff's eighth claim challenges whether certain documents known as the CVPIA Completion Memos are consistent, as a matter of law, with

governing legal requirements. Plaintiff's ninth claim challenges Defendants' rejection of Hoopa's right of concurrence, which presents a question of statutory interpretation. Plaintiff's tenth claim seeks judgment that Defendants' failure to take action to fulfill their nearly forty-year-old statutory obligation to modernize and otherwise increase the effectiveness of the Trinity River Hatchery is a violation of law. All these issues are currently ripe for summary judgment.

Plaintiff respectfully requests that the Court grant its motion to exceed page limits and allow Plaintiff a total of 45 pages in its memorandum in support of summary judgment.

DATED this 6th day of April, 2023.

MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE

*/s/ Thane D. Somerville*
Thane D. Somerville WSBA #31468
Thomas P. Schlosser WSBA #06276
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
811 First Avenue, Suite 218
Seattle, WA 98104
Tel: 206-386-5200/Fax: 206-386-7322
t.somerville@msaj.com
t.schlosser@msaj.com
Attorneys for Plaintiff Hoopa Valley Tribe

PLAINTIFF'S SUPPLEMENTAL BRIEF RE
MOTION TO EXCEED PAGE LIMITS- 3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

    */s/ Thane D. Somerville*
    Thane D. Somerville

PLAINTIFF'S SUPPLEMENTAL BRIEF RE
MOTION TO EXCEED PAGE LIMITS- 4